Case 1:14-10972-KJC   Doc 64   Filed 04/29/14   Page 14 of 204

1    We pushed for discovery.  We asked for the

2 checks.  They first told us they couldn't get the checks.

3 Finally, we got the checks, it showed they were individual

4 taxes and that's when this started.  So we had a claim all

5 along.  They can't moot it at the end.

6    And just one final point.  There are no cases

7 under Illinois Law that would defeat the statute by saying

8 once a citation creditor has a claim, a violation of

9 citation claim, the remedy in the statute is pay the money

10 to the citation creditor.  There are no cases that say you

11 can defeat that claim by paying the money back to the outfit

12 that violated the citation.  The statute and we've cited

13 this in our uncontested facts, the statute says the remedy

14 for a citation violation is payment to the judgment

15 creditor, that's Bank of America, the amount that was

16 wrongfully transferred.  We had that claim pre-petition.  We

17 had it in February, in March, and in July, all pre-petition.

18 We've never been paid.  The payment back to the debtors

19 doesn't pay us.

20    The case that they cited, New Jersey case does

21 not involve the Illinois statute saying that it's our claim,

22 we're entitled to payment.  And in New Jersey case, it was

23 the judgment creditor who was paid.  We would have a

24 different case if they had paid us back, but they didn't.

25 So we are a creditor and, therefore, we have standing.

Case 14-10979-CSS   Doc 64   Filed 04/29/14   Page 2 of 204

1  Thank you, Judge.

2         THE COURT:  Does the Chapter 7 trustee wish to be

3  heard?

4         MR. CHIPMAN:  Good morning, Your Honor.  William

5  Chipman on behalf of [indiscernible] the Chapter 7 trustee.

6         Your Honor, we did file a joinder.  We support

7  Bank of America's motion.  Interestingly enough, Your Honor,

8  my co-counsel couldn't be here today.  And the reason is the

9  debtors in the Chapter 7 case today have filed a motion in

10 Chicago seeking relief from stay for the limited purpose of

11 allowing them to try and get their passports back in the --

12 from the District Court Judge out there.

13        So I think it would be unfair to have the burden

14 put on the Chapter 7 trustee to present this case when my

15 co-counsel is having to deal with actually in about another

16 half hour or two, a motion filed by the parents in the

17 Chapter 7 case.  But, Your Honor, we do support everything

18 Bank of America has put on the record.  We believe Bank of

19 America has standing and we support the motion.  Thank you.

20        THE COURT:  All right, thank you.  Does anyone

21 else from whom I've not yet heard, wish to be heard on the

22 standing issue?

23                (No audible response.)

24        THE COURT:  No further response.  Mr. Goldstein,

25 I've heard enough from the debtor.

1            MR. GOLDSTEIN:  I literally have a minute --

2            THE COURT:  I've heard enough from the debtor,

3 sir.

4            MR. GOLDSTEIN:  Thank you, Your Honor.

5            THE COURT:  You would do well to start listening

6 to me.

7            The bank has standing as a party in interest

8 within the meaning of 28 USC Section 1412 and Bankruptcy

9 Rule 1014(a) for the reasons that I've stated and the

10 reasons that the bank has argued.

11            Let's move forward to venue.  Okay.  Let me ask

12 this.  What is it the bank and anyone else intends to offer

13 in the way of evidence today in support of the change of

14 venue?

15            MR. ROIN:  Your Honor, in behalf of the bank, we

16 believe in our case in chief, that the stipulated facts and

17 the exhibits that we've tendered are all that we're going to

18 need.  We are not intending -- and we've also designated

19 some deposition testimony.  We are not intending to call any

20 witnesses in our case in chief.  I believe there are a

21 couple of exhibits, primarily some summary exhibits that we

22 created from the schedules and SOFA's in terms of the amount

23 of debt attributable to Illinois and various other states

24 that are --

25            THE COURT:  Is -- do they in any way differ from

1  that which has been stipulated to by the parties?

2          MR. ROIN:  They're -- it's slightly different and

3  the numbers weren't finalized until Wednesday, so they've

4  not had, you know, they said they wanted a chance to look at

5  the numbers.  This is a rule, Federal Rule of Evidence 106

6  summary of voluminous documents.  We gave them the backup.

7  I don't think they're disputed.  I expect, you know, we've

8  not heard that they dispute the numbers or certainly not in

9  a meaningful way, but that's it.  Assuming there's no, you

10 know -- and again, we don't need a witness for that, it's

11 just a summary of what's in the SOFA's, it's just math.

12          THE COURT:  Okay.

13          MR. ROIN:  So I think we have -- what I thought

14 we would do, if the Court wanted us to was simply walk

15 through the venue points and help, you know, point to where

16 in the stipulations and where in the evidence our case is

17 made.  That's what we intend to do, Judge.

18          THE COURT:  Here's what I would ask you to do.

19          MR. ROIN:  Okay.

20          THE COURT:  Tell me what exhibits you have that

21 you wish to offer into evidence and I'll see if there's any

22 objection from anyone.

23          MR. ROIN:  Judge we -- what I'd like to do then

24 is offer all of the exhibits.  Probably, some of our

25 exhibits could be withdrawn because they're standing

1   exhibits, but I'd have to look to figure out what they are.

2   We'd like to offer all of our exhibits and which we propose.

3   Thus far, we don't have, I don't think any objections.

4              THE COURT:  Exhibit -- according to the

5   numbering, Exhibits 1 through 80?

6              MR. ROIN:  It's Exhibits 1 through, I think it's

7   1 through 80.  And Exhibit 34 is the one exhibit that I was

8   telling the Court about and that has pieces in it, but what

9   we submitted to the debtors and the rest of the parties.  So

10  we want Exhibit 34 with all the pieces.

11             THE COURT:  Okay.  Is there any objection to the

12  admission of Bank Exhibits 1 through 80?

13             MR. ISRAEL:  Your Honor, Samuel Israel, Fox

14  Rothschild on behalf of the debtor.

15             Yes, we do have several objections.  I can go

16  through them with you at this time.  I just want to make a

17  general point about the -- I've never lodged an objection

18  this way.  It's sort of a contingent objection.  They are

19  seeking to admit several of the SOFA's and schedules that

20  have been, you know, filed in the case.  We don't have a

21  problem with that, however, they've objected to one of the

22  schedules that we seek to admit or it's actually the top --

23  list of the top 30 creditors on hearsay grounds.  Now, if

24  they're all going to be admitted and we're all going to get

25  past hearsay, then I don't have a problem with that.  But if

1    they're going to stick to their hearsay objection to my

2    exhibit, then I got a problem with their exhibit.

3            THE COURT:  Is the list of the top 30, one of the

4    documents that was filed in connection with the bankruptcy

5    or is this a separate --

6            MR. ISRAEL:  No, I believe it was filed.

7            THE COURT:  I'm going to admit it.

8            MR. ISRAEL:  Okay.

9            THE COURT:  Yeah.

10            MR. ISRAEL:  Then, okay, then --

11            THE COURT:  For whatever it's worth.

12            MR. ISRAEL:  Okay.  Well then with that, I

13    believe it should be admitted, but again, I just wanted --

14    okay.  Going on then, Exhibit No. 7 we object on hearsay and

15    relevance grounds.

16            THE COURT:  Hold on, let me grab the books.

17            MR. ROIN:  Judge, if I may, I think Exhibit 7 is

18    a standing exhibit.  I think, Sam, am I right about that --

19            MR. ISRAEL:  Oh, I'm sorry, oh, yeah, yeah, I'm

20    sorry.

21            MR. ROIN:  That's the standing exhibit, standing

22    it's moot.

23            MR. ISRAEL:  So why don't you -- so you can

24    withdraw Exhibit 7.

25            MR. ROIN:  Judge, one of the things I wasn't able

1   to do is pick out the standing ones, but that one's moot.

2            THE COURT:  Okay.

3            MR. ISRAEL:  What I'm going to do is I'm going to

4   turn to Howard then as I go through my list and see.  And if

5   he withdraws them, then this will be really fast, Judge.

6            THE COURT:  Okay.  So --

7            MR. ISRAEL:  Okay.

8            THE COURT:  -- let's deal with it this way.  1 to

9   80 as we encounter standing exhibits, I'll note that they're

10  withdrawn and 7 is withdrawn, okay.

11           MR. ISRAEL:  Very well.  19, Howard is that

12  withdrawn, the Veluchamy schedules?

13           MR. ROIN:  I don't think so.  I think the

14  Veluchamy schedules also relates to the transfer because

15  it's intended to show that there's a relationship between

16  the two bankruptcies.

17           MR. ISRAEL:  Yeah, I'm going to object on hearsay

18  grounds and relevance on that one.

19           THE COURT:  Overruled.

20           MR. ISRAEL:  Okay.

21           THE COURT:  It's admitted.

22           MR. ISRAEL:  Okay.  22 it's the transcript of the

23  341 meeting.  I'm objecting on hearsay and relevance

24  grounds.  First of all, I don't know that a 341 proceeding

25  is the same as a deposition for the purpose of admitting,

 1  you know, depositions of a party opponent.  I don't think it

 2  is and, therefore, it's an out of Court statement and it's

 3  hearsay.  Secondly, on the relevance issue, I -- you know,

 4  what Mr. Veluchamy was confused about is not -- and we've

 5  already, you know, essentially stipulated.  Well this goes

 6  to the citation violation, doesn't it?

 7            MR. ROIN:  Yeah.  I'm not --

 8            MR. ISRAEL:  I'm sorry.

 9            MR. ROIN:  Judge, I'm not positive this only goes

10  to the citation violation.  The 341 is a proceeding

11  associated with this case in which Arun Veluchamy, a

12  principal of the debtors and the CRO principal of the

13  debtors testified under oath.  It's an admission under all

14  the rules, so it's not hearsay.

15            THE COURT:  What's its relevance?

16            MR. ROIN:  Judge, I can't remember offhand all

17  the testimony that we have designated, so I can't be sure

18  that it's only -- I know some of it's related to standing,

19  but I can't b e sure that all of it is.  I just can't be

20  sure.

21            THE COURT:  The objection's sustained.

22            MR. ROIN:  Judge, can we check?  I mean, this is

23  -- we didn't realize what was going to happen here and --

24            THE COURT:  Well you knew you were going to offer

25  the exhibit into evidence.

1          MR. ROIN:  That's true, but I knew -- Judge, I

2   know that much of it --

3          MR. MARTIN:  Your Honor, we have a copy of it

4   with what we were going to designate.  So if you wouldn't

5   mind maybe moving on and we'll look at that and then we can

6   speak to the relevancy when we get through some other

7   exhibits.

8          THE COURT:  Let me ask you question.  Did the

9   parties confer prior to the hearing on what each objected to

10  or not?

11         MR. ROIN:  We gave our objections, they did not.

12         MR. ISRAEL:  Your Honor, we -- frankly, we got

13  these at the very last minute and we did not have the

14  chance.  And I looked in the pretrial order specifically to

15  see whether that was required and candidly, since it wasn't

16  required, there were a lot of other things we had to do.

17         THE COURT:  Mr. Israel, I know you to be an

18  experienced trial lawyer.  Now --

19         MR. ISRAEL:  Now I know normally --

20         THE COURT:  -- I know you also know that that's

21  something the parties should do, even if it's not contained

22  within the expressed terms of an order.

23         MR. ISRAEL:  I appreciate that, Your Honor.  I

24  mean, I -- we don't have many.  I just need to go through

25  them and --

1              THE COURT:  Well I'll tell you what I'll do.

2      I'll take a short recess now.  I'd like the parties to

3      confer and talk about respective objections to exhibits and

4      see whether they can be worked out.

5              MR. ROIN:  Okay.

6              THE COURT:  Fifteen minutes.  Court will stand in

7      recess.

8              (Recess from 10:31 a.m. to 11:01 a.m.)

9              THE CLERK:  All rise.  Be seated, please.

10             THE COURT:  All right.  Let's resume.

11             MR. ISRAEL:  All right, Your Honor.  Thank you

12     for giving us the opportunity to go through the exhibits.

13     We have pulled them down quite a bit and, as well as, the

14     objections.  So why don't you go through which ones you're

15     withdrawing and then --

16             MR. ROIN:  We have withdrawn, Your Honor, 32.  We

17     have -- I think we've withdrawn 36.  The first place I think

18     that they have -- putting aside 34 for a minute which we're

19     going to do at the end, Judge.  The first place where I

20     think they have an objection that we haven't solved is 44.

21     Oh, no, 41, I'm sorry, the first objection is 41.  41 is an

22     excerpt from the Dynasty trust.

23             THE COURT:  Okay.

24             MR. ROIN:  It's an excerpt from the Dynasty

25     trust, I think it's an operating agreement.  The reason

1  that's relevant is it shows that this is an Illinois entity

2  governed by Illinois Law and the debtors have tendered, and

3  I don't know what the number is, but they've tendered an

4  exhibit with a chart showing the control.  Actually, I think

5  you can see it, Judge, if I put on the ELMO. Let's see if

6  this will focus.  There we go.  Judge, I think you can see

7  the very top of the chart shows that one of the entities

8  that owns one of the debtors is the Veluchamy Dynasty trust

9  and so we're using this to show the Illinois connection

10  venue fact with the owner of one of the debtors.

11          THE COURT:  What is the objection?

12          MR. ISRAEL:  I'm sorry, Your Honor.  We've

13  stipulated that, obviously that the Dynasty trust is owned

14  by the Veluchamy's.  I just don't know why they need to --

15  the excerpts from the actual Dynasty trust.  What does that

16  go to show?  I mean, it's just -- it's a trust agreement,

17  but those don't tend to prove anything with respect to

18  venue.

19          MR. ROIN:  It shows that it's governed by

20  Illinois Law, among other things.

21          THE COURT:  Well, offered for that purpose, it's

22  admitted.  The objection is overruled.  What's next?

23          MR. ROIN:  The next one that they object to, they

24  object to in part is 44 which is designed -- this

25  appearances in the Veluchamy bankruptcies of a number of

1   parties.  And they've said they don't object to the portion

2   that shows the [indiscernible] Arun or Anu.  They do object

3   to the FDIC and they do object to the Department of Justice.

4   The FDIC is -- has a claim that was filed in Chicago against

5   the principals of the debtors.  And as the evidence will

6   show, I think it stipulated there was a settlement meeting

7   in which the debtors came out to Chicago.  They met with the

8   Chapter 7 trustee, the FDIC, Arun and Anu, and the attempt

9   was to try to settle the claim of the Chapter 7 trustee in

10  this case to try to get --

11          THE COURT:  So the -- I'm sorry to interrupt.

12  What's the purpose of the --

13          MR. ROIN:  The purpose is to show venue, facts,

14  the relationship between the litigation in Chicago, the FDIC

15  litigation, the Chapter 7 bankruptcy.  And this shows a

16  meeting which they attempt to settle in Chicago the Chapter

17  7 trustee's claim in this bankruptcy.  Part of that deal, by

18  the way, was the debtors proposed -- they wanted a Chapter 7

19  trustee in exchange for money to drop their objection to

20  venue here.

21          MR. ISRAEL:  These are appearances in a unrelated

22  matter.  And I'm -- my concern is the FDIC and DOJ, they're

23  trying to essentially smear the debtors by showing that the

24  DOJ is involved.  I just don't think it's relevant.

25          THE COURT:  Well the -- as you stated, it's not,

1   but it's not being offered for that purpose.  As I

2   understand it, it's being offered for the purpose of showing

3   something occurred in Illinois.  I know it's --

4           MR. ISRAEL:  And it was a --

5           THE COURT:  -- in broad strokes what Mr. Roin's

6   asserting.  But --

7           MR. ISRAEL:  But again, and we don't have a

8   problem as to some of the people, Arun obviously and the

9   Naders [ph], but as to FDIC and DOJ, who cares, I mean.  And

10  this was just a Court proceeding that we're talking about.

11          THE COURT:  And, you know, it's look -- it's a --

12  you know, it's a potato in the pot, that's all.  And the

13  bank, I understand is trying to fill the pot.  And as

14  typically happens, you know, I might not think it's as

15  important as the bank thinks it is and it's just a -- well,

16  the objection is overruled.

17          MR. ISRAEL:  Very well, Your Honor.

18          MR. ROIN:  The next ones, and actually, I'm not

19  sure what's -- I'm not sure what --

20          MR. ISRAEL:  58 through 61.

21          MR. ROIN:  Oh.  These are designations --

22          THE COURT:  I'm sorry, give me a number.

23          MR. ROIN:  58.  We've -- I think we've withdrawn

24  -- oh, no, we didn't.  58 through 61 are designations from

25  the deposition of Arun Veluchamy in the case of 58 and 60.

1   Mrs. Veluchamy in the case of 59.  And 61 is Mr. Veluchamy.

2   They're principals of the debtors and this is admissions.  I

3   believe the testimony has to do with who runs the show and

4   we're trying to show that these people run the companies.

5   We cited in our transfer motion, Arun's testimony that he's

6   the boss of everything including Qualteq which is the New

7   Jersey company and we're trying to use that to show

8   connection to Chicago, management to Chicago.

9           MR. ISRAEL:  Your Honor, these were all

10  depositions taken in the Chicago litigation.  The debtors

11  were not present.  They weren't available to -- I mean some

12  of them may have been, but not all of them that are here.

13  They weren't available to cross examine.  The rules don't

14  allow you to use depositions taken in another matter to

15  prove fact in this matter.  I thought what they were going

16  to use these for was to try to show the fraudulent transfer

17  which would be completely improper.  But again, these are --

18  I mean, the rules are just clear.  You can't use deposition

19  transcripts in another matter where all the parties weren't

20  present and available to cross examine in this matter.  So I

21  just -- I they're hearsay, essentially.

22          MR. ROIN:  Judge, that's incorrect.  If you look,

23  the deposition -- look at the first one, 58.  That's a

24  deposition of Automated Presort, a debtor, the 30(b)(6)

25  witness testifying in behalf of the debtor is Arun

1  Veluchamy, a principal of the debtors.  And they were

2  participating and the debtors were participants in our

3  collection proceedings.  They were the target of our

4  turnover motion.  And we're using it as admissions from the

5  debtors.  It's -- they were there.  This was a 30(b)(6) of

6  the debtor.  The same is true with 60.  That's a 30(b)(6) of

7  UMS, a debtor.

8        MR. ISRAEL:  Certainly, in all --

9        MR. ROIN:  And 61 actually, now 61 is interesting

10 because that was a 30(b)(6) of a principal of USS.  That was

11 a debtor and they withdrew last week.

12        MR. ISRAEL:  Not all the debtors were there.

13 That's the point.  I mean, this is a bankruptcy with a bunch

14 of debtors.  Maybe one debtor was there.  Not all of them

15 were there, neither are the parties.  The committee wasn't

16 there.  The, you know, any other party to this bankruptcy

17 wasn't there.  You just can't use depositions in other cases

18 --

19        THE COURT:  The objection is sustained.

20        MR. ROIN:  Okay.

21        THE COURT:  Let's move on.

22        MR. ROIN:  We have withdrawn, I think the next

23 one is 63 and we've withdrawn that, Judge.

24        MR. ISRAEL:  64 and 67, the same issue.

25        MR. ROIN:  Judge, these are -- this is a document

```
 1   filed --

 2            THE COURT:  Sir, what number are we talking

 3   about?

 4            MR. ROIN:  I'm sorry, 64.

 5            MR. ISRAEL:  64.

 6            THE COURT:  Okay.

 7            MR. ROIN:  This is a document not filed for --

 8   it's an admission filed by a number of the debtors

 9   represented by counsel and I just don't see the problem.

10   The only question is, you know, authenticity and they know

11   it and this is something they ought to be stipulating to.

12   And the reason we submitted it is because in this filing by

13   the debtors in Chicago, they said on July 19 that the

14   debtors were doing great.  They were on target to make 50

15   percent more than they had the year before.

16            THE COURT:  Okay.  And what's the relevance of

17   that?

18            MR. ROIN:  It has to do with the reason these

19   bankruptcies were filed and that has to do with -- the

20   reason the bankruptcies were filed was really to try to do

21   something about the Chicago litigation filed by Bank of

22   America and that we believe that's something that can

23   officially be addressed in the Chicago bankruptcy, as well

24   as, here.  They're arguing -- their argument --

25            THE COURT:  So why is it relevant to where venue
```

1  lies?  Where should it be?  If could be decided equally well

2  either place?

3          MR. ROIN:  Our position is that all of the

4  location factors point to Chicago and the administration of

5  justice is equally done in terms of the issues by any

6  Bankruptcy Court that has an automatic stay.  That's our

7  position.

8          THE COURT:  We all have them.

9          MR. ROIN:  I know you do.

10          THE COURT:  Mr. Israel, what's the objection?

11          MR. ISRAEL:  I mean, I think the, you know, you

12  can certainly take judicial notice of those proceedings in

13  there, but, you know, if a motion is filed and it's similar

14  to the issue with the transcript, motions filed in another

15  case just are, you know --

16          THE COURT:  Well I happen not to think it's

17  probative.  It will not be admitted.

18          MR. ROIN:  Okay.

19          MR. ISRAEL:  68 through 71.

20          MR. ROIN:  Judge, 68 through 71 are proceedings

21  in the Chicago case showing the participation of the debtors

22  in the case.  71 shows the participation of the debtors and

23  the protective order issue afterwards.  We -- and we had

24  representatives of debtors' counsel here, representatives of

25  the creditors' committee.  They have a lawyer in Chicago who

1  came in and we're doing that just to show that they are

2  related proceedings and they came to Chicago, that effect.

3         MR. ISRAEL:  I -- Your Honor, I've actually

4  written a brief on this issue.  I'm very familiar with

5  whether or not -- not in this case.  With whether or not a

6  hearing proceedings or a transcript of hearing proceedings

7  in another Court can be used for any, you know, probative

8  value in a separate Court.  And I think that the case law is

9  clear, it can't.  It's essentially hearsay.  Now, you can

10  take judicial notice of it that there were these hearings,

11  but I don't believe and I think there's cases -- I don't

12  have them at my fingertips that say that that's just -- that

13  it's just hearsay.  I mean --

14         THE COURT:  But if I could take judicial notice

15  of it, what's the difference?  It seems to me that if the

16  purpose is for the limited purpose of saying the debtors

17  were involved and they were represented --

18         MR. ISRAEL:  Well, if it's -- if you're admitting

19  --

20         THE COURT:  -- you know, it's not --

21         MR. ISRAEL:  -- it for that limited purposes,

22  fine, but I don't know what else is in those hearings, you

23  know, that --

24         THE COURT:  I wouldn't take it for any other

25  purpose other than that which the bank is offering it for.

1            MR. ISRAEL:  Okay.  Well --

2            THE COURT:  I'll admit it on that limited basis.

3            MR. ISRAEL:  Okay.

4            THE COURT:  That's 69 through when?

5            MR. ISRAEL:  It's 71.

6            THE COURT:  Thank you.

7            MR. ROIN:  The next and I think --

8            MR. MARTIN:  Hold on, hold on, hold on.  Judge, I

9    think you said 69.  Just for the record, it's actually 68.

10           THE COURT:  All right, through 71.

11           MR. MARTIN:  Yes, sir.

12           THE COURT:  Okay.

13           MR. ROIN:  The next objection I have and I think

14   it may be the last one till we get back to 34 is 78.

15           MR. ISRAEL:  Well what about 72?  I didn't

16   withdraw that.  You may have ruled on 72, Your Honor.  That

17   was the issue that there was an AUSA appearance in the

18   Chicago litigation and I just don't know what the relevance

19   is.  And I think --

20           MR. ROIN:  It's just related proceedings, Judge,

21   in Chicago involving --

22           THE COURT:  I'll admit it for that purpose.

23           MR. ISRAEL:  Okay.

24           MR. ROIN:  78 which they've objected to is an

25   email from one of the principals of Plami which is one of

1  the members of the creditors' committee.  They're from

2  Mexico.  And the position taken by the debtors is that

3  Delaware is a more convenient forum.  And this is an email

4  between this -- one of the creditors to Anu Veluchamy saying

5  that they're coming to Chicago.  And so, although this

6  particular creditor on the creditors' committee is saying it

7  likes Delaware, we've been told that this creditor doesn't

8  want to come to Delaware, but they do come to meet the

9  Veluchamy's in Chicago and that's a venue fact.

10            THE COURT:  Mr. Roin, do you really want to open

11  that door given my prior ruling in this case in the way of

12  evidence?

13            MR. ROIN:  Okay, I won't do it.

14            THE COURT:  Well, you may do as you wish.  I just

15  -- I want you to --

16            MR. ROIN:  Okay.  No --

17            THE COURT:  I would view that as --

18            MR. ROIN:  Okay.  If you think that's opening the

19  door, then I won't.

20            THE COURT:  Yeah.  78 is withdrawn.

21            MR. ROIN:  That's it.  Back to 34.

22            THE COURT:  Okay.

23            MR. ROIN:  We discussed with the debtors 34.

24  They found what they say are a couple of errors on the

25  location of some creditors totaling $400,000.  That would

1   move the needle a third of a percent on our charts, but, you

2   know, from our point of view, we're happy to introduce our

3   summary charts as demonstratives and we would expect to the

4   extent the debtors want to show they're wrong, they'll try

5   to do it.  And I think our understanding is they're going to

6   introduce their similar charts as demonstrative in the same

7   way.  The underlying data is already of record in this case,

8   it's the SOFA's and schedules.

9            MR. ISRAEL:  I mean, I think the point is that

10  the demonstrative is just -- is plainly wrong.  I mean, I

11  understand they're not introducing it as substantive

12  evidence, but it shouldn't, you know, normally, it shouldn't

13  even be seen by the fact finder if it's wrong.  So I just,

14  you know, we note that the charts are incorrect and the

15  concern about the Court looking at them but --

16           THE COURT:  When did you receive them?

17           MR. ISRAEL:  We received them well like how many

18  days ago?  Yeah, three -- I mean, you'll -- we're going to

19  put Mr. Scouler on and he will testify as follows.  We

20  received these literally like two days ago when we were

21  getting ready to do the final submit.  We had an hour to

22  submit the final joint pretrial.  We couldn't agree to the

23  numbers because we just had literally gotten them an hour

24  before we had to file it.  So we put those, some of those

25  issues in the contested facts.  For example, the total

1  percentage of Illinois creditors.  That's a major, you know,

2  that's an issue that they think is a major issue.

3           THE COURT:  I'm going to reserve ruling --

4           MR. ISRAEL:  Okay.

5           THE COURT:  -- on the admission of this exhibit.

6           MR. ISRAEL:  And they're not it seems to admit

7  it, I just want to note as substantive evidence, but even in

8  the demonstrative we have an issue with.

9           THE COURT:  I understand.

10          MR. ISRAEL:  Okay.  Your Honor -- is that it?

11          MR. ROIN:  I think that's it.  I think the -- and

12  the rest of our exhibits are admitted.

13          THE COURT:  Okay.  So of Exhibits 1 through 80,

14  so that I recap, 7, 32, 36, 63, and 78 have been withdrawn.

15  Okay.  I have reserved ruling on 34.  And of those

16  remaining, all but 58 through 61 and 64 are admitted, some

17  with the limited purpose which was stated on the record.  Am

18  I correct about that?

19          MR. ROIN:  I think so, Judge.

20          MR. ISRAEL:  I think so, Your Honor.  I think you

21  got that right.

22          THE COURT:  All right.  Shall we turn to the

23  debtors' exhibits?

24          MR. ISRAEL:  Your Honor, there's a --

25          THE COURT:  I'm sorry, before we do.  Mr. Roin,

1   do you rest with that, your case in chief?

2           MR. ROIN:  Judge, that we also have submitted

3   deposition testimony.

4           THE COURT:  Have the parties discussed or agreed

5   or lodged objections to designations and counter

6   designations?  Where do the parties stand on that?

7           MR. ISRAEL:  I mean, there has been no lodged

8   objections on either side, candidly.

9           THE COURT:  Okay.  So how would we identify --

10  where does that --

11          MR. ROIN:  We did -- actually, we did object and

12  submitted objections to a number of their designations,

13  Judge.

14          MR. ISRAEL:  I haven't seen that, if they did

15  that.  Was it in the joint pretrial?

16          MR. ROIN:  Yeah.

17          THE COURT:  Okay.  Well --

18          MR. ROIN:  The --

19          MR. ISRAEL:  I mean, I can -- well, my

20  recommendation, Judge, is that we also confer at some point

21  because we do have some objections to their designations.  I

22  mean, it's -- they're right in the transcripts.  I mean, the

23  -- if you read the transcripts, you'll read the objection

24  that comes right after.

25          THE COURT:  Okay.  I'll set the -- but for that,

1  does the bank rest its case in chief?

2          MR. ROIN:  There's only one other document and we

3  had thought it was potentially a rebuttal document, but goes

4  to something that the other side put in their trial brief.

5  And so we might as well get it out now, unless -- and maybe

6  I'm wrong.

7          THE COURT:  Okay.

8          MR. ROIN:  Maybe -- unless this is the --

9          THE COURT:  Well, let me ask you this.

10          MR. ROIN:  Yeah.

11          THE COURT:  Of what does the trial brief consist?

12          MR. ROIN:  The trial brief consists of --

13          THE COURT:  Argument.

14          MR. ROIN:  -- argument together with references

15  to the things that we've identified as admitted here in the

16  statements of uncontested fact.

17          THE COURT:  Okay.  Well trial briefs don't

18  contain evidence.

19          MR. ROIN:  Okay.

20          THE COURT:  So my question to you is why would

21  you need to introduce evidence --

22          MR. ROIN:  Okay.  Judge, we'll wait.

23          THE COURT:  Okay.

24          MR. ROIN:  We'll wait.

25          THE COURT:  I mean, I hope counsel understand

1   that I know the difference between the two, argument and

2   evidence.

3           MR. ROIN:  Okay.

4           THE COURT:  Okay.  I see mildly affirmative nods.

5   Okay.

6           MR. ROIN:  No, Judge, I know you understand.

7           THE COURT:  All right.

8           MR. ISRAEL:  I agree, Your Honor.

9           THE COURT:  Okay.

10          MR. ISRAEL:  With respect to -- let me start out

11  something with respect to our exhibits.  And we have

12  tentatively withdrawn all the ones that related to venue --

13  strike that, that related to the standing based on your

14  ruling.  But here's my dilemma, Your Honor, and maybe I

15  could get some guidance from the Court, if you're inclined

16  to give it.  Our concern is that you've made the ruling, we

17  respect it.  But we haven't put in any of our exhibits, our

18  substantive evidence on standing.  If I'm going to withdraw

19  it, I'm not going to have a record for that.  And I'm not so

20  much concerned, frankly, about appeal because we may or may

21  not appeal.  I'm more concerned about there being any use of

22  this in other proceedings.  For example, if you said there

23  was standing only to the purposes of the venue motion, I

24  would feel a lot better and --

25          THE COURT:  I understand from the pretrial

1    submission, that the bank resists that finding, however,

2    that would be my ruling that the standing decision is for

3    purposes -- as I did for cash collateral, I made the

4    standing decision for that purpose only.  And here, I will

5    make the standing decision for venue purposes only.

6              MR. ISRAEL:  Very well, Your Honor, thank you.

7    Then with that, I'll proceed to identify many, many exhibits

8    being withdrawn --

9              THE COURT:  Okay.

10             MR. ISRAEL:  -- at this point.

11             THE COURT:  All right.  And your exhibits are

12   numbered from what --

13             MR. ISRAEL:  100 through -- 2 -- 100 on.

14             THE COURT:  To infinity or is there an end

15   somewhere?

16             MR. ISRAEL:  Oh, no, no, no.

17                       (Laughter)

18             MR. ISRAEL:  To infinity and beyond.

19             THE COURT:  Yeah.

20             MR. ISRAEL:  100 to 206, Your Honor.

21             THE COURT:  All right.  And what's been

22   withdrawn?

23             MR. ISRAEL:  Okay.  100 through -- hold on.

24             MR. ROIN:  113.

25             MR. ISRAEL:  113.  Okay.

1            MR. ROIN:  They've withdrawn 100 through 113.

2            MR. ISRAEL:  113.

3            MR. ROIN:  We're agreeing to admission of 114

4    which is the same as Bank of America's Exhibit 21.

5            MR. ISRAEL:  115 through -- thank you, Howard,

6    through 117 is withdrawn.  There's no -- well, I don't think

7    there's an objection to 118 through 121 which you already

8    admitted.

9            MR. ROIN:  Yes.

10            MR. ISRAEL:  Yeah.  122 and 123 -- 122 through

11   124 there's no objection to.

12            MR. ROIN:  124 is withdrawn.

13            MR. ISRAEL:  That's correct.  Yeah, that's --

14   yes.

15            THE COURT:  So 118 through 123 are admitted.  124

16   is withdrawn, okay.

17            MR. ISRAEL:  125 is not withdrawn.  They --

18   they're pressing their objection.  125 is an agreement.

19   It's a master service agreement with a customer.  It --

20   we're offering it for two purposes.  One is to show that

21   there are confidentiality provisions in the agreement that -

22   - very stringent confidentiality provisions of the

23   agreement.  This all goes to the fact that the stability of

24   the debtors is paramount to them continuing to operate to

25   keep their customers.  And part of our argument as Your

1    Honor knows is moving it, moving the venue at this point

2    would have a detrimental effect on that.  So this just tends

3    to show that this is a very -- as you'll hear from Mr.

4    Scouler, it's a very, very high security kind of business.

5    I mean, you can't even say, under the agreements you can't

6    even say who your customers are.  That's how secure it is.

7    And so because of that, again, you'll hear from Mr. Scouler,

8    any disruption in this process is going to be potentially

9    risky and detrimental.

10            THE COURT:  Mr. Roin?

11            MR. ROIN:  Your Honor, the -- this is apparently

12    an agreement with a customer.  It's totally unrelated to

13    venue which what Mr. Israel just told you about was they

14    want to keep the customers confidential and things

15    confidential, but there's no suggestion that another Court

16    wouldn't keep it confidential.  And I would note that when

17    we took their -- Mr. Scouler's 30(b)(6) deposition, he was

18    their venue designated person.  We asked him whether the

19    location of customers was a venue fact.  He said -- Question

20    -- This is his deposition at 151 over to 152.  Is the

21    location of customers one of the venue facts that you relied

22    on when you made the decision to recommend Delaware?

23    Answer:  No.  Question:  Is it relevant to venue?  Answer:

24    No.

25            MR. ISRAEL:  But I objected on the basis that

1    that was asking for a legal conclusion.

2              THE COURT:  It sounds like a fertile ground for

3    cross examination.  I'll admit the exhibit.  I'll admit the

4    exhibit.

5              MR. ISRAEL:  Very well, Your Honor, thank you.

6    120 -- sorry, 127 --

7              MR. ROIN:  126 through 137 --

8              MR. ISRAEL:  137 are withdrawn.

9              MR. ROIN:  -- are withdrawn.

10             THE COURT:  Hold on.  126 to 137.  Well, there's

11   nothing behind those tabs anyway in my book, so.

12             MR. ISRAEL:  Yeah, we withdrew them before today.

13             THE COURT:  Okay.

14             MR. ROIN:  Judge, 138 is the same issue --

15             MR. ISRAEL:  The same issue --

16             MR. ROIN:  -- as the one where you --

17             MR. ISRAEL:  -- as 125.

18             MR. ROIN:  -- admitted it so I -- the same as

19   125.

20             THE COURT:  It's admitted.

21             MR. ISRAEL:  Okay.  139 through 142 is withdrawn.

22             MR. ROIN:  Judge, just for the record, we object

23   for the same reason on 138.  You don't have to go back to

24   it, I just want the record to be clear.

25             THE COURT:  Overruled for the same reason.

1           MR. ROIN:  143 is -- 143 we're moving forward on.

2    That is that memo which now you've seen in un-redacted form.

3    I have a sneaking feeling you have already had a feeling

4    about that memo, but if you recall --

5           THE COURT:  You got that impression, did you?

6                       (Laughter)

7           MR. ISRAEL:  Yeah, I got that impression at the

8    last hearing, Judge.

9           THE COURT:  Okay.

10          MR. ISRAEL:  But if you recall, that is the memo

11   that memorializes the deal caught between the Chapter 7

12   trustee and BOA.  And we feel, frankly, that it just goes to

13   the fact that there's, you know, the Chapter 7 trustee is

14   essentially being bought and sort of paid for in terms of

15   their legal fees from going along with BOA's plan of action

16   here.

17          THE COURT:  All right.

18          MR. ROIN:  Judge, the memo doesn't show that, we

19   object to that.  There was one part of the memo that dealt

20   with transfer and that part's relevant as far as it goes and

21   we think the rest just isn't relevant.

22          THE COURT:  The objection is overruled.

23          MR. ROIN:  It's also we object on hearsay

24   grounds.

25          THE COURT:  It's still overruled.

1           MR. ISRAEL:  Okay.  144 we're going to use as a

2   demonstrative.  That's being withdrawn as a substantive

3   exhibit.  145 through 147, there's no objections to.  148 is

4   being withdrawn.  And then 149 through 206, there's no

5   objections to.  Howard?

6           MR. ROIN:  Just -- I'm flipping, Judge.

7           THE COURT:  Okay.

8           MR. ISRAEL:  149 through 206, there's no

9   objections to.

10          MR. ROIN:  Yes.

11          MR. ISRAEL:  Is that correct?

12          MR. ROIN:  That's true, Judge.

13          THE COURT:  Okay.

14          MR. ROIN:  And then I believe they have withdrawn

15  207 to the end.

16          MR. ISRAEL:  Correct.

17          MR. ROIN:  They're standing objections, they're

18  standing exhibits so they're withdrawn.

19          MR. ISRAEL:  That's right, no, they were

20  withdrawn.  That's correct.

21          THE COURT:  Okay.

22          MR. ROIN:  Judge, could we talk for a second

23  about their designations from testimony?  We object -- we

24  have some specific objections, but we object overall to

25  their designation from Arun Veluchamy who's one of the

1  principals of the debtors and he ought to be here and so

2  it's hearsay.  Unless they're taking the position that he's

3  unavailable and I don't know if they're saying that.  And we

4  object to the designation of any of Mr. Scouler's

5  deposition.  I'm allowed to and have designated some

6  admissions from that, but he's here.  He's sitting in the

7  courtroom, so they're not entitled to designate.  If they

8  want to put it on in their case, they can.  So we object to

9  both of those.

10         MR. ISRAEL:  I mean, I think we're allowed -- I

11  mean, and my understanding is we're allowed to counter

12  designate, but, you know, look, Mr. Scouler's here, we'll

13  put him on, that's fine.

14         THE COURT:  Okay.

15         MR. ISRAEL:  In terms of Mr. Veluchamy, again, I,

16  you know, if they're going to not call him live and use his

17  transcript, then we can counter designate.

18         MR. ROIN:  Judge, they're only allowed to counter

19  designate for completeness.  Otherwise, they have to say

20  he's unavailable which they've not said.  And maybe they're

21  going to say it, but they've not said it.  And unless they

22  say he's unavailable, they're not allowed to designate as

23  part of their case.  The only thing they can do is counter

24  designate for completeness with respect to our designations.

25  That's the rule.

1          MR. ISRAEL:  Well, he's clearly not within the

2     subpoena power of the Court, right?  I mean, he's outside of

3     that so he is essentially unavailable in that sense.

4          THE COURT:  Is he an officer of any of the debtor

5     corporations?

6          MR. ISRAEL:  Well he is.  Yeah, no, he clearly

7     is.

8          THE COURT:  Well --

9          MR. ISRAEL:  But again, as -- if they're calling

10    him, he is -- Mr. Goldstein's saying he believes he's

11    unavailable in any event.  Just today he's unavailable.  But

12    he's not -- I think he's being called -- he wasn't presented

13    as a 30(b)(6), he was presented as an individual witness so.

14    I mean, I just think, you know, he's outside the

15    jurisdiction.  He's deemed unavailable.

16         THE COURT:  Well, I'll you what, I can't remember

17    ever determining that the corporate officer of a debtor

18    entity was beyond the reach of this Court in a case pending

19    before me.  But I'll ask the parties to confer during the

20    break and we'll break at 1:00.  And if the matter's not

21    resolved, I'll resolve it after the break, all right?

22         MR. ISRAEL:  Very well, Your Honor.  Do you rest?

23         MR. ROIN:  Judge, that's all of our evidence.  I

24    would, at some point, sort of walk through it if the Court

25    wants that, but that's our evidence.

1          THE COURT:  All right, thank you.  Is there

2   anyone else -- actually, bear with me for a minute.  Does

3   the Chapter 7 trustee intend to offer any evidence?

4          MR. CHIPMAN:  Your Honor, may I have one moment,

5   please?  Thank you.  Your Honor, the Chapter 7 trustee does

6   not intend to offer any evidence, thank you.

7          THE COURT:  Okay.  Now --

8          MR. CANDEUB:  Excuse me, Your Honor.

9          THE COURT:  Yes.

10         MR. CANDEUB:  Doug Candeub on behalf of creditor,

11  Plami SADCV.

12         I just wanted to say that as such time as the

13  issue of Exhibit 34 of the bank does come up and gets

14  presented, that I would like the opportunity also

15  potentially to contribute my objections to that exhibit.

16         THE COURT:  Well, talk to me then.

17         MR. CANDEUB:  Thank you.

18         THE COURT:  As far as I can tell, those were the

19  only parties who filed pleadings on the let's change venue

20  side.  I'll now -- if that's true, I'll now turn to the

21  debtor.  Just tell me first what it is you plan today and

22  give me some time estimates.

23         MR. GOLDSTEIN:  Your Honor, I think probably the

24  most efficient manner if you wish to proceed here is

25  probably to go straight to the evidence.  We intend to call

1    Dan Scouler as a witness.  And then I think either post

2    trial arguments can be made or alternatively, we can file

3    post trial briefs if the Court's desire.

4             THE COURT:  How much time do you anticipate Mr.

5    Scouler's testimony will take on direct?

6             MR. ISRAEL:  Your Honor, given your ruling on

7    standing, only about an hour on direct.

8             THE COURT:  Okay.  Any notion of cross

9    examination estimates?

10            MR. ROIN:  I think it would be about the same,

11   maybe less.

12            THE COURT:  Okay.  Anyone else intend to examine

13   Mr. Scouler?

14                 (No audible response heard.)

15            THE COURT:  I hear no further response.  Okay,

16   let's get started.

17            MR. ISRAEL:  All right.  Your Honor, the debtors

18   call Dan Scouler.

19            THE COURT:  Other side, sir.

20            MR. SCOULER:  Oh, sorry.

21            THE COURT:  There you go.

22            DANIEL SCOULER, DEBTORS' WITNESS, SWORN

23                    DIRECT EXAMINATION

24   BY MR. ISRAEL:

25   Q.  Good morning, Mr. Scouler.

1   A.   Good morning.

2   Q.   Can you briefly describe your educational history and

3   background?

4   A.   Graduated from the University of Western Ontario with an

5   Honors Business Degree in 1971.  Became a Canadian chartered

6   accountant in 1974 and worked for a variety of firms over

7   the past 36 years.

8   Q.   And where do you currently work?

9   A.   I have my own firm, Scouler & Company.

10   Q.   How long have you worked there?

11   A.   It was founded in 2004.

12   Q.   And prior to that time, can you just give a history of

13   your work in the restructuring area?

14   A.   Sure.  Prior to that, I was in charge of the FTI

15   Consulting Crisis Management firm, Crisis Management

16   subsidiary.  Prior to that, I was the principal at Policano

17   & Manzo, a specialty boutique firm in the New York area.

18   Prior to that, I was with a boutique investment bank,

19   Meadowcroft Associates.  Prior to that, I was a partner with

20   Touche Ross and partner with Ernest & Young.

21   Q.   And all of those prior places of employment, did you

22   generally, were you generally involved in restructuring and

23   bankruptcy work?

24   A.   I have done nothing but restructuring and bankruptcy

25   work since 1975.

1  Q.   Okay.  And what does Scouler & Company do?

2  A.   Scouler & Company is a boutique financial advisory and

3  crisis management firm.  We do turnarounds, operate as chief

4  restructuring officers, occasionally work for unsecured

5  creditors' committees, all focused on financially troubled

6  companies.

7  Q.   Do you have any experience involving -- involved in

8  bankruptcy cases in Delaware?

9  A.   I do.

10 Q.   How many cases have you been involved in?

11 A.   Five of six.

12 Q.   And can you just briefly describe the type of experience

13 you've had with the Delaware cases?

14 A.   They would all be as chief restructuring officers.  So

15 go back to Communication Dynamics in -- actually it would go

16 back to Valley Media in 2000, then Communication Dynamics

17 2002, Warehouse Entertainment 2003, Mortgage Lenders Network

18 which was a 2007 case is all I can remember off the top --

19 Q.   Through your experiences, general experience in working

20 in bankruptcy cases and specific experience in Delaware

21 cases, do you have -- have you made a determination about

22 the desirability filing Chapter 11 cases in Delaware?

23 A.   I have.

24 Q.   And what is that?

25 A.   Well as we advised the debtor, we think Delaware -- our

 1    advice was that Delaware was a preferable venue for a couple

 2    of reasons.  First of all, Delaware is predictable.  So when

 3    you're planning your first day orders, critical vendor

 4    motions, all of those motions and activities that greatly

 5    assist the case in getting off to a good, smooth, stable

 6    start, you know, my experience tells me I have a pretty good

 7    idea of where Delaware's going to come out.  So I can plan

 8    around that and that reduces some risk.  Reducing risk is

 9    always a good idea.  Secondly, the Delaware Courts are

10    pretty sophisticated when it comes to business issues.  They

11    are able to understand business issues.  They're able to see

12    through to the, you know, the, you know, some of the

13    intangibles of business things.  They're able to understand

14    the importance of customer confidence, employee stability,

15    some of the things that not are necessarily reflected in the

16    numbers, but are very important for the success of the case.

17    And finally, in this case, I think it was certainly my view

18    that some separation between the activities in ongoing

19    lawsuits in Chicago relating to a couple of the principals,

20    some separation between that and the debtors' operations

21    which are -- which were and are profitable and cash

22    positive, would be a constructive perception out in the

23    marketplace so that we could communicate to our customers

24    that these activities are not impacting the debtors'

25    operations.

1  Q.  And we're going to get into a little later, I'll ask you

2  about the decision to file in Delaware, but I was generally

3  asking about your feeling on the Delaware Courts.  How about

4  your experience with Illinois.  Do you have any experience

5  with the Illinois or the Chicago Bankruptcy Courts?

6  A.  I do not.

7  Q.  Okay.

8          THE COURT:  Mr. Israel, I -- it's only in very

9  rare occasion that I interrupt an examination other than to

10 address an evidentiary objection, but I will tell you, I

11 can't envision myself frankly, or any Judge of this Court,

12 ever basing a venue decision in whole or in part on reasons

13 number one or two that were described by this witness for

14 many reasons, but including the fact it puts the opposing

15 party in the awkward position of having to cross examine a

16 witness to make the point that he's wrong about that.  But

17 in any event --

18          MR. ISRAEL:  Oh, I was just asking -- I wasn't --

19 that's not one of our reasons for moving -- for not moving

20 the case.  I was just asking him to describe generally his

21 experience in Delaware and why he finds it a desirable

22 location.

23          THE COURT:  Okay.  I heard what he said and I

24 felt it important to comment.

25          MR. ISRAEL:  Very well, Your Honor.  Now were you

1    at some point in time retrained as the chief restructuring

2    officer of the debtors?

3              MR. SCOULER:  I was.

4              MR. ISRAEL:  And when was that?

5              MR. SCOULER:  It would be in early August of this

6    year.

7              MR. ISRAEL:  Okay.  Now can you generally

8    describe the debtors' businesses?

9              MR. SCOULER:  Yes.  The general -- the businesses

10   in general are integrated direct mail operation.  They are

11   able to address almost every aspect of direct mail.  And you

12   can generally divide them into two categories; one is paper,

13   one is plastic.  Paper operation is a -- includes fairly

14   sophisticated data management where you do things like take

15   duplicates out of mailing lists and generally enhance them

16   from a variety of propriety ways to make them more targeted

17   and more valuable to the customers.  And the paper group

18   includes a various mailing and letter shop operations and

19   including two pretty sophisticated printing operation,

20   multi-color, laser, a variety of printing operations.  On

21   the plastic side, they manufacture everything from credit

22   cards to gift cards, loyalty program cards, anything to do

23   with a plastic card they can pretty much handle.  And those

24   are -- the manufacturers include -- is conducted in two

25   locations; one in New Jersey and one in Illinois.  And in

1  that group, we generally include two embossing companies

2  that, you know, take the basic cards and do a number of

3  additional things to them to enhance their -- to enhance the

4  cards and to customize them from customer requirements.  One

5  handles secured cards and those are basically credit cards

6  that have the ability to charge, to use them as a credit

7  card.  And the other are non-secured so they would be gift

8  cards and again, loyalty programs, anything that doesn't

9  carry a balance.  Then there's a holding company, Vmark

10 which is just a holding company.  And then there's a company

11 called Fulfillment Excellence or FX as we call it.  And

12 that's essentially a project management company.  So they

13 interface with the customers and help the customers

14 understand what their needs are and decide how that

15 particular order is going to be processed through the system

16 and what companies are likely to work on it and what

17 services they have to offer.  It's essentially a project

18 management firm.  And then there's a variety of real estate

19 properties as well.  But those are the operational

20 companies.

21          MR. ISRAEL:  Okay.  Your Honor, may I approach

22 and put a demonstrative on the easel?

23          THE COURT:  You may.

24          MR. ISRAEL:  Thank you.

25          MR. ROIN:  Excuse me, Your Honor, I just want to

1  know what exhibit it is so I can find my copy.

2          MR. ISRAEL:  I'm going to put -- I'll give you

3  copy -- I'm going to -- I'll give you a copy, but I want to

4  put it on the ELMO as well.

5          MR. ROIN:  Okay.

6          MR. ISRAEL:  Of course if anyone can see that,

7  good luck.  Can you see that?  Are you ready?  Howard, are

8  you ready?

9          MR. ROIN:  I got it, sir.

10  BY MR. ISRAEL:

11  Q.  Okay.  Can you just briefly describe the -- how the

12  integration of the companies work?

13  A.  Well again, Vmark in total is a direct mail operation.

14  And direct mail involves many facets of activity.  And the

15  companies in the -- on the chart here, often work together

16  on customer orders.  Sometimes they work independently.  It

17  just depends on the customer's needs.  So the group of

18  companies may manufacture a credit card.  They may have it

19  embossed and then they may mail it out.  So that would

20  involve three or four of the individual companies.

21  Sometimes customers simply want the mailing.  Sometimes

22  customers are just looking for some data enhancement.  So it

23  -- there's a lot of back and forth among the companies,

24  depending on the customer needs.

25  Q.  And did -- and I'm sorry, can you give sort of an

1  example of, you know, if a customer went to Qualteq, you

2  know, then could it get services out of other of the

3  subsidiaries?

4  A.   Sure, sure.  You might go to Qualteq to manufacture a

5  card.  That card might be affixed to a form manufactured by

6  Creative Automation.  That may in turn be -- go to a letter

7  shop to be stuffed in an envelope.  And then it might go to

8  automated presort to be mailed.

9  Q.   Are you familiar with the debtor, Veluchamy, LLC?

10  A.   Yes.

11  Q.   What does Veluchamy, LLC, do?

12  A.   They own the building that in which Qualteq, New Jersey

13  operates in.

14  Q.   And is there a lease agreement between Qualteq and

15  Veluchamy?

16  A.   There is.

17  Q.   What type of lease agreement is it?

18  A.   It's a triple net lease.

19  Q.   And what does that mean?

20  A.   Well, it just means that all -- they bear all the costs

21  of the -- of occupying the space.

22  Q.   Okay.  And are you familiar with a debtor known as

23  Creative Investments?

24  A.   Yes.

25  Q.   Let me just put that one up.  And what does Creative

1  Investments do?

2  A.   They own the building that Creative Automation operates

3  in.

4  Q.   And again, is there is a lease between Creative

5  Automation and Creative Investments?

6  A.   There is.

7  Q.   What type of lease is that?

8  A.   Again, it's a triple net lease.

9  Q.   And -- okay, all right.   Now in regard to the debtors'

10  business, can you talk a little bit about the -- whether

11  there's a concern about the secure nature of the information

12  they handle?

13  A.   Yeah.   The nature of the business includes what are

14  called secured cards.   And secured cards are as you -- they

15  are your typical credit cards that everybody would have in

16  their wallet so Visa, MasterCard, Annex, Discover.   And

17  these are -- in order to produce these cards, you have to be

18  Visa certified or MasterCard certified depending on the

19  card.   Certification entails a lot of physical security.   So

20  if you were to go to Qualteq in New Jersey, the -- there's a

21  lot of protocol surrounding access to the building.   And

22  there are further protocols to move from one section of the

23  building to another.   The cards have to be accounted for.

24  It's -- they're treated for all practical purposes in the

25  minds of the customers and Visa as cash.   So there's very

1  strict controls over, you know, the production and the

2  shipment, et cetera.

3  Q.  Where are finished cards stored before they're --

4  A.  They're stored in a vault.

5  Q.  Okay.  So would you characterize as these businesses as

6  extremely high security?

7  A.  Yeah, they would have very high security relative to a

8  typical manufacturing plant that might be manufacturing non-

9  secured materials, non-secured products.

10 Q.  Now regarding the various customers of the debtors are

11 you familiar with them in general?

12 A.  Generally.

13 Q.  Okay.  Are you familiar with, generally with some of the

14 agreements that customers have with the debtors?

15 A.  Generally.

16 Q.  And are you familiar with the confidentiality concerns

17 about -- from the customers?

18 A.  I am.

19 Q.  Can you just describe what are the concerns?

20 A.  Well there's typically a section in the customer

21 agreements that relate to confidentiality and it's pretty

22 strict.  In fact, you can't really admit that -- you can't

23 really disclose the fact that, you know, Bank A is even a

24 customer.  They take that pretty seriously.

25 Q.  Take a look at what's Exhibit 125.  I believe the

1   binders are right behind you.

2             MR. ISRAEL:  May I approach and help the witness

3   out?

4             THE COURT:  You may.

5   BY MR. ISRAEL:

6   Q.  Just let me know when you get there, Mr. Scouler.

7   A.  I have it.

8   Q.  Are you -- have you seen this agreement?  Well, why

9   don't you identify, what is Exhibit 125?

10  A.  It's a master purchase agreement.

11  Q.  With a customer of which debtor?

12  A.  Pardon me?

13  Q.  Which debtor is it a customer?

14  A.  It's a VCT New Jersey, Qualteq, New Jersey.

15  Q.  And do you happen to know, I mean, this is redacted, I

16  understand that, but you -- have you seen the un-redacted

17  copy of this agreement?

18  A.  I'm aware of who the customer is, yes.

19  Q.  And where is that customer located?

20  A.  That customer is located --

21            MR. ROIN:  Your Honor, I object on relevance

22  grounds.  Where the customer's located isn't relevant in

23  this case.  The witness so testified it's not listed as a

24  relevant factor in any of the cases and the customer's a

25  creditor.

1      MR. ISRAEL:  Your Honor, there's two specific

2   issues that the statute talks to.  It talks to the

3   convenience of the parties and it talks to the interest of

4   justice.  And what this witness is going to testify to is

5   that it is in the interest of justice to keep this here out

6   of concern that he has that the transfer will cause

7   disruption.  And what we're trying to establish here is that

8   there is, you know, significant -- these are high secured

9   places, customers are very jittery.  And also, by the way,

10  this other point is just that --

11      THE COURT:  Okay.  Before you complete his

12  testimony, the objection's overruled.  You may answer, sir.

13  Do you remember the question?

14      MR. SCOULER:  Could you repeat the question?

15      MR. ISRAEL:  Can the Court Reporter read it back

16  because I honestly don't remember -- he can't read it?  Oh,

17  I'm sorry.

18      THE COURT:  We could do it, but it's somewhat

19  awkward with the electronic recording.

20      MR. ISRAEL:  Oh, that's fine, I'll --

21      THE COURT:  Do your best, Mr. Israel.

22      MR. ISRAEL:  Thank you, Your Honor, I will.

23  BY MR. ISRAEL:

24  Q.  Do you know where this -- I remember, Your Honor.  Do

25  you know where this customer -- in looking at the un-

1   redacted version, do you know where this customer is

2   located?

3   A.   I do.

4   Q.   Where is that?

5   A.   New York.

6   Q.   Okay.  Turn to D00040.  It's on the bottom right.

7   A.   I have it.

8   Q.   And looking at Section 11, do you see that?

9   A.   I do.

10  Q.   Is that the confidentiality provision that you were

11  talking about?

12  A.   It is.

13  Q.   Okay.  So even the mere existence that this customer is

14  a customer of the debtors is confidential.  Is that right?

15  A.   That's right.

16  Q.   Okay.  Now let's talk about Qualteq for a second.  Where

17  is Qualteq located?

18  A.   North Plainfield, New Jersey.

19  Q.   And have you visited Qualteq?

20  A.   I have.

21  Q.   Have you gone from Qualteq to Delaware thereafter or

22  have you --

23  A.   I visited Qualteq after the first day motions.

24  Q.   Okay.  And how did you get from Delaware to -- I'm

25  sorry, from Delaware to Qualteq?

1  A.  Simply drove up to the facility from Delaware.

2  Q.  Okay.  How far is the drive?

3  A.  Well, it's a couple of hours, but it took us longer than

4  that, roughly a couple of hours.

5  Q.  Okay.  Certainly, Qualteq is closer to Delaware than it

6  is to Chicago, you'll agree?

7  A.  I would agree with that.

8  Q.  Okay.  How important is Qualteq in the debtors' overall

9  operation?

10  A.  I's a pretty big -- it's a fairly significant operation.

11  Q.  And again, what do they focus on, Qualteq?

12  A.  Their -- they make credit cards and including secured

13  cards.

14  Q.  And do they make credit cards for banks specifically?

15  A.  They do.

16  Q.  Bank customers?

17  A.  They do.

18  Q.  And what percentage of all the cards that the debtors

19  produce for banks, what percentage comes out of New Jersey?

20  A.  It would be roughly 70, 75 percent.

21  Q.  Now let's talk generally about the debtors in general,

22  not just Qualteq.  Where are their customers located?

23  A.  Their customers are pretty much all over the country,

24  really all over the world in some instances.

25  Q.  Okay.  And how about their largest customers, some of

1  their largest customers, where are they located?

2  A.  There's a couple of their largest customers located here

3  in Wilmington and some in New York as we mentioned.  And

4  again, they're around the country.

5  Q.  And --

6  A.  Starbucks for example is a fairly large customer located

7  in Seattle.

8  Q.  I see.  And again, so just to be clear, in your work as

9  a CRO, have you come to learn where the debtor sells its

10  products and services?

11  A.  Well again, the customers are pretty much certainly

12  across the country and to some degree around the world.

13          MR. ISRAEL:  Okay.  Can I have -- Your Honor, one

14  moment.  I just want to show him a binder with the Bank of

15  America's contested facts.

16          THE COURT:  All right.

17          MR. ISRAEL:  This goes to that demonstrative.

18  Your Honor, for your edification, what I'm going to show him

19  is Schedule B in the joint pretrial memo that was submitted

20  by the parties.  May I approach the witness?

21          THE COURT:  You may.

22          MR. ISRAEL:  Thanks.

23  BY MR. ISRAEL:

24  Q.  Mr. Scouler, take a look at Page 3 of Schedule B, the

25  contested facts in the joint pretrial that was filed in this

1  case.

2  A.  I have it.

3  Q.  And looking at No. 21 which is a fact that is contested

4  by the debtors that Bank of America seeks to prove, why is

5  it that you were or the debtors were unable to stipulate to

6  this particular fact?

7  A.  Well we had an opportunity, at least I had an

8  opportunity to look at some of the schedules provided that -

9  -

10 Q.  Well before you get to that, why couldn't you -- why

11 couldn't when we got this, couldn't we stipulate to this

12 before it was filed with the Court?

13 A.  Well I didn't see it until yesterday.

14 Q.  Okay.  And so the first time you had a chance to look at

15 the backup to this to confirm these numbers was yesterday?

16 Is that right?

17 A.  Well, it's the first time I saw it, yes.

18 Q.  Okay.  And do you -- is it your understanding that there

19 is a spreadsheet prepared by Bank of America that

20 essentially summarized the math or it contains -- this is a

21 summary of the math in 21, but it's a spreadsheet in which

22 they did the math?

23 A.  Well I understand that to exist, but I've only seen a

24 very small piece of that.

25           MR. ISRAEL:  All right.  Bear with me, Your

1   Honor, for a moment.  Okay.  This -- I'm holding up, Mr.

2   Scouler, this is a copy of the spreadsheet which is some 70

3   pages.  Have you had a chance to go through all 70 pages?

4            MR. SCOULER:  I have not.

5            MR. ISRAEL:  Okay.  Have you gone through any of

6   it?

7            MR. SCOULER:  I've gone through one of them.

8            MR. ISRAEL:  Okay.  Your Honor, I'm sorry, this

9   was a new exhibit.  I -- we just got this yesterday which is

10  why we just had a chance to look at it.  This is a multipage

11  spreadsheet.  And what it is, it's the backup of Exhibit 34.

12  So I marked it as Exhibit 215.  I'll give it to Mr. Roin.

13  And that this is -- and may I approach and hand it up to

14  Your Honor?

15           THE COURT:  Yes.

16           MR. ISRAEL:  Okay.

17           THE COURT:  So for identification, it's Debtors'

18  215, all right.

19           MR. ISRAEL:  And again, just for the record, this

20  is a portion of a 70 something page spreadsheet which Bank

21  of America prepared which is a summary that Bank of America

22  believes of the schedules.  And in this particular case,

23  it's a summary of the Qualteq schedule act.  Okay.  That's

24  my understanding of what 215 is.  And again, if I may

25  approach the witness?

1  BY MR. ISRAEL:

2  Q.  Okay.  Now you said you didn't have a chance to go

3  through the 70 pages.  Correct?

4  A.  Yes.

5  Q.  Did you have a chance to go through just the Qualteq

6  portion of the summary?

7  A.  We did some limiting testing on this schedule.

8  Q.  Okay.  Did you note any problems with what's listed in

9  Exhibit 215?

10 A.  Well, we noted some problems, yes.

11 Q.  Okay.  Can you describe what the problems were?

12 A.  Well, for example, the Mexican creditor, Plami, SA --

13          MR. ROIN:  Your Honor, could I -- if I can

14 object.  I just want to object on foundation grounds because

15 the question was did you know of some problems and the

16 answer back is we and I just need to know whether this is

17 something the witness did or how he did it.

18 BY MR. ISRAEL:

19 Q.  Did you -- very well, I'll rephrase.  Did you personally

20 do an analysis of or take a look at what's been marked as

21 Exhibit 215 in the last day?

22 A.  Yeah, I personally did some test checking on this

23 schedule.

24 Q.  Okay.  And again, you found there were problems with

25 some of the information.  Correct?

1    A.  Right.

2    Q.  Okay.  Can you describe for the Court what the problems

3    were?

4    A.  Well, certain companies are listed as Illinois and

5    they're not.

6    Q.  Okay.  And take a look at the third page.  I'm sorry,

7    the second page.

8    A.  Yes.

9    Q.  And if you look up from the bottom, six up, you see it

10   says Pynsa.

11   A.  Right.

12   Q.  Where is that -- where does Bank of America list that

13   company as being?

14   A.  Illinois.

15   Q.  Okay.  And what company is that?

16   A.  That's an affiliate of one of the largest creditors,

17   Plami, which is a Mexican company.

18   Q.  Okay.  Now how about any other concerns you have here?

19   A.  Well the other one that caught my attention was Sprint.

20   Q.  That's on the last page?

21   A.  Right.

22   Q.  And where is that listed?

23   A.  That's listed at Illinois.

24   Q.  Okay.

25   A.  But Sprint is in Oakland Park, Overland Park, Kansas.

1  Q.  Now did you come to any conclusions based on your

2  analysis as to what the debtor was doing?  How could they

3  have -- Sprint pretty much -- why would they put Sprint as

4  an Illinois company when it -- I'm sorry, Bank of America as

5  an Illinois company when it clearly was located elsewhere?

6  A.  Well I think they may be --

7          MR. ROIN:  Objection, foundation, Your Honor.

8          THE COURT:  Sustained.

9          MR. ISRAEL:  Did you do a further analysis of the

10  schedules to determine how the errors, you believe the

11  errors came about?

12          MR. SCOULER:  Well I think in this --

13          MR. ROIN:  Objection, Your Honor, it's still

14  speculation.  He's just guessing as to what the basis for

15  something he says is in error.

16          MR. ISRAEL:  All I asked him was if he did.

17          THE COURT:  How, yeah.  You may answer, if you're

18  able.

19          MR. SCOULER:  Can you repeat the question?

20  BY MR. ISRAEL:

21  Q.  Yeah.  Did you do an analysis of the schedules and to

22  determine how Bank of America came up with this as an

23  Illinois creditor?

24  A.  On the schedules, there is a payment office with an

25  Illinois address, but Sprint has payment offices all over

1   the country.  It's -- you know, you -- on that basis, you

2   could argue Sprint is a Kentucky company, or a California

3   company, or any state you want to depict.  They're not,

4   they're located in Kansas.

5   Q.  Okay.  And on the schedules, do you recall where -- what

6   the address was for Pynsa?

7   A.  I don't remember.

8   Q.  Well, why don't we take a look at Exhibit 196.  It's in

9   Trial Exhibit 2 of 4.

10           MR. ROIN:  Excuse me, Mr. Israel, I just couldn't

11  hear the exhibit.

12           MR. ISRAEL:  I'm sorry, it's 3 of 4.  I'm sorry,

13  I got it wrong again, it's 4 of 4.  Do you have the 196 in

14  front of you, Mr. Scouler?

15           MR. SCOULER:  Sorry, what's the --

16           MR. ISRAEL:  You have Exhibit 196 in front of

17  you?  May I approach?

18           THE COURT:  You may.

19  BY MR. ISRAEL:

20  Q.  When you get past the explanation, can you identify what

21  is Exhibit 196?  Now wait, that's not --

22  A.  196 is an explanation of amendments to schedules.

23  Q.  I'm sorry, it should be 195, I think I we're -- I meant

24  to -- bear with me.

25  A.  Okay.  I have 195.

1  Q.  Now hold up, bear with me.  I'm sorry, it's 196.  Now if

2  you can go to amended Schedule F.

3  A.  I have it.

4  Q.  Okay.  And if you go to the third page.  Do you see

5  where it referenced Pynsa?  I know it's hard to see, but

6  about halfway down?

7  A.  I don't see it.

8          MR. ISRAEL:  Hold on.  May I approach?

9  BY MR. ISRAEL:

10  Q.  Okay.  I'm sorry, it's four pages in.  Do you see where

11  it says Pynsa?

12  A.  I do.

13  Q.  Is there an address listed next to that?

14  A.  There is not.

15  Q.  Now if you go down and look at Sprint is there an

16  address listed there?

17  A.  There is.

18  Q.  Where is that address?

19  A.  Carol Stream, Illinois.

20  Q.  And that's a -- as you said, that's a billing office

21  address?

22  A.  That's my understanding, it's a payment office.

23  Q.  All right.  Take a look at a few pages in at creditor,

24  JDSU.  It's alphabetical.  I'm sorry, JSDU.

25  A.  I have it.

1  Q.  Do you see that?  Is there an address listed there?

2  A.  There is not.

3  Q.  By the way, are you familiar with the makeup of the

4  creditors' committee?

5  A.  Generally.

6  Q.  And is the -- is JSDU on the creditors' committee?

7  A.  I believe so.

8  Q.  And where are they located?

9  A.  I think they're in California.

10  Q.  Okay.  If you go back then to -- and this didn't have an

11  address in the Schedule F.  If you go back to Bank of

12  America's spreadsheet and you look through JSDU, where do

13  they say they're a creditor of?  It's in Exhibit 215.

14  A.  Illinois.

15  Q.  Okay.  So they say that a member of the creditors'

16  committee is an Illinois creditor when it's clearly not.  Is

17  that right?

18  A.  That's correct, they're California based.

19  Q.  Based on your just spot check of this one portion of the

20  70 page spreadsheet, do you have any confidence in the

21  statistics that were done by Bank of America?

22          MR. ROIN:  Objection, Your Honor.  There's no

23  foundation for that.

24          MR. ISRAEL:  We've laid the foundation, he's done

25  a spot check.

1          THE COURT:  Overruled.  You may answer, sir.

2          MR. SCOULER:  Well I have two problems with this

3  schedule.  First, again, based on this limited sample,

4  first, it would appear if there's no address, Illinois was

5  designated as the default address.  That's problem number

6  one.  Problem number two, extrapolating small, local offices

7  of large multi-national companies as Illinois companies when

8  they're not.  So those are two potential errors that are

9  obviously going to impact the statistics.  And if the sample

10 rate just on this brief sample were extrapolated to the 70

11 pages, I think you'd have a question as to whether the

12 result is anywhere close to, as to where the percentage is

13 anything close to what was represented.

14 BY MR. ISRAEL:

15 Q.  Okay.  Let's move on now.  You're familiar with the

16 makeup of the creditors' committee.  Correct?

17 A.  I am.

18 Q.  Are any of the creditors on the creditors' committee

19 located in Illinois?

20 A.  They are not.

21 Q.  In your experience as acting as a CRO involved in

22 bankruptcy cases, do individual creditors tend, individual

23 creditors tend to participate in bankruptcy cases by

24 attending Court hearings?

25 A.  Generally not.

1   Q.  And who are -- are you familiar with the creditors'

2   committee's counsel in this case?

3   A.  I am.

4   Q.  And where are they located?

5   A.  They're in the New Jersey, New York area.

6   Q.  Okay.  The lead counsel?

7   A.  Yes.

8   Q.  Okay.  How about your -- the debtors' lead counsel?

9   Where are they located?

10  A.  They're located in Chicago.

11  Q.  And do they have any other offices?

12  A.  They have an office in New York.

13  Q.  How about the debtors' litigation counsel?  Where are

14  they located?

15  A.  They're located in Delaware, Wilmington, and

16  Philadelphia.

17  Q.  All right.  Let's talk about the decision to file in

18  Delaware.  Well, first of all, were you involved in that

19  bankruptcy, in that process?

20  A.  I was.

21  Q.  You were retained before the filing.  Is that right?

22  A.  I was.

23  Q.  Okay.  Now what were some of the reasons that the debtor

24  decided to file?

25  A.  Well, first of all, my focus is strictly on the business

1  aspects of it.  I'm not there to give the debtor legal

2  advice.  Debtors' counsel is there for that.  So my focus on

3  any of these venue decisions is strictly based on business

4  considerations.  And so that's my perspective.  And as I

5  said earlier, I'm pretty familiar with Delaware.

6  Q.  And my question is just what was the reason for filing,

7  then I'll get to why.

8  A.  Oh, oh, the reason for filing.  Well the reasons for

9  filing were a concern that the customers were losing

10  confidence in the debtor companies as a group.

11  Q.  Why?

12  A.  They were losing confidence because there was a lot of

13  publicity surrounding the Bank of America's action against

14  Mr. and Mrs. Veluchamy that was circulating in the local

15  press.  And --

16  Q.  And based on your experience as the CRO, did you come to

17  understand what the litigation involved in Chicago?

18  A.  Generally speaking.

19  Q.  Okay.  And what was that?  And what is that litigation?

20  A.  Well, it arose, as I understand it, it arose from a now

21  failed bank, Mutual Bank which for which the Veluchamy's

22  were shareholders and directors.  And there was in

23  connection with the financing of that bank, Bank of America

24  had advanced certain funds at the holding company, the

25  Veluchamy's had guaranteed that, and then there was a

1  dispute arising as a result of that guarantee.

2  Q.  Were the debtors' parties in any of those litigations?

3  A.  They are not.

4  Q.  Okay.  Now you mentioned that there was concern.  I cut

5  you off, but about from the customers due to publicity.  Why

6  don't you just --

7  A.  Yeah.  Again, going back to the nature of these

8  businesses, the customer base, the larger customers are

9  generally, you know, large, multi-national companies.  And

10  the nature of the work we do for them is, you know, secured

11  work, confidential work, sensitive work.  And so they're

12  going to have a heightened level of concern as to whether or

13  not, you know, these businesses are going to be able to

14  continue.  And, you know, you're dealing with not really

15  facts, you're dealing with perceptions.  And perceptions can

16  spiral out of control in my experience.  And so from a

17  business perspective, I was very concerned that customers

18  would start to leave or customers would hedge their bets.

19  And, you know, once these things start in motion, it's

20  somewhat difficult to start.  So there were rumors.  There

21  was bad publicity.  A lot of questions about are you guys,

22  you know, how does this impact my business?  Am I going to

23  have my gift cards for Christmas or am I going to get them

24  in January when they're no good?  And when one of my

25  customer's credit cards hits it's expiring date, am I going

1  to have a replacement?  And those are the kinds of things

2  that I was considering that were percolating out there.

3  Q.  And so that -- and so why then was the decision made to

4  file bankruptcy?

5  A.  Well, bankruptcy had the advantage of being very

6  transparent so we could explain exactly what we were doing,

7  what the company's liquidity situation was, the fact that we

8  had adequate liquidity to run our businesses.  We had a

9  forum to enhance the confidence of the customers that you

10  don't need to listen to any of the rumors, we're here, we're

11  totally transparent.  Here's what's going on.  Here's our

12  funding.  We can complete your orders.  It's business as

13  usual.

14  Q.  And why Delaware?

15  A.  Well again, from a business perspective as I said

16  earlier, Delaware is a place I personally have a fair amount

17  of experience as a CRO.

18  Q.  And was there a concern about sort of separating the

19  debtors' cases from the litigation going on in Chicago?

20  A.  Well again, from my perspective, I thought it would be

21  useful to have a let's call it a clean break from a

22  perception point of view.  So, you know, we're trying to

23  reassure the customers that this litigation and the ongoing

24  operations of the business are, you know, are two separate

25  things.  And that the litigation does not impact profitable

1  ongoing operations.  And so we thought, at least I -- it was

2  my advice that a clear designation of a different forum

3  would help in rebutting the perception that we were afraid

4  would develop among the customers.

5  Q.  And again, in this industry, this particular industry

6  being the direct mail, credit card, gift card industry, why

7  is the perception in your view, as based on your experience

8  now, why is the perception of stability so important?

9  A.  Well, generally, perception of stability in any

10 bankruptcy is important.  But in this case, it's especially

11 important because, you know, you're dealing with secured,

12 very highly -- in many of the businesses, you're dealing

13 with secured product, you're dealing with confidential

14 information, and you're dealing with delivery times that are

15 important to customers.  And it's a high fixed cost

16 operation, volume is important.  And even to the extent that

17 we retained the customer, but the customer hedges his bets,

18 that's typically the first step.  The customer's going to

19 say well, you know, I'm worried about it.  They seem to be

20 fine.  I'm going to move some volume over here and see what

21 happens.  And then you have to try and once they see you,

22 that you're delivering on your orders, that there's no

23 interruption and you get, you know, that settles itself

24 down, but it's the nature of the customers.  They're Fortune

25 -- generally Fortune 500 companies and, you know, they're,

1   you know, they're highly bureaucratic.  They have their

2   processes.  They have their procedures.  And it's once you

3   lose a couple, then you're going -- that's going to impact

4   your -- if you were, it's going to impact your liquidity

5   which then impacts your ability to satisfy your other

6   customer orders and you get into a downward spiral that's

7   very difficult to stop.

8   Q.  And again, in light of the stability concerns you felt

9   and the debtors felt that some separation from the negative

10  publicity was appropriate?

11  A.  Right, it's --

12          MR. ROIN:  Objection, Your Honor, that was

13  leading, telling him what to say.

14          THE COURT:  Would you like to rephrase, Mr.

15  Israel?

16          MR. ISRAEL:  Yeah, sure.

17  BY MR. ISRAEL:

18  Q.  Regarding this issue of stability, how did that factor

19  into the place of venue?

20  A.  Well, I think, again, in my judgment, and customers are

21  all about perception.  They don't get down the legalities of

22  it, they're all about perception.  And the perception of

23  Delaware, that's a venue everybody recognizes.  And, you

24  know, there's many big companies file here every year.  That

25  just, I thought would add some separation and some

1  confidence that we have the operation under control.

2  Q.  What's the goal of the Chapter 11 case?

3  A.  Is to file a plan of reorganization and emerge from

4  bankruptcy.

5  Q.  And what is the latest status of a plan?

6  A.  A draft plan has been circulated to the unsecured

7  committee.  There are negotiations underway with the

8  committee on that plan and it's an ongoing activity.

9  Q.  And when's the -- when are you estimating filing a plan?

10  A.  Soon.

11  Q.  Okay.  Regarding exit is there -- has there been any

12  discussion about getting financing, exit financing?

13  A.  There have been.  Actually, very extensive discussions

14  with potential exit financing sources.  There is an

15  investment banker has been retained, Focal Point.  There's a

16  data room that's been set up.  There's a firm that's been

17  retained to review quality of earnings, to enhance the

18  credibility of the information.  All of that is underway and

19  making good progress.  And we've had pretty detailed

20  discussions with a couple of parties and we expect some

21  letters of intent shortly.

22  Q.  Has there been any indication that letters of intent are

23  going to be forthcoming?

24  A.  There is.

25          MR. ROIN:  Objection.  You know, this kind of

1  speculation about something that hasn't been filed, I think

2  is just way out of bounds.  There's no plan.

3            THE COURT:  The question's been asked and

4  answered.  Overruled.

5            MR. ISRAEL:  Okay.  In your deposition and in

6  answer to Mr. Roin's question about the location of

7  creditors as to whether it's irrelevant, do you remember him

8  asking --

9            THE COURT:  I'm sorry, Mr. Israel.  Let me just

10  remind Mr. Scouler that when counsel stands to object and

11  you see this happening, hold your answer until the Court's

12  ruled on the objection.

13            MR. SCOULER:  I will, Your Honor, thank you.

14            THE COURT:  All right, thank you.

15            MR. ISRAEL:  Thank you, Your Honor.

16  BY MR. ISRAEL:

17  Q.  In regard to Mr. Roin asking you about whether it was --

18  the location of the creditors you believe was relevant to

19  the selection of venue, you remember him asking you that

20  question?

21  A.  I do.

22  Q.  And what was your answer?

23  A.  I didn't think it was relevant.

24  Q.  Now were you answering that you didn't think it was

25  relevant as a legal matter or why don't you say what you

1  were answering.

2  A.  It's strictly a business perspective.

3  Q.  And can --

4  A.  I'm not an attorney and not legal, it's not a legal

5  answer, strictly from a business perspective.

6  Q.  And what do you mean when you said it wasn't relevant?

7  A.  Well it just doesn't impact the success of a

8  reorganization.  It has no impact on the speed with which

9  the proceedings occur, the outcome, the success, not a

10  relevant factor from what the CRO is focused on.

11  Q.  And when you in your experience are dealing as the CRO

12  with creditors in the bankruptcy, are you -- who are you

13  dealing with typically?

14  A.  Well, typically, we deal with the unsecured creditors'

15  committee and especially the unsecured creditors'

16  committees' financial advisors, if they have one.

17  Q.  Okay.  And again, Mr. Roin also asked you about the

18  relevance of where the employees and the assets are located.

19  Do you remember that question?

20  A.  I do.

21  Q.  And what was your answer?

22  A.  Well, the same answer.  Again, it's a business

23  perspective.  It just doesn't impact the outcome of the

24  results of the reorganization.

25  Q.   Okay.  Now after the filing in Delaware, did you do

1  anything with regard to customer relationships?

2  A.  We spent a lot of time on customers who were nervous and

3  concerned and we attempted to explain our goals and

4  objectives, where we were, the state of the company, our

5  liquidity and, you know, tried to reassure them that we were

6  going to be able to operate successfully in Chapter 11 and

7  emerge as a stronger company.

8  Q.  Have you lost any customers since the bankruptcy filing?

9  A.  We have.

10 Q.  How many?  Well, have you lost any significant

11 customers?

12 A.  We have lost one.  Well, we've lost two significant

13 customers.  One was trending away from us.  There was -- we

14 ultimately concluded to let that one go and may have gone

15 anyway, but that was a pricing profitability issue so that

16 was one big one.  The second big one we did lose --

17 Q.  When did you lose that second big one?

18 A.  The second big one we lost shortly after the publicity

19 surrounding the FDIC lawsuit.

20 Q.  And can you explain what the FDI lawsuit was?

21 A.  Well, the FDIC has filed a lawsuit against everybody

22 basically involved in Mutual Bank.  And it was -- that

23 lawsuit was the subject of a number or local articles in the

24 Chicago paper, Crane's Business, The Tribune.  And there was

25 a lot of allegations in that lawsuit that, you know, were

1  pretty controversial.

2  Q.  And do you have an understanding as to why that customer

3  left after the lawsuit was filed?

4          MR. ROIN:  Objection, foundation.

5          THE COURT:  Mr. Israel?

6          MR. ISRAEL:  Well, I'm just basically -- well,

7  okay.  Without telling me any conversations you had, have

8  you done an analysis of why that company left or that

9  customer left?

10          MR. SCOULER:  Well, it's my understanding, the

11  customer left --

12          MR. ROIN:  Objection, Your Honor, there's still

13  no foundation.

14          MR. ISRAEL:  Well no, did you do an analysis?

15  Did you look into why the customer left?

16          MR. SCOULER:  Well, I had conversations with the

17  customer.

18          MR. ISRAEL:  Okay.

19          MR. ROIN:  Objection, hearsay.

20          MR. ISRAEL:  Okay.  Okay.  But in any event, the

21  customer left shortly after the filing of the lawsuit.

22  Correct?

23          MR. SCOULER:  He did.

24          MR. ISRAEL:  Okay.  Now have you taken any

25  measures to ensure that additional customers do not leave?

1          MR. SCOULER:  Well it's been a -- we haven't --

2   you know, we haven't taken any specific additional moves.  I

3   mean, it's a constant communication with customers who are

4   concerned and we have, you know, a regular dialogue.  You

5   know, the customer base notwithstanding the loss of that

6   customer has been pretty stable so far and we've actually

7   gained some customers.

8          MR. ISRAEL:  Now based on your experience in

9   running the debtors, what would be the effect of -- on the

10  debtors by ability of customers that were leaving in any

11  significant numbers?

12         MR. SCOULER:  If we had any significant drop in

13  our customer base, we'd be in trouble.  We would obviously

14  reduce our cash flow and as I said, it's a relatively high

15  cost operation.  And we have ten cash collateral orders,

16  it's -- it would be a big problem.

17         MR. ISRAEL:  And based on your experience in

18  running the debtors and your analysis of the business and

19  the customer base and the like, do you believe that the

20  transfer of the case to Illinois will result in additional

21  customers leaving?

22         MR. ROIN:  Objection, Your Honor.  He's not

23  qualified as an expert on transfer.  This is pure

24  speculation.

25         MR. ISRAEL:  It's not -- it's --

1            THE COURT:  I'll allow it.  You may answer, if

2    you are able, sir.

3            MR. SCOULER:  Well my view on that would be that,

4    you know, I guess my view on that would be there would be a

5    risk in our -- some of our customer's minds as to why the

6    case would be transferred at this stage in the case.  Again,

7    many of these customers are Fortune 500 companies that are

8    somewhat experienced in these proceedings.  They'd view it

9    as unusual.  And my concern is that we've had a lot of

10   peripheral news out there that we've had to combat to keep

11   our customer base stable.  My concern would be that our

12   customers would look at this transfer and they would wonder

13   why and then they speculate and that would be a problem.

14           MR. ISRAEL:  Okay.  And is there a risk --

15           MR. ROIN:  Excuse me, Your Honor.  I want to move

16   to strike that answer.

17           THE COURT:  Granted.

18           MR. ROIN:  He --

19           THE COURT:  Granted.

20           MR. ROIN:  -- was speculating.

21           MR. SCOULER:  The -- and I think the other

22   concern I would have is probably going to take the case --

23   is going to take -- my judgment would be that the case is

24   probably going to take longer to compensate --

25   BY MR. ISRAEL:

1  Q.  Based on your experience acting as a CRO in bankruptcy

2  cases?

3  A.  And if we lose, if the customers do perceive that

4  there's some enhanced risk and maybe hedge their best, move

5  some business to some other -- some of our competitors and

6  that impacts our performance, then our financing is going to

7  be in jeopardy because it's based on certain forecasts that

8  assume that we, you know, we don't impact that.  So it's

9  just a risk of a downward spiral at a very sensitive and

10 important juncture in this case.

11 Q.  Is this a risk you're willing to take?

12 A.  I would not take it.

13 Q.  Okay.  Have you had occasion to negotiate with the DIP

14 lender in this case?

15 A.  I have.

16 Q.  Where is the DIP lender located?

17 A.  New York.

18 Q.  Where is his counsel located?

19 A.  New York.

20 Q.  Do you believe that the debtors have a better chance of

21 a successful reorganization if the case stays in Delaware?

22           MR. ROIN:  Objection, foundation, speculation.

23           THE COURT:  Well --

24           MR. ISRAEL:   Your Honor, it's based on --

25           THE COURT:  -- overruled, overruled.  You may

1  answer, sir.

2          MR. SCOULER:  Well, my view on that is we're

3  here, we got a lot of momentum in this case.  We can see the

4  exit.  If it's -- if it moves, it just has -- it just

5  creates additional risk.  I don't see the upside.  I mean,

6  from a business perspective, why take the risk?

7          MR. ISRAEL:  How many creditors generally, I

8  don't want it to the precise number, but how many creditors

9  do the debtors have?

10          MR. SCOULER:  Thousands.

11          MR. ISRAEL:  Okay.  And do you know of any

12  creditor, any creditor other than the Chapter 7 trustee who

13  supports transferring the case to Illinois?

14          MR. ROIN:  Objection, foundation.

15          MR. ISRAEL:  Based on just on his knowledge.

16  Does he know of any creditor?

17          MR. ROIN:  Irrelevant.

18          THE COURT:  Well, how could he know any way, but

19  by hearsay?

20          MR. ISRAEL:  Well I'm just asking whether he's

21  gotten any notice.  Whether he had notice of any --

22          THE COURT:  Sustained.

23          MR. ISRAEL:  -- objection.  Have any customers

24  expressed any support for moving the case to Illinois?

25          MR. ROIN:  Objection, Your Honor.  This is the

1   area that was covered beforehand and this is why when the

2   Court sort of challenged me on that one exhibit about,

3   Plami.  But there's not to be evidence about what customers

4   may or may not have done.  It's hearsay.  This was the whole

5   issue of, you know, they had the letters, they withdrew

6   them, and this is now just hearsay.

7               MR. ISRAEL:  No, this is customers and we're just

8   talking about whether or not any customers had come to him

9   and if there's -- if he has any knowledge.  I'm not asking

10  for any conversations.  I'm just saying does he have any

11  knowledge of any objections by customers.

12              MR. ROIN:  Judge --

13              THE COURT:  Hearsay is implanted in the question,

14  Mr. Israel, sustained.

15              MR. ROIN:  Thank you, Judge.

16              MR. ISRAEL:  Do you know what the committees'

17  position on the transfer motion is?

18              MR. SCOULER:  My understanding is they're

19  opposed.

20              MR. ROIN:  Objection, Your Honor.

21              MR. ISRAEL:  The committee --

22              THE COURT:  Well that's a matter of pleading.

23  It's publically filed here.  I'll allow him to answer.

24              MR. ISRAEL:  I'm sorry, you can answer.

25              MR. SCOULER:  It's my understanding the committee

1   is opposed to the transfer.

2          MR. ISRAEL:  To your knowledge, I'm going to try

3   this one more time, Judge, because I'm not understanding the

4   objection, frankly, or the sustaining of it.  To your

5   knowledge, is there -- are there any -- based on just your

6   involvement in the case is there any opposition to keeping

7   the case here in Delaware?

8          MR. ROIN:  Judge, objection, hearsay, foundation.

9          MR. ISRAEL:  It's just based on his --

10          THE COURT:  I don't know why you would even try

11   that, Mr. Israel.  The objection is sustained.  Please don't

12   do it again.

13          MR. ISRAEL:  Very well.  Give me two minutes,

14   Your Honor, I think I'm finished.

15          THE COURT:  All right.

16          MR. ISRAEL:  Okay.  At this point, no further

17   questions, Your Honor.

18          THE COURT:  All right.  Does Plami wish to

19   examine this witness?

20          MR. CANDEUB:  Your Honor, may I take a moment to

21   discuss that question with Mr. Israel before I answer that?

22          THE COURT:  You may.

23          MR. CANDEUB:  Thank you.

24          MR. ISRAEL:  Your Honor, I'm not sure, did you

25   want me to move this Exhibit 215 at this time or at the end

1  or --

2          THE COURT:  I'm sorry, may I have an answer to my

3  question first?  Does Plami wish to examine this witness?

4          MR. CANDEUB:  I believe so, Your Honor.

5          THE COURT:  All right.  Then I will hear you now,

6  Mr. Israel.

7          MR. ISRAEL:  Thank you, Your Honor.  I apologize.

8  I just -- I don't think I moved in Exhibit 215.  I marked

9  it, but I didn't move in so --

10         THE COURT:  Is there any objection?

11         MR. ROIN:  Your Honor, our only objection is it

12 was just one piece of the larger exhibit and so we think the

13 entire -- it's one piece of a large document.  The entire

14 document ought to come in as a backup for our chart.

15         MR. ISRAEL:  Well, I mean, I don't have any

16 problem with the whole document coming in, I --

17         THE COURT:  Okay.

18         UNIDENTIFIED SPEAKER:  At this time, do you have

19 a copy of the --

20         MR. ROIN:  Yeah, we --

21         THE COURT:  All right.  I'll admit 215 in its

22 complete form and I'll ask the parties over the break to get

23 together and supply a copy.

24         MR. ISRAEL:  Very well.

25         THE COURT:  Okay?  Mr. Candeub?

1          MR. CANDEUB:  Your Honor, actually, I would like

2    to ask the witness about that complete document.  And I have

3    a copy that I've marked up.  And if one of the many

4    attorneys here must -- someone must have a copy, a clean

5    copy that I can show the witness.

6          MR. ROIN:  Here's the problem, Judge.  The

7    witness testified on direct he didn't look at any part of

8    this except for the pages that Mr. Israel already submitted.

9    So there's no basis for this examination.

10          THE COURT:  Mr. Candeub?

11          MR. CANDEUB:  All right, well --

12          THE COURT:  I think that's correct.

13          MR. CANDEUB:  But then there's no point in

14    submitting the entirety of the exhibit.  What's the reason

15    for admitting the entire exhibit if he hasn't testified

16    about it?  Then there would be no point to be able -- if you

17    assume that he's talked about the entirety rather than just

18    a portion of it, then I should be able to ask about the

19    entirety of it.

20          THE COURT:  Well one does not necessarily follow

21    the other.  This was a circumstance in which I understood

22    the bank whose document it is and the debtor who wishes to

23    offer it have agreed that it should come in.  And that's

24    okay with me.  But if the witness has no foundation to

25    answer anything about the rest of the document, I tend to

1  agree that it makes no sense to examine him with respect to

2  that.

3  　　　　　MR. CANDEUB:  Well he may or may not have

4  foundation to speak to it because it's theoretically based

5  on the schedule.  And --

6  　　　　　THE COURT:  Do you have any other questions, Mr.

7  Candeub?

8  　　　　　MR. CANDEUB:  -- Your Honor -- yes, Your Honor.

9  　　　　　THE COURT:  Then you may ask them.

10  　　　　　MR. CANDEUB:  Okay.  Your Honor -- all right.

11  　　　　　　　　　　CROSS EXAMINATION

12  　　　　　MR. CANDEUB:  Mr. Scouler, do you know -- do you

13  happen to know the total amount of intercompany debt of the

14  debtors?

15  　　　　　MR. ROIN:  Objection, foundation.

16  　　　　　THE COURT:  You may answer if you are able, sir.

17  　　　　　MR. SCOULER:  I don't know that number off the

18  top of my head, no.

19  　　　　　MR. CANDEUB:  Do you have an approximation?

20  　　　　　MR. ROIN:  Objection, now we're guessing.

21  　　　　　MR. CANDEUB:  Well I'm asking an approximate, I'm

22  not asking the specific.

23  　　　　　THE COURT:  You may answer, if you are able.

24  　　　　　MR. SCOULER:  I don't know that number.  It

25  varies every day.  There's many transactions.  I don't have

1  --

2           MR. CANDEUB:  Let me rephrase it.  I'm asking you

3  about as of the petition date.

4           MR. SCOULER:  I don't remember.

5           MR. CANDEUB:  Do you know the total amount of

6  non-intercompany debt?

7           MR. SCOULER:  I'd have to refresh my memory.

8           MR. CANDEUB:  Your Honor, may I show him this --

9  what I have in -- and this is -- Your Honor, when the

10  document which we've been talking about is Exhibit 34.  It

11  was distributed on Wednesday by Bank of America.  And they

12  sent it with an email saying if you want the backup, please

13  let us know.  And I said I would like to see the backup.

14  And what they sent among other things is this 74 page

15  document which is -- which purports to be based on the

16  schedule.  And that's -- so I don't know if we have the

17  schedules, you know, to show him or the summary, but either

18  way, he would presumably be familiar with the schedules such

19  that he could refresh his memory by referring to one or the

20  other.

21           THE COURT:  Perhaps you did not understand my

22  earlier ruling.

23  BY MR. CANDEUB:

24  Q.  Okay.  Then let's see.  Mr. Scouler are the -- is it the

25  -- Qualteq is based in New Jersey, right?

1   A.   It is.

2   Q.   Okay.  And then I take it the other debtors there

3   operate -- well which of the debtors have operations?  The

4   biggest one -- is the biggest one is VCT?

5   A.   VCT is one of the biggest, yes.

6   Q.   And that one is in Illinois, somewhere in Illinois?

7   A.   VCT Downer's Grove is in Illinois.

8   Q.   Okay.  And do you know whether there's millions of

9   dollars of debt, intercompany debt between the various

10  debtors?

11  A.   There is.

12  Q.   Millions?

13  A.   There is.

14  Q.   Okay.  And do you know whether -- did you have a chance

15  to look at this document that Bank of America pulled

16  together, this chart on -- well it's the backup for it?

17  A.   That document you just had in your hand --

18  Q.   The backup?

19  A.   Yeah, I can't really see it from here so I'm not sure

20  what you're referring to.

21  Q.   The summary of -- the summary document from which the

22  Exhibit 215 came.

23  A.   Oh, I see.

24          THE COURT:  Referring to Exhibit 34.

25          MR. CANDEUB:  No, no, actually --

1            THE COURT:  Okay.

2            MR. CANDEUB:  Well this is the summary is 34.

3            THE COURT:  Yeah.

4            MR. CANDEUB:  And the backup is the Exhibit 215

5    came from this.  Did you look at either of those two?

6            MR. SCOULER:  I've only seen Exhibit 215.

7            MR. CANDEUB:  Okay.

8            MR. SCOULER:  The two or three pages that we

9    referred to.

10            MR. CANDEUB:  Okay.  And but -- so there's

11    millions of dollars of intercompany debt on the schedules?

12            MR. SCOULER:  There is an --

13            MR. ROIN:  Objection, Your Honor.  That's leading

14    and foundation.

15            MR. CANDEUB:  Well --

16            MR. ROIN:  He said already he doesn't remember

17    the numbers and you just led him in an answer.

18            THE COURT:  Mr. -- one moment.  Mr. Candeub,

19    where are you headed with this?

20            MR. CANDEUB:  Well, Your Honor, it's one of the

21    flaws with this chart is that they didn't take out the

22    intercompany debt.  There's millions of dollars and that is

23    one of the reasons, one of the many reasons why the whole

24    chart is to thought to be considered, Your Honor.  I just

25    wanted to lay a foundation for presenting that to Your Honor

1    later.  And it wasn't covered by what Mr. Israel covered.

2         THE COURT:  Well, all right.  You may proceed.

3         MR. CANDEUB:  So on the schedules there's

4    millions of dollars of debt between the companies that's

5    reflected on the schedules?

6         MR. SCOULER:  There is.

7         MR. ROIN:  Objection, leading, objection.

8         MR. CANDEUB:  Mr. Scouler --

9         THE COURT:  Sustained as to form.

10        MR. CANDEUB:  Are there -- is there -- are there

11   -- can you provide some kind of -- is there a nexus of

12   million or tens of millions of dollars of debt, intercompany

13   debt reflected on the schedules as between the debtors, Mr.

14   Scouler?

15        MR. ROIN:  Objection, the same objection, and

16   foundation.  And he --

17        MR. CANDEUB:  Well it -- Your Honor, there's no

18   lack of foundation.  He's familiar with the schedules and --

19        THE COURT:  Sustained as to form.

20        MR. CANDEUB:  And I would -- all right, Your

21   Honor.  And Mr. Scouler, you're familiar with the schedules?

22        MR. SCOULER:  I am.

23        MR. CANDEUB:  Did you participate in their

24   preparation?

25        MR. SCOULER:  I did.

1    MR. CANDEUB:  Did you review them before they

2    were filed?

3    MR. SCOULER:  I did.

4    MR. CANDEUB:  All right.  And do you know -- can

5    you provide some sort of quantum level of description of the

6    intercompany debt that's reflected on them?

7    MR. SCOULER:  Well --

8    MR. ROIN:  Objection to foundation unless he says

9    that he knows what the intercompany debt was.

10   THE COURT:  Overruled.  You may answer, sir, if

11   you are able.

12   MR. SCOULER:  I know there's many intercompany

13   transactions.  I just standing here today, cannot remember

14   this -- the exact intercompany transactions, the exact

15   balances as of the date of filing.  Intercompany

16   transactions are an ongoing function of the way these

17   businesses operate.  They bill each other.  They pay each

18   other.  The balances fluctuate on a day to day basis.  I

19   just don't know.  We keep matrix -- we keep these -- this

20   information for our cash collateral orders.  I just don't

21   remember it --

22   MR. CANDEUB:  Do you recall -- Mr. Scouler, do

23   you recall any that were in excess of a million?

24   MR. SCOULER:  I'm sure there were, but I can't be

25   specific sitting here today.

1          MR. CANDEUB:  Do you remember if there were any

2    in excess of $2 million?

3          MR. SCOULER:  I don't.

4          MR. CANDEUB:  Okay.  All right, thank you, Your

5    Honor.

6          THE COURT:  Does the committee wish to examine

7    this witness?

8          MR. CHAFETZ:  No, Your Honor.

9          THE COURT:  Does Sterling National Bank wish to

10   examine this witness?

11         MR. ROSNER:  No, Your Honor.

12         THE COURT:  Okay.  Cross examination?

13         MR. ROIN:  Thank you, Your Honor.

14         THE COURT:  I guess you'll have about five or ten

15   minutes anyway, Mr. Roin.

16         MR. ISRAEL:  Well, I'll try to focus, Judge, then

17   on one point.

18         THE COURT:  I meant before the break.

19         MR. ROIN:  I understand.  I understand.

20                   (Laughter)

21                 CROSS EXAMINATION

22   BY MR. ROIN:

23   Q.  Good afternoon, Mr. Scouler.

24   A.  Good afternoon, Mr. Roin.

25   Q.   One  of  the  most  surprising  things  of  one  of  the

1  contested facts has been who's on the creditors' committee.

2  In your direct testimony --

3          MR. ISRAEL:  I object to the form of that, Your

4  Honor.

5          THE COURT:  I'm sorry?

6          MR. ISRAEL:  I object to the form of that.

7  What's surprising?

8  BY MR. ROIN:

9  Q.  In your direct testimony, sir, you testified that there

10  are no members of the creditors' committee that are from

11  Illinois, right?

12  A.  Right.

13  Q.  But, in fact, there are, aren't there?

14  A.  No, there are not.  There was one and that person has --

15  that entity has resigned and is no longer on the committee.

16  Q.  So and the entity you're talking about is Bradner Smith?

17  A.  I think so.  They were in Elk Grove.  I think I remember

18  the address.

19  Q.  And so when the creditor's committee was formed, there

20  was one member, Bradner Smith that's from the Chicago area,

21  right?

22  A.  They were the only Illinois -- the only creditor

23  committee member that is from Illinois.

24  Q.  Okay.  And what happened to them?

25  A.  Well I was informed that they are no longer a committee

1 member and have resigned.

2 Q. Has there been any public filing on that?

3 A. I don't know. I got the information from the unsecured

4 creditors' committee counsel.

5 Q. Okay. So in terms of the Court records, there's one

6 member of the unsecured creditors' committee that's from

7 Illinois and they've not formally withdrawn, right?

8 A. Well I can't speak to the Court record.

9 Q. Are there any other members of the unsecured creditors'

10 committee from Illinois?

11 A. No.

12 Q. How about Xpedx? Isn't Xpedx from Illinois?

13 A. Not that I know of.

14 Q. Don't the schedules filed by the debtors show that Xpedx

15 is from Illinois and that's where it's relationship with the

16 debtors was based?

17 A. I'd have to check the schedules, but again -- well, I'd

18 have to check the schedules.

19 Q. All right.

20 A. It's my understanding that they're not Illinois, but --

21 Q. Okay. Well, why don't -- let's check them.

22 A. -- I would have to check.

23 Q. I want to direct your attention and this is not an

24 exhibit, this an excerpt from Creative Automation statement

25 of financial affairs. It's in our Folder 13. And I'm going

1  to need a sticker to number this, Your Honor, so I'm going t

2  do that.  And I -- and like I said --

3          THE COURT:  Okay.  Just for identification, how

4  will this document be marked?

5          MR. ROIN:  Why don't we -- what's our last

6  number?  We're going to mark this as Exhibit 81.

7          THE COURT:  Okay.

8          MR. ROIN:  Exhibit 81 which is -- and we'll give

9  you one of these.  It's the Creative Automation statement of

10  financial affairs.  Your Honor, if I may approach the

11  witness and the Court with this exhibit?

12          THE COURT:  You may.  Thank you.

13  BY MR. ROIN:

14  Q.  In order to make this easier, I'm going to put Exhibit

15  81 and it's my copy onto the ELMO so you can see it.  And I

16  want to direct your attention to the second page of Exhibit

17  81.  And if you look towards the bottom third of the page

18  you see there are one, two, three, four, five, six, seven

19  references to Xpedx on Exhibit 81.

20  A.  I see that.

21  Q.  And you would agree with me that the address for Xpedx

22  in each of these is an address in Chicago, Illinois, right?

23  A.  That's what the schedules say, yes.

24  Q.  Okay.  Now still on Exhibit 81, flip to the page that

25  says at the bottom 61.  Tell me when you're there.

1   A.   The page number is 61?

2   Q.   61 at the bottom right.  And this is Page 61 of the

3   Creative Automation SOFA that was prepared by the debtor --

4   A.   Oh, I see it.  I have it, yes.

5   Q.   You see it?

6   A.   Yeah.

7   Q.   And if you look towards a little below the middle of the

8   page, you see three more references to Xpedx, a member of

9   the creditors' committee.  And again, it has a Chicago

10  address, the same Chicago address, right?

11  A.   Agreed.

12  Q.   And then flip back to still in Exhibit 81, right before

13  the blue page.  You see there's a blue page and on the page

14  immediately before that.

15  A.   After the blue page or just --

16  Q.   Before, right before the blue page.

17  A.   There's several blue pages.  Can you give me a little

18  better guidance?

19  Q.   It says amended Schedule F and it's got four items on

20  it.

21  A.   It has four items on it.

22  Q.   Do you see it?

23  A.   Okay, I have it, yes.

24  Q.   Okay.  And the top item, the top creditor listed again

25  is Xpedx at the same Chicago address on your schedule?

1  A.  I see that.

2  Q.  Okay.  And then in the very last page of Exhibit 81,

3  again, you can see that your SOFA, Creative Automation lists

4  Xpedx' address as in Chicago, right?

5  A.  I see that.

6          MR. ROIN:  I want to mark as Exhibit 82,

7  actually, I move admission of Exhibit 81, Your Honor.

8          THE COURT:  Is there any objection?

9          MR. ISRAEL:  No objection.

10          THE COURT:  It's admitted without objection.  Mr.

11  Roin, I'm going to stop you there.  We are going to take our

12  lunch break now.  We'll reconvene at 3:00.

13          MR. ROIN:  3:00, Your Honor?

14          THE COURT:  3:00.  The reason that we're taking

15  so long is the Court's holiday party is now and --

16                  (Laughter)

17          MR. ROIN:  And we're not invited?

18          THE COURT:  No.

19                  (Laughter)

20          THE COURT:  And just to assure the parties, I

21  will be awake and sober when I return.  And Mr. Scouler,

22  I'll instruct you not to discuss during the break your

23  testimony with anyone and I mean anyone.

24          MR. SCOULER:  Yes, Your Honor.

25          THE COURT:  Do you understand that, sir?

1           MR. SCOULER:  I do.

2           THE COURT:  Okay.  Court will stand in recess.

3           MR. ROIN:  Thank you, Judge.

4           MR. ISRAEL:  Thank you, Your Honor.

5            (Recess from 12:57 p.m. to 3:03 p.m.)

6   THE COURT:  Mr. Roin, are you ready to resume your cross-

7   examination?

8           MR. ROIN:  I am, Your Honor.

9           THE COURT:  Mr. Scouler, I remind you that you

10  are still under oath, sir.

11          MR. SCOULER:  Understood.

12  CROSS EXAMINATION

13  BY MR. ROIN:

14  Q    Good afternoon, Mr. Scouler.  I want to turn to the

15  document we were talking around, which is the debtors

16  Exhibit 122, which has been admitted, and if everyone can

17  take a look at that.  Mr. Scouler, Exhibit 122 is the list

18  of the members of the Unsecured Creditor's Committee.

19  A    I have it.

20  Q    And I first want to see if we can correct something

21  that happened this morning.  Do you recall when we were

22  talking about Bradner Smith, which is the fourth entity

23  listed on Exhibit 122.  Do you see that?

24  A    I do.

25  Q    And when Exhibit 122 was submitted, it was August 25,

1   2011, right?

2   A    Yes.

3   Q    So at that time, Bradner Smith, an Illinois Company,

4   was on the Creditor's Committee, right?

5   A    They were.

6   Q    And we've learned from Mr. Buchbinder; the first time

7   we heard of it was today, but we learned from Mr. Buchbinder

8   that about a month into the case, the Bradner Smith Company

9   withdrew from the Creditor's Committee.  Does that sound

10  right to you?

11  A    It does.

12  Q    Okay.  And the withdrawal was after Bank of America

13  filed its transfer motion, which was on September 2nd, right?

14  A    Yes.

15  Q    So the one member of the Creditor's Committee listed

16  on Exhibit 122, as being from Illinois, withdrew after Bank

17  of America filed its transfer motion, right?

18         MR. ISRAEL:  Objection.

19         THE COURT:  Hold on.  You may answer.

20         MR. SCOULER:  Yes, that's true.

21         MR. ROIN:  Okay.

22  BY MR. ROIN:

23  Q    We were talking this morning about Xpedx; remember

24  that, and we had looked at Exhibit 81, which was the

25  Creative Automation SOFA and on that, we saw that many, many

1  times, the SOFA listed an Illinois addressed for Xpedx.

2  Remember that?

3  A     I do.

4          MR. ROIN:  Okay.  What I want to do is identify a

5  new exhibit, which I'd like to mark as Exhibit 82, and that

6  is the consolidated list of creditors holding the 30 largest

7  claims, which is another document filed by the debtors.

8          MR. ISRAEL:  [indiscernible].

9          MR. ROIN:  Is it?

10          MR. ISRAEL:  Yes.

11          MR. ROIN:  Oh, this --

12          MR. ISRAEL:  That's the one you --

13          MR. ROIN:  Oh, this is -- is this debtors' 120?

14          MR. ISRAEL:  It's debtors' -- it's the one that

15  you objected to.

16          MR. ROIN:  Oh, I don't know.

17          THE COURT:  I do.  I don't know if it's the same

18  document, but --

19          MR. ROIN:  Okay.

20          THE COURT:  -- you objected earlier to the

21  admission of the debtors' list of 30 --

22          MR. ROIN:  Okay.  Oh, that's right.  Okay.  Okay.

23  Well, it's -- and it's in?

24          THE COURT:  Yes.  I don't know what number it is,

25  but yes, I overruled the objection.

1          MR. ROIN:  120?  Okay.  Then that's great.  Do

2     you have -- take a look at 120.

3          THE COURT:  Well, I don't think it's 120, at

4     least not in my book.

5          MR. ROIN:  I apologize, Judge.  We'll try to get

6     the right number.

7          MR. ISRAEL:  121.

8          MR. ROIN:  Your Honor, I'm advised that the

9     document I'm referring to is Exhibit 121.

10          THE COURT:  And I have it.

11          MR. ROIN:  All right.

12     BY MR. ROIN:

13     Q     And Mr. Scouler, what I'd like -- do you have Exhibit

14     121 in front of you, sir?

15     A     I do.

16     Q     I want to direct your attention to -- well actually,

17     this is the debtors' list of the creditors holding the 30

18     largest claims, right?

19     A     It is.

20     Q     Has Exhibit 121 been amended to reflect the dollar

21     amounts for claims that were subsequently added when the

22     debtors filed their schedules?

23     A     Not to my knowledge.

24     Q     So the dollar amounts on Exhibit 121 may not be up to

25     date, right?

1   A     I don't know one way or the other.

2   Q     I want to direct your attention to Exhibit 121, the

3   second page, and if you take a look, you can see right in

4   the middle of the page Xpedx.  Do you see that?

5   A     I do.

6   Q     And again, Xpedx is listed on the schedule prepared by

7   the debtors as having a Chicago, Illinois address, right?

8   A     Yes.

9   Q     And if you then look to the last page of Exhibit 121,

10  you can see that is a verification page by Arun Veluchamy

11  swearing that the information in Exhibit 121 is correct,

12  right?

13  A     I see his signature.

14  Q     So Mr. Veluchamy swore under oath that the location,

15  at least that he's dealing with, for Xpedx is a Chicago

16  location, right?

17            MR. ISRAEL:  Objection.

18            THE COURT:  What's the objection?

19            MR. ISRAEL:  He's mischaracterizing what he's

20  swearing to.  He's swearing that -- all he's swearing to

21  that these are addresses on here that have Illinois

22  addresses, not that they are a Chicago location.

23            THE COURT:  Sustained.

24  BY MR. ROIN:

25  Q     Arun Veluchamy swore that the address for the Xpedx

1  that he deals with is in Chicago, Illinois, right?

2           MR. ISRAEL:  Objection.  That's not what he

3  swore.

4           THE COURT:  Well --

5           MR. ISRAEL:  He didn't say anything about the

6  Illinois address.

7           THE COURT:  I'll allow the question.  I can read

8  the declaration.

9  BY MR. ROIN:

10          Go ahead.

11          THE COURT:  Now that it's been adopted by the

12 Bank.

13 BY MR. ROIN:

14 Q    Go ahead, sir.

15 A    I'm sorry; what was the question again?

16 Q    Arun Veluchamy swore in Exhibit 121 that the address

17 of the Xpedx company that he deals with, and that Creative

18 -- that the debtors deal with, is in Chicago, Illinois,

19 correct?

20 A    Yes.  May I expand on that answer?

21          THE COURT:  You may.

22          MR. SCOULER:  I think this line of questioning is

23 indicative of the same mistake we made this morning.  Xpedx

24 is a multi-national company that has locations all over

25 Canada, the United States, and Mexico.  Their creditor

1  representative is in New Jersey, and the head office is a

2  suburb of Cincinnati.  It's not an Illinois company at all.

3  It just happens to have one of its many, many branches

4  there.

5  BY MR. ROIN:

6  Q     Do you know which branch of Xpedx the debtors deal

7  with?

8  A     Well, I'm sure they -- well, I don't know, but they

9  have many branches and they may deal with many locations.

10  Q     Well, you're guessing, but the branch that was listed

11  by the debtors as the one they deal with is the one in

12  Chicago, right?

13  A     Well, the Creditor's Committee representative is

14  listed in the Clifton, New Jersey office.

15  Q     I didn't ask you that, sir.  I asked you whether in

16  the debtors' list of Xpedx that the debtors listed the

17  branch the debtors deal with, which is in Chicago, right?

18  A     That's true.

19  Q     Let's go back to Exhibit 122 and take a look at the

20  first of the listed creditors, which is Plami.  Do you see

21  that?

22  A     I do.

23  Q     Plami is in Mexico, relatively close to Mexico City,

24  right?

25  A     I'm not familiar with Mexico.  It's definitely in

Case 1:14-10979-CSS   Doc 64   Filed 04/29/14   Page 99 of 204

1  Mexico somewhere.

2  Q     Would you agree with -- well, I will represent to you,

3  sir, that Plami's lawyer stipulated to a fact that it's near

4  Mexico City, [indiscernible]?  Would you agree with me that

5  Mexico City is a lot closer to Chicago than it is to

6  Wilmington?

7           MR. ISRAEL:  Objection.  Does he mean by air

8  miles?  As the crow files?  By driving?  I mean --

9           MR. ROIN:  Any of the above.

10           THE COURT:  Pick one.  I think it's all the same,

11  Mr. Israel pretty much.  And this is the subject of a

12  stipulation, is it not?

13           MR. ISRAEL:  I think it is actually.

14           THE COURT:  I mean, is it -- are you -- let me

15  ask you this, Mr. Roin.  I don't need you to re-establish

16  facts to which the parties have agreed.  If, on the other

17  hand you're setting the stage for the next question, I'll

18  allow it.

19           MR. ROIN:  Judge, the stipulation that was given

20  was that it's closer by the crow flies, but that there are

21  planes that go everywhere and that's the set up for the next

22  question which I'm going to ask about.

23           MR. SCOULER:  So the question is is Mexico City

24  closer to Wilmington, Delaware or Chicago, Illinois?

25           MR. ROIN:  Right.

1          MR. SCOULER:  Well, I don't know the answer to

2   that.

3   BY MR. ROIN:

4   Q    Okay.  Would you disagree with me if I told you that

5   we've checked in Expedia and that there are no non-stop

6   flights shown on Expedia between Mexico City and

7   Philadelphia?

8   A    Well, if that's the representation.  I don't know

9   whether there is or there isn't.

10          MR. CANDEUB:  Objection, Your Honor.  This is

11   testimony from Mr. Roin.  He doesn't have a witness.  He

12   can't -- he's trying to get in testimony about the flights

13   without having a witness or any evidence about it.

14          THE COURT:  Okay.

15          MR. ROIN:  I think the Court can take judicial

16   notice of that kind of information.

17          THE COURT:  Well, let me -- Mr. Candeub, I'm

18   trying to figure out what your objection is.  Can you make

19   your objection as a non-speaking objection?  Let's put it

20   that way.

21          MR. CANDEUB:  Your Honor, it's a -- he's -- it's

22   a leading question without foundation and he's trying to

23   present evidence of a fruitless question, Your Honor.

24          THE COURT:  Sustained as to form.

25   BY MR. ROIN:

1   Q     Let's talk about the next member of the Committee on

2   Exhibit 122, Quad/Graphics.  Do you see that?

3   A     I do.

4   Q     Quad/Graphics is in Wisconsin, right?

5   A     It would appear to be.

6   Q     And that's much closer to Illinois than Wilmington,

7   Delaware, right?

8   A     That I can confirm.

9   Q     Okay.  And last, the last member of the Creditor's

10  Committee we've looked at is JDSU.  Do you see that?

11  A     I do.

12  Q     JDSU is in California, right?

13  A     Right.

14  Q     And that's much closer to Illinois than Wilmington,

15  right?

16  A     I'd say it's closer.

17  Q     Okay.  So if we look at all of this, and we accept for

18  a moment the address that the debtors listed on their forms

19  for Xpedx, each and every one of the members of the

20  Creditor's Committee is closer to Illinois than to

21  Wilmington, right?

22  A     I don't agree with that.

23  Q     And what don't you agree with, sir?

24  A     Well, Xpedx, if we're going by the addresses listed on

25  Exhibit 122, then to be consistent, Xpedx is in Clifton, New

1   Jersey.

2   Q      Yes.

3   A      Which is much closer to Wilmington than it is to

4   Chicago.

5   Q      Okay.  And let me try it again, sir.  If we assume the

6   address of Xpedx is the one that the debtors put in their

7   filings, Exhibits 121 -- excuse me, Exhibits 81 and 121,

8   with that assumption, the location of all the members of the

9   Creditor's Committee is much closer to Illinois than it is

10  to Wilmington, right?

11  A      Based on the cherry-picking of addresses, you're

12  correct that that's true.

13  Q      And when you say I'm cherry-picking, that's because I

14  picked the address that the debtors chose, right?

15  A      Well, I didn't check the addresses on all the other

16  ones to see if you've been being consistent.  So I don't

17  know.

18  Q      Mr. Scouler, would it be a large job to go through the

19  bankruptcy SOFAs and schedules to identify the aggregate

20  amount of the debts owed in the various States?

21  A      Well, it's not a terribly large job to go through the

22  schedules and come up with some statistics.  However, the

23  schedules, what you'd have to do is adjust for the fact as

24  we've been talking about, that the schedules have as an

25  address a branch, as we've seen in a couple of these

1   examples, that just happens to be close to Illinois.  That

2   just happens to be the branch or location that they deal

3   with.  That, to me, you cannot extrapolate from there that

4   that branch, therefore, is where the company is located.  I

5   disagree with that characterization or that method of

6   calculating the location of the creditors.

7          MR. ROIN:  Your Honor, I want to move to strike

8   the last part of the answer.  It wasn't responsive to my

9   question.  He answered, then he gave a speech about why the

10  task I asked him about wasn't appropriate.

11         THE COURT:  Motion is denied.

12  BY MR. ROIN:

13  Q    Let me ask you this, sir.  Did you go through, you or

14  anybody from Scouler or anybody from the debtors go through

15  the bankruptcy SOFAs and schedules to identify the aggregate

16  amount of debt owed and where it's from?

17  A    Well, as I said at my deposition, you represented at

18  my deposition the total aggregate dollars and, as you said

19  you calculated it, and it came out to $90 million or

20  something like that if I remember my deposition correctly.

21  And I said at my deposition that number seemed high.  And

22  you represented that you done the calculation.  But if you

23  done the calculation, the way you're describing it now, I

24  completely disagree with it.

25         MR. ROIN:  Judge, I want to move to strike that

1   too.  I just asked him if he did it.

2              THE COURT:  Denied.

3   BY MR. ROIN:

4   Q    Let me ask you again, sir, did you do the calculation?

5   A    I did not.

6   Q    Did anyone from the debtors do the calculation?

7   A    Not to my knowledge.

8   Q    Did you go through, aside from Exhibit, I believe it's

9   215, did you go through any of the backup for Bank of

10  America's exhibit with a calculation?

11  A    Well, as I testified this morning, I did some testing

12  on three pages and found two or three errors on those two or

13  three pages.  So we didn't have an opportunity to extend

14  that analysis throughout the 70 or 75 pages of the exhibit.

15  Q    My question, sir, is did you do it?

16  A    Did we go through the entire exhibit?

17  Q    Right.

18  A    No.

19  Q    Okay.  Could we take a look for a second at the errors

20  that you purport to have identified on Exhibit 215?  Do you

21  have 215 in front of you?

22  A    I do.

23  Q    I think the first error you identified is on the

24  second page, this JSDU, which is a member of the Creditor's

25  Committee, right?

1  A     Yes.

2  Q     And JSDU is located in California, right?

3  A     It is.

4  Q     So if you look at Bank of America's Exhibit 34, the

5  chart; do you have Exhibit 34?

6  A     It's a different -- it's -- 34?  Let me get that.

7          MR. CANDEUB:  Your Honor, for the Court -- may I

8  ask what information of --

9          THE COURT:  You need to get on your microphone,

10  Mr. Candeub.

11          MR. CANDEUB:  Mr. Roin, I think it is

12  [indiscernible] which is not a -- which is the one on which

13  you reserved ruling as to its admission and just wanted to

14  clarify for the record that he's asking the witness to look

15  at that, though it hasn't been admitted.

16          THE COURT:  Is there an objection?

17          MR. CANDEUB:  And -- Your Honor, I do object

18  insofar as its foundation hasn't been supported.

19          THE COURT:  Let's wait for the question, shall

20  we?

21  BY MR. ROIN:

22  Q     Sir, let me know when you get to Exhibit 34.

23  A     This is Bank of America Exhibit 34?

24  Q     That's right.  The way the exhibits work, is the first

25  -- it's -- the debtors are going to start with 100.

1    A      Oh, okay.  Now I know the order.

2    Q      Do you have it?

3    A      I got it.

4    Q      Take a look at the second page, which is a pie chart.

5    A      I have it.

6    Q      And if you look at the pie chart, it shows that if you

7    add up the debts schedule to creditors in or closer to

8    Illinois, it totals just short of 81 percent?

9              MR. CANDEUB:  Objection, Your Honor.  Now he's

10   putting it on the -- this is not -- the figures aren't

11   supported.  It's not supported by the backup.  It's flawed

12   through and through and I think Bank of America needs to

13   establish the accuracy, correctness, and relevance of the

14   exhibit for which they elicit testimony about.

15             THE COURT:  Overruled.  You may answer the

16   question, sir.

17             MR. SCOULER:  Could you repeat the question?

18   BY MR. ROIN:

19   Q      If you look at Exhibit 34, the second page which is

20   called -- which is a chart called Debt Owed to Scheduled

21   Creditors, it shows -- purports to show that just short of

22   81 percent of the debt is scheduled to Illinois creditors or

23   creditors closer to Illinois.  You can see that?

24   A      Well, that's what the schedule appears to say.

25   Q      Okay.  Okay.  And if we correct your first error

1   concerning JSDU and say it's not Illinois; it's California,

2   the number on Exhibit 34 would stay exactly the same,

3   wouldn't it, because California is much closer to Illinois

4   than it is Wilmington, right?

5   A    Okay.  I'm a little confused on that.  Could you

6   repeat the question again?  If we took out the California

7   company --

8   Q    No.  If we correct the error that you say you found --

9   A    Right.

10  Q    -- on Exhibit 215 --

11  A    Right.

12  Q    -- and attribute JSDU to California rather than

13  Illinois, then the 80.89 percent of creditors in Illinois or

14  closer to Illinois than Delaware would stay exactly the

15  same, right?

16  A    Agreed.

17  Q    Okay.  Let's look at the second one of your errors,

18  which is PYNSA on the second page of 215.  Tell me when

19  you're there.

20  A    I have it.

21  Q    PYNSA you say is an affiliate of Plami, right?

22  A    Yes.

23  Q    And so PYNSA is a Mexican company, right?

24  A    Yes.

25  Q    And it's closer to Illinois than it is Wilmington,

1   right?

2   A     Well, I think I earlier testified I don't know the

3   distances there.  So if you say it's -- if you've done the

4   calculation; I don't know.

5   Q     Okay.  Well, let's assume, hypothetically, that Mexico

6   City; I think it's been stipulated, is closer to Chicago

7   than it is to Wilmington, okay?

8   A     Okay.

9   Q     So if we make the correction you wanted made, would

10  you agree with me that the percentages shown on the first --

11  the second page of Exhibit 34 would stay exactly the same?

12  A     I would agree with that.

13            MR. CANDEUB:  Objection.  Your Honor, just for a

14  point of clarification about the question.  The question

15  asked about the calculations, but the chart shows different

16  categories.  There's the amount scheduled to Illinois

17  creditors, the amounts scheduled to creditors closer to

18  Illinois, and I think what Mr. Roin is saying is that even

19  though that the number would get bounced from one category

20  to the other, the total would be the same.  But his question

21  didn't make that clear.

22            THE COURT:  I'm sorry.  Mr. Candeub -- okay.  Is

23  the objection to the form of the question?

24            MR. CANDEUB:  Yes, Your Honor.

25            THE COURT:  Okay.  Is there any response?

1      MR. ROIN:  Yes.  I think my question was
2  completely clear and Mr. Candeub just stood up and said he
3  understood the question exactly the way I did and exactly
4  the way the witness answered.  So he understood it too.
5      THE COURT:  I tend to agree.
6  BY MR. ROIN:
7  Q    Mr. Scouler, let's take a look at the last of what you
8  say are the errors that you found on Exhibit 215 and that's
9  Sprint, at the top of the third page, which is attributed to
10 Illinois but you say shouldn't be, right?
11 A    Right.
12 Q    Now, you do admit that the debtors scheduled Sprint
13 with an Illinois address, right?
14 A    I do.
15 Q    Okay.  And you also said, I believe, that the address
16 of Sprint is Kansas?
17 A    Well, the head office is in Overland Park, Kansas.
18 Q    Okay.  And --
19     THE COURT:  I'm sorry; Mr. Roin.  Mr. Scouler,
20 stay a little closer to the microphone.
21     MR. SCOULER:  I'm sorry.
22     THE COURT:  Or pull it towards you.
23     MR. SCOULER:  That better?
24     THE COURT:  Oh, much better.  Thank you.
25     MR. SCOULER:  Okay.

BY MR. ROIN:

Q      Would you agree with me, sir, that even if we make the change away from the address the schedules had of Illinois and to the address you suggested, Kansas, that Kansas is closer to Illinois than Wilmington?

A      It is.

Q      Okay.  So again, same question.  If we make your fix, the almost 81 percent shown on Exhibit 34, of being in Illinois or closer stays the same, right?

A      Agreed.

Q      Isn't it true that the reason you didn't do your own calculation is because you knew your numbers would come out just about the way ours did?

A      That is a -- I completely disagree with that.

Q      Okay.  But you, in fact, didn't do the calculation, right?

A      I didn't, and therefore, I can't answer that question.

Q      Mr. Scouler, when you were first involved in making the decision about where to file this case, your only real choices were between Delaware, where you filed, and Chicago, where most of the companies are located, right?

A      That's a fair statement.

Q      You've never been involved in a bankruptcy case in Chicago, right?

A      I have not.

1   Q     You don't know anything about Chicago, right?

2   A     Well, I've never been in Chicago Bankruptcy Court.

3   Q     You recommended Delaware rather than Chicago because

4   you don't know anything about bankruptcy in Chicago, right?

5   A     No, that's not true.

6   Q     Okay.  Have you testified differently, sir?

7   A     No I didn't.

8   Q     I want to direct your and counsel's attention to your

9   testimony in your deposition at page 41, line 15.  I just

10  want to ask you, sir, if you gave the following testimony.

11  Question:  I just want to make sure I got your position.

12  You recommended Delaware, in part, because you don't know

13  anything about the Chicago Bankruptcy Courts?  Answer:  I

14  recommended Delaware because I don't know anything about

15  Chicago.  I've never been there.  I've never so -- so I'm

16  going to go with what I know.  Was that your testimony?

17          MR. ISRAEL:  Objection.

18          THE COURT:  What's the basis?

19          MR. ISRAEL:  He's using this to impeach him, but

20  his earlier question didn't ask him if he recommended it in

21  part.  He asked him you recommended it, isn't it true?  So

22  it's an improper impeachment.

23          THE COURT:  Overruled.

24  BY MR. ROIN:

25  Q     Was that your testimony, sir?

1  A      May I just read it?

2  Q      Sure.

3  A      Well, I think if we look back at that long series of

4  questions, this is -- there were more reasons -- I

5  recommended Delaware, in part, because I've never been to

6  Chicago.  That wasn't the only reason that I recommended

7  Delaware.

8  Q      Let me ask you this.  Did I read your testimony

9  accurately, sir?

10  A      You did.

11  Q      Okay.  Let me ask you this.  Isn't it true that the

12  only reason that you believe Delaware is a better choice

13  than Chicago is that you're familiar with Delaware, not

14  Chicago?

15  A      I would not say the only reason.  I'm not familiar

16  with Chicago; that's true.

17  Q      Have you testified differently, sir?

18  A      Not to my knowledge.

19  Q      I direct your attention to your deposition again, page

20  44.

21  A      I can't --

22  Q      Line 1.

23  A      Oh, are you going to put it up here?

24          MR. ROIN:  Put it up.  Judge, we have a copy of

25  the transcript if that would help.  I don't know whether --

1  how well you can read it?

2             THE COURT:  I can read it.

3             MR. ROIN:  Okay.

4             THE COURT:  I can put this on my monitor as well.

5             MR. ROIN:  Okay.

6             THE COURT:  It looks fine.

7             MR. ROIN:  Okay.

8  BY MR. ROIN:

9  Q     Mr. Scouler, did you give the following testimony;

10  this is page 44, line 1.  Question:  Aside from the fact

11  that you're familiar with Delaware, is there any other

12  reason that you believe Delaware is a better choice for

13  venue?  Answer:  No.  Was that your testimony?

14  A     It was.

15  Q     In your testimony with Ms. Israel this morning, one of

16  the issues you mentioned was the critical vendor motions.

17  Do you remember that?

18  A     I do.

19  Q     Would you agree with me that, at this point, the

20  critical vendor issue has already been resolved?

21  A     At this point they have, yes.

22  Q     So you agree with me that the critical vendor issue is

23  not a reason to keep the case in Delaware?

24  A     It's not.

25  Q     Is it fair to say that one of the things you told

1  customers and employees you met with is that if these cases

2  were transferred to Chicago, that probably would make the

3  bankruptcy take longer; keep the companies in bankruptcy

4  longer?

5  A    I was asked by customers and employees what my

6  professional judgment was and I said, based on my

7  professional judgment, I think the cases will probably --

8  the cases will probably be long -- take longer if we

9  transfer it to Chicago.

10 Q    But, in fact, you don't know one way or the other

11 whether Chicago Bankruptcy Courts are faster, do you?

12 A    I didn't say I knew one way or the other.  I said in

13 my professional judgment, a transfer from one jurisdiction

14 to another, regardless of who the receiving Court is, is

15 going to take longer.  That's my judgment.

16 Q    And my point is when you said it, you don't -- you

17 said it not knowing whether the Chicago Bankruptcy Court

18 might be faster?

19 A    I didn't need --

20      MR. ISRAEL:  Objection, Your Honor.  He just

21 answered that.  He's asking him --

22      THE COURT:  This is cross-examination.  I'll

23 allow it.

24      MR. SCOULER:  I didn't -- I don't -- well, could

25 you ask the question again?  I'm sorry.

1  BY MR. ROIN:

2  Q     At the time you said what you say you told the

3  customers about how it would take longer, you did not know

4  one way or the other whether Chicago Bankruptcy Courts are

5  faster?

6  A     I didn't suggest that I did know.  I only suggested

7  that it was my judgment that it was likely to take longer.

8  Q     Sir, that wasn't my question.  Let me try it again;

9  one more time.  At the time you made the statement you made

10  to the customers and employees, you did not know one way or

11  the other whether Chicago Bankruptcy Courts might be faster,

12  right?

13  A     I didn't know for sure one way or the other if that's

14  your question.

15  Q     Now, one of the things you've said is that you believe

16  that the debtors' bankruptcies are complex, right?

17  A     Yes.

18  Q     But, in fact, you don't know any reason why a Chicago

19  Bankruptcy Court couldn't deal with a complex bankruptcy,

20  right?

21  A     I don't.

22  Q     And you also don't have any reason to believe that the

23  Reorganization Plan that you're working on is more or less

24  likely to be approved here than in Chicago, right?

25  A     That's a fair statement.

1   Q     All but one of the debtor companies is an Illinois

2   company located in Chicago, right?

3   A     I'm sorry; give me that again.

4   Q     All but one of the debtor companies is an Illinois

5   company located in Chicago, right?

6              MR. ISRAEL:  Your Honor, I just want to note --

7   based on -- I guess I'll object as to relevancy because

8   these have been stipulated to so there's no point in getting

9   it out of him.

10             THE COURT:  Any response?

11             MR. ROIN:  Judge, I just want to walk through

12  some of these factors.  It's one question and I'm moving on

13  to the next one.  But I wanted the context of all the

14  factors.  I think that's fair cross.

15             THE COURT:  Well, consider this as you pursue

16  this line of questioning.  It's not very helpful to me.

17             MR. ROIN:  Okay.  Okay.

18             THE COURT:  I read the submissions.

19             MR. ROIN:  Okay.

20             THE COURT:  I haven't read all the exhibits yet,

21  but I've read the submissions and gave careful attention to

22  the Joint Pre-Trial Memorandum.

23  BY MR. ROIN:

24  Q     Mr. Scouler, would you agree that the residence of the

25  principals of the debtors, the shareholders, Mr. & Mrs.

1   Veluchamy and their children, Arun and Anu, that's in

2   Chicago, right?

3   A      Agreed.

4   Q      When you were questioned by Mr. Israel this morning,

5   one of the things you talked about on direct exam was a

6   visit to the Qualteq facility in New Jersey and your drive

7   up here.  Remember that?

8   A      I do.

9   Q      In fact, you only were in New Jersey that one time,

10  right?

11  A      Well, I was only in Qualteq that one time.  Yes.

12  Q      Okay.  When you were retained to work on this

13  bankruptcy, you and your team traveled to Chicago to start

14  working, right?

15  A      We did.

16  Q      You now have your full staff on site at the debtor

17  companies in Chicago, right?

18  A      You mean as of today or this week or what time frame

19  are you --

20  Q      During the period since the bankruptcy has been filed,

21  you had your staff on site in Chicago?

22  A      They've generally been in Chicago, yes.

23  Q      You manage the debtors primarily from Chicago, right?

24  A      Yes.

25  Q      Would you agree with me that the overwhelming majority

1   of the time spent by your team is spent on site at the

2   debtors?

3   A     I think that's a fair statement.

4   Q     One of the things you talked about this morning was

5   that Bank of America is a customer of one of the debtors,

6   right?

7   A     I don't think we did talk about that this morning.

8   Q     Didn't you mention that that was one of the customers?

9   A     I mentioned there were two large customers here in

10  Wilmington, but I don't think I named the customer.

11  Q     Okay.  Is Bank of America one of the debtors'

12  customers?

13  A     It is.

14              MR. ISRAEL:  Your Honor, just -- I want to

15  object.  This is going into confidential information which

16  there's been testimony that these -- it would violate the

17  agreements that --

18              MR. ROIN:  All right.  I take it back.  I take it

19  back, if this is thought to be confidential.  Okay.

20  BY MR. ROIN:

21  Q     Let me ask you this.  Would you agree with me that the

22  location of customers is not a venue fact that you relied on

23  when deciding whether to file in Delaware?

24  A     Agreed.

25  Q     Would you agree with me that the Chapter 7 bankruptcy

1 ‖ in Chicago with the Veluchamys and the Chapter 11

2 ‖ bankruptcies here are related because the Chapter 7 Trustee

3 ‖ has claims in your bankruptcies?

4 ‖ A    Well, I wouldn't see them as related from a

5 ‖ reorganization of business perspective.  There are claims,

6 ‖ but that's not -- to me, that's not related in any

7 ‖ meaningful business way.

8 ‖ Q    Well, isn't it true that the debtors, the Creditor's

9 ‖ Committee, came to Chicago; you were already there I

10 ‖ suppose, some of the debtors' lawyers were there, but the

11 ‖ Creditor's Committee actually came to Chicago to meet with

12 ‖ Chapter 7 Trustee to try to settle her claim?  Isn't that

13 ‖ true?

14 ‖ A    That meeting happened, yes.

15 ‖ Q    Okay.  The discussion in that meeting was to settle

16 ‖ not only the Chapter 7 Trustee's claim against the debtors,

17 ‖ but also the claim against the debtors' principals, Arun and

18 ‖ Anu, right?

19 ‖        MR. ISRAEL:  Objection.

20 ‖        THE COURT:  Basis?

21 ‖        MR. ISRAEL:  Relevance?

22 ‖        MR. ROIN:  Judge, all of those claims are part of

23 ‖ these bankruptcies, and the settlement proposed we're going

24 ‖ to show dealt with not only the debtor claims, but also Arun

25 ‖ and Anu, and that's all based in Chicago.

1      THE COURT:  Overruled.

2  BY MR. ROIN:

3  Q     Do you remember the question, sir?

4  A     We did meet with the Chapter 7 Trustee, yes.  Was that

5  your question?

6  Q     My question was when you met with the Chapter 7

7  Trustee, the effort made by the debtors was to settle not

8  only the Chapter 7 Trustee's claim against the debtors, but

9  also the debtors' principals, Arun and Anu Veluchamy, right?

10 A     Yes.

11 Q     In fact, isn't it true that as part of the settlement

12 proposal that your side made, you asked the Chapter 7

13 Trustee to withdraw her joinder on the transfer motion?

14      MR. ISRAEL:  Objection.

15      THE COURT:  Basis?

16      MR. ISRAEL:  Well, first I object to the form.  I

17 don't know what he means by your side.  Secondly, relevance?

18      THE COURT:  Sustained as to form.

19 BY MR. ROIN:

20 Q     Okay.  Let me try again, sir.  The debtors' settlement

21 proposal to the Chapter 7 Trustee sought to settle not only

22 the Chapter 7 Trustee's claims, but also the claims against

23 Arun and Anu, and as part of that settlement, asked that the

24 Chapter 7 Trustee withdraw her joinder from Bank of

25 America's transfer motion, right?

1          MR. ISRAEL:  I'm just going to object for the

2   record.  I know you've overruled me, but on relevance, Your

3   Honor; the whole line regarding the settlement which never

4   occurred, in my view, is irrelevant.

5          THE COURT:  Overruled.

6          MR. SCOULER:  The answer to the question is yes.

7          MR. ROIN:  Your Honor, we are passing out what's

8   been marked as Bank of America's Trial Exhibit 82.

9          THE COURT:  Okay.  And this is a -- remember,

10  there was another document marked for identification as 82,

11  which was the --

12         MR. ROIN:  Oh.

13         THE COURT:  Which was the --

14         MR. ROIN:  It should be 83.

15         THE COURT:  Okay.

16         MR. ROIN:  I'm sorry

17         THE COURT:  Now, 82 was never admitted.

18         MR. ROIN:  Well, that's --

19         THE COURT:  But I think just for the record's

20  sake, let's call this one 83.

21         MR. ROIN:  All right.  Actually, that's an

22  excellent suggestion, Judge.

23  BY MR. ROIN:

24  Q     Do you have Exhibit 83 in front of you, sir?

25  A     I do.

1  Q     Can you confirm that Exhibit 83 is an email from the

2  debtors' lead counsel, Harley Goldstein, to Brenda Helms,

3  the Chapter 7 Trustee, describing the settlement proposal

4  and saying that the settlement proposal would be withdrawn

5  unless the Chapter 7 Trustee agreed to withdraw her joinder

6  to the transfer motion?

7  A     I don't think this email describes the settlement.

8  Q     But would you agree with me that this email, Exhibit

9  83, says that the debtors' settlement proposal will be

10 withdrawn unless, as part of the settlement, the Chapter 7

11 Trustee agrees to withdraw her joinder to Bank of America's

12 transfer motion?

13 A     I would agree with you on that point.

14          MR. ROIN:  Your Honor, I move admission of

15 Exhibit 83.

16          THE COURT:  Is there any objection?

17          MR. ISRAEL:  No objection, Your Honor.

18          THE COURT:  It's admitted without objection.  Do

19 you have a copy for the Court?

20          MR. ROIN:  May I approach, Your Honor?

21          THE COURT:  You may.  Thank you.

22 BY MR. ROIN:

23 Q     Mr. Scouler, I want to refer to your testimony this

24 morning where you talked about the fact that one of -- in

25 fact, the biggest customer of CAC left, right?

1   A      Correct.

2   Q      And the reason that customer left was because of the

3   FDIC lawsuit making allegations against, among others, the

4   principals of debtors, Arun and Anu Veluchamy, right?

5   A      Correct.

6   Q      You admit that that customer leaving had absolutely

7   nothing to do with Bank of America, right?

8   A      I wouldn't agree with that.

9   Q      Okay.  Have you testified differently, sir?

10  A      Well, I think the -- if I can expand on that a bit.

11  The --

12  Q      I just asked you whether you testified differently.

13          THE COURT:  You may answer the question, but then

14  explain.

15          MR. SCOULER:  Okay.  I don't remember if I

16  answered it differently or not.

17  BY MR. ROIN:

18  Q      Okay.  Let me direct your attention to your

19  deposition, and this is on page 91, line 14.  Tell me --

20  A      Okay.

21  Q      -- if I read your testimony correctly.  And we're

22  talking about -- do you see we're talking about that

23  particular customer?

24  A      I can.

25  Q      Question:  Did that -- did the loss of that biggest

1  customer have anything to do with Bank of America or the

2  choice of forum for the bankruptcy?  Answer:  No, that was

3  strictly an FDIC-inspired issue.  Was that your testimony?

4  A    Yes it is.  I stand correct.

5           MR. ISRAEL: Objection, Your Honor.  Once again,

6  he's using -- he's trying to impeach with -- that wasn't his

7  question.  His original question was whether Bank of America

8  had anything to do with it.  That's not what that question

9  in the deposition transcript was.

10          THE COURT:  Would you put it back on the

11 [indiscernible] please, Mr. Roin?

12          MR. OWENS:  What?

13          THE COURT:  Will you put that back on the

14 [indiscernible], please, for me?

15          MR. ISRAEL:  He said or the choice of forum for

16 the bankruptcy.  That wasn't his question.  His question was

17 didn't -- he just asked before did it have anything to do

18 with Bank of America?  This is going to a different

19 question.

20          THE COURT:  Not different enough, Mr. Israel.

21 Overruled.

22 BY MR. ROIN:

23 Q    Would you agree with me, sir, that so far no customers

24 have been lost because of Bank of America chasing the

25 Veluchamys to try to collect its debt?

1    A      I would agree with that.

2    Q      Are you aware that, in its motion to transfer venue,

3    one of the things Bank of America said was that three of the

4    initial debtors were not actually properly before this Court

5    because they weren't affiliates of Qualteq?  Are you aware

6    of that?

7    A      I don't recall that.

8    Q      All right.  Well, I will represent to you that in Bank

9    of America's transfer motion, it identified three of the

10   debtors as not being affiliated and, therefore, not properly

11   here; USS; Veluchamy, LLC; and Creative Investments.  Are

12   you with me so far?

13   A      Okay.

14   Q      Since Bank of America made that motion, two things

15   have happened.  First, the debtors voluntarily dropped the

16   USS bankruptcy, right?

17   A      Yes.

18   Q      Wasn't one of the reasons that was done was to avoid

19   this venue problem?  If you can't answer it because it's a

20   privileged communication, just say so sir.

21   A      It's privileged.

22   Q      Okay.  Let me ask you this.  In order -- one of the

23   things the debtors' brief says is the problem with

24   Veluchamy, LLC, and Creative Investments has been fixed

25   because a month later, Anar Real Estate was added as a

1   debtor.  Are you familiar with that?

2   A     I'm familiar with Anar being added as a debtor, yes.

3   Q     Okay.  Now, was Anar added in an attempt after the

4   fact to fix the venue problem for Veluchamy, LLC, and

5   Creative Investments?  And again, if this is going to get

6   into something privileged, just say so.

7               MR. ISRAEL:  Yes.  I'll object to the extent it's

8   calling for -- because the extent he can only answer it by

9   revealing attorney work product or communications and I'd

10  object.

11              THE COURT:  Do you understand that, Mr. Scouler?

12              MR. SCOULER:  I do.

13              THE COURT:  All right.  Are you able to respond?

14              MR. SCOULER:  I am not.

15              THE COURT:  All right.

16  BY MR. ROIN:

17  Q     Well, let me ask you this, sir.  Let's take a look at

18  Exhibit 157, which I think has been admitted.  That's one of

19  the debtors' exhibits.  Do you have Exhibit 157, sir?

20  A     Not yet.

21  Q     Okay.  Take your time and I had to go get it; I'm sure

22  everybody else does too.

23  A     Okay.  I have 157.

24  Q     All right.  Now, I want to direct your attention --

25  first, you have to go back into Exhibit 157 to Schedule B,

1  which is personal property, and I don't have that on the

2  screen so if you can just hold on a minute. I'll see if I

3  can --

4          MR. ROIN:  Your Honor, I'm picking up from the

5  purchase.

6          THE COURT:  I have it in front of me.

7          MR. ROIN:  Okay.

8          THE COURT:  In hard copy.

9  BY MR. ROIN:

10  Q     Have you found that, Mr. Scouler?

11  A     I have.

12  Q     Okay.  Would you agree with me that Exhibit 157 shows

13  that at the time of the bankruptcy, Anar Real Estate had a

14  bank account at Northern Trust with just short of $55,000 in

15  it?

16  A     I would.

17  Q     All right.  Now, let's take a look at the first page

18  of Exhibit 157, and you can see that almost 55,000 is listed

19  as the only asset of Anar Real Estate.  Do you see that?

20  A     I do.

21  Q     Okay.  And then if you look at liabilities, you can

22  see that there are no liabilities, right?

23  A     Yes.

24  Q     So at the time Anar Real Estate filed for bankruptcy a

25  month after these cases were filed, it had 55,000 in assets

1   and no liabilities, right?

2   A     That's right.

3   Q     And again, don't answer this question if it's going to

4   be privileged, but isn't it true that the reason Anar Real

5   Estate was added was an attempt to fix the venue problem

6   with Veluchamy, LLC, and Creative Investments?

7           MR. ISRAEL:  Your Honor, it calls for privilege

8   also and I think he asked --

9           THE COURT:  He did.  Sustained.

10  BY MR. ROIN:

11  Q     This morning when you testified, one of the things you

12  said is that one of the goals in filing for bankruptcy was

13  to address the lawsuit that had been filed by Bank of

14  America against Mr. & Mrs. Veluchamy and then also the

15  turnover motion.  Remember that?  Actually, I don't think

16  you mentioned the turnover, but you -- one of the reasons

17  you wanted to do it was -- the primary reason you filed for

18  the debtor bankruptcies is because of the litigation in

19  Chicago by the Bank against the Veluchamys, right?

20  A     You're right.  We didn't mention the turnover, but on

21  the litigation, I think my testimony was it was the

22  perception of our customers because of the publicity of the

23  lawsuit that was a factor in filing for bankruptcy.

24  Q     Okay.  And so the principal reason that's listed in

25  the schedules is the litigation against the Veluchamys,

1  right?

2  A     Well, the litigation against the Veluchamy's created

3  uncertainty in the customer base and that was the concern as

4  I described this morning.

5  Q     Okay.  Now, you previously testified that, so far,

6  debtors didn't lose any customers because of that, right?

7  A     We haven't.

8  Q     But what you wanted to do was take advantage of the

9  automatic stay in bankruptcy to stop that litigation, right?

10  A     Just because we did a good job retaining the

11  customers, I don't think changes our -- doesn't change our

12  reason for filing.

13  Q     I didn't ask you that, sir.  I asked you whether one

14  of the things you wanted to do by filing for bankruptcy for

15  the debtors was to take advantage of the automatic stay to

16  stop the litigation in Chicago.  Isn't that true?

17  A     That was, in effect, but that wasn't my primary

18  concern.  My primary concern was the customers and the

19  customer base and the impact on value.

20  Q     Well let me ask you this, sir.  Would you agree with

21  me that the automatic stay applies, regardless of whether

22  the bankruptcy is filed in Delaware or Chicago?

23  A     I would agree with that.

24  Q     And would you agree with me that the automatic stay

25  can't be lifted unless a Bankruptcy Judge, whether here or

1   in Chicago, says it should be lifted?

2            MR. ISRAEL:  I'm going to object to that.  It

3   calls for -- he's not the lawyer.

4            THE COURT:  Sustained.

5   BY MR. ROIN:

6   Q     Mr. Scouler, you're the CRO of these companies?

7   A     I am.

8   Q     This transfer motion, I gather, is important to the

9   debtor companies?

10  A     I think so.

11  Q     But even though it's important, you say you didn't

12  look at Bank of America's contested facts until yesterday?

13  That's what you said this morning, isn't it?

14  A     You lost me.

15  Q     Isn't it true --

16  A     What facts here regarding --

17  Q     That you didn't look to Bank of America to see what

18  Bank of America's contested facts were in this transfer

19  motion until yesterday?  Isn't that true?  You said that

20  this morning didn't you?

21  A     Well, I said when we were discussing Exhibit 215 that

22  I didn't have a chance to go through all 72 pages.

23  Q     But didn't you also say you didn't look at the

24  contested facts?

25  A     I may have.

1   Q      Okay.

2   A      I don't remember.

3   Q      Now, even though you are the CRO, you did not sign any

4   of the schedules and SOFAs that were presented in this

5   bankruptcy, right?

6              MR. ISRAEL:  Objection.  Relevance?

7              MR. ROIN:  Judge, I'm going to show it's

8   relevant.

9              THE COURT:  All right.  Subject to being

10  connected.

11             MR. SCOULER:  That's correct.  I did not.

12  BY MR. ROIN:

13  Q      Your view was that Arun Veluchamy should sign them,

14  right?

15  A      Yes.

16  Q      In fact, you and your firm are not personally vouching

17  for the accuracy of the schedules and SOFAs that have been

18  filed, right?

19  A      That was my testimony at the 341, yes.

20  Q      Is it still true?

21  A      I haven't looked at the schedules for some time.

22  Q      So you're still not vouching for them, right?

23  A      I'm still not vouching for them.

24             MR. ISRAEL:  I'm going to renew my objection.  I

25  don't think he connected the dots.

1          THE COURT:  Not yet.

2          MR. ROIN:  I'm about to.

3          THE COURT:  Mr. Roin?

4   BY MR. ROIN:

5   Q    The person who vouched for the schedules, Arun

6   Veluchamy, is in Chicago; that's where he lives, right?

7   A    Right.

8   Q    He's outside the subpoena power of this Court

9   according to the debtors this morning, right?

10  A    Well, I can't comment on that.  That's a legal

11  question.

12  Q    He's apparently not available to testify here, right?

13  A    I don't have any knowledge of that beyond what counsel

14  represented this morning.

15  Q    But you heard debtors' counsel say that this morning?

16  A    I did.

17          MR. ROIN:  No further questions, Your Honor.

18          THE COURT:  Re-Direct?

19          MR. ISRAEL:  Yes, Your Honor.  Briefly.

20  RE-DIRECT EXAMINATION

21  BY MR. ISRAEL:

22  Q    Mr. Roin asked you a series of questions about where

23  the creditors on the Creditor's Committee are located,

24  correct?  Do you remember that, those questions?

25  A    I do.

1   Q     And he was making a big deal about the fact that he

2   believed Xpedx is a Chicago company because it was included

3   on one of the schedules filed by the debtors, correct?

4   A     He was.

5   Q     Do you remember that?

6   A     I do.

7   Q     Okay.  What's your understanding as to where Xpedx is

8   located?

9   A     Their head office is in a suburb of Cincinnati, Ohio.

10  Q     Okay.  And do you recall where they indicated their

11  office was when they were appointed in their Notice of

12  Appointment?  Well, let me ask you this.  Did you review

13  their Notice of Appointment?

14  A     I did.

15  Q     Okay.  Do you recall where they say their offices

16  were?

17  A     I do.

18  Q     Their Notice of Appointment.  Where is that?

19  A     Clifton, New Jersey.

20  Q     Do you know why the schedules indicated that there was

21  a Chicago office?

22  A     I don't know.  I don't know for sure.

23  Q     Okay.  But you testified -- how large is Xpedx?

24  A     Well, they're a multi-national company with branches

25  all over the United States and they have a branch in

1  Chicago.

2  Q     Mr. Roin asked you about the fact that -- as to the

3  three particular errors that Bank of America made.  You --

4  it doesn't, and these are my words, move the needle in terms

5  of their chart, correct?  Do you remember that question?

6  A     I do.  Yes.

7  Q     Okay.  Now, have you reviewed the other 75 pages?

8  A     I have not.

9  Q     And why is that?

10 A     Haven't had time to.

11 Q     Okay.  Based on your analysis in your -- you know, as

12 a CRO, do you have concern based on the small sampling you

13 looked at about the other 75 pages?

14 A     I do.

15 Q     Okay.  Do you know whether or not there are enough

16 errors in the other 75 pages to move the needle bigger than

17 what Mr. Roin's asked?

18 A     I don't.

19 Q     But that was just a small sample you looked at based

20 on three pages, correct?

21 A     Yes.

22 Q     Now, Mr. Roin asked you -- he asked you about the fact

23 that you testified in your deposition the only reason; I

24 think you actually ended up just saying a reason in part

25 that Delaware was because you're familiar with that.  Do you

1  remember his question and your answer?

2  A     I do.

3  Q     Okay.  Do you want to -- is there any other reasons

4  that you picked Delaware other -- because again, you only

5  said in part it was because of your familiarity.

6  A     Well, if I was to --

7           MR. ROIN:  Your Honor, I just want to object.  We

8  asked him the question.  He gave the answer.  He affirmed

9  that his testimony was the only reason.  He said it twice.

10  It's too -- it was a 30(b)(6) deposition which was supposed

11  to be the debtors' official position on this and he

12  shouldn't be coming up with something new now.

13           MR. ISRAEL:  May I respond?

14           THE COURT:  Well, re-direct, in part, is an

15  opportunity to try to rehabilitate after cross-examination.

16  I assume that's what Mr. Israel is trying to do.  I will

17  allow him to try it.  Overruled.

18  BY MR. ISRAEL:

19  Q     Are there any other reasons that you picked Delaware?

20  A     Well, I guess by familiar with Delaware.  I would

21  include a number of fact -- when I say familiar with

22  Delaware, I mean I've been here multiple times.  It's

23  predictable.  It's a sophisticated venue.  That's what I

24  know it to be and --

25  Q     How about your view about what the interested parties

1  in the bankruptcy think about Delaware?

2          MR. ROIN:  Objection.  Leading, Your Honor.

3          THE COURT:  Sustained.

4  BY MR. ISRAEL:

5  Q    Any other reasons?

6  A    No, I think that generally covers it.

7  Q    Mr. Roin asked you about -- he asked you whether you

8  would agree with him that none of the customers have left,

9  other than the one he mentioned after the FDIC lawsuit as a

10 result of the bankruptcy filing.  Do you remember that?

11 A    I do.

12 Q    And he asked you; he said even despite the fact that

13 Bank of America is chasing the Veluchamys and the debtors to

14 Delaware, that none of the customers have left.  Do you

15 remember that testimony?

16 A    I do.

17 Q    Okay.  What is the reason, based on your experience as

18 the CRO, that none of the customers have left?

19          MR. ROIN:  Objection.  Foundation, Your Honor.

20 Unless -- he hasn't laid a foundation for why this isn't

21 hearsay.

22          MR. ISRAEL:  It's -- he's testified this morning

23 to a whole slew of reasons and the reasons were, again,

24 because of a whole bunch of things he did; he directed

25 people to do in order to make the customers feel

1   comfortable.  So I think I laid the foundation in the

2   morning but I'll do it again.

3            THE COURT:  I'll allow it.  You may answer if

4   you're able.

5   BY MR. ISRAEL:

6   Q    So what was the reasons that the customers haven't

7   left?

8   A    Well, there's several.  First of all, we have I think

9   a pretty good communication protocol with the customers so

10  they're informed and they know what to expect and what our

11  goals are.  Secondly, we have delivered on customer orders.

12  There have been delays or quality problems or -- it's been

13  strictly business as usual.  That, over time, has gained the

14  confidence of the customers.  It's difficult to know what

15  business we didn't get; what went somewhere else in terms of

16  additional business we otherwise would have had.  But I

17  think we feel reasonably comfortable there because our

18  volumes are holding up during the bankruptcy.  So, you know,

19  I think they see that we're making progress in the case.

20  They see that the business is stable.  They understand that

21  we have sufficient liquidity to run our business.  And so,

22  you know, we have I think a very good level of stability and

23  confidence in the company's ability to go forward and

24  reorganize.

25  Q    And in your view, is one of the reasons that you've

1  separated this bankruptcy proceedings from the Veluchamy's

2  proceedings?

3          MR. RION:  Objection.  Leading.

4          THE COURT:  Sustained.

5  BY MR. ISRAEL:

6  Q    Any other reasons that you believe the customers have

7  not left?

8  A    Well, I think it's, to some degree, a testament to

9  Arun and Anu's relationship with the customers.  They have

10 good communications with them.  They've been tasked with

11 that responsibility to be on the front lines and that's been

12 very helpful.

13 Q    Is one of the reasons that the customers don't leave

14 --

15         MR. ROIN:  Your Honor, I object.  He's leading

16 and we've seen the formula.

17         MR. ISRAEL:  I haven't even asked the question.

18         MR. ROIN:  The formula is he asks the leading

19 question, then you sustain it, and then he says any other

20 reasons, and he hopes the witness picks it up.  He's got to

21 cut it out.

22         THE COURT:  Well, I know what he hopes.  Even

23 though you haven't completed the question, Mr. Israel, it

24 sure sounded like it was going in a very leading direction.

25 Why don't you try to rephrase?  And I'll just add that both

1 | parties have beaten this poor dead horse.

2 |      MR. ISRAEL:  Okay.  Very well.

3 |      THE COURT:  Beyond length.

4 |      MR. ISRAEL:  We will move on, Your Honor.

5 |      THE COURT:  Okay.  And I didn't mean you by that,

6 | Mr. Scouler.  I was talking about the topic.

7 |      MR. SCOULER:  I appreciate that, Your Honor.

8 | Thank you.

9 | BY MR. ISRAEL:

10 | Q     You were asked a little about the settlement

11 | negotiations in Chicago.  Has that settlement occurred?

12 | A     The settlement with the Chapter 7 Trustee?

13 | Q     Yes.

14 | A     It has not.

15 | Q     Was that just going to be between the Chapter 7

16 | Trustee or was there more parties involved?

17 | A     Yes, that was going to be a settlement and among and

18 | between the Chapter 7 Trustee, the FDIC, and I think Bank of

19 | America.

20 | Q     Okay.  So it was a three-way settlement?

21 | A     That's my recollection, yes.  Well actually, that

22 | would include Arun and Anu of course as well.

23 | Q     Very well.

24 | A     Yes.

25 |      MR. ISRAEL:  Two more minutes, Your Honor.  I

1  think I'm finishing up.

2          THE COURT:  All right.

3  BY MR. ISRAEL:

4  Q    Oh.  And finally, Mr. Roin asked you about the fact

5  that you hadn't reviewed the contested facts until very

6  recently.  Do you remember that question?

7  A    I do.

8  Q    Do you know when Mr. Roin's firm sent the contested

9  facts over to your counsel?

10 A    I understand it to be very recently.

11         MR. ISRAEL:  No further questions.

12         MR. ROIN:  Judge, I have one question.

13         THE COURT:  Let me first ask Mr. Candeub if he

14 has any Re-Direct.

15         MR. CANDEUB:  No, Your Honor.

16         THE COURT:  All right.  Thank you.  Go ahead, Mr.

17 Roin.  Re-Cross.

18         MR. ROIN:  Just on this settlement meeting.

19 RE-CROSS EXAMINATION

20 BY MR. ROIN:

21 Q    You just mentioned that you thought Bank of America

22 was supposed to be a party to those settlement discussions?

23 A    That was my understanding.

24 Q    But they weren't invited to the meeting, right?

25 A    I don't know whether they were invited or not.

1    Q      They weren't there?

2    A      They weren't there.

3            MR. ROIN:  That's all I have, Judge.

4            THE COURT:  All right.  Thank you, sir.  You may

5    step down.

6            MR. SCOULER:  Thank you.

7            THE COURT:  Does the debtor have any other

8    evidence in opposition to the motion?

9            MR. ISRAEL:  No, Your Honor, other than the

10   exhibits which have been admitted and the deposition

11   designations which I can talk about now if you want.

12           THE COURT:  Did counsel confer over the break?

13           MR. ISRAEL:  We did.

14           THE COURT:  Okay.

15           MR. ISRAEL:  And I think we have a -- I've spoken

16   with Mr. Martin and we have arrived at what I hope is a

17   reasonable process, which is not going to require us to sit

18   here and have you rule on every single objection,

19   thankfully.  What we decided was that first, just so we're

20   clear, Bank of America actually listed the grounds for their

21   objections to our designations.  Yes, Your Honor, Mr. Martin

22   is just going to hand up -- while I'm talking; you can see

23   what they did.

24           THE COURT:  Okay.

25           MR. MARTIN:  May I approach, Your Honor?

1           THE COURT:  You may.

2           MR. MARTIN:  Thank you.  But does that take --

3    did that take out the ones that we have a fight about?

4           MR. ROIN:  I haven't --

5           MR. ISRAEL:  All right.  Well, let's hold on.

6    Okay.  Well, all right.  There are some that we may have a

7    fight about; he may have to pull out if you ruled in my

8    favor.

9           THE COURT:  All right.

10          MR. ISRAEL:  If you look, Judge, in the front,

11   there's a listing of the designations and then some of them

12   have objections listed, the ones for Bank of America, and

13   then some of them don't.  What Bank of America has said, the

14   ones where they objected to ours, that they will withdraw

15   all of their objections to anything other than hearsay and

16   that they'll allow you then to, you know, read it and make

17   the rulings as they go, rather than sit here and argue about

18   it.  Now, I'm hearing a lot of whispering in the back so I

19   hope that's agreeable, but Mr. Martin will say.  With

20   respect to -- so that's Bank of America's objections to our

21   designations.

22          THE COURT:  Okay.  Well, where are -- where in

23   this binder are your designations?

24          MR. ISRAEL:  The designations are in here.

25          MR. MARTIN:  Judge, let me just -- if you go to

1   the very fist page.  For the record, this is Craig Martin.

2              THE COURT:  Yes.

3              MR. MARTIN:  You'll see Schedule E-2, Joint Pre-

4   Trial Memorandum.

5              THE COURT:  I'm sorry?

6              MR. MARTIN:  You then have on that --

7              THE COURT:  I see that.

8              MR. MARTIN:  -- having Bank of America's

9   deposition designations --

10             THE COURT:  Right.

11             MR. MARTIN:  -- and the remainder of the page is

12  blank.

13             THE COURT:  Right.

14             MR. MARTIN:  If you flip, you then get a list of

15  a series of depositions that continues through the exhibit

16  to page eight.

17             THE COURT:  Okay.

18             MR. MARTIN:  On page eight, there is a bold

19  underlined statement that says Debtors' Deposition

20  Designations.

21             THE COURT:  Okay.

22             MR. MARTIN:  And then what follows is the

23  debtors' deposition designations and the far right column is

24  listed with objections.  And last night, we went through and

25  listed our objections and what Mr. Israel is describing is

1   the stipulation that he and I had reached on the meeting

2   confer regarding that objection column.

3            THE COURT:  Okay.

4            MR. ISRAEL:  Now, with respect to that, just so

5   Your Honor is clear, and I want to make sure Your Honor

6   doesn't have a problem with this; we have not bothered to go

7   through and pull out all the designations that dealt with

8   the standing issue.  We can certainly do that if you want,

9   but we would need the weekend to do that.  So you'll be

10  reading a lot of irrelevant, based on your ruling,

11  irrelevant testimony.  But just to make you aware of that.

12           THE COURT:  Understood.

13           MR. ISRAEL:  Okay.

14           MR. MARTIN:  And, Your Honor, with respect to

15  that point, the first two designations tabs that you have,

16  which read Arun Veluchamy, 0504-2011, and Arun Veluchamy

17  (UNS) 0526-2011?

18           THE COURT:  Yes.

19           MR. MARTIN:  Those go to the standing issues and

20  so we would -- we could remove those from the binder and the

21  designations.  But I concur with Mr. Israel that the

22  remainder of the designations, it's a bit hard to parse out.

23           THE COURT:  It's just this.  I'm going to -- I

24  just stapled them closed.

25           MR. MARTIN:  Okay.  And then if I may make a

1  brief comment, Your Honor, just so you understand how we did

2  this?

3          MR. ISRAEL:  Well, before you do that --

4          MR. MARTIN:  Okay.

5          MR. ISRAEL:  -- let me just talk about our

6  designations.  I'm sorry, Bank of America's designations and

7  our objections thereto because they're not -- unlike Bank of

8  America, which you see their objections listed, and again,

9  they've withdrawn them all because they're hearsay.  Ours,

10  we don't have ours listed.  I apologize.  Just given the

11  timing, I didn't think we'd have to do it.  However, what

12  we've agreed to is that in the deposition transcripts, there

13  are objections to questions, certain questions; not all of

14  them, but certain ones that are designated.  What Bank of

15  America has agreed to is that Your Honor will be entitled to

16  read the objection that comes right after one of the

17  designated portions and then rule on that objection as you

18  see fit.  And that way, again, we don't have to sit here and

19  go through and have you rule on every single one.

20          MR. MARTIN:  And the way I may state that, Your

21  Honor, is we heard you this morning when you said that you

22  know the difference between evidence and argument and the

23  like.  And Mr. Israel stated on the record this morning that

24  the objections that they had to the designations are

25  actually stated on the transcript.  Frequently in a

1    deposition, you reserve objections to form, but Mr. Israel

2    feels that he has made the objections and so we're happy for

3    you to consider those without requiring Mr. Israel to

4    actually fill in and do the work to complete the chart --

5              THE COURT:  All right.

6              MR. MARTIN:  -- as we did.  So with that

7    understanding, Your Honor, I just -- can I briefly explain

8    to you the color coding and then there is one additional

9    issue that I want to take up on --

10             THE COURT:  All right.

11             MR. MARTIN:  -- the issue.  So when you look at

12   the designations, Your Honor, you'll see color coding.  You

13   will see solid yellow, which are the debtors' designations.

14   Sorry, solid yellow which is the Bank of America's

15   designations.  Solid blue, which is the debtors'

16   designation.  If we both designated something, the program

17   that we used when we both put blue and yellow together it

18   turned into a greenish color.  And then we had the occasion

19   to be able to counter-designate some testimony.  That is in

20   orange.

21             THE COURT:  It looks a little reddish to me but I

22   think it's the same thing.

23             MR. MARTIN:  Right.  It's definitely different

24   than blue and yellow.  And then, Your Honor, we still have

25   the issue that was raised this morning.  There is a

1  transcript in her of Mr. Scouler which, as Mr. Roin stated

2  this morning, was done as a 30(b)(6), and since he's

3  testified, I don't know if Mr. Israel is willing to just

4  completely remove it based on the testimony.  If he's not,

5  then it may be necessary for Mr. Roin to re-raise the

6  30(b)(6) issue and object to the inclusion of Mr. Scouler's

7  designations.

8           MR. ISRAEL:  No, we'll agree to that because he's

9  here live, that his --

10          THE COURT:  No designations?  Okay.

11          MR. ISRAEL:  No designations for Mr. Scouler.

12  Now, there is a separate issue for Mr. Veluchamy, however.

13          MR. MARTIN:  Before you move on to Mr. Veluchamy,

14  on the Dan Scouler deposition testimony, the designations by

15  the Bank of America, which indicate admissions and the like,

16  should be admissible.  But the designations by the debtor

17  should not be since he was here to testify live.  And that

18  was the issue that Mr. Roin raised this morning.  I don't

19  know if you want to respond to that.

20          MR. ISRAEL:  That's what I'm saying.  We're

21  agreeing that as to Mr. Scouler, because he's here; he's

22  present --

23          THE COURT:  All right.

24          MR. ISRAEL:  -- that we'll stand on his live

25  testimony.

1              THE COURT:  All right.

2              MR. ISRAEL:  Now, as to Mr. Veluchamy, we could

3  not resolve that dispute, and let me just be clear.  Your

4  Honor asked if he's available.  He actually, I learned, is

5  not available.  He's --

6              THE COURT:  Actually, I didn't ask that question

7  but go ahead.

8              MR. ISRAEL:  What you said was -- correct, Your

9  Honor.  You said I have not stated whether he's not

10 available.  I've learned that he, in fact, today is not

11 anywhere near the area and is out visiting customers which

12 he's had meetings scheduled for a while.  But I think under

13 Rule 32, he's -- again, he wasn't a 30(b)(6).  He wasn't

14 designated as such.  I appreciate and understand, Your

15 Honor, when you say that, you know, normally, corporate

16 officers appear before you.  I'm not suggesting that they

17 shouldn't appear before you in certain situations.  What I'm

18 saying his here, he was subpoenaed in his individual

19 capacity; not as a 30 percent.  And I think he's -- you

20 know, he's -- like anyone that's outside of the area and

21 he's not available; that his deposition would then be

22 allowed under that scenario, under Rule 32.

23             MR. MARTIN:  May I respond, Your Honor?

24             THE COURT:  You may.

25             MR MARTIN:  Yes.  And again, Your Honor, our

1  position would be that our designations would be admissions.

2  And with respect to the debtors' designations, the relevant

3  rule is -- the Mr. Israel is referring to is Rule 32(a)(4),

4  which addresses unavailable witnesses, and I'm looking at

5  the Federal Rules of Civil Procedure, which we've made

6  available to a contested matter through Bankruptcy Rule

7  9014.  And subparagraph (b), I believe, is the one that

8  they're referring to that justifies the unavailability and

9  it talks about the witness being more than 100 miles from

10  the place of hearing or trial, unless it appears that the

11  witness's absence was cured by the party offering the

12  deposition.  I would respectfully submit, Your Honor, that

13  the scheduling order which was entered on October 31st

14  certainly put the debtors on designation; that if they

15  wanted the testimony of the -- I'm not sure exactly what his

16  corporate officer position is off the top of my head, but

17  the significant officer that signed the schedules and

18  statements and testified at the 341 hearing and was in

19  Delaware for that testimony.  That if they wanted his

20  testimony to be entered into evidence, that they should have

21  had him here to testify as a live witness.  And so I,

22  therefore, submit that it would be inappropriate to allow

23  his testimony to be tendered by deposition under Rule 32.

24          MR. ISRAEL:  Just to remind Your Honor that we

25  did not list him specifically as a live witness, and they,

1  in fact, if you recall, when they sought to take his

2  deposition, they said one of the reasons is is because he's

3  not going to be their live so we have to take him.  So they

4  essentially acknowledged that he was out of the area.  I

5  mean I just think they went through the trouble; you allowed

6  him to be deposed.  We didn't want him deposed because we

7  didn't think it was necessary given the stipulated matters.

8  And so given that, I think all -- you know, all the

9  designations should be heard in this situation.

10          MR. MARTIN:  If you would like further response,

11  Your Honor, I'd be happy to respond, but you look ready to

12  rule.

13          THE COURT:  I wouldn't.  I'm going to allow the

14  Bank's designations and the debtors' counter-designations.

15  Now, are there objections as with other depositions on the

16  record that I will still need to resolve or not?

17          MR. MARTIN:  In the depositions you mean?

18          THE COURT:  Correct.

19          MR. MARTIN:  As I understand the stipulation, we

20  are only standing up to say and we don't believe any further

21  argument is necessary; that when you review the testimony,

22  whatever Your Honor's decision is, we will be fine with

23  that.

24          THE COURT:  All right.

25          MR. MARTIN:  And I believe that Mr. Israel feels

1 ‖ the same way with respect to any objection he stated in the

2 ‖ actual transcript record.

3 ‖          THE COURT:  All right.

4 ‖          MR. MARTIN:  So no further argument would be

5 ‖ necessary.

6 ‖          THE COURT:  All right.

7 ‖          MR. ISRAEL:  And then, Your Honor, with that

8 ‖ admission of the transcripts, the debtors rest.

9 ‖          THE COURT:  All right.  Now, do we still have

10 ‖ open -- well, let me ask -- back to the Bank's exhibits.  I

11 ‖ don't recall, was any one offered into evidence?

12 ‖          MR. ROIN:  Your Honor, I believe 81 was offered.

13 ‖ I thought it might have been admitted.  81 was --

14 ‖          THE COURT:  I just don't remember.

15 ‖          MR. ROIN:  It's -- I think 81 was the --

16 ‖          THE COURT:  It was the collective SOFAs.

17 ‖          MR. ROIN:  -- excerpt for the SOFA.

18 ‖          THE COURT:  For Creative Automation.

19 ‖          MR. ROIN:  Yes.

20 ‖          THE COURT:  And two other corporations.

21 ‖          MR. ROIN:  Yes.  I think it --

22 ‖          THE COURT:  Okay.

23 ‖          MR. ROIN:  It's part of a SOFA -- I thought it

24 ‖ was actually admitted.

25 ‖          THE COURT:  All right.

1          MR. ISRAEL:  We have no objection to entering

2     that.

3          THE COURT:  All right.  It's admitted.  Now, 82

4     was never offered.  I don't think -- 83 was admitted without

5     objection.  And then that leaves us with what?  34?

6          MR. ROIN:  That leaves us with 34, Judge.

7          THE COURT:  Do you press its admission?

8          MR. ROIN:  Well, we'd propose that it would be

9     appropriate as a demonstrative exhibit and we'd like it used

10    for that purpose.

11         THE COURT:  Is there any objection?

12         MR. ISRAEL:  Well again, Your Honor, I don't,

13    Your Honor.

14         THE COURT:  Start with yes or no and we'll go

15    from there.

16         MR. ISRAEL:  Well, there's a half an objection.

17    I'm sorry, Judge.  It's just that I have to -- I mean I

18    don't object because they're not seeking to have it admitted

19    as substantive evidence.  So there's no objection to that.

20    I just would note that there's been a lot of discussion

21    about whether it was accurate.  And I know Your Honor has

22    heard it, so Your Honor will do what's necessary.

23         THE COURT:  Well, I'll tell you what I think.  I

24    don't think it's a credible exhibit, but it was used in

25    examination as a demonstrative and it might be helpful to

1  me.  The witness did answer questions it.  But in terms of

2  the support for it, it was never -- it was not sufficient

3  foundation, but I'll admit it as a demonstrative.

4            MR. ISRAEL:  Thank you, Your Honor.

5            THE COURT:  Okay.

6            MR. CANDEUB:  Your Honor?

7            THE COURT:  Yes?

8            MR. CANDEUB:  I would like, if Your Honor is

9  going to admit that as demonstrative, an opportunity just to

10 review some of the factual -- some other factual things that

11 are from the record and from the document which was

12 discussed at 215 I guess for two -- whatever it is, so that

13 Your Honor is more aware of other reasons why it's not

14 useful.

15           THE COURT:  Mr. Candeub, I'll give the parties

16 each an opportunity for brief closing now and you can

17 address whatever remarks you have at that time.

18           MR. CANDEUB:  Okay.  Thank you, Your Honor.

19           THE COURT:  Now, does that close the evidentiary

20 record?

21           MR. ISRAEL:  We have no further evidence, Your

22 Honor.

23           MR. ROIN:  No further evidence, Your Honor.

24           THE COURT:  Okay.  Mr. Goldstein, normally I'd

25 start with the Movant in the way of closing.

1          MR. GOLDSTEIN:  Your Honor, I just have a

2    comment, procedurally.  We would request post-trial briefing

3    at this time, and it's really for three reasons; very

4    briefly.  Obviously, you've made a number of rulings on the

5    evidence, number one.  Number two, as we mentioned at the

6    earlier hearing a couple of days ago, there's a lot of new

7    evidence that's come in recently, including a deposition

8    that was just taken, including turnover documents recently.

9    And finally, I think just fatigue, at least on our side.  So

10   we would request post-trial briefing.

11         THE COURT:  I'm not inclined to grant that

12   request.

13         MR. GOLDSTEIN:  Thank you, Your Honor.

14         THE COURT:  All right.  Who wishes to make

15   closing remarks?

16         MR. ROIN:  Your Honor, I would for Bank of

17   America.

18         THE COURT:  Okay.

19         MR. ISRAEL:  I will be for the debtors, Your

20   Honor.

21         THE COURT:  I see four.  You have 10 minutes

22   each; no more, and they'll be no rebuttal.

23         MR. ROIN:  Thank you, Judge.  I just want to tick

24   off the factors.  But before I do that, I want to start with

25   two of the debtors, Veluchamy, LLC, and I regret that I'm

1    blanking on the name of the second one.

2              MR. GOLDSTEIN:  Creative.

3              MR. ROIN:  Creative Investment.  Thank you, Mr.

4    Goldstein.  Two of those debtors, when the case was filed,

5    they were not properly before this Court.  The debtors

6    attempted to fix that through the subsequent filing of Anar

7    Real Estate.  We've submitted the law in our brief that you

8    can't fix venue afterwards.  It's based on when it's filed.

9    Those debtors are not properly before this Court and, as a

10   matter of law, they have to be dismissed or sent back to

11   Chicago.  It makes no sense to have the principals in

12   Chicago with their bankruptcy; two of the debtors in

13   Chicago, because their bankruptcy was not appropriate here,

14   and have the rest here.

15             Let me address the six factors.  First, proximity

16   of creditors.  Whether one disputes the fine points of our

17   Exhibit 34, I don't think there's any doubt that the

18   overwhelming amount of creditors are in or closer to

19   Illinois.  We went through that with even the members of the

20   Creditor's Committee.  They are in or closer to Illinois.

21   Proximity of creditors supports transfer of venue.  We

22   talked about the members of the Creditor's Committee; the

23   same thing.  Customers.  The debtors haven't disclosed who

24   their customers are, but the one thing we have heard from

25   Mr. Scouler is that the place where the customers are

1   located is not relevant for venue so we can ignore that.

2   The location of the debtors favors transfer.  They're all in

3   Chicago with the exception of Qualteq.  And Mr. Scouler

4   confirmed that almost all the work he and his team are

5   doing, they're doing in Chicago.  That second factor favors

6   transfer.  Proximity of witnesses, again, favors Chicago.

7   The principals of the debtors are in Chicago.  We had really

8   an extraordinary event today, which is Mr. Arun Veluchamy,

9   who is one of the main principals of the debtors, and he

10  signed all the schedules, he's in Chicago.  That's where

11  he's located.  He's not subject to subpoena power here.  And

12  we had this hearing and he didn't come.  He didn't come.

13  And the Court couldn't make him come.  I can't imagine --

14          THE COURT:  I don't necessarily agree with the

15  latter proposition.

16          MR. ROIN:  Okay.  No, I -- maybe the Court could,

17  but they didn't bring him.  I mean he's in Chicago and the

18  idea that they would ask the Court to admit his deposition

19  testimony, the case is better off in Chicago in terms of the

20  proximity of the witnesses.  They're all in Chicago, all of

21  them.

22          The next factor is the proximity of the debtors'

23  assets.  We've submitted evidence.  It's stipulated to in

24  the uncontested facts that 82 percent of the debtors' assets

25  are located in Illinois; 18 percent, primarily Qualteq,

1 | located in other places.

2 |         The next factor is the economic administration of

3 | the estate.  Where is that most efficiently done?  We know

4 | that the experts are camped out running the companies from

5 | Chicago.  We know; this is very unusual, there's another

6 | bankruptcy of the principals in Chicago and there is a huge

7 | claim that's been brought by the estate of the Veluchamys

8 | here.  We know, because we've seen it, that all the parties

9 | here, with the exception of Bank of America, there was

10 | excluded trade stock to Chicago to have a settlement meeting

11 | to try to resolve that.  The economic administration of

12 | these cases is most efficiently done in Chicago.

13 |         The next factor is the possibility of

14 | liquidation.  We hope that's not going to happen, but if it

15 | has to be liquidated, the assets, as we already talked about

16 | its undisputed facts, are in Chicago.  The debtors have said

17 | in their papers, and they hinted at it today, that well,

18 | there's a Plan that's imminent and somehow transferring will

19 | slow the case down.  I know this Court has done a lot of

20 | work in this case, although a lot of it's been about this

21 | transfer motion, but there's been no Plan submitted to this

22 | Court; no plan at all.  So if the case were transferred now,

23 | a new Bankruptcy Court would pick up the Plan, just as this

24 | Court would, seeing it for the first time.  There is just no

25 | reason to believe that the case is slowed down if it's

1   transferred.  I would also note that when we filed the

2   transfer motion back in September, one of the things the

3   Court said was, you know, the debtors put it off as long as

4   they could.  We had the fight about the confidential

5   information.  We tried to schedule the trial earlier and if

6   the Court will recall, it got pushed back to December at the

7   debtors' request.  One of the things the Court said was

8   look; I'm not going to let the fact that the transfer motion

9   couldn't be addressed change into a reason to deny it.  And

10  I think -- I don't actually think that that's happened.  I

11  think that it can be very efficiently done in Chicago.  But

12  to the extent the debtors have any case, is that they

13  managed to do stuff while they kept the case here.  They

14  don't.  That's not a justification.

15          The debtors have said that one of the things

16  they're worried about is losing customers.  There's no

17  evidence that if the case was transferred to Chicago they're

18  going to lose customers.  Bank of America has been

19  litigating against the debtors in Chicago for two years.

20  Again, not -- two years against the Veluchamys; for one year

21  against the debtors since we brought claims against them.

22  They haven't lost any customers.  There's no reason to think

23  -- one customer by the FDIC.  None because of Bank of

24  America; you heard that testimony.  There's no reason to

25  think if the case is transferred to Chicago it's going to

1  affect any of the customers.  That's just not credible.

2        And then Your Honor, the last point, and it

3  really wasn't a part of this hearing, but it was a part of

4  the debtors' submissions, is an attempt to say that Bank of

5  America has some kind of bad motive.  In all candor, our

6  motive is to try to collect the judgments that are owed to

7  us.  We're allowed to do that, but that's our overall motive

8  in these bankruptcies.  We would like to collect our

9  judgments.  But we don't own the Bankruptcy Courts in

10  Chicago.  We don't own any Courts in Chicago.  And we --

11  there's no reason to believe, and Mr. Scouler admitted it,

12  there's no reason to believe that the Bankruptcy Court in

13  Chicago would issue any different rulings than this Court

14  would.  All the Bankruptcy Courts are going to apply the

15  law.  This case ought to be moved because each of the

16  factors, each of them, warrants moving the case to Chicago

17  because, in any event as a matter of law, two of the debtors

18  really can't be here, and because there's -- yes, the

19  debtors made a choice.  One of the things the debtors said

20  is Bankruptcy Courts in Delaware don't get transfer motions.

21  We've looked at the law.  One of the things we found is the

22  Bankruptcy Courts in Delaware actually, more often than not

23  when they get a transfer motion, grant it.

24        THE COURT:  No one seems to believe that, but

25  it's true.

1          MR. ROIN:  But it's true.  And let me say that

2    there is not -- we've not seen a single case with factors

3    like this one where a Delaware Bankruptcy Court has said no

4    to transfer.  All of the connections, the bankruptcy of the

5    Veluchamys in Chicago, the very thin read of a third level

6    subsidiary is the only hook, and then the unbelievable fact

7    that the man who signed the SOFAs and schedules couldn't

8    come here and he lives in Chicago.  Your Honor, all the

9    factors point to transfer, Delaware law points to transfer,

10   and we urge the Court to transfer this case back to Chicago.

11   Thank you.

12          THE COURT:  Thank you.  Mr. Goldstein, I'll give

13   you the opportunity either to go next or to go last.  I

14   leave the choice to you.

15          MR. GOLDSTEIN:  I'll go now, Your Honor.

16          THE COURT:  All right.

17          MR. GOLDSTEIN:  Thank you.  Your Honor, as an

18   initial matter, Bank of America makes much ado about the two

19   entities, Veluchamy, LLC, and Creative Investments, and I

20   think this is really a red herring and they really miss the

21   points here.  Under Section 1012(c), the definition of

22   affiliate includes a business operated under a lease by the

23   debtor.  So the filing of Anar later is completely

24   irrelevant, Your Honor, as of the petition date because

25   Veluchamy, LLC, owns one property and leases it to Qualteq

1  and because Creative Investments owns one property and

2  leases it to Creative Automation.  Both of those entities

3  were proper as of the petition date.  The filing of Anar was

4  for separate business reasons, but the filing of Anar later

5  was completely irrelevant.  If venue is proper initially

6  because of that it was, then the debtors' venue selection is

7  entitled to substantial weight and deference and change

8  granted sparingly.  Now, the two tests prescribed by the

9  statute are interest of justice and convenience of the

10  party, and we talk about the six factors that are used to

11  interpret those two tests.  But those are the statutory

12  tests and we'll go through the different factors used to

13  interpret that, but I don't want to lose the forest through

14  the trees here.  The convenience of the parties, the case

15  law says that creditors are the best judge of their own

16  interests.  That's Camden Ordinance, Eastern District of

17  Pennsylvania, 245 Bankruptcy at 802.  The Court cannot

18  overlook the fact that, arguably, the most three important

19  parties to this case; the Committee, the DIP lender, and the

20  single largest unsecured creditor all oppose venue transfer.

21  The parties who have appeared in this case are the important

22  parties and those parties have scattered counsels.  They,

23  including the Creditor's Committee and including the DIP

24  lender, would have to have new counsel if this was sent back

25  to Chicago and that counsel would have to get up to speed.

1  That is the convenience of the parties.  On the other hand,

2  the interest of justice, security and stability are

3  paramount to this business.  We heard testimony about that.

4  The perception, and it's irrelevant whether it's real or

5  imagined, but the perception is the creation of instability

6  outside of Delaware.  The creditors, the employees, know

7  Delaware and this Court, in particular, is accustomed to

8  handling large cases and they have the perception that there

9  will be problems given what they are concerned about, the

10 security and stability, because this company prints credit

11 cards, if this case is transferred and a transfer would be a

12 signal to all of them of derailment of this case and it

13 would derail the debtors' attempt to reorganize.  The only

14 shot at rehabilitating the debtors' is to keep the case

15 here.

16        Your Honor, briefly going through the six

17 factors.  Proximity and convenience of the creditors.  I'm

18 going to go through the stipulated facts very quickly, a

19 stipulated fact.  First of all, I'd like to say that very

20 clearly, it came out in the evidence that the numbers were

21 manipulated.  Plami was included as an Illinois creditor

22 when it wasn't.  Another one was included as an Illinois

23 creditor when it wasn't.  And that millions of dollars of

24 inter-company debt was also included which shouldn't have

25 been.  So the numbers are -- the real numbers, even if we

1   only look at the stipulated facts, the fact is the amended

2   creditor matrix says well over half, well over half of the

3   creditors have addresses outside Illinois.  Stipulated fact

4   number 41 says 60 percent in number, 60 percent in number

5   and 71 percent by claims on the top 30 creditor list, have

6   addresses outside Illinois.  Only 30 percent are in

7   Illinois.  And stipulated fact 45 says there are creditors

8   in 31 states, two Canadian Provinces, and seven other

9   creditors, all over.  The top six customers, two are right

10  here in Wilmington, two are in New York.  There are no

11  committee members in Illinois.  And, in fact, if you look at

12  the Colleen McClarity deposition, Bank of America's

13  representative, two of the three bankers that are in charge

14  of this engagement are in Boston, not Chicago.  The junior

15  banker is the one in Chicago.

16           THE COURT:  So if everyone is that scattered,

17  doesn't it make that factor neutral?

18           MR. GOLDSTEIN:  Does it make it neutral?

19           THE COURT:  Yes.

20           MR. GOLDSTEIN:  Well, I think -- my personal

21  opinion is that given the fact that all of these creditors

22  have faith in Delaware, it is at least neutral.  Given the

23  reputation of Delaware and their comfort with it, I think

24  it's important.  But yes, the point is they already have

25  counsel and the ones that are involved, which are obviously

1  the important ones, already have counsel in Delaware.  In

2  fact, many of their lead counsels are outside of Chicago.

3  We have lead counsels up and down the East Coast.

4        The second factor is proximity and convenience

5  for the debtors. First of all, the debtors' forum choice

6  here is very important.  Second of all, the New Jersey

7  entity makes 75 percent of the cards.  Seventy-five percent

8  of the cards in question are made in New Jersey.  They are

9  also very substantial Iowa operations.  And the

10 professionals here, my firm has offices in New York.  The

11 litigators we use, because none of the attorneys in my firm

12 are litigators; we'll all bankruptcy attorneys, the

13 litigators are either in Philadelphia or Delaware and Mr.

14 Scouler affirmed is scattered.

15       With regard to the proximity and convenience of

16 witnesses, this case is the example.  Everything's been done

17 by deposition testimony with the exception of Scouler, the

18 CRO, and he's obviously here.  It's obviously convenient for

19 him.  It's no more convenient to be here than in Chicago or

20 vice-versa.

21       Factor four, the location of the assets, again,

22 New Jersey, a substantial production facility.  Seventy-five

23 percent of the cards are made there.  Iowa, another

24 substantial production facility.  It's not simply Chicago.

25       The fifth factor, whether transfer would promote

1  efficient administration of the estate, obviously, we've had

2  substantial progress with the DIP lenders.  The DIP lenders

3  themselves would take this as a signal -- would take the

4  transfer as a signal that would delay everything.  Bank of

5  America's proceedings also would interfere with the

6  administration of the estate and the customer issues,

7  because of the stability and the security that they're

8  looking for, would derail where we're trying to go with

9  this.

10        And finally, the last factor, the necessity for

11  ancillary administration upon liquidation, there's no

12  liquidation here.  But if there were, it would be presumably

13  a sale of the going concern entity to a national base of

14  potential buyers.  It's not a liquidation like many of the

15  cases Bank of America suggests are single-asset real estate

16  cases.  It is not that kind of case.  It's a national case

17  and it would have a national purchaser on this.

18        THE COURT:  Yes.  I hear Chicago has a pretty big

19  airport though.

20        MR. GOLDSTEIN:  So does Philadelphia, Your Honor.

21        THE COURT:  Well, it's not like it would be

22  inaccessible to prospective buyers would it?

23        MR. GOLDSTEIN:  The buyers we've been talking to

24  are all over, Your Honor; not the buyers, the financiers.

25  And with regard to any increased costs, in administrative

1  costs, it will only reverse them.  It will only cause the

2  Committee to get counsel in Chicago.  It will only cause

3  some of the banks to get Committee in Chicago.  It will

4  cause the litigators to continue to have to travel to

5  Chicago.  The bottom line I think is if Bank of America's

6  position were espoused, there'd be almost no Delaware

7  filings.

8         With regard to the Chapter 7 Trustee's joinder,

9  the Court has got to discount it.  In evidence is a memo

10 saying that Bank of America is essentially paying the

11 Chapter 7 Trustee for their support here and because of

12 that, the credibility needs to be discounted.  And in fact,

13 Bank of America's 30(b)(6) witness testified, testified in

14 deposition, that none of the factors, including jeopardy to

15 customers, are of concern to B of A.  B of A does not care

16 about the customers.  They do not care about the future of

17 the business.  This is because they have their own agenda

18 very simply.

19         Now, I'd just like to in the remaining time cite

20 a couple of important cases that are very similar.  The

21 Enron case, 284 Bankruptcy at 399.  It his highly probative,

22 highly probative, in a venue motion that the creditors don't

23 support the venue motion.  And also on that same page, 399,

24 it specifically says that the Committee's view should be

25 weighed as the fiduciary representative of the creditors.

1  There is a case that is almost identical to the same

2  circumstances here.  _Carribean Petroleum_, Judge Gross, pages

3  54 to 58.  Venue should be denied where a Movant's narrow

4  interests don't speak for the other creditors.  In that

5  case, just like this case, you had the Committee, the larger

6  unsecured creditor, and the DIP lender opposing transfer.

7  That is exactly the circumstances here.  And one other very

8  important case, if I pronounce this right, _Rehoboth_, is a

9  case that Bank of America very substantially relies on,

10  another District of Delaware Court case.  That case which

11  Bank of America so heavily relies on is a single assets real

12  estate case.  It's a hotel.  It's a hotel in Texas, it has

13  13 employees, and it appears that it was heading towards

14  liquidation.  That is not this by any stretch of the

15  imagination, Your Honor.

16          Just to address a couple of things B of A said --

17          THE COURT:  You need to wrap up.

18          MR. GOLDSTEIN:  I think the Bank of America makes

19  much ado about the location of the Committee members, but

20  the Committee members and its largest member have both

21  asserted preference for this forum.  And finally, what the

22  CRO relied on in filing is very different than what the CRO

23  is relying on right now in whether venue change at this

24  point would be important.  And with that, I'll conclude,

25  Your Honor.

1          THE COURT:  Thank you.  Plami?  Mr. Candeub,

2     would you like a few minutes?

3          MR. CANDEUB:  Would Your Honor prefer to hear

4     from me first before the Committee?

5          THE COURT:  Yes, I thought I just said that?

6          MR. CANDEUB:  Thank you, Your Honor.  Doug

7     Candeub for Plami.  Your Honor, this is not a motion to

8     transfer venue of an adversary proceeding or a claims

9     dispute.  It's a motion to transfer a bankruptcy case which

10    is a different.  It is not a question of whether the

11    disputes between Bank of America and the debtors or their

12    principals which, of course, is not before the Court anyway,

13    should go to Chicago.  It's a question of the case as a

14    whole and that is an important factor because the question

15    of convenience of the parties in interest and witnesses and

16    so forth is a fact -- you know, is a form that was

17    originally tailored from cases, litigations, where you

18    actually have witnesses coming in.  And in this case, the

19    question of convenience of the parties and witnesses has to

20    take into account the fact that most creditors don't come.

21    It's really not -- this is really -- actually it is not

22    relevant where most of the creditors actually are.  In that

23    sense, if they're mostly in Illinois because they're not

24    going to be here one way or the other.  There's been no

25    evidence -- Bank of America has put on no evidence that any

1  of the creditors that they say, this big -- you know, great

2  calculation of numbers, any of those folks would want to

3  show up and would be there in Illinois that can't be here.

4          THE COURT:  I tend to agree with that

5  proposition.

6          MR. CANDEUB:  Thank you, Your Honor.  The -- as

7  was pointed out, this is a case where the debtors chose the

8  venue.  The Committee supports it.  One or two of the

9  lenders support it.  We as the largest unsecured creditors

10 support keeping the venue here.  The only party seeking the

11 transfer is the purported creditor that has a contingent

12 disputed unliquidated claim at best and I don't see the

13 venue case law as supporting the allowance of a creditor

14 with a disputed contingent unliquidated claim dictating

15 where the case goes.  I think along the lines -- the

16 language of convenience of the parties in interest and

17 witnesses and so forth that needs to really take into

18 account preferences of parties and, in this case, the

19 preferences that have been expressed by the Committee and so

20 forth.  And there's been no out forth or a coming forth from

21 other creditors besides -- anyone besides Bank of America to

22 indicate their preference to be other than here.  There was

23 a question about motives raised as to why Bank of America

24 would want the case moved and I submit to Your Honor, just

25 as a matter of argument, I recognize that it has nothing to

1   do with convenience; that it's a question of their

2   expectation that it would be outcome determinative; that

3   they are seeking to have a Court handle the case that may

4   already be pre-disposed against the debtors, or at least

5   their principals, and that's why they would want to have the

6   case moved, because obviously, Bank of America is here.

7   They have counsel here.  They are represented here all the

8   time.  It's a big national company.  It's one of the top

9   five banks in the Country.  They can't possibly claim for

10  themselves that it's inconvenient for Bank of America to be

11  here and I'd suggest that the outcome determinative reason

12  is not a good valid reason to grant a motion such as this.

13         That Exhibit 34 demonstrative thing, there is a

14  -- you've seen already -- you heard about that there was a

15  $242,000 claim from Plami that was listed as PYNSA, a former

16  or affiliate name, and so that was kind of -- is Illinois.

17  They're actually the largest unsecured creditor of Qualteq

18  and it was treated as Illinois.  But they're also -- if you

19  go through their 74-page document, which I guess is in

20  evidence; I'm not sure if it is or not.

21         THE COURT:  It's not admitted.

22         MR. CANDEUB:  Okay.  If you go through it, it's

23  just that --

24         THE COURT:  Only the -- I think the first three

25  pages are admitted as Exhibit 215.

1          MR. CANDEUB:  Exhibit 215.  Your Honor, if you go

2    through the Schedule F, which is what that's based on,

3    you'll find quickly that that includes millions of dollars

4    of inter-company debt.  This is, for example, just taking

5    the first, you know, couple pages in from the backup,

6    Automated Presort, Inc., has a V-Mark, Inc. debt for 1.835

7    million and then another one for 2.245 million and that's

8    just on, you know, a couple pages in.  There are millions

9    throughout -- of the debt and the accumulated figure that

10   they show you in that exhibit is -- includes millions of

11   dollars of inter-company, which is obviously not a basis for

12   the kind of a conclusion they're trying to draw.

13         Also, Bank of America has provided no evidence

14   about flights.  I mean if somebody is actually going to come

15   here from Atlanta, they're not going to drive 12 hours or 11

16   hours to Chicago or Wilmington.  They're going to fly.  And

17   there's been no evidence about convenience in terms of how

18   someone actually would get here.

19         Finally, Your Honor, as was stated, the venue

20   section allows parties to file where they're incorporated

21   and the transfer of a venue motion isn't designed to allow

22   creditors to come in and succeed in getting the venue

23   motions granted based on simple calculations of where the

24   locus of creditors are.  That's not what it's about.  The

25   debtors are entitled, especially here where it's supported

1   broadly by creditors in general, to support their choice of

2   venue.  Thank you.

3           THE COURT:  Thank you.  Does Sterling wish to be

4   heard?

5           MR. ROSNER:  Good afternoon, Your Honor. For the

6   record, Fred Rosner of the Rosner Law Group, on behalf of

7   Sterling National Bank.  I just wanted to be of record

8   joining with the debtor in their opposition to the motion to

9   transfer the cases from this District for the reasons set

10  forth in the paper for the evidentiary record.

11          THE COURT:  Thank you.

12          MR. ROSNER:  Thank you.

13          THE COURT:  Yes, Mr. Chipman?

14          MR. CHIPMAN:  Your Honor, for the record, William

15  Chipman, Landis Rath & Cobb, on behalf of the Chapter 7

16  Trustee.  I just rise to address a couple of the arguments

17  that were made if Your Honor wants to hear me now or after

18  the Committee.  I'll be glad to take guidance from Your

19  Honor.

20          THE COURT:  Go.

21          MR. CHIPMAN:  Your Honor, the Chapter 7 Trustee

22  is a large creditor in these cases.  The Chapter 7 Trustee

23  believes the cases all related to the cases in Chicago.  She

24  believes that it's cost-prohibitive for her to participate

25  in the cases here.  It's cost-prohibitive for her to fly

1  here for every hearing.  It's a strange coincidence that in

2  Chicago, I guess they can notice up motions on two days'

3  notice, and on December 13th, the debtors in her case, the

4  Veluchamys, noticed up a Motion for Stay of Relief as I

5  mentioned earlier to get their passports returned.  And they

6  noticed that up on the 13th for today.  So her counsel, her

7  lead counsel, in Chicago had to attend that hearing rather

8  than be here in Delaware today, Your Honor.

9          THE COURT:  You're not complaining we should

10  change the Local Rules are you, Mr. Chipman?

11          MR. CHIPMAN:  No, Your Honor.  But I just point

12  it out that the cases -- it's a strange coincidence.  She

13  would like to participate more.  And I think that someone

14  had mentioned that there was a -- some kind of a budget

15  submitted into evidence where B of A had agreed to pay some

16  of her counsel's fees to do certain things.  Your Honor, I

17  don't think any weight should be given to that.  I think

18  that's typical between a Chapter 7 Trustee and a lender

19  where they set forth a budget to allow the Chapter 7 Trustee

20  to use the lender's cash collateral in that case.  So Your

21  Honor, that's all I wanted to say.  And we do support B of

22  A's motion.  Thank you.

23          THE COURT:  All right.  Thank you.  I'll hear

24  from the Committee.

25          MR. WHEELER:  Good afternoon, Your Honor.  For

1  the record, Timothy Wheeler, from Lowenstein Sandler, on

2  behalf of the Official Committee of Unsecured Creditors

3  appointed in these cases.  Your Honor, Bank of America filed

4  its motion to transfer under 11 U.S.C. Section 1412.  Under

5  that statute, Bank of America has the burden to show that

6  the venue transfer is in the interest of justice or for the

7  convenience of the parties.  Based upon their pleadings and

8  exhibits, Bank of America has argued in favor of a transfer

9  based on a myriad of statistical data, including mileage,

10  geography, location, distances, etc., etc.  But aside from

11  the fact that statistics may be manipulated in any number of

12  ways and the testimony that we heard today had pointed out

13  significant inconsistencies in the way Bank of America's

14  numbers were put together.  This approach misses the point

15  at issue, which is proving interest of justice or

16  convenience of the parties.  The debtors filed these cases

17  in Delaware and are entitled to deference to that choice.

18  With respect to convenience of the parties, only two

19  entities support the transfer.  Number one, Bank of America,

20  the Movant; and number two, the Chapter 7 Trustee of a third

21  party bankruptcy action in Illinois.  Today, these two

22  entities stand alone.  They are an island unto themselves,

23  as no other party in interest in these cases, be it the

24  Committee, any unsecured creditors, secured creditors,

25  debtors, or anyone else has gone on the record to say that

1   Delaware is an inconvenient venue.

2           THE COURT:  You know, it strikes me, Mr. Wheeler

3   that a lot of venue motions come in the context where

4   there's just one party that complains that the case ought to

5   go somewhere else.  Am I wrong about that?

6           MR. WHEELER:  I think you probably are not wrong,

7   Your Honor.  But what I would have to say is in this

8   context, I just don't know that if you consider who those

9   two parties are, venue should be transferred.  There has

10  been some talk about Bank of America's motives.  We're

11  unsure about those.  It hasn't even been fully decided that

12  they have claims against the debtors.  And everyone else in

13  this case, the Unsecured Creditor's Committee, unsecured

14  creditors, the largest creditor, is galvanized and in

15  opposition to this change in venue.

16          THE COURT:  Tell me why.

17          MR. WHEELER:  Well, Your Honor, first off, we

18  think that the debtors are entitled to some deference in

19  their choice.  They selected Delaware because they want to

20  reorganize.  And quite frankly, Delaware is where you go to

21  reorganize.  They think, and I agree with them or the

22  Committee agrees with them --

23          THE COURT:  So at least in part, the Committee is

24  saying that really a debtor has a much better chance of a

25  successful reorganization here than in other places?  I

1  refuse to accept that proposition.  And I don't know how it

2  could possibly be supported.

3          MR. WHEELER:  Well, Your Honor --

4          THE COURT:  Explain that to me.

5          MR. WHEELER:  Well, Your Honor, as Mr. Scouler

6  testified today, from a business perspective, they made a

7  decision that their highest and best chance for

8  reorganization is here in Delaware.  There may be specific

9  facts that are in play here, such as insulating themselves

10  from contentious litigation that's going on in the

11  Bankruptcy Court and the District Court in the Northern

12  District of Illinois.  And obviously, that played into their

13  decision.  But we agree with them that their highest and

14  beset chance for reorganization is here in Delaware.

15          The evidence presented today also clearly showed

16  that transfer to these cases would not be in the interest of

17  just for some of the reasons that I've just talked about.

18  They selected Delaware because they think Delaware is the

19  best chance for them to reorganize, which in the end, could

20  save 1,000 jobs.  They made a business decision based upon

21  an analysis that they did and we think that they're entitled

22  to deference for that decision.  Testimony showed that in

23  contrast -- or in contrary to enhancing the debtors'

24  opportunities for a successful reorganization, transferring

25  these cases to Illinois would seriously jeopardize these

1  efforts by introducing instability to the rehabilitation

2  process.  As Mr. Scouler testified, and it's no secret the

3  debtors' business -- business require a high level of

4  security.  Everyone in this room knows that the debtors

5  produce plastic credit cards that contain confidential,

6  highly sensitive information.  Logically, it follows that

7  any perceived instability or breach of that security, real

8  or imagined, will not enhance or engender customer

9  confidence and support required for a successful

10  reorganization.

11         THE COURT:  Well, what exactly is going to leak

12  out of the Chicago Bankruptcy Court?

13         MR. WHEELER:  Well, Your Honor, I don't think

14  anyone is afraid that something is going to leak out.  It's

15  more of a perceived or a perception that the customers will

16  have that there's just something not right with the company.

17  And like Mr. Scouler said, when that happens, the customers

18  will start hedging their bets.  They'll move some of their

19  business to somebody else; maybe all of their business to

20  somebody else.  And when that happens, the revenues go down,

21  the business goes down, and eventually, we lose jobs.  The

22  docket in these cases indicates that the debtors have made

23  progress towards reorganization.  Since they've been filed,

24  over 630 documents have been docketed.  The entered first-

25  day orders, cash collateral, and debtor in possession

1    financing have allowed the debtors to stabilize and maintain

2    their operations.  In addition, numerous other pleadings

3    have been filed and substantive hearings conducted that

4    allowed the Court to familiarize itself with the complexity

5    of the debtors' cases and operations.  Again, common sense

6    dictates that any Judge new to these cases would face a

7    steep learning curve to get up to speed.

8            Finally, as the witness also testified, although

9    not yet filed, the debtors have presented a draft plan of

10   reorganization to the Committee and a promise to provide an

11   associated draft disclosure statement within a few days.

12   The Committee is in the process of reviewing the draft Plan,

13   providing comments to the debtors, and we expect to see a

14   final filed version of the Plan soon.  Such progress should

15   be allowed to continue unabated without the hindrance of a

16   new venue.  In closing, from the Committee's perspective, as

17   the evidence has shown, the only parties that will benefit

18   from a transfer of venue are Bank of America and the Chapter

19   7 Trustee.  Under these circumstances, justice will be best

20   served by keeping these cases exactly where they are now

21   here in Delaware.  Thank you.

22           THE COURT:  Thank you.  All right.  I am going to

23   take this matter under advisement and issue an opinion in

24   due course.  I expect some time in the near future, I will

25   reach out to the parties and schedule a telephone conference

1   and make an oral ruling.  Given my under advisement list,

2   I'm not going to set this aside and take the time to write.

3   I will make as complete a decision orally as I am able under

4   the circumstances.  Are there any questions and is there

5   anything further for today?

6          MR. GOLDSTEIN:  No, Your Honor.  There was an

7   ancillary motion filed with this but we can put that off

8   until the other ruling and address it then.

9          THE COURT:  You know, I guess I repeat what I

10  said earlier to Bank's counsel and that is, you know, what's

11  in a brief?  Argument; not evidence.  I wonder whether the

12  motion is even necessary.  I understand you bristling at

13  something you believe to be untrue but what's in a brief is

14  argument.  It's not --

15         MR. GOLDSTEIN:  Your Honor, I'll be honest.  I

16  filed that motion because I thought the record needed to be

17  clarified and that was the purpose.

18         THE COURT:  All right.  Well, I'll take that

19  under advisement and -- well, that's all I'll say.  Anything

20  further?

21         MR. GOLDSTEIN:  Nothing further, Your Honor.

22         THE COURT:  Mr. Brown, do you have something?

23         MR BROWN:  I was just here to address Docket

24  #629, the motion you were just referring to and, Your Honor,

25  debtors filed a motion to expedite that.  Your Honor hasn't

1  ruled on that.

2          THE COURT:  I haven't.

3          MR. BROWN:  In order to actually clarify the

4  record, we'd like an opportunity to respond or have that

5  motion deemed dismissed as moot.

6          THE COURT:  I understand your position.

7          MR. BROWN: Thank you, Your Honor.

8          THE COURT:  Is there anything further for today?

9  (No audible response)

10         THE COURT:  Thank you all very much.  That

11  concludes this hearing.  Court will stand adjourned.  Two

12  things.  One, I ask that the parties collect their things

13  and vacate the Courtroom for the benefit of those who must

14  wait for you; I'm not one of them, so they can begin their

15  weekends.  And secondly, I want to wish everyone a safe trip

16  home and a good weekend.

17    (Whereupon, at 5:05 p.m., the hearing was adjourned.)

18

19                      CERTIFICATION

20         I certify that the foregoing is a correct

21  transcript from the electronic sound recording of the

22  proceedings in the above-entitled matter.

23

24  _____        20 December 2011

25  Tammy Kelly, Transcriber                    Date

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**30(b)(6)(11)** 27:24 28:5 28:6 28:10 41:17 46:13 147:10 159:2 159:6 160:13 178:13

**32(a)(4)(1)** 161:3

**74-page(1)** 182:19

**a.m(4)** 1:15 5:1 23:8 23:8

**ability(4)** 54:6 78:5 84:10 149:23

**able(19)** 10:23 19:25 51:11 51:11 53:11 68:18 75:13 82:6 85:2 91:16 91:18 92:16 92:23 97:11 138:13 149:4 158:19 191:3

**about(133)** 8:25 10:8 12:9 13:9 15:15 18:8 18:17 19:18 21:4 23:3 26:10 29:3 29:21 32:15 34:15 35:18 38:20 38:21 41:13 43:4 44:23 48:7 48:10 50:21 52:2 52:3 52:3 52:16 57:10 57:11 58:17 61:11 61:16 62:21 62:25 67:18 68:11 70:6 73:8 73:13 73:17 75:5 75:21 76:18 77:19 78:22 78:22 79:12 80:1 80:6 80:17 81:17 88:2 88:3 88:8 91:2 91:16 91:17 91:18 91:25 93:3 93:10 98:14 99:16 100:12 104:22 105:8 105:23 109:5 111:22 112:12 112:13 113:1 114:24 115:9 115:10 118:14 120:14 120:15 122:13 122:19 123:1 123:4 123:13 123:14 127:3 129:5 130:4 130:7 134:24 135:22 135:22 144:2 144:22 145:1 146:2 146:13 146:22 147:25 147:25 148:1 148:7 151:6 151:10 152:4 153:11 154:3 154:7 154:17 157:5 161:9 164:21 167:22 169:15 169:20 170:4 170:18 172:18 173:10 174:3 174:9 178:16 178:16 179:19 181:23 182:14 183:14 183:17 183:24 187:5 187:10 187:11 188:17

**above(1)** 111:9

**aboveentitled (1)** 192:22

**absence(1)** 161:11

**absolutely(2)** 9:19 135:6

**accept(2)** 113:17 188:1

**accepted(1)** 13:3

**access(1)** 57:21

**according(2)** 18:4 144:9

**accordingly(1)** 11:23

**account(3)** 139:14 180:20 181:18

**accountant(1)** 49:6

**accounted(1)** 57:23

**accumulated(1)** 183:9

**accuracy(2)** 118:13 143:17

**accurate(1)** 164:21

**accurately(1)** 124:9

**accustomed(1)** 174:7

**acknowledged(1)** 162:4

**across(1)** 63:12

**act(1)** 65:23

**acting(2)** 72:21 86:1

**action(5)** 10:1 13:10 43:15 74:13 186:21

**activities(3)** 51:4 51:18 51:24

**activity(2)** 55:14 79:8

**actual(4)** 9:7 13:4 24:15 163:2

**actually(38)** 15:15 18:22 24:4 26:18 28:9 31:3 32:9 36:11 47:2 50:15 79:13 84:6 91:1 94:25 103:7 107:16 111:13 131:11 133:21 137:4 140:15 146:24 151:21 153:2 157:25 158:4 160:4 160:6 163:24 170:10 171:22 180:18 180:21 180:22 182:17 183:14 183:18 192:3

**add(3)** 78:25 118:7 150:25

**added(5)** 107:21 137:25 138:2 138:3 140:5

**addition(1)** 190:2

**additional(7)** 54:3 82:25 84:2 84:20 87:5 149:16 158:8

**address(42)** 5:25 8:22 10:16 13:7 52:10 53:11 68:25 69:6 70:13 70:16 70:18 70:21 71:1 71:11 72:4 72:5 99:18 101:21 101:22 102:10 102:10 102:25 103:4 108:7 108:25 109:6 109:16 113:18 114:6 114:14 114:25 121:13 121:15 122:3 122:4 140:13 165:17 167:15 179:16 184:16 191:8 191:23

**addressed(6)** 5:10 8:21 11:20 29:23 106:1 170:9

**addresses(8)** 108:21 108:22 113:24 114:11 114:15 161:4 175:3 175:6

**adequate(2)** 9:19 76:8

**adjourned(2)** 192:11 192:17

**adjust(1)** 114:23

**administered(1)** 1:6

**administration(6)** 30:4 169:2 169:11 177:1 177:6 177:11

**administrativ(1)** 177:25

**admissible(1)** 159:16

**admission(11)** 18:12 21:13 29:8 35:5 40:3 103:7 106:21 117:13 134:14 163:8 164:7

**admissions(5)** 27:2 28:4 45:6 159:15 161:2

**admit(15)** 18:19 18:22 19:7 32:2 32:22 35:6 42:3 42:3 58:22 90:21 121:12 135:6 165:3 165:9 168:18

**admitted(29)** 4:10 4:18 18:24 19:13 20:21 24:22 30:17 35:12 35:16 37:15 40:8 40:11 42:18 42:20 103:10 104:16 117:15 133:17 134:18 138:18 153:10 163:13 163:24 164:1 164:4 164:18 171:11 182:21 182:25

**admitting(3)** 20:25 31:18 91:15

**ado(2)** 172:18 179:19

**adopt(1)** 10:12

**adopted(1)** 109:11

**adoption(1)** 10:8

**advance(1)** 11:8

**advanced(1)** 74:24

**advantage(3)** 76:5 141:8 141:15

**adversary(1)** 180:8

**advice(3)** 51:1 74:2 77:2

**advised(2)** 50:25 107:8

**advisement(3)** 190:23 191:1 191:19

**advisors(1)** 81:16

**advisory(1)** 50:2

**affairs(2)** 100:25 101:10

**affect(1)** 171:1

**affiliate(4)** 67:16 119:21 172:22 182:16

**affiliated(1)** 137:10

**affiliates(1)** 137:5

**affirmative(1)** 38:4

**affirmed(2)** 147:8 176:14

**affixed(1)** 56:5

**afraid(2)** 77:3 189:14

**after(18)** 9:13 9:14 36:24 46:21 61:23 81:25 82:18 83:3 83:21 102:15 105:12 105:16 138:3 139:25 147:15 148:9 157:16 184:17

**afternoon(5)** 98:23 98:24 104:14 184:5 185:25

**afterwards(2)** 30:23 167:8

**again(62)** 5:20 10:3 17:10 19:13 26:7 27:17 41:7 45:15 46:9 54:8 55:13 57:4 57:8 62:11 63:4 63:8 63:11 65:19 65:24 66:24 69:13 72:3 75:7 76:15 76:20 77:5 78:8 78:20 81:17 81:22 85:6 89:12 100:1 102:9 102:24 103:3 108:6 109:15 114:5 116:4 119:6 122:7 124:19 126:25 127:8 128:3 132:20 136:5 138:5 140:3 147:4 148:23 149:2 157:8 157:18 160:13 160:23 164:12 168:6 170:20 176:21 190:5

**against(20)** 7:3 13:6 25:4 74:13 82:21 131:16 131:17 132:8 132:22 135:3 140:14 140:19 140:25 141:2 170:19 170:20 170:22 170:21 182:4 187:12

**agenda(1)** 178:17

**aggregate(3)** 114:19 115:15 115:18

**ago(3)** 34:18 34:20 166:6

**agree(36)** 12:12 34:22 38:8 62:6 62:7 92:1 101:21 111:2 111:4 113:22 113:23 120:10 120:12 121:5 122:2 125:19 125:22 128:24 129:25 130:21 130:25 134:8 134:13 135:8 136:23 137:1 139:12 141:20 141:23 141:23 148:8 159:8 168:14 181:4 187:21 188:13

**agreeable(1)** 154:19

**agreed(14)** 5:21 6:13 36:4 91:23 102:11 111:16 119:16 122:10 129:3 130:24 134:5 157:12 157:15 185:15

**agreeing(2)** 40:3 159:21

**agreement(12)** 23:25 24:16 40:18 40:19 40:21 40:23 41:12 56:14 56:17 59:8 59:10 59:17

**agreements(4)** 41:5 58:14 58:21 130:17

**agrees(2)** 134:11 187:22

**ahead(5)** 5:16 7:25 109:10 109:14 152:16 160:7

**air(1)** 111:7

**airport(1)** 177:19

**all(162)** 5:2 5:4 6:21 11:3 12:18 13:6 13:13 14:4 14:17 15:20 16:17 17:24 18:2 18:10 18:24 18:24 20:24 21:13 21:16 21:19 23:9 23:10 23:11 26:12 27:9 27:12 27:19 28:8 28:12 28:14 30:3 30:8 32:10 35:16 35:22 38:7 38:12 39:11 39:21 40:23 43:17 46:21 46:23 47:1 48:17 49:21 50:5 50:14 50:18 51:2 51:4 56:20 56:20 57:9 57:24 62:18 62:23 62:24 63:16 64:25 65:15 65:18 66:16 68:25 70:23 73:17 73:18 73:25 78:21 78:22 79:18 80:14 89:15 89:18 90:5 90:21 91:11 92:10 96:2 96:20 97:4 98:4 100:19 107:11 108:20 109:24 110:2 111:10 113:17 114:8 114:15 128:1 128:4 128:13 128:20 130:18 131:22 131:22 133:21 137:8 138:13 138:15 138:24 139:17 142:22 143:9 145:25 149:8 152:22 152:16 153:3 153:4 154:5 154:6 154:9 154:15 156:7 157:9 157:13 158:5 158:10 159:23 160:1 162:8 162:8 162:24 163:3 163:6 163:9 163:25 164:6 164:8 168:4 168:4 168:10 168:20 168:20 169:8 169:22 171:5 171:14 172:4 172:8 172:16 170:8 174:12 174:19 175:9 175:21 176:5 176:6 176:12 177:24 182:7 184:23 185:23 185:25 189:19 190:22 191:18 191:19 192:10

**allegations(2)** 82:25 135:3

**allow(14)** 6:18 27:14 85:1 88:23 109:7 111:18 126:23 147:17 149:3 154:16 161:22 162:13 183:21 185:19

**allowance(1)** 181:13

**allowed(11)** 45:5 45:10 45:11 45:18 45:22 160:22 162:5 171:7 190:1 190:4 190:15

**allowing(1)** 15:11

**allows(1)** 183:20

**almost(6)** 53:11 122:8 139:18 168:4 178:6 179:1

**alone(1)** 186:22

**along(4)** 12:19 14:5 43:15 181:15

**alphabetical(1)** 70:24

**already(13)** 21:5 34:7 40:7 43:3 91:8 95:16 125:20 131:9 169:15 175:24 176:1 182:4 182:14

**also(32)** 3:24 8:14 10:23 12:14 12:25 16:18 20:14 22:20 36:2 36:20 43:23 47:14 60:9 81:17 121:15 127:22 131:17 131:24 132:9 132:22 140:8 140:14 142:23 170:1 174:24 176:9 177:5 178:23 182:18 183:13 188:15 190:8

**alternatively(1)** 48:2

**although(4)** 11:22 33:5 169:20 190:8

**always(1)** 51:9

**amended(4)** 70:2 102:19 107:20 175:1

**amendments(1)** 69:22

**america(72)** 2:18 4:18 5:17 7:24 8:18 9:6 10:14 10:18 10:22 14:15 15:18 15:19 29:22 64:4 64:19 65:21 65:21 67:12 68:4 68:22 71:21 74:23 93:11 94:15 105:12 105:17 117:23 118:12 130:5 130:11 135:7 136:1 136:7 136:18 136:24 137:3 137:14 140:14 142:17 146:3 148:13 151:19 152:21 153:20 154:12 154:13 157:8 157:15 159:15 166:17 169:9 170:18 170:24 171:5 172:18 177:15 178:10 179:9 179:11 179:18 180:11 180:25 181:21 181:23 182:6 182:10 183:13 186:3 186:5 186:8 186:19 190:18

**america's(5)** 5:14 15:7 40:4 63:15 71:12 74:13

**american(1)** 12:21

**americas(1)** 2:7

**america's(18)** 116:10 117:4 132:25 133:8 134:11 137:9 142:12 142:18 154:20 155:8 157:6 158:14 175:12 177:5 178:5 178:13 186:13 187:10

**among(6)** 24:20 55:23 77:4 93:14 135:3 151:17

**amount(11)** 12:11 12:13 14:15 16:22 76:16 92:13 93:5 114:20 115:16 120:16 167:18

**amounts(5)** 8:4 9:8 107:21 107:24 120:17

**analysis(10)** 66:20 68:2 68:9 68:21 83:8 83:14 84:18 116:14 146:11 188:21

**anar(11)** 137:25 138:2 138:3 139:13 139:19 139:24 140:4 167:6 172:23 173:3 173:4

**ancillary(2)** 177:11 191:7

| Word | Page:Line |
|---|---|

**and**(301) 5:9 5:10 5:22 6:1 6:4 6:6 6:13 6:14 7:8 7:13 7:16 7:24 7:25 8:1 8:3 8:4 8:6 8:11 8:12 8:14 8:19 8:25 9:1 9:10 9:10 9:12 9:14 9:17 9:24 10:1 10:3 10:8 10:15 10:16 10:23 11:12 11:17 11:21 12: 12:7 12:14 12:19 13:1 13:5 13:13 13:14 13:15 13:19 14:4 14:6 14:12 14:17 14:22 14:25 15:8 15:11 15:19 16:8 16:9 16:12 16:16 16:18 16:22 16:23 17:2 17:10 17:15 17:16 17:21 18:2 18:7 18:8 18:9 18:19 18:24 19:14 20:4 20:4 20:10 20:18 20:23 21:2 21:2 21:4 21:12 21:23 22:5 22:5 22:13 22:14 22:15 22:25 23:3 23:3 23:13 23:15 24:2 24:4 24:9 25:1 25:3 25:5 25:8 25:8 25:15 25:22 25:22 26:4 26:7 26:8 26:9 26:9 26:11 26:12 26:13 26:15 26:18 26:25 27:1 27:2 27:3 27:7 27:20 28:1 28:2 28:4 28:9 28:11 28:23 28:24 29:9 29:10 29:11 29:12 29:16 29:19 29:22 30:4 30:13 30:22 30:23 31:1 31:2 31:3 31:11 31:17 32:7 32:13 32:18 32:19 33:2 33:3 33:5 33:9 34:3 34:5 34:8 34:14 34:19 35:6 35:11 35:14 35:15 35:16 36:5 36:11 37:2 37:5 37:5 38:1 38:11 38:14 38:19 38:24 39:4 39:11 39:18 39:21 40:10 40:25 41:7 41:9 41:14 41:16 43:12 43:12 43:20 43:20 43:20 44:4 44:14 45:1 45:1 45:3 45:3 45:5 45:11 45:16 45:20 45:21 46:20 46:20 47:13 47:21 48:1 49:2 49:6 49:8 49:12 49:20 49:21 49:22 49:24 50:1 50:7 50:12 50:20 50:24 51:4 51:8 51:17 51:20 51:21 51:21 52:1 52:21 52:23 53:4 53:11 53:15 53:17 53:17 53:18 53:18 53:23 53:25 53:25 54:2 54:4 54:5 54:7 54:8 54:10 54:11 54:13 54:14 54:16 54:16 54:18 54:22 55:14 55:14 55:19 55:25 55:25 55:25 56:7 56:14 56:14 56:19 56:22 56:25 57:4 57:5 57:9 57:14 57:16 57:21 57:25 58:1 58:16 58:21 59:2 59:15 59:19 59:24 60:3 60:4 60:7 60:9 61:8 61:19 61:24 62:11 62:12 62:14 62:18 62:25 63: 63:3 63:5 63:8 63:10 63:12 64:3 64:14 64:18 65:11 65:13 65:13 65:13

**and**(301) 65:19 65:22 65:24 66:15 66:16 66:24 67:4 67:6 67:9 67:15 67:22 68:21 69:5 70:4 70:15 70:20 71:6 71:8 71:10 71:12 72:9 73:1 73:4 73:11 73:15 74:4 74:4 74:6 74:14 74:15 74:16 74:19 74:19 74:22 74:22 74:25 75:9 75:11 75:14 75:15 75:16 75:19 75:24 76:1 76:3 76:3 76:14 76:18 76:23 76:25 77:1 77:5 77:14 77:15 77:16 77:20 77:21 77:21 77:23 77:25 78:2 78:6 78:8 78:9 78:20 78:22 78:23 78:25 79:3 79:5 79:8 79:9 79:18 79:19 79:20 80:3 80:5 80:10 80:22 81:3 81:4 81:6 81:11 81:15 81:17 81:18 81:21 82:2 82:3 82:3 82:5 82:6 82:14 82:20 82:22 82:24 83:2 84:4 84:6 84:14 84:15 84:17 84:18 84:18 84:19 85:9 85:12 85:13 85:13 85:14 85:21 86:3 86:4 86:5 86:9 87:11 88:1 88:6 88:7 88:9 90:12 90:22 90:23 91:2 91:3 91:22 91:23 92:5 93:9 93:11 93:13 93:14 93:16 94:2 94:6 94:8 94:14 95:4 95:10 95:14 95:17 95:22 96:1 96:15 96:16 96:18 96:20 96:21 97:4 99:14 99:15 99:17 99:19 99:24 100:1 100:7 100:15 100:23 100:25 101:2 101:2 101:8 101:11 101:15 101:15 101:17 101:21 102:2 102:7 102:9 102:12 102:13 102:19 102:24 103:2 103:1 103:17 103:20 103:21 103:21 103:23 103:24 104:20 104:25 105:6 105:12 105:2 105:20 106:5 106:23 107:10 107:13 108:2 108:6 108:9 109:17 109:25 110:1 110:9 110:19 111:11 111:21 112:5 112:6 112:22 112:24 113:9 113:14 113:17 113:19 113:23 114:5 114:7 114:13 114:19 114:22 115:15 115:16 115:18 115:19 115:21 115:21 116:12 117:2 117:13 117:17 118:6 118:12 118:12 118:23 118:25 119:1 119:12 119:2 119:25 120:18 121:2 121:2 121:3 121:8 121:15 121:18 122:4 122:17 122:20 123:8 126:1 126:5 126:6 126:16 127:10 127:22 128:12 128:21 129:1 129:1 129:6 129:13 131:1 131:17 131:23 131:25 131:25 132:9 132:23 132:23 133:9 134:4 135:2 135:4 135:19 135:21 137:10 137:11 137:24 138:4 138:5 138:9 138:21 139:1 139:18 139:21 140:1 140:3 140:6 140:8 140:14 140:24 141:3 141:18 141:19 141:24 143:4 143:16 143:17 145:1 145:10 145:25 146:4 146:9 147:1

**and**(241) 147:11 147:24 148:12 148:13 148:23 149:10 149:10 149:21 149:22 149:23 149:25 150:9 150:11 150:16 150:1 150:20 150:25 151:5 151:17 151:17 151:18 151:22 152:4 153:10 153:15 153:1 153:18 154:1 154:12 154:15 154:16 154:17 155:11 155:22 155:23 155:24 155:24 155:25 156:1 156:5 156:7 156:14 156:16 156:19 156:20 156:25 157:6 157:8 157:17 157:18 157:18 157:19 157:20 157:22 157:22 157:23 158:2 158:4 158:8 158:17 158:18 158:24 158:24 159:2 159:6 159:15 159:17 160:3 160:11 160:14 160:1 160:20 160:25 161:2 161:4 161:7 161:8 161:17 161:18 161:18 161:21 161:25 162: 162:14 162:20 162:25 163:7 163:20 163:2 164:9 164:14 164:21 164:25 165:11 165:1 166:3 166:9 166:22 166:25 167:9 167:14 168:3 168:4 168:9 168:11 168:12 168:13 168:17 169:6 169:17 169:18 170:5 170:9 171:2 171:2 171:10 171:11 171:18 172:1 172:6 172:7 172:8 172:10 172:19 172:20 172:20 172:25 173:1 173:1 173:7 173:7 173:9 173:10 173:12 173:19 173:22 173:2 173:25 174:2 174:4 174:7 174:8 174:10 174:11 174:12 174:14 174:23 175:5 175:7 175:8 175:11 175:23 175:25 176:3 176:4 176:9 176:13 176:15 176:18 177:6 177:7 177:10 177:17 177:25 178:11 178:12 178:23 179:6 179:7 179:13 179:20 179:21 179:24 180:11 180:14 180:15 180:15 180:18 180:19 181:3 181:12 181:16 181:1 181:18 181:19 181:20 181:24 182:5 182:11 182:16 182:18 183:7 183:7 183:9 185:18 185:21 186:7 186:12 186:17 186:2 187:12 187:14 187:20 187:21 188:1 188:7 188:11 188:12 188:13 188:21 189:2 189:9 189:17 189:20 189:21 189:25 190:1 190:3 190:5 190:10 190:13 190:18 190:23 190:2 191:1 191:2 191:4 191:8 191:10 191:17 191:19 191:24 192:13 192:15 192:16

**annex**(1) 57:16
**announce**(1) 12:7
**another**(18) 7:17 8:12 8:15 15:15 27:14 27:19 30:14 31:7 41:15 57:23 106:7 126:14 133:10 169:5 174:22 176:23 179:1 183:7

**answer**(43) 7:4 41:23 41:23 60:12 66:16 68:17 72:1 80:6 80:11 80:22 81:5 81:21 81:22 85:1 85:16 87:1 88:23 88:24 89:21 90:2 91:25 92:16 92:23 95:17 97:10 105:19 109:20 112:1 115:8 118:15 122:17 123:13 125:13 133:6 135:13 136:2 137:19 138:8 140:3 147:1 147:8 149:3 165:1

**answered**(5) 80:4 115:9 121:4 126:21 135:16

**answering**(2) 80:24 81:1
**answers**(1) 12:3
**anticipate**(1) 48:4
**anu**(11) 9:11 25:2 25:8 33:4 129:1 131:18 131:25 132:9 132:23 135:4 151:22

**anu's**(1) 150:9

**any**(111) 10:25 16:19 16:25 17:21 18:3 18:11 28:16 30:5 31:7 31:24 38:17 38:21 41:8 45:14 46:4 46:11 47:3 47:6 48:8 50:7 52:4 52:11 52:17 59:24 65:5 66:8 67:18 68:1 69:3 71:20 72:18 73:11 74:3 75:2 76:10 77:9 79:11 79:22 82:8 82:10 83:7 83:20 83:24 84:2 84:10 84:12 87:11 87:12 87:16 87:18 87:21 87:21 87:23 87:24 88:8 88:9 88:10 88:10 88:11 89:5 89:6 90:10 90:15 91:7 92:6 97:23 98:1 100:2 100:9 103:8 111:9 112:13 116:9 120:25 125:11 127:18 127:22 128:10 131:6 134:16 141:6 143:3 144:13 147:3 147:19 148:5 150:6 150:19 152:14 153:7 162:20 163:1 163:11 164:11 167:17 170:12 170:22 171:1 171:10 171:13 171:17 177:25 179:14 180:25 181:2 185:17 186:11 186:24 189:7 190:6 191:4

**anybody**(2) 115:14 115:14
**anyone**(14) 10:19 15:20 16:12 17:22 47:2 48:12 55:6 103:23 103:23 116:6 160:20 181:21 186:25 189:14

**anything**(18) 24:17 53:22 54:8 72:13 82:1 91:25 109:5 123:1 123:4 123:13 123:14 136:1 136:8 136:17 154:15 191:5 191:19 192:8

**anyway**(5) 8:12 42:11 82:15 98:15 180:12
**anywhere**(2) 72:12 160:11
**apologize**(3) 90:7 107:5 157:10
**app**(1) 12:21
**apparently**(2) 41:11 144:12
**appeal**(3) 11:19 38:20 38:21
**appear**(4) 72:4 113:5 160:16 160:17
**appearance**(1) 32:17
**appearances**(3) 3:18 24:25 25:21
**appeared**(1) 173:21
**appears**(3) 118:24 161:10 179:13
**applies**(1) 141:21
**apply**(1) 171:14
**appointed**(2) 145:11 186:3
**appointment**(3) 145:12 145:13 145:18
**appreciate**(4) 7:2 22:23 151:7 160:14
**approach**(11) 54:21 59:2 63:20 65:13 65:25 69:17 70:8 101:10 134:20 153:25 186:14
**appropriate**(4) 78:10 115:10 164:9 167:13
**approved**(1) 127:24
**approximate**(1) 92:21
**approximation**(1) 92:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**are**(229) 5:13 7:6 7:18 9:9 9:25 12:14 12:14 12:15 13:5 13:25 14:6 14:10 14:25 16:17 16:18 16:19 16:20 16:24 18:1 18:18 25:21 26:21 26:24 27:12 27:17 27:18 28:15 28:25 29:2 30:15 30:20 31:1 33:24 34:14 35:12 35:16 39:11 40:15 40:21 41:6 42:8 42:9 51:9 51:11 51:15 51:16 51:21 51:21 51:24 53:10 53:10 53:24 54:5 54:7 54:14 54:16 54:19 55:7 55:7 55:22 56:9 56:22 57:13 57:14 57:15 57:17 57:22 58:3 58:10 58:13 58:16 58:19 59:1 59:8 60:8 60:9 62:22 62:23 63:1 63:11 67:4 71:3 71:8 72:8 72:8 72:18 72:20 73:1 73:1 73:4 73:9 73:13 75:3 75:8 75:13 75:21 76:1 76:24 76:24 77:14 78:20 79:7 79:9 79:22 81:11 81:12 81:12 81:18 84:3 85:2 85:7 85:7 89:5 92:16 92:23 93:24 95:19 96:10 96:10 97:11 97:16 99:10 99:10 99:13 99:14 99:25 100:9 101:18 103:11 104:6 104:10 108:21 108:22 111:14 111:2 112:5 117:25 121:8 122:21 124:23 126:11 127:4 127:16 129:19 131:2 131:5 131:22 133:7 137:2 137:5 137:11 138:1 138:13 139:22 143:3 143:16 144:23 146:4 146:15 147:19 149:11 149:18 154:6 154:22 154:2 154:24 157:13 157:14 157:24 158:13 162:15 162:20 165:11 167:9 167:18 167:2 167:24 167:25 168:4 168:7 168:25 169:4 169:16 171:6 171:14 173:9 173:10 173:1 173:15 173:21 174:2 174:9 174:25 175:6 175:7 175:9 175:10 175:10 175:13 175:14 175:25 175:25 176:2 176:8 176:8 176:12 176:13 176:23 177:15 177:24 178:15 178:20 180:22 182:3 182:7 182:25 183:8 183:24 183:25 185:10 186:17 186:22 187:9 187:18 188:9 190:18 190:20 191:4

**area**(8) 49:13 49:17 73:5 88:1 99:20 160:11 160:20 162:4

**aren't**(1) 99:13

**aren't**(1) 118:10

**arguably**(1) 173:18

**argue**(3) 6:23 69:2 154:17

**argued**(2) 91:6 10 186:8

**arguing**(1) 29:24

**argument**(12) 7:21 29:24 37:13 37:14 38:1 40:25 157:22 162:21 163:4 181:25 191:1 191:14

**arguments**(3) 8:1 48:2 184:16

**arising**(1) 75:1

**arose**(2) 74:20 74:20

**around**(4) 51:8 63:4 63:12 104:15

**arrived**(1) 153:16

**articles**(1) 82:23

**arun**(25) 9:10 13:12 21:11 25:2 25:8 26:8 26:25 27:25 44:25 108:10 108:25 109:16 129:1 131:17 131:24 132:23 132:23 135:4 143:13 144:5 150:9 151:22 156:16 156:16 168:8

**arun's**(1) 27:5

**aside**(5) 23:18 116:8 125:10 186:10 191:2

**ask**(32) 16:11 17:18 22:8 37:9 46:19 52:1 90:22 91:2 91:18 92:9 110:15 111:5 111:22 115:13 116:4 117:8 123:10 123:20 124:8 124:11 126:25 130:21 137:22 138:1 141:13 141:20 145:12 152:13 160:6 163:10 168:18 192:12

**asked**(30) 14:1 14:14 68:16 80:3 81:17 10:15 115:10 116:1 120:15 123:21 126:5 132:12 132:23 135:12 136:17 140:8 141:13 144:22 146:2 146:17 146:22 146:22 147:8 148:7 148:7 148:12 150:17 151:10 152:4 160:4

**asking**(14) 42:1 52:3 52:18 52:20 80:8 80:17 80:19 87:20 88:9 92:21 92:22 93:2 117:14 129:10

**asks**(1) 150:18

**aspect**(1) 53:11

**aspects**(1) 74:1

**asserted**(2) 9:6 179:21

**asserting**(1) 26:6

**assertion**(1) 12:17

**asset**(1) 139:19

**assets**(7) 81:18 139:25 168:23 168:24 169:15 176:21 179:11

**assist**(1) 51:5

**associated**(2) 12:15 21:11 190:11

**associates**(1) 49:19

**assume**(5) 86:8 91:17 114:5 120:5 147:16

**assuming**(1) 17:9

**assumption**(1) 114:8

**assure**(1) 103:20

**atlanta**(1) 183:15

**attempt**(6) 25:8 25:16 138:3 140:5 171:4 174:13

**attempted**(2) 82:3 167:6

**attend**(1) 185:7

**attending**(1) 72:24

**attention**(11) 8:19 67:19 100:23 101:16 107:16 108:2 123:8 124:19 128:21 135:18 138:24

**attorney**(4) 12:24 12:25 81:4 138:9

**attorneys**(3) 91:4 176:11 176:12

**attributable**(1) 16:23

**attribute**(1) 119:12

**attributed**(1) 121:9

**audible**(3) 48:25 48:14 192:9

**august**(2) 53:5 104:25

**ausa**(1) 32:17

**authenticity**(1) 29:10

**authority**(2) 9:18 9:21

**authorizes**(1) 13:2

**automated**(3) 27:24 56:8 183:6

**automatic**(5) 30:6 141:9 141:15 141:21 141:24

**automation**(10) 56:6 57:2 57:5 100:24 101:9 102:3 103:3 105:25 163:18 173:22

**avail**(1) 5:23

**available**(9) 27:11 27:13 27:20 144:12 160:4 160:5 160:10 160:21 161:6

**avenue**(3) 1:37 2:7 3:13

**avoid**(1) 137:18

**awake**(1) 103:21

**aware**(5) 59:18 137:2 137:5 156:11 165:13

**away**(2) 82:13 122:3

**awkward**(2) 52:15 60:19

**back**(34) 7:10 9:25 12:2 12:10 14:11 14:18 14:24 15:11 32:14 33:21 42:23 50:15 50:16 55:23 60:15 66:16 71:10 71:11 71:57 102:12 110:19 124:3 130:18 130:19 136:10 136:13 138:25 154:18 163:10 167:10 170:2 170:6 172:10 173:24

**background**(1) 49:3

**backup**(12) 17:6 64:15 65:11 90:14 93:12 93:13 94:16 94:18 95:4 116:9 118:11 183:5

**bad**(2) 75:21 171:5

**balance**(1) 54:9

**balances**(2) 97:15 97:18

**bank**(126) 1:28 2:18 3:4 4:18 5:14 5:17 5:23 6:1 6:6 6:10 7:24 8:17 9:6 10:14 10:18 10:22 14:15 15:7 15:18 15:18 16:7 16:10 16:12 16:15 18:12 26:13 26:15 29:21 31:25 37:1 39:1 40:4 47:13 49:18 58:23 62:16 63:14 64:4 64:19 65:20 65:21 67:12 68:4 68:22 71:11 71:21 74:13 74:21 74:21 74:23 74:23 82:22 91:22 93:11 94:15 98:9 105:12 105:16 109:12 116:9 117:4 117:23 118:12 130:5 130:11 132:24 133:8 134:11 135:7 136:1 136:7 136:18 136:24 137:3 137:8 137:14 139:14 140:13 140:19 142:12 142:17 142:18 146:3 148:1 151:18 152:21 153:20 154:12 154:13 154:20 155:8 157:6 157:7 157:14 158:14 159:15 166:16 169:9 170:18 170:23 171:4 172:18 175:12 177:4 177:15 178:5 178:18 178:13 179:9 179:11 179:18 180:11 180:2 181:21 181:23 182:6 182:10 183:13 184:7 186:3 186:5 186:8 186:13 186:19 187:10 190:18

**banker**(2) 79:15 175:15

**bankers**(1) 175:13

**bankruptcies**(10) 20:16 24:25 29:19 29:20 127:16 131:2 131:3 131:23 140:18 171:8

**bankruptcy**(82) 11:12 12:10 7:13 7:15 9:22 11:19 11:19 16:8 19:4 25:15 25:17 28:13 28:16 29:23 30:6 49:23 49:24 50:8 50:20 52:5 72:22 72:23 73:19 76:4 76:5 77:10 79:4 81:12 82:8 86:1 114:19 115:15 122:23 123:2 123:4 123:13 126:3 126:3 126:11 126:17 127:4 127:11 127:19 127:21 129:13 129:20 130:25 136:2 136:16 137:16 139:13 139:24 140:12 140:18 141:11 141:22 141:25 143:5 148:1 148:10 149:18 150:1 161:6 167:12 167:13 169:6 169:23 171:9 171:12 171:14 171:20 171:22 172:12 172:4 173:17 176:12 178:21 180:9 186:21 188:11 189:12

**banks**(4) 62:14 62:19 178:3 182:9

**bank's**(3) 162:14 163:10 191:10

**base**(9) 8:5 75:8 84:5 84:13 84:19 85:11 141:3 141:19 177:13

**based**(37) 12:17 38:13 68:1 71:18 71:19 72:3 74:3 74:16 77:7 84:8 84:17 86:1 86:7 86:24 87:15 89:5 89:9 92:4 93:15 93:25 100:16 114:11 126:6 128:7 131:25 146:11 146:12 146:19 148:17 156:10 159:2 181:3 182:3 183:23 186:7 186:9 188:20

**basic**(1) 54:2

**basically**(4) 8:15 54:5 82:22 83:6

**basing**(1) 52:12

**basis**(10) 32:2 42:25 68:14 69:1 91:9 97:18 123:18 131:20 132:15 183:11

**bear**(5) 47:2 56:20 64:25 69:24 70:1

**bears**(1) 8:16

**beaten**(1) 151:1

**became**(1) 49:5

**because**(73) 6:19 6:25 7:24 8:22 9:7 9:11 17:25 20:14 28:10 29:12 34:23 36:21 38:20 41:7 60:16 66:14 74:12 77:11 86:7 89:3 92:4 114:13 119:3 122:12 123:3 123:12 123:14 124:5 128:7 131:2 135:2 136:24 137:5 137:19 137:25 138:8 140:18 140:22 141:6 141:10 145:2 146:25 147:4 147:5 148:24 149:17 157:7 157:9 159:8 159:21 162:2 162:6 164:18 167:13 169:8 170:23 171:6 171:15 171:17 171:18 172:24 173:6 174:10 176:11 177:7 178:1 178:7 180:14 180:23 182:6 187:19 188:18 191:16

**been**(79) 6:21 6:22 11:16 12:1 12:16 12:25 13:2 13:4 14:18 17:1 18:20 27:12 33:7 35:14 36:7 39:21 50:10 66:20 79:6 79:11 79:13 79:15 79:16 79:16 79:22 80:1 80:3 84:1 84:6 93:10 99:1 100:2 104:16 107:20 109:11 114:16 114:24 117:15 117:18 120:6 122:23 123:2 123:15 124:5 125:20 128:8 129:20 129:22 130:16 133:8 136:24 137:24 138:18 140:13 143:17 147:22 149:12 149:12 150:10 150:11 153:10 163:13 164:20 169:7 169:20 169:2 170:18 174:25 176:16 177:23 180:24 181:19 181:20 183:17 187:10 187:11 189:23 189:24 190:3

**before**(31) 1:19 5:19 5:21 29:15 34:24 35:25 42:12 46:19 58:3 60:11 64:10 64:12 73:21 89:21 97:1 98:18 102:12 102:14 102:16 102:16 136:17 137:4 157:3 159:13 160:16 160:17 166:24 167:5 167:9 180:4 180:12

**beforehand**(1) 88:1

**began**(1) 9:2

**begin**(2) 5:19 192:14

**behalf**(9) 10:22 15:5 16:15 18:14 27:25 47:10 184:6 184:15 186:2

**behind**(3) 42:11 59:1

**being**(18) 26:1 26:2 38:21 39:8 43:14 44:2 44:4 46:12 67:13 76:5 77:6 105:16 114:16 122:8 137:10 138:2 143:9 161:9

**believe**(34) 9:4 13:12 15:18 16:16 16:20 19:6 19:13 27:3 29:22 31:1 44:14 58:25 68:10 71:7 80:18 84:19 86:20 90:4 116:8 121:15 124:12 125:12 127:15 127:22 150:5 161:7 162:20 162:25 163:12 169:25 171:11 171:12 171:24 191:13

**believed**(1) 145:2

**believes**(4) 64:10 65:22 184:23 184:24

**below**(1) 102:7

**benefit**(2) 190:17 192:13

**benjamin**(1) 3:24

**beset**(1) 188:14

**best**(7) 60:21 86:4 173:15 181:12 188:7 188:19 190:19

**bets**(3) 75:18 77:17 189:18

**better**(9) 38:24 86:20 102:18 121:23 121:24 124:12 125:12 168:19 187:24

**between**(19) 20:15 25:14 33:4 38:1 43:11 51:18 51:20 56:14 57:4 94:9 96:4 96:13 112:6 122:20 151:15 151:18 157:22 180:11 185:18

**beverly**(2) 2:29 11:5

**beyond**(4) 39:18 46:18 144:13 151:3

**big**(12) 8:1 62:10 78:24 82:16 82:16 82:17 82:18 83:16 145:1 177:18 181:1 182:8

**bigger**(1) 146:16

**biggest**(5) 94:4 94:4 94:5 134:25 135:25

**bill**(1) 97:17

**billing**(1) 70:20

**binder**(3) 63:14 154:23 156:20

**binders**(1) 59:1

**bit**(4) 23:13 57:10 135:10 156:22

**blank**(1) 155:12

**blanking**(1) 167:1

**blue**(8) 102:13 102:13 102:15 102:16 102:17 158:15 158:17 158:24

**boa**(1) 43:12

**boa's**(1) 43:15

**bold**(1) 175:18

**book**(2) 42:11 107:4

**books**(1) 19:16

| Word | Page:Line |
|---|---|

**boss**(1) 27:6
**boston**(1) 175:14
**both**(6) 45:9 150:25 158:16 158:17 173:2 179:20

**bothered**(1) 156:6
**bottom**(7) 11:25 61:6 67:9 101:17 101:25 102:2 178:5

**bought**(1) 43:14
**bounced**(1) 120:19
**bounds**(1) 80:2
**boutique**(3) 49:17 49:18 50:2
**bradner**(5) 99:16 99:20 104:22 105:3
**branch**(7) 110:6 110:10 110:17 114:25 115:2 115:4 145:25

**branches**(3) 110:3 110:9 145:24
**breach**(1) 189:7
**break**(9) 46:20 46:20 46:21 76:21 90:22 98:18 103:12 103:22 153:12

**brenda**(1) 134:2
**brief**(17) 7:7 8:7 11:12 11:17 11:24 13:1 31:4 37:4 37:11 37:12 72:10 137:23 157:1 165:16 167:7 191:11 191:13

**briefing**(2) 166:2 166:10
**briefly**(7) 49:2 50:12 55:11 144:19 158:7 166:4 174:16

**briefs**(3) 7:14 37:17 48:3
**bring**(1) 168:17
**bristling**(1) 191:12
**broad**(1) 26:5
**broadly**(1) 184:1
**brought**(3) 8:18 169:7 170:21
**brown**(6) 2:19 2:26 191:22 191:23 192:3 192:7

**buchbinder**(3) 2:35 105:6 105:7
**budget**(2) 185:14 185:19
**building**(4) 56:12 57:2 57:21 57:23
**bunch**(3) 28:13 148:24
**burden**(4) 5:15 7:9 15:13 186:5
**bureaucratic**(1) 78:1
**business**(39) 41:4 49:5 51:10 51:11 51:13 57:10 57:13 73:25 74:3 75:17 75:22 76:12 76:15 76:24 81:2 81:5 81:22 82:24 84:18 86:5 87:6 131:5 131:7 149:13 149:15 149:16 149:20 149:21 172:22 173:4 174:3 178:17 188:6 188:20 189:3 189:3 189:19 189:19 189:21

**businesses**(8) 53:8 53:9 58:5 75:8 75:13 76:5 77:12 97:17

**but**(175) 5:15 6:12 6:19 6:24 7:20 8:23 9:18 9:19 10:14 10:18 10:25 11:6 12:6 13:23 14:24 15:17 17:9 18:1 18:8 18:25 19:13 20:1 21:19 22:1 24:3 24:17 26:1 26:6 26:7 26:9 27:12 27:17 30:13 31:11 31:14 31:22 33:8 34:1 34:12 34:15 35:7 35:16 36:25 37:3 38:14 38:17 41:15 41:25 43:4 43:10 44:24 45:6 45:12 45:21 46:9 46:11 46:19 46:25 49:24 51:16 52:2 52:14 52:16 54:19 55:3 59:16 60:18 62:3 64:21 64:23 67:25 68:25 70:5 75:5 77:10 77:17 77:24 82:15 83:20 87:8 87:18 88:3 90:9 91:13 91:24 93:17 95:10 97:24 99:1 100:17 100:20 105:7 106:18 106:25 110:8 110:10 111:10 111:20 115:22 120:15 120:20 121:10 122:15 123:19 126:10 127:18 128:4 128:13 128:21 130:10 131:6 131:17 131:24 132:8 132:22 133:2 133:10 134:8 135:13 140:4 140:16 140:20 141:8 141:17 142:11 142:23 144:15 145:23 146:19 149:2 149:16 152:24 154:2 154:19 156:9 156:11 156:21 157:14 158:1 158:21 159:16 160:7 160:12 161:16 162:11 164:2 165:1 165:3 166:24 167:24 168:17 169:1 169:21 170:11 171:3 171:7 171:9 171:24 172:1 173:4 173:11 173:13 173:15 175:24 177:12 179:19 182:18 185:11 186:10 187:1 188:13 191:7 191:13

**buy**(1) 7:21
**buyers**(4) 177:14 177:22 177:23 177:24
**cac**(1) 134:25
**calculated**(1) 115:19
**calculating**(1) 115:21
**calculation**(9) 115:22 115:23 116:4 116:6 116:10 120:4 122:12 122:15 181:2

**calculations**(2) 120:15 183:23
**california**(9) 69:2 71:9 71:18 113:12 117:2 119:1 119:3 119:6 119:12

**call**(8) 10:9 16:19 45:16 47:25 48:18 54:11 76:21 133:20

**called**(7) 11:18 13:1 46:12 54:11 57:14 118:20 118:20

**calling**(2) 46:9 138:8
**calls**(2) 140:7 142:3
**camden**(1) 173:16
**came**(12) 8:19 25:7 31:1 31:2 68:11 68:22 94:22 95:5 115:19 131:9 131:11 174:20

**camped**(1) 169:4
**can**(86) 10:17 11:11 14:11 18:15 19:23 21:22 22:5 23:4 24:5 24:6 29:22 30:12 31:7 31:9 36:19 45:8 45:17 45:23 47:18 48:2 48:2 49:2 49:12 50:12 50:18 51:7 53:7 53:12 53:23 55:1 55:6 55:7 55:11 55:25 57:10 58:19 60:15 63:13 66:11 66:13 67:2 68:19 69:20 70:2 75:15 76:12 81:3 82:20 87:3 88:24 91:5 96:11 97:4 101:15 102:17 103:3 104:16 104:20 108:3 108:10 109:7 112:15 112:18 113:8 118:23 125:1 125:2 125:4 134:1 135:10 135:24 138:8 139:2 139:3 139:18 139:21 153:11 153:22 156:8 158:7 165:16 168:1 170:11 185:2 191:7 192:14

**can't**(21) 7:16 7:20 9:20 14:5 21:16 21:17 21:19 21:19 27:18 28:17 31:9 41:5 41:5 46:16 52:11 58:22 58:22 60:16 94:19 97:24 100:8

**canada**(1) 109:25
**canadian**(2) 49:5 175:8

**candeub**(68) 3:12 47:8 47:10 47:10 47:17 89:20 89:23 90:4 90:25 91:1 91:10 91:13 92:3 92:7 92:8 92:10 92:12 92:19 92:21 93:2 93:5 93:8 93:23 94:25 95:2 95:4 95:7 95:10 95:15 95:18 95:20 96:3 96:8 96:10 96:17 96:20 96:23 97:1 97:4 97:22 98:1 98:4 112:10 112:17 112:21 117:7 117:10 117:11 117:17 118:9 120:13 120:22 120:24 121:2 152:13 152:15 165:6 165:8 165:15 165:18 180:1 180:3 180:6 180:7 181:6 182:22 183:1

**candidly**(2) 22:15 36:8
**candor**(1) 171:5
**cannot**(5) 7:12 10:18 97:13 115:3 173:17
**can't**(11) 112:12 122:17 124:21 137:19 141:25 144:10 167:8 168:13 171:18 181:3 182:9

**capacity**(1) 160:19
**card**(5) 53:23 54:7 55:18 56:5 56:5 57:19 77:6 77:6

**cards**(25) 53:22 53:22 53:22 54:2 54:4 54:5 54:5 54:8 57:14 57:14 57:15 57:17 57:23 58:3 62:12 62:13 62:14 62:18 75:25 174:11 176:7 176:8 176:23 189:5

**care**(3) 11:7 178:15 178:16
**careful**(1) 128:21
**cares**(1) 26:9
**carey**(1) 119:3
**carol**(1) 70:19
**carribean**(1) 179:2
**carry**(1) 54:9
**case**(116) 1:5 5:14 7:23 8:10 9:17 9:19 9:23 10:1 10:18 11:17 11:18 12:6 12:22 13:1 14:20 14:20 14:22 14:24 15:9 15:14 15:17 16:16 16:20 17:16 18:20 21:11 25:10 26:25 27:1 30:15 30:21 30:22 31:5 31:8 33:11 34:7 36:1 37:1 45:8 45:23 46:18 50:18 51:5 51:16 51:17 52:20 59:23 64:1 65:22 73:2 77:10 79:2 84:20 85:6 85:6 85:22 85:23 86:10 86:14 86:21 87:3 87:13 87:24 89:6 89:7 105:8 122:19 122:23 125:23 149:19 167:4 168:19 169:1 169:20 169:22 169:25 170:12 170:13 170:17 170:25 171:15 171:16 172:2 172:1 173:14 173:19 173:21 174:11 174:12 174:16 177:16 177:16 178:21 179:5 179:8 179:9 179:17 179:10 179:12 180:9 180:13 180:18 181:7 181:11 181:15 181:18 181:24 182:3 182:6 185:3 185:20 187:4 187:13

**cash**(8) 39:3 51:21 57:25 84:14 84:15 97:20 185:20 189:25

**casts**(1) 5:18
**categories**(2) 53:12 120:16
**category**(1) 120:19
**caught**(2) 43:11 67:19
**cause**(5) 10:1 60:6 178:1 178:2 178:4
**center**(1) 1:28
**centre**(1) 3:2
**certain**(8) 10:25 67:4 74:24 86:7 157:13 157:14 160:17 185:16

**certainly**(10) 10:11 10:12 17:8 28:8 30:12 51:17 62:5 63:11 156:8 161:14

**certification**(2) 57:19 192:19

**certified**(2) 57:18 57:18
**certify**(1) 192:20
**cetera**(1) 58:2
**chafetz**(2) 2:6 98:8
**challenge**(1) 6:17
**challenged**(1) 88:2
**chance**(14) 17:4 22:14 64:14 65:3 65:10 66:2 66:5 86:20 94:14 142:22 187:24 188:7 188:14 188:19

**change**(9) 16:13 47:9 122:3 141:11 170:9 173:7 179:23 185:10 187:15

**changes**(1) 141:11
**chapter**(54) 1:8 2:40 6:9 7:19 7:25 10:13 10:17 10:24 13:18 15:2 15:5 15:9 15:14 15:17 25:8 25:9 25:15 25:16 25:18 43:11 43:13 47:3 47:5 50:22 79:2 82:6 87:12 130:25 131:1 131:2 131:12 131:16 132:4 132:6 132:8 132:12 132:21 132:22 132:24 134:3 134:5 134:10 151:12 151:15 151:18 178:8 178:11 184:15 184:21 184:22 185:18 185:19 186:20 190:18

**characterization**(1) 115:5
**characterize**(1) 58:5
**charge**(3) 49:14 54:6 175:13
**chart**(14) 24:4 24:7 55:15 90:14 94:16 95:21 95:24 117:5 118:4 118:6 118:20 120:15 146:5 158:4

**chartered**(1) 49:5
**charts**(4) 34:1 34:3 34:6 34:14
**chase**(1) 2:13
**chasing**(2) 136:24 148:13
**check**(8) 21:22 71:19 71:25 100:17 100:18 100:21 100:22 114:15

**checked**(1) 112:5
**checking**(1) 66:22
**checks**(3) 14:2 14:2 14:3
**cherry-picking**(2) 114:11 114:13
**chicago**(129) 1:39 2:31 15:10 25:4 25:7 25:14 25:16 27:8 27:10 29:13 29:21 29:23 30:4 30:21 30:25 31:2 32:18 32:21 33:5 33:9 51:19 52:5 62:6 73:10 74:17 76:19 82:24 90:20 101:22 102:9 102:10 102:25 103:4 108:7 108:15 108:22 109:1 109:18 110:12 110:17 111:5 111:24 114:4 120:6 120:20 122:24 123:1 123:2 123:3 123:4 123:13 123:15 124:6 124:13 124:14 124:16 126:2 126:9 126:11 126:17 127:4 127:11 127:18 127:24 128:2 128:5 129:2 129:13 129:17 129:21 129:22 129:23 131:1 131:9 131:11 131:25 140:19 141:16 141:22 142:1 144:6 145:2 145:21 146:1 151:11 167:11 167:12 167:13 168:3 168:5 168:6 168:7 168:10 168:17 168:19 168:20 169:5 169:6 169:10 169:12 169:16 170:11 170:17 170:19 170:25 171:10 171:10 171:13 171:16 172:5 172:8 172:10 173:25 175:14 175:15 176:2 176:19 176:24 177:18 178:2 178:3 178:5 178:15 183:16 183:16 184:23 185:2 185:7 189:12

**chief**(7) 16:16 16:20 36:1 37:1 50:3 50:14 53:1

**children**(1) 129:1
**chipman**(11) 2:41 10:23 15:4 15:5 47:4 184:13 184:14 184:15 184:21 185:10 185:11

**choice**(10) 124:12 125:12 136:2 136:15 171:19 172:14 176:5 184:1 186:17 187:19

**choices**(1) 122:20
**chose**(2) 114:14 181:7
**christmas**(3) 75:23
**cincinnati**(2) 110:2 145:9
**circuit**(1) 11:18

| Word | Page:Line |
|---|---|

**circulated**(1) 79:6
**circulating**(1) 74:14
**circumstance**(1) 91:21
**circumstances**(5) 6:2 179:2 179:7 190:19 191:4

**citation**(18) 5:11 8:18 8:24 8:25 9:9 9:11 9:20 12:23 12:24 13:4 13:9 14:8 14:9 14:10 14:12 14:14 21:6 21:10

**citations**(1) 9:16
**cite**(1) 178:19
**cited**(13) 7:22 8:5 8:8 8:9 9:18 9:19 11:17 12:14 12:25 13:1 14:12 14:20 27:5

**citizens**(1) 1:28
**city**(6) 110:23 111:4 111:5 111:23 112:6 120:6

**civil**(1) 161:5
**claim**(29) 6:5 7:5 7:8 7:8 10:7 11:14 11:16 11:21 11:22 11:23 11:25 14:4 14:8 14:9 14:11 14:16 14:21 25:4 25:9 25:17 131:12 131:16 131:17 132:8 169:7 181:12 181:14 182:9 182:15

**claimant**(1) 7:10
**claimants**(1) 12:8
**claims**(16) 6:3 7:10 12:4 106:7 107:18 107:21 131:3 131:5 131:22 131:24 132:22 132:22 170:21 175:5 180:8 187:12

**clarification**(1) 120:14
**clarified**(1) 191:17
**clarify**(2) 117:14 192:3
**clean**(2) 76:21 91:4
**clear**(10) 27:18 31:9 42:24 63:8 77:2 120:21 121:2 153:20 156:5 160:3

**clearly**(6) 46:1 46:6 68:5 71:16 174:20 188:15

**clerk**(2) 5:2 23:9
**clifton**(3) 110:14 113:25 145:19
**close**(5) 72:12 72:13 110:23 115:1 165:19
**closed**(1) 156:24
**closer**(22) 62:5 111:5 112:2 113:13 113:14 113:16 113:20 114:3 114:9 118:7 118:23 119:3 119:14 119:25 120:6 120:17 121:20 122:5 122:9 167:18 167:20

**closing**(4) 165:16 165:25 166:15 190:16
**co-counsel**(2) 15:8 15:15
**coast**(1) 176:3
**cobb**(2) 2:40 184:15
**coding**(2) 158:8 158:12
**coincidence**(2) 185:1 185:12
**collateral**(5) 39:3 84:15 97:20 185:20 189:25

**collect**(4) 136:25 171:6 171:8 192:12
**collection**(1) 28:3
**collective**(1) 163:16
**colleen**(1) 175:12
**color**(3) 158:8 158:12 158:18
**column**(2) 155:23 156:2
**combat**(1) 85:10
**come**(22) 12:3 33:8 33:8 47:13 51:7 63:9 68:1 74:16 88:8 90:14 91:23 114:22 122:12 166:7 168:12 168:12 168:13 172:8 180:20 183:14 183:22 187:3

**comes**(5) 10:15 36:24 51:10 62:19 157:16
**comfort**(1) 175:23
**comfortable**(2) 149:1 149:17
**coming**(6) 11:5 33:5 90:16 147:12 180:18 181:20

**comment**(4) 52:24 144:10 157:1 166:2
**comments**(2) 10:20 190:13

**committee**(62) 2:4 4:23 28:15 30:25 33:1 33:6 71:4 71:6 71:16 72:16 72:18 79:7 79:8 81:15 88:21 88:25 98:6 99:1 99:10 99:15 99:19 99:23 99:25 100:4 100:6 100:10 102:9 104:18 105:4 105:9 105:15 110:13 113:1 113:10 113:10 114:9 116:25 131:9 131:11 144:23 167:20 167:22 173:1 173:23 175:11 178:2 178:3 179:5 179:19 179:20 180:4 181:8 181:19 184:18 185:24 186:2 186:24 187:13 187:22 187:23 190:1 190:12

**committee's**(1) 73:2
**committees**(3) 50:5 81:16 88:16
**committee's**(2) 178:24 190:16
**common**(1) 190:5
**communicate**(1) 51:23
**communication**(5) 50:15 50:16 84:3 137:20 149:9

**communications**(2) 138:9 150:10
**companies**(27) 27:4 50:6 54:1 54:16 54:20 55:12 55:15 55:18 55:20 55:23 67:4 72:7 72:7 74:10 75:9 77:25 78:24 85:7 96:4 122:21 126:3 128:1 128:4 129:17 142:6 142:9 169:4

**company**(35) 13:18 27:7 49:9 50:1 50:2 54:9 54:10 54:10 54:12 67:13 67:15 67:1 68:4 68:5 69:2 69:3 74:24 82:4 82:7 83:8 105:3 105:8 109:17 109:24 112:10 115:4 119:7 119:23 128:2 128:5 145:2 145:24 174:10 182:8 189:16

**company's**(1) 76:7
**company's**(1) 149:23
**compensate**(1) 85:24
**competitors**(1) 86:5
**complaining**(1) 185:9
**complains**(1) 187:4
**complete**(6) 60:11 76:12 90:22 91:2 158:4 191:3

**completed**(1) 150:23
**completely**(7) 27:17 115:24 121:2 122:14 159:4 172:23 173:5

**completeness**(2) 45:19 45:24
**complex**(2) 127:16 127:19
**complexity**(1) 190:4
**concede**(2) 10:17 10:17
**concern**(18) 25:22 34:15 38:16 57:11 60:6 74:9 75:4 75:12 76:18 85:9 85:11 85:22 141:3 141:18 141:18 146:12 177:13 178:1

**concerned**(7) 6:11 38:20 38:21 75:17 82:3 84:4 174:9

**concerning**(1) 119:1
**concerns**(5) 7:5 58:16 58:19 67:18 78:8
**conclude**(2) 6:5 179:24
**concluded**(1) 82:14
**concludes**(1) 192:11
**conclusion**(2) 42:1 183:12
**conclusions**(1) 68:1
**concur**(1) 156:21
**conducted**(2) 53:24 190:3
**confer**(8) 5:22 7:12 22:9 23:3 36:20 46:19 153:12 156:2

**conference**(1) 190:25
**confidence**(9) 51:14 71:20 74:10 74:12 76:9 79:1 149:14 149:23 189:9

**confidential**(10) 41:14 41:15 41:16 61:14 75:11 77:13 130:15 130:19 170:4 189:5

**confidentiality**(5) 40:21 40:22 58:16 58:21 61:10

**confirm**(3) 64:15 113:8 134:1
**confirmed**(1) 168:4
**confused**(2) 21:4 119:5
**connected**(2) 143:10 143:25
**connection**(4) 19:4 24:9 27:8 74:23
**connections**(1) 172:4
**consider**(4) 8:9 128:15 158:3 187:8
**considerations**(1) 74:4
**considered**(1) 95:24
**considering**(1) 76:2
**consist**(1) 37:11
**consistent**(2) 113:25 114:16
**consists**(1) 37:12
**consolidated**(1) 106:6
**constant**(1) 84:3
**constructive**(1) 51:22
**consulting**(1) 49:15
**contain**(2) 37:18 189:5
**contained**(1) 122:21
**contains**(1) 64:20
**contentious**(1) 188:10
**contested**(11) 34:25 63:15 63:25 64:3 99:1 142:12 142:18 142:24 152:5 152:8 161:6

**context**(4) 9:24 128:13 187:3 187:8
**contingent**(3) 18:18 181:11 181:14
**continue**(3) 75:14 178:4 190:15
**continued**(2) 2:2 3:2
**continues**(1) 155:15
**continuing**(1) 40:24
**contorted**(1) 9:3
**contrary**(2) 9:21 188:23
**contrast**(1) 188:23
**contribute**(1) 47:15
**control**(3) 24:4 75:16 79:1
**controls**(1) 58:1
**controversial**(1) 83:1
**convenience**(15) 60:3 173:9 173:14 174:1 174:17 176:4 176:15 180:15 180:19 181:5 182:1 183:17 186:7 186:16 186:18

**convenient**(3) 33:3 176:18 176:19
**conversations**(3) 83:7 83:16 88:10
**convey**(1) 7:21
**copy**(15) 22:3 55:1 55:3 55:3 59:17 65:2 90:19 90:23 91:3 91:4 91:5 101:15 124:2 134:19 139:8

**corporate**(5) 13:20 13:25 46:17 160:15 161:16

**corporations**(2) 46:5 163:20
**correct**(28) 35:18 40:13 44:11 44:16 44:20 66:3 66:25 71:18 72:16 83:22 91:12 90:10 108:11 109:19 114:12 118:25 119:1 135:1 135:5 136:4 143:11 144:24 145:3 146:5 146:20 160:8 162:18 192:20

**correction**(1) 120:9
**correctly**(2) 115:20 135:21
**correctness**(1) 118:13
**cost**(2) 77:15 84:15
**cost-prohibitive**(2) 184:24 184:25
**costs**(4) 13:2 56:20 177:25 178:1
**could**(25) 17:25 30:1 31:14 38:15 44:22 51:23 56:2 60:14 60:18 66:13 68:2 69:2 76:6 87:18 93:19 116:19 118:17 119:5 124:24 156:20 160:2 168:16 170:4 188:2 188:19

**couldn't**(7) 14:2 15:8 34:22 64:10 64:11 64:11 69:10

**couldn't**(4) 127:19 168:13 170:9 172:7
**counsel**(26) 13:8 29:9 30:24 37:25 73:2 73:6 73:8 73:13 74:2 80:10 86:18 100:4 134:2 144:13 144:15 152:9 153:12 173:24 173:25 175:25 176:1 178:2 182:7 185:6 185:7 191:10

**counsels**(3) 173:22 176:2 176:3
**counsel's**(2) 123:8 185:16
**counter**(5) 36:5 45:11 45:17 45:18 45:23
**counter-designate**(1) 158:19
**counter-designation**(1) 162:14
**country**(5) 62:23 63:4 63:12 69:1 182:9
**couple**(17) 5:7 16:21 33:24 51:1 51:19 62:3 62:4 63:2 78:3 79:20 114:25 166:6 178:20 179:16 183:5 183:8 184:16

**course**(6) 7:6 12:12 55:6 151:22 180:12 190:24

**court**(301) 1:1 5:3 5:19 6:8 6:17 7:3 7:15 8:9 8:10 8:13 8:17 9:23 10:8 10:11 10:19 11:3 11:9 11:13 11:20 11:21 12:22 15:2 15:12 15:20 15:24 16:2 16:5 16:25 17:12 17:14 17:18 17:20 18:4 18:8 18:11 19:3 19:7 19:9 19:11 19:16 20:2 20:6 20:8 20:19 20:21 21:2 21:15 21:21 21:24 22:8 22:17 22:20 23:1 23:6 23:6 23:10 23:23 24:11 24:21 25:11 25:25 26:5 26:10 26:1 26:22 28:19 28:21 29:2 29:6 29:16 29:25 30:6 30:8 30:10 30:16 31:7 31:8 31:14 31:20 31:24 32:2 32:4 32:6 32:10 32:12 32:22 33:10 33:14 33:17 33:20 33:22 34:15 34:16 35:3 35:5 35:9 35:13 35:22 35:25 36:4 36:9 36:17 36:25 37:7 37:9 37:11 37:13 37:17 37:20 37:23 37:25 38:4 38:7 38:15 38:25 38:9 39:11 39:14 39:19 39:21 40:15 41:10 41:15 42:2 42:10 42:13 42:20 42:25 43:5 43:9 43:17 43:22 43:25 44:7 44:13 44:21 45:14 46:2 46:4 46:8 46:16 46:18 46:24 47:1 47:7 47:9 47:16 47:18 48:4 48:8 48:12 48:15 48:19 48:21 52:8 52:11 52:23 54:23 59:4 60:11 60:15 60:18 60:21 63:16 63:21 64:12 65:15 65:17 67:2 68:8 68:17 69:18 72:1 72:24 78:14 80:3 80:9 80:14 83:5 85:1 85:17 85:19 86:25 87:18 87:22 88:2 88:13 88:22 89:10 89:15 89:18 89:22 90:2 90:5 90:10 90:17 90:21 90:25 91:10 91:12 91:20 92:9 92:9 92:16 92:23 93:21 94:24 95:1 95:3 95:18 96:2 96:9 96:19 97:10 98:6 98:9 98:12 98:14 98:18 99:5 100:5 100:8 101:13 101:7 101:11 101:12 103:8 103:10 103:14 103:18 103:20 103:25 104:2 104:2 104:6 104:9 105:19 106:17 106:20 106:24 107:3 107:10 108:18 108:23 109:4 109:7 109:11 109:21 111:10 111:14 112:14 112:15 112:17 112:24 115:11 116:2 117:7 117:9 117:16 117:19 118:15 120:22 120:25 121:5 121:19 121:22 121:24 123:2 123:18 123:23 123:25 124:5 125:6 126:14 126:17 126:22 127:19 128:10 128:15 128:18 128:20 131:20 132:1 132:15 132:18 133:5 133:9 133:13 133:15 133:17 133:19 134:16 134:18 134:19 134:21 135:13 136:10 136:13 136:20

| Word | Page:Line |
|---|---|
| **court**(136) | 137:4 138:11 138:13 138:15 139:6 139:8 140:9 142:4 143:9 144:1 144:3 144:8 144:18 147:14 148:3 149:3 150:4 150:22 151:3 151:5 152:2 152:13 152:16 153:4 153:7 153:12 153:14 153:24 154:1 154:9 154:22 155:2 155:5 155:7 155:10 155:13 155:17 155:21 156:3 156:1 156:18 156:23 158:5 158:10 158:21 159:10 159:23 160:1 160:6 160:24 162:13 162:18 162:24 163:3 163:6 163:9 163:14 163:16 163:18 163:20 163:22 163:25 164:1 164:7 164:11 164:14 164:23 165:5 165:7 165:15 165:19 165:24 166:11 166:14 166:18 166:21 167:5 167:9 168:13 168:14 168:16 168:18 168:19 169:22 169:23 169:24 170:3 170:6 170:7 171:12 171:13 171:24 172:3 172:10 172:12 172:16 173:1 174:7 175:16 175:19 177:18 177:21 178:9 179:10 179:17 180:1 180:5 180:12 181:4 182:3 182:21 182:24 184:3 184:11 184:13 184:20 185:9 185:23 187:2 187:16 187:23 188:4 188:11 188:11 189:11 189:12 190:4 190:22 191:9 191:18 191:22 192:2 192:6 192:8 192:12 192:11 |
| **court's**(7) | 6:16 10:8 10:9 10:20 48:3 80:11 103:15 |
| **courtroom**(4) | 1:10 10:24 45:7 192:13 |
| **courts**(12) | 51:9 52:3 52:5 123:13 126:11 127:4 127:11 171:9 171:10 171:14 171:20 171:22 |
| **covered**(4) | 13:5 88:1 96:1 96:1 |
| **covers**(1) | 148:6 |
| **cozen**(1) | 2:11 |
| **craig**(3) | 2:20 10:21 155:1 |
| **crane's**(1) | 82:24 |
| **created**(3) | 10:4 16:22 141:2 |
| **creates**(1) | 87:5 |
| **creation**(1) | 174:5 |
| **creative**(22) | 56:6 56:23 56:25 57:2 57:4 57:5 100:24 101:9 102:3 103:3 105:25 109:17 137:11 137:24 138:5 146:0 163:18 167:2 167:3 172:19 173:1 173:2 |
| **credibility**(2) | 79:18 178:12 |
| **credible**(2) | 164:24 171:1 |
| **credit**(11) | 53:21 54:5 54:6 55:18 57:15 62:12 62:14 75:25 77:6 174:10 189:5 |
| **creditor**(34) | 11:23 12:24 13:5 14:8 14:10 14:15 14:23 33:6 33:7 47:10 59:25 66:12 68:23 70:23 71:13 71:16 87:12 87:12 87:16 99:22 102:24 109:25 173:20 174:21 174:23 175:2 175:6 175:9 179:6 181:11 181:13 182:17 184:22 187:14 |
| **creditor's**(1) | 99:19 |
| **creditors**(69) | 2:5 18:23 30:25 33:1 33:4 33:6 33:25 35:1 50:5 67:16 71:4 71:6 71:15 72:16 72:18 72:18 72:22 72:23 73:1 80:7 80:18 81:12 81:14 81:15 87:7 87:8 99:1 99:10 100:4 100:6 100:9 102:9 106:6 107:17 110:20 115:6 118:7 118:21 118:22 118:23 119:13 120:17 120:17 144:23 167:16 167:18 167:21 173:15 174:6 174:17 175:3 175:7 175:9 175:21 179:4 180:20 180:22 181:1 181:9 181:21 183:22 183:24 184:1 186:2 186:24 186:24 187:14 |
| **creditor's**(16) | 104:18 105:4 105:9 105:15 110:13 113:9 113:20 114:9 116:24 131:8 131:11 144:23 167:20 167:22 173:23 187:13 |
| **crisis**(3) | 49:15 49:15 50:3 |
| **critical**(4) | 51:3 125:16 125:20 125:22 |

| Word | Page:Line |
|---|---|
| **cro**(18) | 9:1 9:4 9:12 21:12 63:9 72:21 74:16 76:17 81:10 81:11 86:1 142:6 143:1 146:12 148:18 176:18 176:22 179:22 |
| **cro's**(1) | 9:1 |
| **cross**(12) | 4:3 27:13 27:20 42:3 48:8 52:15 92:11 98:12 98:21 104:6 104:12 128:14 |
| **cross-examination**(2) | 126:22 147:15 |
| **crow**(2) | 111:8 111:20 |
| **cure**(1) | 9:20 |
| **cured**(2) | 7:17 161:11 |
| **currently**(1) | 49:8 |
| **curve**(1) | 190:7 |
| **customer**(48) | 40:19 41:12 51:14 54:4 55:16 55:24 56:1 58:20 58:24 59:11 59:17 59:18 59:19 59:20 60:25 61:1 61:13 61:14 63:6 75:8 77:17 77:17 78:6 82:1 83:2 83:9 83:11 83:15 83:17 83:21 84:5 84:6 84:13 84:19 85:11 130:5 130:10 134:25 135:2 135:6 135:23 136:1 141:3 141:19 149:11 170:23 177:6 189:8 |
| **customer's**(6) | 55:17 59:22 59:24 75:25 77:18 85:5 |
| **customers**(87) | 40:25 41:6 41:14 41:19 41:21 51:23 53:17 54:13 54:13 55:21 55:22 57:25 58:10 58:14 58:17 60:9 62:16 62:22 62:23 62:25 63:1 63:2 63:11 74:9 75:5 75:8 75:17 75:18 76:9 76:23 77:4 77:15 77:24 78:20 82:2 82:8 82:11 82:13 83:25 84:3 84:7 84:10 84:21 85:7 85:12 86:3 87:23 88:3 88:7 88:8 88:11 126:1 126:5 127:3 127:10 130:8 130:9 130:12 130:22 136:23 140:22 141:6 141:11 141:1 148:8 148:14 148:18 148:25 149:6 149:9 149:14 150:6 150:9 150:13 160:11 167:23 167:24 167:25 170:16 170:18 170:22 171:5 175:9 178:15 178:16 189:15 189:17 |
| **customize**(1) | 54:4 |
| **cut**(2) | 75:4 150:21 |
| **cybridge**(1) | 9:22 |
| **d/b/a**(1) | 1:8 |
| **d00040**(1) | 61:6 |
| **dan**(3) | 48:1 48:18 159:14 |
| **daniel**(2) | 4:5 48:22 |
| **data**(16) | 1:44 34:7 53:14 55:22 79:16 186:3 173:3 |
| **date**(6) | 55:25 93:3 97:15 107:25 172:24 173:3 |
| **david**(2) | 2:35 3:21 |
| **day**(8) | 7:7 51:3 61:23 66:21 92:25 97:18 97:18 189:25 |
| **days**(4) | 34:18 34:20 166:6 190:11 |
| **day's**(1) | 185:2 |
| **dead**(1) | 151:1 |
| **deal**(13) | 15:16 20:8 25:17 43:11 81:14 109:18 110:6 110:9 110:11 110:17 115:2 127:19 145:1 |
| **dealing**(9) | 75:14 75:15 77:11 77:12 77:13 77:14 81:11 81:13 108:15 |
| **deals**(2) | 109:1 109:17 |
| **dealt**(3) | 43:19 131:24 156:7 |
| **debt**(20) | 16:23 92:13 93:6 94:9 94:9 95:11 95:22 96:4 96:12 96:13 97:6 97:9 115:16 118:20 118:22 136:25 174:24 183:4 183:6 183:9 |
| **debtor**(45) | 1:24 3:20 4:4 4:10 5:21 5:23 11:24 15:25 16:12 18:14 27:24 27:25 28:6 28:7 28:11 28:14 46:4 46:17 47:21 50:25 56:9 56:22 59:11 59:13 63:9 68:2 73:23 74:1 74:10 91:22 102:3 128:1 128:4 129:16 131:24 138:1 138:2 140:18 142:9 153:7 159:16 172:23 184:8 187:24 189:25 |

| Word | Page:Line |
|---|---|
| **debtors**(151) | 1:12 5:6 8:18 8:20 8:23 8:25 9:3 9:9 9:12 10:4 10:5 12:2 12:11 12:17 13:6 13:13 14:18 15:19 21:12 21:13 24:2 24:8 24:10 25:5 25:7 25:18 25:23 27:2 27:10 28:1 28:2 28:5 28:12 28:14 29:8 29:13 29:14 30:21 30:22 30:24 31:16 33:2 33:23 34:4 35:23 40:24 45:1 48:17 51:20 51:24 53:2 53:8 57:9 58:10 58:14 61:14 62:8 62:18 62:21 64:4 64:5 65:17 73:8 73:13 74:2 75:2 76:19 78:9 84:9 84:10 84:18 86:20 87:9 92:14 94:2 94:3 94:10 96:13 100:14 100:16 104:15 106:7 107:22 108:7 109:18 110:6 110:11 110:16 110:17 113:18 114:6 114:14 115:14 116:6 117:25 121:12 128:25 129:23 130:2 130:5 131:8 131:16 132:7 132:8 135:4 137:10 137:15 141:6 141:15 144:9 145:3 148:13 161:14 163:8 166:19 166:25 167:4 167:5 167:9 167:12 167:23 168:2 168:7 168:9 169:16 170:3 170:12 170:15 170:19 170:21 171:17 171:19 171:19 176:5 180:1 181:7 182:4 183:25 185:3 186:16 186:25 187:12 187:18 189:4 189:22 190:1 190:9 190:13 191:25 |
| **debtors'**(35) | 48:22 106:13 106:14 106:21 107:17 110:16 127:16 130:11 131:10 131:17 132:9 132:20 134:2 134:9 137:23 138:19 144:15 147:11 155:19 155:23 158:13 158:15 161:2 162:14 168:22 168:2 170:7 171:4 173:6 174:13 174:14 176:5 188:23 189:3 190:5 |
| **debts**(2) | 114:20 118:7 |
| **december**(5) | 1:14 5:1 170:6 185:3 192:24 |
| **decide**(2) | 12:6 54:14 |
| **decided**(4) | 30:1 73:24 153:19 187:11 |
| **decides**(1) | 6:17 |
| **deciding**(2) | 6:3 130:23 |
| **decision**(17) | 9:5 10:16 39:2 39:4 39:5 41:22 52:2 52:12 73:17 76:3 122:19 162:22 188:7 188:13 188:20 188:22 191:3 |
| **decisions**(1) | 74:3 |
| **declaration**(1) | 109:8 |
| **deemed**(2) | 46:15 192:5 |
| **default**(1) | 72:5 |
| **defeat**(2) | 12:19 14:7 14:11 |
| **deference**(4) | 173:7 186:17 187:18 188:22 |
| **definitely**(2) | 110:25 158:23 |
| **definition**(1) | 172:21 |
| **degree**(3) | 49:5 63:12 150:8 |
| **delaware**(79) | 1:2 1:12 3:13 5:1 33:3 33:7 33:8 41:22 50:8 50:13 50:20 50:22 50:25 51:1 51:2 51:9 52:2 52:3 52:21 61:24 61:25 62:1 62:5 73:15 73:18 74:5 76:14 76:16 78:23 81:25 86:21 89:7 111:24 113:7 119:14 122:20 123:3 123:12 123:14 124:5 124:7 124:12 124:13 125:11 125:12 125:23 130:23 141:22 146:25 147:14:19 147:20 147:22 148:1 148:14 161:19 171:20 171:22 172:3 172:9 174:6 174:7 175:22 175:23 176:1 176:13 178:6 179:10 185:8 186:17 187:1 187:19 187:20 188:8 188:14 188:18 188:18 190:21 |
| **delaware's**(1) | 51:7 |
| **delay**(1) | 177:4 |
| **delays**(1) | 149:12 |
| **delivered**(1) | 149:11 |
| **delivering**(1) | 77:22 |
| **delivery**(1) | 77:14 |
| **demand**(2) | 9:13 9:15 |
| **demanding**(1) | 9:13 |
| **demonstrativ**(1) | 34:6 34:10 35:8 44:2 54:22 63:17 164:9 164:25 165:3 165:9 182:13 |
| **demonstrative**(1) | 34:3 |
| **denied**(3) | 115:11 116:2 179:3 |
| **deny**(1) | 170:9 |

| Word | Page:Line |
|---|---|
| **department**(1) | 25:3 |
| **depending**(2) | 55:24 57:18 |
| **depends**(1) | 55:17 |
| **depict**(1) | 69:3 |
| **deposed**(2) | 162:6 162:6 |
| **deposition**(38) | 13:23 16:19 20:25 26:25 27:18 27:23 27:24 36:3 41:17 41:20 45:5 80:5 115:17 115:18 115:20 115:21 123:9 124:19 135:19 136:9 146:23 147:10 153:10 155:9 155:19 155:23 157:12 158:1 159:16 160:21 161:12 161:23 162:2 166:7 168:18 175:12 176:17 178:14 |
| **depositions**(7) | 21:1 27:10 27:14 28:17 155:15 162:12 162:17 |
| **derail**(2) | 174:13 177:8 |
| **derailment**(1) | 174:12 |
| **describe**(8) | 49:2 50:12 52:20 53:8 55:11 58:19 66:11 67:2 |
| **described**(2) | 52:13 141:4 |
| **describes**(1) | 134:7 |
| **describing**(3) | 115:23 134:3 155:25 |
| **description**(1) | 97:5 |
| **designate**(7) | 22:4 45:7 45:12 45:17 45:19 45:22 45:24 |
| **designated**(9) | 16:18 21:17 41:18 45:5 72:5 157:14 157:17 158:16 160:14 |
| **designation**(5) | 44:25 45:4 77:2 158:16 161:14 |
| **designations**(36) | 26:21 26:24 36:5 36:6 36:12 36:21 44:23 45:24 153:11 153:21 154:11 154:21 154:23 154:24 155:9 155:20 155:23 156:7 156:15 156:21 156:22 157:6 157:6 157:24 158:12 158:13 158:15 159:7 159:10 159:11 159:14 159:16 161:1 161:2 162:9 162:14 |
| **designed**(2) | 24:24 183:21 |
| **desirability**(1) | 50:22 |
| **desirable**(1) | 52:21 |
| **desire**(1) | 48:3 |
| **despite**(1) | 148:12 |
| **detail**(1) | 11:8 |
| **detailed**(1) | 179:19 |
| **determination**(1) | 50:21 |
| **determinative**(2) | 182:2 182:11 |
| **determine**(2) | 68:10 68:12 |
| **determined**(2) | 12:11 13:2 |
| **determining**(1) | 46:17 |
| **detrimental**(2) | 41:2 41:9 |
| **develop**(1) | 77:4 |
| **dialogue**(1) | 84:4 |
| **diaz**(1) | 1:44 |
| **dicta**(3) | 8:9 8:11 8:15 |
| **dictates**(1) | 190:6 |
| **dictating**(1) | 181:14 |
| **did**(85) | 5:23 15:6 22:8 22:11 22:13 34:16 36:11 36:11 36:14 39:3 43:5 49:21 55:25 61:24 64:22 66:5 66:7 66:8 66:15 66:17 66:17 66:19 66:22 68:1 68:9 68:16 68:21 74:16 78:18 81:25 82:16 82:17 83:14 83:15 83:23 89:24 93:21 94:14 95:5 96:23 96:25 97:1 97:3 115:13 116:1 116:4 116:5 116:16 116:8 116:9 116:11 116:15 116:16 121:3 122:13 124:8 124:10 125:9 127:3 127:6 127:10 129:15 130:7 132:4 135:25 135:25 136:17 140:9 141:10 143:3 143:11 144:16 145:12 145:14 148:24 153:12 153:13 153:23 154:3 157:1 158:6 161:25 165:1 188:21 |
| **didn't**(16) | 8:9 12:7 12:18 13:24 14:24 21:23 26:24 32:15 64:13 66:2 71:10 80:23 80:24 90:9 91:7 95:21 |

| Word | Page:Line |
|------|-----------|

didn't(35) 109:5 110:15 114:15 116:13 120:21 122:11 122:15 122:17 123:7 123:2 126:12 126:19 126:24 127:6 127:13 130:8 136:17 140:20 141:6 141:13 142:11 142:17 142:20 142:22 142:23 142:23 149:15 151:5 157:11 160:6 162:6 162:7 168:12 168:17

differ(1) 16:25

difference(4) 8:1 31:15 38:1 157:22

different(13) 9:11 14:24 17:2 77:2 117:6 120:15 136:18 136:20 158:23 171:13 173:12 179:22 180:10

differently(5) 123:6 124:17 135:9 135:12 135:16

difficult(3) 75:20 78:7 149:14

dilemma(1) 38:14

dip(3) 86:13 86:16 173:19 173:23 177:2 177:2 179:6

direct(21) 4:3 48:5 48:7 48:23 53:10 53:11 55:13 55:14 77:6 91:7 99:2 99:9 100:23 101:16 107:16 108:2 123:8 124:19 129:5 135:18 138:24

directed(1) 148:24

direction(1) 150:24

directors(1) 74:22

disagree(4) 112:4 115:5 115:24 122:14

disclose(1) 58:23

disclosed(1) 167:23

disclosure(1) 190:11

discount(1) 178:9

discounted(1) 178:12

discover(1) 57:16

discovery(1) 14:1

discuss(2) 89:21 103:22

discussed(3) 33:23 36:4 165:12

discussing(1) 142:21

discussion(3) 79:12 131:15 164:20

discussions(3) 79:13 79:20 152:22

dismissed(2) 167:10 192:5

dispute(6) 11:22 12:5 17:8 75:1 160:3 180:9

disputed(5) 11:15 12:1 17:7 181:12 181:14

disputes(2) 167:16 180:11

disruption(2) 41:8 60:7

distances(2) 120:3 186:10

distributed(1) 93:11

district(10) 1:2 7:15 9:23 9:23 15:12 173:16 179:10 184:9 188:11 188:22

divide(1) 53:12

dla(1) 2:18

docket(2) 189:22 191:23

docketed(1) 189:24

document(23) 28:25 29:7 37:2 37:3 90:13 90:14 90:16 91:2 91:22 91:25 93:10 93:13 94:15 94:17 94:21 101:4 104:15 106:7 106:18 107:9 133:10 165:11 182:19

documents(4) 17:6 19:4 166:8 189:24

does(38) 7:21 10:19 11:7 14:20 15:2 15:20 24:15 36:10 37:1 37:11 47:2 47:5 47:13 50:1 56:11 56:19 56:25 67:12 75:22 76:23 87:16 88:10 89:18 90:3 91:20 98:6 98:9 105:9 105:11 111:7 138:22 153:7 154:2 165:19 175:18 177:20 178:15 184:3

doesn't(10) 11:15 12:4 14:19 21:6 33:7 43:18 54:8 81:7 81:23 95:16

doesn't(5) 112:11 141:11 146:4 156:6 175:17

doing(6) 29:14 31:1 68:2 76:6 168:5 168:...

doj(3) 25:22 25:24 26:9

dollar(3) 9:15 107:20 107:24

dollars(9) 94:9 95:11 95:22 96:4 96:12 115:18 174:23 183:3 183:11

don't(61) 10:24 11:15 12:4 12:6 12:12 17:7 17:10 18:3 18:3 18:20 18:25 19:23 20:13 20:24 21:1 22:24 23:14 24:3 24:14 24:17 25:1 25:24 26:7 27:13 29:9 31:11 31:11 31:22 32:18 37:17 40:6 42:23 45:3 59:9 60:16 69:7 69:8 70:7 75:6 76:10 78:21 80:25 86:8 87:5 87:8 89:10 89:11 90:8 90:15 92:17 92:24 92:25 93:4 93:16 97:19 97:20 98:3 100:3 100:14 100:21 101:5

done(16) 30:5 49:24 71:21 71:24 83:8 88:4 115:22 115:23 120:3 137:18 159:2 169:3 169:12 169:19 170:11 176:16

don't(72) 106:16 106:17 106:24 107:3 108:1 110:8 111:15 112:1 112:1 112:22 113:23 114:16 120:2 120:4 123:1 123:4 123:12 123:24 124:25 126:10 126:16 126:24 127:18 127:21 127:22 130:7 130:1 132:17 134:7 135:15 137:7 139:1 140:3 140:15 141:11 143:2 143:25 144:13 145:2 145:22 146:18 150:13 150:25 152:25 154:13 157:10 157:18 159:3 159:18 162:3 163:11 163:14 164:4 164:12 164:18 164:24 167:17 168:14 170:10 170:14 171:7 171:10 171:20 173:13 178:22 179:4 180:20 181:12 185:17 187:8 188:1 189:13

door(2) 33:11 33:19

dots(1) 143:25

doubt(1) 167:17

doug(1) 47:10 180:6

douglas(1) 3:12

down(7) 7:24 23:13 70:6 70:15 77:24 78:21 153:5 169:19 169:25 176:3 189:20 189:21

downer's(1) 94:7

downward(2) 78:6 86:9

draft(4) 79:6 190:9 190:11 190:12

draw(1) 183:12

drive(2) 2:30 62:2 129:6 183:15

driving(1) 11:4

drop(2) 25:19 84:12

dropped(1) 137:15

drove(1) 62:1

due(5) 6:21 7:7 8:12 75:5 190:24

during(5) 8:19 46:19 103:22 129:20 149:11

duties(1) 51:6

duty(4) 9:2 9:4 9:14 10:5

dynamics(2) 50:15 50:16

dynasty(5) 23:22 23:24 24:8 24:13 24:15 e-2(1) 155:3

each(9) 22:9 97:17 97:17 101:22 113:19 165:16 166:22 171:15 171:16

earlier(10) 74:5 76:16 93:22 106:20 120:2 123:20 166:6 170:5 185:5 191:10

early(1) 53:5

earnings(1) 79:17

easel(1) 54:22

easier(1) 101:14

east(1) 176:3

eastern(2) 7:15 173:16

economic(2) 169:2 169:11

ecro(1) 1:42

edification(1) 63:18

education(1) 8:17

educational(1) 49:2

effect(4) 31:2 41:2 84:9 141:17

efficient(2) 47:24 177:1

efficiently(3) 169:3 169:12 170:11

effort(1) 132:7

efforts(1) 189:1

eight(2) 155:16 155:18

either(7) 30:2 36:8 48:1 93:17 95:5 172:13 176:13

electronic(1) 1:51 60:19 192:21

elevator(1) 12:21

eleventh(2) 12:10 12:19

elicit(1) 118:14

elk(1) 99:17

elmo(3) 24:5 55:4 101:15

else(13) 10:19 11:5 12:21 16:12 31:22 47:2 48:12 138:22 149:15 186:25 187:5 187:12 189:19 189:20

elsewhere(1) 68:5

email(3) 32:25 33:3 93:12 134:1 134:7 134:8

embossed(1) 55:19

embossing(1) 54:1

emerge(2) 79:3 82:7

employee(1) 51:14

employees(6) 81:18 126:1 126:5 127:10 174:6 179:13

employment(1) 49:21

encounter(1) 20:9

end(7) 13:1 14:5 23:19 39:14 44:15 89:25 188:19

ended(1) 146:24

engagement(1) 175:14

engender(1) 189:8

enhance(6) 53:15 54:3 54:3 76:9 79:17 189:8

enhanced(1) 86:4

enhancement(1) 55:22

enhancing(1) 188:23

enough(5) 15:7 15:25 16:2 136:20 146:15

enron(1) 178:21

ensure(1) 83:25

entails(1) 57:19

entered(3) 161:13 161:20 189:24

entering(1) 164:1

enterprise(1) 12:16

entertainmen(1) 50:17

entire(5) 12:16 90:13 90:13 91:15 116:16

entirety(3) 91:14 91:17 91:19

entities(5) 24:7 172:19 173:2 186:19

entitled(13) 10:12 10:13 10:15 12:15 12:24 14:22 45:7 157:15 173:7 183:25 186:17 187:18 188:21

entity(7) 24:1 46:18 99:15 99:16 104:22 176:7 177:13

envelope(1) 56:7

envision(1) 52:11

equally(2) 30:1 30:5

eric(2) 1:25 2:6

ernest(1) 49:20

error(4) 68:15 116:23 118:25 119:8

errors(10) 33:24 68:10 68:11 72:8 116:2 116:19 119:17 121:8 146:3 146:16

especially(3) 77:10 81:15 183:25

espoused(1) 178:6

esq(18) 1:25 1:26 1:27 1:34 1:35 2:5 2:6 2:12 2:19 2:20 2:27 2:28 2:29 2:35 2:41 3:5 3:12 3:21

essentially(12) 7:4 21:5 25:23 27:21 31:9 43:14 46:3 54:12 54:17 64:20 162:4 178:10

establish(2) 60:7 118:13

estate(14) 7:13 54:18 137:25 139:13 139:19 139:24 140:5 167:7 169:3 169:7 177:1 177:6 177:15 179:12

estimates(2) 47:22 48:9

estimating(1) 79:9

etc(2) 186:10 186:10

even(22) 7:21 13:3 22:21 34:13 35:7 41:5 41:6 58:23 61:13 77:16 89:10 120:18 122:2 142:11 143:3 148:12 150:17 150:22 167:19 174:25 187:11 191:12

event(5) 46:11 52:17 83:20 168:8 171:17

eventually(1) 189:21

ever(2) 46:17 52:12

every(8) 9:5 53:11 78:24 92:25 113:19 153:18 157:19 185:1

everybody(1) 57:15 78:23 82:21 138:22

everyone(5) 104:16 175:16 187:12 189:4 192:15

everything(4) 15:17 27:6 53:21 177:4

everything's(1) 176:16

everywhere(1) 111:21

evidence(48) 7:6 7:9 10:12 10:14 10:15 16:13 17:5 17:16 17:21 21:25 25:5 33:12 34:12 35:7 37:18 37:21 38:2 38:18 46:23 46:25 47:3 47:6 47:25 88:3 112:3 112:23 153:8 157:22 161:20 163:11 164:19 165:21 165:23 166:5 166:7 168:23 170:17 174:20 178:9 180:25 180:25 182:20 183:13 183:17 185:15 188:15 190:17 191:11

evidentiary(3) 162:10 165:19 184:10

exact(2) 97:14 97:14

exactly(12) 8:17 10:1 76:6 119:2 119:14 120:11 121:3 121:21 161:15 179:7 189:11 190:20

exam(1) 129:5

examination(13) 42:3 48:9 48:23 52:9 91:9 92:11 98:12 98:21 104:7 104:12 144:20 152:19 164:25

examine(9) 27:13 27:20 48:12 52:15 89:19 90:3 92:1 98:6 98:10

example(8) 9:22 34:25 38:22 56:1 63:6 66:12 176:16 183:4

examples(1) 115:1

excellence(1) 54:11

excellent(1) 133:22

except(1) 91:8

exception(3) 168:3 169:9 176:17

excerpt(4) 23:22 23:24 100:24 163:17

excerpts(1) 24:15

excess(2) 97:23 98:2

exchange(1) 25:19

excluded(1) 169:10

excuse(5) 47:8 54:25 69:10 85:15 114:7

exercising(1) 10:5

exhibit(111) 18:4 18:7 18:7 18:10 19:2 19:2 19:14 19:17 19:18 19:21 19:24 21:25 24:4 35:5 40:4 42:3 42:4 44:3 47:13 47:15 55:1 58:25 59:9 65:9 65:1 65:12 66:9 66:21 69:8 69:9 69:11 69:16 69:21 71:13 88:2 89:25 90:8 90:12 91:14 91:15 93:10 94:22 94:24 95:4 95:6 100:24 101:6 101:8 101:11 101:16 101:19 101:24 102:12 103:2 103:6 103:7 104:16 104:17 104:23 104:25 105:16 105:24 106:5 106:5 107:9 107:13 107:20 107:24 108:2 108:9 108:11 109:16 110:19 113:2 113:25 116:8 116:10 116:14 116:16 116:20 117:4 117:5 117:22 117:23 118:14 118:19 119:2 119:10 120:11 121:8 122:8 123:8 133:24 134:1 134:8 134:15 138:18 138:19 138:21 139:12 139:18 142:21 155:15 164:9 164:24 167:17 182:13 182:25 183:1 183:10

| Word | Page:Line |
|---|---|

exhibits(32) 4:8 16:11 16:21 16:21 17:20 17:24 17:25 18:8 18:12 18:18 18:6 18:12 20:9 22:7 23:3 23:12 35:12 35:13 35:23 38:11 38:17 39:7 39:11 44:18 114:7 114:7 117:24 128:20 138:19 153:10 163:10 186:?

exist(1) 64:23

existence(1) 61:13

exit(1) 79:11 79:12 79:14 87:4

expand(2) 109:20 135:10

expect(6) 17:7 34:3 79:20 149:10 190:13 190:24

expectation(1) 182:2

expedia(2) 112:5 112:6

expedite(1) 191:25

experience(18) 50:7 50:12 50:19 50:20 51:6 52:4 52:4 52:21 72:21 74:16 75:16 76:17 77:7 81:11 84:8 84:17 86:1 148:17

experienced(2) 22:18 85:8

experiences(1) 50:19

expert(1) 84:23

experts(1) 169:4

expiring(1) 75:25

explain(6) 76:6 82:3 82:20 135:14 158:7 188:4

explanation(2) 69:20 69:22

expressed(3) 22:22 87:24 181:19

extend(1) 116:13

extensive(1) 79:13

extent(5) 34:4 77:16 138:7 138:8 170:12

extraordinary(1) 168:8

extrapolate(1) 115:3

extrapolation(1) 72:10

extrapolating(1) 72:6

extremely(1) 58:6

face(1) 190:6

facets(1) 55:14

facie(2) 7:6 7:9

facility(4) 62:1 129:6 176:22 176:24

fact(53) 7:7 9:14 9:23 24:10 27:15 33:9 34:13 37:16 40:23 41:19 43:13 52:14 58:22 58:23 64:3 64:6 76:7 99:13 111:3 114:23 122:15 125:10 126:10 127:18 129:5 130:22 132:11 134:24 134:25 138:4 143:16 145:1 146:2 146:22 147:21 148:12 154:4 160:10 162:1 170:8 172:6 173:18 174:19 175:1 175:3 175:7 175:11 175:21 176:2 178:12 180:16 180:20 186:11

factor(14) 59:24 78:18 81:10 140:23 168:25 168:22 169:2 169:13 175:17 176:4 176:25 177:10 180:14

factors(12) 30:4 128:12 128:14 166:24 167:15 171:16 172:2 172:9 173:10 173:12 174:17 178:14

facts(26) 5:13 5:14 5:22 6:13 6:15 14:13 16:16 25:13 34:25 41:21 63:15 63:25 75:15 99:1 111:16 142:12 142:16 142:18 142:24 152:5 152:9 168:24 169:16 174:18 175:1 188:9

factual(2) 165:10 165:10

failed(1) 74:21

fair(6) 76:16 122:22 125:25 127:25 128:14 130:3

fairly(3) 53:13 62:10 63:6

faith(1) 175:22

false(2) 13:21 13:21

familiar(22) 31:4 56:9 56:22 58:11 58:13 58:16 71:3 72:15 73:1 74:5 93:18 96:18 96:21 110:25 124:13 124:15 125:11 138:1 138:2 146:25 147:20 147:21

familiarity(1) 147:5

familiarize(1) 190:4

far(10) 6:11 18:3 43:20 47:18 62:2 84:6 136:23 137:12 141:5 155:23

fast(1) 20:5

faster(4) 126:11 126:18 127:5 127:11

fatigue(1) 166:9

favor(2) 154:8 186:8

favors(3) 168:2 168:5 168:6

fdi(1) 82:20

fdic(12) 25:3 25:4 25:8 25:14 25:22 26:9 82:19 82:21 135:3 148:9 151:18 170:23

fdic-inspired(1) 136:3

february(1) 14:17

federal(2) 17:5 161:5

feel(4) 38:24 43:12 148:25 149:17

feeling(3) 43:3 43:3 52:3

feels(2) 158:2 162:25

fees(2) 12:15 12:24 12:25 13:3 13:5 13:6 43:15 185:16

felger(1) 2:12

felt(3) 52:24 78:8 78:9

fertile(1) 42:2

few(3) 70:23 180:2 190:11

fiduciary(5) 9:2 9:4 9:14 10:5 178:25

fifteen(1) 23:6

fifth(1) 176:25

fight(3) 154:3 154:7 170:4

figure(3) 18:1 112:18 183:9

figures(1) 118:10

file(14) 7:19 7:20 15:6 34:24 48:2 52:2 73:17 73:24 76:4 78:24 79:3 122:19 102:23 183:20

filed(53) 7:6 7:7 11:5 11:14 11:21 15:9 15:16 18:20 19:4 19:6 25:4 29:1 29:7 29:8 29:19 29:20 29:21 30:13 30:14 47:19 63:25 64:12 80:1 82:21 83:3 88:23 97:2 129:20 139:24 139:25 140:13 140:17 141:22 143:18 145:3 167:4 167:8 170:1 186:3 186:16 189:23 190:3 190:9 190:14 191:7 191:16 191:25

files(1) 111:8

filing(23) 6:25 29:12 50:22 73:21 74:6 74:8 74:9 79:9 81:25 82:8 83:21 97:15 100:22 140:12 140:23 141:12 141:14 148:10 167:17 172:23 173:3 173:4 179:22

filings(2) 114:7 178:7

fill(2) 26:13 158:4

final(5) 12:9 14:6 34:21 34:22 190:14

finalized(1) 17:3

finally(8) 14:3 51:17 152:4 166:9 177:10 192:1 183:19 190:8

financial(5) 8:12 50:2 81:16 100:25 101:10

financially(1) 50:5

financiers(1) 177:24

financing(6) 74:23 79:12 79:12 79:14 86:6 92:25 183:19

find(2) 55:1 183:3

finder(1) 34:13

finding(1) 39:1

finds(1) 52:21

fine(7) 31:22 45:13 60:20 77:20 125:6 162:22 167:16

fingertips(1) 31:12

finished(2) 58:3 89:14

finishing(1) 152:1

firm(10) 49:9 49:15 49:17 50:3 54:18 79:16 143:16 152:8 176:10 176:11

firms(1) 49:6

first(49) 5:16 7:18 8:22 8:23 11:14 12:12 14:2 20:24 23:17 23:19 23:21 27:23 47:2 51:2 51:3 61:23 64:14 64:17 72:3 72:4 73:18 73:25 77:18 90:3 104:20 105:6 110:20 116:23 117:24 118:25 120:10 122:18 132:16 137:15 138:25 139:17 149:? 152:13 153:19 156:15 167:15 169:24 174:19 176:5 180:4 182:24 183:5 187:17 189:24

fist(1) 155:1

fit(1) 157:18

five(4) 50:11 98:14 101:18 182:9

fix(5) 122:7 138:4 140:5 167:6 167:8

fixed(2) 77:15 137:24

flawed(1) 118:11

flaws(1) 95:21

flies(1) 111:20

flights(3) 112:6 112:12 183:14

flip(3) 101:24 102:12 155:14

flipping(1) 44:6

flow(1) 84:14

fluctuate(1) 97:18

fly(2) 183:16 184:25

fnn(1) 8:13

focal(1) 79:15

focus(5) 24:6 62:11 73:25 74:2 98:16

focused(2) 50:5 81:10

focusing(1) 13:17

folder(1) 100:25

folks(1) 181:2

follow(1) 91:20

following(3) 8:20 123:10 125:9

follows(3) 34:19 155:22 189:6

for(211) 1:2 1:24 2:4 2:18 2:34 2:40 3:4 3:11 3:20 4:3 5:6 5:24 6:1 6:1 6:23 8:13 8:14 8:17 9:22 10:10 10:21 10:24 13:6 13:15 13:16 13:18 14:1 14:1 14:14 15:10 16:9 17:10 19:11 20:25 23:12 23:18 24:2 25:19 26:1 26:2 27:16 29:7 31:7 31:16 31:21 31:24 32:9 32:22 32:25 34:25 36:25 38:19 38:22 39:2 39:3 39:4 39:5 40:20 42:1 42:2 42:22 42:23 43:25 43:14 44:22 45:19 45:24 47:2 49:6 50:4 51:1 51:16 52:13 52:19 52:19 55:2 57:23 57:24 61:16 62:14 62:19 63:6 63:18 65:1 65:17 65:19 66:12 67:2 68:14 69:6 71:23 74:2 74:6 74:8 74:8 74:17 76:19 76:10 75:23 87:24 88:10 90:14 91:9 91:9 91:15 94:16 95:25 97:20 101:3 101:21 106:1 107:21 108:15 108:25 111:17 111:21 113:17 113:10 113:19 114:23 116:9 116:19 117:7 117:14 117:19 118:14 120:13 125:12 127:13 133:1 133:10 133:19 134:19 136:2 136:14 136:15 138:? 138:8 139:24 140:7 140:12 140:17 140:23 141:12 141:14 141:14 142:3 143:17 143:2 143:22 143:23 144:3 144:5 145:22 148:20 153:20 154:12 155:1 158:2 159:5 159:11 159:12 160:12 161:19 163:17 163:18 164:10 165:2 165:12 165:16 166:3 166:16 166:19 168:1 169:24 170:19 170:20 173:4 176:5 176:18 177:8 177:10 178:11 179:4 179:21 180:7 182:9 182:10 183:4 183:6 183:7 183:11 184:5 184:9 184:10 184:14 184:24 184:25 185:1 185:4 185:6 185:25 186:6 188:7 188:14 188:17 188:19 188:22 188:24 189:9 191:5 192:8 192:13 192:14

forecasts(1) 86:7

foregoing(1) 192:20

forest(1) 173:13

form(13) 43:2 56:5 90:22 96:9 96:19 99:3 99:6 112:24 126:9 132:16 132:18 158:1 180:16

formal(2) 9:13 9:15

formally(1) 100:7

formed(1) 99:19

former(1) 182:15

forms(1) 113:18

formula(2) 150:16 150:18

forth(9) 55:23 180:16 181:17 181:20 181:20 181:20 184:10 185:19

forthcoming(1) 79:23

fortune(3) 77:24 77:25 85:7

forum(7) 33:3 76:9 77:2 136:2 136:15 176:5 179:21

forward(3) 16:11 43:1 149:23

found(9) 8:10 8:13 33:24 66:24 116:12 119:8 121:8 139:10 171:21

foundation(23) 66:14 68:7 71:23 71:24 83:4 83:13 86:22 87:14 89:8 91:24 92:4 92:15 95:14 95:25 96:16 96:18 97:8 112:22 117:18 148:19 148:20 149:1 165:3

founded(1) 49:11

four(7) 55:20 70:10 101:18 102:19 102:21 166:21 176:21

fourth(1) 104:22

fox(2) 1:24 18:13

frame(1) 129:18

frankly(6) 22:12 38:20 43:12 52:11 89:4 187:20

fraudulent(4) 6:3 9:24 9:25 27:16

fred(2) 3:5 184:6

frequently(1) 157:25

friday(1) 5:1

from(109) 13:8 13:18 15:10 15:12 15:21 16:12 16:22 16:25 17:22 23:8 23:22 23:24 24:15 26:24 28:4 32:3 34:1 34:2 38:15 38:25 39:12 41:3 41:7 43:15 44:23 44:25 45:6 49:4 53:16 53:21 54:4 57:22 58:17 61:21 61:24 61:25 62:1 67:9 74:20 75:5 75:16 76:15 76:19 76:20 76:21 78:9 79:3 81:5 81:10 82:13 87:6 94:19 94:21 95:5 99:10 99:20 99:23 100:3 100:6 100:10 100:12 100:15 100:24 104:5 105:6 105:7 105:9 105:16 112:11 115:3 115:14 115:14 115:16 116:6 116:8 120:19 122:3 125:10 126:13 129:23 131:4 132:24 134:1 139:4 150:1 156:20 161:9 164:15 165:11 165:11 167:24 169:4 180:4 181:17 181:20 182:15 183:5 183:15 184:9 184:18 185:24 186:1 186:10 188:6 188:10 190:16 190:18 192:21

front(8) 69:14 69:16 107:14 116:21 133:24 139:6 150:11 154:10

fruitless(1) 112:23

fti(1) 49:14

fulfillment(1) 54:11

full(1) 129:16

fully(1) 187:11

function(1) 97:16

funding(1) 76:12

funds(2) 9:25 184:19

further(17) 4:2 15:24 48:15 57:22 68:9 89:16 144:17 152:11 162:10 162:20 163:4 165:21 165:23 191:5 191:20 191:21 192:8

future(2) 178:16 190:24

gained(2) 84:7 149:13

galvanized(1) 187:14

gather(1) 142:8

gave(4) 17:6 22:11 115:9 123:10 128:21 147:8

general(8) 12:2 18:17 50:19 53:9 53:10 58:11 62:21 184:1

generally(22) 5:13 49:22 49:22 52:2 52:20 53:7 53:12 53:15 54:1 58:12 58:13 58:15 62:21 71:5 72:25 74:18 75:9 77:9 77:25 87:7 129:22 148:6

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**geography**(1) 186:10

**get**(39) 14:2 15:11 18:24 22:6 25:10 32:14 37:5 38:15 48:16 52:1 56:2 59:6 61:24 64:10 69:20 74:7 75:23 77:23 78:6 78:21 90:22 107:5 112:12 117:6 117:9 117:22 120:19 138:5 138:21 149:15 155:14 171:2 171:23 173:25 178:2 178:3 183:18 185:5 190:7

**gets**(1) 47:13

**getting**(5) 34:21 51:5 79:12 128:8 183:22

**gift**(4) 53:22 54:7 75:23 77:6

**give**(20) 5:20 6:18 6:23 8:6 26:22 38:16 47:22 49:12 55:2 55:3 55:25 62:12 74:1 89:13 101:8 102:17 125:9 128:3 165:15 172:12

**given**(12) 6:2 33:11 48:6 111:19 157:10 162:7 162:8 174:9 175:21 175:22 185:17 191:1

**giving**(1) 23:12

**glad**(1) 184:18

**goal**(1) 79:2

**goals**(3) 82:3 140:12 149:11

**goes**(9) 21:5 21:9 37:3 40:23 43:12 43:20 63:17 181:15 189:21

**going**(102) 8:22 11:12 11:12 16:17 18:24 18:24 19:1 19:7 19:14 20:3 20:3 20:17 21:23 21:24 22:24 23:19 27:15 34:5 34:18 35:3 38:18 38:19 41:8 43:15 44:1 45:16 45:21 51:7 52:1 54:15 55:2 55:3 60:4 63:18 72:9 75:7 75:12 75:13 75:22 75:23 75:25 76:11 76:19 77:18 77:20 78:3 78:3 78:4 79:23 82:6 85:22 85:23 85:24 86:6 89:2 100:25 101:1 101:6 101:14 103:11 103:11 111:22 113:24 117:25 123:16 124:23 126:15 130:15 131:23 133:1 136:1 138:5 140:3 142:2 143:7 143:24 150:24 151:15 151:17 153:17 153:22 156:23 162:2 162:13 165:9 169:14 170:8 170:18 170:25 171:14 174:16 174:18 177:13 180:24 183:14 183:15 183:16 188:10 189:11 189:14 190:22 191:4

**goldstein**(32) 1:33 1:34 3:20 5:5 5:6 6:7 6:22 7:1 7:4 10:11 11:1 15:24 16:1 16:4 47:23 134:2 165:24 166:1 166:13 167:2 167:4 172:12 172:15 172:17 175:18 175:2 177:20 177:23 179:18 191:6 191:15 191:21

**goldstein's**(1) 46:10

**gone**(5) 61:21 65:5 65:7 82:14 186:25

**good**(23) 5:3 5:4 5:5 15:4 48:25 49:1 51:5 51:6 51:9 55:7 75:24 79:19 98:23 98:24 104:14 141:10 149:9 149:22 150:10 182:1 184:5 185:25 192:16

**got**(19) 12:12 14:3 19:2 22:12 35:21 43:5 43:7 55:9 64:11 65:9 69:13 87:3 100:3 102:19 118:3 123:11 150:20 170:6 178:9

**gotten**(2) 34:23 87:21

**governed**(2) 24:2 24:19

**grab**(1) 19:16

**graduated**(1) 49:4

**grant**(3) 166:11 171:23 182:12

**granted**(4) 85:17 85:19 173:8 183:23

**great**(3) 29:14 107:1 181:1

**greatly**(1) 51:4

**greenish**(1) 158:18

**gross**(2) 5:24 42:2

**ground**(1) 5:24

**grounds**(9) 6:8 18:23 19:15 20:18 20:24 43:24 59:22 66:14 153:20

**group**(6) 3:4 53:17 54:1 55:17 74:10 184:6

**grove**(2) 94:7 99:17

**guarantee**(1) 75:1

**guaranteed**(1) 74:25

**guess**(8) 85:4 98:14 128:7 147:20 165:12 182:19 185:2 191:9

**guessing**(3) 68:14 92:20 110:10

**guidance**(3) 38:15 102:18 184:18

**guys**(1) 75:21

**hac**(1) 11:6

**had**(64) 8:11 8:14 8:15 12:18 14:4 14:16 14:17 14:24 17:4 22:16 29:15 30:23 34:2 34:23 34:24 37:3 43:3 50:13 64:7 64:7 64:14 65:3 65:10 74:24 74:25 76:5 76:8 76:8 79:19 83:7 83:16 84:12 85:9 85:10 86:13 87:21 88:5 88:8 94:17 105:24 122:1 129:21 135:6 136:8 138:21 139:13 139:25 140:13 146:10 149:16 156:1 157:24 158:1 160:12 161:21 168:7 168:12 170:4 177:1 179:5 185:17 185:14 185:15 186:12

**hadn't**(1) 152:5

**half**(4) 15:16 164:16 175:2 175:2

**halfway**(1) 70:6

**hall**(1) 3:21

**hand**(6) 9:21 65:13 94:17 111:17 153:22 174:1

**handle**(3) 53:23 57:12 182:3

**handles**(1) 54:5

**handling**(1) 174:8

**happen**(5) 22:30 30:16 59:15 92:13 169:14

**happened**(8) 8:17 13:10 13:11 99:24 104:21 131:14 137:15 170:10

**happening**(1) 80:11

**happens**(7) 26:14 77:21 110:3 115:1 115:2 189:17 189:20

**happy**(3) 34:2 158:2 162:11

**hard**(4) 12:16 70:5 139:8 156:22

**harley**(3) 1:34 5:5 134:2

**harrisburg**(1) 1:46

**has**(76) 6:2 6:6 6:20 9:7 9:19 11:1 13:2 13:3 14:8 15:19 16:7 16:10 17:1 18:8 25:4 27:3 29:18 29:19 30:6 36:7 60:6 68:25 79:6 79:11 79:15 79:22 81:8 82:21 84:6 87:4 88:9 91:24 99:14 99:15 100:2 102:9 102:21 104:16 107:20 109:24 125:20 129:20 131:3 137:24 138:18 149:13 151:11 151:14 152:14 154:13 157:15 158:2 164:21 165:19 169:19 170:1 171:5 172:3 176:10 177:18 178:9 179:12 180:18 186:5 186:6 186:25 187:9 187:24 190:17

**hasn't**(2) 80:1 91:15

**hasn't**(5) 117:15 117:18 148:20 187:11 191:25

**have**(298) 6:4 6:13 6:21 6:24 7:7 9:3 9:8 9:21 10:22 11:7 11:15 11:16 11:20 11:25 12:1 12:3 12:4 12:18 12:18 12:24 14:23 14:25 15:9 15:13 16:1 17:13 17:20 18:1 18:3 18:15 18:20 18:20 18:25 21:17 22:3 22:13 22:24 23:13 23:16 23:17 23:18 23:20 24:2 26:7 27:12 28:22 30:8 30:25 31:12 32:13 32:16 35:8 35:14 35:15 36:2 36:4 36:21 38:11 38:19 41:2 42:23 43:3 43:3 44:14 44:24 45:5 45:19 47:4 49:9 49:10 49:24 50:7 50:10 50:21 50:21 51:6 52:4 54:6 54:17 55:18 57:15 57:17 57:23 58:7 58:14 59:7 59:8 59:16 61:7 61:19 61:20 61:21 61:22 63:9 63:13 64:2 65:3 65:4 65:5 66:2 66:5 67:18 68:3 69:13 69:16 69:25 70:3 70:25 71:10 71:20 72:2 72:11 73:11 73:12 75:12 75:23 76:1 76:16 76:21 77:21 78:1 78:2 79:1 79:13 81:16 82:8 82:9 82:10 82:12 82:14 83:2 83:7 83:24 84:4 84:15 85:22 86:3 86:15 86:20 87:9 87:23 88:4 88:10 90:2 90:15 90:18 91:2 91:4 91:23 92:3 92:6 92:19 92:25 93:7 93:9 93:16 94:3 94:14 98:14 100:1 100:17 100:18 100:22 102:4 102:23 104:19 107:2 107:10 107:13 108:21 110:3 110:9 111:16 112:11 114:23 114:24 116:1 116:20 116:21 117:5 118:2 118:5 119:20 122:25 123:6 124:17 124:24 125:21 127:2 128:8 129:16 133:24 134:19 135:9 136:1 136:17 136:24 137:15 138:19 138:23 138:25 139:1 139:6 139:10 139:11 142:22 142:25 143:17 144:13 145:25 146:7 146:8 146:12 148:8 148:14 148:18 148:9 149:12 149:16 149:21 149:22 150:6 150:9 151:1 152:12 153:3 153:7 153:10 153:15 153:16 153:18 154:3 154:6 154:7 154:12 155:6 156:6 156:15 157:10 157:11 157:18 157:19 158:24 160:9 161:20 162:3 163:9 163:13 164:1 164:17 164:18 165:17 165:21 166:1 166:21 167:10 167:11 167:24 169:10 169:16 170:12 170:15 173:21 173:22 173:24 173:24 173:25 174:1 174:24 175:3 175:5 175:22 175:24 176:1 176:3 177:17 178:4 178:17 179:20 180:18 181:19 182:3 182:5 182:7 187:7 187:12 189:16 189:22 189:24 190:1 190:3 190:9 191:22 192:4

**haven't**(6) 13:5 23:20 36:14 38:17 84:1 84:2

**haven't**(11) 128:20 141:7 143:21 146:10 149:6 150:17 150:23 154:4 167:23 170:22 192:2

**having**(8) 6:12 6:14 6:22 15:15 52:15 112:12 155:8

**he's**(22) 11:4 27:5 45:2 45:6 45:6 45:20 45:22 46:1 46:2 46:10 46:11 46:12 46:12 46:14 46:15 52:16 68:14 71:24 84:22 87:20 91:17 96:18

**head**(5) 92:18 110:1 121:17 145:9 161:16

**headed**(1) 95:19

**heading**(1) 179:13

**hear**(11) 10:12 10:25 41:3 41:7 48:15 69:11 90:5 177:18 180:3 184:17 185:23

**heard**(23) 6:19 6:24 10:19 13:8 15:3 15:21 15:21 15:25 16:2 17:8 48:14 52:23 105:7 144:15 157:21 162:9 164:22 167:24 170:24 174:3 182:14 184:4 186:12

**hearing**(18) 6:20 8:20 11:8 13:19 22:9 31:6 31:6 43:8 154:18 161:10 161:18 166:6 168:12 171:3 185:1 185:7 192:11 192:17

**hearings**(4) 31:10 31:22 72:24 190:3

**hearsay**(22) 18:23 18:25 19:1 19:14 20:17 20:23 21:3 21:14 27:21 31:9 31:13 43:23 45:2 83:19 87:19 88:4 88:6 88:13 89:8 148:21 154:15 157:9

**heavily**(1) 179:11

**hedge**(2) 75:18 86:4

**hedges**(1) 77:17

**hedging**(1) 189:18

**heightened**(1) 75:12

**held**(2) 12:22 13:11

**helms**(1) 134:2

**help**(5) 17:15 54:13 59:2 77:3 124:25

**helpful**(3) 128:16 150:12 164:25

**her**(12) 131:12 132:13 132:24 134:5 134:11 159:1 184:24 184:25 185:3 185:6 185:8

**here**(97) 5:8 8:1 9:17 10:1 10:14 10:17 10:22 11:5 12:8 15:8 21:23 25:20 27:12 29:24 30:24 37:15 39:4 43:15 45:17 45:6 45:12 47:24 55:15 60:5 60:7 63:2 67:18 76:10 77:20 78:24 87:3 88:23 89:7 91:4 94:19 97:13 97:25 108:21 124:23 127:24 129:7 130:9 131:2 137:11 141:25 142:16 144:12 147:22 153:18 154:17 154:24 157:18 159:9 159:17 159:21 160:18 161:21 167:13 167:14 168:11 169:8 169:9 170:13 171:18 172:8 172:21 173:14 174:15 175:10 176:6 176:10 176:18 176:19 177:12 178:11 179:2 179:7 180:24 181:3 181:10 181:22 182:6 182:7 182:7 182:11 183:15 183:18 183:25 184:25 185:1 185:8 187:25 188:8 188:9 188:14 190:21 191:23

**here's**(5) 17:18 38:14 76:11 76:11 91:6

**herring**(1) 172:20

**he's**(39) 108:15 108:19 108:19 108:20 108:20 112:12 112:21 112:22 117:14 118:9 123:19 126:21 136:6 136:6 142:3 144:8 144:12 148:22 150:15 150:20 159:2 159:4 159:8 159:21 159:21 160:4 160:5 160:9 160:12 160:13 160:19 160:20 160:21 162:2 168:10 168:11 168:11 168:17 176:18

**hid**(1) 13:24

**high**(8) 41:4 58:6 58:7 60:8 77:15 84:14 115:21 189:3

**highest**(2) 188:7 188:13

**highly**(5) 77:12 78:1 178:21 178:22 189:6

**him**(36) 13:22 41:18 45:13 45:16 46:10 52:20 63:14 63:18 68:16 78:13 80:7 80:19 88:8 88:23 92:1 93:8 93:17 95:17 115:10 116:1 123:19 123:20 123:21 126:21 128:9 147:8 147:17 147:9 159:9 159:24 160:18 160:18 160:21 161:15 161:19 161:23 162:3 168:4 178:8 178:21

**history**(2) 49:2 49:12

**hits**(1) 75:25

**hold**(5) 32:8 32:8 32:8 39:23 42:10 70:1 70:8 80:11 105:19 139:2 154:5

**holder**(1) 11:23

**holding**(7) 54:9 54:10 65:1 74:24 106:6 107:17 149:18

**holiday**(1) 103:15

**home**(1) 192:16

**honest**(1) 191:15

| Word | Page:Line |
|---|---|
| **honestly**(1) 60:16 | |
| **honor**(215) 5:4 5:5 5:7 5:9 7:1 7:12 7:23 8:2 8:21 8:21 10:2 10:7 10:11 10:15 10:21 11:4 11:11 11:24 15:4 15:6 15:7 15:17 16:4 16:15 18:13 22:3 22:12 22:23 23:11 23:16 24:12 26:17 27:9 31:3 32:16 35:10 35:20 35:24 38:8 38:14 39:6 39:20 41:1 41:11 42:5 46:22 47:4 47:5 47:8 47:23 48:6 48:17 52:25 54:21 54:25 59:2 60:1 60:22 60:24 63:13 63:18 65:1 65:8 65:14 66:13 68:7 68:13 71:22 78:12 80:15 83:12 84:22 85:15 86:24 87:25 88:20 89:14 89:17 89:20 89:24 90:4 90:7 90:11 91:1 92:8 92:8 92:10 93:8 93:9 95:13 95:20 95:24 95:25 96:17 96:21 98:8 98:11 98:13 99:4 101:1 101:10 103:7 103:13 103:24 104:4 104:8 107:8 112:10 112:21 112:23 115:7 117:7 117:17 118:9 120:13 120:24 126:20 128:6 130:14 133:3 133:7 134:14 134:17 134:20 136:5 139:4 140:7 144:17 144:19 147:7 148:2 148:19 150:15 151:4 151:7 151:25 152:15 153:9 153:21 153:25 156:5 156:5 156:14 157:1 157:15 157:21 158:7 158:12 158:24 160:4 160:9 160:15 160:23 160:25 161:12 161:23 162:11 163:7 163:12 164:12 164:13 164:21 164:22 165:4 165:6 165:8 165:13 165:18 165:22 165:23 166:1 166:13 166:15 166:20 171:2 172:8 172:15 172:17 172:24 174:16 177:20 177:24 179:15 179:25 180:6 180:7 181:6 181:24 183:1 183:19 184:5 184:14 184:17 184:19 184:21 185:8 185:11 185:16 185:21 185:25 186:3 187:7 187:17 188:3 188:5 189:13 191:6 191:15 191:21 191:24 191:25 192:7 | |
| **honorable**(1) 1:19 | |
| **honors**(1) 49:5 | |
| **honor's**(2) 114:22 | |
| **hook**(1) 172:6 | |
| **hope**(5) 11:11 37:25 153:16 154:19 169:14 | |
| **hopes**(2) 150:20 150:22 | |
| **horse**(1) 151:1 | |
| **hotel**(2) 179:12 179:12 | |
| **hour**(6) 12:10 12:19 15:16 34:21 34:23 | |
| **hours**(4) 62:3 62:4 183:5 183:16 | |
| **house**(1) 13:15 | |
| **how**(36) 34:17 36:9 41:6 48:4 49:10 50:10 52:3 54:14 55:11 61:24 62:2 62:8 62:25 66:17 67:18 68:2 68:10 68:17 68:22 73:8 73:13 75:22 78:18 82:10 87:7 87:8 87:18 100:12 101:3 125:1 127:3 145:23 147:25 157:1 183:17 188:1 | |
| **howard**(7) 2:28 11:4 20:4 20:11 40:5 44:5 55:7 | |
| **however**(5) 18:21 39:1 114:22 157:11 159:12 | |
| **huge**(1) 169:6 | |
| **hypothetically**(1) 120:5 | |
| **i'd**(7) 13:7 17:23 18:1 23:2 93:7 100:17 100:17 | |
| **i'll**(31) 6:22 12:20 17:21 20:9 23:1 23:1 32:2 32:2 32:22 36:25 39:7 42:3 42:3 46:16 46:19 46:21 47:20 47:20 52:1 55:2 55:3 60:20 65:12 66:19 74:7 85:1 88:23 90:21 90:22 98:16 103:22 | |
| **i'm**(75) 5:19 6:11 10:25 11:12 19:7 19:19 19:19 20:23 20:3 20:17 20:23 21:7 21:8 21:9 23:21 24:12 25:11 25:22 26:18 26:15 26:22 29:4 31:4 35:3 35:25 37:6 38:18 38:19 38:19 38:21 44:6 45:5 55:2 55:3 55:25 59:18 60:17 61:24 63:18 65:1 65:8 67:6 68:4 69:12 69:12 69:23 70:1 70:10 70:24 74:1 74:5 77:19 77:20 80:9 81:4 83:6 87:20 88:9 88:10 88:24 89:2 89:3 89:14 89:24 90:2 92:21 92:21 93:2 94:19 97:24 99:5 100:25 101:1 101:14 103:11 | |
| **i's**(1) 62:10 | |
| **i've**(12) 6:15 15:21 15:25 16:2 16:9 18:17 31:3 64:23 65:7 91:3 95:6 | |
| **idea**(3) 51:7 51:9 168:18 | |
| **identical**(1) 179:1 | |
| **identification**(3) 65:17 101:3 133:10 | |
| **identified**(5) 13:14 37:15 116:20 116:23 137:9 | |
| **identify**(7) 36:9 39:7 59:9 69:20 106:4 114:19 115:15 | |
| **ignore**(1) 168:1 | |
| **iii**(1) 12:21 | |
| **illinois**(90) 12:14 14:7 14:21 16:23 24:1 24:2 24:9 24:20 26:3 35:1 52:4 52:5 53:25 57:4 67:14 67:23 68:4 68:5 68:23 68:25 70:19 71:14 71:16 72:4 72:7 72:19 84:20 87:13 87:24 94:6 94:6 94:7 99:11 99:22 99:23 100:7 100:10 100:12 100:15 100:20 101:22 105:3 105:16 106:1 108:7 108:21 109:1 109:6 109:18 110:2 111:24 113:6 113:14 113:20 114:9 115:1 118:8 118:22 118:23 119:1 119:3 119:13 119:13 119:14 119:25 120:16 120:18 121:10 121:13 122:3 122:5 122:9 128:1 128:4 167:19 167:20 168:25 174:21 174:22 175:175:5 175:7 175:11 180:23 181:3 182:16 182:18 186:21 188:12 188:25 | |
| **imagination**(1) 179:15 | |
| **imagine**(1) 168:13 | |
| **imagined**(2) 174:5 189:8 | |
| **immediately**(4) 9:1 9:5 13:9 102:14 | |
| **imminent**(1) 169:18 | |
| **impact**(10) 72:9 75:22 76:25 78:3 78:4 81:7 81:8 81:23 86:8 141:19 | |
| **impacting**(1) 51:24 | |
| **impacts**(2) 78:5 86:6 | |
| **impeach**(2) 123:19 136:6 | |
| **impeachment**(1) 123:22 | |
| **implanted**(1) 88:13 | |
| **importance**(1) 51:14 | |
| **important**(23) 7:12 7:23 26:15 51:16 52:24 62:8 77:8 77:10 77:11 77:15 77:12 86:10 142:8 142:11 173:18 173:21 175:24 176:1 176:6 178:20 179:8 179:24 180:14 | |
| **impression**(2) 43:5 43:7 | |
| **improper**(2) 27:17 123:22 | |
| **inaccessible**(1) 177:22 | |
| **inappropriate**(2) 9:16 161:22 | |
| **inc**(4) 1:8 1:9 183:6 183:6 | |
| **inclined**(2) 38:15 166:11 | |
| **include**(5) 53:24 54:1 147:21 151:22 | |
| **included**(4) 145:2 174:21 174:22 174:24 | |
| **includes**(6) 53:13 53:18 57:13 172:22 183:3 183:10 | |
| **including**(10) 27:6 52:14 53:19 62:12 166:7 166:8 173:23 173:23 178:14 186:9 | |
| **inclusion**(1) 159:6 | |
| **inconsistencies**(1) 186:13 | |
| **inconvenient**(2) 182:10 187:1 | |
| **incorporated**(1) 183:20 | |
| **incorrect**(2) 27:22 34:14 | |
| **increased**(1) 177:25 | |
| **independent**(2) 7:20 9:4 | |
| **independently**(2) 7:25 55:16 | |
| **index**(1) 4:1 | |
| **indicate**(2) 159:15 181:22 | |
| **indicated**(3) 5:21 145:10 145:20 | |
| **indicates**(1) 189:22 | |
| **indication**(1) 79:22 | |
| **indicative**(1) 109:23 | |
| **indiscernible**(7) 15:5 25:2 106:8 111:4 117:12 136:11 136:14 | |
| **individual**(7) 13:20 14:3 46:13 55:20 72:22 72:22 160:18 | |
| **industry**(3) 77:5 77:5 77:6 | |
| **infinity**(2) 39:14 39:18 | |
| **information**(12) 57:11 66:25 77:14 79:18 97:20 100:3 108:11 112:16 117:8 130:15 170:5 189:6 | |
| **informed**(2) 99:25 149:10 | |
| **initial**(2) 137:4 172:18 | |
| **initially**(2) 8:21 173:5 | |
| **insofar**(1) 117:18 | |
| **instability**(3) 174:5 189:1 189:7 | |
| **instances**(1) 62:24 | |
| **instruct**(1) 103:22 | |
| **insulating**(1) 188:9 | |
| **intangibles**(1) 51:13 | |
| **integrated**(1) 53:10 | |
| **integration**(1) 55:12 | |
| **intend**(5) 17:17 47:3 47:6 47:25 48:12 | |
| **intended**(1) 20:15 | |
| **intending**(2) 16:18 16:19 | |
| **intends**(1) 16:12 | |
| **intent**(2) 79:21 79:22 | |
| **inter-company**(2) 174:24 183:4 183:11 | |
| **intercompany**(10) 92:13 94:9 95:11 95:22 96:12 97:6 97:9 97:12 97:14 97:15 | |
| **interest**(12) 8:7 16:7 60:3 60:5 173:9 174:2 180:15 181:16 186:6 186:15 186:21 188:16 | |
| **interested**(1) 147:25 | |
| **interesting**(2) 9:17 28:9 | |
| **interestingly**(1) 15:7 | |
| **interests**(2) 173:16 179:4 | |
| **interface**(1) 54:13 | |
| **interfere**(1) 177:5 | |
| **interpret**(2) 173:11 173:13 | |
| **interrupt**(2) 25:11 52:9 | |
| **interruption**(1) 77:23 | |
| **into**(20) 13:10 17:21 21:25 52:1 53:12 78:6 78:19 83:15 105:8 130:15 138:6 138:25 158:18 161:20 163:11 170:9 180:2 181:17 185:15 188:12 | |
| **introduce**(3) 34:2 34:6 37:21 | |
| **introducing**(2) 34:11 189:1 | |
| **investigate**(1) 9:2 | |
| **investigated**(1) 9:5 | |
| **investigation**(1) 9:13 | |
| **investment**(3) 49:18 79:15 167:3 | |
| **investments**(9) 56:23 57:1 57:5 137:11 137:24 138:5 140:6 172:19 173:1 | |
| **invited**(3) 103:17 152:24 152:25 | |
| **involve**(2) 14:21 55:20 | |
| **involved**(13) 25:24 31:17 49:22 50:7 50:10 72:21 73:18 74:17 82:22 122:18 122:23 151:16 175:25 | |
| **involvement**(1) 89:6 | |
| **involves**(1) 55:14 | |
| **involving**(3) 12:23 32:21 50:7 | |
| **iowa**(2) 176:9 176:23 | |
| **irrelevant**(8) 80:7 87:17 133:4 156:10 156:11 172:24 173:5 174:4 | |
| **island**(1) 186:22 | |
| **isn't**(3) 43:21 59:22 100:12 | |
| **isn't**(14) 112:9 122:11 123:21 124:11 131:8 131:12 132:11 140:4 141:16 142:3 142:15 142:19 148:20 183:21 | |
| **israel**(262) 1:26 18:13 18:13 19:6 19:8 19:10 19:12 19:19 19:23 20:3 20:7 20:11 20:17 20:20 20:22 21:8 22:12 22:17 22:19 22:23 23:11 24:12 25:21 26:4 26:7 26:17 26:20 27:9 28:8 28:22 28:24 29:5 30:10 30:11 30:19 31:3 31:18 31:21 32:1 32:3 32:5 32:15 32:23 34:7 36:14 36:19 38:8 38:10 39:6 39:10 39:13 39:16 39:18 39:20 39:23 39:25 40:2 40:5 40:10 40:13 40:17 41:13 41:25 42:5 42:8 42:12 42:15 42:17 42:21 43:7 43:10 44:1 44:8 44:11 44:16 44:19 45:10 45:15 46:1 46:6 46:9 46:22 48:6 48:17 48:24 52:8 52:18 52:25 53:4 53:7 54:21 54:24 55:2 55:10 59:2 59:5 60:1 60:15 60:20 60:21 60:22 60:23 63:13 63:17 63:22 63:23 64:25 65:5 65:8 65:16 65:19 66:1 66:18 68:9 68:16 68:20 69:10 69:12 69:19 70:8 70:9 71:24 72:14 78:15 78:16 78:17 80:5 80:9 80:15 80:16 83:5 83:6 83:14 83:18 83:20 83:24 84:8 84:17 84:25 85:14 85:25 86:24 87:7 87:11 87:15 87:20 87:23 88:7 88:14 88:16 88:21 88:24 89:2 89:9 89:11 89:13 89:16 89:21 89:24 90:6 90:7 90:15 90:24 91:8 96:1 98:16 99:3 99:6 103:9 104:4 105:18 106:8 106:10 106:12 106:14 107:7 108:17 108:19 109:2 109:5 111:7 111:11 111:13 123:17 123:19 125:15 126:20 128:6 129:4 130:14 131:19 131:21 132:14 132:16 133:1 134:17 136:5 136:15 136:20 138:7 140:7 142:2 143:6 143:24 144:19 144:21 147:13 147:16 147:18 148:4 148:22 149:5 150:5 150:17 150:23 151:2 151:4 151:9 151:25 152:3 152:11 153:9 153:13 153:15 154:5 154:10 154:24 155:25 156:4 156:13 156:21 157:3 157:5 157:23 158:1 158:3 159:3 159:8 159:11 159:20 159:24 160:2 160:8 161:3 161:24 162:25 163:7 164:1 164:12 164:16 165:4 165:21 166:19 | |
| **issued**(1) 9:13 | |
| **issues**(9) 5:7 30:5 34:25 51:10 51:11 60:2 125:16 156:16 177:6 | |
| **issuing**(1) 9:15 | |
| **issue**(39) 5:8 5:9 5:20 6:10 7:12 8:3 8:4 8:9 8:11 10:20 15:22 21:3 28:24 30:14 30:23 31:4 32:17 35:2 35:2 35:8 42:14 42:15 47:13 78:18 82:15 88:5 125:20 125:22 136:3 156:8 158:9 158:11 158:25 159:6 159:12 159:18 171:13 186:15 190:23 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **it's**(134) 5:15 10:7 11:18 11:19 11:25 12:4 13:5 14:21 17:12 17:10 17:11 18:6 18:6 18:18 18:22 19:11 19:22 20:15 20:21 20:22 21:2 21:12 21:13 21:14 21:18 21:18 22:21 23:24 23:25 24:16 24:16 24:19 24:21 25:24 25:25 26:1 26:2 26:3 26:11 26:11 26:12 26:14 26:15 28:5 29:8 30:13 30:16 31:9 31:13 31:18 31:20 32:5 32:9 32:20 34:8 34:13 36:22 40:19 41:4 41:12 42:20 43:23 43:25 45:2 52:8 54:17 56:18 57:8 57:24 58:21 59:10 59:14 59:23 60:18 61:6 62:3 62:10 64:17 64:21 65:11 65:17 65:23 68:13 69:1 69:8 69:12 69:13 70:1 70:5 70:10 70:22 70:24 71:13 71:16 71:19 75:25 76:12 77:10 77:15 77:24 78:2 78:4 78:11 79:8 80:7 81:2 81:4 81:22 83:10 84:1 84:3 84:14 84:16 84:25 84:25 86:7 86:8 86:24 87:8 88:4 88:23 88:25 89:9 90:13 92:4 94:16 95:20 100:15 100:20 100:25 101:9 101:15 102:19 103:10 | | **jobs**(2) 188:20 189:21 **johnson**(1) 8:10 **johnston**(1) 11:18 **joinder**(12) 6:9 7:11 7:12 7:20 7:21 8:12 15:6 132:13 132:24 134:5 134:11 178:8 **joinding**(1) 7:17 **joining**(2) 7:17 184:8 **joint**(7) 6:12 34:22 36:15 63:19 63:25 128:22 155:3 **jointly**(1) 1:6 **jsdu**(7) 70:24 71:6 71:12 116:24 117:2 119:1 119:12 **judge**(65) 1:19 1:20 13:11 15:1 15:12 17:17 17:23 19:17 19:25 20:5 21:9 21:16 21:22 22:1 23:19 24:5 24:6 27:22 28:23 28:25 30:20 32:8 32:20 35:19 36:2 36:13 36:20 37:22 38:6 42:14 42:22 43:8 43:18 44:6 44:12 44:22 45:18 46:23 52:11 88:1 88:15 89:3 89:8 91:6 98:16 104:3 107:5 111:19 115:25 124:24 128:11 131:22 133:22 141:25 143:7 152:12 153:3 154:10 154:25 164:6 164:17 166:23 173:15 179:2 190:6 **judgment**(9) 14:14 14:23 78:20 85:23 126:6 126:7 126:12 126:13 126:15 127:7 **judgments**(2) 171:6 171:9 **judicial**(4) 30:12 31:10 31:14 112:15 **july**(2) 1:17 29:13 **jumped**(1) 13:10 **junior**(1) 175:14 **jurisdiction**(2) 46:15 126:13 **jurisdictional**(1) 7:16 **just**(178) 8:6 8:6 11:2 12:9 12:20 14:6 17:11 17:11 18:16 19:3 21:19 22:24 24:14 24:16 25:24 26:10 26:15 27:18 27:21 28:17 29:9 30:15 31:1 32:13 34:2 32:9 32:18 32:20 33:14 34:10 34:13 34:23 35:17 36:21 41:13 42:22 42:24 43:12 43:21 44:6 46:11 46:14 46:17 47:21 49:12 50:12 52:18 52:20 54:10 54:25 55:11 55:17 55:22 56:20 56:25 58:19 59:6 60:10 62:23 63:8 63:14 65:9 65:10 65:19 66:5 66:14 66:16 68:14 69:10 71:19 72:10 74:6 75:6 78:25 80:2 80:9 81:7 81:23 83:6 86:9 87:4 87:4 87:15 87:20 88:6 88:7 88:10 89:5 89:9 90:9 90:12 91:17 94:17 95:17 95:24 97:13 97:19 97:20 101:3 102:15 103:20 103:3 115:1 115:2 116:1 117:13 118:8 118:21 120:13 121:2 122:13 123:9 123:11 124:1 126:20 128:6 128:11 130:14 133:1 133:19 135:12 136:17 137:20 138:6 139:2 139:14 141:10 146:19 146:24 147:7 150:25 151:15 152:18 152:21 153:19 153:22 154:25 156:4 156:11 156:23 156:2 157:1 157:5 157:10 158:7 159:3 160:3 166:1 166:2 166:15 164:17 164:20 165:9 166:1 166:8 166:9 166:23 169:23 169:24 171:1 178:19 179:5 179:16 180:5 181:24 182:23 183:4 183:8 184:7 184:16 185:11 187:4 187:8 188:17 188:17 189:16 191:23 191:24 **justice**(9) 25:3 30:5 60:4 60:5 173:9 174:2 186:6 186:15 190:19 **justification**(1) 170:14 **justifies**(1) 161:8 **kansas**(6) 67:25 69:4 121:16 121:17 122:4 122:4 **katz**(1) 3:24 **keep**(10) 40:25 41:14 41:16 60:5 85:10 97:19 97:19 125:23 126:3 174:14 **keeping**(3) 89:6 181:10 190:20 | | **kentucky**(1) 69:2 **kept**(1) 170:13 **kevin**(1) 1:19 **kind**(9) 41:4 79:25 96:11 112:16 171:5 177:16 182:16 183:12 185:14 **kinds**(1) 76:1 **king**(1) 2:36 **kiriakos**(1) 2:27 **kjc**(1) 1:5 **klein**(2) 2:29 11:5 **knew**(5) 13:21 21:24 22:1 122:12 126:12 **know**(172) 10:14 11:7 13:10 17:4 17:7 17:10 17:15 18:20 20:24 21:1 21:3 21:5 21:18 22:2 22:17 22:19 22:20 22:20 24:3 24:14 26:3 26:11 26:12 26:14 28:16 29:10 29:10 30:9 30:11 30:13 30:15 31:7 31:20 31:22 31:23 32:18 34:12 34:14 35:1 38:1 38:6 43:13 45:3 45:12 45:16 46:4 51:6 51:12 51:12 54:2 55:1 56:1 56:2 58:1 58:23 59:6 59:15 60:8 60:24 60:25 61:1 66:15 66:16 69:1 70:5 75:9 75:10 75:13 75:14 75:19 75:22 76:22 76:24 77:11 77:19 77:23 77:25 78:1 78:24 79:25 82:5 82:25 84:2 84:4 84:5 85:4 86:8 87:11 87:16 87:18 88:5 88:16 89:10 92:12 92:13 92:17 92:24 93:5 93:13 93:16 93:17 94:8 94:14 97:4 97:12 97:19 100:3 100:15 106:16 106:17 106:24 108:1 110:16 110:8 112:1 112:8 114:17 117:22 118:1 120:2 120:4 123:1 123:4 123:12 123:14 123:16 124:25 126:10 127:3 127:6 127:10 127:13 127:18 132:17 133:2 145:20 145:22 145:22 146:11 146:15 147:24 149:10 149:14 149:18 149:22 150:22 152:8 152:25 154:1 157:22 159:3 159:19 160:15 160:20 162:8 164:21 169:3 169:5 169:8 169:19 170:3 174:6 180:16 181:1 183:5 183:8 187:2 187:8 188:1 191:9 191:10 **knowing**(1) 126:17 **knowledge**(9) 87:15 88:9 88:11 89:2 89:5 107:23 116:7 124:18 144:13 **known**(1) 56:22 **knows**(3) 41:1 97:9 189:4 **lack**(1) 96:18 **laid**(3) 71:24 148:20 149:1 **landis**(2) 2:40 184:15 **language**(1) 181:16 **large**(6) 63:6 72:7 75:9 90:13 114:18 114:21 130:9 145:23 174:8 184:22 **larger**(3) 75:8 90:12 179:5 **largest**(1) 62:25 63:1 63:2 67:16 106:6 107:18 173:20 179:20 181:9 182:17 187:1 **laser**(1) 53:20 **last**(17) 22:13 28:11 32:14 43:8 66:21 67:20 101:5 103:2 108:9 113:9 113:9 115:8 121:7 155:24 171:2 172:13 177:10 **later**(5) 52:1 96:1 137:25 172:23 173:4 **latest**(1) 79:5 **latter**(1) 168:15 **laughter**(5) 39:17 43:6 98:20 103:16 **law**(17) 3:4 7:8 9:17 11:25 14:7 24:2 31:18 36:18 167:7 167:10 171:15 171:17 171:21 172:9 173:15 181:13 184:6 **lawsuit**(11) 82:19 82:20 82:21 82:23 82:25 83:3 83:21 135:3 140:13 140:23 148:9 **lawsuits**(1) 51:19 **lawyer**(4) 22:18 30:25 111:3 142:3 **lawyers**(1) 131:10 **lay**(1) 95:25 **lead**(6) 73:6 73:8 134:2 176:2 176:3 185:7 | | **leading**(9) 78:13 95:13 96:7 112:22 148:2 150:3 150:15 150:18 150:24 **leak**(2) 189:11 189:14 **learn**(1) 63:9 **learned**(6) 6:14 8:24 8:25 13:9 105:6 105:7 160:4 160:10 **learning**(1) 190:7 **lease**(7) 56:14 56:17 56:18 57:4 57:7 57:8 172:22 **leases**(2) 172:25 173:2 **least**(6) 64:7 77:1 107:4 108:15 166:9 175:22 182:4 187:23 0 **leave**(4) 75:18 83:25 150:13 172:14 **leaves**(2) 164:5 164:6 **leaving**(3) 84:10 84:21 135:6 **led**(1) 95:17 **left**(13) 83:3 83:8 83:9 83:11 83:15 83:21 134:25 135:2 148:8 148:14 148:14 148:18 149:7 150:7 **legal**(7) 42:1 43:15 74:1 80:25 81:4 81:4 144:10 **legalities**(1) 78:21 **lender**(6) 86:14 86:16 173:19 173:24 179:6 185:18 **lenders**(4) 50:17 177:2 177:2 181:9 **lender's**(1) 185:20 **length**(1) 151:3 **less**(3) 11:22 48:11 127:23 **let**(57) 5:19 16:11 19:16 22:8 37:9 38:10 56:25 59:6 80:9 82:4 92:3 93:12 93:13 111:14 112:17 114:5 115:13 116:4 117:6 117:22 124:8 124:11 127:8 130:21 132:20 135:18 137:22 138:17 141:20 145:12 152:13 154:25 157:5 160:3 163:10 167:15 170:8 172:1 173:11 178:19 191:10 191:10 **let's**(14) 16:11 20:8 23:10 24:5 28:21 47:19 48:16 61:16 62:21 72:15 73:17 76:21 93:24 100:21 **letter**(2) 53:18 56:6 **letters**(3) 79:21 79:22 88:5 **let's**(11) 110:19 112:19 113:1 117:19 119:17 120:5 121:7 133:20 138:17 139:17 154:5 **level**(5) 75:12 97:5 149:22 172:5 189:3 **liabilities**(3) 139:21 139:22 140:1 **lies**(1) 30:1 **lifted**(2) 141:25 142:1 **light**(3) 6:4 10:20 78:8 **like**(37) 10:14 10:25 13:7 17:23 18:2 23:2 34:17 34:20 42:2 47:14 53:14 78:14 84:19 91:1 93:13 101:2 106:5 107:13 115:20 150:24 157:23 159:15 160:20 162:10 164:9 165:8 171:8 172:3 174:19 177:14 177:21 178:19 179:5 180:2 185:13 189:17 192:4 **likely**(4) 8:14 54:16 127:7 127:24 **likes**(1) 33:7 **limit**(1) 9:12 **limited**(6) 15:10 31:16 31:21 32:2 35:17 72:3 **limiting**(1) 66:7 **line**(8) 109:22 123:9 124:22 125:10 128:16 133:3 135:19 178:5 **lines**(2) 150:11 181:15 **liquidated**(1) 169:15 **liquidation**(5) 169:14 177:11 177:12 177:14 179:14 **liquidity**(5) 76:7 76:8 78:4 82:5 149:7 |
| **item**(1) 102:24 **items**(2) 102:19 102:21 **its**(15) 21:15 37:1 63:9 90:21 105:13 105:17 110:3 117:13 117:18 136:25 137:2 164:7 169:16 179:20 186:4 **itself**(3) 5:23 77:23 190:4 **it's**(94) 106:14 106:14 106:17 106:23 106:23 107:3 109:11 110:2 110:25 111:3 111:10 111:20 112:21 112:21 113:16 114:21 115:16 116:8 117:6 117:16 117:25 118:11 118:11 119:1 119:1 119:25 120:3 120:6 123:22 125:24 128:12 128:16 134:1 137:19 137:21 138:7 140:3 142:11 143:7 147:10 147:22 147:23 148:22 149:12 149:14 150:8 156:22 156:23 158:22 158:22 163:15 163:23 164:3 164:17 164:24 165:13 166:3 167:8 167:8 168:23 169:20 169:25 170:25 171:25 172:1 174:4 174:4 175:24 176:18 176:19 176:24 177:14 177:16 177:21 179:12 179:12 180:9 180:1 180:21 182:1 182:8 182:8 182:10 182:21 182:22 183:24 183:25 184:24 184:25 185:185:12 189:12 189:14 191:14 **i'd**(9) 106:5 107:13 113:16 138:9 162:11 165:24 174:19 178:19 182:11 **i'll**(20) 109:7 111:17 126:22 128:7 138:7 139:2 149:2 149:3 150:25 164:23 165:3 165:15 172:12 172:15 179:24 184:18 185:23 191:15 191:18 191:19 **i'm**(47) 107:8 107:9 109:15 110:8 110:25 111:22 112:17 114:13 119:5 120:22 121:1 121:21 123:15 124:15 126:25 128:3 128:12 133:1 133:16 138:2 138:21 139:4 142:2 143:7 143:23 143:24 144:2 152:1 153:22 154:18 155:5 156:23 157:6 159:20 160:16 160:17 161:4 161:15 162:13 164:1 166:11 166:25 170:8 174:17 182:20 191:2 192:14 **i've**(9) 123:2 123:15 123:15 124:5 124:25 147:22 153:15 160:10 188:17 **james**(1) 3:11 **jamuna**(1) 7:13 **january**(1) 75:24 **jdsu**(3) 70:24 113:10 113:12 **jeffrey**(1) 1:27 **jeopardize**(1) 188:25 **jeopardy**(2) 86:7 178:14 **jersey**(23) 1:9 9:23 14:20 14:22 27:7 53:25 56:12 57:20 59:14 59:14 61:18 62:19 73:5 93:25 110:1 110:14 111:4 129:6 129:9 145:19 176:6 176:8 176:22 **jittery**(1) 60:9 **job**(3) 114:18 114:21 141:10 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| list(13) 18:23  19:3  20:4  67:12  104:17 106:6  106:21  107:17  110:16  155:14  161:2 175:5  191:1 | | lot(20) 5:12  22:16  38:24  55:23  57:19 57:21  74:12  75:21  82:2  82:25  85:9  87:3 111:5  154:18  156:10  164:20  166:6  169:19 169:20  187:3 | | may(74) 6:4  11:6  19:17  27:12  32:14  32:16 33:14  38:20  39:22  44:7  54:21  54:23  55:18 55:18  55:19  56:6  59:2  59:4  60:12  63:20 63:21  65:13  65:24  68:6  68:17  69:17  69:18 70:8  72:1  82:14  85:1  86:25  88:4  88:4 89:20  89:22  90:2  92:3  92:9  92:9  92:16 92:23  93:8  96:2  97:10  101:10  101:12 105:19  107:24  109:20  109:21  110:9  117:7 118:15  124:1  134:20  134:21  135:13  142:25 147:13  149:3  153:4  153:25  154:1  154:6 154:7  156:25  157:20  159:5  160:23  160:24 182:3  186:11  188:8 | | millions(10) 94:8  94:12  95:11  95:22  96:4 96:12  174:23  183:3  183:8  183:10 |
| listed(28) 59:23  66:8  67:4  67:22  67:23 70:13  70:16  71:1  102:24  104:23  105:15 106:1  108:6  110:10  110:14  110:16  110:20 113:18  113:24  139:18  140:24  153:20 154:12  155:24  155:25  157:8  157:10  182:1 | | lowenstein(2) 2:4  186:1 loyalty(2) 53:22  54:8 luck(1) 55:7 lugano(1) 1:42 lunch(1) 103:12 | | | | mind(1) 22:5 minds(2) 57:25  85:5 minute(6) 10:5  16:1  22:13  23:18  47:2 minutes(7) 6:23  23:6  89:13  98:15  151:25 166:21  180:2 |
| listen(1) 76:10 listening(1) 16:5 listing(1) 154:11 lists(2) 53:15  103:3 | | made(29) 9:5  11:2  13:4  13:15  17:17  38:16 39:3  41:22  48:2  50:21  76:3  109:23  120:9 127:9  127:19  132:7  132:12  137:14  146:3 158:2  161:5  166:4  171:19  176:8  176:23 184:17  188:6  188:20  189:22 | | maybe(10) 22:5  28:14  37:5  37:8  38:14 45:20  48:11  86:4  168:16  189:19 | | mischaracterizing(1) 108:19 miss(1) 172:20 misses(1) 186:14 mistake(1) 109:23 moment(6) 47:4  63:14  65:1  89:20  95:18 113:18 |
| literally(3) 16:1  34:20  34:23 litigating(2) 12:16  170:19 litigation(19) 12:5  25:14  25:15  27:10 29:21  32:18  73:13  74:17  74:19  76:19 76:23  76:25  140:18  140:21  140:25  141:2 141:9  141:16  188:10 | | magnificent(1) 1:36 mail(6) 53:10  53:11  55:13  55:14  55:19 mailed(1) 56:8 mailing(3) 53:15  53:18  55:21 main(1) 168:9 maintain(1) 190:1 | | mayer(1) 2:26 mcclarity(1) 175:12 mcclintock(1) 1:33  1:35  3:20 meadowcroft(1) 49:19 mean(42) 11:15  12:4  21:22  22:24  24:16 26:9  27:11  27:18  28:13  30:11  31:13  34:9 34:10  34:18  36:7  36:19  36:22  36:22  37:25 41:5  45:10  45:11  46:2  46:14  56:9  59:15 81:6  84:3  87:5  90:5  103:23  111:7  111:8 111:14  129:18  147:22  151:5  162:5  162:17 164:17  168:17  183:14 | | momentum(1) 87:3 money(3) 14:9  14:11  25:19 monitor(1) 125:4 month(3) 105:8  137:25  139:25 moot(4) 14:5  19:22  20:1  192:5 moots(1) 6:10 more(21) 9:25  10:7  29:15  33:3  38:21 53:16  53:17  89:3  102:8  124:4  127:9 127:23  151:16  151:25  161:9  165:13  166:22 171:22  176:19  185:13  189:15 |
| litigations(2) 75:2  180:17 litigators(4) 176:11  176:12  176:13  178:4 little(8) 52:1  57:10  102:7  102:17  119:5 121:20  151:10  158:21 | | major(2) 35:1  35:2 majority(1) 129:23 make(29) 6:16  7:25  12:9  18:16  29:14  39:5 52:16  53:16  62:12  62:14  101:14  112:18 120:9  120:21  122:2  122:7  123:11  126:2 148:25  154:16  156:5  156:11  156:25  166:1 168:13  175:17  175:18  191:1  191:3 | | meaning(1) 16:8 meaningful(2) 17:9  131:7 means(4) 7:21  11:16  56:20  132:17 meant(2) 69:23  98:18 measures(1) 83:25 media(1) 50:16 | | morning(30) 5:3  5:4  5:5  11:6  15:4  48:25 49:1  104:21  105:23  109:23  116:11  125:15 129:4  130:4  130:7  134:24  140:11  141:4 142:13  142:20  144:9  144:14  144:15  148:22 149:2  157:21  157:23  158:25  159:2  159:18 |
| live(7) 45:16  159:9  159:17  159:24  161:21 161:25  162:3 | | makes(5) 92:1  167:11  172:18  176:7  179:19 makeup(2) 71:3  72:16 making(5) 79:19  122:18  135:3  145:1 man(1) 172:7 | | meet(3) 33:8  131:11  132:4 meeting(11) 8:19  13:11  20:23  25:6  25:16 131:14  131:15  152:18  152:24  156:1  169:1 | | morris(1) 3:11 mortgage(2) 13:15  50:17 most(8) 47:24  98:25  122:21  169:3  169:12 173:18  180:20  180:22 |
| lives(2) 144:6  172:8 llc(10) 1:23  56:9  56:11  137:11  137:24 138:4  140:6  166:25  172:19  172:25 | | manage(1) 129:23 managed(1) 170:13 management(7) 27:8  49:15  49:15  50:3 53:14  54:12  54:18 | | meetings(1) 160:12 member(11) 71:15  99:20  99:23  100:1 100:6  102:8  105:15  113:1  113:9  116:24 179:20 | | mostly(1) 180:23 mother(1) 9:10 motion(50) 6:10  6:15  6:16  7:20  10:9 10:10  15:7  15:9  15:16  15:19  27:5  28:4 30:13  38:23  75:19  88:17  105:13  105:17 |
| llp(5) 1:24  2:18  2:40  3:11  3:20 local(4) 72:6  74:14  82:23  185:10 located(32) 59:19  59:20  59:22  61:2  61:17 62:22  63:1  63:2  63:6  68:5  69:4  71:8 72:19  73:4  73:10  73:14  73:15  81:18 86:16  86:18  115:4  117:2  122:21  128:2 128:5  144:23  145:8  168:1  168:11  168:25 169:1 | | manhattan(1) 2:13 manipulated(2) 174:21  186:11 manner(1) 47:24 manufacture(3) 53:21  55:18  56:4 manufactured(2) 10:7  56:5 manufacturer(1) 53:8  58:8 manufacturing(2) 58:8  58:8 many(25) 22:24  34:17  39:7  39:7  50:11 52:14  55:14  77:12  78:24  82:10  85:7  87:7 87:8  91:3  92:25  95:23  97:12  105:25 105:25  110:3  110:3  110:9  110:9  176:2 177:14 | | members(11) 33:1  99:10  100:9  104:18 113:19  114:8  167:19  167:22  175:11  179:1 179:20 memo(7) 43:2  43:4  43:10  43:18  43:19 63:19  178:9 | | 115:11  132:13  132:25  134:6  134:12  137:2 137:9  137:14  140:15  142:8  142:19  153:8 169:21  170:2  170:8  171:23  178:22  178:23 180:7  180:9  182:12  183:21  184:8  184:8 185:22  186:4  191:7  191:12  191:16  191:24 191:25  192:5 |
| location(18) 30:4  33:25  41:19  41:21  52:22 80:6  80:18  108:14  108:16  108:22  114:8 115:2  115:6  130:22  168:2  176:21  179:19 186:10 | | manzo(1) 49:17 march(1) 14:17 mark(2) 2:12  101:6  103:6  106:5 marked(9) 4:10  4:18  65:12  66:20  90:8 91:3  101:14  133:8  133:10 | | memorandum(3) 6:13  128:22  155:4 memorializes(1) 43:11 memory(2) 93:7  93:19 mention(2) 130:8  140:20 mentioned(10) 63:3  75:4  125:16  130:9 140:16  148:9  152:21  166:5  185:5  185:14 | | motions(9) 30:14  51:4  51:4  61:23  125:16 171:20  183:23  185:2  187:3 motive(3) 171:5  171:6  171:7 motives(2) 181:23  187:10 movant(3) 8:11  165:25  186:20 |
| locations(3) 53:25  109:24  110:9 locus(1) 183:24 lodged(3) 18:17  36:5  36:7 logically(1) 189:6 long(5) 49:10  103:15  124:3  126:8  170:3 longer(10) 62:3  85:24  99:15  99:25  126:2 126:4  126:8  126:15  127:3  127:7 | | market(6) 1:11  1:29  2:14  2:21  2:42  3:6 marketplace(1) 51:23 martin(38) 2:20  10:21  10:21  11:4  11:10 22:3  32:8  32:11  153:16  153:21  153:25 154:2  154:19  154:25  155:1  155:3  155:6 155:8  155:11  155:14  155:18  155:22  156:1 156:19  156:25  157:4  157:20  158:9  158:11 158:23  159:13  160:23  160:25  162:10 162:17  162:19  162:25  163:4 | | mere(1) 61:13 met(3) 25:7  126:1  132:6 method(1) 115:5 mexican(6) 66:12  67:17  119:23 mexico(11) 33:2  109:25  110:23  110:23 110:25  111:1  111:4  111:5  111:23  112:6 120:5 | | movant's(1) 179:3 move(19) 16:11  28:21  34:1  57:22  72:15 77:20  85:15  86:4  89:25  90:9  103:7  115:7 115:25  134:14  146:4  146:16  151:4  159:13 189:18 moved(5) 8:12  90:8  171:15  181:24  182:6 moves(2) 84:2  87:4 moving(9) 22:5  41:1  41:1  43:1  52:19 52:19  87:24  128:12  171:16 |
| look(55) 7:18  13:17  17:4  18:1  22:5  26:11 27:22  27:23  45:12  58:25  63:24  64:8  64:1 65:10  66:20  67:6  67:9  69:8  70:15  70:23 71:12  83:15  85:12  91:7  94:15  95:5  101:17 102:7  104:17  107:2  108:3  108:9  110:19 113:17  116:19  117:4  117:14  118:4  118:6 118:19  119:17  121:7  124:3  138:17  139:17 139:21  142:12  142:17  142:23  154:10 158:11  162:11  170:8  175:1  175:11 | | master(2) 40:19  59:10 mastercard(2) 57:16  57:18 materials(1) 58:9 math(4) 17:11  64:20  64:21  64:22 matrix(2) 97:19  175:2 matter(18) 5:12  5:17  8:8  11:25  25:22 27:14  27:15  27:19  27:20  80:25  88:22 161:6  167:10  171:17  172:18  181:25  190:7 192:22 matter's(1) 46:20 matters(1) 162:7 matthew(1) 1:35 | | michigan(1) 1:37 microphone(2) 117:9  121:20 mid(1) 12:21 middle(2) 102:7  108:4 might(10) 26:14  37:5  56:4  56:5  56:7  58:8 126:18  127:11  163:13  164:25 mildly(1) 38:4 mile(1) 1:36 mileage(1) 186:9 miles(2) 111:8  161:9 militates(1) 7:3 million(7) 9:6  96:12  97:23  98:2  115:19 183:7  183:17 | | mrs(4) 27:1  74:14  128:25  140:14 much(18) 22:2  38:20  48:4  53:23  62:23 63:11  68:3  111:1  113:6  113:14  113:4 114:9  119:3  121:24  172:18  179:19  187:24 192:10 multi-color(1) 53:20 multi-national(4) 72:7  75:9  109:24  145:24 multipage(1) 65:10 multiple(1) 147:22 must(6) 7:19  7:24  7:25  91:4  91:4  192:13 mutual(3) 13:1  74:21  82:22 myriad(1) 186:9 myself(1) 52:11 naders(1) 26:9 name(2) 167:1  182:16 |

| Word | Page:Line |
|---|---|
| **named**(1) 130:10 | |
| **narrow**(1) 179:3 | |
| **national**(7) 3:4 98:9 177:13 177:16 177:17 182:8 184:7 | |
| **nature**(5) 57:11 57:13 75:7 75:10 77:24 | |
| **near**(3) 111:3 160:11 190:24 | |
| **necessarily**(3) 51:15 91:20 168:14 | |
| **necessary**(6) 159:5 162:7 162:21 163:5 164:22 191:12 | |
| **necessity**(1) 177:10 | |
| **need**(15) 11:6 16:18 17:10 22:24 24:14 37:21 66:16 76:10 101:1 111:15 117:9 126:19 156:9 162:16 179:17 | |
| **needed**(1) 191:16 | |
| **needle**(3) 34:1 146:4 146:16 | |
| **needs**(6) 54:14 55:17 55:24 118:12 178:12 181:17 | |
| **negates**(1) 7:9 | |
| **negative**(1) 78:9 | |
| **negotiate**(1) 86:13 | |
| **negotiations**(2) 79:7 151:11 | |
| **neither**(1) 28:15 | |
| **nervous**(1) 82:2 | |
| **net**(2) 56:18 57:8 | |
| **network**(3) 8:13 8:13 50:17 | |
| **neutral**(3) 175:17 175:18 175:22 | |
| **never**(12) 11:22 14:18 18:17 122:23 123:2 123:15 123:15 124:5 133:3 133:17 164:4 165:2 | |
| **new**(41) 1:9 2:8 9:23 14:20 14:22 27:6 49:17 53:25 56:12 57:20 59:14 59:14 61:5 61:18 62:19 63:3 65:9 73:5 73:5 73:12 86:17 86:19 93:25 106:5 110:1 110:14 113:25 129:6 129:9 145:19 147:12 166:6 169:23 173:24 175:10 176:6 176:8 176:10 176:22 190:6 190:16 | |
| **news**(3) 8:12 8:13 85:10 | |
| **next**(16) 13:22 24:22 24:23 26:18 28:22 32:7 32:13 70:13 111:7 111:21 113:1 128:13 168:22 169:2 169:13 172:13 | |
| **nexus**(1) 96:11 | |
| **night**(1) 155:24 | |
| **ninth**(1) 11:18 | |
| **nods**(1) 38:4 | |
| **non**(1) 58:8 | |
| **non-intercompany**(1) 93:6 | |
| **non-party**(2) 10:14 10:18 | |
| **non-secured**(2) 54:7 58:9 | |
| **non-speaking**(1) 112:19 | |
| **non-stop**(1) 112:5 | |
| **none**(7) 6:8 148:8 148:14 148:18 170:23 176:11 178:14 | |
| **norcon**(1) 12:21 | |
| **normally**(4) 22:19 34:12 160:15 165:24 | |
| **north**(6) 1:29 1:37 2:24 2:21 3:6 61:18 | |
| **northern**(2) 139:14 188:11 | |

| Word | Page:Line |
|---|---|
| **not**(231) 5:23 6:24 6:24 8:5 9:2 9:10 9:18 10:4 10:14 11:6 11:16 12:6 12:24 13:5 13:10 14:21 15:21 16:18 16:19 17:4 17:8 17:8 21:4 21:7 21:9 21:14 22:10 22:11 22:13 22:21 25:25 26:1 26:14 26:18 26:19 27:11 27:12 28:12 28:14 29:7 30:16 30:17 31:5 31:5 31:5 31:20 34:11 35:6 38:19 38:19 38:21 40:17 45:7 45:16 45:20 45:22 46:1 46:12 46:20 47:6 51:15 51:24 52:6 52:19 52:19 59:23 62:22 65:4 67:5 69:3 69:21 70:14 71:2 71:16 72:8 72:20 72:25 74:1 75:3 75:15 75:14 76:25 81:4 81:4 81:4 81:9 83:25 84:22 84:25 86:12 88:3 88:8 88:8 88:9 89:3 89:4 92:3 92:22 93:21 94:19 99:14 100:7 100:13 100:20 100:23 103:17 103:22 107:23 107:24 108:22 109:2 110:12 111:12 114:21 116:5 116:7 117:12 118:10 118:11 119:1 122:25 123:5 124:13 124:15 124:15 124:18 125:23 125:24 126:17 127:10 127:20 128:16 130:22 131:6 131:16 131:24 132:7 132:21 135:16 136:8 136:20 137:4 137:10 137:10 138:14 138:20 142:3 143:3 143:11 143:16 143:22 143:23 144:1 144:12 144:8 146:15 150:7 151:14 152:25 153:17 156:6 157:7 157:13 159:4 159:17 160:3 160:5 160:9 160:9 160:10 160:16 160:19 160:21 161:15 161:25 162:3 162:11 164:18 165:2 165:13 166:11 167:5 167:9 167:13 168:1 168:11 169:14 170:8 170:10 170:17 171:11 171:22 172:2 172:2 175:14 176:24 177:14 177:16 177:21 177:24 178:15 178:16 179:14 180:7 180:10 180:1 180:21 180:21 180:23 182:12 182:20 182:20 182:21 183:11 183:15 183:24 185:7 187:6 188:16 189:8 189:16 190:9 191:2 191:11 191:14 192:14 | |
| **note**(8) 20:9 34:14 35:7 41:16 66:8 128:6 164:20 170:1 | |
| **noted**(1) 66:10 | |
| **nothing**(7) 9:7 9:8 42:11 49:24 135:7 181:25 191:21 | |
| **notice**(11) 30:12 31:10 31:14 87:21 87:21 112:16 145:11 145:13 145:18 185:3 185:3 | |
| **noticed**(2) 185:4 185:6 | |
| **notified**(1) 10:6 | |
| **notion**(1) 48:8 | |
| **notwithstanding**(1) 84:5 | |
| **november**(2) 13:12 13:24 | |
| **now**(77) 5:25 6:14 6:16 6:22 13:10 18:23 22:18 22:19 23:2 28:9 31:9 37:5 43:2 47:7 47:20 47:20 52:25 53:7 57:9 58:10 61:16 62:21 66:2 67:18 68:1 69:21 70:1 70:1 70:15 72:15 73:23 74:20 75:4 77:8 80:24 81:25 83:24 84:8 88:6 90:5 92:20 101:24 103:12 103:15 109:11 115:23 118:1 118:9 121:12 127:15 129:16 133:17 138:1 138:24 139:17 141:5 143:3 146:7 146:22 147:12 153:11 154:18 156:4 159:12 160:2 162:15 163:9 164:3 165:16 165:19 169:22 172:15 173:8 178:19 179:23 184:17 190:2 | |
| **number**(35) 5:13 5:18 8:8 24:3 24:25 26:22 29:2 29:8 36:12 52:13 54:2 72:6 72:6 82:23 87:8 92:17 92:24 101:1 101:6 102:1 106:24 107:16 111:21 119:2 120:19 147:21 166:4 166:5 166:5 175:4 175:4 175:14 186:11 186:19 186:20 | |
| **numbered**(1) 39:12 | |
| **numbering**(1) 18:5 | |
| **numbers**(14) 17:3 17:5 17:8 34:23 51:16 64:15 84:11 95:17 122:12 174:20 174:25 174:25 181:2 186:14 | |
| **numerous**(1) 190:2 | |

| Word | Page:Line |
|---|---|
| **o'connor**(1) 2:11 | |
| **oakland**(1) 67:25 | |
| **oath**(2) 21:13 104:10 108:14 | |
| **object**(33) 19:14 20:17 24:23 24:24 25:1 25:2 25:3 36:11 42:22 43:19 43:23 44:23 44:24 45:4 45:8 59:21 66:14 66:14 80:10 99:3 99:6 117:17 128:7 130:15 132:16 133:1 138:7 138:10 142:2 147:7 150:15 159:6 164:18 | |
| **objected**(8) 11:21 18:21 22:9 32:24 41:25 106:15 106:20 154:14 | |
| **objecting**(1) 20:23 | |
| **objection**(91) 5:24 7:8 7:8 17:22 18:11 18:17 18:18 19:1 23:20 23:21 24:11 24:22 25:19 26:16 28:19 30:10 32:13 36:23 40:7 40:11 40:18 43:22 52:10 68:7 68:13 71:22 78:12 79:25 80:12 83:4 83:12 83:19 84:2 86:22 87:14 87:23 87:25 88:20 89:4 89:8 89:11 90:10 90:11 92:15 92:20 95:13 96:7 96:7 96:15 97:8 103:8 103:9 103:10 105:18 106:25 108:17 108:18 109:2 111:7 112:10 112:12 112:19 112:19 117:16 118:1 120:13 120:23 123:17 126:20 131:19 132:14 134:16 134:17 134:18 136:5 143:6 143:24 148:2 148:19 150:3 153:18 156:2 157:16 157:17 163:1 164:1 164:5 164:11 164:16 164:19 | |
| **objection's**(2) 21:21 60:12 | |
| **objections**(29) 18:3 18:15 22:11 23:3 23:14 36:5 36:8 36:12 36:21 44:3 44:5 44:9 44:17 44:24 47:15 88:11 152:21 154:12 154:15 154:20 155:24 155:25 157:8 157:13 157:24 158:1 158:2 162:15 | |
| **objectives**(1) 82:4 | |
| **obviously**(13) 5:8 24:13 26:8 72:9 84:13 166:4 175:25 176:18 176:18 177:1 182:6 183:11 188:12 | |
| **occasion**(3) 52:9 86:13 158:18 | |
| **occasionally**(1) 50:4 | |
| **occupying**(1) 56:21 | |
| **occur**(1) 81:9 | |
| **occurred**(3) 26:3 133:4 151:11 | |
| **october**(1) 161:13 | |
| **off**(10) 50:18 51:5 75:5 92:17 161:16 166:24 168:19 170:3 187:17 191:7 | |
| **offer**(9) 16:12 17:21 17:24 18:2 21:24 47:3 47:6 54:17 91:23 | |
| **offered**(6) 24:21 26:1 26:2 163:11 163:12 164:4 | |
| **offering**(3) 31:25 40:20 161:11 | |
| **offhand**(1) 21:16 | |
| **office**(12) 2:34 2:34 68:24 70:20 70:22 73:12 110:1 110:14 121:17 145:9 145:11 145:21 | |
| **officer**(5) 46:4 46:17 53:2 161:16 161:17 | |
| **officers**(5) 50:4 50:14 160:16 | |
| **offices**(5) 68:25 72:6 73:11 145:15 176:10 | |
| **official**(2) 2:4 147:11 186:2 | |
| **officially**(1) 29:23 | |
| **often**(2) 55:15 171:22 | |
| **ohio**(1) 145:9 | |

| Word | Page:Line |
|---|---|
| **okay**(234) 16:11 17:12 17:19 18:11 19:8 19:10 19:12 19:14 20:2 20:6 20:7 20:10 20:20 20:22 23:5 23:23 28:20 29:6 29:16 30:18 32:1 32:3 32:12 32:23 33:13 33:16 33:18 33:22 35:4 35:10 35:13 35:15 36:9 36:17 36:25 37:7 37:17 37:19 37:22 37:23 38:3 38:4 38:5 38:9 39:9 39:23 39:25 40:16 42:13 42:21 43:9 44:1 44:7 44:13 44:21 45:14 47:7 48:8 48:12 48:15 50:1 52:7 52:23 53:7 54:21 55:5 55:11 56:22 57:9 58:5 58:13 60:11 61:6 61:13 61:16 61:24 62:2 62:5 62:8 62:25 63:13 64:14 64:18 65:1 65:5 65:8 65:16 65:23 66:2 66:8 66:11 66:24 67:2 67:6 67:15 67:18 67:24 69:5 69:25 70:4 70:10 71:10 71:15 72:15 73:6 73:8 73:23 74:19 75:4 79:11 80:5 81:17 81:25 83:7 83:18 83:20 83:24 85:16 85:17 87:11 89:16 90:17 90:25 91:24 92:10 93:24 94:2 94:8 94:14 95:1 95:7 95:10 98:4 98:12 99:24 100:5 100:21 101:3 101:7 101:24 102:23 102:24 103:2 104:2 105:12 105:21 106:4 106:19 106:22 106:22 106:22 107:1 112:4 112:14 113:9 113:17 114:5 116:19 118:1 118:25 118:25 119:5 119:17 120:5 120:7 120:8 120:22 120:25 121:15 121:18 121:25 122:7 122:15 123:6 124:11 125:3 125:5 125:7 128:17 128:17 128:19 129:12 130:11 130:19 131:15 132:20 133:9 133:15 135:9 135:15 135:18 135:20 137:13 137:22 138:3 138:21 138:23 139:7 139:12 139:21 140:24 141:5 143:1 145:7 145:10 145:15 145:23 146:7 146:11 146:15 147:3 148:17 151:2 151:5 151:20 153:14 153:24 154:6 154:22 155:17 155:21 156:3 156:13 156:25 157:4 159:10 162:15 162:5 165:18 165:24 166:18 168:16 182:22 | |
| **once**(6) 9:12 14:8 75:19 77:21 78:2 136:5 | |
| **one**(161) 1:36 5:9 8:4 12:2 12:6 12:9 12:23 14:6 18:7 18:21 19:3 19:25 20:18 24:7 24:8 24:10 24:23 27:23 28:14 28:23 32:14 32:25 32:25 33:4 37:2 40:20 41:21 42:16 43:19 44:25 47:4 52:3 52:19 53:12 53:13 53:25 53:25 54:4 56:25 57:22 63:13 65:7 67:16 67:19 71:19 72:6 75:24 81:16 82:12 82:13 82:14 82:16 82:16 82:16 82:17 82:18 88:2 89:3 90:12 90:13 91:3 91:20 93:19 94:4 94:4 94:5 94:6 95:18 95:20 95:23 95:23 98:17 98:25 98:25 99:14 99:20 100:5 101:9 101:18 105:15 106:12 106:14 108:1 110:3 110:11 110:11 110:11 110:13 114:6 117:12 119:17 120:19 125:15 125:25 126:10 126:12 126:13 127:4 127:9 127:10 127:13 127:15 128:1 128:4 128:12 128:13 129:5 129:9 129:11 130:4 130:5 130:8 130:11 133:20 134:24 137:3 137:18 137:22 138:18 140:11 140:12 140:16 141:13 145:3 148:9 149:25 150:13 152:12 157:16 157:19 158:8 161:7 162:2 163:11 166:5 167:1 167:16 167:24 168:9 170:2 170:7 170:15 170:20 170:23 171:19 171:21 171:24 172:3 172:25 173:1 174:22 175:15 179:7 180:24 181:8 182:8 183:7 186:19 187:4 192:12 192:14 | |
| **one's**(1) 20:1 | |
| **ones**(11) 20:1 23:14 26:18 38:12 114:16 154:3 154:12 154:14 157:14 175:25 176:1 | |
| **ongoing**(5) 51:18 76:23 77:1 79:8 97:16 | |
| **only**(47) 5:9 9:9 21:9 21:18 29:10 37:2 38:23 39:4 39:5 45:18 45:23 47:19 48:7 52:8 64:23 90:11 95:6 99:22 99:22 122:19 124:6 124:12 124:15 127:6 129:9 129:11 131:16 131:24 132:8 132:21 138:8 139:19 146:23 147:4 147:9 162:20 172:6 174:13 175:1 175:6 178:1 178:1 178:2 181:10 182:24 186:18 190:17 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| ontario(1) 49:4 | | out(46) 6:10 8:19 12:18 15:12 18:1 20:1 21:2 23:4 25:7 37:5 38:10 51:7 51:22 53:15 55:19 56:2 59:3 60:5 62:19 75:16 76:2 80:2 85:10 95:21 112:18 115:19 119:6 122:12 128:9 133:7 150:21 154:3 154:7 156:7 156:22 160:1 162:4 169:4 174:20 181:7 181:20 185:12 186:12 189:1 189:14 190:25 | | parties(45) 6:13 6:18 12:5 17:1 18:9 22:9 22:21 23:2 25:1 27:19 28:15 36:4 36:6 46:19 47:19 60:3 63:20 75:2 79:20 90:22 103:20 111:16 147:25 151:1 151:16 165:15 169:8 173:14 173:19 173:21 173:22 173:22 174:1 180:15 180:19 181:16 181:21 183:20 186:7 186:16 186:18 187:9 190:17 190:25 192:12 | | plan(17) 43:15 47:21 51:7 79:3 79:5 79:6 79:8 79:9 80:2 127:23 169:18 169:21 169:22 169:23 190:9 190:12 190:14 |
| onto(1) 101:15 | | | | | | planes(1) 111:21 | |
| open(2) 33:10 163:10 | | | | | | planning(1) 51:3 | |
| opening(1) 33:18 | | | | | | plant(1) 58:8 | |
| operate(5) 40:24 50:3 82:6 94:3 97:17 | | | | | | plastic(4) 53:13 53:21 53:23 189:5 | |
| operated(1) 172:22 | | | | | | play(1) 188:9 | |
| operates(2) 56:13 57:2 | | | | | | played(1) 188:12 | |
| operating(1) 23:25 | | outcome(4) 81:9 81:23 182:2 182:11 | | partner(2) 49:19 49:20 | | pleading(1) 88:22 | |
| operation(9) 53:10 53:13 53:19 55:13 62:9 62:10 77:16 79:1 84:15 | | outfit(1) 14:11 | | party(14) 7:17 8:15 16:7 21:1 28:16 52:15 103:15 152:22 161:11 173:10 181:10 186:21 186:23 187:4 | | pleadings(3) 47:19 186:7 190:2 | |
| | | outside(8) 46:2 46:14 144:8 160:20 174:6 175:3 175:6 176:2 | | | | please(7) 5:2 23:9 47:5 89:11 93:12 136:11 136:14 | |
| operational(1) 54:19 | | | | | | | |
| operations(10) 51:20 51:25 53:18 53:20 76:24 77:1 94:3 176:9 190:2 190:5 | | over(18) 41:20 49:6 58:1 62:23 62:24 68:25 77:20 90:22 109:24 145:25 149:13 152:9 153:12 175:2 175:2 175:9 177:24 189:24 | | passing(1) 133:7 | | point(37) 7:23 8:6 12:2 12:9 14:6 17:15 18:17 28:13 30:4 34:2 34:9 36:20 39:10 41:1 46:24 52:16 53:1 60:10 76:22 89:16 91:13 91:16 98:17 120:14 125:19 125:21 126:16 128:8 134:13 156:15 171:2 172:9 175:24 179:24 185:11 186:14 | |
| opinion(3) 7:14 175:21 190:23 | | | | passports(2) 15:11 185:5 | | | |
| opponent(1) 21:1 | | | | past(3) 18:25 49:7 69:20 | | | |
| opportunities(1) 188:24 | | | | pay(5) 12:10 14:9 14:19 97:17 185:15 | | | |
| opportunity(12) 5:24 6:19 23:12 47:14 64:7 64:8 116:13 147:15 165:9 165:16 172:13 192:4 | | overall(3) 44:24 62:8 171:7 overland(2) 67:25 121:17 | | payback(2) 8:4 8:16 | | | |
| | | overlook(1) 173:18 | | paybacks(1) 10:3 | | | |
| oppose(1) 173:20 | | overruled(20) 20:19 24:22 26:14 42:25 43:22 43:25 60:12 72:1 80:4 86:25 86:25 97:10 106:25 118:15 123:23 132:1 133:2 133:5 136:21 147:17 | | paying(2) 14:11 178:10 | | pointed(3) 181:7 186:12 | |
| opposed(2) 88:19 89:1 | | | | payment(7) 13:3 14:14 14:18 14:22 68:24 68:25 70:22 | | points(6) 6:10 11:1 17:15 167:16 172:9 172:21 | |
| opposing(2) 52:14 179:6 | | | | | | | |
| opposition(4) 89:6 153:8 184:8 187:15 | | | | payments(3) 13:14 13:15 13:16 | | | |
| oral(1) 191:1 | | | | pending(1) 46:18 | | policano(1) 49:16 | |
| orally(1) 191:3 | | overwhelming(2) 129:25 167:18 | | pennsylvania(3) 1:46 7:16 173:17 | | poor(1) 151:1 | |
| orange(1) 158:20 | | owed(4) 114:20 115:16 118:20 171:6 | | people(3) 26:8 27:4 148:25 | | portion(5) 25:1 65:20 66:6 71:19 91:18 | |
| order(11) 5:15 7:10 10:25 22:14 22:22 30:23 54:15 57:17 101:14 118:1 137:22 148:25 161:13 192:3 | | owens(1) 136:12 | | perceive(1) 86:3 | | portions(1) 157:17 | |
| | | own(11) 6:15 7:19 10:10 49:9 56:12 57:2 122:11 171:9 171:10 173:15 178:17 | | perceived(2) 189:7 189:15 | | position(13) 10:13 30:3 30:7 33:2 45:2 52:15 88:17 123:11 147:11 161:1 161:13 178:6 192:6 | |
| | | | | percent(17) 29:15 34:1 62:20 118:8 118:22 119:13 122:8 160:19 168:24 168:2 175:4 175:4 175:5 175:6 176:7 176:7 176:23 | | | |
| orders(10) 9:11 51:3 55:16 76:12 77:22 78:6 84:15 97:20 149:11 189:25 | | owned(1) 24:13 | | | | | |
| | | owner(1) 24:10 | | | | | |
| | | owns(3) 24:8 172:25 173:1 | | | | positive(2) 21:9 51:22 | |
| ordinance(1) 173:16 | | p.m(3) 104:5 104:5 192:17 | | percentage(4) 35:1 62:18 62:19 72:12 | | possession(1) 189:25 | |
| ordinarily(1) 6:16 | | page(44) 11:17 11:19 11:24 12:22 63:24 65:20 67:6 67:17 67:20 70:4 71:20 93:14 101:16 101:17 101:24 102:1 102:2 102:8 102:13 102:13 102:15 102:16 103:2 103:8 108:4 108:9 108:10 116:24 118:4 118:19 119:18 120:11 121:9 123:9 124:19 125:10 135:19 139:17 155:1 155:11 155:11 155:18 178:23 | | percentages(1) 120:10 | | possibility(1) 169:13 | |
| ordinary(1) 12:5 | | | | perception(14) 51:22 76:22 77:3 77:7 77:8 77:9 78:21 78:22 78:22 140:22 174:4 174:5 174:8 189:15 | | possibly(2) 182:9 188:2 | |
| original(1) 136:7 | | | | | | post(2) 48:1 48:3 | |
| originally(1) 180:17 | | | | | | post-trial(2) 166:2 166:10 | |
| other(75) 7:14 8:4 9:21 11:15 12:7 16:23 22:6 22:16 24:20 28:16 28:17 31:24 31:25 37:2 37:4 38:22 48:19 52:9 54:7 56:2 60:10 67:18 67:19 73:11 78:5 85:21 86:5 87:12 91:21 92:6 93:14 93:20 94:2 97:17 97:18 100:9 108:1 111:16 114:15 120:20 125:11 126:10 126:12 127:14 127:11 127:11 146:7 146:13 146:16 147:3 147:4 147:19 148:5 148:9 150:6 150:19 153:7 153:9 154:15 162:15 163:20 165:10 165:13 169: 174:1 175:8 179:4 179:7 180:24 181:21 181:22 186:23 187:25 190:2 191:8 | | | | perceptions(2) 75:15 75:15 | | pot(2) 26:12 26:13 | |
| | | | | percolating(1) 76:2 | | potato(1) 26:12 | |
| | | | | performance(1) 86:6 | | potential(4) 6:3 72:8 79:14 177:14 | |
| | | | | perhaps(1) 93:21 | | potentially(5) 37:3 41:8 47:15 | |
| | | | | period(1) 129:20 | | power(3) 46:2 144:8 168:11 | |
| | | pages(21) 65:3 65:3 66:3 70:10 70:23 72:11 91:8 95:8 102:17 116:12 116:13 116:14 142:22 146:7 146:13 146:16 146:2 179:2 182:25 183:5 183:8 | | peripheral(1) 85:10 | | ppearances(3) 1:22 2:1 3:1 | |
| | | | | permitted(1) 6:15 | | practical(2) 5:11 57:24 | |
| | | | | person(3) 41:18 99:14 144:5 | | practicality(1) 8:8 | |
| | | | | personal(2) 139:1 175:20 | | pre(1) 155:3 | |
| | | | | personally(4) 66:19 66:22 76:16 143:16 | | pre-disposed(2) 182:4 | |
| others(1) 135:3 | | paid(8) 9:25 12:25 12:25 13:18 14:18 14:23 14:24 43:14 | | perspective(11) 74:4 75:17 76:15 76:20 81:2 81:5 81:23 87:6 131:5 188:6 190:16 | | pre-petition(2) 14:16 14:17 | |
| otherwise(2) 45:19 149:16 | | | | | | pre-trial(1) 128:22 | |
| ought(6) 12:6 29:11 45:1 90:14 171:15 187:4 | | paper(5) 53:12 53:13 53:17 82:24 184:10 | | petition(3) 93:3 172:24 173:3 | | precise(1) 87:8 | |
| | | papers(1) 169:17 | | petroleum(1) 179:2 | | predictable(2) 51:2 147:23 | |
| | | paramount(2) 40:24 174:3 | | philadelphia(4) 73:16 112:7 176:13 177:20 | | prefer(2) 10:9 180:3 | |
| | | pardon(1) 59:12 | | physical(1) 57:19 | | preferable(1) 51:1 | |
| our(76) 7:14 11:17 11:17 11:24 12:3 12:15 12:25 12:25 13:6 13:13 14:4 14:21 16:16 16:20 17:16 17:24 18:2 22:11 27:5 28:2 28:3 30:3 30:6 34:1 34:2 34:2 34:5 35:12 38:11 38:16 38:17 38:17 40:25 45:24 46:23 46:25 50:25 58:5 65:8 76:8 76:11 82:3 82:4 84:13 84:14 85:5 85:5 85:11 85:11 86:5 86:6 86:6 90:11 90:14 97:20 100:25 101:5 103:11 140:22 141:11 141: 149:10 149:17 149:21 153:21 154:20 155:25 157:5 157:7 160:25 161:1 166:9 167:7 167:16 171:5 171:7 171:8 | | park(5) 67:25 67:25 121:17 | | pick(3) 20:1 111:10 169:23 | | preference(2) 179:21 181:22 | |
| | | parse(1) 156:22 | | picked(3) 114:14 147:4 147:19 | | preferences(2) 181:18 181:19 | |
| | | part(22) 24:24 25:17 40:25 43:19 45:23 52:12 91:7 115:8 123:12 123:21 124:5 131:22 132:11 132:23 134:10 146:24 147: 147:14 163:23 171:3 171:3 187:23 | | picking(1) 139:4 | | preliminary(3) 5:8 5:12 5:17 | |
| | | | | picks(1) 150:20 | | preparation(1) 96:24 | |
| | | | | pie(2) 118:4 118:6 | | prepared(4) 64:19 65:21 102:3 108:6 | |
| | | | | piece(3) 64:24 90:12 90:13 | | prescribed(1) 173:8 | |
| | | | | pieces(2) 18:8 18:10 | | present(8) 3:24 10:13 10:15 15:14 27:11 27:20 112:23 159:22 | |
| | | part's(1) 43:20 | | piper(1) 2:18 | | | |
| | | participant(1) 28:2 | | place(10) 6:18 12:12 12:13 23:17 23:19 30:2 76:16 78:19 161:10 167:25 | | | |
| ours(4) 122:13 154:14 157:9 157:10 | | participants(4) 72:23 96:23 184:24 185:13 | | | | presented(6) 46:12 46:13 47:14 143:4 188:15 190:9 | |
| | | participating(1) 28:2 | | | | | |
| | | participation(2) 30:21 30:22 | | places(4) 49:21 60:9 169:1 187:25 | | presenting(1) 95:25 | |
| | | particular(10) 7:15 10:25 33:6 54:15 64:6 65:22 77:5 135:23 146:3 174:7 | | plainfield(1) 61:18 | | presort(3) 27:24 56:8 183:6 | |
| | | | | plainly(1) 34:10 | | press(2) 74:15 164:7 | |
| | | | | plami(15) 3:11 32:25 47:11 66:12 67:17 88:3 89:18 90:3 110:20 110:23 119:21 174:21 180:1 180:7 182:15 | | pressing(1) 40:18 | |
| | | | | | | presumably(3) 93:18 177:12 | |
| | | | | | | pretrial(7) 6:12 22:14 34:22 36:15 38:25 63:19 63:25 | |
| | | | | plami's(1) 111:3 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **pretty**(17) 51:6  51:10  53:19  53:23  58:21  58:24  62:10  62:23  63:11  68:3  74:5  79:19  83:1  84:6  111:1  149:9  177:18 | | **propose**(3) 5:16  18:2  164:8 **proposed**(2) 25:18  131:23 **proposition**(4) 9:20  168:15  181:5  188:1 **propriety**(1) 53:16 **prospective**(1) 177:22 **protective**(1) 30:23 **protocol**(2) 57:21  149:9 **protocols**(1) 57:22 **prove**(5) 5:15  7:10  24:17  27:15  64:4 **provide**(4) 12:3  96:11  97:5  190:10 **provided**(2) 64:8  183:13 **providing**(1) 190:13 **provinces**(1) 175:8 **provision**(1) 61:10 **provisions**(2) 40:21  40:22 **proximity**(8) 167:15  167:21  168:6  168:20  168:22  174:17  176:4  176:15 | | **questions**(12) 75:21  89:17  92:6  124:4  144:17  144:22  144:24  152:11  157:13  157:13  165:1  191:4 **quickly**(2) 174:18  183:3 **quite**(2) 23:13  187:20 **raised**(4) 8:23  158:25  159:18  181:23 **rare**(1) 52:9 **rate**(1) 72:10 **rath**(2) 2:40  184:15 **rather**(5) 91:17  119:12  123:3  154:17  185:7 **re-cross**(2) 152:17  152:19 **re-direct**(4) 144:18  144:20  147:14  152:14 **re-establish**(1) 111:15 **re-raise**(1) 159:5 **reach**(2) 46:18  190:25 **reached**(1) 156:1 **read**(18) 6:25  36:23  36:23  60:15  60:16  109:7  124:1  124:8  125:1  125:2  128:18  128:20  128:21  135:21  154:16  156:16  157:16  172:5 **reading**(1) 156:10 **ready**(5) 34:21  55:7  55:8  104:6  162:11 **real**(14) 7:13  54:18  122:19  137:25  139:13  139:19  139:24  140:4  167:7  174:4  174:25  177:15  179:11  189:7 **realize**(1) 21:23 **really**(18) 20:5  29:20  33:10  58:22  58:23  62:24  75:14  94:19  166:3  168:7  171:3  171:18  172:20  172:20  180:21  180:21  181:17  187:24 **reason**(37) 8:14  15:8  23:25  29:12  29:18  29:20  42:23  42:25  74:6  74:8  91:14  103:14  122:11  124:6  124:12  124:15  125:12  125:2  127:18  127:22  135:2  140:4  140:17  140:24  141:12  146:23  146:24  147:9  148:17  169:22  170:9  170:22  170:24  171:11  171:12  182:11  182:12 **reasonable**(1) 153:17 **reasonably**(1) 149:17 **reasons**(31) 6:1  6:1  16:9  16:10  51:2  52:12  52:14  52:19  73:23  74:8  95:23  95:23  124:2  137:18  140:16  147:3  147:19  148:5  148:23  148:23  149:6  149:25  150:6  150:13  150:20  162:2  165:13  166:3  173:4  184:9  188:17 **reassure**(2) 76:23  82:5 **rebuttal**(2) 37:3  166:22 **rebutting**(1) 77:3 **recall**(12) 43:4  43:10  69:5  97:22  97:23  104:21  137:7  145:10  145:15  162:1  163:11  170:6 **recap**(1) 35:14 **receive**(1) 34:16 **received**(2) 34:17  34:20 **receiving**(1) 126:14 **recently**(4) 152:6  152:10  166:7  166:8 **recess**(5) 23:2  23:7  23:8  104:2  104:5 **recipient**(1) 9:20 **recognize**(1) 181:25 **recognizes**(1) 78:23 **recollection**(1) 151:21 **recommend**(1) 41:22 **recommendation**(1) 36:20 **recommended**(7) 123:3  123:12  123:14  123:20  123:21  124:5  124:6 **reconvene**(1) 103:12 **record**(28) 6:23  10:22  12:20  15:18  32:9  34:7  35:17  38:19  42:22  42:24  65:19  100:8  117:14  133:2  155:1  157:23  162:16  163:2  165:11  165:20  184:6  184:7  184:10  184:14  186:1  186:25  191:16  192:4 **recorded**(1) 1:51 **recording**(3) 1:51  60:19  192:11 | | **records**(1) 100:5 **record's**(1) 133:19 **recross**(1) 4:3 **red**(1) 172:20 **redacted**(2) 59:15  61:1 **reddish**(1) 158:21 **redirect**(2) 4:3  4:3 **reduce**(1) 84:14 **reduces**(1) 51:8 **reducing**(1) 51:8 **redundancies**(1) 9:8 **refer**(1) 134:23 **referenced**(1) 70:5 **references**(3) 37:14  101:19  102:8 **referred**(1) 95:9 **referring**(5) 93:19  94:20  94:24  107:9  161:3  161:8  191:24 **reflect**(1) 107:20 **reflected**(4) 51:15  96:5  96:13  97:6 **refresh**(3) 93:7  93:19 **refuse**(1) 188:1 **regard**(14) 5:14  7:5  7:11  8:3  8:16  9:10  9:10  9:11  57:9  80:17  82:1  176:15  177:25  178:8 **regarding**(7) 5:10  58:10  78:18  79:11  133:3  142:16  156:2 **regardless**(2) 126:14  141:21 **regret**(1) 166:25 **regular**(1) 84:4 **rehabilitate**(1) 147:15 **rehabilitating**(1) 174:14 **rehabilitation**(1) 189:1 **rehoboth**(1) 179:8 **relate**(1) 58:21 **related**(9) 21:18  31:2  32:20  38:12  38:13  131:2  131:4  131:6  184:23 **relates**(1) 20:14 **relating**(1) 51:19 **relationship**(4) 20:15  25:14  100:15  150:9 **relationships**(1) 82:1 **relative**(1) 58:7 **relatively**(2) 84:14  110:23 **relevance**(14) 19:15  20:18  20:23  21:3  21:15  29:16  32:18  59:21  81:18  118:13  131:21  132:17  133:2  143:6 **relevancy**(2) 22:6  128:7 **relevant**(18) 8:6  24:1  25:24  29:25  41:23  43:20  43:21  59:22  59:24  80:18  80:23  80:25  81:6  81:10  143:8  161:2  168:1  180:22 **relied**(3) 41:21  130:22  179:22 **relief**(2) 15:10  185:4 **relies**(2) 179:9  179:11 **relying**(1) 179:23 **remainder**(2) 155:11  156:22 **remaining**(3) 35:16  178:19 **remarks**(2) 165:17  166:15 **remedy**(2) 14:9  14:13 **remember**(34) 21:16  46:16  50:18  60:13  60:16  60:24  69:7  80:12  80:19  81:19  93:4  95:16  97:13  97:21  98:1  99:17  105:23  106:2  115:20  125:17  129:7  132:3  133:9  135:15  135:15  140:15  143:2  144:24  145:5  146:5  147:1  148:10  148:15  152:6  163:14 **remind**(3) 80:10  104:9  161:24 **remove**(2) 156:20  159:4 **renew**(1) 143:24 **reorganization**(13) 79:3  81:8  81:24  86:21  127:23  131:5  187:25  188:8  188:14  188:24  189:10  189:23  190:10 **reorganize**(5) 149:24  174:13  187:20  187:21  188:19 |
| **previously**(2) 5:10  141:5 **pricing**(1) 82:15 **prima**(2) 7:6  7:9 **primarily**(3) 16:21  129:23  168:25 **primary**(3) 140:17  141:17  141:18 **principal**(8) 5:14  13:12  21:12  21:12  28:1  28:10  49:16  140:24 **principals**(15) 25:5  27:2  32:25  45:1  51:9  128:25  131:17  132:9  135:4  167:11  168:7  168:9  169:6  180:12  182:5 **printing**(2) 53:19  53:20 **prints**(1) 174:10 **prior**(8) 22:9  33:11  49:12  49:14  49:16  49:18  49:19  49:21 **privilege**(1) 140:7 **privileged**(4) 137:20  137:21  138:6  140:4 **pro**(1) 11:5 **probably**(10) 13:23  17:24  47:23  47:25  85:22  85:24  126:2  126:7  126:8  187:6 **probative**(4) 30:17  31:7  178:21  178:22 **problem**(17) 13:9  18:21  18:25  19:2  26:8  29:9  72:5  72:6  84:16  85:13  90:16  91:6  137:19  137:23  138:4  140:5  156:6 **problems**(9) 66:8  66:10  66:11  66:15  66:24  67:2  72:2  149:12  174:9 **procedural**(1) 5:7 **procedurally**(1) 166:2 **procedure**(1) 161:5 **procedures**(1) 78:2 **proceed**(4) 5:12  39:7  47:24  96:2 **proceeded**(1) 6:20 **proceeding**(4) 20:24  21:10  26:10  180:8 **proceedings**(16) 1:18  1:51  3:28  3:30  12:30:20  31:2  31:6  31:6  32:20  38:22  81:9  85:8  150:1  150:2  177:5  192:22 **process**(8) 6:18  6:20  6:21  41:8  73:19  153:17  189:2  190:12 **processed**(1) 54:15 **processes**(1) 78:2 **produce**(3) 57:17  62:19  189:5 **produced**(1) 1:52 **product**(1) 77:13  138:9 **production**(3) 58:1  176:22  176:24 **products**(2) 58:9  63:10 **professional**(3) 126:6  126:7  126:13 **professionals**(1) 176:10 **profitability**(1) 82:15 **profitable**(2) 51:21  76:25 **progeny**(1) 7:14 **program**(2) 53:22  158:16 **programs**(1) 54:8 **progress**(5) 79:19  149:19  177:2  189:23  190:14 **project**(2) 54:12  54:17 **promise**(1) 190:10 **promote**(1) 176:25 **pronounce**(1) 179:8 **proof**(2) 11:14  11:21 **proofs**(2) 6:5  7:5 **proper**(2) 173:3  173:5 **properly**(4) 137:4  137:10  167:5  167:9 **properties**(1) 54:19 **property**(3) 139:1  172:25  173:1 **proposal**(5) 132:12  132:21  134:3  134:3  134:9 | | **public**(1) 100:2 **publically**(1) 88:23 **publicity**(6) 74:13  75:5  75:21  78:10  82:18  140:22 **pull**(3) 121:22  154:7  156:7 **pulled**(2) 23:13  94:15 **purchase**(2) 59:10  139:5 **purchaser**(2) 8:14  177:17 **pure**(1) 84:23 **purport**(1) 116:20 **purported**(2) 8:24  181:11 **purports**(2) 93:15  118:21 **purpose**(15) 15:10  20:25  24:21  25:12  25:13  26:1  26:2  31:16  31:16  31:25  32:22  35:17  39:4  164:10  191:17 **purposes**(6) 31:21  38:23  39:3  39:5  40:20  57:24 **pursue**(2) 6:4  128:15 **pushed**(2) 14:1  170:6 **put**(29) 12:20  15:14  15:18  24:5  34:19  34:24  37:4  38:17  45:8  45:13  54:22  55:2  55:4  56:25  68:3  101:14  112:19  114:6  124:23  124:24  125:4  136:10  136:13  158:1  161:14  170:3  180:25  186:14  191:7 **puts**(1) 52:14 **putting**(2) 23:18  118:10 **pynsa**(8) 67:10  69:6  70:5  70:11  119:18  119:21  119:23  182:15 **quad/graphics**(2) 113:2  113:4 **qualified**(1) 84:23 **quality**(2) 79:17  149:12 **qualteq**(27) 27:6  56:1  56:4  56:12  56:14  57:20  59:14  61:16  61:17  61:19  61:21  61:23  61:25  62:5  62:8  62:11  62:22  65:23  66:5  93:25  129:6  129:11  137:5  168:3  168:25  172:25  182:17 **quantum**(1) 97:5 **question**(75) 22:8  29:10  37:20  41:19  41:23  60:13  60:14  66:15  68:19  72:11  74:6  80:6  80:20  81:19  88:13  89:21  90:3  109:7  109:15  111:17  111:22  111:23  112:22  112:23  115:9  116:15  117:19  118:16  118:1  119:6  120:14  120:14  120:20  120:23  121:  121:3  122:7  122:17  123:11  123:20  125:10  126:25  127:8  127:14  128:12  132:13  132:5  132:6  133:6  135:13  135:25  136:7  136:7  136:8  136:16  136:16  136:19  140:3  144:11  146:5  147:1  147:8  150:17  150:19  150:23  152:6  152:12  160:6  176:8  180:10  180:13  180:14  180:19  181:23  182:1 **question's**(1) 80:3 **questioned**(1) 129:4 **questioning**(2) 109:22  128:16 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **repaid**(1) 9:14 | | **right**(182) 6:4  11:3  12:13  15:20  19:18 | | **roin's**(2) 146:17  152:8 | | **scheduled**(6) 118:20  118:22  120:16  120:17 | |
| **repeat**(5) 60:14  68:19  118:17  119:6  191:9 | | 23:10  23:11  32:10  35:21  35:22  36:22 | | **room**(2) 79:16  189:4 | | 121:12  160:12 | |
| **rephrase**(4) 66:19  78:14  93:2  150:25 | | 36:24  38:7  39:11  39:21  43:17  44:19  46:2 | | **rosner**(7) 3:4  3:5  9:1  98:11  184:5  184:6  184:6 | | | |
| **replacement**(1) 76:1 | | 46:21  47:1  48:17  57:9  59:1  61:6  61:14 | | 184:12 | | **schedules**(44) 13:13  13:14  16:22  18:19 | |
| **reporter**(1) 60:15 | | 61:15  63:16  64:14  64:25  65:18  67:1  67:1 | | | | 18:22  20:12  20:14  34:8  64:8  65:22  68:10 | |
| **represent**(2) 111:2  137:8 | | 67:21  70:23  71:17  73:17  73:21  78:11 | | **ross**(1) 49:20 | | 68:21  68:24  69:5  69:22  93:17  93:18  95:11 | |
| **representation**(1) 112:8 | | 80:14  89:15  89:18  90:5  90:21  91:11  92:1 | | **rothschild**(2) 1:24  18:14 | | 96:3  96:5  96:13  96:18  96:21  100:14 | |
| **representativ**(4) 110:1  110:13  175:13 | | 93:25  96:2  96:20  97:4  98:4  99:11  99:12 | | **roughly**(2) 62:4  62:20 | | 100:17  100:18  101:23  107:22  114:19 | |
| 178:25 | | 99:21  100:7  100:19  101:22  102:2  102:10 | | **rule**(15) 6:15  16:9  17:5  17:5  45:25  153:18 | | 114:22  114:23  114:24  115:15  122:3  140:25 | |
| | | 102:12  102:16  103:4  105:1  105:4  105:10 | | 157:17  157:19  160:13  160:22  161:3  161:3 | | 143:4  143:17  143:21  144:5  145:3  145:20 | |
| **representatives**(2) 30:24  30:24 | | 105:13  105:17  106:22  107:6  107:11  107:1 | | 161:6  161:23  162:12 | | 161:17  168:10  172:7 | |
| **represented**(7) 29:9  31:17  72:13  115:17 | | 107:25  108:3  108:7  108:12  108:16  109:1 | | | | | |
| 115:22  144:14  182:7 | | 110:12  110:17  110:24  111:25  113:4  113:7 | | **ruled**(4) 32:16  80:12  154:7  192:1 | | **scheduling**(1) 161:13 | |
| | | 113:12  113:13  113:15  113:21  114:10 | | **rules**(5) 21:14  27:13  27:18  61:5  185:10 | | **scheme**(2) 9:3  10:4 | |
| **reputation**(1) 175:23 | | 114:14  116:17  116:25  117:2  117:24  119:4 | | **ruling**(12) 33:11  35:3  35:15  38:14  38:16 | | **schlerf**(1) 1:27 | |
| **request**(4) 166:2  166:10  166:12  170:7 | | 119:9  119:11  119:15  119:21  119:23  120:1 | | 39:2  48:6  93:22  117:13  156:10  191:1 | | **schuylkill**(1) 1:45 | |
| **require**(2) 153:17  189:3 | | 121:10  121:11  121:13  122:9  122:16  122:2 | | 191:8 | | **scouler**(112) 4:15  13:21  13:22  34:19  41:4 | |
| **required**(3) 22:15  22:16  189:9 | | 122:24  123:1  123:4  127:12  127:16  127:20 | | **rulings**(3) 154:17  164:4  171:13 | | 41:7  48:1  48:13  48:18  48:20  48:22  48:25 | |
| **requirements**(2) 6:21  54:4 | | 127:24  128:2  128:5  129:2  129:10  129:14 | | **rumors**(2) 75:20  76:10 | | 49:9  50:1  50:2  53:3  53:5  53:9  59:6  60:14 | |
| **requiring**(1) 158:3 | | 129:17  129:23  130:6  130:18  131:18  132:9 | | **run**(3) 27:4  76:8  149:21 | | 63:24  65:2  65:4  65:7  68:12  68:19  69:14 | |
| **reserve**(2) 35:3  158:1 | | 132:25  133:21  134:25  135:4  135:7  137:8 | | **running**(3) 84:9  84:18  169:4 | | 69:15  72:2  80:10  80:13  83:10  83:16  83:23 | |
| **reserved**(2) 35:15  117:13 | | 137:16  138:13  138:15  138:24  139:17 | | **runs**(1) 27:3 | | 84:1  84:12  85:3  85:21  87:2  87:10  88:18 | |
| **residence**(1) 128:24 | | 139:22  140:1  140:2  140:19  140:20  141:1 | | **sadcv**(1) 47:11 | | 88:25  92:12  92:17  92:24  93:4  93:7  93:24 | |
| **resigned**(2) 99:15  100:1 | | 141:6  141:9  143:5  143:9  143:14  143:18 | | **safe**(1) 192:15 | | 95:6  95:8  95:12  96:6  96:8  96:14  96:21 | |
| **resists**(1) 39:1 | | 143:22  144:6  144:7  144:9  144:12  152:2 | | **said**(66) 6:22  8:11  8:15  8:21  11:22  13:17 | | 96:22  96:25  97:3  97:7  97:12  97:22  97:24 | |
| **resolve**(4) 46:21  160:3  162:16  169:11 | | 152:16  152:24  153:4  154:5  154:6  154:9 | | 13:22  13:25  17:4  25:1  29:13  32:9  38:22 | | 98:3  98:23  103:21  103:24  104:1  104:9 | |
| **resolved**(3) 11:17  46:21  125:20 | | 155:10  155:13  155:23  157:16  158:5  158:1 | | 41:19  45:20  45:21  52:23  66:2  70:20  74:5 | | 104:11  104:14  104:17  105:20  107:13 | |
| **respect**(12) 24:17  38:10  38:11  38:17  45:24 | | 163:9  163:25  164:3  166:14  172:16  175:9 | | 76:15  81:6  84:14  93:13  95:16  101:2 | | 109:22  111:23  112:1  114:18  115:14  118:17 | |
| 92:1  154:20  156:4  156:14  161:2  163:1 | | 179:8  179:23  185:23  189:16  190:22  191:1 | | 115:17  115:18  116:11  121:2  121:13  121:25  136:1 | | 121:7  121:19  121:21  121:23  121:25 | |
| 186:18 | | | | 126:12  126:16  126:17  127:2  127:15  136:1 | | 122:18  125:9  126:24  128:24  133:6  134:23 | |
| **respectfully**(1) 161:12 | | **rion**(1) 150:3 | | 137:3  140:12  142:13  142:19  142:21  147:5 | | 135:15  138:11  138:12  138:14  139:10  142:5 | |
| **respective**(1) 23:3 | | **rise**(3) 5:2  23:9  184:16 | | 147:9  148:12  154:13  157:21  160:8  160:9 | | 143:11  151:6  151:7  153:6  159:1  159:11 | |
| **respond**(7) 10:23  138:13  147:13  159:19 | | **risk**(9) 51:8  51:8  85:5  85:14  86:4  86:9 | | 162:2  169:16  170:3  170:7  170:15  171:19 | | 159:14  159:21  167:25  168:3  171:11  176:14 | |
| 160:23  162:11  192:4 | | 86:11  87:5  87:6 | | 172:3  179:16  180:5  189:17  191:10 | | 176:17  188:5  189:2  189:17 | |
| | | | | | | | |
| **response**(8) 15:23  15:24  48:14  48:15 | | **risky**(1) 41:9 | | **sake**(1) 133:20 | | **scouler's**(4) 41:17  45:4  45:12  48:5 | |
| 120:25  128:10  162:10  192:9 | | **roin**(262) 2:28  10:22  11:1  11:11  11:14 | | **sale**(1) 177:13 | | **scouler's**(1) 159:6 | |
| | | 16:15  17:12  17:13  17:19  17:23  18:6  19:17 | | **sam**(1) 19:18 | | **screen**(1) 139:2 | |
| **responses**(1) 11:1 | | 19:21  19:25  20:13  21:7  21:9  21:16  21:22 | | **same**(30) 8:14  20:25  28:6  28:24  34:6  40:4 | | **seated**(2) 5:2  23:9 | |
| **responsibility**(1) 150:11 | | 22:1  22:11  23:5  23:16  23:24  24:19  24:23 | | 42:14  42:15  42:18  42:23  42:25  48:10 | | **seattle**(1) 63:7 | |
| **responsive**(1) 115:8 | | 25:13  26:18  26:21  26:23  27:22  28:9  28:22 | | 81:22  96:15  102:10  102:25  106:17  109:23 | | **second**(21) 12:12  12:13  44:22  61:16  67:7 | |
| **rest**(9) 18:9  35:12  36:1  37:1  37:1  43:21  46:22 | | 28:22  28:25  29:4  29:7  29:18  30:3  30:9 | | 111:10  119:2  119:15  120:11  120:20  122:7 | | 82:16  82:17  82:18  101:16  108:3  116:19 | |
| 91:25  163:8  167:14 | | 30:18  30:20  32:7  32:13  32:20  32:24  33:10 | | 122:9  158:22  163:1  167:23  178:23  179:1 | | 116:24  118:4  118:19  119:17  119:18  120:11 | |
| | | 33:13  33:16  33:18  33:21  33:23  35:11 | | | | 167:1  168:5  176:4  176:6 | |
| **restructuring**(6) 49:13  49:22  49:24  50:4 | | 35:19  35:25  36:2  36:11  36:16  36:18  37:2 | | **sample**(4) 72:3  72:9  72:10  146:19 | | | |
| 50:14  53:1 | | 37:8  37:10  37:12  37:14  37:19  37:22  37:2 | | **sampling**(1) 146:12 | | **secondly**(5) 21:3  51:9  132:17  149:11 | |
| | | 38:3  38:6  39:24  40:1  40:3  40:9  40:12 | | **samuel**(2) 1:26  18:13 | | **secret**(1) 189:2 | |
| **result**(4) 72:12  75:1  84:20  148:10 | | 41:10  41:11  42:7  42:9  42:14  42:16  42:18 | | **sandler**(2) 2:4  186:1 | | **section**(7) 16:8  57:22  58:20  61:8  172:21 | |
| **results**(1) 81:24 | | 42:22  43:1  43:18  43:23  44:6  44:10  44:12 | | **satisfaction**(1) 13:4 | | 183:20  186:4 | |
| **resume**(2) 23:10  104:6 | | 44:14  44:17  44:22  45:18  46:23  48:10 | | **satisfied**(1) 6:21 | | | |
| **retained**(5) 73:21  77:17  79:15  79:17 | | 54:25  55:5  55:9  59:21  65:12  66:13  68:7 | | **satisfy**(1) 78:5 | | **secure**(2) 41:6  57:11 | |
| **retaining**(1) 141:10 | | 68:13  69:10  71:22  78:12  79:25  80:17 | | **save**(1) 188:20 | | **secured**(10) 54:5  57:14  57:14  58:9  60:8 | |
| **retrained**(1) 53:1 | | 81:17  83:4  83:12  83:19  84:22  85:15  85:1 | | **saw**(2) 64:17  105:25 | | 62:12  75:10  77:11  77:13  186:24 | |
| **return**(1) 103:21 | | 85:20  86:22  87:14  87:17  87:25  88:2 | | **say**(49) 8:4  12:15  14:10  31:12  33:24  41:5 | | | |
| **returned**(2) 9:16  185:5 | | 88:15  88:20  89:8  90:11  90:20  91:6  92:15 | | 41:6  45:19  45:21  45:22  47:12  71:13  71:15 | | **security**(9) 41:4  57:19  58:6  58:7  174:2 | |
| **revealing**(1) 138:9 | | 92:20  95:13  95:16  96:7  96:15  97:8  98:13 | | 77:19  78:13  80:25  101:23  109:5  113:16 | | 174:10  177:7  189:4  189:7 | |
| **revenues**(1) 189:20 | | 98:15  98:19  98:22  98:24  99:8  101:5  101:1 | | 114:13  118:24  119:1  119:8  119:21  120:2 | | | |
| **reverse**(1) 178:1 | | 101:13  103:6  103:11  103:13  103:17  104:3 | | 137:20  138:6  142:11  142:23  144:15  145:1 | | **see**(72) 11:12  17:21  20:4  22:15  23:4  24:5 | |
| **review**(5) 79:17  97:1  145:12  162:21  165:1 | | 104:6  104:8  104:13  105:21  105:22  106:4 | | 147:21  154:19  160:15  162:20  171:4  172:7 | | 24:5  24:6  29:9  38:4  51:11  55:6  55:7  61:8 | |
| **reviewed**(3) 6:12  146:7  152:5 | | 106:9  106:11  106:13  106:16  106:19  106:2 | | 174:19  181:1  185:21  186:25  187:7  191:19 | | 63:8  64:13  67:9  70:4  70:5  70:7  70:10 | |
| **reviewing**(1) 190:12 | | 107:1  107:5  107:8  107:11  107:12  108:24 | | | | 71:1  77:20  77:21  80:11  87:3  87:5  93:13 | |
| | | 109:9  109:13  110:5  111:9  111:15  111:19 | | **saying**(16) 14:7  14:21  31:16  33:4  33:6 | | 93:24  94:19  94:23  101:15  101:18  101:20 | |
| | | 111:25  112:3  112:11  112:15  112:25  115:7 | | 45:3  46:10  88:10  93:12  120:18  134:4 | | 102:4  102:5  102:8  102:13  102:22  103:1 | |
| | | 115:12  115:25  116:3  117:11  117:21  118:1 | | 146:24  159:20  160:18  178:10  187:24 | | 103:3  103:5  104:20  104:23  108:3  108:4 | |
| | | 120:18  121:1  121:16  121:19  122:1  123:24 | | | | 108:10  108:13  110:20  113:2  113:10  114:15 | |
| | | 124:24  125:3  125:5  125:7  125:8  127:1 | | **says**(18) 9:24  14:13  67:10  68:15  70:11 | | 118:23  131:4  135:22  139:2  139:18  139:19 | |
| | | 128:11  128:17  128:19  128:23  130:18 | | 97:8  101:25  102:19  134:9  137:23  142:1 | | 139:22  142:17  149:19  149:20  153:22  155:23 | |
| | | 130:20  131:22  132:2  132:19  133:7  133:1 | | 150:19  155:19  173:15  175:2  175:4  175:7 | | 155:7  157:8  157:18  158:12  158:13  166:21 | |
| | | 133:14  133:16  133:18  133:21  133:23 | | 178:24 | | 181:12  190:13 | |
| | | 133:14  133:20  134:22  135:17  136:11 | | | | | |
| | | 136:22  138:16  139:4  139:7  139:9  140:10 | | **scattered**(3) 173:22  175:16  176:14 | | **seeing**(1) 169:24 | |
| | | 142:5  143:7  143:12  144:2  144:3  144:4 | | **scenario**(1) 160:22 | | **seek**(1) 18:22 | |
| | | 144:17  144:22  146:2  146:22  147:7  148:2 | | **schedule**(20) 63:19  63:24  65:23  66:7  66:23 | | **seeking**(5) 15:10  18:19  164:18  181:10 | |
| | | 148:7  148:19  150:15  150:18  152:4  152:12 | | 70:2  71:11  72:3  92:5  93:16  102:19  102:2 | | **seeks**(1) 64:4 | |
| | | 152:17  152:18  152:20  153:3  154:4  159:1 | | 108:6  118:7  118:24  138:25  155:3  170:5 | | **seem**(1) 77:19 | |
| | | 159:5  159:18  163:12  163:15  163:17  163:1 | | 183:22  190:25 | | **seemed**(1) 115:21 | |
| | | 163:21  163:23  164:6  164:8  165:23  166:11 | | | | **seems**(3) 31:15  35:6  171:24 | |
| | | 166:23  167:3  168:16  172:1 | | | | **seen**(12) 34:13  36:14  43:2  59:8  59:16 | |
| | | | | | | 64:23  95:6  114:25  150:16  169:8  172:2 | |
| | | **roin's**(2) 26:5  80:6 | | | | 182:14 | |

| Word | Page:Line |
|------|-----------|
| **selected**(2) 187:19 188:18 | |
| **selection**(2) 80:19 173:6 | |
| **sells**(1) 63:9 | |
| **sense**(5) 46:3 92:1 167:11 180:23 190:5 | |
| **sensitive**(2) 75:11 86:9 189:6 | |
| **sent**(5) 93:12 93:14 152:8 167:10 173:24 | |
| **separate**(5) 19:5 31:8 76:24 159:12 173:4 | |
| **separated**(1) 150:1 | |
| **separating**(1) 76:18 | |
| **separation**(4) 51:18 51:20 78:9 78:25 | |
| **september**(3) 12:17 105:13 170:2 | |
| **series**(3) 124:3 144:22 155:15 | |
| **seriously**(2) 58:24 188:25 | |
| **served**(1) 190:20 | |
| **service**(3) 1:44 1:52 40:19 | |
| **services**(4) 1:44 54:17 56:2 63:10 | |
| **set**(6) 36:25 79:16 111:21 184:9 185:19 191:2 | |
| **setting**(1) 111:17 | |
| **settle**(2) 25:9 25:16 131:12 131:15 132:7 132:21 | |
| **settlement**(19) 25:6 131:23 132:11 132:20 132:23 133:3 134:3 134:4 134:7 134:9 134:10 151:10 151:11 151:12 151:17 151:20 152:18 152:22 169:10 | |
| **settles**(1) 77:23 | |
| **seven**(2) 101:18 175:8 | |
| **seventy-five**(2) 176:7 176:22 | |
| **several**(4) 18:15 18:19 102:17 149:8 | |
| **shall**(2) 35:22 117:19 | |
| **shareholders**(2) 74:22 128:25 | |
| **she**(4) 11:6 11:6 184:23 185:12 | |
| **shipment**(1) 58:2 | |
| **shop**(2) 53:18 56:7 | |
| **short**(4) 23:2 118:8 118:21 139:14 | |
| **shortly**(3) 79:21 82:18 83:21 | |
| **shot**(1) 174:14 | |
| **should**(20) 19:13 22:21 91:18 91:23 133:14 142:1 143:13 159:16 159:17 161:20 162:9 178:24 179:3 180:13 185:9 185:17 187:9 190:14 | |
| **shouldn't**(2) 34:12 34:12 | |
| **shouldn't**(4) 121:10 147:12 160:17 174:24 | |
| **show**(26) 20:15 24:9 24:16 25:6 25:13 27:3 27:4 27:7 27:16 31:1 34:4 40:20 41:3 43:18 63:14 63:18 91:5 93:8 93:17 100:14 118:21 131:24 143:7 181:3 183:10 186:5 | |
| **showed**(3) 14:3 188:15 188:22 | |
| **showing**(4) 24:4 25:23 26:2 30:21 | |
| **shown**(4) 112:6 120:10 122:8 190:17 | |
| **shows**(10) 24:1 24:7 24:19 25:2 25:15 30:22 119:6 121:21 121:0 139:12 | |
| **side**(9) 11:15 36:8 37:4 47:20 48:19 53:21 132:12 132:17 166:9 | |
| **sign**(2) 143:3 143:13 | |
| **signal**(3) 174:12 177:3 177:4 | |
| **signature**(1) 108:13 | |
| **signed**(4) 13:13 161:17 168:10 172:7 | |
| **significant**(8) 60:8 62:10 82:10 82:12 84:11 84:12 161:17 186:13 | |
| **similar**(3) 30:13 34:6 178:20 | |
| **simple**(1) 183:23 | |
| **simply**(5) 7:20 10:4 10:7 17:14 55:21 62:1 176:24 178:18 | |
| **since**(11) 5:15 12:16 22:15 49:25 82:8 129:20 137:14 159:2 159:17 170:21 189:2 | |
| **single**(7) 9:15 10:5 153:18 157:19 172:2 173:20 179:11 | |

| Word | Page:Line |
|------|-----------|
| **single-asset**(1) 177:15 | |
| **sir**(43) 16:3 29:2 32:11 48:19 55:9 60:12 72:1 85:2 87:1 92:16 97:10 99:9 103:25 104:10 107:14 109:14 110:15 111:3 113:22 114:5 115:13 116:14 116:15 117:22 118:16 122:2 123:6 123:10 123:25 124:9 124:17 127:8 132:3 132:20 133:24 135:9 136:23 137:20 138:17 138:19 141:13 141:20 153: | |
| **sit**(4) 7:24 153:17 154:17 157:18 | |
| **site**(3) 129:16 129:21 130:1 | |
| **sitting**(3) 13:22 45:6 97:25 | |
| **situation**(3) 11:20 76:7 162:9 | |
| **situations**(1) 160:17 | |
| **six**(7) 50:11 67:9 101:18 167:15 173:10 174:16 175:9 | |
| **slew**(1) 148:23 | |
| **slightly**(1) 17:2 | |
| **slow**(1) 169:19 | |
| **slowed**(1) 169:25 | |
| **small**(4) 64:24 72:6 146:12 146:19 | |
| **smear**(1) 25:23 | |
| **smith**(5) 99:16 99:20 104:22 105:3 105:8 | |
| **smooth**(1) 51:5 | |
| **sneaking**(1) 43:3 | |
| **sober**(1) 103:21 | |
| **sofa**(6) 102:3 103:3 105:25 106:1 163:17 163:23 | |
| **sofa's**(5) 13:13 16:22 17:11 18:19 34:8 | |
| **sofas**(6) 114:19 115:15 143:4 143:17 163:16 172:7 | |
| **solid**(3) 158:13 158:14 158:15 | |
| **solved**(1) 23:20 | |
| **some**(74) 8:16 9:2 11:1 16:19 16:21 17:24 21:18 22:6 26:8 27:11 33:25 34:24 35:16 36:20 36:21 38:15 44:24 45:5 46:24 47:22 51:12 51:15 51:18 51:20 53:1 55:22 58:13 62:24 62:25 63:3 63:2 64:8 65:2 72:6 76:9 76:10 66:15 66:22 66:25 73:23 77:22 78:9 78:25 78:25 79:20 84:7 85:5 86:4 86:5 86:5 86:5 96:11 97:5 114:22 116:11 128:12 131:10 143:21 150:8 154:6 154:11 154:13 158:19 165:10 165:10 171:5 178:3 185:14 185:15 187:10 187:18 188:17 189:18 190:24 | |
| **somebody**(3) 183:14 189:19 189:20 | |
| **somehow**(1) 169:18 | |
| **someone**(4) 12:5 91:4 183:18 185:13 | |
| **something**(20) 22:21 26:3 29:11 29:21 29:22 37:4 38:11 65:20 66:17 68:15 80:1 104:20 115:20 138:6 147:12 158:16 189:1 189:16 191:13 191:22 | |
| **sometimes**(3) 55:16 55:21 55:21 | |
| **somewhat**(3) 60:18 75:20 85:8 | |
| **somewhere**(5) 39:15 94:6 111:1 149:15 187:5 | |
| **soon**(4) 8:25 13:8 79:10 190:14 | |
| **sophisticated**(4) 51:10 53:14 53:19 147:23 | |
| **sorry**(40) 5:19 19:19 19:20 21:8 23:21 24:12 25:11 26:22 29:4 35:25 42:6 48:20 55:25 60:17 61:25 65:8 67:6 68:4 69:12 69:12 69:15 69:23 70:1 70:10 70:24 80:9 88:24 90:2 99:5 109:15 120:22 121:19 121:21 126:25 128:3 133:16 155:5 157:6 158:14 164:17 | |
| **sort**(7) 18:18 43:14 46:24 55:25 76:18 88:2 97:5 | |
| **sought**(2) 132:21 162:1 | |
| **sound**(3) 1:51 105:9 192:21 | |
| **sounded**(1) 150:24 | |
| **sounds**(1) 42:2 | |
| **sources**(1) 79:14 | |

| Word | Page:Line |
|------|-----------|
| **south**(1) 2:30 | |
| **space**(1) 56:21 | |
| **sparingly**(1) 173:8 | |
| **speak**(6) 11:6 13:24 22:6 92:4 100:8 179: | |
| **speaker**(1) 90:18 | |
| **speaking**(1) 74:18 | |
| **specialty**(1) 49:17 | |
| **specific**(7) 44:24 50:20 60:1 84:2 92:22 97:25 188:8 | |
| **specifically**(5) 6:2 22:14 62:14 161:25 178:24 | |
| **speculate**(1) 85:13 | |
| **speculating**(1) 85:20 | |
| **speculation**(4) 68:14 80:1 84:24 86:22 | |
| **speech**(1) 115:9 | |
| **speed**(3) 81:8 173:25 190:7 | |
| **spent**(3) 82:2 130:1 130:1 | |
| **spiral**(3) 75:16 78:6 86:9 | |
| **spoken**(1) 153:15 | |
| **sponte**(2) 6:17 10:16 | |
| **spot**(2) 71:19 71:25 | |
| **spreadsheet**(7) 64:19 64:21 65:2 65:11 65:20 71:12 71:20 | |
| **sprint**(10) 67:19 67:25 68:3 68:3 68:25 69:2 70:15 121:9 121:12 121:16 | |
| **stability**(10) 40:23 51:14 77:8 77:9 78:8 78:18 149:22 174:2 174:10 177:7 | |
| **stabilize**(1) 129:11 129:21 | |
| **stable**(4) 51:5 84:6 85:11 149:20 | |
| **staff**(2) 129:16 129:21 | |
| **stage**(2) 85:6 111:17 | |
| **stand**(7) 23:6 36:6 104:2 136:4 159:24 186:22 192:11 | |
| **standing**(47) 5:9 5:10 5:12 5:15 5:20 5:23 6:6 6:10 7:13 7:16 7:22 8:11 8:14 8:15 8:21 8:22 10:20 11:16 12:1 12:4 12:8 12:18 12:18 14:25 15:19 15:22 16:7 17:25 19:18 19:21 19:21 20:10 21:18 38:13 38:18 38:23 39:2 39:4 39:5 44:17 44:18 48:7 97:13 156:8 156:19 162:20 | |
| **stands**(1) 80:10 | |
| **stapled**(1) 156:24 | |
| **starbucks**(1) 63:6 | |
| **start**(12) 16:5 38:10 51:6 75:18 75:19 75:20 177:25 129:13 164:14 165:25 166:2 189:18 | |
| **started**(2) 14:4 48:16 | |
| **state**(3) 69:3 82:4 157:20 | |
| **stated**(9) 16:9 25:25 35:17 157:23 157:25 159:1 160:9 163:1 183:19 | |
| **statement**(10) 13:8 21:2 100:24 101:9 122:22 127:9 127:25 130:3 155:19 190:11 | |
| **statements**(2) 37:16 161:18 | |
| **states**(7) 1:1 1:20 16:23 109:25 114:20 145:25 175:8 | |
| **statistical**(1) 186:9 | |
| **statistics**(4) 71:21 72:9 114:22 186:11 | |
| **status**(1) 79:5 | |
| **statute**(10) 12:13 13:2 14:7 14:9 14:12 14:13 14:21 60:2 173:9 186:5 | |
| **statutory**(1) 173:11 | |
| **stay**(11) 15:10 30:6 119:2 119:14 120:11 121:20 141:9 141:15 141:21 141:24 185:4 | |
| **stays**(2) 86:21 122:9 | |
| **steep**(1) 190:7 | |
| **step**(2) 77:18 153:5 | |
| **sterling**(4) 3:4 98:9 184:3 184:7 | |

| Word | Page:Line |
|------|-----------|
| **stick**(1) 19:1 | |
| **sticker**(1) 101:1 | |
| **still**(13) 7:23 43:25 68:13 83:12 101:24 102:12 104:10 143:20 143:22 143:23 158:24 162:16 163:9 | |
| **stipulate**(2) 64:5 64:11 | |
| **stipulated**(16) 5:13 16:16 17:1 21:5 24:13 25:6 111:3 120:6 128:8 162:7 168:23 174:18 174:19 175:1 175:3 175:7 | |
| **stipulating**(1) 29:11 | |
| **stipulation**(4) 111:12 111:19 156:1 162:19 | |
| **stipulations**(1) 17:16 | |
| **stock**(1) 169:10 | |
| **stood**(1) 121:2 | |
| **stop**(4) 78:7 103:11 141:9 141:16 | |
| **stored**(2) 58:3 58:4 | |
| **straight**(1) 47:25 | |
| **strange**(2) 185:1 185:12 | |
| **stream**(1) 70:19 | |
| **street**(8) 1:11 1:29 1:45 2:14 2:21 2:36 2:42 3:6 | |
| **stretch**(1) 179:14 | |
| **strict**(1) 58:1 58:22 | |
| **strictly**(6) 73:25 74:3 81:2 81:5 136:3 149:13 | |
| **strike**(4) 38:13 85:16 115:7 115:25 | |
| **strikes**(1) 187:2 | |
| **stringent**(1) 40:22 | |
| **strokes**(1) 26:5 | |
| **stronger**(1) 82:7 | |
| **stuart**(1) 2:19 | |
| **stuff**(1) 170:13 | |
| **stuffed**(1) 56:7 | |
| **stunt**(1) 12:10 | |
| **sua**(2) 6:17 10:16 | |
| **sub**(1) 13:18 | |
| **subject**(4) 82:23 111:11 143:9 168:11 | |
| **submission**(1) 39:1 | |
| **submissions**(3) 128:18 128:21 171:4 | |
| **submit**(5) 34:21 34:22 161:12 161:22 181:24 | |
| **submitted**(13) 6:14 6:24 18:9 29:12 36:2 36:12 63:19 91:8 104:25 167:7 168:23 169:21 185:15 | |
| **submitting**(1) 91:14 | |
| **subparagraph**(1) 161:7 | |
| **subpoena**(3) 46:2 144:8 168:11 | |
| **subpoenaed**(1) 160:18 | |
| **subsequent**(3) 8:20 167:6 | |
| **subsequently**(1) 107:21 | |
| **subsidiaries**(1) 56:3 | |
| **subsidiary**(2) 49:16 172:6 | |
| **substantia**(5) 173:7 176:9 176:22 176:24 177:2 | |
| **substantially**(1) 179:9 | |
| **substantive**(6) 34:11 35:7 38:18 44:2 164:19 190:3 | |
| **suburb**(2) 110:2 145:9 | |
| **succeed**(1) 183:22 | |
| **success**(3) 51:16 81:7 81:9 | |
| **successful**(4) 86:21 187:25 188:24 189:9 | |
| **successfully**(1) 82:6 | |
| **such**(6) 47:12 93:18 160:14 182:12 188:9 190:14 | |
| **sufficient**(4) 5:22 6:9 149:21 165:2 | |
| **suggest**(2) 127:6 182:11 | |
| **suggested**(2) 122:4 127:6 | |
| **suggesting**(1) 160:16 | |
| **suggestion**(2) 41:15 133:22 | |
| **suggests**(1) 177:15 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **suite**(7) 1:28 1:38 2:22 2:36 2:42 3:7 3:14 | | **tend**(6) 24:17 72:22 72:23 91:25 121:5 181:4 | | **that**(301) 5:9 5:16 5:16 5:21 5:24 6:5 6:6 6:13 6:22 7:2 7:3 7:14 7:19 7:21 7:22 7:22 7:24 8:5 8:6 8:7 8:10 8:10 8:13 8:17 8:20 8:23 9:6 9:6 9:8 9:14 9:15 9:18 9:20 9:24 10:12 10:16 10:17 10:25 11:1 11:7 11:7 11:13 11:15 11:16 12:4 12:5 12:7 12:11 12:12 12:13 12:15 12:17 12:22 13:3 13:3 13:8 13:11 13:19 13:20 14:7 14:10 14:11 14:12 14:15 14:16 14:20 14:21 16:9 16:10 16:16 16:17 16:17 16:22 16:24 17:1 17:8 17:10 17:20 18:7 18:8 18:19 18:21 18:22 18:25 19:4 19:12 19:18 20:1 20:9 20:11 20:15 20:18 20:24 21:17 21:18 21:19 22:2 22:5 22:15 22:20 22:23 23:18 23:20 24:1 24:7 24:8 24:13 24:13 24:15 24:19 24:21 24:23 25:2 25:4 25:17 25:23 26:1 26:10 27:4 27:5 27:7 27:12 28:10 28:10 28:23 29:3 29:17 29:19 29:22 29:22 30:3 30:6 31:1 31:1 31:2 31:8 31:10 31:12 31:12 31:15 31:21 31:23 31:25 32:2 32:16 32:16 32:17 32:22 33:2 33:5 33:7 33:11 33:17 33:25 34:9 34:14 35:2 35:10 35:14 35:18 35:21 36:1 36:2 36:6 36:10 36:14 36:15 36:20 36:24 36:25 37:4 37:15 38:1 38:12 38:13 38:13 38:16 38:19 39:1 39:1 39:2 39:2 39:4 39:7 40:20 40:21 40:23 41:2 41:3 41:7 41:15 41:16 41:21 41:25 42:1 43:2 43:5 43:4 43:5 43:7 43:10 43:11 43:12 43:13 43:18 43:19 43:19 43:20 44:11 45:2 45:5 45:6 46:3 46:3 46:17 46:25 47:12 47:14 47:15 49:12 49:14 49:16 49:18 49:19 50:24 51:1 51:4 51:8 51:8 51:15 51:18 51:20 51:23 51:24 52:9 52:13 52:16 52:16 53:4 54:1 54:2 54:6 54:8 54:14 55:6 55:7 55:19 56:5 56:6 56:12 56:20 57:2 57:2 57:7 57:15 58:8 58:14 58:21 58:22 59:5 59:16 59:24 59:19 59:19 59:20 60:2 60:5 60:6 60:6 60:7 60:10 61:4 61:8 61:10 61:10 61:13 61:14 62:4 62:7 62:18 63:17 63:19 63:25 64:3 64:4 64:5 64:8 64:10 64:16 64:18 64:19 64:23 64:24 65:13 65:21 67:12 67:12 67:15 67:19 67:22 | | **that**(301) 69:1 70:13 70:18 71:1 71:15 71:17 71:21 71:23 72:8 73:18 73:19 73:21 73:23 74:2 74:9 74:14 74:19 74:19 74:23 74:25 75:1 75:4 75:17 76:2 76:2 76:3 76:7 76:9 76:23 76:25 77:2 77:3 77:14 77:16 77:22 77:22 77:23 78:9 78:12 78:18 78:24 79:1 79:8 79:18 79:22 80:1 80:10 80:19 80:24 81:19 82:5 82:14 82:15 82:15 82:17 82:22 82:25 82:25 83:2 83:8 83:8 83:25 84:5 84:10 84:19 85:3 85:3 85:4 85:7 85:9 85:10 85:11 85:13 85:16 85:23 86:3 86:6 86:7 86:8 86:8 86:20 87:2 88:1 88:2 89:11 89:21 89:21 91:2 91:3 91:5 91:8 91:17 91:23 92:1 92:2 92:17 92:24 93:19 94:6 94:15 94:17 95:8 95:21 95:22 95:25 97:9 97:23 99:3 99:6 99:9 99:10 99:14 99:15 99:23 99:25 100:2 100:13 100:14 100:20 101:2 101:20 101:24 102:3 102:14 103:1 103:3 103:5 103:14 103:25 104:9 104:17 104:21 104:23 105:3 105:8 105:9 105:24 105:25 105:25 106:2 106:5 106:14 107:8 107:21 108:4 108:10 108:11 108:14 108:15 108:20 108:21 108:21 108:22 108:25 109:1 109:11 109:16 109:17 109:17 109:18 109:20 109:24 110:10 110:15 110:16 110:21 111:3 111:3 111:4 111:19 111:20 111:20 111:21 112:2 112:4 112:5 112:16 112:20 112:23 112:3 113:10 113:18 113:22 114:6 114:8 114:12 114:14 114:24 115:1 115:1 115:2 115:3 115:3 115:4 115:5 115:5 115:20 115:21 115:22 115:25 116:1 116:20 117:6 117:14 117:15 118:6 118:21 118:23 119:5 119:8 120:5 120:10 120:12 120:18 120:19 120:22 121:8 121:12 121:15 121:23 122:2 122:4 122:11 122:14 122:14 122:17 123:16 123:25 124:3 124:6 124:6 124:11 124:12 124:13 124:25 125:11 125:12 125:13 125:17 125:19 125:22 125:25 126:1 126:2 126:21 127:6 127:7 127:7 127:8 127:15 127:16 127:22 127:23 128:3 128:24 129:7 129:9 129:11 129:25 130:5 130:7 130:8 130:8 130:16 130:17 130:21 130:22 130:25 131:8 131:12 131:14 131:15 132:4 132:11 132:12 132:23 132:23 134:1 134:4 134:8 134:9 134:13 134:24 135:2 135:6 135:6 135:8 135:10 135:22 135:25 135:25 136:2 136:3 136:6 136:8 136:13 136:16 136:23 137:1 137:2 |
| **summarized**(1) 64:20 | | **tendered**(4) 16:17 24:2 24:3 161:23 | | | | | |
| **summary**(12) 16:21 17:6 17:11 34:3 64:21 65:21 65:23 66:6 93:17 94:21 94:21 95:2 | | **tends**(1) 41:2 | | | | | |
| | | **tens**(1) 96:12 | | | | | |
| **supply**(1) 90:23 | | **tentatively**(1) 38:12 | | | | | |
| **support**(14) 15:6 15:17 15:19 16:13 87:24 165:2 178:11 178:23 181:9 181:10 184:1 185:21 186:19 189:9 | | **terms**(11) 16:22 22:22 30:5 43:14 45:15 100:5 146:4 149:15 165:1 168:19 183:17 | | | | | |
| | | **terribly**(1) 114:21 | | | | | |
| **supported**(6) 9:18 117:18 118:11 118:11 183:25 188:2 | | **test**(1) 66:22 | | | | | |
| | | **testament**(1) 150:8 | | | | | |
| **supporting**(1) 181:13 | | **testified**(24) 13:19 21:13 59:23 91:7 91:15 99:9 116:11 120:2 123:6 124:17 135:9 135:12 140:11 141:5 145:23 146:23 148:2 159:3 161:18 178:13 178:13 188:6 189:2 190:8 | | | | | |
| **supports**(3) 87:13 167:21 181:8 | | | | | | | |
| **suppose**(1) 131:10 | | | | | | | |
| **supposed**(2) 147:10 152:22 | | **testify**(5) 34:19 60:4 144:12 159:17 161:25 | | | | | |
| **sure**(22) 21:17 21:19 21:20 26:19 26:19 49:14 56:4 56:4 78:16 89:24 94:19 97:24 110:8 123:11 124:2 127:13 138:21 145:22 150:24 156:5 161:15 182:20 | | **testifying**(1) 27:25 | | | | | |
| | | **testimony**(48) 13:21 13:23 16:19 21:17 27:3 27:5 36:3 44:23 48:5 60:12 99:2 99:9 103:23 112:11 112:12 118:14 123:9 123:10 123:16 123:25 124:8 125:9 125:13 125:15 130:16 134:23 135:21 136:3 140:2 143:19 147:9 148:15 156:11 158:19 159:4 159:14 159:25 161:15 161:19 161:20 161:23 162:21 168:19 170:24 174:3 176:1 186:12 188:22 | | | | | |
| **surprising**(2) 98:25 99:7 | | | | | | | |
| **surrounding**(4) 6:2 57:21 74:13 82:19 | | | | | | | |
| **sustain**(1) 150:19 | | | | | | | |
| **sustained**(15) 21:21 28:19 68:8 87:22 88:14 89:11 96:9 96:19 108:23 112:24 132:18 140:9 142:4 148:3 150:4 | | | | | | | |
| | | **testing**(2) 66:7 116:11 | | | | | |
| **sustaining**(1) 89:4 | | **tests**(3) 173:8 173:11 173:12 | | | | | |
| **sutty**(1) 1:25 | | **texas**(1) 179:12 | | | | | |
| **swearing**(4) 108:11 108:20 108:20 108:20 | | **than**(36) 29:15 31:25 52:9 62:3 62:5 87:12 91:17 111:5 113:6 113:14 113:20 114:3 114:9 119:4 119:12 119:14 119:25 120:7 122:5 123:3 124:13 127:24 146:16 148:9 153:9 154:15 154:17 158:24 161:9 171:13 171:22 176:19 179:22 181:22 185:2 187:25 | | | | | |
| **swore**(4) 108:14 108:25 109:3 109:16 | | | | | | | |
| **sworn**(1) 48:22 | | | | | | | |
| **synopsis**(1) 54:15 | | | | | | | |
| **system**(1) 54:15 | | | | | | | |
| **tabs**(2) 42:11 156:15 | | | | | | | |
| **tailored**(1) 180:17 | | **thank**(58) 7:1 11:9 11:10 11:11 15:1 15:19 15:20 16:4 23:11 32:6 39:6 40:5 42:5 47:1 47:5 47:6 47:17 54:24 60:22 90:7 98:4 98:13 101:12 104:3 104:4 121:24 134:21 151:8 152:16 153:4 153:6 154:2 165:5 165:18 166:13 166:23 167:3 172:11 172:12 184:11 184:12 185:22 185:23 190:21 190:22 192:7 192:10 | | | | | |
| **take**(59) 6:18 23:2 30:12 31:10 31:14 31:24 48:5 53:14 54:2 58:24 58:25 63:24 66:20 67:6 69:8 70:23 85:22 85:23 85:24 86:11 86:12 87:6 89:20 94:2 95:21 103:1 104:17 107:2 108:3 110:19 112:5 116:19 118:4 121:7 126:3 126:8 126:15 127:3 127:7 130:18 138:10 138:17 138:21 139:1 141:8 141:15 154:2 154:3 158:9 162:1 162:3 177:3 177:3 180:20 181:17 184:18 190:23 191:2 191:18 | | | | | | | |
| **taken**(7) 11:7 27:10 27:14 33:2 83:24 84:2 166:8 | | | | | | | |
| | | **thankfully**(1) 153:19 | | | | | |
| **taking**(3) 45:2 103:14 183:4 | | **thanks**(1) 63:22 | | | | | |
| **talk**(13) 23:3 44:22 47:16 57:10 61:16 62:21 73:17 113:1 130:7 153:11 157:5 173:10 187:10 | | | | | | | |
| **talked**(7) 91:17 129:5 130:4 134:24 167:22 169:15 188:17 | | | | | | | |
| **talking**(15) 26:10 29:2 61:11 88:8 93:10 99:16 104:15 104:22 105:23 114:24 135:22 135:22 151:6 153:22 177:23 | | | | | | | |
| **talks**(4) 60:2 60:2 60:3 161:9 | | | | | | | |
| **target**(2) 28:3 29:14 | | | | | | | |
| **targeted**(1) 53:16 | | | | | | | |
| **task**(1) 115:10 | | | | | | | |
| **tasked**(1) 150:10 | | | | | | | |
| **taxes**(7) 13:16 13:17 13:18 13:20 13:20 13:25 14:4 | | | | | | | |
| **team**(4) 9:1 129:13 130:1 168:4 | | | | | | | |
| **telephone**(1) 190:25 | | | | | | | |
| **telephonic**(2) 1:18 3:18 | | | | | | | |
| **tell**(11) 12:20 17:20 23:1 47:18 47:21 52:10 101:25 119:18 135:19 164:23 187:16 | | | | | | | |
| **telling**(3) 18:8 78:13 83:7 | | | | | | | |
| **tells**(1) 51:6 | | | | | | | |
| **ten**(3) 6:23 84:15 98:14 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that(301)** 137:3 137:6 137:7 137:8 137:14 137:18 138:1 138:11 139:1 139:10 139:12 139:13 139:18 139:19 139:22 140:4 140:1 140:13 140:15 140:23 141:3 141:5 141:6 141:9 141:13 141:16 141:17 141:17 141:2 141:23 141:24 142:2 142:17 142:19 142:19 142:21 143:4 143:13 143:17 143:1 144:10 144:13 144:15 144:24 145:1 145:5 145:18 145:20 146:2 146:3 146:5 146:9 146:19 146:23 146:25 146:25 147:4 147:9 147:19 148:6 148:8 148:10 148:12 148:14 148:15 148:18 149:6 149:13 149:19 149:2 149:20 149:25 150:6 150:11 150:13 150:25 151:5 151:7 151:11 151:15 151:17 151:21 152:5 152:6 152:21 152:23 153:19 154:2 154:3 154:3 154:6 154:14 154:16 155:6 155:7 155:15 155:19 156:1 156:2 156:4 156:7 156:8 156:9 156:11 156:15 156:15 156:21 157:3 157:12 157:14 157:1 157:16 157:17 157:18 157:20 157:21 157:23 157:24 158:2 158:6 158:9 158:17 158:19 158:25 159:8 159:9 159:17 159:18 159:19 159:21 159:24 160:3 160:6 160:10 160:15 160:16 160:21 160:22 161:1 161:7 161:8 161:10 161:12 161:14 161:17 161:1 161:19 161:20 161:22 161:24 162:4 162:8 162:16 162:21 162:23 162:25 163:7 164:2 164:5 164:6 164:8 164:10 164:17 164:19 164:20 165:9 165:10 165:12 165:17 165:1 166:8 166:11 166:24 166:25 167:6 167:7 167:17 167:19 167:25 168:1 168:4 168:5 168:18 168:24 169:3 169:4 169:8 169:11 169:17 169:25 170:1 170:8 170:10 170:11 170:12 170:15 170:17 170:24 171:4 171:6 173:10 173:13 173:15 173:18 173:25 174: 174:3 174:8 174:19 174:20 174:23 175:13 175:16 175:17 175:21 175:21 175:25 177: 177:7 177:16 178:10 178:12 178:14 178:20 178:22 178:23 178:24 179:1 179:4 179:7 179:9 179:10 179:13 179:14 179:24 180:5 180:14 180:16 180:20 180:22 180:2 181:1 181:3 181:4 181:11 181:17 181:19 181:25 182:1 182:2 182:2 182:3 182:10 182:11 182:12 182:14 182:15 182:16 182:23 183:3 183:3 183:9 183:10 184:17 184:24 185:1 185:6 185:7 185:12 185:13 185:14 185:17 185:20 186:5 186:5 186:11 186:12 186:17 186:25 187:3 187:4 187:4 187:5 187:8 187:11 187:18 187:24 188:1 188:4 188:7 188:9 188:13 188:16 188:17

**that(28)** 188:21 188:21 188:22 188:22 189:4 189:5 189:6 189:7 189:14 189:15 189:16 189:17 189:20 189:22 190:3 190:6 190:17 191:7 191:10 191:16 191:17 191:18 191:25 192:1 192:4 192:10 192:12 192:20

**that's(76)** 5:10 8:1 8:3 9:19 10:1 11:16 11:24 12:22 13:10 14:4 14:15 17:9 17:17 19:21 22:1 22:20 24:1 26:12 27:22 27:23 28:6 28:13 29:22 30:6 31:12 32:4 33:9 33:18 33:21 35:1 35:2 35:11 40:13 40:13 41:6 44:2 44:12 44:19 44:20 45:13 45:25 46:23 46:25 47:20 52:19 54:12 60:20 61:15 65:23 67:16 67:20 67:23 69:21 70:20 70:20 70:22 71:18 72:5 74:4 77:18 78:3 78:6 78:23 79:16 79:16 88:22 91:12 91:23 93:16 95:13 96:4 97:6 99:20 100:6 100:15 101:23

**that's(64)** 105:20 106:12 106:22 107:1 109:2 110:18 111:21 112:8 113:6 113:14 114:12 114:13 117:24 118:24 121:8 122:2 123:5 124:16 126:15 127:13 127:25 128:14 129:1 130:3 131:6 131:6 131:25 133:18 133:21 136:8 138:18 140:2 140:24 142:13 143:11 144:6 144:10 147:16 147:2 150:11 151:21 153:3 154:19 154:20 159:20 160:20 166:7 168:10 169:7 169:14 169:18 170:10 170:14 171:1 171:7 173:16 182:5 183:2 183:7 183:24 185:18 185:21 188:10 191:19

**the(301)** 1:1 1:2 1:19 2:7 4:3 5:2 5:3 5:6 5:8 5:8 5:11 5:13 5:13 5:19 5:20 5:21 5:21 5:23 5:23 5:24 6:1 6:1 6:2 6:4 6:5 6:5 6:5 6:8 6:9 6:9 6:9 6:10 6:10 6:12 6:13 6:13 6:16 6:17 6:18 6:19 6:20 6:20 6:23 7:3 7:4 7:5 7:6 7:7 7:8 7:9 7:9 7:10 7:11 7:15 7:18 7:19 7:21 7:24 7:25 8:3 8:3 8:4 8:7 8:9 8:10 8:10 8:11 8:13 8:13 8:14 8:16 8:17 8:18 8:19 8:19 8:20 8:22 8:23 8:23 8:25 9:1 9:1 9:3 9:4 9:5 9:6 9:7 9:9 9:9 9:11 9:12 9:21 9:24 10:1 10:4 10:4 10:8 10:8 10:9 10:9 10:9 10:11 10:13 10:17 10:19 10:20 10:20 10:21 10:23 10:24 11:1 11:3 11:9 11:13 11:14 11:20 11:20 11:21 11:22 11:23 11:23 11:25 12:2 12:2 12:6 12:7 12:7 12:10 12:10 12:11 12:12 12:12 12:13 12:13 12:17 12:17 12:19 12:20 12:20 12:22 12:23 13:1 13:3 13:4 13:5 13:6 13:7 13:7 13:9 13:11 13:12 13:13 13:13 13:14 13:14 13:15 13:15 13:15 13:16 13:16 13:17 13:19 13:23 14:1 14:2 14:3 14:5 14:7 14:9 14:9 14:9 14:10 14:11 14:11 14:12 14:12 14:13 14:13 14:14 14:15 14:18 15:8 15:8 15:9 15:10 15:11 15:12 15:13 15:14 15:16 15:16 15:18 15:19 15:20 15:21 15:24 15:25 16:2 16:2 16:5 16:7 16:8 16:9 16:9 16:10 16:12 16:13 16:13 16:15 16:16 16:17 16:22 16:22 16:25 17: 17:3 17:5 17:6 17:8 17:11 17:12 17:14 17:15 17:16 17:16 17:18 17:20 17:24 18: 18:4 18:7 18:8 18:9 18:9 18:9 18:10 18:11 18:11 18:14 18:17 18:19 18:20 18:23 18:23 19:3 19:3 19:3 19:3 19:3 19:4 19:7 19:9 19:11 19:16 19:16 19:21 19:25 20:1 20:2 20:6 20:8 20:12 20:13 20:14 20:16 20:19 20:21 20:22 20:22 20:25 20:25 21:3 21:6 21:10 21:10 21:12 21:12 21:14 21:15 21:17 21:21 21:21 21:24 21:25 22:6 22:8 22:8 22:9 22:13 22:13 22:14 22:17

**the(301)** 22:20 22:21 22:22 23:1 23:2 23:6 23:9 23:10 23:12 23:12 23:13 23:17 23:1 23:19 23:21 23:22 23:23 23:24 23:25 24: 24:3 24:4 24:5 24:7 24:7 24:7 24:8 24:8 24:9 24:10 24:10 24:11 24:11 24:13 24:14 24:15 24:15 24:21 24:22 24:23 24:25 25: 25:2 25:3 25:3 25:4 25:5 25:5 25:5 25:7 25:7 25:8 25:8 25:9 25:9 25:11 25:11 25:12 25:12 25:13 25:14 25:14 25:14 25:15 25:16 25:18 25:18 25:22 25:23 25:25 25:25 25:25 26:2 26:5 26:8 26:8 26:11 26:12 26:12 26:13 26:15 26:16 26:18 26:22 26:25 26:25 27:1 27:2 27:3 27:3 27:4 27:6 27:6 27:10 27:10 27:13 27:16 27:18 27:19 27:23 27:23 27:24 27:25 28:1 28:2 28:3 28:4 28:6 28:6 28:12 28:13 28:15 28:15 28:16 28:19 28:19 28:21 28:22 28:24 29:2 29:6 29:8 29:9 29:10 29:12 29:13 29:13 29:15 29:16 29:16 29:18 29:19 29:20 29:20 29:21 29:23 29:25 30:3 30:4 30:5 30:8 30:10 30:10 30:11 30:14 30:14 30:16 30:21 30:25 30:21 30:22 30:22 30:22 30:25 30:25 31: 31:14 31:15 31:15 31:16 31:16 31:20 31:24 31:25 32:2 32:4 32:6 32:7 32:9 32:10 32:12 32:13 32:14 32:17 32:17 32:18 32:22 32:25 33:1 33:1 33:1 33:2 33:4 33:6 33:8 33:10 33:11 33:14 33:17 33:18 33:20 33:22 33:23 33:24 34:1 34:3 34:4 34:6 34:7 34:8 34:9 34:10 34:13 34:14 34:14 34:15 34:16 34:21 34:22 34:22 34:25 34:25 35:3 35:5 35:9 35:12 35:9 35:11 35:12 35:15 35:17 35:17 35:2 35:22 35:25 36:4 36:4 36:6 36:9 36:15 36:17 36:18 36:22 36:22 36:23 36:23 36:25 36:25 37:1 37:4 37:7 37:8 37:9 37:11 37:11 37:12 37:13 37:15 37:15 37:17 37:20 37:23 37:25 38:1 38:1 38:4 38:7 38:9 38:12 38:13 38:15 38:16 38:23 38:23 38:25 38:25 39:1 39:2 39:3 39:5 39:9 39:11 39:14 39:19 39:21 40:4 40:15 40:17 40:22 40:23 40:23 40:24 41:1 41:5 41:10 41:11 41:14 41:18 41:20 41:21 41:22 41:25 42:2 42:3 42:3 42:10 42:13 42:14 42:15 42:16 42:18 42:20

**the(301)** 42:22 42:23 42:24 42:25 42:25 43:5 43:7 43:9 43:10 43:11 43:11 43:13 43:13 43:17 43:18 43:19 43:21 43:22 43:22 43:25 44:7 44:13 44:15 44:21 44:25 46:1 46:2 46:4 46:4 46:8 46:14 46:16 46:17 46:18 46:19 46:19 46:20 46:21 46:24 47:1 47:3 47:5 47:7 47:9 47:12 47:13 47:14 47:16 47:18 47:18 47:19 47:20 47:23 47:25 48:3 48:4 48:8 48:10 48:12 48:15 48:17 48:19 48:21 49:4 49:7 49:13 49:14 49:16 49:17 50:12 50:13 50:18 50:22 50:25 51:5 51:9 51:12 51:12 51:12 51:14 51:15 51:15 51:16 51:16 51:18 51:19 51:20 51:22 51:24 52:2 52:3 52:5 52:5 52:8 52:14 52:14 52:15 52:16 52:20 52:23 53:1 53:2 53:8 53:9 53:9 53:17 53:17 53:21 53:24 54:2 54:3 54:6 54:7 54:13 54:13 54:15 54:19 54:22 54:23 55:4 55:11 55:11 55:12 55:14 55:15 55:1 55:17 55:17 55:20 55:21 55:23 55:24 56:2 56:9 56:12 56:20 56:21 56:21 57:2 57:9 57:10 57:11 57:11 57:13 57:13 57:18 57:20 57:21 57:22 57:23 57:24 57:25 58: 58:1 58:10 58:10 58:13 58:14 58:16 58:17 58:19 58:20 58:23 58:25 59:2 59:4 59:16 59:18 59:22 59:23 59:24 59:24 60:2 60:2 60:3 60:3 60:5 60:6 60:9 60:11 60:12 60:13 60:14 60:15 60:18 60:19 60:21 60:25 61:6 61:10 61:13 61:14 61:23 62:1 62:2 62:8 62:18 62:18 62:21 62:23 62:24 63:4 63:9 63:11 63:12 63:12 63:14 63:16 63:19 63:20 63:20 63:21 63:24 63:25 64: 64:5 64:8 64:12 64:14 64:15 64:17 64:20 64:21 64:22 65:2 65:11 65:15 65:17 65:19 65:22 65:23 65:25 66:3 66:5 66:6 66:11 66:12 66:15 66:15 66:17 66:21 66:25 67:2 67:2 67:6 67:7 67:9 67:16 67:19 67:20 68:2 68:8 68:9 68:10 68:10 68:14 68:17 68:19 68:21 68:24 69:1 69:5 69:6 69:11 69:13 69:15 69:18 69:20 70:4 71:3 71:3 71:3 71:6 71:6 71:11 71:15 71:19 71:20 71:24 72:1 72:5 72:9 72:9 72:10 72:11 72:12 72:15 72:16 72:18 72:18 73:1 73:5 73:6 73:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the**(301) 73:13 73:17 73:21 73:23 73:23 73:25 74:1 74:6 74:8 74:8 74:9 74:10 74:13 74:14 74:16 74:17 74:21 74:23 74:24 74:24 75:2 75:5 75:7 75:8 75:8 75:10 75:10 76:1 76:3 76:5 76:7 76:7 76:9 76:9 76:10 76:18 76:19 76:23 76:23 76:24 76:25 77:3 77:4 77:6 77:7 77:8 77:12 77:14 77:17 77:17 77:18 77:18 77:24 77:24 78:8 78:9 78:9 78:14 78:19 78:21 78:22 79:1 79:2 79:2 79:5 79:6 79:7 79:9 79:17 79:18 80:3 80:3 80:6 80:9 80:11 80:12 80:14 80:18 80:18 80:19 81:7 81:8 81:9 81:9 81:9 81:10 81:11 81:12 81:14 81:15 81:17 81:18 81:18 81:22 81:23 81:23 81:24 81:25 82:4 82:4 82:8 82:16 82:18 82:18 82:19 82:20 82:21 82:23 82:23 82:24 83:3 83:5 83:10 83:15 83:16 83:20 83:21 83:21 84:5 84:5 84:9 84:9 84:9 84:18 84:18 84:19 84:19 84:19 84:20 85:1 85:5 85:6 85:17 85:19 85:21 85:21 85:22 85:23 86:3 86:13 86:16 86:20 86:21 86:23 86:25 87:3 87:5 87:6 87:8 87:9 87:12 87:13 87:18 87:22 87:24 87:25 88:1 88:4 88:5 88:13 88:13 88:16 88:17 88:21 88:22 88:25 89:1 89:3 89:4 89:6 89:7 89:10 89:11 89:15 89:18 89:22 89:25 90:2 90:5 90:10 90:12 90:12 90:13 90:16 90:17 90:19 90:21 90:22 90:22 90:25 91:2 91:3 91:5 91:6 91:6 91:8 91:10 91:12 91:14 91:14 91:14 91:15 91:17 91:18 91:20 91:21 91:22 91:24 91:25 91:25 92:6 92:6 92:9 92:13 92:13 92:16 92:17 92:22 92:23 93:3 93:5 93:9 93:12 93:13 93:15 93:16 93:17 93:18 93:19 93:21 93:24 93:24 94:2 94:3 94:3 94:4 94:5 94:9 94:16 94:18 94:21 94:21 94:21 94:24 95:1 95:2 95:3 95:4 95:4 95:8 95:11 95:17 95:18 95:20 95:21 95:23 95:23 95:23 96:2 96:3 96:4 96:5 96:9 96:13 96:13 96:15 96:18 96:19 96:21 97:5 97:9 97:10 97:14 97:14 97:15 97:16 97:18 98:6 98:6 98:9 98:12 98:14 98:18 98:18 98:25 98:25 99:1 99:3 99:5 99:6 99:10 99:15 99:16 99:18 99:19 99:20 99:22 99:22 100:3 100:3

**the**(301) 100:5 100:6 100:8 100:9 100:14 100:14 100:15 100:17 100:18 101:3 101:7 101:9 101:10 101:11 101:12 101:15 101:1 101:17 101:17 101:21 101:23 101:24 101:25 102:1 102:2 102:2 102:3 102:7 102:7 102:9 102:10 102:13 102:13 102:15 102:16 102:24 102:24 102:25 103:2 103:8 103:10 103:14 103:14 103:15 103:18 103:20 103:20 103:22 103:25 104:2 104:6 104:9 104:14 104:15 104:17 104:18 104:1 104:22 105:4 105:6 105:8 105:8 105:9 105:12 105:15 105:15 105:19 105:24 106: 106:6 106:6 106:7 106:12 106:14 106:17 106:17 106:20 106:20 106:21 106:24 106:25 107:3 107:6 107:8 107:10 107:17 107:17 107:17 107:20 107:21 107:24 108: 108:2 108:4 108:4 108:6 108:7 108:9 108:11 108:14 108:18 108:18 108:23 108:25 108:25 109:4 109:5 109:7 109:7 109:8 109:11 109:11 109:15 109:16 109:1 109:18 109:21 109:23 109:25 110:1 110:6 110:10 110:11 110:11 110:11 110:13 110:14 110:16 110:16 110:16 110:17 110:19 110:20 111:8 111:9 111:10 111:10 111:11 111:14 111:16 111:16 111:17 111:17 111:19 111:20 111:21 111:21 111:23 112:1 112:8 112:12 112:14 112:15 112:17 112:24 113:1 113:1 113:9 113:9 113:18 113:18 113:19 113:19 113:24 114: 114:6 114:6 114:8 114:8 114:8 114:11 114:14 114:14 114:15 114:18 114:19 114:20 114:21 114:22 114:23 114:24 115:2 115:4 115:6 115:6 115:8 115:8 115:9 115:11 115:14 115:15 115:15 115:18 115:22 115:23 115:23 116: 116:4 116:6 116:9 116:14 116:14 116:16 116:19 116:23 116:24 117:1 117:7 117:9 117:12 117:14 117:14 117:16 117:19 117:19 117:24 117:24 117:24 117:25 118:1 118:4 118:6 118:7 118:10 118:10 118:11 118:13 118:13 118:15 118:15 118:17 118:19 118:22 118:24 119: 119:2 119:6 119:6 119:8 119:13 119:14 119:17 119:18 120:2 120:3 120:9 120:10 120:10 120:11 120:11 120:14 120:14 120:15 120:15 120:16 120:17 120:19 120:20 120:20 120:20 120:22 120:23 120:23 120:23 120:25 121:3 121:3 121:4 121:4 121:5 121:7 121:8 121:9 121:9 121:12 121:15 121:17 121:19 121:20 121:22 121:24 122:2 122:3 122:3 122:4 122:8 122:9 122:11 122:13 122:15 122:19 122:21 123:10 123:13 123:18 123:18 123:23

**the**(301) 124:6 124:11 124:15 124:25 125:2 125:4 125:6 125:9 125:10 125:16 125:16 125:19 125:22 125:23 125:25 126: 126:3 126:7 126:8 126:10 126:12 126:14 126:17 126:22 126:25 127:2 127:2 127:4 127:9 127:9 127:10 127:11 127:13 127:15 127:16 127:22 128:1 128:4 128:10 128:13 128:13 128:13 128:15 128:18 128:18 128:20 128:20 128:21 128:22 128:24 128:24 128:25 128:25 129:5 129:6 129:16 129:20 129:20 129:23 129:25 130:1 130:1 130:4 130:5 130:8 130:10 130:11 130:16 130:21 130:25 131:1 131:1 131:2 131:8 131:8 131:10 131:10 131:15 131:16 131:17 131:17 131:17 131:20 131:23 131:24 132:1 132:3 132:4 132:6 132:7 132:7 132:8 132:8 132:9 132:11 132:12 132:13 132:15 132:16 132:18 132:20 132:21 132:22 132:22 132:23 133:1 133:3 133:3 133:5 133:6 133:6 133:9 133:11 133:13 133:13 133:15 133:17 133:19 133:19 134: 134:3 134:3 134:4 134:5 134:6 134:7 134:9 134:10 134:10 134:16 134:18 134:1 134:21 134:24 134:25 135:2 135:2 135:3 135:10 135:11 135:13 135:13 135:25 136: 136:2 136:9 136:10 136:10 136:13 136:13 136:15 136:16 136:20 136:24 137:3 137:3 137:9 137:15 137:15 137:18 137:22 137:2 137:23 138:3 138:4 138:7 138:8 138:11 138:13 138:15 138:19 139:1 139:4 139:6 139:8 139:13 139:13 139:17 139:19 139:2 140:4 140:5 140:9 140:11 140:12 140:13 140:14 140:16 140:16 140:17 140:18 140:18 140:19 140:19 140:20 140:21 140:21 140:22 140:22 140:24 140:25 140:25 140:25 141:2 141:2 141:3 141:3 141:8 141:18 141:18 141:19 141:21 141:22 141:24 142:3 142:4 142:6 142:8 142:23 143:3 143:4 143:9 143:17 143:17 143:19 143:21 143:25 144:1 144:3 144:5 144:5 144:8 144:9 144:14 144:23 144:23 145:1 145:3 145:3 145:20 145:25 146:2 146:2 146:4 146:7 146:12 146:13 146:16 146:16 146:22 146:23 147:8 147:8 147:9 147:11 147:14 147:25 148:1 148:3 148:8 148:9 148:9 148:10 148:12 148:13 148:13 148:1 148:17 148:18 148:18 148:23 148:25 149:1 149:1 149:3 149:6 149:6 149:9 149:23 149:25 150:1 150:4 150:6 150:9 150:11 150:13 150:13 150:16 150:17 150:18 150:18

**the**(301) 150:20 150:22 150:23 151:3 151:5 151:6 151:10 151:12 151:12 151:15 151:18 151:18 152:2 152:4 152:5 152:8 152:13 152:16 152:24 153:4 153:7 153:7 153:8 153:9 153:10 153:12 153:12 153:14 153:20 153:24 154:1 154:3 154:9 154:10 154:11 154:12 154:13 154:17 154:18 154:22 154:24 155:1 155:1 155:2 155:5 155:7 155:10 155:11 155:11 155:13 155:15 155:17 155:21 155:22 155:23 156:1 156:1 156:3 156:7 156:8 156:9 156:12 156:15 156:18 156:19 156:20 156:20 156:21 156:22 156:23 157:10 157:12 157:16 157:16 157:20 157:22 157:22 157:23 157:24 157:24 157:25 158:2 158:4 158:4 158:5 158:8 158:10 158:11 158:12 158:13 158:14 158:15 158:16 158:18 158:21 158:22 158:25 159:4 159:5 159:6 159:10 159:14 159:14 159:15 159:15 159:16 159:16 159:18 159:23 160:1 160:6 160:11 160:20 160:24 161:2 161:2 161:3 161:5 161:7 161:8 161:9 161:10 161:10 161:11 161:11 161:13 161:14 161:15 161:15 161:16 161:17 161:17 161:18 162:2 162:4 162:5 162:7 162:8 162:13 162:13 162:14 162:15 162:17 162:18 162:19 162:22 162:24 163:1 163:1 163:3 163:6 163:8 163:8 163:9 163:10 163:14 163:15 163:16 163:16 163:17 163:18 163:20 163:22 163:25 164:3 164:7 164:11 164:14 164:23 165:1 165:2 165:5 165:7 165:10 165:11 165:11 165:15 165:15 165:19 165:19 165:24 165:25 165:25 166:4 166:5 166:11 166:14 166:18 166:19 166:21 166:24 166:25 167:1 167:1 167:4 167:5 167:6 167:17 167:19 167:19 167:22 167:22 167:22 167:23 167:24 167:25 167:25 168:2 168:2 168:3 168:4 168:7 168:7 168:9 168:9 168:10 168:13 168:14 168:14 168:16 168:17 168:18 168:19 168:19 168:20 168:22 168:22 168:22 168:24 168:24 169:2 169:2 169:3 169:4 169:4 169:6 169:7 169:7 169:9 169:11 169:13 169:15 169:16 169:19 169:22 169:23 169:24 169:25 170:1 170:2 170:2 170:3 170:4 170:4 170:5 170:6 170:6 170:7 170:7 170:8 170:8 170:12 170:12 170:13 170:15 170:15 170:17 170:19 170:20 170:21 170:23 170:25 171:1 171:2 171:4 171:6 171:9 171:12 171:14 171:14 171:15 171:16 171:17 171:18 171:19 171:19 171:21 171:21 171:21 171:24 172:4 172:4 172:4

| Word | Page:Line |
|---|---|
| **the(301)** | 172:5 172:6 172:6 172:7 172:7 172:8 172:10 172:12 172:13 172:14 172:14 172:18 172:20 172:21 172:22 172:23 172:24 173:3 173:3 173:4 173:6 173:8 173:8 173:9 173:10 173:11 173:12 173:13 173:14 173:14 173:14 173:14 173:15 173:17 173:18 173:18 173:19 173:19 173:19 173:21 173:21 173:23 173:23 174:1 174:1 174:2 174:4 174:5 174:5 174:6 174:6 174:8 174:9 174:13 174:13 174:14 174:14 174:16 174:17 174:18 174:20 174:20 174:24 174:25 174:25 175:1 175:1 175:2 175:5 175:9 175:12 175:13 175:14 175:15 175:19 175:21 175:22 175:24 175:25 176:1 176:3 176:4 176:5 176:5 176:6 176:7 176:8 176:9 176:10 176:11 176:12 176:15 176:16 176:17 176:17 176:21 176:21 176:25 177:1 177:2 177:2 177:3 177:5 177:6 177:6 177:7 177:7 177:10 177:10 177:13 177:14 177:18 177:21 177:23 177:24 177:24 178:1 178:3 178:4 178:5 178:8 178:9 178:10 178:12 178:14 178:16 178:16 178:17 178:19 178:20 178:22 178:23 178:24 178:25 178:25 179:1 179:4 179:5 179:5 179:6 179:7 179:14 179:17 179:18 179:19 179:19 179:20 179:21 179:22 180:1 180:4 180:5 180:10 180:11 180:12 180:13 180:14 180:15 180:18 180:19 180:20 180:22 180:24 181:1 181:4 181:6 181:7 181:7 181:8 181:8 181:9 181:10 181:10 181:10 181:11 181:12 181:13 181:15 181:15 181:15 181:16 181:18 181:19 181:24 182:3 182:4 182:5 182:7 182:8 182:9 182:11 182:17 182:21 182:24 182:24 182:24 183:2 183:5 183:5 183:9 183:9 183:12 183:19 183:21 183:22 183:23 183:24 184:3 184:5 184:6 184:8 184:8 184:9 184:9 184:10 184:10 184:11 184:13 184:14 184:15 184:16 184:18 184:20 184:21 184:22 184:23 184:23 184:25 185:3 185:5 185:6 185:9 185:10 185:12 185:19 185:20 185:23 185:24 186:2 186:5 186:6 186:6 186:6 186:7 186:11 186:12 186:13 186:14 186:16 186:16 186:18 186:19 186:20 186:23 186:25 187:2 187:3 187:4 187:12 187:13 187:14 187:16 187:18 187:21 187:23 187:23 188:4 188:10 188:11 188:11 188:15 188:16 188:17 188:18 188:19 188:23 189:1 189:2 189:4 189:11 189:12 189:15 189:16 189:17 189:20 189:21 189:21 189:22 189:24 190:1 190:5 190:8 190:9 190:10 |
| **the(36)** | 190:12 190:12 190:12 190:13 190:14 190:15 190:16 190:17 190:17 190:18 190:22 190:24 190:25 191:2 191:4 191:8 191:9 191:9 191:11 191:16 191:17 191:18 191:22 191:24 192:2 192:3 192:6 192:8 192:10 192:12 192:13 192:13 192:17 192:20 192:21 192:21 192:22 |
| **their(80)** | 5:15 7:19 9:1 10:5 15:11 19:1 19:2 25:19 29:24 34:6 36:12 36:21 37:4 40:18 40:25 41:17 41:18 43:15 44:23 44:25 45:8 45:23 54:3 54:14 57:16 62:12 62:22 62:23 62:25 63:1 63:2 75:18 78:1 78:2 86:4 96:23 107:22 109:25 113:18 114:6 129:1 145:9 145:10 145:11 145:13 145:15 145:18 146:5 153:20 154:15 157:8 162:3 167:12 167:13 167:24 169:17 173:1 175:23 176:2 178:11 180:11 181:22 182:1 182:5 182:19 184:1 184:8 185:5 186:7 187:19 188:7 188:12 188:13 189:18 189:18 189:19 190:2 192:12 192:14 |

| Word | Page:Line |
|---|---|
| **them(57)** | 6:4 9:2 9:12 15:11 17:6 18:16 20:5 22:25 23:13 27:12 27:12 28:14 30:8 31:12 34:15 34:16 34:17 34:23 40:24 42:12 53:12 53:15 53:16 54:3 54:4 54:6 58:11 65:7 75:10 75:23 82:5 88:6 92:9 97:1 97:6 99:24 100:21 131:4 143:13 143:22 143:23 150:10 154:11 154:13 156:24 157:9 157:14 168:21 170:21 171:1 174:12 178:1 187:21 187:22 188:13 188:19 192:14 |
| **themselves(5)** | 5:22 177:3 182:10 186:22 188:9 |
| **then(78)** | 8:11 10:16 11:21 12:7 17:23 18:25 19:2 19:10 19:10 19:12 19:14 20:4 20:5 22:5 23:15 33:19 39:7 44:4 44:14 45:17 47:16 48:1 50:16 54:9 54:10 54:18 55:19 56:2 56:7 71:10 74:7 74:25 76:3 77:21 78:3 78:5 85:13 86:6 90:5 91:13 91:16 91:18 92:9 93:24 94:2 98:16 102:1 103:2 107:1 108:9 113:25 115:9 119:13 135:13 139:21 140:14 150:19 150:19 154:11 154:13 154:16 155:6 155:14 155:25 156:25 157:17 158:8 158:18 158:24 159:25 160:21 163:7 164:5 171:2 172:6 173:6 183:7 191:8 |
| **theoretically(1)** | 92:4 |
| **there(160)** | 7:18 9:25 10:6 11:24 13:22 14:6 14:10 15:12 16:20 18:11 22:16 24:6 25:6 28:5 28:12 28:14 28:15 28:16 28:17 30:13 31:10 32:17 36:7 38:21 38:22 56:16 57:4 57:6 57:22 59:6 60:8 64:18 66:24 68:24 70:13 70:14 70:15 70:16 70:17 71:1 71:1 71:2 74:1 74:2 74:12 74:22 74:25 75:4 75:20 75:20 76:2 76:18 79:7 79:11 79:11 79:13 79:14 79:22 79:22 82:13 82:24 85:4 85:10 85:14 89:5 89:5 89:6 90:10 91:16 94:2 94:11 94:13 95:12 96:6 96:10 96:10 96:10 96:11 97:24 98:1 99:9 99:13 99:13 99:14 99:14 99:19 100:1 100:9 101:18 101:25 103:8 103:11 110:4 111:20 112:5 112:9 112:9 115:3 117:16 119:19 120:3 120:25 123:15 124:4 125:11 130:9 131:5 131:9 131:10 133:10 134:16 139:22 145:20 146:15 147:3 147:19 149:1 149:17 151:16 153:1 153:2 154:6 155:18 157:12 158:8 158:25 159:12 162:15 164:1 164:15 169:6 169:9 169:24 172:2 174:8 175:7 175:10 176:23 177:12 179:1 181:3 181:22 182:13 182:14 183:8 185:14 187:9 188:8 191:4 191:4 191:6 192:8 |
| **there's(51)** | 5:9 9:17 13:17 17:9 17:21 20:15 31:11 33:24 37:2 40:6 40:7 40:11 41:15 42:10 43:13 44:3 44:4 44:8 54:9 54:10 54:18 55:23 57:11 57:20 57:25 60:1 63:2 71:22 72:4 77:22 78:24 79:15 79:16 80:2 83:12 86:4 88:3 88:9 91:9 91:13 92:25 94:8 95:10 95:22 96:3 96:17 97:12 100:5 102:13 102:17 |
| **thereafter(1)** | 61:21 |
| **thereby(1)** | 7:9 |
| **therefore(6)** | 14:25 21:2 115:4 122:17 137:10 161:22 |
| **thereto(1)** | 157:7 |
| **there'd(1)** | 7:24 |
| **there's(25)** | 120:16 128:8 130:16 149:8 154:11 164:16 164:19 164:20 166:6 167:1 169:5 169:18 169:21 170:16 170:22 170:24 171:11 171:12 171:18 177:11 180:24 181:20 183:17 187:4 188:6 |

| Word | Page:Line |
|---|---|
| **these(61)** | 8:18 8:24 8:25 9:5 9:12 9:14 10:6 12:23 13:25 22:21 25:21 26:21 27:4 27:9 27:16 27:17 28:25 29:18 31:10 34:20 51:24 57:17 57:17 58:5 60:8 64:15 74:3 75:7 75:13 75:19 85:7 85:8 97:16 97:19 101:9 101:22 108:21 114:25 126:1 128:8 128:12 130:16 131:23 139:25 142:6 146:4 169:12 171:8 175:21 184:22 186:3 186:16 186:21 186:23 188:16 188:25 188:25 189:22 190:6 190:19 190:20 |
| **they(206)** | 7:20 8:9 8:19 9:3 9:7 9:8 10:6 12:12 13:5 13:9 13:24 13:24 14:2 14:2 14:3 14:5 14:20 14:24 14:24 16:25 17:4 17:4 17:8 18:1 18:18 22:11 23:4 23:18 23:20 24:14 24:23 24:23 25:1 25:2 25:3 25:7 25:16 25:18 27:11 27:13 27:15 28:1 28:3 28:5 28:11 29:10 29:11 29:13 29:14 29:15 30:25 31:1 31:2 31:17 33:8 33:24 33:24 35:2 36:14 40:17 41:13 44:11 44:19 45:7 45:8 45:19 45:21 45:23 50:14 51:10 53:10 53:21 53:23 54:7 54:12 54:17 55:16 55:18 55:19 56:12 56:20 57:2 57:12 57:14 58:7 58:24 62:11 62:12 62:14 62:15 62:17 63:1 64:22 68:2 68:3 68:6 71:8 71:13 71:15 72:20 73:4 73:9 73:11 73:12 73:14 74:12 75:3 77:19 77:21 78:1 78:2 78:21 81:16 85:12 85:13 88:5 88:5 93:11 93:14 95:21 97:1 97:17 97:17 99:17 99:22 99:25 105:5 108:22 110:8 110:8 110:9 110:11 115:2 118:14 125:21 137:5 145:10 145:11 145:15 145:25 149:10 149:19 149:20 150:9 152:24 152:25 153:1 153:2 153:23 154:14 154:14 154:17 157:22 160:16 161:14 161:19 161:20 161:25 162:1 162:2 162:3 162:5 167:5 167:10 167:20 168:17 168:18 169:17 170:4 170:11 170:13 170:13 170:22 171:23 172:20 173:22 174:8 174:9 175:24 176:8 178:16 178:17 181:1 182:3 182:5 182:7 182:7 182:9 183:10 185:25 185:19 186:22 187:12 187:19 187:19 187:21 188:6 188:18 188:18 188:20 188:20 190:20 192:14 |
| **they'd(1)** | 85:8 |
| **they'll(1)** | 34:4 |
| **they're(54)** | 8:5 17:2 17:7 17:25 18:24 19:1 20:9 25:20 27:2 27:21 29:24 33:1 33:5 34:4 34:5 34:11 35:6 36:22 40:18 44:17 44:17 44:18 45:2 45:3 45:7 45:16 45:18 45:20 45:22 46:9 51:11 51:13 57:24 58:3 58:4 63:4 67:5 69:3 69:4 71:9 71:13 71:18 72:8 73:5 73:10 73:15 75:11 75:24 77:24 77:25 78:1 78:22 88:18 100:20 |
| **they've(14)** | 8:5 8:7 12:3 12:11 12:19 17:3 24:3 25:1 32:24 40:1 45:20 45:21 100:7 |
| **they'll(3)** | 154:16 166:22 189:18 |
| **they're(21)** | 145:24 149:10 157:7 157:9 161:8 164:18 168:2 168:5 168:20 170:16 170:17 177:7 180:23 180:23 182:17 182:1 183:12 183:15 183:16 183:20 188:21 |
| **they've(4)** | 129:22 150:10 157:9 189:23 |
| **thin(1)** | 172:5 |
| **thing(7)** | 8:5 13:7 45:23 158:22 167:23 167:24 182:13 |
| **things(34)** | 19:25 22:16 24:20 37:15 41:14 51:13 51:15 53:14 54:3 75:19 76:1 76:25 93:14 98:25 125:25 127:15 129:5 130:4 137:13 137:14 137:23 140:11 141:14 140:11 165:10 170:2 170:7 170:15 171:19 171:21 179:16 185:16 192:12 192:12 |

| Word | Page:Line |
|---|---|
| **think(144)** | 5:11 5:12 5:17 6:21 8:16 15:13 17:7 17:13 18:3 18:6 19:17 19:18 20:13 20:13 21:1 23:17 23:17 23:20 23:25 24:4 24:6 25:6 25:24 26:14 26:23 28:22 30:11 30:16 31:8 31:11 32:7 32:9 32:13 32:19 33:18 34:5 34:9 35:2 35:11 35:11 35:19 35:20 35:20 40:6 43:21 45:10 46:12 46:14 47:23 48:1 48:10 50:25 51:17 68:6 68:12 69:23 71:9 71:21 78:20 80:1 80:23 80:24 85:21 89:14 90:8 90:12 91:12 99:17 99:17 107:3 109:22 111:10 111:13 112:15 116:23 117:11 118:12 120:2 120:6 120:18 121:1 124:3 126:7 128:14 130:3 130:7 130:10 133:19 134:7 135:10 138:18 140:8 140:15 140:21 141:11 142:10 143:25 146:24 148:1 148:6 149:1 149:8 149:17 149:19 149:22 150:8 151:18 152:1 153:15 157:11 158:22 160:12 160:19 162:5 162:7 162:8 163:15 163:21 164:4 164:23 164:24 166:9 167:17 170:10 170:10 170:11 170:22 170:25 172:20 175:20 175:23 178:5 179:18 181:15 182:24 185:13 185:17 185:17 187:6 187:18 187:21 188:18 188:21 189:13 |
| **thinks(1)** | 26:15 |
| **third(9)** | 8:3 13:7 34:1 67:6 70:4 101:17 121:9 172:5 186:20 |
| **thirdly(1)** | 6:12 |
| **this(290)** | 5:11 7:18 7:23 9:2 10:16 10:18 11:6 11:12 11:23 12:15 12:16 14:4 14:13 15:14 16:12 17:5 18:16 18:18 19:5 20:5 20:8 21:5 21:9 21:11 21:22 24:1 24:6 24:9 24:24 25:10 25:15 25:17 26:10 27:2 27:15 27:20 28:5 28:13 28:16 28:25 29:7 29:11 29:12 31:4 31:5 33:3 33:4 33:5 33:7 33:11 34:7 35:3 37:8 37:9 38:22 39:10 40:23 41:1 41:2 41:3 41:8 41:11 41:20 46:18 51:17 52:11 52:13 53:5 59:8 59:15 59:17 59:23 60:4 60:5 60:10 60:24 64:11 64:15 64:20 65:1 65:2 65:8 65:9 65:10 65:13 65:19 65:22 66:7 66:16 66:22 68:12 68:22 71:10 71:19 72:2 72:3 72:10 73:2 75:22 76:3 77:5 77:10 78:18 79:25 80:11 84:23 85:6 85:12 86:10 86:11 86:14 87:3 87:25 88:1 88:4 88:6 88:7 89:3 89:16 89:19 89:25 89:25 90:3 90:18 91:8 91:9 91:21 93:8 93:9 93:14 94:15 94:16 95:2 95:5 95:19 95:21 97:14 97:19 98:7 98:10 100:23 100:24 101:1 101:4 101:6 101:11 101:14 102:7 104:21 105:23 106:11 106:13 106:13 107:17 109:22 109:23 111:11 111:15 112:10 113:17 115:13 116:11 116:24 117:23 118:10 122:19 123:19 124:4 124:8 124:11 125:4 125:10 125:15 125:19 125:21 126:22 128:15 128:16 129:4 129:12 129:18 130:4 130:7 130:15 130:19 130:21 133:20 134:7 134:8 134:23 135:19 136:18 137:4 137:19 137:22 138:5 138:17 140:3 140:11 141:4 141:20 142:8 142:13 142:18 142:20 143:4 144:8 144:9 144:14 144:15 145:12 147:11 148:20 148:22 150:1 151:1 152:18 154:23 155:1 156:6 156:23 157:2 157:21 157:23 158:25 159:2 159:18 162:9 166:3 167:5 167:9 168:12 169:5 169:19 169:20 169:20 169:21 169:23 171:3 171:13 171:15 172:3 172:10 172:20 173:19 173:21 173:24 174:3 174:7 174:10 174:11 174:12 174:14 174:16 177:3 177:7 177:17 177:17 178:17 179:5 179:8 179:14 179:21 179:23 180:7 180:18 180:21 181:1 181:7 181:18 182:12 183:4 184:9 186:14 187:7 187:13 187:15 189:4 190:23 191:2 191:7 192:11 |
| **thomas(1)** | 2:27 |

| Word | Page:Line |
|------|-----------|
| **those**(45) 6:1 6:8 6:14 6:25 7:6 7:10 7:22 10:3 13:19 13:20 24:17 30:12 31:22 34:24 34:24 35:15 42:11 45:9 47:18 49:21 51:4 53:23 54:5 54:19 72:8 75:2 76:1 95:5 116:12 131:22 144:24 152:22 156:19 156:20 158:3 167:4 167:9 173:2 173:11 173:11 173:22 181:2 187:8 187:11 192:13 | |
| **though**(6) 117:15 120:19 142:11 143:3 150:23 177:19 | |
| **thought**(15) 5:21 13:23 17:13 27:15 37:3 76:20 77:1 78:25 95:24 130:19 152:21 163:13 163:23 180:5 191:16 | |
| **thousands**(1) 87:10 | |
| **three**(17) 7:4 34:18 55:20 95:8 101:18 102:8 116:12 116:12 116:13 137:3 137:9 146:3 146:20 166:3 173:18 175:13 182:24 | |
| **three-way**(1) 151:20 | |
| **through**(68) 17:15 18:5 18:6 18:7 18:12 18:16 20:4 22:6 22:24 23:12 23:14 26:20 26:24 30:19 30:20 32:4 32:10 35:13 35:16 39:13 39:23 40:1 40:5 40:6 40:7 40:10 40:15 42:7 42:21 44:3 44:4 44:8 46:24 50:19 51:12 54:15 65:3 65:5 66:3 66:5 71:12 114:18 114:21 115:13 115:14 116:8 116:9 116:16 118:12 118:12 128:11 142:22 155:15 155:24 156:7 157:19 161:6 162:5 167:6 167:19 173:12 173:13 174:16 174:18 182:19 182:22 183:2 | |
| **throughout**(2) 116:14 183:9 | |
| **thus**(1) 18:3 | |
| **tick**(1) 166:23 | |
| **till**(1) 32:14 | |
| **time**(37) 8:7 8:23 8:23 18:16 47:12 47:22 48:4 49:12 53:1 64:14 64:17 82:2 89:3 89:25 90:18 105:3 105:6 127:2 127:9 127:9 129:9 129:11 129:18 130:1 138:21 139:13 139:24 143:21 146:10 149:13 165:17 166:3 169:24 178:19 182:8 190:24 191:2 | |
| **times**(3) 77:14 106:1 147:22 | |
| **timing**(1) 157:11 | |
| **timothy**(2) 2:5 186:1 | |
| **today**(24) 6:20 10:18 11:5 15:8 15:9 16:13 42:12 46:11 47:21 97:13 97:25 105:7 129:18 160:10 168:8 169:17 185:6 185:8 186:12 186:21 188:6 188:15 191:5 192:8 | |
| **today's**(1) 11:8 | |
| **together**(6) 37:14 55:15 90:23 94:16 158:17 186:14 | |
| **told**(6) 14:2 33:7 41:13 112:4 125:25 | |
| **too**(4) 116:1 121:4 138:22 147:10 | |
| **took**(3) 41:17 62:3 119:6 | |
| **top**(13) 18:22 18:23 19:3 24:7 50:18 102:24 102:24 121:9 161:16 175:5 175:9 182:8 | |
| **topic**(1) 151:6 | |
| **total**(6) 34:25 55:13 92:13 93:5 115:18 120:20 | |
| **totaling**(1) 33:25 | |
| **totally**(2) 41:12 76:11 | |
| **totals**(1) 118:8 | |
| **touché**(1) 49:20 | |
| **towards**(5) 101:17 102:7 121:22 179:13 189:23 | |
| **trade**(1) 169:10 | |
| **transactions**(4) 92:25 97:13 97:14 97:16 45:17 124:25 136:9 157:25 159:1 163:2 192:21 | |
| **transcription**(2) 1:44 1:52 | |

| Word | Page:Line |
|------|-----------|
| **transcripts**(5) 27:19 36:22 36:23 157:12 163:8 | |
| **transfer**(55) 6:3 9:24 9:25 10:6 10:10 20:14 27:5 27:16 43:20 60:6 84:20 84:23 85:12 88:17 89:1 105:13 105:17 126:9 126:13 132:13 132:25 134:6 134:12 137:2 137:9 142:8 142:18 167:21 168:2 168:6 169:21 170:2 170:8 171:20 171:23 172:4 172:9 172:9 172:10 173:20 174:11 176:25 177:4 179:6 180:8 180:9 181:11 183:21 184:9 186:4 186:6 186:8 186:19 188:16 190:18 | |
| **transferred**(9) 14:16 85:6 126:2 169:22 170:1 170:17 170:25 174:11 187:9 | |
| **transferring**(3) 87:13 169:18 188:24 | |
| **transfers**(1) 9:5 | |
| **transparent**(2) 76:6 76:11 | |
| **travel**(1) 178:4 | |
| **traveled**(1) 129:13 | |
| **treated**(2) 57:24 182:18 | |
| **trees**(1) 173:14 | |
| **trending**(1) 82:13 | |
| **trial**(15) 5:8 7:7 11:24 22:18 37:4 37:11 37:12 37:17 48:2 48:3 69:9 133:8 155:4 167:11 | |
| **tribune**(1) 82:24 | |
| **tried**(4) 12:3 12:19 82:5 170:5 | |
| **trip**(1) 192:15 | |
| **triple**(2) 56:18 57:8 | |
| **trouble**(2) 84:13 162:5 | |
| **troubled**(1) 50:5 | |
| **true**(22) 22:1 28:6 44:12 47:20 105:20 110:18 114:12 122:11 123:5 123:21 124:11 124:16 131:8 131:13 132:11 140:4 141:10 142:15 142:19 143:20 171:25 172:1 | |
| **trust**(7) 23:22 23:25 24:8 24:13 24:15 24:16 139:14 | |
| **trustee**(41) 2:34 2:34 2:40 6:9 7:19 7:25 10:13 10:17 10:24 15:2 15:5 15:14 25:8 25:9 25:19 43:12 43:13 47:3 47:5 87:12 131:2 131:12 132:4 132:7 132:13 132:21 132:24 134:3 134:5 134:11 151:12 151:16 151:18 178:11 184:16 184:21 184:22 185:18 185:19 186:20 190:19 | |
| **trustee's**(1) 25:17 | |
| **trustee's**(4) 131:12 132:8 132:22 178:8 | |
| **try**(3) 10:17 12:6 15:11 25:9 25:10 27:16 29:20 34:4 77:21 89:2 89:10 98:16 107:5 114:5 127:8 131:12 132:20 136:25 147:15 147:17 150:25 169:11 171:6 | |
| **trying**(13) 25:23 26:13 27:4 27:7 60:7 76:22 112:12 112:18 112:22 136:6 147:16 177:8 183:12 | |
| **turn**(6) 20:4 35:22 47:20 56:6 61:6 104:1 | |
| **turnarounds**(1) 50:3 | |
| **turned**(2) 12:18 158:18 | |
| **turnover**(5) 28:4 140:15 140:16 140:20 166:8 | |
| **twice**(1) 147:9 | |
| **two**(51) 7:18 12:21 15:16 20:16 34:20 38:1 40:20 52:13 53:12 53:19 53:24 54:1 60:1 72:2 72:6 72:8 76:24 82:12 89:13 95:5 95:8 101:18 116:12 116:12 130:9 137:14 151:25 156:15 163:20 165:12 166:25 167:4 167:12 170:19 170:20 171:17 172:18 173:8 173:11 175:8 175:9 175:10 175:13 181:8 185:2 186:18 186:20 186:21 187:9 192:11 | |
| **type**(3) 50:12 56:17 57:7 | |
| **typical**(3) 57:15 58:8 185:18 | |

| Word | Page:Line |
|------|-----------|
| **typically**(5) 26:14 58:20 77:18 81:13 81:14 | |
| **u.s**(2) 2:34 2:34 | |
| **u.s.c**(1) 186:4 | |
| **ualteq**(1) 1:8 | |
| **ultimately**(2) 6:4 82:14 | |
| **ums**(1) 28:7 | |
| **un-redacted**(2) 43:2 59:16 | |
| **unabated**(1) 190:15 | |
| **unable**(1) 64:5 | |
| **unavailability**(1) 161:8 | |
| **unavailable**(8) 45:3 45:20 45:22 46:3 46:11 46:11 46:15 161:4 | |
| **unbelievable**(1) 172:6 | |
| **uncertainty**(1) 141:3 | |
| **uncontested**(3) 14:13 37:16 168:24 | |
| **under**(23) 7:8 7:12 14:7 21:13 21:13 41:5 79:1 104:10 108:14 160:12 160:22 160:22 161:23 172:21 172:22 186:6 186:4 190:19 190:23 191:1 191:3 191:19 | |
| **underlined**(1) 155:19 | |
| **underlying**(1) 34:7 | |
| **understand**(26) 26:2 26:13 34:11 35:9 37:25 38:6 38:25 51:1 51:3 54:14 59:11 64:23 74:17 74:20 93:21 98:19 98:19 103:25 138:11 149:20 152:10 157:1 160:1 162:19 191:12 192:6 | |
| **understanding**(15) 6:14 34:5 45:11 64:18 65:24 70:22 83:2 83:10 88:18 88:25 89:3 100:20 145:7 152:23 158:7 | |
| **understood**(5) 91:21 104:11 121:3 121:4 156:12 | |
| **underway**(2) 79:7 79:18 | |
| **undisputed**(1) 169:16 | |
| **unfair**(1) 15:13 | |
| **unidentified**(1) 90:18 | |
| **united**(4) 1:1 1:20 109:25 145:25 | |
| **university**(1) 49:4 | |
| **unless**(10) 37:5 37:8 45:2 45:21 97:8 134:5 134:10 141:25 148:20 161:10 | |
| **unlike**(1) 157:7 | |
| **unliquidated**(2) 181:12 181:14 | |
| **unrelated**(2) 25:21 41:12 | |
| **uns**(1) 156:17 | |
| **unsecured**(17) 5:5 50:4 79:6 81:14 81:15 100:3 100:6 100:9 104:18 173:20 179:6 181:9 182:17 186:2 186:24 187:13 187:13 | |
| **unsure**(1) 187:11 | |
| **until**(7) 17:3 64:13 80:11 142:12 142:19 152:5 191:8 | |
| **unto**(1) 186:22 | |
| **untrue**(1) 191:13 | |
| **unusual**(2) 85:9 169:5 | |
| **upon**(3) 177:11 186:7 188:20 | |
| **upside**(1) 87:5 | |
| **urge**(1) 172:10 | |
| **usc**(1) 16:8 | |
| **use**(11) 27:7 27:14 27:16 27:18 28:17 38:21 44:1 45:16 54:6 176:11 185:20 | |
| **used**(6) 31:7 158:17 164:9 164:24 173:10 173:12 | |
| **useful**(2) 76:21 165:14 | |
| **using**(4) 24:9 28:4 123:19 136:6 | |
| **uss**(3) 28:10 137:11 137:16 | |
| **usual**(2) 76:13 149:13 | |
| **v-mark**(1) 183:6 | |
| **vacate**(1) 192:13 | |
| **valid**(1) 182:12 | |
| **valley**(1) 50:16 | |
| **valuable**(1) 53:17 | |

| Word | Page:Line |
|------|-----------|
| **value**(2) 31:8 141:19 | |
| **varies**(1) 92:25 | |
| **variety**(4) 49:6 53:16 53:20 54:18 | |
| **various**(5) 16:23 53:18 58:10 94:9 114:20 | |
| **vault**(1) 58:4 | |
| **vct**(5) 1:9 59:14 94:4 94:5 94:7 | |
| **veluchamy**(42) 13:12 13:19 20:12 20:14 21:4 21:11 24:8 24:25 26:25 27:1 27:1 28:1 33:4 44:25 45:15 56:9 56:11 56:15 74:14 108:10 108:14 108:25 109:16 129:1 132:9 135:4 137:11 137:24 138:4 140:6 140:14 143:13 144:6 156:16 156:16 159:12 159:13 160:2 166:25 168:8 172:19 172:25 | |
| **veluchamy's**(5) 9:10 24:14 33:9 74:21 | |
| **veluchamy**(9) 131:1 136:25 140:19 140:25 148:13 169:7 170:20 172:5 185:4 | |
| **veluchamy's**(2) 141:2 150:1 | |
| **vendor**(4) 51:3 125:16 125:20 125:22 | |
| **venue**(60) 5:8 6:17 10:10 16:11 16:14 17:15 24:10 24:18 25:13 25:20 29:25 33:9 38:12 38:23 39:5 41:1 41:13 41:18 41:19 41:21 41:23 47:19 51:1 52:12 74:3 78:19 78:23 80:19 125:13 130:22 137:2 137:19 138:4 140:5 147:23 167:8 167:21 168:1 173:5 173:6 173:20 178:22 178:23 179:3 179:23 180:8 181:8 181:10 181:13 183:19 183:21 183:22 184:2 186:6 187:1 187:3 187:9 187:15 190:16 190:18 | |
| **verification**(1) 108:10 | |
| **version**(2) 61:1 190:14 | |
| **very**(56) 7:11 7:23 8:1 8:6 20:11 22:13 24:7 26:17 31:4 39:6 40:22 41:3 41:4 41:4 42:5 46:22 51:16 52:8 52:25 57:25 58:7 60:9 64:24 66:9 75:17 76:5 77:12 78:7 79:13 86:9 89:13 90:24 103:2 128:16 149:22 150:12 150:24 151:2 151:23 152:5 152:10 155:1 166:3 169:5 170:11 172:5 174:18 174:19 176:6 176:9 178:18 178:20 179:7 179:9 179:22 192:10 | |
| **vesting**(1) 7:9 | |
| **vice-versa**(1) 176:20 | |
| **view**(15) 12:10 33:17 34:2 51:17 76:22 77:7 85:3 85:4 85:8 87:2 133:4 143:13 147:25 149:25 178:24 | |
| **views**(1) 5:20 | |
| **violate**(1) 130:16 | |
| **violated**(1) 14:12 | |
| **violation**(8) 7:22 8:24 9:21 12:23 14:8 14:14 21:6 21:10 | |
| **violations**(7) 5:11 8:18 8:24 9:1 9:7 9:9 10:6 | |
| **virtue**(1) 10:3 | |
| **visa**(3) 57:16 57:18 57:25 | |
| **visit**(1) 129:6 | |
| **visited**(2) 61:19 61:23 | |
| **visiting**(1) 160:11 | |
| **vmark**(3) 13:18 54:9 55:13 | |
| **volume**(2) 77:16 77:20 | |
| **volumes**(1) 149:18 | |
| **voluminous**(1) 17:6 | |
| **voluntarily**(1) 137:15 | |
| **vouched**(1) 144:5 | |
| **vouching**(3) 143:16 143:22 143:23 | |
| **wacker**(1) 2:30 | |
| **wait**(5) 37:22 37:24 69:21 117:19 192:14 | |
| **walk**(3) 17:14 46:24 128:11 | |
| **wallet**(1) 57:16 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **want**(55) 12:9 18:10 18:16 33:8 33:10 33:15 34:4 35:7 41:14 42:24 45:8 54:25 55:3 55:21 63:14 66:14 69:3 85:15 87:8 89:25 93:12 100:23 101:16 103:6 104:14 104:20 106:4 107:16 108:2 115:7 115:25 123:8 123:10 123:11 128:6 128:11 130:14 134:23 138:24 147:3 147:7 153:11 156:5 156:8 158:9 159:19 162:6 166:23 166:24 173:13 181:2 181:24 182:5 187:19 192:15 | | **we're**(32) 5:7 12:8 14:22 16:17 18:24 23:18 24:9 26:10 27:4 27:7 28:4 31:1 34:2 34:18 40:3 40:20 43:1 44:1 45:10 45:11 52:1 60:7 69:23 76:10 76:10 76:22 87:2 88:7 92:20 101:6 103:14 103:17 | | **what**(152) 5:16 6:23 8:17 10:8 12:9 13:10 13:11 16:12 17:13 17:17 17:18 17:20 17:23 18:1 18:8 20:3 21:4 21:23 22:4 22:9 23:1 24:3 24:11 24:15 26:5 26:19 27:15 29:2 31:22 32:15 32:18 33:24 37:11 39:12 41:13 46:16 47:21 50:1 50:24 52:23 54:14 54:16 54:16 55:1 56:11 56:17 56:19 56:25 57:7 57:13 58:19 59:9 60:4 60:7 62:11 62:18 62:19 63:18 65:11 65:24 66:11 67:2 67:15 68:2 68:14 69:5 69:20 72:13 73:23 74:6 74:17 74:19 74:19 76:6 76:7 77:20 78:13 79:5 80:22 80:25 81:6 81:10 81:21 82:20 84:9 88:3 88:16 93:9 93:14 94:20 96:1 97:9 99:24 101:23 106:24 107:13 108:19 109:2 109:15 112:1 113:23 114:23 117:8 118:24 120:18 121:7 123:16 126:5 127:2 129:18 132:17 136:8 136:12 141:8 142:13 142:16 142:17 144:1 146:17 147:16 147:23 147:25 148:17 149:6 149:10 149:10 149:14 149:15 150:22 153:16 153:19 153:23 154:13 155:22 155:25 157:11 157:14 159:20 160:8 160:1 161:15 164:5 164:23 174:9 179:21 179:23 183:2 183:24 187:7 189:11 191:9 | | **which**(112) 6:18 6:20 7:5 8:5 8:10 9:22 11:20 11:21 12:22 13:2 13:2 13:4 17:1 18:2 21:11 23:14 23:18 24:24 25:7 25:16 27:6 27:17 31:25 32:24 32:25 35:17 40:4 40:7 41:13 43:2 45:20 50:18 51:21 51:21 54:10 56:12 59:17 59:13 64:3 64:21 65:2 65:9 65:20 65:21 67:17 74:21 74:21 78:5 81:8 91:21 93:10 93:15 93:15 94:3 94:21 101:8 104:15 104:16 104:22 105:13 105:24 106:5 106:7 110:6 110:17 110:20 111:16 111:22 114:3 116:24 117:12 117:12 117:12 118:4 118:14 118:19 118:20 119:18 121:9 130:15 133:3 133:11 133:13 138:18 139:1 147:10 153:10 153:11 153:17 156:16 157:8 158:13 158:14 158:15 158:18 159:1 159:15 160:11 161:4 161:5 161:13 165:11 168:8 174:24 175:25 179:10 180:9 180:12 182:19 183:2 183:11 186:15 188:19 |
| **wanted**(16) 17:4 17:14 19:13 25:18 47:12 95:25 117:13 120:9 128:13 140:17 141:8 141:14 161:15 161:19 184:7 185:21 | | **wednesday**(2) 17:3 93:11 **week**(2) 28:11 129:18 **weekend**(2) 156:9 192:16 **weekends**(1) 192:15 **weighed**(1) 178:25 **weight**(2) 173:7 185:17 | | | | |
| **wants**(3) 10:16 46:25 184:17 **warehouse**(1) 50:17 **warrants**(1) 171:16 **was**(259) 7:15 8:10 8:11 8:22 8:23 8:23 9:2 9:16 10:3 10:4 12:11 13:4 13:11 13:14 13:21 13:21 13:21 13:23 14:1 14:22 14:23 17:14 18:7 19:4 19:6 21:4 21:23 22:15 25:4 25:6 25:9 25:18 26:4 26:10 27:16 28:5 28:10 28:10 28:14 29:20 32:17 32:17 35:17 36:15 37:3 38:23 41:1 41:17 41:19 42:1 43:19 46:13 46:18 49:1 49:14 49:16 49:18 49:19 50:18 51:1 51:1 51:17 52:2 52:18 52:20 53:3 53:4 63:19 63:25 64:12 64:15 65:9 66:15 67:19 68:2 68:5 68:16 69:6 72:4 72:13 73:20 73:22 74:6 74:12 74:14 74:19 74:22 74:25 75:4 75:17 75:21 76:2 76:3 76:7 76:18 77:1 78:10 78:12 80:17 80:18 80:22 80:23 80:24 81:21 82:13 82:13 82:15 82:16 82:20 82:22 82:23 82:24 83:3 85:20 88:1 88:4 90:12 91:21 93:11 97:9 99:14 99:19 99:20 99:25 100:16 102:3 104:25 104:25 105:4 105:7 105:12 105:13 105:24 109:15 110:10 111:19 111:20 121:1 123:16 123:22 125:13 125:14 125:16 126:5 126:6 127:7 127:7 129:5 129:11 130:4 130:8 131:15 132:4 132:6 132:7 133:10 133:11 133:13 133:17 135:2 136:2 136:3 136:7 136:9 136:16 137:3 137:18 137:18 137:25 138:3 140:5 140:5 140:12 140:17 140:21 140:21 140:23 141:3 141:8 141:15 141:17 141:18 143:13 143:19 145:1 145:2 145:4 145:11 145:20 146:19 146:25 147:5 147:6 147:9 147:10 147:10 149:6 150:24 151:6 151:15 151:16 151:17 151:20 152:22 152:23 153:19 158:25 159:2 159:17 159:18 160:8 160:18 161:11 161:13 161:18 162:4 162:7 163:11 163:12 163:13 163:15 163:16 163:24 164:4 164:14 164:21 164:24 165:2 165:2 165:11 166:8 167:4 167:13 169:9 170:3 170:7 170:17 171:3 173:3 173:5 173:6 173:24 174:21 174:22 174:24 179:1 180:16 181:7 181:22 182:14 182:15 182:16 182:18 183:19 185:14 191:6 191:1 191:23 192:17 | | **we've**(24) 11:7 11:17 12:14 12:16 14:12 14:18 16:17 16:18 17:7 21:4 23:17 24:12 26:23 26:23 28:23 33:7 37:15 71:24 79:1 82:12 84:6 85:9 85:10 93:10 | | | | |
| **wasn't**(10) 5:10 8:22 19:25 22:15 28:15 28:17 46:12 52:18 81:6 96:1 **wasn't**(13) 115:8 115:10 124:6 127:8 136:6 136:16 137:18 141:17 160:13 160:1 171:3 174:22 174:23 | | **went**(5) 56:1 149:15 155:24 162:5 167:19 **were**(105) 5:22 6:8 7:6 7:7 9:8 9:8 9:11 10:6 13:20 14:3 21:24 22:4 22:16 27:9 27:11 27:15 28:1 28:2 28:3 28:5 28:12 28:15 29:14 29:14 29:19 29:20 31:10 31:17 31:17 34:20 44:19 47:18 49:22 52:1 52:13 52:25 57:20 61:10 64:5 64:5 66:11 66:24 67:3 71:21 72:10 73:18 73:23 72:6 76:6 77:3 78:4 80:24 81:1 82:2 82:4 82:5 82:25 84:10 97:2 97:23 97:24 98:1 99:17 99:22 104:15 104:21 105:5 105:23 107:21 122:18 122:20 122:24 126:2 129:4 129:9 129:12 130:9 131:9 131:10 137:4 139:25 142:18 142:21 143:4 145:11 145:1 148:23 151:10 152:25 167:5 169:22 173:3 177:17 178:16 184:17 186:14 191:23 | | **when**(65) 6:16 8:17 8:20 13:12 14:4 15:14 22:6 32:4 34:16 34:20 41:16 41:22 51:2 51:10 53:4 59:6 64:11 68:4 68:5 69:20 71:16 72:7 75:24 75:24 79:9 80:10 81:6 81:11 82:17 88:1 93:9 99:19 101:25 103:21 104:21 104:25 107:21 114:13 117:22 119:18 122:18 126:16 129:4 129:11 130:23 132:6 140:11 142:21 145:11 147:21 152:8 157:21 158:11 158:17 160:1 162:1 162:21 167:4 167:8 170:1 171:23 174:22 174:23 189:17 189:20 | | **will**(49) 5:24 20:5 23:6 24:6 25:5 30:17 34:19 39:4 48:5 52:10 60:6 60:22 80:13 84:20 90:5 101:4 103:21 104:2 111:2 126:7 126:8 134:9 136:13 137:8 147:16 151:4 154:14 154:19 157:15 158:13 162:15 162:22 164:22 166:19 169:18 170:6 174:9 178:1 178:1 178:2 178:3 189:8 189:15 189:18 190:17 190:19 190:24 191:3 192:11 |
| **way**(35) 7:19 12:7 16:13 16:25 17:9 18:18 20:8 25:18 33:11 34:7 60:9 71:3 80:2 87:18 93:18 97:16 108:1 112:20 115:23 117:24 121:3 121:4 122:13 126:10 126:12 127:4 127:10 127:13 131:7 157:18 157:20 163:1 165:25 180:24 186:13 **ways**(3) 7:18 53:16 186:12 **we'd**(2) 18:2 84:13 **we'll**(7) 22:5 37:22 37:24 45:12 46:20 101:8 103:12 | | **weren't**(5) 13:20 17:3 27:11 27:13 27:19 **weren't**(4) 137:5 152:24 153:1 153:2 **west**(1) 13:1 **western**(1) 49:4 **we'd**(4) 157:11 164:8 164:9 192:4 **we'll**(6) 107:5 159:8 159:24 164:14 173:13 176:12 | | **when's**(1) 79:9 **where**(77) 8:8 11:12 17:15 17:16 23:19 27:19 29:25 30:1 36:6 36:10 42:16 49:8 51:7 53:14 58:3 59:19 59:22 60:24 60:25 61:1 61:4 61:16 62:22 63:1 63:9 67:12 67:12 67:22 69:5 70:5 70:10 70:18 71:8 71:12 72:12 73:4 73:9 73:13 81:18 82:4 86:16 86:18 95:19 100:15 115:4 115:16 122:19 122:20 122:21 134:24 144:6 144:2 145:7 145:10 145:15 145:18 154:14 154:22 154:22 167:25 168:10 169:3 172:3 177:18 179:3 180:17 180:22 181:7 181:15 183:20 183:23 183:25 185:15 185:19 187:20 190:20 **whereupon**(1) 192:17 **whether**(41) 5:12 22:15 23:4 31:5 31:5 41:18 57:10 66:16 72:11 75:12 80:7 80:17 87:20 87:21 88:8 94:8 94:14 110:15 112:9 124:25 126:11 126:17 127:4 127:11 130:23 135:12 136:7 141:3 141:21 141:25 146:15 148:7 152:25 160:9 164:21 167:16 174:4 176:25 179:23 180:10 191:11 | | **william**(3) 2:41 15:4 184:14 **willing**(2) 86:11 159:3 **wilmington**(25) 1:12 1:30 2:15 2:23 2:37 2:43 3:8 3:15 5:1 63:3 73:15 111:6 111:24 113:6 113:14 113:21 114:3 114:10 119:4 119:25 120:7 122:5 130:10 175:10 183:16 **win**(1) 12:6 **wisconsin**(1) 113:4 **wise**(1) 11:13 **wish**(12) 10:19 15:2 15:21 17:21 33:14 47:24 89:18 90:3 98:6 98:9 184:3 192:15 **wished**(1) 6:19 **wishes**(2) 49:22 166:14 |

Other columns:

**warehouse**(1) 50:17

**we're**(11) 113:24 131:23 135:21 135:22 149:19 153:19 158:2 159:20 171:7 177:8 187:10

**we've**(15) 105:6 112:5 113:10 114:24 114:25 150:16 157:12 161:5 167:7 168:23 169:8 171:21 172:2 177:1 177:23

**wednesday**(2) 17:3 93:11

**while**(5) 9:6 11:4 153:22 160:12 170:13

**whispering**(1) 154:18

**who**(25) 6:3 6:19 13:13 14:23 26:9 27:3 30:25 41:6 47:12 91:22 126:14 144:5 166:14 167:23 168:9 172:7 173:21 187:8 192:13

**who's**(4) 10:23 13:12 44:25 99:1

**whole**(8) 52:12 87:3 89:4 90:16 95:23 133:3 148:23 148:24 180:14

**whom**(1) 15:21

**whose**(1) 91:22

**why**(42) 19:23 23:14 24:14 29:25 37:20 52:21 59:8 64:4 64:10 64:10 65:10 68:3 69:8 74:7 74:11 75:5 76:3 76:14 77:6 77:8 80:25 83:2 83:8 83:15 85:5 85:13 87:6 88:1 89:10 95:23 100:21 101:5 115:9 127:18 145:20 146:9 148:20 150:25 165:13 181:23 182:5 187:16

**wheeler**(9) 2:5 185:25 186:1 187:2 187:6 187:17 188:3 188:5 189:13

**whatever**(4) 19:11 162:22 165:12 165:17
**what's**(7) 108:18 123:18 133:7 145:7 164:22 191:10 191:13

**what's**(20) 6:24 9:17 17:11 21:15 24:22 25:12 26:19 29:16 30:10 31:15 39:21 58:25 66:8 66:20 69:15 71:6 71:25 79:2 91:14 99:7 101:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**with**(232) 5:14 7:5 7:11 8:3 8:16 9:7 9:9 9:9 9:10 9:11 12:15 15:15 18:10 18:16 18:21 18:25 19:2 19:4 19:12 20:8 21:11 22:4 24:4 24:10 24:17 25:7 27:3 28:6 28:13 29:18 29:19 30:14 31:4 31:5 33:23 35:8 35:17 36:1 37:14 38:10 38:11 39:7 40:19 41:12 43:15 43:20 45:24 47:2 49:4 49:18 49:19 49:20 50:13 52:4 52:5 53:23 54:13 56:9 56:22 58:11 58:13 58:13 58:14 58:16 59:11 60:19 62:7 63:14 64:12 64:25 66:8 66:24 68:22 68:24 69:24 70:1 71:3 72:2 72:15 73:1 74:5 74:23 75:14 75:15 77:11 77:13 77:13 77:14 79:7 79:14 79:20 81:8 81:12 81:13 81:14 82:1 83:6 84:3 86:13 89:21 90:16 91:24 92:1 93:12 93:18 95:19 95:21 96:18 96:21 100:15 101:11 101:21 103:23 108:15 109:1 109:17 109:1 110:7 110:9 110:11 110:17 110:25 111:2 111:4 112:4 113:22 113:23 114:8 114:22 115:3 115:5 115:24 116:10 117:25 120:10 120:12 121:13 122:2 122:14 123:16 124:1 124:16 125:11 125:15 125:19 125:22 126:1 127:19 129:25 130:21 130:25 131:1 131:11 131:24 132:4 132:6 134:8 134:13 135:7 135:8 136:1 136:6 136:8 136:18 136:23 137:1 137:12 137:23 138:1 138:2 139:12 139:14 140:6 141:20 141:23 141:24 145:24 146:25 147:12 147:20 147:21 148:8 149:9 150:9 150:10 150:10 151:12 153:16 154:19 155:24 156:4 156:6 156:7 156:14 156:21 158:6 161:2 162:15 162:22 163:1 163:7 164:5 164:6 164:14 165:25 166:24 167:12 167:19 168:3 168:14 169:9 172:2 175:23 176:15 176:17 177:2 177:5 177:8 177:25 178:8 179:24 181:4 181:14 182:1 184:8 186:18 187:21 187:22 188:13 189:16 190:4 191:7

**withdraw**(9) 5:24 19:24 32:16 38:18 132:13 132:24 134:5 134:11 154:14

**withdrawal**(1) 105:12
**withdrawing**(1) 23:15
**withdrawn**(31) 17:25 20:10 20:10 20:12 23:16 23:17 26:23 28:22 28:23 33:20 35:14 38:12 39:8 39:22 40:1 40:6 40:12 40:16 40:17 42:8 42:9 42:21 44:2 44:4 44:14 44:18 44:20 100:7 134:4 134:10 157:9
**withdraws**(1) 20:5
**withdrew**(5) 32:11 42:12 88:5 105:9
**within**(5) 9:4 16:8 22:22 46:1 190:11
**without**(9) 6:3 83:7 103:10 112:13 112:22 134:18 158:3 164:4 190:15

**witness**(33) 17:10 27:25 46:13 48:1 48:22 52:13 52:16 59:2 59:23 60:4 63:20 65:25 66:17 89:19 90:3 91:2 91:5 91:7 91:24 98:7 98:10 101:11 112:11 112:13 117:14 121:4 150:20 161:9 161:21 161:25 165:1 178:13 190:8

**witnesses**(10) 4:3 16:20 161:4 168:6 168:20 176:16 180:15 180:18 180:19 181:17
**witness's**(1) 161:11
**won't**(2) 33:13 33:19
**wonder**(2) 85:12 191:11
**words**(1) 146:4
**work**(20) 49:8 49:13 49:23 49:25 50:4 54:16 55:12 55:15 55:16 63:8 75:10 75:11 75:11 75:11 117:24 129:12 138:9 158:4 168:4 169:20

**worked**(3) 23:4 49:6 49:10
**working**(3) 50:19 127:23 129:14
**world**(2) 62:24 63:12
**worried**(2) 77:19 170:16
**worth**(1) 19:11

**would**(159) 5:11 5:16 6:15 6:17 6:18 8:4 9:3 10:9 11:13 14:7 14:23 15:13 16:5 17:14 17:18 27:17 33:17 33:25 34:3 36:9 37:20 38:24 39:2 41:2 41:16 46:24 47:14 48:10 50:14 50:15 51:22 53:5 54:7 55:19 57:15 58:5 58:7 62:7 62:20 68:3 72:4 75:18 75:18 76:20 77:3 77:4 78:14 78:25 84:9 84:13 84:16 85:3 85:4 85:4 85:6 85:11 85:12 85:12 85:13 85:22 85:23 85:24 89:10 91:1 91:6 93:13 93:18 96:22 100:22 101:21 111:2 111:4 112:4 113:5 114:18 119:2 119:14 120:9 120:11 120:12 120:19 120:20 122:2 122:12 124:15 124:22 125:19 126:2 127:3 128:24 129:25 130:15 130:21 130:25 134:4 134:8 134:13 136:10 136:20 136:21 137:1 139:12 139:16 141:20 141:22 142:8 143:5 143:14 145:5 146:24 146:25 146:16 146:16 149:12 152:9 156:20 157:9 158:24 160:21 161:1 161:12 161:22 162:10 163:4 164:8 164:20 165:8 166:2 166:10 166:16 168:18 169:23 169:24 170:5 171:8 171:13 171:14 173:24 173:25 174:11 174:13 176:25 177:3 177:3 177:17 177:5 177:12 177:15 177:17 177:19 177:22 177:24 179:20 180:2 180:3 181:3 181:24 182:2 182:5 183:18 185:13 187:7 188:16 188:25 190:6

**wouldn't**(3) 22:4 31:24 41:16
**wouldn't**(4) 119:3 131:4 135:8 162:13
**wrap**(1) 179:17
**write**(1) 191:2
**writing**(1) 6:24
**written**(1) 31:4
**wrong**(9) 13:23 34:4 34:10 34:13 37:6 52:16 69:13 187:5 187:6

**wrongful**(1) 12:11
**wrongfully**(1) 14:16
**www.diazdata.com**(1) 1:48
**xpedx**(25) 100:12 100:12 100:14 101:19 101:21 102:8 102:25 103:4 105:23 106:1 108:4 108:6 108:15 108:25 109:17 109:23 110:6 110:16 113:19 113:24 113:25 114:6 145:2 145:7 145:23

**yeah**(26) 19:9 19:19 19:19 20:17 21:7 33:20 34:18 36:16 37:10 39:10 40:10 40:13 42:12 43:7 46:6 57:13 58:7 66:22 68:17 68:21 75:7 78:16 90:20 94:19 95:3 102:6

**year**(4) 29:15 53:6 78:24 170:20
**years**(3) 49:7 170:19 170:20
**yellow**(4) 158:13 158:14 158:17 158:24
**yes**(74) 11:25 18:15 32:11 40:9 40:14 44:10 47:9 53:9 56:10 56:24 59:18 64:17 65:15 66:4 66:10 67:8 73:7 92:8 94:5 101:23 102:4 102:23 103:24 105:2 105:14 105:20 106:10 106:24 106:25 108:8 109:20 114:2 117:1 119:22 119:24 120:24 121:1 125:21 127:17 129:11 129:22 129:24 131:14 132:4 132:10 133:6 136:4 137:17 138:2 138:7 139:23 143:15 143:19 144:19 146:6 146:21 151:13 151:17 151:21 151:24 153:21 155:2 156:18 160:25 163:19 163:21 164:14 165:7 171:18 175:19 175:24 177:18 180:5 184:13

**yesterday**(5) 64:13 64:15 65:9 142:12 142:19

**yet**(7) 5:20 6:24 15:21 128:20 138:20 144:1 190:9

**york**(10) 2:8 49:17 61:5 63:3 73:5 73:12 86:17 86:19 175:10 176:10

**you**(301) 5:19 5:20 6:23 6:23 7:1 7:21 8:6 9:3 9:12 10:9 10:12 11:9 11:10 11:11 15:19 15:20 16:4 16:5 17:4 17:7 17:9 17:15 17:18 17:20 17:21 18:16 18:20 19:23 19:23 21:1 21:3 21:5 21:24 21:24 22:4 22:8 22:17 22:20 23:1 23:11 23:14 24:5 24:6 25:25 26:11 26:12 26:14 27:14 27:18 27:22 28:16 28:17 29:10 30:9 30:11 30:11 30:13 30:15 31:7 31:9 31:20 31:22 32:6 32:9 32:16 33:10 33:14 33:14 33:15 33:18 34:1 34:12 34:14 34:16 35:1 35:20 36:1 36:23 37:9 37:20 37:21 38:6 38:22 39:6 40:5 40:7 41:5 41:5 41:13 41:21 42:2 42:5 42:16 42:23 43:3 43:4 43:5 43:5 43:10 43:13 43:15 45:12 45:16 46:14 46:16 46:22 47:1 47:5 47:6 47:17 47:21 47:24 48:4 48:21 49:2 49:9 49:10 49:12 49:21 49:22 50:7 50:10 50:12 50:21 50:21 51:6 51:12 51:12 52:1 52:2 52:23 52:25 53:7 53:11 53:14 54:2 54:23 54:24 55:2 55:3 55:7 55:7 55:8 55:11 55:25 56:1 56:1 56:4 56:9 56:22 57:10 57:14 57:17 57:20 58:1 58:5 58:11 58:13 58:16 58:19 58:22 58:22 58:23 59:1 59:4 59:6 59:8 59:8 59:9 59:15 59:16 59:16 60:8 60:11 60:12 60:13 60:14 60:22 60:24 60:25 61:1 61:3 61:10 61:19 61:21 61:22 61:24 63:9 63:22 64:5 64:10 64:10 64:14 64:18 65:3 65:5 66:2 66:2 66:5 66:8 66:11 66:15 66:19 66:19 66:24 67:2 67:9 67:9 67:18 68:1 68:9 68:10 68:17 68:19 68:21 69:1 69:1 69:1 69:3 69:5 69:13 69:14 69:17 69:18 69:20 69:20 70:2 70:4 70:4 70:10 70:15 70:20 71:1 71:3 71:10 71:11 71:12 71:20 72:1 73:1 73:18 73:21 74:16 75:4 75:5 75:6 75:9 75:10 75:13 75:14 75:19 75:21 75:22 76:9 76:22 76:24 77:11 77:15 77:21 77:21 77:23 77:23 77:25 78:1 78:2 78:4 78:6 78:8 78:14 78:23 79:9 79:25 80:7 80:11 80:13 80:14 80:15 80:17 80:18 80:19 80:19 80:24 80:24 80:25 80:25 81:6 81:11 81:12 81:12 81:17 81:19 81:23 82:5

**you**(301) 82:8 82:10 82:17 82:20 82:25 83:2 83:7 83:8 83:14 83:15 83:24 84:2 84:4 84:4 84:19 85:1 85:2 85:4 86:8 86:13 86:20 86:25 87:11 88:5 88:15 88:16 88:24 89:10 89:22 89:23 89:24 90:5 90:7 90:18 91:16 92:6 92:9 92:12 92:12 92:16 92:16 92:19 92:23 92:23 93:2 93:5 93:12 93:17 93:21 94:8 94:14 94:14 94:17 95:5 95:17 95:19 96:2 96:11 96:23 97:1 97:4 97:5 97:10 97:11 97:22 97:22 98:1 98:4 98:13 99:9 99:10 99:19 101:12 101:12 101:15 101:17 101:18 101:21 102:5 102:7 102:8 102:13 102:17 102:22 103:3 103:11 103:22 103:25 104:3 104:4 104:6 104:9 104:9 104:21 104:23 105:10 105:19 106:12 106:15 106:20 107:2 107:13 107:14 108:3 108:3 108:4 108:9 108:10 109:21 110:6 110:15 110:15 110:20 111:2 111:2 111:4 111:14 111:15 111:15 112:4 112:4 112:18 113:2 113:10 113:23 114:13 115:3 115:13 115:13 115:13 115:17 115:18 115:19 115:22 115:22 116:4 116:4 116:8 116:9 116:15 116:20 116:20 116:21 116:28 117:4 117:5 117:9 117:13 117:22 118:2 118:6 118:6 118:15 118:17 118:19 118:23 119:5 119:8 119:8 119:21 120:3 120:9 120:10 121:7 121:8 121:10 121:12 121:15 121:22 121:24 122:2 122:4 122:11 122:12 122:15 122:18 122:20 123:1 123:3 123:4 123:6 123:10 123:10 123:12 123:12 123:21 124:8 124:10 124:11 124:12 124:17 124:23 125:1 125:9 125:12 125:16 125:17 125:19 125:22 125:25 126:1 126:10 126:11 126:16 126:16 126:16 126:25 127:2 127:2 127:2 127:3 127:9 127:9 127:10 127:15 127:18 127:22 128:15 128:24 129:4 129:5 129:9 129:12 129:12 129:13 129:16 129:18 129:19 129:21 129:23 129:25 130:4 130:8 130:21 130:21 130:22 130:25 131:9 132:3 132:6 132:12 133:24 133:24 134:1 134:8 134:13 134:19 134:21 134:21 134:24 135:6 135:9 136:3 136:23 137:2 137:5 137:8 137:12 137:19 137:22 138:1 138:11 138:13 138:17 138:19 138:25 139:2 139:10 139:12 139:18 139:19 139:21 139:21 140:11 140:11 140:16 140:16 140:17 140:17 141:5 141:8 141:13 141:13 141:14 141:20 141:20 141:24 142:11 142:11 142:13 142:14 142:17 142:19 142:20 142:23 142:23 143:3

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **you**(159) | 143:3 143:16 144:15 144:22 | **your**(301) | 5:4 5:5 5:7 5:9 7:1 7:12 7:23 |
| | 144:24 145:5 145:10 145:12 145:12 145:18 | | 8:1 8:21 8:21 10:1 10:7 10:11 10:15 |
| | 145:20 145:23 146:2 146:3 146:5 146:7 | | 10:21 11:4 11:11 11:24 15:4 15:6 15:7 |
| | 146:11 146:12 146:12 146:15 146:19 | | 15:17 16:4 16:15 18:13 22:3 22:12 22:23 |
| | 146:22 146:22 146:23 146:24 146:25 147:1 | | 23:11 23:16 24:12 26:17 27:9 31:3 32:16 |
| | 147:4 147:4 147:19 148:7 148:7 148:7 | | 35:10 35:20 35:24 36:1 38:8 38:13 38:14 |
| | 148:10 148:12 148:14 149:3 149:18 149:21 | | 39:6 39:11 39:20 40:25 41:6 41:11 42:5 |
| | 150:6 150:19 150:23 150:25 151:5 151:8 | | 46:22 47:4 47:5 47:8 47:23 48:6 48:6 |
| | 151:10 152:4 152:5 152:6 152:8 152:16 | | 48:17 49:2 49:13 50:19 51:3 52:3 52:4 |
| | 152:21 152:21 153:4 153:4 153:6 153:11 | | 52:25 54:21 54:25 57:15 59:21 60:1 60:21 |
| | 153:18 153:22 154:1 154:2 154:7 154:10 | | 60:22 60:24 63:8 63:13 63:18 63:18 64:18 |
| | 154:16 154:16 154:25 155:6 155:14 155:14 | | 64:25 65:8 65:14 66:13 68:1 68:7 68:13 |
| | 156:8 156:11 156:15 157:1 157:3 157:8 | | 71:19 71:22 72:21 73:8 74:16 76:12 77:7 |
| | 157:17 157:19 157:21 157:21 157:21 158:7 | | 77:7 77:22 78:4 78:4 78:5 78:5 78:12 |
| | 158:3 158:8 158:11 158:12 159:13 159:19 | | 80:5 80:11 80:13 80:15 80:22 81:11 81:21 |
| | 160:8 160:9 160:15 160:15 160:16 160:17 | | 83:12 84:8 84:17 84:18 84:22 85:15 86:1 |
| | 160:19 160:24 162:1 162:5 162:8 162:10 | | 86:24 87:25 88:20 89:2 89:4 89:5 89:14 |
| | 162:11 162:17 162:21 164:7 164:23 165:4 | | 89:17 89:20 89:24 90:4 90:7 90:11 91:1 |
| | 165:16 165:17 165:18 166:13 166:21 | | 92:8 92:8 92:10 93:8 93:9 94:17 95:13 |
| | 166:23 167:3 167:7 170:3 170:24 172:11 | | 95:20 95:24 95:25 96:17 96:20 98:4 98:8 |
| | 172:12 172:13 172:14 172:17 175:11 179:2 | | 98:11 98:13 99:2 99:3 99:9 100:23 101:1 |
| | 179:17 180:1 180:2 180:6 180:16 180:17 | | 101:10 101:16 102:25 103:3 103:7 103:13 |
| | 181:1 181:6 182:14 182:18 182:22 183:1 | | 103:22 103:24 104:4 104:6 104:8 107:8 |
| | 183:5 183:8 183:10 184:2 184:3 184:11 | | 107:16 108:2 112:10 112:18 112:19 112:21 |
| | 184:12 185:10 185:22 185:23 187:2 187:6 | | 112:23 115:7 117:7 117:9 117:17 118:9 |
| | 187:8 187:20 190:21 190:22 191:9 191:10 | | 118:25 119:17 120:13 120:24 122:7 122:11 |
| | 191:12 191:13 191:22 191:24 192:7 192:13 | | 122:12 122:19 123:8 123:8 123:9 123:11 |
| | 192:14 | | 123:16 123:25 124:8 124:19 124:19 125:13 |
| | | | 125:15 126:20 127:14 128:6 129:6 129:13 |
| **you'd**(2) | 10:24 72:11 | | 129:16 129:21 130:1 130:14 131:3 132:5 |
| **you'll**(7) | 11:7 34:18 36:23 41:3 41:7 62:6 | | 132:12 132:17 133:2 133:7 134:14 134:17 |
| | 98:14 | | 134:20 134:23 135:18 135:18 135:21 136:3 |
| | | | 136:5 138:21 138:24 139:4 140:7 143:13 |
| **you're**(19) | 23:14 31:18 38:15 51:3 68:17 | | 143:16 144:17 144:19 145:7 146:11 146:11 |
| | 72:15 75:14 75:15 77:11 77:12 77:13 | | 146:23 147:1 147:5 147:7 147:25 148:2 |
| | 77:14 77:22 78:3 86:11 94:20 96:21 99:16 | | 148:17 148:19 149:25 150:15 151:4 151:7 |
| | 101:25 | | 151:25 152:9 152:15 153:9 153:21 153:25 |
| | | | 154:23 156:5 156:5 156:10 156:14 157:1 |
| **you've**(3) | 38:16 43:2 50:13 | | 157:15 157:20 158:7 158:12 158:24 160:3 |
| **young**(1) | 49:20 | | 160:8 160:14 160:23 160:25 161:12 161:24 |
| | | | 162:11 162:22 163:7 163:12 164:12 |
| | | | 164:13 164:21 164:22 165:4 165:6 165:8 |
| | | | 165:13 165:18 165:21 165:23 166:1 166:13 |
| | | | 166:16 166:19 171:2 172:8 172:15 172:17 |
| | | | 172:24 174:16 177:20 177:24 179:15 |
| | | | 179:25 180:3 180:6 180:7 181:6 181:24 |
| | | | 183:1 183:19 184:5 184:14 184:17 184:18 |
| | | **your**(19) | 184:21 185:8 185:11 185:16 |
| | | | 185:20 185:25 186:3 187:7 187:17 188:3 |
| | | | 188:5 189:13 191:6 191:15 191:21 191:24 |
| | | | 191:25 192:6 192:7 |
| | | **you'd**(1) | 114:23 |
| | | **you'll**(4) | 155:3 156:9 158:12 183:3 |
| | | **you're**(14) | 110:10 111:17 114:11 115:23 |
| | | | 119:19 124:13 125:11 127:23 140:20 142:6 |
| | | | 143:22 146:25 149:4 185:9 |
| | | **you've**(8) | 114:16 120:3 122:23 127:15 |
| | | | 133:2 149:25 166:4 182:14 |