## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (---)<br><br>Jointly Administered<br><br>**Objection Deadline: TBD**<br>**Hearing Date: TBD** |

**NOTICE OF FILING OF CORRECTED EXHIBIT A TO THE MOTION OF
WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT
TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED
STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

**PLEASE TAKE NOTICE** that on April 29, 2014, the *Motion Of Wilmington Savings
Fund Society, FSB Pursuant To 28 U.S.C. §§ 1408 & 1412 And Rule 1014 Of The Federal Rules
Of Bankruptcy Procedure To Transfer Cases To The United States District Court For The
Northern District Of Texas* (Docket No. 2) (the "Motion") was filed.

**PLEASE TAKE FURTHER NOTICE** that the Motion was inadvertently filed with an
incorrect Exhibit A.  Attached hereto as Exhibit 1 is the corrected Exhibit A to the Motion.

Dated: April 29, 2014
      Wilmington, Delaware

s/ William P. Bowden
ASHBY & GEDDES, P.A.
William P. Bowden (Del I.D. No. 2553)
Gregory A. Taylor (Del. I.D. No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner (pro hac vice pending)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (pro hac vice pending)
Andrew P. Strehle (pro hac vice pending)
Jeremy B. Coffey (pro hac vice pending)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

- and -

Howard L. Siegel (pro hac vice pending)
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 509-6500
Facsimile: (860) 509-6501

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*

**EXHIBIT 1**

**Exhibit A**

**Proposed Order**

.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, et al., | Case No. 14-      (---) |
| Debtors. | Joint Administration Pending |
| | **Related to Docket No. ___** |

**ORDER TRANSFERRING VENUE OF THESE CHAPTER 11
PROCEEDINGS TO THE UNITED STATES
<u>DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS</u>**

Upon consideration of the motion, dated April 29, 2014 (the "<u>Motion</u>"),[1] of Wilmington Savings Fund Society, FSB as successor trustee under that certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas Competitive Electric Holdings, LLC ("<u>TCEH</u>"), TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee, for an order, pursuant to 28 U.S.C. §§ 1408 and 1412, Rule 1014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Section 105(a) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), transferring venue of the above captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>") to the United States District Court for the Northern District of Texas, as set forth in the Motion; and it appearing that the Court has jurisdiction over this matter; and due and proper notice of the Motion has been given, and no other or further notice is required; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefore; it is

ORDERED that the Motion is granted; and it is further

---

[1]   Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Motion.

ORDERED that the Chapter 11 Cases are hereby transferred to the United States District Court for the Northern District of Texas; and it is further

ORDERED that the Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

Dated: Wilmington, Delaware
_____, 2014

_____
UNITED STATES BANKRUPTCY JUDGE