**Exhibit A**

**Proposed Order**

{00853071;v1 }

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, <u>et al.</u>, | Case No. 14- 10979 (---) |
| Debtors. | Joint Administration Pending |
| | **Related to Docket No. ___** |

**ORDER TRANSFERRING VENUE OF THESE CHAPTER 11**
**PROCEEDINGS TO THE UNITED STATES**
**<u>DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS</u>**

Upon consideration of the motion, dated April 29, 2014 (the "<u>Motion</u>"),[1] of Wilmington Savings Fund Society, FSB as successor trustee under that certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas Competitive Electric Holdings, LLC ("<u>TCEH</u>"), TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee, for an order, pursuant to 28 U.S.C. §§ 1408 and 1412, Rule 1014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Section 105(a) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), transferring venue of the above captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>") to the United States District Court for the Northern District of Texas, as set forth in the Motion; and it appearing that the Court has jurisdiction over this matter; and due and proper notice of the Motion has been given, and no other or further notice is required; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefore; it is

ORDERED that the Motion is granted; and it is further

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Motion.

2

ORDERED that the Chapter 11 Cases are hereby transferred to the United States District Court for the Northern District of Texas; and it is further

ORDERED that the Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

Dated: Wilmington, Delaware
          _____, 2014

_____
UNITED STATES BANKRUPTCY JUDGE