**Exhibit B**

**Debtors' Legal Proceedings Since 2012**

| No. | Document Title | Doc. Type | KNOS | Court | State | Date | WL Citation |
|---|---|---|---|---|---|---|---|
| 1. | CITY OF DALLAS v. MATTHEW MILLARD, ONCOR ELECTRIC DELIVERY COMPANY, LLC, DALLAS COUNTY | Docket | 390.20 - Real Property -> Condemnation | Texas - County Court - Dallas County | TX | 03/12/2014 | CC-14-01188-B |
| 2. | ONCOR ELECTRIC DELIVERY COMPANY, LLC v. EDUARDO CARMONA | Docket | - | Texas - District Court - Dallas County | TX | 03/10/2014 | DC-14-02435 |
| 3. | ONCOR ELECTRIC DELIVERY COMPANY, LLC v. ISABEL GAMINO | Docket | - | Texas - District Court - Dallas County | TX | 03/10/2014 | DC-14-02436 |
| 4. | ONCOR ELECTRIC DELIVERY COMPANY, LLC v. KEVEN MONZON, JULIO C. MONZON | Docket | 430 - Torts/Negligence | Texas - County Court - Denton County | TX | 02/28/2014 | CV-2014-00398 |
| 5. | ONCOR ELECTRIC DELIVERY COMPANY, LLC v. LATOYA FOREST | Docket | 390 - Real Property | Texas - District Court - Dallas County | TX | 02/28/2014 | DC-14-02054 |
| 6. | ONCOR ELECTRIC DELIVERY COMPANY, LLC v. ANA ESCOBAR | Docket | - | Texas - District Court - Dallas County | TX | 02/07/2014 | DC-14-01326 |
| 7. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. JACKIE DEASON | Docket | 390 - Real Property | Texas - District Court - Dallas County | TX | 02/07/2014 | DC-14-01234 |
| 8. | ROBERTO MUNOZ v. RAUL RIOS, JR., ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | 430.87 - Torts/Negligence -> Property Damage 430.87.05 - Torts/Negligence -> Property Damage -> Motor Vehicle | Texas - County Court - Dallas County | TX | 02/04/2014 | CC-14-00564-A |
| 9. | JAMES MILTON SCHUNKE v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | - | Texas - Supreme Court | TX | 01/30/2014 | 14-0087 |
| 10. | IN RE: ONCOR ELECTRIC DELIVERY COMPANY, LLC | Docket | - | Texas - District Court - Dallas County | TX | 01/13/2014 | DC-14-00291 |
| 11. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JOHN DOE ET AL | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 01/10/2014 | DC-14-00255 |
| 12. | STATE FARM LLOYDS AS SUBROGEE OF HORTENSE HAYNES v. ONCOR ELECTRIC DELIVERY COMPANY, LLC | Docket | 390 - Real Property | Texas - District Court - Dallas County | TX | 01/10/2014 | DC-14-00229 |
| 13. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. EMELY ESCOBEDO ET AL | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 01/08/2014 | DC-14-00151 |
| 14. | ONCOR ELECTRIC DELIVERY COMPANY, LLC v. MAGS TRUCKING, INC. | Docket | - | Texas - District Court - Dallas County | TX | 01/07/2014 | DC-14-00077 |
| 15. | ONCOR ELECTRIC DELIVERY COMPANY, LLC v. PERIMETER INTERNATIONAL | Docket | - | Texas - District Court - Dallas County | TX | 01/06/2014 | DC-14-00056 |
| 16. | ESTELLA RAMSEY, ET AL v. RANDALL SIMON, ET AL | Docket | 430.72 - Torts/Negligence -> Motor Vehicle | Texas - District Court - Dallas County | TX | 12/30/2013 | DC-13-15205 |
| 17. | CITY OF DALLAS v. DP RESOURCES, LLC, ONCOR ELECTRIC DELIVERY COMPANY LLC, DALLAS COUNTY, IN ITS OWN BEHALF AND ON BEHALF OF DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, PARKLAND HOSPITAL DISTRICT, AND DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS COUNTY ... | Docket | 390.20 - Real Property -> Condemnation | Texas - County Court - Dallas County | TX | 12/23/2013 | CC-13-07113-A |
| 18. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. PRECISION FENCING LLC | Docket | - | Texas - District Court - Dallas County | TX | 12/18/2013 | DC-13-14815 |
| 19. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. ARTURO REYES | Docket | - | Texas - District Court - Dallas County | TX | 12/18/2013 | DC-13-14844 |
| 20. | Oncor Elec. Delivery Co. LLC v. Schunke | Opinion | - | Texas - Court of Appeals | TX | 12/18/2013 | 2013 WL 6672494 |
| 21. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. ROBIN CARLSON, ET AL | Docket | - | Texas - District Court - Dallas County | TX | 12/18/2013 | DC-13-14826 |
| 22. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. KYNOI SENESOURY, ET AL | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 12/16/2013 | DC-13-14832 |
| 23. | Oncor Elec. Delivery Co., LLC v. Brockriede | Opinion | - | Texas - Court of Appeals | TX | 12/12/2013 | 2013 WL 6564276 |
| 24. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. WILLIAM E. BROWN AND HELEN W. BROWN AS TRUSTEES OF THE WILLIAM E. BROWN AND HELEN W. BROWN REVOCABLE LIVING TRUST | Docket | 390.20 - Real Property -> Condemnation | Texas - Court of Appeals | TX | 12/10/2013 | 07-13-00428-CV |
| 25. | ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | 390.20 - Real Property -> | Texas - Court of | TX | 12/10/2013 | 07-13- |

| # | Case | Type | Nature | Court | State | Date | Docket |
|---|---|---|---|---|---|---|---|
| | v. WILLIAM E. BROWN AND HELEN W. BROWN AS TRUSTEES OF THE WILLIAM E. BROWN AND HELEN W. BROWN REVOCABLE LIVING TRUST | | Condemnation | Appeals | | | 00427-CV |
| 26. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. CRISTOBAL QUINTARO-PALACIO, ET AL | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 11/27/2013 | DC-13-14038 |
| 27. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. VERNETTA BETHANY, ET AL | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 11/04/2013 | DC-13-13411 |
| 28. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JORGE ECHEVESTE | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 11/04/2013 | DC-13-13213 |
| 29. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. MARIA MURGUIA | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 11/04/2013 | DC-13-13162 |
| 30. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JOHN DOE, ET AL | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 11/04/2013 | DC-13-13163 |
| 31. | MIGUEL CARABELLO v. LUMINANT ENERGY COMPANY LLC, ET AL | Docket | 430.80 - Torts/Negligence -> Premises Liability | Texas - District Court - Dallas County | TX | 10/29/2013 | DC-13-13001 |
| 32. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. MAURA CHAVEZ | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 10/23/2013 | DC-13-12692 |
| 33. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. R S FOUNDATIONS | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 10/16/2013 | DC-13-12450 |
| 34. | Luminant Generation Co. LLC v. E.P.A. | Opinion | - | U.S. - Supreme Court | | 10/07/2013 | 134 S.Ct. 387 |
| 35. | MCKINNEY AVENUE PARTNERS, LTD. v. ONCOR ELECTRIC DELIVERY COMPANY,LLC.ET AL | Docket | - | Texas - County Court - Dallas County | TX | 10/03/2013 | CC-13-05713-D |
| 36. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. LUIS PATZAN-LIMA, ET AL | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 10/02/2013 | DC-13-11931 |
| 37. | Oncor Elec. Delivery Co., LLC v. Murillo | Opinion | - | Texas - Court of Appeals | TX | 09/26/2013 | 2013 WL 5372544 |
| 38. | CITY OF DALLAS v. DCSJ EDWARDS, LLC, THE UNITED STATES OF AMERICA, ONCOR ELECTRIC DELIVERY COMPANY, LLC.ET AL | Docket | 390.20 - Real Property -> Condemnation | Texas - County Court - Dallas County | TX | 09/18/2013 | CC-13-05440-C |
| 39. | CITY OF DALLAS v. CAROLYN PARKER SCHUM, INDIVIDUALLY AND AS TRUSTEE OF THE SCHUM LIVING TRUST, LEE CAMERON ADAMS, ALLEN KENT ADAMS.ET AL | Docket | 390.20 - Real Property -> Condemnation | Texas - County Court - Dallas County | TX | 09/18/2013 | CC-13-05442-D |
| 40. | MARIO GARCIA v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | - | Texas - District Court - Dallas County | TX | 09/17/2013 | DC-13-11135 |
| 41. | GTE Southwest Inc. v. Oncor Elec. Delivery Co., LLC | Opinion | - | Texas - Court of Appeals | TX | 09/17/2013 | 2013 WL 5234244 |
| 42. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. BARBOSA A CONSTRUCTION INC | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 09/10/2013 | DC-13-10699 |
| 43. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. HEATHER BAGLEY | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 09/10/2013 | DC-13-10709 |
| 44. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. SUMMIT STEEL FABRICATORS INC | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 08/22/2013 | DC-13-09645 |
| 45. | UNITED STATES OF AMERICA v. LUMINANT GENERATION COMPANY LLC ET AL | Docket | 200 - Environmental 340.65 - Other Federal Statutes -> Environmental Matters | U.S. - District Court - Texas N.D. | TX | 08/16/2013 | 3:13-CV-03236 |
| 46. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C v. JOSE JACQUEZ | Docket | 130.05 - Contracts -> Breach of Contract | Texas - County Court - Dallas County | TX | 08/13/2013 | CC-13-04720-E |
| 47. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. BOBBY SPEARS | Docket | - | Texas - District Court - Parker County | TX | 08/12/2013 | CV13-1125 |
| 48. | LUMINANT GENERATION COMPANY LLC v. JENNIFER MORRISON,T JEFF STONE,T JEFF STONE & ASSOCIATES LLC | Docket | 140 - Banking/Finance | Texas - District Court - Collin County | TX | 08/12/2013 | 416-03151-2013 |
| 49. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. NATIONAL TRANSLINE INC | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 08/07/2013 | DC-13-09229 |
| 50. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. TEXAS PREFERRED ROOFING | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 08/07/2013 | DC-13-09147 |
| 51. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. IAN KRUGER, ET AL | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 08/07/2013 | DC-13-09068 |
| 52. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. ANGELA MABERY | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 08/06/2013 | DC-13-09145 |
| 53. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. ARTURO MARTINEZ | Docket | 430.80 - Torts/Neligence -> Premises Liability | Texas - District Court - Dallas County | TX | 08/06/2013 | DC-13-09039 |
| 54. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. DFW SHREDDING INC | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 08/06/2013 | DC-13-09136 |
| 55. | ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | 430.75 - Torts/Negligence -> | Texas - District Court - | TX | 08/06/2013 | DC-13- |

| | | | | | | |
|---|---|---|---|---|---|---|
| | v. DRIVER PIPELINE COMPANY INC | | Personal Injury | Dallas County | | 09142 |
| 56. | LUMINANT GENERATION CO., L.L.C, ET AL v. EPA | Docket | 030 - Appeals | U.S. - Court of Appeals - 5th Circuit | | 07/31/2013 | 13-60538 |
| 57. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. UNITED STATES OF AMERICA | Docket | 430.77.10 - Torts/Negligence -> Personal Property -> Other Personal Property Damage | U.S. - District Court - Texas N.D. | TX | 07/22/2013 | 3:13-CV-02847 |
| 58. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. MALIN N J ASSOCIATES LLC | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 07/18/2013 | DC-13-07908 |
| 59. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. RKM UTILITY SERVICES INC | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 07/18/2013 | DC-13-07976 |
| 60. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JOSUE ARMILLA, ET AL | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 07/18/2013 | DC-13-07985 |
| 61. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. EDUARDO SAUCEDO, ET AL | Docket | - | Texas - District Court - Dallas County | TX | 07/17/2013 | DC-13-07940 |
| 62. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. BUD COLEY TRUCKING INC | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 07/16/2013 | DC-13-07842 |
| 63. | HUGO PADILLA, LAURA SANCHEZ, IND., AND AS NEXT FRIEND OF YANIXA SANCHEZ, A MINOR v. ONCOR ELECTRIC DELIVERY COMPANY, LLC, JUAN CARLOS RAMIREZ | Docket | 430.87.05 - Torts/Negligence -> Property Damage -> Motor Vehicle 430.87 - Torts/Negligence -> Property Damage | Texas - County Court - Dallas County | TX | 07/09/2013 | CC-13-03989-C |
| 64. | LUMINANT GENERATION COMPANY LLC, ET AL. v. ENVIRONMENTAL PROTECTION AGENCY | Docket | 030 - Appeals | U.S. - Supreme Court | | 06/24/2013 | 12-1484 |
| 65. | Oncor Elec. Delivery Co. LLC v. Public Utility Com'n of Texas | Opinion | - | Texas - Court of Appeals | TX | 06/14/2013 | 2013 WL 3013899 |
| 66. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. ANNIE BAXENDALE | Docket | 430.72 - Torts/Negligence -> Motor Vehicle | Texas - District Court - Dallas County | TX | 06/06/2013 | DC-13-06403 |
| 67. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. JAMAL KEJUNA VICKERS, SHERLEY CAREY | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 05/15/2013 | CC-13-02852-C |
| 68. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. NANCY VERENICE DOMINGUEZ | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 05/15/2013 | CC-13-02853-E |
| 69. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. TEXAS MANUFACTURING | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 05/13/2013 | CC-13-02796-E |
| 70. | LUMINANT GENERATION COMPANY, ET AL v. EPA | Docket | 030 - Appeals | U.S. - Court of Appeals - DC Circuit | | 05/10/2013 | 13-1178 |
| 71. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C v. ALFREDO CORDERO, ALFREDO T CORDERO | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 04/25/2013 | CC-13-02430-B |
| 72. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. CHRISTOPHER C GEDERS, YRC WORLDWIDE INC. | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 04/25/2013 | CC-13-02431-D |
| 73. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. ADELANTE MOVING SERVICES, LLC, TIME WARNER CABLE, LLC, TIME WARNER CABLE TEXAS, LLC.ET AL | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 04/22/2013 | CC-13-02333-B |
| 74. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. ALEX LAMBERD, BETEL TRUCKING, INC. | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 04/09/2013 | CC-13-02093-D |
| 75. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. OSCAR ALEXANDER GUTIERREZ, BONIFACIO MANZANAREZ | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 04/02/2013 | CC-13-01977-C |
| 76. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. JESUS VARELA, GREGORY R VANKATWYK | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 04/02/2013 | CC-13-01979-B |
| 77. | AMERICAN LUNG ASSOCIATION, ET AL. v. EME HOMER CITY GENERATION, L.P., ET AL. | Docket | 030 - Appeals | U.S. - Supreme Court | | 03/29/2013 | 12-1183 |
| 78. | ENVIRONMENTAL PROTECTION AGENCY, ET AL. v. EME HOMER CITY GENERATION, L.P., ET AL. | Docket | 030 - Appeals | U.S. - Supreme Court | | 03/29/2013 | 12-1182 |
| 79. | ONCOR ELECTRIC DELIVERY COMPANY, LLC v. HASEN DESIGN BUILD AND DEVELPMENT, INC. | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle 430.75.20 - Torts/Negligence -> Personal Injury -> Non-Motor Vehicle | Texas - County Court - Collin County | TX | 03/25/2013 | 003-00708-2013 |
| 80. | CITY OF DALLAS v. 635-I20 JOINT VENTURE, ONCOR ELECTRIC DELIVERY COMPANY LLC, DALLAS COUNTY, IN ITS OWN BEHALF AND | Docket | 390.20 - Real Property -> Condemnation | Texas - County Court - Dallas County | TX | 03/19/2013 | CC-13-01705-E |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ON BEHALF DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, PARKLAND HOSPITAL DISTRICT, AND DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS INDEPE... | | | | | |
| 81. | CITY OF DALLAS v. GEORGE F. LUCAS IRREVOCABLE TRUST, ONCOR ELECTRIC DELIVERY COMPANY LLC, DALLAS COUNTY, IN IT'S OWN BEHALF AND ON BEHALF OF DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, PARKLAND HOSPITAL DISTRICT, AND DALLAS COUNTY SCHOOL EQUALIZATION FUN... | Docket | 390.20 - Real Property -> Condemnation | Texas - County Court - Dallas County | TX | 03/19/2013 | CC-13-01704-D |
| 82. | Oncor Elec. Delivery Co., LLC v. Brockriede | Opinion | - | Texas - Court of Appeals | TX | 03/18/2013 | 2013 WL 1339539 |
| 83. | RUSSELL THORBURN v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | 430.80 - Torts/Negligence -> Premises Liability | Texas - District Court - Dallas County | TX | 03/04/2013 | DC-13-02582 |
| 84. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. MELVIN BENITEZ, JOHANA IRAHETA | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 03/01/2013 | CC-13-01389-E |
| 85. | CITY OF DALLAS v. MARGARET MARIE GIDDENS, ONCOR ELECTRIC DELIVERY, COMPANY, LLC, DALLAS COUNTY, IN ITS OWN BEHALF AND ON BEHALF OF DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, PARKLAND HOSPITAL DISTRICT, AND DALLAS COUNTY SCHOOL EQUALIZATIION FUND, AND CI... | Docket | 390.20 - Real Property -> Condemnation | Texas - County Court - Dallas County | TX | 03/01/2013 | CC-13-01378-B |
| 86. | BRUCE GRUY v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | 430.75.20 - Torts/Negligence -> Personal Injury -> Non-Motor Vehicle 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - District Court - Denton County | TX | 02/28/2013 | 2013-10171-16 |
| 87. | ONCOR ELECTRIC DELIVERY COMPANY, LLC v. BRENDA STONE, AS TRUSTEE OF THE RAMMING LAND TRUST, AND GREG STONE | Docket | - | Texas - Court of Appeals | TX | 02/26/2013 | 02-13-00072-CV |
| 88. | ONCOR ELECTRIC DELIVERY COMPANY, LLC v. CARL H. BROCKRIEDE | Docket | - | Texas - Court of Appeals | TX | 02/26/2013 | 02-13-00071-CV |
| 89. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. KEVIN LAMON JACKSON, CASSANDRA BURNS | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 02/20/2013 | CC-13-01031-A |
| 90. | TEXAS FARM BUREAU INSURANCE COMPANIES v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 02/12/2013 | DC-13-01755 |
| 91. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. CEDRIC GLENN GREEN, "JOHN DOE" | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 02/11/2013 | CC-13-00777-A |
| 92. | Sierra Club v. Energy Future Holdings Corp. | Opinion | - | U.S. - District Court - Texas W.D. | TX | 02/06/2013 | 2013 WL 485363 |
| 93. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. JOSE RAMIREZ, JUAN CARLOS RAMIREZ, JOHN DOE | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 02/01/2013 | CC-13-00598-A |
| 94. | CITY OF DALLAS v. MAIN CAPITAL PARTNERS, LP, ONCOR ELECTRIC DELIVERY COMPANY LLC, DALLAS COUNTY, IN ITS OWN BEHALF AND ON BEHALF OF DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, PARKLAND HOSPITAL DISTRICT, AND DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS... | Docket | 390.20 - Real Property -> Condemnation | Texas - County Court - Dallas County | TX | 01/29/2013 | CC-13-00525-A |
| 95. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JAMES MILTON SCHUNKE | Docket | 390.20 - Real Property -> Condemnation | Texas - Court of Appeals | TX | 01/28/2013 | 04-13-00067-CV |
| 96. | JOHNSON v. ONCOR ENERGY DELIVERY COMPANY ET AL | Docket | 340.30 - Other Federal Statutes -> Commercial/ICC Rates/ Etc. | U.S. - District Court - Texas W.D. | TX | 01/25/2013 | 6:13-CV-00022 |
| 97. | SIERRA CLUB, ET AL v. EPA, ET AL | Docket | 030 - Appeals | U.S. - Court of Appeals - DC Circuit | | 01/18/2013 | 13-1014 |
| 98. | DREW v. ENERGY FUTURE HOLDINGS CORPORATION | Docket | 340.75 - Other Federal Statutes -> Other Federal Statutory Actions | U.S. - District Court - West Virginia S.D. | WV | 12/14/2012 | 3:12-CV-09022 |
| 99. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JAMES MILTON SCHUNKE | Docket | 390.20 - Real Property -> Condemnation | Texas - Court of Appeals | TX | 12/14/2012 | 03-12-00816-CV |
| 100. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C v. SANDY LUNA, JUAN LAUNA | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor | Texas - County Court - Dallas County | TX | 12/13/2012 | CC-12-07405-C |

| # | Case | Type | Nature of Suit | Court | State | Date | Citation |
|---|------|------|----------------|-------|-------|------|----------|
| | | | Vehicle | | | | |
| 101. | Brantley v. Oak Grove Power Co. LCC | Opinion | - | Texas - Court of Appeals | TX | 11/29/2012 | 2012 WL 5974032 |
| 102. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. TIMCO LOGISTICS SYSTEMS, INC, TIMCO LOGISTICS, INC, TIMCO TRANSPORTATION, INC. | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 11/26/2012 | CC-12-07063-B |
| 103. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. HUMBERTO VALENZUELA AND DIEGO A. MORALES | Docket | 430.75 - Torts/Negligence -> Personal Injury 430.87 - Torts/Negligence -> Property Damage | Texas - County Court - Grayson County | TX | 11/21/2012 | 2012-2-157CV |
| 104. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. GLM DFW INC | Docket | 140 - Banking/Finance | Texas - District Court - Dallas County | TX | 11/08/2012 | DC-12-13226 |
| 105. | Adams v. Oncor Elec. Delivery Co., L.L.C. | Opinion | - | Texas - Court of Appeals | TX | 10/31/2012 | 2012 WL 5351237 |
| 106. | CITY OF RICHARDSON, TEXAS v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | - | Texas - District Court - Dallas County | TX | 10/26/2012 | DC-12-12696 |
| 107. | Luminant Generation Co., L.L.C. v. U.S. E.P.A. | Opinion | - | U.S. - Court of Appeals - 5th Circuit | | 10/24/2012 | 490 Fed.Appx. 657 |
| 108. | KIDD v. PUC | Docket | 030 - Appeals | Texas - District Court - Travis County | TX | 09/28/2012 | D-1-GN-12-003059 |
| 109. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. TUAN DUC TO AND CARLOS ANGEL VELASQUEZ | Docket | 300 - Motor Vehicles | Texas - County Court - Denton County | TX | 09/28/2012 | CV-2012-02610 |
| 110. | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. LUMINANT MINING SERVICES COMPANY ET AL | Docket | 110.25 - Civil Rights -> Employment | U.S. - District Court - Texas W.D. | TX | 09/26/2012 | 6:12-CV-00314 |
| 111. | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. LUMINANT MINING SERVICES COMPANY ET AL | Docket | 110.25 - Civil Rights -> Employment | U.S. - District Court - Texas W.D. | TX | 09/26/2012 | 1:12-CV-00895 |
| 112. | HARSCO CORPORATION v. STRELSKY ET AL | Docket | 190.15 - Labor & Employment -> ERISA | U.S. - District Court - Texas W.D. | TX | 09/13/2012 | 1:12-CV-00850 |
| 113. | LUMINANT GENERATION CO., L.L.C., ET AL v. EPA, ET AL | Docket | 030 - Appeals | U.S. - Court of Appeals - 5th Circuit | | 09/11/2012 | 12-60694 |
| 114. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. SOUTHERN FOODS GROUP D/B/A SCHEPPS DAIRY | Docket | 390 - Real Property | Texas - Court of Appeals | TX | 09/06/2012 | 05-12-01223-CV |
| 115. | IN RE LONE STAR TRANSMISSION, LLC | Docket | - | Texas - Supreme Court | TX | 08/24/2012 | 12-0689 |
| 116. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C v. MARIANA LIMON | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 08/21/2012 | CC-12-05134-B |
| 117. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. MICHAEL NICHOLS, JOHN DOE | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 08/21/2012 | CC-12-05133-C |
| 118. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. IGNACIO RODRIGUEZ, DAVID OMO, JR. | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 08/09/2012 | CC-12-04910-B |
| 119. | LUMINANT GENERATION COMPANY, ET AL v. EPA | Docket | 030 - Appeals | U.S. - Court of Appeals - 5th Circuit | | 08/06/2012 | 12-60617 |
| 120. | NATIONAL PARKS CONSERVATION, ET AL v. EPA, ET AL | Docket | 030 - Appeals | U.S. - Court of Appeals - DC Circuit | | 08/06/2012 | 12-1343 |
| 121. | UTILITY AIR REGULATORY GROUP v. EPA | Docket | 030 - Appeals | U.S. - Court of Appeals - DC Circuit | | 08/06/2012 | 12-1342 |
| 122. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. SWISHER PARTNERS, L.P. | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 08/01/2012 | 001-02133-2012 |
| 123. | HARTFORD LLOYDS INSURANCE COMPANY v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | 430.75 - Torts/Negligence -> Personal Injury | Texas - District Court - Dallas County | TX | 07/31/2012 | DC-12-08457 |
| 124. | TCEQ v. YOUNG CHEVROLET INC | Docket | - | Texas - District Court - Travis County | TX | 07/30/2012 | D-1-GN-12-002297 |
| 125. | McLennan v. Oncor Elec. Delivery Co. LLC | Opinion | - | U.S. - District Court - Texas N.D. | TX | 07/30/2012 | 2012 WL 3079063 |
| 126. | HANOVER INSURANCE GROUP, AS SUBROGEE OF DAVID'S PATIO LTD. v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | - | Texas - County Court - Parker County | TX | 07/25/2012 | CIV-12-0698 |
| 127. | STATE FARM LLOYDS INSURANCE COMPANY v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | - | Texas - District Court - Dallas County | TX | 07/12/2012 | DC-12-07715 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 128. | BENNY EUGENE PADDOCK AS ATTORNEY-IN-FACT OF SAMUEL EUGENE PADDOCK,VONNY O PADDOCK v. ONCOR ELECTRIC DELIVERY COMPANY,ONCOR ELECTRIC DELIVERY COMPANY, INC.,ONCOR ELECTRIC DELIVERY COMPANY, LLC,ONCOR ELECTRIC DELIVERY ADMINISTRATION CORP.,ONCOR ELECTRIC ... | Docket | - | Texas - District Court - Grayson County | TX | 07/06/2012 | CV-12-1072 |
| 129. | McLennan v. Oncor Elec. Delivery Co. LLC | Opinion | - | U.S. - District Court - Texas N.D. | TX | 07/06/2012 | 2012 WL 3072340 |
| 130. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. RKM UTILITY SERVICES, INC. | Docket | 430 - Torts/Negligence | Texas - County Court - Denton County | TX | 07/03/2012 | CV-2012-01801 |
| 131. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. JACOBSON TRANSPORTATION COMPANY, INC. | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 06/29/2012 | CC-12-04048-B |
| 132. | Oncor Elec. Delivery Co. LLC v. Dallas Area Rapid Transit | Opinion | - | Texas - Supreme Court | TX | 06/22/2012 | 2012 WL 2361726 |
| 133. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. BRITTANY NICHOLE MYERS | Docket | 130.05 - Contracts -> Breach of Contract | Texas - County Court - Dallas County | TX | 06/08/2012 | CC-12-03503-B |
| 134. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. DAVIS EXCAVATION, INC | Docket | 130.05 - Contracts -> Breach of Contract | Texas - County Court - Dallas County | TX | 06/08/2012 | CC-12-03497-D |
| 135. | LESHAWNA WILLIS v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | 430.80 - Torts/Negligence -> Premises Liability | Texas - District Court - Dallas County | TX | 05/22/2012 | DC-12-05648 |
| 136. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. CHERYL GAYLE CAWTHON A/K/A CHERYL GAYLE CAWTHON COPENING AND CARLA SUE CAWTHON A/K/A CARLA SUE CAWTHON JAMAL AND GARY EDWIN CAWTHON | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 05/09/2012 | 001-01316-2012 |
| 137. | CHARLES BAILER v. AT & T RISK MGT INC., AT & T INC., ONCOR ELECTRIC DELIVERY COMPANY LLC.ET AL | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 05/02/2012 | CC-12-02664-C |
| 138. | SIERRA CLUB v. ENERGY FUTURE HOLDINGS CORPORATION ET AL | Docket | 200 - Environmental 340.65 - Other Federal Statutes -> Environmental Matters | U.S. - District Court - Texas W.D. | TX | 05/01/2012 | 6:12-CV-00108 |
| 139. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. DONALD E. BOWLES, JR., ET AL | Docket | - | Texas - District Court - Grayson County | TX | 04/27/2012 | CV-12-0723 |
| 140. | GLENN BRANTLEY v. OAK GROVE POWER COMPANY LCC, LUMINANT GENERATION COMPANY LCC, LUMINANT AND ENERGY FUTURE HOLDINGS CORP. | Docket | - | Texas - Court of Appeals | TX | 04/27/2012 | 10-12-00135-CV |
| 141. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. BRASFIELD & GORRIE, L.L.C. | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 04/26/2012 | CC-12-02566-D |
| 142. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. LOWE'S HOME CENTERS, INC | Docket | 130.05 - Contracts -> Breach of Contract | Texas - County Court - Dallas County | TX | 04/26/2012 | CC-12-02564-D |
| 143. | LUMINANT GENERATION COMPANY, ET AL v. EPA, ET AL | Docket | 030 - Appeals | U.S. - Court of Appeals - DC Circuit | | 04/20/2012 | 12-1203 |
| 144. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. SUNSET TRANSIT, INC. | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 04/13/2012 | CC-12-02320-D |
| 145. | LUMINANT GENERATION COMPANY, L, ET AL v. EPA | Docket | 030 - Appeals | U.S. - Court of Appeals - DC Circuit | | 04/10/2012 | 12-1167 |
| 146. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. CCM FARMS, LP, A TEXAS DOMESTIC LIMITED PARTNERSHIP | Docket | - | Texas - District Court - Grayson County | TX | 04/09/2012 | CV-12-0608 |
| 147. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. ROBERT LEE SITZES | Docket | - | Texas - District Court - Grayson County | TX | 03/27/2012 | CV-12-0548 |
| 148. | Luminant Generation Co., L.L.C. v. U.S. E.P.A. | Opinion | - | U.S. - Court of Appeals - 5th Circuit | | 03/26/2012 | 675 F.3d 917 |
| 149. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. VICTOR MARTINEZ, JR., CASTILLO FIDELIA FRAGO | Docket | 130.05 - Contracts -> Breach of Contract | Texas - County Court - Dallas County | TX | 03/20/2012 | CC-12-01829-A |
| 150. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. MICHAEL THOMAS-DUREN BELL, KEETRA NICKERSON | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 03/20/2012 | CC-12-01827-B |
| 151. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JAMES KENNETH GRIFIN,DEBORAH SUZANNE GRIFFIN | Docket | - | Texas - District Court - Grayson County | TX | 03/20/2012 | CV-12-0505 |
| 152. | DAVID MINKU CHON, DOING BUSINESS AS DAIRY QUEEN OF DESOTO v. YSMAEL IZQUIERDO, SERGIO BABOSA, AT & T | Docket | 430.87 - Torts/Negligence -> Property Damage 430.87.05 - Torts/Negligence -> | Texas - County Court - Dallas County | TX | 03/19/2012 | CC-12-01800-B |

| # | Case | Type | Nature of Suit | Court | State | Date | Case Number |
|---|------|------|----------------|-------|-------|------|-------------|
| | CORPORATION, DOING BUSINESS AS AT & T EAST CORP.ET AL | | Property Damage -> Motor Vehicle | | | | |
| 153. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. ROBERT LEE SITZES | Docket | - | Texas - District Court - Grayson County | TX | 03/06/2012 | CV-12-0410 |
| 154. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. LEE R JONES,NEIL JONES | Docket | - | Texas - District Court - Grayson County | TX | 03/06/2012 | CV-12-0405 |
| 155. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. LUCILLE BLOCK MAY | Docket | - | Texas - District Court - Grayson County | TX | 03/06/2012 | CV-12-0409 |
| 156. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. WESTON 183 PARTNERS LTD AND HERITAGE LAND BANK, FLCA, LIENHOLDER | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 03/05/2012 | 001-00650-2012 |
| 157. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. MARSHALL MASH,MAUDINE MASH | Docket | 360.20.10 - Probate, Trusts & Estates -> Distribution of Property -> Real Property | Texas - Probate Court - Denton County | TX | 03/02/2012 | PR-2012-00190 |
| 158. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. N & M SCHLUTER FAMILY LP | Docket | 360.20.10 - Probate, Trusts & Estates -> Distribution of Property -> Real Property | Texas - Probate Court - Denton County | TX | 03/02/2012 | PR-2012-00191 |
| 159. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. MARSHALL MASH,MAUDINE MASH | Docket | 360.20.10 - Probate, Trusts & Estates -> Distribution of Property -> Real Property | Texas - Probate Court - Denton County | TX | 03/02/2012 | PR-2012-00190 |
| 160. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. N & M SCHLUTER FAMILY LP | Docket | 360.20.10 - Probate, Trusts & Estates -> Distribution of Property -> Real Property | Texas - Probate Court - Denton County | TX | 03/02/2012 | PR-2012-00191 |
| 161. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JFB GUNTER/2003, LTD. | Docket | - | Texas - District Court - Grayson County | TX | 02/23/2012 | CV-12-0347 |
| 162. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. ELAINE SCOGGIN GAYLE,SANDRA ANDERSON,GRAYSON SCOGGIN,STEPHANIE SCOGGIN | Docket | - | Texas - District Court - Grayson County | TX | 02/23/2012 | CV-12-0349 |
| 163. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. SALEM RADIO PROPERTIES, INC. | Docket | - | Texas - District Court - Grayson County | TX | 02/23/2012 | CV-12-0350 |
| 164. | MCLENNAN v. ONCOR ELECTRIC DELIVERY COMPANY LLC ET AL | Docket | 110.25 - Civil Rights -> Employment | U.S. - District Court - Texas N.D. | TX | 02/21/2012 | 3:12-CV-00531 |
| 165. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. ARMAD JERMAIN PAGE | Docket | 130.05 - Contracts -> Breach of Contract | Texas - County Court - Dallas County | TX | 02/16/2012 | CC-12-01096-E |
| 166. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JOHN E AUTRY | Docket | - | Texas - District Court - Grayson County | TX | 02/16/2012 | CV-12-0306 |
| 167. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. LMB, LP, SUNTEX CONSTRUCTION, INC. | Docket | 130.05 - Contracts -> Breach of Contract | Texas - County Court - Dallas County | TX | 02/16/2012 | CC-12-01095-A |
| 168. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C v. MPG MADEAN TRUCKING, L.L.C | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 02/16/2012 | CC-12-01082-D |
| 169. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C v. JORGE ALBERTO VALDERAMA-CONTRERAS, FELIPE BALDERRAMA | Docket | 430.87 - Torts/Negligence -> Property Damage | Texas - County Court - Dallas County | TX | 02/16/2012 | CC-12-01080-C |
| 170. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C v. MARK TIMOTHY LEE, JR., JOHN DOE | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 02/15/2012 | CC-12-01079-E |
| 171. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. THOMAS REY,KELLY REY | Docket | - | Texas - District Court - Grayson County | TX | 02/15/2012 | CV-12-0294 |
| 172. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. DON KENT SWINDLE | Docket | - | Texas - District Court - Grayson County | TX | 02/14/2012 | CV-12-0289 |
| 173. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. GRAYSON CORRIDOR INVESTORS, INC. | Docket | - | Texas - District Court - Grayson County | TX | 02/14/2012 | CV-12-0288 |
| 174. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. ALBERT J. TESTA | Docket | 360.20.10 - Probate, Trusts & Estates -> Distribution of Property -> Real Property | Texas - Probate Court - Denton County | TX | 02/13/2012 | PR-2012-00137 |
| 175. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. GRAYSON RANCH CREEK INVESTMENT, L.P., AKA GRAYSON CREEK INVESTMENT, LP | Docket | - | Texas - District Court - Grayson County | TX | 02/13/2012 | CV-12-0283 |
| 176. | ONCOR ELECTRIC DELIVERY COMPANY LLCVS. ALBERT J. TESTA | Docket | 360.20.10 - Probate, Trusts & Estates -> Distribution of Property -> Real Property | Texas - Probate Court - Denton County | TX | 02/13/2012 | PR-2012-00137 |
| 177. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JFS HOLDINGS PARTNERSHIP | Docket | - | Texas - District Court - Grayson County | TX | 02/10/2012 | CV-12-0264 |
| 178. | HARTFORD LLOYDS INSURANCE COMPANY, ET AL v. ONCOR ELECTRIC DELIVERY COMPANY LLC | Docket | 430.80 - Torts/Negligence -> Premises Liability | Texas - District Court - Dallas County | TX | 02/09/2012 | DC-12-01538 |
| 179. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. CHARLES R. HOTZE, III,BARBARA A. HOTZE | Docket | - | Texas - District Court - Grayson County | TX | 02/09/2012 | CV-12-0238 |

| # | Case | Type | Category | Court | State | Date | Docket |
|---|------|------|----------|-------|-------|------|--------|
| 180. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. MICHAEL L GOOCH,CHRISTINE K GOOCH,REMINGTON MORTGAGE, LTD, LEINHOLDER | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 02/08/2012 | 001-00420-2012 |
| 181. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. DARRELL LANZ AND KIM LANZ AND INDEPENDENT BANK | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 02/07/2012 | 001-00408-2012 |
| 182. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. L AND M WAGGONER FAMILY TRUST | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 02/07/2012 | 001-00406-2012 |
| 183. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. LARRY S WAGGONER TRUST | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 02/07/2012 | 001-00409-2012 |
| 184. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. TEODORO DIAZ,MARIA G DIAZ,CTX MORTGAGE COMPANY, LLC | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 02/07/2012 | 001-00407-2012 |
| 185. | ONCOR ELECTRIC DELIVERY COMPANY LLC, v. RANDALL LEE JOHNSON | Docket | - | Texas - District Court - Grayson County | TX | 02/06/2012 | CV-12-0217 |
| 186. | ONCOR ELECTRIC DELIVERY COMPANY LLC, v. F LAZY 7 LTD, A TEXAS LIMITED PARTNERSHIP | Docket | - | Texas - District Court - Grayson County | TX | 02/06/2012 | CV-12-0216 |
| 187. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JACK WALL, TRUSTEE AND JACK WALL, INDIVIDUALLY | Docket | - | Texas - District Court - Grayson County | TX | 02/03/2012 | CV-12-0204 |
| 188. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. SALLY B. SIMS | Docket | - | Texas - District Court - Grayson County | TX | 02/03/2012 | CV-12-0207 |
| 189. | IN RE: TRANSDATA INC SMART METERS PATENT LITIGATION | Docket | 260.10 - Intellectual Property -> Patent | U.S. - District Court - Oklahoma W.D. | OK | 02/02/2012 | 5:12-ML-02309 |
| 190. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. LOU ANN AUTRY JACKSON | Docket | - | Texas - District Court - Grayson County | TX | 02/02/2012 | CV-12-0194 |
| 191. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JOHN E AUTRY,LUJUANA S. AUTRY | Docket | - | Texas - District Court - Grayson County | TX | 02/02/2012 | CV-12-0196 |
| 192. | MEDSTAR FUNDING v. HOADLEY | Docket | - | Texas - District Court - Travis County | TX | 02/01/2012 | D-1-GN-12-000264 |
| 193. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. ABF FREIGHT SYSTEMS, INC. | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 02/01/2012 | CC-12-00556-B |
| 194. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. MARIA ARROYO | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 02/01/2012 | CC-12-00553-E |
| 195. | ONCOR ELECTRIC DELIVERY COMPANY LLC, v. SPARLING FINANCIAL CORPORATION,CHANDLER RYAN STRAWN | Docket | - | Texas - District Court - Grayson County | TX | 01/31/2012 | CV-12-0181 |
| 196. | ONCOR ELECTRIC DELIVERY COMPANY LLC, v. LARRY WAYNE JACKSON,LOU ANN AUTRY JACKSON | Docket | - | Texas - District Court - Grayson County | TX | 01/31/2012 | CV-12-0180 |
| 197. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. LONE STAR PARTNERS, C. KENT ADAMS AND FRANKLIN OVID BIRMINGHAM MEMORIAL LAND TRUST | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 01/31/2012 | 001-00316-2012 |
| 198. | TRANSDATA INC v. CENTERPOINT ENERGY HOUSTON ELECTRIC LLC ET AL | Docket | 260.10 - Intellectual Property -> Patent | U.S. - District Court - Oklahoma W.D. | OK | 01/27/2012 | 5:12-CV-00101 |
| 199. | ONCOR ELECTRIC DELIVERY COMPANY LLC, v. FELIX LAND PARTNERS, L.P., | Docket | - | Texas - District Court - Grayson County | TX | 01/25/2012 | CV-12-0151 |
| 200. | KEFA N MITCHELL v. ENERGY FUTURE HOLDINGS CORP, DOING BUSINESS AS LUMINANT | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 01/23/2012 | CC-12-00389-E |
| 201. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. JOHN R FOSTER,LYNN E FOSTER | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 01/20/2012 | 001-00226-2012 |
| 202. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. TRIPLE C PARTNERS, LTD | Docket | 390.50 - Real Property -> Eminent Domain | Texas - County Court - Collin County | TX | 01/20/2012 | 001-00227-2012 |
| 203. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. EFFA, INC, TOM DRASIL | Docket | 130.05 - Contracts -> Breach of Contract | Texas - County Court - Dallas County | TX | 01/20/2012 | CC-12-00339-B |
| 204. | ONCOR ELECTRIC DELIVERY COMPANY, L.L.C. v. JONATHAN LOMBARDO, JOHN DOE | Docket | 430.87.10 - Torts/Negligence -> Property Damage -> Non-Motor Vehicle | Texas - County Court - Dallas County | TX | 01/20/2012 | CC-12-00340-D |
| 205. | ONCOR ELECTRIC DELIVERY COMPANY LLC v. BILLIE CARLTON BENNETT,DEBBY ANN | Docket | - | Texas - District Court - Grayson County | TX | 01/11/2012 | CV-12-0049 |