NEWS    ENERGY

# ENERGY

Presented by

# Natural gas drillers wary as some see year-long supply squeeze

 **REUTERS** | February 10, 2014 9:22 AM ET

More from Reuters



Courtesy of Encana

As a natural gas price rally fuelled by the harshest winter in decades threatens to stretch beyond this spring, North American drillers face a conundrum.

In theory, the return to nearly $5 per million British thermal units (mmBtu) gas prices for futures contracts through March 2015 should offer just enough economic incentive to coax extra gas from the ground, allowing inventories to rebuild from potentially critically low levels over the summer.

Yet so far, North American drillers are reluctant to buy into the first bull market they have seen in years, fearful that the weather-induced rally will not last and betting that oil output still offers a more certain return.

ConocoPhillips wants benchmark natural gas prices to remain over $5 for as long as two years before the company boosts spending on natural gas, Chief Financial Officer Jeff Sheets said in a Jan. 30 interview.

"We won't be leaders in getting out there and drilling natural gas," he said.

Call it the shale bind: with abundant supplies from shale fields such as the Marcellus in the U.S. Northeast or the Haynesville in Louisiana, there is little hope of a sustained revival in prices, and thus companies with long-term investment cycles are loathe to shift their focus.

The number of rigs drilling for natural gas in the United States fell by seven over the past week to 351, the lowest since 1995, according to data from oil services firm Baker Hughes.

Yet market analysts are also starting to look for signs of additional drilling that would help replenish stocks, without which prices may remain elevated for months longer. After languishing below $4.50 for years, prices surged last month to more than $5, their highest in four years.

**SUPPLY SQUEEZE INTO 2015?**

This year's bitingly cold winter was initially written off as a short-term anomaly, causing isolated but dramatic price spikes in markets such as New England, where pipeline capacity was insufficient to meet the surge in demand.

But as the cold persists and expands, supplies are starting to strain across the country, forcing states including California and Texas to urge consumers to reduce power use to ease strain on the grid, partly because of limited gas supply.

At the end of January U.S. gas stocks fell to 1.92 trillion cubic feet, 556 billion cubic feet under the five-year average and the lowest level for this time of year in a decade, according to the Energy Information Administration (EIA).

The draw-down also shows that despite the discovery of decades' worth of natural gas reserves, the nation's energy system may not yet be robust enough to prevent the kind of unexpected shortages that have roiled the market.

The strain is so great that it now threatens to extend into 2015, according to some analysts.

Assuming that inventories are replenished at a normal rate over the summer, followed by an average winter cold season, the market may face "dangerously low" inventory levels in March 2015, BNP Paribas analyst Teri Viswanath wrote in a research note. BNP raised its 2014 price forecast by 40 cents to $4.60.

"The necessary reset in the balances will have to come from adjustments to domestic production," she wrote. "This is a changed dynamic, especially for a market that has been in structural surplus since 2008."

**FOCUS ON MORE PROFITABLE OIL**

It is understandable that producers, jaded by a market that has been oversupplied for more than half a decade and busy drilling for more lucrative oil prospects, may be reluctant to invest the capital needed to boost production.

Natural gas prices peaked at over $13 per mmBtu in 2005 amid worries that North American supplies were no longer adequate to meet demand. But hydraulic fracturing and horizontal drilling technology freed massive natural gas supplies from shale deposits.

According to the EIA, natural gas production from shale fields in the continental United States rose 10 fold since 2005 to more than 30 bcf per day in 2013.

Prices have rallied occasionally, only to quickly fall again. Drillers are looking for oil now, not gas.

"We're staying the course," said Jay Averill, spokesman for top Canadian producer Encana Corp, which is in the midst of downsizing its operations as it moves away from producing dry natural gas in favor of more profitable liquids.

"Seventy-five percent of our investment is going to oil and natural-gas liquids. We already have a lot of gas, too much gas."

While gas traders are starting to bid up prices for the next 12 months, bracing for tightness, there is little sign that markets believe that the shortage will last. Thanks to the discovery of shale gas, total U.S. reserves have surged by more than half to 334 trillion cubic feet by 2011.

While spot natural gas is trading at more than $4.50 per mmBtu through March 2015, beyond that prices barely top $4. <0#NG:>

"For companies to accelerate gas drilling because of a few weeks or few months of unusually cold weather and elevated gas prices would not make much economic sense," said Pavel Molchanov, an analyst at Raymond James. "These wells have to produce for many years.

© Thomson Reuters 2014

**<u>Appendix Q</u>**

IB Times, Nat Rudarakanchana, *Natural Gas: Hottest Monthly Moves Since 2009, On Cold Snap*, January 19, 2014

# Natural Gas: Hottest Monthly Moves Since 2009, On Cold Snap

By Nat Rudarakanchana on January 29 2014 10:23 AM

AdChoices ▷

U.S. natural gas prices have posted their biggest monthly gain since September 2009 thanks to the frigid weather in January, according to Standard & Poor's.

January 2014 has been a remarkable month for commodities overall and for natural gas specifically, as record cold temperatures disrupted the movement of goods and drove up home heating demand.

S&P's GCSI natural gas index had gained 19.3 percent earlier this week, since its sluggish start in the new year. That's the largest monthly gain since September 2009, wrote S&P commodities vice president Jodie Gunzberg in a blog post.

"Only 17 months of the 240 in the history of the index have seen bigger gains than 19.3%," wrote Gunzberg. The index has existed in this form since January 1994.

U.S. natural gas prices have been driven up by a tight supply and demand balance in recent weeks,  Citigroup analysts said in a recent note. Rising U.S. production amid a broad North American energy boom may not meet demand in the short-term. Natural gas prices rose 32 percent in 2013.

Now the question is whether natural gas will end January and earn the month a "bull market" title, defined as a rise of 20 percent or more in value. There hasn't been a bull market month for natural gas since 2009, on the index model.

On Wednesday, the index gained 17.9 percent for the month of January, falling shy of the 20 percent threshold. The benchmark spiked up 9.2 percent on Jan. 24, and on Monday was up 44 percent relative to its recent low on Nov. 4, 2013.

"For the first time in a long time, natural gas is in backwardation, which is relatively rare. We almost never see backwardation, which means there's a shortage in natural gas," Gunzberg told IBTimes in a phone interview. Natural gas has only been in backwardation about 7.6 percent of the time in the history of the index.

"Any traders in the front month have a chance to profit," she added. "It's difficult to replenish commodities, and this [trend] has been pretty persistent," for January, though the fundamentals were in place at the end of December, she said.

Natural gas on New York's mercantile exchange (NYMEX) for February delivery rose above $5 per million British thermal units in Wednesday's trading, beating a key price threshold. Citi called that $5 threshold "unthinkable".

About half of U.S. households use natural gas to heat their homes. U.S. natural gas demand hit its second highest on record on Tuesday, at 133 billion cubic feet per day, according to the Wall Street Journal.

**<u>Appendix R</u>**

Market Oracle, Andrew McKillop, *US Natural Gas Glut To Gas Panic – Time For A Bull Run*,
January 27, 2014

# US Natural Gas Glut To Gas Panic – Time For A Bull Run

Commodities / Natural Gas Jan 27, 2014 - 05:51 PM GMT

By: Andrew_McKillop



**Commodities**



Feast to Famine

Friday 24 January, as global stock markets and emerging market currencies took another hit, natural gas in the US – the world's lowest priced gas - soared by 9.6% in a single day, rising to $5.18 per million British thermal units (MBTU) pricing it at $30.04 per barrel of oil equivalent at the Henry Hub. Over the week, prices gained close to 20%. US gas prices on Friday were at their highest since June 2010.

Related to the Emerging market exit panic and the US taper down threat, from the Fed buying $85 billion a month of "troubled debt and assets", to a mere $75 billion a month, investors had to run somewhere. Starkly underpriced US natural gas was the weekly winner.

Reeling back the story to 2010, the last time US gas was priced at $30.04 per barrel of oil equivalent, compared to the "natural price of oil" at nearly $100 a barrel, the "shale gas revolution" had gone critical and was running riot. Today, the sequels are coming fast.

Heating Oil or Gas? Savings without converting to Gas Call us today for a special offer

Collier Bankruptcy Practice Guide Stop this and many other great

10 Stocks to Hold Forever Buy them, forget about them, and never sell them.

U.S. Dollar in Distress New currency law goes into effect July 1st, 2014. [Disturbing]

Reeling back the story to 2010, the last time US gas was priced at $30.04 per barrel of oil equivalent, compared to the "natural price of oil" at nearly $100 a barrel, the "shale gas revolution" had gone critical and was running riot. Today, the sequels are coming fast.

This was a no-holds-barred drilling frenzy with a linked land grab as drilling concession prices soared like something from a Thorsten Veblen tale of late-19th century capitalistic madness. Drilling concessions were changing hands of several thousand dollars per acre for multi-square-mile patches! The fracking boom was in overdrive. Gas output grew like Topsy. With no surprise at all, US gas prices suffered a historic collapse.

The gas was however locked up inside the US, with small pipeline capacities for exporting it out of the US, in fact only to Mexico. Canada was itself experiencing, or suffering the same "frack gas frenzy" making it a non-market for US gas at any price. The only logical solution was therefore LNG export to the vastly overpriced gas markets of Europe and Asia paying 2 – 3 times the US price, sometimes a lot more, but LNG terminals cost big money and take a long time to build.
Of course the prospect looked interesting, to say the least. In April 2012, when the Japanese were paying around $17 per MBTU for LNG from suppliers like Qatar, natural gas in the US hit a nearly 15-year low of $1.92 per MBTU.

Predictions that the price would go to zero were of course to be found in the mainstream media, but by 24 January 2014 natural gas was up 170% from that historic low.

Volatile and Unreal Prices? Give Us More!
Like we know, US gas prices are volatile and were downward tilted, for years, while oil prices are still bludgeoned up, anytime they show weakness. So much for "transparent markets", but the market volatility rationale however has its limits which are now close. US gas exports via pipeline to Mexico have grown, especially since additional pipeline capacity went into service last year and Mexico unsurprisingly switched increasing amounts of its power production, using its own oil, to cheap US natural gas. In turn, Mexico can in theory export more of its oil – while oil remains overpriced - but the process connects with a thing called "the real world". Even building gas-fired power plants (let alone LNG terminals) takes time.
Like the USA, Canada has stampeded into the all-new business of LNG terminals-on-paper. Exports are moving forward – in people's heads. Government and bureaucracy have invited themselves to the party adding another layer of time, and costs, to maybe building terminals – some day. Now we can add the potential and possible threat that US gas prices edge back up to say only one-half the oil price on an energy price basis - and we can be rather sure LNG terminal dreaming may terminate itself, almost before any of them are built at a price tag of billions each! The US already has some, if only a few LNG import terminals, built on the bet that US gas prices would stay high. Converting them to export terminals is not cheap.
Hyper low US gas prices, and the opposite in Europe and Asia, together with overpriced oil everywhere have had a swath of impacts – expected, unexpected, short-term, mid-term and even economic-structural. Almost none of them are either rational or useful.
Extreme effects have for example included the energy market maker banks in the US, at least until nabbed by the US FERC regulatory agency, switching electricity generated from coal-fired plants to the same utilities' gas-fired plants, either on paper or with help from the utilities in the real world. Also, a swath of US utilities have simply gone out and scrapped, not mothballed, their oldest and most inefficient, most polluting coal-fired power plants. In some cases in the US, but a veritable plague in Europe, the new gas-fired plants have to compete with windfarms and solar power plants, some days and some hours of the day. Gas-fired plants' economic performance often compares badly with the paper promises and projections. Also, large global-oriented petrochemicals producers have started building plants in the US to use cheap natural gas as feedstock. What do they do if gas prices move back up? Also, the long-announced but always shy natural gas revolution in road transport has begun to show some signs of real world life. Gas demand is picking up, or can pick up! Prices can now be driven up.
On the other end of the gas pipeline however – for gas producers - ultra cheap US gas was a disaster for many gas drilling companies. Thousands of unprofitable wells litter the land, with producers "keeping going and hoping", while others do not have that luxury. Billions of dollars were written off due to the land grab-drilling concession price frenzy. Real money invested in fake drilling permits and in pipelines that were never built during the US frack gas boom period - that we can date at about 2006-2012, has disappeared into the ground and into thin air where more and more gas is simply flared or vented.

Drill Baby Drill
Boom-slump means investors lured with false promises. In the physical and real gas industry, the bloodletting was epic, like something from Thorsten Veblen. Making the financial rollercoaster even more ridiculous in its effects, shale gas wells are particular in having sharp decline rates. New wells need to be drilled constantly to make up for the decline in older wells. If the "dry gas" price is ridiculously low and there is no "wet gas" to offset the costs through recoverable natural gas liquids and oil in the gas, the wells aren't drilled.
Industry restructuring now includes a clear movement from "dry gas" exploration and production, to any "wet gas" field or prospect. Dry natural gas is now something of a by-product. Often it is simply flared, as in the "bad old days" for major oil provinces like the North Sea, when gas was cheap or worthless. The highly productive Bakken shale-oil field in North Dakota, Montana and southern Saskatchewan now has a general rule whereby if dry gas is the only find, it is flared. Around 30% of the field's total gas output is either burned at the wellhead or vented to the atmosphere as a waste product. As in the North Sea and most other "oil-only" provinces of the past, and present, the low price of gas does not justify building pipelines to haul it away.

So the pipelines were not built. As a very simple result, but not evident to the average "well-briefed market player", it seems, not enough wells are being drilled. Production in all shale gas plays combined – except for the Marcellus shale region of the NE – is already either stagnant or slightly declining. Hence gas prices have to rebound. Market players can be counted on to turn that into an explosion.
Drilling monitors like the Baker Hughes company note that even in the Marcellus field, the number of active rigs is down from its peaks in 2012. The decline in this case, like the others has been propelled by the gas pipelines on paper which were never built, to haul the gas away. Estimates suggest that several thousand gas-only wells in the Marcellus are presently shut-in, forming a kind of giant reservoir waiting for the happy day when the gas can be moved away.
We can add another hypothesis. The long-awaited, often-announced fall in the price of US and international oil to a possible "market rational" price level around $70 a barrel. Unless gas prices go exactly the opposite way, net and clear decline in US shale gas production is a real prospect. Overpriced oil will no longer cross-subsidize underpriced gas. So gas prices will have to soar.
All kinds of other neglected or ignored factor and drivers make for a forecast of US gas prices taking a leaf out of the gold price book – and only growing while other financial assets bite the dust. Due to the frack gas boom and ever-rising gas production at near double digit annual percentage rates through about 2008-2011, gas storage "became a thing of the past". Add in a polar vortex cold snap able to freeze Niagara Falls, and US gas storage levels in mid-January 2014 were at an unsurprising all-time low since January 2005. When US gas changed hands at about $13 per MBTU.

Squeeze Baby Squeeze - The Natural Gas Squeeze

Exactly the same gung-ho speculative fever that Thorsten Veblen described, which slayed US gas prices over 6 years and drove them to near-zero can "seamlessly" run the other way. US gas prices before the fracking boom could on occasions top $15 per MBTU, which for Japanese is cheap gas but today can be a nice target price for the speculators.

Writing on his blog Testosteronepit, Wolf Richter said this week that betting on US and world gas prices is sometimes only a bet on the weather. To be sure he also added "You also bet on....market manipulation and the limitless availability of money from yield-chasing investors whose billions (will) fund years of over-drilling, which then crushes prices – and the financial models of these wells. Billions in mal-investment (will) get written off". And somebody has to pay for the gigantic waste – the consumer.

If its cold, prices will be up. Talk about polar vortices has a dollars and cents handle for gas prices. Decorative frills are added by analysts to get the gung ho speculative boom on the rails, for example: "Strong demand is expected to push gas inventories to very low levels with cold weather lingering". Later on we can hear about the pipelines on paper that weren't built, and the sterling role of natural gas in "fighting" climate change and global warming. Anything will do for the snakeoil crowd working their snakegas act!

US natural gas prices, unlike US and world oil prices are not rigged in New York, but in Houston. The very few, rich and renowned (to market players) natural gas market maker funds have carved themselves a reputation for jagged-profile gas prices. US natural gas is famous for its price spikes, unexpected plunges when it should rise, and inexplicable rises when it should drop. Whenever its not a bet on the weather, its a bet on how a few Houston funds want the price to move – like guessing what Goldman Sachs wants as the oil price in New York, today. For the moment, any high price will do.

What counts is that a natural gas squeeze and "wild prices for US gas" are most certainly possible.

Obligatorily this has nothing at all to do with gas reserves, production or demand. World gas reserves are at multi-decade highs. Production is increasing rapidly. Gas transport capacities, both pipeline and LNG are growing rapidly. On a worldwide basis, gas demand is rising although certainly not runaway growth-style. When or if a gas squeeze can be engineered, paper-only will suffice, the breakout of US gas prices will be possible.

By Andrew McKillop

Contact: xtran9@gmail.com

Former chief policy analyst, Division A Policy, DG XVII Energy, European Commission. Andrew McKillop Biographic Highlights

Co-author 'The Doomsday Machine', Palgrave Macmillan USA, 2012

Andrew McKillop has more than 30 years experience in the energy, economic and finance domains. Trained at London UK's University College, he has had specially long experience of energy policy, project administration and the development and financing of alternate energy. This included his role of in-house Expert on Policy and Programming at the DG XVII-Energy of the European Commission, Director of Information of the OAPEC technology transfer subsidiary, AREC and researcher for UN agencies including the ILO.

© 2014 Copyright Andrew McKillop - All Rights Reserved **Disclaimer:** The above is a matter of opinion provided for general information purposes only and is not intended as investment advice. Information and analysis above are derived from sources and utilising methods believed to be reliable, but we cannot accept responsibility for any losses you may incur as a result of this analysis. Individuals should consult with their personal financial advisor.

Andrew McKillop Archive

© 2005-2014 http://www.MarketOracle.co.uk - The Market Oracle is a FREE **Daily** Financial Markets Analysis & Forecasting online publication.

## **Appendix S**

Wall Street Journal, Brett Philbin, *Natural-Gas Futures Rise on Record Storage Withdrawal*, January 16, 2014

**Should you be selling your stocks right now?**    FISHER INVESTMENTS'

If you have a $500,000 portfolio, you should download the latest report by *Forbes* columnist Ken Fisher's firm. It tells you where we think the stock market is headed and why. This must-read report includes our latest stock market forecast, plus research and analysis you can use in your portfolio right now. Don't miss it!    Click Here to Download Your Report!

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

•  See a sample reprint in PDF format.  •  Order a reprint of this article now

MARKETS

# Natural-Gas Futures Rise on Record Storage Withdrawal

*U.S. Government Data Showed Supplies Fell by a Record Amount Last Week*

By BRETT PHILBIN

Updated Jan. 16, 2014 4:38 p.m. ET

NEW YORK--Natural-gas futures pared earlier gains, but finished higher Thursday after government data showed that supplies of the heating fuel fell by a record amount last week on frigid temperatures.

Natural gas for February delivery climbed 5.7 cents, or 1.3%, to $4.382 a million British thermal units on the New York Mercantile Exchange, and posted the highest settlement since Dec. 30.

Prices had risen as much as 3.9% earlier in the session, approaching the 2 1/2-year high of $4.532/mmBtu set in December, as weather forecasts called for another cold snap in late January.

However, futures pulled back from that level as traders elected to book profits from a sharp 12% runup over the past week. Market participants were also somewhat disappointed that the amount of gas withdrawn from storage tanks fell short of analysts' expectations.

In the report, the U.S. Energy Information Administration said natural-gas inventories fell by 287 billion cubic feet in the week ended Jan. 10, beating the previous record withdrawal of 285 bcf set in December, but less than the forecast for a 299 bcf decline.

"The market saw the [number] and it was confused by it," said Gene McGillian, a broker and analyst at Tradition Energy in Stamford, Conn.

"But supplies are at a considerably tighter level than what we ended last year with," he added.

Early last week, the coldest temperatures in more than a decade led many Americans to burn a higher than normal amount of the fuel in furnaces to heat their homes. Natural- gas demand rose sharply, causing prices on the East Coast to briefly spike as high as $95/mmBtu, as demand overwhelmed pipeline capacity.

The fuel is used by half of U.S. households as their primary heating source.

While Thursday's record drop in gas inventories was widely expected in the market, traders say it is a sign that a supply glut that has lasted for more than four years is finally easing, a development that could keep prices elevated for months to come.

Some expect supplies at the end of the winter heating season in March to be at their lowest in six years, when gas from the shale production boom was just beginning to flood the market.

Analysts and traders say where prices head next depends on how producers respond to falling inventories. Higher prices could entice companies to ramp up output, leading to larger-than-expected injections into underground storage caverns and halting any rally.

But they may not be able to match the surge in demand brought on by freezing temperatures. Natural-gas inventories have fallen by 1.3 trillion cubic feet, or 34%, since Nov. 8. Stockpiles are now 15% below the five-year average for this time of year.

Teri Viswanath, an analyst at BNP Paribas S.A., said "even if there's an average [supply] decline [the rest of the winter season], the damage has been done."

Ms. Viswanath expects natural-gas stockpiles to fall to 1.45 tcf by the end of March. That would leave roughly 16% less gas in storage tanks at the start of spring than a year earlier.

If supplies fall below one trillion cubic feet, it could leave the market vulnerable to a sharp price increase should a summer heat wave lead to higher demand, analysts and traders say.

"People are worried about worst-case scenarios," said Emil Van Essen, head of commodity trading adviser Emil Van Essen LLC, which manages $175 million.

Mr. Van Essen bet that natural-gas prices would rise throughout the winter, as investors rush to buy the commodity when temperatures fell. However, he thinks prices won't rise above $5/mmBtu.

**Write to** Brett Philbin at brett.philbin@wsj.com

Copyright 2013 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com

**<u>Appendix T</u>**

The Street, Mike Norman, *Natural Gas Boom Is Bullish for Prices*, December 9, 2013

Follow us on: 🐦

SUBSCRIBE | LOG IN

🏭 **COMMODITIES** | ☀️ **ENERGY**

# Natural Gas Boom Is Bullish for Prices

*By* MIKE NORMAN | DEC 09, 2013 | 1:00 PM EST | 💬

The U.S. is currently enjoying a huge competitive advantage in energy and electricity costs because of its cheap and abundant supplies of natural gas. The price of gas stateside is about a quarter to a third or less of natural gas prices on the world market. The infographic below shows how stark that advantage actually is.



Having vast reserves of low-cost gas translates into lower energy and electricity costs, as I mentioned, and it gives a big advantage to the domestic manufacturing sector, which is enjoying a nice rebound. But how long will this last?

I ask this because at this very moment, the Energy Department and the Federal Energy Regulatory Commission (FERC) have been on an export approval tear. As of September, four new export applications have been approved and there are more under review. If the trend continues, it will almost certainly drive up the cost of gas and electricity prices as domestic prices tend to converge with world prices.

Why would we do such a thing? After all, there are huge benefits in having the gas for our own consumption.

The pressure is mainly coming from energy companies that have been lobbying heavily for larger markets and more revenues.

There is also a geopolitical angle, which is a U.S. effort aimed at reducing Europe's dependence on Russian gas. It's probably a gambit the Obama administration is pursuing to knock Russian President Vladimir Putin down a few notches. Putin has played the gas card often in the past, shutting off supplies in mid-winter to places like the Ukraine as a warning against entertaining any desires toward a more pro-Western government.

I'm sure that's how President Obama and many members of Congress see it, where natural gas exports are seen having growing bipartisan appeal.

There's also probably one other factor behind the export boom and that's coming from the, "We're out of money" crowd. Their views permeate all levels of policy making and they keep us from making the very important investments we need, like rebuilding infrastructure, further supporting education, health care, basic income, renewable energy, mass transit and basic research and development. For these people, exports are seen as a way of sustaining domestic employment, but the long-term costs appear to heavily outweigh the short-term benefits.

The bottom line is natural gas prices have probably bottomed in the long term and are now in a slow, but steady, uptrend. Expanding export programs will mean prices will gradually rise toward an equilibrium with world prices. That means no more $3 gas, but rather $10 gas. Where will our manufacturing advantage be then? More importantly, what will it mean for incomes of the middle class, as it will surely add downward pressure on wages as firms try to protect their margins. Real disposable income will suffer, too, as electricity and heating costs rise.

Investors with long-term time horizons should be building positions in natural gas. Sock it away now and by 2020, when the U.S. is forecast to become a net exporter, prices will be significantly higher. They may be significantly higher well before then. It's a great, long-term investment.

**More From Mike Norman**

Housing Isn't What It Used to Be

Interpreting the Great Rotation

Sideways Action May Play Until mid-May

TAGS: ENERGY │ ECONOMY │ INVESTMENT STRATEGY

Except as otherwise indicated, quotes are delayed. Quotes delayed at least 20 minutes for all exchanges. Market Data provided by *Interactive Data*. Company fundamental data provided by *Morningstar*. Earnings and ratings provided by Zacks. Mutual fund data provided by Valueline. ETF data provided by Lipper. Powered and implemented by *Interactive Data Managed Solutions*.

TheStreet Ratings updates stock ratings daily. However, if no rating change occurs, the data on this page does not update. The data does update after 90 days if no rating change occurs within that time period.

IDC calculates the Market Cap for the basic symbol to include common shares only. Year-to-date mutual fund returns are calculated on a monthly basis by Value Line and posted mid-month.

**The Street**

© 2014 TheStreet, Inc. All rights reserved.

## **Appendix U**

Oaktree Capital Management LP Form 13F filed Feb 11, 2014

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
## FORM 13F

### FORM 13F COVER PAGE

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0006 |
| Expires: | July 31, 2015 |
| Estimated average burden hours per response: | 23.8 |

Report for the Calendar Year or Quarter Ended: 12-31-2013

Check here if Amendment ☐    Amendment Number:

This Amendment (Check only one.): ☐ is a restatement.

☐ adds new holdings entries.

**Institutional Investment Manager Filing this Report:**

Name:        OAKTREE CAPITAL MANAGEMENT LP

Address:     333 S GRAND AVE 28TH FL

             LOS ANGELES, CA  90071

Form 13F File Number:    028-05050

**The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.**

Person Signing this Report on Behalf of Reporting Manager:

Name:        Andy Hottovy

Title:       Vice President

Phone:       213-830-6315

**Signature, Place, and Date of Signing:**

Andy Hottovy                    Los Angeles, CA        02-10-2014

  [Signature]                   [City, State]          [Date]

**Report Type (Check only one.):**

☒ 13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager are reported in this report.)

☐ 13F NOTICE. (Check here if no holdings reported are in this report, and all holdings are reported by other reporting manager(s).)

☐ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this reporting manager are reported in this report and a portion are reported by other reporting manager(s).)

### Form 13F Summary Page

**Report Summary:**

Number of Other Included Managers:            4

Form 13F Information Table Entry Total:     164

Form 13F Information Table Value
Total:     5,442,413

            (thousands)


**List of Other Included Managers:**

Provide a numbered list of the name(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other than the manager filing this report.

[If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

| No. | Form 13F File Number | Name |
|-----|----------------------|------|
| 1 | 028-12809 | Oaktree Capital Group Holdings GP, LLC |
| 2 | 028-12810 | Oaktree Capital Group Holdings, L.P. |
| 3 | 028-12811 | Oaktree Capital Group, LLC |
| 4 | 028-12812 | Oaktree Holdings, Inc. |

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM 13F**

**FORM 13F INFORMATION TABLE**

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0006 |
| Expires: | July 31, 2015 |
| Estimated average burden | |
| hours per response: | 23.8 |

| COLUMN 1 | COLUMN 2 | COLUMN 3 | COLUMN 4 | COLUMN 5 | | | COLUMN 6 | COLUMN 7 | COLUMN 8 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | VALUE | SHRS OR | SH/ | PUT/ | INVESTMENT | OTHER | VOTING AUTHORITY | | |
| NAME OF ISSUER | TITLE OF CLASS | CUSIP | (x$1000) | PRN AMT | PRN | CALL | DISCRETION | MANAGER | SOLE | SHARED | NONE |
| AAR CORP | CV SR UNSEC NT | 000361AM7 | 13,779 | 12,685,000 | PRN | | DFND | 1,2,3,4 | 12,685,000 | 0 | 0 |
| ACCURAY INC | CV SR UNSEC NT PNC | 004397AB1 | 3,933 | 3,500,000 | PRN | | DFND | 1,2,3,4 | 3,500,000 | 0 | 0 |
| AIR LEASE CORP | CV SR UNSEC NT | 00912XAK0 | 62,907 | 47,100,000 | PRN | | DFND | 1,2,3,4 | 47,100,000 | 0 | 0 |
| AK STEEL CORP | CV SR UNSEC NT | 001546AP5 | 12,247 | 7,500,000 | PRN | | DFND | 1,2,3,4 | 7,500,000 | 0 | 0 |
| ALERE INC | CV SR SUB NT | 01449JAA3 | 27,557 | 24,380,000 | PRN | | DFND | 1,2,3,4 | 24,380,000 | 0 | 0 |
| ALERE INC | 3% CV CUM PFD PERP SER B | 01449J204 | 60,925 | 212,800 | SH | | DFND | 1,2,3,4 | 212,800 | 0 | 0 |
| ALLIANCE HEALTHCARE SERVICES | COMMON STOCK | 018606301 | 117,676 | 4,756,490 | SH | | DFND | 1,2,3,4 | 4,756,490 | 0 | 0 |
| ALPHA NATURAL RESOURCES | CV SR UNSEC NT | 02076XAE2 | 28,891 | 28,000,000 | PRN | | DFND | 1,2,3,4 | 28,000,000 | 0 | 0 |
| ALTRIA GROUP INC | COMMON STOCK | 02209S103 | 11,056 | 288,000 | SH | | DFND | 1,2,3,4 | 288,000 | 0 | 0 |
| AMBEV SA-SPN ADR | AMBEV SA-SPN ADR | 02319V103 | 14,742 | 2,005,765 | SH | | DFND | 1,2,3,4 | 2,005,765 | 0 | 0 |
| AMERICA MOVIL | AMERICA MOVIL | 02364W105 | 23,798 | 1,018,304 | SH | | DFND | 1,2,3,4 | 1,018,304 | 0 | 0 |
| AMERICAN INTERNATIONAL GROUP | COMMON STOCK | 026874784 | 47,431 | 929,100 | SH | | DFND | 1,2,3,4 | 929,100 | 0 | 0 |
| AMERICAN REALTY CAP PROP | CV SR UNSEC NT REIT | 02917TAA2 | 12,068 | 12,000,000 | PRN | | DFND | 1,2,3,4 | 12,000,000 | 0 | 0 |
| Anglogold | Anglogold | 035128206 | 2,778 | 237,000 | SH | | DFND | 1,2,3,4 | 237,000 | 0 | 0 |
| ANNALY CAPITAL MGMT | CV SR UNSEC NT | 035710AB8 | 20,501 | 20,157,000 | PRN | | DFND | 1,2,3,4 | 20,157,000 | 0 | 0 |
| APOLLO GLOBAL MANAGEMENT - A | COMMON STOCK | 037612306 | 15,805 | 500,000 | SH | | DFND | 1,2,3,4 | 500,000 | 0 | 0 |
| APOLLO INVESTMENT CORP | CV SR UNSEC NT | 03761UAE6 | 535 | 500,000 | PRN | | DFND | 1,2,3,4 | 500,000 | 0 | 0 |
| ARCELORMITTAL | MAND 6% CV SR SUB NT | L0302D178 | 16,380 | 630,000 | PRN | | DFND | 1,2,3,4 | 630,000 | 0 | 0 |
| ARCELORMITTAL | CV SR UNSEC NT | 03938LAK0 | 7,573 | 7,410,000 | PRN | | DFND | 1,2,3,4 | 7,410,000 | 0 | 0 |
| ARES CAPITAL CORP | CV SR UNSEC NT | 04010LAJ2 | 7,517 | 7,019,000 | PRN | | DFND | 1,2,3,4 | 7,019,000 | 0 | 0 |
| ARES CAPITAL CORP | CV SR UNSEC NT | 04010LAG8 | 6,529 | 6,146,000 | PRN | | DFND | 1,2,3,4 | 6,146,000 | 0 | 0 |
| AV HOMES INC | CV SR UNSEC NT | 053494AG5 | 10,780 | 10,014,000 | PRN | | DFND | 1,2,3,4 | 10,014,000 | 0 | 0 |
| Baidu Inc | Baidu Inc | 056752108 | 24,387 | 137,097 | SH | | DFND | 1,2,3,4 | 137,097 | 0 | 0 |

| Issuer | Security | CUSIP | Qty | Value | Type | Put | | Class | Value | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BANK OF AMERICA CORP | 7.25% CV NON-CUM PFD PERP SER-L PNC | 060505682 | 16,778 | 15,800 | SH | | DFND | 1,2,3,4 | 15,800 | 0 | 0 |
| BGC PARTNERS INC | CV SR UNSEC NT | 05541TAD3 | 14,510 | 13,845,000 | PRN | | DFND | 1,2,3,4 | 13,845,000 | 0 | 0 |
| BIOMARIN PHARMACEUTICAL | CV SR SUB NT | 09061GAF8 | 40,523 | 37,500,000 | PRN | | DFND | 1,2,3,4 | 37,500,000 | 0 | 0 |
| BIOMARIN PHARMACEUTICAL | CV SR SUB NT | 09061GAE1 | 19,797 | 18,500,000 | PRN | | DFND | 1,2,3,4 | 18,500,000 | 0 | 0 |
| BOTTOMLINE TECHNOLOGIES | CV SR UNSEC NT | 101388AA4 | 24,135 | 17,980,000 | PRN | | DFND | 1,2,3,4 | 17,980,000 | 0 | 0 |
| BPZ RESOURCES INC | CV SR UNSEC NT | 055639AC2 | 33,820 | 38,000,000 | PRN | | DFND | 1,2,3,4 | 38,000,000 | 0 | 0 |
| BPZ RESOURCES INC | CV SR UNSEC NT PNC | 055639AB4 | 2,934 | 3,260,000 | PRN | | DFND | 1,2,3,4 | 3,260,000 | 0 | 0 |
| BRISTOW GROUP INC | CV SR UNSEC NT | 110394AC7 | 4,993 | 4,045,000 | PRN | | DFND | 1,2,3,4 | 4,045,000 | 0 | 0 |
| BROOKDALE SENIOR LIVING | CV SR UNSEC NT | 112463AA2 | 79,046 | 65,975,000 | PRN | | DFND | 1,2,3,4 | 65,975,000 | 0 | 0 |
| CAPITAL PRODUCT PARTNERS LP | COMMON STOCK | Y11082107 | 8,455 | 807,500 | SH | | DFND | 1,2,3,4 | 807,500 | 0 | 0 |
| CEMEX SAB DE CV | CV SUB NT | 151290BB8 | 14,474 | 11,000,000 | PRN | | DFND | 1,2,3,4 | 11,000,000 | 0 | 0 |
| CEMEX SAB DE CV | CV SUB NT | 151290AV5 | 75,500 | 63,577,000 | PRN | | DFND | 1,2,3,4 | 63,577,000 | 0 | 0 |
| Cemex SA-Sponsored ADR | Cemex SA-Sponsored ADR | 151290889 | 20,722 | 1,751,663 | SH | | DFND | 1,2,3,4 | 1,751,663 | 0 | 0 |
| CHARTER COMMUNICATION-A | COMMON STOCK | 16117M305 | 99,791 | 729,683 | SH | | DFND | 1,2,3,4 | 729,683 | 0 | 0 |
| CHESAPEAKE ENERGY CORP | CV SR UNSEC NT CPDI | 165167CB1 | 16,621 | 17,747,000 | PRN | | DFND | 1,2,3,4 | 17,747,000 | 0 | 0 |
| CHESAPEAKE ENERGY CORP | CV SR UNSEC NT CPDI | 165167BZ9 | 6,128 | 6,000,000 | PRN | | DFND | 1,2,3,4 | 6,000,000 | 0 | 0 |
| CHIQUITA BRANDS INTL | CV SR UNSEC NT PNC | 170032AT3 | 14,681 | 15,000,000 | PRN | | DFND | 1,2,3,4 | 15,000,000 | 0 | 0 |
| Cia Brasileira de Distribuicao Grupo Pao | Cia Brasileira de Distribuicao Grupo Pao | 20440T201 | 20,388 | 456,413 | SH | | DFND | 1,2,3,4 | 456,413 | 0 | 0 |
| CIENA CORP | CV SR UNSEC NT | 171779AE1 | 67,889 | 65,500,000 | PRN | | DFND | 1,2,3,4 | 65,500,000 | 0 | 0 |
| COBALT INTL ENERGY INC | CV SR UNSEC NT | 19075FAA4 | 65,234 | 73,375,000 | PRN | | DFND | 1,2,3,4 | 73,375,000 | 0 | 0 |
| COLONY FINANCIAL INC | CV SR UNSEC NT REIT PNC | 19624RAA4 | 32,620 | 31,520,000 | PRN | | DFND | 1,2,3,4 | 31,520,000 | 0 | 0 |
| COMMONWEALTH REIT | 6.5% CV PERP PFD SER-D REIT | 203233408 | 12,062 | 588,084 | SH | | DFND | 1,2,3,4 | 588,084 | 0 | 0 |
| COMPANIA DE MINAS BUEN SPON ADR SER B | COMPANIA DE MINAS BUEN SPON ADR SER B | 204448104 | 13,305 | 1,185,858 | SH | | DFND | 1,2,3,4 | 1,185,858 | 0 | 0 |
| CONTAINER STORE GROUP INC/THE | COMMON STOCK | 210751103 | 24,689 | 557,565 | SH | | DFND | 1,2,3,4 | 557,565 | 0 | 0 |
| CONTAINER STORE GROUP INC/THE | COMMON STOCK | 210751103 | 24,664 | 557,000 | SH | Put | DFND | 1,2,3,4 | 557,000 | 0 | 0 |
| CONTANGO OIL & GAS | COMMON STOCK | 21075N204 | 60,858 | 1,287,734 | SH | | DFND | 1,2,3,4 | 1,287,734 | 0 | 0 |
| CROWN CASTLE INTL CORP | 4.5% MAND CV SER-A PFD | 228227500 | 45,532 | 455,000 | SH | | DFND | 1,2,3,4 | 455,000 | 0 | 0 |
| DEALERTRACK TECHNOLOGIES | CV SR UNSEC NT | 242309AB8 | 16,549 | 11,904,000 | PRN | | DFND | 1,2,3,4 | 11,904,000 | 0 | 0 |
| DELPHI AUTOMOTIVE PLC | COMMON STOCK | G27823106 | 127,776 | 2,125,000 | SH | | DFND | 1,2,3,4 | 2,125,000 | 0 | 0 |
| DFC GLOBAL CORP | CV SR UNSEC NT | 23324TAB3 | 29,855 | 33,035,000 | PRN | | DFND | 1,2,3,4 | 33,035,000 | 0 | 0 |

| Issuer | Security | CUSIP | Shares | Principal | Type | Status | Class | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DOLLAR FINANCIAL CORP | CV SR UNSEC NT | 256664AB9 | 7,795 | 7,880,000 | PRN | DFND | 1,2,3,4 | 7,880,000 | 0 | 0 |
| DRYSHIPS INC | CV SR UNSEC NT | 262498AB4 | 22,186 | 22,021,000 | PRN | DFND | 1,2,3,4 | 22,021,000 | 0 | 0 |
| DYNEGY INC | COMMON STOCK | 26817R108 | 177,454 | 8,245,986 | SH | DFND | 1,2,3,4 | 8,245,986 | 0 | 0 |
| E*TRADE FINANCIAL CORP | COMMON STOCK | 269246401 | 36,558 | 1,861,400 | SH | DFND | 1,2,3,4 | 1,861,400 | 0 | 0 |
| EMC CORP/MA | COMMON STOCK | 268648102 | 15,342 | 610,000 | SH | DFND | 1,2,3,4 | 610,000 | 0 | 0 |
| ENDEAVOUR INTERNATIONAL | CV SR UNSEC NT | 29257MAE0 | 8,004 | 10,100,000 | PRN | DFND | 1,2,3,4 | 10,100,000 | 0 | 0 |
| EPR PROPERTIES | 9% CV PERP PFD SER-E REIT PNC | 26884U307 | 3,015 | 107,500 | SH | DFND | 1,2,3,4 | 107,500 | 0 | 0 |
| EPR PROPERTIES | 5.75% CV PERP PFD SER-C REIT | 26884U208 | 10,937 | 534,821 | SH | DFND | 1,2,3,4 | 534,821 | 0 | 0 |
| EXCO RESOURCES INC | COMMON STOCK | 269279402 | 195,296 | 36,778,946 | SH | DFND | 1,2,3,4 | 36,778,946 | 0 | 0 |
| FIRST BANCORP PUERTO RICO | COMMON STOCK | 318672706 | 259,012 | 41,843,581 | SH | DFND | 1,2,3,4 | 41,843,581 | 0 | 0 |
| FOREST CITY ENTERPRISES | CV SR UNSEC NT PNC | 345550AP2 | 63,971 | 57,171,000 | PRN | DFND | 1,2,3,4 | 57,171,000 | 0 | 0 |
| GENESEE & WYOMING INC | 5% CV MAND PFD EQUITY UNITS | 371559204 | 47,531 | 372,500 | SH | DFND | 1,2,3,4 | 372,500 | 0 | 0 |
| GETTY REALTY CORP | COMMON STOCK REIT | 374297109 | 26,126 | 1,422,221 | SH | DFND | 1,2,3,4 | 1,422,221 | 0 | 0 |
| GOLDEN STAR RESOURCES | CV SR UNSEC NT | 38119TAE4 | 3,740 | 5,500,000 | PRN | DFND | 1,2,3,4 | 5,500,000 | 0 | 0 |
| GOODRICH PETROLEUM CORP | CV SR UNSEC NT PNC | 382410AG3 | 37,717 | 36,465,000 | PRN | DFND | 1,2,3,4 | 36,465,000 | 0 | 0 |
| GREENBRIER COS INC | CV SR UNSEC NT | 393657AH4 | 17,811 | 15,000,000 | PRN | DFND | 1,2,3,4 | 15,000,000 | 0 | 0 |
| GRUPO TELEVISA SA DE SPN ADR REPORD | GRUPO TELEVISA SA DE SPN ADR REPORD | 40049J206 | 18,863 | 623,359 | SH | DFND | 1,2,3,4 | 623,359 | 0 | 0 |
| HANWHA SOLARONE CO LTD | CV SR UNSEC NT | 83415UAB4 | 34,546 | 37,146,000 | PRN | DFND | 1,2,3,4 | 37,146,000 | 0 | 0 |
| HEADWATERS INC | CV SR SUB NT | 42210PAR3 | 8,474 | 7,846,000 | PRN | DFND | 1,2,3,4 | 7,846,000 | 0 | 0 |
| HEALTH CARE REIT INC | 6.5% CV PERP PFD SER-I REIT PNC | 42217K601 | 8,349 | 162,874 | SH | DFND | 1,2,3,4 | 162,874 | 0 | 0 |
| HEARTWARE INTERNATIONAL | CV SR UNSEC NT | 422368AA8 | 31,819 | 26,416,000 | PRN | DFND | 1,2,3,4 | 26,416,000 | 0 | 0 |
| HELIX ENERGY SOLUTIONS | CV SR UNSEC NT CPDI | 42330PAG2 | 44,609 | 36,892,000 | PRN | DFND | 1,2,3,4 | 36,892,000 | 0 | 0 |
| HOLOGIC INC | CV SR UNSEC NT MULTI-CPN | 436440AG6 | 15,634 | 14,814,000 | PRN | DFND | 1,2,3,4 | 14,814,000 | 0 | 0 |
| HOLOGIC INC | CV SR UNSEC NT 2% MULTI-CPN CPDI | 436440AC5 | 15,467 | 15,075,000 | PRN | DFND | 1,2,3,4 | 15,075,000 | 0 | 0 |
| HOLOGIC INC | CV SR UNSEC NT SER-2010 CPDI | 436440AB7 | 11,246 | 9,679,000 | PRN | DFND | 1,2,3,4 | 9,679,000 | 0 | 0 |
| HOME INNS HTL MNGMT INC | CV SR UNSEC NT | 43713WAB3 | 13,687 | 13,000,000 | PRN | DFND | 1,2,3,4 | 13,000,000 | 0 | 0 |
| HORNBECK OFFSHORE SERVICES | CV SR UNSEC NT | 440543AN6 | 87,520 | 73,080,000 | PRN | DFND | 1,2,3,4 | 73,080,000 | 0 | 0 |
| HOUGHTON MIFFLIN HARCOURT CO | COMMON STOCK | 44157R109 | 9,481 | 559,024 | SH | DFND | 1,2,3,4 | 559,024 | 0 | 0 |
| ICONIX BRAND GROUP INC | CV SR SUB NT | 451055AE7 | 21,180 | 15,305,000 | PRN | DFND | 1,2,3,4 | 15,305,000 | 0 | 0 |
| INTEGRA LIFESCIENCES HLD | CV SR UNSEC NT | 457985AK5 | 4,771 | 4,435,000 | PRN | DFND | 1,2,3,4 | 4,435,000 | 0 | 0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INTEL CORP | CV JR SUB NT PNC CPDI | 458140AF7 | 42,301 | 31,000,000 | PRN | | DFND | 1,2,3,4 | 31,000,000 | 0 | 0 |
| INTEL CORP | CV JR SUB NT CPDI PNC | 458140AD2 | 44,559 | 39,725,000 | PRN | | DFND | 1,2,3,4 | 39,725,000 | 0 | 0 |
| INTERMUNE INC | CV SR UNSEC NT PNC | 45884XAE3 | 4,507 | 5,000,000 | PRN | | DFND | 1,2,3,4 | 5,000,000 | 0 | 0 |
| INTEROIL CORP | CV SR UNSEC NT PNC | 460951AC0 | 5,605 | 5,900,000 | PRN | | DFND | 1,2,3,4 | 5,900,000 | 0 | 0 |
| ISHARES RUSSELL 2000 | ETF | 464287655 | 49,605 | 430,000 | SH | Put | DFND | 1,2,3,4 | 430,000 | 0 | 0 |
| JAKKS PACIFIC INC | CV SR UNSEC NT | 47012EAD8 | 1,151 | 1,150,000 | PRN | | DFND | 1,2,3,4 | 1,150,000 | 0 | 0 |
| JARDEN CORP | CV SR SUB NT | 471109AH1 | 78,795 | 55,750,000 | PRN | | DFND | 1,2,3,4 | 55,750,000 | 0 | 0 |
| JINKOSOLAR HOLDING CO LT | CV SR UNSEC NT 144A | 47759TAA8 | 6,104 | 5,750,000 | PRN | | DFND | 1,2,3,4 | 5,750,000 | 0 | 0 |
| LAM RESEARCH CORP | CV SR UNSEC NT SER B | 512807AL2 | 12,210 | 10,000,000 | PRN | | DFND | 1,2,3,4 | 10,000,000 | 0 | 0 |
| LAM RESEARCH CORP | CV SR UNSEC NT | 512807AJ7 | 70,406 | 61,700,000 | PRN | | DFND | 1,2,3,4 | 61,700,000 | 0 | 0 |
| LEAP WIRELESS INTL INC | CV SR UNSEC NT | 521863AL4 | 4,359 | 4,269,000 | PRN | | DFND | 1,2,3,4 | 4,269,000 | 0 | 0 |
| LEVEL 3 COMMUNICATIONS INC | COMMON STOCK NEW | 52729N308 | 51,881 | 1,564,100 | SH | | DFND | 1,2,3,4 | 1,564,100 | 0 | 0 |
| MASONITE INTERNATIONAL CORP | COMMON STOCK | 575385109 | 268,670 | 4,477,837 | SH | | DFND | 1,2,3,4 | 4,477,837 | 0 | 0 |
| MCDERMOTT INTL INC | COMMON STOCK | 580037109 | 13,654 | 1,490,599 | SH | | DFND | 1,2,3,4 | 1,490,599 | 0 | 0 |
| MENTOR GRAPHICS CORP | CV SUB UNSEC NT | 587200AK2 | 46,037 | 34,556,000 | PRN | | DFND | 1,2,3,4 | 34,556,000 | 0 | 0 |
| MERITAGE HOMES CORP | CV SR UNSEC NT | 59001AAR3 | 32,293 | 28,650,000 | PRN | | DFND | 1,2,3,4 | 28,650,000 | 0 | 0 |
| MERITOR INC | CV SR UNSEC STEP CPN NT | 043353AH4 | 15,356 | 15,868,000 | PRN | | DFND | 1,2,3,4 | 15,868,000 | 0 | 0 |
| MGIC INVESTMENT CORP | CV SR UNSEC NT | 552848AE3 | 9,400 | 6,760,000 | PRN | | DFND | 1,2,3,4 | 6,760,000 | 0 | 0 |
| MGIC INVESTMENT CORP | CV SR UNSEC NT | 552848AD5 | 2,275 | 2,000,000 | PRN | | DFND | 1,2,3,4 | 2,000,000 | 0 | 0 |
| MGIC INVESTMENT CORP | COMMON STOCK | 552848103 | 101,280 | 12,000,000 | SH | | DFND | 1,2,3,4 | 12,000,000 | 0 | 0 |
| MGM RESORTS INTL | CV SR UNSEC NT | 55303QAE0 | 84,482 | 61,865,000 | PRN | | DFND | 1,2,3,4 | 61,865,000 | 0 | 0 |
| Mobile Telesystems OJSC | Mobile Telesystems OJSC | 607409109 | 13,405 | 619,721 | SH | | DFND | 1,2,3,4 | 619,721 | 0 | 0 |
| MOLYCORP INC | CV SR UNSEC NT PNC | 608753AF6 | 4,878 | 6,300,000 | PRN | | DFND | 1,2,3,4 | 6,300,000 | 0 | 0 |
| MOLYCORP INC | CV SR UNSEC NT | 608753AA7 | 3,560 | 5,000,000 | PRN | | DFND | 1,2,3,4 | 5,000,000 | 0 | 0 |
| MORGANS HOTEL GROUP CO | CV SR SUB NT | 61748WAB4 | 13,483 | 13,677,000 | PRN | | DFND | 1,2,3,4 | 13,677,000 | 0 | 0 |
| NETAPP INC | COMMON STOCK | 64110D104 | 15,222 | 370,000 | SH | | DFND | 1,2,3,4 | 370,000 | 0 | 0 |
| NRG ENERGY INC | COMMON STOCK | 629377508 | 38,054 | 1,325,000 | SH | | DFND | 1,2,3,4 | 1,325,000 | 0 | 0 |
| NUANCE COMMUNICATIONS | CV SR UNSEC NT | 67020YAF7 | 13,748 | 14,000,000 | PRN | | DFND | 1,2,3,4 | 14,000,000 | 0 | 0 |
| NUVASIVE INC | CV SR UNSEC NT | 670704AC9 | 78,317 | 72,120,000 | PRN | | DFND | 1,2,3,4 | 72,120,000 | 0 | 0 |
| NY COMMUNITY CAP TRUST V | 6% CV PFD (BONUSES) PNC | 64944P307 | 16,117 | 322,341 | SH | | DFND | 1,2,3,4 | 322,341 | 0 | 0 |
| OLD REPUBLIC INTL CORP | CV SR UNSEC NT | 680223AH7 | 7,002 | 5,613,000 | PRN | | DFND | 1,2,3,4 | 5,613,000 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| OMNICARE INC | CV SR SUB NT CPDI | 681904AQ1 | 87,290 | 85,750,000 | PRN | DFND | 1,2,3,4 | 85,750,000 | 0 | 0 |
| ON SEMICONDUCTOR CORP | CV SR SUB NT SER-B | 682189AH8 | 72,300 | 65,445,000 | PRN | DFND | 1,2,3,4 | 65,445,000 | 0 | 0 |
| PETROLEO BRASILEIRO SA SPONSORED ADR | PETROLEO BRASILEIRO SA SPONSORED ADR | 71654V408 | 43,051 | 3,124,177 | SH | DFND | 1,2,3,4 | 3,124,177 | 0 | 0 |
| PHOTRONICS INC | CV SR UNSEC NT | 719405AH5 | 34,540 | 30,132,000 | PRN | DFND | 1,2,3,4 | 30,132,000 | 0 | 0 |
| PREFORMED LINE PRODUCTS CO | COMMON STOCK | 740444104 | 3,928 | 53,691 | SH | DFND | 1,2,3,4 | 53,691 | 0 | 0 |
| PROSPECT CAPITAL CORP | CV SR UNSEC NT | 74348TAL6 | 7,770 | 7,304,000 | PRN | DFND | 1,2,3,4 | 7,304,000 | 0 | 0 |
| PROSPECT CAPITAL CORP | CV SR UNSEC NT | 74348TAK8 | 5,271 | 5,000,000 | PRN | DFND | 1,2,3,4 | 5,000,000 | 0 | 0 |
| PROSPECT CAPITAL CORP | CV SR UNSEC NT | 74348TAD4 | 8,772 | 8,288,000 | PRN | DFND | 1,2,3,4 | 8,288,000 | 0 | 0 |
| PROVIDENCE SERVICE CORP | CV SR SUB NT | 743815AB8 | 10,752 | 10,382,000 | PRN | DFND | 1,2,3,4 | 10,382,000 | 0 | 0 |
| PULSE ELECTRONICS CORP | COMMON STOCK | 74586W205 | 11,111 | 3,844,658 | SH | DFND | 1,2,3,4 | 3,844,658 | 0 | 0 |
| REDWOOD TRUST INC | CV SR UNSEC NT REIT | 758075AB1 | 4,174 | 4,000,000 | PRN | DFND | 1,2,3,4 | 4,000,000 | 0 | 0 |
| RESOURCE CAPITAL CORP | CV SR UNSEC NT REIT | 76120WAA2 | 12,803 | 12,767,000 | PRN | DFND | 1,2,3,4 | 12,767,000 | 0 | 0 |
| RPM INTERNATIONAL INC | CV SR UNSEC NT | 749685AT0 | 25,474 | 23,000,000 | PRN | DFND | 1,2,3,4 | 23,000,000 | 0 | 0 |
| RTI INTERNATIONAL METALS | CV SR UNSEC NT | 74973WAB3 | 43,952 | 41,450,000 | PRN | DFND | 1,2,3,4 | 41,450,000 | 0 | 0 |
| RTI INTERNATIONAL METALS | CV SR UNSEC NT | 74973WAA5 | 35,442 | 30,975,000 | PRN | DFND | 1,2,3,4 | 30,975,000 | 0 | 0 |
| SALIX PHARMACEUTICALS LTD | CV SR UNSEC NT | 795435AE6 | 54,620 | 36,808,000 | PRN | DFND | 1,2,3,4 | 36,808,000 | 0 | 0 |
| SANDISK CORP | CV SR UNSEC NT | 80004CAD3 | 16,883 | 11,430,000 | PRN | DFND | 1,2,3,4 | 11,430,000 | 0 | 0 |
| SEACOR HOLDINGS INC | CV SR UNSEC NT CPDI PNC | 811904AM3 | 68,797 | 56,270,000 | PRN | DFND | 1,2,3,4 | 56,270,000 | 0 | 0 |
| SEQUENOM INC | CV SR UNSEC NT PNC | 817337AB4 | 3,728 | 4,240,000 | PRN | DFND | 1,2,3,4 | 4,240,000 | 0 | 0 |
| SOLARCITY CORP | CV SR UNSEC NT | 83416TAA8 | 36,419 | 30,500,000 | PRN | DFND | 1,2,3,4 | 30,500,000 | 0 | 0 |
| STAR BULK CARRIERS CORP | COMMON STOCK | Y8162K121 | 76,966 | 5,773,907 | SH | DFND | 1,2,3,4 | 5,773,907 | 0 | 0 |
| STARWOOD PROPERTY TRUST | CV SR UNSEC NT REIT | 85571BAB1 | 33,280 | 30,000,000 | PRN | DFND | 1,2,3,4 | 30,000,000 | 0 | 0 |
| STARWOOD PROPERTY TRUST | CV SR UNSEC NT REIT | 85571BAA3 | 20,541 | 18,500,000 | PRN | DFND | 1,2,3,4 | 18,500,000 | 0 | 0 |
| STERLITE INDUSTRIES LTD | CV SR UNSEC NT PNC | 859737AB4 | 17,735 | 17,791,000 | PRN | DFND | 1,2,3,4 | 17,791,000 | 0 | 0 |
| STONE ENERGY CORP | CV SR UNSEC NT | 861642AN6 | 76,398 | 69,200,000 | PRN | DFND | 1,2,3,4 | 69,200,000 | 0 | 0 |
| SURGICAL CARE AFFILIATES INC | COMMON STOCK | 86881L106 | 77,864 | 2,328,027 | SH | DFND | 1,2,3,4 | 2,328,027 | 0 | 0 |
| TAIWAN SEMICONDUCTOR SPONSORED ADR | TAIWAN SEMICONDUCTOR SPONSORED ADR | 874039100 | 37,676 | 2,160,340 | SH | DFND | 1,2,3,4 | 2,160,340 | 0 | 0 |
| TAKE-TWO INTERACTIVE SOFTWARE | CV SR UNSEC NT | 874054AD1 | 34,782 | 32,500,000 | PRN | DFND | 1,2,3,4 | 32,500,000 | 0 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE | CV SR UNSEC NT | 874054AC3 | 29,915 | 25,828,000 | PRN | DFND | 1,2,3,4 | 25,828,000 | 0 | 0 |
| Tata Motors | Tata Motors | 876568502 | 28,973 | 940,691 | SH | DFND | 1,2,3,4 | 940,691 | 0 | 0 |
| TELEF BRASIL | TELEF BRASIL | 87936R106 | 16,678 | 867,758 | SH | DFND | 1,2,3,4 | 867,758 | 0 | 0 |
| TITAN MACHINERY INC | CV SR UNSEC NT | 88830RAB7 | 9,407 | 10,897,000 | PRN | DFND | 1,2,3,4 | 10,897,000 | 0 | 0 |
| TOWER GROUP INTL LTD | CV SR UNSEC NT | 891777AC8 | 36,269 | 43,830,000 | PRN | DFND | 1,2,3,4 | 43,830,000 | 0 | 0 |
| Trina Solar LTD | Trina Solar LTD | 89628E104 | 15,739 | 1,151,328 | SH | DFND | 1,2,3,4 | 1,151,328 | 0 | 0 |
| TTM TECHNOLOGIES | CV SR UNSEC NT | 87305RAC3 | 7,755 | 7,500,000 | PRN | DFND | 1,2,3,4 | 7,500,000 | 0 | 0 |
| TURKCELL ILETISIM HIZM SPONSORED ADR | TURKCELL ILETISIM HIZM SPONSORED ADR | 900111204 | 9,293 | 696,116 | SH | DFND | 1,2,3,4 | 696,116 | 0 | 0 |
| UNITED TECHNOLOGIES CORP | 7.50% CV MAND PFD EQUITY UNITS | 913017117 | 32,077 | 489,950 | SH | DFND | 1,2,3,4 | 489,950 | 0 | 0 |
| US STEEL CORP | CV SR UNSEC NT PNC | 912909AH1 | 8,982 | 6,740,000 | PRN | DFND | 1,2,3,4 | 6,740,000 | 0 | 0 |
| US STEEL CORP | CV SR UNSEC NT | 912909AE8 | 3,755 | 3,500,000 | PRN | DFND | 1,2,3,4 | 3,500,000 | 0 | 0 |
| Vale S.A. PFD | Vale S.A. PFD | 91912E204 | 37,236 | 2,657,843 | SH | DFND | 1,2,3,4 | 2,657,843 | 0 | 0 |
| VECTOR GROUP LTD | CV SR UNSEC VARIABLE NT CPDI | 92240MAY4 | 21,677 | 18,185,000 | PRN | DFND | 1,2,3,4 | 18,185,000 | 0 | 0 |
| VISHAY INTERTECHNOLOGY INC | COMMON STOCK | 928298108 | 36,465 | 2,750,000 | SH | DFND | 1,2,3,4 | 2,750,000 | 0 | 0 |
| WABASH NATIONAL CORP | CV SR UNSEC NT | 929566AH0 | 27,723 | 20,980,000 | PRN | DFND | 1,2,3,4 | 20,980,000 | 0 | 0 |
| WALTER INVESTMENT MGMT | CV SR SUB NT | 93317WAA0 | 25,240 | 25,255,000 | PRN | DFND | 1,2,3,4 | 25,255,000 | 0 | 0 |
| WEB.COM GROUP INC | CV SR UNSEC NT PNC | 94733AAA2 | 40,023 | 35,500,000 | PRN | DFND | 1,2,3,4 | 35,500,000 | 0 | 0 |
| WEBMD HEALTH CORP | CV SR UNSEC NT | 94770VAF9 | 2,964 | 3,000,000 | PRN | DFND | 1,2,3,4 | 3,000,000 | 0 | 0 |
| WELLS FARGO & COMPANY | 7.50% CV PFD CL-A SER-L PERPETUAL PNC | 949746804 | 13,734 | 12,440 | SH | DFND | 1,2,3,4 | 12,440 | 0 | 0 |
| WRIGHT MEDICAL GROUP INC | CV SR UNSEC NT | 98235TAC1 | 75,447 | 55,612,000 | PRN | DFND | 1,2,3,4 | 55,612,000 | 0 | 0 |
| WSP HOLDINGS LTD-ADR | COMMON STOCK | 92934F203 | 3,846 | 1,408,800 | SH | DFND | 1,2,3,4 | 1,408,800 | 0 | 0 |
| YRC WORLDWIDE INC | CV SEC 2ND LIEN 10% PIK NT SER-A | 984249AB8 | 5,916 | 6,146,385 | PRN | DFND | 1,2,3,4 | 6,146,385 | 0 | 0 |

## **Appendix V**

"Chemical IG bondholders find refuge in Lyondell, activists drag Dow, DuPont," DEBTWIRE
Feb. 5, 2015

05-Feb-14 - 16:55

**==Chemical IG== bondholders find refuge in Lyondell, activists drag Dow, DuPont**

Story:

**LyondellBasell Industries** built up further equity market support last week by beating 4Q13 earnings expectations with an 86% net income spike that lifted the chemical producer's stock by 4%. Optimism also abounds on the investment grade debt side, but for reasons that are less straightforward and more focused on relative value across the industry, noted two buysiders and two sector analysts.

In comparison to Lyondell, more diversified chemical peers **DuPont** and **Dow Chemical** are better equipped to navigate cyclical shifts. But these broader operational profiles make both companies natural targets for activist shareholders that push management teams to spin off segments. For its part, Lyondell has so far avoided such headlines, which can send bond prices tumbling on fears that asset coverage will take a hit, the sources continued.

For instance, in mid-January Dow shareholder Third Point demanded the company split off its specialty chemicals segment, which accounts for nearly 30% of its total EBITDA. In response, the company's 3% notes due 2022 widened 28bps against the benchmark Treasury notes, reaching a spread of 119bps on 24 January. Since then, the spread has tightened by 12bps, largely due to Dow executives maintaining they have no intention of splitting the specialty unit from the commodity business – citing synergies between the two sides.

But in light of the shareholder pressure, the company did go out of its way to amp up its equity friendly initiatives, announcing on 15 February that it would raise its dividend from 32 cents to 37 cents and increase planned share repurchases to USD 4.5bn from USD 1.5bn.

Similarly, DuPont in October announced it would split off its specialty chemicals segment not long after Trian Partners revealed that it had increased its stake in the company.

In addition to keeping safe from activists to date, another boon for Lyondell – at least for the time being – is that the global operator has kept its focus on commodity petrochemicals such as ethylene, sources noted. While this leaves it more vulnerable than its peers to cyclical downturns, it also means that the company has benefited disproportionately from cheap natural gas feedstock – a major input cost, the analysts said.

On the balance sheet side, Lyondell stacks up well, carrying lower leverage than Dow and DuPont, the analysts continued. Including pension costs and capitalized operating leases, Lyondell's leverage was 1.3x in 2013, with debt clocking in at USD 7.67bn and EBITDA totaling USD 6.12bn, according to SEC filings. Meanwhile, DuPont's leverage was 3.1x on debt of USD 20.92bn and EBITDA of 6.64bn. Dow's leverage was also 3.1x on debt of USD 25.99bn and EBIDTA of 8.362bn.



Dealscope potential activity analysis

Topics:

Investment Grade

| Issuer | E. I. du Pont de Nemours and Company | Intel |
| Issuer | The Dow Chemical Company | Intel |
| Issuer | LyondellBasell Industries NV | Intel |
| Other | Investment Grade Commentary | Intel |



**E. I. du Pont de Nemours and Company is in Lev. Loan/High Yield**

Balance Sheet & Docs

Timetable

**E. I. du Pont de Nemours and Company is in Debt Maturity**

Balance Sheet & Docs

Timetable

**The Dow Chemical Company is in Lev. Loan/High Yield**

**LyondellBasell Industries NV is in Lev. Loan/High Yield**

Lyondell's USD 999.55m 5.75% senior unsecured notes due 2024 have tightened steadily against benchmark Treasury notes, moving from a 240bps spread in October 2012 to 150bps in October 2013 to 128bps in the most recent trade on 31 January. Still, when measured against Dupont and Dow bonds, Lyondell unsecured notes remain relatively cheap, noted the sources.

Lyondell's BBB/Baa1-rated 5.75% notes due 2024 last traded at 114.861 to yield 3.928%, 19bps wide of Dow's BBB/Baa2-rated USD 1.25bn 3% senior unsecured notes due 2022, which last traded at 94.56 to yield 3.733% and 38bps wide of DuPont's A/A2-rated USD 1.25bn 2.8% senior unsecured notes due 2023 that last traded at 94.287 to yield 3.546%, according to MarketAxess.

Dow and DuPont both get credit from rating agencies for their size, track records and diverse product lines. DuPont's superior credit rating is largely due to the fact that its EBITDA to sales ratio, at 18.6% according to a JP Morgan report, is higher than Dow's EBITDA margin, which stands at 14.6%, and Lyondell's EBITDA margin, which clocks in at 13.8%.

Moody's, in a 2012 report, said that Lyondell's rating "could rise to the A category over time" if it can keep leverage down even when economic conditions become less favorable.

In the wake of its emergence from bankruptcy in 2010, Lyondell was largely controlled by private equity firms Access Industries, Ares Management and Apollo Management. Now, however, only Access Industries holds a significant stake, at 16%. The firm also has two of nine board seats.

"We think it's a company that's been very well managed," one buysider said. "They've been very transparent in terms of getting IG ratings."



Timetable    Tear Sheet

**Investment Grade Commentary is in Lev. Loan/High Yield**

**LyondellBasell Industries NV is in Primary Issuance**

Primary Issuance

Tear Sheet

Suggest Tear Sheet

*Debtwire only provides Tear Sheet on companies that have public financial statements*

| | |
|---|---|
| **Source:** | Debtwire |
| **Intel. Grade:** | Strong evidence |
| **Intelligence ID:** | 1739161 |

## **Appendix W**

EFH Form 8-K, filed Jan. 24, 2014

Morningstar® Document Research℠

# FORM 8-K

## Energy Future Holdings Corp /TX/ - N/A

**Filed: January 24, 2014 (period: January 17, 2014)**

Report of unscheduled material events or corporate changes.

*The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

## Form 8-K

---

**Current Report**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (date of earliest event reported) – January 17, 2014**

---

# Energy Future Holdings Corp.
**(Exact name of registrant as specified in its charter)**

---

| **Texas** | **1-12833** | **75-2669310** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201**
(Address of principal executive offices, including zip code)

**214-812-4600**
(Registrants' telephone number, including Area Code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrants under any of the following provisions (see General Instruction A.2. below):

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Source: Energy Future Holdings Corp /TX/, 8-K, January 24, 2014

Powered by Morningstar® Document Research℠

The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

**Item 5.02**    **Departures of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

Resignation from Board

On January 17, 2014, Marc S. Lipschultz notified Energy Future Holdings Corp. ("EFH Corp.") of his resignation from the Board of Directors of EFH Corp. effective immediately.

Long Term Cash Incentive

On January 22, 2014, the Organization and Compensation Committee (the "Committee") of the Board of Directors of EFH Corp. approved changes to the compensation of John F. Young, President and Chief Executive Officer of EFH Corp., Paul M. Keglevic, Executive Vice President and Chief Financial Officer of EFH Corp., James A. Burke, President and Chief Executive Officer of TXU Energy and Executive Vice President of EFH Corp., and M. A. McFarland, President and Chief Executive Officer of Luminant and Executive Vice President of EFH Corp. (together, the "Executives").

The Committee approved long-term cash incentive awards for each of the Executives that are based on the achievement of quarterly and cumulative annual performance goals to be established by the Committee for 2015 and 2016 (the "LTI Awards"). The Executives' existing long-term cash incentive awards end in 2014, and the LTI Awards are designed to provide incentive to the Executives to continue to achieve top operational and financial performance during 2015 and 2016.

The LTI Awards provide each Executive the opportunity to earn up to his Potential Quarterly Award listed below in each quarter in 2015 and 2016, provided that he is employed by EFH Corp. or an affiliate on the last day of such quarter. The actual amount of the awards will be based upon quarterly and year-to-date performance of EFH Corp.'s businesses as compared to the quarterly and year-to-date performance goals for such businesses established quarterly by the Committee. The sum of each Executive's awards under the LTI Awards for each of 2015 and 2016 will not exceed the Potential Annual Award amounts listed below.

With respect to each Executive, the LTI Awards will terminate on the earlier of December 31, 2016 or the date on which the Executive receives a grant under a long-term equity incentive plan adopted by EFH Corp. LTI Awards earned during a quarter in which such an equity grant is made to an Executive will be prorated through the date of such grant.

The LTI Awards will be subject to such terms, conditions and restrictions as are contained in each Executive's respective amended and restated employment agreement.

| Name | Potential Quarterly Award | Potential Annual Award |
|------|-----------:|-----------:|
| John F. Young | $675,000 | $2,700,000 |
| Paul M. Keglevic | $ 250,000 | $ 1,000,000 |
| James A. Burke | $ 250,000 | $ 1,000,000 |
| M.A. McFarland | $ 250,000 | $ 1,000,000 |

Powered by Morningstar ® Document Research℠

The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**ENERGY FUTURE HOLDINGS CORP.**

/s/ Stan J. Szlauderbach
Name: Stan J. Szlauderbach
Title: Senior Vice President & Controller

Dated: January 24, 2014

Powered by Morningstar® Document Research℠

The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

## **Appendix X**

Complaint: *Aurelius Capital Master, Ltd. et al. v. Acosta et. al.,* filed Mar. 19, 2013

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### (DALLAS DIVISION)

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD., and ACP MASTER, LTD. | Civil Action No. |
| Plaintiffs, | ECF CASE |
| v. | VERIFIED CREDITOR DERIVATIVE COMPLAINT FOR BREACH OF FIDUCIARY DUTY |
| ARCILIA C. ACOSTA, FREDERICK M. GOLTZ, PAUL KEGLEVIC, SCOTT LEBOVITZ, MICHAEL MACDOUGALL, JONATHAN D. SMIDT, and JOHN F. YOUNG | |
| Individual Defendants, | |
| and | |
| ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY, a Texas Corporation | |
| Nominal Defendant. | |

Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd., allege as follows:

## NATURE OF THE ACTION

1.      In 2007, Energy Future Holdings Corporation ("EFH") (then operating as TXU Corporation), a major electric energy supplier to the State of Texas, was taken private in a $43 billion leveraged buyout ("LBO"). It was the largest LBO in United States history. The deal was financed, in part, through a $24.5 billion credit agreement ("the Credit Agreement") between an EFH subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH"), and several hundred lenders, with Nominal Defendant Energy Future Competitive Holdings Company ("EFCH") serving as guarantor. The deal was a spectacular failure; by October 2008,

electric energy prices had collapsed, and EFH and its subsidiaries were hemorrhaging cash.  By

2010, TCEH and EFCH were insolvent.  Their insolvency continues to this day.

2.      Beginning within weeks of when the Credit Agreement was executed in October

2007, and continuing through January 2013, TCEH made hundreds of unduly generous demand

loans for billions of dollars to EFH ("the Upstream Loans").   The Upstream Loans can be

illustrated as follows:



3.      The vast majority of the Upstream Loans were made after energy markets

collapsed in mid-2008, precisely when investors were devaluing EFH bonds to reflect the

company's weak financial profile, untenable capital structure, questionable long-term business

plan, and material operating headwinds.  Yet the terms of TCEH's loans to EFH reflected none

of this.  The loans did not reflect a fair transaction between the companies:  No unaffiliated third

party would have extended such loans to EFH, nor would TCEH ever have extended such loans

to an unaffiliated third party of like credit quality.

4.      The Upstream Loans were made when both TCEH and EFCH were insolvent, a

fact belatedly acknowledged in 10-Ks for fiscal year 2010.  Having failed to receive reasonably

equivalent value for the loans made, TCEH was left without assets sufficient to make payments

to its creditors.

2

5.      The Upstream Loans from TCEH to EFH were classic fraudulent transfers: They were made for less than reasonably equivalent value and they left the transferor (TCEH) and guarantor (EFCH) insolvent.

6.      The Upstream Loans were also a continuing fraud. TCEH had the power to recall the full amount outstanding on the Upstream Loans any time. But for over five years, it did not. And by choosing not to do so—in the face of both its insolvency and its failure to secure reasonably equivalent value in exchange for the loans—TCEH, in essence, engaged in a new fraudulent transfer each and every day.

7.      After repeated complaints by concerned creditors, in January 2013, EFH completed repayment of the Upstream Loans to TCEH with all interest purportedly due thereon. The interest paid however, was more than $725 million *less* than what EFH would have paid had the Upstream Loans been made for reasonably equivalent value ("the Unpaid Interest"). TCEH has never demanded repayment of the Unpaid Interest from EFH—continuing the fraudulent transfer from one to the other.

8.      EFCH is the sole member of TCEH. Through its Board of Directors—the individual Defendants here—EFCH had the power to cause TCEH to demand a market-interest rate from EFH. But the Board of EFCH chose not to act because it sat on both sides of the Upstream Loans, as officers or directors of *every* entity involved in them: the transferor (TCEH), the guarantor (EFCH), and the transferee (EFH). By failing to act, the directors of EFCH breached their fiduciary duties—duties which, by virtue of EFCH's insolvency, flow to its creditors, including Plaintiffs.

3

9.    This is a derivative action to collect from the current and former directors of EFCH the Unpaid Interest on the Upstream Loans that they failed to cause TCEH to collect from EFH.

**PARTIES**

10.    Plaintiff Aurelius Capital Master, Ltd. ("ACM") is an exempted company with limited liability incorporated in the Cayman Islands.  ACM is the owner of both secured debt issued as a term loan under the Credit Agreement and bonds issued by TCEH and guaranteed by EFCH.  ACM became a creditor in January 2011, before the accrual of much of the Unpaid Interest complained of and before most of the Upstream Loans at issue were either made or re-extended.

11.    Plaintiff ACP Master, Ltd. ("ACP") is an exempted company with limited liability incorporated in the Cayman Islands.  ACP is the owner of both secured debt issued as a term loan under the Credit Agreement and bonds issued by TCEH and guaranteed by EFCH.  ACP became a creditor in January 2011, before the accrual of much of the Unpaid Interest complained of and before most of the Upstream Loans at issue were either made or re-extended.

12.    Nominal Defendant Energy Future Competitive Holdings Company ("EFCH") is a Texas corporation with its principal place of business in Texas.  EFCH is a wholly-owned subsidiary of EFH.  EFCH is also the parent, and sole member, of TCEH.  EFCH was previously known as US Holdings.

13.    Defendant Arcilia C. Acosta is a Director of EFCH (April 2012 to present), as well as TCEH (April 2012 to present) and EFH (May 2008 to present).  On information and belief she is a citizen of the State of Texas.

4

14.     Defendant Frederick M. Goltz was a Director of EFCH (October 2007 to May 2012), as well as TCEH (October 2007 to May 2012) and EFH (October 2007 to May 2012). Until February 2013, he was a member of KKR & Co. L.P. ("KKR"), which is a controlling shareholder of EFH pursuant to the Limited Partnership Agreement of Texas Energy Future Holdings Limited Partnership ("the Texas Holdings Partnership"). On information and belief he is a citizen of the State of California.

15.     Defendant Paul Keglevic is a Director of EFCH (July 2010 to present), as well as TCEH (July 2010 to present). He also is the Chief Financial Officer of EFH, a position he has held since June 2008. On information and belief he is a citizen of the State of Texas.

16.     Defendant Scott Lebovitz is a Director of EFCH (October 2007 to present), as well as TCEH (October 2007 to present) and EFH (October 2007 to present). He is a Managing Director of Goldman, Sachs & Co. ("Goldman Sachs"), which, through its affiliate GS Capital Partners, is a controlling shareholder of EFH pursuant to the Texas Holdings Partnership. On information and belief he is a citizen of the State of New York.

17.     Defendant Michael MacDougall is a Director of EFCH (October 2007 to present), as well as TCEH (October 2007 to present) and EFH (October 2007 to present). He is a partner of TPG Capital, L.P. ("TPG"), which is a controlling shareholder of EFH pursuant to the Texas Holdings Partnership. On information and belief he is a citizen of the State of Texas.

18.     Defendant Jonathan D. Smidt is a Director of EFCH (June 2012 to present), as well as TCEH (June 2012 to present) and EFH (October 2007 to present). He is a member of KKR, which is a controlling shareholder of EFH pursuant to the Texas Holdings Partnership. On information and belief he is a citizen of the State of New York.

5

19.     Defendant John F. Young is a Director of EFCH (July 2010 to present), as well as TCEH (July 2010 to present) and EFH (January 2008 to present).  He also is the Chief Executive Officer of EFH, a position he has held since January 2008.  On information and belief he is a citizen of the State of Texas.

## JURISDICTION AND VENUE

20.     The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) because this is an action brought by subjects of the Cayman Islands against citizens of the States of California, Texas and New York for an amount exceeding $75,000.

21.     The Court has personal jurisdiction over Nominal Defendant EFCH because it is incorporated in Texas.

22.     The Court has personal jurisdiction over Defendants Acosta, Goltz, Keglevic, Lebovitz, MacDougall, Smidt, and Young because, as current or former officers of a Texas corporation, they have conducted business in the state—business out of which the claim here arises—which is sufficient to bring them within the reach of the Texas long-arm statute.

23.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1391(d).

## BACKGROUND

### I.     TCEH FRAUDULENTLY TRANSFERRED BILLIONS OF DOLLARS TO EFH

24.     On October 10, 2007, TCEH entered into the Credit Agreement with several hundred lenders.   TCEH's immediate corporate parent, Nominal Defendant EFCH, was designated the primary guarantor.   The Credit Agreement entitled TCEH to borrow up to $24.5 billion, the bulk of which (nearly $16 billion) was provided through a term loan due in 2014.

25.    On October 10, 2007, the same day that the Credit Agreement was executed, TCEH entered into two promissory notes with EFH under which the former agreed to terms for lending funds to the latter.  One note provided that TCEH would lends funds to help EFH cover its general operating expenses ("the SG&A Note"); the other provided that TCEH would lend funds to help EFH cover its principal and interest payments on certain external debt ("the First P&I Note").  On November 6, 2008, the First P&I Note was voided.  It was replaced, on May 1, 2009, by a second note with terms identical to the first, except that it included an additional term stating that, among other things, EFCH would serve as a guarantor on the note ("the Second P&I Note").  In April 2011, the SG&A Note was amended to include a similar guarantee by EFCH.  All three notes provided that (1) any loans made were payable-on-demand to TCEH and (2) interest on any loans made would bear interest at a rate of LIBOR + 5.00%.  The notes are attached here as Exhibits A-C.

26.    Between November 2007 and January 2013, TCEH made hundreds of loans to EFH; those made between November 2007 and December 2010 are reflected in Exhibits A-C.  At its peak, in the fourth quarter of 2010, over $1.9 billion was outstanding on these loans.  On a quarterly basis, upon information and belief, the average amount outstanding was over $1 billion.

27.    The vast majority of loans made by TCEH to EFH under the various notes—and particularly those loans made from the second quarter of 2008 to January 2013, including all loans made under the Second P&I Note—were not made for reasonably equivalent value.  This is obvious when the terms of those loans are compared to the yields that unaffiliated third-parties received on comparable EFH debt during the same period of time.  All else being equal, from 2008 to the present, the market has demanded and received yields two to four times higher than what TCEH was paid for the Upstream Loans.

28.     To wit, from the first quarter of 2008 to the first quarter of 2013, the interest paid on the Upstream Loans (LIBOR + 5.00%) ranged from a high of approximately 8.40% (in the first quarter of 2008) to a low of approximately 5.20% (in the first quarter of 2013).   On a quarterly basis, the average interest rate paid on the Upstream Loans was approximately 5.74%. In contrast, over the same period of time, comparable debt issued by EFH on the open market yielded no less than 9.53% (in the second quarter of 2008) and as much as 22.39% (in the third quarter of 2010).   Beginning in the fourth quarter of 2008, the spread between what TCEH was being paid on the Upstream Loans and what it *should have been paid* had the Defendants here demanded what third-parties were receiving was as high as 17.10% (in the third quarter of 2010).

29.     Over time, the difference between the interest payments that TCEH received under the terms of the notes and what it would have received had the Defendants here ensured that TCEH received a market rate of interest compounds to over $725 million (and counting).

30.     Upstream Loans were also made while TCEH was insolvent, a fact that EFH now openly acknowledges.   On February 18, 2011, EFH filed its 10-K for fiscal year 2010, which is attached as Exhibit D.   In it, EFH revealed that its own "[r]ecent valuation analyses of TCEH's business indicate that the principal amount of its outstanding debt currently exceeds its enterprise value." Exhibit D at 23.   On information and belief, TCEH became insolvent around the second quarter of 2008, and all subsequent loans to EFH were made while TCEH was insolvent.   As described more fully below, TCEH remains insolvent to this day.

31.     Accordingly, because TCEH did not receive reasonably equivalent value for the Upstream Loans and because those loans were made and re-extended while TCEH was insolvent, the Upstream Loans were fraudulent transfers.