# Exhibit A

# Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (---)<br><br>Joint Administration Pending<br><br>**Related to Docket No.** ___ |

## ORDER SETTING EXPEDITED HEARING AND SHORTENING NOTICE PERIOD ON THE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB TO SHORTEN NOTICE OF, AND SCHEDULE A HEARING ON, CERTAIN PENDING MOTIONS

Upon consideration of the Motion of Wilmington Savings Fund Society, FSB (the "Trustee") for an Order, pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") to shorten notice of, and schedule a hearing on, the Rule 2004 Motion and the Venue Motion (the "Motion to Expedite"); and it appearing that the Court has jurisdiction to consider the Motion to Expedite and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; and consideration of the Motion to Expedite and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Expedite having been provided to (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) the Debtors' Postpetition lenders; (d) parties from whom discovery is sought under the Rule 2004 Motion; and (e) parties who have filed notices of appearance; and upon due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion to Expedite is granted as set forth herein; and it is further

ORDERED that the Venue Motion shall be heard at the hearing scheduled for **May __, 2014 at __:__ __.m.**; and it is further

{00853058;v1 }

ORDERED that objections and responses to the Venue Motion must be filed and served no later than **May__, 2014** at 12:00 noon prevailing Eastern time; and it is further

ORDERED that the Rule 2004 Motion shall be heard at the hearing scheduled for **May __, 2014 at ___:___ __.m.**; and it is further

ORDERED that objections and responses to the Rule 2004 Motion must be filed and served no later than **May__, 2014** at 12:00 noon prevailing Eastern time; and it is further

ORDERED that the Court shall retain exclusive jurisdiction over the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2014

_____
UNITED STATES BANKRUPTCY JUDGE