IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Energy Future Holdings Corporation, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (---) <br><br> Joint Administration Pending |

NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee ("WSFS"), hereby appears by and through its counsel, and such counsel hereby enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers and electronic mail addresses:

> William P. Bowden
> Gregory A. Taylor
> ASHBY & GEDDES, P.A.
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, Delaware 19899
> Telephone: (302) 654-1888
> Facsimile: (302) 654-2067
> Email: wbowden@ashby-geddes.com
>         gtaylor@ashby-geddes.com

- and -

{00851955;v1 }

Hugh M. McDonald (*pro hac vice* pending)
Louis A. Curcio (*pro hac vice* pending)
Oscar N. Pinkas (*pro hac vice* pending)
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800
Email: hugh.mcdonald@dentons.com
      louis.curcio@dentons.com
      oscar.pinkas@dentons.com

- and -

Edward S. Weisfelner (*pro hac vice* pending)
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801
Email: eweisfelner@brownrudnick.com

- and -

Jeffrey L. Jonas (*pro hac vice* pending)
Andrew P. Strehle (*pro hac vice* pending)
Jeremy B. Coffey (*pro hac vice* pending)
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile:  (617) 856-8201
Email: jjonas@brownrudnick.com
      astrehle@brownrudnick.com
      jcoffey@brownrudnick.com

- and -

Howard L. Siegel (*pro hac vice* pending)
BROWN RUDNICK LLP
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 509-6500
Facsimile:  (860) 509-6501
Email: hsiegel@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of: (a) WSFS' rights to (i) have final orders in non-core matters entered only after de novo review by a District Judge, (ii) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which WSFS is or may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments WSFS expressly reserves.

Dated: April 29, 2014
      Wilmington, Delaware

                              ASHBY & GEDDES, P.A.
                              */s/William P. Bowden*
                              William P. Bowden (I.D. #2553)
                              Gregory A. Taylor (I.D. #4008)
                              500 Delaware Avenue
                              P.O. Box 1150
                              Wilmington, Delaware 19899
                              Telephone: (302) 654-1888
                              Facsimile:  (302) 654-2067
                              Email: wbowden@ashby-geddes.com
                                        gtaylor@ashby-geddes.com