# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, et al., | Case No. 14-10797 (---) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 2 and 4** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens, by and through its undersigned counsel, hereby withdraws the following documents: (i) *Motion Of Wilmington Savings Fund Society, FSB Pursuant To 28 U.S.C. §§ 1408 & 1412 And Rule 1014 Of The Federal Rules Of Bankruptcy Procedure To Transfer Cases To The United States District Court For The Northern District Of Texas* (Docket No. 2); and (ii) *Notice of Filing Corrected Exhibit to the Motion Of Wilmington Savings Fund Society, FSB Pursuant To 28 U.S.C. §§ 1408 & 1412 And Rule 1014 Of The Federal Rules Of Bankruptcy Procedure To Transfer Cases To The United States District Court For The Northern District Of Texas* (Docket No. 4) filed on April 29, 2014.

| | |
|---|---|
| Dated: April 29, 2014<br>Wilmington, Delaware | s/ William P. Bowden_____<br>ASHBY & GEDDES, P.A.<br>William P. Bowden (No. 2553)<br>Gregory A. Taylor (No. 4008)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>- and -<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner (pro hac vice pending)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>- and - |

1

Jeffrey L. Jonas (pro hac vice pending)
Andrew P. Strehle (pro hac vice pending)
Jeremy B. Coffey (pro hac vice pending)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

- and -

Howard L. Siegel (pro hac vice pending)
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 509-6500
Facsimile: (860) 509-6501

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*