# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SORENSON COMMUNICATIONS, INC., *et al.*,[1] | ) Case No. 14-10454 ([___]) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |
| | ) **Re: Docket No. [___]** |

## ORDER AUTHORIZING THE PAYMENT OF CERTAIN PREPETITION TAXES

Upon the motion (the "*Motion*") of the above-captioned debtors (collectively, the "*Debtors*") for entry of this Order[2] authorizing the Debtors to pay certain accrued and outstanding prepetition taxes, all as more fully set forth in the Motion; and upon the *Declaration of Scott Sorensen in Support of First Day Motions*; and this Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number, are: Sorenson Communications, Inc. (0555); Allied Communications, Inc. (3611); CaptionCall, LLC (9444); SCI Holdings, Inc. (9815); Sorenson Communications Holdings, LLC (9866); Sorenson Communications of Canada, ULC (9719); and Sorenson Holdings, Inc. (0427). For the purpose of these chapter 11 cases, the service address for the Debtors is: 4192 South Riverboat Road, Salt Lake City, Utah 84123.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "*Hearing*"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are authorized to pay or remit the Taxes to the applicable Authorities in the ordinary course of business without regard to whether the Taxes accrued prior to the Petition Date or will become payable during the pendency of these chapter 11 cases.

3. All applicable banks and other financial institutions are authorized to receive, process, honor, and pay any and all checks and transfer requests evidencing amounts paid by the Debtors under this Order, whether presented prior to or after the Petition Date, in accordance with, and with the protections granted in, any order approving the Debtors' use of their cash management system filed in these chapter 11 cases.

4. Nothing contained in the Motion or this Order shall be deemed or construed as an admission as to the validity or priority of any claim or lien against the Debtors or any other party or as a waiver of such parties' rights to dispute any claim or lien.

5. The contents of the Motion satisfy the requirements set forth in Bankruptcy Rule 6003(b).

6. The contents of the Motion satisfy the requirements set forth in Bankruptcy Rule 6004(a).

7.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9.     Notwithstanding anything herein to the contrary, use of cash under this Order is subject to the terms and conditions of any cash collateral order, including any approved budget and permitted variances.

Dated: _____, 2014
       Wilmington, Delaware                        United States Bankruptcy Judge

# EXHIBIT 1

**List of Authorities**

## List of Authorities

| Type | Authority | Address |
|---|---|---|
| Property Tax | Alabama Assessor | Don Armstrong<br>200 West College Street<br>Columbiana, AL 35051 |
| Business Licenses & Fees | Alabama Department of Revenue | 50 North Ripley Street<br>Montgomery, AL 36132 |
| Sales / Use Tax | Alabama Dept of Revenue/Sales, Use & Business Tax Division | 50 North Ripley Street<br>Montgomery, AL 36132 |
| Property Tax | Alameda County | Donald R White, Tax Collector<br>1221 Oak Street<br>Oakland, CA 94612 |
| Income Tax | Alberta Finance & Enterprise | Corporate Tax Administration<br>Sir Frederick Haultain Building<br>9811-109 Street<br>Edmonton, AB T5K 2L5 |
| Property Tax | Allen County Treasurer | 1 E. Main Street, Suite 104<br>Fort Wayne, IN 46802-1811 |
| Business Licenses & Fees | Arizona Department of Revenue | 1600 W. Monroe<br>Phoenix, AZ 85007-2650 |
| Property Tax | Bernalillo County Treasurer | 1 Civic Plaza NW B-2115<br>Albuquerque, NM 87102 |
| Property Tax | Bexar County Tax Assessor | Albert Uresti, MPA<br>233 N. Pecos La Trinidad, Suite 240<br>San Antonio, TX 78207 |
| Property Tax | Broward County Tax Collector | 115 S. Andrews Avenue, A100<br>Fort Lauderdale, FL 33301 |
| Sales / Use Tax | Buffalo Commissioner of Taxation & Finance | District Office<br>77 Broadway, Suite 112<br>Buffalo, NY 14203 |
| Property Tax | Carbon County Assessor | 120 E. Main<br>Price, UT 84501 |
| Property Tax | Chattanooga City Treasurer | 101 E. 11th Street, #100<br>Chattanooga, TN 37402 |

| Type | Authority | Address |
|---|---|---|
| Property Tax | City and County of Broomfield | 1 Descombes Drive<br>Broomfield, CO 80020 |
| Business Licenses & Fees | City of Albuquerque | Dept. of Finance & Administrative Services<br>1 Civic Plaza NW<br>Albuquerque, NM 87102 |
| Property Tax | City of Ann Arbor Treasurer | Treasury Division<br>301 E. Huron Street, 6th Floor<br>Ann Arbor, MI 48104 |
| Business Licenses & Fees | City of Arlington | Business Licensing<br>238 N. Olympic Avenue<br>Arlington, WA 98223 |
| Business Licenses & Fees | City of Baton Rouge | Parish & City Treasurer<br>222 Saint Louis St., Room 439<br>Baton Rouge, LA 70821 |
| Business Licenses & Fees | City of Beaverton | Finance<br>4755 SW Griffith Drive<br>Beaverton, OR 97005 |
| Property Tax | City of Burbank | 275 E. Olive Avenue<br>Burbank, CA 91502 |
| Business Licenses & Fees | City of Burnaby | License Office<br>4949 Canada Way<br>Burnaby, BC V5G 1M2 |
| Business Licenses & Fees | City of Charleston | 915 Quarrier Street, Suite 4<br>Charleston, WV 25301 |
| Business Licenses & Fees | City of Charlotte | Tax Collector<br>700 E. Stonewall Street<br>Charlotte, NC 28202 |
| Business Licenses & Fees | City of Columbia | 701 E. Broadway<br>Columbia, MO 65205 |
| Property Tax | City of Columbus | Treasurer<br>4485 Northland Ridge Boulevard<br>Columbus, OH 43229 |
| Business Licenses & Fees | City of Creve Coeur | 300 N New Ballas Road<br>Saint Louis, MO 63141 |
| Business Licenses & Fees | City of East Point | C/O Business License Division<br>1526 E. Forrest Avenue, Suite 100<br>Atlanta, GA 30344 |

2

| Type | Authority | Address |
|---|---|---|
| Business Licenses & Fees | City of Federal Way | Business Licenses<br>33325 8th Avenue S.<br>Federal Way, WA 98003 |
| Property Tax | City of Fort Worth | Ron Wright, Tax Assessor-Collector<br>1000 Throckmorton Street<br>Fort Worth, TX 76102 |
| Business Licenses & Fees | City of Fresno | Finance - Business License & Tax<br>2600 Fresno Street, Room 1098<br>Fresno, CA 93721 |
| Property Tax | City of Fresno | Vicki Crow, CPA<br>2600 Fresno Street, Room 1098<br>Fresno, CA 93721 |
| Business Licenses & Fees | City of Ft Lauderdale | Business Tax<br>700 NW 19th Avenue<br>Fort Lauderdale, FL 33311-7834 |
| Business Licenses & Fees | City of Greensboro | Privilege License Section<br>300 W. Washington Street<br>Greensboro, NC 27401 |
| Business Licenses & Fees | City of Greenville | City Hall, Financial Services Department<br>Second Floor, 200 West Fifth Street,<br>Greenville, NC 27834 |
| Property Tax | City of Gretna | Newell Normand<br>Sheriff & Ex-Officio Tax Collector<br>200 Huey P. Long Avenue<br>Gretna, LA 70053 |
| Business Licenses & Fees | City of Henderson | Finance Department<br>240 Water Street, City Hall, 2nd Floor<br>Henderson, NV 89009-5050 |
| Business Licenses & Fees | City of Hickory | 76 N. Center Street<br>Hickory, NC 28601 |
| Property Tax | City of Hoover | Attn.: Revenue Department<br>2020 Valleydale Road, Suite 207<br>Hoover, AL 35244-2095 |
| Property Tax | City of Houston | J.R. Moore, Jr.<br>1001 Preston Avenue<br>Houston, TX, 77002 |
| Business Licenses & Fees | City of Lacey | 420 College Street SE<br>Lacey, WA 98503 |
| Business Licenses & Fees | City of Little Rock | C/O Treasury Management Division<br>500 W. Markham Street, Suite 100<br>Little Rock, AR 72201 |

3

| Type | Authority | Address |
|---|---|---|
| Business Licenses & Fees | City of Louisville | Susan B Clark, City Treasurer<br>617 W. Jefferson Street<br>Louisville, KY 40202 |
| Property Tax | City of McAllen | Tax Office<br>311 N. 15th Street<br>McAllen, TX 78501 |
| Property Tax | City of Medford MA | Treasurer/Collector<br>85 George P. Hassett Drive<br>Medford, MA 02155 |
| Property Tax | City of Memphis | 125 N. Main Street, No. 30<br>Memphis, TN 38103 |
| Property Tax | City of Nashville | Metropolitan Trustee<br>700 2nd Avenue S., Suite #220<br>Nashville, TN 37210 |
| Business Licenses & Fees | City of Oakbrook Terrace | Finance Department,<br>17 W. 275 Butterfield Road<br>Villa Park, IL 60181 |
| Property Tax | City of Omaha | John W. Ewing, Treasurer<br>1819 Farnam Street H-02<br>Omaha, NE, 68183 |
| Business Licenses & Fees | City of Orlando | 400 S. Orange Avenue<br>Orlando, FL, 32801 |
| Business Licenses & Fees | City of Pensacola | 222 W. Main Street, 6th Floor<br>Pensacola, FL, 32502 |
| Business Licenses & Fees | City of Petaluma | Finance Department<br>11 English Street<br>Petaluma, CA 94952 |
| Business Licenses & Fees | City of Pleasanton | Finance Department<br>123 Main Street<br>Pleasanton, CA 94566 |
| Business Licenses & Fees | City of Raleigh | Revenue Services<br>Raleigh Municipal Building<br>222 W. Hargett Street, 1st Floor<br>Raleigh, NC 27601 |
| Property Tax | City of Riverside | Don Kent, Riverside County Treasurer<br>4080 Lemon Street 4th Floor<br>Riverside, CA, 92501 |
| Business Licenses & Fees | City of Riverside | Model Deaf Community Committee<br>c/o Antha A. Ward<br>4927 Arlington Avenue<br>Riverside, CA 92504 |

| Type | Authority | Address |
|---|---|---|
| Property Tax | City of Rochester Hills | 16748 Collection Center Drive<br>Chicago, IL 60693 |
| Property Tax | City of Saint Louis | Collector of Revenue<br>12943 Olive Arcade Plaza<br>Saint Louis, MO 63141 |
| Business Licenses & Fees | City of Sandy Springs | 7840 Roswell Road, Building 500<br>Atlanta, GA 30350 |
| Business Licenses & Fees | City of Scottsdale | Tax and License<br>7447 E. Indian School Road, Suite 110<br>Scottsdale, AZ 85251 |
| Property Tax | City of South Portland | Finance Department<br>25 Cottage Road<br>South Portland, ME 04106 |
| Business Licenses & Fees | City of Springfield | 501 S. 2nd Street<br>Springfield, IL 62756 |
| Business Licenses & Fees | City of St. George | 175 E. 200 N.<br>Saint George, UT 84770 |
| Business Licenses & Fees | City of Tampa | 2506 N. Falkenburg Road<br>Tampa, FL, 33619 |
| Property Tax | City of Tampa | Doug Belden, Tax Collector<br>2506 N. Falkenburg Road<br>Tampa, FL 33619 |
| Business Licenses & Fees | City of Taylorsville | 2600 West Boulevard<br>Taylorsville, UT 84129 |
| Business Licenses & Fees | City of Tucson | 255 W. Alameda Street<br>Tucson, AZ 85701 |
| Business Licenses & Fees | City of Virginia Beach | City Hall Building<br>1 2401 Courthouse Drive<br>Virginia Beach, VA 23456 |
| Property Tax | City of Virginia Beach | Municipal Center - Building 1<br>2401 Courthouse Drive<br>Virginia Beach, VA 23456 |
| Property Tax | City of West Allis | c/o Clerk/Treasurers Office<br>7525 W. Greenfield Avenue<br>Milwaukee, WI 53214 |

| Type | Authority | Address |
|---|---|---|
| Business Licenses & Fees | City of Westminster | City Clerks Office<br>4800 W. 92nd Avenue<br>Westminister, CO 80031 |
| Property Tax | Collin County Tax Assessor-Collector | Kenneth L. Maun<br>McKinney Office<br>2300 Bloomdale Road<br>McKinney, TX 75071 |
| Income Tax | Colorado Dept of Revenue | 1375 Sherman Street<br>Denver, CO 80261 |
| Business Licenses & Fees | Conference of Interpreter Trainers | 508 3rd Avenue NE<br>Minneapolis, MN 55413 |
| Income Tax | Department of the Treasury | 1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220 |
| Business Licenses & Fees | District of Saanich | 770 Vernon Avenue<br>Victoria, BC V8X 2W7 |
| Property Tax | Duval County | Michael Corrigan<br>Tax Collector, Local Business Taxes<br>231 E. Forsyth Street, Room 130<br>Jacksonville, FL 32202 |
| Property Tax | El Paso County Treasurer | 1675 Garden of the Gods Road, Suite 2100,<br>Colorado Springs, CO, 80907 |
| Property Tax | Farmington Tax Collector | 1 Monteith Drive<br>Farmington, CT 06032 |
| Business Licenses & Fees | Federal Communications Commission | 445 12th Street SW<br>Washington, DC 20554 |
| Property Tax | Fulton County Tax Commissioner | 141 Pryor Street, Suite 1113<br>Atlanta, GA 30303 |
| Property Tax | Guilford County Tax Department | 400 West Market Street<br>Greensboro, NC 27402 |
| Property Tax | Hamilton County Trustee | 123 E. 7th Street<br>Chattanooga, TN, 37402 |

| Type | Authority | Address |
|---|---|---|
| Property Tax | Hidalgo County | Pablo (Paul) Villarreal Jr.<br>RTA, Administration Building<br>2804 S. US Highway 281<br>Edinburg, TX 78539 |
| Property Tax | Howard County Director of Finance | The George Howard Building<br>3430 Court House Drive<br>Ellicott City, MD, 21043 |
| Income Tax | Idaho State Tax Commission | 800 Park Boulevard, Plaza IV<br>Boise, ID 83712-7742 |
| Income Tax | Illinois Dept of Revenue | Willard Ice Building<br>101 W. Jefferson Street<br>Springfield, IL 62702 |
| Income Tax | Indiana Department of Revenue | 100 N. Senate IGCN, Room N105<br>Indianapolis, IN 46204 |
| Income Tax | Internal Revenue Service | 500 N. Capitol Street NW<br>Washington, DC 20221 |
| Business Licenses & Fees | Jefferson Parish Sheriff's Office | 1233 Westbank Expressway<br>Harvey, LA, 70058 |
| Property Tax | Kanawha County Sheriff | Tax Division<br>409 Virginia Street E., Room 120<br>Charleston, WV 25301 |
| Property Tax | Knox County Trustee | City County Building<br>400 Main Street<br>Knoxville, TN 37902 |
| Property Tax | Los Angeles County Tax Collector | 225 N. Hill Street<br>Los Angeles, CA 90012 |
| Business Licenses & Fees | Louisville Metro Revenue Commission | 617 W. Jefferson Street<br>Louisville, KY 40202 |
| Property Tax | Lubbock Central Appraisal District | 2109 Avenue Q<br>Lubbock, TX 79411 |
| Property Tax | Maryland Dept of Assessments | 301 W. Preston Street, Room 801<br>Baltimore, MD 21201 |
| Income Tax | Massachusetts Dept of Revenue | 436 Dwight Street<br>Springfield, MA 01103 |

7

| Type | Authority | Address |
| --- | --- | --- |
| Business Licenses & Fees | Mecklenberg County | Hal Marshall Services Center<br>700 N. Tryon Street<br>Charlotte, NC 28202 |
| Property Tax | Meridian Charter Township | 5151 Marsh Road<br>Okemos, MI 48864 |
| Income Tax | Mississippi Department of Revenue | 1577 Springridge Road<br>Raymond, MS 39154-9602 |
| Business Licenses & Fees | Missouri Department of Revenue | Harry S. Truman State Office Building<br>301 W. High Street<br>Jefferson City, MO 65101 |
| Income Tax | Montana Dept of Revenue | 5 S. Last Chance Gulch<br>Helena, MT 59601 |
| Property Tax | Montgomery County Mud #6 | 25212 I-45 North<br>Spring, TX 77386 |
| Property Tax | Montgomery County Treasurer | 755 Roanoke Street, Suite 1B<br>Christiansburg, VA 24073 |
| Business Licenses & Fees | Murray City Corporation | c/o Business Licensing<br>4646 S 500 W.<br>Murray, UT 84123 |
| Business Licenses & Fees | Nevada Department of Taxation | 4600 Kietzke Lane<br>Building L, Suite 235<br>Reno, NV 89502 |
| Business Licenses & Fees | Nevada Legal News | 3301 Malibou Avenue<br>Pahrump, NV 89048 |
| Business Licenses & Fees | Nevada Legal News | 930 S. 4th Street, #100<br>Las Vegas, NV 89101 |
| Gross Receipts Tax | New Mexico Taxation & Revenue Dept | 1100 S. St. Francis Drive<br>Sante Fe, NM 87504 |
| Business Licenses & Fees | New York City Dept of Consumer Affairs | Licensing Center<br>42 Broadway, 5th Floor<br>New York, NY 10004 |
| Business Licenses & Fees | New York Department of State | c/o Division of Corporations<br>99 Washington Avenue<br>Albany, NY 12231 |

8

| Type | Authority | Address |
|---|---|---|
| Sales / Use Tax | New York State Dept of Taxation & Finance | Collections & Civil Enforce Division<br>W. A. Harriman Campus<br>Albany, NY 12227 |
| Property Tax | Nueces County | 201 N. Chaparral, Suite 206<br>Corpus Christi, Texas 78401 |
| Gross Receipts Tax | Ohio Department of Taxation | Treasurer of State<br>Ohio Department of Taxation<br>4485 Northland Ridge Boulevard<br>Columbus, OH 43229 |
| Business Licenses & Fees | Oklahoma Secretary of State | 2300 N. Lincoln Boulevard<br>Room 101 State Capitol<br>Oklahoma City, OK 73105 |
| Income Tax | Oklahoma Tax Commission | Connors Building, Capitol Complex<br>2501 N. Lincoln Boulevard<br>Oklahoma City, OK 73194 |
| Property Tax | Orange County Tax Collector | Scott Randolph<br>301 S. Rosalind Avenue<br>Orlando, FL 32801 |
| Income Tax | Oregon Dept of Revenue | 955 Center Street NE<br>Salem, OR 97301 |
| Property Tax | Parish of East Baton Rouge | Sid J. Gautreaux<br>2680 Progress Road<br>Baton Rouge, LA 70807 |
| Business Licenses & Fees | Parish of Jefferson | c/o Sales Tax Division<br>1233 Westbank Expressway<br>Harvey, LA 70058 |
| Property Tax | PIMA County Treasurer | Beth Ford<br>115 N. Church Avenue<br>Tucson, AZ 85701 |
| Property Tax | Pitt County Tax Collector | Cathy Booker<br>110 S. Evans Street<br>Greeneville, NC 27835-0043 |
| Income Tax | Puerto Rico Department of Treasury | 10 Paseo Covadonga<br>San Juan, PR 00901 |
| Business Licenses & Fees | Pulaski County Treasurer | 201 S Broadway Ste 150, Little Rock, AR 72201 |
| Income Tax | Receiver General for Canada | Canada Revenue Agency<br>75 Heron Road<br>Ottawa, ON K1A 1B1 |

9

| Type | Authority | Address |
|---|---|---|
| Business Licenses & Fees | Registrar of Joint Stock Companies | 1505 Barrington Street, 9th Floor<br>Maritime Centre<br>Halifax, NS B3J 3K5 |
| Property Tax | Salt Lake County Assessor | 2001 S. State Street N 2300<br>Salt Lake City, UT 84114-7421 |
| Business Licenses & Fees | Salt Lake County Treasurer | Planning & Development Service Division<br>2001 S. State Street, #N3600<br>Salt Lake City, UT 84190 |
| Property Tax | San Diego County | County Treasurer - Tax Collector<br>San Diego County Administration Center<br>1600 Pacific Coast Highway, Room 162<br>San Diego, CA 92101-2474 |
| Business Licenses & Fees | San Diego County | Treasurer<br>1600 Pacific Coast Highway, Room 162<br>San Diego, CA 92101-2474 |
| Property Tax | Shelby County | David Lenoir<br>150 Washington Avenue, 2nd Floor<br>Memphis, TN 38103 |
| Property Tax | Snohomish County Treasurer | c/o M/S 501<br>3000 Rockefeller Avenue<br>Everett, WA 98201 |
| Property Tax | Sonoma County Tax Collector | 585 Fiscal Drive, Room 100<br>Santa Rosa, CA 95403 |
| Income Tax | State of Alabama | Revenue Department<br>50 N. Ripley Street<br>Montgomery, AL 36104 |
| Income Tax | State of Connecticut | Commissioner of Revenue Services<br>25 Sigourney Street<br>Hartford, CT 06106 |
| Business Licenses & Fees | State of Delaware | Division of Revenue<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |
| Property Tax | State of Illinois | c/o Secretary of State<br>501 S. 2nd Street<br>Springfield, IL 62756 |
| Income Tax | State of Iowa | State Treasurer's Office, Capitol Building<br>Des Moines, IA 50319 |
| Income Tax | State of Maine | 624 State House Station<br>Augusta, ME 04333 |

DOCS_DE:191930.1 80459/001

| Type | Authority | Address |
|---|---|---|
| Business Licenses & Fees | State of Nevada | Employment Security Division<br>500 E. 3rd Street<br>Carson City, NV 89713 |
| Business Licenses & Fees | State of Nevada | Nevada State Capitol Building<br>101 N. Carson Street, Suite 3<br>Carson City, NV 89701 |
| Income Tax | State of Nevada Department of Taxation | 1550 College Parkway, Suite 115<br>Carson City, NV 89706 |
| Business Licenses & Fees | State of Rhode Island | Department of Revenue<br>One Capital Hill<br>Providence, RI 02908 |
| Business Licenses & Fees | State of South Carolina | Department of Revenue NOA<br>Columbia, SC 29214 |
| Gross Receipts Tax | State of Washington Dept of Revenue | 2101 4th Avenue, No. 1400<br>Seattle, WA 98121 |
| Business Licenses & Fees | State of West Virginia | Revenue Division<br>1206 Quarrier Street<br>Charleston, WV 25301 |
| Business Licenses & Fees | Tennessee Dept of Revenue | 500 Deaderick Street<br>Andrew Jackson State Office Building<br>Nashville, TN 37242 |
| Business Licenses & Fees | The City of Calgary | 800 Macleod Trail SE<br>Calgary, AB T2P 2M5 |
| Business Licenses & Fees | The City of Edmonton | Planning and Development, 5th Floor<br>10250 101 Street<br>Edmonton, AB T5J 3P4 |
| Business Licenses & Fees | The City of Winnipeg | Assessment & Taxation Department<br>510 Main Street<br>Winnipeg, MB R3B 3M2 |
| Business Licenses & Fees | Town of Blacksburg | Department of Financial Services<br>300 S. Main Street<br>Blacksburg, VA 24060 |
| Property Tax | Town of Foxborough | 40 South Street<br>Foxborough, MA 02035 |
| Business Licenses & Fees | Township of Abington | 1176 Old York Road<br>Abington, PA 19001 |

11

| Type | Authority | Address |
|---|---|---|
| Property Tax | Travis County Tax Office | 5501 Airport Boulevard<br>Austin, TX 78751-1410 |
| Business Licenses & Fees | Upper Darby Township | c/o Business Tax Office<br>100 Garrett Road, Room 102<br>Upper Darby, PA 19082 |
| Business Licenses & Fees | Utah Division of Public Utilities | Heber Wells Building, 4th Floor<br>160 E 300 S.<br>Salt Lake City, UT 84111 |
| Property Tax | Washington County | Property Tax<br>155 N. 1st Avenue, Suite 300<br>Hillsboro, OR 97124-3072 |
| Income Tax | West Virginia State Tax Department | 1206 Quarrier Street<br>Charleston, NC 25301 |
| Business Licenses & Fees | Wisconsin Dept of Revenue | 2135 Rimrock Road<br>Madison, WI 53713 |

12