# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP | ) | Case No. 14-10979 |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICE AND PLEADINGS

The Texas Office of Public Utility Counsel ("OPUC"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

The OPUC respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Crediors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in caccordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

                                                                 Respectfully submitted,

                                                                 GREG ABBOTT
                                                                 Attorney General of Texas

                                                                 DANIEL T. HODGE
                                                                 First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jason A. Starks*
JASON A. STARKS
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4867
Facsimile:  (512) 482-8341

ATTORNEYS FOR THE TEXAS
OFFICE OF PUBLIC UTILITY COUNSEL

## **CERTIFICATE OF SERVICE**

I certify that on April 29, 2014, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Energy Future Holdings Corp
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

By Electronic Means as listed on the Court's ECF Noticing System:

- William Pierce Bowden    wbowden@ashby-geddes.com
- Daniel J. DeFranceschi    defranceschi@rlf.com, RBGroup@rlf.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV


*/s/ Jason A. Starks*
JASON A. STARKS