IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered Requested) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firms of Munsch Hardt Kopf & Harr, P.C. and Saul Ewing LLP hereby enters their appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases") as counsel to **Electric Reliability Council of Texas, Inc.** ("ERCOT"), and hereby requests that all notices given or required in the Chapter 11 Cases, and all documents, and all other papers served in the Chapter 11 Cases, be given to and served upon the following:

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6840
(302) 421-5873 (Fax)
E-mail: mminuti@saul.com

Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin TX  78701-4071
(512) 391-6104
(214) 978-4369 (Fax)
Email:  rmunsch@munsch.com

Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Suite 3800
Dallas TX  75201-6659
(214) 855-7553
(214) 978-4335 (Fax)
Email:  klippman@munsch.com

631415.1 04/29/2014

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive ERCOT's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which ERCOT is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: April 29, 2014

**SAUL EWING LLP**

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873
Email: mminuti@saul.com

- and -

**MUNSCH HARDT KOPF & HARR, P.C.**
Russell L. Munsch
3050 Frost Bank Tower
401 Congress Avenue
Austin TX 78701-4071
Telephone: (512) 391-6104
Facsimile: (214) 978-4369
Email: rmunsch@munsch.com

Kevin M. Lippman
500 N. Akard Street
Suite 3800
Dallas TX 75201-6659
Telephone: (214) 855-7553
Facsimile: (214) 978-4335
Email: klippman@munsch.com

*Counsel for Electric Reliability Council of Texas, Inc.*