# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Pending) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that THE OFFICE OF THE TEXAS ATTORNEY GENERAL on behalf of the RAILROAD COMMISSION OF TEXAS respectfully enters their appearance pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Hal F. Morris
Ashley F. Bartram
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax: 512/482-8341

*Send overnight deliveries to:*
300 West 15th Street
Austin, TX 78701

---

[1] *See* Motion of Energy Future Holdings Corp., *et al.* for Entry of an Order Directing Joint Administration of the Debtor's Chapter 11 Cases (Dkt. 17).

1

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        JOHN B. SCOTT
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/ Hal F. Morris*
        HAL F. MORRIS
        Texas State Bar No. 14485410
        Direct Dial:  (512) 475-4550
        *hal.morris@texasattorneygeneral.gov*
        ASHLEY F. BARTRAM
        Texas State Bar No. 24045883
        Direct Dial:  (512) 475-4937
        *ashley.bartram@texasattorneygeneral.gov*
        Assistant Attorneys General
        Bankruptcy & Collections Division

P. O. Box 12548
Austin, Texas 78711-2548
Fax: (512) 482-8341

ATTORNEYS FOR RAILROAD COMMISSION OF TEXAS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2014, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

*/s/ Hal F. Morris*
Hal F. Morris