IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Pending) |

## CERTIFICATION OF GOVERNMENT ATTORNEY

Hal F. Morris, Assistant Attorney General of the State of Texas, files this certification pursuant to Local Rule of Bankruptcy Procedure 9010-1(e)(i) and respectfully states:

1. My full name is Hal F. Morris. I am an Assistant Attorney General of the State of Texas appearing in this matter to represent the Public Utility Commission of Texas, the Texas Commission on Environmental Quality and the Railroad Commission of Texas, agencies of the State of Texas.

2. I am a member in good standing of the State Bar of Texas. I am admitted to practice in the following courts:

| COURTS TO WHICH ADMITTED/LOCATION | DATE OF ADMISSION |
|---|---|
| Texas State Bar | 1986 |
| Missouri State Bar | 1981 |
| U. S. Supreme Court | 1984 |
| U. S. Court of Appeals for the Third Circuit | 2001 |
| U. S. Court of Appeals for the Fifth Circuit | 1986 |
| U. S. Court of Appeals for the Eighth Circuit | 1984 |

---

[1] *See* Motion of Energy Future Holdings Corp., *et al.* for Entry of an Order Directing Joint Administration of the Debtor's Chapter 11 Cases (Dkt. 17).

1

| | |
|---|---|
| U. S. Court of Appeals for the Ninth Circuit | 1984 |
| U. S. Court of Appeals for the Tenth Circuit | 1984 |
| U. S. District Court for the Western District of Missouri | 1981 |
| U. S. District Court for the Northern District of Texas | 1986 |
| U. S. District Court for the Western District of Texas | 1986 |
| U. S. District Court for the Eastern District of Texas | 1992 |
| U. S. District Court for the Southern District of Texas | 1994 |
| U. S. District Court for the Western District of Michigan | 2004 |

3. I am in good standing in all jurisdictions in which I have been admitted.

4. I am Board Certified in both Business Bankruptcy Law and Consumer Bankruptcy Law by the Texas Board of Legal Specialization and the American Board of Certification

5. I agree to be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

> Respectfully submitted,
>
> GREG ABBOTT
> Attorney General of Texas
>
> DANIEL T. HODGE
> First Assistant Attorney General
>
> DAVID MATTAX
> Deputy Attorney General for Defense Litigation

*/s/ Hal F. Morris*
HAL F. MORRIS
Texas State Bar No. 14485410
Direct Dial:  (512) 475-4550
*hal.morris@texasattorneygeneral.gov*
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax: (512) 482-8341

ATTORNEYS FOR THE PUBLIC UTILITY COMMISSION OF TEXAS, THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND THE RAILROAD COMMISSION OF TEXAS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2014, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

*/s/ Hal F. Morris*
Hal F. Morris