# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Joint Administration Pending) |

## CERTIFICATION OF GOVERNMENT ATTORNEY

Ashley F. Bartram, Assistant Attorney General of the State of Texas, files this certification pursuant to Local Rule of Bankruptcy Procedure 9010-1(e)(i) and respectfully states:

1. My full name is Ashley Flynn Bartram. I am an Assistant Attorney General of the State of Texas appearing in this matter to represent the Public Utility Commission of Texas, the Texas Commission on Environmental Quality and the Railroad Commission of Texas, agencies of the State of Texas.

2. I am a member in good standing of the State Bar of Texas. I am admitted to practice before the Bars of the United States District Courts for the Western, Eastern, Northern and Southern Districts of Texas.

3. I am in good standing in all jurisdictions in which I have been admitted.

4. I agree to be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

---

[1] *See* Motion of Energy Future Holdings Corp., *et al*. for Entry of an Order Directing Joint Administration of the Debtor's Chapter 11 Cases (Dkt. 17).

1

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID MATTAX
Deputy Attorney General for Defense Litigation

*/s/ Ashley F. Bartram*
ASHLEY F. BARTRAM
Texas State Bar No. 24045883
Direct Dial:  (512) 475-4937
*ashley.bartram@texasattorneygeneral.gov*
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax: (512) 482-8341

ATTORNEYS FOR THE PUBLIC UTILITY COMMISSION OF TEXAS, THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND THE RAILROAD COMMISSION OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2014, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

*/s/ Ashley F. Bartram*
ASHLEY F. BARTRAM