IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE :

Energy Future Holdings Corp

§            CASE NO.  14-10979-CSS
§                (Chapter 11)
Debtor(s)            §

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

**Somervell County et al**
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430
(817) 461-3344
(817) 860-6509 FAX
email: ebcalvo@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

        Respectfully Submitted,

        **PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
        Attorneys for Claimant(s)

        By: /s/ Elizabeth Banda Calvo
           ELIZABETH BANDA CALVO
           State Bar No. 24012238
           DAVID CRAWFORD
           State Bar No. 00789246
           P.O. Box 13430
           Arlington, Texas 76094-0430
           (817) 461-3344
           (817) 860-6509 FAX

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed below via U.S. first class mail or electronically via the Court's ECF System on this date: April 29, 2014

        /s/ Elizabeth Banda Calvo
        ELIZABETH BANDA CALVO
        DAVID CRAWFORD

| | |
|---|---|
| Daniel J DeFranceschi<br>One Rodney Square, PO box 551<br>Wilmington, DE 19899 | U S Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2