IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) (Jointly Administered Requested) |
| Debtors. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE
OF RUSSELL L. MUNSCH**

The undersigned, a member of the bar of this Court, pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the attached certification, moves the admission *pro hac vice* of Russell L. Munsch, Esq. of the law firm Munsch Hardt Kopf & Harr, P.C. to represent Electric Reliability Council of Texas, Inc. in the above-captioned cases.

Dated: April 29, 2014                     **SAUL EWING LLP**

/s/ *Mark Minuti*
Mark Minuti (Del. Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873
E-mail: mminuti@saul.com

*Counsel for Electric Reliability Council of Texas, Inc.*

631411.1 04/29/2014

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas; the United States District Court for the Eastern, Northern, Southern and Western Districts of Texas; the United States Court of Appeals for the Third, Fifth, Sixth, Seventh and Ninth Circuits; and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Revised Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: April 29, 2014

/s/ Russell L. Munsch
Russell L. Munsch
**MUNSCH HARDT KOPF & HARR, P.C.**
3050 Frost Bank Tower
401 Congress Avenue
Austin TX  78701-4071
Telephone: (512) 391-6104
Facsimile: (214) 978-4369
Email:  rmunsch@munsch.com

*Counsel for Electric Reliability Council of Texas, Inc.*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* for Russell L. Munsch is granted.

Dated: April ____, 2014

_____
United States Bankruptcy Judge

631411.1 04/29/2014                                                                2