# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) (Jointly Administered Requested) |
| Debtors. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## OF KEVIN M. LIPPMAN

The undersigned, a member of the bar of this Court, pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the attached certification, moves the admission *pro hac vice* of Kevin M. Lippman, Esq. of the law firm Munsch Hardt Kopf & Harr, P.C. to represent Electric Reliability Council of Texas, Inc. in the above-captioned cases.

Dated: April 29, 2014

**SAUL EWING LLP**

/s/ *Mark Minuti*
Mark Minuti (Del. Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873
E-mail: mminuti@saul.com

*Counsel for Electric Reliability Council of Texas, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas; the United States District Court for the Eastern, Northern, Southern and Western Districts of Texas; and the United States Court of Appeals for the Fifth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Revised Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Kevin M. Lippman
Kevin M. Lippman
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street
Suite 3800
Dallas TX 75201-6659
Telephone: (214) 855-7553
Facsimile: (214) 978-4335
Email: klippman@munsch.com

*Counsel for Electric Reliability Council of Texas, Inc.*

Dated: April 29, 2014

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* for Kevin M. Lippman is granted.

United States Bankruptcy Judge

Dated: April ___, 2014