IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT Shearman & Sterling LLP and Potter Anderson & Corroon, LLP hereby appear in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") on behalf of Deutsche Bank AG New York Branch, in its capacity as administrative agent and collateral agent under the proposed debtor-in-possession financing facility for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. ("Deutsche Bank"), with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that Deutsche Bank requests pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PAC 1144244v.1

to and served upon the undersigned at the following addresses, telephone numbers and e-mail addresses:

| | |
|---|---|
| Laurie Selber Silverstein, Esquire<br>Jeremy W. Ryan, Esquire<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: lsilverstein@potteranderson.com<br>jryan@potteranderson.com | Fredric Sosnick, Esquire<br>Ned S. Schodek, Esquire<br>**SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 848-4000<br>Facsimile: (646) 848-8571<br>Email: fsosnick@shearman.com<br>ned.schodek@shearman.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Deutsche Bank right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Deutsche Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Deutsche Bank expressly reserves.

Dated: April 29, 2014

POTTER ANDERSON & CORROON LLP

*[signature]*

Laurie Selber Silverstein (DE Bar No. 2396)
Jeremy W. Ryan (DE Bar No. 4057)
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

Counsel to Deutsche Bank AG New York Branch

PAC 1144244v.1