## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, certify that I am not less than 18 years of age and that on this 29th day of April, 2014, I caused a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon the parties on the attached list *via* first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 29, 2014

*[signature]*
Laurie Selber Silverstein (DE Bar No. 2396)

PAC 1144244v.1

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

James H. M. Sprayregen, Esquire
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Richard M. Cieri, Esquire
Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Hal F. Morris
Ashley Flynn Bartram
Nicole D. Mignone
Assistant Attorney General's Office
Bankruptcy Regulatory Section
P.O. Box 12548
Austin, TX 78711-2548

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19801

Hugh M. McDonald, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

Rachel Obaldo
John Mark Stern
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX 78701

Kevin M. Lippman, Esqquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Suite 3800
  Dallas, TX  75201

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711

Somervell County, *et al.*
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094

Galena Park Independent School District
c/o Owen M. Sonik
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West
Suite 600
Houston, TX  77008