**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   14-10979-11 |
| ENERGY FUTURE HOLINDS CORP. | § | |
| DEBTORS(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**TARRANT COUNTY**          **DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on <u>29th</u> day of <u>April, 2014</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

DANIEL J. DEFRANCESCHI
RICHARDS LAYTON & FINGER
ONE RODNEY SQUARE
WILMINGTON, DE 19899

TRUSTEE U.S. (DALLAS)
1100 COMMERCE ST., ROOM 9C60
DALLAS, TX 75242-1496

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway, Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:         dallas.bankruptcy@publicans.com

By: /s/ Elizabeth Weller
————————————————
Elizabeth Weller
SBN: 00785514 TX