# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-_____ (___) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**SUPPLEMENTAL DECLARATION OF PAUL KEGLEVIC, EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, AND CO-CHIEF RESTRUCTURING OFFICER OF ENERGY FUTURE HOLDINGS CORP., ET AL., IN SUPPORT OF WAGES AND BENEFITS MOTION**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to 28 U.S.C. § 1746, I, Paul Keglevic, hereby declare as follows under penalty of perjury:

1. I am the Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp. ("EFH Corp.") a corporation organized under the laws of the state of Texas; its direct subsidiary, Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH LLC" and, together with EFCH and TCEH LLC's direct and indirect subsidiaries, "TCEH," and the entities composing TCEH that are debtors in these chapter 11 cases, the "TCEH Debtors"), a limited liability company organized under the laws of the state of Delaware; and EFH Corp.'s direct subsidiary, Energy Future Intermediate Holding Company LLC ("EFIH"), a limited liability company organized under the laws of the state of Delaware. EFH Corp., various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, the TCEH Debtors, and EFIH are collectively referred to as the "Debtors" in this declaration.

2. I have worked for the Debtors since 2008. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et al., for Entry of Interim and*

*Final Orders (a) Authorizing the Debtors to (i) Pay Certain Prepetition Compensation and Reimbursable Employee Expenses, (ii) Pay and Honor Employee and Retiree Medical and Similar Benefits, and (iii) Continue Employee and Retiree Benefit Programs, and (b) Modifying the Automatic Stay* (the "Wages and Benefits Motion").

3.     This Declaration addresses the non-Insider status of employees who are eligible to participate ("Eligible Employees") in TXU Energy's Sales Incentive Plan and Luminant's Retail Gas Sales Incentive Plan (the "Plans").

      **A.**     **TXU Energy Sales Incentive Plan**

4.     The Debtors have historically offered a sales incentive plan to approximately 200, non-insider, full-time Employees at TXU Energy based on their performance in sales management, direct sales, or sales support positions in TXU Energy's retail business. The Debtors seek to continue making payments under this plan in the ordinary course in the Wages and Benefits motion. Under the plan, specified senior management set certain performance goals for eligible Employees based on the detailed business plan approved by the TXU Energy executive leadership team. TXU Energy undertakes a rigorous review process for payments under the program, including review by the vice presidents of the relevant business units and approval by a dedicated award committee. As of the Petition Date, approximately $900,000 is due and outstanding on account of the TXU Energy Sales Incentive Plan, approximately $800,000 of which will become due and payable during the Interim Period (approximately $4,000 per eligible Employee).

5.     This program encourages employee performance and drives sales revenue at TXU Energy by providing supplemental compensation tied directly to performance and sales metrics. While individuals in the Sales Incentive Plan do not generally receive large, individual cash awards, the participants depend on this supplemental income, which is a significant percentage

of their total compensation. As shown in the attached spreadsheet, the potential bonuses account for, on average, 31% of eligible employees' total compensation; for some, bonus payments can range up to 75% of total compensation. Eligible employees are thus highly incentivized to work to achieve the various performance metrics on which the awards are based.

6. The employees eligible to participate in the TXU Sales Incentive Plan interact with TXU Energy's diverse customer base and know a significant amount about the Debtors and the Debtors' industry. Replacing these employees would be highly disruptive to the business and directly affect the Debtors' relationship with their customers. In addition, TXU Energy's sales force is highly marketable in the competitive Texas retail electric market. Uncertainty related to the Sales Incentive Plan would undoubtedly result in increased attrition and directly impact TXU Energy's business.

### B.    Luminant Retail Gas Sales Incentive Plan

7. In addition, the Debtors have historically offered a sales incentive plan to approximately four non-Insider, full-time gas sales employees at Luminant based on financial EBIT targets for each year. Eligible employees sell gas to large commercial and industrial customers on behalf of Luminant.

8. The Debtors seek to continue making payments under this plan in the ordinary course in the Wages and Benefits motion. Under the plan, Luminant undertakes a rigorous approval process similar to the process described above with respect to the TXU Sales Incentive Plan before making bonus payments. As of the Petition Date, approximately $50,000 is due and outstanding on account of the Luminant Retail Gas Sales Incentive Plan, all of which will become due and payable during the Interim Period.

9. Like the Sales Incentive Plan at TXU Energy, this program encourages employee performance and drives EBIT at Luminant by providing supplemental compensation tied directly

to performance and sales metrics. While individuals in the Sales Incentive Plan do not generally receive large, individual cash awards, the participants depend on this supplemental income, which is a significant percentage of their total compensation—ranging from 9 to 35% of total compensation for these four individuals. Participants in the plan thus work hard to achieve the various performance metrics on which the awards are based.

10. Like the TXU Energy plan, the employees eligible to participate in the Luminant Retail Gas Sales Incentive Plan know a significant amount about the Debtors and the Debtors' industry. Replacing these employees would be highly disruptive to the business and directly affect the Debtors' relationship with their customers.

### C. None of the Eligible Employees Are Insiders.

11. None of the participants in the TXU Energy Sales Incentive Plan or Luminant Retail Gas Sales Incentive Plan are directors or officers of any of the debtors or persons in control of the debtors. As reflected in the attached charts—which include the titles and business unit channel of eligible employees—these programs include only "rank-and-file" employees. The TXU Energy Sales Incentive Plan includes members of the sales team—i.e., account managers, sales persons for large commercial and industrial customers, door-to-door sales people, telemarketers, and other employees in the TXU Energy sales department. The Luminant Retail Gas Sales Incentive Plan includes similar rank-and-file sales staff at that business unit. Indeed, the employees who are eligible to participate in the TXU Energy Sales Incentive Plan and Luminant Retail Gas Sales Incentive Plan are all at least three levels removed from reporting to a single member of the Debtors' executive management team, and in many cases, are up to six levels removed from the executive management team.

12. **The Eligible Employees Are Not Directors.** I understand that the term "director" generally means an individual who sits on the board of directors of a corporation.

None of the employees who are eligible for the Sales Incentive Plans at TXU Energy or Luminant sit on the Debtors' boards of directors, partake in Board meetings, implement corporate policy, or engage in corporate governance.

13. **The Eligible Employees Are Not Officers.** I understand that the term "officer" generally means a person elected or appointed by the board of directors to manage the daily operations of a company. None of the eligible employees have been elected or appointed by any of the Debtors' boards, and none manage the daily operations of any of the Debtors either.

14. **The Eligible Employees Are Not Persons In Control of the Debtors.** Nor are the eligible employees "persons in control" of the Debtors. None have sufficient authority to dictate corporate policy or dispose of corporate assets. None oversee the Debtors' strategic plan or determine the disposition of corporate funds with respect to strategic investing or financing activities. Nor do the eligible employees report to the Board or the Debtors' executive management team. And they are not granted decision-making authority akin to an executive either.

D. Conclusion

15. I believe that there would be a detrimental impact to the value of the Debtors' businesses if these Sales Incentive Plans did not exist. It would adversely affect the Debtors' day-to-day, rank-and-file sales force and unnecessarily compromise sales operations during a critical time for the Debtors. I accordingly believe that paying prepetition amounts owed under these plans and continuing the plans on a postpetition basis is in the best interests of the Debtors and all parties in interest.

[*Remainder of the page left intentionally blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

*[signature]*

Paul Keglevic
Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of EFH Corp., EFIH, and TCEH LLC

TXU Energy Sales Incentive Plan:  Eligible Employees
Department and Titles of Eligible Employees

| Dept Name | Title |
|---|---|
| LCI | Sr Director of LCI Sales |
| LCI | Dir-Product Mgmt (Interim |
| LCI | Dir, Key Nat'l Accts |
| LCI | Dir North Texas |
| LCI | Dir South Texas |
| LCI | Manager III, Sales |
| LCI | Sales Exec IV |
| LCI | Sales Exec IV |
| LCI | Sales Exec IV |
| LCI | Sales Exec IV |
| LCI | Sr Sales Exec-Major Accts |
| LCI | Sales Exec IV |
| LCI | Sales Exec IV |
| LCI | Sales Exec IV |
| LCI | Sales Exec III |
| LCI | Sales Exec IV |
| LCI | Sales Exec II |
| LCI | Sales Exec IV |
| LCI | Sales Exec IV |
| LCI | Sales Exec II |
| LCI | Sales Exec III |
| LCI | Sales Exec III |
| LCI | Sales Exec IV |
| LCI | Sales Exec III |
| LCI | Sales Exec III |
| LCI | Sales Exec II - Lg Commer |
| LCI | Sales Exec III |
| LCI | Sales Exec III |
| LCI | Sales Coordinator II |
| LCI | Channel Account Mgr |
| AM | Account Manager III |
| AM | Account Manager II |
| AM | Account Manager III |
| AM | Account Manager III |
| AM | Account Manager II |
| AM | Account Manager III |
| AM | Account Manager II |
| AM | Account Manager II |
| AM | Account Manager II |
| AM | Account Manager II |
| AM | Account Manager III |
| AM | Sales Coordinator III |
| AM | Account Manager I |
| AM | Account Manager I |
| AM | Account Manager I |
| AM | Sales Coord I |
| AM | Account Manager II |
| AM | Manager I, Sales |
| AM | Manager I, Sales |

\* Some employees are eligible for additional incentive-based compensation under the Annual Incentive Plan, which program will be addressed in a separate motion.

TXU Energy Sales Incentive Plan: Eligible Employees
Department and Titles of Eligible Employees

| Dept Name | Title |
|---|---|
| AM | Manager II,Sales |
| AM | Manager III, Sales |
| Structured Transaction | Dir Product Dev & Structu |
| Structured Transaction | Analyst III |
| Structured Transaction | Analyst III |
| Structured Transaction | Specialist I |
| Business Solutions | Manager II, Sales |
| Business Solutions | Supervisor I |
| Business Solutions | Supvervisor I, Cust Ops |
| Business Solutions | Manager I, Sales |
| Business Solutions | Supervisor I |
| Business Solutions | Supervisor I |
| Business Solutions | Sr Dir Bus Mass Mkts |
| Business Solutions | Sales Specialist Lead |
| Business Solutions | Bus Markets Sales Spec I |
| Business Solutions | Sales Specialist Lead |
| Business Solutions | Bus Sales Spec |
| Business Solutions | Bus Sales Spec |
| Business Solutions | Bus Markets Sales Spec I |
| Business Solutions | Business Sales Associate |
| Business Solutions | Sales Specialist Lead |
| Business Solutions | Sales Specialist Associat |
| Business Solutions | Business Sales Associate |
| Business Solutions | Bus Sol Sales Spec II |
| Business Solutions | Bus Markets Sales Spec I |
| Business Solutions | Business Sales Associate |
| Business Solutions | Bus Sales Spec |
| Business Solutions | Sales Specialist Lead |
| Business Solutions | Sales Specialist Associat |
| Business Solutions | Bus Markets Sales Spec I |
| Business Solutions | Bus Markets Sales Spec I |
| Business Solutions | Bus Solutions Sales Spec |
| Business Solutions | Bus Markets Sales Spec I |
| Business Solutions | Bus Sales Spec |
| Business Solutions | Bus Markets Sales Spec I |
| Business Solutions | Sales Specialist Associat |
| Business Solutions | Business Sales Associate, |
| Business Solutions | Business Sales Associate, |
| Business Solutions | Business Sales Associate, |
| Business Solutions | Business Sales Associate, |
| Business Solutions | Bus Solutions Sales Spec |
| Business Solutions | Bus Mkts Sales Assoc |
| Business Solutions | Bus Sales Assoc |
| Business Solutions | Bus Mkts Sales Assoc |
| Business Solutions | Sales Specialist Lead |
| Business Solutions | Business Sales Associate, |
| Business Solutions | Bus Mkts Sales Assoc |
| Business Solutions | Bus Markets Sales Spec I |
| Business Solutions | Bus Markets Sales Spec I |

\* Some employees are eligible for additional incentive-based compensation under the Annual Incentive Plan, which program will be addressed in a separate motion.

TXU Energy Sales Incentive Plan:  Eligible Employees
Department and Titles of Eligible Employees

| Dept Name | Title |
|---|---|
| Business Solutions | Bus Mkts Sales Assoc |
| Business Solutions | Bus Sales Spec |
| Business Solutions | Bus Solutions Sales Spec |
| Business Solutions | Bus Sales Spec |
| Business Solutions | Bus Mkts Sales Assoc |
| Business Solutions | Bus Solutions Sales Spec |
| Business Solutions | Bus Sales Assoc |
| Business Solutions | Bus Solutions Sales Spec |
| Business Solutions | Bus Markets Sales Spec I |
| Business Solutions | Bus Markets Sales Spec I |
| Builder/Multi-Family | Sales Exec III |
| Builder/Multi-Family | Sales Exec II |
| Builder/Multi-Family | Sales Exec I |
| Builder/Multi-Family | Sales Exec III |
| Builder/Multi-Family | Sales Exec I |
| Builder/Multi-Family | D2D Bus Sales Specialist |
| Builder/Multi-Family | Bus Markets Sales Spec I |
| Builder/Multi-Family | Bus Markets Sales Spec I |
| Builder/Multi-Family | Manager I, Sales |
| Builder/Multi-Family | Manager III |
| Res D2D Support | Manager III |
| Res D2D Support | Manager III,Sales |
| Res D2D Support | Supervisor III |
| Res D2D Support | Analyst II, Vendor Mgmt. |
| Res D2D Support | Analyst II, Vendor Mgmt. |
| Res D2D Support | Director, Direct Sales |
| Res D2D Sales | D2D Res Sales Rep 1 |
| Res D2D Sales | Integration: default posi |
| Res D2D Sales | D2D Res Sales Supv I |
| Res D2D Sales | Assoc Admin Coord |
| Res D2D Sales | Supv I, D2D Res Sales |
| Res D2D Sales | D2D Res Sales Rep 1 |
| Res D2D Sales | Integration: default posi |
| Res D2D Sales | D2D Res Sales Rep 1 |
| Res D2D Sales | D2D Res Sales Rep II |
| Res D2D Sales | Supv I, D2D Res Sales |
| Res D2D Sales | D2D Res Sales Rep 1 |
| Res D2D Sales | Assoc Admin Coord |
| Res D2D Sales | D2D Res Sales Rep 1 |
| Res D2D Sales | D2D Res Sales Rep I |
| Res D2D Sales | D2D Res Sales Rep II |
| Res D2D Sales | D2D Res Sales Rep 1 |
| Res D2D Sales | D2D Res Sales Rep III |
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist Associat |

\* Some employees are eligible for additional incentive-based compensation under the Annual Incentive Plan, which program will be addressed in a separate motion.

TXU Energy Sales Incentive Plan:  Eligible Employees
Department and Titles of Eligible Employees

| Dept Name | Title |
|---|---|
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist II |
| Telesales | Sales Exec II |
| Telesales | Business Sales Assoc. Tel |
| Telesales | Sales Specialist II |
| Telesales | Sales Specialist Associat |
| Telesales | Sales Specialist II |
| Telesales | Supervisor II, Cust Ops |
| Telesales | Supervisor II, Businesss |
| Telemarketing | Director Telemarket Chann |
| Telemarketing | Supervisor III |
| Telemarketing | Account Mgr II-Telemarket |
| Telemarketing | Manager I, Sales |
| Telemarketing | Manager I, Sales |
| Telemarketing | Supervisor II |
| Telemarketing | Supervisor I |
| Telemarketing | Business Sales Associate |
| Telemarketing | Business Sales Associate |
| Telemarketing | Sales Specialist Associat |
| Telemarketing | Sales Specialist Associat |
| Telemarketing | Business Sales Associate |
| Telemarketing | Sales Specialist Associat |
| Telemarketing | Sales Specialist Associat |
| Telemarketing | Sales Specialist Associat |
| Telemarketing | Sales Specialist Associat |
| Telemarketing | Business Sales Associate |
| Telemarketing | Sales Specialist Associat |
| Telemarketing | Business Sales Associate |
| Telemarketing | Sales Specialist Associat |
| Telemarketing | Business Sales Associate |
| Telemarketing | Business Sales Associate |
| COF | Director Residential Sale |
| COF | Analyst III, Sales OBTM |
| COF | Manager II, Sales Acquisi |
| COF | Specialist I |
| COF | Partner Relationship Mgr |
| COF | Supervisor II, Cust Ops |
| 4Change | Indirect Sales Executive |

* Some employees are eligible for additional incentive-based compensation under the Annual Incentive Plan, which program will be addressed in a separate motion.

| TXU Energy Sales Incentive Plan:  Eligible Employees | | |
|---|---|---:|
| Aggregate SIP Target | $ | 4,880,633 |
| Aggregate Total Compensation for Eligible Employees | $ | 15,972,072 |
| Average SIP Target | $ | 25,823 |
| Average Total Comp for Eligible Employees | $ | 84,508 |
| Average SIP as a % of Total Comp | | 30.6% |
| Range of Average SIP Target as a % of Total Comp | | 4 to 76% |

\* Some employees are eligible for additional incentive-based compensation under the Annual Incentive Plan, which program will be addressed in a separate motion.

Luminant Retail Gas Sales Incentive Plan:
Titles & Departments of Eligible Employees

| Dept Name | Title |
|---|---|
| Texas Gas | Mgr Texas Gas |
| Retail_Gas_Sales | Sales Executive Sr |
| Retail_Gas_Sales | Mgr Texas Gas Sales |
| Retail_Gas_Sales | Sales Executive Sr |

| Luminant Retail Gas Sales Incentive Plan: Compensation | | |
|---|---|---|
| Aggregate SIP Target | $ | 162,000 |
| Aggregate Total Compensation for Eligible Employees | $ | 654,562 |
| Average SIP Target | $ | 40,500 |
| Average Total Comp for Eligible Employees | $ | 163,641 |
| Average SIP as a % of Total Comp | | 24.7% |
| Range of Average SIP Target as a % of Total Comp | | 9 to 35% |