IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS, CORP., *et al.*, | § | Case No. 14-10979 (CSS) |
| | § | (Jointly Administered) |
| Debtors. | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

The undersigned counsel hereby give notice pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure of their appearance as counsel for the *Steering Committee of Cities Served by Oncor* ("Steering Committee"), an ad hoc committee comprised of Texas municipal parties-in-interest in this proceeding. The Steering Committee consists of 150 Texas cities (identified in **Exhibit A**) that have electricity delivered to municipally owned accounts via the transmission and distribution system owned by Oncor Electric Delivery Company, LLC ("Oncor"), an affiliate indirectly owned by the debtor, Energy Future Holdings Corp.

The Steering Committee functions under the direction of an Executive Committee (whose current members are identified in **Exhibit B**), which sets an annual budget and directs interventions before state and federal agencies, courts and legislative bodies, subject to the right of any member to withdraw from such matter. The Executive Committee has authorized the Steering Committee to participate in the bankruptcy proceeding of Energy Future Holdings. Each city annually approves an assessment for such costs and confirms its continued membership.

The Steering Committee requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this matter, be given to and served upon:

4388128.1

Michael A. McConnell
Clay Taylor
Katherine Thomas
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9774
michael.mcconnell@kellyhart.com
katherine.thomas@kellyhart.com

and

Geoffrey Gay
**LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, TX 78701
Telephone: (512) 322-5800
Telecopier: (512) 472-0532
ggay@lglawfirm.com

and

Marc J. Phillips (DE Bar No. 4445)
**Manion Gaynor & Manning LLP**
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 657-2100
Telecopier: (302) 657-2104
mphillips@mgmlaw.com

This request encompasses all notices, copies and pleadings referred to in 11 U.S.C. § 101 *et seq.* and all applicable Federal Rules of Bankruptcy Procedure, including, but not limited to, notices of any motions, orders, petitions, complaints, demands, applications or pleadings and requests, and any other documents brought before this Court in this matter which otherwise affect or seek to affect this matter.

4388128.1

Dated: April 29, 2014

**MANION GAYNOR & MANNING LLP**

_/s/ Marc J. Phillips_

Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 657-2100
Facsimile: (302) 657-2104
mphillips@mgmlaw.com

and

Michael A. McConnell
michael.mcconnell@kellyhart.com
Texas Bar I.D. 13447300
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

and

Geoffrey Gay
Texas Bar I.D. 07774300
ggay@lglawfirm.com
**LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, TX 78701
Telephone: (512) 322-5800
Telecopier: (512) 472-0532

*Attorneys for the Steering Committee*

4388128.1

# Exhibit A

## STEERING COMMITTEE CITIES SERVED BY ONCOR (150)

Addison
Allen
Alvarado
Andrews
Anna
Archer City
Argyle
Arlington
Azle
Bedford
Bellmead
Belton
Benbrook
Beverly Hills
Big Spring
Breckenridge
Bridgeport
Brownwood
Buffalo
Burkburnett
Burleson
Caddo Mills
Cameron
Canton
Carrollton
Cedar Hill
Celina
Centerville
Cleburne
Coahoma
Colleyville
Collinsville
Comanche
Commerce
Coppell
Copperas Cove
Corinth
Crowley
Dallas
Dalworthington Gardens
DeLeon
De Soto
Denison
Duncanville

Early
Eastland
Edgecliff Village
Euless
Everman
Fairview
Farmers Branch
Fate
Flower Mound
Forest Hill
Fort Worth
Frisco
Frost
Gainesville
Garland
Glenn Heights
Grand Prairie
Granger
Grapevine
Gunter
Haltom City
Harker Heights
Heath
Henrietta
Hewitt
Highland Park
Honey Grove
Howe
Hurst
Hutto
Iowa Park
Irving
Jolly
Josephine
Justin
Kaufman
Keller
Kerens
Killeen
Krum
Lake Worth
Lakeside
Lamesa
Lancaster
Lewisville

Lindale
Little Elm
Little River Academy
Malakoff
Mansfield
McKinney
Mesquite
Midland
Midlothian
Murchison
Murphy
Nacogdoches
New Chapel Hill
North Richland Hills
Oak Leaf
Oak Point
Odessa
O'Donnell
Ovilla
Palestine
Pantego
Paris
Plano
Pottsboro
Prosper
Ranger
Rhome
Richardson
Richland Hills
River Oaks
Roanoke
Robinson
Rockwall
Rosser
Rowlett
Sachse
Saginaw
Seagoville
Sherman
Snyder
Southlake
Springtown
Stephenville

Sulphur Springs
Sunnyvale
Sweetwater
Temple
Terrell
The Colony
Trophy Club
Tyler
University Park
Venus
Waco
Watauga
Waxahachie
White Settlement
Wichita Falls
Willow Park
Woodway
Wylie

# Exhibit B

# OCSC 2014 EXECUTIVE COMMITTEE MEMBERS

| | |
|---|---|
| Allen | Eric Ellwanger, Assistant to City Manager |
| Arlington | Jay Doegey, City Attorney |
| Burkburnett | Trish Holley, Director of Administration |
| Carrollton | Elizabeth Horn, Assistant City Attorney |
| Cleburne | Kim Galvin, Director of Finance |
| Colleyville | Cathy Cunningham, Attorney |
| Comanche | Bill Flannery, City Manager |
| Dallas | Nick Fehrenbach, Manager of Regulatory Affairs & Utility Franchising |
| Denison | Courtney Goodman-Morris, City Attorney |
| Flower Mound | Melanie Harden, Director of General Services |
| Fort Worth | Bridgette Garrett, Director of Budget & Management Services |
| Frisco | Ben Brezina, Assistant to City Manager |
| Grand Prairie | Don Postell, City Attorney |
| Haltom City | Joel Welch, Chief Financial Officer and Assistant City Manager |
| Irving | Carrie Morris, Assistant City Attorney |
| Lewisville | Phil Boyd, Consultant |
| Mansfield | Joe Smolinski, Director of Utility Operations |
| Mesquite | Cynthia Steiner, Assistant City Attorney |
| Odessa | James Zentner, Assistant City Manager |
| Plano | Mark Israelson, Director of Policy and Government Relations |
| Sherman | Brandon Shelby, City Attorney |
| The Colony | Gwen Mansfield, Assistant Finance Director |
| Tyler | Mark McDaniel, City Manager |
| Waco | Jennifer Richie, City Attorney |
| Watauga | Greg Vick, City Manager |
| Waxahachie | Doug Barnes, Director of Economic Development |