**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** was served in accordance with the Federal Rules of Bankruptcy Procedure on April 29, 2014 via ECF notification.

Marc J. Phillips (No. 4445)

4388128.1