**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case. No. 14-10979(CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR**
**SERVICE OF PAPERS AND CONSENT TO E-SERVICE**

**PLEASE TAKE NOTICE** that the undersigned hereby files this Notice of Appearance and Request for Service of Papers as counsel for UMB Bank, N.A., in its capacity as indenture trustee ("UMB"), in these cases. Pursuant to the applicable Federal Rules of Bankruptcy Procedure, the undersigned does hereby request and demand that the Clerk of this Court and all other parties-in-interest in these proceedings provide notice of, and where applicable, service of, all motions, applications, orders, pleadings, notices or other communications filed in, or pertaining to these proceedings to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever, to the attorneys listed directly below:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 45201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

4837-1065-0394.1

Harold L. Kaplan
Mark F. Hebbeln
Lars A. Peterson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700
E-mail:  hkaplan@foley.com
         mhebbeln@foley.com
         lapeterson@foley.com

PLEASE TAKE NOTICE that UMB intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (2) its right to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies it expressly reserves.

| | |
|---|---|
| Dated: Chicago, Illinois<br>April 29, 2014 | By: /s/ Lars A. Peterson<br>Harold L. Kaplan<br>Mark F. Hebbeln<br>Lars A. Peterson<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60654-5313<br>Tel: (312) 832-4500<br>Fax: (312) 832-4700<br>E-mail:  hkaplan@foley.com<br>         mhebbeln@foley.com<br>         lapeterson@foley.com<br><br>Attorneys for UMB Bank, N.A., as indenture trustee |

## **CERTIFICATE OF SERVICE**

I, Lars A. Peterson, an attorney, certify that on April 29, 2014, I caused a true and correct copy of NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND CONSENT TO E-SERVICE to be served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice.

                          */s/ Lars A. Peterson*

FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700

4837-1065-0394.1