# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Joint Administration Pending) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF PHILIP D. ANKER

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Philip D. Anker, Esquire, of Wilmer Cutler Pickering Hale and Dorr LLP to represent Marathon Asset Management, LP, on behalf of itself and one or more managed funds and/or accounts ("Marathon"), in these Chapter 11 cases.

Dated: April 29, 2014
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com

*Counsel to Marathon*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{200.000-W0031127.}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New York and the District of Columbia. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 29, 2014

                                        *Philip D. Anker* (BH)
                                        Philip D. Anker, Esquire
                                        **WILMER CUTLER PICKERING HALE AND DORR LLP**
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, New York 10007
                                        Telephone: (212) 230-8800
                                        Facsimile: (212) 230-8888
                                        Email: philip.anker@wilmerhale.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2014
        Wilmington, Delaware

                                             _____
                                             The Honorable Christopher S. Sontchi
                                             United States Bankruptcy Judge