IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Joint Administration Pending) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF ALCOA INC.

PLEASE TAKE NOTICE that Alcoa Inc. ("Alcoa") hereby enters its appearance by and through its counsel, McKool Smith ("McKool Smith") and Landis Rath & Cobb LLP ("LRC"), pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and LRC hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

| | |
|---|---|
| Peter S. Goodman, Esquire<br>Michael R. Carney, Esquire<br>**MCKOOL SMITH**<br>One Bryant Park<br>47th Floor<br>New York, New York 10036<br>Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444<br>Email: pgoodman@mckoolsmith.com<br>    mcarney@mckoolsmith.com | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>    mcguire@lrclaw.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{1017.001-W0031125.}

Paul D. Moak, Esquire
**MCKOOL SMITH**
600 Travis Street
Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Email: pmoak@mckoolsmith.com

      PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

      PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive Alcoa's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the Untied States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: April 29, 2014<br>      Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>           mcguire@lrclaw.com<br><br>*Counsel to Alcoa Inc.* |