IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Joint Administration Pending) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF PETER S. GOODMAN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Peter S. Goodman, Esquire, of McKool Smith to represent Alcoa Inc. in these Chapter 11 cases.

Dated: April 29, 2014
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
         mcguire@lrclaw.com

*Counsel to Alcoa Inc.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the States of New York and Connecticut and admitted to practice in the U.S. District Courts for the Southern and Eastern Districts of New York.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  April 29, 2014

/s/ *Peter S. Goodman*
Peter S. Goodman, Esquire
**MCKOOL SMITH**
One Bryant Park
47th Floor
New York, New York  10036
Telephone:  (212) 402-9400
Facsimile:  (212) 402-9444
Email: pgoodman@mckoolsmith.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:  _____, 2014
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

{1017.001-W0031130.}