# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Pending) |

## CERTIFICATION OF GOVERNMENT ATTORNEY

Nicole D. Mignone, Assistant Attorney General of the State of Texas, files this certification pursuant to Local Rule of Bankruptcy Procedure 9010-1(e)(i) and respectfully states:

1. My full name is Nicole Denise Mignone. I am an Assistant Attorney General of the State of Texas appearing in this matter to represent the Public Utility Commission of Texas, an agency of the State of Texas

2. I am a member in good standing of the State Bar of Texas. I am admitted to practice before the Bars of the United States District Courts for the Northern, Eastern, Western and Southern Districts of Texas.

3. I am in good standing in all jurisdictions in which I have been admitted.

4. I agree to be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

---

[1] *See* Motion of Energy Future Holdings Corp., *et al.* for Entry of an Order Directing Joint Administration of the Debtor's Chapter 11 Cases (Dkt. 17).

1

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID MATTAX
Deputy Attorney General for Defense Litigation

*/s/ Nicole D. Mignone*
NICOLE D. MIGNONE
Texas State Bar No. 24055970
Direct Dial: (512) 475-4933
*nicole.mignone@texasattorneygeneral.gov*
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax: (512) 482-8341

ATTORNEYS FOR PUBLIC UTILITY COMMISSION OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2014, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

*/s/ Nicole D. Mignone*
NICOLE D. MIGNONE