# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Texas Competitive Electric Holdings Company LLC, | ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) | Joint Administration Requested |
| | ) | |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF IAN E. ROBERTS

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission pro hac vice of Ian E. Roberts, Esq., of the law firm of Baker Botts L.L.P., to represent CenterPoint Energy Houston Electric, LLC in the above-captioned jointly administered bankruptcy cases.

Dated: April 29, 2014

/s/ Mark L. Desgrosseilliers
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4353
Facsimile: (302) 252-4330
Email: mdesgrosseilliers@wcsr.com

Co-Counsel to CenterPoint Energy Houston Electric, LLC

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and notice agent at http://www.efhcaseinfo.com.

## CERTIFICATION BY COUNSEL TO BE ADMITTED **PRO HAC VICE**

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas; United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas; and United States District Court for the Western District of Oklahoma, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the United States District Court for the District of Delaware.

Dated: April 29, 2014

_____
Ian E. Roberts
Baker Botts L.L.P.
2001 Ross Ave.
Dallas, TX 75201-2980
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
Email: ian.roberts@bakerbotts.com

Co-Counsel to CenterPoint Energy Houston Electric, LLC

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted:

Dated: April ____, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2

WCSR 32210261v3