IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Joint Administration Requested |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves the admission pro hac vice of Hugh M. McDonald, Esquire to represent Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee, in the above-captioned cases.

Dated: April 29, 2014

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
_____
William P. Bowden (I.D. #2553)
Gregory A. Taylor (I.D. #4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Co-Counsel to Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: April ___, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge

{00851956;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised on July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Hugh M. McDonald
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: hughmcdonald@dentons.com