## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of April, 2014, the Pension Benefit Guaranty

Corporation's Notice of Appearance and Request for Electronic Notice for United States

Government Attorney Desiree M. Amador was served on the following:

| | |
|---|---|
| **Mark D. Collins**<br>**Daniel J. DeFranceschi**<br>**Jason M. Madron**<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>**Debtor's Counsel**<br>**via CM/ECF** | **Richard L. Schepacarter**<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br><br><br>**U.S. Trustee**<br>**via CM/ECF** |

/s/ Desiree M. Amador
Desiree M. Amador