**CERTIFICATE OF SERVICE**

I, Karen C. Bifferato, hereby certify that on the 29th day of April 2014, I caused a true and correct copy of the foregoing to be served upon the persons below in the manner indicated.

*/s/ Karen C. Bifferato*
Karen C. Bifferato (#3279)

**VIA HAND DELIVERY**
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801

Richard Schepacarter
United States Trustee
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

**VIA UNITED STATES MAIL**
Richard M. Cieri
Edward O. Sassower
Stephen E. Hessler
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington
New York, NY  10022-4611

James H.M. Sprayregen
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

{05101989.DOC.}