# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | |
| | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Julia Frost-Davies, Esquire to represent Pacific Investment Management Co. LLC in the above-captioned bankruptcy cases and all adversary proceedings related thereto.

Dated: April 29, 2014

/s/ Karen C. Bifferato
Karen C. Bifferato (#3279)
Connolly Gallagher LLP
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 888-6221
Facsimile: (302) 757-7299
Email: kbifferato@connollygallagher.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: April 29, 2014

/s/ Julia Frost-Davies
Julia Frost-Davies, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8422
Facsimile: (617) 345-5054
Email: julia.frost-davies@bingham.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____

_____
United States Bankruptcy Court Judge

05101636