# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp. | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | Joint Administered Requested |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Stutman, Treister & Glatt, PC and Gellert Scali Busenkell & Brown, LLC hereby enter their appearance on behalf of *Aurelius Capital Management, LP* ("Aurelius") in the above-captioned cases, and hereby request, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following person at the address, telephone and facsimile numbers, and e-mail address indicated:

| Michael G. Busenkell | William P. Weintraub |
|---|---|
| **Gellert Scali Busenkell & Brown, LLC** | Kizzy L. Jarashow |
| 913 N. Market Street, 10th Floor | **Stutman, Treister & Glatt, PC** |
| Wilmington, DE 19801 | 675 Third Avenue, Suite 2216 |
| Telephone: (302)425-5812 | New York, NY 10017-5714 |
| Facsimile: (302) 425-5814 | Telephone: (212) 235-0800 |
| mbusenkell@gsbblaw.com | Facsimile: (212) 235-0848 |
| | wweintraub@Stutman.com |
| | kjarashow@Stutman.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

581501v1

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE THAT** this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Aurelius is or may be entitled.

**(PAGE LEFT INTENTIONALLY BLANK)**

581501v1

Dated: April 29, 2014

GELLERT SCALI BUSENKELL & BROWN, LLC

/s/ Michael Busenkell

Michael Busenkell (DE 3933)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
mbusenkell@gsbblaw.com

-and-

STUTMAN, TREISTER & GLATT, PC
William P. Weintraub
Kizzy L. Jarashow
675 Third Avenue, Suite 2216
New York, NY 10017-5714
Telephone: (212) 235-0800
Facsimile: (212) 235-0848
wweintraub@Stutman.com
kjarashow@Stutman.com

*Attorneys for Aurelius Capital Management, LP*

581501v1