**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | )  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Drinker Biddle & Reath LLP and Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel for Citibank, N.A., pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

> Howard A. Cohen
> Robert K. Malone
> Drinker Biddle & Reath LLP
> 222 Delaware Ave., Ste. 1410
> Wilmington, Delaware 19801-1621
> Telephone: (302) 467-4200
> Facsimile: (302) 467-4201
> Email:    Howard.Cohen@dbr.com
>              Robert.Malone@dbr.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

WM01/ 7956450.1

-and-

Dennis F. Dunne
Evan R. Fleck
Karen Gartenberg
Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email:    ddunne@milbank.com
          efleck@milbank.com
          kgartenberg@milbank.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without

WM01/ 7956450.1                          2

prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: April 29, 2014

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
Robert K. Malone (*pro hac vice* pending)
222 Delaware Ave., Ste. 1410
Wilmington, Delaware 19801-1621
Telephone:  (302) 467-4200
Facsimile:   (302) 467-4201
Email: howard.cohen@dbr.com
         robert.malone@dbr.com

- and -

MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
Dennis F. Dunne (*pro hac vice* pending)
Evan R. Fleck (*pro hac vice* pending)
Karen Gartenberg (*pro hac vice* pending)
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
         efleck@milbank.com
         kgartenberg@milbank.com

*Attorneys for Citibank, N.A.*