**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS, CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Joint Administration Pending) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Gary L. Kaplan of Fried, Frank, Harris, Shriver & Jacobson LLP, to represent certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates in this action.

Dated: April 29, 2014                */s/ Michael J. Joyce*
                                                        Michael J. Joyce (No. 4563)
                                                        Cross & Simon, LLC
                                                        913 N. Market Street, 11th Floor
                                                        Wilmington, DE 19801
                                                        Telephone: (302) 777-4200

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the states of New York and New Jersey, the United States District Court for the Southern and Eastern Districts of New York and the District of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 29, 2014                */s/ Gary L. Kaplan*
                                                        Gary L. Kaplan
                                                        Fried, Frank, Harris, Shriver & Jacobson LLP
                                                        One New York Plaza
                                                        New York, New York 10004
                                                        Telephone: (212) 859-8812
                                                        Facsimile: (212) 859-4000
                                                        Email: gary.kaplan@friedfrank.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2014          _____
                                                        The Honorable Christopher S. Sontchi
                                                        United States Bankruptcy Judge