**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-10979-11 |
| ENERGY FUTURE HOLDINGS CORP. | § | |
| DEBTORS(S), | § | CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HARRIS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 29TH day of APRIL ,2014, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

DANIEL J. DEFRANCESCHI
RICHARDS LAYTON & FINGER
ONE RODNEY SQUARE
WILMINGTON, DE 19899

TRUSTEE U.S. (DALLAS)
1100 COMMERCE ST., ROOM 9C60
DALLAS, TX 75242-1496

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 3064
HOUSTON, TX 77253-3064
Telephone: (713) 844-3400
Facsimile: (713) 844-3503
Email: houston_bankruptcy@publicans.com

By: _____
John P. Dillman
SBN: 05874400 TX