IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ENERGY FUTURE HOLDINGS CORP.,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST
FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that David E. Leta of the law firm of Snell & Wilmer L.L.P., on behalf of Headwaters Resources, Inc. ("**Headwaters**"), a creditor, contract counter-party and party-in-interest in this proceeding, respectfully enters his appearance pursuant to 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  The undersigned requests that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given and served upon the following:

> David E. Leta
> SNELL & WILMER L.L.P.
> 15 West South Temple, Suite 1200
> Salt Lake City, UT  84101
> Tel:  (801) 257-1900
> Fax:  (801) 257-1800
> Email: dleta@swlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request,

19232616

complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to the (a) debtors, (b) property of the Debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Respectfully submitted this 29th day of April, 2014.

SNELL & WILMER

By: /s/ *David E. Leta*
David E. Leta
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Tel: (801) 257-1900
Fax: (801) 257-1800
Email: dleta@swlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2014, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

/s/ *David E. Leta*
David E. Leta
