# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------ x : | Chapter 11 |
| *In re* : :  | Case No. 14-10979 (CSS) |
| Energy Future Holdings Corporation, *et al.*, : : | (Joint Administration Pending) |
| Debtor.[1] : ------------------------------------------------------------ x |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Wachtell, Lipton, Rosen & Katz and Morris, Nichols, Arsht & Tunnell LLP hereby appear as counsel for Texas Energy Future Capital Holdings LLC, Texas Energy Future Holdings Limited Partnership, and certain other direct or indirect holders of equity interests in Energy Future Holdings Corp. (collectively, the "Interest Holders") pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The last four digits on Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| **MORRIS NICHOLS ARSHT & TUNNELL LLP** | **WACHTELL, LIPTON, ROSEN & KATZ** |
| Derek C. Abbott (No. 3376) | Richard G. Mason, Esquire |
| Andrew R. Remming (No. 5120) | Emil A. Kleinhaus, Esquire |
| Erin R. Fay (No. 5268) | Austin T. Witt, Esquire |
| 1201 North Market Street, Suite 1600 | 51 West 52nd Street |
| Wilmington, DE 19801 | New York, NY 10019 |
| Telephone: (302) 658-9200 | Telephone: (212) 530-5000 |
| Facsimile: (302) 658-3989 | Facsimile: (212) 530-5219 |
| Email: dabbott@mnat.com | rgmason@wlrk.com |
| aremming@mnat.com | ekleinhaus@wlrk.com |
| efay@mnat.com | awitt@wlrk.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned case and any related adversary proceedings, whether currently pending or later commenced (the "<u>Debtors</u>"); (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Interest Holders: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in

non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Interest Holders are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, filing this notice is not intended as, and shall not be, Interest Holders' consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Interest Holders, cannot enter final orders or judgments in such any case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

Dated: April 29, 2014
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Erin R. Fay (No. 5268)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
aremming@mnat.com
efay@mnat.com

- and -

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
51 West 52nd Street
New York, NY 10019
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
rgmason@wlrk.com
ekleinhaus@wlrk.com
awitt@wlrk.com

*Counsel for Texas Energy Future Capital Holdings LLC, Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of Equity Interests in Energy Future Holdings Corp.*

8204668.2