IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN THE MATTER OF:   CASE NO. 14-10979

ENERGY FUTURE HOLDINGS CORP

   DEBTOR   CHAPTER 11

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

    Notice is hereby given that Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Anderson, Texas, The County of Bastrop, Texas, Tax Appraisal District of Bell County, Brown County Appraisal District, The County of Cherokee, Texas, The County of Coryell, Texas, The County of Denton, Texas, Eastland Independent School District, The City of Eastland, Texas, Gorman Independent School District, Rising Star Independent School District, The County of Freestone, Texas, The County of Henderson, Texas, Hill County Appraisal District, The County of Hill, Texas, The County of Leon, Texas, Mexia Independent School District, Midland Central Appraisal District, The County of Milam, Texas and Central Appraisal District of Taylor County, (hereinafter referred to as the "Texas Ad Valorem Taxing Jurisdictions"), in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  April 29, 2014

                                          Respectfully submitted,

                                          MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                          Attorneys for the Texas Ad Valorem Taxing Jurisdictions

                                          */s/Lee Gordon*
                                          Lee Gordon
                                          State Bar Number 08212500
                                          P.O. Box 1269
                                          Round Rock, Texas 78680
                                          Telephone: (512) 323-3200
                                          Fax: (512) 323-3205

CERTIFICATE OF SERVICE

    I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Daniel J. DeFranceschi, Richards, Layton & Finger, One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899; Richard L. Schepacarter, Office of the United States Trustee, 844 King Street, Suite 2207 Lockbox #35, Wilmington, Delaware 19801, and to those parties listed on the Court's Notice of Electronic Filing on April 29, 2014, by Electronic Notification.

                                                      */s/Lee Gordon*
                                                     Lee Gordon