# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Young Conaway Stargatt & Taylor, LLP and Paul, Weiss, Rifkind, Wharton and Garrison LLP, hereby enter their appearance as co-counsel to the Ad Hoc Committee of TCEH First Lien Creditors, and request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned counsel as follows:

| | |
|---|---|
| Pauline K. Morgan (No. 3650) | Alan W. Kornberg |
| Joel A. Waite (No. 2925) | Kelley A. Cornish |
| Ryan M. Bartley (No. 4985) | Brian S. Hermann |
| Andrew L. Magaziner (No. 5426) | Jacob A. Adlerstein |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Rodney Square | 1285 Avenue of the Americas |
| 1000 North King Street | New York, New York 10019 |
| Wilmington, Delaware 19801 | Telephone:  (212) 373-3000 |
| Telephone:  (302) 571-6600 | Facsimile:  (212) 757-3990 |
| Facsimile:  (302) 571-1253 | |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

01:15408906.1

| | |
|---|---|
| **CM/ECF Noticing**: bankfilings@ycst.com<br>Email:  pmorgan@ycst.com<br>           jwaite@ycst.com<br>           rbartley@ycst.com<br>           amagaziner@ycst.com | Email:  akornberg@paulweiss.com<br>           kcornish@paulweiss.com<br>           bhermann@paulweiss.com<br>           jadlerstein@paulweiss.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by the Ad Hoc Committee of TCEH First Lien Creditors, its members, or any of their respective affiliates to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the Ad Hoc Committee of TCEH First Lien Creditors, its members, or any of their respective affiliates or (b) a waiver of any right of the Ad Hoc Committee of TCEH First Lien Creditors, its members, or any of their respective affiliates (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs or recoupments to which the Ad Hoc Committee of TCEH First Lien Creditors, its members, or any of their respective affiliates, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

01:15408906.1

| | |
|---|---|
| Dated: April 29, 2014<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Pauline K. Morgan*<br>Pauline K. Morgan (No. 3650)<br>Joel A. Waite (No. 2925)<br>Ryan M. Bartley (No. 4985)<br>Andrew L. Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>- and -<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg<br>Kelley A. Cornish<br>Brian S. Hermann<br>Jacob A. Adlerstein<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br><br>*Counsel to the Ad Hoc Committee of TCEH First Lien Creditors* |