IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
In re:                                            :   Chapter 11
                                                  :
ENERGY FUTURE HOLDINGS CORP., *et al.*,           :   Case No. 14-10979 (CSS)
                                                  :
              Debtors.                            :   Joint Administration Pending
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS OF
<u>BOREALIS INFRASTRUCTURE MANAGEMENT INC.</u>**

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP hereby enters its appearance as counsel for Borealis Infrastructure Management Inc. ("BIMI") in the above-captioned chapter 11 cases and requests that all notices and pleadings given or filed in the above-captioned cases be given and served upon each of the following:

>Mark S. Chehi, Esq.
>Kristhy M. Peguero, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899-0636
>Telephone: (302) 651-3000
>Facsimile: (302) 651-3001
>
>- and -
>
>Jay M. Goffman, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, New York 10036-6522
>Telephone: (212) 735-3000
>Facsimile: (212) 735-2000
>
>- and -

> George N. Panagakis, Esq.
> Carl T. Tullson, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> 155 North Wacker Drive
> Suite 2700
> Chicago, Illinois  60606-1720
> Telephone:  (312) 407-0700
> Facsimile:  (312) 407-0411

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this notice or any subsequent appearance, pleading, claim or suit is intended to nor shall be deemed to waive BIMI's right (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which BIMI is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

*[Remainder of page intentionally left blank.]*

Dated: Wilmington, Delaware
April 29, 2014

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Kristhy M. Peguero*
Mark S. Chehi (I.D. No. 2855)
Kristhy M. Peguero (I.D. No. 4903)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone:  (302) 651-3000
Facsimile:  (302) 651-3001

- and -

Jay M. Goffman
Four Times Square
New York, New York 10036-6522
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

- and -

George N. Panagakis
Carl T. Tullson
155 North Wacker Drive
Suite 2700
Chicago, Illinois  60606-1720
(312) 407-0700 (telephone)
(312) 407-0411 (facsimile)

*Counsel for Borealis Infrastructure Management Inc.*

# **CERTIFICATE OF SERVICE**

I, Kristhy M. Peguero, hereby certify that on April 29, 2014, I caused the foregoing *Notice of Appearance and Demand for Notices and Papers Request for Service of Papers of Borealis Infrastructure Management Inc.* to be served on the following parties in the manner indicated.

> Mark D. Collins, Esq.
> Daniel J. DeFranceschi, Esq.
> Jason M. Madron, Esq.
> Richards, Layton & Finger, P.A.
> 920 North King St.
> Wilmington, DE 19801
> **By Hand Delivery**
>
> Richard M. Cieri, Esq.
> Edward O. Sassower, Esq.
> Stephen E. Hessler, Esq.
> Brian E. Schartz, Esq.
> Kirkland & Ellis LLP
> 601 Lexington Ave.
> New York, NY 1022-4611
> **By First-Class U.S. Mail**
>
> James H.M. Sprayregen, Esq.
> Chad J. Husnick, Esq.
> Steven N. Serajeddini, Esq.
> Kirkland & Ellis LLP
> 300 North LaSalle
> Chicago, IL 60654
> **By First-Class U.S. Mail**

> */s/ Kristhy M. Peguero*
> Kristhy M. Peguero