# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Joint Administration Pending |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jay M. Goffman to represent Borealis Infrastructure Management Inc. in this action.

Dated: Wilmington, Delaware
April 29, 2014

                                            */s/ Kristhy M. Peguero*
Mark S. Chehi (I.D. No. 2855)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

*Counsel for Borealis Infrastructure Management Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: New York, New York
        April 29, 2014

                                          */s/ Jay M. Goffman*
                                          Jay M. Goffman
                                          Skadden, Arps, Slate, Meagher & Flom LLP
                                          Four Times Square
                                          New York, New York 10036-6522
                                          Telephone: (212) 735-3000
                                          Facsimile: (212) 735-2000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
      _____, 2014

                                          Honorable Christopher S. Sontchi
                                          UNITED STATES BANKRUPTCY JUDGE