# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : Case No. 14-10979 (CSS) |
| Debtors. | : Joint Administration Pending |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of George N. Panagakis to represent Borealis Infrastructure Management Inc. in this action.

Dated: Wilmington, Delaware
April 29, 2014

                                                        */s/ Kristhy M. Peguero*
Mark S. Chehi (I.D. No. 2855)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

*Counsel for Borealis Infrastructure Management Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Chicago, Illinois
April 29, 2014

                                       */s/ George N. Panagakis*
                                       George N. Panagakis
                                       Skadden, Arps, Slate, Meagher & Flom LLP
                                       155 North Wacker Drive
                                       Suite 2700
                                       Chicago, Illinois 60606-1720
                                       Telephone: (312) 407-0700
                                       Facsimile: (312) 407-0411

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
         _____, 2014

                                       Honorable Christopher S. Sontchi
                                       UNITED STATES BANKRUPTCY JUDGE