**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                                       :      Chapter 11
:
ENERGY FUTURE HOLDINGS CORP., *et al.*,      :      Case No. 14-10979 (CSS)
:
Debtors.                            :      Joint Administration Pending
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the

admission *pro hac vice* of Carl T. Tullson to represent Borealis Infrastructure Management Inc.

in this action.

Dated:  Wilmington, Delaware
        April 29, 2014

*/s/ Kristhy M. Peguero*
Mark S. Chehi (I.D. No. 2855)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone:  (302) 651-3000
Facsimile:  (302) 651-3001

*Counsel for Borealis Infrastructure Management Inc.*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Chicago, Illinois
      April 29, 2014

                              */s/ Carl T. Tullson*
                              Carl T. Tullson
                              Skadden, Arps, Slate, Meagher & Flom LLP
                              155 North Wacker Drive
                              Suite 2700
                              Chicago, Illinois  60606-1720
                              Telephone:  (312) 407-0700
                              Facsimile:  (312) 407-0411

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
      _____, 2014

                              _____
                              Honorable Christopher S. Sontchi
                              UNITED STATES BANKRUPTCY JUDGE