# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Requested) |

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

**DATE AND TIME OF HEARING:** MAY 1, 2014 AT 9:30 A.M. (EDT)[2]

**LOCATION:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801

A. <u>Voluntary Petitions</u>

1. Energy Future Holdings Corp.

2. Texas Competitive Electric Holdings Company LLC

3. 4Change Energy Company

4. 4Change Energy Holdings LLC

5. Big Brown 3 Power Company LLC

6. Big Brown Lignite Company LLC

7. Big Brown Power Company LLC

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Any party who wishes to appear telephonically at the May 1, 2014 hearing must contact COURTCALL, LLC at 866-582-6878.

RLF1 10255334v.1

8. Brighten Energy LLC
9. Brighten Holdings LLC
10. Collin Power Company LLC
11. Dallas Power & Light Company, Inc.
12. DeCordova Power Company LLC
13. DeCordova II Power Company LLC
14. Eagle Mountain Power Company LLC
15. Ebasco Services of Canada Limited
16. EEC Holdings, Inc.
17. EECI, Inc.
18. EFH Australia (No. 2) Holdings Company
19. EFH CG Holdings Company LP
20. EFH CG Management Company LLC
21. EFH Corporate Services Company
22. EFH Finance (No. 2) Holdings Company
23. EFH FS Holdings Company
24. EFH Renewables Company LLC
25. EFIH Finance Inc.
26. Energy Future Competitive Holdings Company LLC
27. Energy Future Intermediate Holding Company LLC
28. Generation Development Company LLC
29. Generation MT Company LLC
30. Generation SVC Company
31. Lake Creek 3 Power Company LLC
32. Lone Star Energy Company, Inc.

33. Lone Star Pipeline Company, Inc.
34. LSGT Gas Company LLC
35. LSGT SACROC, Inc.
36. Luminant Big Brown Mining Company LLC
37. Luminant Energy Company LLC
38. Luminant Energy Trading California Company
39. Luminant ET Services Company
40. Luminant Generation Company LLC
41. Luminant Holding Company LLC
42. Luminant Mineral Development Company LLC
43. Luminant Mining Company LLC
44. Luminant Renewables Company LLC
45. Martin Lake 4 Power Company LLC
46. Monticello 4 Power Company LLC
47. Morgan Creek 7 Power Company LLC
48. NCA Development Company LLC
49. NCA Resources Development Company LLC
50. Oak Grove Management Company LLC
51. Oak Grove Mining Company LLC
52. Oak Grove Power Company LLC
53. Sandow Power Company LLC
54. Southwestern Electric Service Company, Inc.
55. TCEH Finance, Inc.
56. Texas Electric Service Company, Inc.
57. Texas Energy Industries Company, Inc.

58. Texas Power & Light Company, Inc.

59. Texas Utilities Company, Inc.

60. Texas Utilities Electric Company, Inc.

61. TradingHouse 3 & 4 Power Company LLC

62. TradingHouse Power Company LLC

63. TXU Electric Company, Inc.

64. TXU Energy Receivables Company LLC

65. TXU Energy Retail Company LLC

66. TXU Energy Solutions Company LLC

67. TXU Receivables Company

68. TXU Retail Services Company

69. TXU SEM Company

70. Valley NG Power Company LLC

71. Valley Power Company LLC

B. Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, in Support of First Day Motions [Docket No. 98; filed April 29, 2014]

C. <u>First Day Motions</u>

1. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 17; filed April 29, 2014]

2. Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) An Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) A Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay [Docket No. 74; filed April 29, 2014]

-4-

       i.      Motion Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal the Certain Fee Letter Related to Proposed Debtor-in-Possession Financing [Docket No. 39; filed April 29, 2014]

3.      Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Docket No. 73; filed April 29, 2014]

       i.      Motion Authorizing Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates to File Under Seal the Certain Fee Letter Related to Proposed Debtors-in-Possession Financing [Docket No. 36; filed April 29, 2014]

4.      Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Docket No. 71; filed April 29, 2014]

5.      Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Certain Prepetition Compensation and Reimbursable Employee Expenses, (II) Pay and Honor Employee and Retiree Medical and Similar Benefits, and (III) Continue Employee and Retiree Benefit Programs, and (B) Modifying the Automatic Stay [Docket No. 25; filed April 29, 2014]

       i.      Supplemental Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, in Support of Wages and Benefits Motion [Docket No. 46; filed April 29, 2014]

6.      Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [Docket No. 37; filed April 29, 2014]

7.      Motion of Energy Future Holdings Corp., *et al.*, for Entry of (A) An Order Authorizing the Debtors to (I) Maintain and Administer Customer Programs and Customer Agreements, (II) Honor Prepetition Obligations Related Thereto, (III) Pay Certain Expenses on Behalf of Certain Organizations, (IV) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (V) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter

11 Cases, Assumption of Customer Agreements, and the Bar Dates for Customer Claims and (B) An Order Authorizing Certain of the Debtors to Assume the Customer Agreements [Docket No. 31; filed April 29, 2014][3]

8. Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Critical Vendor Claims [Docket No. 29; filed April 29, 2014]

9. Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Grant Administrative Expenses Priority to all Undisputed Obligations for Goods and Services Ordered Prepetition and Delivered Postpetition and Satisfy Such Obligations in the Ordinary Course of Business, and (B) Pay Prepetition Claims of Shippers, Warehousemen, and Materialmen [Docket No. 27; filed April 29, 2014]

10. Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements [Docket No. 41; filed April 29, 2014]

11. Motion of Energy Future Holdings Corp., *et al.*, for Entry of (A) An Order Authorizing Certain of the Debtors to Pay Certain Prepetition Transition Charges and Delivery Charges and (B) An Order Authorizing Certain of the Debtors to Assume Transmission and Distribution Service Agreements [Docket No. 38; filed April 29, 2014]

12. Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 26; filed April 29, 2014]

13. Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees [Docket No. 23; filed April 29, 2014]

14. Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Retention and Appointment of Epiq Bankruptcy Solutions, LLC as the Claims and Noticing Agent for the Debtors [Docket No. 24; filed April 29, 2014]

---

[3] The hearing on the Assumption Order (as such term is defined in the motion) will be heard at a later date.

15. Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor [Docket No. 28; filed: April 29, 2014]

D. <u>Other Motion</u>

Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain of the Debtors to Assume Standard Form Market Participant Agreements with ERCOT [Docket No. 40; filed April 29, 2014][4]

Dated: April 29, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (*pro hac vice* pending)
Edward O. Sassower, P.C. (*pro hac vice* pending)
Stephen E. Hessler (*pro hac vice* pending)
Brian E. Schartz (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
          edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

---

[4] The hearing on this motion will take place at a later date on appropriate notice, and no relief in connection with this motion is being sought at the first-day hearing.

-and-

James H.M. Sprayregen, P.C. (*pro hac vice* pending)
Chad J. Husnick (*pro hac vice* pending)
Steven N. Serajeddini (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession