## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS, CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Joint Administration Pending)<br>**Re: Docket No. 93** |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Matthew M. Roose of Fried, Frank, Harris, Shriver & Jacobson LLP, to represent certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates in this action.

Dated: April 29, 2014

/s/ *Michael J. Joyce*
Michael J. Joyce (No. 4563)
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 777-4200

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 29, 2014

/s/ *Matthew M. Roose*
Matthew M. Roose
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8029
Facsimile: (212) 859-4000
Email: matthew.roose@friedfrank.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 4/30, 2014

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge