IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Requested) |

### ORDER FOR
### *PRO HAC VICE* ADMISSION OF FREDRIC SOSNICK

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Fredric Sosnick is granted.

Dated: 4-29, 2014

_____
United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PAC 1144250v.1/40993