## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | )    Case No. 14-10979 (CSS) |
| | ) |
|            Debtors. | )    (Joint Administration Requested) |
| | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Dennis F. Dunne, Esq., of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, to represent Citibank, N.A. in connection with this case and/or any related proceedings.

Dated: April 29, 2014
                                      /s/ Howard A. Cohen
                                      Howard A. Cohen (DE 4082)
                                      Drinker Biddle & Reath LLP
                                      222 Delaware Ave., Ste. 1410
                                      Wilmington, Delaware 19801-1621
                                      Telephone: (302) 467-4200
                                      Facsimile: (302) 467-4201

                                      *Counsel for Citibank, N.A.*

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

WM01/ 7956449.1

DATE: _____ 4-29-14 _____

DOCKET: _____ 84 _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court. I further certify that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, the United States District Courts for the Southern District of New York and the Northern District of New York, and the United States Court of Appeals for the Second Circuit. Pursuant to Bankruptcy Court Local Rule 9010-1(b), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005 (as revised on July 23, 2009). I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: April 29, 2014

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

/s/ Dennis F. Dunne
Dennis F. Dunne
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: 4-30 , 2014

UNITED STATES BANKRUPTCY JUDGE

WM01/ 7956449.1