IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors | : | Joint Administration Requested |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of William P. Weintraub to represent Aurelius Capital Management, LP in the above-captioned cases.

/s/ Michael G. Busenkell
Michael G. Busenkell
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5812
mbusenkell@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars in California and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

William P. Weintraub
Stutman, Treister & Glatt, PC
675 Third Avenue, Suite 2216
New York, NY 10017-5714
wweintraub@Stutman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 4-30-14

United States Bankruptcy Judge

#75
4-29-14