**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) ) **Energy Future Holdings Corp.**, *et al.*, ) ) **Debtors.** ) ) ) ) ) | **Chapter 11** **Case No. 14-10979 (CSS)** **(Join Administration Pending)** |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE,
AND CONSENT TO SERVICE OF DOCUMENTS BY EMAIL**

In accordance with Section 1109(b) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 9010(b), and Local Rule 9010-1(e)(iii), the undersigned counsel hereby gives notice of his appearance as counsel for Pinnacle Technical Resources, Inc.—a creditor and party-in-interest in this proceeding—and requests that all notices given or required to be given and all papers served or required to be served in this case and/or any case consolidated or jointly administered herewith be given to and served upon the following counsel:

> Benjamin L. Stewart
> BAILEY BRAUER PLLC
> Campbell Centre I
> 8350 N. Central Expy, Suite 935
> Dallas, Texas 75206
> Telephone:  (214) 360-7433
> Telecopier:  (214) 360-7435
> benjamin.stewart@kellyhart.com

This request encompasses all notices, copies, and pleadings referred to in 11 U.S.C. §§ 101, *et seq.*, all applicable Federal Rules of Bankruptcy Procedure, and all Local Rules, including, but not limited to, notices of any motions, orders, petitions, complaints, demands, applications, pleadings, requests, and any other documents brought before this Court in this matter which affect or seek to affect this matter.

**CONSENT TO SERVICE BY EMAIL**

I, Benjamin L. Stewart, on behalf of the Firm named below certify that the Firm represents the Party named below. The Firm consents to service of documents in the above-referenced case by receipt of documents in an email to the email address below. The consent remains effective until it is withdrawn by submitting a signed written notice to the Clerk of the bankruptcy Court and served on Debtors' counsel.

| Pinnacle Technical Resources, Inc. | Bailey Brauer PLLC |
|---|---|
| Party Represented | Firm |
| | |
| bstewart@baileybrauer.com | April 30, 2014 |
| Email Address | Date |

The Firm consents to service by email only in the above-referenced case. The Firm agrees that documents sent to the foregoing email address shall constitute effective service of all papers and notices governed by Rule 7005 of the Federal Rules of Bankruptcy Procedure (incorporating Rule 5 of the Federal Rules of Civil Procedure), Rule 9022 of the Federal Rules of Bankruptcy Procedure, and all paper and notices governed by Rule 9014(b) of the Federal Rules of Bankruptcy Procedures, except as otherwise provided by law. Service of initiating pleadings on a party to a proceeding, such as the summons and complaint in an adversary proceeding or an involuntary bankruptcy proceeding, must be made as provided by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, statute, Local Rule, or other applicable law. The Return of Service of Summons or, as applicable, the Certificate of Service, may be made electronically.

Dated: April 30, 2014.

Respectfully submitted,

*/s/ Benjamin L. Stewart*
Benjamin L. Stewart
bstewart@baileybrauer.com

BAILEY BRAUER PLLC
Campbell Centre I
8150 N. Central Expy, Suite 935
Dallas, Texas 75206
Tel: (214) 360-7424
Fax: (214) 292-9551

**ATTORNEY FOR PINNACLE TECHNICAL RESOURCES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2014, a true and correct copy of the foregoing document was served by the Court's Electronic Filing System on all counsel and pro se parties who have entered an appearance or requested service in this case.

*/s/ Benjamin L. Stewart*
Benjamin L. Stewart