IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Joint Administration Pending) |

------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Cousins Chipman & Brown, LLP and Akin Gump Strauss Hauer & Feld LLP, counsel to the ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes due December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "***Ad Hoc Committee of EFIH Unsecured Noteholders***") and the parties to that certain second lien Commitment Letter, dated April 28, 2014, with Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company, LLC (the "***EFIH Second Lien DIP Commitment Parties***"), hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

Scott D. Cousins
Mark D. Olivere
Ann M. Kashishian

**COUSINS CHIPMAN & BROWN, LLP**
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: cousins@ccbllp.com
olivere@ccbllp.com
kashishian@ccbllp.com

Ira S. Dizengoff
Abid Qureshi
Stephen M. Baldini
Meredith A. Lahaie
Robert J. Boller
Christopher W. Carty
Lindsay K. Zahradka

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
aqureshi@akingump.com
sbaldini@akingump.com
mlahaie@akingump.com
rboller@akingump.com
ccarty@akingump.com
lzahradka@akingump.com

*and*

Scott L. Alberino
Joanna F. Newdeck

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: salberino@akingump.com
jnewdeck@akingump.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or

2

informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the rights of the Ad Hoc Committee of EFIH Unsecured Noteholders or the EFIH Second Lien DIP Commitment Parties to (i) have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Committee of EFIH Unsecured Noteholders or the EFIH Second Lien DIP Commitment Parties are or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: April 30, 2014  
Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

_/s/ Scott D. Cousins_  
Scott D. Cousins (No. 3079)  
Mark D. Olivere (No. 4291)  
Ann M. Kashishian (No. 5622)  
1007 North Orange Street, Suite 1110  
Wilmington, Delaware 19801  
Telephone:  (302) 295-0191  
Facsimile:  (302) 295-0199  
Email:   cousins@ccbllp.com  
     olivere@ccbllp.com  
     kashishian@ccbllp.com

- and -

Ira S. Dizengoff
Abid Qureshi
Stephen M. Baldini
Meredith A. Lahaie
Robert J. Boller
Christopher W. Carty
Lindsay Zahradka

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone:     (212) 872-1000
Facsimile:      (212) 872-1002
Email:            idizengoff@akingump.com
                     aqureshi@akingump.com
                     sbaldini@akingump.com
                     rboller@akingump.com
                     mlahaie@akingump.com
                     ccarty@akingump.com
                     lzahradka@akingump.com

- and –

Scott L. Alberino
Joanna F. Newdeck

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:     (202) 887-4000
Facsimile:      (202) 887-4288
Email:            salberino@akingump.com
                     jnewdeck@akingump.com