# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 30, 2014

HAND DELIVERY

The Honorable Christopher S. Sontchi
United States Bankruptcy Court for
The District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

    Re:    *In re Energy Future Holdings Corp., et al.*; Case No. 14-10979 (CSS)
           (Joint Administration Requested)

Dear Judge Sontchi:

    We, along with the Brown Rudnick LLP and Dentons US LLP firms, represent Wilmington Savings Fund Society, FSB (the "Trustee"), as successor trustee under that certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas Competitive Electric Holdings, LLC ("TCEH"), TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee (the "Indenture"), in connection with the bankruptcy proceedings commenced yesterday by Energy Future Holdings Corp., TCEH and certain of their affiliates (together, the "Debtors").

    As Your Honor is aware, on behalf of the Trustee we filed very early yesterday morning the Trustee's (i) *Motion to Transfer Cases to the United States District Court for the Northern District of Texas* [Docket No. 5] (the "Venue Motion") and (ii) *Motion for Authority to Conduct Rule 2004 Discovery of The Debtors, Affiliates and Certain Third Parties* [Docket No. 6] (the "Rule 2004 Motion"). Contemporaneously we filed a Motion to Shorten Notice of, and Schedule Hearings On, the Venue Motion and Rule 2004 Motion [Docket No. 8] (the "Motion to Shorten"). Copies of the Motion to Shorten, Venue Motion (and related Appendix [Docket No. 3]) and Rule 2004 Motion (and related Appendix [Docket No. 7]) have been delivered to Your Honor's Chambers.

{00853650;v1 }

The Honorable Christopher S. Sontchi
April 30, 2014
Page 2 of 2

    The Trustee respectfully requests the opportunity to address the Motion to Shorten and scheduling of the Venue Motion and the Rule 2004 Motion at tomorrow morning's first day hearing in the cases. The urgency that compels the Trustee to request expedited consideration of the Venue Motion and the Rule 2004 Motion is summarized in the Motion to Shorten Notice and described in detail in the Venue Motion and Rule 2004 Motion.

    We have requested that the Debtors amend the agenda for tomorrow's hearing to include the Motion to Shorten Notice, but as of the submission of this letter have not received a response.

    We are available at the Court's convenience in the event Your Honor has any questions or concerns regarding this matter.

                                          Respectfully submitted,

                                          /s/ William P. Bowden (I.D. #2553)

                                          William P. Bowden (I.D. #2553)

cc:     Edward S. Weisfelner, Esq. (via email)
         Jeffrey L. Jonas, Esq. (via email)
         Howard Siegel, Esq. (via email)
         Hugh M. McDonald (via email)
         Louis A. Curcio, Esq. (via email)
         Mark D. Collins, Esq. (via email)
         Daniel J. DeFranceschi, Esq. (via email)
         Jason M. Madron, Esq. (via email)
         Richard M. Cieri, Esq. (via email)
         Edward Sassower, P.C. (via email)
         James H.M. Sprayregen, P.C. (via email)
         Chad Husnick, Esq. (via email)
         Richard Schepacarter, Esq. (via email)

{00853650;v1 }