IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORPORATION, et al., | ) ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) Joint Administration Requested ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Andrew G. Devore, Esquire of Ropes & Gray LLP to represent CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee, in the above-referenced cases.

Dated: April 30, 2014

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Andrew G. Devore, Esquire
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

52881/0001-10562963v1