IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* PURSUANT TO DEL. BANKR. L.R. 9010-1

1. Jason M. Madron, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of Andrew McGaan (the "Admittee") of Kirkland & Ellis LLP, 300 North LaSalle Chicago, IL 60654, to represent the above-captioned debtors and debtors in possession in the above-captioned cases. The Admittee is a member in good standing of the Bar of the States of Connecticut and Illinois, and is admitted to practice before the United States District Court for the District of Connecticut, Southern and Eastern Districts of New York, the Northern District of Illinois, and the United States Court of Appeals for the Seventh, Ninth and Eleventh Circuits.

Dated: April 29, 2014
Wilmington, Delaware

Jason M. Madron (Bar No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: Madron@rlf.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10251017v.1

2. Pursuant to Local Rule 9010-1, the Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1, and has access to, or has acquired, a copy of the Local Rules and is generally familiar with those Local Rules. In accordance with the *Revised Standing Order for District Court Fund* effective July 23, 2009, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the United States District Court for the District of Delaware prior to the filing of this motion.

/s/ Andrew McGaan
Andrew McGaan
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: andrew.mcgaan@kirkland.com

3. Motion granted.

Dated: 4-30, 2014
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 10251017v.1