IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Joint Administration Requested |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
COUNTY OF NEW CASTLE )

      Cathie Boyer McCloskey, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Ashby & Geddes, P.A., co-counsel to Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee, and that on April 29, 2014 she caused a true and correct copy of the documents referenced below to be served upon the parties on the attached list in the manner indicated.

- **Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas [Docket No. 5];**

- **Appendix to Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas [Docket No. 3];**

- **Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties [Docket No. 6];**

- **Appendix to Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties [Docket No. 7]; and**

- **Motion of Wilmington Savings Fund Society, FSB Pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [Docket No. 8]**

_Cathie Boyer McCloskey_
Cathie Boyer McCloskey

SWORN TO AND SUBSCRIBED before me this 30th day of April, 2014.

_Michele Kipp_
Notary Public



{00853790;v1}                                                2

**HAND DELIVERY**
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

**U.S. MAIL**
Richard M. Cieri, Esq.
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

**HAND DELIVERY**
Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**U.S. MAIL**
James H.M. Sprayregen, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654