# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Joint Administration Pending) |
| | ) |

## CERTIFICATION OF SERVICE

I, Mark E. Felger, hereby certify that on this date, I caused a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served via U.S. first-class mail, postage fully pre-paid on all of those parties on the attached service list:

Dated: April 30, 2014
      Wilmington, Delaware

                                        Mark E. Felger, Esq. (No. 3919)
                                        Cozen O'Connor
                                        1201 North Market Street, Suite 1001
                                        Wilmington, DE 19801
                                        Telephone: (302) 295-2087
                                        Facsimile: (302) 295-2013
                                        Email: mfelger@cozen.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Richard M. Cieri
Stephen E. Hessler
James H.M. Sprayregen
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Mark D. Collins
Daniel J. DeFransceschi
Jason Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mark E. McKane,
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

William P. Bowden
Gregory A. Taylor
Ashby & Geddes, PA
500 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

Hugh M. McdDonald
Louis A. Curcio
Oscar N. Pinkas
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

Edward S. Weisfelner
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Jeffrey L. Jonas
Andrew P. Strehle
Jereby B. Coffey
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Howard L. Siegel
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103

Rachel Obaldo
Assistant Attorney General
John Mark Stern
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Hal F. Morris
Ashley Flynn Bartram
Nicole D. Mignone
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Mark Minuti,
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Russell L. Munsch,
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin TX 78701-4071

Kevin M. Lippman,
Munsch Hardt Kopf & Han, P.C.
500 N. Akard Street
Suite 3800
Dallas TX 75201-6659

Somervell County et al
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430

c/o Owen M. Sonik
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West
Suite 600
Houston, TX 77008

Philip D. Anker,
George W. Shuster, Jr.,
WILMER CUTLER PICKERING HALE
ANDDORRLLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

Adam G. Landis,
Matthew B. McGuire,
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

<div style="display: flex;">

<div>

Benjamin W. Loveland,
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109

Frederick Sosnick
Ned Schodek
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Geoffrey Gay
Lloyd Gosselink Rochelle & townsend, PC
816 Congress Avenue, Suite 1900
Austin, TX 78701

Elizabeth Weller
John P. Dillman
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway, Suite 1000
DALLAS, TX 75207

Peter S. Goodman,
Michael R. Carney,
MCKOOL SMITH
One Bryant Park
4ih Floor
New York, New York 10036

</div>

<div>

Laurie Selber Silverstein
Jeremy W. Ryan
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Michael A. McConnell
Clay Taylor
Katherine Thomas
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Marc J. Phillips
Manion Gaynor & Manning LLP
The Nemours Building
1007 N. Orange Street, 10th Floor
Wilmington, DE 19801

Harold L. Kaplan
Mark F. Hebbeln
Lars A. Peterson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Karen C. Bifferato
Kelly M. conlan
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

</div>

</div>

Jeffrey S. Sabin
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Julie Frost-Davies
Christopher L. Carter
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Desiree M. Amador
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Michael G. Busenkell
Gellert Scali busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

William P. Weintraub
Kizzy L. Jarashow
Stutman Treister & Glatt, PC
675 Third Avenue, Suite 2216
New York, NY 10017-5714

Michael J. Joyce
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

Brad Eric Scheler
Gary L. Kaplan
Matthew M. Roose
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

David E. Leta
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

MORRIS NICHOLS ARSHT & TUNNELL LLP
Derek C. Abbott
Andrew R. Remming
Erin R. Fay
1201 North Market Street, Suite 1600
Wilmington, DE 19801

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason,
Emil A. Kleinhaus,
Austin T. Witt,
51 West 52nd Street
New York, NY 10019

<div style="display: flex;">

Lee Gordon
McCreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, Texas 78680

Alan W. Kornberg
Kelley A. Cornish
Brian S. Hermann
Jacob A. Adlerstein
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019

Jay M. Goffman,
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

James Prince
Omar J. Alaniz
Ian E. Roberts
Baker Botts L.L.P.
2001 Ross Ave.
Dallas, TX 75201-2980

Benjamin L. Stewart
BAILEY BRAUER PLLC
Campbell Centre I
8350 N. Central Expy, Suite 935
Dallas, Texas 75206

Pauline K. Morgan
Joel A. Waite
Ryan M. Bartley
Andrew L. Magaziner
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Mark S. Chehi,
Kristhy M. Peguero,
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Steven K. Kortanek
Mark L. Desgrosseilliers
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Edward M. King,
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202

Jeffrey R. Fine
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201

</div>

| | |
|---|---|
| Christine C. Ryan<br>Brickfield, Burchette, Ritts & Stone, P.C.<br>1025 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | Scott D. Cousins<br>Mark D. Olivere<br>Ann M. Kashishian<br>Cousins Chipman & Brown, LLP<br>1007 N. Orange Street, Suite 1110<br>Wilmington, DE 19801 |
| Ira S. Dizengoff<br>Abid Qureshi<br>Stephen M. Baldini<br>Meredith A. Lahaie<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036 | Scott L. Alberino<br>Joanna F. Newdeck<br>Akin gump Strauss Hauer & feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036-1564 |
| Stephanie Wickouski,<br>Michelle McMahon,<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Tina Vitale, B.A.; LL.B.<br>Senior VP, Corporate Trust<br>Computershare<br>480 Washington Blvd.<br>Jersey City NJ 07310 |
| Thomas Moers Mayer,<br>Gregory A. Horowitz,<br>Joshua K. Brody,<br>Philip Bentley,<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Laura Davis Jones,<br>Robert J. Feinstein,<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 |