## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the States of Florida and Texas, admitted to practice before the United States Courts of Appeals for the Second, Fifth and Eleventh Circuits, as well as the United States District Courts for the Southern, Middle and Northern Districts of Florida, and the Northern and Southern Districts of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: April 30, 2014

_____
Thomas E. Lauria, Esquire
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone:   (305) 371-2700
Facsimile:   (305) 358-5744

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: April ___, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2