## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the States of New York and Rhode Island, am admitted to practice before the United States District Court for the Southern District of New York, the United States Courts of Appeals for the Second, Fifth and Federal Circuits, and the Supreme Court of the United States and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: April 30, 2014

_____
J. Christopher Shore, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:    (212) 819-8394
Facsimile:    (212) 354-8113

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: April ___, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2