## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New York and the District of Columbia, am admitted to practice before the United States District Courts for the Southern, Eastern and Northern Districts of New York, the United States Court of Appeals for the Second Circuit, and the Supreme Court of the United States and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, for the District Court.

Dated: April 30, 2014

_____
Gregory M. Starner, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:    (212) 819 8839
Facsimile:    (212) 354-8113

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: April ___, 2014            _____
                                 The Honorable Christopher S. Sontchi
                                 United States Bankruptcy Judge

2

ACTIVE 25539078v1 00/00/0000