IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al[1]., | Case No. 14-10979 (CSS) |
| Debtors. | (Joint Administration Pending) |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Atmos Energy Corporation, by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in this/these case(s) and all papers served in this/these case(s) be given to and served upon the undersigned at the offices set forth below:

> Daniel K. Astin (No. 4068)
> John D. McLaughlin, Jr. (No. 4123)
> Joseph J. McMahon, Jr. (No. 4819)
> 1204 N. King Street
> Wilmington, Delaware 19801
> Tel: (302) 658-1100
> Fax: (302) 658-1300
> jmcmahon@ciardilaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Stephen C. Stapleton, Esquire
COWLES & THOMPSON
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 75202
Tel: (214) 672-2109
Fax: (214) 672-2309
sstapleton@cowlesthompson.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects the Debtor(s) or the property of the Debtor(s).

PLEASE TAKE FURTHER NOTICE that Atmos Energy Corporation does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) its right to trial by jury in any proceeding so triable in this/these case(s) or in any case, controversy, or proceeding related to this/these case(s); or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: April 30, 2014
      Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Daniel K. Astin*

Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmcmahon@ciardilaw.com

and-

Stephen C. Stapleton, Esquire
COWLES & THOMPSON
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 75202
Tel: (214) 672-2109
Fax: (214) 672-2309

*Counsel to Atmos Energy Corporation*