## CERTIFICATE OF SERVICE

I, Joseph J. McMahon, Jr., hereby certify that on the 30th day of April, 2014, I caused a copy of the *Notice of Entry of Appearance and Request for Notices and Service of Papers* to be served *via* first-class U.S. mail upon the following:

_____
Joseph J. McMahon, Jr. (No. 4819)

**Daniel J. DeFranceschi**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Richard M. Cieri**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

**David R. Dempsey**
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

**Chad J. Husnick**
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654