IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Joint Administration Pending) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

QUARLES & BRADY LLP, and CIARDI CIARDI & ASTIN, attorneys for TXU 2007-1 Railcar Leasing LLC ("**TXU**"), hereby request that they receive notice of all proceedings in these matters, including, but not limited to, any notices in the above-referenced administrative matters and any related adversary proceedings and that the following names be added to the master mailing list:

John A. Harris, Esq.
Jason D. Curry, Esq.
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
602- 229-5200
Email: john.harris@quarles.com
Email: jason.curry@quarles.com

Daniel K. Astin, Esq.
Joseph J. McMahon, Jr., Esq.
CIARDI CIARDI & ASTIN
1204 North King Street
Wilmington, Delaware 19801
302-658-1100
E-mail: jmcmahon@ciardilaw.com

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of TXU's:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

QB\023718.00022\26708250.1

-2-

  (a) Right to have any and all final orders for any and all non-core matters entered only after a de novo review by a United States District Court;

  (b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. §157 and whether such jury trial right is pursuant to statute or the United States Constitution;

  (c) Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

  (d) Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by TXU without exception and shall not be waived, confessed or conceded by filing this notice or by any other participation in these matters.

Dated: April 30, 2014

          Respectfully submitted,

          CIARDI CIARDI & ASTIN

          _____
          Daniel K. Astin (No. 4068)
          Joseph J. McMahon, Jr. (No. 4819)
          1204 North King Street
          Wilmington, Delaware 19801
          Telephone: 302-658-1100
          Facsimile: 302-658-1300

          -and-

          QUARLES & BRADY LLP
          John A. Harris (*pro hac vice* admission pending)
          Jason D. Curry (*pro hac vice* admission pending)
          Renaissance One
          Two North Central Avenue
          Phoenix, Arizona 85004-2391
          Telephone: 602-229-5200
          Facsimile: 602-229-5690

          Attorneys for TXU 2007-1 Railcar Leasing LLC