IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| | (Joint Administration Requested) |
| Debtors. | |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY,
AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE THAT** Law Debenture Trust Company of New York, in its capacity as Indenture Trustee ("Law Debenture") in connection with (i) $3.488 billion of 10.25% unsecured senior notes due 2015 and (ii) $1.749 billion of 10.50/11.25% unsecured senior toggle notes due 2016, issued by debtors Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc., as creditor and party in interest in the above-captioned case, hereby appears by its counsel, Patterson Belknap Webb & Tyler LLP and Morris James LLP, and such counsel hereby enter their appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby request, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

7069958

| | |
|---|---|
| Stephen M. Miller (DE Bar No. 2610) | Daniel A. Lowenthal |
| MORRIS JAMES LLP | Craig W. Dent |
| 500 Delaware Avenue, Suite 1500 | PATTERSON BELKNAP WEBB & TYLER LLP |
| P.O. Box 2306 | 1133 Avenue of the Americas |
| Wilmington, DE  19899-2306 | New York, NY 10036-6710 |
| Telephone:  (302) 888-6800 | Telephone:  (212) 336-2000 |
| Facsimile:  (302) 571-1750 | Facsimile:  (212) 336-2222 |
| E-mail:  smiller@morrisjames.com | E-mail:  dalowenthal@pbwt.com |
| | E-mail:  cdent@pbwt.com |

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) Law Debenture's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) Law Debenture's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Law Debenture's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Law Debenture may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Law Debenture expressly reserves.

[*Signature page follows*]

7069958

Dated:  April 30, 2014

**MORRIS JAMES LLP**

_/s/ Stephen M. Miller_
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302)888-6800
Facsimile:  (302) 571-1750
E-mail:  smiller@morrisjames.com

and

Daniel A. Lowenthal
Craig W. Dent
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
E-mail:  dalowenthal@pbwt.com
E-mail:  cdent@pbwt.com

Attorneys for Law Debenture Trust Company of New York, in its capacity as Indenture Trustee