## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) | (Joint Administration Requested) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | **Related to Docket No. 166** |

## AFFIDAVIT OF SERVICE

Linda L. Miazza, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for (i) Computershare Trust Company, N.A., and Computershare Trust Company of Canada in its capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senior Secured Second Lien Notes due 2022 issued by Energy Future Intermediate Holding Company, LLC and EFIH Finance Inc., and (ii) an ad hoc group of EFIH Second Lien Noteholders , and that on the 30th day of April, 2014, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**Notice of Appearance**

*Linda L. Miazza*
Linda L. Miazza

SWORN TO AND SUBSCRIBED
by me on this 30th day of April, 2014.

Notary Public
My Commission Expires: _____

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

DOCS_DE:192954.1 23731/001

Energy Future Holdings Corp. 2002 First
Class Service List
Case No. 14-10979 (CSS)
Document No. 192913
016 – Hand Delivery
002 – Interoffice
096 – First Class Mail
001 – Foreign First Class Mail


(Counsel for EFIH)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899

**Interoffice Mail (NY)**
(Counsel for EFIH)
Robert J. Feinstein, Esquire
John A. Morris, Esquire
Maria A. Bove, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017

**Interoffice Mail (LA)**
(Counsel for EFIH)
Dean A. Ziehl, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

**Hand Delivery**
(U.S. Trustee)
Richard Schepacarter, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Wilmington Savings Fund
Society)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
PO Box 1150
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Marathon Asset Management,
LP; Alcoa Inc.)
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Deutsche Bank AG New York
Branch)
Laurie Selber Silverstein, Esquire
Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Steering Committee of Cities
Served by Oncor)
Marc J. Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Pacific Investment
Management Co., LLC)
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE  19801

**Hand Delivery**
(Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**Hand Delivery**
(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership; certain other
direct or indirect holders of equity interests
in Energy Future Holdings Corp)
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE  19801

**Hand Delivery**
(Counsel for certain funds/accounts advised
or sub-advised by Fidelity Management &
Research Company
Michael J. Joyce, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
PO Box 1380
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Borealis Infrastructure
Management Inc.)
Mark S. Chehi, Esquire
Kristhy M. Peguero, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Citibank, N.A.)
Howard A. Cohen, Esquire
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Aurelius Capital Management, LP)
Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

**First Class Mail**
(Counsel for EFIH)
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**First Class Mail**
(Counsel for EIGH)
Stephanie Wickouski, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**First Class Mail**
Office of the General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Andrew M. Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
(Counsel for Wilmington Savings Fund
Society)
Hugh M. McDonald, Esquire
Louis A. Curcio, Esquire
Oscar N. Pinkas, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

**First Class Mail**
(Counsel for Wilmington Savings Fund
Society)
Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**First Class Mail**
(Counsel for Wilmington Savings Fund
Society)
Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

**First Class Mail**
(Counsel for Wilmington Savings Fund
Society)
Howard L. Siegel, Esquire
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103

**First Class Mail**
(Counsel for Comptroller of Public
Accounts of State of Texas)
Rachel Obaldo, Esquire, AAG
John Mark Stern, Esquire, AAG
Greg Abbott, Esquire
Office of the Texas Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

**First Class Mail**
(Counsel for Texas Office of Public Utility
Counsel)
Jason A. Starks, Esquire
Assistant Attorney General
Greg Abbott, Esquire
Daniel T. Hodge, Esquire
John B. Scott, Esquire
Ronald R. DelVento, Esquire Bankruptcy &
Collections Division
PO Box 12548
Austin, TX 78711

**First Class Mail**
(Counsel for Public Utility Commission of
Texas; Texas Commission on
Environmental Quality; Railroad
Commission of Texas)
Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

**First Class Mail**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX 78701-4071

**First Class Mail**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

**First Class Mail**
(Counsel for Somervell County et al.)
Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
PO Box 13430
Arlington, TX 76094-0430

**First Class Mail**
(Counsel for Galena Park Independent
School District)
Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
1235 North Loop West, Suite 600
Houston, TX 77008

**First Class Mail**
(Counsel for Marathon Asset Management,
LP)
Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

**First Class Mail**
(Counsel for Marathon Asset Management,
LP)
Benjamin W. Loveland, Esquire
Wilmer Cutler Pickering Hale and Dorr,
LLP
60 State Street
Boston, MA 02109

**First Class Mail**
(Counsel for Deutsche Bank AG New York
Branch)
Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

**First Class Mail**
(Counsel for Steering Committee of Cities
Served by Oncor)
Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

**First Class Mail**
(Counsel for Steering Committee of Cities
Served by Oncor)
Geoffrey Gay, Esquire
Lloyd Gosselink Rochelle & Townsend,
P.C.
816 Congress Avenue, Suite 1900
Austin, TX 78701

**First Class Mail**
(Counsel for UMB Bank, N.A.)
Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

**First Class Mail**
(Counsel for Alcoa Inc.)
Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036

**First Class Mail**
(Counsel for Alcoa Inc.)
Paul D. Moak, Esquire
McKool Smith
600 Travis Street, Suite 7000
Houston, TX 77002

**First Class Mail**
(Counsel for Pacific Investment
Management Co., LLC)
Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

**First Class Mail**
(Counsel for Pacific Investment
Management Co., LLC)
Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA  02110-1726

**First Class Mail**
(Pension Benefit Guaranty Corporation)
Desiree M. Amador, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

**First Class Mail**
 (Counsel to Sitel, LLC)
Edward M. King, Esquire
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY  40202

**First Class Mail**
 (Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
James Prince, Esquire
Omar J. Alaniz, Esquire
Ian E. Roberts, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201

**First Class Mail**
 (Counsel for Borealis Infrastructure
Management Inc.)
Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

**First Class Mail**
(Counsel for Borealis Infrastructure
Management Inc.)
George N. Panagakis, Esquire
Carl T. Tullson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL  60606

**First Class Mail**
(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY  10019

**First Class Mail**
 (Counsel for Texas Ad Valorem Taxing
Jurisdictions)
Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX  78680

**First Class Mail**
(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership; certain other
direct or indirect holders of equity interests
in Energy Future Holdings Corp)
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019

**First Class Mail**
 (Counsel for Headwaters Resource s, Inc.)
David E. Leta, Esquire
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT  84101

**First Class Mail**
(Counsel for Harris County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253

**First Class Mail**
 (Counsel for Harris County)
Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

**First Class Mail**
 (Counsel for certain funds/accounts advised
or sub-advised by Fidelity Management &
Research Company
Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Schriver & Jacobson
LLP
One New York Plaza
New York, NY  10004

**First Class Mail**
 (Counsel for Aurelius Capital Management,
LP)
William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
Stutman, Treister & Glatt, PC
675 Third Avenue, Suite 2216
New York, NY  10017

**First Class Mail**
(Top 50)
Law Debenture Trust Company Of New
York
Frank Godino - Vice President
400 Madison Avenue, Suite 4D
New York, NY  10017

**First Class Mail**
(Top 50)
Law Debenture Trust Company of New
York
Daniel A. Lowenthal, Counsel
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

**First Class Mail**
(Top 50)
American Stock Transfer and Trust
Company, LLC
Paul Kim, General Counsel
6201 15th Avenue
Brooklyn, NY  11219

**First Class Mail**
(Top 50)
American Stock Transfer and Trust
Company, LLC
Amelia M. Charamba, Counsel
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

**First Class Mail**
(Top 50)
UMB BANK, N.A.
Laura Roberson, Vice President
2 South Broadway, Suite 600
St Louis, MO  63102

**First Class Mail**
(Top 50)
UMB Bank, N.A.
Harold L Kaplan
Mark F Hebbeln, Counsel
Foley & Lardner, LLP
321 N Clark Street, Suite 2800
Chicago, IL  60654

**First Class Mail**
(Top 50)
Bank Of New York Mellon Trust Company
Rafael Martinez, Vice President
Client Service Manager
601 Travis Street
Houston, TX  77002

**First Class Mail**
(Top 50)
Bank Of New York Mellon Trust Company
Thomas Vlahakis, Vice President
385 Rifle Camp Road, 3rd Floor
Woodland Park, NJ 07424

**First Class Mail**
(Top 50)
Holt Cat)
Michael Puryear – General Counsel
3302 S W. W. White Rd.
San Antonio, TX  78222

**First Class Mail**
(Top 50)
ADA Carbon Solutions(Red River
Environmental Products
Peter W. Hansen, General Counsel
1460 W. Canal Court
Littleton, CO  80120

**First Class Mail**
(Top 50)
Fluor Global Services
Carlos M. Hernandez, Executive VP, Chief
Legal Officer, Secretary
6700 Las Colinas Blvd.
Irving, TX  75039

**First Class Mail**
(Top 50)
BNSF Railway Company
Roger Nober, Executive VP, Law and
Corporate Affairs
2650 Lou Menk Drive
Fort Worth, TX  76131

**First Class Mail**
(Top 50)
HCL America Inc.
Raghu Ramanm Lakshmannan, General
Counsel
330 Potrero Avenue
Sunnyvale, CA  94085

**First Class Mail**
(Top 50)
Shaw Maintenance(CB&LI)
Richard E. Chandler, Jr., President and CEO
CB&I
One CB&I Plaza
2103 Research Forest Drive
The Woodlands, TX  77380

**First Class Mail**
(Top 50)
Westinghouse Electric Co., LLC
Mike Sweeney, Senior VP and General
Counsel Legal & Contracts
1000 Westinghouse Drive, Suite 572A
Cranberry Twp., PA  16066

**First Class Mail**
(Top 50)
Centerpoint Energy Houston
Mark Schroeder, Senior VP and Deputy
General Counsel
1111 Louisiana Street
Houston, TX  77002

**First Class Mail**
(Top 50)
Asher Media Inc.
Dalyn Asher, President
15303 Dallas Parkway, Suite 1300
Addison, TX  75001

**First Class Mail**
(Top 50)
Mine Service Ltd.
Keith Debault, President
855 E. US Highway 79
Rockdale, TX  76567

**First Class Mail**
(Top 50)
Courtney Construction Inc.
Karlos Courtney, Owner
2617 US Highway 79N
Carthage, TX  75633

**First Class Mail**
(Top 50)
Siemens Power Generation Inc.
Christopher Ranck, Vice President and
General Counsel
4400 N. Alafaya Trail
Orlando, FL  32826

**First Class Mail**
(Top 50)
Brake Supply Co., Inc.
David Koch, CEO and President
5501 Foundation Blvd.
Evansville, IN  47725

**First Class Mail**
(Top 50)
Hydrocarbon Exchange Corp.
R. Scott Hopkins, President
5910 N. Central Expressway, Suite 1380
Dallas, TX  75206

**First Class Mail**
(Top 50)
Securitas Security Services USA
Sonia Jasman, President
2 Campus Drive
Parsippany, NJ  07054-4400

**First Class Mail**
(Top 50)
Merico Abatement Contractors, Inc.
Mike Merritt, President
201 Estes Drive
Longview, TX  75602-6100

**First Class Mail**
(Top 50)
Alcoa
Max W. Laun, Vice President and General
Counsel
201 Isabella Street
Pittsburgh, PA  15219-5858

**First Class Mail**
(Top 50)
Automatic Systems Inc.
Michael Hoehn, President
9230 East 47th Street
Kansas City, MO  64133

**First Class Mail**
(Top 50)
Ranger Excavating LP
Jack Carmody, President
5222 Thunder Creek Road
Austin, TX  78759

**First Class Mail**
(Top 50)
Grainger
John L. Howard, General Counsel
100 Grainger Parkway
Lake Forest, IL  60045

**First Class Mail**
(Top 50)
Warfab
Malcolm Clevenstine, President and CEO
607 Fisher Road
Longview, TX  75604

**First Class Mail**
(Top 50)
Ameco, Inc.
Gary Bernardez, President
2106 Anderson Road
Greenville, SC  29611

**First Class Mail**
(Top 50)
Capgemini North America, Inc.
Isabelle Roux-Chenu
International Legal Affairs
623 Fifth Avenue, 33rd Floor
New York, NY  10022

**First Class Mail**
(Top 50)
Texas-New Mexico Power Company
Patrick Apodaca, Senior VP, General
Counsel, Secretary
414 Silver Avenue SW
Albuquerque, NM  87102-3289

**First Class Mail**
(Top 50)
Generator & Motor Services, Inc.
President
601 Braddock Avenue
Turtle Creek, PA  15145

**First Class Mail**
(Top 50)
Performance Contracting Inc.
Chuck William, SVP, General Counsel
16400 College Blvd.
Lenexa, KS  66219

**First Class Mail**
(Top 50)
Benchmark Industrial Services
Mike Wilcox, Owner
2100 State Highway 31 E
Kilgore, TX  75662

**First Class Mail**
(Top 50)
Pierce Construction, Inc.
Kenneth Pierce, Owner
4324 State Highway 149
Beckville, TX  75631

**First Class Mail**
(Top 50)
Ryan Partnership(Formerly Solutionset)
Mary Perry, President
440 Polaris Parkway
Westerville, OH  73082

**First Class Mail**
(Top 50)
Team Excavating
Wayne Yost, Owner, President
815 N. Main Street
Wrens, GA  30833

**First Class Mail**
(Top 50)
Sitel LLC
David Beckman, General Counsel
3102 West End Avenue
Nashville, TN 37203

**First Class Mail**
(Top 50)
TPUSA
John Warren May, Chief Legal Officer
1991 South 4650 West
Salt Lake City, UT 84104

**First Class Mail**
(Top 50)
Kansas City Southern Railway(KCS)
William Wochner, Chief Legal Officer
427 West 12th Street
Kansas City, MO 64105

**First Class Mail**
(Top 50)
Headwaters Resources Inc.
Harlan M. Hatfield, VP, Secretary, General
Counsel
10701 S. River Front Parkway, Suite 300
South Jordan, UT 84095

**First Class Mail**
(Top 50)
Trent Wind Farm L.P.
President or General Counsel
Trent Wind Farm
1423 CR 131
Trent, TX 79561

**First Class Mail**
(Top 50)
Lower Colorado River Authority
Phil Wilson, General Manager
Transmission Services Corp.
Austin, TX 78703

**First Class Mail**
(Top 50)
Frisco Construction Services
Clay Thomas, CEO
9550 John W. Elliott Drive, Suite 106
Frisco, TX 75033

**First Class Mail**
(Top 50)
Crane Nuclear Inc.
President or General Counsel
2825 Cobb International Blvd., NW
Kennesaw, GA 30152

**First Class Mail**
(Top 50)
AEP Texas North Company
Charles R. Patton, President, COO
1 Riverside Plaza
Columbus, OH 43215-2372

**First Class Mail**
(Top 50)
J & S Construction LLC
Jeff Grodel, Owner
10823 N. US Highway 75
Buffalo, TX 758312

**First Class Mail**
(Top 50)
FL Smidth Airtech, Inc.
Mark Brancato, General Counsel
Cement Projects Americas
2040 Avenue C
Bethlehem, PA 18017

**First Class Mail**
(Top 50)
Northeast Texas Power Ltd.
David Petty, President
3163 Fm. 499
Cumby, TX 75433

**First Class Mail**
(Top 50)
Taggart Global LLC
John Luke, General Counsel & Corp
Secretary
Forge Group Ltd.
4000 Town Center Boulevard
Canonsburg, PA  15317

**First Class Mail**
(Top 50)
Data Systems & Solutions LLC (Rolls
Royce)
Miles Cowdry, President
Rolls-Royce Civil Nuclear
994-A Explorer Boulevard
Huntsville, AL  35806

**Foreign First Class Mail**
(Top 50)
Transactel Inc.
Guillermo Montano, CEO
18 Calle 25-85 Z. 10
Torre Transactel Pradera
Guatemala City, Guatemala