UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                             :
                                                  :    Chapter 11
Energy Future Holdings, Corp., et al.,            :
                                                  :    Case No. 14-10979- CSS
            Debtors.                              :
                                                  :    (Joint Administration Pending)
---------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Airgas USA, LLC and its related entities ("Airgas"). The undersigned request that copies of all notices and all orders and other pleadings and papers in this case be given and sent to the following:

| | |
|---|---|
| Kathleen M. Miller (DE No. 2898) | Jonathan Hook |
| Smith, Katzenstein & Jenkins LLP | Haynes and Boone LLP |
| 800 Delaware Avenue, Suite 1000 | 30 Rockefeller Center |
| P.O. Box 410 | 26th Floor |
| Wilmington, DE 19899 | New York, New York 10112 |
| Telephone: (302) 652-8400 | Telephone No.: 212-659-4981 |
| Facsimile: (302) 652-8405 | Facsimile: 212-884-8211 |
| Email: kmiller@skjlaw.com | Email: jonathan.hook@haynesboone.com |

Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney Street
Suite 1200
Houston, TX 77010
Telephone: 713-547-2550
Facsimile: 713-236-5401
Patrick.hughes@haynesboone.com

93013:MISA:10237086.DOC.1

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, electronic mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice"), nor any other appearances, pleadings, proofs of claim, claims, or suits shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs and/or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and/or recoupments are expressly reserved.

Dated: April 30, 2014            SMITH, KATZENSTEIN & JENKINS LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (No. 2898)
The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Emails: kmiller@skjlaw.com

*Attorneys for Airgas USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this **30th** day of **April 2014** a copy of the foregoing **Notice of Appearance and Request for Service of Papers** was served on following by first class mail:

Richard M. Cieri
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611


Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

                                                        */s/ Kathleen M. Miller*
                                                        Kathleen M. Miller (DE ID No. 2898)