IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Requested) |
| | ) **Hearing Date: TBD** |

## DEBTORS' MOTION TO QUASH NOTICE OF DEPOSITION OF PAUL KEGLEVIC

Pursuant to Rules 7026(c), 7030 and 9014(c) of the Federal Rules of Bankruptcy Procedure and Local Rule 7030-1, Debtors move to quash the Notice of Deposition of Paul Keglevic ("Notice") filed by an ad hoc group of the holders of certain unsecured notes issued by Debtor Texas Competitive Electric Holdings Company LLC ("Ad Hoc TCEH Unsecured Group").[1] The Notice was issued today, April 30, 2014, and purports to set Mr. Keglevic's deposition for 8:00 pm tonight, providing only hours' notice. On its face, the Notice fails to comply with the mandatory seven-day notice requirement of Local Rule 7030-1(b) and is therefore invalid because it fails to provide reasonable notice. Moreover, prior to the issuance of the Notice, counsel for the Ad Hoc TCEH Unsecured Group was informed by Debtors that Mr. Keglevic, who is Debtors' first day affiant, will be produced at the hearing set before this Court to commence at 9:30 a.m. tomorrow, May 1, 2013. In any event, it is unduly burdensome to seek Mr. Keglevic's deposition on hours' notice. Today, Mr. Keglevic is both traveling to

---

[1] A copy of the Notice is attached hereto as **Exhibit A**.

Wilmington, Delaware, and preparing for the hearing, making it nearly impossible to produce him to testify.[2]

For these reasons, Debtors respectfully request that the Court enter the attached proposed order quashing the Notice.

*[signature page follows]*

---

[2] Pursuant to Local Rule 7026-1(c), proposed counsel for Debtors aver that they have made reasonable effort under the expedited circumstances to reach agreement with counsel for the Ad Hoc TCEH Unsecured Group on the matters set forth herein, and that no agreement has been reached. Proposed counsel for Debtors have notified counsel for the Ad Hoc TCEH Unsecured Group that they have filed this motion to quash and will not produce Mr. Keglevic for a deposition tonight.

Wilmington, Delaware
Dated: April 30, 2014



**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Cory D. Kandestin (No. 5025)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com
             kandestin@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (*pro hac vice* pending)
Edward O. Sassower, P.C. (*pro hac vice* pending)
Stephen E. Hessler (*pro hac vice* pending)
Brian E. Schartz (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       richard.cieri@kirkland.com
             edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (*pro hac vice* pending)
Chad J. Husnick (*pro hac vice* pending)
Steven N. Serajeddini (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*