# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Joint Administration Proposed)<br>) |

## NOTICE OF DEPOSITION OF PAUL KEGLEVIC

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc TCEH Unsecured Group") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors of certain of the Debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of **Paul Keglevic on April 30, 2014, at 8 p.m.** (Eastern Standard Time), at the office of Fox Rothschild LLP, 919 North Market St., Suite 1600, Wilmington, DE 19801 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.

NEWYORK 9197951 (2K)

stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: April 30, 2014
Wilmington, Delaware

         FOX ROTHSCHILD LLP

By:   */s/ Jeff Schlerf*
   Jeffrey M. Schlerf (No. 3047)
   John H. Strock (No. 4965)
   L. John Bird (No. 5310)
   919 North Market St., Suite 1600
   Wilmington, DE 19801
   Telephone: (302) 654-7444
   Facsimile: (302) 463-4971
   jschlerf@foxrothschild.com
   jstrock@foxrothschild.com
   lbird@foxrothschild.com

   and

   WHITE & CASE LLP
   Thomas E Lauria (admission *pro hac vice* pending)
   Matthew C. Brown (admission *pro hac vice* pending)
   Southeast Financial Center, Suite 4900
   200 South Biscayne Blvd.
   Miami, FL 33131
   Telephone: (305) 371-2700
   Facsimile: (305) 358-5744
   tlauria@whitecase.com
   mbrown@whitecase.com

   J. Christopher Shore (admission *pro hac vice* pending)
   Gregory M. Starner (admission *pro hac vice* pending)
   1155 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 819-8200
   Facsimile: (212) 354-8113
   cshore@whitecase.com
   gstarner@whitecase.com

   *Counsel to the Ad Hoc Group of Certain*

3

*Holders of TCEH Unsecured Notes*