IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Requested) |
| | ) Re: D.I. ____ |

## ORDER QUASHING NOTICE OF DEPOSITION OF PAUL KEGLEVIC

Upon consideration of Debtors' Motion to Quash Notice of Deposition of Paul Keglevic (the "Motion"); and the Court having considered the Motion and any response thereto; and the Court finding that it has jurisdiction over the Motion and that notice of the Motion was adequate under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS ORDERED** that the Motion is granted. The Notice of Deposition of Paul Keglevic is hereby quashed.

Dated: _____, 2014
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 10261433v.1