## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | |
| HOLDINGS CORPORATION, *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | Joint Administration Requested |
| ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Warren A. Usatine, Esquire of Cole, Schotz, Meisel, Forman & Leonard, P.A. to represent CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee, in the above-referenced cases.

Dated:  April 30, 2014

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**

By:_____
Norman L. Pernick (No. 2290)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, U.S. District Courts for the District of New Jersey and Southern District of New York, and the U.S. Court of Appeals for the Third Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised July 23, 2009.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Warren A. Usatine, Esquire
Cole, Schotz, Meisel, Forman & Leonard P.A.
25 Main Street
Hackensack, NJ 07601
Telephone: 201-525-6233

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge