**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Joint Administration Pending |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Davis Polk & Wardwell LLP hereby appears in the above-captioned chapter 11 case and any other chapter 11 cases that are consolidated with the above-captioned case for administrative purposes (collectively, the "**Cases**") as attorneys for Goldman, Sachs & Co., GS Capital Partners VI Parallel L.P., GS Capital Partners VI Fund, L.P., GS Global Infrastructure Partners I, L.P., GS Institutional Infrastructure Partners I, L.P., GSCP VI Offshore TXU Holdings, L.P., GSCP VI Germany TXU Holdings, L.P., GS Infrastructure Offshore TXU Holdings, L.P., Goldman Sachs TXU Investors, LP, and Goldman Sachs TXU Investors Offshore Holdings, L.P., (together, "**GS**") that may be or are parties in interest in the Cases and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Sections 102(1) and 1109(b) of title 11 of the United States Code, and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that all notices given or required to be given in

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of such information may be obtained on the webstie of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

connection with the Cases, and all papers served or required to be served in connection therewith, be given and served upon:

Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Damon P. Meyer
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: efh.service@davispolk.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the Cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Court over GS. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of GS's substantive or procedural rights, including without limitation: (i) GS's right to have final orders in noncore matters entered only after *de novo* review by a District Court; (ii) GS's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) GS's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal;

or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, all of which GS expressly reserves.

Dated: April 30, 2014
New York, New York

/s/ Marshall S. Huebner
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Damon P. Meyer
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Counsel to Goldman, Sachs & Co.,*
*GS Capital Partners VI Parallel L.P.,*
*GS Capital Partners VI Fund, L.P.,*
*GS Global Infrastructure Partners I, L.P,.*
*GS Institutional Infrastructure Partners I, L.P.,*
*GSCP VI Offshore TXU Holdings, L.P.,*
*GSCP VI Germany TXU Holdings, L.P.,*
*GS Infrastructure Offshore TXU Holdings, L.P.,*
*Goldman Sachs TXU Investors, LP, and*
*Goldman Sachs TXU Investors Offshore Holdings, L.P.*