**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of April 2014, a true and correct copy of this Notice of Appearance and Request for Notices and Service of Papers was served by first class mail or, if applicable, electronic mail, upon the parties listed on the attached Service List.

Dated: April 30, 2014
       Wilmington, Delaware

                          /s/ *Christopher M. Hayes*
                          Christopher M. Hayes (No. 5902)
                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                          1201 North Market Street
                          P.O. Box 1347
                          Wilmington, Delaware 19801
                          Telephone:   (302) 658-9200
                          Facsimile:    (302) 658-3989

#85857050v2