**SERVICE LIST**

| | |
|---|---|
| U.S. Trustee<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801 | Honorable Christopher S. Sontchi<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>District of Delaware<br>824 North Market Street<br>Wilmington, Delaware 19801 |
| Richard M. Cieri<br>Edward O. Sassower<br>Stephen E. Hessler<br>Brian E. Schartz<br>Kirkland & Ellis LLP<br>601 Lexington<br>New York, New York 10022 | James H.M. Sprayregen<br>Chad J. Husnick<br>Steven N. Serajeddini<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654 |
| Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>Richards Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801 | |