## Exhibit A

## Proposed Order

NEWYORK 9197898

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP.,<br><br>　　　　Debtor. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10979 (CSS) |
| In re<br><br>ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC,<br><br>　　　　Debtor. | ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-11005 (CSS) |
| In re:<br><br>TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC,<br><br>　　　　Debtor. | ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10978 (CSS) |
| In re:<br><br>TCEH FINANCE, INC.,<br><br>　　　　Debtor. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-11028 (CSS) |
| In re:<br><br>4CHANGE ENERGY COMPANY,<br><br>　　　　Debtor. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10981 (CSS) |
| In re:<br><br>4CHANGE ENERGY HOLDINGS LLC,<br><br>　　　　Debtor. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10981 (CSS) |

| | |
|---|---|
| In re: <br><br> BIG BROWN 3 POWER COMPANY LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-10983 (CSS) |
| In re: <br><br> BIG BROWN LIGNITE COMPANY LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-10986 (CSS) |
| In re: <br><br> BIG BROWN POWER COMPANY LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-10988 (CSS) |
| In re: <br><br> COLLIN POWER COMPANY LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-10998 (CSS) |
| In re: <br><br> DECORDOVA II POWER COMPANY LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-11003 (CSS) |
| In re: <br><br> DECORDOVA POWER COMPANY LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-10982 (CSS) |
| In re: | Chapter 11 |

| | |
|---|---|
| EAGLE MOUNTAIN POWER COMPANY LLC, | Case No. 14-10984 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |
| GENERATION MT COMPANY LLC, | Case No. 14-11021 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |
| GENERATION SVC COMPANY, | Case No. 14-11025 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |
| LAKE CREEK 3 POWER COMPANY LLC, | Case No. 14-11029 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |
| LUMINANT BIG BROWN MINING COMPANY LLC, | Case No. 14-11018 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |
| LUMINANT ENERGY COMPANY LLC, | Case No. 14-11023 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |
| LUMINANT ENERGY TRADING, | Case No. 14-11026 (CSS) |

| | | |
|---|---|---|
| CALIFORNIA COMPANY, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ET SERVICES COMPANY, | ) | Case No. 14-11030 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT GENERATION COMPANY LLC, | ) | Case No. 14-11032 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT HOLDING COMPANY LLC, | ) | Case No. 14-11037 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC, | ) | Case No. 14-11040 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT MINING COMPANY LLC, | ) | Case No. 14-11042 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT RENEWABLES COMPANY LLC, | ) | Case No. 14-11044 (CSS) |

|  |  |
|---|---|
| Debtor. | ) ) ) ) |
| In re: | ) Chapter 11 ) |
| MARTIN LAKE 4 POWER COMPANY LLC, | ) Case No. 14-11010 (CSS) ) ) |
| Debtor. | ) ) |
| In re: | ) Chapter 11 ) |
| MONTICELLO 4 POWER COMPANY LLC, | ) Case No. 14-11011 (CSS) ) ) |
| Debtor. | ) ) |
| In re: | ) Chapter 11 ) |
| MORGAN CREEK 7 POWER COMPANY LLC, | ) Case No. 14-11014 (CSS) ) ) |
| Debtor. | ) ) |
| In re: | ) Chapter 11 ) |
| NCA RESOURCES DEVELOPMENT COMPANY LLC, | ) Case No. 14-11016 (CSS) ) ) |
| Debtor. | ) ) |
| In re: | ) Chapter 11 ) |
| OAK GROVE MANAGEMENT COMPANY LLC, | ) Case No. 14-11022 (CSS) ) ) |
| Debtor. | ) ) ) |
| In re: | ) Chapter 11 ) |

| | | |
|---|---|---|
| OAK GROVE MINING COMPANY LLC, | ) | Case No. 14-11024 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| OAK GROVE POWER COMPANY LLC, | ) ) | Case No. 14-11027 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| SANDOW POWER COMPANY LLC, | ) ) | Case No. 14-11033 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TRADINGHOUSE 3 & 4 POWER COMPANY LLC, | ) ) ) | Case No. 14-11046 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TRADINGHOUSE POWER COMPANY LLC, | ) ) ) | Case No. 14-10985 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TXU ENERGY RECEIVABLES COMPANY LLC, | ) ) ) | Case No. 14-10993 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TXU ENERGY RETAIL COMPANY LLC, | ) ) | Case No. 14-10997 (CSS) |

|  |  |
|---|---|
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TXU ENERGY SOLUTIONS COMPANY LLC, | ) Case No. 14-11002 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TXU RETAIL SERVICES COMPANY, | ) Case No. 14-11009 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TXU SEM COMPANY, | ) Case No. 14-11013 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| VALLEY NG POWER COMPANY LLC, | ) Case No. 14-11015 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| VALLEY POWER COMPANY LLC, | ) Case No. 14-11020 (CSS) |
| | ) |
| Debtor. | ) |

## ORDER ADJOURNING, IN PART, FIRST DAY HEARING

Upon consideration of the Emergency Motion of the Ad Hoc Group of TCEH Unsecured Noteholders for a Limited Adjournment of the Hearing on First Day Motions (the "Motion") and the record of the hearing held on the Motion and the First Day Motions (as defined in the

Motion) on May 1, 2014, and it appearing that notice of the Motion is sufficient, and that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the hearing on the interim relief requested by the TCEH Debtors by the following First Day Motions is adjourned to May __, 2014 at __:__ _.m. Prevailing Eastern Time;

- [INSERT TITLE OF MOTION];

and it is further

ORDERED that any responses or objections with respect to the interim relief requested by the Debtors by the adjourned First Day Motions shall be filed with Court and served on the Debtors, the United States Trustee, the creditors listed on the Debtors' list of largest creditors, and all parties who have filed a notice of appearance in the Chapter 11 Cases, no later May __, 2014 at 5:00 p.m Prevailing Eastern Time; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: _____, 2014
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE