## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, | ) Case No. 14-11005 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, | ) Case No. 14-10978 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TCEH FINANCE, INC., | ) Case No. 14-11028 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| 4CHANGE ENERGY COMPANY, | ) Case No. 14-10980 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| 4CHANGE ENERGY HOLDINGS LLC, | ) Case No. 14-10981 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN 3 POWER COMPANY LLC, | ) | Case No. 14-10983 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN LIGNITE COMPANY LLC, | ) | Case No. 14-10986 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN POWER COMPANY LLC, | ) | Case No. 14-10988 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COLLIN POWER COMPANY LLC, | ) | Case No. 14-10998 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECORDOVA II POWER COMPANY LLC, | ) | Case No. 14-11003 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECORDOVA POWER COMPANY LLC, | ) | Case No. 14-10982 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EAGLE MOUNTAIN POWER COMPANY LLC, | ) | Case No. 14-10984 (CSS) |
| | ) | |

|  |  |  |
|---|---|---|
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GENERATION MT COMPANY LLC, | ) | Case No. 14-11021 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GENERATION SVC COMPANY, | ) | Case No. 14-11025 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LAKE CREEK 3 POWER COMPANY LLC, | ) | Case No. 14-11029 (CSS) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT BIG BROWN MINING COMPANY LLC, | ) | Case No. 14-11018 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ENERGY COMPANY LLC, | ) | Case No. 14-11023 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ENERGY TRADING CALIFORNIA COMPANY, | ) | Case No. 14-11026 (CSS) |
| | ) | |
| | ) | |
| Debtor. | ) | |

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| LUMINANT ET SERVICES COMPANY, | ) ) | Case No. 14-11030 (CSS) |
| Debtor. | ) ) ) | |

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LUMINANT GENERATION COMPANY LLC, | ) ) ) | Case No. 14-11032 (CSS) |
| Debtor. | ) ) | |

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LUMINANT HOLDING COMPANY LLC, | ) ) | Case No. 14-11037 (CSS) |
| Debtor. | ) ) | |

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC, | ) ) ) | Case No. 14-11040 (CSS) |
| Debtor. | ) ) | |

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LUMINANT MINING COMPANY LLC, | ) ) | Case No. 14-11042 (CSS) |
| Debtor. | ) ) | |

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LUMINANT RENEWABLES COMPANY LLC, | ) ) ) | Case No. 14-11044 (CSS) |
| Debtor. | ) ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARTIN LAKE 4 POWER COMPANY LLC, | ) | Case No. 14-11010 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MONTICELLO 4 POWER COMPANY LLC, | ) | Case No. 14-11011 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MORGAN CREEK 7 POWER COMPANY LLC, | ) | Case No. 14-11014 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NCA RESOURCES DEVELOPMENT COMPANY LLC, | ) | Case No. 14-11016 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OAK GROVE MANAGEMENT COMPANY LLC, | ) | Case No. 14-11022 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OAK GROVE MINING COMPANY LLC, | ) | Case No. 14-11024 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OAK GROVE POWER COMPANY LLC, | ) | Case No. 14-11027 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SANDOW POWER COMPANY LLC, | ) | Case No. 14-11033 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRADINGHOUSE 3 & 4 POWER COMPANY LLC, | ) | Case No. 14-11046 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRADINGHOUSE POWER COMPANY LLC, | ) | Case No. 14-10985 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TXU ENERGY RECEIVABLES COMPANY LLC, | ) | Case No. 14-10993 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TXU ENERGY RETAIL COMPANY LLC, | ) | Case No. 14-10997 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |

|  | ) |  |
|---|---|---|
| TXU ENERGY SOLUTIONS COMPANY LLC, | ) | Case No. 14-11002 (CSS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| TXU RETAIL SERVICES COMPANY, | ) | Case No. 14-11009 (CSS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| TXU SEM COMPANY, | ) | Case No. 14-11013 (CSS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| VALLEY NG POWER COMPANY LLC, | ) | Case No. 14-11015 (CSS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| VALLEY POWER COMPANY LLC, | ) | Case No. 14-11020 (CSS) |
|  | ) |  |
| Debtor. | ) |  |

**MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO SHORTEN NOTICE WITH RESPECT TO ITS EMERGENCY MOTION FOR A LIMITED ADJOURNMENT OF HEARING ON FIRST DAY MOTIONS**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.74 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured

Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC

("TCEH") and TCEH Finance, Inc., hereby files this motion (the "Motion to Shorten Notice"),

pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")

and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware (the "Local Rules"), to shorten the notice period

with respect to the Emergency Motion of the Ad Hoc Group of TCEH Unsecured Noteholders for

a Limited Adjournment of the Hearing on First Day Motions filed concurrently herewith (the

"Motion").  In support of the Motion to Shorten Notice, the Ad Hoc Group of TCEH Unsecured

Noteholders respectfully represents:

## BACKGROUND

1.    The relevant background facts are recited in the Motion, filed concurrently

herewith.[2]

## JURISDICTION

2.    The Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

3.    By this Motion to Shorten Notice, the Ad Hoc Group of TCEH Unsecured

Noteholders requests that the Court shorten the notice period required with respect to the Motion

so that the Motion may be considered by the Court at or prior to the First Day Hearing.

---

[2]    Where the context requires, each capitalized term used but not otherwise defined herein shall have the
meaning ascribed to such term in the Motion.

**BASIS FOR RELIEF**

4.      Local Rule 9006-1(e) provides for shortened notice "by order of the Court, on written notice (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

5.      Cause exists to consider the Motion on shortened notice, prior to consideration of the First Day Motions.  As set forth in the Motion, the Debtors filed their voluminous First Day Motions on April 29, 2014 and set the hearing in respect of such motions for May 1.  The TCEH Debtors have not clearly set forth in the First Day Motions or accompanying declarations what relief is genuinely emergent in nature and  "required to preserve the assets of the estate and to maintain ongoing business operations," as required by Local Rule 9013-1(m).  See Del. Bankr. L.R. 9013-1(m)(i)-(ii).  Unable to reach an agreement with the TCEH Debtors to continue the First Day Hearing with respect to any relief that is not essential to preserve the assets of the TCEH Debtors' estates and to maintain ongoing business operations, and thereby permit the Ad Hoc Group of TCEH Unsecured Noteholders and other parties in interest a reasonable opportunity to process and respond to the First Day Motions, the Ad Hoc Group of TCEH Unsecured Noteholders filed the Motion.  If the Motion is not heard prior to consideration of the First Day Motions, the relief requested therein will be moot.  The Ad Hoc Group of TCEH Unsecured Noteholders therefore requests that the Motion be heard on shortened notice.

**NOTICE**

6.      Notice of this Motion to Shorten Notice has been provided via CM/ECF notification to all persons receiving such notices in the Chapter 11 Cases.  In addition, an electronic copy of this Motion was provided by electronic mail and/or hand delivery to (i) counsel to the Debtors; (ii) the Office of the United States Trustee for the District of Delaware; (iii) counsel

for the proposed DIP Agent (Citibank, N.A.); and (iv) all parties who have filed a notice of

appearance in the Chapter 11 Cases, to the extent email addresses have been provided.

## CONCLUSION

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully

requests the entry of an order, substantially in the form attached hereto as Exhibit A, (i) approving

the shortened notice; and (ii) granting such other and further relief as may be just and proper.

*[Remainder of page intentionally left blank]*

Dated: April 30, 2014
       Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market St., Suite 1600
Wilmington, DE 19801
Telephone:  (302) 654-7444
Facsimile:  (302) 463-4971
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
Thomas E Lauria (admission *pro hac vice* pending)
Matthew C. Brown (admission *pro hac vice* pending)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admission *pro hac vice* pending)
Gregory M. Starner (admission *pro hac vice* pending)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of*
*TCEH Unsecured Noteholders*