Exhibit A

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| Debtor. | ) | |
| In re | ) | Chapter 11 |
| ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, | ) | Case No. 14-11005 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, | ) | Case No. 14-10978 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TCEH FINANCE, INC., | ) | Case No. 14-11028 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| 4CHANGE ENERGY COMPANY, | ) | Case No. 14-10981 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| 4CHANGE ENERGY HOLDINGS LLC, | ) | Case No. 14-10981 (CSS) |

|  |  |
|---|---|
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| BIG BROWN 3 POWER COMPANY LLC, ) | Case No. 14-10983 (CSS) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| BIG BROWN LIGNITE COMPANY LLC, ) | Case No. 14-10986 (CSS) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| BIG BROWN POWER COMPANY LLC, ) | Case No. 14-10988 (CSS) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| COLLIN POWER COMPANY LLC, ) | Case No. 14-10998 (CSS) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| DECORDOVA II POWER COMPANY LLC, ) | Case No. 14-11003 (CSS) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| DECORDOVA POWER COMPANY LLC, ) | Case No. 14-10982 (CSS) |
| ) | |
| Debtor. ) | |

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EAGLE MOUNTAIN POWER COMPANY LLC, | ) ) ) | Case No. 14-10984 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| GENERATION MT COMPANY LLC, | ) ) ) | Case No. 14-11021 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| GENERATION SVC COMPANY, | ) ) ) | Case No. 14-11025 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| LAKE CREEK 3 POWER COMPANY LLC, | ) ) ) | Case No. 14-11029 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| LUMINANT BIG BROWN MINING COMPANY LLC, | ) ) ) | Case No. 14-11018 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| LUMINANT ENERGY COMPANY LLC, | ) ) ) | Case No. 14-11023 (CSS) |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ENERGY TRADING CALIFORNIA COMPANY, | ) ) ) | Case No. 14-11026 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| | ) | |
| LUMINANT ET SERVICES COMPANY, | ) ) | Case No. 14-11030 (CSS) |
| Debtor. | ) ) ) ) | |
| In re: | ) ) | Chapter 11 |
| LUMINANT GENERATION COMPANY LLC, | ) ) ) | Case No. 14-11032 (CSS) |
| Debtor. | ) ) ) ) | |
| In re: | ) ) | Chapter 11 |
| LUMINANT HOLDING COMPANY LLC, | ) ) | Case No. 14-11037 (CSS) |
| Debtor. | ) ) ) ) | |
| In re: | ) ) | Chapter 11 |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC, | ) ) ) ) | Case No. 14-11040 (CSS) |
| Debtor. | ) ) ) ) | |
| In re: | ) ) | Chapter 11 |
| LUMINANT MINING COMPANY LLC, | ) ) | Case No. 14-11042 (CSS) |
| Debtor. | ) ) | |

LOSANGELES 1051029                                4

| | |
|---|---|
| In re: | Chapter 11 |
| LUMINANT RENEWABLES COMPANY LLC, | Case No. 14-11044 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |
| MARTIN LAKE 4 POWER COMPANY LLC, | Case No. 14-11010 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |
| MONTICELLO 4 POWER COMPANY LLC, | Case No. 14-11011 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |
| MORGAN CREEK 7 POWER COMPANY LLC, | Case No. 14-11014 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |
| NCA RESOURCES DEVELOPMENT COMPANY LLC, | Case No. 14-11016 (CSS) |
| Debtor. | |
| In re: | Chapter 11 |

| | | |
|---|---|---|
| OAK GROVE MANAGEMENT COMPANY LLC, | ) ) ) | Case No. 14-11022 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| OAK GROVE MINING COMPANY LLC, | ) ) | Case No. 14-11024 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| OAK GROVE POWER COMPANY LLC, | ) ) | Case No. 14-11027 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| SANDOW POWER COMPANY LLC, | ) ) | Case No. 14-11033 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TRADINGHOUSE 3 & 4 POWER COMPANY LLC, | ) ) ) | Case No. 14-11046 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TRADINGHOUSE POWER COMPANY LLC, | ) ) ) | Case No. 14-10985 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) | Chapter 11 |

|  |  |  |
|---|---|---|
| TXU ENERGY RECEIVABLES COMPANY LLC, | ) ) ) | Case No. 14-10993 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| TXU ENERGY RETAIL COMPANY LLC, | ) ) ) | Case No. 14-10997 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| TXU ENERGY SOLUTIONS COMPANY LLC, | ) ) ) ) | Case No. 14-11002 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| TXU RETAIL SERVICES COMPANY, | ) ) ) | Case No. 14-11009 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| TXU SEM COMPANY, | ) ) ) | Case No. 14-11013 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| VALLEY NG POWER COMPANY LLC, | ) ) ) | Case No. 14-11015 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |

| | ) | |
|---|---|---|
| VALLEY POWER COMPANY LLC, | ) | Case No. 14-11020 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO SHORTEN NOTICE WITH RESPECT TO ITS EMERGENCY MOTION FOR A LIMITED ADJOURNMENT OF HEARING ON FIRST DAY MOTIONS

Upon consideration of the motion (the "Motion to Shorten Notice")[1] of the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to shorten the notice period with respect to the *Emergency Motion of the Ad Hoc Group of TCEH Unsecured Noteholders for Adjournment of Hearing on First Day Pleadings*; and it appearing that notice of the Motion to Shorten Notice is sufficient, and that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten Notice is GRANTED; and it is further

ORDERED that the Court will consider the Motion on May 1, 2014 at _____ a.m. Prevailing Eastern Time; and it is further

---

[1] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion to Shorten Notice.

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: _____, 2014
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE