## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtor. | ) | **Related to Docket No. 5** |
| | ) | |

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, | ) | Case No. 14-11005 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, | ) | Case No. 14-10978 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TCEH FINANCE, INC., | ) | Case No. 14-11028 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 4CHANGE ENERGY COMPANY, | ) | Case No. 14-10980 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 4CHANGE ENERGY HOLDINGS LLC, | ) | Case No. 14-10981 (CSS) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN 3 POWER COMPANY LLC, | ) | Case No. 14-10983 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN LIGNITE COMPANY LLC, | ) | Case No. 14-10986 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN POWER COMPANY LLC, | ) | Case No. 14-10988 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COLLIN POWER COMPANY LLC, | ) | Case No. 14-10998 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECORDOVA II POWER COMPANY LLC, | ) | Case No. 14-11003 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECORDOVA POWER COMPANY LLC, | ) | Case No. 14-10982 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |

| | | |
|---|---|---|
| EAGLE MOUNTAIN POWER COMPANY LLC, | ) | Case No. 14-10984 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERATION MT COMPANY LLC, | ) | Case No. 14-11021 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERATION SVC COMPANY, | ) | Case No. 14-11025 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LAKE CREEK 3 POWER COMPANY LLC, | ) | Case No. 14-11029 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT BIG BROWN MINING COMPANY LLC, | ) | Case No. 14-11018 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ENERGY COMPANY LLC, | ) | Case No. 14-11023 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ENERGY TRADING | ) | Case No. 14-11026 (CSS) |

| | | |
|---|---|---|
| CALIFORNIA COMPANY, | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT ET SERVICES COMPANY, | ) | Case No. 14-11030 (CSS) |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT GENERATION COMPANY LLC, | ) | Case No. 14-11032 (CSS) |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT HOLDING COMPANY LLC, | ) | Case No. 14-11037 (CSS) |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC, | ) | Case No. 14-11040 (CSS) |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT MINING COMPANY LLC, | ) | Case No. 14-11042 (CSS) |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT RENEWABLES COMPANY LLC, | ) | Case No. 14-11044 (CSS) |

|  |  |  |
|---|---|---|
| Debtor. | ) | |
| | ) | |
| | ) | |
|———————————————— | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MARTIN LAKE 4 POWER COMPANY LLC, | ) | Case No. 14-11010 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
|———————————————— | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MONTICELLO 4 POWER COMPANY LLC, | ) | Case No. 14-11011 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
|———————————————— | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MORGAN CREEK 7 POWER COMPANY LLC, | ) | Case No. 14-11014 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
|———————————————— | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NCA RESOURCES DEVELOPMENT COMPANY LLC, | ) | Case No. 14-11016 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
|———————————————— | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OAK GROVE MANAGEMENT COMPANY LLC, | ) | Case No. 14-11022 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
|———————————————— | ) | |
| In re: | ) | Chapter 11 |
| | ) | |

| | | |
|---|---|---|
| OAK GROVE MINING COMPANY LLC, | ) | Case No. 14-11024 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OAK GROVE POWER COMPANY LLC, | ) | Case No. 14-11027 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SANDOW POWER COMPANY LLC, | ) | Case No. 14-11033 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRADINGHOUSE 3 & 4 POWER COMPANY LLC, | ) | Case No. 14-11046 (CSS) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRADINGHOUSE POWER COMPANY LLC, | ) | Case No. 14-10985 (CSS) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU ENERGY RECEIVABLES COMPANY LLC, | ) | Case No. 14-10993 (CSS) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU ENERGY RETAIL COMPANY LLC, | ) | Case No. 14-10997 (CSS) |

|  | ) |  |
|---|---|---|
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU ENERGY SOLUTIONS COMPANY LLC, | ) | Case No. 14-11002 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU RETAIL SERVICES COMPANY, | ) | Case No. 14-11009 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU SEM COMPANY, | ) | Case No. 14-11013 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VALLEY NG POWER COMPANY LLC, | ) | Case No. 14-11015 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VALLEY POWER COMPANY LLC, | ) | Case No. 14-11020 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIMITED JOINDER OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO THE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.74 billion of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance")[2] by and through its undersigned counsel, hereby files this limited joinder (the "Limited Joinder") to the Motion of Wilmington Savings Fund Society, FSB ("WSFS") Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas (ECF No. 5) (the "Motion to Transfrer Venue").  In support of this Limited Joinder, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully represents as follows:

## LIMITED JOINDER

At this time, the Ad Hoc Group of TCEH Unsecured Noteholders joins in the Motion to Transfer Venue with respect to the chapter 11 cases of each of the above-captioned debtors which is a direct or indirect subsidiary of Energy Future Competitive Holdings Company LLC (the "TCEH Debtors") for the limited purpose of determining whether or not, as alleged therein, the transfer of venue to the United States Bankruptcy Court for the Northern District of Texas would best serve the interests of the TCEH Debtors and their stakeholders.

The Ad Hoc Group of TCEH Unsecured Noteholders takes no position, however, with respect to the request by WSFS to transfer venue of the chapter 11 cases of Energy Future Holdings Corp. ("EFH") and any of its direct or indirect subsidiaries other than the TCEH

---

[2]     The Ad Hoc Group of TCEH Unsecured Noteholders and its counsel recognize the obligation to file a verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019.  Due to the fluidity of the group members' holdings with respect to the various disclosable economic interests held in relation to the Debtors at the outset of these chapter 11 cases, counsel has not yet filed such statement, but intends to do so with reasonable promptness.

Debtors (together, the "Oncor Debtors"), including Energy Future Intermediate Holding

Company LLC and EFIH Finance Inc.  The Oncor Debtors have not guaranteed the general

unsecured obligations of the TCEH Debtors, and the Ad Hoc Group of TCEH Unsecured

Noteholders is not in a position to comment on the propriety of any such transfer of venue of

their cases at this time.[1]

## CONCLUSION

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders joins in the Motion

to Transfer Venue filed by WSFS to the limited extent set forth herein.

---

[1]      Regardless of venue, the chapter 11 cases of the Oncor Debtors should be administered separately from those of the TCEH Debtors.  Contemporaneously with the filing of this Limited Joinder, the Ad Hoc Group of TCEH Unsecured Noteholders will file an objection to the Debtors' motion for joint administration of the chapter 11 cases of the TCEH Debtors with those of the Oncor Debtors (ECF No. 17).

Dated:  April 30, 2014
          Wilmington, Delaware

                                    FOX ROTHSCHILD LLP

                             By: _____

                                    Jeffrey M. Schlerf (No. 3047)
                                    John H. Strock (No. 4965)
                                    L. John Bird (No. 5310)
                                    919 North Market St., Suite 300
                                    Wilmington, DE 19801
                                    Telephone:  (302) 654-7444
                                    Facsimile:  (302) 463-4971
                                    jschlerf@foxrothschild.com
                                    jstrock@foxrothschild.com
                                    lbird@foxrothschild.com

                                    -and-

                                    WHITE & CASE LLP
                                    Thomas E Lauria (admission *pro hac vice* pending)
                                    Matthew C. Brown (admission *pro hac vice* pending)
                                    Southeast Financial Center, Suite 4900
                                    200 South Biscayne Blvd.
                                    Miami, FL 33131
                                    Telephone:  (305) 371-2700
                                    Facsimile:  (305) 358-5744
                                    tlauria@whitecase.com
                                    mbrown@whitecase.com

                                    J. Christopher Shore (admission *pro hac vice* pending)
                                    Gregory M. Starner (admission *pro hac vice* pending)
                                    1155 Avenue of the Americas
                                    New York, NY 10036
                                    Telephone:  (212) 819-8200
                                    Facsimile:  (212) 354-8113
                                    cshore@whitecase.com
                                    gstarner@whitecase.com

                                    *Counsel to the Ad Hoc Group of*
                                    *TCEH Unsecured Noteholders*