## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP.,<br><br>    Debtor. | ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>**Related to Docket No. 6** |
| In re<br><br>ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC,<br><br>    Debtor. | ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-11005 (CSS) |
| In re:<br><br>TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC,<br><br>    Debtor. | ) ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10978 (CSS) |
| In re:<br><br>TCEH FINANCE, INC.,<br><br>    Debtor. | ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-11028 (CSS) |
| In re:<br><br>4CHANGE ENERGY COMPANY,<br><br>    Debtor. | ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10980 (CSS) |
| In re:<br><br>4CHANGE ENERGY HOLDINGS LLC,<br><br>    Debtor. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10981 (CSS) |

| | |
|---|---|
| In re:<br><br>BIG BROWN 3 POWER COMPANY LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 14-10983 (CSS) |
| In re:<br><br>BIG BROWN LIGNITE COMPANY LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 14-10986 (CSS) |
| In re:<br><br>BIG BROWN POWER COMPANY LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 14-10988 (CSS) |
| In re:<br><br>COLLIN POWER COMPANY LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 14-10998 (CSS) |
| In re:<br><br>DECORDOVA II POWER COMPANY LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 14-11003 (CSS) |
| In re:<br><br>DECORDOVA POWER COMPANY LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 14-10982 (CSS) |
| In re: | Chapter 11 |

| | | |
|---|---|---|
| EAGLE MOUNTAIN POWER COMPANY LLC, | ) | Case No. 14-10984 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| GENERATION MT COMPANY LLC, | ) | Case No. 14-11021 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| GENERATION SVC COMPANY, | ) | Case No. 14-11025 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| LAKE CREEK 3 POWER COMPANY LLC, | ) | Case No. 14-11029 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| LUMINANT BIG BROWN MINING COMPANY LLC, | ) | Case No. 14-11018 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| LUMINANT ENERGY COMPANY LLC, | ) | Case No. 14-11023 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| LUMINANT ENERGY TRADING | ) | Case No. 14-11026 (CSS) |

| | | |
|---|---|---|
| CALIFORNIA COMPANY, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ET SERVICES COMPANY, | ) | Case No. 14-11030 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT GENERATION COMPANY LLC, | ) | Case No. 14-11032 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT HOLDING COMPANY LLC, | ) | Case No. 14-11037 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC, | ) | Case No. 14-11040 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT MINING COMPANY LLC, | ) | Case No. 14-11042 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT RENEWABLES COMPANY LLC, | ) | Case No. 14-11044 (CSS) |

|  |  |
|---|---|
| Debtor. | ) |
|  | ) |
| In re: | ) Chapter 11 |
| MARTIN LAKE 4 POWER COMPANY LLC, | ) Case No. 14-11010 (CSS) |
| Debtor. | ) |
| In re: | ) Chapter 11 |
| MONTICELLO 4 POWER COMPANY LLC, | ) Case No. 14-11011 (CSS) |
| Debtor. | ) |
| In re: | ) Chapter 11 |
| MORGAN CREEK 7 POWER COMPANY LLC, | ) Case No. 14-11014 (CSS) |
| Debtor. | ) |
| In re: | ) Chapter 11 |
| NCA RESOURCES DEVELOPMENT COMPANY LLC, | ) Case No. 14-11016 (CSS) |
| Debtor. | ) |
| In re: | ) Chapter 11 |
| OAK GROVE MANAGEMENT COMPANY LLC, | ) Case No. 14-11022 (CSS) |
| Debtor. | ) |
| In re: | ) Chapter 11 |

|  |  |  |
|---|---|---|
| OAK GROVE MINING COMPANY LLC, | ) | Case No. 14-11024 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| OAK GROVE POWER COMPANY LLC, | ) | Case No. 14-11027 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| SANDOW POWER COMPANY LLC, | ) | Case No. 14-11033 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TRADINGHOUSE 3 & 4 POWER COMPANY LLC, | ) | Case No. 14-11046 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TRADINGHOUSE POWER COMPANY LLC, | ) | Case No. 14-10985 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TXU ENERGY RECEIVABLES COMPANY LLC, | ) | Case No. 14-10993 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TXU ENERGY RETAIL COMPANY LLC, | ) | Case No. 14-10997 (CSS) |

|  |  |  |
|---|---|---|
| Debtor. | ) ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TXU ENERGY SOLUTIONS COMPANY LLC, | ) ) ) | Case No. 14-11002 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TXU RETAIL SERVICES COMPANY, | ) ) ) | Case No. 14-11009 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TXU SEM COMPANY, | ) ) ) | Case No. 14-11013 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| VALLEY NG POWER COMPANY LLC, | ) ) ) | Case No. 14-11015 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| VALLEY POWER COMPANY LLC, | ) ) ) | Case No. 14-11020 (CSS) |
| Debtor. | ) ) | |

**LIMITED JOINDER OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO THE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE OF ENERGY FUTURE HOLDINGS CORPORATION, ITS AFFILIATES, AND CERTAIN THIRD PARTIES**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.74 billion of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"),[1] by and through its undersigned counsel, hereby files this limited joinder (the "Limited Joinder") to the Motion of Wilmington Savings Fund Society, FSB ("WSFS") For Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004") of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties (ECF No. 6) (the "Rule 2004 Motion"). In support of this Limited Joinder, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully represents as follows:

## LIMITED JOINDER

The Ad Hoc Group of TCEH Unsecured Noteholders agrees that the immediate commencement of discovery is critical and necessary in these chapter 11 cases and joins in the Rule 2004 Motion filed by WSFS. The Ad Hoc Group of TCEH Unsecured Noteholders also wishes to ensure that an appropriate investigation is undertaken of the TCEH Debtors on behalf of all general unsecured creditors of the TCEH Debtors. To that end, by this limited joinder the Ad Hoc Group of TCEH Unsecured Noteholders seeks authority under Rule 2004 commensurate with WSFS to conduct discovery on behalf of all of the TCEH Debtors' general unsecured creditors. Further, any order granting the Rule 2004 Motion should also permit discovery of

---

[1] The Ad Hoc Group of TCEH Unsecured Noteholders and its counsel recognize the obligation to file a verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019. Due to the fluidity of the group members' holdings with respect to the various disclosable economic interests held in relation to the Debtors at the outset of these chapter 11 cases, counsel has not yet filed such statement, but intends to do so with reasonable promptness.

additional intercompany transactions that were not specifically identified in the Rule 2004 Motion but which likewise warrant significant scrutiny, including:[2]

- **Intercompany claims by EFCH and other TCEH Debtors arising from the transfer of Oncor and the LBO.** An investigation is needed to determine whether viable claims exist to avoid any improper transactions that diverted assets or value from the TCEH Debtors in connection with the October 10, 2007 leveraged buy-out of EFH.

- **Lost interest on Intercompany Notes.** Diligence is necessary to determine whether the interest rate payable on certain loans made by TCEH to EFH in late 2007 pursuant to the SG&A Note and the P&I Notes was substantially and materially lower than what any unaffiliated entity would have demanded from EFH in an arm's length transaction.

- **Allocations pursuant to the Federal and State Income Tax Allocation Agreement Among the Members of the Energy Future Holdings Corp. Consolidated Group (the "TAA").** Diligence is necessary with respect to all allocations pursuant to the TAA and any intercompany disputes as to the tax consequences of a "spin-off" of the TCEH Debtors from EFH.

- **Pre-petition payments by the TCEH Debtors to Oncor Electric Delivery Company LLC ("Oncor") for delivery of electricity.** Diligence is necessary to determine if in any instances the rates paid by TCEH's subsidiaries to Oncor for the delivery of electricity were above-market and are therefore recoverable as improper intercompany transfers.

- **Historical allocations of overhead.** Diligence will be necessary to determine whether the allocations of overhead to the TCEH Debtors was appropriate. Those allocated costs to TCEH totaled $265 million in 2012, $213 million in 2011, $193 million in 2010, $82 million in 2009, $66 million in 2008 and $16 million for the period from October 10, 2007 through December 31, 2007. EFCH 2009 10-K, at 151.

- **Shared services agreement.** An investigation is needed to understand the circumstances surrounding the entry into a shared services agreement by the TCEH Debtors, the approximately $2 billion that the TCEH Debtors reportedly paid to EFH Corporate Services under this agreement before the Petition Date, as well as the reported switch of the TCEH Debtors from cash-pay to letter of credit in a way that removed over $100 million from the estates of the TCEH Debtors on the eve of their chapter 11 filings.

---

[2] These intercompany claims are addressed in greater detail in the objection by the Ad Hoc Group of TCEH Unsecured Noteholders to the Debtors' motion for joint administration (ECF No. 17), filed contemporaneously herewith. Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in that objection.

- **Representation and negotiation of the TCEH Debtors with respect to the Restructuring Support Agreement.** An investigation is needed to understand the circumstances surrounding the TCEH Debtors' negotiation of, and agreement to, the Restructuring Support Agreement.

## CONCLUSION

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders joins in the Rule 2004 Motion as set forth herein.

Dated: April 30, 2014
      Wilmington, Delaware

                                    FOX ROTHSCHILD LLP

                        By: _____
                            Jeffrey M. Schlerf (No. 3047)
                            John H. Strock (No. 4965)
                            L. John Bird (No. 5310)
                            919 North Market St., Suite 300
                            Wilmington, DE 19801
                            Telephone: (302) 654-7444
                            Facsimile: (302) 463-4971
                            jschlerf@foxrothschild.com
                            jstrock@foxrothschild.com
                            lbird@foxrothschild.com

                            -and-

                            WHITE & CASE LLP
                            Thomas E Lauria (admission *pro hac vice* pending)
                            Matthew C. Brown (admission *pro hac vice* pending)
                            Southeast Financial Center, Suite 4900
                            200 South Biscayne Blvd.
                            Miami, FL 33131
                            Telephone: (305) 371-2700
                            Facsimile: (305) 358-5744
                            tlauria@whitecase.com
                            mbrown@whitecase.com

                            J. Christopher Shore (admission *pro hac vice* pending)
                            Gregory M. Starner (admission *pro hac vice* pending)
                            1155 Avenue of the Americas
                            New York, NY 10036
                            Telephone: (212) 819-8200
                            Facsimile: (212) 354-8113
                            cshore@whitecase.com
                            gstarner@whitecase.com

                            *Counsel to the Ad Hoc Group of*
                            *TCEH Unsecured Noteholders*