**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtor. | ) | **Related to Docket Nos.: 17 and 222** |
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, | ) | Case No. 14-11005 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, | ) | Case No. 14-10978 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TCEH FINANCE, INC., | ) | Case No. 14-11028 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 4CHANGE ENERGY COMPANY, | ) | Case No. 14-10981 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 4CHANGE ENERGY HOLDINGS LLC, | ) | Case No. 14-10981 (CSS) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN 3 POWER COMPANY LLC, | ) | Case No. 14-10983 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN LIGNITE COMPANY LLC, | ) | Case No. 14-10986 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN POWER COMPANY LLC, | ) | Case No. 14-10988 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COLLIN POWER COMPANY LLC, | ) | Case No. 14-10998 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DECORDOVA II POWER COMPANY LLC, | ) | Case No. 14-11003 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DECORDOVA POWER COMPANY LLC, | ) | Case No. 14-10982 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |

| | | |
|---|---|---|
| EAGLE MOUNTAIN POWER COMPANY LLC, | ) ) ) | Case No. 14-10984 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| GENERATION MT COMPANY LLC, | ) ) ) | Case No. 14-11021 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| GENERATION SVC COMPANY, | ) ) ) | Case No. 14-11025 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| LAKE CREEK 3 POWER COMPANY LLC, | ) ) ) ) | Case No. 14-11029 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| LUMINANT BIG BROWN MINING COMPANY LLC, | ) ) ) ) | Case No. 14-11018 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| LUMINANT ENERGY COMPANY LLC, | ) ) ) | Case No. 14-11023 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| LUMINANT ENERGY TRADING | ) | Case No. 14-11026 (CSS) |

| | | |
|---|---|---|
| CALIFORNIA COMPANY, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ET SERVICES COMPANY, | ) | Case No. 14-11030 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT GENERATION COMPANY LLC, | ) | Case No. 14-11032 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT HOLDING COMPANY LLC, | ) | Case No. 14-11037 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC, | ) | Case No. 14-11040 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT MINING COMPANY LLC, | ) | Case No. 14-11042 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT RENEWABLES COMPANY LLC, | ) | Case No. 14-11044 (CSS) |

|  |  |  |
|---|---|---|
|  | ) Debtor. ) ) |  |
| In re: | ) ) | Chapter 11 |
| MARTIN LAKE 4 POWER COMPANY LLC, | ) ) ) | Case No. 14-11010 (CSS) |
| Debtor. | ) ) ) |  |
| In re: | ) ) | Chapter 11 |
| MONTICELLO 4 POWER COMPANY LLC, | ) ) ) | Case No. 14-11011 (CSS) |
| Debtor. | ) ) ) |  |
| In re: | ) ) | Chapter 11 |
| MORGAN CREEK 7 POWER COMPANY LLC, | ) ) ) | Case No. 14-11014 (CSS) |
| Debtor. | ) ) ) |  |
| In re: | ) ) | Chapter 11 |
| NCA RESOURCES DEVELOPMENT COMPANY LLC, | ) ) ) | Case No. 14-11016 (CSS) |
| Debtor. | ) ) ) |  |
| In re: | ) ) | Chapter 11 |
| OAK GROVE MANAGEMENT COMPANY LLC, | ) ) ) | Case No. 14-11022 (CSS) |
| Debtor. | ) ) ) |  |
| In re: | ) ) | Chapter 11 |

| | | |
|---|---|---|
| OAK GROVE MINING COMPANY LLC, | ) | Case No. 14-11024 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| OAK GROVE POWER COMPANY LLC, | ) | Case No. 14-11027 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| SANDOW POWER COMPANY LLC, | ) | Case No. 14-11033 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TRADINGHOUSE 3 & 4 POWER COMPANY LLC, | ) | Case No. 14-11046 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TRADINGHOUSE POWER COMPANY LLC, | ) | Case No. 14-10985 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TXU ENERGY RECEIVABLES COMPANY LLC, | ) | Case No. 14-10993 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TXU ENERGY RETAIL COMPANY LLC, | ) | Case No. 14-10997 (CSS) |

|  |  |  |
|---|---|---|
|  | ) | |
| Debtor. | ) | |
|  | ) | |
| In re: | ) | Chapter 11 |
|  | ) | |
| TXU ENERGY SOLUTIONS COMPANY LLC, | ) ) | Case No. 14-11002 (CSS) |
|  | ) | |
| Debtor. | ) | |
|  | ) | |
| In re: | ) | Chapter 11 |
|  | ) | |
| TXU RETAIL SERVICES COMPANY, | ) | Case No. 14-11009 (CSS) |
|  | ) | |
| Debtor. | ) | |
|  | ) | |
| In re: | ) | Chapter 11 |
|  | ) | |
| TXU SEM COMPANY, | ) | Case No. 14-11013 (CSS) |
|  | ) | |
| Debtor. | ) | |
|  | ) | |
| In re: | ) | Chapter 11 |
|  | ) | |
| VALLEY NG POWER COMPANY LLC, | ) | Case No. 14-11015 (CSS) |
|  | ) | |
| Debtor. | ) | |
|  | ) | |
| In re: | ) | Chapter 11 |
|  | ) | |
| VALLEY POWER COMPANY LLC, | ) | Case No. 14-11020 (CSS) |
|  | ) | |
| Debtor. | ) | |
|  | ) | |

**DECLARATION OF JEFFREY M. SCHLERF, ESQ.**

**JEFFREY M. SCHLERF,** declares under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1.      I am a partner of the firm Fox Rothschild LLP, counsel to the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.74 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance").  I submit this Declaration in support of the Ad Hoc Group of TCEH Unsecured Noteholders' Objection to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Directing Joint Administration of The Debtors' Chapter 11 Cases [Docket No. 17].

2.      Attached to this Declaration are, to the best of my knowledge, true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Form 10-K of Energy Future Holdings Corp. ("EFH") for the fiscal year ended December 31, 2012. |
| Exhibit 2 | Form 10-K of Oncor Electric Delivery Company LLC ("Oncor") for the fiscal year ended December 31, 2013. |
| Exhibit 3 | <u>Executive Leadership</u>, Oncor, http://www.oncor.com/EN/Pages/Executive-Leadership.aspx (last visited Apr. 16, 2014). |
| Exhibit 4 | <u>Leadership</u>, Luminant, http://www.luminant.com/about/leadership.aspx (last visited Apr. 16, 2014). |
| Exhibit 5 | <u>Leadership</u>, TXU Energy, http://www.txu.com/en/about/leadership.aspx (last visited Apr. 16, 2014). |
| Exhibit 6 | Form 10-Q of EFH for the fiscal quarter ended September 30, 2013. |
| Exhibit 7 | Exhibit 99(e), to the EFH 2012 10-K. |
| Exhibit 8 | Exhibit 21 to the Form 10-K of EFH for the fiscal year ended December 31, 2006. |
| Exhibit 9 | Exhibit 21 to the Form 10-K of EFH for the fiscal year ended December 31, 2007. |

Exhibit 10   Exhibit 21 to the Form 10-K of EFH for the fiscal year ended December 31, 2005.

Exhibit 11   Exhibit 10(eee) to the Form 10-K of EFH for the fiscal year ended December 31, 2007.

Exhibit 12   Exhibit 99.2 to the Form 8-K of EFH and TCEH, filed October 17, 2007.

Exhibit 13   Form 10-K of EFCH for the fiscal year ended December 31, 2009.

Exhibit 14   Form 10-K of EFH for the fiscal year ended December 31, 2011.

Exhibit 15   Form 10-K of EFCH for the fiscal year ended December 31, 2011.

Exhibit 16   Form 10-K of EFCH for the fiscal year ended December 31, 2010.

Exhibit 17   Form 10-K of EFH for the fiscal year ended December 31, 2010.

Exhibit 18   Verified Creditor Derivative Complaint for Breach of Fiduciary Duty, Aurelius Capital Master, Ltd. v. Acosta, Case No. 13-01173 (N.D. Tex. Mar. 19, 2013) [Docket No. 1].

Exhibit 19   Order, Aurelius Capital Master, Ltd. v. Acosta, Case No. 13-01173 (N.D. Tex. Jan. 28, 2014) [Docket No. 17].

Exhibit 20   Form 8-K of EFH, EFCH and Energy Future Intermediate Holding Company, LLC ("EFIH"), dated April 15, 2013.

Exhibit 21   Federal and State Income Tax Allocation Agreement Among the Members of the Energy Future Holdings Corp. Consolidated Group (the "TAA") dated May 15, 2012, Exhibit 10(b) to the Form 10-Q of EFH for the quarterly period ended September 30, 2012.

Exhibit 22   EFH considers tax-free spinoff; Apollo, Oaktree forge opposition, DEBTWIRE, Feb. 14, 2014.

Exhibit 23   Form 10-K of EFH for the fiscal year ended December 31, 2009

Exhibit 24   Management Agreement Letter, Exhibit 10 (yyy) to the EFH 2007 10-K.

Exhibit 25   Prospectus Supplement of Oncor Electric Delivery Bond Transition Company LLC and Oncor, filed August 18, 2003.

Exhibit 26   Form 10-K of Oncor for the fiscal year ended December 31, 2012 (the "Oncor 2012 10-K")

<u>/s/ Jeffrey M. Schlerf</u>
JEFFREY M. SCHLERF
