# EXHIBIT 3

Executive Leadership

Case 14-10979-CSS    Doc 227-3    Filed 04/30/14    Page 2 of 2



**WE DELIVER.**

| YOUR ONCOR | I NEED TO | WAYS TO SAVE | EDUCATION | SAFETY | NEWS | EVENTS | ABOUT ONCOR | INVESTORS |

**Company Information**

- Who is Oncor?
  - Executive Leadership
  - Board of Directors
- Affiliate Transactions / PUCT Code of Conduct
- Awards
- Careers
- Supplier Registration
- Hours and Holidays
- Billing and Rate Schedules
- Brand Identity Resources
- Investor Information
- Service Area
- Social Media and Web House Rules

# EXECUTIVE LEADERSHIP



Executives listed from left to right

**Don Clevenger** – Senior Vice President, Strategic Planning

**Debbie Dennis** – Senior Vice President, Human Resources & Corporate Affairs

**Mark Carpenter** – Senior Vice President, T & D Operations

**Bob Shapard** – Chairman and Chief Executive Officer

**David Davis** – Senior Vice President and Chief Financial Officer

**Mike Guyton** – Senior Vice President and Chief Customer Officer

**Jim Greer** – Senior Vice President and Chief Operating Officer

**Allen Nye** – Senior Vice President, General Counsel and Secretary

## YOUR ONCOR
Residential
Business / Commercial
Government

## I NEED TO
Outages and Issues
View Outage Map
Report an Outage

## CAREERS
Search our Careers
Submit Resume
Returning User

**IMPORTANT NUMBERS**
Select a Number

http://www.oncor.com/EN/Pages/Executive-Leadership.aspx[4/25/2014 6:52:54 PM]