# EXHIBIT 4



Home > About

## LEADERSHIP

Luminant's senior management team consists of the following individuals. (For a larger version of the photo included in the bio, please visit www.LuminantBrand.com.)

**Mac McFarland, CEO:** McFarland and his team of 4,300 Luminant employees help power Texas through the safe operation and commercial optimization of over 15,400 megawatts of generation and the mining of roughly 30 million tons of Texas lignite a year, with a land reclamation program that sets the national standard. Previously, McFarland served as Luminant's chief commercial officer.
**> Full Bio**

**Rafael Flores, Chief Nuclear Officer:** Rafael Flores directs the safe, reliable and cost-effective operation of Luminant's Comanche Peak Nuclear Power Plant in compliance with all laws and regulations. He also represents Luminant nationally as a mentor for nuclear leaders.
**> Full Bio**

**Robert Frenzel, Chief Financial Officer:** Robert Frenzel's key accountability as CFO is driving industry-leading performance through the development of high-performance financial and operating plans. He joined the EFH family of companies in 2009 after serving as senior vice president in the investment banking division of Goldman Sachs.
**> Full Bio**

**Stephanie Zapata Moore, General Counsel:** Stephanie Zapata Moore's fundamental goal is to ensure high-quality representation of Luminant's legal, compliance and contracting interests in a cost-effective manner.
**> Full Bio**

**Steve Muscato, Chief Commercial Officer:** Steve Muscato brings 18 years of experience in deregulated energy markets to his position as Luminant's chief commercial officer. His goal is to leverage the skills and assets used to serve the generation fleet into a lean and highly profitable commercial business model.
**> Full Bio**

**Nancy Perry, Chief People Officer:** With direct responsibility for human resources within Luminant, Nancy Perry coordinates with Luminant's leadership team and with parent company EFH to develop and implement sound, forward-thinking strategies for growing and improving the talent within the workforce.
**> Full Bio**

**Mike Williams, Chief Fossil Officer:** With a keen focus on operational success, Mike Williams oversees the safe, reliable, lean and consistent performance of Luminant's plants and mines as well as support functions. He brings 40 years of experience in the power industry.
**> Full Bio**

- Awards
- Leadership
- History
- Luminant Energy
- Luminant Energy Natural Gas
- Doing Business with Luminant
- Real Estate for Sale
- Comanche Peak Emergency Preparedness

©2014 Luminant All Rights Reserved.
Privacy | Legal | Site Map | Energy Future Holdings