# EXHIBIT 5

Leadership | TXU Energy



En Español | Sign In

MyAccount | Plans & Offers | For Businesses | Energy Savings Solutions | Get Help

# Leadership

Home > About Us > Leadership

Our Executive Team is committed to keep TXU Energy in a leadership position by ensuring that we continually set the highest standards, create the smartest solutions and always perform in the best interests of our customers, our employees and all Texans.

Click here to get information about the EFH Leadership Team and Board of Directors.

Compliments, Comments or Complaints? TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75262-0764 or send an email.

**Jim Burke**
Chairman and Chief Executive Officer
TXU Energy

**Scott A. Hudson**
Chief Operating Officer
TXU Energy

**Gabe Castro**
Vice President, Business
TXU Energy

**David Faranetta**
Senior Vice President and Chief Financial Officer
TXU Energy

**Cecily Small Gooch**
Vice President and General Counsel
TXU Energy

**Michael Grasso**
Chief Marketing Officer
TXU Energy

**Floyd Nickerson**
Vice President and Chief People Officer
TXU Energy

## About Us

- Why TXU Energy
- TXU Energy's History
- Leadership
- Community
- Environmental Commitment
- Media Newsroom
- Press Releases
- Careers
- Fraud Awareness

---

**Electricity Services**
- Why TXU Energy
- About Variable Rate Plans
- Energy Savings Solutions
- Mobile Solutions
- Personal Energy Advisor
- Moving? Visit Our Move Center
- Online Account Management
- Payment Locations
- Set Up Cable, Internet, Phone
- Refer Friends – Get $50
- TXU Energy Blog

**For Your Home**
- Start New Service
- View & Pay Your Bill
- Move, Add or Change Service
- Paperless Billing
- AutoPay
- Determine Your Current Price
- Average Monthly Billing
- Subscribe for Special Offers
- A/C & Heat Protect Warranty
- Surge Protect Warranty
- Plumbing Protect Warranty
- MyHome Protect Warranty

**For Your Business**
- Start New Service for Your Business
- Get a Business Quote
- Small Business
- Medium & Large Business
- Construction Services
- Property Management
- Pay Your Invoice
- Transfer Your Service
- Determine Your Current Price
- Why TXU Energy for Business
- Business Insights

**Corporate**
- About Us
- Our History
- Local Sponsorships and Events
- Environmental Commitment
- Fraud Awareness
- Media Newsroom
- Press Releases
- Leadership
- Contact Us
- Suspicious Email Alert

Terms and Conditions | Privacy Policy | Careers | Contact Us | Sitemap

© 2014 TXU Energy Retail Company LLC REP #10004


