# EXHIBIT 8

EX-21 15 ex21.htm SUBSIDIARIES OF TXU CORP.

Exhibit 21

# TXU CORP.

## SUBSIDIARY HIERARCHY
**Effective December 31, 2006**

| | State or Country of Incorporation |
|---|---|
| **TXU Corp.** | Texas |
|   TXU US Holdings Company | Texas |
|     TXU Fuel Company [1] | Texas |
|     TXU Energy Holdings Company | Texas |
|       TXU Enterprise Holdings Company LLC | Delaware |
|         TXU Collin Company LLC | Delaware |
|         TXU Valley Company LLC | Delaware |
|         NCA Resources Investment Company LLC | Delaware |
|           TXU Mineral Development Company II LP [2] | Texas |
|         NCA Resources Management Company LLC | Delaware |
|           NCA Resources Development Company LP [3] | Texas |
|       TXU Mining Services Company | Delaware |
|       TXU Power Services Company | Delaware |
|       TXU Retail Services Company | Delaware |
|       TXU Wholesale Services Company | Delaware |
|     TXU Energy Company LLC [4] | Delaware |
|       TXU Big Brown Management Company LLC | Delaware |
|         TXU Big Brown Company LP [5] | Texas |
|       TXU Big Brown Lignite Management Company LLC | Delaware |
|         TXU Big Brown Lignite Company LP [6] | Texas |
|       TXU DeCordova Management Company LLC | Delaware |
|         TXU DeCordova Company LP [7] | Texas |
|       TXU Tradinghouse Management Company LLC | Delaware |
|         TXU Tradinghouse Company LP [8] | Texas |
|       TXU Generation Management Company LLC | Delaware |
|         TXU Generation Company LP [9] | Texas |
|           Valley Power Company LLC | Texas |
|         Fuelco LLC [10] | Delaware |
|         TXU Renewables Investment Company LLC | Delaware |
|         TXU Renewables Management Company LLC | Delaware |
|           TXU Renewables Company LP [11] | Texas |
|       TXU Generation Services Company | Texas |
|       Oak Grove Management Company LLC | Delaware |
|       TXU Energy Investment Company LLC | Delaware |
|       TXU Energy Finance Company LLC | Delaware |
|       TXU Mining Management Company LLC | Delaware |
|         TXU Mining Company LP [12] | Texas |
|       TXU Big Brown Mining Management Company LLC | Delaware |
|         TXU Big Brown Mining Company LP [13] | Texas |
|       Oak Grove Mining Company LLC | Texas |
|       Oak Grove Power Company LLC | Texas |
|       Lake Creek 3 Power Company LLC | Texas |

| Entity | Jurisdiction |
|---|---|
| Monticello 4 Power Company LLC | Texas |
| Martin Lake Power Company LLC | Texas |
| Morgan Creek Power Company LL | Texas |
| Big Brown 3 Power Company LLC | Texas |
| Tradinghouse 3 & 4 Power Company LLC | Texas |
| TXU SESCO Company LLC | Texas |
| TXU SESCO Energy Services Company | Texas |
| TXU Energy Retail Management Company LLC | Delaware |
| TXU Energy Retail Company LP [14] | Texas |
| TXU Portfolio Optimization Company LLC | Delaware |
| TXU Portfolio Management Company LP [15] | Texas |
| TXU Energy Trading (California) Company | Texas |
| TXU Energy Trading Canada Limited | Canada |
| TXU ET Services Company | Texas |
| TXU Energy Solutions Investment Company LLC | Delaware |
| TXU Energy Solutions Management Company LLC | Delaware |
| TXU Energy Solutions Company LP [16] | Texas |
| TXU Chilled Water Solutions Company | Texas |
| TXU SEM Company | Delaware |
| Wichita/Victory Ave. LLC | Texas |
| NCA Development Company LLC | Texas |
| TXU Development Holdings Company | Delaware |
| TXU Generation Development Company II LLC | Delaware |
| Hazlebrook Generation Company LLC | Delaware |
| Shamokin Generation Company LLC | Delaware |
| TXU Mineral Investment Company I LLC | Delaware |
| TXU Mineral Management Company I LLC | Delaware |
| TXU Mineral Development Company I LP [17] | Texas |
| TXU Generation Development Company LLC | Delaware |
| TXU Sandow Investment Company LLC | Delaware |
| TXU Sandow Management Company LLC | Delaware |
| TXU Sandow Development Company LP [18] | Texas |
| TXU US Holdings Investment Company LLC [19] | Delaware |
| TXU Electric Delivery Company | Texas |
| TXU Electric Delivery Transition Bond Company LLC | Delaware |
| TXU Electric Delivery Property Company LLC | Texas |
| TXU Utility Services Management Company LLC | Delaware |
| TXU Utility Services LP [20] | Texas |
| TXU Asset Services Company LLC | Delaware |
| TXU Asset Services Group Management Company LLC | Delaware |
| TXU Asset Services Group Investment Company LLC | Delaware |
| InfrastruX Energy Services Group LP [21] | Delaware |
| InfrastruX Energy Services BPL LP [22] | Delaware |
| InsfrastruX Energy Services Investment LLC | Delaware |
| InfrastruX Energy Services LP [23] | Delaware |
| TXU Receivables Company | Delaware |
| TXU Finance (No. 2) Holdings Company | Delaware |
| TXU Vermont Insurance Company | Vermont |

| | | | | | |
|---|---|---|---|---|---|
| | TXU Business Services Company | | | | Texas |
| | | TXU CG Management Company LLC | | | Texas |
| | | | TXU CG Holdings Company LP | | Texas |
| | TXU Industries Company LLC | | | | Delaware |
| | | TXU Properties Company | | | Texas |
| | | TXU Development Company | | | Texas |
| | | National Pipeline Company | | | Texas |
| | | TXU Holdings Company | | | Delaware |
| | | | Communications License Holdings I, Inc. | | Texas |
| | | TXU Investment Company | | | Texas |
| | | | Pinnacle One GP, LLC [24] | | Delaware |
| | | | | Pinnacle One Partners, L.P. [25] | Delaware |
| | | | | | Pinnacle I, Inc. | Delaware |
| | | | Basic Resources Inc. | | Texas |
| | | TXU Australia (No. 2) Holdings Company | | | Delaware |
| | | Akard Street Holdings Company | | | Delaware |
| | | LSGT Investment Company LLC | | | Delaware |
| | | LSGT Management Company LLC | | | Texas |
| | | | LSGT Gas Company LP [26] | | Texas |
| | | | | LSGT Processing Company | Delaware |
| | | | | Lone Star Energy Services, Inc. | Texas |
| | | | | Oncor Utility Solutions (Texas) Company | Texas |
| | | | | Oncor Utility Solutions (North America) Company | Texas |
| | | | | ENS Holdings I, Inc. | Texas |
| | | | | ENS Holdings II, Inc. | Texas |
| | | | | | ENS Holdings Limited Partnership [27] | Texas |
| | | | | | LSGT SACROC, Inc. [28] | Texas |
| | | | | ECC Holdings, Inc | Nevada |
| | | | | | Ebasco Services of Canada Limited | Canada |
| | | | | | EECI, Inc. | Nevada |
| | | | | Enserch Finance N.V. | | Netherlands Antilles |
| | | | | LSGT Finance (II), Inc. | Texas |
| | | | | LSGT House, Inc. | Texas |
| | | | | LSGT International Investments Limited | Delaware |
| | | | | | Humphreys & Glasgow Limited | United Kingdom |
| | | | | Lavair Cogeneration Limited Partnership | Delaware |
| | | | | PDH I Holding Company, Inc. | Texas |

Except as noted above, the voting stock of each subsidiary company and their subsidiaries and affiliates is wholly owned (100%) by its parent or a wholly-owned affiliate.

1   99.0% owned by TXU US Holdings Company, 1.0% owned by TXU Energy Holdings Company
2   99.5% owned by NCA Resources Investment Company LLC (limited partner) and 0.5% owned by TXU Enterprise Holdings

| | |
|---|---|
| | Company LLC (general partner) |
| 3 | 99.5% owned by NCA Resources Investment Company LLC (limited partner) and 0.5% owned by NCA Resources Management Company LLC (general partner) |
| 4 | 99% owned by TXU US Holdings Company, 1% owned by TXU Energy Holdings Company |
| 5 | 99.5% owned by TXU Energy Investment Company LLC (limited partner) and 0.5% owned by TXU Big Brown Management Company LLC (general partner) |
| 6 | 99.5% owned by TXU Energy Investment Company LLC (limited partner) and 0.5% owned by TXU Big Brown Lignite Management Company LLC (general partner) |
| 7 | 99.5% owned by TXU Energy Investment Company LLC (limited partner) and 0.5% owned by TXU DeCordova Management Company LLC (general partner) |
| 8 | 99.5% owned by TXU Energy Investment Company LLC (limited partner) and 0.5% owned by TXU Tradinghouse Management Company LLC (general partner) |
| 9 | 99.5% owned by TXU Energy Investment Company LLC (limited partner) and 0.5% owned by TXU Generation Management Company LLC (general partner) |
| 10 | 92% membership interest owned by TXU Generation Company LP |
| 11 | 99.5% owned by TXU Renewables Investment Company LLC (limited partner) and 0.5% owned by TXU Renewables Management Company LLC (general partner) |
| 12 | 99.5% owned by TXU Energy Investment Company LLC (limited partner) and 0.5% owned by TXU Mining Management Company LLC (general partner) |
| 13 | 99.5% owned by TXU Energy Investment Company LLC (limited partner) and 0.5% owned by TXU Big Brown Mining Management Company LLC (general partner) |
| 14 | 99.5% owned by TXU Energy Investment Company LLC (limited partner) and 0.5% owned by TXU Energy Retail Management Company LLC (general partner) |
| 15 | 99.5% owned by TXU Energy Investment Company LLC (limited partner) and 0.5% owned by TXU Portfolio Optimization Company LLC (general partner) |
| 16 | 99.5% owned by TXU Energy Solutions Investment Company LLC (limited partner) and 0.5% owned by TXU Energy Solutions Management Company LLC (general partner) |
| 17 | 99.5% owned by TXU Mineral Investment Company I LLC (limited partner) and 0.5% owned by TXU Mineral Management Company I LLC (general partner) |
| 18 | 99.5% owned by TXU Sandow Investment Company LLC (limited partner) and 0.5% owned by TXU Sandow Management Company LLC (general partner) |
| 19 | 100% ownership of Class B non-voting common stock of TXU US Holdings Company |
| 20 | 99.5 % owned by TXU Utility Services Management Group LLC (limited partner) and 0.5% owned by TXU Corp (general partner) |
| 21 | 49.75% owned by TXU Asset Services Group Investment Company LLC (a limited partner) and 0.25% owned by TXU Asset Services Group Management Company (a general partner) |
| 22 | 99.5% owned by TXU Asset Services Group Investment Company LLC (limited partner) and 0.5% owned by TXU Asset Services Group Management Company (general partner) |
| 23 | 99.5% owned by InfrastruX Energy Investment LLC (limited partner) and 0.5% owned by InfrastruX Energy Services Group LP (general partner) |
| 24 | 90% owned by TXU Investment Company, 10% owned by TXU US Holdings Company |
| 25 | 99.5% owned by TXU Investment Company (limited partner), 0.5% owned by Pinnacle One GP, LLC (general partner) |
| 26 | 99.5% owned by LSGT Investment Company LLC (limited partner) and 0.5% owned by LSGT Management Company LLC (general partner) |
| 27 | 1% owned by ENS Holdings I, Inc., 99% owned by ENS Holdings II, Inc. |
| 28 | .035% owned by ENS Holdings Limited Partnership, 99.65% owned by LSGT Finance (II), Inc. |

## Affiliates

| | State or County of Incorporation or Organization |
|---|---|
| InfrastruX Energy Services Group LP [1] | Delaware |
| ICMC Power Consortium Inc. [2] | New York |
| EIP Holdings LLC [c] | Delaware |
| Current Communications Group LLC [4] | Delaware |

(1)  0.25% general partnership interest owned by TXU Asset Services Group Management Company LLC, 49.75% limited partnership interest owned by TXU Asset Services Group Investment Company LLC.
(2)  12.93% owned by TXU Development Company.
(3)  20% (2.5M) membership interest owned by TXU Portfolio Management Company LP.
(4)  25.874% membership interest owned by TXU Utility Services LP.