# EXHIBIT 9

Exhibit 21(a)

**ENERGY FUTURE HOLDINGS CORP.**
**SUBSIDIARY HIERARCHY**
Effective March 29, 2008

| Entity | Jurisdiction |
|---|---|
| Energy Future Holdings Corp. | Texas |
|     Energy Future Competitive Holdings Company | Texas |
|     Texas Competitive Electric Holdings LLC | Delaware |
|         TCEH Finance, Inc. | Delaware |
|         Generation MT Company LLC | Delaware |
|         EFH CG Holdings Company LP[1] | Texas |
|         Luminant Holding Company LLC | Delaware |
|             Luminant Energy Company LLC | Texas |
|                 Luminant ET Services Company | Texas |
|                 Luminant Energy Trading California Company | Texas |
|                 Luminant Energy Trading Canada Limited | Canada |
|                 EFH CG Holdings Company LP[2] | Texas |
|             Luminant Energy Services Company | Texas |
|             Luminant Generation Company LLC | Texas |
|                 Valley NG Power Company LLC | Texas |
|                 Luminant Renewables Company LLC | Texas |
|                 Fuelco LLC[3] | Delaware |
|                 EFH CG Holdings Company LP[4] | Texas |
|             Generation SVC Company | Texas |
|             Luminant Power Services Company | Delaware |
|             Big Brown 3 Power Company LLC | Texas |
|             Big Brown Power Company LLC | Texas |
|             Collin Power Company LLC | Delaware |
|             DeCordova Power Company LLC | Texas |
|             Lake Creek 3 Power Company LLC | Texas |
|             Martin Lake 4 Power Company LLC | Texas |
|             Monticello 4 Power Company LLC | Texas |
|             Morgan Creek 7 Power Company LLC | Texas |
|             Oak Grove Management Company LLC | Delaware |
|             Oak Grove Power Company LLC | Texas |
|             Sandow Power Company LLC | Texas |
|             Tradinghouse 3 & 4 Power Company LLC | Texas |
|             Tradinghouse Power Company LLC | Texas |
|             Valley Power Company LLC | Texas |
|             Luminant Mining Services Company | Delaware |
|             Big Brown Lignite Company LLC | Texas |
|             Luminant Big Brown Mining Company LLC | Texas |
|             Luminant Mining Company LLC | Texas |
|             Oak Grove Mining Company LLC | Texas |
|             Luminant Mineral Development Company LLC | Texas |
|             NCA Resources Development Company LLC | Texas |
|             Wichita/Victory Avenue LLC | Texas |
|         TXU Energy Retail Company LLC | Texas |
|             TXU Retail Services Company | Delaware |
|             EFH CG Holdings Company LP[5] | Texas |
|             TXU SESCO Company LLC | Texas |
|                 TXU SESCO Energy Services Company | Texas |
|             TXU Energy Solutions Company LLC | Texas |
|                 TXU Chilled Water Solutions Company | Texas |
|                 TXU SEM Company | Texas |
|             TXU Energy Retail Management Company LLC | Delaware |

| | Jurisdiction |
|---|---|
| Energy Future Intermediate Holding Company LLC | Delaware |
|     Oncor Electric Delivery Holdings Company LLC | Delaware |
|         Oncor Electric Delivery Company LLC | Delaware |
|             Oncor Electric Delivery Transition Bond Company LLC | Delaware |
|             EFH CG Holdings Company LP[6] | Texas |
|         Oncor License Holdings Company LLC | Texas |
|         Oncor Communications Holdings Company LLC | Delaware |
|     EFH Corporate Services Company | Texas |
|         Dallas Power and Light Company Inc. (name holder entity only) | Texas |
|         Lone Star Energy Company Inc. (name holder entity only) | Texas |
|         Lone Star Pipeline Company Inc. (name holder entity only) | Texas |
|         Southwestern Electric Service Company Inc. (name holder entity only) | Texas |
|         Texas Electric Service Company Inc. (name holder entity only) | Texas |
|         Texas Energy Industries Company Inc. (name holder entity only) | Texas |
|         Texas Power and Light Company Inc. (name holder entity only) | Texas |
|         Texas Utilities Company Inc. (name holder entity only) | Texas |
|         Texas Utilities Electric Company Inc. (name holder entity only) | Texas |
|         TXU Electric Company Inc. (name holder entity only) | Texas |
|         EFH CG Management Company LLC | Texas |
|             EFH CG Holdings Company LP[7] | Texas |
| DFW Midstream Services LLC | Texas |
| Generation Development Company LLC | Delaware |
| InfrastruX Energy Services BPL LLC | Delaware |
| NCA Development Company LLC | Texas |
| EFH Industries Company LLC | Delaware |
|       EFH Properties Company | Texas |
|       Communications License Holdings I Inc. | Texas |
|       EFH Investment Company | Texas |
|       Basic Resources Inc. | Texas |
| TXU Receivables Company | Delaware |
| EFH CC Holdings Company LLC | Texas |
|     Current Communications Group LLC[8] | Delaware |
| EFH Vermont Insurance Company | Vermont |
| LSGT Gas Company LLC | Texas |
|     LSGT Processing Company | Texas |
|     Lone Star Energy Services, Inc | Texas |
|     ENS Holdings I, Inc. | Texas |
|     ENS Holdings II, Inc. | Texas |
|         ENS Holdings Limited Partnership[9] | Texas |
|             LSGT SACROC, Inc.[10] | Texas |
|     LSGT Finance (II), Inc. | Texas |
|     LSGT House Inc. | Texas |
|     Enserch Finance N.V. | Netherlands Antilles |
|     LSGT International Investments Limited | Delaware |
|         Humphreys & Glasgow Limited | United Kingdom |
|     EEC Holdings Inc | Nevada |
|         EECI, Inc. | Nevada |
|         Ebasco Services of Canada, Ltd | Canada |
|     EFH CG Holdings Company LP[11] | Texas |
|     EFH Australia (No. 2) Holdings Company | Delaware |
|     EFH FS Holdings Company | Delaware |
|         TXU International Holdings Limited | United Kingdom |
|             TXU Finance (No. 3) Limited | United Kingdom |
|                 TXU Europe Limited | United Kingdom |
|                     TXU Europe CP Inc | Delaware |
|                     TXU Eastern Finance (A) Ltd | United Kingdom |
|                     TXU Eastern Finance (B) Ltd | United Kingdom |
|                         TXU Eastern Funding Company[12] | United Kingdom |

| | Jurisdiction |
|---|---|
| EFH Finance (No. 2) Holdings Company | Delaware |
|   TXU Finance (No. 2) Limited[13] | United Kingdom |
|     TXU Acquisitions Limited | United Kingdom |
|       TXU Energy Group Limited | United Kingdom |
|         TXU Europe Group PLC | United Kingdom |
|           Energy Holdings (No. 3) Limited | United Kingdom |

[1] 0.3% ownership interest
[2] 22% ownership interest
[3] 92% ownership interest
[4] 2.4% ownership interest
[5] 28.4% ownership interest
[6] 19.5% ownership interest
[7] 21.5% ownership interest
[8] 25.874% ownership interest
[9] 99% owned by ENS Holdings II, Inc. and 1% owned by ENS Holdings I, Inc.
[10] 0.35% owned by ENS Holdings Limited Partnership and 99.65% owned by LSGT Finance (II), Inc.
[11] 5.9% ownership interest
[12] 50% owned by TXU Eastern Finance (A) Ltd and 50% owned by TXU Eastern Finance (B) Ltd
[13] 10% owned by EFH Finance (No. 2) Holdings Company and 90% owned by TXU Europe Limited