# EXHIBIT 10

EX-21 9 dex21.htm SUBSIDIARIES OF TXU CORP.

**EXHIBIT 21**

**TXU CORP.**
**SUBSIDIARY HIERARCHY**
**Effective December 31, 2005**

| | State or Country of Incorporation |
|---|---|
| **TXU Corp.** | Texas |
|     TXU Australia (No. 2) Holdings Company | Delaware |
|     TXU Asset Services Group Investment Company | Delaware |
|     TXU Electric Delivery Company | Texas |
|         TXU Electric Delivery Transition Bond Company LLC | Delaware |
|     TXU US Holdings Investment Company LLC (1) | Delaware |
|     TXU US Holdings Company | Texas |
|         TXU Fuel Company (2) | Texas |
|         TXU Energy Holdings Company | Texas |
|         TXU Energy Company LLC (3) | Delaware |
|             TXU Big Brown Management Company LLC | Delaware |
|                 TXU Big Brown Company LP | Texas |
|             TXU Big Brown Lignite Management Company LLC | Delaware |
|                 TXU Big Brown Lignite Company LP | Texas |
|             TXU DeCordova Management Company LLC | Delaware |
|                 TXU DeCordova Company LP | Texas |
|             TXU Tradinghouse Management Company LLC | Delaware |
|                 TXU Tradinghouse Company LP | Texas |
|             TXU Generation Management Company LLC | Delaware |
|                 TXU Generation Company LP | Texas |
|                     Fuelco LLC (4) | Delaware |
|                     TXU Renewables Management Company LLC | Delaware |
|                     TXU Renewables Investment Company LLC | Delaware |
|                         TXU Renewables Company LP | Texas |
|             TXU Generation Services Company | Texas |
|             Oak Grove Management Company LLC | Delaware |
|             TXU Enterprise Holdings Company LLC | Delaware |
|                 TXU Collin Company LLC | Delaware |
|                 TXU Valley Company LLC | Delaware |
|             TXU Energy Investment Company LLC | Delaware |
|             TXU Energy Finance Company LLC | Delaware |
|             TXU Mining Management Company LLC | Delaware |
|                 TXU Mining Company LP | Texas |
|             TXU Big Brown Mining Management Company LLC | Delaware |
|                 TXU Big Brown Mining Company LP | Texas |
|             TXU SESCO Company LLC | Texas |
|                 TXU SESCO Energy Services Company | Texas |
|             TXU Energy Retail Management Company LLC | Delaware |
|                 TXU Energy Retail Company LP | Texas |
|             TXU Portfolio Optimization Company LLC | Delaware |
|                 TXU Portfolio Management Company LP | Texas |
|                     TXU Energy Trading (California) Company | Texas |
|                     TXU Energy Trading Canada Limited | Canada |
|                     TXU ET Services Company | Texas |

1

| | |
|---|---|
|     TXU Energy Solutions Management Company LLC | Delaware |
|     TXU Energy Solutions Investment Company LLC | Delaware |
|         TXU Energy Solutions Company LP | Texas |
|             TXU Chilled Water Solutions Company | Texas |

| Company | State |
|---|---|
| TXU SEM Company | Delaware |
|     Wichita/Victory Ave. LLC | Texas |
| TXU Industries Company LLC | Delaware |
|     TXU Properties Company | Texas |
|     TXU Development Company | Texas |
|         EDC Four Inc. (5) | Delaware |
|     National Pipeline Company | Texas |
|     TXU Holdings Company | Delaware |
|         Communications License Holdings I, Inc | Texas |
|     TXU Investment Company | Texas |
|         Pinnacle One GP, LLC (6) | Delaware |
|             Pinnacle One Partners, L.P. (7) | Delaware |
|                 Pinnacle I, Inc. | Delaware |
|     Basic Resources Inc. | Texas |
| TXU Receivables Company | Delaware |
| TXU Finance (No. 2) Holdings Company | Delaware |
| TXU Vermont Insurance Company | Vermont |
| TXU Business Services Company | Texas |
|     TXU CG Management Company LLC | Texas |
|         TXU CG Holdings Company LP | Texas |
| TXU Gas Management Company LLC | Texas |
| TXU Gas Investment Company LLC | Delaware |
|     TXU Gas Company LP | Texas |
|         TXU Processing Company | Delaware |
|         Lone Star Energy Services, Inc. | Texas |
|         Oncor Utility Solutions (Texas) Company | Texas |
|         Oncor Utility Solutions (North America) Company | Texas |
|         ENS Holdings I, Inc. | Texas |
|         ENS Holdings II, Inc. | Texas |
|             ENS Holdings Limited Partnership (8) | Texas |
|                 Enserch SACROC, Inc. (9) | Texas |
|         ENSERCH E&C Holdings, Inc. | Nevada |
|             Ebasco Services of Canada Limited | Canada |
|             ENSERCH E&C, Inc. | Nevada |
|         Enserch Finance N.V. | Netherlands Antilles |
|         Enserch Finance (II), Inc. | Texas |
|         Enserch House, Inc. | Texas |
|         Enserch International Investments Limited | Delaware |
|             Humphreys & Glasgow Limited (L) | United Kingdom |
|         Lavair Cogeneration Limited Partnership | Delaware |

---

(1)    100% ownership of Class B non-voting common stock of TXU US Holdings Company

(2)    99.0% owned by TXU US Holdings Company, 1.0% owned by TXU Energy Holdings Company

(3)    99% owned by TXU US Holdings Company, 1% owned by TXU Energy Holdings Company

(4)    92% membership interest owned by TXU Generation Company LP

2

---

(5)    50% owned by TXU Development Company

(6)    90% owned by TXU Investment Company, 10% owned by TXU US Holdings Company

(7)    99.5% LP interest owned by TXU Investment Company, .5% GP interest owned by Pinnacle One GP, LLC

(8)    1% owned by ENS Holdings I, Inc., 99% owned by ENS Holdings II, Inc.

(9)    .035% owned by ENS Holdings Limited Partnership, 99.65% owned by Enserch Finance (II), Inc.

Except as noted above, the voting stock of each subsidiary company and their subsidiaries and affiliates is wholly owned (100%) by its parent or a wholly-owned affiliate.

**Affiliates**

|  | **State or County of Incorporation or Organization** |
|---|---|
| ICMC Power Consortium, Inc. (1) | New York |
| EIP Holdings LLC (2) | Delaware |

---

(1) 12.93% owned by TXU Development Company.

(2) 20% ($2.5M) membership interest owned by TXU Energy Trading Company, 20% ($2.5M) membership interest owned by TXU Portfolio Management Company LP.

3