# EXHIBIT 22





| Hi, whitecasedw | Company Search |
|---|---|

Home | Stressed Debt | Distressed Debt | Pre-Restructuring | CH11-Restructuring
Post Restructuring | Middle Market | Primary Issuance | Lev. Loan / High Yield | Debt Maturity
Timetable | Personalise

North America ✓
Europe ✓
Asia Pacific ✓
Latin America ✓
CEEMEA ✓
ABS ✗
Municipals ✗
Analytics ✗

Personalise

Intelligence Search

Last Search
New Search
Help
Restructuring Deal Search
Dealscope

**Company Search**
Company Name

## Intelligence: Result Details

Print

| 12-Mar-14 - 19:11 | **EFH and sponsors consider EFIH PIK plan, but major creditors pose obstacle** Proprietary | **Dealscope potential activity analysis** |
|---|---|---|
| | | About DealScope |
| **Story:** | **Energy Future Holdings** (EFH) and its sponsors are entertaining several restructuring proposals from unsecured bondholders for **Energy Future Intermediate Holding** (EFIH) amid preparations for a bankruptcy filing at the end of the month, said two sources familiar with the matter. | **Topics:**<br><br>Advisory<br>Mandate<br>Earnings<br>Coverage<br>In-court<br>Restructuring |
| | The proposals encompass two scenarios. One plan entertains EFIH remaining part of parent EFH, while merchant subsidiary **Texas Competitive Electric Holdings** (TCEH) would spin off tax-free, the sources continued. The second option contemplates EFIH and | Issuer — Energy Future Holdings Corp<br><br>Private Equity House — KKR and Co Guernsey LP<br><br>Private Equity House — TPG Capital LP |

**Intelligence search**

Match exact phrase

**Charge Code**

TCEH deconsolidating from the parent in the event that a potential spinoff of TCEH would trigger a major tax liability at EFH.

Under the first proposal, the company would take out the first lien bonds at EFIH with proceeds from a roughly USD 5.3bn debtor-in-possession (DIP) loan, said the sources. The loan would pay an all-in yield of 4.5%-4.75% and would also be used to pay interest on the second lien bonds during bankruptcy, noted one of the sources. Deutsche Bank, Morgan Stanley and Citigroup are among the banks working on the EFIH DIP, said the first source and a third source familiar.

The first plan option also accounts for the litigation that will be taken up by EFIH second lien bondholders in search of a make-whole premium. The class would be taken out with proceeds from a second lien DIP that would be funded by unsecured PIK noteholders later in the case following a ruling on the matter, the first source said.

"The second lien holders are still waiting for Godot to show up," said the second source familiar, adding that some parties doubt the PIK bondholders' ability to put their money where their mouth is.

But paying up could well be worth the equity upside for the PIKs, whom under the first plan will get the majority of

| | |
|---|---|
| Issuer | KKR Financial Holdings LLC |
| Financial advisor | Blackstone Group L.P. |
| Issuer | Oncor Electric Delivery Company LLC |
| Issuer | Brazos River Authority |
| Issuer | Sabine River Authority |
| Issuer | Texas Competitive Electric Holdings (TCEH) |
| Financial advisor | Evercore Partners Inc |
| Lawyer | Kirkland & Ellis LLP |
| Issuer | Trinity River Authority of Texas |
| Other | Goldman Sachs |
| Other | Kramer Levin Naftalis & Frankel LLP |
| Other | Citi |
| Other | Oaktree Capital Group, LLC |
| Financial advisor | Millstein & Co |
| Lawyer | Paul Weiss |

| | |
|---|---|
| the reorganized equity at EFH while sponsors will retain less than 10%, noted the first source familiar. | Rifkind Wharton & Garrison LLP |
| | Other — Berkshire Hathaway Inc. |
| The company and the sponsors would favor such a plan only if the proposal can win the approval of larger creditors, like Fidelity, the first source continued. | Other — Rothschild |
| | Other — Apollo Global Management, LLC |
| Fidelity, which owns a substantial amount of the EFIH second lien notes and roughly 80% of the legacy notes that sit at the parent level, was offered a roughly USD 200m cash payment – roughly the market value equivalent of the USD 580m legacy bond holdings which trade in the 30s, the source noted. But the fund, which also owns first lien loans at TCEH, has so far not agreed to the proposal. | Financial advisor — Moelis & Company LLC |
| | Lawyer — O'Melveny & Myers LLP |
| | Other — Franklin Templeton Investments |
| | Other — EPIQ Systems, Inc. |
| Other pieces that need to fall into place include TCEH lenders agreeing to the tax-free spinoff. As reported, the group of lenders is split between agreeing to a tax-free spinoff and a quicker bankruptcy process because the latter would prevent them from receiving a step-up in the tax basis of their asset, which would help them capture tax advantages over the course of the asset and when the asset is sold. | Other — Appaloosa Management, L.P. |
| | Other — Oncor Electric Delivery Company LLC |
| | Financial advisor — Miller Buckfire & Co. LLC |
| | Lawyer — Jones Day |
| The lenders had not signed confidentially agreements up until the beginning of the week, but are expected to go over the wall either to discuss the details of a last minute restructuring | Other — Aurelius Capital Management |
| | Lawyer — Forshey & Prostok |

plan or to be presented details of the filing, said a fourth source familiar.

"Under the first plan, the bankruptcy would take no less than 12-15 months, and [creditors] would have the certainty that it won't [bring] the elephant into the room," said the first source, referring to the IRS. "If EFIH and TCEH deconsolidate, both become taxable events and IRS becomes an interested party and the bankruptcy could take 30 months and there is no certainty either side [would] achieve a step-up in basis."

Calls to Deutsche Bank and the company were not returned.

by Madalina Iacob and Laura J Keller

| | |
|---|---|
| **Source:** | Debtwire |
| **Intel. Grade:** | Strong evidence |
| **Intelligence ID:** | 1761812 |

| | |
|---|---|
| Other | Marathon Asset Management, LP |
| Financial advisor | Peter J Solomon Company Limited |
| Lawyer | Brown Rudnick LLP |
| Other | Claren Road Asset Management, LLC |
| Financial advisor | Houlihan Lokey |
| Lawyer | White & Case LLP |
| Other | Avenue Capital Management II LP |
| Financial advisor | Centerview Partners |
| Lawyer | Akin Gump Strauss Hauer & Feld |
| Other | Arrowgrass Master Fund |
| Other | Fidelity Investments (insurance and limousine units) |
| Financial advisor | Perella Weinberg Partners LP |
| Lawyer | Fried Frank Harris |

Shriver & Jacobson LLP

**Energy Future Holdings Corp is in Distressed Debt**

**Energy Future Holdings Corp is in Lev. Loan/High Yield**

**Energy Future Holdings Corp is in Debt Maturity**

**Brazos River Authority is in Lev. Loan/High Yield**

**Sabine River Authority is in Distressed Debt**

**Texas Competitive Electric Holdings (TCEH) is in Distressed Debt**

**Texas Competitive Electric Holdings (TCEH) is in Debt**

Maturity

**Energy Future Holdings Corp is in Primary Issuance**

Primary Issuance

Suggest Tear Sheet

*Debtwire only provides Tear Sheet on companies that have public financial statements*

| | |
|---|---|
| 14-Feb-14 - 16:08 | **EFH considers TCEH tax-free spinoff; Apollo, Oaktree forge opposition** 🔵 Proprietary |
| **Story:** | **Energy Future Holdings** and its creditors have been trying for nearly a year to ink a global restructuring deal that keeps both merchant subsidiary **Texas Competitive Electric Holdings** (TCEH) and the **Energy Future Intermediate Holding** (EFIH) entity under the same umbrella. However, after discussions fell apart last November and EFH elected to make coupon payments to junior bond classes at TCEH, the prospect of keeping the entities together has become slim, according to two sources familiar with the matter.

This month, in what may be just a last ditch attempt to find common ground, management and creditor groups have been debating a new workout scenario based on the idea of |

**Dealscope potential activity analysis**

About DealScope

**Topics:**

Distressed Sale
Government/Regulatory
In-court Restructuring

| | |
|---|---|
| Issuer | Energy Future Holdings Corp |
| Private Equity House | KKR and Co Guernsey LP |
| Private Equity House | TPG Capital LP |
| Issuer | KKR Financial Holdings LLC |
| Financial advisor | Blackstone Group L.P. |
| Issuer | Oncor |

spinning off TCEH in a way that potentially avoids a massive tax liability, the sources continued.

TCEH first lien lenders have long been adamant that the most feasible restructuring solution would be to give them the keys to the merchant subsidiary through an equitization of their loan and a break up from the parent, as reported previously. But one of the problems for other parties involved in the power company's capital structure is that a separation of TCEH risks saddling the parent with dire tax consequences that would arise from a gain on sale of assets with a cash tax liability in excess of USD 2bn.

To avoid being slapped with this massive tax liability, management has recently been contemplating the parent's ability to structure the TCEH spin-off as a tax-free transaction under Section 355 of the US Internal Revenue Code, said the two sources familiar.

To qualify as a tax-free spin-off transaction, the parent must be in control of the subsidiary immediately before the spin-off. It also must distribute control, or at least 80% of the voting power of all classes of stock entitled to vote, to the new shareholders. The parent must also have been in charge of the business for five years before the spin-off, and must carry out the "the transaction for one or more corporate business purposes" such as cost savings and risk reduction.

| | |
|---|---|
| | Electric Delivery Company LLC |
| Issuer | Texas Competitive Electric Holdings (TCEH) |
| Financial advisor | Evercore Partners Inc |
| Lawyer | Kirkland & Ellis LLP |
| Other | Goldman Sachs |
| Other | Kramer Levin Naftalis & Frankel LLP |
| Other | Citi |
| Other | Oaktree Capital Group, LLC |
| Financial advisor | Millstein & Co |
| Lawyer | Paul Weiss Rifkind Wharton & Garrison LLP |
| Other | Berkshire Hathaway Inc. |
| Other | Rothschild |
| Other | Apollo Global Management, LLC |
| Financial advisor | Moelis & Company LLC |

| | | |
|---|---|---|
| Another permitted business purpose criteria is to allow management to concentrate the activities of a single entity on a single business. | Lawyer | O'Melveny & Myers LLP |
| | Other | Franklin Templeton Investments |
| The parameters of tax free spinoffs under Section 355 are outlined in a 2011 article from law firm Steptoe & Johnson LLP and a 2013 article from law firm McDermott Will & Emery. | Other | EPIQ Systems, Inc. |
| | Other | Appaloosa Management, L.P. |
| EFH, which was bought by its sponsors five years ago, can likely satisfy the most rudimentary of Section 355 requirements, avoiding the capital gains tax usually incurred in a straight sale transition. However, the code contains deeper complexities that are often burdensome to meet, according to a tax lawyer not involved in the case. | Other | Oncor Electric Delivery Company LLC |
| | Financial advisor | Miller Buckfire & Co. LLC |
| | Lawyer | Jones Day |
| Another twist comes from the lenders to TCEH, for whom the benefits are not as straightforward, noted the two sources familiar. Lenders, including Apollo Management and Oaktree Capital Management, are in a position where the pros of a less costly, faster bankruptcy process may not be enough to offset the loss of not being able to readjust the value of their new asset to fair market value for tax purposes, the sources added. | Other | Aurelius Capital Management |
| | Lawyer | Forshey & Prostok |
| | Other | Marathon Asset Management, LP |
| | Financial advisor | Peter J Solomon Company Limited |
| The adjustment, also known as a step-up in basis, would allow TCEH's new owners to capture tax savings, significantly depreciate the assets, and improve profitability, said the lawyer. | Lawyer | Brown Rudnick LLP |
| | Other | Claren Road Asset Management, LLC |
| A step-up in basis equal to the purchase price could also create huge tax savings for lenders down | Financial advisor | Houlihan |

the road if they want to sell the asset, he continued. That's because they would only have to pay taxes on the difference between the current purchase price and the new price rather than the new price and a lower basis the asset would have absent the basis step-up.

Because a tax-free spin-off is incompatible with a step-up in basis under the code, lenders can not ask for a step up in tax basis for the asset. However, their tax basis in the new stock will be equal to whatever tax basis they had in the loan, said the lawyer. For example, if one lender owns USD 5bn of the TCEH loan and doesn't write-off the loans, his tax basis upon equitization of the loans will be USD 5bn, noted the lawyer.

While some lenders would prefer streamlining the bankruptcy process to facilitate a relatively swift global deal that avoids years of litigation with the IRS to recover taxes from a stranded parent, Apollo and Oaktree – being well-versed bankruptcy players – oppose the tax free spin-off concept, said both sources familiar. Instead, the lender duo favors being able to capture the tax benefits of their new assets.

To that point, TCEH lenders don't have a clear incentive to prevent the more than USD 2bn liability from being triggered at the parent because **Energy Future Competitive Holdings**, the EFH subsidiary that owns TCEH, is a disregarded entity under the tax code. And even if the tax liability could

| | Lokey |
|---|---|
| Lawyer | White & Case LLP |
| Other | Avenue Capital Management II LP |
| Financial advisor | Centerview Partners |
| Lawyer | Akin Gump Strauss Hauer & Feld |
| Other | Arrowgrass Master Fund |
| Other | Fidelity Investments (insurance and limousine units) |
| Financial advisor | Perella Weinberg Partners LP |
| Lawyer | Fried Frank Harris Shriver & Jacobson LLP |

**Energy Future Holdings Corp is in Distressed Debt**

**Energy Future Holdings Corp is in Lev. Loan/High Yield**

become a claim at TCEH, it would be junior to the first lien loans since it would sit pari passu with the unsecured debt, noted the first source familiar.

In the event lenders inherit the assets with a lower tax basis, they could divest the assets in a transaction structured as a "sale of stock" and not "a sale of assets". This would allow them to circumvent the low tax basis of the assets, said the lawyer not involved. However, the buyer would most likely offer a lower price for the asset because of the assets low inside tax basis, concluded the lawyer.

EFH declined to comment. Messages left for officials at Apollo and Oaktree were not returned.

by Madalina Iacob

**Source:** Debtwire

**Intel. Grade:** Strong evidence

**Intelligence ID:** 1745280

**Energy Future Holdings Corp is in Debt Maturity**

**Texas Competitive Electric Holdings (TCEH) is in Distressed Debt**

**Texas Competitive Electric Holdings (TCEH) is in Debt Maturity**

**Energy Future Holdings Corp is in Primary Issuance**

Primary Issuance

Suggest Tear Sheet

*Debtwire only provides Tear Sheet on companies that have public financial statements*

---

- Remark
- Events
- Feedback
- Glossary
- Help
- Personalise

If you need information or support:

**Helpline**

**help@debtwire.com**

+1 212 686 5374

Request training

Your CRM consultant is:

**Mike Bednarczyk**



© 2013 MERGERMARKET LIMITED. ALL RIGHTS RESERVED.

About Us | Contact Us | Feedback | Privacy Policy | Terms & Conditions | Disclaimer

http://us.debtwire.com/intelligence/intelligenceDetail.asp?zone=110&verb=2&contextid=495900014&mode=4&style=20&page=1[4/25/2014 7:48:01 PM]

Debtwire.com