## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

### *AMENDED*[2] AGENDA FOR FIRST DAY HEARING
### AND INDEX OF FIRST DAY PLEADINGS

**DATE AND TIME OF HEARING:**     **MAY 1, 2014 AT 9:30 A.M. (EDT)[3]**

**LOCATION: UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801**

A.    Voluntary Petitions

   1.    Energy Future Holdings Corp.

   2.    Texas Competitive Electric Holdings Company LLC

   3.    4Change Energy Company

   4.    4Change Energy Holdings LLC

   5.    Big Brown 3 Power Company LLC

   6.    Big Brown Lignite Company LLC

   7.    Big Brown Power Company LLC

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] Any party who wishes to appear telephonically at the May 1, 2014 hearing must contact COURTCALL, LLC at 866-582-6878.

8.     Brighten Energy LLC

9.     Brighten Holdings LLC

10.    Collin Power Company LLC

11.    Dallas Power & Light Company, Inc.

12.    DeCordova Power Company LLC

13.    DeCordova II Power Company LLC

14.    Eagle Mountain Power Company LLC

15.    Ebasco Services of Canada Limited

16.    EEC Holdings, Inc.

17.    EECI, Inc.

18.    EFH Australia (No. 2) Holdings Company

19.    EFH CG Holdings Company LP

20.    EFH CG Management Company LLC

21.    EFH Corporate Services Company

22.    EFH Finance (No. 2) Holdings Company

23.    EFH FS Holdings Company

24.    EFH Renewables Company LLC

25.    EFIH Finance Inc.

26.    Energy Future Competitive Holdings Company LLC

27.    Energy Future Intermediate Holding Company LLC

28.    Generation Development Company LLC

29.    Generation MT Company LLC

30.    Generation SVC Company

31.    Lake Creek 3 Power Company LLC

32.    Lone Star Energy Company, Inc.

RLF1 10262217v.1

33.     Lone Star Pipeline Company, Inc.

34.     LSGT Gas Company LLC

35.     LSGT SACROC, Inc.

36.     Luminant Big Brown Mining Company LLC

37.     Luminant Energy Company LLC

38.     Luminant Energy Trading California Company

39.     Luminant ET Services Company

40.     Luminant Generation Company LLC

41.     Luminant Holding Company LLC

42.     Luminant Mineral Development Company LLC

43.     Luminant Mining Company LLC

44.     Luminant Renewables Company LLC

45.     Martin Lake 4 Power Company LLC

46.     Monticello 4 Power Company LLC

47.     Morgan Creek 7 Power Company LLC

48.     NCA Development Company LLC

49.     NCA Resources Development Company LLC

50.     Oak Grove Management Company LLC

51.     Oak Grove Mining Company LLC

52.     Oak Grove Power Company LLC

53.     Sandow Power Company LLC

54.     Southwestern Electric Service Company, Inc.

55.     TCEH Finance, Inc.

56.     Texas Electric Service Company, Inc.

57.     Texas Energy Industries Company, Inc.

58.   Texas Power & Light Company, Inc.

59.   Texas Utilities Company, Inc.

60.   Texas Utilities Electric Company, Inc.

61.   TradingHouse 3 & 4 Power Company LLC

62.   TradingHouse Power Company LLC

63.   TXU Electric Company, Inc.

64.   TXU Energy Receivables Company LLC

65.   TXU Energy Retail Company LLC

66.   TXU Energy Solutions Company LLC

67.   TXU Receivables Company

68.   TXU Retail Services Company

69.   TXU SEM Company

70.   Valley NG Power Company LLC

71.   Valley Power Company LLC

B.   Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, in Support of First Day Motions [Docket No. 98; filed April 29, 2014]

C.   <u>First Day Motions</u>

1.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 17; filed April 29, 2014]

i.   **Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of the TCEH Debtors for Entry of an Order Directing Joint Administration of their Chapter 11 Cases With Those of the Oncor Debtors [Docket No. 222; filed April 30, 2014]**

2.   Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) An Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) A Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority

-4-

Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay [Docket No. 74; filed April 29, 2014]

    i.    Motion Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal the Certain Fee Letter Related to Proposed Debtor-in-Possession Financing [Docket No. 39; filed April 29, 2014]

    ii.    **Supplemental Declaration of Stephen Goldstein in Support of the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay [Docket No. 221; filed April 30, 2014]**

3.    Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Docket No. 73; filed April 29, 2014]

    i.    Motion Authorizing Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates to File Under Seal the Certain Fee Letter Related to Proposed Debtors-in-Possession Financing [Docket No. 36; filed April 29, 2014]

    ii.    **Supplemental Declaration of Stephen Goldstein in Support of (I) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing and (II) the Motion Authorizing Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates to File Under Seal the Certain Fee Letter Related to Proposed Debtor-in-Possession Financing [Docket No. 211; filed April 30, 2014]**

4.   Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Docket No. 71; filed April 29, 2014]

5.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Certain Prepetition Compensation and Reimbursable Employee Expenses, (II) Pay and Honor Employee and Retiree Medical and Similar Benefits, and (III) Continue Employee and Retiree Benefit Programs, and (B) Modifying the Automatic Stay [Docket No. 25; filed April 29, 2014]

     i.   Supplemental Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, in Support of Wages and Benefits Motion [Docket No. 46; filed April 29, 2014]

6.   Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [Docket No. 37; filed April 29, 2014]

7.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of (A) An Order Authorizing the Debtors to (I) Maintain and Administer Customer Programs and Customer Agreements, (II) Honor Prepetition Obligations Related Thereto, (III) Pay Certain Expenses on Behalf of Certain Organizations, (IV) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (V) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of Customer Agreements, and the Bar Dates for Customer Claims and (B) An Order Authorizing Certain of the Debtors to Assume the Customer Agreements [Docket No. 31; filed April 29, 2014][4]

8.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Critical Vendor Claims [Docket No. 29; filed April 29, 2014]

9.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Grant Administrative Expenses Priority to all Undisputed Obligations for Goods and Services Ordered Prepetition and

---

[4] The hearing on the Assumption Order (as such term is defined in the motion) will be heard at a later date.

Delivered Postpetition and Satisfy Such Obligations in the Ordinary Course of Business, and (B) Pay Prepetition Claims of Shippers, Warehousemen, and Materialmen [Docket No. 27; filed April 29, 2014]

10.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements [Docket No. 41; filed April 29, 2014]

11.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of (A) An Order Authorizing Certain of the Debtors to Pay Certain Prepetition Transition Charges and Delivery Charges and (B) An Order Authorizing Certain of the Debtors to Assume Transmission and Distribution Service Agreements [Docket No. 38; filed April 29, 2014]

12.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 26; filed April 29, 2014]

13.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees [Docket No. 23; filed April 29, 2014]

14.     Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Retention and Appointment of Epiq Bankruptcy Solutions, LLC as the Claims and Noticing Agent for the Debtors [Docket No. 24; filed April 29, 2014]

15.     Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor [Docket No. 28; filed: April 29, 2014]

D.     <u>Other Motion</u>

Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain of the Debtors to Assume Standard Form Market Participant Agreements with ERCOT [Docket No. 40; filed April 29, 2014][5]

---

[5] The hearing on this motion will take place at a later date on appropriate notice, and no relief in connection with this motion is being sought at the first-day hearing.

E.    **Status Conference Matter**

1.    Motion of Wilmington Savings Fund Society, FSB Pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [Docket No. 8; filed April 29, 2014]

   **Objection Deadline:**    N/A

   **Objections/Responses:**

   A.    Debtors' Response and Partial Opposition to the Motion of Wilmington Savings Fund Society, FSB Pursuant to Rule 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [Docket No. 203; filed April 30, 2014]

   **Related Documents:**

   i.    Appendix to Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas [Docket No. 3; filed April 29, 2014]

   ii.    Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas [Docket No. 5; filed April 29, 2014]

   iii.    Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [Docket No. 6; filed April 29, 2014]

   iv.    Appendix to Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [Docket No. 7; filed April 29, 2014]

-8-

Dated: April **30**, 2014
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

    -and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (*pro hac vice* pending)
Edward O. Sassower, P.C. (*pro hac vice* pending)
Stephen E. Hessler (*pro hac vice* pending)
Brian E. Schartz (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
            edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com

    -and-

James H.M. Sprayregen, P.C. (*pro hac vice* pending)
Chad J. Husnick (*pro hac vice* pending)
Steven N. Serajeddini (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession