**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | ) ) ) | Case No. 14-10979 (CSS) |
| Debtor. | ) ) ) | **Related to Docket Nos.: 230 & 231** |
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, | ) ) ) ) | Case No. 14-11005 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, | ) ) ) ) | Case No. 14-10978 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| TCEH FINANCE, INC., | ) ) ) | Case No. 14-11028 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| 4CHANGE ENERGY COMPANY, | ) ) ) | Case No. 14-10981 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| 4CHANGE ENERGY HOLDINGS LLC, | ) ) ) | Case No. 14-10981 (CSS) |
| Debtor. | ) ) | |

NEWYORK 9198677 (2K)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN 3 POWER COMPANY LLC, | ) | Case No. 14-10983 (CSS) |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN LIGNITE COMPANY LLC, | ) | Case No. 14-10986 (CSS) |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN POWER COMPANY LLC, | ) | Case No. 14-10988 (CSS) |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COLLIN POWER COMPANY LLC, | ) | Case No. 14-10998 (CSS) |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DECORDOVA II POWER COMPANY LLC, | ) | Case No. 14-11003 (CSS) |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DECORDOVA POWER COMPANY LLC, | ) | Case No. 14-10982 (CSS) |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |

| | | |
|---|---|---|
| EAGLE MOUNTAIN POWER COMPANY LLC, | ) ) ) | Case No. 14-10984 (CSS) |
| Debtor. | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| GENERATION MT COMPANY LLC, | ) ) ) | Case No. 14-11021 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| GENERATION SVC COMPANY, | ) ) ) | Case No. 14-11025 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| LAKE CREEK 3 POWER COMPANY LLC, | ) ) ) ) | Case No. 14-11029 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| LUMINANT BIG BROWN MINING COMPANY LLC, | ) ) ) ) | Case No. 14-11018 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| LUMINANT ENERGY COMPANY LLC, | ) ) ) | Case No. 14-11023 (CSS) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| LUMINANT ENERGY TRADING, | ) ) | Case No. 14-11026 (CSS) |

|  |  |  |
|---|---|---|
| CALIFORNIA COMPANY, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ET SERVICES COMPANY, | ) | Case No. 14-11030 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT GENERATION COMPANY LLC, | ) | Case No. 14-11032 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT HOLDING COMPANY LLC, | ) | Case No. 14-11037 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC, | ) | Case No. 14-11040 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT MINING COMPANY LLC, | ) | Case No. 14-11042 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT RENEWABLES COMPANY LLC, | ) | Case No. 14-11044 (CSS) |

|  |  |  |
|---|---|---|
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MARTIN LAKE 4 POWER COMPANY LLC, | ) ) ) | Case No. 14-11010 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MONTICELLO 4 POWER COMPANY LLC, | ) ) ) | Case No. 14-11011 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MORGAN CREEK 7 POWER COMPANY LLC, | ) ) ) | Case No. 14-11014 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NCA RESOURCES DEVELOPMENT COMPANY LLC, | ) ) ) | Case No. 14-11016 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OAK GROVE MANAGEMENT COMPANY LLC, | ) ) ) | Case No. 14-11022 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |

|   |   |   |
|---|---|---|
| OAK GROVE MINING COMPANY LLC, | ) | Case No. 14-11024 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| OAK GROVE POWER COMPANY LLC, | ) | Case No. 14-11027 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| SANDOW POWER COMPANY LLC, | ) | Case No. 14-11033 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TRADINGHOUSE 3 & 4 POWER COMPANY LLC, | ) | Case No. 14-11046 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TRADINGHOUSE POWER COMPANY LLC, | ) | Case No. 14-10985 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TXU ENERGY RECEIVABLES COMPANY LLC, | ) | Case No. 14-10993 (CSS) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| TXU ENERGY RETAIL COMPANY LLC, | ) | Case No. 14-10997 (CSS) |

|  |  |  |
|---|---|---|
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU ENERGY SOLUTIONS COMPANY LLC, | ) ) ) | Case No. 14-11002 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU RETAIL SERVICES COMPANY, | ) | Case No. 14-11009 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU SEM COMPANY, | ) | Case No. 14-11013 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VALLEY NG POWER COMPANY LLC, | ) | Case No. 14-11015 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VALLEY POWER COMPANY LLC, | ) | Case No. 14-11020 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **DECLARATION OF L. JOHN BIRD, ESQ.**

**L. JOHN BIRD,** declares under penalty of perjury under the laws of the United States of

America, that the following is true and correct:

1. I am an associate of the firm Fox Rothschild LLP, counsel to the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.74 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"). I submit this Declaration in support of the Ad Hoc Group of TCEH Unsecured Noteholders' *Omnibus Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (I) The Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (II) the Motion Of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing*, filed May 1, 2014, as well as the *Limited Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority*, filed May 1, 2014.

2. Attached to this Declaration are, to the best of my knowledge, true and correct copies of the following documents:

Exhibit 1    Credit Agreement, dated as of October 10, 2007, among Energy Future Competitive Holdings Company ["EFCH"], TCEH, as the Borrower, the Lenders from time to time parties thereto, Citibank, N.A., as Administrative Agent, Collateral Agent, Swingline Lender, Revolving Letter of Credit Issuer and Deposit Letter of Credit Issuer, Goldman Sachs Credit Partners L.P., as Posting Agent, Posting Syndication Agent and Posting Documentation Agent, J. Aron & Company, as Posting Calculation Agent, JPMorgan Chase Bank, N.A., as Syndication Agent and Revolving Letter of Credit Issuer, Credit Suisse, Goldman Sachs Credit Partners L.P., Lehman Commercial Paper Inc. and Morgan Stanley Senior Funding, Inc., as Co-Documentation Agents, Citigroup Global Markets Inc., J.P. Morgan Securities Inc., Goldman Sachs Credit Partners L.P., Lehman Brothers Inc., Morgan Stanley Senior Funding, Inc. and Credit Suisse Securities (USA) LLC, as Joint Lead Arrangers and Bookrunners, and Goldman Sachs Credit Partners L.P., as Posting Lead Arranger and Bookrunner (the "First Lien Credit Agreement").

Exhibit 2    Indenture, dated as of April 19, 2011, among TCEH and TCEH Finance, Inc., together as issuer, certain guarantors and The Bank of New York Mellon Trust Company, as trustee (the "First Lien Notes Indenture").

Exhibit 3    Indenture, dated as of October 6, 2010, among TCEH and TCEH Finance, Inc., together as issuer, certain guarantors and The Bank of New York Mellon Trust Company, as trustee (the "Second Lien Notes Indenture").

Exhibit 4    The "Unsecured Notes Indenture," which consists of, collectively, (i) the Indenture, dated as of October 31, 2007, by and among TCEH and TCEH Finance, as issuer, and EFCH and TCEH's subsidiaries (collectively with EFCH, the "Guarantors"), as guarantors, and The Bank of New York Mellon ("BONY"), as trustee, dated as of October 31, 2007 (the "Original Unsecured Notes Indenture"); (ii) the First Supplemental Indenture, by and among TCEH and TCEH Finance, as issuer, the Guarantors, as guarantors, and BONY, as trustee, dated as of December 6, 2007 (the "First Supplemental Unsecured Notes Indenture"); (iii) the Second Supplemental Indenture, by and among TCEH and TCEH Finance, as issuer, the Guarantors, as guarantors, and BONY, as trustee dated as of August 3, 2009 (the "Second Supplemental Unsecured Notes Indenture"); and (iv) the Supplemental Indenture by and among DeCordova II Power Company LLC, as guaranteeing subsidiary, TCEH and TCEH Finance, as issuer, the Guarantors, as guarantors, and BONY, as trustee, dated as of January 11, 2013 (the "Supplemental Unsecured Notes Indenture").

Exhibit 5    Form 10-Q of EFCH for the quarterly period ended September 30, 2013.

Exhibit 6    Security Agreement dated October 10, 2007, as amended and restated as of August 7, 2009, among TCEH and certain guarantors party thereto, as guarantors, and Citibank, N.A., as collateral agent (the "Security Agreement").

Exhibit 7    <u>EFH chats up non-extended lenders, floats idea of swap into new asset co</u>, DEBTWIRE, July 30, 2012.

Exhibit 8    Form 10-K of EFCH for the fiscal year ended December 31, 2012 ("EFCH 2012 10-K")

Exhibit 9    Form 10-K of EFCH for the fiscal year ended December 31, 2009 ("EFCH 2009 10-K")

    /s/ L. John Bird
    L. JOHN BIRD