Debtwire.com

| | | |
|---|---|---|
| **30-Jul-12 - 15:20** | **EFH chats up non-extended lenders, floats idea of swap into new asset co**  🔵 **Proprietary** | |
| **Story:** | **Energy Future Holdings** (EFH) management recently held two rounds of lender meetings in hopes of crafting a solution that pares down a USD 3.8bn Libor+ 377bps term loan due 2014, said a source familiar with the matter, a lender and a trader. | |

The 2014 TL was left as a stub at the company's unregulated subsidiary **Texas Competitive Electric Holdings** (TCEH) following a massive amend and extend transaction last April. The A&E deal pushed the maturity of roughly USD 16bn of LBO loans to 2017.

While the KKR- and TPG-owned utility company is never shy about taking meetings with its investors, two rounds of recent discussions – the first taking place in May and the second in early July – have stood out since declines in natural gas prices threatened to erode earnings, which are only partly hedged in 2013, the sources continued.

Among the variety of structures and options discussed at these meetings with holders of the non-extended loan was the creation of an asset company, the sources said. The asset co. would be a new operating subsidiary where several assets can be dropped in order to potentially provide collateral that can back a new security for non-extended holders to swap into below par, they added.

By doing such an exchange, EFH would not only alleviate some maturity risk but would also capture interest savings. From a lender standpoint, holders would have the chance to move into a loan with stronger asset guarantees that aren't cluttered by other loan tranches with competing guarantees, said the source familiar.

The shifting of assets into the new asset co could be executed under a sale-leaseback transaction provision under the credit agreement governing both the non-extend loan and the extended 15.4bn Libor+477bps term loan due 2017, said the source familiar and the lender. The assets would remain in TCEH's ownership structure, while lenders could swap into a new security that has guarantees from those assets, the source familiar noted.

Under the credit agreement with Citigroup, sale leaseback transactions are permitted given they do not exceed 10% of the consolidated total assets. As of 31 March the company's total

**Dealscope potential activity analysis**

Topics:

Committee Activity
Distressed
Exchange/Buyback

| | |
|---|---|
| Issuer | Energy Future Holdings Corp |
| Private Equity House | KKR and Co Guernsey LP |
| Private Equity House | TPG Capital LP |
| Other | Goldman Sachs |
| Other | Citi |
| Other | Berkshire Hathaway Inc. |
| Other | Texas Competitive Electric Holdings (TCEH) |

**Energy Future Holdings Corp is in Distressed Debt**

**Energy Future Holdings Corp is in Lev. Loan/High Yield**

Debtwire.com

assets were USD 44.19bn, implying management could exchange or issue up to USD 4.419bn worth of debt that gets collateral from the new asset co.

The non-extended loan was recently quoted at 68.7/69.5 while the extended loan due 2017 was quoted at 63.6/64.3, according to Markit. The loans are up from high 50s on 2 May as natural gas prices crept up recently to USD 3.1 per million British thermal units (mmBtu) from their lows of USD 1.99 per mmBtu at the beginning of the year. Still, the commodity price is down from last year's USD 4 per mmBtu level, a second lender noted.

**Power struggle**

In its effort to entice lenders to go along with a potential swap, management has run into friction from some of the same lenders who were previously reluctant to swap into last year's A&E, the sources said. Some non-extended lenders are posturing equal resistance this time around should a second deal come down the pike aimed at giving the sponsors a shot at recovering their investment, they added.

"You're at a low point now and I'm better off taking the keys now," said the lender. "Why would I help [the sponsors], they haven't done a single thing helping us."

The creation of a new asset co could also set the groundwork for an intricate legal battle if the company ends up having to restructure in the next two years since it creates another level in EFH's already complex capital structure, the sources said. The non-extended lenders could complain they received debt in a company that is insolvent and didn't get equivalent value for the exchange, said the first lender and the source familiar.

"The ideas discussed were to help the company with its liquidity problems, not just maturities, and giving [TCEH] more latitude on interest savings from face discounts and potentially wrapping in the [USD 3.48bn 10.25%] unsecured bonds in the deal as well," said the source familiar.

Getting the 10.25% unsecured bonds involved into the exchange is crucial since they mature in 2015, ahead of the extended loans. The extended loan contains a springing lien provision that kicks in if USD 500m or more of TCEH's USD 3bn 10.25% senior unsecured notes are still outstanding 91 days prior to their 1 November 2015 maturity, as reported.

However, luring the holders of the bonds to

**Energy Future Holdings Corp is in Debt Maturity**

**Texas Competitive Electric Holdings (TCEH) is in Distressed Debt**

**Texas Competitive Electric Holdings (TCEH) is in Debt Maturity**

**Energy Future Holdings Corp is in Primary Issuance**

Primary Issuance

Suggest Tear Sheet

*Debtwire only provides Tear Sheet on companies that have public financial statements*

exchange could be difficult since one of the biggest holders is Berkshire Hathaway, a par investor that could be reluctant to negotiate any exchange at a discount, said a second source familiar and the first lender. Berkshire head Warren Buffett has already written down his USD 2bn investment in EFH by USD 1.4bn, and wrote in his annual letter to investors at the beginning of the year that his investment in Energy Future Holdings was a "big mistake".

"You have to get Buffett to agree provided that he hasn't bought a yard of protection against TCEH and is fine to file it [for bankruptcy]," said a desk analyst.

The 10.25% notes traded at 29 on 27 July, according to MarketAxess. Five-year CDS on TCEH was flat today at 76/77.17 points upfront, according to Markit.

TCEH's liquidity stood at USD 2.53bn at the end of 31 March 2012, according to SEC filings. EFH will report second quarter earnings tomorrow (31 July).

EFH and KKR officials declined to comment. Messages for Citigroup and Berkshire Hathaway were not returned.

by Madalina Iacob

| | |
|---|---|
| **Source:** | Debtwire |
| **Intel. Grade:** | Strong evidence |
| **Intelligence ID:** | 1415143 |