## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) Related to Docket No. 182 |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Philip Bentley of Kramer Levin Naftalis & Frankel LLP to represent: (i) Computershare Trust Company, N.A., and Computershare Trust Company of Canada in its capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senior Secured Second Lien Notes due 2022 issued by Energy Future Intermediate Holding Company, LLC and EFIH Finance Inc., and (ii) an ad hoc group of EFIH Second Lien Noteholders in these and any related adversary proceedings.

Dated: April 30, 2014

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302.652.4100
Email: ljones@pszjlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 4/30, 2014

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

DOCS_DE:192898.1 68700/001

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as member of the bar of the State of New York; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Philip Bentley
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212.715.9505
Facsimile: 212.715.8000
Email: pbentley@kramerlevin.com