# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF J. CHRISTOPHER SHORE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of J. Christopher Shore to represent the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned chapter 11 cases.

Dated: April 30, 2014
       Wilmington, Delaware

**FOX ROTHSCHILD LLP**

/s/ *Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, Delaware 19801-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

ACTIVE 25539008v1 04/30/2014

BK DOCKET: 195
DATE FILED: 4-30-14

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the States of New York and Rhode Island, am admitted to practice before the United States District Court for the Southern District of New York, the United States Courts of Appeals for the Second, Fifth and Federal Circuits, and the Supreme Court of the United States and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: April 30, 2014

J. Christopher Shore, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:    (212) 819-8394
Facsimile:    (212) 354-8113

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: April 30, 2014

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2