IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF MATTHEW C. BROWN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Matthew C. Brown to represent the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned chapter 11 cases.

Dated: April 30, 2014
      Wilmington, Delaware

**FOX ROTHSCHILD LLP**

/s/ Jeffrey M. Schlerf
Jeffrey M. Schlerf (No. 3047)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, Delaware 19801-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted and in good standing as a member of the bars of the States of Florida, New Jersey, Pennsylvania, Maryland, and the District of Columbia, am admitted to practice before the United States Courts of Appeals for the Fourth and Sixth Circuits and the United States District Courts for the District of Maryland and the Middle District of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: April 30, 2014

Matthew C. Brown, Esquire
WHITE & CASE LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:   (305) 371-2700
Facsimile:    (305) 358-5744

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: April 30, 2014

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2