IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    ) Chapter 11
                                                          )
CAPSULE INTERNATIONAL                                     ) Case No. 13-13281 (CSS)
HOLDINGS LLC, et al.,                                     )
                                                          ) Jointly Administered
                    Debtors.[1]                           )

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court hereby schedules the following omnibus hearing dates:

**June 17, 2014 at 11:00 a.m. (ET)**

**July 15, 2014 at 10:00 a.m. (ET)**

Dated: _____, 2014
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Capsule International Holdings LLC (1880); Capsule Group Holdings, Inc. (3047); Capsule Intermediate Holdings, Inc. (4242); Capsule Group, Inc. (4281); Capsule International LLC (9304); Capsule DE I, Inc. (1229); Capsule DE II, Inc. (7693); Capsule PA, Inc. (0950); Capsule Foreign Holdings, Inc. (8591); and Capsule International U.K. Limited (Foreign). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1100 Northbrook Drive, 2nd Floor, Trevose, PA 19053.

01:14639099.3