IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
In re : :
 : Chapter 11
ENERGY FUTURES HOLDINGS :
 CORP., *et al.,* : Case No. 14-10970 (CSS)
 :
 Debtors. :
-------------------------------------------------------x

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon the Certification of Andrea B. Schwartz, Trial Attorney for the U.S. Department of Justice, Office of the U.S. Trustee, dated April 30, 2014, pursuant to Local Bankruptcy Rule 9010-1(e), seeking admission *pro hac vice* in these cases and proceedings (ECF No. 178), it is hereby:

ORDERED, that counsel's application for admission *pro hac vice* is granted.

Dated: _____, 2014
 Wilmington, Delaware
 _____
 CHRISTOPHER S. SONTCHI
 UNITED STATES BANKRUPTCY JUDGE