IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP. *et. al.*,[1] ) | |
| ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Joint Administration Requested) |
| ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firm of Nixon Peabody LLP hereby enter their appearances in the above-captioned bankruptcy cases (the "Bankruptcy Cases") as counsel American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "Indenture Trustee") under (i) the Indenture dated as of November 1, 2004, between Energy Future Holdings Corp., as Issuer, and The Bank of New York Mellon Trust Company, N.A., as Trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of July 1, 2010, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series P Indenture"), (ii) the Indenture dated as of November 1, 2004, between Energy Future Holdings Corp., as Issuer, and The Bank of New York Mellon Trust Company, N.A., as Trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of December

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

5, 2012, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series Q Indenture"), (iii) the Indenture dated as of November 1, 2004, between Energy Future Holdings Corp., as Issuer, and The Bank of New York Mellon Trust Company, N.A., as Trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of December 5, 2012, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series R Indenture"), (iv) the Indenture dated as of November 16, 2009, between Energy Future Holdings Corp., as Issuer, and The Bank of New York Mellon Trust Company, N.A., as Trustee, as amended and supplemented by the Supplemental Indenture, dated as of January 25, 2013, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "9.75% Senior Notes Indenture"), (v) the Indenture dated as of January 12, 2010, between Energy Future Holdings Corp., as Issuer, and The Bank of New York Mellon Trust Company, N.A., as Trustee, as amended and supplemented by the First Supplemental Indenture, dated as of March 16, 2010, the Second Supplemental Indenture, dated as of April 13, 2010, the Third Supplemental Indenture, dated as of April 14, 2010, the Fourth Supplemental Indenture, dated as of May 21, 2010, the Fifth Supplemental Indenture, dated as of July 2, 2010, the Sixth Supplemental Indenture, dated as of July 6, 2010, the Seventh Supplemental Indenture, dated as of July 7, 2010, the Eighth Supplemental Indenture, dated as of January 25, 2013, and the Ninth Supplemental Indenture, dated as of April 15, 2013 (collectively, the "10.00% Senior Notes Indenture"), and (vi) the Indenture dated as of October 31, 2007, among Energy Future Holdings Corp., as Issuer, the Guarantors party thereto and The Bank of New York Mellon Trust Company, N.A., as Trustee, as amended and supplemented by the First Supplemental Indenture, dated as of July 8, 2008, the Second Supplemental Indenture, dated as of August 3, 2009, the Third Supplemental Indenture, dated as of July 29, 2010, the

Fourth Supplemental Indenture, dated as of October 18, 2011, and the Fifth Supplemental Indenture, dated as of April 15, 2013 (collectively, the "10.875% Senior Notes and 11.250%/12.000% Senior Toggle Notes Indenture", and collectively with the Series P Indenture, the Series Q Indenture, the Series R Indenture, the 9.75% Senior Notes Indenture, and the 10.00% Senior Notes Indenture, the "Indentures").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

> Richard C. Pedone
> Amanda D. Darwin
> Nixon Peabody LLP
> 100 Summer Street
> Boston, MA 02110
> Telephone: (617) 345-1000
> Facsimile:  617) 345-1300
> E-mail: rpedone@nixonpeabody.com
> adarwin@nixonpeabody.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive the right of the Indenture Trustee or any registered or beneficial holders under the Indentures: (a) to have final orders in non-core matters entered only after <u>de novo</u> review by a federal district court judge; (b) to have the reference withdrawn in any matter subject to mandatory or discretional withdrawal; (c) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; or (d) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Indenture Trustee or any registered or beneficial holders under the Indentures are or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 1, 2014

**NIXON PEABODY LLP**

/s/Lee Harrington
Lee Harrington (Del. Bar No. 4046)
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-6016
Facsimile: (617) 345-1300
E-mail: lharrington@nixonpeabody.com


-and-

Richard C. Pedone
Amanda D. Darwin
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
E-mail: rpedone@nixonpeabody.com
           adarwin@nixonpeabody.com

*Counsel for American Stock Transfer & Trust Company, LLC*

**CERTIFICATE OF SERVICE**

      I, Lee Harrington, certify that I am not less than 18 years of age, and that service of the foregoing document was made via United States Mail on May 1, 2014 on all parties entitled to receive electronic notice in the above-captioned matter.

                                              /s/ Lee Harrington
                                              Lee Harrington