# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Joint Administration Pending) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JOHN A. HARRIS

Pursuant to Local Rule 9010 and the attached certification, counsel moves for the admission *pro hac vice* of John A. Harris of Quarles & Brady LLP, to represent TXU 2007-1 Railcar Leasing LLC in the above-captioned cases.

Dated: May 1, 2014.

*Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr., Esq. (No.4819)
CIARDI CIARDI & ASTIN
1204 North King Street
Wilmington, Delaware 19801
302-658-1100
E-mail: JMcMahon@ciardilaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Arizona and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 1, 2014.

*/s/ John A. Harris*
John A. Harris, Esq.
QUARLES & BRADY LLP
One Renaissance Square
2 North Central Avenue
Phoenix, Arizona 85004-2391
602- 229-5406
Email: john.harris@quarles.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.
QB\023718.00022\26707072.1

## ORDER GRANTING MOTION

IT IS HERBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge