IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Joint Administration Pending) |
| Debtors. | **Re: Docket No. 206** |

### CERTIFICATE OF SERVICE

I, Joseph J. McMahon, Jr., hereby certify that on the 30th day of April, 2014, I caused a copy of the ***Notice of Entry of Appearance and Request for Notices and Service of Papers*** to be served *via* first-class U.S. mail upon the following:

*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Daniel J. DeFranceschi**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Richard M. Cieri**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

**David R. Dempsey**
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

**Chad J. Husnick**
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654