**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------x
In re :                              :
                                     :         Chapter 11
ENERGY FUTURES HOLDINGS              :
  CORP., et al.,                     :         Case No. 14-10979 (CSS)
                                     :
                                     :
                        Debtors.     :
-------------------------------------------------x
```

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon the Certification of Andrea B. Schwartz, Trial Attorney for the U.S.

Department of Justice, Office of the U.S. Trustee, dated April 30, 2014, pursuant to

Local Bankruptcy Rule 9010-1(e), seeking admission *pro hac vice* in these cases and

proceedings (ECF No. 178), it is hereby:

ORDERED, that counsel's application for admission *pro hac vice* is granted.

Dated: _____5-1_____, 2014
        Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE