IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:

ENERGY FUTURE HOLDINGS CORP., et al.,[1]

Debtors.

Chapter 11

Case No. 14-10979 (CSS)

(Joint Administration Pending)

------------------------------------------------------------ x

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF SCOTT L. ALBERINO

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "*Local Rules*") and the attached certification, counsel moves the admission *pro hac vice* of Scott L. Alberino of Akin Gump Strauss Hauer & Feld LLP to represent the ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes due December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "*Ad Hoc Committee of EFIH Unsecured Noteholders*") and the parties to that certain second lien Commitment Letter, dated April 28, 2014, with Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company, LLC (the "*EFIH Second Lien DIP*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

*Commitment Parties*") in these cases.

Dated: April 30, 2014
      Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

*/s/ Scott D. Cousins*

Scott D. Cousins (No. 3079)
Mark Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:  (302) 295-0199
Email:  cousins@ccbllp.com
      olivere@ccbllp.com
      kashishian@ccbllp.com

*Attorneys for the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Second Lien DIP Commitment Parties*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Georgia, the District of Columbia, and the U.S. District Court for the Northern District of Georgia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 30, 2014

Scott L. Alberino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: salberino@akingump.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: 5-1, 2014
Wilmington, Delaware

Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2