UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                                :
                                                     :       Chapter 11
                                                     :
Energy Future Holdings, Corp., et al.,               :
                                                     :       Case No. 14-10979- CSS
                   Debtors.                          :
                                                     :       (Joint Administration Pending)
------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jonathan Hook to represent Airgas USA, LLC in the above action.

May 1, 2014                    SMITH, KATZENSTEIN & JENKINS LLP

                               */s/ Kathleen M. Miller*
                               Kathleen M. Miller (DE ID # 2898)
                               800 Delaware Avenue, 10th Floor
                               Wilmington, DE  19899
                               Telephone:  (302) 652-8400
                               Facsimile:  (302) 652-8405
                               Email:kmiller@skjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Respectfully submitted,

/s/ Jonathan Hook
Jonathan Hook
Haynes and Boone LLP
30 Rockefeller Center
26th Floor
New York, New York 10112
Telephone No.: 212-659-4981
Facsimile: 212-884-8211
Email: jonathan.hook@haynesboone.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States Bankruptcy Judge