# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES, PLEADINGS, AND ORDERS

PLEASE TAKE NOTICE that the undersigned and the law firm of McCathern, PLLC appear as counsel for Red Ball Oxygen Company ("Red Ball"), a creditor and party-in-interest in the above-styled bankruptcy case (the "Bankruptcy Case"), and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and sections 102(1) and 1109(b) of the U.S. Bankruptcy Code, hereby request that all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in the Bankruptcy Case, be served upon the undersigned at the following address:

Jonathan L. Howell
McCathern, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662
Facsimile: (214) 741-4717
E-mail: jhowell@mccathernlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and papers referred to in the U.S. Bankruptcy Code and Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned additionally requests that the Debtors, the twenty-largest unsecured creditors, all secured creditors of the Debtors, the United States Trustee, all governmental units, their respective counsel, the Clerk of the Court, and all parties filing notices of appearance herein place the foregoing party's name and address on any mailing matrix to be prepared or existing in the Bankruptcy Case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to the Bankruptcy Case, and shall not constitute a waiver of Red Ball's: (i) right to have final orders in non-core matters entered only after a *de novo* review by a U.S. District Court; (ii) right to trial by jury in any proceeding so triable in this Bankruptcy Case or any case, controversy, or proceeding related to the Bankruptcy Case; (iii) right to have the U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, counterclaims, actions, defenses, setoffs, recoupments to which Red Ball is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Red Ball expressly reserves.

RESPECTFULLY SUBMITTED this 1st day of May 2014.

**MCCATHERN, PLLC**

By: ___/s/ Jonathan L. Howell___
Jonathan L. Howell
Texas Bar No. 24053668
jhowell@mccathernlaw.com
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: 214.741.2662
Facsimile:  214.741.4717

**COUNSEL FOR RED BALL OXYGEN COMPANY**