IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                              : Chapter 11
                                                    :
ENERGY FUTURE HOLDINGS CORP., *et al.*,             : Case No. 14-10979 (CSS)
                                                    :
                     Debtors.                       : Joint Administration Pending
                                                    :
                                                    : Related Docket No. 101

---

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of George N. Panagakis to represent Borealis Infrastructure Management Inc. in this action.

Dated: Wilmington, Delaware
       April 29, 2014

                                    */s/ Kristhy M. Peguero*
                                    Mark S. Chehi (I.D. No. 2855)
                                    Kristhy M. Peguero (I.D. No. 4903)
                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                    One Rodney Square
                                    P.O. Box 636
                                    Wilmington, Delaware 19899-0636
                                    Telephone: (302) 651-3000
                                    Facsimile: (302) 651-3001

                                    *Counsel for Borealis Infrastructure Management Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Chicago, Illinois
April 29, 2014

/s/ George N. Panagakis
George N. Panagakis
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Suite 2700
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
5-1, 2014

Honorable Christopher S. Sontchi
UNITED STATES BANKRUPTCY JUDGE

738329-WILSR01A - MSW