**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp. | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | Joint Administered Requested |
| Debtors. | : | |
| _____ | : | Related to Docket No. 80 |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that the law firm of Goodwin Procter LLP has replaced the law firm of Stutman, Treister & Glatt PC as counsel of record for Aurelius Capital Management, LP ("Aurelius") in the above-captioned matter.  Aurelius respectfully requests that all notices, pleadings, orders, complaints and other documents served or required to be served in the above-captioned cases be sent to:

| | |
|---|---|
| William P. Weintraub, Esq. | Kizzy L. Jarashow, Esq. |
| **Goodwin Procter LLP** | **Goodwin Procter LLP** |
| The New York Times Building | The New York Times Building |
| 620 Eighth Avenue | 620 Eighth Avenue |
| New York, NY 10018 | New York, NY 10018 |
| Telephone: 212-813-8839 | Telephone: 212-459-7341 |
| Email: | Email: |
| wweintraub@goodwinprocter.com | kjarashow@goodwinprocter.com |

Please take notice of this change and update your records accordingly.


Dated: May 1, 2014

**GELLERT SCALI BUSENKELL &
BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile:  (302) 425-5814
mbusenkell@gsbblaw.com

-and-

**GOODWIN PROCTER LLP**
William P. Weintraub
Kizzy L. Jarashow
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
wweintraub@goodwinprocter.com
kjarashow@goodwinprocter.com

*Attorneys for Aurelius Capital Management, LP*