**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2014, I caused a true and correct copy of the *Notice of Substitution of Counsel* to be served via the CM/ECF electronic notification system and via First Class Mail, postage prepaid upon the following counsel of record:

Dated: May 1, 2014                                              */s/ Michael Bunsenkell*
                                                                               Michael Busenkell (DE 3933)

**Via First Class Mail**
Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

The United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035