IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
*In re*                                                   :   Chapter 11
                                                          :
Energy Future Holdings Corp.                              :   Case No. 14-10979 (CSS)
                                                          :
               Debtor.            :   Joint Administration Pending
                                                          :
                                                          :
---------------------------------------------------------x

**CERTIFICATION OF UNITED STATES GOVERNMENT ATTORNEY
JON CHATALIAN**

Pursuant to Local Rule 9010-1(e)(i), Jon Chatalian hereby certifies:

    I am employed by the Pension Benefit Guaranty Corporation ("PBGC") as an attorney in the Office of Chief Counsel. PBGC is a wholly owned United States government corporation established under 29 U.S.C. § 1302 to administer the pension plan termination insurance program created under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301–1461 (2012) ("ERISA").

    I, Jon Chatalian, certify that I am a member in good standing of the bar of the state of Massachusetts.

    I agree to be bound by the Local Rules for the United States Bankruptcy Court for the District of Delaware and to submit to the jurisdiction of this Court for disciplinary purposes.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2014

/s/Jon Chatalian
Jon Chatalian, MA 673414
Attorney
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020, ext. 6757
Fax: (202) 326-4112
E-mails: chatalian.jon@pbgc.gov &
 efile@pbgc.gov