## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2014, the Pension Benefit Guaranty Corporation's Notice of Appearance and Request for Electronic Notice for United States Government Attorney Jon Chatalian was served on the following:

| | |
|---|---|
| **Mark D. Collins**<br>**Daniel J. DeFranceschi**<br>**Jason M. Madron**<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>**Debtor's Counsel**<br>**via CM/ECF** | **Richard L. Schepacarter**<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br><br>**U.S. Trustee**<br>**via CM/ECF** |

/s/ Jon Chatalian
Jon Chatalian