## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 1st day of May, 2014, I caused copies of the **Notice of Deposition of Paul Keglevic** to be served upon the parties listed below *via* first class mail.

Paul Keglevic
c/o Richards, Layton & Finger, P.A.
Attn: Mark D. Collins
One Rodney Square
920 North King Street
Wilmington, DE 19801

Paul Keglevic
c/o Kirkland & Ellis LLP
Attn: Richard M. Cieri
601 Lexington Avenue
New York, NY 10022-4611

*/s/ L. John Bird*
L. John Bird (No. 5310)