## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Related to Docket Nos. 222, 223, 224, 225, 226, 227, 231 and 232** |
| | ) | |

### AFFIDAVIT OF SERVICE

| STATE OF DELAWARE | § | |
|---|---|---|
| | § | SS: |
| NEW CASTLE COUNTY | § | |

*Judith B. Wray*, being duly sworn according to law, deposes and says that she is employed by Fox Rothschild LLP, co-counsel to the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned cases, and that on the 1st day of May, 2014, copies of the following documents were caused to be served upon the parties listed on the service list attached hereto *via* electronic mail.

1.  **Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of the TCEH Debtors for Entry of an Order Directing Joint Administration of Their Chapter 11 Cases With Those of the Oncor Debtors [Docket No. 222]**

2.  **Emergency Motion of the Ad Hoc Group of TCEH Unsecured Noteholders for a Limited Adjournment of the Hearing on First Day Motions [Docket No. 223]**

3.  **Motion of the Ad Hoc Group of TCEH Unsecured Noteholders to Shorten Notice with Respect to Its Emergency Motion for a Limited Adjournment of the Hearing on First Day Motions [Docket No. 224]**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

4.    **Limited Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas [Docket No. 225]**

5.    **Limited Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties [Docket No. 226]**

6.    **Declaration of Jeffrey M. Schlerf, Esq. [Docket No. 227]**

7.    **Limited Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [Docket No. 230]**

8.    **Omnibus Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (I) The Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (II) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Docket No. 231]**

9.    **Declaration of L. John Bird, Esq. [Docket No. 232]**

_____

Judith B. Wray

***SWORN TO AND SUBSCRIBED*** before me, a Notary Public for the State and County

aforesaid, on the day and year aforesaid.

Dated: May 1, 2014               _____

Notary Public

DENISE L. KEMP
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 1, 2015

ASHBY & GEDDES, P.A.
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ,
500 DELAWARE AVE
PO BOX 1150
WILMINGTON, DE 19899

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS;
2001 ROSS AVE.
DALLAS TX, 75201-2980

BINGHAM MCCUTCHEN LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT
CO. LLC)
JULIA FROST-DAVIES ESQ
CHRISTOPHER L. CARTER ESQ
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT
CO. LLP)
JEFFREY S. SABIN ESQ
399 PARK AVENUE
NEW YORK NY, 10022-4689

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM STREET
HARTFORD ,CT 06103

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
JEFFREY JONAS ESQ, ANDREW STREHLE ESQ,
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

CONNOLLY GALLAGHER LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT
CO. LLC)
KAREN C. BIFFERATO & KELLY M. CONLAN 1000
WEST STREET, SUITE 1400
WILMINGTON, DE 19801

CROSS & SIMON, LLC
(COUNSEL TO FIDELITY MANAGEMENT &
RESEARCH CO.)
MICHAEL J. JOYCE
913 N. MARKET STREET, 11TH FLOOR
WILMINGTON DE, 19899-1380

DENTONS US LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
HUGH MCDONALD & LOUIS CURCIO
OSCAR PINKAS
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK, N.A.)
HOWARD A. COHEN & ROBERT K. MALONE 222
DELAWARE AVE., STE. 1410
WILMINGTON, DE 19801-1621

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
HAROLD KAPLAN & MARK HEBBELN
LARS PETERSON
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH
CO.)
BRAD E. SCHELER & GARY L. KAPLAN
MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FROST BROWN TODD LLC
(COUNSEL TO SITEL, LLC)
EDWARD M. KING, ESQ.
400 W. MARKET STREET, 32ND FLOOR
LOUISVILLE, KY 40202

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO: AURELIUS)
MICHAEL G. BUSENKELL
913 N. MARKET STREET, 10TH FLOOR
WILMINGTON, DE 19801

KELLY HART & HALLMAN LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ.
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
JAMES H.M. SPRAYREGEN, P.C.
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE,
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
RICHARD CIERI ESQ, EDWARD SASSOWER PC,
STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

LANDIS RATH & COBB LLP
(COUNSEL TO: ALCOA)
ADAM G. LANDIS & MATTHEW B. MCGUIRE
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

LANDIS RATH & COBB LLP
(COUNSEL TO: MARATHON MGMT)
ADAM LANDIS & MATTEW MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ELIZABETH WELLER ESQ
1100 COMMERCE ST ROOM 9C60
DALLAS, TX 75242-1496

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO: HARRIS COUNTY)
JOHN P. DILLMAN
P.O. BOX 3064
HOUSTON TX, 77253-3064

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
MARC PHILLIPS ESQ
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801

MCKOOL SMITH
(COUNSEL TO: ALCOA)
PAUL D. MOAK, ESQ.
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX 77002

MCKOOL SMITH
(COUNSEL TO: ALCOA)
PETER S. GOODMAN, ESQ.
MICHAEL R.CARNEY, ESQ.
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036,

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK, N.A.)
DENNIS F. DUNNE & EVAN R. FLECK
KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE "INTEREST HOLDERS")
DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201
NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ERCOT)
KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ERCOT)
RUSSELL L MUNSCH ESQ
3050 FROST BANK TOWER
401 CONGRESS AVE
AUSTIN, TX 78701-4071

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO PUBLIC UTILITY COMMISSION OF
TEXAS)
HAL MORRIS, ASHLEY BARTRAM
NICOLE MIGNONE
BANKRUPTCY & COLLECTIONS DIVISION, POB12548
AUSTIN TX, 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY & RAILROAD
COMMISSION)
HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATE TRUSTEE
RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST
LIEN)
ALAN KORNBERG; KELLEY CORNISH;
BRIAN HERMANN, JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
DESIREE M. AMADOR
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO GALENA PARK ISD)
OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX 77008

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO SOMERVELL COUNTY ET AL)
ELIZABETH BANDA CALVO ESQ
PO BOX 13430
ARLINGTON TX, 76094-0430

POTTER ANDERSON & CORROON LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP
FINANCING)
LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ
1313 N MARKET ST 6TH FL
PO BOX 951
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER
(CO-COUNSEL TO EFHC DEBTORS)
MARK D COLLINS  & DANIEL DEFRANCESCHI
JASON MADRON
920 N KING ST
WILMINGTON, DE 19801

SAUL EWING LLP
(COUNSEL TO ERCOT)
MARK MINUTI ES
222 DELAWARE AVE STE 1200
PO BOX 1266
WILMINGTON, DE 19899

SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP
FINANCING)
FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

SNELL & WILMER LLP
(COUNSEL TO HEADWATERS RESOURCES, INC.)
DAVID E. LETA
15 WEST SOUTH TEMPLE, SUITE 1200
SALT LAKE CITY, UT 84101

STUTMAN, TREISTER & GLATT, PC
(COUNSEL TO: AURELIUS)
WILLIAM P. WEINTRAUB
KIZZY L. JARASHOW
675 THIRD AVENUE, SUITE 2216
NEW YORK, NY 10017-5714

WACHTELL, LIPTON, ROSEN & KATZ
(COUNSEL TO THE "INTEREST HOLDERS")
RICHARD MASON & EMIL KLEINHAUS
AUSTIN WITT
51 WEST 52ND STREET
NEW YORK, NY 10019

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO: MARATHON ASSET MGMT)
BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO: MARATHON ASSET MGMT)
PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER
250 GREENWICH ST
NEW YORK, NY 10007

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
(COUNSEL TO CENTERPOINT)
STEVEN K. KORTANEK
MARK L. DESGROSSEILLIERS
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO ADHOC COMMITTEE OF TCEH FIRST
LIEN)
PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

BAILEY BRAUER PLLC
(COUNSEL TO PINNACLE TECHNICAL RESOURCES,
INC.)
BENJAMIN L. STEWART
8350 N. CENTRAL EXPY, SUITE 935
DALLAS, TX 75206

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF
TEXAS, INC.)
JEFFREY R. FINE
1717 MAIN STREET, SUITE 4000
DALLAS, TX 75201

BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF
TEXAS, INC.)
CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

COUSINS CHIPMAN & BROWN, LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH
UNSECURED NOTEHOLDERS
SCOTT D. COUSINS & MARK D. OLIVERE
ANN M. KASHISHIAN
1007 NORTH ORANGE STREET, SUITE 1110
WILMINGTON, DE 19801

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH
UNSECURED NOTEHOLDERS
IRA S. DIZENGOFF; ABID QURESHI; STEPHEN M.
BALDINI; MEREDITH A. LAHAIE; ROBERT J. BOLLER;
CHRISTOPHER W. CARTY; LINDSAY K. ZAHRADKA,
ONE BRYANT PARK
NEW YORK, NY 10036

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH
UNSECURED NOTEHOLDERS
SCOTT L.. ALBERINO; JOANNA F. NEWDECK
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE)
THOMAS MOERS MAYER; GREGORY A. HOROWITZ;
JOSHUA K. BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

BRYAN CAVE LLP
(COUNSEL TO INDENTURE TRUSTEE)
STEPHANIE WICKOUSKI & MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE)
LAURA DAVIS JONES
ROBERT J. FEINSTEIN
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON, DE 19801

COMPUTERSHARE
(COUNSEL TO INDENTURE TRUSTEE)
TINA VITALE
480 WASHINGTON BLVD.
JERSEY CITY, NJ 07310

COMPUTERSHARE TRUST COMPANY OF CANADA
(COUNSEL TO INDENTURE TRUSTEE)
ALESSANDRA PANSERA
1500 UNIVERSITY STREET, SUITE 700
MONTREAL, QUEBEC H3A3S8

COZEN O'CONNOR
(COUNSEL TO J. ARON & COMPANY)
MARK E. FELGER
1201 NORTH MARKET STREET, SUITE 1001
WILMINGTON, DE 19801

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO J. ARON & COMPANY)
THOMAS J. MOLONEY
SEAN A. O'NEAL & HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006

QUARLES & BRADY LLP
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
JOHN A. HARRIS & JASON D. CURRY
RENAISSANCE ONE
TWO NORTH CENTRAL AVE.
PHOENIX, AZ 85004

CIARDI CIARDI & ASTIN
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
DANIEL K. ASTIN & JOSEPH J. MCMAHON, JR.
1204 NORTH KING STREET
WILMINGTON, DE 19801

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DENTURE TRUST COMPANY OF
NEW YORK)
DANIEL A. LOWENTHAL & CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

CIARDI CIARDI & ASTIN
(COUNSEL TO ATMOS ENERGY CORPORATION)
DANIEL K. ASTIN; JOHN D. MCLAUGHLIN, JR.;
JOSEPH J. MCMAHON, JR.
1204 N. KING STREET
WILMINGTON, DE 19801

COWLES & THOMPSON
(COUNSEL TO ATMOS ENERGY CORPORATION)
STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

SMITH, KATZENSTEIN & JENKINS LLP
(COUNSEL TO AGIRAS USA, LLC)
KATHLEEN M. MILLER
800 DELAWARE AVE., SUITE 1000
P.O. BOX 410,
WILMINGTON, DE 19899

HAYNES AND BOONE LLP
(COUNSEL TO AGIRAS USA, LLC)
JONATHAN HOOK
30 ROCKEFELLER CENTER
26TH FLOOR
NEW YORK, NY 10112

HAYNES AND BOONE LLP
(COUNSEL TO AGIRAS USA, LLC)
PATRICK L. HUGHES
1221 MCKINNEY STREET
SUITE 1200
HOUSTON, TX 77010

VEDDER PRICE P.C.
(COUNSEL TO FIRST UNION RAIL)
MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

MORRIS JAMES LLP
(COUNSEL TO LAW DENTURE TRUST COMPANY OF
NEW YORK)
STEPHEN M. MILLER
500 DELAWARE AVE., SUITE 1500
PO BOX 2306
WILMINGTON, DE 19899