# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>        Debtors. | CHAPTER 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned, subject to the limitations and conditions set forth hereafter, appears for SAP Industries, Inc. and its affiliates (collectively "SAP"), creditors and parties in interest in the above-captioned proceedings.

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, SAP requests that all pleadings, documents and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail or otherwise) filed, given, or to be given in the Debtors' cases be given and served upon:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers if not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

BROWN & CONNERY, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(Attn: Donald K. Ludman, Esquire)
dludman@brownconnery.com
(856) 812-8900
(856) 853-9933 FAX

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtors' Chapter 11 cases is intended to be, or shall be construed as a consent or waiver of SAP (i) to personal jurisdiction of the bankruptcy court, (ii) of the right to have final orders in non-core matters entered only after review *de novo* by a District Court judge; (iii) of the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related thereto; (iv) of the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (v) of any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, actions, setoffs, defenses and recoupments are expressly reserved.

**BROWN & CONNERY, LLP**

/s/ Donald K. Ludman
Donald K. Ludman (DE Bar No. 4015)
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (fax)
dludman@brownconnery.com

*Attorneys for SAP Industries, Inc.*

Dated: May 1, 2014

2170383.1