IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>        Debtors. | CHAPTER 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## APPLICATION TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Donald K. Ludman, respectfully request the approval of this Court to appear in the above-captioned cases on behalf of SAP Industries, Inc. and its affiliates, pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware.

Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware.

I do not maintain an office for the practice of law in the District of Delaware. My office is located in Woodbury, New Jersey at the address indicated below.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers if not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

2

    I respectfully request that the Court enter the proposed order approving my appearance in these proceedings pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

| | |
|---|---|
| Dated:  May 1, 2014 | **BROWN & CONNERY, LLP** |
| | /s/ Donald K. Ludman<br>Donald K. Ludman (ID No. 4015)<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096<br>(856) 812-8900<br>(856) 853-9933 (facsimile)<br>dludman@brownconnery.com<br>*Attorneys for SAP Industries, Inc.* |