**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP, *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Chicago Bridge & Iron Company N.V., (identified by the Debtors in the petition as Shaw Maintenance) ("CB&I"), hereby appears in the above-captioned cases by and through their undersigned counsel pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given and served upon the parties listed below at the following addresses:

> David Neier, Esq.
> WINSTON & STRAWN LLP
> 200 Park Avenue
> New York, NY 10166
> Telephone: (212) 294-6700
> Facsimile: (212) 294-4700
> Email: dneier@winston.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telecopier, courier service, electronic filing,

telephone, or otherwise filed with regard to the above-referenced case and the proceedings.

PLEASE TAKE FURTHER NOTICE that this *Notice of Appearance and Request for Notices and Papers* shall not be deemed or construed to be a waiver of CB&I's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which CB&I may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: May 1, 2014

        Respectfully submitted,

        /s/David Neier
        David Neier, Esq.
        Winston & Strawn LLP
        200 Park Avenue
        New York, NY 10166
        Telephone: (212) 294-6700
        Facsimile: (212) 294-4700
        Email: dneier@winston.com

        *Attorneys for Chicago Bridge & Iron Company N.V.*