# **Exhibit A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 46-2488810 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TEXAS COMPETITIVE ELECTRIC | ) Case No. 14-_____ (___) |
| HOLDINGS COMPANY LLC, | ) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2967817 | ) |
| In re: | ) Chapter 11 |
| | ) |
| 4CHANGE ENERGY COMPANY, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2959527 | ) |
| In re: | ) Chapter 11 |
| | ) |
| 4CHANGE ENERGY HOLDINGS LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-0699680 | ) |
| In re: | ) Chapter 11 |
| | ) |
| BIG BROWN 3 POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

Docket No. 17
Filed: 4/29/14

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN LIGNITE COMPANY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 52-2364247 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BIG BROWN POWER COMPANY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-2967823 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BRIGHTEN ENERGY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 27-3494107 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BRIGHTEN HOLDINGS LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 27-3493908 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COLLIN POWER COMPANY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: N/A | ) | |

2

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DALLAS POWER & LIGHT COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DECORDOVA II POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DECORDOVA POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2967797 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EAGLE MOUNTAIN POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 46-4606891 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EBASCO SERVICES OF CANADA LIMITED, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EEC HOLDINGS, INC., | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-2509368 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EECI, INC., | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-2509366 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 20-1370353 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EFH CG HOLDINGS COMPANY LP, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 20-2409650 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EFH CG MANAGEMENT COMPANY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: N/A | ) | |

4

RLF1 10251160v.1

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EFH CORPORATE SERVICES COMPANY, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-0835281 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EFH FINANCE (NO. 2) HOLDINGS COMPANY, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2768735 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EFH FS HOLDINGS COMPANY, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2768732 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EFH RENEWABLES COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EFIH FINANCE INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 27-0918038 | ) |

RLF1 10251160v.1

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE COMPETITIVE | ) | Case No. 14-_____ (___) |
| HOLDINGS COMPANY LLC, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-1837355 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE INTERMEDIATE | ) | Case No. 14-_____ (___) |
| HOLDING COMPANY LLC, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 26-1191638 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERATION DEVELOPMENT COMPANY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 20-4952060 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERATION MT COMPANY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-2967818 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERATION SVC COMPANY, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 45-0470622 | ) | |

6

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LAKE CREEK 3 POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| LONE STAR ENERGY COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-1325876 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| LONE STAR PIPELINE COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| LSGT GAS COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-0399066 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| LSGT SACROC, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2402092 | ) |

7

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LUMINANT BIG BROWN MINING | ) Case No. 14-_____ (___) |
| COMPANY LLC, | ) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-3006803 | ) |
| In re: | ) Chapter 11 |
| | ) |
| LUMINANT ENERGY COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 45-2790807 | ) |
| In re: | ) Chapter 11 |
| | ) |
| LUMINANT ENERGY TRADING | ) Case No. 14-_____ (___) |
| CALIFORNIA COMPANY, | ) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2723853 | ) |
| In re: | ) Chapter 11 |
| | ) |
| LUMINANT ET SERVICES COMPANY, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2967835 | ) |
| In re: | ) Chapter 11 |
| | ) |
| LUMINANT GENERATION COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2967820 | ) |

8

| | |
|---|---|
| In re: | Chapter 11 |
| LUMINANT HOLDING COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 54-2127719 | |

| | |
|---|---|
| In re: | Chapter 11 |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: N/A | |

| | |
|---|---|
| In re: | Chapter 11 |
| LUMINANT MINING COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 75-2967821 | |

| | |
|---|---|
| In re: | Chapter 11 |
| LUMINANT RENEWABLES COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 20-3007585 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MARTIN LAKE 4 POWER COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: N/A | |

9

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MONTICELLO 4 POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| MORGAN CREEK 7 POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| NCA DEVELOPMENT COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 20-8567594 | ) |
| In re: | ) Chapter 11 |
| | ) |
| NCA RESOURCES DEVELOPMENT COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| OAK GROVE MANAGEMENT COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 27-0551189 | ) |

10

|                                              |   |              |
|----------------------------------------------|---|--------------|
| In re:                                       | ) | Chapter 11   |
| OAK GROVE MINING COMPANY LLC,                | ) | Case No. 14-_____ (___) |
| Debtor,                                      | ) |              |
| Tax ID: 20-8516181                           | ) |              |

|                                              |   |              |
|----------------------------------------------|---|--------------|
| In re:                                       | ) | Chapter 11   |
| OAK GROVE POWER COMPANY LLC,                 | ) | Case No. 14-_____ (___) |
| Debtor,                                      | ) |              |
| Tax ID: 20-8516093                           | ) |              |

|                                              |   |              |
|----------------------------------------------|---|--------------|
| In re:                                       | ) | Chapter 11   |
| SANDOW POWER COMPANY LLC,                    | ) | Case No. 14-_____ (___) |
| Debtor,                                      | ) |              |
| Tax ID: 26-3771811                           | ) |              |

|                                              |   |              |
|----------------------------------------------|---|--------------|
| In re:                                       | ) | Chapter 11   |
| SOUTHWESTERN ELECTRIC SERVICE COMPANY, INC., | ) | Case No. 14-_____ (___) |
| Debtor,                                      | ) |              |
| Tax ID: N/A                                  | ) |              |

|                                              |   |              |
|----------------------------------------------|---|--------------|
| In re:                                       | ) | Chapter 11   |
| TCEH FINANCE, INC.,                          | ) | Case No. 14-_____ (___) |
| Debtor,                                      | ) |              |
| Tax ID: 26-2137715                           | ) |              |

11

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEXAS ELECTRIC SERVICE COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEXAS ENERGY INDUSTRIES COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEXAS POWER & LIGHT COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEXAS UTILITIES COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEXAS UTILITIES ELECTRIC COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

RLF1 10251160v.1

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRADINGHOUSE 3 & 4 POWER | ) Case No. 14-_____ (___) |
| COMPANY LLC, | ) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRADINGHOUSE POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2967804 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TXU ELECTRIC COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TXU ENERGY RECEIVABLES COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 46-1125361 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TXU ENERGY RETAIL COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 26-0494257 | ) |

13

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TXU ENERGY SOLUTIONS COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 26-0022193 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TXU RECEIVABLES COMPANY, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2807788 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TXU RETAIL SERVICES COMPANY, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 20-5872839 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TXU SEM COMPANY, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2795541 | ) |
| In re: | ) Chapter 11 |
| | ) |
| VALLEY NG POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

14

In re:

VALLEY POWER COMPANY LLC,

Debtor,

Tax ID: N/A

)
)  Chapter 11
)
)  Case No. 14-_____ (____)
)
)
)
)

## MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this motion (this "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), directing joint administration of their related chapter 11 cases. In support of this Motion, the Debtors respectfully state as follows.

### Jurisdiction and Venue

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Debtors consent pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules") to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

15

RLF1 10251160v.1

3.      The bases for the relief requested in this Motion are section 105 of title 11 of the

United States Code (the "Bankruptcy Code"), rule 1015(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rules 1015-1 and 9013-1(m).

**Relief Requested**

4.      By this Motion, the Debtors seek entry of the Order, directing joint administration of

these chapter 11 cases for procedural purposes only.  The Debtors request that the Court maintain

one file and one docket for all of the jointly-administered cases under the case of Energy

Future Holdings Corp., and that the Court administer the cases under a consolidated caption, as

follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

5.      The Debtors also request that a docket entry, substantially similar to the following,

be entered on the docket of each of the Debtors' cases other than the case of Energy Future

Holdings Corp.:

An order has been entered in accordance with Rule 1015(b) of the
Federal Rules of Bankruptcy Procedure directing the joint
administration of the chapter 11 cases of Energy Future Holdings
Corp.; Texas Competitive Electric Holdings Company LLC;

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the
debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these
chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the
last four digits of their federal tax identification numbers is not provided herein.  A complete list of such
information may be obtained on the website of the debtors' proposed claims and noticing agent at
http://www.efhcaseinfo.com.

16

4Change Energy Company; 4Change Energy Holdings LLC; Big Brown 3 Power Company LLC; Big Brown Lignite Company LLC; Big Brown Power Company LLC; Brighten Energy LLC; Brighten Holdings LLC; Collin Power Company LLC; Dallas Power & Light Company, Inc.; DeCordova II Power Company LLC; DeCordova Power Company LLC; Eagle Mountain Power Company LLC; EBASCO SERVICES OF CANADA LIMITED; EEC Holdings, Inc.; EECI, Inc.; EFH Australia (No. 2) Holdings Company; EFH CG Holdings Company LP; EFH CG Management Company LLC; EFH Corporate Services Company; EFH Finance (No. 2) Holdings Company; EFH FS Holdings Company; EFH Renewables Company LLC; EFIH FINANCE INC.; Energy Future Competitive Holdings Company LLC; Energy Future Intermediate Holding Company LLC; Generation Development Company LLC; Generation MT Company LLC; Generation SVC Company; Lake Creek 3 Power Company LLC; Lone Star Energy Company, Inc.; Lone Star Pipeline Company, Inc.; LSGT Gas Company LLC; LSGT SACROC, Inc.; Luminant Big Brown Mining Company LLC; Luminant Energy Company LLC; Luminant Energy Trading California Company; Luminant ET Services Company; Luminant Generation Company LLC; Luminant Holding Company LLC; Luminant Mineral Development Company LLC; Luminant Mining Company LLC; Luminant Renewables Company LLC; Martin Lake 4 Power Company LLC; Monticello 4 Power Company LLC; Morgan Creek 7 Power Company LLC; NCA Development Company LLC; NCA Resources Development Company LLC; Oak Grove Management Company LLC; Oak Grove Mining Company LLC; Oak Grove Power Company LLC; Sandow Power Company LLC; Southwestern Electric Service Company, Inc.; TCEH Finance, Inc.; Texas Electric Service Company, Inc.; Texas Energy Industries Company, Inc.; Texas Power & Light Company, Inc.; Texas Utilities Company, Inc.; Texas Utilities Electric Company, Inc.; Tradinghouse 3 & 4 Power Company LLC; Tradinghouse Power Company LLC; TXU Electric Company, Inc.; TXU Energy Receivables Company; TXU Energy Retail Company LLC; TXU Energy Solutions Company LLC; TXU Receivables Company; TXU Retail Services Company; TXU SEM Company; Valley NG Power Company LLC; Valley Power Company LLC. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 14-_____ (\_\_\_).**

17

6.    The Debtors further request that the Court order that the foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.[2]

## **Background**

7.    On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors have requested joint administration of these chapter 11 cases. The Court has not appointed a trustee, and the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") has not formed any official committees in these chapter 11 cases.[3]

8.    Debtor Energy Future Holdings Corp. ("EFH Corp."), a Texas corporation, is the ultimate parent company for each of the Debtors in these chapter 11 cases and certain of EFH Corp.'s non-Debtor affiliates (collectively, "EFH"). EFH's businesses include the largest generator, distributor, and certificated retail provider of electricity in Texas. EFH conducts substantially all of its business operations in the electricity market overseen by the Electric Reliability Council of Texas ("ERCOT"), which covers the majority of Texas. The Texas electricity market, in turn, is subject to oversight and regulation by the Public Utility Commission

---

[2]    Indeed, in other jointly administered cases involving a large numbers of debtors, courts in this District have approved case captions that do not list the name, address and last 4 digits of each debtor's taxpayer identification number in the caption, and have found such case captions to be appropriate. *See, e.g., In re DSI Holdings, Inc.,* No. 11-11941 (KJC) (Bankr. D. Del. June 28, 2011); *In re The Fairchild Corporation,* No. 09-10899 (CSS) (Bankr. D. Del. Mar. 20, 2009); *In re WCI Communities, Inc.,* No. 08-11643 (KJC) (Bankr. D. Del. Aug. 5, 2008).

[3]    The facts and circumstances supporting this Motion, along with a detailed discussion of EFH's business operations and capital structure, are set forth in the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions* (the "First Day Declaration"), filed contemporaneously herewith.

18

of Texas (the "PUC"). EFH has approximately 9,100 employees, approximately 5,700 of whom are employed by the Debtors,[4] in three distinct business units:

- EFH's *competitive electricity generation, mining, wholesale electricity sales, and commodity risk management and trading activities*, conducted by TCEH LLC's Debtor subsidiaries composing "Luminant";

- EFH's *competitive retail electricity sales operations and related operations*, mainly conducted by TCEH LLC's Debtor subsidiaries composing "TXU Energy";[5] and

- EFH's *rate-regulated electricity transmission and distribution operations*, conducted by the non-Debtor Oncor.

9.     In the aggregate, the Debtors have approximately $42 billion of funded indebtedness, including (a) approximately $32.1 billion of claims against TCEH LLC and TCEH LLC's direct and indirect Debtor subsidiaries; (b) approximately $71 million of claims against EFCH; (c) approximately $1.9 billion of claims against EFH Corp.; and (d) approximately $7.7 billion of claims against EFIH.[6]

10.     Although the Debtors' balance sheet is overleveraged, the Debtors' operations are strong. Luminant's generation units are high-performing, its mining and electricity generation operations have impressive safety records, and its commodity trading and risk management

---

[4]   The Debtors in these chapter 11 cases consist of: (a) the vast majority of the entities that compose Luminant and TXU Energy, as well as those entities' intermediate corporate parent entity, Texas Competitive Electric Holdings Company LLC ("TCEH LLC"), a Delaware limited liability company, and TCEH LLC's corporate parent, Energy Future Competitive Holdings Company LLC ("EFCH"), a Delaware limited liability company; (b) Energy Future Intermediate Holding Company LLC ("EFIH"), a Delaware limited liability company that indirectly owns approximately 80% of Oncor Electric Delivery Holdings Company LLC ("Oncor"), and EFIH's wholly-owned subsidiary, EFIH Finance Inc.; (c) EFH Corp.; and (d) other direct and indirect subsidiaries of EFH Corp., including EFH Corporate Services Company.

[5]   The Debtors also conduct a relatively small amount of retail electricity operations through their 4Change brand and another entity, Luminant ET Services Company, that provides retail electricity service to some end use customers and to some of Luminant's mining operations, and a small amount of retail gas operations through Luminant Energy Company LLC.

[6]   Amounts include intercompany debt holdings and short-term borrowings, and exclude guarantees, unamortized discounts or premiums, accrued but unpaid interest, and certain other figures typically reported in the Debtors' filings with the Securities and Exchange Commission (the "SEC"), such as capital lease obligations, certain promissory notes, and certain other obligations.

19

activities have delivered significant value to the Debtors.  TXU Energy is an industry leader in customer care performance and product innovation and has maintained strong performance notwithstanding intense competition.  And non-Debtor Oncor produces a strong and consistent stream of revenue.  Thus, these chapter 11 cases will provide the Debtors with the opportunity to restructure their balance sheets and retain their position as leaders in the Texas electricity market.

11.    As of December 31, 2013, EFH Corp. reported total assets of approximately $36.4 billion in book value, approximately $28.8 billion of which is attributable to EFCH, TCEH LLC, and TCEH LLC's direct and indirect subsidiaries (collectively with TCEH LLC and EFCH, "TCEH"),[7] and total liabilities of approximately $49.7 billion in book value, approximately $41.1 billion of which is attributable to TCEH.[8]  EFH Corp.'s assets and liabilities that are not attributable to TCEH are mostly attributable to EFIH's indirect ownership of approximately 80% of Oncor.  EFH Corp.'s consolidated revenues for the quarter ending December 31, 2013 were approximately $1.3 billion, all of which were attributable to TCEH.  EFH Corp.'s consolidated annual revenues for the year ending December 31, 2013 were approximately $5.9 billion.

### Basis for Relief

12.    Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Section 105(a) of the Bankruptcy Code also provides the Court with the power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."  Further, Local Bankruptcy Rule

---

[7]    Oncor's revenues are not included in EFH Corp.'s consolidated revenues because EFH Corp. accounts for its ownership of Oncor under the equity method of accounting.

[8]    Figures for TCEH are derived from EFCH's public filings with the SEC, and are almost entirely attributable to TCEH LLC and its Debtor and non-Debtor subsidiaries.

20

1015-1 provides additional authority for the Court to order joint administration of these chapter 11 cases upon the filing of this Motion, supported by a declaration that joint administration of two or more pending cases will ease the administrative burden of the Court and the parties.

13.   Joint administration is generally non-controversial, and courts in this district routinely order joint administration of related cases. *See, e.g., In re Coldwater Creek Inc.,* No. 14-10867 (BLS) (Bankr. D. Del. Apr. 14, 2014); *In re Brookstone Holdings Corp.,* No. 14-10752 (BLS) (Bankr. D. Del. Apr. 4, 2014); *In re Quantum Foods, LLC,* No. 14-10318 (KJC) (Bankr. D. Del. Feb. 20, 2014); *In re Event Rentals, Inc.*, No. 14-10282 (PJW) (Bankr. D. Del. Feb. 18, 2014); *In re Constar Int'l Holdings LLC,* No. 13-13281 (CSS) (Bankr. D. Del. Dec. 20, 2013); *In re F & H Acquisition Corp.,* No. 13-13220 (KG) (Bankr. D. Del. Dec. 17, 2013); *In re Fisker Auto. Holdings, Inc.,* No. 13-13087 (KG) (Bankr. D. Del. Nov. 2, 2013); *In re Global Aviation Holdings Inc.,* No. 13-12945 (MFW) (Bankr. D. Del. Nov. 14, 2013); *In re EWGS Intermediary, LLC,* No. 13-12876 (MFW) (Bankr. D. Del. Nov. 5, 2013); *In re Longview Power, LLC,* No. 13-12211 (BLS) (Bankr. D. Del. Sept. 4, 2013).[9]

14.   The 71 Debtors in these chapter 11 cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code. As discussed in the First Day Declaration, the Debtors have highly integrated operations. As such, joint administration of these chapter 11 cases will provide significant administrative convenience without harming the substantive rights of any party in interest. Many of the motions, hearings, and orders that will arise in these chapter 11 cases will affect each and every Debtor. In addition, joint administration will reduce fees and costs by avoiding duplicative filings and objections. Joint administration also will allow the Office of the

---

[9]   Because of the voluminous nature of the orders cited herein, they are not attached to this Motion. Copies of these orders are available upon request of the Debtors' proposed counsel.

21

United States Trustee for the District of Delaware and all parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

15.    Joint administration will not adversely affect the Debtors' respective constituencies because this Motion requests only administrative, not substantive, consolidation of the estates. Parties in interest will not be harmed by the relief requested, but, instead, will benefit from the cost reductions associated with the joint administration of these chapter 11 cases.  Accordingly, the Debtors submit that joint administration of these chapter 11 cases is in the best interests of their estates, their creditors, and all other parties in interest.

## Notice

16.    The Debtors shall provide notice of this Motion on the date hereof via facsimile, overnight delivery, and/or hand delivery to:  (a) the Office of the U.S. Trustee for the District of Delaware; (b) the entities listed on the Consolidated List of Creditors Holding the 50 Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d); (c) Citibank, N.A., in its capacity as administrative agent under the TCEH first lien credit agreement and collateral agent under the TCEH intercreditor agreements and counsel thereto; (d) Bank of New York Mellon Trust Company, N.A., in its capacity as indenture trustee under:  (i) the TCEH unsecured pollution control revenue bonds; and (ii) the EFCH 2037 Notes due 2037, and counsel thereto; (e) American Stock Transfer & Trust Company, LLC, in its capacity as indenture trustee under:  (i) the 9.75% EFH senior unsecured notes due 2019;  (ii) the 10.0% EFH senior unsecured notes due 2020; (iii) the 10.875% EFH LBO senior unsecured notes due 2017; (iv) the 11.25%/12.0% EFH LBO toggle notes due 2017; (v) the 5.55% EFH legacy notes (series P) due 2014; (vi) the 6.50% EFH legacy notes (series Q) due 2024; and (vii) the 6.55% EFH legacy notes (series R) due 2034, and counsel thereto; (f) Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in

22

RLF1 10251160v.1

their capacities as indenture trustee under: (i) the 11.0% EFIH senior secured second lien notes due 2021; and (ii) the 11.75% EFIH senior secured second lien notes due 2022, and counsel thereto; (g) UMB Bank, N.A. in its capacity as indenture trustee under: (i) the 9.75% EFIH senior unsecured notes due 2019; and (ii) the 11.25%/12.25% EFIH senior toggle notes due 2018, and counsel thereto; (h) BOKF, NA, dba Bank of Arizona, in its capacity as indenture trustee under 11.50% TCEH senior secured notes due 2020, and counsel thereto; (i) CSC Trust Company of Delaware in its capacity as indenture trustee under: (i) the 6.875% EFIH senior secured notes due 2017; and (ii) the 10.0% EFIH senior secured notes due 2020, and counsel thereto; (j) Law Debenture Trust Company of New York in its capacity as indenture trustee under: (i) the 10.25% TCEH senior unsecured notes due 2015; and (ii) the 10.50%/11.25% TCEH senior toggle notes due 2016, and counsel thereto; (k) Wilmington Savings Fund Society, FSB in its capacity as indenture trustee under the 15.0% TCEH senior secured second lien notes due 2021, and counsel thereto; (l) counsel to certain holders of claims against the Debtors regarding each of the foregoing described in clauses (c) through (k); (m) the agent for the TCEH debtor-in-possession financing facility and counsel thereto; (n) the agent for the EFIH debtor-in-possession financing facility and counsel thereto; (o) counsel to certain holders of equity in Texas Energy Future Holdings Limited Partnership; (p) counsel to Oncor; (q) the SEC; (r) the Internal Revenue Service; (s) the Office of the United States Attorney for the District of Delaware; (t) the Office of the Texas Attorney General on behalf of the PUC; and (u) counsel to ERCOT. As this Motion is seeking "first day" relief, within forty eight hours of the entry of the Order, the Debtors will serve copies of this Motion and the order respecting this Motion as required by Local Bankruptcy Rule 9013-1(m). The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

RLF1 10251160v.1

## No Prior Request

17.     No prior request for the relief sought in this Motion has been made to this or any

other court.

[*Remainder of page intentionally left blank.*]

24

WHEREFORE, the Debtors respectfully request that the Court enter the Order, substantially

in the form attached hereto as **Exhibit A**, granting the relief requested in this Motion and granting

such other and further relief as is appropriate under the circumstances.

Wilmington, Delaware
Dated: April 29, 2014

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (*pro hac vice* pending)
Edward O. Sassower, P.C. (*pro hac vice* pending)
Stephen E. Hessler (*pro hac vice* pending)
Brian E. Schartz (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          richard.cieri@kirkland.com
                edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (*pro hac vice* pending)
Chad J. Husnick (*pro hac vice* pending)
Steven N. Serajeddini (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

25

## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 46-2488810 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2967817 | ) |
| In re: | ) Chapter 11 |
| | ) |
| 4CHANGE ENERGY COMPANY, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2959527 | ) |
| In re: | ) Chapter 11 |
| | ) |
| 4CHANGE ENERGY HOLDINGS LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-0699680 | ) |
| In re: | ) Chapter 11 |
| | ) |
| BIG BROWN 3 POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG BROWN LIGNITE COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 52-2364247 | ) |
| In re: | ) Chapter 11 |
| | ) |
| BIG BROWN POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2967823 | ) |
| In re: | ) Chapter 11 |
| | ) |
| BRIGHTEN ENERGY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 27-3494107 | ) |
| In re: | ) Chapter 11 |
| | ) |
| BRIGHTEN HOLDINGS LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 27-3493908 | ) |
| In re: | ) Chapter 11 |
| | ) |
| COLLIN POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

2

| | |
|---|---|
| In re: | Chapter 11 |
| DALLAS POWER & LIGHT COMPANY, INC., | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: N/A | |

| | |
|---|---|
| In re: | Chapter 11 |
| DECORDOVA II POWER COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: N/A | |

| | |
|---|---|
| In re: | Chapter 11 |
| DECORDOVA POWER COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 75-2967797 | |

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE MOUNTAIN POWER COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 46-4606891 | |

| | |
|---|---|
| In re: | Chapter 11 |
| EBASCO SERVICES OF CANADA LIMITED, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: N/A | |

3

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EEC HOLDINGS, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2509368 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EECI, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2509366 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 20-1370353 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EFH CG HOLDINGS COMPANY LP, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 20-2409650 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EFH CG MANAGEMENT COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

4

| | |
|---|---|
| In re: | Chapter 11 |
| EFH CORPORATE SERVICES COMPANY, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 75-0835281 | |
| In re: | Chapter 11 |
| EFH FINANCE (NO. 2) HOLDINGS COMPANY, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 75-2768735 | |
| In re: | Chapter 11 |
| EFH FS HOLDINGS COMPANY, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 75-2768732 | |
| In re: | Chapter 11 |
| EFH RENEWABLES COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: N/A | |
| In re: | Chapter 11 |
| EFIH FINANCE INC., | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 27-0918038 | |

5

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 75-1837355 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 26-1191638 | |

| | |
|---|---|
| In re: | Chapter 11 |
| GENERATION DEVELOPMENT COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 20-4952060 | |

| | |
|---|---|
| In re: | Chapter 11 |
| GENERATION MT COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 75-2967818 | |

| | |
|---|---|
| In re: | Chapter 11 |
| GENERATION SVC COMPANY, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 45-0470622 | |

6

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LAKE CREEK 3 POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| LONE STAR ENERGY COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-1325876 | ) |
| In re: | ) Chapter 11 |
| | ) |
| LONE STAR PIPELINE COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| LSGT GAS COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-0399066 | ) |
| In re: | ) Chapter 11 |
| | ) |
| LSGT SACROC, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2402092 | ) |

7

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT BIG BROWN MINING | ) | Case No. 14-_____ (___) |
| COMPANY LLC, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-3006803 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ENERGY COMPANY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 45-2790807 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ENERGY TRADING | ) | Case No. 14-_____ (___) |
| CALIFORNIA COMPANY, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-2723853 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT ET SERVICES COMPANY, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-2967835 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUMINANT GENERATION COMPANY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-2967820 | ) | |

8

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LUMINANT HOLDING COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 54-2127719 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LUMINANT MINING COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2967821 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LUMINANT RENEWABLES COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 20-3007585 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MARTIN LAKE 4 POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

9

| | |
|---|---|
| In re: | Chapter 11 |
| MONTICELLO 4 POWER COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: N/A | |

| | |
|---|---|
| In re: | Chapter 11 |
| MORGAN CREEK 7 POWER COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: N/A | |

| | |
|---|---|
| In re: | Chapter 11 |
| NCA DEVELOPMENT COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 20-8567594 | |

| | |
|---|---|
| In re: | Chapter 11 |
| NCA RESOURCES DEVELOPMENT COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: N/A | |

| | |
|---|---|
| In re: | Chapter 11 |
| OAK GROVE MANAGEMENT COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 27-0551189 | |

10

| | |
|---|---|
| In re: | Chapter 11 |
| OAK GROVE MINING COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 20-8516181 | |

| | |
|---|---|
| In re: | Chapter 11 |
| OAK GROVE POWER COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 20-8516093 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SANDOW POWER COMPANY LLC, | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 26-3771811 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SOUTHWESTERN ELECTRIC SERVICE COMPANY, INC., | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: N/A | |

| | |
|---|---|
| In re: | Chapter 11 |
| TCEH FINANCE, INC., | Case No. 14-_____ (___) |
| Debtor, | |
| Tax ID: 26-2137715 | |

11

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEXAS ELECTRIC SERVICE COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| TEXAS ENERGY INDUSTRIES COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| TEXAS POWER & LIGHT COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| TEXAS UTILITIES COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| TEXAS UTILITIES ELECTRIC COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |

12

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRADINGHOUSE 3 & 4 POWER | ) Case No. 14-_____ (___) |
| COMPANY LLC, | ) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| TRADINGHOUSE POWER COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 75-2967804 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TXU ELECTRIC COMPANY, INC., | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| TXU ENERGY RECEIVABLES COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 46-1125361 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TXU ENERGY RETAIL COMPANY LLC, | ) Case No. 14-_____ (___) |
| | ) |
| Debtor, | ) |
| | ) |
| Tax ID: 26-0494257 | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TXU ENERGY SOLUTIONS COMPANY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 26-0022193 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU RECEIVABLES COMPANY, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-2807788 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU RETAIL SERVICES COMPANY, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 20-5872839 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU SEM COMPANY, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: 75-2795541 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VALLEY NG POWER COMPANY LLC, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax ID: N/A | ) | |

14

```
                                    )
In re:                              )  Chapter 11
                                    )
VALLEY POWER COMPANY LLC,           )  Case No. 14-_____ (___)
                                    )
            Debtor,                 )
                                    )
Tax ID: N/A                         )
```

## ORDER DIRECTING JOINT
## ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") directing joint administration of their related chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion is granted as set forth herein.

2.    The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3.    The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

4.    A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of Energy Future Holdings Corp.; Texas Competitive Electric Holdings Company LLC; 4Change Energy Company; 4Change Energy Holdings LLC; Big Brown 3 Power Company LLC; Big Brown Lignite Company LLC; Big Brown Power Company LLC; Brighten Energy LLC; Brighten Holdings LLC; Collin Power Company LLC; Dallas Power & Light Company, Inc.; DeCordova II Power Company LLC; DeCordova Power Company LLC; Eagle Mountain Power Company LLC; EBASCO SERVICES OF CANADA LIMITED; EEC Holdings,

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

16

Inc.; EECI, Inc.; EFH Australia (No. 2) Holdings Company; EFH
CG Holdings Company LP; EFH CG Management Company LLC;
EFH Corporate Services Company; EFH Finance (No. 2) Holdings
Company; EFH FS Holdings Company; EFH Renewables
Company LLC; EFIH FINANCE INC.; Energy Future Competitive
Holdings Company LLC; Energy Future Intermediate Holding
Company LLC; Generation Development Company LLC;
Generation MT Company LLC; Generation SVC Company; Lake
Creek 3 Power Company LLC; Lone Star Energy Company, Inc.;
Lone Star Pipeline Company, Inc.; LSGT Gas Company LLC;
LSGT SACROC, Inc.; Luminant Big Brown Mining Company
LLC; Luminant Energy Company LLC; Luminant Energy Trading
California Company; Luminant ET Services Company; Luminant
Generation Company LLC; Luminant Holding Company LLC;
Luminant Mineral Development Company LLC; Luminant Mining
Company LLC; Luminant Renewables Company LLC; Martin Lake
4 Power Company LLC; Monticello 4 Power Company LLC;
Morgan Creek 7 Power Company LLC; NCA Development
Company LLC; NCA Resources Development Company LLC; Oak
Grove Management Company LLC; Oak Grove Mining Company
LLC; Oak Grove Power Company LLC; Sandow Power Company
LLC; Southwestern Electric Service Company, Inc.; TCEH
Finance, Inc.; Texas Electric Service Company, Inc.; Texas Energy
Industries Company, Inc.; Texas Power & Light Company, Inc.;
Texas Utilities Company, Inc.; Texas Utilities Electric Company,
Inc.; Tradinghouse 3 & 4 Power Company LLC; Tradinghouse
Power Company LLC; TXU Electric Company, Inc.; TXU Energy
Receivables Company; TXU Energy Retail Company LLC; TXU
Energy Solutions Company LLC; TXU Receivables Company;
TXU Retail Services Company; TXU SEM Company; Valley NG
Power Company LLC; Valley Power Company LLC. **All further
pleadings and other papers shall be filed in, and all further
docket entries shall be made in, Case No. 14-_____ (___).**

5.      Nothing contained in the Motion or this Order shall be deemed or construed
as directing or otherwise effecting a substantive consolidation of the above-captioned
chapter 11 cases.

6.      The foregoing caption satisfies the requirements of section 342(c)(1) of
the Bankruptcy Code.

7.      The Debtors and the Clerk of the Court are authorized to take all actions

17

necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: _____, 2014

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

18