# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Requested) |

**Ref. Docket Nos. 203, 211, 214 & 221**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a) "Debtors' Response and Partial Opposition to the Motion of Wilmington Savings Fund Society, FSB Pursuant to Rule 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004," dated April 30, 2014 [Docket No. 203],

   b) "Supplemental Declaration of Stephen Goldstein in Support of (I) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtors Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing and (II) The Motion Authorizing Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates to File Under Seal the Certain Fee Letter Related to Proposed Debtor-in-Possession Financing," dated April 30, 2014 [Docket No. 211],

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

   c) "Debtors' Motion to Quash Notice of Deposition of Paul Keglevic," dated April 30, 2014 [Docket No. 214], and

   d) "Supplemental Declaration of Stephen Goldstein in Support of the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay," dated April 30, 2014 [Docket No. 221],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on April 30, 2014

   ii. delivered via facsimile to those parties listed on the annexed Exhibit B, on April 30, 2014, and

   iii. delivered via electronic mail to robert.claude@centerpointenergy.com, on May 1, 2014.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
1st day of May, 2014

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADA CARBON SOLUTIONS | (RED RIVER ENVRIONMENTAL PRODUCTS) ATTN: PETER O. HANSEN 8100 S. PARKWAY #A2 LITTLETON CO 80120 |
| BENCHMARK INDUSTRIAL SERVICES | ATTN: MIKE WILCOX - OWNER PO BOX 931 KILGORE TX 75663 |
| BNSF RAILWAY COMPANY | ATTN: PETER LEE, GENERAL COUNSEL 2500 LOU MENK DRIVE FORT WORTH TX 76131 |
| CITIBANK, N.A. | RYAN FALCONE 388 GREENWICH STREET NEW YORK NY 10013 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, UNIVERSITY ST., SUITE 700 MONTREAL QC H3A 3S8 CANADA |
| DENTONS | LOUIS A. CURCIO 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1089 |
| DEUTSCHE BANK | SARA PELTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | ATTN: WILLIAM WOCHNER PO BOX 219335 KANSAS CITY MO 64121-9335 |
| NORTHEAST TEXAS POWER LTD | ATTN: DAVID PETTY, PRESIDENT PO BOX 553 CUMBY TX 75433 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. 1007 ORANGE STREET, SUITE 700 PO BOX 2046 WILMINGTON DE 19899-2046 |
| PIERCE CONSTRUCTION INC | ATTN: KENNETH PIERCE - OWNER PO BOX 69 BECKVILLE TX 75631 |
| SECURITAS SECURITY SERVICES USA | ATTNL LEGAL DEPARTMENT 4330 PARK TCE DRIVE WESTLAKE VILLAGE CA 91361 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY DENNIS ROEMLEIN 601 TRAVIS ST,16TH FLOOR HOUSTON TX 77002 |
| TRENT WIND FARM LP | ATTN: JAY JADWIN & LISA GROFF TRENT WIND FARM 155 W. NATIONWIDE BLVD, SUITE 500 COLUMBUS OH 43215 |
| WILMINGTON SVGS FUND SOCIETY, | FSB (CHRISTIANA TRUST),PATRICK HEALY,VP-DIR OF ,GLOBAL BNKRPTCY& RSTRCTRING SVCS,500 DELAWARE AVE. WILMINGTON DE 19801 |

**Total Creditor count  19**

| Claim Name | Address Information |
|---|---|
| AMECO INC | GARY BERNARDEZ 2106 ANDERSON ROAD GREENVILLE SC 29611 |
| COMPUTERSHARE TRUST COMPANY, N.A. | TINA VITALE, CORPORATE TRUST 480 WASHINGTON STREET, 28TH FL JERSEY CITY NJ 07310 |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ 1000 WEST STREET, SUITE 1400 WILMINGTON DE 19801 |
| DATA SYSTEMS & SOLUTIONS LLC | (ROLLS ROYCE) MILES COWDRY,ROLLS-ROYCE CIVIL NUCLEAR,994-A EXPLORER BLVD HUNTSVILLE AL 35806 |
| FREDERIC DORWART, LAWYERS | SAMUEL S. ORY 124 EAST FOURTH STREET TULSA OK 74103 |
| MERICO ABATEMENT CONTRACTORS INC | ATTN: MIKE CROFFLAND - GENERAL MANAGER 201 ESTES DR LONGVIEW TX 75602-6100 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M. AMADOR, ATTY 1200 K STREET, N.W. WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION | ISRAEL GOLDOWITZ 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| SIEMENS POWER GENERATION INC | CHRISTOPHER RANCK 4400 N ALAFAYA TRL ORLANDO FL 32826 |
| TPUSA | JOHN WARREN MAY 1991 SOUTH 4650 WEST SALT LAKE CITY UT 84104 |
| TRANSACTEL INC | GUILLERMO MONTANO 18 CALLE 25-85 Z.10 TORRE TRANSACTEL PRADERA GUATEMALA CITY GUATEMALA |

**Total Creditor count  11**

**EXHIBIT B**

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| ADA CARBON SOLUTIONS | PETER O. HANSEN | (303) 962-1970 |
| AEP TEXAS NORTH COMPANY | MR. CHARLES R. PATTON | (614) 716-1823 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | SCOTT ALBERINO; JOANNA NEWDECK | (202) 887-4288 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY; LINDSAY ZAHRADKA | (212) 872-1002 |
| ALCOA | MAX W. LAUN | (412) 553-4064 |
| AMECO INC | GARY BERNARDEZ | (864) 295-7962 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | PAUL KIM | (718) 331-1852 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | (718) 331-1852 |
| ASHBY & GEDDES, P.A. | WILLIAM BOWDEN & GREGORY TAYLOR | (302) 654-2067 |
| ASHER MEDIA INC | KALYN ASHER | (972) 732-1161 |
| AUTOMATIC SYSTEMS INC | MICHAEL HOEHN | (816) 356-5730 |
| BAILEY BRAUER PLLC | BENJAMIN L. STEWART | (214) 360-7435 |
| BAKER BOTTS LLP | JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS | (214) 953-6503 |
| BENCHMARK INDUSTRIAL SERVICES | MIKE WILCOX | (903) 984-0982 |
| BINGHAM MCCUTCHEN LLP | JEFFREY S. SABIN | (212) 702-3668 |
| BINGHAM MCCUTCHEN LLP | L JULIA FROST-DAVIES & CHRISTOPHER L. CARTER | (617) 345-5054 |
| BNSF RAILWAY COMPANY | ROGER NOBER | (817) 352-7111 |
| BOKF, NA DBA BANK OF ARIZONA | CYNDI WILKINSON | (918) 588-6083 |
| BOKF, NA DBA BANK OF ARIZONA | KEN HOFFMAN | (918) 588-6083 |
| BRAKE SUPPLY CO INC | DAVID KOCH | (812) 429-9425 |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | CHRISTINE C. RYAN | (202) 342-0807 |
| BROWN RUDNICK LLP | JEREMY B. COFFEY | (212) 209-4801 |
| BROWN RUDNICK LLP | JEREMY B. COFFEY | (617) 856-8201 |
| BROWN RUDNICK LLP | EDWARD WEISFELNER | (212) 209-4801 |
| BROWN RUDNICK LLP | JEFFREY JONAS, ANDREW STREHLE ; JEREMY COFFEY | (617) 856-8201 |
| BROWN RUDNICK LLP | HOWARD SIEGEL | (860) 509-6501 |
| BRYAN CAVE LLP | ROBERT E. PEDERSEN | (212) 904-0500 |
| BRYAN CAVE LLP | STEPHANIE WICKOUSKI; MICHELLE MCMAHON | (212) 541-1439 |
| CAPGEMINI NORTH AMERICA INC | ISABELLE ROUX-CHENU | (212) 314-8001 |
| CENTERPOINT ENERGY HOUSTON | MARK SCHROEDER | (713) 207-9233 |
| CIARDI CIARDI & ASTIN | DANIEL ASTIN; JOHN MCLAUGHLIN, JR.; JOSEPH MCMAHON JR | (302) 658-1300 |
| CITIBANK, N.A. | ANNEMARIE E. PAVCO; OWEN COYLE | (212) 994-0961 |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER | (646) 291-3258 |
| CITIBANK, N.A. | ERIC O. LIGAN | (646) 495-9259 |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | (212) 994-0961 |
| CITIBANK, N.A. | OWEN COYLE | (212) 994-0961 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | (212) 225-3999 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | RACHEL OBALDO & JOHN MARK STERN | (512) 482-8341 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ALESSANDRA PANSERA | (514) 982-7677 |
| COMPUTERSHARE TRUST COMPANY, N.A. | TINA VITALE, CORPORATE TRUST | (201) 680-4785 |
| CONNOLLY GALLAGHER LLP | KAREN C. BIFFERATO & KELLY M. CONLAN | (302) 757-7299 |
| COURTNEY CONSTRUCTION INC | KARLOS COURTNEY | (903) 694-2921 |
| COUSINS CHIPMAN & BROWN, LLP | SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN | (302) 295-0199 |
| COWLES & THOMPSON | STEPHEN C. STAPLETON | (214) 672-2309 |
| COZEN O'CONNOR | MARK E. FELGER | (302) 295-2013 |
| CRANE NUCLEAR INC | PRESIDENT OR GENERAL COUNSEL | (77) 042-9475 |
| CROSS & SIMON, LLC | MICHAEL J. JOYCE | (302) 777-4224 |
| CSC TRUST COMPANY OF DELAWARE | SANDRA E. HORWITZ | (302) 636-8666 |
| DATA SYSTEMS & SOLUTIONS LLC | MILES COWDRY,ROLLS-ROYCE CIVIL | (317) 230-4699 |
| DENTONS US LLP | HUGH MCDONALD, LOUIS CURCIO | (212) 768-6800 |
| DEUTSCHE BANK | MARCUS M. TARKINGTON | (212) 553-3080 |
| DRINKER BIDDLE & REATH LLP | HOWARD A. COHEN & ROBERT K. MALONE | (302) 467-4201 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| DYKEMA GOSSETT PLLC | JEFFREY R. FINE | (855) 230-2518 |
| EPIQ BANKRUPTY SOLUTIONS, LLC | JAMES KATCHADURIAN, E.V.P. | (646) 282-2501 |
| FL SMIDTH AIRTECH INC | MARK BRANCATO | (610) 264-6170 |
| FLUOR GLOBAL SERVICES | CARLOS M. HERNANDEZ | (469) 398-7255 |
| FOLEY & LARDNER LLP | HAROLD L KAPLAN, MARK F HEBBELN | (312) 832-4700 |
| FOLEY & LARDNER LLP | HAROLD L. KAPLAN | (312) 832-4700 |
| FOLEY & LARDNER LLP | MARK F. HEBBELN | (312) 832-4700 |
| FOLEY & LARDNER LLP | HAROLD KAPLAN , MARK HEBBELN; LARS PETERSON | (312) 832-4700 |
| FOX ROTHSCHILD LLP | JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD | (302) 656-8920 |
| FREDERIC DORWART, LAWYERS | | (918) 594-7709 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE | (212) 859-4000 |
| FRISCO CONSTRUCTION SERVICES | CLAY THOMAS | (214) 975-0811 |
| FROST BROWN TODD LLC | EDWARD M. KING | (502) 581-1087 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | MICHAEL G. BUSENKELL | (302) 425-5814 |
| GENERATOR & MOTOR SERVICES INC | JOHN POZNICK - CONTROLLER | (412) 829-1692 |
| GRAINGER | JOHN L. HOWARD | (847) 535-0878 |
| HCL AMERICA INC | RAGHU RAMAN LAKSHMANAN | (408) 733-0482 |
| HEADWATERS RESOURCES INC | HARLAN M. HATFIELD | (801) 984-9410 |
| HOLT CAT | MICHAEL PURYEAR | (210) 648-0079 |
| HYDROCARBON EXCHANGE CORP. | R SCOTT HOPKINS | (214) 987-0670 |
| J & S CONSTRUCTION LLC | JEFF GRODEL | (903) 322-1940 |
| JONES DAY | MICHAEL L. DAVITT | (214) 969-5100 |
| JONES DAY | PATRICIA VILLAREAL | (214) 969-5100 |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | WILLIAM WOCHNER | (816) 783-1501 |
| KELLY HART & HALLMAN LLP | MICHAEL MCCONNELL & CLAY TAYLOR | (817) 878-9774 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | (212) 715-8000 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, .,MATTHEW B. MCGUIRE,. | (302) 467-4450 |
| LANDIS RATH & COBB LLP | ADAM LANDIS  & MATTEW MCGUIRE | (302) 467-4450 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | FRANK GODINO | (212) 750-1361 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER | (469) 221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | JOHN P. DILLMAN | (713) 844-3503 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | GEOFFREY GAY | (512) 472-0532 |
| LOWER COLORADO RIVER AUTHORITY | PHIL WILSON | (512) 578-3520 |
| MANION GAYNOR & MANNING LLP | MARC PHILLIPS | (302) 657-2104 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | LEE GORDON | (512) 323-3205 |
| MCKOOL SMITH | PETER S. GOODMAN, MICHAEL R.CARNEY | (212) 402-9444 |
| MCKOOL SMITH | PAUL D. MOAK, . | (713) 485-7344 |
| MERICO ABATEMENT CONTRACTORS INC | MIKE CROFFLAND - GENERAL MANAGER | (903) 757-8864 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG | (212) 530-5219 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | JONATHAN BROWN | (212) 822-5142 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | KAREN GARTENBERG | (212) 822-5630 |
| MINE SERVICE LTD | KEITH DEBAULT | (512) 446-7195 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | DERK ABBOTT; ANDREW REMMING; ERIN FAY | (302) 658-3989 |
| MUNSCH HARDT KOPF & HARR PC | KEVIN M LIPPMAN | (214) 978-4335 |
| MUNSCH HARDT KOPF & HARR PC | RUSSELL L MUNSCH | (214) 978-4369 |
| MUNSCH HARDT KOPF & HARR, P.C. | KEVIN M. LIPPMAN | (214) 978-4335 |
| MUNSCH HARDT KOPF & HARR, P.C. | RUSSELL L. MUNSCH | (214) 978-4369 |
| NIXON PEABODY LLP | AMELIA M. CHARAMBA,RE: AMERICAN STOCK | (866) 244-1527 |
| NIXON PEABODY LLP | AMELIA M. CHARAMBA | (866) 244-1527 |
| NORTHEAST TEXAS POWER LTD | DAVID PETTY | (903) 994-2747 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | HAL MORRIS, | (512) 482-8341 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE | (512) 482-8341 |
| OFFICE OF THE UNITED STATE TRUSTEE | RICHARD L. SCHEPACARTER | (302) 573-6497 |
| PACHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS JONES; ROBERT FEINSTEIN | (302) 652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | DANIEL A. LOWENTHAL,RE: LAW | (212) 336-1253 |
| PATTERSON BELKNAP WEBB & TYLER LLP | DANIEL A. LOWENTHAL | (212) 336-1253 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN; JACOB ADLERSTEIN | (212) 757-3990 |
| PENSION BENEFIT GUARANTY CORPORATION | ISRAEL GOLDOWITZ | (202) 326-4112 |
| PENSION BENEFIT GUARANTY CORPORATION | DESIREE M. AMADOR, ATTY | (202) 326-4112 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | OWEN M SONIK | (713) 862-1429 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ELIZABETH BANDA CALVO | (817) 860-6509 |
| PERFORMANCE CONTRACTING INC | CHUCK WILLIAM | (913) 492-8723 |
| PIERCE CONSTRUCTION INC | KENNETH PIERCE | (903) 678-3896 |
| POTTER ANDERSON & CORROON LLP | LAURIE SILVERSTEIN & JEREMY RYAN | (302) 658-1192 |
| RANGER EXCAVATING LP | BRAD MCKENZIE - CONTROLLER | (512) 343-9618 |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | (646) 728-1663 |
| RYAN PARTNERSHIP (FORMERLY SOLUTIONSET) | MARY PERRY | (614) 436-6640 |
| SAUL EWING LLP | MARK MINUTI | (302) 421-5873 |
| SECURITAS SECURITY SERVICES USA | SONIA JASMAN | (973) 397-2491 |
| SHAW MAINTENANCE (CB&I) | RICHARD E. CHANDLER, JR. | (832) 513-1094 |
| SHEARMAN & STERLING LLP | NED S. SCHODEK | (646) 848-7052 |
| SHEARMAN & STERLING LLP | FREDERIC SOSNICK & NED SCHODEK | (646) 848-8571 |
| SIEMENS POWER GENERATION INC | CHRISTOPHER RANCK | (972) 550-2101 |
| SITEL LLC | DAVID BECKMAN | (615) 301-7252 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | JAY M. GOFFMAN | (212) 735-2000 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MARK S. CHEHI; KRISTHY M. PEGUERO | (302) 651-3001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | GEORGE N. PANAGAKIS; CARL T. TULLSON | (312) 407-0411 |
| SNELL & WILMER LLP | DAVID E. LETA | (801) 257-1800 |
| STUTMAN, TREISTER & GLATT, PC | WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW | (212) 235-0848 |
| TAGGART GLOBAL LLC | JOHN LUKE | (724) 754-9801 |
| TEAM EXCAVATING | WAYNE YOST, OWNER | (706) 547-6553 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | JASON A STARKS, ASST ATTORNEY GENERAL | (512) 482-8341 |
| TEXAS-NEW MEXICO POWER COMPANY | PATRICK APODACA | (505) 241-4311 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | THOMAS VLAHAKIS, VICE PRESIDENT | (973) 357-7840 |
| TPUSA | JOHN WARREN MAY | (801) 257-6246 |
| TRANSACTEL INC | GUILLERMO MONTANO | 01150222230004 |
| TRENT WIND FARM L.P. | CHRISTINE MCGARVEY | (614) 583-1691 |
| UMB BANK, N.A. | LAURA ROBERSON | (314) 612-8499 |
| UMB BANK, N.A. | LAURA ROBERSON | (314) 612-8499 |
| WACHTELL LIPTON ROSEN & KATZ | AUSTIN WITT | (212) 403-2152 |
| WACHTELL LIPTON ROSEN & KATZ | RICKY MASON | (212) 403-2252 |
| WACHTELL, LIPTON, ROSEN & KATZ | RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | (212) 530-5219 |
| WARFAB | CALVIN GRACE - PRESIDENT & CEO | (903) 295-1982 |
| WESTINGHOUSE ELECTRIC CO LLC | MIKE SWEENEY | (724) 940-8518 |
| WHITE & CASE LLP | J. CHRISTOPHER SHORE; GREGORY STARNER | (212) 354-8113 |
| WHITE & CASE LLP | THOMAS LAURIA; MATTHEW BROWN | (305) 358-5744 |
| WILMER CUTLER PICKERING HALE & DORR LLP | PHILIP ANKER & GEORGE SHUSTER | (212) 230-8888 |
| WILMER CUTLER PICKERING HALE & DORR LLP | BENJAMIN LOVELAND | (617) 526-5000 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS | (302) 252-4330 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | (302) 571-1253 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
ADDITIONAL SERVICE LIST
FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| CenterPoint | Robert Claude, Esq., Associate General Counsel | (713) 207-0101 |