## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                    :
                                         :    Chapter 11
Energy Future Holdings, Corp., et al.,   :
                                         :    Case No. 14-10979- CSS
            Debtors.                     :
                                         :    (Joint Administration Pending)
---------------------------------------------------------x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Patrick L. Hughes to represent Airgas USA, LLC in the above action.

May 1, 2014                    SMITH, KATZENSTEIN & JENKINS LLP

                               */s/ Kathleen M. Miller*
                               Kathleen M. Miller (DE ID # 2898)
                               800 Delaware Avenue, 10th Floor
                               Wilmington, DE 19899
                               Telephone: (302) 652-8400
                               Facsimile: (302) 652-8405
                               Email: kmiller@skjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Respectfully submitted,

/s/ Patrick L. Hughes
Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney Street
Suite 1200
Houston, TX 77010
Telephone: 713-547-2550
Facsimile: 713-236-5401
Patrick.hughes@haynesboone.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 5-1-14

United States Bankruptcy Judge

2