IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP. | § | Case No. 14-10979- (CSS) |
| | § | |
| Debtor | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

Please take notice that Myers-Hill on behalf of Property Tax Partners respectfully enters their appearance pursuant to 11 U.S.C. §1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all noticed be mailed to them) be given to and served on the following:

Robert J. Myers
MYERS ✶ HILL
2525 Ridgmar Blvd., Ste. 150
Fort Worth, TX 76116
Fax: (817) 731-2501
rmyers@myers-hill.com

Please take further notice that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act delivery of any property, payment or other conduct by the undersigned.

Respectfully submitted,


____/s/ Robert J. Myers_____
Robert J. Myers, SBN 14765380
MYERS ✶ HILL
2525 Ridgmar Blvd., Ste. 150
Fort Worth, TX 76116
Tel: (817) 731-2500
Fax: (817) 731-2501
rmyers@myers-hill.com

ATTORNEYS FOR PROPERTY TAX PARTNERS

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2014, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.


_____/s/ Robert J. Myers_____
Robert J. Myers