# EXHIBIT 1

**Vendor Agreement**

_____, 2014

TO:  [Critical Vendor]
     [Name]
     [Address]

Dear [Critical Vendor]:

On April 29, 2014 (the "Petition Date"), Energy Future Holdings Corp. and certain of its affiliates (collectively, and inclusive of any successor entities under a plan of reorganization or otherwise, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States District Court for the District of Delaware (the "Bankruptcy Court").

On the Petition Date, the Debtors requested that the Bankruptcy Court grant the Debtors the authority to pay certain critical suppliers or service providers in recognition of the importance of our relationship with such suppliers and service providers. The Bankruptcy Court entered an order authorizing this relief on _____, 2014, a copy of which is enclosed herewith (the "Order").

In accordance with the Order, the Debtors are prepared to enter into this vendor agreement (this "Agreement") in accordance with the following terms:

1. The estimated accrued balance of the prepetition claim (net of any setoffs, credits, or discounts) that is due and owing is $_____ (the "Claim").

2. The Debtors hereby agree to pay $_____ on account of the Claim (the "Claim Payment"), subject to the terms and conditions set forth in this Agreement, [it being understood that the remaining amount of your Claim against the Debtors shall be forever released and waived. If you have already filed a proof of claim with the Bankruptcy Court, you will take all necessary steps to withdraw the proof of claim.] [it being understood that the estimated remaining amount of your Claim is $_____. If you have already filed a proof of claim with the Bankruptcy Court, you will take all necessary steps to modify the proof of claim to reflect the remaining amount. If you have not already filed a proof of claim, you will take all necessary steps to file a proof of claim for the estimated remaining amount. Nothing in this Agreement should be seen as an admission by the Debtors with respect to the validity or amount of any remaining Claim.]

3. In consideration of the Claim Payment, you agree to continue providing and/or supplying goods or services to the Debtors based on acceptable and customary ordinary course trade terms (the "Customary Trade Terms"), it being understood that the Customary Trade Terms shall be no less favorable than the most favorable trade terms provided by [Critical Vendor] to the Debtors in the three months prior to the Petition Date. For purposes of this Agreement, Customary Trade Terms consist of those terms provided for in the following terms and conditions:

_____
_____
_____
(if more space is required, attach continuation pages, as necessary).

4. The Claim Payment may only be made upon execution of this Agreement by a duly authorized representative of your company. Your execution of this Agreement and the return of same to the Debtors constitute an agreement by you and the Debtors. You agree to be bound by the terms of this Agreement and you submit to the jurisdiction of the Bankruptcy Court, and expressly consent to the entry by the Bankruptcy Court of final rulings, in connection with any enforcement of this Agreement. You further agree and/or represent:

   a. to the Customary Trade Terms and, subject to the reservations contained above, to the amount of the claim set forth above;

   b. that, from and after the effective date of this Agreement, you will continue to supply the Debtors with goods or services, as applicable, pursuant to the Customary Trade Terms and that the Debtors will pay for such goods in accordance with the Customary Trade Terms;

   c. that you have reviewed the terms and provisions of the Order and Agreement and that you consent to be bound by such terms and provisions; and

   d. that you agree to not file or otherwise assert against the Debtors or their assets any lien (regardless of the statute or other legal authority upon which such lien is asserted) or seek payment for reclamation claims or claims pursuant to section 503(b)(9) of the Bankruptcy Code in any way related to prepetition amounts allegedly owed to you by the Debtors arising from agreements, written or otherwise, entered into before the Petition Date. Additionally, if you have taken steps to file or assert such a lien prior to entering into this Agreement, you agree to take all necessary steps to remove such lien as soon as possible.

5. Notwithstanding the foregoing, if you receive the Claim Payment from the Debtors and you do not extend to the Debtors all Customary Trade Terms, or fail to perform in accordance with any of the terms and provisions of this Agreement, you are required to promptly return the Claim Payment to the Debtors immediately upon notice, and the Debtors may take any of the remedial actions described in the Order.

6. Any dispute with respect to this Agreement and/or your participation in this payment program shall be determined by the Bankruptcy Court, and you

      expressly waive any right to a trial by jury and withdrawal of the reference for decision by a district court.

7. All terms of this Agreement (including the existence of this Agreement) are confidential between you and the Debtors; *provided, however,* that the Debtors may disclose this Agreement in accordance with the terms in the Order relating to disclosure of the Critical Vendor Summary (as defined in the Order) and Vendor Agreements (as defined in the Order and including, for the avoidance of doubt, this Agreement), to the Bankruptcy Court *in camera*; or as required by any federal or state securities laws; *provided further, however,* that both you and the Debtors may disclose this Agreement to the extent necessary to comply with the order of any court.

      If you have any questions about this Agreement or our restructuring, please do not hesitate to call (\_\_\_\_)_____ or (\_\_\_\_)_____.

Sincerely,

_____
By:
Its:
Agreed and Accepted By:
[Title]
[Name of Vendor]

3