UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| ENERGY FUTURE HOLDINGS CORP. et al | : | Chapter 11 |
| | : | |
| Debtors. | : | Bky No. 14-10979 (CSS) |
| | : | (Joint Administration Pending) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS OF FLSMIDTH INC. AND FLSMIDTH USA INC.**

AND NOW COMES, Robert Szwajkos, Esquire of Curtin & Heefner LLP, pursuant to 11 U.S.C. § 1109 and Rule 9010 of the Federal Rules of Bankruptcy Procedure, and hereby enters his appearance in the above-captioned case(s) as attorney for FLSMIDTH INC., f/d/b/a/ FLSmidth Airtech Inc. and FLSMIDTH USA INC., f/k/a FLSmidth Salt Lake City, Inc. which merged with Excel Foundry & Machine, Inc. and FLSmidth Krebs Inc, and requests to be served pleadings and other documents filed with, and orders entered in this Court in this matter for purposes of administrative notice only delivered to the undersigned at the address or email, as provided below.

Robert Szwajkos, Esquire
Curtin & Heefner LLP
250 Pennsylvania Ave.
Morrisville, PA 19067
Telephone: 215-736-2521
Facsimile: 215-736-3647
Email: rsz@curtinheefner.com

Respectfully submitted,

CURTIN & HEEFNER LLP
By: /s/ Robert Szwajkos
Robert Szwajkos, Esquire
250 N. Pennsylvania Avenue
Morrisville, PA 19067
Telephone:    215-736-2521
Facsimile:    215-736-3647
Email:    rsz@curtinheefner.com

Dated: May 2, 2014

1271034.1/46292