UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| ENERGY FUTURE HOLDINGS CORP. et al | : | Chapter 11 |
| | : | |
| Debtors. | : | Bky No. 14-10979 (CSS) |
| | : | (Joint Administration Pending) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 2, 2014, a true and correct copy of the foregoing Entry of Appearance and Request for Notices and Service of Papers was filed electronically with the Court. Notice of this filing will be sent today to all parties via the Court's electronic filing system.

/s/ Robert Szwajkos
Robert Szwajkos, Esquire

Date: May 2, 2014

1272657.1/48545