# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | CHAPTER 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Related Docket No. 286** |

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Donald K. Ludman to appear in the above-captioned cases on behalf of SAP Industries, Inc. and its affiliates, pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the motion and determined the relief sought is appropriate; it is hereby

ORDERED, that Donald K. Ludman may appear in the above-captioned cases pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

Dated: 5/2, 2014

*[signature]*
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers if not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

2170389.1