# EXHIBIT 1

**Proposed Final Hearing Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

### NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

**Commencement of Chapter 11 Cases.** On April 29, 2014, (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Court has entered orders for relief under the Bankruptcy Code with respect to each of the Debtors listed above.

**The Debtors' Adequate Assurance.** On the Petition Date, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 26] (the "Motion"). On [_____], 2014, the Bankruptcy Court entered the *Interim Order Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. [___]] (the "Interim Order," attached hereto).

**You are receiving this notice because the Final Order may affect your rights. If you have been identified by the Debtors as a Utility Provider, the information listed for the Utility Provider receiving this notice is listed in the table below.**

| UTILITY PROVIDER | ADDRESS | TYPE OF SERVICE |
|---|---|---|
| | | |

**The final hearing (the "Final Hearing") on the relief requested in the Motion shall occur on [_____], 2014 at __:__ a.m./pm., prevailing Eastern Time.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Pursuant to the Interim Order, any objections to the Motion must be <u>filed</u> by [_____], 2014 at 4:00 p.m., prevailing Eastern Time.**

*[Remainder of page intentionally left blank.]*

**Neither the Debtors' counsel nor the Bankruptcy Court Clerk's Office can give you legal advice. You may wish to consult an attorney to protect your rights.**

Wilmington, Delaware
Dated: April 29, 2014

        **RICHARDS, LAYTON & FINGER, P.A.**
        Mark D. Collins (No. 2981)
        Daniel J. DeFranceschi (No. 2732)
        Jason M. Madron (No. 4431)
        920 North King Street
        Wilmington, Delaware 19801
        Telephone:  (302) 651-7700
        Facsimile:  (302) 651-7701
        Email:  collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

        **KIRKLAND & ELLIS LLP**
        Richard M. Cieri (*pro hac vice* pending)
        Edward O. Sassower, P.C. (*pro hac vice* pending)
        Stephen E. Hessler (*pro hac vice* pending)
        Brian E. Schartz (*pro hac vice* pending)
        601 Lexington Avenue
        New York, New York 10022-4611
        Telephone:  (212) 446-4800
        Facsimile:  (212) 446-4900
        Email:  richard.cieri@kirkland.com
              edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

        James H.M. Sprayregen, P.C. (*pro hac vice* pending)
        Chad J. Husnick (*pro hac vice* pending)
        Steven N. Serajeddini (*pro hac vice* pending)
        300 North LaSalle
        Chicago, Illinois 60654
        Telephone:  (312) 862-2000
        Facsimile:  (312) 862-2200
        Email:  james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

        Proposed Co-Counsel to the Debtors and Debtors in Possession