IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Joint Administration Pending) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF TARRANT REGIONAL WATER DISTRICT**

PLEASE TAKE NOTICE that Tarrant Regional Water District, a Water Control and Improvement District ("TRWD") hereby enters its appearance through counsel, Pope, Hardwicke, Christie, Schell, Kelly & Ray, L.L.P., under 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. TRWD hereby requests under Bankruptcy Rules 2002, 3017, and 9007, and under 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings henceforth given or filed in these cases be given to and served upon the following at the address listed below:

---

[1] The last four digits of Energy Future Holdings Corporation's tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

Michael L. Atchley
Matthew T. Taplett
POPE, HARDWICKE, CHRISTIE,
 SCHELL, KELLY & RAY, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, Texas 76102
(817) 332-3245 (Telephone)
(817) 877-4781 (Facsimile)
E-mail:   matchley@popehardwicke.com
          mtaplett@popehardwicke.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Rules cited above but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal, informal, oral, or written, and whether conveyed by mail delivery, facsimile, or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended to and shall not be deemed to waive TRWD's right to (1) have final orders in non-core matters entered only after de novo review by a district court judge; (2) trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (3) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or

recoupments to which it is or may be entitled under any agreement, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby reserved.

Dated: May 2, 2014

    Respectfully submitted,

    /s/ Michael L. Atchley_____
    Michael L. Atchley
    Texas State Bar No. 01397600 (pro hac vice pending)
    matchley@popehardwicke.com
    Matthew T. Taplett
    Texas State Bar No. 24028026 (pro hac vice pending)
    mtaplett@popehardwicke.com

    POPE, HARDWICKE, CHRISTIE,
      SCHELL, KELLY & RAY, L.L.P.
    500 West 7th Street, Suite 600
    Fort Worth, Texas 76102
    (817) 332-3245 (Telephone)
    (817) 877-4781 (Facsimile)
    matchley@popehardwicke.com
    mtaplett@popehardwicke.com

    Counsel for Tarrant Regional Water District