## CERTIFICATE OF SERVICE

I, Kathleen Lytle, certify that I am not less than 18 years of age, and that on May 2, 2014, a copy of the foregoing was electronically filed by CM/ECF and I caused a copy to be served upon the parties below by U.S. First Class Mail:

Mark D. Collins
Jason M. Madron
Daniel J. DeFranceschi
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  May 2, 2014                                             /s/  Kathleen Lytle
                                                                Kathleen Lytle

WCSR  7136068v1