# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*.., | Case No.: 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Notice is hereby given pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) that Blank Rome LLP ("Blank Rome") and Seward & Kissel LLP ("S&K), co-counsel for Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent (the "First Lien Agent"), request that all notices given or required to be given in these cases be given to and served upon the First Lien Agent, Blank Rome, and S&K at the following addresses:

John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
**Seward & Kissel LLP**
One Battery Park Plaza
New York, NY 10004
Ph:  (212) 574-1200
Fax:  (212) 480-8421
Email: ashmead@sewkis.com
das@sewkis.com
alves@sewkis.com

Jeffrey T. Rose, Esquire
Vice President
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402
Ph:  (612) 217-5630
Fax:  (612) 217-5651
Email:  jrose@wilmingtontrust.com

Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
**Blank Rome LLP**
1201 Market Street, Suite 800
Wilmington, DE  19801
Ph:  (302) 425-6400
Fax:  (302) 425-6464
Email: debaecke@blankrome.com
tarr@blankrome.com

Michael B. Schaedle, Esquire
**Blank Rome LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Ph:  (215) 569-5500
Fax:  (215) 569-5555
Email:  Schaedle@blankrome.com

143178.01600/40211071v.2

Notice is further given that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex, e-mail or otherwise, that affect the above-captioned Debtors or property of the Debtors' estates.

Please take further notice that this notice and request shall not be deemed or construed to be a waiver of any substantive or procedural right of the First Lien Agent, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against the First Lien Agent in these or any related cases or where any proceeding is to be initiated by complaint against the First Lien Agent in accordance with applicable non-bankruptcy law, service shall be made on the First Lien Agent in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United Sates District Court; (c) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (d) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract, lease or other agreement or arrangement between the First Lien Agent, the Debtors or any third party; or (f) any other rights, claims, actions, or defenses to

143178.01600/40211071v.2

which the First Lien Agent is or may be entitled in law or at equity, all of which rights, claims, actions, and defenses the First Lien Agent expressly reserves.

| | |
|---|---|
| Dated: May 2, 2014 | **BLANK ROME LLP** |
| | |
| | */s/ Michael D. DeBaecke* |
| | Michael D. DeBaecke (No. 3186) |
| | Stanley B. Tarr (No. 5535) |
| | 1201 N. Market Street, Suite 800 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 425-6400 |
| | Facsimile: (302) 425-6464 |
| | |
| | *Co-Counsel to the First Lien Agent* |
| | |
| | John R. Ashmead, Esquire |
| | Kalyan Das, Esquire |
| | Arlene R. Alves, Esquire |
| | **Seward & Kissel LLP** |
| | One Battery Park Plaza |
| | New York, NY 10004 |
| | Ph: (212) 574-1200 |
| | Fax: (212) 480-8421 |