# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Interim Joint Administration<br><br>Debtors' Objection Deadline: May 8, 2014<br>Non-Debtors' Objection Deadline: May 19, 2014 @ Noon (ET)<br>Hearing Date: May 22, 2014 @ 9:30 a.m.<br>Related to Docket Nos. 3 & 5 |

## NOTICE OF HEARING REGARDING MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**PLEASE TAKE NOTICE** that, on April 29, 2014, Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Lien (the "Trustee"), filed and served the **Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of The Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas** [Docket No. 5] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Trustee also filed its **Appendix to Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas** [Docket No. 3] (the "Appendix") in support of the Motion. A copy of the Motion or Appendix may be obtained upon request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Debtors to object or otherwise respond to the Motion is **May 8, 2014** as per their agreement [Docket No. 203].

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion by any party in interest other than the Debtors must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon, so as to be received by, the undersigned counsel on or before **May 19, 2014 at Noon (prevailing Eastern Time)**. Only properly and timely filed objections or responses will be considered.

{00854011;v1 }

**PLEASE TAKE FURTHER NOTICE** that the Motion is scheduled to be heard by the Bankruptcy Court on **May 22, 2014 at 9:30 a.m. (prevailing Eastern Time)** before The Honorable Christopher S. Sontchi, Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

ASHBY & GEDDES, P.A.

Dated: May 2, 2014
Wilmington, Delaware

*/s/ William P. Bowden*
William P. Bowden [I.D. #2553]
Gregory A. Taylor [I.D. #4008]
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted pro hac vice)
Andrew P. Strehle (pro hac vice pending)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

- and -

Howard L. Siegel (pro hac vice pending)
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 509-6500
Facsimile: (860) 509-6501

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Lien*

{00854011;v1 }