## **CERTIFICATE OF SERVICE**

I, Gregory A. Taylor, hereby certify that on May 2, 2014, I caused one copy of the foregoing

document to be served upon the parties on the attached service list via first class mail.

_____
Gregory A. Taylor (DE #4008)

Richard M. Cieri
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, IL 60654

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
RICHARDS LAYTON & FINGER
920 North King Street
Wilmington, DE 19801

Counsel to Atmos Energy Corporation
Daniel K. Astin
John D. McLaughlin, Jr.
Joseph J. McMahon, Jr.
CIARDI CIARDI & ASTIN
1204 N. King Street
Wilmington, DE 19801

Counsel to Atmos Energy Corporation
Stephen C. Stapleton
COWLES & THOMPSON
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 72505

Richard L. Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox #35
Wilmington, DE 19801

Counsel to Texas Comptroller of Public Accounts
Rachel Obaldo, Assistant Attorney General
John Mark Stern, Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Counsel to Texas Office of Public Utility Counsel
Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

2002 SERVICE LIST

{00853702;v1 }

Counsel to Public Utility Commission of Texas
Hal F. Morris
Ashley Flynn Bartram
Nicole D. Mignone
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Counsel to Texas Commission on Environmental Quality
Russell L. Munsch, Esquire
MUNSCH HARDT KOPF & HARR, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin TX 78701-4071

Counsel to Texas Commission on Environmental Quality
Mark Minuti, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Counsel to Texas Commission on Environmental Quality
Kevin M. Lippman, Esquire
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street
Suite 3800
Dallas TX 75201-6659

Counsel to Texas Commission on Environmental Quality
Hal F. Morris
Ashley Bartram
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Counsel to Railroad Commission of Texas
Hal F. Morris
Ashley F. Bartram
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Somervell County et al.
c/o Elizabeth Banda Calvo
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
P.O. Box 13430
Arlington, Texas 76094-0430

Galena Park Independent School District
c/o Owen M. Sonik
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
1235 North Loop West
Suite 600
Houston, TX 77008

{00853702;v1 }

Counsel to Marathon Asset Management, LP
Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
WILMER CUTLER PICKERING HALE
ANDDORRLLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

Counsel to Marathon Asset Management, LP
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Counsel to Marathon Asset Management, LP
Benjamin W. Loveland, Esquire
WILMER CUTLER PICKERING HALE
ANDDORRLLP
60 State Street
Boston, Massachusetts 02109

Counsel to Deutsche Bank AG New York Branch
Laurie Seiber Silverstein, Esquire
Jeremy W. Ryan, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801

Counsel to Deutsche Bank AG New York Branch
Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022

Counsel to Tarrant County, Dallas County
Elizabeth Weller
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway, Suite 1000
DALLAS, TX 75207

Counsel to Steering Committee of Cities Served by Oncor
Michael A. McConnell
Clay Taylor
Katherine Thomas
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Counsel to Steering Committee of Cities Served by Oncor
Geoffrey Gay
LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.
816 Congress Avenue, Suite 1900
Austin, TX  78701

Counsel to Steering Committee of Cities Served by Oncor
Marc J. Phillips
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801

Counsel to UMB Bank, NA
Harold L. Kaplan
Mark F. Hebbeln
Lars A. Peterson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Counsel to Alcoa Inc.
Peter S. Goodman, Esquire
Michael R. Carney, Esquire
MCKOOL SMITH
One Bryant Park
47th Floor
New York, New York 10036

Counsel to Alcoa Inc.
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Counsel to Pacific Investment Management Co. LLC
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

Counsel to Pacific Investment Management Co. LLC
Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Counsel to Pacific Investment Management Co. LLC
JeffreyS. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Desiree M. Amador
Jon Chatalian
Israel Goldowitz
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

{00853702;v1 }

Counsel to Aurelius Capital Management LP
Michael G. Busenkell
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

Counsel to Aurelius Capital Management LP
William P. Weintraub
Kizzy L. Jarashow
Stutman, Treister & Glatt, PC
675 Third Avenue, Suite 2216
New York, NY 10017-5714

Counsel to Fidelity Management & Research Company
Michael J. Joyce
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

Counsel to Fidelity Management & Research Company
Brad Eric Scheler
Gary L. Kaplan
Matthew M. Roose
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Counsel to Citibank, NA
Howard A. Cohen
Robert K. Malone
Drinker Biddle & Reath LLP
222 Delaware Ave., Ste. 1410
Wilmington, Delaware 19801-1621

Counsel to Citibank, NA
Dennis F. Dunne
Evan R. Fleck
Karen Gartenberg
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Counsel to Harris County
John P. Dillman
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 3064
HOUSTON, TX77253-3064

Counsel to Headwaters Resources, Inc.
David E. Leta
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

{00853702;v1 }

Counsel to Texas Energy Future Capital Holdings LLC
Texas Energy Future Holdings Limited Partnership
MORRIS NICHOLS ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Erin R. Fay (No. 5268)
1201 North Market Street, Suite 1600
Wilmington, DE 19801

Counsel to Texas Energy Future Capital Holdings LLC
Texas Energy Future Holdings Limited Partnership
WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
51 West 52nd Street
New York, NY 10019

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for the Texas Ad Valorem Taxing Jurisdictions
Lee Gordon
State Bar Number 08212500
P.O. Box 1269
Round Rock, Texas 78680

Counsel to Ad Hoc Committee of TCEH First Lien Creditors
Pauline K. Morgan
Joel A. Waite
Ryan M. Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801

Counsel to Ad Hoc Committee of TCEH First Lien Creditors
Alan W. Kornberg
Kelley A. Cornish
Brian S. Hermann
Jacob A. Adlerstein
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019

Counsel to Borealis Infrastructure Management, Inc.
Mark S. Chehi, Esq.
Kristhy M. Peguero, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Counsel to Borealis Infrastructure Management, Inc.
Jay M. Goffman, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522

Counsel to Borealis Infrastructure Management, Inc.
George N. Panagakis, Esq.
Carl T. Tullson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, Illinois 60606-1720

{00853702;v1 }

Counsel to CenterPoint Energy Resources Corp.
CenterPoint Energy Houston Electric
Steven K. Kortanek
Mark L. Desgrosseilliers
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Counsel to CenterPoint Energy Resources Corp.
CenterPoint Energy Houston Electric
James Prince
Omar J. Alaniz
Ian E. Roberts
BAKER BOTTS L.L.P.
2001 Ross Ave.
Dallas, TX 75201-2980

Counsel to Sitel, LLC
Edward M. King, Esq.
FROST BROWN TODD LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202

Counsel to Alcoa Inc.
Paul D. Moak
MCKOOL SMITH
600 Travis Street, Suite 7000
Houston, TX 77002

Counsel to Indenture Trustee and the EFIH 2nd Lien
Objectors
Stephanie Wickouski, Esq.
Michelle McMahon, Esq.
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104

Counsel to Indenture Trustee and the EFIH 2nd Lien
Objectors
Tina Vitale, B.A.; LL.B.
Senior VP, Corporate Trust
Computershare
480 Washington Blvd.
Jersey City NJ 07310

Counsel to Indenture Trustee and the EFIH 2nd Lien
Objectors
Thomas Moers Mayer, Esq.
Gregory A. Horowitz, Esq.
Joshua K. Brody, Esq.
Philip Bentley, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Counsel to Indenture Trustee and the EFIH 2nd Lien
Objectors
Laura Davis Jones, Esq.
Robert J. Feinstein, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

2002 SERVICE LIST

{00853702;v1 }

Counsel to Tex-La Electric Cooperative of Texas, Inc.
Jeffrey R. Fine
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201

Counsel to Tex-La Electric Cooperative of Texas, Inc.
Christine C. Ryan
BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.
1025 Thomas Jefferson Street, N.W.
Washington, DC 20007

Counsel to EFIH Second Lien DIP Commitment Parties,
Ad Hoc Committee of EFIH Unsecured Noteholders
Scott D. Cousins
Mark D. Olivere
Ann M. Kashishian
COUSINS CHIPMAN & BROWN, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

Counsel to EFIH Second Lien DIP Commitment Parties,
Ad Hoc Committee of EFIH Unsecured Noteholders
AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff, Abid Qureshi, Stephen M. Baldini,
Meredith A. Lahaie, Robert J. Boller, Christoppher W.
Carty & Lindsay K. Zahradka
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Counsel to EFIH Second Lien DIP Commitment Parties,
Ad Hoc Committee of EFIH Unsecured Noteholders
AKIN GUMP STRAUSS HAUER & FELD LLP
Scott L. Alberino
Joanna F. Newdeck
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Counsel to J. Aron & Company
Mark E. Felger
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801

Counsel to J. Aron & Company
Sean A. O'Neal
Humayun Khalid
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Counsel to Ad Hoc Group of TCEH Unsecured
Noteholders
Jeffrey M. Schlerf
John H. Strock
L. John Bird
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

{00853702;v1 }

Counsel to Ad Hoc Group of TCEH Unsecured
Noteholders
J. Christopher Shore
Gregory M.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036

Counsel to Ad Hoc Group of TCEH Unsecured
Noteholders
Thomas E Lauria Matthew C.
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131

Counsel to Goldman, Sachs & Co.
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Damon P. Meyer
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Counsel to TXU 2007-1 Railcar Leasing LLC
John A. Harris
Jason D. Curry
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Counsel to TXU 2007-1 Railcar Leasing LLC
Daniel K. Astin
Joseph J. McMahon, Jr.
CIARDI CIARDI & ASTIN
1204 North King Street
Wilmington, DE 19801

Counsel to Airgas USA, LLC
Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue
Suite 1000
PO Box 410
Wilmington, DE 19899

Counsel to Airgas USA, LLC
Jonathan Hook
HAYNES AND BOONE LLP
30 Rockefeller Center
26th Floor
New York, NY 10112

Counsel to Airgas USA, LLC
Patrick L. Hughes
HAYNES AND BOONE LLP
1221McKinney Street
Suite 1200
Houston, TX 77010

{00853702;v1 }

Counsel to Law Debenture Trust Company of New York,
in its capacity as Indenture Trustee
Daniel A. Lowenthal
Craig W. Dent
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Counsel to Law Debenture Trust Company of New York,
in its capacity as Indenture Trustee
Stephen M. Miller
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Counsel to First Union Rail Corporation
Michael L. Schein, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Counsel to American Stock Transfer & Trust
Company, LLC
Lee Harrington
Richard C. Pedone
Amanda D. Darwin
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110

Counsel to Red Ball Oxygen Company
Jonathan L. Howell
MCCATHERN, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, Texas 75219

Counsel to SAP Industries, Inc.
Donald K. Ludman
BROWN & CONNERY, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

Counsel to Chicago Bridge & Iron Company N.V.
David Neier, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Counsel to Property Tax Partners
Robert J. Myers
MYERS ★ HILL
2525 Ridgmar Blvd., Ste. 150
Fort Worth, TX 76116

{00853702;v1 }

Counsel to HOLT Texas, Ltd. d/b/a Holt Cat
J. Scott Rose
JACKSON WALKER, L.L.P.
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205

Counsel to HOLT Texas, Ltd. d/b/a Holt Cat
Monica S. Blacker
JACKSON WALKER, L.L.P.
Bank of America Plaza
901 Main Street
Suite 6000
Dallas, TX 75202

Counsel to HOLT Texas, Ltd. d/b/a Holt Cat
Mark L. Desgrosseilliers
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Counsel to FLSMIDTH INC., f/d/b/a/ FLSmidth Airtech
Inc. and FLSMIDTH USA INC., f/k/a FLSmidth Salt Lake
City, Inc.
Robert Szwajkos, Esquire
CURTIN & HEEFNER LLP
250 Pennsylvania Ave.
Morrisville, PA 19067

Counsel to Tarrant Regional Water District
Michael L. Atchley
Matthew T. Taplett
POPE, HARDWICKE, CHRISTIE,
SCHELL, KELLY & RAY, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, Texas 76102

Counsel to Caterpillar Financial Services Corporation
Kathleen A. Murphy, Esquire
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 1500
Wilmington, DE 19801

{00853702;v1 }

ADA CARBON SOLUTIONS
Red River Environmental Products
Peter O. Hansen
1460 W. Canal Court
Littleton, CO  80120

ADA CARBON SOLUTIONS
Red River Environmental Products
Attn:  Peter O. Hansen
8100 S. Parkway #A2
Littleton, CO  80120

AEP TEXAS NORTH COMPANY
Mr. Charles R. Patton
1 Riverside Plaza
Columbus, OH  43215-2372

ALCOA
Max W. Laun
201 Isabella Street
Pittsburgh, PA  15219-5858

AMECO INC.
Gary Bernardez
2106 Anderson Road
Greenville, SC  29611

AMERICAN STOCK TRANSFER & TRUST COMPANY LLC
Paul Kim
6201 15th Avenue
Brooklyn, NY  11219

ASHER MEDIA INC.
Kalyn Asher
15303 Dallas Parkway, Suite 1300
Addison, TX  75001

AUTOMATIC SYSTEMS INC
Michael Hoehn
9230 East 47th Street
Kansas City, MO  64133

{00853850;v1 }

BENCHMARK INDUSTRIAL SERVICES
Attn:  Mike Wilcox – Owner
PO Box 931
Kilgore, TX  75663

BENCHMARK INDUSTRIAL SERVICES
Mike Wilcox
2100 State Highway 31 E
Kilgore, TX  75662

BNSF RAILWAY COMPANY
ATTN:  Peter Lee, General Counsel
2500 Lou Menk Drive
Fort Worth, TX  76131

BNSF RAILWAY COMPANY
Roger Nober
2650 Lou Menk Drive
Fort Worth, TX  76131

BOKF, NA DBA BANK OF ARIZONA
Cyndi Wilkinson, Senior Vice President
Ken Hoffman, Vice President
3001 East Camelback Road, Suite 100
Phoenix, AZ  85016

BRAKE SUPPLY CO INC.
David Koch
5501 Foundation Boulevard
Evansville, IN  47725

BRYAN CAVE LLP
Robert E. Pedersen
1290 Avenue of the Americas
New York, NY  10104-3300

CAPGEMINI NORTH AMERICA INC
Isabelle Roux-Chenu
623 Fifth Avenue 33rd Floor
New York, NY  10022

{00853850;v1 }

CENTERPOINT ENERGY HOUSTON
Mark Schroeder
1111 Louisiana Street
Houston, TX  77002

CITIBANK, N.A.
Annemarie E. Pavco
Securities Processing Senior Analyst
Global Loans, 1615 Brett Road, OPS III
New Castle, DE  19720

CITIBANK, N.A.
Bank Loan Syndications Department
1615 Brett Road, Building III
New Castle, DE  19720

CITIBANK, N.A.
Eric O. Ligan, Vice President
388 Greenwich Street, 32nd Floor
New York, NY  10013

CITIBANK, N.A.
Owen Coyle
1615 Brett Road, OPS III
New Castle, DE  19720

CITIBANK, N.A.
Ryan Falcone
388 Greenwich Street
New York, NY  10013

CITIBANK, N.A.
Zori Migliorni
Standby Letter of Credit Dept, as Fronting Bank
388 Greenwich Street, 21st Floor
New York, NY  10013

COMPUTERSHARE TRUST COMPANY OF CANADA
Alessandra Pansera
1500 University Street, Suite 700
Montreal, Quebec H3A 3S8
CANADA

TOP 50 CREDITORS SERVICE LIST

COURTNEY CONSTRUCTION INC.
Karlos Courtney
2617 US Highway 79N
Carthage, TX  75633

DATA SYSTEMS & SOLUTIONS LLC
(Rolls Royce)
Miles Cowdry, Rolls-Royce Civil Nuclear
994-A Explorer Boulevard
Huntsville, AL  35806

CRANE NUCLEAR INC
President or General Counsel
2825 Cobb International Boulevard, NW
Kennesaw, GA  30152

CSC TRUST COMPANY OF DELAWARE
Sandra E. Horowtiz
Managing Director
2711 Centerville Road, Suite 400
Wilmington, DE  19808

DEUTSCHE BANK
Marcus M. Tarkington
Sara Pelton
60 Wall Street (NYCC60-0266)
New York, NY  10005-2836

FL SMIDTH AIRTECH INC.
Mark Brancato
Cement Projects Americas
2040 Avenue C
Bethlehem PA  18017

FLUOR GLOBAL SERVICES
Carlos M. Hernandez
6700 Las Colinas Boulevard
Irving, TX  75039

FREDERIC DORWART, LAWYERS
Samuel S. Ory
124 East Fourth Street
Tulsa, OK  74103

{00853850;v1 }

GENERATOR & MOTOR SERVICES INC.
Attn: John Poznick – Controller
601 Braddock Avenue
Turtle Creek, PA  15145

GRAINGER
John L. Howard
100 Grainger Parkway
Sunnyvale, CA  94805

FRISCO CONSTRUCTION SERVICES
Clay Thomas
9550 John W. Elliott Drive
Suite 106
Frisco, TX  75033

INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA  19101-7346

HCL AMERICA INC.
Raghu Raman Lakshmanan
330 Potrero Avenue
South Jordan, UT  84095

HEADWATERS RESOURCES INC.
Harlan M. Hatfield
10701 S. River Front Parkway
Suite 300
South Jordan, UT  84095

UMB BANK, N.A.
Laura Roberson
2 South Broadway
Suite 600
St. Louis, MO  63102

HYDROCARBON EXCHANGE CORP.
R. Scott Hopkins
5910 N. Central Expressway
Suite 1380
Dallas, TX  75206

{00853850;v1 }

J & S CONSTRUCTION LLC
Jeff Grodel
10823 N US Highway 75
Buffalo, TX  75831

JONES DAY
Michael L. Davitt
Patricia Villareal
2727 North Harwood Street
Dallas, TX  75201

KANSAS CITY SOUTHERN RAILWAY (KCS)
Attn:  William Wochner
PO Box 219335
Kansas City, MO  64121-9335

KANSAS CITY SOUTHERN RAILWAY (KCS)
William Wochner
427 West 12th Street
Kansas City, MO  64105

LAW DEBENTURE TRUST COMPANY OF NEW YORK
Frank Godino
Vice President
400 Madison Avenue, Suite 4D
New York, NY  10017

LOWER COLORADO RIVER AUTHORITY
Phil Wilson
Transmission Service Corp.
3700 Lake Austin Boulevard
Austin, TX  78703

MERICO ABATEMENT CONTRACTORS INC.
Attn:  Mike Croffland – General Manager
201 Estes Drive
Longview, TX  75602-6100

MILBANK TWEED HADLEY & MCCLOY LLP
Jonathon Brown
Karen Gartenberg
1 Chase Manhattan Plaza
New York, NY  10005

.

{00853850;v1 }

MINE SERVICE LTD
Keith Debault
855 E. US Highway 79
Rockdale, TX  76567

NORTHEAST TEXAS POWER LTD
David Petty
3163 FM 499
Cumby, TX  75433

WARFAB
Attn:  Calvin Grace – President & CEO
607 Fisher Road
Longview, TX  75604

NORTHEAST TEXAS POWER LTD
Attn:  David Petty, President
PO Box 553
Cumby, TX  75433

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel A. Lowenthal
1133 Avenue of the Americas
New York, NY  10036

WESTINGHOUSE ELECTRIC CO LLC
Mike Sweeney
Legal & Contracts
1000 Westinghouse Drive
Suite 572A
Cranberry Township, PA  16066

PERFORMANCE CONTRACTING INC
Chuck William
16400 College Boulevard
Lenexa, KS  66219

PIERCE CONSTRUCTION INC.
ATTN:  Kenneth Pierce – Owner
PO Box 69
Beckville, TX  75631

TOP 50 CREDITORS SERVICE LIST

{00853850;v1 }

OFFICE OF THE US ATTORNEY
Attn:  Ellen Slights, Esq.
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC  20549

PIERCE CONSTRUCTION INC.
Kennett Pierce
4324 State Highway 149
Beckville, TX  75631

RANGER EXCAVATING LP
ATTN:  Brad McKenzie – Controller
5222 Thunder Creek Road
Austin, TX  78759

ROPES & GRAY LLPS
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY  10036-8704

RYAN PARTNERSHIP (FORMERLY SOLUTIONSET)
Mary Perry
440 Polaris Parkway
Westerville, OH  43082

SECURITAS SECURITY SERVICES USA
ATTN:  Legal Department
4330 Park TCE Drive
Westlake Village, CA  91361

SECURITAS SECURITY SERVICES USA
Sonia Jasman
2 Campus Drive
Parsippany, NJ  07054-4400

{00853850;v1 }

SIEMENS POWER GENERATION INC.
Christopher Ranck
4400 N. Alafaya Trl
Orlando, FL 32826

SHAW MAINTENANCE (CB&I)
Richard E. Chandler, Jr.
c/o CB&I – One CB&I Plaza
2103 Research Forest Drive
The Woodlands, TX 77380

SITEL LLC
David Beckman
3102 West End Avenue, Suite 900
Nashville, TN 37203

TAGGART GLOBAL LLC
John Luke
c/o Forge Group LTD
4000 Town Center Boulevard, Suite 300
Canonsburg, PA 15317

TEAM EXCAVATING
Wayne Yost, Owner
815 N. Main Street
Wrens, GA 30833

TEXAS-NEW MEXICO POWER COMPANY
Patrick Apodaca
414 Silver Avenue, SW
Albuquerque, NM 87102-3289

THE BANK OF NEW YORK MELLON TRUST COMPANY
Dennis Roemlein
601 Travis Street, 16th Floor
Houston, TX 77002

THE BANK OF NEW YORK MELLON TRUST COMPANY
Thomas Vlahakis, Vice President
385 Rifle Camp Road, 3rd Floor
Woodland Park, NJ 07424

{00853850;v1 }

THE BANK OF NEW YORK MELLON TRUST COMPANY
Rafael Martinez, VP – CSM
601 Travis Street, 16th Floor
Houston, TX  77002

THE BANK OF NEW YORK MELLON TRUST COMPANY
Thomas Vlahakis, VP
385 Rifle Camp Road, 3rd Floor
Woodland Park, NJ  07424

TPUSA
John Warren May
1991 South 4650 West
Salt Lake City, UT  84104

TRANSACTEL INC.
Guillermo Montano
18 Calle 25-85 Z.10
Torre Transactel Pradera
Guatamala City, Guatamala

TRENT WIND FARM L.P.
Attn:  Christine McGarvey
Trent Wind Farm
1423 CR 131
Trent, TX  79561

TRENT WIND FARM LP
Attn:  Jay Jadwin & Lisa Groff
Trent Wind Farm
155 W. Nationwide Boulevard
Suite 500
Columbus, OH  43125

{00853850;v1 }