UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors | § | (Jointly Administered) |

---

**Notice of Appearance, Demand for Service of Papers,
and Consent to Service of Documents by Email**

---

PLEASE TAKE NOTICE, that in accordance with 11 U.S.C. §1109(b), Bankruptcy Rule 9010(b), and Local Rule 9010-1(e)(iii), the undersigned appears for **Ranger Excavating LP**, a creditor and party-in-interest, and pursuant to Rules 2002, and 9007 of the Bankruptcy Rules demands that all notices given or required to be given in this case and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, request, complaint, demand, or other document which is filed with or brought before the Court or which affects the debtor or the property of the debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery,

telephone, telegraph, facsimile transmissions, telex and otherwise.

I, Stephen Sakonchick, II, on behalf of the Firm named below certify that I am a registered ECF-user and that the Firm represents the Party named below. The Firm consents to service of documents in the above-referenced case by receipt of the ECF Notice only. The consent remains effective until it is withdrawn by submitting a signed written notice to the Clerk of the Bankruptcy Court and served on Debtor's counsel.

| Ranger Excavating LP | Stephen Sakonchick II, P.C. | May 2, 2014 |
|---|---|---|
| _____ | _____ | _____ |
| Party Represented | Firm | Date |

sakon@flash.net and ssakon@gmail.com
_____
Email addresses

When a document is filed electronically, a notification of electronic filing (the "ECF Notice") is automatically generated by the Court's electronic case filing system ("ECF"). The ECF Notice is sent electronically to the attorney filing the document and to registered participants of the Court's Case Management/Electronic Case Filing System (CM/ECF). By completing the above, the Firm is consenting that the receipt of the ECF Notice shall constitute effective service for the Party represented of all papers and notices governed by Rule 7005 of the Federal Rules of Bankruptcy Procedure (incorporating Rule 5 of the Federal Rules of Civil Procedure), Rule 9022 of the Federal Rules of Bankruptcy Procedure, and all paper and notices governed by Rule 9014(b) of the Federal Rules of Bankruptcy Procedures, except as otherwise provided by

law. Service of initiating pleadings on a party to a proceeding, such as the summons and complaint in an adversary proceeding or an involuntary bankruptcy proceeding must be made as provided by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, statute, Local Rule, or other applicable law. The Return of Service of Summons or, as applicable, the Certificate of Service, may be made electronically.

Dated May 2, 2014.

Respectfully submitted,

/s/ Stephen Sakonchick, II
_____
Stephen Sakonchick, II
State Bar No. 17525500
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, Texas  78746
(512) 329-0375
(512) 329-0376 (fax)
sakon@flash.net and ssakon@gmail.com

Attorney for Ranger Excavating LP

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2014, a true and correct copy of the above and foregoing *Notice of Appearance and Demand for Service of Papers* was sent to all parties receiving electronic notice via the Court's ECF System.

/s/ Stephen Sakonchick, II
_____
Stephen Sakonchick, II