**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Joint Administration Proposed) |

## AMENDED NOTICE OF DEPOSITION

**TO**: Energy Future Holdings Corporation and the above captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

---

[1] The Debtors, together with the last four digits of their federal tax identification numbers, as applicable, are: Energy Future Holdings Corp. (8810); Texas Competitive Electric Holdings Company LLC (7817); 4Change Energy Company (9527); 4Change Energy Holdings LLC (9680); Big Brown 3 Power Company LLC; Big Brown Lignite Company LLC (4247); Big Brown Power Company LLC (7823); Brighten Energy LLC (4107); Brighten Holdings LLC (3908); Collin Power Company LLC; Dallas Power & Light Company, Inc.; DeCordova II Power Company LLC; DeCordova Power Company LLC (7797); Eagle Mountain Power Company LLC (6891); EBASCO SERVICES OF CANADA LIMITED; EEC Holdings, Inc. (9368); EECI, Inc. (9366); EFH Australia (No. 2) Holdings Company (0353); EFH CG Holdings Company LP (9650); EFH CG Management Company LLC; EFH Corporate Services Company (5281); EFH Finance (No. 2) Holdings Company (8735); EFH FS Holdings Company (8732); EFH Renewables Company LLC; EFIH Finance, Inc. (8038); Energy Future Competitive Holdings Company LLC (7355); Energy Future Intermediate Holding Company LLC (1638); Generation Development Company LLC (2060); Generation MT Company LLC (7818); Generation SVC Company (0622); Lake Creek 3 Power Company LLC; Lone Star Energy Company, Inc. (5876); Lone Star Pipeline Company, Inc.; LSGT Gas Company LLC (9066); LSGT SACROC, Inc. (2092); Luminant Big Brown Mining Company LLC (6803); Luminant Energy Company LLC (0807); Luminant Energy Trading California Company (3853); Luminant ET Services Company (7835); Luminant Generation Company LLC (7820); Luminant Holding Company LLC (7719); Luminant Mineral Development Company LLC; Luminant Mining Company LLC (7821); Luminant Renewables Company LLC (7585); Martin Lake 4 Power Company LLC; Monticello 4 Power Company LLC; Morgan Creek 7 Power Company LLC; NCA Development Company LLC (7594); NCA Resources Development Company LLC; Oak Grove Management Company LLC (1189); Oak Grove Mining Company LLC (6181); Oak Grove Power Company LLC (6093); Sandow Power Company LLC (1811); Southwestern Electric Service Company, Inc.; TCEH Finance, Inc. (7715); Texas Electric Service Company, Inc.; Texas Energy Industries Company, Inc.; Texas Power & Light Company, Inc.; Texas Utilities Company, Inc.; Texas Utilities Electric Company, Inc.; Tradinghouse 3 & 4 Power Company LLC; Tradinghouse Power Company LLC (7804); TXU Electric Company, Inc.; TXU Energy Receivables Company LLC (5361); TXU Energy Retail Company LLC (4257); TXU Energy Solutions Company LLC (2193); TXU Receivables Company (7788); TXU Retail Services Company (2839); TXU SEM Company (5541); Valley NG Power Company LLC; and Valley Power Company LLC.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors of certain Debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition upon oral examination of the Debtors relating to: (a) the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, for Entry of Interim And Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying The Automatic Stay, and (D) Scheduling a Final Hearing*, filed on April 29, 2014 [Docket No. 73] (the "TCEH DIP Motion"), the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling an Final Hearing*, filed on April 29, 2014 [Docket No. 71] (the "TCEH Cash Collateral Motion"); (b) the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions And Netting Of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority*, filed on April 29, 2014 [Docket No. 37] (the "Cash

Management Motion"); and (c) the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Directing Joint Administration of The Debtors' Chapter 11 Cases* [Docket No. 17] (the "Joint Administration Motion"), on **May 20, 2014**, at 10 a.m. (Eastern Standard Time), at the office of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on each of the following topics:

### RULE 30(b)(6) DEPOSITION TOPICS[2]

1. The TCEH DIP Motion.

2. The TCEH Cash Collateral Motion.

3. The Cash Management Motion.

4. The TCEH Debtors' decision to seek postpetition financing, and all efforts to obtain postpetition financing.

5. The Proposed DIP Facility.

6. Any Alternative DIP Financing considered

7. Communications or correspondence between Debtors and the first liens concerning the Proposed DIP Facility and any Alternative DIP Financing.

8. Any valuation of the Debtors' assets or businesses.

---

[2] Unless otherwise defined, all terms referenced herein shall have the meanings ascribed to them in the Ad Hoc Group of TCEH Unsecured Noteholders' Requests for Production to the Debtors Pursuant to Rules 7026 And 7034 in connection with the Joint Administration Motion, DIP Motion, Cash Collateral Motion, and Cash Management Motion.

9. Any assessment of the Debtors' current financial condition, cash on hand, and revenue stream for the foreseeable future, including all supporting assumptions and the sources for those assumptions.

10. The proposed uses of funding obtained through the Proposed DIP Facility and/or of the Cash Collateral.

11. The Intercompany Transactions and Intercompany Claims referenced in the Cash Management Motion (as those terms are defined therein), including but not limited to: (a) the prepetition claim of approximately $69.1 million purportedly owed by the TCEH Debtors to EFH Corporate Services; (b) those Intercompany Transactions and Intercompany Claims related to Shared Services (as that term is defined in the Cash Management Motion); and (c) the allocation of the costs of any Shared Services to the TCEH Debtors.

12. All (a) releases; (b) acknowledgments of the validity of prepetition liens; or (c) waivers contemplated by the DIP Motion, Cash Collateral Motion, or Cash Management Motion.

13. The provision of adequate protection to any prepetition creditor and/or Cash Collateral Interested Party.

14. Any document on which the Debtors intend to rely in connection with the TCEH DIP Motion, the TCEH Cash Collateral Motion, the Cash Management Motion, or the Joint Administration Motion.

15. The Joint Administration Motion.

16. Any assessment, evaluation, consideration or analysis of the purported efficiencies to be gained by joint administration of the Chapter 11 Cases.

17. The TCEH Debtors' unencumbered assets and the impact of the Debtors' first day motions on these assets.

Dated:    May 2, 2014
          Wilmington, Delaware

                                FOX ROTHSCHILD LLP

By:  */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market St., Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*