IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: June 5, 2014 at 9:30 a.m. |
| | ) Objection Deadline: May 29, 2014 at 4:00 p.m. |
| | ) |
| | ) Re: D.I. 41, 315 |

NOTICE OF (I) ENTRY OF "INTERIM ORDER AUTHORIZING
THE DEBTORS TO (A) CONTINUE PERFORMING UNDER
PREPETITION HEDGING AND TRADING ARRANGEMENTS,
(B) PLEDGE COLLATERAL AND HONOR OBLIGATIONS THEREUNDER,
AND (C) ENTER INTO AND PERFORM UNDER TRADING CONTINUATION
AGREEMENTS AND NEW POSTPETITION HEDGING AND TRADING
ARRANGEMENTS" AND (II) SCHEDULING OF A FINAL HEARING THEREON

PLEASE TAKE NOTICE that, on April 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements** [D.I. 41] (the "Trading Motion") with the United States Bankruptcy Court for the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10272697v.1

District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Trading Motion is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Trading Motion, on May 2, 2014, the Bankruptcy Court entered the **Interim Order Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter Into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements** [D.I. 315] (the "Interim Trading Order"). A copy of the Interim Trading Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that a further hearing with respect to the final relief requested in the Trading Motion will be held on **June 5, 2014 at 9:30 a.m. (Eastern Daylight Time)** before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses to the final relief requested in the Trading Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by the proposed undersigned co-counsel to the Debtors on or before **May 29, 2014 at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE TRADING MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE TRADING MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 2, 2014
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (*pro hac vice* pending)
Edward O. Sassower, P.C. (*pro hac vice* pending)
Stephen E. Hessler (*pro hac vice* pending)
Brian E. Schartz (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
             edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (*pro hac vice* pending)
Chad J. Husnick (*pro hac vice* pending)
Steven N. Serajeddini (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession