IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: June 5, 2014 at 9:30 a.m. |
| | ) Objection Deadline: May 29, 2014 at 4:00 p.m. |
| | ) Re: D.I. 29, 309 |

**NOTICE OF (A) ENTRY OF "INTERIM ORDER AUTHORIZING THE
DEBTORS TO PAY PREPETITION CRITICAL VENDOR CLAIMS"
AND (B) SCHEDULING OF A FINAL HEARING THEREON**

PLEASE TAKE NOTICE that, on April 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Critical Vendor Claims** [D.I. 29] (the "Critical Vendor Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Critical Vendor Motion is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Critical Vendor Motion, on May 2, 2014, the Bankruptcy Court entered the **Interim Order Authorizing the Debtors to Pay Prepetition Critical Vendor Claims** [D.I. 309] (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10272647v.1

"Interim Critical Vendor Order"). A copy of the Interim Critical Vendor Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that a further hearing with respect to the final relief requested in the Critical Vendor Motion will be held on **June 5, 2014 at 9:30 a.m. (Eastern Daylight Time)** before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses to the final relief requested in the Critical Vendor Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by the proposed undersigned co-counsel to the Debtors on or before **May 29, 2014 at 4:00 p.m. (Eastern Daylight Time)**.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE CRITICAL VENDOR MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE CRITICAL VENDOR MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 2, 2014
Wilmington, Delaware

/s/ [signature]

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com

-and-

2

RLF1 10272647v.1

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (*pro hac vice* pending)
Edward O. Sassower, P.C. (*pro hac vice* pending)
Stephen E. Hessler (*pro hac vice* pending)
Brian E. Schartz (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	richard.cieri@kirkland.com
	edward.sassower@kirkland.com
	stephen.hessler@kirkland.com
	brian.schartz@kirkland.com
-and-

James H.M. Sprayregen, P.C. (*pro hac vice* pending)
Chad J. Husnick (*pro hac vice* pending)
Steven N. Serajeddini (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	james.sprayregen@kirkland.com
	chad.husnick@kirkland.com
	steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

RLF1 10272647v.1