# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 2nd day of May, 2014, true and correct copies of the **Ad Hoc Group of Unsecured Noteholders' Requests for Production of Documents to the Debtors Pursuant to Rules 7026 and 7034** were served upon the parties listed below *via* electronic mail.

---

[1] The Debtors, together with the last four digits of their federal tax identification numbers, as applicable, are: Energy Future Holdings Corp. (8810); Texas Competitive Electric Holdings Company LLC (7817); 4Change Energy Company (9527); 4Change Energy Holdings LLC (9680); Big Brown 3 Power Company LLC; Big Brown Lignite Company LLC (4247); Big Brown Power Company LLC (7823); Brighten Energy LLC (4107); Brighten Holdings LLC (3908); Collin Power Company LLC; Dallas Power & Light Company, Inc.; DeCordova II Power Company LLC; DeCordova Power Company LLC (7797); Eagle Mountain Power Company LLC (6891); EBASCO SERVICES OF CANADA LIMITED; EEC Holdings, Inc. (9368); EECI, Inc. (9366); EFH Australia (No. 2) Holdings Company (0353); EFH CG Holdings Company LP (9650); EFH CG Management Company LLC; EFH Corporate Services Company (5281); EFH Finance (No. 2) Holdings Company (8735); EFH FS Holdings Company (8732); EFH Renewables Company LLC; EFIH Finance, Inc. (8038); Energy Future Competitive Holdings Company LLC (7355); Energy Future Intermediate Holding Company LLC (1638); Generation Development Company LLC (2060); Generation MT Company LLC (7818); Generation SVC Company (0622); Lake Creek 3 Power Company LLC; Lone Star Energy Company, Inc. (5876); Lone Star Pipeline Company, Inc.; LSGT Gas Company LLC (9066); LSGT SACROC, Inc. (2092); Luminant Big Brown Mining Company LLC (6803); Luminant Energy Company LLC (0807); Luminant Energy Trading California Company (3853); Luminant ET Services Company (7835); Luminant Generation Company LLC (7820); Luminant Holding Company LLC (7719); Luminant Mineral Development Company LLC; Luminant Mining Company LLC (7821); Luminant Renewables Company LLC (7585); Martin Lake 4 Power Company LLC; Monticello 4 Power Company LLC; Morgan Creek 7 Power Company LLC; NCA Development Company LLC (7594); NCA Resources Development Company LLC; Oak Grove Management Company LLC (1189); Oak Grove Mining Company LLC (6181); Oak Grove Power Company LLC (6093); Sandow Power Company LLC (1811); Southwestern Electric Service Company, Inc.; TCEH Finance, Inc. (7715); Texas Electric Service Company, Inc.; Texas Energy Industries Company, Inc.; Texas Power & Light Company, Inc.; Texas Utilities Company, Inc.; Texas Utilities Electric Company, Inc.; Tradinghouse 3 & 4 Power Company LLC; Tradinghouse Power Company LLC (7804); TXU Electric Company, Inc.; TXU Energy Receivables Company LLC (5361); TXU Energy Retail Company LLC (4257); TXU Energy Solutions Company LLC (2193); TXU Receivables Company (7788); TXU Retail Services Company (2839); TXU SEM Company (5541); Valley NG Power Company LLC; and Valley Power Company LLC.

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King St.
Wilmington, DE 19801
Email: collins@rlf.com

Richard M. Cieri, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: richard.cieri@kirkland.com

Dated: May 5, 2014
       Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

-and-

WHITE & CASE LLP
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

-and-

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of*
*TCEH Unsecured Noteholders*