# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.* | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Mario Sinacola & Sons Excavating, Inc., a party in interest in the above-styled and referenced bankruptcy case, and pursuant to Federal Rule of Bankruptcy Procedure 2002 and 9019(b), requests that all notices given or required to be given in the above case and all papers served in the case be given to and served upon the undersigned of the following office, telephone number and facsimile number:

> Gregory M. Weinstein
> WEINSTEIN RADCLIFF LLP
> 6688 N. Central Expressway, Suite 675
> Dallas, Texas 75206
> Telephone: (214) 865-6126
> Facsimile: (214) 865-6140
> Email: gweinstein@weinrad.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, electronic mail or otherwise filed with regard to the above case and the proceedings herein.

Dated: May 5, 2014.

                    Respectfully submitted,

                    WEINSTEIN RADCLIFF LLP

                    By: /s/ Gregory M. Weinstein
                         Gregory M. Weinstein
                         Texas State Bar No. 21096430

                    6688 N. Central Expressway, Ste. 675
                    Dallas, Texas 75206
                    (214) 865-6126
                    (214) 865-6140 Facsimile

                    COUNSEL FOR MARIO SINACOLA &
                    SONS EXCAVATING, INC.