UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
(302) 573-6491    FAX (302) 573-6497

ROBERTA DEANGELIS                              T. PATRICK TINKER
UNITED STATES TRUSTEE                          ASSISTANT U.S. TRUSTEE

REQUEST BY THE U.S. TRUSTEE TO THE CLERK OF THE U.S. BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE
_____

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U. S. Bankruptcy Code, please schedule a meeting of creditors for the following cases:

**DEBTORS:** Energy Future Holdings Corp., *et al*,

**CASE NOS:** Case Nos. 14-10979; 14-10978; 14-10980 thru 14-11048 (CSS)

**DATE:** Wednesday, June 4, 2014

**TIME:** 1:00 P.M.

**LOCATION:** The DoubleTree Hotel, 700 King Street, Salon C, Wilmington, Delaware 19801

By:    /s/ Richard L. Schepacarter
       Richard L. Schepacarter
       Trial Attorney

Dated: May 5, 2014

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2003. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS BANKRUPTCY RULE, PLEASE ADVISE IMMEDIATELY.**