IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: June 5, 2014 at 9:30 a.m.** |
| | ) **Objection Deadline: May 29, 2014 at 4:00 p.m.** |
| | ) **Re: D.I. 40** |

NOTICE OF "MOTION OF ENERGY FUTURE HOLDINGS
CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING
CERTAIN OF THE DEBTORS TO ASSUME STANDARD FORM MARKET
PARTICIPANT AGREEMENTS WITH ERCOT" AND HEARING THEREON

**PLEASE TAKE NOTICE THAT,** on April 29, 2014, Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain of the Debtors to Assume Standard Form Market Participant Agreements With ERCOT** [D.I. 40] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A copy of the Motion is attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE THAT,** in accordance with Rule 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, any objections or responses to the Motion must be in writing and filed with

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the following parties: (a) the Debtors, 1601 Bryan Street, Dallas, Texas 75201, Attn: Stacey Dore, Cecily Gooch, and Andrew Wright; (b) proposed counsel for the Debtors, (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Richard M. Cieri, Esq., Edward O. Sassower, Esq., Stephen E. Hessler, Esq., and Brian E. Schartz, Esq.; (ii) Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: James H.M. Sprayregen, Esq., Chad J. Husnick, Esq., and Steven N. Serajeddini, Esq.; (iii) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, Esq., Daniel J. DeFranceschi, Esq., and Jason M. Madron, Esq.; (c) Wilmington Trust, N.A., in its capacity as administrative agent under the TCEH first lien credit agreement and collateral agent under the TCEH intercreditor agreements, 50 South Sixth Street, Suite 1290, Minneapolis, Minnesota 55402, Attn: Jeffery Rose; (d) the Bank of New York Mellon Trust Company, N.A., in its capacity as indenture trustee under: (i) the TCEH unsecured pollution control revenue bonds; and (ii) the EFCH 2037 Notes due 2037, 601 Travis Street, 16th Floor, Houston, TX 7702, Attn: Rafael Martinez; (e) American Stock Transfer & Trust Company, LLC, in its capacity as indenture trustee under: (i) the 9.75% EFH senior unsecured notes due 2019; (ii) the 10.0% EFH senior unsecured notes due 2020; (iii) the 10.875% EFH LBO senior unsecured notes due 2017; (iv) the 11.25%/12.0% EFH LBO toggle notes due 2017; (v) the 5.55% EFH legacy notes (series P) due 2014; (vi) the 6.50% EFH legacy notes (series Q) due 2024; and (vii) the 6.55% EFH legacy notes (series R) due 2034, 6201 15th Avenue, Brooklyn, NY 11219, Attn: General Counsel; (f) Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacities as indenture trustee under: (i) the 11.0% EFIH senior secured second lien notes due 2021; and (ii)

RLF1 10280786v.1

the 11.75% EFIH senior secured second lien notes due 2022, 480 Washington Street, 28th Floor, Jersey City, New Jersey 07310, Attn: Tina Vitale, Corporate Trust; 1500 University Street, Suite 700, Montreal, Quebec H3A 3S8, Canada, Attn: General Manager, Corporate Trust; (g) UMB Bank, N.A. in its capacity as indenture trustee under: (i) the 9.75% EFIH senior unsecured notes due 2019; and (ii) the 11.25%/12.25% EFIH senior toggle notes due 2018, 2 South Broadway, Ste. 600, St. Louis, MO 63102, Attn: Laura Roberson; (h) BOKF, NA, dba Bank of Arizona, in its capacity as indenture trustee under 11.50% TCEH senior secured notes due 2020, 3001 East Camelback Road, Ste. 100, Phoenix, AZ 85016, Attn: Ken Hoffman and Cyndi Wilkinson; (i) CSC Trust Company of Delaware in its capacity as indenture trustee under: (i) the 6.875% EFIH senior secured notes due 2017 and (ii) the 10.0% EFIH senior secured notes due 2020, 2711 Centerville Road, Suite 400, Wilmington, DE 19808, Attn: Sandra E. Horowitz; (j) Law Debenture Trust Company of New York in its capacity as indenture trustee under: (i) the 10.25% TCEH senior unsecured notes due 2015 and (ii) the 10.50%/11.25% TCEH senior toggle notes due 2016, 400 Madison Avenue, Suite 4D, New York, NY 10017, Attn: Frank Godino; (k) Wilmington Savings Fund Society, FSB in its capacity as indenture trustee under the 15.0% TCEH senior secured second lien notes due 2021, 500 Delaware Avenue, Wilmington, DE 19801, Attn: Patrick Healy; (l) counsel to the agent for the TCEH debtor-in-possession financing facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Karen Gartenberg, Esq.; (m) counsel to the agent for the EFIH debtor-in-possession financing facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned S. Schodek, Esq.; (n) counsel to Fidelity, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004, Attn: Brad E. Scheler, Esq. and Gary L. Kaplan, Esq.; (o) counsel to Oncor, Jones Day, 2727 North Harwood Street, Dallas, TX

75201, Attn: Patricia J. Villareal, Esq. and Michael L. Davitt, Esq.; (p) counsel to certain holders of equity in Texas Energy Future Holdings Limited Partnership, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street #29, New York, NY 10019, Attn: Richard G. Mason, Esq. and Austin T. Witt, Esq.; (q) counsel to the Ad Hoc Committee of TCEH Unsecured Noteholders, White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, Attn: Thomas E. Lauria, Esq. and Michael Shepherd, Esq.; (r) counsel to the Ad Hoc Committee of Second Lien Noteholders, Brown Rudnick LLP, Seven Times Square, New York, NY 10036, Attn: Edward S. Weisfelner, Esq.; (s) the Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101; (t) the Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549; (u) counsel to the Electric Reliability Council of Texas, Munsch Hardt Kopf & Harr, P.C., 500 N. Akard Street, Suite 3800, Dallas, TX 75021, Attn: Russell L. Munsch, Esq. and Kevin M. Lippman, Esq.; (v) the Office of the Texas Attorney General on behalf of the Public Utility Commission of Texas, 300 West 15th Street, Austin, TX 78701, Attn: Hal Morris, Esq.; (w) counsel to any statutory committee appointed in these chapter 11 cases; (x) the Office of the United States Attorney for the District of Delaware, 1007 Orange Street, Suite 700, P.O. Box 2046, Wilmington, DE 19899-2046, Attn: Ellen Sights, Esq.; (y) the Office of the United States Trustee for the District of Delaware, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Richard L. Schepacarter, Esq.; and (z) counsel to certain holders of claims against the Debtors regarding each of the foregoing described in clauses (c) through (k), (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, Attn: Alan W. Kornberg, Esq., Richard J. Bronstein, Esq., Brian S. Hermann, Esq., and Jacob A. Adlerstein, Esq.; (ii) Brown Rudnick LLP, One Financial Center, Boston, MA 02111 Attn: Jeremy B. Coffey, Esq. and Andrew P. Strehle, Esq.; (iii)

Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Keith H. Wofford, Esq. and Brian Rooder, Esq.; (iv) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, Attn: Thomas Moers Mayer, Esq. and Joshua Brody, Esq.; (v) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Ira S. Dizengoff, Esq.; and (vi) Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Ave NW, Washington, DC 20036, Attn: Scott L. Alberino, Esq. so as to be received on or before **4:00 p.m. (Eastern Daylight Time) on May 29, 2014.**

**PLEASE TAKE FURTHER NOTICE THAT** if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Christopher S. Sontchi, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on **June 5, 2014 at 9:30 a.m. (Eastern Daylight Time).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*[Remainder of page intentionally left blank.]*

Dated: May 5, 2014
Wilmington, Delaware

*/s/ [signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession