IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 11** |
| | § | |
| **Energy Future Holdings Corp., et. al.,** | § | |
| | § | **CASE No. 14-10979 (CSS)** |
| Debtors. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel for Kinder Morgan Texas Pipeline, LLC and Kinder Morgan Tejas Pipeline, LLC, creditors and parties in interest in the above referenced case, and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9010(b). All such notices should be address as follows:

> Patricia Williams Prewitt
> Law Office of Patricia Williams Prewitt
> 10953 Vista Lake Court
> Navasota, Texas 77868
> Telephone: (936) 825-8705
> Facsimile: (713) 583-2833
> Email: pwp@pattiprewittlaw.com

Respectfully submitted this 6th day of May, 2014

{00131340.DOC}

/s/ Patricia Williams Prewitt

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, Texas
Telephone: (936) 825-8705
Facsimile: (713) 583-2833
*Attorney for Kinder Morgan Texas Pipeline, LLC and Kinder Morgan Tejas Pipeline, LLC*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served on all parties receiving electronic notice on this the 6th day of May, 2014.

/s/ Patricia Williams Prewitt

{00131340.DOC}