IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al..*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 14-10979 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Mark D. Kotwick of the law firm Seward & Kissel LLP to represent Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent in the above-captioned cases and all related adversary proceedings.

Dated: May 6, 2014

**BLANK ROME LLP**

*/s/Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
Stanley B. Tarr (No. 5535)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

*Co-Counsel to Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent*

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: May ___, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bars of the State of New York, the United States Court of Appeals for the Second Circuit, and the United District Courts for the Southern and Eastern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: May 5, 2014

SEWARD & KISSEL LLP

*/s/ Mark D. Kotwick*
Mark D. Kotwick
One Battery Park Plaza
New York, NY 10004 US
Telephone: 212-574-1545
Facsimile: 212-480-8421
kotwick@sewkis.com

143178.01600/40211143v.1