IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS, CORP., *et al.*, | § | Case No. 14-10979 (CSS) |
| | § | (Jointly Administered) |
| Debtors. | § | |

### *AMENDED* NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

The undersigned counsel hereby give notice pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure of their appearance as counsel for the *Steering Committee of Cities Served by Oncor* ("Steering Committee"), an ad hoc committee comprised of Texas municipal parties-in-interest in this proceeding. The Steering Committee consists of 150 Texas cities (identified in **Exhibit A**) that have electricity delivered to municipally owned accounts via the transmission and distribution system owned by Oncor Electric Delivery Company, LLC ("Oncor"), an affiliate indirectly owned by the debtor, Energy Future Holdings Corp.

The Steering Committee functions under the direction of an Executive Committee (whose current members are identified in **Exhibit B**), which sets an annual budget and directs interventions before state and federal agencies, courts and legislative bodies, subject to the right of any member to withdraw from such matter. The Executive Committee has authorized the Steering Committee to participate in the bankruptcy proceeding of Energy Future Holdings. Each city annually approves an assessment for such costs and confirms its continued membership.

The Steering Committee requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this matter, be given to and served upon:

4388128.1

Michael A. McConnell
Clay Taylor
Katherine Thomas
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9774
michael.mcconnell@kellyhart.com
clay.taylor@kellyhart.com
katherine.thomas@kellyhart.com

and

Geoffrey Gay
**LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, TX 78701
Telephone: (512) 322-5800
Telecopier: (512) 472-0532
ggay@lglawfirm.com

and

Marc J. Phillips (DE Bar No. 4445)
**Manion Gaynor & Manning LLP**
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 657-2100
Telecopier: (302) 657-2104
mphillips@mgmlaw.com

This request encompasses all notices, copies and pleadings referred to in 11 U.S.C. § 101 *et seq.* and all applicable Federal Rules of Bankruptcy Procedure, including, but not limited to, notices of any motions, orders, petitions, complaints, demands, applications or pleadings and requests, and any other documents brought before this Court in this matter which otherwise affect or seek to affect this matter.

Neither this Amended Notice of Appearance for the Steering Committee nor the prior Notice of Appearance constitutes an appearance on behalf of any individual city who is a

4388128.1

member of the Steering Committee. If any city which is a member of the Steering Committee wishes to make an individual appearance, they will do so through separate Notices of Appearance. The list of members of the Steering Committee merely demonstrates the extent of the Steering Committee's interest in these Chapter 11 proceedings.

Neither this Amended Notice of Appearance for the Steering Committee, nor the prior Notice of Appearance or any later appearance, claim or suit shall waive any member city of the Steering Committee's rights, claims actions defenses, setoffs or recoupments to which any member city is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoff and recoupments are expressly reserved.

This Amended Notice of Appearance is also filed without prejudice to the exclusive grant of jurisdiction found in the Texas Utilities Code Section 33.001 that states "municipalities have exclusive original jurisdiction over the rates, operations, and service of an electric utility in areas in the municipality."

Dated: May 6, 2014

**MANION GAYNOR & MANNING LLP**

Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 657-2100
Facsimile: (302) 657-2104
mphillips@mgmlaw.com

and

4388128.1

Michael A. McConnell
michael.mcconnell@kellyhart.com
Texas Bar I.D. 13447300
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

and

Geoffrey Gay
Texas Bar I.D. 07774300
ggay@lglawfirm.com
**LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, TX 78701
Telephone: (512) 322-5800
Telecopier: (512) 472-0532

*Attorneys for the Steering Committee*

## Exhibit A

### STEERING COMMITTEE CITIES SERVED BY ONCOR (150)

| | | | |
|---|---|---|---|
| Addison | Early | Lindale | Sulphur Springs |
| Allen | Eastland | Little Elm | Sunnyvale |
| Alvarado | Edgecliff Village | Little River | Sweetwater |
| Andrews | Euless | Academy | Temple |
| Anna | Everman | Malakoff | Terrell |
| Archer City | Fairview | Mansfield | The Colony |
| Argyle | Farmers Branch | McKinney | Trophy Club |
| Arlington | Fate | Mesquite | Tyler |
| Azle | Flower Mound | Midland | University Park |
| Bedford | Forest Hill | Midlothian | Venus |
| Bellmead | Fort Worth | Murchison | Waco |
| Belton | Frisco | Murphy | Watauga |
| Benbrook | Frost | Nacogdoches | Waxahachie |
| Beverly Hills | Gainesville | New Chapel Hill | White Settlement |
| Big Spring | Garland | North Richland Hills | Wichita Falls |
| Breckenridge | Glenn Heights | | Willow Park |
| Bridgeport | Grand Prairie | Oak Leaf | Woodway |
| Brownwood | Granger | Oak Point | Wylie |
| Buffalo | Grapevine | Odessa | |
| Burkburnett | Gunter | O'Donnell | |
| Burleson | Haltom City | Ovilla | |
| Caddo Mills | Harker Heights | Palestine | |
| Cameron | Heath | Pantego | |
| Canton | Henrietta | Paris | |
| Carrollton | Hewitt | Plano | |
| Cedar Hill | Highland Park | Pottsboro | |
| Celina | Honey Grove | Prosper | |
| Centerville | Howe | Ranger | |
| Cleburne | Hurst | Rhome | |
| Coahoma | Hutto | Richardson | |
| Colleyville | Iowa Park | Richland Hills | |
| Collinsville | Irving | River Oaks | |
| Comanche | Jolly | Roanoke | |
| Commerce | Josephine | Robinson | |
| Coppell | Justin | Rockwall | |
| Copperas Cove | Kaufman | Rosser | |
| Corinth | Keller | Rowlett | |
| Crowley | Kerens | Sachse | |
| Dallas | Killeen | Saginaw | |
| Dalworthington Gardens | Krum | Seagoville | |
| | Lake Worth | Sherman | |
| DeLeon | Lakeside | Snyder | |
| De Soto | Lamesa | Southlake | |
| Denison | Lancaster | Springtown | |
| Duncanville | Lewisville | Stephenville | |

4387423.1/16173331.1

## Exhibit B

## OCSC 2014 EXECUTIVE COMMITTEE MEMBERS

| | |
|---|---|
| Allen | Eric Ellwanger, Assistant to City Manager |
| Arlington | Jay Doegey, City Attorney |
| Burkburnett | Trish Holley, Director of Administration |
| Carrollton | Elizabeth Horn, Assistant City Attorney |
| Cleburne | Kim Galvin, Director of Finance |
| Colleyville | Cathy Cunningham, Attorney |
| Comanche | Stephen Dueboay, City Manager |
| Dallas | Nick Fehrenbach, Manager of Regulatory Affairs & Utility Franchising |
| Denison | Courtney Goodman-Morris, City Attorney |
| Flower Mound | Melanie Harden, Director of General Services |
| Fort Worth | Bridgette Garrett, Director of Budget & Management Services |
| Frisco | Ben Brezina, Assistant to City Manager |
| Grand Prairie | Don Postell, City Attorney |
| Haltom City | Joel Welch, Chief Financial Officer and Assistant City Manager |
| Irving | Carrie Morris, Assistant City Attorney |
| Lewisville | Phil Boyd, Consultant |
| Mansfield | Joe Smolinski, Director of Utility Operations |
| Mesquite | Cynthia Steiner, Assistant City Attorney |
| Odessa | James Zentner, Assistant City Manager |
| Plano | Mark Israelson, Director of Policy and Government Relations |
| Sherman | Brandon Shelby, City Attorney |
| The Colony | Gwen Mansfield, Assistant Finance Director |
| Tyler | Mark McDaniel, City Manager |
| Waco | Jennifer Richie, City Attorney |
| Watauga | Greg Vick, City Manager |
| Waxahachie | Doug Barnes, Director of Economic Development |

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing *AMENDED* **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** was served in accordance with the Federal Rules of Bankruptcy Procedure on May 6, 2014 via ECF notification.

_____
Marc J. Phillips (No. 4445)

4388128.1