## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 98** |
| | ) |

### NOTICE OF ERRATUM REGARDING
### FIRST DAY DECLARATION [D.I. 98]

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their petitions for relief under chapter 11 of title 11 of the United States Code on April 29, 2014 (the "Petition Date"), in the United States Bankruptcy Court for the District of Delaware.   On the Petition Date, the Debtors filed the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp.,* et al., *in Support of First Day Motions* [D.I. 98] (the "First Day Declaration").   These chapter 11 cases are being jointly administered pursuant to the *Interim Order Directing Joint Administration of the Debtors' Chapter 11 Cases* [D.I. 287], dated May 1, 2014.   The Bankruptcy Court held hearings on the Debtors first-day motions on May 1 and 2, 2014 (the "First Day Hearings").   The Bankruptcy Court has scheduled

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.   The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.   Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.   A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

a subsequent hearing in these chapter 11 cases for June 5, 2014 at 9:30 a.m. (Eastern Daylight Time).

As stated on the record at the First Day Hearings, paragraph 156 of the First Day Declaration (a) omitted Angelo Gordon from, and (b) included Mason Capital in, the table of parties that, as of the Petition Date, executed that certain Restructuring Support and Lock-Up Agreement, dated as of April 29, 2014, attached to the First Day Declaration as Exhibit D. The Debtors file this Notice to correct that omission, as reflected in the changed page attached hereto as Exhibit A, and hereby incorporate the attached changed page into the First Day Declaration as if set forth therein in full.

*[Remainder of page intentionally left blank]*

2

Dated: May 6, 2014
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
        edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

3