IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

NOTICE OF INITIATION OF OPT-IN PERIOD
FOR PROPOSED EFIH FIRST LIEN SETTLEMENT

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their petitions for relief under chapter 11 of Title 11 of the United States Code on April 29, 2014 (the "Petition Date"), in the United States Bankruptcy Court for the District of Delaware. On the Petition Date, the Debtors filed the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp.,* et al.*, in Support of First Day Motions* [D.I. 98] (the "First Day Declaration"). These chapter 11 cases are being jointly administered pursuant to the *Interim Order Directing Joint Administration of the Debtors' Chapter 11 Cases*, entered May 1, 2014 [D.I. 287]. The Bankruptcy Court held hearings on the Debtors' first-day motions on May 1 and 2, 2014 (the "First Day Hearings"). The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") has scheduled a meeting regarding the formation of an Official Committee of Unsecured Creditors (the "Creditors' Committee") for

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10284659v.1

May 12, 2014.  The Bankruptcy Court has scheduled a subsequent hearing in these chapter 11 cases for June 5, 2014 at 9:30 a.m. (Eastern Daylight Time) (the "Second Day Hearing").

**PLEASE TAKE NOTICE THAT** on the Petition Date, the Debtors filed that certain Restructuring Support and Lock-Up Agreement, dated as of April 29, 2014, as Exhibit D to the First Day Declaration (including the Restructuring Term Sheet and all other schedules and exhibits thereto, collectively, the "Restructuring Support Agreement").[2]  Under the Restructuring Support Agreement, Holders of EFIH First Lien Notes that are party to the proposed EFIH First Lien Settlement will receive participation in the EFIH First Lien DIP Financing in exchange for, among other things, their EFIH First Lien Notes and the release of any claims on account of the EFIH First Lien Notes, including any asserted makewhole or other premium.

**PLEASE TAKE NOTICE THAT, AS STATED IN THE RESTRUCTURING SUPPORT AGREEMENT, AND AS DISCUSSED AT THE FIRST DAY HEARINGS, BOTH OF THE PROPOSED EFIH FIRST LIEN SETTLEMENT TRANSACTIONAL STEPS—THE COMPROMISE OF THE EFIH FIRST LIEN NOTE CLAIMS AND THE SETTLING PARTIES' PARTICIPATION IN THE EFIH FIRST LIEN DIP FINANCING—ARE SUBJECT TO BANKRUPTCY COURT APPROVAL, AND WILL NOT BE CONSUMMATED UNLESS AND UNTIL THE BANKRUPTCY COURT PROVIDES SUCH AUTHORIZATION.**[3]

---

[2] Capitalized terms used but not defined in this Notice shall have the meanings set forth in the Restructuring Support Agreement.

[3] Also as explained at the First Day Hearings, the Debtors will soon file, consistent with applicable notice requirements to be heard at the Second Day Hearing, the pleadings seeking Bankruptcy Court approval of the EFIH First Lien Settlement.  In addition, consummation of the EFIH First Lien Settlement will be subject to other customary conditions as described in the Information Memorandum (as defined herein).

2

**PLEASE TAKE NOTICE THAT** on May 6, 2014 (the "Initiation Date"), the Debtors opened the proposed EFIH First Lien Settlement for participation by any qualified Holder of EFIH First Lien Notes (the "Eligible Holders"[4]) on the terms, and for the time period (the "Settlement Opt-In Period"), set forth in the Information Memorandum attached hereto as **Exhibit A** (including the accompanying Letter of Transmittal and related instruction letters and forms, the "Information Memorandum").  Also set forth in the below Appendix to this Notice is a high-level summary of the proposed EFIH First Lien Settlement economic terms embodied in the Information Memorandum.

**PLEASE TAKE NOTICE THAT** on the Initiation Date, the Debtors distributed the Information Memorandum and related materials directly to the Eligible Holders.  The Debtors are further filing this Notice, Appendix, and **Exhibit A** to provide full details and disclosure to the Bankruptcy Court, the U.S. Trustee, the forthcoming Creditors' Committee, and all parties in interest of the Debtors' efforts related to the Settlement Opt-In Period.

**PLEASE TAKE NOTICE THAT** the Settlement Opt-In Period is scheduled to conclude at 5:00 p.m. (Eastern Daylight Time) on June 6, 2014—but in no event will it end before these matters are brought before the Court at the Second Day Hearing.

**PLEASE TAKE NOTICE THAT NEITHER THE INFORMATION MEMORANDUM NOR THE SETTLEMENT OPT-IN PERIOD SHALL CONSTITUTE A SOLICITATION OF VOTES WITH RESPECT TO A PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE.  THE DEBTORS INTEND**

---

[4] To be qualified, such Holders must be (A) "qualified institutional buyers" as defined in Rule 144A of the Securities Act of 1933, as amended (the "Securities Act"), (B) institutional accredited investors (as defined in Rule 501(a)(1), (2), (3), or (7) under the Securities Act), or (C) non-U.S. persons (within the meaning of Regulation S under the Securities Act) out of the United States.

**THAT THE SETTLEMENT OPT-IN PERIOD WILL BE CONDUCTED IN ACCORDANCE WITH ALL APPLICABLE SECURITIES LAWS.**

**PLEASE TAKE NOTICE THAT** the Information Memorandum and any other document filed in these chapter 11 cases are available free of charge by accessing the website of Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com. Additional copies of the Information Memorandum and related documents are available (a) by writing to Epiq Bankruptcy Solutions, LLC, by first class mail, hand delivery, or overnight mail at EFIH First Lien Opt-In Processing, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; (b) by emailing tabulation@epiqsystems.com (referencing "EFIH First Lien Opt-In" in the subject line); or (c) calling Epiq Bankruptcy Solutions, LLC at 646-282-2500 and requesting the Opt-In Group. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.deb.uscourts.gov/ in accordance with the procedures and fees set forth therein. Please be advised that Epiq Bankruptcy Solutions, LLC is not permitted to provide legal advice.

[*Remainder of page intentionally left blank*]

Dated: May 7, 2014
      Wilmington, Delaware

                      */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
          edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

# **APPENDIX**

## **Summary of Proposed EFIH First Lien Settlement Economic Terms**[1]

| | |
|---|---|
| **Two Phases of Settlement Opt-In Period** | The Settlement Opt-In Period will proceed in two consecutive phases, a primary opt-in period and a secondary opt-in period. |
| **Primary Opt-In Period** | The primary opt-in period began on May 6, 2014 and will conclude at 5:00 p.m. prevailing Eastern Time on May 19, 2014—unless otherwise extended by the Debtors (upon notice to the Bankruptcy Court, the U.S. Trustee, the Creditors' Committee, and all other parties in interest). |
| **Secondary Opt-In Period** | The secondary opt-in period is scheduled to begin at 5:01 p.m. prevailing Eastern Time on May 19, 2014 and conclude at 5:00 p.m. prevailing Eastern Time on June 6, 2014—unless otherwise extended by the Debtors (upon notice to the Court, the U.S. Trustee, the Creditors' Committee, and all other parties in interest). |
| **Consideration During Primary Opt-In Period** | During the primary opt-in period, tendering Holders of EFIH First Lien Notes will receive 105% of principal plus 101% of unpaid interest that accrues through consummation of the settlement. |
| **Consideration During Secondary Opt-In Period** | During the secondary opt-in period, tendering Holders of EFIH First Lien Notes will receive 103.25% of principal plus 101% of unpaid interest that accrues through consummation of the settlement. |
| **Consideration** | Whether opting in to the proposed EFIH First Lien Settlement during the primary or secondary opt-in periods, tendering Holders will receive their settlement consideration in the form of participation in the proposed EFIH First Lien DIP Financing (including interest and original issue discount but not including fees). See "Summary of the EFIH First Lien DIP Facility" in the Information Memorandum for a detailed explanation of the material terms of the proposed EFIH First Lien DIP Financing, which is qualified in its entirety by the definitive documentation thereof. |
| **Eligibility** | All Holders of EFIH First Lien Notes are eligible to participate in the proposed EFIH First Lien Settlement if they are either a qualified institutional buyer, an institutional accredited investor, or a non-U.S. person out of the United States, as set forth in applicable securities laws and in the Information Memorandum. |
| **Bankruptcy Court Approval** | The compromise of the EFIH First Lien Note Claims and the settling parties' participation in the EFIH First Lien DIP Financing are subject to Bankruptcy Court approval, and will not be consummated unless and until the Bankruptcy Court provides such authorization. |

---

[1] Capitalized terms used but not defined in this Appendix shall have the meanings set forth in the Notice. The summary in this Appendix is for reference purposes only. In the event of any conflict, the terms of the proposed EFIH First Lien Settlement as set forth in the Information Memorandum shall govern.