IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Joint Administration Pending) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1(e)(i) of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves for admission pro hac vice of Michael L. Atchley to represent Tarrant Regional Water District in the above-captioned cases. Tarrant Regional Water District is a political subdivision of the State of Texas and is therefore a local government under Del. Bankr. L.R. 9010-1(e)(i).

Dated: May 2, 2014

---

[1] The last four digits of Energy Future Holdings Corporation's tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

Respectfully submitted,


 /s/ Michael L. Atchley_____
Michael L. Atchley
Texas State Bar No. 01397600 (pro hac vice pending)
matchley@popehardwicke.com
Matthew T. Taplett
Texas State Bar No. 24028026 (pro hac vice pending)
mtaplett@popehardwicke.com

POPE, HARDWICKE, CHRISTIE,
  SCHELL, KELLY & RAY, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, Texas 76102
(817) 332-3245 (Telephone)
(817) 877-4781 (Facsimile)
matchley@popehardwicke.com
mtaplett@popehardwicke.com

Counsel for Tarrant Regional Water District

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Rule 9010-1(e)(i) of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, I certify that Tarrant Regional Water District is a water control and improvement district created under authority of the Texas Constitution, is a political subdivision of the State of Texas, and is a local government under Del. Bankr. L.R. 9010-1(e)(i). I also certify that I am admitted to practice in the Supreme Court of Texas and all Texas state courts as well as the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, the United States District Court for the Northern District of Illinois, and the United States Courts of Appeals for the 5th and 7th Circuits. I am in good standing in all jurisdictions in which I have been admitted. I further certify that I will be bound by the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and that I submit to jurisdiction of this Court for disciplinary purposes.

　　　　　　/s/ Michael L. Atchley_____
　　　　　　Michael L. Atchley

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____, 2014.

　　　　　　_____
　　　　　　The Honorable Christopher S. Sontchi
　　　　　　United States Bankruptcy Judge