**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings, Corp., et al | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Brenda Meadows, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On May 2, 2014, at my direction and under my supervision, employees of Reliable caused to be served the following document(s) via first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 05/02/2014 | 327 | Notice of Appearance Filed by CATERPILLAR FINANCIAL SERVICES CORP.. (Murphy, Kathleen) (Entered: 05/02/2014) |

x[signature]

**Brenda Meadows**

Dated: May 6, 2014

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 6th day of May, 2014, by Brenda Meadows, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x[signature]

JASON RAY SPARKLIN
MY COMMISSION EXPIRES May 21, 2015
NOTARY PUBLIC
STATE OF DELAWARE

# EXHIBIT A

ADA CARBON SOLUTIONS
PETER O. HANSEN
1460 W. CANAL COURT
LITTLETON, CO 80120

ADA CARBON SOLUTIONS
ATTN: PETER O. HANSEN
8100 S. PARKWAY #A2
LITTLETON, CO 80120

AEP TEXAS NORTH COMPANY
1 RIVERSIDE PLAZA
COLUMBUS, OH 43215-2372

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: IRA DIZENGOFF, ABID QURESHI, STEPHEN BALDINI
MEREDITH LAHAIE, ROBERT BOLLER, CHRISTOPHER CARTY
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: SCOTT ALBERINO, JOANNA NEWDECK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVENUE, NW
WASHINGTON, DC 20036-1564

ALCOA
201 ISABELLA STREET
PITTSBURGH, PA 15219-5858

AMECO INC
2106 ANDERSON ROAD
GREENVILLE, SC 29611

AMERICAN STOCK TRANSFER & TRUST CO, LLC
6201 15TH AVENUE
BROOKLYN, NY 11219

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ
500 DELAWARE AVE
PO BOX 1150
WILMINGTON, DE 19899

ASHER MEDIA INC
15303 DALLAS PARKWAY, SUITE 1300
ADDISON, TX 75001

AUTOMATIC SYSTEMS INC
9230 EAST 47TH STREET
KANSAS CITY, MO 64133

BAILEY BRAUER PLLC
ATTN: BENJAMIN L. STEWART
CAMPBELL CENTRE I
8350 N. CENTRAL EXPY, SUITE 935
DALLAS, TX 75206

BAKER BOTTS LLP
ATTN: JAMES PRINCE, OMAR J. ALANIZ, IAN E. ROBERTS
2001 ROSS AVE.
DALLAS, TX 75201-2980

BENCHMARK INDUSTRIAL SERVICES
2100 STATE HIGHWAY 31 E
KILGORE, TX 75662

BENCHMARK INDUSTRIAL SERVICES
PO BOX 931
KILGORE, TX 75663

BINGHAM MCCUTCHEN LLP
ATTNL JULIA FROST-DAVIES ESQ &
CHRISTOPHER L. CARTER ESQ
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689

BLANK ROME
ATTN: MICHAEL DEBAECHE, STANLEY TARR
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BNSF RAILWAY COMPANY
2650 LOU MENK DRIVE
FORT WORTH, TX 76131

BRICKFIELD, BURCHETTE, RITTS & STONE, PC
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, NW
WASHINGTON, DC 20007

BOKF, NA DBA BANK OF ARIZONA
VICE PRESIDENT & SENIOR VICE PRESIDENT
3001 EAST CAMELBACK ROAD, SUITE 100
PHOENIX, AZ 85016

BROWN RUDNICK LLP
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRAKE SUPPLY CO INC
5501 FOUNDATION BLVD
EVANSVILLE, IN 47725

BROWN RUDNICK LLP
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM STREET
HARTFORD, CT 06103

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BRYAN CAVE LLP
ATTN: STEPHANIE WICKOUSKI, MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

BUCHANAN INGERSOLL & ROONEY PC
ATTN: KATHLEEN A. MURPHY
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

CAPGEMINI NORTH AMERICA INC
623 FIFTH AVE 33RD FLOOR
NEW YORK, NY 10022

CENTERPOINT ENERGY HOUSTON
1111 LOUISIANA STREET
HOUSTON, TX 77002

CIARDI CIARDI & ASTIN
ATTN: DANIEL ASTIN, JOHN MCLAUGHLIN, JR.,
JOSEPH J. MCMAHON JR
1204 N. KING STREET
WILMINGTON, DE 19801

CITIBANK, N.A.
SECURITIES PROCESSING SENIOR ANALYST
GLOBAL LOANS,
1615 BRETT RD., OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
VICE PRESIDENT
388 GREENWICH ST, 21ST FL
NEW YORK, NY 10013

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS MOLONEY, SEAN O'NEAL,
HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548

COMPUTERSHARE
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310

COMPUTERSHARE TRUST COMPANY OF CANADA
1500, UNIVERSITY ST., SUITE 700
MONTREAL, QC H3A 3S8
CANADA

CONNOLLY GALLAGHER LLP
ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ
1000 WEST STREET, SUITE 1400
WILMINGTON, DE 19801

COURTNEY CONSTRUCTION INC
2617 US HWY 79N
CARTHAGE, TX 75633

COUSINS CHIPMAN & BROWN, LLP
ATTN: SCOTT COUSINS, MARK OLIVERE, ANN KASHISHIAN
1007 NORTH ORANGE STREET, SUITE 1110
WILMINGTON, DE 19801

COWLES & THOMPSON
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

COZEN O'CONNOR
ATTN: MARK E. FELGER
1201 NORTH MARKET STREET, SUITE 1001
WILMINGTON, DE 19801

CRANE NUCLEAR INC
2825 COBB INTERNATIONAL BLVD NW
KENNESAW, GA 30152

CROSS & SIMON, LLC
ATTN: MICHAEL J. JOYCE
913 N. MARKET STREET, 11TH FLOOR
PO BOX 1380
WILMINGTON, DE 19899-1380

CSC TRUST COMPANY OF DELAWARE
MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

DATA SYSTEMS & SOLUTIONS LLC
MILES COWDRY,ROLLS-ROYCE CIVIL
NUCLEAR,994-A EXPLORER BLVD
HUNTSVILLE, AL 35806

CURTIN & HEEFNER LLP
ATTN: ROBERT SZWAJKOS
250 PENNSYLVANIA AVE.
MORRISVILLE, PA 19067

DENTONS US LLP
ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ
OSCAR PINKS ESQ
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DAVIS POLK & WARDWELL LLP
ATTN: MARSHALL HUEBNER, BENJAMIN KAMINETZKY,
ELLIOT MOSKOWITZ, DAMON MEYER
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DYKEMA GOSSETT PLLC
ATTN: JEFFREY R. FINE
1717 MAIN STREET, SUITE 4000
DALLAS, TX 75201

DEUTSCHE BANK
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

FL SMIDTH AIRTECH INC
CEMENT PROJECTS AMERICAS
2040 AVENUE C
BETHLEHEM, PA 18017

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN & ROBERT K. MALONE
222 DELAWARE AVE., STE. 1410
WILMINGTON, DE 19801-1621

FOLEY & LARDNER LLP
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

EPIQ BANKRUPTY SOLUTIONS, LLC
ATTN: JAMES KATCHADURIAN, E.V.P.
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017

FLUOR GLOBAL SERVICES
6700 LAS COLINAS BLVD
IRVING, TX 75039

FOX ROTHSCHILD LLP
ATTN: JEFFREY SCHLERF, JOHN STROCK, L. JOHN BIRD
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FREDERIC DORWART, LAWYERS
124 EAST FOURTH STREET
TULSA, OK 74103

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: BRAD E. SCHELER, GARY L. KAPLAN &
MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRISCO CONSTRUCTION SERVICES
9550 JOHN W. ELLIOTT DRIVE, SUITE 106
FRISCO, TX 75033

FROST BROWN TODD LLC
ATTN: EDWARD M. KING, ESQ.
400 W. MARKET STREET, 32ND FLOOR
LOUISVILLE, KY 40202

GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN: MICHAEL G. BUSENKELL
913 N. MARKET STREET, 10TH FLOOR
WILMINGTON, DE 19801

GENERATOR & MOTOR SERVICES INC
601 BRADDOCK AVE
TURTLE CREEK, PA 15145

GRAINGER
100 GRAINGER PKWY
LAKE FOREST, IL 60045

HAYNES AND BOONE LLP
ATTN: JONATHAN HOOK
30 ROCKEFELLER CENTER, 26TH FLOOR
NEW YORK, NY 10112

HAYNES AND BOONE LLP
ATTN: PATRICK L. HUGHES
1221 MCKINNEY STREET, SUITE 1200
HOUSTON, TX 77010

HCL AMERICA INC
330 POTRERO AVENUE
SUNNYVALE, CA 94085

HEADWATERS RESOURCES INC
10701 S RIVER FRONT PARKWAY
SUITE 300
SOUTH JORDAN, UT 84095

HOLT CAT
3302 S W.W. WHITE RD
SAN ANTONIO, TX 78222

HYDROCARBON EXCHANGE CORP.
5910 N. CENTRAL EXPY.
STE 1380
DALLAS, TX 75206

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
OGDEN, UT 84201

J & S CONSTRUCTION LLC
10823 N US HIGHWAY 75
BUFFALO, TX 75831

JACKSON WALKER, LLP
ATTN: MONICA S. BLACKER
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

JACKSON WALKER, LLP
ATTN: J. SCOTT ROSE
WESTON CENTRE
112 E. PECAN STREET, SUITE 2400
SAN ANTONIO, TX 78205

JONES DAY
PATRICIA VILLAREAL & MICHAEL L. DAVITT
2727 NORTH HARWOOD STREET
DALLAS, TX 75201

KANSAS CITY SOUTHERN RAILWAY (KCS)
PO BOX 219335
KANSAS CITY, MO 64121-9335

KANSAS CITY SOUTHERN RAILWAY (KCS)
427 WEST 12TH STREET
KANSAS CITY, MO 64105

KIRKLAND & ELLIS LLP
ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KELLY HART & HALLMAN LLP
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, GREGORY HOROWITZ,
JOSHUA BRODY, PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN, P.C.
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

LAW DEBENTURE TRUST COMPANY OF NEW YORK
VICE PRESIDENT
400 MADISON AVE, STE 4D
NEW YORK, NY 10017

LANDIS RATH & COBB LLP
ATTN: ADAM LANDIS ESQ & MATTEW MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: JOHN P. DILLMAN
P.O. BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER ESQ
1100 COMMERCE ST ROOM 9C60
DALLAS, TX 75242-1496

LOWER COLORADO RIVER AUTHORITY
TRANSMISSION SERVICES CORP
3700 LAKE AUSTIN BLVD.
AUSTIN, TX 78703

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

MCCATHERN, PLLC
ATTN: JONATHAN L. HOWELL
REGENCY PLAZA
3710 RAWLINS, SUITE 1600
DALLAS, TX 75219

MANION GAYNOR & MANNING LLP
ATTN: MARC PHILLIPS ESQ
1007 N ORANGE ST, 10TH FL
WILMINGTON, DE 19801

MCKOOL SMITH
ATTN: PETER S. GOODMAN, MICHAEL R. CARNEY
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036

MCCREARY, VESELKA, BRAGG & ALLEN, PC
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680

MERICO ABATEMENT CONTRACTORS INC
201 ESTES DR
LONGVIEW, TX 75602-6100

MCKOOL SMITH
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX 77002

MINE SERVICE LTD
855 E US HIGHWAY 79
ROCKDALE, TX 76567

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE, EVAN R. FLECK &
KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DERK ABBOTT, ANDREW REMMING, ERIN FAY
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

MORRIS JAMES LLP
ATTN: STEPHEN M. MILLER
500 DELAWARE AVENUE, SUITE 1500
PO BOX 2306
WILMINGTON, DE 19899-2306

MUNSCH HARDT KOPF & HARR PC
ATTN: RUSSELL L MUNSCH ESQ
3050 FROST BANK TOWER
401 CONGRESS AVE
AUSTIN, TX 78701-4071

MYERS HILL
ATTN: ROBERT J. MYERS
2525 RIDGMAR BLVD., STE. 150
FORT WORTH, TX 76116

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659

NORTHEAST TEXAS POWER LTD
ATTN: DAVID PETTY, PRESIDENT
PO BOX 553
CUMBY, TX 75433

NIXON PEABODY
ATTN: RICHARD C. PEDONE, AMANDA D. DARWIN
100 SUMMER STREET
BOSTON, MA 02110

NORTHEAST TEXAS POWER LTD
ATTN: DAVID PETTY, PRESIDENT
3163 FM 499
CUMBY, TX 75433

OFFICE OF THE TEXAS ATTORNEY GENERAL
ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATE TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
844 KING STREET
SUITE 2207
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES ATTORNEY
1007 ORANGE STREET, SUITE 700
PO BOX 2046
WILMINGTON, DE 19899-2046

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A. LOWENTHAL, CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, ROBERT FEINSTEIN
919 N. MARKET STREET, 17TH FLOOR
PO BOX 8705
WILMINGTON, DE 19899

PENSION BENEFIT GUARANTY CORPORATION
ATTN: DESIREE M. AMADOR, ATTY
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ALAN KORNBERG, KELLEY CORNISH, BRIAN HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX 77008

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA CALVO ESQ
PO BOX 13430
ARLINGTON, TX 76094-0430

PIERCE CONSTRUCTION INC
4324 STATE HWY 149
BECKVILLE, TX 75631

PERFORMANCE CONTRACTING INC
16400 COLLEGE BLVD
LENEXA, KS 66219

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP
ATTN: MICHAEL L. ATCHLEY, MATTHEW T. TAPLETT
500 WEST 7TH STREET, SUITE 600
FORT WORTH, TX 76102

PIERCE CONSTRUCTION INC
PO BOX 69
BECKVILLE, TX 75631

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ
1313 N MARKET ST 6TH FL
PO BOX 951
WILMINGTON, DE 19801

RANGER EXCAVATING LP
5222 THUNDER CREEK ROAD
AUSTIN, TX 78759

QUARLES & BRADY LLP
ATTN: HOHN A. HARRIS, JASON D. CURRY
RENAISSANCE ONE
TWO NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2391

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

RICHARDS LAYTON & FINGER
ATTN: MARK D COLLINS ESQ, DANIEL DEFRANCESCHI ESQ
JASON MADRON ESQ
920 N KING ST
WILMINGTON, DE 19801

SAUL EWING LLP
ATTN: MARK MINUTI ESQ
222 DELAWARE AVE STE 1200
PO BOX 1266
WILMINGTON, DE 19899

RYAN PARTNERSHIP (FORMERLY SOLUTIONSET)
440 POLARIS PARKWAY
WESTERVILLE, OH 43082

SECURITAS SECURITY SERVICES USA
4330 PARK TCE DRIVE
WESTLAKE VILLAGE, CA 91361

SECURITAS SECURITY SERVICES USA
2 CAMPUS DRIVE
PARSIPPANY, NJ 07054-4400

SEWARD & KISSEL LLP
ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 100014

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SHEARMAN & STERLING LLP
ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

SHAW MAINTENANCE (CB&I)
C/O CB&I - ONE CB&I PLAZA
2103 RESEARCH FOREST DRIVE
THE WOODLANDS, TX 77380

SITEL LLC
3102 WEST END AVENUE, SUITE 900
NASHVILLE, TN 37203

SIEMENS POWER GENERATION INC
4400 N ALAFAYA TRL
ORLANDO, FL 32826

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JAY M. GOFFMAN
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: MARK S. CHEHI, KRISTHY M. PEGUERO
ONE RODNEY SQUARE
PO BOX 636
WILMINGTON, DE 19899-0636

SMITH, KATZENSTEIN & JENKINS LLP
ATTN: KATHLEEN M. MILLER
800 DELAWARE AVENUE, SUITE 1000
PO BOX 410
WILMINGTON, DE 19899

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: GEORGE N. PANAGAKIS, CARL T. TULLSON
155 NORTH WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

TAGGART GLOBAL LLC
C/O FORGE GROUP LTD
4000 TOWN CENTER BLVD., STE 300
CANONSBURG, PA 15317

SNELL & WILMER LLP
ATTN: DAVID E. LETA
15 WEST SOUTH TEMPLE, SUITE 1200
SALT LAKE CITY, UT 84101

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

TEAM EXCAVATING
815 N MAIN STREET
WRENS, GA 30833

THE BANK OF NEW YORK MELLON
RAFAEL MARTINEZ,VP - CSM
601 TRAVIS STREET, 16TH FL
HOUSTON, TX 77002

TEXAS-NEW MEXICO POWER COMPANY
414 SILVER AVENUE SW
ALBUQUERQUE, NM 87102-3289

THE BANK OF NEW YORK MELLON
DENNIS ROEMLEIN
601 TRAVIS ST,16TH FLOOR
HOUSTON, TX 77002

THE BANK OF NEW YORK MELLON
THOMAS VLAHAKIS,VP
385 RIFLE CAMP RD, 3RD FL
WOODLAND PARK, NJ 07424

TPUSA
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104

THE BANK OF NEW YORK MELLON
THOMAS VLAHAKIS, VICE PRESIDENT
385 RIFLE CAMP RD.,3RD FLOOR
WOODLAND PARK, NJ 07424

TRENT WIND FARM L.P.
TRENT WIND FARM
1423 CR 131
TRENT, TX 79561

TRANSACTEL INC
18 CALLE 25-85 Z.10
TORRE TRANSACTEL PRADERA
GUATEMALA CITY,
GUATEMALA

UMB BANK, N.A.
VICE PRESIDENT
2 SOUTH BROADWAY, SUITE 600
ST. LOUIS, MO 63102

TRENT WIND FARM LP
TRENT WIND FARM
155 W. NATIONWIDE BLVD, SUITE 500
COLUMBUS, OH 43215

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: RICHARD MASON, EMIL KLEINHAUS, AUSTIN WITT
51 WEST 52ND STREET
NEW YORK, NY 10019

VEDDER PRICE PC
ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

WEINSTEIN RADCLIFF LLP
ATTN: GREGORY M. WEINSTEIN
6688 N. CENTRAL EXPRESSWAY, SUITE 675
DALLAS, TX 75206

WARFAB
607 FISHER RD
LONGVIEW, TX 75604

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE, GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WESTINGHOUSE ELECTRIC CO LLC
LEGAL & CONTRACTS
1000 WESTINGHOUSE DRIVE, SUITE 572A
CRANBERRY TOWNSHIP, PA 16066

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER
250 GREENWICH ST
NEW YORK, NY 10007

WHITE & CASE LLP
ATTN: THOMAS LAURIA, MATTHEW BROWN
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131

WILMINGTON SVGS FUND SOCIETY,
HEALY,VP-DIR OF ,GLOBAL BNKRPTCY&
RSTRCTRING SVCS,
500 DELAWARE AVE.
WILMINGTON, DE 19801

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

WILMINGTON TRUST FSB
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: PAULINE MORGAN, JOEL WAITE, RYAN BARTLEY,
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ATTN: STEVEN K. KORTANEK, MARK L. DESGROSSEILLIERS
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

WOODWIN PROCTER LLP
ATTN: WILLIAM P. WEINTRAUB, KIZZY L. JARASHOW
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018