## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al..*, | Case No.: 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the

admission *pro hac vice* of Michael B. Schaedle of the law firm of Blank Rome LLP to represent

Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First

Lien Collateral Agent in the above-captioned cases and all related adversary proceedings.

Dated: May 6, 2014

**BLANK ROME LLP**

*/s/Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
Stanley B. Tarr (No. 5535)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 425-6400
Facsimile: (302) 425-6464

*Co-Counsel to Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent*

### ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: May 7, 2014

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

143178.01600/40211144v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the States of New Jersey, Wisconsin and New York; the United States District Courts for the Eastern and Middle Districts of Pennsylvania; the United States District Court for the Southern District of New York; the United States District Court for the District of New Jersey; and the United States Court of Appeals for the Second and Third Circuits and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: May 5, 2014

BLANK ROME LLP

Michael B. Schaedle
One Logan Square
130 North 18th Street
Philadelphia, PA  19103-6998
Telephone:  (215) 569-5762
Facsimile: (215) 832-5762
Schaedle@BlankRome.com

143178.01600/40211144v.1