IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re :                                          :
                                                 :    Chapter 11
ENERGY FUTURES HOLDINGS                          :
  CORP., et al.,                                 :    Case No. 14-10970 (CSS)
                                                 :
                    Debtors.                     :
------------------------------------------------x

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon the Certification of Andrea B. Schwartz, Trial Attorney for the U.S. Department of Justice, Office of the U.S. Trustee, dated April 30, 2014, pursuant to Local Bankruptcy Rule 9010-1(e), seeking admission *pro hac vice* in these cases and proceedings (ECF No. 178), it is hereby:

ORDERED, that counsel's application for admission *pro hac vice* is granted.

Dated: 5/7, 2014
Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re                                  :    Chapter 11
                                       :
ENERGY FUTURES HOLDINGS                :    Case No. 14-10970 (CSS)
CORP., *et al.*,                       :
                                       :    Jointly Administered
                    Debtors.           :
------------------------------------------------x

### CERTIFICATION BY GOVERNMENT COUNSEL
### PURSUANT TO LOCAL BANKRUPTCY RULE 9010-1(e)

I, Andrea B. Schwartz, pursuant to 28 U.S.C. § 1746 and Rule 9010-1(e) of the Local Rules of Bankruptcy Practice and Procedure of this Court, certify that:

1. I am a Trial Attorney for the U.S. Department of Justice, Office of the U.S. Trustee for Region 2 in the Southern District of New York;

2. I am admitted to practice in the New York Court of Appeals, the New Jersey Supreme Court, the California Supreme Court, the Pennsylvania Supreme Court, the United States Supreme Court, the United States Courts of Appeals for the Second and Third Circuits, the United States District Courts for the Southern, Eastern and Western Districts of New York and the District of New Jersey, and the United States Tax Court;

3. I am a member in good standing of the bars of the States of New York and New Jersey, and I am on voluntary inactive status in the State of California and the Commonwealth of Pennsylvania; and

4. I will be bound by these Local Rules and submit to the jurisdiction of this Court for disciplinary purposes.

Dated:    Wilmington, Delaware
          April 30, 2014

                                       */s/ Andrea B. Schwartz*
                                       Andrea B. Schwartz