UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2014 MAY -6 AM 9:32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 14-10978-CSS |
| | ) | |
| Texas Competitive Electric Holdings | ) | CHAPTER 11 |
| Company, LLC a/k/a TXU Energy a/k/a | ) | |
| TXU Energy Company, LLC | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF ENTRY OF APPEARANCE and REQUEST FOR SERVICE

TO: CLERK OF COURT, DEBTORS, DEBTORS' COUNSEL, AND US TRUSTEE:

Please take notice that the undersigned attorneys, Jody A. Bedenbaugh and George B. Cauthen, in the law firm of Nelson Mullins Riley & Scarborough L.L.P., do hereby give notice of the appearance of this firm on behalf of Michelin North America, Inc., a secured creditor of the Debtor, Luminant Mining Co., LLC. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

The Debtor's counsel and the US Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers to which Michelin North America, Inc. may be a party in interest.

NELSON MULLINS RILEY & SCARBOROUGH L.L.P.

By: /s/Jody A. Bedenbaugh
Jody A. Bedenbaugh
E-Mail: jody.bedenbaugh@nelsonmullins.com
George B. Cauthen
E-Mail: george.cauthen@nelsonmullins.com
1320 Main Street/ 17th Floor
Post Office Box 11070 (29211)
Columbia, SC 29201
(803) 799-2000
Attorneys for Michelin North America, Inc.

Columbia, South Carolina
May 2, 2014

## Certificate of Service

I, the undersigned, paralegal, of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for Michelin North America, Inc., hereby certifies that I have served all parties in this action with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following addresses:

Pleadings: Notice of Appearance and Request for Service

Counsel Served:
Texas Competitive Electric Holdings Company, LLC
Energy Plaza
1601 Bryan Street
Dallas, TX 75201
*Debtor*

Luminant Mining Co., LLC
Energy Plaza
1601 Bryan Street
Dallas, TX 75201
*Debtor*

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
*Debtor's Counsel*

Jason M. Madron
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
*Debtor's Counsel*

Richard L. Schepacarter
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
*Trustee*

By: _____
Linnea Hann, Paralegal

Columbia, South Carolina
May 2, 2014