# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 5/7/2014 |
| Case: 14−10979−CSS | Form ID: van472 | Total: 10 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Chad J. Husnick | chusnick@kirkland.com |
| aty | Daniel J. DeFranceschi | defranceschi@rlf.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Mark D. Collins | collins@rlf.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| aty | Andrea B. Schwartz | US Dept. Of Justice Office | 201 Varick Street | Rm. 1006 | New York, NY |
| aty | David R. Dempsey | Kirkland &Ellis LLP | 655 Fifteenth Street, N.W. | | Washington, DC 20005 |
| aty | Richard M. Cieri | Kirkland &Ellis LLP | 601 Lexington Avenue | | New York, NY 10022−4611 |
| aty | Stephen E. Hessler | Kirkland &Ellis LLP | 601 Lexington Avenue | | New York, NY 10022 |

TOTAL: 4