IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br>on an Interim Basis |

### NOTICE OF DEPOSITION OF PAUL KEGLEVIC

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (together, the "Debtors"), c/o Richards Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, DE 19801 and Kirkland & Ellis LLP, Attention Richard M. Cieri, 601 Lexington Avenue, New York, NY 10022.

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable hereto pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Wilmington Savings Fund Society, FSB ("WSFS"), as successor trustee under that certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas Competitive Electric Holdings, LLC, TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee (as amended or supplemented, the "Indenture"), by and through its undersigned counsel, will take the deposition upon oral examination of Paul Keglevic in connection with the *Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas* [Docket No. 5].

{00856121;v1 }

PLEASE TAKE FURTHER NOTICE THAT the deposition shall take place before an officer authorized by law to administer oaths at the offices of Ashby & Geddes, 500 Delaware Avenue, Wilmington, DE, 19899, or such other location as agreed by the parties, on May 15, 2014 at 1:30 p.m., or such other time and date as agreed by the parties, and continuing thereafter day to day until completed. The deposition shall be transcribed by stenographic means and may also be videotaped.

Dated: May 7, 2014
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

William P. Bowden (I.D. No.2553)
Gregory A. Taylor (I.D. No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*

{00856121;v1 }