# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br>on an Interim Basis |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 7, 2014 Wilmington Savings Fund Society, FSB, as successor trustee under that certain indenture, by and through its undersigned counsel, served a copy of Wilmington Savings Fund Society, FSB's Requests for Production of Documents to the Debtors Pursuant to Federal Rules of Civil Procedure 26 and 34 on the parties below in the manner indiccated.

| VIA HAND DELIVERY AND E-MAIL<br>Mark D. Collins<br>Richards Layton & Finger<br>920 North King Street<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL AND E-MAIL<br>Richard M. Cieri<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
|---|---|

Dated: May 7, 2014
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

/s/ William P. Bowden

William P. Bowden (I.D. No.2553)
Gregory A. Taylor (I.D. No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*