**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., et al. | § § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors. | § | |
| | § | |

**NOTICE OF APPEARANCE, DEMAND FOR SERVICE,
AND CONSENT TO SERVICE OF DOCUMENTS BY EMAIL**

PLEASE TAKE NOTICE, that in accordance with 11 U.S.C. § 1109(b), Bankruptcy Rule 9010(b), and Local Rule 9010-1(e)(iii), the undersigned appears for LOWER COLORADO RIVER AUTHORITY (LCRA), a creditor and party-in-interest, and pursuant to Rules 2002, and 9007 of the Bankruptcy Rules demands that all notices given or required to be given in this case and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be to or upon the undersigned at the office address, email address and telephone number set forth below.

William T. Medaille
Attorney
Lower Colorado River Authority
Legal Services
P. O. Box 220
Austin, Texas 78767
Telephone: (512) 578-4046
Email: *Bill.Medaille@lcra.org*

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, every order, application, motion, petition, pleading, request, complaint, demand or other

1

document which is filed with or brought before the Court or which affects the debtor or the property of the debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing).

PLEASE TAKE FURTHER NOTICE that LCRA here consents to service of documents by email.

Date:  May 8, 2014

Respectfully submitted,

LOWER COLORADO RIVER AUTHORITY
P. O. Box 220
Austin, Texas 78767
Telephone:  (512) 578-4046
Telecopy:  (512) 473-4010

By:    /s/ William T. Medaille
William T. Medaille
Texas State Bar No. 24054502
*Bill.medaille@lcra.org*

ATTORNEY FOR LOWER
COLORADO RIVER AUTHORITY

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on May 8, 2014, using the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ William T. Medaille
William T. Medaille

2