**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979(CSS)<br>(Jointly Administered) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, AND THE BANK
OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE,
PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)**

Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and (i) and 9010(b) and Local Rule of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware 2002-1(d), the undersigned counsel enters an appearance for The Bank of New York Mellon f/k/a The Bank of New York, as indenture trustee ("BNYM"), and The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as indenture trustee ("BNYMTC"), under the following indentures:

- Twenty-six (26) Indentures under which BNYM serves as indenture trustee relating to the "Pollution Control Bonds" listed in attached Exhibit A;[1]

- Indenture dated as of December 1, 1995, by and between Texas Utilities Electric Company, as issuer, and BNYMTC, as indenture trustee (Floating Rate Junior Subordinated Debentures, Series D, due January 30, 2037);

- Indenture dated as of December 1, 1995, by and between Texas Utilities Electric Company, as issuer, and BNYMTC, as indenture trustee (8.175% Junior Subordinated Debentures, Series E, due January 30, 2037); and

- First Supplemental Indenture dated October 10, 2007, to the Indenture dated as of July 1, 2003, by and between TXU Corp., as issuer, and BNYMTC, as indenture trustee (Floating Rate Convertible Senior Notes Due 2033),

---

[1] BNYM and BNYMTC enter their appearances only with respect to the indentures described herein.

and requests that BNYM and BNYMTC be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the undersigned at the following addresses or facsimile numbers:

Kurt F. Gwynne Esquire  
Kimberly E.C. Lawson, Esquire  
REED SMITH LLP  
1201 N. Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail:  kgwynne@reedsmith.com  
klawson@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive BNYM's or BNYMTC's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which BNYM or BNYMTC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 8, 2014  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    Kimberly E.C. Lawson (No. 3966)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail:  kgwynne@reedsmith.com
         klawson@reedsmith.com

Counsel for The Bank of New York Mellon, as indenture trustee and The Bank of New York Mellon Trust Company, N.A., as indenture trustee