# EXHIBIT A

# EXHIBIT A

# POLLUTION CONTROL BONDS

|   | BOND SERIES |
|---|---|
|   | BRAZOS RIVER AUTHORITY |
| 1. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Energy Company LLC Project) Series 1994A |
| 2. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Energy Company LLC Project) Series 1994B |
| 3. | Brazos River Authority Collateralized Pollution Control Revenue Bonds (Texas Utilities Electric Company Project) Series 1995A dated 4/1/1995 |
| 4. | Brazos River Authority Collateralized Pollution Control Revenue Bonds (Texas Utilities Electric Company Project) Series 1995B dated 6/1/1995 |
| 5. | Brazos River Authority Collateralized Pollution Control Revenue Refunding Bonds (Texas Utilities Electric Company Project) Series 1999A dated 3/1/99 |
| 6. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 1999B  Amended & Restated 12/1/01 |
| 7. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 1999C  Amended & Restated 12/1/01 |
| 8. | Brazos River Authority (TX) Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2001A dated 4/1/01 |
| 9. | Brazos River Authority (TX) Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2001B dated 11/1/01 |

| | |
|---|---|
| 10. | Brazos River Authority (TX) Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2001C dated 11/1/01 |
| 11. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2001D -1 |
| 12. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2001D -2 |
| 13. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Taxable Series 2001I dated 12/1/01 |
| 14. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Energy Company LLC Project) Series 2002A dated 5/1/02 |
| 15. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Energy Company LLC Project) Series 2003A dated 3/1/03 |
| 16. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Energy Company LLC Project) Series 2003B |
| 17. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Energy Company LLC Project) Series 2003C dated 10/1/03 |
| 18. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Energy Company LLC Project) Series 2003D |
| 19. | Brazos River Authority Pollution Control Revenue Refunding Bonds (TXU Energy Company LLC Project) Series 2006 dated 3/1/06 |
| | **SABINE RIVER AUTHORITY** |
| 20. | Sabine River Authority Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2000A |

| | |
|---|---|
| 21. | Sabine River Authority Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2001A |
| 22. | Sabine River Authority Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2001B |
| 23. | Sabine River Authority Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2001C |
| 24. | Sabine River Authority Pollution Control Revenue Refunding Bonds (TXU Energy Company LLC Project) Series 2003A |
| 25. | Sabine River Authority Pollution Control Revenue Refunding Bonds (TXU Energy Company LLC Project) Series 2003B |
| | **TRINITY RIVER AUTHORITY** |
| 26. | Trinity River Authority of Texas Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2000A |
| 27. | Trinity River Authority of Texas Pollution Control Revenue Refunding Bonds (TXU Electric Company Project) Series 2001A |