# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979(CSS) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, do hereby certify that, on May 8, 2014, I caused a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE, PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)** to be served upon the addressees on the attached service list in the manners indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

## SERVICE LIST

**VIA HAND DELIVERY**
Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA REGULAR MAIL**
Richard M. Cieri
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022

**VIA HAND DELIVERY**
Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA REGULAR MAIL**
James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654