# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES, MEETING OF CREDITORS, AND FIXING OF CERTAIN DATES

On April 29, 2014, the below-listed debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court of the District of Delaware (the "Court"). The Debtors, and their respective addresses, case numbers and federal tax identification numbers, are as follows:

| Debtor[2] | Address | Case No. | EID# |
|---|---|---|---|
| 4Change Energy Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-10980 | 75-2959527 |
| 4Change Energy Holdings LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10981 | 75-0699680 |
| Big Brown 3 Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10983 | N/A |
| Big Brown Lignite Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10986 | 52-2364247 |
| Big Brown Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10988 | 75-2967823 |
| Brighten Energy LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10991 | 27-3494107 |
| Brighten Holdings LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10995 | 27-3493908 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Other names, if any, used by the Debtors in the last 8 years may be found in the Debtors' chapter 11 petitions.

| Debtor[2] | Address | Case No. | EID# |
|---|---|---|---|
| Collin Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10998 | N/A |
| Dallas Power and Light Company, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11000 | N/A |
| DeCordova II Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11003 | N/A |
| DeCordova Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10982 | 75-2967797 |
| Eagle Mountain Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10984 | 46-4606891 |
| EBASCO SERVICES OF CANADA LIMITED | 1601 Bryan Street, Dallas, Texas 75201 | 14-10987 | N/A |
| EEC Holdings, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-10990 | 75-2509368 |
| EECI, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-10992 | 75-2509366 |
| EFH Australia (No. 2) Holdings Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-10994 | 20-1370353 |
| EFH CG Holdings Company LP | 1601 Bryan Street, Dallas, Texas 75201 | 14-11047 | 20-2409650 |
| EFH CG Management Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11048 | N/A |
| EFH Corporate Services Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-10996 | 75-0835281 |
| EFH Finance (No. 2) Holdings Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-10999 | 75-2768735 |
| EFH FS Holdings Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-11004 | 75-2768732 |
| EFH Renewables Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11006 | N/A |
| EFIH FINANCE INC. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11001 | 27-0918038 |
| Energy Future Competitive Holdings Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11005 | 75-1837355 |
| Energy Future Holdings Corp. | 1601 Bryan Street, Dallas, Texas 75201 | 14-10979 | 46-2488810 |
| Energy Future Intermediate Holding Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11008 | 26-1191638 |
| Generation Development Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11017 | 20-4952060 |
| Generation MT Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11021 | 75-2967818 |
| Generation SVC Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-11025 | 45-0470622 |
| Lake Creek 3 Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11029 | N/A |

2

| Debtor[2] | Address | Case No. | EID# |
|---|---|---|---|
| Lone Star Energy Company, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11031 | 75-1325876 |
| Lone Star Pipeline Company, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11036 | N/A |
| LSGT Gas Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11039 | 75-0399066 |
| LSGT SACROC, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11012 | 75-2402092 |
| Luminant Big Brown Mining Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11018 | 75-3006803 |
| Luminant Energy Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11023 | 45-2790807 |
| Luminant Energy Trading California Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-11026 | 75-2723853 |
| Luminant ET Services Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-11030 | 75-2967835 |
| Luminant Generation Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11032 | 75-2967820 |
| Luminant Holding Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11037 | 54-2127719 |
| Luminant Mineral Development Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11040 | N/A |
| Luminant Mining Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11042 | 75-2967821 |
| Luminant Renewables Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11044 | 20-3007585 |
| Martin Lake 4 Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11010 | N/A |
| Monticello 4 Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11011 | N/A |
| Morgan Creek 7 Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11014 | N/A |
| NCA Development Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11016 | 20-8567594 |
| NCA Resources Development Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11019 | N/A |
| Oak Grove Management Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11022 | 27-0551189 |
| Oak Grove Mining Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11024 | 20-8516181 |
| Oak Grove Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11027 | 20-8516093 |
| Sandow Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11033 | 26-3771811 |
| Southwestern Electric Service Company, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11035 | N/A |

3

| Debtor[2] | Address | Case No. | EID# |
|---|---|---|---|
| TCEH Finance, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11028 | 26-2137715 |
| Texas Competitive Electric Holdings Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10978 | 75-2967817 |
| Texas Electric Service Company, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11034 | N/A |
| Texas Energy Industries Company, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11038 | N/A |
| Texas Power and Light Company, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11041 | N/A |
| Texas Utilities Company, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11043 | N/A |
| Texas Utilities Electric Company, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-11045 | N/A |
| Tradinghouse 3 & 4 Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11046 | N/A |
| Tradinghouse Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10985 | 75-2967804 |
| TXU Electric Company, Inc. | 1601 Bryan Street, Dallas, Texas 75201 | 14-10989 | N/A |
| TXU Energy Receivables Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10993 | 46-1125361 |
| TXU Energy Retail Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-10997 | 26-0494257 |
| TXU Energy Solutions Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11002 | 26-0022193 |
| TXU Receivables Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-11007 | 75-2807788 |
| TXU Retail Services Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-11009 | 20-5872839 |
| TXU SEM Company | 1601 Bryan Street, Dallas, Texas 75201 | 14-11013 | 75-2795541 |
| Valley NG Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11015 | N/A |
| Valley Power Company LLC | 1601 Bryan Street, Dallas, Texas 75201 | 14-11020 | N/A |

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS**: In accordance with section 341 of the Bankruptcy Code, a meeting of the Debtors' creditors will be conducted on **June 4, 2014 at 1:00 p.m. (Eastern Daylight Time) at the Double Tree Hotel, Salon C, 700 North King Street, Wilmington, Delaware 19801.** The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

**DEADLINE TO FILE A PROOF OF CLAIM**:  Notice of a deadline will be sent to known creditors at a later date.  Certain creditors, including certain of the Debtors' current and former customers, may receive notice of a deadline under separate cover.

**NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE**.  None appointed at this time.

**PROPOSED COUNSEL FOR THE DEBTORS**:

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:             richard.cieri@kirkland.com
                       edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:             collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:             james.sprayregen@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

**COMMENCEMENT OF CASES**:  Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors and orders for relief have been entered.  You will not receive notice of all documents filed in these cases.  All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Court.  In addition, such documents may be available at www.deb.uscourts.gov.  Certain documents are also available on the web site of the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC ("Epiq"), at: http://www.efhcaseinfo.com.

**PURPOSE OF CHAPTER 11 FILING**:  Chapter 11 of the Bankruptcy Code enables a debtor to reorganize and/or liquidate pursuant to a chapter 11 plan.  A plan is not effective unless approved by the Court at a confirmation hearing.  Creditors and other parties in interest will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code.  The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**:  A creditor is anyone to whom a debtor owes money or property.  Under the Bankruptcy Code, a debtor is granted certain protection against creditors.  Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions.  If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor.  A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and may wish to seek legal advice.  **The staff of the Clerk of the Court are not permitted to give legal advice**.

**CLAIMS**:  Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007.  Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases.  Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim.  A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately.  **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided by mail to the Debtors' known creditors and by publication.**  Proof of claim forms also are available in the clerk's office of any bankruptcy court.  Proof of claim forms are also available from the Court's web site at www.deb.uscourts.gov.  Epiq is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court.  Epiq can be reached through their web site specifically for these cases at http://www.efhcaseinfo.com, by telephone, toll-free at (877) 276-7311 or by first class, hand delivery or overnight mail as follows:

*By First-Class Mail:*
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
Grand Central Station, P.O. Box 4613
New York, New York 10166-4613

*By Hand-Delivery or Overnight Mail:*
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue, Third Floor
New York, New York 10017

**DISCHARGE OF DEBTS**.  Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  See 11 U.S.C. § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court:        /s/ David D. Bird, Clerk                Dated:  May 8, 2014