IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No.  14-10979 (CSS) |
| | ) | |
| | ) | Joint Administration Pending |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Devon Energy Corporation, a party in interest in the above-styled and referenced bankruptcy case, and pursuant to Federal Rule of Bankruptcy Procedure 2002 and 9019(b), requests that all notices given or required to be given in the above case and all papers served in the case be given to and served upon the undersigned persons at the following address, telephone and facsimile numbers and electronic mail address:

Judy Hamilton Morse
Crowe & Dunlevy, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102
Telephone: 405-235-7759
Facsimile: 405-272-5242
Email: judy.morse@crowedunlevy.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, electronic mail or otherwise filed with regard to the above case and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned consents to service by electronic mail at the following email address: judy.morse@crowedunlevy.com.

Dated: May 8, 2014

      Respectfully submitted,

      *s/Judy Hamilton Morse*
      Judy Hamilton Morse, OBA #6450
      CROWE & DUNLEVY, P.C.
      20 N. Broadway, Suite 1800
      Oklahoma City, OK 73102
      (405) 235-7700
      (405) 239-6651 (Facsimile)
      judy.morse@crowedunlevy.com

      ATTORNEY FOR DEVON ENERGY CORPORATION

## CERTIFICATE OF SERVICE

This certifies that on May 8, 2014, I electronically transmitted the above and foregoing instrument for filing and for transmittal of a Notice of Electronic Filing to the following ECF registrants in this case:

| | |
|---|---|
| Richard M. Cieri | richard.cieri@kirkland.com |
| Mark D. Collins | collins@RLF.com |
| David R. Dempsey | david.dempsey@kirkland.com |
| Stephen E. Hessler | stephen.hessler@kirkland.com |
| Chad J. Husnick | chusnick@kirkland.com |
| Jason M. Madron | madron@rlf.com |
| Andrew McGaan | andrew.mcgaan@kirkland.com |
| Mark E. McKane | mark.mckane@kirkland.com |
| Bridget K. O'Connor | bridget.oconner@kirkland.com |
| William T. Pruitt | william.pruitt@kirkland.com |
| Edward O. Sassower | esassower@kirkland.com |
| Brian Schartz | bschartz@kirkland.com |
| Steven N. Serajeddini | steven.serajeddini@kirkland.com |
| James H.M. Sprayregen | james.sprayregen@kirkland.com |
| | |
| United States Trustee | Richard.schepacarter@usdoj.gov |

      *s/Judy Hamilton Morse*
      Judy Hamilton Morse