# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure, The Hogan Firm hereby appear on behalf of The Richards Group, Inc.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, disclosure statements, plans and answering and reply papers, filed in the above-captioned case be served upon:

Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656 7540
Facsimile: (302) 656 7599
dkhogan@dkhogan.com

-and-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

Jamie R. Welton  
Lackey Hershman, LLP  
3102 Oak Lawn Avenue, Suite 777  
Dallas, TX 75219  
Telephone: (214) 560-2212  
Facsimile: (214) 560-2203  
jrw@lhlaw.net

Dated:  May 8, 2014  Respectfully submitted,
       Wilmington, Delaware

       By:    /s/ *Daniel K. Hogan*
             Daniel K. Hogan (# 2814)
             **THE HOGAN FIRM**
             1311 Delaware Avenue
             Wilmington, Delaware  19806
             Telephone:  (302) 656-7540
             Facsimile: (302) 656-7599
             dkhogan@dkhogan.com

             -and-

             Jamie R. Welton (Tex. ID No. 24013732)
             Lackey Hershman, LLP
             3102 Oak Lawn Avenue, Suite 777
             Dallas, TX 75219
             Telephone: (214) 560-2212
             Facsimile: (214) 560-2203
             jrw@lhlaw.net

             **ATTORNEYS FOR THE**
             **RICHARDS GROUP, INC.**