## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was furnished via electronic notification to all parties so registered for service on CM/ECF, as well as upon the following via First Class U.S. Mail, postage prepaid:

| | |
|---|---|
| Mark D. Collins, Esq.<br>Richards Layton & Finger, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | U.S. Trustee<br>844 N. King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Richard M. Cieri, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611 | |

>                               */s/Daniel K. Hogan*
>                               Daniel K. Hogan (#2814)
>                               *Attorney for The*
>                               *Richards Group, Inc.*