IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS, CORP., *et al.*, | Case No. 14-10979(CSS) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of **Jeffrey R. Fine** to represent **Tex-La Electric Cooperative of Texas, Inc.**, in this action.

Dated: May __, 2014

Marc J. Phillips (No. 4445)
MANION GAYNOR & MANNING LLP
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 657-2100
Fax: (302) 657-2104
mphillips@mgmlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court

Dated: May __, 2014

Jeffrey R. Fine, Esq.
DYKEMA GOSSETT PLLC
Comerica Bank Tower
1717 Main Street, Suite 4000
Dallas, TX 75201
Telephone: (214) 462-6400
Fax: (855) 230-2518
jfine@dykema.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____

United States Bankruptcy Judge