# EXHIBIT A

## Location of Professionals



**LEGEND**
Red - Creditors' Professionals
Blue - Debtors' Professionals