IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**STEVEN R. KOTARBA DECLARATION IN SUPPORT OF DEBTORS' OBJECTION TO THE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

I, Steven R. Kotarba, declare, pursuant to 28 U.S. Code § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am a Managing Director with Alvarez & Marsal (A&M). A&M serves as an advisor to the Debtors in preparation for and during these chapter 11 proceedings by assisting the Debtors with financial analyses, claims management, and various notice requirements.

2. In order to assist the Debtors in preparation for these chapter 11 proceedings, I managed a team of A&M professionals that worked with the company and certain of its other retained professionals to compile the list of creditors for the creditor matrix required pursuant to applicable Federal and Local rules. To prepare that matrix, along with my team, individuals at the company and other professionals, I worked to identify categories of potential creditors of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

various Debtors and then collected the necessary information regarding those creditors and/or parties in interest including the proper mailing address for such parties.

3. In preparing this declaration, I generally relied on court pleadings and lists, directories, and other compilations on which I typically rely in performing my job, and which are generally relied on by the public or persons in my occupation.

4. Based on my review of the Debtors' books and records and Court pleadings:

(i) The majority of the professionals who will be involved in the day-to-day activities related to the chapter 11 proceedings—counsel, financial advisors, and other professionals—reside in New York:

a) The primary professionals for the equity owners are located in New York: Blackstone Group and Wachtell, Lipton, Rosen & Katz;

b) The primary professionals for the TCEH First Liens—holding approximately 37% of the total TCEH First Lien debt—are located in New York: Paul, Weiss, Rifkind, Wharton & Garrison; Millstein & Co.; Cadwalader, Wickersham & Taft; O'Melveny & Myers; and Moelis & Company;

c) The primary professionals for the TCEH Second Liens—holding approximately 13% of the total TCEH Second Lien debt—are located in New York, Connecticut and Massachusetts: Brown Rudnick.

d) The primary professionals for the TCEH Unsecureds—holding approximately 7% of the total TCEH unsecured debt—are White & Case (located in Florida and New York) and Houlihan Lokey (located in Texas and Minnesota).

e) The primary professionals for the EFIH First Liens—holding approximately 48% of the total EFIH First Lien debt—are located in New York and Massachusetts: Ropes & Gray, Bingham McCutchen LLP, and Capstone Advisory Group.

f) The primary professionals for the EFIH Second Liens—holding approximately 12% of the total EFIH Second Lien debt—are located in New York: Kramer Levin Naftalis & Frankel and Rothschild Group;

g) The primary professionals for the EFIH Unsecureds—holding approximately 50% of the total EFIH Unsecured debt—are Akin Gump Strauss Hauer & Feld and Centerview Partners, which are both located in

New York with Akin Gump Strauss Hauer & Feld also located in Washington, D.C.

    h) The primary professionals for the Debtors are also located in New York: Kirkland & Ellis LLP is primarily in New York, and Alvarez & Marsal is located in New York. Filsinger Energy Partners is located in Colorado.

(ii) The company commissioned a report to identify debt holders in October/November 2013 for the purpose of better understanding major holders throughout the capital structure. This report is of the type that I generally rely upon in my work compiling creditor matrices. Based on that report and a March 2014 report regarding the holders of the TCEH First Lien Credit Agreement, a negligible percentage of the EFIH, TCEH, and EFH debt holders, or those expected to act on their behalf, are in Texas and a significant percentage reside on the East Coast with a large portion in the tri-state area.

(iii) The Debtors' fifty largest potential unsecured creditors were noticed at addresses scattered throughout the country in Colorado, California, Georgia, Illinois, Missouri, New Jersey, New York, Pennsylvania, South Carolina, Texas, Utah, New Mexico, Tennessee, Ohio, Alabama, Washington D.C., Kansas, Florida, Indiana, and Guatemala. The top two potential unsecured claims are held by indenture trustees—together totaling over $8 billion—that are both located in New York. Attached hereto as Exhibit 1 is a list of the fifty largest potential unsecured creditors and their locations excerpted from the TCEH petition.

(iv) Indenture trustees for the Debtors' notes are also located throughout the country, including Delaware, New York, Massachusetts, New Jersey, Missouri, Texas, and Arizona. Over half of them are found in New York, Delaware, or the Northeast. Specifically:

    a) The Indenture Trustee for the 6.875% first lien notes due 2017, CSC Trust Company of Delaware, is located in Delaware.

    b) The Indenture Trustee for the 10.00% first lien notes due 2020, American Stock Transfer and Trust Company, LLC, is located in New York.

    c) The Indenture Trustee for the 6.55% senior unsecured notes due 2034 is American Stock Transfer and Trust Company, LLC, is located in New York.

    d) The Indenture Trustee for the TCEH 15% Second Lien Notes due 2021, Wilmington Savings Fund Society, FSB, is located in Delaware.

    e) The Indenture Trustee for the TCEH 10.25% Unsecured Notes due 2015, Law Debenture Trust Company of New York, is located in New York.

f) The Indenture Trustee for the TCEH 10.50%/11.25% Senior Unsecured Toggle Notes due 2016, Law Debenture Trust Company of New York, is located in New York.

g) The Indenture Trustee for the TCEH Pollution Control Revenue Bonds, The Bank of New Mellon, is located in New Jersey.

h) The Indenture Trustee for the 8.82% building financing due semiannually through February 2022, US Bank National Association, is located in Massachusetts.

i) The Indenture Trustee for the 10.875% senior unsecured notes due 2017, American Stock Transfer and Trust Company, LLC, is located in New York.

j) The Indenture Trustee for the 11/25/12.00% unsecured toggle notes due 2017, American Stock Transfer and Trust Company, LLC, is located in New York.

k) The Indenture Trustee for the 5.55% senior unsecured notes due 2014, American Stock Transfer and Trust Company, LLC, is located in New York.

l) The Indenture Trustee for the 6.50% senior unsecured notes due 2024, American Stock Transfer and Trust Company, LLC, is located in New York.

m) The Indenture Trustee for the 9.75% senior notes due 2019, American Stock Transfer and Trust Company, LLC, is located in New York.

n) The Indenture Trustee for the 10.00% first lien notes due 2020, CSC Trust Company of Delaware, is located in Delaware.

(v) The administrative and collateral agents for the $24.5 billion pre-petition TCEH Credit Agreement and the TCEH Senior Secured Super-priority Debtor-In-Possession Credit Agreement are located in New York and Minnesota. Specifically:

a) Citibank, N.A. is located in Delaware and serves as Administrative Agent and Collateral Agent for the TCEH Senior Secured Superpriority Debtor-In-Possession Credit Agreement. Its counsel is also located in the Northeast.

b) Wilmington Trust, N.A. is located in Minnesota and serves as Administrative Agent and Collateral Agent for the $24.5 billion pre-petition TCEH Credit Agreement. Its counsel is also located in the Northeast.

    (vi)    The majority of the arrangers providing post-petition financing to EFIH and TCEH are located in New York. Five of seven TCEH First Lien debtor-in-possession (DIP) arrangers are located in New York with the remaining two in North Carolina and California. Counsel for the TCEH First Lien DIP agent, Milbank, Tweed, Hadley & McCloy, is also in New York. Five of seven EFIH First Lien DIP arrangers are similarly located in New York with the remaining two in North Carolina and California. Shearman & Sterling LLP, counsel for the EFIH First Lien DIP agent, is also in New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2014
       New York, New York

_____
Steven R. Kotarba
Managing Director of Alvarez & Marsal