# EXHIBIT 1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

### CONSOLIDATED LIST OF CREDITORS
### HOLDING THE 50 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The following is the consolidated list of the Debtors' creditors holding the 50 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records with trade claim balances from multiple dates no earlier than March 31, 2014, and debt claim balances estimated to reflect principal and accrued interest through April 28, 2014. The Consolidated List has been prepared for filing in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in section 101(31) of the Bankruptcy Code or (2) deficiency claims of secured creditors. No creditor listed herein is a minor child. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, the information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 1 | LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>Attn:     Frank Godino - Vice President<br>Addr:     400 Madison Avenue - Suite 4D<br>              New York, NY  10017<br>              USA<br>Phone:  (646) 747-1251<br>Fax:      (212) 750-1361<br>Email:   frank.godino@lawdeb.com<br><br>-- and --<br><br>Patterson Belknap Webb & Tyler LLP<br>Re:       Law Debenture Trust Company<br>              of New York<br>Attn:     Daniel A. Lowenthal - Counsel<br>              1133 Avenue of the Americas<br>              New York, NY  10036<br>              USA<br>Phone:  (212) 336-2720<br>Fax:      (212) 336-1253<br>Email:   dalowenthal@pbwt.com | Unsecured Debt | Unliquidated | $5,505,163,811 |
| 2 | AMERICAN STOCK TRANSFER AND TRUST COMPANY, LLC<br>Attn:     Paul Kim - General Counsel<br>Addr:     6201 15TH Avenue<br>              Brooklyn, NY  11219<br>              USA<br>Phone:  (718) 921-8183<br>Fax:      (718) 331-1852<br>Email:   pkim@Amstock.com<br><br>--and--<br><br>Nixon Peabody LLP<br>Re:  American Stock Transfer and Trust<br>              Company, LLC<br>Attn:     Amelia M. Charamba - Counsel<br>Addr:     100 Summer Street<br>              Boston, MA  02110<br>              USA<br>Phone:  (617) 345-1041<br>Fax:      (866) 244-1527<br>Email:   acharamba@nixonpeabody.com | Unsecured Debt | Unliquidated | $2,565,874,358 |

---

[2]    With respect to any trade claim for which the creditor was the beneficiary of a letter of credit, the amounts listed herein are net of any outstanding letters of credit.

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim |
|---|---|---|---|---|
| 3 | UMB BANK, N.A.<br>Attn:  Laura Roberson - Vice President<br>Addr:  2 South Broadway<br>Suite 600<br>St Louis, MO  63102<br>USA<br>Phone:  (314) 612-8484<br>Fax:  (314) 612-8499<br>Email:  laura.roberson@UMB.com<br><br>--and--<br><br>Foley & Lardner, LLP<br>Re:  UMB Bank, N.A.<br>Attn:  Harold L Kaplan, Mark F Hebbeln - Counsel<br>Addr:  321 N Clark Street, Suite 2800<br>Chicago, IL  60654<br>USA<br>Phone:  (312) 832-4393, (312) 832-4394<br>Fax:  (312) 832-4700<br>Email:  hkaplan@foley.com, mhebbeln@foley.com | Unsecured Debt | Unliquidated | $1,649,363,974 |
| 4 | THE BANK OF NEW YORK MELLON TRUST COMPANY<br>Attn:  Rafael Martinez - Vice President - Client Service Manager<br>Addr:  601 Travis Street<br>Houston, TX  77002<br>USA<br>Phone:  (713) 483-6535<br>Fax:  (713) 483-6954<br>Email:  rafael.martinez@bnymellon.com<br><br>--and--<br><br>The Bank of New York Mellon Trust Company<br>Attn:  Thomas Vlahakis - Vice President<br>Addr:  385 Rifle Camp Road<br>3rd Floor<br>Woodland Park, NJ 07424<br>USA<br>Phone:  (973) 247-4742<br>Fax:  (713) 483-6954 | Unsecured Debt | Unliquidated | $891,404,403 |
| 5 | HOLT CAT<br>Attn:  Michael Puryear - General Counsel<br>Addr:  3302 S W.W. White Rd<br>San Antonio, TX  78222<br>USA<br>Phone:  (210) 648-1111<br>Fax:  (210) 648-0079<br>Email:  michael.puryear@holtcat.com | Trade | Unliquidated | $11,400,000 |

3

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 6 | ADA CARBON SOLUTIONS (RED RIVER ENVIRONMENTAL PRODUCTS)<br>Attn:    Peter O. Hansen - General Counsel<br>Addr:    1460 W. Canal Court<br>           Littleton, CO  80120<br>           USA<br>Phone:  (303) 962-1977<br>Fax:     (303) 962-1970<br>Email:   peter.hansen@ada-cs.com;<br>           info@ada-cs.com | Trade | Unliquidated | $10,508,908 |
| 7 | FLUOR GLOBAL SERVICES<br>Attn:    Carlos M. Hernandez - Executive<br>           Vice President, Chief Legal Officer<br>           and Secretary<br>Addr:    6700 Las Colinas Blvd<br>           Irving, TX  75039<br>           USA<br>Phone:  (469) 398-7000<br>Fax:     (469) 398-7255<br>Email:   carlos.hernandez@fluor.com | Trade | Unliquidated | $9,283,826 |
| 8 | BNSF RAILWAY COMPANY<br>Attn:    Roger Nober - Executive VP, Law<br>           and Corporate Affairs<br>Addr:    2650 Lou Menk Drive<br>           Fort Worth, TX  76131<br>           USA<br>Phone:  (817) 352-1460<br>Fax:     (817) 352-7111<br>Email:   roger.nober@bnsf.com | Trade | Unliquidated | $8,353,152 |
| 9 | HCL AMERICA INC<br>Attn:    Raghu Raman Lakshmanan - General<br>           Counsel<br>Addr:    330 Potrero Avenue<br>           Sunnyvale, CA  94085<br>           USA<br>Phone:  (408) 523-8331<br>Fax:     (408) 733-0482<br>Email:   rlakshmanan@hcl.com | Trade | Unliquidated | $8,137,238 |
| 10 | SHAW MAINTENANCE (CB&I)<br>Attn:    Richard E. Chandler, Jr. - President<br>           and Chief Executive Officer<br>Addr:    c/o CB&I - One CB&I Plaza<br>           2103 Research Forest Drive<br>           The Woodlands, TX  77380<br>           USA<br>Phone:  (832) 513-1000<br>Fax:     (832) 513-1094<br>Email:   richard.chandler@cbi.com | Trade | Unliquidated | $6,900,000 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim² |
|---|---|---|---|---|
| 11 | WESTINGHOUSE ELECTRIC CO LLC<br>Attn:  Mike Sweeney - Senior Vice President & General Counsel Legal & Contracts<br>Addr:  1000 Westinghouse Drive, Suite 572A<br>Cranberry Township, PA 16066<br>USA<br>Phone:  (724) 940-8323<br>Fax:  (724) 940-8518<br>Email:  holtsa@westinghouse.com | Trade | Unliquidated | $4,607,855 |
| 12 | CENTERPOINT ENERGY HOUSTON<br>Attn:  Mark Schroeder - Senior Vice President and Deputy General Counsel<br>Addr:  1111 Louisiana Street<br>Houston, TX 77002<br>USA<br>Phone:  (713) 207-7053<br>Fax:  (713) 207-9233<br>Email:  mark.schroeder@centerpointenergy.com | Trade | Unliquidated | $3,433,868 |
| 13 | ASHER MEDIA INC<br>Attn:  Kalyn Asher - President<br>Addr:  15303 Dallas Parkway, Suite 1300<br>Addison, TX 75001<br>USA<br>Phone:  (214) 580-8750<br>Fax:  (972) 732-1161<br>Email:  kalyn@ashermedia.com | Trade | Unliquidated | $3,292,625 |
| 14 | MINE SERVICE LTD<br>Attn:  Keith Debault - President<br>Addr:  855 E US Highway 79<br>Rockdale, TX 76567<br>USA<br>Phone:  (512) 446-7011<br>Fax:  (512) 446-7195<br>Email:  keithdebault@msirockdale.com | Trade | Unliquidated | $2,703,008 |
| 15 | COURTNEY CONSTRUCTION INC<br>Attn:  Karlos Courtney - Owner<br>Addr:  2617 US Hwy 79N<br>Carthage, TX 75633<br>USA<br>Phone:  (903) 694-2911<br>Fax:  (903) 694-2921<br>Email:  karloscourtney@courtneyconstruction.com | Trade | Unliquidated | $2,640,695 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 16 | SIEMENS POWER GENERATION INC<br>Attn:    Christopher Ranck - Vice President<br>            and General Counsel<br>Addr:    4400 N Alafaya Trl<br>            Orlando, FL  32826<br>            USA<br>Phone:   (407) 333-2476<br>Fax:     (972) 550-2101<br>Email:   chris.ranck@siemens.com | Trade | Unliquidated | $2,487,807 |
| 17 | BRAKE SUPPLY CO INC<br>Attn:    David Koch - CEO & President<br>            5501 Foundation Blvd<br>            Evansville, IN  47725<br>            USA<br>Phone:   (812) 467-1000<br>Fax:     (812) 429-9425<br>Email:   sales@brake.com | Trade | Unliquidated | $2,450,000 |
| 18 | HYDROCARBON EXCHANGE CORP.<br>Attn:    R Scott Hopkins - President<br>Addr:    5910 N. Central Expy.<br>            STE 1380<br>            Dallas, TX  75206<br>            USA<br>Phone:   (214) 987-0257<br>Fax:     (214) 987-0670<br>Email:   msavage@hydrocarbonexchange.com | Trade | Unliquidated | $2,370,303 |
| 19 | SECURITAS SECURITY SERVICES USA<br>Attn:    Sonia Jasman - President<br>            2 Campus Drive<br>            Parsippany, NJ  07054-4400<br>            USA<br>Phone:   (973) 267-5300<br>Fax:     (973)-397-2491<br>Email:   contact@securitasinc.com | Trade | Unliquidated | $2,274,827 |
| 20 | TRANSACTEL INC<br>Attn:    Guillermo Montano - Chief<br>            Executive Officer<br>Addr:    18 Calle 25-85 Z.10<br>            Torre Transactel Pradera<br>            Guatemala City,<br>            Guatemala<br>Phone:   011 502 2223-0000<br>Fax:     011 502 2223 0004<br>Email:   gmontano@transactel.net | Trade | Unliquidated | $2,191,210 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 21 | MERICO ABATEMENT CONTRACTORS INC<br>Attn:   Mike Merritt - President<br>Addr:   201 Estes Dr<br>         Longview, TX  75602-6100<br>         USA<br>Phone:  (903) 757-2656<br>Fax:    (903) 757-8864<br>Email:  Mike@Merritt.net | Trade | Unliquidated | $2,016,224 |
| 22 | ALCOA<br>Attn:   Max W. Laun - Vice President and<br>         General Counsel<br>Addr:   201 Isabella Street<br>         Pittsburgh, PA  152195858<br>         USA<br>Phone:  (412) 553-4569<br>Fax:    (412) 553-4064<br>Email:  max.laun@alcoa.com | Trade | Unliquidated, Disputed, Subject to setoff | $1,793,501 |
| 23 | AUTOMATIC SYSTEMS INC<br>Attn:   Michael Hoehn - President<br>         9230 East 47th Street<br>         Kansas City, MO  64133<br>         USA<br>Phone:  (816) 356-0660<br>Fax:    (816) 356-5730<br>Email:  michael.hoehn@asi.com | Trade | Unliquidated | $1,724,583 |
| 24 | RANGER EXCAVATING LP<br>Attn:   Jack Carmody - President<br>Addr:   5222 Thunder Creek Road<br>         Austin, TX  78759<br>         USA<br>Phone:  (512) 343-9613<br>Fax:    (512) 343-9618<br>Email:  jack.carmody@rangerexcavating.com | Trade | Unliquidated | $1,630,396 |
| 25 | GRAINGER<br>Attn:   John L. Howard - General Counsel<br>Addr:   100 Grainger Pkwy<br>         Lake Forest, IL  60045<br>         USA<br>Phone:  (847) 535-1000<br>Fax:    (847) 535-0878<br>Email:  john.howard@grainger.com | Trade | Unliquidated | $1,618,371 |
| 26 | WARFAB<br>Attn:   Malcolm Clevenstine - President<br>         and CEO<br>Addr:   607 Fisher Rd<br>         Longview, TX  75604<br>         USA<br>Phone:  (903) 295-1011<br>Fax:    (903) 295-1982<br>Email:  info@warfabinc.com | Trade | Unliquidated | $1,566,782 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 27 | AMECO INC<br>Attn:    Gary Bernardez - President<br>Addr:    2106 Anderson Road<br>           Greenville, SC  29611<br>           USA<br>Phone:  (864) 295-7800<br>Fax:     (864) 295-7962<br>Email:   gary.bernardez@ameco.com | Trade | Unliquidated | $1,517,134 |
| 28 | CAPGEMINI NORTH AMERICA INC<br>Attn:    Isabelle Roux-Chenu -<br>           International Legal Affairs<br>Addr:    623 Fifth Ave 33rd Floor<br>           New York, NY  10022<br>           USA<br>Phone:  (212) 314-8000<br>Fax:     (212) 314-8001<br>Email:   isabelle.roux-<br>           chenu@capgemini.com | Trade | Unliquidated | $1,481,812 |
| 29 | TEXAS-NEW MEXICO POWER COMPANY<br>Attn:    Patrick Apodaca - Senior Vice<br>           President, General Counsel,<br>           Secretary<br>Addr:    414 Silver Avenue SW<br>           Albuquerque, NM  87102-3289<br>           USA<br>Phone:  (505) 241-2700<br>Fax:     (505) 241-4311<br>Email:   patrick.apodaca@tnmp.com | Trade | Unliquidated | $1,456,189 |
| 30 | GENERATOR & MOTOR SERVICES INC<br>Attn:    President<br>Addr:    601 Braddock Ave<br>           Turtle Creek, PA 15145<br>           USA<br>Phone:  (412) 829-7500<br>Fax:     (412) 829-1692 | Trade | Unliquidated | $1,400,000 |
| 31 | PERFORMANCE CONTRACTING INC<br>Attn:    Chuck William - SVP & General<br>           Counsel<br>Addr:    16400 College Blvd<br>           Lenexa, KS  66219<br>           USA<br>Phone:  (913) 888-8600<br>Fax:     (913) 492-8723<br>Email:   info@pcg.com | Trade | Unliquidated | $1,399,234 |
| 32 | BENCHMARK INDUSTRIAL SERVICES<br>Attn:    Mike Wilcox - Owner<br>Addr:    2100 State Highway 31 E<br>           Kilgore, TX  75662<br>           USA<br>Phone:  (903) 983-2951<br>Fax:     (903) 984-0982<br>Email:   mwilcox@benchmarkisi.com | Trade | Unliquidated | $1,389,644 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 33 | PIERCE CONSTRUCTION INC<br>Attn:  Kenneth Pierce - Owner<br>Addr:  4324 State Hwy 149<br>Beckville, TX  75631<br>USA<br>Phone:  (903) 678-3748<br>Fax:  (903) 678-3896<br>Email:  kenneth@pierceconstructioninc.com | Trade | Unliquidated | $1,357,107 |
| 34 | RYAN PARTNERSHIP (FORMERLY SOLUTIONSET)<br>Attn:  Mary Perry - President<br>Addr:  440 Polaris Parkway<br>Westerville, OH  43082<br>USA<br>Phone:  (614) 844-3973<br>Fax:  (614) 436-6640<br>Email:  mary.perry@ryanpartnership.com | Trade | Unliquidated | $1,305,595 |
| 35 | TEAM EXCAVATING<br>Attn:  Wayne Yost, Owner - President<br>Addr:  815 N Main Street<br>Wrens, GA  30833<br>USA<br>Phone:  (706) 547-6554<br>Fax:  (706) 547-6553<br>Email:  wyost@teamexcavatingco.com | Trade | Unliquidated | $1,266,986 |
| 36 | SITEL LLC<br>Attn:  David Beckman - General Counsel<br>Addr:  3102 West End Avenue<br>Nashville, TN  37203<br>USA<br>Phone:  (615) 301-7100<br>Fax:  (615) 301-7252<br>Email:  david.beckman@sitel.com | Trade | Unliquidated | $1,262,603 |
| 37 | TPUSA<br>Attn:  John Warren May - Chief Legal Officer<br>Addr:  1991 South 4650 West<br>Salt Lake City, UT  84104<br>USA<br>Phone:  (801) 257-5811<br>Fax:  (801) 257-6246<br>Email:  john.may@teleperformance.com | Trade | Unliquidated | $1,236,218 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim² |
|---|---|---|---|---|
| 38 | KANSAS CITY SOUTHERN RAILWAY (KCS)<br>Attn: William Wochner - Chief Legal Officer<br>Addr: 427 West 12th Street<br>Kansas City, MO 64105<br>USA<br>Phone: (816) 983-1303<br>Fax: (816) 783-1501<br>Email: wwochner@kcsouthern.com | Trade | Unliquidated | $1,231,792 |
| 39 | HEADWATERS RESOURCES INC<br>Attn: Harlan M. Hatfield - Vice President, Secretary & General Counsel<br>Addr: 10701 S River Front Parkway Suite 300<br>South Jordan, UT 84095<br>USA<br>Phone: (801) 984-9400<br>Fax: (801) 984-9410<br>Email: hhatfield@headwaters.com | Trade | Unliquidated | $1,215,760 |
| 40 | TRENT WIND FARM L.P.<br>Attn: President or General Counsel -<br>Addr: Trent Wind Farm<br>1423 CR 131<br>Trent, TX 79561<br>USA<br>Phone: (614) 583-7035<br>Fax: (614) 583-1691<br>Email: clmcgarvey@aep.com | Trade | Unliquidated | $1,188,168 |
| 41 | LOWER COLORADO RIVER AUTHORITY<br>Attn: Phil Wilson - General Manager<br>Addr: Transmission Services Corp<br>Austin, TX 78703<br>USA<br>Phone: (512) 473-3200<br>Fax: (512) 578-3520<br>Email: general.manager@lcra.org | Trade | Unliquidated | $1,167,381 |
| 42 | FRISCO CONSTRUCTION SERVICES<br>Attn: Clay Thomas - Chief Executive Officer<br>Addr: 9550 John W. Elliott Drive, Suite 106<br>Frisco, TX 75033<br>USA<br>Phone: (214) 975-0808<br>Fax: (214) 975-0811<br>Email: cthomas@friscocs.com | Trade | Unliquidated | $1,097,597 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 43 | CRANE NUCLEAR INC<br>Attn:    President or General Counsel<br>Addr:    2825 Cobb International Blvd NW<br>            Kennesaw, GA  30152<br>            USA<br>Phone:    (770) 429-4600<br>Fax:       (770) 429.4750<br>Email:    cinfo@cranevs.com | Trade | Unliquidated | $1,062,900 |
| 44 | AEP TEXAS NORTH COMPANY<br>Attn:    Mr. Charles R. Patton - President<br>            and Chief Operating Officer<br>Addr:    1 Riverside Plaza<br>            Columbus, OH  43215-2372<br>            USA<br>Phone:    (614) 716-1000<br>Fax:       (614) 716-1823<br>Email:    Mmiller@apgellc.com | Trade | Unliquidated | $1,032,018 |
| 45 | J & S CONSTRUCTION LLC<br>Attn:    Jeff Grodel - Owner<br>Addr:    10823 N US Highway 75<br>            Buffalo, TX  75831<br>            USA<br>Phone:    (903) 322-4942<br>Fax:       (903) 322-1940 | Trade | Unliquidated | $969,154 |
| 46 | FL SMIDTH AIRTECH INC<br>Attn:    Mark Brancato - General Counsel<br>Addr:    Cement Projects Americas<br>            2040 Avenue C<br>            Bethlehem, PA  18017<br>            USA<br>Phone:    (610) 264-6011<br>Fax:       (610) 264-6170<br>Email:    Mark.Brancato@flsmidth.com | Trade | Unliquidated | $945,329 |
| 47 | NORTHEAST TEXAS POWER LTD<br>Attn:    David Petty - President<br>Addr:    3163 Fm 499<br>            Cumby, TX  75433<br>            USA<br>Phone:    (903) 994-4200<br>Fax:       (903) 994-2747<br>Email:    petty@northeasttexaspower.com | Trade | Unliquidated | $853,744 |
| 48 | TAGGART GLOBAL LLC<br>Attn:    John Luke - General Counsel & Corp.<br>            Secretary<br>Addr:    c/o Forge Group Ltd<br>            4000 Town Center Boulevard<br>            Canonsburg, PA  15317<br>            USA<br>Phone:    (724) 754-9800<br>Fax:       (724) 754-9801<br>Email:    Info@forgegroup.com | Trade | Unliquidated | $828,978 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[1] |
|---|---|---|---|---|
| 49 | DATA SYSTEMS & SOLUTIONS LLC (ROLLS ROYCE)<br>Attn:    Miles Cowdry - President<br>          Rolls-Royce Civil Nuclear<br>Addr:    994-A Explorer Blvd<br>          Huntsville, AL  35806<br>          USA<br>Phone:    (800) 632-5126<br>Fax:      (317) 230-4699<br>Email:    Miles.Cowdry@rolls-royce.com | Trade | Unliquidated | $822,000 |
| 50 | PENSION BENEFIT GUARANTY CORPORATION<br>Attn:    Israel Goldowitz - Office Of The<br>          Chief Counsel<br>Addr:    1200 K Street, NW<br>          Washington, DC  20005-4026<br>          USA<br>Phone:    (202) 326-4020<br>Fax:      (202) 326-4112<br>Email:    Goldowitz.Israel@pbgc.gov | Pension | Contingent, Unliquidated | Unknown |