## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE
## DELAWARE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | **CASE NO.  14-10979** |
| **ENERGY FUTURE HOLDINGS CORP.** | § | |
| | § | |
| | § | |
| DEBTOR | § | **CHAPTER  11** |
| | § | |

## NOTICE OF  REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE  TAKE  NOTICE  that  the  undersigned  hereby  enters  a  request  for  notice  on behalf of

| | | |
|---|---|---|
| **Walnut Springs ISD** | **Franklin ISD** | **Robertson County** |
| **Lee County** | **McLennan County** | **Falls County** |
| **Round Rock ISD** | **Nueces County** | **Limestone County** |

secured creditor(s) in the above-referenced proceeding.  The undersigned hereby requests

notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings,

proposed  orders,  confirmed  copies  of  orders,  any  proposed  disclosure  statement  or  plan  of

reorganization that has been filed with the court, any additional documents or instruments filed in

the above-referenced proceeding and any other matter in which notice is required pursuant to 11

U.S.C   109(b), Bankruptcy Rule 2002(a) and (b), and 9013 of the Federal Rules of Bankruptcy

Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: */s/ Diane Wade Sanders*
    DIANE WADE SANDERS
    State Bar No. 16415500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or mailed by first class mail to the parties listed below on this 9th day of May, 2014.

Richard M. Cieri
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022-4611

**ATTORNEY FOR DEBTOR**

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE  19899-0035

**TRUSTEE**

*/s/ Diane Wade Sanders*
Diane Wade Sanders