## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JAMIE R. WELTON

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Jamie R. Welton, Esq., of Lackey Hershman, LLP to represent The Richards Group, Inc., in the above-captioned proceeding.

Dated: May 9, 2014            */s/Daniel K. Hogan*
                              Daniel K. Hogan (#2814)
                              THE HOGAN FIRM
                              1311 Delaware Avenue
                              Wilmington, DE 19806
                              Telephone: (302) 656-7540
                              Facsimile: (302) 656-7599
                              dkhogan@dkhogan.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | |
| *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of May, 2014, the Motion and Order for Admission Pro Hac Vice of Jamie R. Welton, Esquire, of Lackey Hershman, LLP, to represent The Richards Group, Inc., was served via CM/ECF upon all other parties registered for electronic service in the United States Bankruptcy Court, District of Delaware.

*/s/ Daniel K. Hogan*
Daniel K. Hogan (#2814)