# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | |
| *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No.** _____ |

## ORDER GRANTING ADMISSION PRO HAC VICE OF JAMIE R. WELTON

**IT IS HEREBY ORDERED** counsel's motion for Jamie R. Welton's admission pro hac vice is GRANTED.


Dated: _____

                                                           Honorable Christopher S. Sontchi
                                                           United States Bankruptcy Judge