**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS PURSUANT TO FED. R. BANKR. P. 2002**

PLEASE TAKE NOTICE that Thermo Fisher Scientific Inc. and its affiliates and subsidiaries ("Thermo Fisher") hereby appears in the above-captioned cases by its counsel Tucker Arensberg, P.C. ("Tucker") and Pinckney, Weidinger, Urban & Joyce LLC ("PWUJ"). Tucker and PWUJ hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that the undersigned be added to the official mailing matrix and service lists in these cases. Tucker and PWUJ request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, section 1109(b) of the Bankruptcy Code, and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that copies of all notices and pleadings given or required to be given and all papers served or required to be served in these cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given to and served upon Thermo Fisher through service upon Tucker and PWUJ, at the addresses, telephone numbers, facsimile numbers and email addresses set forth below:

| | |
|---|---|
| Jordan S. Blask, Esq.<br>Lara E. Shipkovitz, Esq.<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>(412) 566-1212 (Telephone)<br>(412) 594-5619 (Facsimile)<br>jblask@tuckerlaw.com<br>lshipkovitz@tuckerlaw.com | Kevin M. Capuzzi, Esq.<br>Pinckney, Weidinger, Urban & Joyce LLC<br>1220 North Market Street, Suite 950<br>Wilmington, Delaware 19801<br>(302) 504-1497 (Telephone)<br>(302) 655-5213 (Facsimile)<br>kcapuzzi@pwujlaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, facsimile, telecopier or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that this *Notice of Appearance and Request for Service of Papers Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any substantive or procedural rights of Thermo Fisher including, without limitation, to:

(i)    require that where any adversary proceeding is to be initiated against Thermo Fisher in these or any related cases or where any proceeding is to be initiated by complaint against Thermo Fisher under applicable non-bankruptcy law, service shall be made on Thermo Fisher in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes;

    (ii)    have final orders in non-core matters entered only after *de novo* review by a higher court;

    (iii)    trial by jury in any proceeding or matter in this case, or any case, controversy or proceeding related to this case, whether or not the same be designated legal or private rights, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2);

    (iv)    have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or

    (v)    any other rights, claims, actions, defenses, setoffs or recoupments to which Thermo Fisher is or may be entitled in law or at equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs or recoupments are expressly reserved and preserved by Thermo Fisher without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: May 9, 2014　　　　　　　　　　PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
       Wilmington, Delaware

                                               **/s/ Kevin M. Capuzzi**
                                          Kevin M. Capuzzi (No. 5462)
                                          1220 North Market Street, Suite 950
                                          Wilmington, Delaware 19801
                                          (302) 504-1497 (Telephone)
                                          (302) 655-5213 (Facsimile)
                                          kcapuzzi@pwujlaw.com

                                          and

TUCKER ARENSBERG, P.C.
Jordan S. Blask, Esq.
Lara E. Shipkovitz, Esq.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212 (Telephone)
(412) 594-5619 (Facsimile)
jblask@tuckerlaw.com
lshipkovitz@tuckerlaw.com

*Attorneys for Thermo Fisher*

4