# **CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, certify that on May 9, 2014, I caused a copy of the attached *Notice of Appearance and Request for Service of Papers Pursuant to Fed. R. Bankr. P. 2002* to be served upon the parties listed below via first-class mail, postage prepaid:

Energy Future Holdings Corp.
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

James H.M. Sprayregen, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

Mark D. Collins, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519


                                              **/s/ Kevin M. Capuzzi**
                                            Kevin M. Capuzzi (No. 5462)