IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF INITIATION OF OPT-IN PERIOD
FOR PROPOSED EFIH SECOND LIEN SETTLEMENT**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their petitions for relief under chapter 11 of Title 11 of the United States Code on April 29, 2014 (the "Petition Date"), in the United States Bankruptcy Court for the District of Delaware.  On the Petition Date, the Debtors filed the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp.,* et al.*, in Support of First Day Motions* [Docket No. 98] (the "First Day Declaration").  These chapter 11 cases are being jointly administered pursuant to the *Interim Order Directing Joint Administration of the Debtors' Chapter 11 Cases*, entered May 1, 2014 [Docket No. 287].  The Bankruptcy Court held hearings on the Debtors' first-day motions on May 1 and 2, 2014 (the "First Day Hearings").  The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") has scheduled a meeting regarding the formation of an Official Committee of Unsecured Creditors

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(the "Creditors' Committee") for May 12, 2014. The Bankruptcy Court has scheduled a subsequent hearing in these chapter 11 cases for June 5, 2014, at 9:30 a.m. prevailing Eastern Time (the "Second Day Hearing").

**PLEASE TAKE NOTICE THAT** on the Petition Date, the Debtors filed that certain Restructuring Support and Lock-Up Agreement, dated as of April 29, 2014, as Exhibit D to the First Day Declaration (as amended from time to time, including the Restructuring Term Sheet and all other schedules and exhibits thereto, collectively, the "Restructuring Support Agreement").[2] Under the Restructuring Support Agreement, Holders of EFIH Second Lien Notes that are party to the proposed EFIH Second Lien Settlement will receive cash in exchange for, among other things, their EFIH Second Lien Notes and the release of any claims on account of the EFIH Second Lien Notes, including any asserted makewhole or other premium.[3]

**PLEASE TAKE NOTICE THAT, AS STATED IN THE RESTRUCTURING SUPPORT AGREEMENT, AND AS DISCUSSED AT THE FIRST DAY HEARINGS, THE COMPROMISE OF THE EFIH SECOND LIEN NOTE CLAIMS IS SUBJECT TO BANKRUPTCY COURT APPROVAL, AND WILL NOT BE CONSUMMATED UNLESS AND UNTIL THE BANKRUPTCY COURT PROVIDES SUCH AUTHORIZATION. THE COMPROMISE OF THE EFIH SECOND LIEN NOTE CLAIMS IS ALSO CONDITIONED ON CONSUMMATION OF THE EFIH SECOND LIEN DIP FINANCING, WHICH IS SUBJECT TO BANKRUPTCY COURT APPROVAL, AND**

---

[2] Capitalized terms used but not defined in this Notice shall have the meanings set forth in the Restructuring Support Agreement.

[3] On May 7, 2014, the Debtors filed the *Notice of Initiation of Opt-In Period for Proposed EFIH First Lien Settlement* [Docket No. 363].

**WILL NOT BE CONSUMMATED UNLESS AND UNTIL THE BANKRUPTCY COURT PROVIDES SUCH AUTHORIZATION.**[4]

**PLEASE TAKE NOTICE THAT** on May 9, 2014 (the "Initiation Date"), the Debtors will open the proposed EFIH Second Lien Settlement for participation by any Holder of EFIH Second Lien Notes on the terms, and for the time period (the "Settlement Opt-In Period"), set forth in the Offer to Purchase for Cash Any and All Outstanding EFIH Second Lien Notes, attached hereto as **Exhibit A** (including the accompanying Letter of Transmittal and related instruction letters and forms, the "Offer Memorandum"). Also set forth in the below Appendix to this Notice is a high-level summary of the proposed EFIH Second Lien Settlement economic terms embodied in the Offer Memorandum.

**PLEASE TAKE NOTICE THAT** on the Initiation Date, the Debtors are distributing the Offer Memorandum and related materials directly to the Holders. The Debtors are further filing this Notice, Appendix, and **Exhibit A** to provide full details and disclosure to the Bankruptcy Court, the U.S. Trustee, the forthcoming Creditors' Committee, and all parties in interest of the Debtors' efforts related to the Settlement Opt-In Period.

**PLEASE TAKE NOTICE THAT** the Settlement Opt-In Period is currently scheduled to conclude at 11:59 p.m. prevailing Eastern Time, on June 6, 2014—but in no event will it end before these matters are brought before the Bankruptcy Court at the Second Day Hearing.

**PLEASE TAKE NOTICE THAT NEITHER THE OFFER MEMORANDUM NOR THE SETTLEMENT OPT-IN PERIOD SHALL CONSTITUTE A SOLICITATION OF**

---

[4] Also as explained at the First Day Hearings, the Debtors will soon file, consistent with applicable notice requirements to be heard at the Second Day Hearing, the pleadings seeking Bankruptcy Court approval of the EFIH Second Lien Settlement. In addition, consummation of the EFIH Second Lien Settlement will be subject to other customary conditions as described in the Offer Memorandum (as defined herein).

3

**VOTES WITH RESPECT TO A PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE.  THE DEBTORS INTEND THAT THE SETTLEMENT OPT-IN PERIOD WILL BE CONDUCTED IN ACCORDANCE WITH ALL APPLICABLE SECURITIES LAWS.**

**PLEASE TAKE NOTICE THAT** the Offer Memorandum and any other document filed in these chapter 11 cases are available free of charge by accessing the website of Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.  Additional copies of the Offer Memorandum and related documents are available (a) by writing to Epiq Bankruptcy Solutions, LLC, by first class mail, hand delivery, or overnight mail at EFIH Second Lien Opt-In Processing, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; (b) by emailing tabulation@epiqsystems.com (referencing "EFIH Second Lien Opt-In" in the subject line); or (c) calling Epiq Bankruptcy Solutions, LLC at 646-282-2500 and requesting the Opt-In Group.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.deb.uscourts.gov/ in accordance with the procedures and fees set forth therein.  Please be advised that Epiq Bankruptcy Solutions, LLC is not permitted to provide legal advice.

[*Remainder of page intentionally left blank*]

Wilmington, Delaware
Dated:  May 9, 2014                             */s/ William A. Romanowicz*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com
                    romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           richard.cieri@kirkland.com
                    edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

## APPENDIX

### Summary of Proposed EFIH Second Lien Settlement Economic Terms[1]

| | |
|---|---|
| **Two Phases of Settlement Opt-In Period** | The Settlement Opt-In Period will proceed in two consecutive phases, a primary opt-in period and a secondary opt-in period. |
| **Primary Opt-In Period** | The primary opt-in period will begin on May 9, 2014 and conclude at 5:00 p.m. prevailing Eastern Time on May 23, 2014—unless otherwise extended by the Debtors (upon notice to the Bankruptcy Court, the U.S. Trustee, the Creditors' Committee, and all other parties in interest). |
| **Secondary Opt-In Period** | The secondary opt-in period is scheduled to begin at 5:01 p.m. prevailing Eastern Time on May 23, 2014 and conclude at 11:59 p.m. prevailing Eastern Time on June 6, 2014—unless otherwise extended by the Debtors (upon notice to the Bankruptcy Court, the U.S. Trustee, the Creditors' Committee, and all other parties in interest). |
| **Consideration During Primary Opt-In Period** | During the primary opt-in period, (a) tendering Holders of EFIH Second Lien 2021 Notes, which bear an 11.00% interest rate, will receive $1,123.22 per $1,000 of principal amount tendered and (b) tendering Holders of EFIH Second Lien 2022 Notes, which bear an 11.75% interest rate, will receive $1,166.22 per $1,000 of principal amount tendered. |
| **Consideration During Secondary Opt-In Period** | During the secondary opt-in period, (a) tendering Holders of EFIH Second Lien 2021 Notes will receive $1,073.22 per $1,000 of principal amount tendered and (b) tendering Holders of EFIH Second Lien 2022 Notes will receive $1,116.22 per $1,000 of principal amount tendered. |
| **Consideration** | For each day after June 11, 2014, until the EFIH Second Lien Settlement is consummated, such consideration will reduce by $0.14 in each case. Tendering Holders will, in addition to the foregoing consideration, receive unpaid interest (including any applicable additional interest payable under registration rights agreements) accrued through consummation of the settlement at the contract non-default rate on their tendered EFIH Second Lien Notes. |
| **Eligibility** | All Holders of EFIH Second Lien Notes are eligible to participate in the proposed EFIH Second Lien Settlement. |
| **Bankruptcy Court Approval** | The compromise of the EFIH Second Lien Note Claims is subject to Bankruptcy Court approval, and will not be consummated unless and until the Bankruptcy Court provides such authorization. The compromise of the EFIH Second Lien Note Claims is also conditioned on consummation of the EFIH Second Lien DIP Financing, which is subject to Bankruptcy Court approval, and will not be consummated unless and until the Bankruptcy Court provides such authorization. |

---

[1] Capitalized terms used but not defined in this Appendix shall have the meanings set forth in the Notice. The summary in this Appendix is for reference purposes only. In the event of any conflict, the terms of the proposed EFIH Second Lien Settlement as set forth in the Offer Memorandum shall govern.