# UNITED STATES BANKRUPTCY COURT
## District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

David D. Bird
*Clerk of Court*

*To: Daniel J. DeFranceschi*
*Richards, Layton & Finger*
*One Rodney Square, P.O. Box 551*
*Wilmington, DE 19899*

*Mark D. Collins*
*Richards, Layton & Finger, P.A.*
*One Rodney Square*
*920 North King Street*
*Wilmington, DE 19801*

**RE:** *Energy Future Holdings Corp., et al 14−10979 CSS*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **Wednesday, June 4, 2014** at **1:00 PM**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov. Should you want to make changes to this notice, you must contact David D. Bird, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before May 15, 2014 and file the Notice and Certificate of Service with the Court no later than May 22, 2014.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 5/7/14

David D. Bird, *Clerk of Court*

(VAN–472)

United States Bankruptcy Court
District of Delaware

In re:                                                                                                         Case No. 14-10979-CSS
Energy Future Holdings Corp.                                                                 Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1            User: JudyF              Page 1 of 7                Date Rcvd: May 07, 2014
                                 Form ID: van472         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2014.
aty        +Andrea B. Schwartz,   US Dept. Of Justice Office,   201 Varick Street,   Rm. 1006,
              New York, NY 10014-9449
aty        +David R. Dempsey,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
              Washington, DC 20005-5793
aty        +Richard M. Cieri,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty        +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2014                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2014 at the address(es) listed below:
              Adam G. Landis     on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com,
               adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis     on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com,
               adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Andrew Glenn Devore     on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee andrew.devore@ropesgray.com
              Arlene Rene Alves     on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
              Ashley F. Bartram     on behalf of Interested Party    Railroad Commission of Texas
               ashley.bartram@texasattorneygeneral.gov
              Ashley F. Bartram     on behalf of Interested Party    Texas Commission on Environmental Quality
               ashley.bartram@texasattorneygeneral.gov
              Ashley F. Bartram     on behalf of Interested Party    Public Utility Commission of Texas
               ashley.bartram@texasattorneygeneral.gov
              Benjamin Stewart     on behalf of Creditor    Pinnacle Technical Resources, Inc.
               bstewart@baileybrauer.com
              Brian Schartz     on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
               bschartz@kirkland.com;robert.gilmore@kirkland.com;savaria.harris@kirkland.com
              Brian S. Hermann     on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
               jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com;aehrlich@paulweiss.com
              Chad J. Husnick     on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
              Christopher L. Carter     on behalf of Creditor    Pacific Investment Management Co. LLC
               christopher.carter@bingham.com,    julia.frost-davies@bingham.com;jeffrey.sabin@bingham.com
              Christopher M Hayes     on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
               chayes@mnat.com,    aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
              D. Ross Martin     on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee rmartin@ropesgray.com
              Daniel J. DeFranceschi     on behalf of Debtor    Texas Utilities Electric Company, Inc.
               RBGroup@rlf.com
              Daniel J. DeFranceschi     on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
               defranceschi@rlf.com,    RBGroup@rlf.com
              Daniel J. DeFranceschi     on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
               RBGroup@rlf.com
              Daniel J. DeFranceschi     on behalf of Debtor    Luminant Renewables Company LLC
               defranceschi@rlf.com,    RBGroup@rlf.com
              Daniel J. DeFranceschi     on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi     on behalf of Debtor    TXU Energy Solutions Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi     on behalf of Debtor    Big Brown 3 Power Company LLC RBGroup@rlf.com

```
District/off: 0311-1              User: JudyF                  Page 2 of 7                  Date Rcvd: May 07, 2014
                                  Form ID: van472              Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Daniel J. DeFranceschi      on behalf of Debtor      EFH Finance (No. 2) Holdings Company
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Luminant Holding Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      TCEH Finance, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Brighten Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      TXU Energy Receivables Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Valley Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Luminant Mineral Development Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      DeCordova Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Lone Star Pipeline Company, Inc.
           defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Big Brown Lignite Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Southwestern Electric Service Company, Inc.
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Energy Future Competitive Holdings Company LLC
           defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Luminant ET Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Energy Future Holdings Corp. defranceschi@rlf.com,
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Generation SVC Company defranceschi@rlf.com,
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      LSGT SACROC, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Lone Star Energy Company, Inc.
           defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Martin Lake 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Oak Grove Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      TXU Electric Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      4Change Energy Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Texas Energy Industries Company, Inc.
           rbgroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Texas Electric Service Company, Inc.
           rbgroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      EFH Corporate Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Tradinghouse 3 & 4 Power Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Dallas Power & Light Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      NCA Resources Development Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Luminant Big Brown Mining Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Luminant Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Sandow Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Texas Utilities Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Generation MT Company LLC defranceschi@rlf.com,
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      LSGT Gas Company LLC defranceschi@rlf.com,
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Generation Development Company LLC
           defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      TXU SEM Company rbgroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Brighten Energy LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      EFH CG Management Company LLC defranceschi@rlf.com,
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      NCA Development Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      EECI, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      EFH CG Holdings Company LP defranceschi@rlf.com,
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      EFH FS Holdings Company RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Monticello 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Energy Future Intermediate Holding Company LLC
           defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Morgan Creek 7 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Big Brown Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Collin Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      4Change Energy Company RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      EFH Australia (No. 2) Holdings Company
           RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Oak Grove Management Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Lake Creek 3 Power Company LLC
           defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      DeCordova II Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Texas Power & Light Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Oak Grove Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Luminant Energy Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      Eagle Mountain Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi      on behalf of Debtor      EEC Holdings, Inc. RBGroup@rlf.com
```

```
District/off: 0311-1           User: JudyF                Page 3 of 7                Date Rcvd: May 07, 2014
                               Form ID: van472            Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse Power Company LLC rbgroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company RBGroup@rlf.com
         Daniel K. Astin   on behalf of Creditor   Atmos Energy Corporation dastin@ciardilaw.com, jmcmahon@ciardilaw.com
         Daniel K. Astin   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com, jmcmahon@ciardilaw.com
         David Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com, dcunsolo@winston.com
         David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com, wkalawaia@swlaw.com
         Dennis Dunne, Esq.   on behalf of Interested Party   CITIBANK, N.A. ddunne@millbank.com
         Desiree M. Amador   on behalf of Creditor   Pension Benefit Guaranty Corporation amador.desiree@pbgc.gov, efile@pbgc.gov
         Donald K. Ludman   on behalf of Creditor   SAP Industries, Inc. dludman@brownconnery.com
         Edward Michael King   on behalf of Creditor   Sitel, LLC tking@fbtlaw.com, dgioffre@fbtlaw.com
         Edward O. Sassower   on behalf of Debtor   Energy Future Holdings Corp. Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com
         Elizabeth Banda Calvo   on behalf of Creditor   Somervell County et al rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
         Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of Equity Interests in Energy Future Holdings Corp. efay@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
         Erin R Fay   on behalf of Interested Party   Interest Holders efay@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
         Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com, jostrzega@milbank.com;jbrewster@milbank.com
         Gregory Alan Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
         Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc. gweinstein@weinrad.com, mrawson@weinrad.com;khaley@weinrad.com
         Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas hal.morris@texasattorneygeneral.gov
         Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas hal.morris@texasattorneygeneral.gov
         Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality hal.morris@texasattorneygeneral.gov
         Helen Elizabeth Weller   on behalf of Creditor   Tarrant County dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
         Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
         Howard A. Cohen   on behalf of Interested Party   CITIBANK, N.A. howard.cohen@dbr.com
         Jacob A. Adlerstein   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors jadlerstein@paulweiss.com
         Jason A. Starks   on behalf of Creditor   Texas Office of Public Utility Counsel bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
         Jason D. Curry   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com, sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
         Jason M. Madron   on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   Generation SVC Company madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   NCA Resources Development Company LLC madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   Generation Development Company LLC madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   Lone Star Energy Company, Inc. madron@rlf.com, rbgroup@rlf.com
         Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com, rbgroup@rlf.com

```
District/off: 0311-1          User: JudyF                 Page 4 of 7                   Date Rcvd: May 07, 2014
                              Form ID: van472             Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | |
|---|---|---|
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Monticello 4 Power Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | EBASCO SERVICES OF CANADA LIMITED madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Tradinghouse 3 & 4 Power Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | TXU Electric Company, Inc. madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | TXU Energy Receivables Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Oak Grove Management Company LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | TXU SEM Company madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron madron@rlf.com, rbgroup@rlf.com | on behalf of Debtor | Southwestern Electric Service Company, Inc. |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Texas Energy Industries Company, Inc. madron@rlf.com, |
| Jason M. Madron madron@rlf.com, rbgroup@rlf.com | on behalf of Debtor | Texas Competitive Electric Holdings Company LLC |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | EFH CG Holdings Company LP madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | EFH Renewables Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Tradinghouse Power Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Lake Creek 3 Power Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | TXU Energy Retail Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | EFH CG Management Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Oak Grove Power Company LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | Collin Power Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | EEC Holdings, Inc. madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | EFH Corporate Services Company madron@rlf.com, |
| Jason M. Madron madron@rlf.com, rbgroup@rlf.com | on behalf of Debtor | Energy Future Intermediate Holding Company LLC |
| Jason M. Madron madron@rlf.com, rbgroup@rlf.com | on behalf of Debtor | Energy Future Competitive Holdings Company LLC |
| Jason M. Madron | on behalf of Debtor | EECI, Inc. madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Oak Grove Mining Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Big Brown 3 Power Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Luminant Mining Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Dallas Power & Light Company, Inc. madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Eagle Mountain Power Company LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | Brighten Holdings LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Martin Lake 4 Power Company LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | EFIH Finance Inc. madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Luminant Holding Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | 4Change Energy Holdings LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | LSGT Gas Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Luminant Mineral Development Company LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | LSGT SACROC, Inc. madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Lone Star Pipeline Company, Inc. madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Big Brown Lignite Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | NCA Development Company LLC madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | EFH Australia (No. 2) Holdings Company madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | Sandow Power Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | Texas Utilities Electric Company, Inc. madron@rlf.com, |
| Jason M. Madron rbgroup@rlf.com | on behalf of Debtor | DeCordova II Power Company LLC madron@rlf.com, |

```
District/off: 0311-1                    User: JudyF                      Page 5 of 7                     Date Rcvd: May 07, 2014
                                        Form ID: van472                  Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jason M. Madron    on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    4Change Energy Company madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,    rbgroup@rlf.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders jschlerf@foxrothschild.com
          Jeffrey R. Fine    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc. jfine@dykema.com,    jrf5825@gmail.com
          Jeffrey S. Sabin    on behalf of Creditor    Pacific Investment Management Co. LLC jeffrey.sabin@bingham.com
          Jeremy William Ryan    on behalf of Interested Party    Deutsche Bank AG New York Branch jryan@potteranderson.com,    bankruptcy@potteranderson.com
          Joanna Flynn Newdeck    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties jnewdeck@akingump.com,    ddunn@akingump.com
          Joanna Flynn Newdeck    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders jnewdeck@akingump.com,    ddunn@akingump.com
          John A. Harris    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC john.harris@quarles.com, sybil.aytch@quarles.com
          John A. Morris    on behalf of Interested Party    Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
          John D. McLaughlin, Jr.    on behalf of Creditor    Atmos Energy Corporation jmclaughlin@ciardilaw.com,    mflores@ciardilaw.com
          John H. Strock    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders jstrock@foxrothschild.com,    dkemp@foxrothschild.com
          John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts john.stern@texasattorneygeneral.gov,    sherri.simpson@texasattorneygeneral.gov
          John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          John R. Ashmead    on behalf of Interested Party    Wilmington Trust, N.A. ashmead@sewkis.com
          Jon M. Chatalian    on behalf of Creditor    Pension Benefit Guaranty Corporation chatalian.jon@pbgc.gov,    efile@pbgc.gov
          Jonathan L. Howell    on behalf of Creditor    Red Ball Oxygen Company jhowell@mccathernlaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jmcmahon@ciardilaw.com,    mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Atmos Energy Corporation jmcmahon@ciardilaw.com, mflores@ciardilaw.com
          Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com, edaniels@kramerlevin.com;rschmidt@kramerlevin.com
          Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien Objectors jbrody@kramerlevin.com,    edaniels@kramerlevin.com;rschmidt@kramerlevin.com
          Karen Gartenberg    on behalf of Interested Party    CITIBANK, N.A. kgartenberg@milbank.com, efleck@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rkazi@milbank.com;bbice@milbank.com
          Karen C Bifferato    on behalf of Creditor    Pacific Investment Management Co. LLC kbifferato@connollygallagher.com
          Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP. kathleen.murphy@bipc.com,    tammy.rogers@bipc.com
          Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,    eys@skjlaw.com
          Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee keith.wofford@ropesgray.com, keith.wofford@ropesgray.com
          Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc. klippman@munsch.com,    lpannier@munsch.com
          Kristhy M. Peguero    on behalf of Interested Party    Borealis Infrastructure Management Inc. kristhy.peguero@skadden.com, debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
          L. John N. Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders jbird@foxrothschild.com,    spage@foxrothschild.com
          Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com,    khall@foley.com
          Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien Objectors ljones@pszjlaw.com

```
District/off: 0311-1           User: JudyF               Page 6 of 7            Date Rcvd: May 07, 2014
                               Form ID: van472           Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com, efile1@pszyjw.com
        Laurie Selber Silverstein    on behalf of Interested Party    Deutsche Bank AG New York Branch bankruptcy@potteranderson.com
        Lee Harrington    on behalf of Interested Party    American Stock Transfer & Trust Company LLC lharrington@nixonpeabody.com
        Lee B. Gordon    on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions decourts@mvbalaw.com, vickie.covington@mvbalaw.com
        Lindsay Zahradka    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders lzahradka@akingump.com
        Lindsay Zahradka    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties lzahradka@akingump.com
        Marc J. Phillips    on behalf of Creditor    Steering Committee of Cities Served by Oncor mphillips@mgmlaw.com
        Maria A. Bove    on behalf of Interested Party    Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
        Mark Minuti    on behalf of Creditor    Electric Reliability Council of Texas, Inc. mminuti@saul.com, rwarren@saul.com
        Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
        Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com, MBrickley@cozen.com
        Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com, opetukhova@foley.com
        Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
        Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp. mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
        Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
        Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc. mchehi@skadden.com, debank@skadden.com
        Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
        Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
        Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders mbrown@whitecase.com
        Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties mlahaie@akingump.com
        Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders mlahaie@akingump.com
        Michael Schein    on behalf of Creditor    First Union Rail Corporation mschein@vedderprice.com, ecfnydocket@vedderprice.com
        Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A. debaecke@blankrome.com
        Michael David Debaecke    on behalf of Interested Party    Wilmington Trust, N.A. debaecke@blankrome.com
        Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP mbusenkell@gsbblaw.com
        Michael Joseph Joyce    on behalf of Creditor    Certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com, smacdonald@crosslaw.com
        Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District matchley@popehardwicke.com
        Michelle McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien Objectors michelle.mcmahon@bryancave.com, dortiz@bryancave.com
        Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat mblacker@jw.com, tsalter@jw.com
        Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas nicole.mignone@texasattorneygeneral.gove
        Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee npernick@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
        Owen M. Sonik    on behalf of Creditor    Galena Park Independent School District osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
        Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Texas Pipeline LLC pwp@pattiprewittlaw.com
        Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Tejas Pipeline LLC pwp@pattiprewittlaw.com
        Patricia Williams Prewitt    on behalf of Creditor    Targa Gas Marketing LLC pwp@pattiprewittlaw.com
        Pauline K. Morgan    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors bankfilings@ycst.com
        Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts bk-robaldo@texasattorneygeneral.gov

```
District/off: 0311-1          User: JudyF                 Page 7 of 7                  Date Rcvd: May 07, 2014
                              Form ID: van472             Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard G. Mason    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC, Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
          Richard G. Mason    on behalf of Interested Party    Interest Holders rcstrauss@wlrk.com
          Richard L. Schepacarter    on behalf of U.S. Trustee    United States Trustee richard.schepacarter@usdoj.gov
          Robert    Szwajkos    on behalf of Creditor    FLSmidth Inc. rsz@curtinheefner.com
          Robert    Szwajkos    on behalf of Creditor    FLSMIDTH USA INC rsz@curtinheefner.com
          Robert J Myers    on behalf of Interested Party    Property Tax Partners rmyers@myers-hill.com, jfletcher@myers-hill.com
          Robert J. Feinstein    on behalf of Interested Party    Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
          Robert K. Malone    on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com
          Ryan M. Bartley    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors bankfilings@ycst.com
          Scott D. Cousins    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties bankruptcyservice@ccbllp.com,    mccloskey@ccbllp.com;dero@ccbllp.com
          Scott D. Cousins    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders bankruptcyservice@ccbllp.com,    mccloskey@ccbllp.com;dero@ccbllp.com
          Sean A. O'Neal    on behalf of Interested Party    J. Aron & Company soneal@cgsh.com, maofiling@cgsh.com;afee@cgsh.com
          Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
          Stanley B. Tarr    on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com
          Stephanie    Wickouski    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien Objectors stephanie.wickouski@bryancave.com,    dortiz@bryancave.com
          Stephanie    Wickouski    on behalf of Interested Party    Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com, dortiz@bryancave.com
          Stephen C. Stapleton    on behalf of Creditor    Atmos Energy Corporation sstapleton@cowlesthompson.com
          Stephen M. Miller    on behalf of Creditor    Law Debenture Trust Company of New York, in its capacity as Indenture Trustee smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
          Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC skortanek@wcsr.com,    klytle@wcsr.com;hsasso@wcsr.com
          Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Resources Corp. skortanek@wcsr.com,    klytle@wcsr.com;hsasso@wcsr.com
          Thomas J. Moloney    on behalf of Interested Party    J. Aron & Company tmoloney@cgsh.com
          United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
          Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee wusatine@coleschotz.com
          William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP wweintraub@goodwinproctor.com,    zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee wbowden@ashby-geddes.com

                                                                                                                                          TOTAL: 267