# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jordan S. Blask, Esquire, of Tucker Arensberg, P.C., to represent Thermo Fisher Scientific Inc. and its affiliates and subsidiaries in the above-captioned action.

Dated: May 9, 2014  
Wilmington, Delaware

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC

/s/ Kevin M. Capuzzi  
Kevin M. Capuzzi (No. 5462)  
1220 North Market Street, Suite 950  
Wilmington, Delaware 19801  
(302) 504-1497 (Telephone)  
(302) 655-5213 (Facsimile)  
kcapuzzi@pwujlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25 has been paid to the Clerk of Court for District Court.

Dated: 5/9/2014    Signed: _____  
Jordan S. Blask, Esq.  
Tucker Arensberg, P.C.  
1500 One PPG Place  
Pittsburgh, PA 15222  
(412) 566-1212 (Telephone)  
(412) 594-5619 (Facsimile)  
jblask@tuckerlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 5-12-14

_____  
The Honorable Christopher S. Sontchi  
United States Bankruptcy Judge