# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 26 & 319** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                       ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2014, I caused to be served:

    a) the "Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services," dated April 29, 2014 [Docket No. 26],

    b) the "Interim Order Determining Adequate Assurance of Payment for Future Utility Services," dated May 2, 2014 [Docket No. 319], and

    c) a customized version of the "Notice of Final Hearing of Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services," dated May 6, 2014, *relating to Docket No. 26*, a sample of which is annexed hereto as Exhibit A,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                                  Carol Zhang

Sworn to before me this
___ day of May, 2014

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES**

**Commencement of Chapter 11 Cases**.  On April 29, 2014, (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Court has entered orders for relief under the Bankruptcy Code with respect to each of the Debtors listed above.

**The Debtors' Adequate Assurance**.  On the Petition Date, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 26] (the "Motion"). On May 2, 2014, the Bankruptcy Court entered the *Interim Order Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 319] (the "Interim Order," attached hereto).

**You are receiving this notice because the Final Order may affect your rights.  If you have been identified by the Debtors as a Utility Provider, the information listed for the Utility Provider receiving this notice is listed in the table below.**

| UTILITY PROVIDER | ADDRESS | TYPE OF SERVICE |
|---|---|---|
| 1STEL INC | 205 E HENDERSON ST CLEBURNE, TX 76031 | TELEPHONE / INTERNET / CABLE |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

**The final hearing on the relief requested in the Motion shall occur on June 5, 2014 at 9:30 a.m. prevailing Eastern Time.**

**Pursuant to the Interim Order, any objections to the Motion must be <u>filed</u> by May 29, 2014 at 4:00 p.m., prevailing Eastern Time.**

[*Remainder of page intentionally left blank.*]

**Neither the Debtors' counsel nor the Bankruptcy Court Clerk's Office can give you legal advice. You may wish to consult an attorney to protect your rights.**

Wilmington, Delaware
Dated: May 6, 2014

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       richard.cieri@kirkland.com
             edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

3

**EXHIBIT B**

Case 14-10979-CSS   Doc 407   Filed 05/12/14   Page 8 of 18

**Debtor:** ENERGY FUTURE HOLDINGS CORP., et al.,
**Case #:** 14-10979 (CSS)
**Notices mailed by:** May 6, 2014

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Page 1 of 11

| | | |
|---|---|---|
| 1STEL INC<br>205 E HENDERSON ST<br>CLEBURNE, TX  76031 | ABILENE REGIONAL LANDFILL<br>FM 3034, OFF 277<br>ABILENE, TX  79601 | ABILENE REGIONAL LANDFILL<br>PO BOX 844115<br>DALLAS, TX  75284-4115 |
| ABOVENET COMMUNICATIONS INC.<br>ZAYO SALES<br>360 HAMILTON AVENUE, 7TH FLOOR<br>WHITE PLAINS, NY  10601-1811 | ABOVENET COMMUNICATIONS INC.<br>ZAYO SALES<br>PO BOX 785876<br>PHILADELPHIA, PA  19178-5876 | AEP TEXAS CENTRAL COMPANY<br>PRESIDENT AND CHIEF OPERATING OFFICER<br>1 RIVERSIDE PLAZA<br>COLUMBUS, OH  43215-2372 |
| AEP TEXAS NORTH COMPANY<br>PRESIDENT AND CHIEF OPERATING OFFICER<br>1 RIVERSIDE PLAZA<br>COLUMBUS, OH  43215-2372 | ALLIED WASTE SERVICES #058<br>5001 PINE ST<br>ABILENE, TX  79601-1028 | ALLIED WASTE SERVICES #069<br>18500 N ALLIED WAY, STE 100<br>PHOENIX, AZ  85054 |
| ALLIED WASTE SERVICES #069<br>PO BOX 78829<br>PHOENIX, AZ  85062-8829 | ALLIED WASTE SERVICES #794<br>18500 N ALLIED WAY, STE 100<br>PHOENIX, AZ  85054 | ALLIED WASTE SERVICES #794<br>PO BOX 78829<br>PHOENIX, AZ  85062-8829 |
| AMERICAN MESSAGING<br>TERESA CUTLER<br>1720 LAKEPOINTE DRIVE, SUITE 100<br>LEWISVILLE, TX  75057 | AMERICAN MESSAGING<br>TERESA CUTLER<br>PO BOX 5749<br>CAROL STREAM, IL  60197-5749 | AQUA WATER SUPPLY CORPORATION<br>415 OLD AUSTIN HWY, DRAWER P<br>BASTROP, TX  78602 |
| AQUA WATER SUPPLY CORPORATION<br>PO BOX P<br>BASTROP, TX  78602 | AT&T INC<br>208 SOUTH AKARD ST<br>DALLAS, TX  75202 | AT&T INC<br>ONE AT&T WAY<br>BEDMINSTER, NJ  07921-0572 |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.,
Case #: 14-10979 (CSS)
Notices mailed by: May 6, 2014

Case 14-10979-CSS   Doc 407   Filed 05/12/14   Page 9 of 18

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Page 2 of 11

| | | |
|---|---|---|
| AT&T INC<br>PO BOX 5019<br>CAROL STREAM, IL  60197-5019 | AT&T INC<br>PO BOX 5091<br>CAROL STREAM, IL  60197-5091 | AT&T INC<br>PO BOX 5094<br>CAROL STREAM, IL  60197-5094 |
| AT&T INTERNET SERVICES INC<br>208 SOUTH AKARD ST<br>DALLAS, TX  75202 | AT&T INTERNET SERVICES INC<br>PO BOX 910439<br>DALLAS, TX  75391-0439 | AT&T MOBILITY LLC<br>1025 LENOX PARK<br>BOULEVARD NORTHEAST<br>ROOM A325<br>ATLANTA, GA  30319 |
| AT&T MOBILITY<br>AT&T MOBILITY<br>PO BOX 537104<br>ATLANTA, GA  30353-7104 | AT&T MOBILITY<br>AT&T MOBILITY<br>PO BOX 6463<br>CAROL STREAM, IL  60197-6463 | AT&T OPUS BILLING DEPARTMENT<br>10110 BATTLEVIEW PKWY<br>MANASSAS, VA  20109 |
| BCS STOP & GO POTTIES<br>8825 STEWARTS MEADOW<br>COLLEGE STATION, TX  77845 | BCS STOP & GO POTTIES<br>PO BOX 5449<br>BRYAN, TX  77805-5449 | BI-COUNTY WATER SUPPLY CORP<br>TONYA BOLIN<br>4094 FM 2254<br>PITTSBURG, TX  75686 |
| BLUEBONNET ELECTRIC COOP INC<br>ELIZABETH KANA<br>155 ELECTRIC AVE<br>BASTROP, TX  78602 | BLUEBONNET ELECTRIC COOP INC<br>ELIZABETH KANA<br>PO BOX 240<br>GIDDINGS, TX  78942-0240 | BOWIE-CASS ELECTRIC COOPERATIVE<br>117 NORTH ST<br>DOUGLASSVILLE, TX  75560 |
| BOWIE-CASS ELECTRIC COOPERATIVE<br>PO BOX 47<br>DOUGLASSVILLE, TX  75560 | BULLARD INC<br>RICHARD BULLARD<br>2000 W OAK ST<br>PALESTINE, TX  75801 | BULLARD INC<br>RICHARD BULLARD<br>DBA DEPEND-A-CAN CO<br>PO BOX 1518<br>PALESTINE, TX  75802 |

**Debtor:** ENERGY FUTURE HOLDINGS CORP., et al.,
**Case #:** 14-10979 (CSS)

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Page 3 of 11

**Notices mailed by:** May 6, 2014

CACTUS ENVIRONMENTAL SERVICES
4960 SINGLETON BLVD
DALLAS, TX  75212

CELLULAR ONE
BEVERLY TOWNSEND
2401 WEST JEFFERSON STREET
SPRINGFIELD, IL  62702

CELLULAR ONE
BEVERLY TOWNSEND
PO BOX 660890
DALLAS, TX  75266-0890

CELLULAR ONE
CHERYL HENRY
2401 WEST JEFFERSON STREET
SPRINGFIELD, IL  62702

CELLULAR ONE
CHERYL HENRY
PO BOX 2961
PHOENIX, AZ  85062-2961

CELLULAR ONE
CHERYL HENRY
PO BOX 4300
CAROL STREAM, IL  60197-4300

CELLULAR ONE
CLARK FRITZ
2401 WEST JEFFERSON STREET
SPRINGFIELD, IL  62702

CELLULAR ONE
SUE HICKSON
2401 WEST JEFFERSON STREET
SPRINGFIELD, IL  62702

CELLULAR ONE
SUE HICKSON
PO BOX 660890
DALLAS, TX  75266-0890

CENTERPOINT ENERGY SERVICES, INC.
GENERAL COUNSEL
1111 LOUISIANA ST
HOUSTON, TX  77002

CENTURY LINK
CHERYL HENRY
100 CENTURYLINK DR
MONROE, LA  71203

CENTURY LINK
CHERYL HENRY
PO BOX 4300
CAROL STREAM, IL  60197-4300

CENTURY LINK
CLARK FRITZ
100 CENTURYLINK DR
MONROE, LA  71203

CENTURY LINK
CLARK FRITZ
PO BOX 2961
PHOENIX, AZ  85062-2961

CENTURY LINK
PO BOX 52124
PHOENIX, AZ  85072-2124

CITY OF COPPELL
255 PARKWAY BOULEVARD
COPPELL, TX  75019-9478

CITY OF FAIRFIELD
222 S MOUNT
FAIRFIELD, TX  75840

CITY OF GARLAND
2343 FOREST LN
GARLAND, TX  75042

**Debtor:** ENERGY FUTURE HOLDINGS CORP., et al.,
**Case #:** 14-10979 (CSS)
**Notices mailed by:** May 6, 2014

Case 14-10979-CSS   Doc 407   Filed 05/12/14   Page 11 of 18

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Page 4 of 11

CITY OF GARLAND
PO BOX 461508
GARLAND, TX  75046-1508

CITY OF GARLAND
ROBERT ASHCRAFT
2343 FOREST LN
GARLAND, TX  75042

CITY OF GARLAND
ROBERT ASHCRAFT
PO BOX 461808
GARLAND, TX  75046-1808

CITY OF GLEN ROSE
DARLA STEWART
201 NE VERNON ST
GLEN ROSE, TX  76043

CITY OF GLEN ROSE
DARLA STEWART
WATER DEPT
PO BOX 1949
GLEN ROSE, TX  76043

CITY OF GRAHAM WATER DEPT
429 FOURTH STREET
GRAHAM, TX  76450

CITY OF GRAHAM WATER DEPT
PO BOX 1449
GRAHAM, TX  76450

CITY OF GRANBURY MUNICIPAL
CINDY KLINE
1800 WATERS EDGE DRIVE.
GRANBURY, TX  76048

CITY OF GRANBURY MUNICIPAL
CINDY KLINE
PO BOX 969
GRANBURY, TX  76048

CITY OF IRVING
825 W. IRVING BLVD.
IRVING, TX  75060

CITY OF IRVING
PO BOX 152288
IRVING, TX  75015

CITY OF MESQUITE
757 N. GALLOWAY AVE.
MESQUITE, TX  75149

CITY OF MESQUITE
PO BOX 850287
MESQUITE, TX  75185-0287

CITY OF MONAHANS
112 W 2ND ST
MONAHANS, TX  79756

CITY OF SAVOY
CITY HALL
405 E. HAYES STREET
SAVOY, TX  75479

CITY OF SULPHUR SPRINGS
LISA SMITH
WATER DEPT
125 S DAVIS ST
SULPHUR SPRINGS, TX  75482

CITY OF SWEETWATER
KELLI FERGUSON (ADMINISTRATION)
200 E 4TH ST
SWEETWATER, TX  79556

CITY OF TRINIDAD
212 PARK ST.
TRINIDAD, TX  75163

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.,
Case #: 14-10979 (CSS)
Notices mailed by: May 6, 2014

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Page 5 of 11

CITY OF TRINIDAD
WATER DEPT
PO BOX 345
TRINIDAD, TX 75163

CLEAN HARBORS
MICHAEL OLES
42 LONGWATER DRIVE
NORWELL, MA 02061-9149

CLEAN HARBORS
MICHAEL OLES
PO BOX 3442
BOSTON, MA 02241-3442

COLORADO RIVER MUNICIPAL WATER DISTRICT
400 E. 24TH STREET
BIG SPRING, TX 79720

COLORADO RIVER MUNICIPAL WATER DISTRICT
ARLENE WHITE (BILLING DEPT)
PO BOX 869
BIG SPRING, TX 79721

COMMERCIAL METALS COMPANY
6565 N. MACARTHUR BLVD.
SUITE 800
IRVING, TX 75039

CONSOLIDATED COMMUNICATIONS
121 SOUTH 17TH STREET
MATTOON, IL 61938

CONSOLIDATED COMMUNICATIONS
PO BOX 66523
ST LOUIS, MO 63166-6523

CRIMS CHAPEL WATER SUPPLY CORP
1917 E MAIN STREET
HENDERSON, TX 75652

CRIMS CHAPEL WATER SUPPLY CORP
PO BOX 45
HENDERSON, TX 75653

DALLAS WATER UTILITIES
DENISE WALLACE
1500 MARILLA STE 1 AN
DALLAS, TX 75277

DIRECT ENERGY BUSINESS
1001 LIBERTY AVENUE SUITE 1200
PITTSBURGH, PA 15222

DIRECT ENERGY BUSINESS
PO BOX 660749
DALLAS, TX 75266

DISH NETWORK
9601 S. MERIDIAN BLVD.
ENGLEWOOD, CO 80112

DISH
DEPT 0063
PALATINE, IL 60055

DUNCAN DISPOSAL
8820 W HWY 80
MIDLAND, TX 79706

DUNCAN DISPOSAL
PO BOX 78829
8820 W HWY 80 MIDLAND, TX 79706
PHOENIX, AZ 85062-8829

EASTEX TELEPHONE
3675 US HWY 79 S
HENDERSON, TX 75654

Case 14-10979-CSS   Doc 407   Filed 05/12/14   Page 13 of 18

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.,**
Case #: **14-10979 (CSS)**
Notices mailed by: May 6, 2014

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Page 6 of 11

EASTEX TELEPHONE
PO BOX 150
HENDERSON, TX  75653

EASTEX TELEPHONE
STEVE ALEXANDER
3675 US HWY 79 S
HENDERSON, TX  75654

EFFECTIVE ENVIRONMENTAL INC
LAURIE MACDONALD
2515 SOUTH BELTLINE ROAD
MESQUITE, TX  75181-2015

EOL WATER SUPPLY CORP.
9226 ELK RD
AXTELL, TX  76624

ERCOT
TISA WILKINS
7620 METRO CENTER DRIVE
AUSTIN, TX  78744

FAIRPLAY WATER SUPPLY CORP
227 COUNTY ROAD 212
BECKVILLE, TX  75631

FAIRPLAY WATER SUPPLY CORP
PO BOX 603
227 COUNTY ROAD 212
BECKVILLE, TX  75631

FCC ENVIRONMENTAL LLC
RANDI VINES
523 NORTH SAM HOUSTON PKWY E #400
HOUSTON, TX  77060

FCC ENVIRONMENTAL LLC
RANDI VINES
PO BOX 674156
DALLAS, TX  75267-4156

FORT WORTH WATER DEPARTMENT
908 MONROE STREET
FORT WORTH, TX  76161-0003

FORT WORTH WATER DEPARTMENT
PO BOX 961003
FORT WORTH, TX  76161-0003

GLM INC
17300 PRESTON RD SUITE 300
DALLAS, TX  75252

GLOWPOINT INC
5740 RALSTON STREET
SUITE 304
VENTURA, CA  93003

GLOWPOINT INC
PO BOX 8288
PASADENA, CA  91109-8288

H & H WATER SUPPLY CORP
192 OLD HALLSBURD RD
RIESEL, TX  76682

INTER-COUNTY COMMUNICATIONS INC
BERT MORRIS
222 LINDA DR.
SULPHUR SPRINGS, TX  75482

INTER-COUNTY COMMUNICATIONS INC
PO BOX 650308
DALLAS, TX  75265-0308

INTER-COUNTY COMMUNICATIONS INC
PO BOX 896
SULPHUR SPRINGS, TX  75483

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.,
Case #: 14-10979 (CSS)
Notices mailed by: May 6, 2014

Case 14-10979-CSS    Doc 407    Filed 05/12/14    Page 14 of 18

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS
CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING
ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Page 7 of 11

ITASCA LANDFILL
NICOLE PAYNE
2559 FM 66
ITASCA, TX  76055

ITASCA LANDFILL
NICOLE PAYNE
PO BOX 841615
DALLAS, TX  75284-1615

LEVEL 3 COMMUNICATIONS LLC
GENERAL MANAGER CHRIS CONLEY
1025 ELDORADO BOULEVARD
BROOMFIELD, CO  80021

LEVEL 3 COMMUNICATIONS LLC
GENERAL MANAGER CHRIS CONLEY
PO BOX 910182
DENVER, CO  80291-0182

LOWER COLORADO RIVER AUTHORITY
LORI ANN EAVES
3700 LAKE AUSTIN BLVD.
AUSTIN, TX  78703

LOWER COLORADO RIVER AUTHORITY
LORI ANN EAVES
PO BOX 301142
DALLAS, TX  75303-1142

LUBBOCK ELECTRIC CO INC
1108 - 34TH STREET
LUBBOCK, TX  79411

MEXIA LANDFILL
NICOLE PAYNE
3048 COUNTY ROAD 460
MEXIA, TX  76667

MEXIA LANDFILL
NICOLE PAYNE
PO BOX 841615
DALLAS, TX  75284

MID EAST TEXAS GROUNDWATER
CONSERVATION
101 W MAIN
SUITE 115
MADISONVILLE, TX  77864

MID EAST TEXAS GROUNDWATER
CONSERVATION
PO BOX 447
MADISONVILLE, TX  77864

MIDSTATE ENVIRONMENTAL SERVICES
(OR MIDSTATE ENVIRONMENTAL UNITED)
RANDY MOORE
2203 TOWER
ROBSTOWN, TX  78380

MIDSTATE ENVIRONMENTAL SERVICES
(OR MIDSTATE ENVIRONMENTAL UNITED)
RANDY MOORE
PO BOX 310382
DES MOINES, IA  50331

MITCHELL COUNTY UTILITY COMPANY
MIKE HEMPHILL
5353 LAKE COUNTY RD 256
COLORADO CITY, TX  79512

NAVARRO CO ELECTRIC COOP INC
3800 TEXAS 22
CORSICANA, TX  75110

NAVARRO CO ELECTRIC COOP INC
PO BOX 650299
DALLAS, TX  75265-0299

NAVASOTA VALLEY ELECTRIC COOPERATIVE
TERI JOHNSON
PO BOX 848
FRANKLIN, TX  77856

NAVASOTA VALLEY ELECTRIC
TERI JOHNSON
2281 E. US HWY 79
FRANKLIN, TX  77856

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.,**
Case #: 14-10979 (CSS)
Notices mailed by: May 6, 2014

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Case 14-10979-CSS   Doc 407   Filed 05/12/14   Page 15 of 18

Page 8 of 11

| | | |
|---|---|---|
| NEW PROSPECT WATER SUPPLY CORP<br>2937 STATE HIGHWAY 43 E<br>HENDERSON, TX 75652 | NUECES ELECTRIC COOPERATIVE, INC.<br>709 E MAIN AVE<br>ROBSTOWN, TX 78380 | NUECES ELECTRIC COOPERATIVE, INC.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>14353 COOPERATIVE AVE<br>CORPUS CHRISTI, TX 78380 |
| ONCOR ELECTRIC DELIVERY COMPANY<br>1616 WOODALL ROGERS FREEWAY, 7TH FLOOR<br>DALLAS, TX 75202 | PINEHILL LANDFILL<br>NICOLE PAYNE<br>INTERSTATE 20<br>KILGORE, TX 75662 | PINEHILL LANDFILL<br>NICOLE PAYNE<br>PO BOX 841893<br>DALLAS, TX 75284 |
| PLEASANT OAKS LANDFILL TX LP<br>JEFF BRISCOE<br>3031 FARM ROAD 3417<br>MOUNT PLEASANT, TX 75455 | PORT-A-JON INC<br>212 MICHAEL DRIVE<br>LONGVIEW, TX 75602 | PORT-A-JON INC<br>PO BOX 6180<br>SHREVEPORT, LA 71136 |
| PROGRESS ENERGY<br>LISSA HALL, GEORGE MCCOY, ROBERT NOWELL<br>401 S WILMINGTON ST<br>RALEIGH, NC 27601 | PROGRESSIVE WASTE SOLUTIONS<br>2301 EAGLE PARKWAY<br>SUITE 200<br>FORT WORTH, TX 76177 | PROGRESSIVE WASTE SOLUTIONS<br>PO BOX 650308<br>DALLAS, TX 75265-0308 |
| PROGRESSIVE WATER TREATMENT<br>JANET BARNHART<br>2535 E UNIVERSITY DR<br>MCKINNEY, TX 75069 | PROGRESSIVE WATER TREATMENT<br>JANET BARNHART<br>PO BOX 774<br>MCKINNEY, TX 75070 | REPUBLIC SERVICES NATIONAL<br>LINDA AHEARN<br>18500 NORTH ALLIED WAY<br>PHOENIX, AZ 85054 |
| REPUBLIC SERVICES NATIONAL<br>LINDA AHEARN<br>PO BOX 99917<br>CHICAGO, IL 60696 | ROBERTSON COUNTY WATER SUPPLY CORP<br>SHEA WATKINS<br>1418 U.S. 79<br>FRANKLIN, TX 77856 | ROBERTSON COUNTY WATER SUPPLY CORP<br>SHEA WATKINS<br>PO BOX 875<br>FRANKLIN, TX 77856 |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.,
Case #: 14-10979 (CSS)
Notices mailed by: May 6, 2014

Case 14-10979-CSS   Doc 407   Filed 05/12/14   Page 16 of 18

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS
CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING
ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Page 9 of 11

| | | |
|---|---|---|
| ROCK HILL WATER SUPPLY CORPORATION<br>JEFF ETHEREDGE<br>227 COUNTY ROAD 212<br>BECKVILLE, TX  75631 | ROCK HILL WATER SUPPLY CORPORATION<br>JEFF ETHEREDGE<br>PO BOX 673<br>BECKVILLE, TX  75631 | RUSK COUNTY ELECTRIC COOPERATIVE INC<br>DONNA FREEMAN<br>3162 STATE HIGHWAY 43 EAST<br>HENDERSON, TX  75652 |
| RUSK COUNTY ELECTRIC COOPERATIVE INC<br>DONNA FREEMAN<br>PO BOX 1169<br>HENDERSON, TX  75653-1169 | RUSK COUNTY ELECTRIC COOPERATIVE INC<br>RICKI KEELING<br>3162 STATE HIGHWAY 43 EAST<br>HENDERSON, TX  75652 | SET ENVIRONMENTAL INC<br>LAURIE HANSON<br>450 SUMAC ROAD<br>WHEELING, IL  60090 |
| SHARYLAND UTILITIES LP<br>1807 ROSS AVENUE, SUITE 460<br>DALLAS, TX  75201 | SOMERVELL COUNTY WATER DISTRICT<br>LEE MAGEE<br>2099 COUNTY ROAD 301<br>GLEN ROSE, TX  76043 | SOMERVELL COUNTY WATER DISTRICT<br>LEE MAGEE<br>PO BOX 1386 2099 CR 301<br>GLEN ROSE, TX  76043 |
| SOUTHWEST FANNIN COUNTY<br>DANA MELUGIN<br>WATER SUPPLY CORP, 8046 W HIGHWAY 56<br>SAVOY, TX  75479 | SOUTHWESTERN BELL TELEPHONE<br>1 BELL CENTRE<br>ST LOUIS, MO  63101-3004 | SOUTHWESTERN BELL TELEPHONE<br>PO BOX 940012<br>DALLAS, TX  75394 |
| SOUTHWESTERN ELECTRIC POWER COMPANY<br>428 TRAVIS ST<br>SHREVEPORT, LA  71101 | SOUTHWESTERN ELECTRIC POWER COMPANY<br>PO BOX 24422<br>CANTON, OH  44701-4422 | SPRINT<br>6200 SPRINT PKWY.<br>OVERLAND PARK, KS  66251-4300 |
| SPRINT<br>PO BOX 219100<br>KANSAS CITY, MO  64121-9100 | STARBOARD ENVIRONMENTAL AUDIT SRVCS INC<br>RICK BOWLES<br>3200 STAGECOACH RANCH LOOP<br>DRIPPING SPRINGS, TX  78620 | STRYKER LAKE WSC<br>NICKI GREENWOOD<br>2761 COUNTY ROAD 4501<br>NEW SUMMERFIELD, TX  75780 |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.,
Case #: 14-10979 (CSS)
Notices mailed by: May 6, 2014

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Page 10 of 11

| | | |
|---|---|---|
| STRYKER LAKE WSC<br>NICKI GREENWOOD<br>PO BOX 156<br>NEW SUMMERFIELD, TX  75780 | SUDDENLINK<br>JOHNNA TURNER<br>12444 POWERSCOURT DR SUITE 450<br>ST LOUIS, MO  63131 | SUDDENLINK<br>JOHNNA TURNER<br>PO BOX 660365<br>DALLAS, TX  75266-0365 |
| TEXAS DISPOSAL SERVICES<br>12200 CARL ROAD<br>CREEDMOOR, TX  78610-2184 | TEXAS DISPOSAL SERVICES<br>PO BOX 660816<br>DALLAS, TX  75266 | TEXAS-NEW MEXICO POWER COMPANY<br>GENERAL COUNSEL<br>577 N GARDEN RIDGE BLVD<br>LEWISVILLE, TX  75067 |
| TIME WARNER CABLE<br>60 COLUMBUS CIRCLE<br>NEW YORK, NY  10023 | TIME WARNER CABLE<br>PO BOX 60074<br>CITY INDUSTRY, CA  91716 | TOWN OF SUNNYVALE<br>JENNIFER THRASH<br>127 N COLLINS RD<br>SUNNYVALE, TX  75182-9516 |
| TRI SPECIAL UTILITY DISTRICT<br>PHYLLIS PIERCE<br>300 WEST 16TH STREET<br>MOUNT PLEASANT, TX  75455 | TRI-COUNTY ELECTRIC COOP INC<br>600 N W PARKWAY<br>AZLE, TX  76020 | TRI-COUNTY ELECTRIC COOP INC<br>TRI-COUNTY ELECTRIC COOPERATIVE, INC.<br>PO BOX 961032<br>FORT WORTH, TX  76161-0032 |
| UNITED RECYCLER SERVICES INC / MIDSTATE ENVIRONMENTAL SVCS, TERRY PERFUHL<br>MIDSTATE ENVIRONEMNTAL SVCS<br>1340 MANUFACTURING ST<br>DALLAS, TX  75207 | UNITED RECYCLER SERVICES INC / MIDSTATE ENVIRONMENTAL SVCS, TERRY PERFUHL<br>UNITED RECYCLERS SVCS OF TX, LP<br>1340 MANUFACTURING ST<br>DALLAS, TX  75207 | UNITED RECYCLER SERVICES INC / MIDSTATE ENVIRONMENTAL SVCS, TERRY PERFUHL<br>UNITED RECYCLERS SVCS OF TX, LP<br>PO BOX 261180<br>CORPUS CHRISTI, TX  78426-1180 |
| UNIVERSAL RECYCLING TECHNOLOGIES<br>2535 BELOIT AVENUE<br>JANESVILLE, WI  53546 | UNIVERSAL VACUUM SERVICES<br>1602 S MARKET ST<br>HEARNE, TX  77859 | UPSHUR RURAL ELECTRIC CO-OP<br>1200 W TYLER ST<br>GILMER, TX  75644 |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.,
Case #: 14-10979 (CSS)
Notices mailed by: May 6, 2014

Case 14-10979-CSS    Doc 407    Filed 05/12/14    Page 18 of 18

NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS
CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING
ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Page 11 of 11

| | | |
|---|---|---|
| UPSHUR RURAL ELECTRIC CO-OP<br>1200 WEST TYLER STREET PO BOX 70<br>GILMER, TX  75644 | UPSHUR RURAL ELECTRIC CO-OP<br>PO BOX 6500<br>BIG SANDY, TX  75755-6500 | VERIZON BUSINESS<br>22001 LOUDOUN COUNTY PARKWAY<br>ASHBURN, VA  20147-6105 |
| VERIZON BUSINESS<br>PO BOX 371355<br>PITTSBURGH, PA  15250-7355 | VERIZON BUSINESS<br>PO BOX 4836<br>TRENTON, NJ  08650-4836 | VERIZON BUSINESS<br>PO BOX 660794<br>DALLAS, TX  75266-0794 |
| VERIZON SOUTHWEST<br>600 HIDDEN RIDGE<br>IRVING, TX  75038 | VERIZON SOUTHWEST<br>PO BOX 4836<br>TRENTON, NJ  08650-4836 | VERIZON SOUTHWEST<br>PO BOX 920041<br>DALLAS, TX  75392-0041 |
| VERIZON WIRELESS<br>PO BOX 105378<br>ATLANTA, GA  30348 | VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS, TX  75266-0108 | VERIZON WIRELESS<br>VERIZON WIRELESS<br>140 WEST STREET<br>NEW YORK, NY  10007 |
| WASTE MANAGEMENT<br>WASTE MANAGEMENT LEWISVILLE HAULING<br>1001 FANNIN, SUITE 4000<br>HOUSTON, TX  77002 | WASTE MANAGEMENT<br>WASTE MANAGEMENT LEWISVILLE HAULING<br>PO BOX 719<br>LEWISVILLE, TX  75067 | WINDSTREAM COMMUNICATIONS<br>JOHN FLETCHER<br>4001 RODNEY PARHAM ROAD<br>BUILDING 1<br>LITTLE ROCK, AR  72212 |
| WOOD COUNTY ELECTRIC<br>WOOD COUNTY ELECTRIC COOPERATIVE, INC.<br>501 S. MAIN ST.PO BOX 1827<br>QUITMAN, TX  75783 | | |

Total Parties: 196