IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Joint Administration Requested) |

Ref. Docket No. 228

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 1, 2014, I caused to be served the "Amended Agenda for First Day Hearing and Index of First Day Pleadings," dated April 30, 2014 [Docket No. 228], by causing true and correct copies to be :

    a) delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    b) delivered via facsimile to those parties listed on the annexed Exhibit B.

                                                      /s/ Pete Caris
                                                      Pete Caris

Sworn to before me this
2nd day of May, 2014

/s/ Carol Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
EMAIL NOTICE

| Claim_nm | Address1 | Address2 | Email_memo |
|---|---|---|---|
| ADA CARBON SOLUTIONS | (RED RIVER ENVIRONMENTAL PRODUCTS) | PETER O. HANSEN | PETER.HANSEN@ADA-CS.COM; INFO@ADA-CS.COM |
| AEP TEXAS NORTH COMPANY | MR. CHARLES R. PATTON | 1 RIVERSIDE PLAZA | CRPATTON@AEP.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED | NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) | idzengoff@akingump.com; aqureshi@akingump.com; sbaldini@akingump.com; mlahaie@akingump.com; rboller@akingump.com; ccarty@akingump.com; lzahradka@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED | NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) | salberino@akingump.com; jnewdeck@akingump.com |
| ALCOA | MAX W. LAUN | 201 ISABELLA STREET | MAX.LAUN@ALCOA.COM |
| AMECO INC | GARY BERNARDEZ | 2106 ANDERSON ROAD | GARY.BERNARDEZ@AMECO.COM |
| AMERICAN STOCK TRANSFER & TRUST | COMPANY, LLC | PAUL KIM | PKIM@AMSTOCK.COM |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | 6201 15TH AVENUE | PKIM@AMSTOCK.COM |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | 6201 15TH AVENUE | PKIM@AMSTOCK.COM |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | 6201 15TH AVENUE | PKIM@AMSTOCK.COM |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | 6201 15TH AVENUE | PKIM@AMSTOCK.COM |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | 6201 15TH AVENUE | PKIM@AMSTOCK.COM |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | 6201 15TH AVENUE | PKIM@AMSTOCK.COM |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | 6201 15TH AVENUE | PKIM@AMSTOCK.COM |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com |
| ASHER MEDIA INC | KALYN ASHER | 15303 DALLAS PARKWAY, SUITE 1300 | KALYN@ASHERMEDIA.COM |
| AUTOMATIC SYSTEMS INC | MICHAEL HOEHN | 9230 EAST 47TH STREET | MICHAEL.HOEHN@ASI.COM |
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.) | ATTN: BENJAMIN L. STEWART | bstewart@baileybrauer.com |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) | ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com; ian.roberts@bakerbotts.com |
| BENCHMARK INDUSTRIAL SERVICES | MIKE WILCOX | 2100 STATE HIGHWAY 31 E | MWILCOX@BENCHMARKISI.COM |
| BINGHAM MCCUTCHEN LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP) | ATTN: JEFFREY S. SABIN ESQ | jeffrey.sabin@bingham.com |
| BINGHAM MCCUTCHEN LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) | ATTNL JULIA FROST-DAVIES ESQ & | julia.frost-davies@bingham.com; christopher.carter@bingham.com |
| BNSF RAILWAY COMPANY | ROGER NOBER | 2650 LOU MENK DRIVE | ROBER.NOBER@BNSF.COM |
| BOKF, NA DBA BANK OF ARIZONA | CYNDI WILKINSON | SENIOR VICE PRESIDENT | CWILKINSON@BOKF.COM |
| BOKF, NA DBA BANK OF ARIZONA | KEN HOFFMAN | VICE PRESIDENT | KHOFFMAN@BOKF.COM |
| BRAKE SUPPLY CO INC | DAVID KOCH | 5501 FOUNDATION BLVD | SALES@BRAKE.COM |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) | ATTN: CHRISTINE C. RYAN | christine.ryan@bbrslaw.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: EDWARD WEISFELNER ESQ | eweisfelner@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: HOWARD SIEGEL ESQ | hsiegel@brownrudnick.com |
| BROWN RUDNICK LLP | JEREMY B. COFFEY | SEVEN TIMES SQUARE | JCOFFEY@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP | JEREMY B. COFFEY | ONE FINANCIAL CENTER | JCOFFEY@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ | jjonas@brownrudnick.com; astrehle@brownrudnick.com; jcoffey@brownrudnick.com |
| BRYAN CAVE LLP | ROBERT E. PEDERSEN | 1290 AVENUE OF THE AMERICAS | REPEDERSEN@BRYANCAVE.COM |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE) | ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com |
| CAPGEMINI NORTH AMERICA INC | ISABELLE ROUX-CHENU | 623 FIFTH AVE 33RD FLOOR | ISABELLE.ROUX-CHENU@CAPGEMINI.COM |
| CENTERPOINT ENERGY HOUSTON | ROBERT CLAUDE, ESQ., ASSOCIATE GENERAL COUNSEL | 1111 LOUISIANA STREET | Robert.Claude@CenterPointEnergy.com |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY CORPORATION) | ATTN: DANIEL ASTIN; JOHN MCLAUGHLIN, JR.; | jmcmahon@ciardilaw.com |
| CITIBANK, N.A. | ANNEMARIE E. PAVCO | SECURITIES PROCESSING SENIOR ANALYST | ANNEMARIE.E.PAVCO@CITI.COM |
| CITIBANK, N.A. | ERIC O. LIGAN | VICE PRESIDENT | ERIC.LIGAN@CITI.COM |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | 1615 BRETT ROAD, BUILDING III | GLAGENTOFFICEOPS@CITI.COM |
| CITIBANK, N.A. | OWEN COYLE | 1615 BRETT RD., OPS III | OWEN.LEONARD.COYLE@CITI.COM |
| CITIBANK, N.A. | OWEN COYLE | 1615 BRETT ROAD | OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM; KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM; CHIDO.UGOCHUKWU@CITI.COM |
| CITIBANK, N.A. | RYAN FALCONE | 388 GREENWICH STREET | RYAN.FALCONER@CITI.COM |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER | OF CREDIT DEPT, AS FRONTING BANK | ZORIJANA.MIGLIORINI@CITI.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J. ARON & COMPANY) | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | tmoloney@cgsh.com; soneal@cgsh.com; hkhalid@cgsh.com |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. | 480 WASHINGTON BLVD | tina.vitale@computershare.com |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | 1500, UNIVERSITY ST., SUITE 700 | alessandra.panersa@computershare.com |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ALESSANDRA PANSERA | 1500 UNIVERSITY STREET, SUITE 700 | ALESSANDRA.PANSERA@COMPUTERSHARE.COM |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ALESSANDRA PANSERA | 1500 UNIVERSITY STREET, SUITE 700 | ALESSANDRA.PANSERA@COMPUTERSHARE.COM |
| COMPUTERSHARE TRUST COMPANY, N.A. | TINA VITALE, CORPORATE TRUST | 480 WASHINGTON STREET, 28TH FL | TINA.VITALE@COMPUTERSHARE.COM |
| COMPUTERSHARE TRUST COMPANY, N.A. | TINA VITALE, CORPORATE TRUST | 480 WASHINGTON STREET, 28TH FL | TINA.VITALE@COMPUTERSHARE.COM |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) | ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ | kbifferato@connollygallagher.com; kconlan@connollygallagher.com |
| COURTNEY CONSTRUCTION INC | KARLOS COURTNEY | 2617 US HWY 79N | KARLOSCOURTNEY@COURTNEYCONSTRUCTION.COM |
| COUSINS CHIPMAN & BROWN, LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED | NOTEHOLDERS AND EFIH SECON LIEN DIP COMMITMENT) | cousins@ccbllp.com; olivere@ccbllp.com; kashishian@ccbllp.com |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) | ATTN: STEPHEN C. STAPLETON | sstapleton@cowlesthompson.com |
| COZEN O'CONNOR | (COUNSEL TO J. ARON & COMPNAY) | ATTN: MARK E. FELGER | mfelger@cozen.com |
| CRANE NUCLEAR INC | PRESIDENT OR GENERAL COUNSEL | 2825 COBB INTERNATIONAL BLVD NW | CINFO@CRANEVS.COM |
| CROSS & SIMON, LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) | ATTN: MICHAEL J. JOYCE | mjoyce@crosslaw.com |
| CSC TRUST COMPANY OF DELAWARE | SANDRA E. HORWITZ | MANAGING DIRECTOR | SANDRA.HORWITZ@CSCGLOBAL.COM |
| CSC TRUST COMPANY OF DELAWARE | SANDRA E. HORWITZ | MANAGING DIRECTOR | SANDRA.HORWITZ@CSCGLOBAL.COM |
| DATA SYSTEMS & SOLUTIONS LLC | (ROLLS ROYCE) | MILES COWDRY,ROLLS-ROYCE CIVIL | MILES.COWDRY@ROLLS-ROYCE.COM |
| DENTONS | LOUIS A. CURCIO | 1221 AVENUE OF THE AMERICAS | LOUIS.CURCIO@DENTONS.COM |
| DENTONS US LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ | hugh.mcdonald@dentons.com; louis.curcio@dentons.com; oscar.pinkas@dentons.com |
| DEUTSCHE BANK | MARCUS M. TARKINGTON | 60 WALL STREET (NYCC60-0266) | MARCUS.TARKINGTON@DB.COM; AGENCY.TRANSACTIONS@DB.COM |
| DEUTSCHE BANK | SARA PELTON | 60 WALL STREET (NYCC60-0266) | SARA.PELTON@DB.COM |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK, N.A.) | ATTN: HOWARD A. COHEN & ROBERT K. MALONE | howard.cohen@dbr.com; robert.malone@dbr.com |

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
EMAIL NOTICE

| Claim_nm | Address1 | Address2 | Email_memo |
|---|---|---|---|
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) | ATTN: JEFFREY R. FINE | jfine@dykema.com |
| EPIQ BANKRUPTY SOLUTIONS, LLC | (CLAIMS AGENT) | ATTN: JAMES KATCHADURIAN, E.V.P. | jkatchadurian@epiqsystems.com |
| FL SMIDTH AIRTECH INC | MARK BRANCATO | CEMENT PROJECTS AMERICAS | MARK.BRANCATO@FLSMIDTH.COM |
| FLUOR GLOBAL SERVICES | CARLOS M. HERNANDEZ | 6700 LAS COLINAS BLVD | CARLOS.HERNANDEZ@FLUOR.COM |
| FOLEY & LARDNER LLP | HAROLD L. KAPLAN | 321 NORTH CLARK STREET, SUITE 2800 | HKAPLAN@FOLEY.COM |
| FOLEY & LARDNER LLP | HAROLD L KAPLAN, MARK F HEBBELN | RE:  UMB BANK, N.A. | HKAPLAN@FOLEY.COM, MHEBBELN@FOLEY.COM |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) | ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| FOLEY & LARDNER LLP | MARK F. HEBBELN | 321 NORTH CLARK STREET, SUITE 2800 | MHEBBELN@FOLEY.COM |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | NOTEHOLDERS) | jschlerf@foxrothschild.com; jstrock@foxrothschild.com; jbird@foxrothschild.com |
| FREDERIC DORWART, LAWYERS | SAMUEL S. ORY | 124 EAST FOURTH STREET | SORY@FDLAW.COM |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.) | ATTN: BRAD E. SCHELER, GARY L. KAPLAN & | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com; matthew.roose@friedfrank.com |
| FRISCO CONSTRUCTION SERVICES | CLAY THOMAS | 9550 JOHN W. ELLIOTT DRIVE, SUITE 106 | CTHOMAS@FRISCOCS.COM |
| FROST BROWN TODD LLC | (COUNSEL TO SITEL, LLC) | ATTN: EDWARD M. KING, ESQ. | tking@fbtlaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO: AURELIUS) | ATTN: MICHAEL G. BUSENKELL | mbusenkell@gsbblaw.com |
| GRAINGER | JOHN L. HOWARD | 100 GRAINGER PKWY | JOHN.HOWARD@GRAINGER.COM |
| HCL AMERICA INC | RAGHU RAMAN LAKSHMANAN | 330 POTRERO AVENUE | RLAKSHMANAN@HCL.COM |
| HEADWATERS RESOURCES INC | HARLAN M. HATFIELD | 10701 S RIVER FRONT PARKWAY | HHATFIELD@HEADWATERS.COM |
| HOLT CAT | MICHAEL PURYEAR | 3302 S W.W. WHITE RD | MICHAEL.PURYEAR@HOLTCAT.COM |
| HYDROCARBON EXCHANGE CORP. | R SCOTT HOPKINS | 5910 N. CENTRAL EXPY. | MSAVAGE@HYDROCARBONEXCHANGE.COM |
| JONES DAY | MICHAEL L. DAVITT | 2727 NORTH HARWOOD STREET | MLDAVITT@JONESDAY.COM |
| JONES DAY | PATRICIA VILLAREAL | 2727 NORTH HARWOOD STREET | PJVILLAREAL@JONESDAY.COM |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | WILLIAM WOCHNER | 427 WEST 12TH STREET | WWOCHNER@KCSOUTHERN.COM |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) | ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE) | ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com |
| LANDIS RATH & COBB LLP | (COUNSEL TO: MARATHON MGMT) | ATTN: ADAM LANDIS ESQ & MATTHEW MCGUIRE ESQ | landis@lrclaw.com; mcguire@lrclaw.com |
| LANDIS RATH & COBB LLP | (COUNSEL TO: ALCOA) | ATTN: ADAM G. LANDIS, ESQ.,MATTHEW B. MCGUIRE,ESQ. | landis@lrclaw.com; mcguire@lrclaw.com |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | FRANK GODINO | VICE PRESIDENT | FRANK.GODINO@LAWDEB.COM |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | FRANK GODINO | VICE PRESIDENT | FRANK.GODINO@LAWDEB.COM |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | FRANK GODINO | VICE PRESIDENT | FRANK.GODINO@LAWDEB.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) | ATTN: ELIZABETH WELLER ESQ | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO: HARRIS COUNTY) | ATTN: JOHN P. DILLMAN | houston_bankruptcy@publicans.com |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) | ATTN: GEOFFREY GAY ESQ | ggay@lglawfirm.com |
| LOWER COLORADO RIVER AUTHORITY | PHIL WILSON | TRANSMISSION SERVICES CORP | GENERAL.MANAGER@LCRA.ORG |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) | ATTN: MARC PHILLIPS ESQ | mphillips@mgmlaw.com |
| MCKOOL SMITH | (COUNSEL TO: ALCOA) | ATTN: PETER S. GOODMAN, ESQ. | pgoodman@mckoolsmith.com;mcarney@mckoolsmith.com |
| MCKOOL SMITH | (COUNSEL TO: ALCOA) | ATTN: PAUL D. MOAK, ESQ. | pmoak@mckoolsmith.com |
| MERICO ABATEMENT CONTRACTORS INC | ATTN: MIKE CROFFLAND - GENERAL MANAGER | 201 ESTES DR | MIKE@MERRITT.NET |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK, N.A.) | ATTN: DENNIS F. DUNNE, EVAN R. FLECK & | ddunne@milbank.com; efleck@milbank.com; kgartenberg@milbank.com |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | JONATHAN BROWN | 1 CHASE MANHATTAN PLAZA | JBROWN@MILBANK.COM |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | KAREN GARTENBERG | 1 CHASE MANHATTEN PLAZA | KGARTENBERG@MILBANK.COM |
| MINE SERVICE LTD | KEITH DEBAULT | 855 E US HIGHWAY 79 | KEITHDEBAULT@MSIROCKDALE.COM |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "INTEREST HOLDERS") | ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY | dabbott@mnat.com; aremming@mnat.com; efay@mnat.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ERCOT) | ATTN: KEVIN M LIPPMAN ESQ | klippman@munsch.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ERCOT) | ATTN: RUSSELL L MUNSCH ESQ | rmunsch@munsch.com |
| MUNSCH HARDT KOPF & HARR, P.C. | KEVIN M. LIPPMAN | 500 N. AKARD STREET, SUITE 3800 | KLIPPMAN@MUNSCH.COM |
| MUNSCH HARDT KOPF & HARR, P.C. | RUSSELL L. MUNSCH | 500 N. AKARD STREET, SUITE 3800 | RMUNSCH@MUNSCH.COM |
| NIXON PEABODY LLP | AMELIA M. CHARAMBA | 100 SUMMER STREET | ACHARAMBA@NIXONPEABODY.COM |
| NIXON PEABODY LLP | AMELIA M. CHARAMBA,RE: AMERICAN STOCK | TRANSFER &TRUST CO, LLC | ACHARAMBA@NIXONPEABODY.COM |
| NORTHEAST TEXAS POWER LTD | DAVID PETTY | 3163 FM 499 | PETTY@NORTHEASTTEXASPOWER.COM |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | HAL MORRIS, ESQ | 300 WEST 15TH STREET | HAL.MORRIS@TEXASATTORNEYGENERAL.GOV |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON | ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) | ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov; nicole.mignone@texasattorneygeneral.gov |
| OFFICE OF THE UNITED STATE TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | J. CALEB BOGGS FEDERAL BUILDING | richard.schepacarter@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE) | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | ljones@pszjlaw.com; rfeinstein@pszjlaw.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | DANIEL A. LOWENTHAL | 1133 AVENUE OF THE AMERICAS | DALOWENTHAL@PBWT.COM |
| PATTERSON BELKNAP WEBB & TYLER LLP | DANIEL A. LOWENTHAL,RE: LAW | DEBENTURE TRUST COMPANY OF NEW YORK | DALOWENTHAL@PBWT.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) | ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN | akornberg@paulweiss.com; kcornish@paulweiss.com; bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL | ATTN: DESIREE M. AMADOR, ATTY | amador.desiree@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION | ISRAEL GOLDOWITZ | 1200 K STREET, NW | GOLDOWITZ.ISRAEL@PBGC.GOV |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) | ATTN: ELIZABETH BANDA CALVO ESQ | ebcalvo@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) | ATTN: OWEN M SONIK ESQ | houbank@pbfcm.com |
| PERFORMANCE CONTRACTING INC | CHUCK WILLIAM | 16400 COLLEGE BLVD | INFO@PCG.COM |
| PIERCE CONSTRUCTION INC | KENNETH PIERCE | 4324 STATE HWY 149 | KENNETH@PIERCECONSTRUCTIONINC.COM |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) | ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ | lsilverstein@potteranderson.com; jryan@potteranderson.com |
| RANGER EXCAVATING LP | ATTN: BRAD MCKENZIE - CONTROLLER | 5222 THUNDER CREEK ROAD | JACK.CARMODY@RANGEREXCAVATING.COM |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | 1211 AVENUE OF THE AMERICAS | MARK.SOMERSTEIN@ROPESGRAY.COM |
| RYAN PARTNERSHIP (FORMERLY SOLUTIONSET) | MARY PERRY | 440 POLARIS PARKWAY | MARY.PERRY@RYANPARTNERSHIP.COM |
| SAUL EWING LLP | (COUNSEL TO ERCOT) | ATTN: MARK MINUTI ESQ | mminuti@saul.com |
| SECURITAS SECURITY SERVICES USA | SONIA JASMAN | 2 CAMPUS DRIVE | CONTACT@SECURITASINC.COM |

ENERGY FUTURE HOLDINGS CORP., et al.
SERVICE LIST
EMAIL NOTICE

| Claim_nm | Address1 | Address2 | Email_memo |
|---|---|---|---|
| SHAW MAINTENANCE (CB&I) | RICHARD E. CHANDLER, JR. | C/O CB&I - ONE CB&I PLAZA | RICHARD.CHANDLER@CBI.COM |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) | ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ | fsosnick@shearman.com; ned.schodek@shearman.com |
| SHEARMAN & STERLING LLP | NED S. SCHODEK | 599 LEXINGTON AVENUE | NED.SCHODEK@SHEARMAN.COM |
| SIEMENS POWER GENERATION INC | CHRISTOPHER RANCK | 4400 N ALAFAYA TRL | CHRIS.RANCK@SIEMENS.COM |
| SITEL LLC | DAVID BECKMAN | 3102 WEST END AVENUE, SUITE 900 | DAVID.BECKMAN@SITEL.COM |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES, INC.) | ATTN: DAVID E. LETA | dleta@swlaw.com |
| STUTMAN, TREISTER & GLATT, PC | (COUNSEL TO: AURELIUS) | ATTN: WILLIAM P. WEINTRAUB | wweintraub@stutman.com; kjarashow@stutman.com |
| TAGGART GLOBAL LLC | JOHN LUKE | C/O FORGE GROUP LTD | INFO@FORGEGROUP.COM |
| TEAM EXCAVATING | WAYNE YOST, OWNER | 815 N MAIN STREET | WYOST@TEAMEXCAVATINGCO.COM |
| TEXAS-NEW MEXICO POWER COMPANY | PATRICK APODACA | 414 SILVER AVENUE SW | PATRICK.APODACA@TNMP.COM |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | DENNIS ROEMLEIN | dennis.roemlein@bnymellon.com |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | RAFAEL MARTINEZ,VP - CSM | RAFAEL.MARTINEZ@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | THOMAS VLAHAKIS,VP | THOMAS.VLAHAKIS@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | THOMAS VLAHAKIS, VICE PRESIDENT | THOMAS.VLAHAKIS@BNYMELLON.COM |
| TPUSA | JOHN WARREN MAY | 1991 SOUTH 4650 WEST | JOHN.MAY@TELEPERFORMANCE.COM |
| TRANSACTEL INC | GUILLERMO MONTANO | 18 CALLE 25-85 Z.10 | GMONTANO@TRANSACTEL.NET |
| UMB BANK, N.A. | LAURA ROBERSON | VICE PRESIDENT | LAURA.ROBERSON@UMB.COM |
| UMB BANK, N.A. | LAURA ROBERSON | VICE PRESIDENT | LAURA.ROBERSON@UMB.COM |
| UMB BANK, N.A. | LAURA ROBERSON | 2 SOUTH BROADWAY | LAURA.ROBERSON@UMB.COM |
| WACHTELL LIPTON ROSEN & KATZ | AUSTIN WITT | 51 W. 52ND STREET | AWITT@WLRK.COM |
| WACHTELL LIPTON ROSEN & KATZ | RICKY MASON | 51 W. 52ND STREET | RGMASON@WLRK.COM |
| WACHTELL, LIPTON, ROSEN & KATZ | (COUNSEL TO THE "INTEREST HOLDERS") | ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | rgmason@wlrk.com; ekleinhaus@wlrk.com; awitt@wlrk.com |
| WARFAB | ATTN: CALVIN GRACE - PRESIDENT & CEO | 607 FISHER RD | INFO@WARFABINC.COM |
| WESTINGHOUSE ELECTRIC CO LLC | MIKE SWEENEY | LEGAL & CONTRACTS | HOLTSA@WESTINGHOUSE.COM |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | NOTEHOLDERS) | cshore@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | NOTEHOLDERS) | tlauria@whitecase.com; mbrown@whitecase.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO: MARATHON ASSET MGMT) | ATTN: BENJAMIN LOVELAND ESQ | benjamin.loveland@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO: MARATHON ASSET MGMT) | ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMINGTON SVGS FUND SOCIETY, | FSB (CHRISTIANA TRUST),PATRICK | HEALY,VP-DIR OF ,GLOBAL | PHEALY@CHRISTIANATRUST.COM |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | (COUNSEL TO CENTERPOINT) | ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS | mdesgrosseilliers@wcsr.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO ADHOC COMMITTEE OF TCEH FIRST LIEN) | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |

**EXHIBIT B**

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| ADA CARBON SOLUTIONS | PETER O. HANSEN | (303) 962-1970 |
| AEP TEXAS NORTH COMPANY | MR. CHARLES R. PATTON | (614) 716-1823 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | SCOTT ALBERINO; JOANNA NEWDECK | (202) 887-4288 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY; LINDSAY ZAHRADKA | (212) 872-1002 |
| ALCOA | MAX W. LAUN | (412) 553-4064 |
| AMECO INC | GARY BERNARDEZ | (864) 295-7962 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | PAUL KIM | (718) 331-1852 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | (718) 331-1852 |
| ASHBY & GEDDES, P.A. | WILLIAM BOWDEN & GREGORY TAYLOR | (302) 654-2067 |
| ASHER MEDIA INC | KALYN ASHER | (972) 732-1161 |
| AUTOMATIC SYSTEMS INC | MICHAEL HOEHN | (816) 356-5730 |
| BAILEY BRAUER PLLC | BENJAMIN L. STEWART | (214) 360-7435 |
| BAKER BOTTS LLP | JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS | (214) 953-6503 |
| BENCHMARK INDUSTRIAL SERVICES | MIKE WILCOX | (903) 984-0982 |
| BINGHAM MCCUTCHEN LLP | JEFFREY S. SABIN | (212) 702-3668 |
| BINGHAM MCCUTCHEN LLP | L JULIA FROST-DAVIES & CHRISTOPHER L. CARTER | (617) 345-5054 |
| BNSF RAILWAY COMPANY | ROGER NOBER | (817) 352-7111 |
| BOKF, NA DBA BANK OF ARIZONA | CYNDI WILKINSON | (918) 588-6083 |
| BOKF, NA DBA BANK OF ARIZONA | KEN HOFFMAN | (918) 588-6083 |
| BRAKE SUPPLY CO INC | DAVID KOCH | (812) 429-9425 |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | CHRISTINE C. RYAN | (202) 342-0807 |
| BROWN RUDNICK LLP | JEREMY B. COFFEY | (212) 209-4801 |
| BROWN RUDNICK LLP | JEREMY B. COFFEY | (617) 856-8201 |
| BROWN RUDNICK LLP | EDWARD WEISFELNER | (212) 209-4801 |
| BROWN RUDNICK LLP | JEFFREY JONAS, ANDREW STREHLE; JEREMY COFFEY | (617) 856-8201 |
| BROWN RUDNICK LLP | HOWARD SIEGEL | (860) 509-6501 |
| BRYAN CAVE LLP | ROBERT E. PEDERSEN | (212) 904-0500 |
| BRYAN CAVE LLP | STEPHANIE WICKOUSKI; MICHELLE MCMAHON | (212) 541-1439 |
| CAPGEMINI NORTH AMERICA INC | ISABELLE ROUX-CHENU | (212) 314-8001 |
| CENTERPOINT ENERGY HOUSTON | Robert Claude, Esq., Associate General Counsel | (713) 207-0101 |
| CIARDI CIARDI & ASTIN | DANIEL ASTIN; JOHN MCLAUGHLIN, JR.; JOSEPH MCMAHON JR | (302) 658-1300 |
| CITIBANK, N.A. | ANNEMARIE E. PAVCO; OWEN COYLE | (212) 994-0961 |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER | (646) 291-3258 |
| CITIBANK, N.A. | ERIC O. LIGAN | (646) 495-9259 |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | (212) 994-0961 |
| CITIBANK, N.A. | OWEN COYLE | (212) 994-0961 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | (212) 225-3999 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | RACHEL OBALDO & JOHN MARK STERN | (512) 482-8341 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ALESSANDRA PANSERA | (514) 982-7677 |
| COMPUTERSHARE TRUST COMPANY, N.A. | TINA VITALE, CORPORATE TRUST | (201) 680-4785 |
| CONNOLLY GALLAGHER LLP | KAREN C. BIFFERATO & KELLY M. CONLAN | (302) 757-7299 |
| COURTNEY CONSTRUCTION INC | KARLOS COURTNEY | (903) 694-2921 |
| COUSINS CHIPMAN & BROWN, LLP | SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN | (302) 295-0199 |
| COWLES & THOMPSON | STEPHEN C. STAPLETON | (214) 672-2309 |
| COZEN O'CONNOR | MARK E. FELGER | (302) 295-2013 |
| CRANE NUCLEAR INC | PRESIDENT OR GENERAL COUNSEL | (770) 429-4750 |

# ENERGY FUTURE HOLDINGS CORP., et al.
## SERVICE LIST
### FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| CROSS & SIMON, LLC | MICHAEL J. JOYCE | (302) 777-4224 |
| CSC TRUST COMPANY OF DELAWARE | SANDRA E. HORWITZ | (302) 636-8666 |
| DATA SYSTEMS & SOLUTIONS LLC | MILES COWDRY,ROLLS-ROYCE CIVIL | (317) 230-4699 |
| DENTONS US LLP | HUGH MCDONALD , LOUIS CURCIO | (212) 768-6800 |
| DEUTSCHE BANK | MARCUS M. TARKINGTON | (212) 553-3080 |
| DRINKER BIDDLE & REATH LLP | HOWARD A. COHEN & ROBERT K. MALONE | (302) 467-4201 |
| DYKEMA GOSSETT PLLC | JEFFREY R. FINE | (855) 230-2518 |
| EPIQ BANKRUPTY SOLUTIONS, LLC | JAMES KATCHADURIAN, E.V.P. | (646) 282-2501 |
| FL SMIDTH AIRTECH INC | MARK BRANCATO | (610) 264-6170 |
| FLUOR GLOBAL SERVICES | CARLOS M. HERNANDEZ | (469) 398-7255 |
| FOLEY & LARDNER LLP | HAROLD L KAPLAN, MARK F HEBBELN | (312) 832-4700 |
| FOLEY & LARDNER LLP | HAROLD L. KAPLAN | (312) 832-4700 |
| FOLEY & LARDNER LLP | MARK F. HEBBELN | (312) 832-4700 |
| FOLEY & LARDNER LLP | HAROLD KAPLAN , MARK HEBBELN; LARS PETERSON | (312) 832-4700 |
| FOX ROTHSCHILD LLP | JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD | (302) 656-8920 |
| FREDERIC DORWART, LAWYERS |  | (918) 594-7709 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE | (212) 859-4000 |
| FRISCO CONSTRUCTION SERVICES | CLAY THOMAS | (214) 975-0811 |
| FROST BROWN TODD LLC | EDWARD M. KING | (502) 581-1087 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | MICHAEL G. BUSENKELL | (302) 425-5814 |
| GENERATOR & MOTOR SERVICES INC | JOHN POZNICK - CONTROLLER | (412) 829-1692 |
| GRAINGER | JOHN L. HOWARD | (847) 535-0878 |
| HCL AMERICA INC | RAGHU RAMAN LAKSHMANAN | (408) 733-0482 |
| HEADWATERS RESOURCES INC | HARLAN M. HATFIELD | (801) 984-9410 |
| HOLT CAT | MICHAEL PURYEAR | (210) 648-0079 |
| HYDROCARBON EXCHANGE CORP. | R SCOTT HOPKINS | (214) 987-0670 |
| J & S CONSTRUCTION LLC | JEFF GRODEL | (903) 322-1940 |
| JONES DAY | MICHAEL L. DAVITT | (214) 969-5100 |
| JONES DAY | PATRICIA VILLAREAL | (214) 969-5100 |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | WILLIAM WOCHNER | (816) 783-1501 |
| KELLY HART & HALLMAN LLP | MICHAEL MCCONNELL & CLAY TAYLOR | (817) 878-9774 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | (212) 715-8000 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, .,MATTHEW B. MCGUIRE,. | (302) 467-4450 |
| LANDIS RATH & COBB LLP | ADAM LANDIS & MATTEW MCGUIRE | (302) 467-4450 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | FRANK GODINO | (212) 750-1361 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER | (469) 221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | JOHN P. DILLMAN | (713) 844-3503 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | GEOFFREY GAY | (512) 472-0532 |
| LOWER COLORADO RIVER AUTHORITY | PHIL WILSON | (512) 578-3520 |
| MANION GAYNOR & MANNING LLP | MARC PHILLIPS | (302) 657-2104 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | LEE GORDON | (512) 323-3205 |
| MCKOOL SMITH | PETER S. GOODMAN, MICHAEL R.CARNEY | (212) 402-9444 |
| MCKOOL SMITH | PAUL D. MOAK, . | (713) 485-7344 |
| MERICO ABATEMENT CONTRACTORS INC | MIKE CROFFLAND - GENERAL MANAGER | (903) 757-8864 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG | (212) 530-5219 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | JONATHAN BROWN | (212) 822-5142 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | KAREN GARTENBERG | (212) 822-5630 |
| MINE SERVICE LTD | KEITH DEBAULT | (512) 446-7195 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | DERK ABBOTT; ANDREW REMMING; ERIN FAY | (302) 658-3989 |
| MUNSCH HARDT KOPF & HARR PC | KEVIN M LIPPMAN | (214) 978-4335 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| MUNSCH HARDT KOPF & HARR PC | RUSSELL L MUNSCH | (214) 978-4369 |
| MUNSCH HARDT KOPF & HARR, P.C. | KEVIN M. LIPPMAN | (214) 978-4335 |
| MUNSCH HARDT KOPF & HARR, P.C. | RUSSELL L. MUNSCH | (214) 978-4369 |
| NIXON PEABODY LLP | AMELIA M. CHARAMBA, RE: AMERICAN STOCK | (866) 244-1527 |
| NIXON PEABODY LLP | AMELIA M. CHARAMBA | (866) 244-1527 |
| NORTHEAST TEXAS POWER LTD | DAVID PETTY | (903) 994-2747 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | HAL MORRIS, | (512) 482-8341 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE | (512) 482-8341 |
| OFFICE OF THE UNITED STATE TRUSTEE | RICHARD L. SCHEPACARTER | (302) 573-6497 |
| PACHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS JONES; ROBERT FEINSTEIN | (302) 652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | DANIEL A. LOWENTHAL, RE: LAW | (212) 336-1253 |
| PATTERSON BELKNAP WEBB & TYLER LLP | DANIEL A. LOWENTHAL | (212) 336-1253 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN; JACOB ADLERSTEIN | (212) 757-3990 |
| PENSION BENEFIT GUARANTY CORPORATION | DESIREE M. AMADOR, ATTY; ISRAEL GOLDOWITZ | (202) 326-4112 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | OWEN M SONIK | (713) 862-1429 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ELIZABETH BANDA CALVO | (817) 860-6509 |
| PERFORMANCE CONTRACTING INC | CHUCK WILLIAM | (913) 492-8723 |
| PIERCE CONSTRUCTION INC | KENNETH PIERCE | (903) 678-3896 |
| POTTER ANDERSON & CORROON LLP | LAURIE SILVERSTEIN & JEREMY RYAN | (302) 658-1192 |
| RANGER EXCAVATING LP | BRAD MCKENZIE - CONTROLLER | (512) 343-9618 |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | (646) 728-1663 |
| RYAN PARTNERSHIP (FORMERLY SOLUTIONSET) | MARY PERRY | (614) 436-6640 |
| SAUL EWING LLP | MARK MINUTI | (302) 421-5873 |
| SECURITAS SECURITY SERVICES USA | SONIA JASMAN | (973) 397-2491 |
| SHAW MAINTENANCE (CB&I) | RICHARD E. CHANDLER, JR. | (832) 513-1094 |
| SHEARMAN & STERLING LLP | NED S. SCHODEK | (646) 848-7052 |
| SHEARMAN & STERLING LLP | FREDERIC SOSNICK & NED SCHODEK | (646) 848-8571 |
| SIEMENS POWER GENERATION INC | CHRISTOPHER RANCK | (972) 550-2101 |
| SITEL LLC | DAVID BECKMAN | (615) 301-7252 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | JAY M. GOFFMAN | (212) 735-2000 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MARK S. CHEHI; KRISTHY M. PEGUERO | (302) 651-3001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | GEORGE N. PANAGAKIS; CARL T. TULLSON | (312) 407-0411 |
| SNELL & WILMER LLP | DAVID E. LETA | (801) 257-1800 |
| STUTMAN, TREISTER & GLATT, PC | WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW | (212) 235-0848 |
| TAGGART GLOBAL LLC | JOHN LUKE | (724) 754-9801 |
| TEAM EXCAVATING | WAYNE YOST, OWNER | (706) 547-6553 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | JASON A STARKS, ASST ATTORNEY GENERAL | (512) 482-8341 |
| TEXAS-NEW MEXICO POWER COMPANY | PATRICK APODACA | (505) 241-4311 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | THOMAS VLAHAKIS, VICE PRESIDENT | (973) 357-7840 |
| TPUSA | JOHN WARREN MAY | (801) 257-6246 |
| TRANSACTEL INC | GUILLERMO MONTANO | 01150222230004 |
| TRENT WIND FARM L.P. | CHRISTINE MCGARVEY | (614) 583-1691 |
| UMB BANK, N.A. | LAURA ROBERSON | (314) 612-8499 |
| UMB BANK, N.A. | LAURA ROBERSON | (314) 612-8499 |
| WACHTELL LIPTON ROSEN & KATZ | AUSTIN WITT | (212) 403-2152 |
| WACHTELL LIPTON ROSEN & KATZ | RICKY MASON | (212) 403-2252 |
| WACHTELL, LIPTON, ROSEN & KATZ | RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | (212) 530-5219 |
| WARFAB | CALVIN GRACE - PRESIDENT & CEO | (903) 295-1982 |
| WESTINGHOUSE ELECTRIC CO LLC | MIKE SWEENEY | (724) 940-8518 |
| WHITE & CASE LLP | J. CHRISTOPHER SHORE; GREGORY STARNER | (212) 354-8113 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| WHITE & CASE LLP | THOMAS LAURIA; MATTHEW BROWN | (305) 358-5744 |
| WILMER CUTLER PICKERING HALE & DORR LLP | PHILIP ANKER & GEORGE SHUSTER | (212) 230-8888 |
| WILMER CUTLER PICKERING HALE & DORR LLP | BENJAMIN LOVELAND | (617) 526-5000 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS | (302) 252-4330 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | (302) 571-1253 |