**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**Ref. Docket No. 229**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 1, 2014, I caused to be served the "Declaration of Terry L. Nutt in Support of the Motion of Energy Future Holdings Corp. et al., for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangement, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Agreements," dated April 30, 2014 [Docket No. 229], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
2nd day of May, 2014

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADA CARBON SOLUTIONS | (RED RIVER ENVIRONMENTAL PRODUCTS) ATTN: PETER O. HANSEN 8100 S. PARKWAY #A2 LITTLETON CO 80120 |
| AMECO INC | GARY BERNARDEZ 2106 ANDERSON ROAD GREENVILLE SC 29611 |
| BENCHMARK INDUSTRIAL SERVICES | ATTN: MIKE WILCOX PO BOX 931 KILGORE TX 75663 |
| BNSF RAILWAY COMPANY | ATTN: PETER LEE, GENERAL COUNSEL 2500 LOU MENK DRIVE FORT WORTH TX 76131 |
| CENTERPOINT ENERGY HOUSTON | ROBERT CLAUDE, ESQ., ASSOCIATE GENERAL COUNSEL 1111 LOUISIANA STREET HOUSTON TX 77002 |
| CITIBANK, N.A. | RYAN FALCONE 388 GREENWICH STREET NEW YORK NY 10013 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, UNIVERSITY ST., SUITE 700 MONTREAL QC H3A 3S8 CANADA |
| DATA SYSTEMS & SOLUTIONS LLC | (ROLLS ROYCE) MILES COWDRY,ROLLS-ROYCE CIVIL NUCLEAR,994-A EXPLORER BLVD HUNTSVILLE AL 35806 |
| DEUTSCHE BANK | SARA PELTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| FREDERIC DORWART, LAWYERS | SAMUEL S. ORY 124 EAST FOURTH STREET TULSA OK 74103 |
| FRISCO CONSTRUCTION SERVICES | CLAY THOMAS 9550 JOHN W. ELLIOTT DRIVE, SUITE 106 FRISCO TX 75033 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | ATTN: WILLIAM WOCHNER PO BOX 219335 KANSAS CITY MO 64121-9335 |
| NORTHEAST TEXAS POWER LTD | ATTN: DAVID PETTY, PRESIDENT PO BOX 553 CUMBY TX 75433 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. 1007 ORANGE STREET, SUITE 700 PO BOX 2046 WILMINGTON DE 19899-2046 |
| PIERCE CONSTRUCTION INC | ATTN: KENNETH PIERCE - OWNER PO BOX 69 BECKVILLE TX 75631 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO NORTH CENTRAL AVENUE PHOENIX AZ 85004-2391 |
| SECURITAS SECURITY SERVICES USA | ATTNL LEGAL DEPARTMENT 4330 PARK TCE DRIVE WESTLAKE VILLAGE CA 91361 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY DENNIS ROEMLEIN 601 TRAVIS ST,16TH FLOOR HOUSTON TX 77002 |
| TPUSA | JOHN WARREN MAY 1991 SOUTH 4650 WEST SALT LAKE CITY UT 84104 |
| TRANSACTEL INC | GUILLERMO MONTANO 18 CALLE 25-85 Z.10 TORRE TRANSACTEL PRADERA GUATEMALA CITY GUATEMALA |
| TRENT WIND FARM LP | ATTN: JAY JADWIN & LISA GROFF TRENT WIND FARM 155 W. NATIONWIDE BLVD, SUITE 500 COLUMBUS OH 43215 |
| WILMINGTON SVGS FUND SOCIETY, | FSB (CHRISTIANA TRUST),PATRICK HEALY,VP-DIR OF ,GLOBAL BNKRPTCY& RSTRCTRING SVCS,500 DELAWARE AVE. WILMINGTON DE 19801 |
| WOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |

**Total Creditor count  27**

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
OVERNIGHT NOTICE

TRANSACTEL INC
GUILLERMO MONTANO
18 CALLE 25-85 Z.10
TORRE TRANSACTEL PRADERA
GUATEMALA CITY
GUATEMALA

FRISCO CONSTRUCTION SERVICES
CLAY THOMAS
9550 JOHN W. ELLIOTT DRIVE, SUITE 106
FRISCO, TX 75033

AMECO INC
GARY BERNARDEZ
2106 ANDERSON ROAD
GREENVILLE, SC 29611

CENTERPOINT ENERGY HOUSTON
ROBERT CLAUDE, ESQ., ASSOCIATE GENERAL COUNSEL
1111 LOUISIANA STREET
HOUSTON, TX 77002

FREDERIC DORWART, LAWYERS
SAMUEL S. ORY
124 EAST FOURTH STREET
TULSA, OK 74103

DATA SYSTEMS & SOLUTIONS LLC
(ROLLS ROYCE)
MILES COWDRY,ROLLS-ROYCE CIVIL NUCLEAR
994-A EXPLORER BLVD
HUNTSVILLE, AL 35806

TPUSA
JOHN WARREN MAY
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104

**EXHIBIT B**

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| ADA CARBON SOLUTIONS | PETER O. HANSEN | (303) 962-1970 |
| AEP TEXAS NORTH COMPANY | MR. CHARLES R. PATTON | (614) 716-1823 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | SCOTT ALBERINO; JOANNA NEWDECK | (202) 887-4288 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY; LINDSAY ZAHRADKA | (212) 872-1002 |
| ALCOA | MAX W. LAUN | (412) 553-4064 |
| AMECO INC | GARY BERNARDEZ | (864) 295-7962 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | PAUL KIM | (718) 331-1852 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | (718) 331-1852 |
| ASHBY & GEDDES, P.A. | WILLIAM BOWDEN & GREGORY TAYLOR | (302) 654-2067 |
| ASHER MEDIA INC | KALYN ASHER | (972) 732-1161 |
| AUTOMATIC SYSTEMS INC | MICHAEL HOEHN | (816) 356-5730 |
| BAILEY BRAUER PLLC | BENJAMIN L. STEWART | (214) 360-7435 |
| BAKER BOTTS LLP | JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS | (214) 953-6503 |
| BENCHMARK INDUSTRIAL SERVICES | MIKE WILCOX | (903) 984-0982 |
| BINGHAM MCCUTCHEN LLP | JEFFREY S. SABIN | (212) 702-3668 |
| BINGHAM MCCUTCHEN LLP | L JULIA FROST-DAVIES & CHRISTOPHER L. CARTER | (617) 345-5054 |
| BNSF RAILWAY COMPANY | ROGER NOBER | (817) 352-7111 |
| BOKF, NA DBA BANK OF ARIZONA | CYNDI WILKINSON | (918) 588-6083 |
| BOKF, NA DBA BANK OF ARIZONA | KEN HOFFMAN | (918) 588-6083 |
| BRAKE SUPPLY CO INC | DAVID KOCH | (812) 429-9425 |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | CHRISTINE C. RYAN | (202) 342-0807 |
| BROWN RUDNICK LLP | JEREMY B. COFFEY | (212) 209-4801 |
| BROWN RUDNICK LLP | JEREMY B. COFFEY | (617) 856-8201 |
| BROWN RUDNICK LLP | EDWARD WEISFELNER | (212) 209-4801 |
| BROWN RUDNICK LLP | JEFFREY JONAS, ANDREW STREHLE ; JEREMY COFFEY | (617) 856-8201 |
| BROWN RUDNICK LLP | HOWARD SIEGEL | (860) 509-6501 |
| BRYAN CAVE LLP | ROBERT E. PEDERSEN | (212) 904-0500 |
| BRYAN CAVE LLP | STEPHANIE WICKOUSKI; MICHELLE MCMAHON | (212) 541-1439 |
| CAPGEMINI NORTH AMERICA INC | ISABELLE ROUX-CHENU | (212) 314-8001 |
| CENTERPOINT ENERGY HOUSTON | Robert Claude, Esq., Associate General Counsel | (713) 207-0101 |
| CIARDI CIARDI & ASTIN | DANIEL ASTIN; JOHN MCLAUGHLIN, JR.; JOSEPH MCMAHON JR | (302) 658-1300 |
| CITIBANK, N.A. | ANNEMARIE E. PAVCO; OWEN COYLE | (212) 994-0961 |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER | (646) 291-3258 |
| CITIBANK, N.A. | ERIC O. LIGAN | (646) 495-9259 |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | (212) 994-0961 |
| CITIBANK, N.A. | OWEN COYLE | (212) 994-0961 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | (212) 225-3999 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | RACHEL OBALDO & JOHN MARK STERN | (512) 482-8341 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ALESSANDRA PANSERA | (514) 982-7677 |
| COMPUTERSHARE TRUST COMPANY, N.A. | TINA VITALE, CORPORATE TRUST | (201) 680-4785 |
| CONNOLLY GALLAGHER LLP | KAREN C. BIFFERATO & KELLY M. CONLAN | (302) 757-7299 |
| COURTNEY CONSTRUCTION INC | KARLOS COURTNEY | (903) 694-2921 |
| COUSINS CHIPMAN & BROWN, LLP | SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN | (302) 295-0199 |
| COWLES & THOMPSON | STEPHEN C. STAPLETON | (214) 672-2309 |
| COZEN O'CONNOR | MARK E. FELGER | (302) 295-2013 |
| CRANE NUCLEAR INC | PRESIDENT OR GENERAL COUNSEL | (770) 429-4750 |

# ENERGY FUTURE HOLDINGS CORP., et al.
## SERVICE LIST
### FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| CROSS & SIMON, LLC | MICHAEL J. JOYCE | (302) 777-4224 |
| CSC TRUST COMPANY OF DELAWARE | SANDRA E. HORWITZ | (302) 636-8666 |
| DATA SYSTEMS & SOLUTIONS LLC | MILES COWDRY,ROLLS-ROYCE CIVIL | (317) 230-4699 |
| DENTONS US LLP | HUGH MCDONALD , LOUIS CURCIO | (212) 768-6800 |
| DEUTSCHE BANK | MARCUS M. TARKINGTON | (212) 553-3080 |
| DRINKER BIDDLE & REATH LLP | HOWARD A. COHEN & ROBERT K. MALONE | (302) 467-4201 |
| DYKEMA GOSSETT PLLC | JEFFREY R. FINE | (855) 230-2518 |
| EPIQ BANKRUPTY SOLUTIONS, LLC | JAMES KATCHADURIAN, E.V.P. | (646) 282-2501 |
| FL SMIDTH AIRTECH INC | MARK BRANCATO | (610) 264-6170 |
| FLUOR GLOBAL SERVICES | CARLOS M. HERNANDEZ | (469) 398-7255 |
| FOLEY & LARDNER LLP | HAROLD L KAPLAN, MARK F HEBBELN | (312) 832-4700 |
| FOLEY & LARDNER LLP | HAROLD L. KAPLAN | (312) 832-4700 |
| FOLEY & LARDNER LLP | MARK F. HEBBELN | (312) 832-4700 |
| FOLEY & LARDNER LLP | HAROLD KAPLAN , MARK HEBBELN; LARS PETERSON | (312) 832-4700 |
| FOX ROTHSCHILD LLP | JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD | (302) 656-8920 |
| FREDERIC DORWART, LAWYERS | | (918) 594-7709 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE | (212) 859-4000 |
| FRISCO CONSTRUCTION SERVICES | CLAY THOMAS | (214) 975-0811 |
| FROST BROWN TODD LLC | EDWARD M. KING | (502) 581-1087 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | MICHAEL G. BUSENKELL | (302) 425-5814 |
| GENERATOR & MOTOR SERVICES INC | JOHN POZNICK - CONTROLLER | (412) 829-1692 |
| GRAINGER | JOHN L. HOWARD | (847) 535-0878 |
| HCL AMERICA INC | RAGHU RAMAN LAKSHMANAN | (408) 733-0482 |
| HEADWATERS RESOURCES INC | HARLAN M. HATFIELD | (801) 984-9410 |
| HOLT CAT | MICHAEL PURYEAR | (210) 648-0079 |
| HYDROCARBON EXCHANGE CORP. | R SCOTT HOPKINS | (214) 987-0670 |
| J & S CONSTRUCTION LLC | JEFF GRODEL | (903) 322-1940 |
| JONES DAY | MICHAEL L. DAVITT | (214) 969-5100 |
| JONES DAY | PATRICIA VILLAREAL | (214) 969-5100 |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | WILLIAM WOCHNER | (816) 783-1501 |
| KELLY HART & HALLMAN LLP | MICHAEL MCCONNELL & CLAY TAYLOR | (817) 878-9774 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | (212) 715-8000 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, .,MATTHEW B. MCGUIRE,. | (302) 467-4450 |
| LANDIS RATH & COBB LLP | ADAM LANDIS & MATTEW MCGUIRE | (302) 467-4450 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | FRANK GODINO | (212) 750-1361 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER | (469) 221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | JOHN P. DILLMAN | (713) 844-3503 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | GEOFFREY GAY | (512) 472-0532 |
| LOWER COLORADO RIVER AUTHORITY | PHIL WILSON | (512) 578-3520 |
| MANION GAYNOR & MANNING LLP | MARC PHILLIPS | (302) 657-2104 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | LEE GORDON | (512) 323-3205 |
| MCKOOL SMITH | PETER S. GOODMAN, MICHAEL R.CARNEY | (212) 402-9444 |
| MCKOOL SMITH | PAUL D. MOAK, . | (713) 485-7344 |
| MERICO ABATEMENT CONTRACTORS INC | MIKE CROFFLAND - GENERAL MANAGER | (903) 757-8864 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG | (212) 530-5219 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | JONATHAN BROWN | (212) 822-5142 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | KAREN GARTENBERG | (212) 822-5630 |
| MINE SERVICE LTD | KEITH DEBAULT | (512) 446-7195 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | DERK ABBOTT; ANDREW REMMING; ERIN FAY | (302) 658-3989 |
| MUNSCH HARDT KOPF & HARR PC | KEVIN M LIPPMAN | (214) 978-4335 |

# ENERGY FUTURE HOLDINGS CORP., et al.
## SERVICE LIST
### FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| MUNSCH HARDT KOPF & HARR PC | RUSSELL L MUNSCH | (214) 978-4369 |
| MUNSCH HARDT KOPF & HARR, P.C. | KEVIN M. LIPPMAN | (214) 978-4335 |
| MUNSCH HARDT KOPF & HARR, P.C. | RUSSELL L. MUNSCH | (214) 978-4369 |
| NIXON PEABODY LLP | AMELIA M. CHARAMBA,RE: AMERICAN STOCK | (866) 244-1527 |
| NIXON PEABODY LLP | AMELIA M. CHARAMBA | (866) 244-1527 |
| NORTHEAST TEXAS POWER LTD | DAVID PETTY | (903) 994-2747 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | HAL MORRIS, | (512) 482-8341 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE | (512) 482-8341 |
| OFFICE OF THE UNITED STATE TRUSTEE | RICHARD L. SCHEPACARTER | (302) 573-6497 |
| PACHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS JONES; ROBERT FEINSTEIN | (302) 652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | DANIEL A. LOWENTHAL,RE: LAW | (212) 336-1253 |
| PATTERSON BELKNAP WEBB & TYLER LLP | DANIEL A. LOWENTHAL | (212) 336-1253 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN; JACOB ADLERSTEIN | (212) 757-3990 |
| PENSION BENEFIT GUARANTY CORPORATION | DESIREE M. AMADOR, ATTY; ISRAEL GOLDOWITZ | (202) 326-4112 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | OWEN M SONIK | (713) 862-1429 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ELIZABETH BANDA CALVO | (817) 860-6509 |
| PERFORMANCE CONTRACTING INC | CHUCK WILLIAM | (913) 492-8723 |
| PIERCE CONSTRUCTION INC | KENNETH PIERCE | (903) 678-3896 |
| POTTER ANDERSON & CORROON LLP | LAURIE SILVERSTEIN & JEREMY RYAN | (302) 658-1192 |
| RANGER EXCAVATING LP | BRAD MCKENZIE - CONTROLLER | (512) 343-9618 |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | (646) 728-1663 |
| RYAN PARTNERSHIP (FORMERLY SOLUTIONSET) | MARY PERRY | (614) 436-6640 |
| SAUL EWING LLP | MARK MINUTI | (302) 421-5873 |
| SECURITAS SECURITY SERVICES USA | SONIA JASMAN | (973) 397-2491 |
| SHAW MAINTENANCE (CB&I) | RICHARD E. CHANDLER, JR. | (832) 513-1094 |
| SHEARMAN & STERLING LLP | NED S. SCHODEK | (646) 848-7052 |
| SHEARMAN & STERLING LLP | FREDERIC SOSNICK & NED SCHODEK | (646) 848-8571 |
| SIEMENS POWER GENERATION INC | CHRISTOPHER RANCK | (972) 550-2101 |
| SITEL LLC | DAVID BECKMAN | (615) 301-7252 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | JAY M. GOFFMAN | (212) 735-2000 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MARK S. CHEHI; KRISTHY M. PEGUERO | (302) 651-3001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | GEORGE N. PANAGAKIS; CARL T. TULLSON | (312) 407-0411 |
| SNELL & WILMER LLP | DAVID E. LETA | (801) 257-1800 |
| STUTMAN, TREISTER & GLATT, PC | WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW | (212) 235-0848 |
| TAGGART GLOBAL LLC | JOHN LUKE | (724) 754-9801 |
| TEAM EXCAVATING | WAYNE YOST, OWNER | (706) 547-6553 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | JASON A STARKS, ASST ATTORNEY GENERAL | (512) 482-8341 |
| TEXAS-NEW MEXICO POWER COMPANY | PATRICK APODACA | (505) 241-4311 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | THOMAS VLAHAKIS, VICE PRESIDENT | (973) 357-7840 |
| TPUSA | JOHN WARREN MAY | (801) 257-6246 |
| TRANSACTEL INC | GUILLERMO MONTANO | 01150222230004 |
| TRENT WIND FARM L.P. | CHRISTINE MCGARVEY | (614) 583-1691 |
| UMB BANK, N.A. | LAURA ROBERSON | (314) 612-8499 |
| UMB BANK, N.A. | LAURA ROBERSON | (314) 612-8499 |
| WACHTELL LIPTON ROSEN & KATZ | AUSTIN WITT | (212) 403-2152 |
| WACHTELL LIPTON ROSEN & KATZ | RICKY MASON | (212) 403-2252 |
| WACHTELL, LIPTON, ROSEN & KATZ | RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | (212) 530-5219 |
| WARFAB | CALVIN GRACE - PRESIDENT & CEO | (903) 295-1982 |
| WESTINGHOUSE ELECTRIC CO LLC | MIKE SWEENEY | (724) 940-8518 |
| WHITE & CASE LLP | J. CHRISTOPHER SHORE; GREGORY STARNER | (212) 354-8113 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
SERVICE LIST
FACSIMILE NOTICE

| Party/Firm | Attn: | Fax: |
|---|---|---|
| WHITE & CASE LLP | THOMAS LAURIA; MATTHEW BROWN | (305) 358-5744 |
| WILMER CUTLER PICKERING HALE & DORR LLP | PHILIP ANKER & GEORGE SHUSTER | (212) 230-8888 |
| WILMER CUTLER PICKERING HALE & DORR LLP | BENJAMIN LOVELAND | (617) 526-5000 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS | (302) 252-4330 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | (302) 571-1253 |