**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

_____/

**MOTION TO APPROVE APPEARANCE PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

I, Sundeep S. Sidhu, respectfully request the approval of this Court to appear in the above-captioned case on behalf of SIEMENS POWER GENERATION INC., pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware.  Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware.  I do not maintain an office in the District of Delaware.  My office is located in Orlando, Florida at the address listed below.

Accordingly, I respectfully request that the Court enter the attached proposed order approving my appearance in these proceedings pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

---

[1] The last four digits of Energy Future Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas, 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{28667580;1}

Dated: May 13, 2014

/s/ Sundeep S. Sidhu
Sundeep S. Sidhu, Esq.
Delaware Bar No. 5417
sunny.sidhu@akerman.com
andrea.hartley@akerman.com
jules.cohen@akerman.com
AKERMAN LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL  32801-4904
Phone:  (407) 423-4000
Facsimile:  (407) 843-6610
*Attorneys for Siemens Power Generation Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[2] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No _____ |

_____/

**ORDER APPROVING APPEARANCE
PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

This matter coming before the Court upon the motion of Sundeep S. Sidhu to appear in the above-captioned case on behalf of SIEMENS POWER GENERATION INC., pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the motion and determined the relief sought is appropriate; it is hereby

ORDERED, that Sundeep S. Sidhu may appear in the above-captioned case pursuant to Local Rule 9010-1(e)(ii).

Wilmington, Delaware

Dated: _____, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] The last four digits of Energy Future Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas, 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.