# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

|  |  |
|---|---|
| § | CASE NO. 14-10979 |
| § | (Chapter 11) |
| ENERGY FUTURE HOLDINGS CORP ET AL § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

YOUNG COUNTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT

        c/o Jeanmarie Baer
        Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
        P. O. BOX 8188
        Wichita Falls, TX 76307
        (940) 723-4323
        (940) 723-8553 FAX
        hbky@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 1

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. BOX 8188
Wichita Falls, TX 76307
(940) 723-4323
(940) 723-8553

Attorneys for Claimant

By: _____
Jeanmarie Baer
Bar No: 09832700

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 2