## CERTIFICATE OF SERVICE

I, Jeanmarie Baer do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 8th day of May, 2014.

ENERGY FUTURE HOLDINGS CORP ET AL
STATE & LOCAL TAX DEPT
PO BOX 219071
DALLAS TX 75221-9071

RICHARD M CIERI
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK NEW YORK 10022-4611

Jeanmarie Baer
Bar No: 09832700