# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §  **Chapter 11** |
| **ENERGY FUTURE HOLDINGS** | § |
| **CORP., et al** | §  **Case No. 14-10979 (CSS)** |
| | § |
| | § |
| **Debtors.** | § |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that John P. Melko of Gardere Wynne Sewell LLP, attorney for ROMCO Equipment Co. requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon ROMCO Equipment Co. at the following address:

John P. Melko
Michael K. Riordan
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Ste. 3400
Houston, Texas 77002
E-mail:  jmelko@gardere.com
E-mail: mriordan@gardere.com
Telephone:  (713) 276-5727
Facsimile: (713) 276-6727

Please take further notice that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and includes, without limitation, any plans of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone,

HOUSTON 829125v1

telecopier, telegraph, or telex.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of ROMCO Equipment Co. (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs, or recoupments to which ROMCO Equipment Co. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 13, 2014

                                                Respectfully submitted,

                                                **GARDERE WYNNE SEWELL LLP**

                                                */s/ John P. Melko*
                                                John P. Melko
                                                jmelko@gardere.com
                                                Texas State Bar No. 13919600
                                                1000 Louisiana, Suite 3400
                                                Houston, TX  77002
                                                Telephone:  (713) 276-5727
                                                Facsimile: (713) 276-6727
                                                ***Attorney for ROMCO Equipment Co.***

3

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served on this, the 13th day of May 2014, through the Court's ECF/PACER system.

                                        _____/s/ *John P. Melko*_____
                                        John P. Melko