IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF SERVICE OF "DEBTORS' RESPONSES AND OBJECTIONS TO WILMINGTON SAVINGS FUND SOCIETY FSB'S REQUESTS FOR DOCUMENTS CONCERNING VENUE"

PLEASE TAKE NOTICE that, on the 13th day of May, 2014, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a copy of **Debtors' Responses and Objections to Wilmington Savings Fund Society FSB's Requests for Documents Concerning Venue** to be served on the following counsel of record as follows:

| **VIA EMAIL AND FEDERAL EXPRESS** | **VIA EMAIL AND FEDERAL EXPRESS** |
|---|---|
| William P. Bowden, Esq.<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>E-mail:    wbowden@ashby-geddes.com | J. Christopher Shore, Esq.<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>E-mail:    cshore@whitecase.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Jeffrey M. Schlerf, Esq.<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19899<br>E-mail: jschlerf@foxrothschild.com | Jeffrey L. Jonas, Esq.<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA 02111<br>E-mail: jjonas@brownrudnick.com |

Dated: May 13, 2014
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  richard.cieri@kirkland.com
      edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession