IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br>on an Interim Basis |

## AMENDED NOTICE OF DEPOSITION

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (together, the "Debtors"),[1] c/o Richards Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, DE 19801 and Kirkland & Ellis LLP, Attention Richard M. Cieri, 601 Lexington Avenue, New York, NY 10022.

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable hereto pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Wilmington Savings Fund Society, FSB ("WSFS"), as successor trustee under that certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas Competitive Electric Holdings, LLC, TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee (as amended or supplemented, the "Indenture"), by and through its undersigned counsel, will take the deposition upon oral examination of the Debtors in connection with the *Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 &*

---

[1] Capitalized terms not otherwise defined herein shall bear the meanings ascribed thereto in Wilmington Savings Fund Society, FSB's Requests for Production of Documents to the Debtors Pursuant to Federal Rules of Civil Procedure 26 and 34, dated May 7, 2014 (the "Document Requests").

{00858039;v1 }

*1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas* [Docket No. 5].

**PLEASE TAKE FURTHER NOTICE THAT** the deposition shall take place before an officer authorized by law to administer oaths at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, or such other location as agreed by the parties, on May 15, 2014 at 1:00 p.m., or such other time and date as agreed by the parties, and continuing thereafter day to day until completed. The deposition shall be transcribed by stenographic means and may also be videotaped.

## INSTRUCTIONS

1. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Debtors are directed to designate the person or persons most knowledgeable to testify on its behalf regarding the subject matters listed here.

2. The Debtors shall set forth, for each person designated, the matters on which the person will testify.

3. The person(s) so designated shall testify as to matters known or reasonably available to the Debtors.

4. If the Debtors designate more than one person to testify concerning the subject matters listed herein, then the deposition of such additional designees shall proceed consecutively after the conclusion of each deposition unless otherwise agreed.

## DEFINITIONS

1. Unless otherwise defined below, the definitions and instructions set forth in the Local Rules of the United States Bankruptcy Court for the District of Delaware, the Federal Rules and the Bankruptcy Rules shall apply to the Topics of Examination (collectively, the "Rule 30(b)(6) Topics").

2. Capitalized terms not defined herein shall have the meaning ascribed to them in the Document Requests.

## RULE 30(b)(6) TOPICS

1. The Debtors' decision to commence the Chapter 11 Cases in the District of Delaware.
2. The Debtors' consideration of any venue other than Delaware for purposes of commencing the Chapter 11 Cases.

{00858039;v1 }

3. The difference in costs to the Debtors, their estates and parties in interest, of conducting the Chapter 11 Cases in the District of Delaware versus the Northern District of Texas.

4. Any communications between representatives of the Debtors and/or their professionals, on the one hand, and any other party, on the other hand, concerning venue of the Chapter 11 Cases.

5. The location of the Debtors' assets.

6. The location of the Debtors' books and records.

7. The location of the Debtors' creditors and their professionals.

8. Litigation to which any of the Debtors are a party.

9. The location of the Debtors' employees.

10. The location of any entities or agencies that regulate the Debtors' businesses or operations.

11. The location of the Debtors' management personnel.

12. The amount of time spent by, and location of, management personnel in preparing for the Debtors' Chapter 11 Cases, including but not limited to, the Debtors' "first day" hearings.

13. Travel and accommodations for Debtors' personnel in preparation for the Debtors' Chapter 11 Cases, including but not limited to, the Debtors' "first day" hearings.

14. Deliberations by the Debtors' board(s) of directors concerning venue for the Debtors' Chapter 11 Cases.

15. Conversion of Energy Future Competitive Holdings LLC to a Delaware limited liability company.

16. The documents produced in response to the Document Requests.

Dated: May 14, 2014
Wilmington, Delaware

ASHBY & GEDDES, P.A.

_____
William P. Bowden (I.D. No.2553)
Gregory A. Taylor (I.D. No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

{00858039;v1 }

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*

{00858039;v1 }