# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) ) | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure, Stutzman, Bromberg, Esserman & Plifka, P.C., and The Hogan Firm hereby appear on behalf of Brake Supply Company, Inc.

Request is hereby made pursuant to 11 U.S.C. § 342 and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, disclosure statements, plans and answering and reply papers, filed in the above-captioned case. Service should be served upon:

Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656 7540
Facsimile: (302) 656 7599
dkhogan@dkhogan.com

-and-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

Jacob L. Newton  
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.  
2323 Bryan Street, Suite 2200  
Dallas, TX 75201  
Telephone: (214) 969-4900  
Facsimile: (214) 969-4999  
newton@sbep-law.com

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Brake Supply (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which Brake Supply is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 14, 2014　　　　　　　　　　　　　Respectfully submitted,  
　　　　Wilmington, Delaware

By:　/s/ *Daniel K. Hogan*　　　　　　　　　　　  
　　　Daniel K. Hogan (# 2814)  
　　　**THE HOGAN FIRM**  
　　　1311 Delaware Avenue  
　　　Wilmington, Delaware 19806  
　　　Telephone: (302) 656-7540  
　　　Facsimile: (302) 656-7599  
　　　dkhogan@dkhogan.com

　　　　　　　-and-

　　　Jacob L. Newton (Texas Bar No. 24046523)  
　　　**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.**  
　　　2323 Bryan Street, Suite 2200  
　　　Dallas, TX 75201  
　　　Telephone: (214) 969-4900  
　　　Facsimile: (214) 969-4999  
　　　newton@sbep-law.com

　　　**ATTORNEYS FOR BRAKE SUPPLY COMPANY, INC.**