**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was furnished via electronic notification to all parties so registered for service on CM/ECF, as well as upon the following via First Class U.S. Mail, postage prepaid:

Mark D. Collins, Esq.
Richards Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard M. Cieri, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

U.S. Trustee
844 N. King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

*/s/Daniel K. Hogan*
Daniel K. Hogan (#2814)
*Attorney for Brake Supply Company, Inc.*