## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS | § | Case No. 14-10979 (CSS) |
| CORPORATION, et al., | § | |
| | § | Jointly Administered |
| Debtors. | § | |

### NEWTON, JACOB L.: MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jacob L. Newton to represent Brake Supply Company, Inc., in this action.

Dated:  May 14, 2014.                    **THE HOGAN FIRM**

                                                      By:    /s/Daniel K Hogan
                                                           Daniel K. Hogan (DE #2814)
                                                           1311 Delaware Avenue
                                                            Wilmington, DE  19806
                                                           Telephone:  (302) 656-7540
                                                           Facsimile:  (302) 656-7599
                                                           Email:  dkhogan@dkhogan.com