-2-

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS | § | Case No. 14-10979 (CSS) |
| CORPORATION, et al., | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | Re: Docket No. _____ |

### NEWTON, JACOB L.: ORDER GRANTING ADMISSION PRO HAC VICE

**IT IS HEREBY ORDERED** counsel's motion for Jacob L. Newton's admission pro hac vice is GRANTED.


Dated: _____, 2014

Honorable Christopher S. Sontchi
United States Bankruptcy Judge

-2-