## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS | § | Case No. 14-10979 (CSS) |
| CORPORATION, et al., | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of May, 2014, the Motion and Order for Admission Pro Hac Vice of Jacob L. Newton, of Stutzman Bromberg Esserman & Plifka, A Professional Corporation, to represent Brake Supply Company, Inc., was served via CM/ECF upon all other parties registered for electronic service in the United States Bankruptcy Court, District of Delaware.

*/s/ Daniel K. Hogan*
Daniel K. Hogan (#2814)