# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[2] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No 418 |

## ORDER APPROVING APPEARANCE
## PURSUANT TO LOCAL RULE 9010-1(e)(ii)

This matter coming before the Court upon the motion of Sundeep S. Sidhu to appear in the above-captioned case on behalf of SIEMENS POWER GENERATION INC., pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the motion and determined the relief sought is appropriate; it is hereby

ORDERED, that Sundeep S. Sidhu may appear in the above-captioned case pursuant to Local Rule 9010-1(e)(ii).

Wilmington, Delaware

Dated: 5/14, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] The last four digits of Energy Future Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas, 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{28667580;1}