**CERTIFICATE OF SERVICE**

I, Gregory A. Taylor, hereby certify that on May 14, 2014, I caused one copy of the foregoing document to be served upon the parties on the attached service list via fisst class mail, postage prepaid, unless otherwise indicated.

Gregory A. Taylor (DE #4008)

**VIA FIRST CLASS MAIL AND E-MAIL**
Richard M. Cieri
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, IL 60654

**VIA HAND DELIVERY AND E-MAIL**
Mark D. Collins
RICHARDS LAYTON & FINGER
920 North King Street
Wilmington, DE 19801

Counsel to Atmos Energy Corporation
Daniel K. Astin
John D. McLaughlin, Jr.
Joseph J. McMahon, Jr.
CIARDI CIARDI & ASTIN
1204 N. King Street
Wilmington, DE 19801

Counsel to Atmos Energy Corporation
Stephen C. Stapleton
COWLES & THOMPSON
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 72505

Richard L. Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox #35
Wilmington, DE 19801

Counsel to Texas Comptroller of Public Accounts
Rachel Obaldo, Assistant Attorney General
John Mark Stern, Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Counsel to Texas Office of Public Utility Counsel
Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Counsel to Public Utility Commission of Texas
Hal F. Morris
Ashley Flynn Bartram
Nicole D. Mignone
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Counsel to Texas Commission on Environmental Quality
Russell L. Munsch, Esquire
MUNSCH HARDT KOPF & HARR, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin TX 78701-4071

Counsel to Texas Commission on Environmental Quality
Mark Minuti, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Counsel to Texas Commission on Environmental Quality
Kevin M. Lippman, Esquire
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street
Suite 3800
Dallas TX 75201-6659

Counsel to Texas Commission on Environmental Quality
Hal F. Morris
Ashley Bartram
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Counsel to Railroad Commission of Texas
Hal F. Morris
Ashley F. Bartram
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Somervell County et al.
c/o Elizabeth Banda Calvo
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
P.O. Box 13430
Arlington, Texas 76094-0430

Galena Park Independent School District
c/o Owen M. Sonik
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
1235 North Loop West
Suite 600
Houston, TX 77008

Counsel to Marathon Asset Management, LP
Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
WILMER CUTLER PICKERING HALE ANDDORRLLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

Counsel to Marathon Asset Management, LP
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Counsel to Marathon Asset Management, LP
Benjamin W. Loveland, Esquire
WILMER CUTLER PICKERING HALE ANDDORRLLP
60 State Street
Boston, Massachusetts 02109

Counsel to Deutsche Bank AG New York Branch
Laurie Seiber Silverstein, Esquire
Jeremy W. Ryan, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801

Counsel to Deutsche Bank AG New York Branch
Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Counsel to Tarrant County, Dallas County
Elizabeth Weller
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway, Suite 1000
DALLAS, TX 75207

Counsel to Steering Committee of Cities Served by Oncor
Michael A. McConnell
Clay Taylor
Katherine Thomas
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Counsel to Steering Committee of Cities Served by Oncor
Geoffrey Gay
LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
816 Congress Avenue, Suite 1900
Austin, TX 78701

Counsel to Steering Committee of Cities Served by Oncor
Marc J. Phillips
MANION GAYNOR & MANNING LLP
The NeMours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801

Counsel to UMB Bank, NA
Harold L. Kaplan
Mark F. Hebbeln
Lars A. Peterson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Counsel to Alcoa Inc.
Peter S. Goodman, Esquire
Michael R. Carney, Esquire
MCKOOL SMITH
One Bryant Park
47th Floor
New York, New York 10036

Counsel to Alcoa Inc.
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Counsel to Pacific Investment Management Co. LLC
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

Counsel to Pacific Investment Management Co. LLC
Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Counsel to Pacific Investment Management Co. LLC
JeffreyS. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Desiree M. Amador
Jon Chatalian
Israel Goldowitz
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Counsel to Aurelius Capital Management LP
Michael G. Busenkell
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

Counsel to Aurelius Capital Management LP
William P. Weintraub
Kizzy L. Jarashow
Stutman, Treister & Glatt, PC
675 Third Avenue, Suite 2216
New York, NY 10017-5714

Counsel to Fidelity Management & Research Company
Michael J. Joyce
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

Counsel to Fidelity Management & Research Company
Brad Eric Scheler
Gary L. Kaplan
Matthew M. Roose
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Counsel to Citibank, NA
Howard A. Cohen
Robert K. Malone
Drinker Biddle & Reath LLP
222 Delaware Ave., Ste. 1410
Wilmington, Delaware 19801-1621

Counsel to Citibank, NA
Dennis F. Dunne
Evan R. Fleck
Karen Gartenberg
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Counsel to Angelina County, Fort Bend County and Harris County
John P. Dillman
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 3064
Houston, TX 77253-3064

Counsel to Headwaters Resources, Inc.
David E. Leta
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Counsel to Texas Energy Future Capital Holdings LLC
Texas Energy Future Holdings Limited Partnership
MORRIS NICHOLS ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Erin R. Fay (No. 5268)
1201 North Market Street, Suite 1600
Wilmington, DE 19801

Counsel to Texas Energy Future Capital Holdings LLC
Texas Energy Future Holdings Limited Partnership
WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
51 West 52nd Street
New York, NY 10019

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for the Texas Ad Valorem Taxing Jurisdictions
Lee Gordon
State Bar Number 08212500
P.O. Box 1269
Round Rock, Texas 78680

Counsel to Ad Hoc Committee of TCEH First Lien Creditors
Pauline K. Morgan
Joel A. Waite
Ryan M. Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801

Counsel to Ad Hoc Committee of TCEH First Lien Creditors
Alan W. Kornberg
Kelley A. Cornish
Brian S. Hermann
Jacob A. Adlerstein
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019

Counsel to Borealis Infrastructure Management, Inc.
Mark S. Chehi, Esq.
Kristhy M. Peguero, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Counsel to Borealis Infrastructure Management, Inc.
Jay M. Goffman, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522

Counsel to Borealis Infrastructure Management, Inc.
George N. Panagakis, Esq.
Carl T. Tullson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, Illinois 60606-1720

Counsel to CenterPoint Energy Resources Corp.
CenterPoint Energy Houston Electric
Steven K. Kortanek
Mark L. Desgrosseilliers
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Counsel to CenterPoint Energy Resources Corp.
CenterPoint Energy Houston Electric
James Prince
Omar J. Alaniz
Ian E. Roberts
BAKER BOTTS L.L.P.
2001 Ross Ave.
Dallas, TX 75201-2980

Counsel to Sitel, LLC
Edward M. King, Esq.
FROST BROWN TODD LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202

Counsel to Alcoa Inc.
Paul D. Moak
MCKOOL SMITH
600 Travis Street, Suite 7000
Houston, TX 77002

Counsel to Indenture Trustee and the EFIH 2nd Lien Objectors
Stephanie Wickouski, Esq.
Michelle McMahon, Esq.
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104

Counsel to Indenture Trustee and the EFIH 2nd Lien Objectors
Tina Vitale, B.A.; LL.B.
Senior VP, Corporate Trust
Computershare
480 Washington Blvd.
Jersey City NJ 07310

Counsel to Indenture Trustee and the EFIH 2nd Lien Objectors
Thomas Moers Mayer, Esq.
Gregory A. Horowitz, Esq.
Joshua K. Brody, Esq.
Philip Bentley, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Counsel to Indenture Trustee and the EFIH 2nd Lien Objectors
Laura Davis Jones, Esq.
Robert J. Feinstein, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Counsel to Tex-La Electric Cooperative of Texas, Inc.
Jeffrey R. Fine
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201

Counsel to Tex-La Electric Cooperative of Texas, Inc.
Christine C. Ryan
BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.
1025 Thomas Jefferson Street, N.W.
Washington, DC 20007

Counsel to EFIH Second Lien DIP Commitment Parties,
Ad Hoc Committee of EFIH Unsecured Noteholders
Scott D. Cousins
Mark D. Olivere
Ann M. Kashishian
COUSINS CHIPMAN & BROWN, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

Counsel to EFIH Second Lien DIP Commitment Parties,
Ad Hoc Committee of EFIH Unsecured Noteholders
AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff, Abid Qureshi, Stephen M. Baldini,
Meredith A. Lahaie, Robert J. Boller, Christoppher W.
Carty & Lindsay K. Zahradka
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Counsel to EFIH Second Lien DIP Commitment Parties,
Ad Hoc Committee of EFIH Unsecured Noteholders
AKIN GUMP STRAUSS HAUER & FELD LLP
Scott L. Alberino
Joanna F. Newdeck
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Counsel to J. Aron & Company
Mark E. Felger
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801

Counsel to J. Aron & Company
Sean A. O'Neal
Humayun Khalid
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Counsel to Ad Hoc Group of TCEH Unsecured
Noteholders
Jeffrey M. Schlerf
John H. Strock
L. John Bird
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

Counsel to Ad Hoc Group of TCEH Unsecured Noteholders
J. Christopher Shore
Gregory M.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036

Counsel to Ad Hoc Group of TCEH Unsecured Noteholders
Thomas E Lauria Matthew C.
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131

Counsel to Goldman, Sachs & Co.
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Damon P. Meyer
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Counsel to TXU 2007-1 Railcar Leasing LLC
John A. Harris
Jason D. Curry
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Counsel to TXU 2007-1 Railcar Leasing LLC
Daniel K. Astin
Joseph J. McMahon, Jr.
CIARDI CIARDI & ASTIN
1204 North King Street
Wilmington, DE 19801

Counsel to Airgas USA, LLC
Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue
Suite 1000
PO Box 410
Wilmington, DE 19899

Counsel to Airgas USA, LLC
Jonathan Hook
HAYNES AND BOONE LLP
30 Rockefeller Center
26th Floor
New York, NY 10112

Counsel to Airgas USA, LLC
Patrick L. Hughes
HAYNES AND BOONE LLP
1221McKinney Street
Suite 1200
Houston, TX 77010

Counsel to Law Debenture Trust Company of New York,
in its capacity as Indenture Trustee
Daniel A. Lowenthal
Craig W. Dent
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Counsel to Law Debenture Trust Company of New York,
in its capacity as Indenture Trustee
Stephen M. Miller
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Counsel to First Union Rail Corporation
Michael L. Schein, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Counsel to American Stock Transfer & Trust
Company, LLC
Lee Harrington
Richard C. Pedone
Amanda D. Darwin
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110

Counsel to Red Ball Oxygen Company
Jonathan L. Howell
MCCATHERN, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, Texas 75219

Counsel to SAP Industries, Inc.
Donald K. Ludman
BROWN & CONNERY, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

Counsel to Chicago Bridge & Iron Company N.V.
David Neier, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Counsel to Property Tax Partners
Robert J. Myers
MYERS ★ HILL
2525 Ridgmar Blvd., Ste. 150
Fort Worth, TX 76116

Counsel to HOLT Texas, Ltd. d/b/a Holt Cat
J. Scott Rose
JACKSON WALKER, L.L.P.
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205

Counsel to HOLT Texas, Ltd. d/b/a Holt Cat
Monica S. Blacker
JACKSON WALKER, L.L.P.
Bank of America Plaza
901 Main Street
Suite 6000
Dallas, TX 75202

Counsel to HOLT Texas, Ltd. d/b/a Holt Cat
Mark L. Desgrosseilliers
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Counsel to FLSMIDTH INC., f/d/b/a/ FLSmidth Airtech Inc. and FLSMIDTH USA INC., f/k/a FLSmidth Salt Lake City, Inc.
Robert Szwajkos, Esquire
CURTIN & HEEFNER LLP
250 Pennsylvania Ave.
Morrisville, PA 19067

Counsel to Tarrant Regional Water District
Michael L. Atchley
Matthew T. Taplett
POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & RAY, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, Texas 76102

Counsel to Caterpillar Financial Services Corporation
Kathleen A. Murphy, Esquire
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 1500
Wilmington, DE 19801

Counsel to Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent
Jeffrey T. Rose, Esquire
Vice President
WILMINGTON TRUST FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Counsel to Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent
Michael B. Schaedle, Esquire
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Counsel to Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent
Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Counsel to Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent
John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004

Counsel to Ranger Excavating LP
Stephen Sakonchick, II
STEPHEN SAKONCHICK II, P.C.
6502 Canon Wren Drive
Austin, Texas 78746

Counsel to Mario Sinacola & Sons Excavating, Inc.
Gregory M. Weinstein
WEINSTEIN RADCLIFF LLP
6688 N. Central Expressway, Suite 675
Dallas, Texas 75206

Counsel to Creditors, Oracle America, Inc. and Oracle Credit Corporation
Shawn M. Christianson, Esq.
BUCHALTER NEMER, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, California 94105-3493

Counsel to Targa Gas Marketing, LLC, Kinder Morgan Texas Pipeline, LLC, Kinder Morgan Tejas Pipeline, LLC and Kinder Morgan Texas Pipeline, LLC
Patricia Williams Prewitt
LAW OFFICE OF PATRICIA WILLIAMS PREWITT
10953 Vista Lake Court
Navasota, Texas 77868

Counsel to Michelin North America Inc.
Jody A. Bedenbaugh
George B. Cauthen
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
P.O. Box 11070 (29211)
Columbia, SC 29201

Counsel to Lower Colorado River Authority
William T. Medaille
Lower Colorado River Authority
Legal Services
P. O. Box 220
Austin, Texas 78767

Counsel to The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee, The Bank of New York Mellon, as Indenture Trustee
Kurt F. Gwynne Esquire
Kimberly E.C. Lawson, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Counsel to Devon Energy Corporation
Judy Hamilton Morse
CROWE & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102

Counsel to The Richards Group, Inc.
Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

Counsel to The Richards Group, Inc.
Jamie R. Welton
LACKEY HERSHMAN, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219

Counsel to Thermo Fisher Scientific Inc.
Jordan S. Blask, Esq.
Lara E. Shipkovitz, Esq.
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Counsel to Thermo Fisher Scientific Inc.
Kevin M. Capuzzi, Esq.
PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
1220 North Market Street, Suite 950
Wilmington, Delaware 19801

Counsel to Limestone County, Falls County, Robertson County, Nueces County, McLennan County, Franklin ISD, Round Rock ISD, Lee County, Walnut Springs ISD
Diane Wade Sanders
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760

Counsel to ROMCO Equipment Co
John P. Melko
Michael K. Riordan
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Ste. 3400
Houston, Texas 77002