IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br>on an Interim Basis |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens, by and through its undersigned counsel, hereby withdraws the *Notice of Deposition of Donald Evans* [Docket No. 375] filed on May 7, 2014.

| | |
|---|---|
| Dated: May 14, 2014<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ William P. Bowden*<br>William P. Bowden (I.D. No.2553)<br>Gregory A. Taylor (I.D. No. 4008)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>- and -<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner (admitted pro hac vice)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>- and – |

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*