IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket Nos. 26 & 319** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2014, I caused to be served:

   a) the "Motion of Energy Future Holdings Corp., *et al*., for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services," dated April 29, 2014 [Docket No. 26],

   b) the "Interim Order Determining Adequate Assurance of Payment for Future Utility Services," dated May 2, 2014 [Docket No. 319], and

   c) a customized version of the "Notice of Final Hearing of Motion of Energy Future Holdings Corp., *et al*., for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services," dated May 9, 2014, *relating to Docket No. 26*, a sample of which is annexed hereto as Exhibit A,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
10th day of May, 2014

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

**Commencement of Chapter 11 Cases**.  On April 29, 2014, (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Court has entered orders for relief under the Bankruptcy Code with respect to each of the Debtors listed above.

**The Debtors' Adequate Assurance**.  On the Petition Date, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 26] (the "Motion"). On May 2, 2014, the Bankruptcy Court entered the *Interim Order Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 319] (the "Interim Order," attached hereto).

**You are receiving this notice because the Final Order may affect your rights.  If you have been identified by the Debtors as a Utility Provider, the information listed for the Utility Provider receiving this notice is listed in the table below.**

| UTILITY PROVIDER | ADDRESS | TYPE OF SERVICE |
|---|---|---|
| ATMOS ENERGY | 13430 NORTHWEST FRWY STE 700 HOUSTON, TX  77040 | ELECTRIC |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**The final hearing on the relief requested in the Motion shall occur on June 5, 2014 at 9:30 a.m. prevailing Eastern Time.**

**Pursuant to the Interim Order, any objections to the Motion must be <u>filed</u> by May 29, 2014 at 4:00 p.m., prevailing Eastern Time.**

[*Remainder of page intentionally left blank.*]

**Neither the Debtors' counsel nor the Bankruptcy Court Clerk's Office can give you legal advice. You may wish to consult an attorney to protect your rights.**

Wilmington, Delaware
Dated: May 9, 2014

/s/ *Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          richard.cieri@kirkland.com
                    edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

**Debtor:** ENERGY FUTURE HOLDINGS CORP., et al.,
**Case #:** 14-10979 (CSS)

**NOTICE OF FINAL HEARING OF MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES**

**Notices mailed by:** May 9, 2014

ATMOS ENERGY
13430 NORTHWEST FRWY STE 700
HOUSTON, TX  77040

ATMOS ENERGY
5420 LBJ FREEWAY, SUITE 1554
DALLAS, TX  75240

ATMOS ENERGY
5430 LBJ FREEWAY, SUITE 1800
DALLAS, TX  75240

ATMOS ENERGY
ATMOS PIPELINE - TEXAS
PO BOX 841425
DALLAS, TX  75284-1425

ATMOS ENERGY
PO BOX 223705
DALLAS, TX  75222-3705

ATMOS ENERGY
PO BOX 790311
ST LOUIS, MO  63179-0311

Total Parties: 6