## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) Ref. Docket No. 400 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2014, I caused to be served the "Notice of Initiation of Opt-In Period for Proposed EFIH Second Lien Settlement," dated May 9, 2014 [Docket No. 400], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
13th day of May, 2014

/s/ Ca U Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 201_

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADA CARBON SOLUTIONS | (RED RIVER ENVIRONMENTAL PRODUCTS) ATTN: PETER O. HANSEN 1460 W. CANAL COURT LITTLETON CO 80120 |
| ADA CARBON SOLUTIONS | (RED RIVER ENVIRONMENTAL PRODUCTS) ATTN: PETER O. HANSEN 8100 S. PARKWAY #A2 LITTLETON CO 80120 |
| AEP TEXAS NORTH COMPANY | ATTN: CHARLES R. PATTON 1 RIVERSIDE PLAZA COLUMBUS OH 43215-2372 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY LINDSAY ZAHRADKA ONE BRYANT PARK, BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVENUE, NW WASHINGTON DC 20036-1564 |
| ALCOA | ATTN: MAX W. LAUN 201 ISABELLA STREET PITTSBURGH PA 15219-5858 |
| AMECO INC | ATTN: DEAN SMITH 2106 ANDERSON ROAD GREENVILLE SC 29611 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL 6201 15TH AVENUE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST COMPANY LLC | ATTN: PAUL KIM 6201 15TH AVENUE BROOKLYN NY 11219 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ 500 DELAWARE AVE PO BOX 1150 WILMINGTON DE 19899 |
| ASHER MEDIA INC | ATTN: KALYN ASHER 15303 DALLAS PARKWAY, SUITE 1300 ADDISON TX 75001 |
| AUTOMATIC SYSTEMS INC | ATTN: MICHAEL HOEHN 9230 EAST 47TH STREET KANSAS CITY MO 64133 |
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.) ATTN: BENJAMIN L. STEWART CAMPBELL CENTRE I 8350 N. CENTRAL EXPY, SUITE 935 DALLAS TX 75206 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS 2001 ROSS AVE. DALLAS TX 75201-2980 |
| BENCHMARK INDUSTRIAL SERVICES | ATTN: MIKE WILCOX 2100 STATE HIGHWAY 31 E KILGORE TX 75662 |
| BENCHMARK INDUSTRIAL SERVICES | ATTN: MIKE WILCOX PO BOX 931 KILGORE TX 75663 |
| BINGHAM MCCUTCHEN LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP) ATTN: JEFFREY S. SABIN ESQ 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JULIA FROST-DAVIES ESQ & CHRISTOPHER L. CARTER ESQ ONE FEDERAL STREET BOSTON MA 02110-1726 |
| BLANK ROME | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103 |
| BNSF RAILWAY COMPANY | C/O HAYNES & BOONE, LLP ATTN: IAN T. PECK, ESQ. 201 MAIN STREET, SUITE 2200 FORT WORTH TX 76102-3126 |
| BNSF RAILWAY COMPANY | ATTN: PETER LEE, SENIOR GENERAL ATTORNEY 2500 LOU MENK DRIVE FORT WORTH TX 76131-2828 |
| BOKF, NA DBA BANK OF ARIZONA | ATTN: KEN HOFFMAN VICE PRESIDENT 3001 EAST CAMELBACK ROAD, SUITE 100 PHOENIX AZ 85016 |
| BOKF, NA DBA BANK OF ARIZONA | ATTN: CYNDI WILKINSON SENIOR VICE PRESIDENT 3001 EAST CAMELBACK ROAD, SUITE 100 PHOENIX AZ 85016 |
| BRAKE SUPPLY CO INC | ATTN: DAVID KOCH 5501 FOUNDATION BLVD EVANSVILLE IN 47725 |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C. RYAN 1025 THOMAS JEFFERSON STREET, NW WASHINGTON DC 20007 |
| BROWN & CONNERY, LLP | (COUNSEL TO SAP INDUSTRIES, INC.) ATTN: DONALD K. LUDMAN 6 NORTH BROAD STREET, SUITE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM STREET HARTFORD CT 06103 |

| Claim Name | Address Information |
|---|---|
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY COFFEY ESQ ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON 55 SECOND STREET, 17TH FLOOR SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) ATTN: KATHLEEN A. MURPHY 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| CAPGEMINI NORTH AMERICA INC | ATTN: ISABELLE ROUX-CHENU 623 FIFTH AVE 33RD FLOOR NEW YORK NY 10022 |
| CENTERPOINT ENERGY HOUSTON | ROBERT CLAUDE, ESQ., ASSOCIATE GENERAL COUNSEL 1111 LOUISIANA STREET HOUSTON TX 77002 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY CORPORATION AND TXU 2007-1 RAILCAR LEASING LLC) ATTN: DANIEL ASTIN; JOHN MCLAUGHLIN, JR.; JOSEPH J. MCMAHON JR 1204 N. KING STREET WILMINGTON DE 19801 |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK 388 GREENWICH ST, 21ST FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN VICE PRESIDENT 388 GREENWICH ST, 32ND FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: RYAN FALCONE 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III NEW CASTLE DE 19720 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J. ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, UNIVERSITY ST., SUITE 700 MONTREAL QC H3A 3S8 CANADA |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ 1000 WEST STREET, SUITE 1400 WILMINGTON DE 19801 |
| COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79N CARTHAGE TX 75633 |
| COUSINS CHIPMAN & BROWN, LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECON LIEN DIP COMMITMENT) ATTN: SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN 1007 NORTH ORANGE STREET, SUITE 1110 WILMINGTON DE 19801 |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN STREET, SUITE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J. ARON & COMPNAY) ATTN: MARK E. FELGER 1201 NORTH MARKET STREET, SUITE 1001 WILMINGTON DE 19801 |
| CRANE NUCLEAR INC | PRESIDENT OR GENERAL COUNSEL 2825 COBB INTERNATIONAL BLVD NW KENNESAW GA 30152 |
| CROSS & SIMON, LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) ATTN: MICHAEL J. JOYCE 913 N. MARKET STREET, 11TH FLOOR PO BOX 1380 WILMINGTON DE 19899-1380 |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY CORPORATION) ATTN: JUDY HAMILTON MORSE 20 NORTH BROADWAY, SUITE 1800 OKLAHOMA CITY OK 73102 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| CURTIN & HEEFNER LLP | (COUNSEL TO FLSMIDTH INC.) ATTN: ROBERT SZWAJKOS 250 PENNSYLVANIA AVE. MORRISVILLE PA 19067 |
| DATA SYSTEMS & SOLUTIONS LLC | (ROLLS ROYCE) MILES COWDRY,ROLLS-ROYCE CIVIL NUCLEAR,994-A EXPLORER BLVD HUNTSVILLE AL 35806 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; |

| Claim Name | Address Information |
|---|---|
| DAVIS POLK & WARDWELL LLP | ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DENTONS US LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ OSCAR PINKS ESQ 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| DEUTSCHE BANK | ATTN: SARA PELTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK, N.A.) ATTN: HOWARD A. COHEN & ROBERT K. MALONE 222 DELAWARE AVE., STE. 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R. FINE 1717 MAIN STREET, SUITE 4000 DALLAS TX 75201 |
| EPIQ BANKRUPTY SOLUTIONS, LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. 757 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| FL SMIDTH AIRTECH INC | ATTN: MARK BRANCATO CEMENT PROJECTS AMERICAS 2040 AVENUE C BETHLEHEM PA 18017 |
| FLUOR GLOBAL SERVICES | ATTN: CARLOS M. HERNANDEZ 6700 LAS COLINAS BLVD IRVING TX 75039 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD 919 NORTH MARKET STREET, SUITE 300 WILMINGTON DE 19801 |
| FREDERIC DORWART, LAWYERS | ATTN: SAMUEL S. ORY 124 EAST FOURTH STREET TULSA OK 74103 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.) ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE ONE NEW YORK PLAZA NEW YORK NY 10004 |
| FRISCO CONSTRUCTION SERVICES | ATTN: CLAY THOMAS 9550 JOHN W. ELLIOTT DRIVE, SUITE 106 FRISCO TX 75033 |
| FROST BROWN TODD LLC | (COUNSEL TO SITEL, LLC) ATTN: EDWARD M. KING, ESQ. 400 W. MARKET STREET, 32ND FLOOR LOUISVILLE KY 40202 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 913 N. MARKET STREET, 10TH FLOOR WILMINGTON DE 19801 |
| GENERATOR & MOTOR SERVICES INC | ATTN: JOHN POZNICK – CONTROLLER 601 BRADDOCK AVE TURTLE CREEK PA 15145 |
| GRAINGER | ATTN: JOHN L. HOWARD 100 GRAINGER PKWY LAKE FOREST IL 60045 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: JONATHAN HOOK 30 ROCKEFELLER CENTER, 26TH FLOOR NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: PATRICK L. HUGHES 1221 MCKINNEY STREET, SUITE 1200 HOUSTON TX 77010 |
| HAYNES AND BOONE, LLP | (COUNSEL TO BNSF RAILWAY COMPNAY) ATTN: IAN T. PECK 201 MAIN STREET, SUITE 2200 FORT WORTH TX 76102-3126 |
| HCL AMERICA INC | ATTN: RAGHU RAMAN LAKSHMANAN 330 POTRERO AVENUE SUNNYVALE CA 94085 |
| HEADWATERS RESOURCES INC | ATTN: HARLAN M. HATFIELD 10701 S RIVER FRONT PARKWAY SUITE 300 SOUTH JORDAN UT 84095 |
| HOLT CAT | ATTN: MICHAEL PURYEAR 3302 S W.W. WHITE RD SAN ANTONIO TX 78222 |
| HYDROCARBON EXCHANGE CORP. | ATTN: R SCOTT HOPKINS 5910 N. CENTRAL EXPY. STE 1380 DALLAS TX 75206 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| J & S CONSTRUCTION LLC | ATTN: JEFF GRODEL 10823 N US HIGHWAY 75 BUFFALO TX 75831 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 901 MAIN STREET, SUITE 6000 DALLAS TX 75202 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E. PECAN STREET, SUITE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | ATTN: PATRICIA VILLAREAL 2727 NORTH HARWOOD STREET DALLAS TX 75201 |
| JONES DAY | ATTN: MICHAEL L. DAVITT 2727 NORTH HARWOOD STREET DALLAS TX 75201 |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | ATTN: WILLIAM WOCHNER 427 WEST 12TH STREET KANSAS CITY MO 64105 |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | ATTN: WILLIAM WOCHNER PO BOX 219335 KANSAS CITY MO 64121-9335 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |

| Claim Name | Address Information |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LACKEY HERSHMAN, LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT AND ALCOA) ATTN: ADAM LANDIS ESQ & MATTEW MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO VICE PRESIDENT 400 MADISON AVE, STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS) ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FREEWAY, SUITE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS P.O. BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOWER COLORADO RIVER AUTHORITY | ATTN: PHIL WILSON TRANSMISSION SERVICES CORP 3700 LAKE AUSTIN BLVD. AUSTIN TX 78703 |
| LOWER COLORADO RIVER AUTHORITY | LEGAL SERVICES ATTN: WILLIAM T MEDAILLE ESQ PO BOX 220 AUSTIN TX 78767 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MCCATHERN, PLLC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L. HOWELL REGENCY PLAZA 3710 RAWLINS, SUITE 1600 DALLAS TX 75219 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON PO BOX 1269 ROUND ROCK TX 78680 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY ONE BRYANT PARK, 47TH FLOOR NEW YORK NY 10036 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. 600 TRAVIS STREET, SUITE 7000 HOUSTON TX 77002 |
| MERICO ABATEMENT CONTRACTORS INC | ATTN: ATTN: MIKE CROFFLAND - GENERAL MANAGER 201 ESTES DR LONGVIEW TX 75602-6100 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK, N.A.) ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: KAREN GARTENBERG 1 CHASE MANHATTEN PLAZA NEW YORK NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: JONATHAN BROWN 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MINE SERVICE LTD | ATTN: KEITH DEBAULT 855 E US HIGHWAY 79 ROCKDALE TX 76567 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M. MILLER 500 DELAWARE AVENUE, SUITE 1500 PO BOX 2306 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ERCOT) ATTN: RUSSELL L MUNSCH ESQ 3050 FROST BANK TOWER 401 CONGRESS AVE AUSTIN TX 78701-4071 |
| MYERS HILL | (COUNSEL TO PROPERTY TAX PARTNERS) ATTN: ROBERT J. MYERS 2525 RIDGMAR BLVD., STE. 150 FORT WORTH TX 76116 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC.) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN STREET, 17TH FLOOR PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN 100 SUMMER STREET BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| NIXON PEABODY LLP | AMELIA M. CHARAMBA,RE: AMERICAN STOCK TRANSFER &TRUST CO, LLC 100 SUMMER STREET BOSTON MA 02110 |
| NORTHEAST TEXAS POWER LTD | ATTN: DAVID PETTY 3163 FM 499 CUMBY TX 75433 |
| NORTHEAST TEXAS POWER LTD | ATTN: DAVID PETTY, PRESIDENT PO BOX 553 CUMBY TX 75433 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. 1007 ORANGE STREET, SUITE 700 PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 – LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE) ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN 919 N. MARKET STREET, 17TH FLOOR PO BOX 8705 WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M. AMADOR, ATTY 1200 K STREET, N.W. WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: ISRAEL GOLDOWITZ 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ PO BOX 13430 ARLINGTON TX 76094-0430 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERFORMANCE CONTRACTING INC | ATTN: CHUCK WILLIAM 16400 COLLEGE BLVD LENEXA KS 66219 |
| PIERCE CONSTRUCTION INC | ATTN: KENNETH PIERCE 4324 STATE HWY 149 BECKVILLE TX 75631 |
| PIERCE CONSTRUCTION INC | ATTN: KENNETH PIERCE – OWNER PO BOX 69 BECKVILLE TX 75631 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS AFFILIATES AND SUBSIDIARIES) ATTN: KEVIN M. CAPUZZI 1220 NORTH MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 WEST 7TH STREET, SUITE 600 FORT WORTH TX 76102 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ 1313 N MARKET ST 6TH FL PO BOX 951 WILMINGTON DE 19801 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO NORTH CENTRAL AVENUE PHOENIX AZ 85004-2391 |
| RANGER EXCAVATING LP | ATTN: BRAD MCKENZIE – CONTROLLER 5222 THUNDER CREEK ROAD AUSTIN TX 78759 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| RYAN PARTNERSHIP (FORMERLY SOLUTIONSET) | ATTN: MARY PERRY 440 POLARIS PARKWAY WESTERVILLE OH 43082 |
| SAUL EWING LLP | (COUNSEL TO ERCOT) ATTN: MARK MINUTI ESQ 222 DELAWARE AVE STE 1200 PO BOX 1266 WILMINGTON DE 19899 |
| SECURITAS SECURITY SERVICES USA | ATTN: SONIA JASMAN 2 CAMPUS DRIVE PARSIPPANY NJ 07054-4400 |
| SECURITAS SECURITY SERVICES USA | ATTN: LEGAL DEPARTMENT 4330 PARK TCE DRIVE WESTLAKE VILLAGE CA 91361 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES |

| Claim Name | Address Information |
|---|---|
| SEWARD & KISSEL LLP | ONE BATTERY PARK PLAZA NEW YORK NY 10014 |
| SHAW MAINTENANCE (CB&I) | ATTN: RICHARD E. CHANDLER, JR. C/O CB&I – ONE CB&I PLAZA 2103 RESEARCH FOREST DRIVE THE WOODLANDS TX 77380 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SIEMENS POWER GENERATION INC | ATTN: ANN FAIRCHILD 4400 N ALAFAYA TRL ORLANDO FL 32826 |
| SITEL LLC | ATTN: DAVID BECKMAN 3102 WEST END AVENUE, SUITE 900 NASHVILLE TN 37203 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: JAY M. GOFFMAN FOUR TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO ONE RODNEY SQUARE PO BOX 636 WILMINGTON DE 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON 155 NORTH WACKER DRIVE, SUITE 2700 CHICAGO IL 60606-1720 |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USNA, LLC) ATTN: KATHLEEN M. MILLER 800 DELAWARE AVENUE, SUITE 1000 PO BOX 410 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES, INC.) ATTN: DAVID E. LETA 15 WEST SOUTH TEMPLE, SUITE 1200 SALT LAKE CITY UT 84101 |
| TAGGART GLOBAL LLC | ATTN: JOHN LUKE C/O FORGE GROUP LTD 4000 TOWN CENTER BLVD., STE 300 CANONSBURG PA 15317 |
| TEAM EXCAVATING | ATTN: WAYNE YOST, OWNER 815 N MAIN STREET WRENS GA 30833 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS-NEW MEXICO POWER COMPANY | ATTN: PATRICK APODACA 414 SILVER AVENUE SW ALBUQUERQUE NM 87102-3289 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD, 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS, VICE PRESIDENT 385 RIFLE CAMP RD.,3RD FLOOR WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP – CSM 601 TRAVIS STREET, 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST,16TH FLOOR HOUSTON TX 77002 |
| THE HOGAN FIRM | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: DANIEL K HOGAN ESQ 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| TPUSA | ATTN: JOHN WARREN MAY 1991 SOUTH 4650 WEST SALT LAKE CITY UT 84104 |
| TRANSACTEL INC | ATTN: GUILLERMO MONTANO 18 CALLE 25-85 Z.10 TORRE TRANSACTEL PRADERA GUATEMALA CITY GUATEMALA |
| TRENT WIND FARM L.P. | ATTN: CHRISTINE MCGARVEY TRENT WIND FARM 1423 CR 131 TRENT TX 79561 |
| TRENT WIND FARM LP | ATTN: JAY JADWIN & LISA GROFF TRENT WIND FARM 155 W. NATIONWIDE BLVD, SUITE 500 COLUMBUS OH 43215 |
| TUCKER ARENSBERG, P.C. | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON VICE PRESIDENT 2 SOUTH BROADWAY, SUITE 600 ST. LOUIS MO 63102 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L. SCHEIN, ESQ. 1633 BROADWAY, 47TH FLOOR NEW YORK NY 10019 |
| WACHTELL, LIPTON, ROSEN & KATZ | (COUNSEL TO THE "INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 WEST 52ND STREET NEW YORK NY 10019 |
| WARFAB | ATTN: CALVIN GRACE – PRESIDENT & CEO 607 FISHER RD LONGVIEW TX 75604 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) ATTN: GREGORY M. WEINSTEIN 6688 N. CENTRAL EXPRESSWAY, SUITE 675 DALLAS TX 75206 |
| WESTINGHOUSE ELECTRIC CO LLC | ATTN: MIKE SWEENEY LEGAL & CONTRACTS 1000 WESTINGHOUSE DRIVE, SUITE 572A CRANBERRY TOWNSHIP PA 16066 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: J. CHRISTOPHER |

| Claim Name | Address Information |
| --- | --- |
| WHITE & CASE LLP | SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: THOMAS LAURIA; MATTHEW BROWN 200 SOUTH BISCAYNE BOULEVARD, SUITE 4900 MIAMI FL 33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER 250 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMINGTON SVGS FUND SOCIETY, | FSB (CHRISTIANA TRUST),PATRICK HEALY,VP-DIR OF ,GLOBAL BNKRPTCY& RSTRCTRING SVCS,500 DELAWARE AVE. WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 SOUTH SIXTH STREET, SUITE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPNAY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| WOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO ADHOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  193**