**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* | ) |
| | ) Case No.  14-10979 (CSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket No.** _____ |

### ORDER GRANTING EMERGENCY MOTION OF EFIH 2ND LIEN NOTES INDENTURE TRUSTEE TO COMPEL DEBTORS TO OBTAIN APPROVAL OF PROCEDURES GOVERNING THE 2ND LIEN TENDER OFFER

Upon consideration of the motion of Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Indenture Trustee**") for $2,156,000,000 aggregate principal amount of 2nd lien notes issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (the "**EFIH 2nd Lien Notes**") for entry of an order approving the *Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer* (the "**Emergency Motion**")[1] and any responses thereto; and upon entry of the *Order Fixing Hearing Date and Shortening Time to Object or Respond to Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer* ; and this Court having jurisdiction over the Emergency Motion, venue lying appropriately with this Court, and notice to parties being sufficient; and it appearing that the relief sought in the Emergency Motion is appropriate under the circumstances;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Emergency Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Emergency Motion is granted.

2. The Debtors are required to obtain court approval of the procedures for soliciting the 2nd Lien Tender Offer and adequacy of the disclosures.

3. The hearing on the procedures and adequacy of disclosures will be June 6, 2014.

4. The Debtors shall be required to extend the deadline for accepting the Total Consideration under the Tender Offer to the later of (a) June 12, 2014 or (b) if the Court orders the Debtors to change their Tender Offer procedures or to make additional disclosures, a date twenty business days after the Debtors make such changes or additional disclosures.

5. This Order is without prejudice to the Indenture Trustee's ability to request additional enlargements of time for service or any other deadline(s) in the future with regard to the ultimate approval of the RSA, the 1st Lien Settlement, 2nd Lien Settlement, the EFIH 1st Lien DIP and the EFIH 2nd Lien DIP and any other restructuring documents.

6. This Court shall retain jurisdiction over all matters related to or arising from this Order.

Dated: May ___, 2014

_____
The Honorable Christopher Sontchi
United States Bankruptcy Judge