**<u>Exhibit C</u>**

**Page 1**

1  UNITED STATES BANKRUPTCY COURT
2  DISTRICT OF DELAWARE
3
4
5  In re:                          :    Chapter 11
                                   :
6  ENERGY FUTURE HOLDINGS          :    Case No. 14-10979(CSS)
   CORP., et al.,                  :
7                                  :    (Jointly Administration
           Debtors.                :
8  _____    :    Requested)
9
10                                      United States Bankruptcy Court
11                                      824 North Market Street
12                                      Wilmington, Delaware
13                                      May 1, 2014
14                                      9:53 AM
15
16
17  B E F O R E :
18  HON CHRISTOPHER S. SONTCHI
19  U.S. BANKRUPTCY JUDGE
20
21
22
23
24
25  ECR OPERATOR:  LESLIE MURIN

Page 47

1  proposal get paid in full but the issue is the issue of
2  (indiscernible) make whole claims.
3              MR. HESSLER:  That is correct, Your Honor, and I'm
4  going get to that further in a moment, but that is correct.
5              And then, Your Honor, on the right side of the
6  organizational capital structure, which sometimes gets
7  referred to as the T side, the first lien creditors are
8  proposed to be the 100 percent equity owners of TCH as well
9  as its businesses below it.
10             THE COURT:  Say again?  What happens to this
11 second lien of unsecured debt on the TCIH side?
12             MR. HESSLER:  It's going to be extinguished, Your
13 Honor.
14             THE COURT:  Extinguished.
15             MR. HESSLER:  Yeah.
16             Your Honor, the next -- turning to the first third
17 of the presentation, this to walk through the mechanics of
18 the RSA and the term sheet.  I want to begin by highlighting
19 the two DIP facilities at TCH.  There's a quick side by side
20 comparison here in total, it's going to be -- well, let me
21 start first with the EFIH first lien DIP facility, it's a
22 $5.4 billion facility, we've highlighted here the interest
23 rate.
24             A key function of this facility is about halfway
25 down the page and this is that -- the make whole settlement.

1  Your Honor, this facility, which we'll talk about when the
2  EFIH DIP comes up on the agenda, is critical for
3  facilitating the settlement because it offers the
4  opportunity for EFIH first lien debt holders to opt into a
5  settlement that has been negotiated prepetition and then
6  participate in the settlement as EFIH first lien DIP
7  holders.
8       I want to note for the Court as you see in the
9  middle of the page we said as of the petition date there was
10 at least $1.85 billion of the approximately $4 billion of
11 EFIH first lien debt holders were party to the settlement.
12 Fortuitously yesterday another $50 million in claims opted
13 in the settlement.  So as of the time we didn't have time to
14 update this before it had to be printed but that is actually
15 now greater than $1.85 billion.  And I'll explain in a
16 moment, Your Honor, how we intend to walk through the
17 process or effect the process of bringing more settling
18 parties into that settlement.
19      The rest of the page notes the use of proceeds.
20      In further answer to a question you asked before,
21 Your Honor, it's a $5.4 billion facility, the first
22 $4 billion will be used to refinance and repay the existing
23 first lien debt.  Some of the remaining $1.4 billion will be
24 used also to facilitate the settlement and refinancing of
25 the second lien debt.

1                On the right side of the page, Your Honor, is the

2       proposed EFIH second lien DIP facility.  And again, this

3       just walks through the funded amount, the interest rate, the

4       use of proceeds, as well as about two-thirds of the way down

5       the page the mandatory conversion function.  I'm going to

6       talk about that a little bit more in a moment, but that's a

7       -- that's a fundamental element of this facility and also

8       what facilitates the overall restructuring.

9                Your Honor, turning to the next slide.  This is

10      the EFIH make whole settlements that have been referenced.

11      There are two.  A first lien settlement and a second lien

12      settlement.

13               Under the first lien settlement what is proposed

14      is settling first lien lenders who opt in would get 100

15      percent of their principal amount plus 101 percent of their

16      accrued interest.  The currency they receive for that amount

17      is the opportunity to participate in the EFIH first lien

18      DIP, but they will not receive the DIP lender fees that

19      would otherwise go to the third-party lenders to the extent

20      the third-party lenders are needed.  And again, there's

21      going to be more on that when we go through the actual EFIH

22      DIP up for approval.

23               The eligibility it's basically a credit to the

24      investors into both facilities.

25               And then as I said -- as I noted a moment ago the

1    participation as of the petition date was approximately 30
2    percent of the EFIH first lien notes with the opt in party
3    that we -- that we received signature pages from yesterday,
4    that number is now up to 31.5 percent, Your Honor.
5             On the right side of the page as to the second
6    lien make whole settlement here participating parties that
7    opt into this they get 100 percent of their principal and
8    interest and they receive that in cash.  So that's distinct
9    from the first lien settlement they receive participation in
10   the DIP.  Here they receive cash on their principal and
11   interest and if they opt to settle 50 percent of their
12   alleged make whole claim which also will be paid in cash.
13            As Mr. Sassower noted, Your Honor, at present 35
14   percent of the EFIH second lien noteholders have opted into
15   this settlement and we're going to run a process to
16   hopefully significantly increase the number of settlement
17   parties.
18            Turn the page, Your Honor, I do want to highlight
19   what we're referring to as the anchor tenant, which was
20   Fidelity and PIMCO, also referenced by Mr. Sassower.
21            Within the EFIH first lien settlement both PIMCO
22   and Fidelity have agreed to participate.  Critically PIMCO,
23   in addition to settling its first lien claims, has also
24   agreed to backstop an additional $1.45 billion of the EFIH
25   first lien DIP facility.

1            Under the second lien settlement, Your Honor,
2   Fidelity is a key participant in this settlement as well.
3   It's a (indiscernible) holder of the second lien notes and
4   it's going to participate $500 million of Fidelity's second
5   lien settlement is going to roll into first lien DIP
6   participation.  So Fidelity will be participating -- is
7   proposed to participate in the first lien DIP on behalf of
8   both its first lien debt claims as well as its second lien
9   debt claims.
10           Turning to the next slide, Your Honor, a word
11  about the opt in process that we have referred to.  We think
12  this is a critical, critical and very salient feature of the
13  settlement.
14           The first lien and second lien settlement is open
15  to all accredited investors, which is effectively all EFIH
16  first and second lien noteholders, so we already have
17  significant percentages and we have anchor participants, but
18  we are as we announced in our pleadings and we are
19  reiterating today the door is open, we want everybody to
20  come into that settlement.  Ideally we'd have 100 percent of
21  both classes at which point we would not have to have a make
22  whole fight at all, Your Honor.
23           The three sub bullets in the middle of the page
24  indicate how we propose to effectuate that opt in process.
25  There's going to be a first lien make whole exchange offer.