**Exhibit D**

```
                                                              Page 1
 1   UNITED STATES BANKRUPTCY COURT
 2   DISTRICT OF DELAWARE
 3
 4
 5   In re:                      :
                                 :    Chapter 11
 6   ENERGY FUTURE HOLDINGS      :
     CORP., et al.,              :    Case No. 14-10979(CSS)
 7                               :
              Debtors.           :    (Jointly Administration
 8   _____:    Requested)
 9
10                                    United States Bankruptcy Court
11                                    824 North Market Street
12                                    Wilmington, Delaware
13                                    May 2, 2014
14                                    9:39 AM
15
16
17   B E F O R E :
18   HON CHRISTOPHER S. SONTCHI
19   U.S. BANKRUPTCY JUDGE
20
21
22
23
24   ECR OPERATOR:  LESLIE MURIN
25
```

Page 116

1  on the venue, it will be focused and fairly limited
2  discovery.  Similar on depositions, it's probably one, maybe
3  two 30(b)(6) depositions, that's it.  So I don't think that
4  will be a problem and we'll be back on the 22nd to discuss
5  the 2004, that's fine.  Thank you.
6              THE COURT:  Thank you.
7              There was another motion, though.  Yesterday I
8  signed an order and for the life of me -- I apologize -- I
9  can't remember.
10             MR. HESSLER:  Your Honor, Stephen Hessler,
11 Kirkland & Ellis, on behalf of the Debtors.
12             In the context of the EFIH first and second lien
13 DIPs, they were talking about -- counsel for both, the
14 trustee for the first and second lien trustee, had indicated
15 that they have issues with the timing that we're proposed to
16 go forward on those DIPs.  I think you may be referring to,
17 in the context of putting both of those DIPs up for hearing
18 at the June 5th and 6th hearings, that we would potential be
19 coming back to you to talk about whether or not we have been
20 able to come to an agreement amongst ourselves, as to the
21 timing.
22             And, again, it's not just the -- we think the DIP
23 motions, it's the ability to draw on the DIP, as well as
24 refinance the principals and drifts, as well as the make
25 holes, so there's three components of that, and I think you

1  may be referring for us coming back to you for some help on
2  scheduling those.
3          MR. SHORE:  Actually, what you did yesterday was
4  you talked about the venue motion and then the 2004 and you
5  said that you wanted to set a telephonic status conference
6  after the formation of the committee to talk about
7  scheduling of those motions.
8          THE COURT:  All right.  Well, we'll hear it on the
9  22nd, all right?
10         Anything -- anything else?
11         MR. MCGAAN:  Is that 9:30, Your Honor, on the
12 22nd?
13         THE COURT:  Yeah, we'll start at 9:30.
14         And, again, you'll have all day Thursday and all
15 day Friday, and I'm hoping we don't have to, but we'll take
16 the time we need to, to do it right.
17         That's it.  Anything else?
18         MR. SASSOWER:  We have nothing further, Your
19 Honor.  I just want to, again, thank the Court for making
20 itself available over the last two days.
21         THE COURT:  Well, that's what we're here for.
22         We're adjourned.
23       (Recessed at 12:37 PM; to reconvene on May 22, 2014)
24
25                       * * * * *