**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re:                                                                     :    Chapter 11
                                                                                 :
Energy Future Holdings, Inc., *et al.*,                    :    Case No. 14-10979 (CSS)
                                                                                 :
                   Debtors.                               :    (Jointly Administered)
                                                                                 :
                                                                                 :    **Related to Docket No. \_\_\_\_**
---------------------------------------------------------- x

**ORDER FIXING HEARING DATE AND SHORTENING TIME TO
OBJECT OR RESPOND TO EMERGENCY MOTION OF EFIH 2ND LIEN NOTES
INDENTURE TRUSTEE TO COMPEL DEBTORS TO OBTAIN PRIOR APPROVAL
OF PROCEDURES GOVERNING THEIR 2ND LIEN TENDER OFFER**

Upon the motion (the "**Motion to Shorten**") of Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Indenture Trustee**") for $2,156,000,000 aggregate principal amount of second lien notes issued by Energy Future Intermediate Holding Company LLC ("**EFIH**") and the "**EFIH 2nd Lien Notes**") for entry of an order fixing a hearing date and shortening the time to object or respond to the *Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their 2nd Lien Tender Offer* (the "**Motion**")[1]; and it appearing that the relief sought in the Motion to Shorten is appropriate under the circumstances;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted;

2. The hearing on the Motion is scheduled for _____, 2014 at _____ (Eastern time).

3. Any objections or responses to the Motion must be made no later than _____ (Eastern time) on _____, 2014.

4. Immediately after the entry of this Order, counsel for the Indenture Trustee shall serve a copy of this Order and notice of the Motion on parties originally served with the Motion to Shorten and the Motion in the manner described in the Motion to Shorten.

Dated: May ___, 2014

_____
The Honorable Christopher Sontchi
United States Bankruptcy Judge