**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
                                          :
In re:                                    :     Chapter 11
                                          :
Energy Future Holdings, Inc., et al.,     :     Case No. 14-10979 (CSS)
                                          :
                       Debtors.           :     (Joint Administration Requested)
                                          :
------------------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 14th day of May, 2014, I caused a

copy of the following document(s) to be served on the individuals on the attached service list(s),

in the manner indicated thereon:

> *Motion to Fix Hearing Date On and Shorten Time to Object or Respond to Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer; and*
>
> *[Proposed] Order Fixing Hearing Date and Shortening Time to Object or Respond to Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer*

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)

DOCS_DE:192944.3 23731/001

Energy Future Holdings Corp. 2002
OVERNIGHT Service List
Case No. 14-10979 (CSS)
Document No. 192913
002 – Interoffice
008 – Express Mail
027 – Hand Delivery
112 – Overnight Delivery
001 – Foreign Overnight Delivery

(Counsel for EFIH)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899

**Interoffice Mail (NY)**
(Counsel for EFIH)
Robert J. Feinstein,
John A. Morris, Esquire
Maria A. Bove, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017

**Interoffice Mail (LA)**
(Counsel for EFIH)
Dean A. Ziehl, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

**Express Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19903

**Express Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**Express Mail**
 (Counsel for Comptroller of Public
Accounts of State of Texas)
Rachel Obaldo, Esquire, AAG
John Mark Stern, Esquire, AAG
Greg Abbott, Esquire
Office of the Texas Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

**Express Mail**
 (Counsel for Texas Office of Public Utility
Counsel)
Jason A. Starks, Esquire
Greg Abbott, Esquire
Daniel T. Hodge, Esquire
John B. Scott, Esquire
Ronald R. DelVento, Esquire
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711

**Express Mail**
 (Counsel for Public Utility Commission of
Texas; Texas Commission on
Environmental Quality; Railroad
Commission of Texas)
Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

**Express Mail**
(Counsel for Harris County; Angelina
County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253

**Express Mail**
(Top 50)
J & S Construction LLC
Jeff Grodel, Owner
PO Box 400
Buffalo, TX  75831

**Foreign Overnight Delivery**
(Top 50)
Transactel Inc.
Guillermo Montano, CEO
18 Calle 25-85 Z. 10
Torre Transactel Pradera
Guatemala City, Guatemala

**Hand Delivery**
(U.S. Trustee)
Richard Schepacarter, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Wilmington Savings Fund
Society)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
PO Box 1150
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Marathon Asset Management,
LP; Alcoa Inc.)
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Deutsche Bank AG New York
Branch)
Laurie Selber Silverstein, Esquire
Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Steering Committee of Cities
Served by Oncor)
Marc J. Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Pacific Investment
Management Co., LLC)
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE  19801

**Hand Delivery**
(Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**Hand Delivery**
(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership; certain other
direct or indirect holders of equity interests
in Energy Future Holdings Corp)
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE  19801

**Hand Delivery**
(Counsel for certain funds/accounts advised
or sub-advised by Fidelity Management &
Research Company
Michael J. Joyce, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
PO Box 1380
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Borealis Infrastructure
Management Inc.)
Mark S. Chehi, Esquire
Kristhy M. Peguero, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Citibank, N.A.)
Howard A. Cohen, Esquire
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Aurelius Capital Management, LP)
Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Indenture Trustee (Law Debenture))
Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

**Hand Delivery**
(Counsel to Ad Hoc Group of TCEH Unsecured Noteholders (Fixed Unsecured Notes))
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE  19801

**Hand Delivery**
(Counsel for J. Aron & Company)
Mark E. Felger, Esquire
Cozen O'Connor 1201 North Market Street, Suite 1001
Wilmington, DE  19801

**Hand Delivery**
(Counsel for TXU 2007-1 Railcar Leasing LLC; Atmos Energy Corp)
Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Ad Hoc Committee of EFIH Unsecured Noteholders)
Scott D. Cousins, Esquire
Mark D. Olivere, Esquire
Ann M. Kashishian, Esquire
Cousins Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE

**Hand Delivery**
(Counsel for Wilmington Trust, N.A., in its capacity as Successor First Lien Admin. Agent and First Lien Collateral Agent)
Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Holt Cat)
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Airgas USA, LLC and Caterpillar Financial Services Corp)
Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
(Counsel for The Bank of New York Mellon)
Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201jN. Market Street, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
(Counsel for The Richards Group, Inc.)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

**Hand Delivery**
(Counsel for Thermo Fisher Scientific Inc.)
Kevin M. Capuzzi, Esquire
Pinckney. Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite 950
Wilmington, DE  19801

**Overnight Delivery**
(Counsel for EFIH)
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**Overnight Delivery**
(Counsel for EIGH)
Stephanie Wickouski, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104-3300

**Overnight Delivery**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**Overnight Delivery**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**Overnight Delivery**
Office of the General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

**Overnight Delivery**
Andrew M. Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY  10281-1022

**Overnight Delivery**
Michael A. Berman, Esquire
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC  20549

**Overnight Delivery**
Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20554

**Overnight Delivery**
(Counsel for Wilmington Savings Fund Society)
Hugh M. McDonald, Esquire
Louis A. Curcio, Esquire
Oscar N. Pinkas, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020

**Overnight Delivery**
(Counsel for Wilmington Savings Fund Society)
Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

**Overnight Delivery**
(Counsel for Wilmington Savings Fund
Society)
Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA  02111

**Overnight Delivery**
(Counsel for Wilmington Savings Fund
Society)
Howard L. Siegel, Esquire
Brown Rudnick LLP
185 Asylum Street
Hartford, CT  06103

**Overnight Delivery**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX  78701-4071

**Overnight Delivery**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX  75201-6659

**Overnight Delivery**
(Counsel for Somervell County et al.)
Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
PO Box 13430
Arlington, TX  76094-0430

**Overnight Delivery**
(Counsel for Galena Park Independent
School District)
Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
1235 North Loop West, Suite 600
Houston, TX  77008

**Overnight Delivery**
(Counsel for Marathon Asset Management,
LP)
Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

**Overnight Delivery**
(Counsel for Marathon Asset Management,
LP)
Benjamin W. Loveland, Esquire
Wilmer Cutler Pickering Hale and Dorr,
LLP
60 State Street
Boston, MA  02109

**Overnight Delivery**
(Counsel for Deutsche Bank AG New York
Branch)
Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

**Overnight Delivery**
(Counsel for Steering Committee of Cities
Served by Oncor)
Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX  76102

**Overnight Delivery**
(Counsel for Steering Committee of Cities
Served by Oncor)
Geoffrey Gay, Esquire
Lloyd Gosselink Rochelle & Townsend,
P.C.
816 Congress Avenue, Suite 1900
Austin, TX  78701

**Overnight Delivery**
(Counsel for UMB Bank, N.A.)
Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313

**Overnight Delivery**
(Counsel for Alcoa Inc.)
Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKool Smith
One Bryant Park, 47th Floor
New York, NY  10036

**Overnight Delivery**
(Counsel for Alcoa Inc.)
Paul D. Moak, Esquire
McKool Smith
600 Travis Street, Suite 7000
Houston, TX  77002

**Overnight Delivery**
(Counsel for Pacific Investment
Management Co., LLC)
Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

**Overnight Delivery**
(Counsel for Pacific Investment
Management Co., LLC)
Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA  02110-1726

**Overnight Delivery**
(Pension Benefit Guaranty Corporation)
Desiree M. Amador, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

**Overnight Delivery**
(Counsel to Sitel, LLC)
Edward M. King, Esquire
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY  40202

**Overnight Delivery**
(Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
James Prince, Esquire
Omar J. Alaniz, Esquire
Ian E. Roberts, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201

**Overnight Delivery**
(Counsel for Borealis Infrastructure
Management Inc.)
Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

**Overnight Delivery**
(Counsel for Borealis Infrastructure
Management Inc.)
George N. Panagakis, Esquire
Carl T. Tullson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL  60606

**Overnight Delivery**
(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY  10019

**Overnight Delivery**
(Counsel for Texas Ad Valorem Taxing
Jurisdictions)
Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX  78680

**Overnight Delivery**
(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership; certain other
direct or indirect holders of equity interests
in Energy Future Holdings Corp)
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019

**Overnight Delivery**
(Counsel for Headwaters Resource s, Inc.)
David E. Leta, Esquire
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT  84101

**Overnight Delivery**
(Counsel for Harris County)
Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

**Overnight Delivery**
(Counsel for certain funds/accounts advised
or sub-advised by Fidelity Management &
Research Company
Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Schriver & Jacobson
LLP
One New York Plaza
New York, NY  10004

**Overnight Delivery**
(Counsel for American Stock Transfer &
Trust Co., LLC, as successor trustee to The
Bank of New York Mellon Trust Co., N.A)
Richard C. Pedone, Esquire
Amanda D. Darwin, Esquire
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

**Overnight Delivery**
(Counsel for GS Cases)
Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Overnight Delivery**
(Counsel for Airgas USA, LLC)
Jonathan Hook, Esquire
Haynes and Boone LLP
30 Rockefeller Center, 26th Floor
New York, NY  10112

**Overnight Delivery**
(Counsel for Airgas USA, LLC)
Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX  77010

**Overnight Delivery**
(Counsel for First Union Rail Corporation)
Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

**Overnight Delivery**
(Counsel for Indenture Trustee (Law
Debenture)
Daniel A. Lowenthal, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

**Overnight Delivery**
(Counsel for TXU 2007-1 Railcar Leasing
LLC)
John A. Harris, Esquire
Jason D. Curry, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

**Overnight Delivery**
(Counsel for Atmos Energy Corporation)
Stephen C. Stapleton, Esquire
Cowles & Thompson
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX  75202

**Overnight Delivery**
(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes))
J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036

**Overnight Delivery**
(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes))
Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL  33131

**Overnight Delivery**
(Counsel for J. Aron & Company)
Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

**Overnight Delivery**
(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Meredith A. Lahaie, Esquire
Robert J. Boller, Esquire
Christopher W. Carty, Esquire
Lindsay K. Azhradka, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Pasrk
Bank of America Tower
New York, NY  10036

**Overnight Delivery**
(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036

**Overnight Delivery**
(Counsel for Law Debenture Trust
Company of New York
Daniel A. Lowenthal, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

**Overnight Delivery**
 (Counsel for Pinnacle Technical Resources,
Inc.)
Benjamin L. Stewart
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy, Suite 935
Dallas, TX  75206

**Overnight Delivery**
 (Counsel for Tex-La Electric Cooperative
of Texas, Inc.)
Jeffrey R. Fine, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, TX  75201

**Overnight Delivery**
 (Counsel for Tex-La Electric Cooperative
of Texas, Inc.)
Christine C. Ryan, Esquire
Brickfield, Burchette, Ritts & Stone, P.C.
1025 Thomas Jefferson Street, N.W.
Washington, DC  20007

**Overnight Delivery**
 (Counsel for Chicago Bridge & Iron
Company N.V.)
David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

**Overnight Delivery**
 (Counsel for SAP Industries, Inc.)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ  08096

**Overnight Delivery**
 (Counsel for Pension Benefit Guaranty
Corporation)
Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC  20005

**Overnight Delivery**
(Counsel for Aurelius Capital Management, LP)
William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

**Overnight Delivery**
(Counsel for Ranger Excavating LP)
Stephen Sakonchick, II, Esquire
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, TX  78746

**Overnight Delivery**
(Counsel for Wilmington Trust, N.A., in its capacity as Successor First Lien Admin. Agent and First Lien Collateral Agent)
John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY  10004

**Overnight Delivery**
(Counsel for Wilmington Trust, N.A., in its capacity as Successor First Lien Admin. Agent and First Lien Collateral Agent)
Jeffrey T. Rose
Vice President
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN  55402

**Overnight Delivery**
(Counsel for Wilmington Trust, N.A., in its capacity as Successor First Lien Admin. Agent and First Lien Collateral Agent)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

**Overnight Delivery**
(Counsel for Tarrant Regional Water District, a Water Control and Improvement District)
Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
Pope, Hardwicke, Christie, Schell, Kelly & Ray, L.L.P.
500 West 7th Street, Suite 600
Forth Worth, TX  76102

**Overnight Delivery**
(Counsel for Holt Cat)
Monica S. Blacker, Esquire
Jackson Walker, L.L.P.
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, TX  75202

**Overnight Delivery**
(Counsel for Holt Cat)
J. Scott Rose, Esquire
Jackson Walker, L.L.P.
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, TX  78205

**Overnight Delivery**
(Counsel for Property Tax Partners)
Robert J. Myers, Esquire
Myers * Hill
2525 Ridgmar Blvd., Suite 150
Fort Worth, TX  76116

**Overnight Delivery**
(Counsel for Red Ball Oxygen Company)
Jonathan L. Howell, Esquire
McCathern, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX  75219

**Overnight Delivery**
(Counsel for Mario Sinacola & Sons
Excavating, Inc.)
Gregory M. Weinstein, Esquire
Weinstein Radcliff LLP
6688 N. Central Expressway, Suite 675
Dallas, TX  75206

**Overnight Delivery**
(Counsel for Oracle America, Inc. and
Oracle Credit Corp)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional
Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**Overnight Delivery**
(Counsel for Targa Gas Marketing, LLC and
Kinder Morgan Texas Pipeline, LLC/Kinder
Morgan Tejas Pipeline, LLC)
Patricia Williams Prewitt
Law office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX  77868

**Overnight Delivery**(Counsel for Michelin
North America, Inc.)
Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough L.L.P.
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

**Overnight Delivery**
(Counsel for Lower Colorado River
Authority)
William T. Medaille, Esquire
Lower Colorado River Authority
Legal Services
3700 Lake Austin Blvd.
Austin, Texas 78703

**Overnight Delivery**
(Counsel for Devon Energy Corporation)
Judy Hamilton Morse, Esquire
Crowe & Dunlevy, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK  73102

**Overnight Delivery**
(Counsel for Walnut Springs ISD; Franklin
ISD; Robertson County; Lee County;
McLennan County; Falls County; Round
Rock ISD; Nueces County; Limestone
County)
Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
2700 Via Fortuna Drive, Suite 400
Austin, TX  78741

**Overnight Delivery**
(Counsel for The Richards Group, Inc.)
Jamie R. Welton, Esquire
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX  75219

**Overnight Delivery**
(Counsel for Thermo Fisher Scientific Inc._
Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222

**Overnight Delivery**
(Counsel for Young County, Graham ISD,
Graham Hospital, District & North Central
Texas College District)
Jeanmarie Baer, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
900 Eighth Street, #1100
Wichita Falls, TX  76301

**Overnight Delivery**
(Top 50)
ADA Carbon Solutions(Red River
Environmental Products)
Peter W. Hansen, General Counsel
1460 W. Canal Court
Littleton, CO  80120

**Overnight Delivery**
(Top 50)
Fluor Global Services
Carlos M. Hernandez, Executive VP, Chief
Legal Officer, Secretary
6700 Las Colinas Blvd.
Irving, TX  75039

**Overnight Delivery**
(Top 50)
BNSF Railway Company
Roger Nober, Executive VP, Law and
Corporate Affairs
2650 Lou Menk Drive
Fort Worth, TX  76131

**Overnight Delivery**
(Top 50)
HCL America Inc.
Raghu Ramanm Lakshmannan, General
Counsel
330 Potrero Avenue
Sunnyvale, CA  94085

**Overnight Delivery**
(Top 50)
Westinghouse Electric Co., LLC
Mike Sweeney, Esquire
Senior VP and General Counsel Legal &
Contracts
1000 Westinghouse Drive, Suite 572A
Cranberry Twp., PA  16066

**Overnight Delivery**
(Top 50)
Asher Media Inc.
Dalyn Asher, President
15303 Dallas Parkway, Suite 1300
Addison, TX  75001

**Overnight Delivery**
(Top 50)
Mine Service Ltd.
Keith Debault, President
855 E. US Highway 79
Rockdale, TX  76567

**Overnight Delivery**
(Top 50)
Courtney Construction Inc.
Karlos Courtney, Owner
2617 US Highway 79N
Carthage, TX  75633

**Overnight Delivery**
(Top 50)
Siemens Power Generation Inc.
Christopher Ranck, Vice President and
General Counsel
4400 N. Alafaya Trail
Orlando, FL  32826

**Overnight Delivery**
(Top 50)
Brake Supply Co., Inc.
David Koch, CEO and President
5501 Foundation Blvd.
Evansville, IN  47725

**Overnight Delivery**
(Top 50)
Hydrocarbon Exchange Corp.
R. Scott Hopkins, President
5910 N. Central Expressway, Suite 1380
Dallas, TX  75206

**Overnight Delivery**
(Top 50)
Securitas Security Services USA
Sonia Jasman, President
2 Campus Drive
Parsippany, NJ  07054-4400

**Overnight Delivery**
(Top 50)
Merico Abatement Contractors, Inc.
Mike Merritt, President
201 Estes Drive
Longview, TX  75602-6100

**Overnight Delivery**
(Top 50)
Automatic Systems Inc.
Michael Hoehn, President
9230 East 47th Street
Kansas City, MO  64133

**Overnight Delivery**
(Top 50)
Grainger
John L. Howard, Esquire
General Counsel
100 Grainger Parkway
Lake Forest, IL  60045

**Overnight Delivery**
(Top 50)
Warfab
Malcolm Clevenstine
President and CEO
607 Fisher Road
Longview, TX  75604

**Overnight Delivery**
(Top 50)
Ameco, Inc.
Gary Bernardez, President
2106 Anderson Road
Greenville, SC  29611

**Overnight Delivery**
(Top 50)
Capgemini North America, Inc.
Isabelle Roux-Chenu
International Legal Affairs
623 Fifth Avenue, 33rd Floor
New York, NY  10022

**Overnight Delivery**
(Top 50)
Texas-New Mexico Power Company
Patrick Apodaca, Senior VP, General
Counsel, Secretary
414 Silver Avenue SW
Albuquerque, NM  87102-3289

**Overnight Delivery**
(Top 50)
Generator & Motor Services, Inc.
President
601 Braddock Avenue
Turtle Creek, PA  15145

**Overnight Delivery**
(Top 50)
Performance Contracting Inc.
Chuck William
SVP, General Counsel
16400 College Blvd.
Lenexa, KS  66219

**Overnight Delivery**
(Top 50)
Benchmark Industrial Services
Mike Wilcox, Owner
2100 State Highway 31 E
Kilgore, TX  75662

**Overnight Delivery**
(Top 50)
Pierce Construction, Inc.
Kenneth Pierce, Owner
4324 State Highway 149
Beckville, TX  75631

**Overnight Delivery**
(Top 50)
Ryan Partnership (Formerly Solutionset)
Mary Perry, President
440 Polaris Parkway
Westerville, OH  73082

**Overnight Delivery**
(Top 50)
Team Excavating
Wayne Yost, Owner, President
815 N. Main Street
Wrens, GA  30833

**Overnight Delivery**
(Top 50)
TPUSA
John Warren May, Chief Legal Officer
1991 South 4650 West
Salt Lake City, UT  84104

**Overnight Delivery**
(Top 50)
Kansas City Southern Railway(KCS)
William Wochner, Chief Legal Officer
427 West 12th Street
Kansas City, MO  64105

**Overnight Delivery**
(Top 50)
Headwaters Resources Inc.
Harlan M. Hatfield
VP, Secretary, General Counsel
10701 S. River Front Parkway, Suite 300
South Jordan, UT  84095

**Overnight Delivery**
(Top 50)
Trent Wind Farm L.P.
President or General Counsel
Trent Wind Farm
1423 CR 131
Trent, TX  79561

**Overnight Delivery**
(Top 50)
Frisco Construction Services
Clay Thomas, CEO
9550 John W. Elliott Drive, Suite 106
Frisco, TX  75033

**Overnight Delivery**
(Top 50)
Crane Nuclear Inc.
President or General Counsel
2825 Cobb International Blvd., NW
Kennesaw, GA  30152

**Overnight Delivery**
(Top 50)
AEP Texas North Company
Charles R. Patton, President, COO
1 Riverside Plaza
Columbus, OH  43215-2372

**Overnight Delivery**
(Top 50)
Northeast Texas Power Ltd.
David Petty, President
3163 Fm. 499
Cumby, TX  75433

**Overnight Delivery**
(Top 50)
Taggart Global LLC
John Luke, General Counsel & Corp
Secretary
Forge Group Ltd.
4000 Town Center Boulevard
Canonsburg, PA  15317

**Overnight Delivery**
(Top 50)
Data Systems & Solutions LLC (Rolls
Royce)
Miles Cowdry, President
Rolls-Royce Civil Nuclear
994-A Explorer Boulevard
Huntsville, AL  35806