**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

<u>**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**</u>

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Richard C. Pedone, Esq. of Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110, to represent American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned matter.

Dated: May 14, 2014              **CROSS & SIMON, LLC**

By: */s/ Christopher P. Simon*
    Christopher P. Simon (Del. Bar No. 3697)
    913 North Market Street, 11th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 777-4200
    Facsimile: (302) 777-4224
    csimon@crosslaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Docket No. 429
Date: 5.14.14**

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: May 13, 2014

By: _____
    Richard C. Pedone, Esquire
    NIXON PEABODY LLP
    100 Summer Street
    Boston, MA 02110
    Telephone: (617) 345-1305
    Facsimile: (617) 345-1300
    Email: rpedone@nixonpeabody.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 5/14/14

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge