IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
Energy Future Holdings, Inc., *et al.*,                          :    Case No. 14-10979 (CSS)
                                                                 :
          Debtors.                                    :    (Joint Administration Requested)
                                                                 :
---------------------------------------------------------------- x    Related to Docket No. 441

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 15th day of May, 2014, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s), in the manner indicated thereon:

> *Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer (including Exhibits A through D thereto)*

                                    */s/ Laura Davis Jones*
                                    Laura Davis Jones (Bar No. 2436)

Energy Future Holdings Corp. Supplemental Service List re Committee Counsel
Case No. 14-10979 (CSS)
Document No. 193264
01 – Hand Delivery
02 – First Class Mail
03 – Electronic Delivery

**Hand Delivery and**
**Email Delivery**
**cward@polsinelli.com**
**jedelson@polsinelli.com**
**skatona@polsinelli.com**
(Counsel for the Official Committee of Unsecured Creditors)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801

**First Class Mail and**
**Email Delivery**
**jpeck@mofo.com**
**bmiller@mofo.com**
**lmarinuzzi@mofo.com**
(Counsel for the Official Committee of Unsecured Creditors)
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019

**First Class Mail and**
**Email Delivery**
**efox@polsinelli.com**
(Counsel for the Official Committee of Unsecured Creditors)
Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022