IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
Energy Future Holdings, Inc., *et al.*,                          :   Case No. 14-10979 (CSS)
                                                                 :
        Debtors.                                        :   (Joint Administration Requested)
                                                                 :
---------------------------------------------------------------- x   **Related to Docket No. 442**

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 15th day of May, 2014, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s), in the manner indicated thereon:

> *Motion to Fix Hearing Date On and Shorten Time to Object or Respond to Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer; and*
>
> *[Proposed] Order Fixing Hearing Date and Shortening Time to Object or Respond to Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer*

                                */s/ Laura Davis Jones*
                                Laura Davis Jones (Bar No. 2436)

Energy Future Holdings Corp. Supplemental Service List re Committee Counsel
Case No. 14-10979 (CSS)
Document No. 193264
01 – Hand Delivery
02 – First Class Mail
03 – Electronic Delivery

**Hand Delivery and**
**Email Delivery**
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com
(Counsel for the Official Committee of Unsecured Creditors)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De  19801

**First Class Mail and**
**Email Delivery**
jpeck@mofo.com
bmiller@mofo.com
lmarinuzzi@mofo.com
(Counsel for the Official Committee of Unsecured Creditors)
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster LLP
250 W. 55th Street
New York, NY  10019

**First Class Mail and**
**Email Delivery**
efox@polsinelli.com
(Counsel for the Official Committee of Unsecured Creditors)
Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY  10022