# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORPORATION, et al., | § § § | Case No. 14-10979 (CSS) |
| | § | Jointly Administered |
| Debtors. | § § § | Re: Docket No. 433 |

## NEWTON, JACOB L.: ORDER GRANTING ADMISSION PRO HAC VICE

**IT IS HEREBY ORDERED** counsel's motion for Jacob L. Newton's admission pro hac vice is GRANTED.

Dated: 5-15, 2014

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge