IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) **Ref. Docket No. 424** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK  )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 13, 2014, I caused to be served the:

   a) "Notice of Service of 'Debtors' Responses and Objections to Wilmington Savings Fund Society FSB's Requests for Documents Concerning Venue'," dated May 13, 2014 [Docket No. 424], (the "Notice"),

   b) "Debtors' Responses and Objections to Wilmington Savings Fund Society FSB's Requests for Documents Concerning Venue," dated May 13, 2014, and

   c) *Letter from Kirkland & Ellis LLP to Jeffrey L. Jonas regarding In response to Wilmington Savings Fund Society's Document Requests Concerning Venue*," dated May 13, 2014,

   by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Christina Siguenza

Sworn to before me this
14th day of May, 2014

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\TXUENERG\Affidavits\Ntc Debtors Response & Obj Wilmington Saving, K&E Letter, Debtors Response & Obj Wilmington Saving_DI 424_AFF_5-13-14_KH.docx

**EXHIBIT A**

William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Jeffrey M. Schlerf, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899

J. Christopher Shore, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036

Jeffrey L. Jonas, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111