# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Energy Future Holdings Corporation, *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Erin R. Fay, a member of the bar of this Court, moves the admission *pro hac vice* of Jeffrey D. Hoschander of Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019 to represent Texas Energy Future Capital Holdings LLC, Texas Energy Future Holdings Limited Partnership, and certain other direct or indirect holders of equity interests in Energy Future Holdings Corp. in the above-captioned cases and any related proceedings.

Dated: May 15, 2014
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for Texas Energy Future Capital Holdings LLC, Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of Equity Interests in Energy Future Holdings Corp.*

---

[1] The last four digits on Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bars of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Ninth Circuit.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 15, 2014

        */s/ Jeffrey D. Hoschander*
        Jeffrey D. Hoschander
        WACHTELL, LIPTON, ROSEN & KATZ
        51 West 52nd Street
        New York, NY 10019
        Telephone:  (212) 403-1000
        Facsimile:  (212) 403-2000
        Email:  jdhoschander@wlrk.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2014

        _____
        THE HONORABLE CHRISTOPHER S. SONTCHI
        UNITED STATES BANKRUPTCY JUDGE

8243141.1