IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors.* | )<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Related to Docket No. 461 |

**MOTION TO FIX HEARING DATE ON AND SHORTEN TIME TO
OBJECT OR RESPOND TO MOTION OF CSC TRUST COMPANY OF DELAWARE,
AS INDENTURE TRUSTEE, TO COMPEL THE DEBTORS TO OBTAIN APPROVAL
OF PROCEDURES GOVERNING THE EFIH FIRST LIEN TENDER OFFER**

CSC Trust Company of Delaware ("CSC" or the "Indenture Trustee"), as Indenture Trustee (the "10% Indenture Trustee") for the 10% Senior Secured Notes Due 2020 (the "10% First Lien Notes" or the "10% Notes") issued by certain of the Debtors under the Indenture dated as of August 17, 2010 (together with all supplements, amendments, and exhibits, the "10% Indenture") between Energy Future Intermediate Holdings LLC ("EFIH"), EFIH Finance Inc. ("EFIH Finance," and together with EFIH, the "EFIH Debtors") and CSC Trust (as successor to The Bank of New York Mellon Trust Company, N.A.), hereby moves this Court, under section 105 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

District of Delaware (the "Local Rules"), for the entry of an order fixing a hearing date and shortening the time to object or respond to the Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer, such that (i) an expedited hearing with respect to the Motion may be held at Court's earliest convenience not later than May 19, 2014; and (ii) objections to the Motion, if any, be filed by 12:00 noon prevailing Eastern time on the day before the scheduled hearing. In support of this motion (the "Motion to Shorten"), counsel for CSC respectfully states as follows:

### Introduction

1. Yesterday afternoon, the Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee (the "Second Lien Trustee") to Compel Debtors to Obtain Prior Approval of Procedures Governing Their 2nd Lien Tender Offer [Docket No. 441] (the "Second Lien Motion") was filed with the Court seeking to compel the debtors to seek prior court approval of their Tender for the second lien notes (the "Second Lien Tender"). The Second Lien Trustee also filed a motion [Docket No. 442] requesting a hearing be scheduled on the motion no later than May 19, 2014. CSC respectfully submits that the legal arguments and grounds that apply to the Second Lien Tender also apply to the First Lien Tender. Consequently, concurrently with the filing of this Motion to Shorten, CSC is filing the Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer (the "Motion"). By this Motion to Shorten, CSC seeks an expedited hearing on the Motion simultaneously with the 2nd Lien hearing.

**Argument**

2. Local Rule 9006-1 provides that unless the Federal Rules or the Local Rules state otherwise, "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least eighteen (18) days (twenty-one (21) days if service is by first class mail; nineteen (19) days if service is by overnight delivery) prior to the hearing date." Del. Bankr. LR 9006-1(c)(i). Pursuant to Bankruptcy Rule 9006(c)(1), the Court may, for cause shown, shorten the otherwise applicable notice period ("when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced"). This authorization is also expressed in Local Rule 9006-1(e), which provides that the Court may shorten the notice period "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

3. The facts justify shortening notice and the relief requested herein should be granted. The EFIH First Lien Tender Offer strips creditors of basic protections provided by the Bankruptcy Code, and proceeds in a manner inconsistent with the securities laws, in an effort to implement a settlement (the "EFIH 1st Lien Settlement") that itself violates the Bankruptcy Code. The Debtors are attempting to elicit a "settlement" with First Lien Noteholders by using a process that does not comply with either the Bankruptcy Code or the securities laws and that is based on inadequate and misleading information.

4. While the Indenture Trustee believes that the 1st Lien Settlement cannot be approved for the reasons described in the Motion, if the Debtors insist on moving forward with their flawed approach, the Bankruptcy Court should, at a minimum, require the Debtors to obtain pre-approval of the EFIH 1st Lien Tender Offer and the procedures related thereto, including the

3

adequacy of the disclosure. The Indenture Trustee seeks emergency relief because the majority of first lien holders oppose the settlement, the First Lien and Second Lien Settlement offers are intertwined, and it is appropriate for the Court to consider procedures on both tenders simultaneously. The Second Lien Trustee has requested a hearing no later than Tuesday, May 20, 2014. The First Lien early tender deadline is May 19, 2014. The 1st Lien Trustee requests a hearing at the Courts convenience, but simultaneously with the 2nd Lien hearing.

5. The Indenture Trustee submits that hearing the Motion on shortened notice will not prejudice any party in interest. In order to allow parties additional time to respond, the Motion and this Motion to Shorten will be served by electronic mail, hand delivery, overnight mail, or express mail on: (a) the Debtors; (b) the Office of the U.S. Trustee for the District of Delaware; (c) counsel for the Creditors' Committee; (d) Citibank, N.A., in its capacity as administrative agent under the TCEH first lien credit agreement and collateral agent under the TCEH intercreditor agreements and counsel thereto; (e) Bank of New York Mellon Trust Company, N.A., in its capacity as indenture trustee under: (i) the TCEH unsecured pollution control revenue bonds; and (ii) the EFCH 2037 Notes due 2037, and counsel thereto; (f) American Stock Transfer & Trust Company, LLC, in its capacity as indenture trustee under: (i) the 9.75% EFH senior unsecured notes due 2019; (ii) the 10.0% EFH senior unsecured notes due 2020; (iii) the 10.875% EFH LBO senior unsecured notes due 2017; (iv) the 11.25%/12.0% EFH LBO toggle notes due 2017; (v) the 5.55% EFH legacy notes (series P) due 2014; (vi) the 6.50% EFH legacy notes (series Q) due 2024; and (vii) the 6.55% EFH legacy notes (series R) due 2034, and counsel thereto; (g) UIMB Bank, N.A. in its capacity as indenture trustee under: (i) the 9.75% EFIH senior unsecured notes due 2019; and (ii) the 11.25%/12.25% EFII-I senior toggle notes due 2018, and counsel thereto; (h) BOKF, NA, dba Bank of Arizona, in its capacity

as indenture trustee under 11.50% TCEH senior secured notes due 2020, and counsel thereto; (i) CSC Trust Company of Delaware in its capacity as indenture trustee under: (i) the 6.875% EFH-I senior secured notes due 2017; and (ii) the 10.0% EFIH senior secured notes due 2020, and counsel thereto; (j) Law Debenture Trust Company of New York in its capacity as indenture trustee under: (i) the 10.25% TCEH senior unsecured notes due 2015; and (ii) the 10.50%/11.25% TCEH senior toggle notes due 2016, and counsel thereto; (k) Wilmington Savings Fund Society, FSB in its capacity as indenture trustee under the 15.0% TCEH senior secured second lien notes due 2021, and counsel thereto; (l) the agent for the TCEH debtor-in-possession financing facility and counsel thereto; (m) the agent for the EFIH debtor-in-possession financing facility and counsel thereto; (n) counsel to certain holders of equity in Texas Energy Future Holdings Limited Partnership; (o) counsel to Oncor; and (p) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

6. If the Court grants this Motion to Shorten and enters an Order fixing a hearing date and shortening the time to object or respond to the Motion, the Indenture Trustee will immediately serve a copy of such Order, and a notice for the Motion, on the same parties who were served with the Motion by facsimile, electronic mail, hand delivery, overnight mail, or express mail.

WHEREFORE, for the reasons set forth herein, CSC respectfully requests the entry of an Order scheduling the Hearing on the Motion at the Court's earliest convenience no later than May 19, 2014, and allowing any objections or responses to the Motion to be made no later than Noon (Eastern time) on the day prior to such hearing, and for such other and further relief as the Court may deem appropriate.

Dated: May 15, 2014

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

_____
Norman L. Pernick
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

--and--

ROPES & GRAY LLP
Keith H. Wofford
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

--and--

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone:  212-248-3264
Facsimile:   212-248-3141
James.Millar@dbr.com

*Counsel for CSC Trust Company of Delaware,
as successor indenture trustee*