IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors.* | ) Chapter 11<br>) <br>) Case No. 14-10979 (CSS)<br>) <br>) (Jointly Administered)<br>) <br>) **Related to Docket No. ___** |

## ORDER AUTHORIZING MOTION TO FIX HEARING DATE ON AND SHORTEN TIME TO OBJECT OR RESPOND TO MOTION OF CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE, TO COMPEL THE DEBTORS TO OBTAIN APPROVAL OF PROCEDURES GOVERNING THE EFIH FIRST LIEN TENDER OFFER

Upon the motion (the "Motion to Shorten") of CSC Trust Company of Delaware ("CSC Trust"), as Indenture Trustee (the "10% Indenture Trustee") for the 10% Senior Secured Notes Due 2020 (the "10% First Lien Notes" or the "10% Notes") issued by certain of the Debtors under the Indenture dated as of August 17, 2010 (together with all supplements, amendments, and exhibits, the "10% Indenture") between Energy Future Intermediate Holdings LLC ("EFIH"), EFIH Finance Inc. ("EFIH Finance," and together with EFIH, the "EFIH Debtors") and CSC Tryst (as successor to The Bank of New York Mellon Trust Company, N.A.), for entry of an order fixing a hearing date and shortening the time to object or respond to the Motion of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

52881/0001-10615166v1

CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer (the "<u>Motion</u>"); and it appearing that the relief sought in the Motion to Shorten is appropriate under the circumstances;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted;

2. The hearing on the Motion is scheduled for May __, 2014 at _____ (Eastern time).

3. Any objections or responses to the Motion must be made no later than _____ (Eastern time) on May ____, 2014.

4. Immediately after the entry of this Order, counsel for CSC shall serve a copy of this Order and notice of the Motion on parties originally served with the Motion to Shorten and the Motion in the manner described in the Motion to Shorten.

Dated: May ___, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2