IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., ) | Case No. 14-10979 |
| ) | |
| Debtors. ) | |
| _____ ) | |

NOTICE OF APPEARANCE AND
CERTIFICATION OF GOVERNMENT ATTORNEYS

The undersigned attorneys, Ari D. Kunofsky and W. Bradley Russell, appear as counsel for the United States in this matter and file this certification of government attorneys pursuant to Local Rule 9010-1(e)(i).

1.  Mr. Russell is admitted to the bars of the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Middle District of Florida, and the Supreme Court of the State of Florida.

2.  Mr. Kunofsky is admitted to the State Bar of Texas and the bar of the United States District Court for the Eastern District of Texas.

3.  The undersigned attorneys are in good standing in all jurisdictions in which they have been admitted.

4.     The undersigned attorneys will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and the undersigned attorneys submit to the jurisdiction of this Court for disciplinary purposes.

//

//

//

DATED: May 15, 2014.

           KATHRYN KENEALLY
           Assistant Attorney General
           Tax Division

           /s/ Ari D. Kunofsky
           ARI D. KUNOFSKY
           W. BRADLEY RUSSELL
           Trial Attorneys, Tax Division
           U.S. Department of Justice
           Post Office Box 227
           Ben Franklin Station
           Washington, D.C. 20044
           Telephone: 202-353-9187 (Kunofsky)
           Telephone: 202-307-0854 (Russell)

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served this 15th day of May, 2014, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice, including the following:

> Richard M. Cieri, Esquire
> Kirkland & Ellis LLP
> 601 Lexington Avenue
> New York, New York 10022-4611

>> /s/ Ari D. Kunofsky
>> ARI D. KUNOFSKY
>> W. BRADLEY RUSSELL
>> Trial Attorneys, Tax Division
>> U.S. Department of Justice
>> Post Office Box 227
>> Ben Franklin Station
>> Washington, D.C. 20044
>> Telephone: 202-353-9187 (Kunofsky)
>> Telephone: 202-307-0854 (Russell)