IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Telephonic Hearing Date:  May 16, 2014 at 2:00 p.m. (EDT)** |
| | ) |
| | ) **Re: D.I. 441 & 442** |

**NOTICE OF TELEPHONIC HEARING ON
"MOTION TO FIX HEARING DATE ON AND SHORTEN TIME TO OBJECT OR
RESPOND TO EMERGENCY MOTION OF EFIH 2ND LIEN NOTES INDENTURE
TRUSTEE TO COMPEL DEBTORS TO OBTAIN PRIOR APPROVAL OF
PROCEDURES GOVERNING THEIR 2ND LIEN TENDER OFFER" [D.I. 442]**

PLEASE TAKE NOTICE THAT, on May 9, 2014, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Notice of Initiation of Opt-In Period for Proposed EFIH Second-Lien Settlement* [D.I. 400] (the "**Opt-In Notice**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").  Pursuant to the Opt-In Notice, the Debtors opened the proposed EFIH Second Lien Settlement for participation by any Holder of EFIH Second Lien Notes, as more fully set forth in the Opt-In Notice.[2]

PLEASE TAKE FURTHER NOTICE THAT, on May 14, 2014, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for $2,156,000,000 aggregate principal amount of second lien notes issued by Energy Future

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings set forth in the Opt-In Notice.

RLF1 10316110v.1

Intermediate Holding Company LLC (the "**Indenture Trustee**"), filed the *Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their 2nd Lien Tender Offer* [D.I. 441] (the "**Emergency Motion**") with the Court.

PLEASE TAKE FURTHER NOTICE THAT, on May 14, 2014, the Indenture Trustee also filed the *Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their 2nd Lien Tender Offer* [D.I. 442] (the "**Motion to Shorten**") in connection with the Emergency Motion.

PLEASE TAKE FURTHER NOTICE THAT the Court has scheduled the Debtors' response deadline to the Motion to Shorten as **May 16, 2014 at 12:30 p.m. (Eastern Daylight Time**).

PLEASE TAKE FURTHER NOTICE THAT the Court has scheduled a telephonic hearing on the Motion to Shorten for **May 16, 2014 at 2:00 p.m.** (**Eastern Daylight Time**) (the "**Hearing**") before The Honorable Christopher S. Sontchi.  The Court has informed the Debtors that it will consider only the Motion to Shorten at the Hearing.

PLEASE TAKE FURTHER NOTICE THAT all parties wishing to appear at the Hearing must contact CourtCall via telephone (for callers calling from within the United States of America:  866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America:  866-533-2946; for parties sending facsimiles from outside of the United States of America:  310-743-1850) in accordance with the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*.

Dated: May 15, 2014
      Wilmington, Delaware

/s/ William A. Romanowicz
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com
      romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
      edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession