IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>) <br>) Case No. 14-10979 (CSS)<br>) <br>) (Jointly Administered)<br>) <br>) **Related to Docket No. 461** |

### NOTICE OF FILING OF PROPOSED ORDER GRANTING EMERGENCY MOTION OF CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE, TO COMPEL THE DEBTORS TO OBTAIN APPROVAL OF PROCEDURES GOVERNING THE EFIH FIRST LIEN TENDER OFFER

PLEASE TAKE NOTICE that, on May 15, 2014, CSC Trust Company of Delaware, as Indenture Trustee for the 10% Senior Secured Notes Due 2020 issued by certain of the Debtors under the Indenture dated as of August 17, 2010 between Energy Future Intermediate Holdings LLC, EFIH Finance Inc. and CSC Trust (as successor to The Bank of New York Mellon Trust Company, N.A.), filed the Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer [Docket No. 461].

PLEASE TAKE FURTHER NOTICE that, attached hereto as <u>Exhibit A</u> is a proposed Order Granting Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: May 15, 2014

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

*/s/*

_____

| | |
|---|---|
| Norman L. Pernick (No. 2290) | Warren A. Usatine |
| J. Kate Stickles (No. 2917) | 25 Main Street, |
| Nicholas J. Brannick (No. 5721) | P.O. Box 800 |
| 500 Delaware Avenue, Suite 1410 | Hackensack, NJ 07602 |
| Wilmington, DE 19801 | Telephone: 201-489-3000 |
| Telephone: 302-652-3131 | Facsimile: 201-489-1536 |
| Facsimile: 302-652-3117 | wusatine@coleschotz.com |
| npernick@coleschotz.com | |
| kstickles@coleschotz.com | |
| nbrannick@coleschotz.com | |

ROPES & GRAY LLP

| | |
|---|---|
| Mark R. Somerstein | |
| Keith H. Wofford | D. Ross Martin |
| 1211 Avenue of the Americas | Andrew G. Devore |
| New York, NY 10036-8704 | Prudential Tower |
| Telephone: 212-596-9000 | 800 Boylston Street |
| Facsimile: 212-596-9090 | Boston, MA 02199-3600 |
| Mark.Somerstein@ropesgray.com | Telephone: 617-951-7000 |
| Keith.Wofford@ropesgray.com | Facsimile: 617-951-7050 |
| | Ross.Martin@ropesgray.com |
| | Andrew.Devore@ropesgray.com |

*Counsel for CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee*

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for CSC Trust Company of Delaware, as successor indenture trustee*

2