# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | ) <br>) <br>) Chapter 11<br>) <br>) Case No. 14-10979 (CSS)<br>) <br>) (Jointly Administered)<br>) <br>) |

**ORDER GRANTING EMERGENCY MOTION OF CSC
TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE,
TO COMPEL DEBTORS TO OBTAIN APPROVAL OF
PROCEDURES GOVERNING THE FIRST LIEN TENDER OFFER**

Upon consideration of the motion of CSC Trust Company of Delaware, as indenture trustee (the "10% Indenture Trustee") for $3,482,106,000 in aggregate principal amount of 10% Senior Secured Notes due 2020 (the "10% Notes") issued by Energy Future Intermediate Holding Company LLC ("EFIH LLC"), EFIH Finance Inc. ("EFIH Finance" and, together with EFIH LLC, "EFIH") for entry of an order approving the *Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel Debtors to Obtain Approval of Procedures Governing the First Lien Tender Offer* (the "Emergency Motion")[1] and any responses thereto; and upon entry of the *Order Fixing Hearing Date and Shortening Time to Object or Respond to Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel Debtors to Obtain Approval of Procedures Governing the First Lien Tender Offer*; and this Court having jurisdiction over the Emergency Motion, venue lying appropriately with this Court, and notice to parties being sufficient; and it appearing that the relief sought in the Emergency Motion is appropriate under the circumstances;

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed in the Emergency Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Emergency Motion is GRANTED.

2. The Debtors are required to obtain prior court approval for the procedures soliciting the First Lien Tender Offer and adequacy of the disclosures.

3. The hearing on the procedures and adequacy of disclosures for the First Lien Tender Offer will be June 6, 2014.

4. The Debtors shall be required to extend the deadline for accepting the Total Consideration under the First Lien Tender Offer to a date of not less than [ ] business days after the later of (i) the date the Court approves the procedures and adequacy of the disclosures for the First Lien Tender Offer and approves the underlying transactions, and (ii) the date any additional disclosures are made.

5. This Order is without prejudice to the 10% Indenture Trustee's ability to request additional enlargements of time for service or any other deadline(s) in the future with regard to the ultimate approval of the Restructuring Support Agreement, the First Lien Settlement, Second Lien Settlement, the EFIH First Lien DIP, the EFIH Second Lien DIP, and any other restructuring documents.

6. This Court shall retain jurisdiction over all matters related to or arising from this Order.

Dated: May ___, 2014

_____
The Honorable Christopher Sontchi
United States Bankruptcy Judge