# EXHIBIT B

## Summary of Non-Insider Compensation Programs

| Program Name | Program Description | Participants | Performance Metrics | Prepetition Amounts Sought to be Paid by the Debtors | Potential Annual Cost |
|---|---|---|---|---|---|
| Annual Incentive Plan | Incentive program for broader employee base with target payments for participants based on achievement of certain performance metrics | Approximately 5,500 employees below the level of vice president | Company and individual performance metrics. | $0 | $70.7 million (2013 actual) |
| Executive Annual Incentive Plan (as applicable to non-insiders) | Incentive program for senior employees with target payments for participants based on achievement of certain performance metrics | Approximately 53 employees at the level of vice president and above | Company and individual performance metrics. | $0 | $6.7 million (2013 actual) |
| Owner/Operator Plan | Historical incentive program for certain senior employees based on multi-year performance periods | Approximately 125 employees | Company performance metrics (but performance period ended on December 31, 2013) | up to $8.9 million (payable in September 2014, but only to extent participant remains employed with Debtors) | N/A |
| Key Leader Program | Retention-based program with target payments for non-insider employees who remain employed with Debtors at end of each applicable quarter | Approximately 155 employees | None | $0 | $5.4 million (2014 plan) |
| Luminant Developer Incentive Plan | Incentive program for certain Luminant employees based on additional economic value created by their contributions to certain commercial transactions/development projects | Approximately 25 employees | Payments contingent on contributions to certain commercial transactions that have been designated by specified senior management as business development projects | $0 | $0.017 million (2013 actual) |
| Luminant Commercial Incentive Plan (as applicable to non-insiders) | Incentive program based on the aggregate incremental value that Luminant achieves on all commercial trading transactions for that year | Approximately 54 employees | Payments contingent on achievement of incremental value by Luminant on commercial trading transactions | $0 | $3.3 million less amount paid to insider (2014 plan) |

| Program Name | Program Description | Participants | Performance Metrics | Prepetition Amounts Sought to be Paid by the Debtors | Potential Annual Cost |
|---|---|---|---|---|---|
| Individual Bonus Payments | Includes (a) retention-based program that provides for payments to non-insider employees who remain employed by the Debtors as of specific dates and (b) certification and licensing bonus payments owed to non-insiders. | Approximately 100 employees | None | $0 | $1.6 million |