## EXHIBIT A

**Proposed EFIH Settlement Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER APPROVING CERTAIN EFIH SETTLEMENTS**

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), for entry of an order (this "<u>Order</u>"), (a) approving the EFIH Settlements on the terms set forth in the Restructuring Support Agreement, (b) approving the Oncor TSA Amendment, and (c) authorizing the Debtors to take any and all actions reasonably necessary to consummate, and to perform any and all obligations contemplated by, the Settlement, all as more fully set forth in the Motion; and upon the First Day Declaration and the Ying Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The EFIH Settlements are hereby approved on the terms set forth in the Restructuring Support Agreement, the First Lien Opt-In Materials, and the Second Lien Opt-In Materials, and the related Opt-In Procedures are approved.

3. The Debtors are authorized, but not directed, to enter into the First Lien Settlement with (a) the First Lien RSA Parties and (b) all other holders of EFIH First Lien Notes that elect to participate in the First Lien Settlement and become Settling EFIH First Lien Note Holders through the First Lien Opt-In.

4. The Debtors are authorized, but not directed, to enter into the Second Lien Settlement with (a) the Second Lien RSA Parties and (b) all other holders of EFIH Second Lien Notes that elect to participate in the Second Lien Settlement and become Settling EFIH Second Lien Note Holders through the Second Lien Opt-In.

5. The Dealer Manager Agreements, including but not limited to the expense reimbursement and indemnity obligations contained therein, are approved, and the Debtors are authorized to perform thereunder.

6. The Debtors are authorized, but not directed, to pay Backstop Fees, if any, and to pay or reimburse when due PIMCO's reasonable and documented professional fees and expenses.

7. The Debtors are authorized, but not directed, to take any and all actions necessary to consummate, and to perform any and all obligations contemplated by the EFIH Settlements, including the payment of any fees related thereto.

8. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

9. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

12. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: _____, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE