IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>)<br>) (Jointly Administered)<br>)<br>) Objection Deadline: May 29, 2014 at 4:00 p.m.<br>) Hearing Date: June 5, 2014 at 9:30 a.m. |

### NOTICE OF JOINT MOTION OF CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE, AND CERTAIN EFIH 10% FIRST LIEN NOTEHOLDERS, FOR CONFIRMATION THAT THE AUTOMATIC STAY DOES NOT APPLY OR, ALTERNATIVELY, FOR LIMITED RELIEF FROM THE AUTOMATIC STAY, SOLELY REGARDING RESCISSION OF ACCELERATION

**TO:** (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Debtors; (iii) counsel to the Official Committee of Unsecured Creditors; and (iv) all parties having requested service under Rule 2002-1(b) of the Local Rules.

**PLEASE TAKE NOTICE** that on May 15, 2014, CSC Trust Company of Delaware, as indenture trustee (the "Indenture Trustee") and certain holders of EFIH 10% First Lien Notes (the "EFIH 10% First Lien Noteholders") filed the *Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration* (the "Motion"), which seeks the entry of an Order (i) confirming that the automatic stay does not apply to the sending of any notice to the Indenture Trustee by a majority of holders of the 10% Notes to rescind acceleration of the EFIH 10% First Lien Notes and its consequences as provided for in sections 6.02 and 6.04 of the 10% Indenture, or (ii) in the alternative, granting relief from the automatic stay for a majority of holders to send such notice.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **May 29, 2014 at 4:00 p.m. (Eastern Time)**

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received, and the objection is not otherwise timely resolved, a hearing on the Motion will be held on **June 5, 2014 at 9:30 a.m. (Eastern Time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 6, 824 North Market Street, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 15, 2014

    COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

/s/ *Norman L. Pernick*

| | |
|---|---|
| Norman L. Pernick (No. 2290) | Warren A. Usatine |
| J. Kate Stickles (No. 2917) | 25 Main Street, |
| Nicholas J. Brannick (No. 5721) | P.O. Box 800 |
| 500 Delaware Avenue, Suite 1410 | Hackensack, NJ 07602 |
| Wilmington, DE 19801 | Telephone: 201-489-3000 |
| Telephone: 302-652-3131 | Facsimile: 201-489-1536 |
| Facsimile: 302-652-3117 | wusatine@coleschotz.com |
| npernick@coleschotz.com | |
| kstickles@coleschotz.com | |
| nbrannick@coleschotz.com | |

| ROPES & GRAY LLP | |
|---|---|
| Mark R. Somerstein | D. Ross Martin |
| Keith H. Wofford | Andrew G. Devore |
| 1211 Avenue of the Americas | Prudential Tower |
| New York, NY 10036-8704 | 800 Boylston Street |
| Telephone: 212-596-9000 | Boston, MA 02199-3600 |
| Facsimile: 212-596-9090 | Telephone: 617-951-7000 |
| Mark.Somerstein@ropesgray.com | Facsimile: 617-951-7050 |
| Keith.Wofford@ropesgray.com | Ross.Martin@ropesgray.com |
| | Andrew.Devore@ropesgray.com |

*Counsel for CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee*

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for CSC Trust Company of Delaware, as successor indenture trustee*

-2-