IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Related to Docket No. \_\_\_** |

**ORDER GRANTING JOINT MOTION OF CSC TRUST COMPANY OF
DELAWARE, AS INDENTURE TRUSTEE, AND CERTAIN EFIH 10% FIRST
LIEN NOTEHOLDERS, FOR CONFIRMATION THAT THE
AUTOMATIC STAY DOES NOT APPLY OR, ALTERNATIVELY,
FOR LIMITED RELIEF FROM THE AUTOMATIC STAY,
SOLELY REGARDING RESCISSION OF ACCELERATION**

Upon consideration of the *Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration* (the "Motion"),[1] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Motion having been given under the circumstances; and sufficient cause appearing therefore; and it appearing that the relief sought in the Motion is appropriate under the circumstances,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The automatic stay set forth in section 362(a) of the Bankruptcy Code does not apply to any actions by holders of the 10% Notes and the 10% Indenture Trustee to

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed in Motion.

rescind acceleration of the 10% Notes and waive its consequences as provided for in sections 6.02 and 6.04 of the 10% Indenture.

    3. This Court shall retain jurisdiction over all matters related to or arising from this Order.

Dated: May ___, 2014

                     _____
                     The Honorable Christopher Sontchi
                     United States Bankruptcy Judge