IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) |

**DECLARATION OF NORMAN L. PERNICK IN SUPPORT OF
JOINT MOTION OF CSC TRUST COMPANY OF DELAWARE,
AS INDENTURE TRUSTEE, AND CERTAIN EFIH 10% FIRST LIEN
NOTEHOLDERS, FOR CONFIRMATION THAT THE AUTOMATIC
STAY DOES NOT APPLY OR, ALTERNATIVELY, FOR
LIMITED RELIEF FROM THE AUTOMATIC STAY,
<u>SOLELY REGARDING RESCISSION OF ACCELERATION</u>**

I, Norman L. Pernick, declare as follows:

1. I am a member at Cole, Schotz, Meisel, Forman & Leonard, P.A. and submit this Declaration in support of the Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration (the "<u>Motion</u>"). Capitalized terms not otherwise defined in this Declaration shall have the meanings ascribed to them in the Motion.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the original 10% Indenture dated August 17, 2010.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the First Supplemental Indenture dated January 29, 2013.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Collateral Trust Agreement dated November 16, 2009.

5. Attached hereto as <u>Exhibit D</u> is a copy of the Pledge Agreement dated November 16, 2009.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May, 2014.

                                              /s/ *Norman L. Pernick*
                                              Norman L. Pernick (No. 2290)