## EXHIBIT A

**Proposed Order (to come)[1]**

---

[1] To be filed no later than 14 days before the June 5, 2014, hearing in accordance with Bankruptcy Rule 4001.