## EXHIBIT C

**EFIH Second Lien DIP NPA (to come)[1]**

---

[1]   To be filed no later than 14 days before the June 5, 2014, hearing in accordance with Bankruptcy Rule 4001.