# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.* | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## REQUEST FOR NOTICES

PLEASE TAKE NOTICE that O'Melveny & Myers LLP ("OMM") is counsel for Apollo Global Management, LLC, a creditor and party in interest in the case of Energy Future Holdings Corp., et al.  OMM requests that it receive, in addition to notice of matters set forth in Rule 2002, all notices issued in the above-captioned cases after the date of this Notice; and OMM further requests a copy of all documents filed in the above-captioned cases after the date of this Notice, including but not limited to motions and other pleadings, stipulations, settlement agreements or orders of any kind.

OMM further requests that the Debtors and Clerk of the United States Bankruptcy Court place the following name and address on the master mailing matrix and any abbreviated service list in the above-captioned proceedings:

> O'MELVENY & MYERS LLP
> Attn:  George A. Davis, Esq.
> 7 Times Square
> New York, New York 10036
> Phone: 212-326-2000
> Fax:  212-326-2061
> Email: gdavis@omm.com

Dated: New York, New York
      May 16, 2014

Respectfully submitted,

   /s/ George A. Davis
    George Davis

O'MELVENY & MYERS LLP
Seven Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:gdavis@omm.com

*Attorneys for Apollo Global Management, LLC*