## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2014, I caused a true and correct copy of foregoing *Notice of Appearance and Request for Service of Papers* to be served upon the following via U.S. First Class Mail:

Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
Attn:   Richard M. Cieri
        Edward O. Sassower, P.C.
        Stephen E. Hessler
        Brian E. Schartz

Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654
Attn:   James H.M. Sprayregen, P.C.
        Chad J. Husnick
        Steven N. Serajeddini

Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Attn:   Mark D. Collins
        Daniel J. DeFranceschi
        Jason M. Madron

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
Attn:   Richard L. Schepacarter

                                                      /s/ William E. Kelleher, Jr.
                                                      William E. Kelleher, Jr.

1966619.v1