IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF CHANGE OF CREDITOR ADDRESS

This is to notify the Court, counsel and all other parties in interest in the above-captioned cases of the following creditor's change of mailing address. Effective immediately, for notice, service and all other purposes in these cases (unless otherwise indicated or directed), the mailing address for **WESTINGHOUSE ELECTRIC COMPANY LLC**, should be as follows:

Westinghouse Electric Company LLC
Attention: Michael T. Sweeney
Senior Vice President & General Counsel
Legal & Contracts
1000 Westinghouse Drive
Cranberry Township, PA 16066 USA
Phone: (412) 374-5588
Fax: (724) 940-8508
Email: salvucc@westinghouse.com

Respectfully submitted,

COHEN & GRIGSBY, P.C.

By: /s/ William E. Kelleher, Jr.
William E. Kelleher, Jr.
Pa I.D. 30747
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Telephone: (412) 297-4703
Facsimile: (412) 209-1997

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

wkelleher@cohenlaw.com

***Attorneys for Westinghouse Electric Company LLC***

Dated: May 16, 2014

1966788.v1