## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2014, I caused a true and correct copy of foregoing *Notice of Change of Creditor Address* to be served upon the following via U.S. First Class Mail:

Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
Attn:  Richard M. Cieri
         Edward O. Sassower, P.C.
         Stephen E. Hessler
         Brian E. Schartz

Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654
Attn:  James H.M. Sprayregen, P.C.
         Chad J. Husnick
         Steven N. Serajeddini

Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Attn:  Mark D. Collins
         Daniel J. DeFranceschi
         Jason M. Madron

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
Attn:  Richard L. Schepacarter

/s/ William E. Kelleher, Jr.
William E. Kelleher, Jr.