IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP.,<br>et al[1].,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Joint Administration Pending) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jonathan L. Howell, Esquire, of McCathern, PLLC to represent Red Ball Oxygen Company Corporation in the above-captioned debtors.

Dated: May 16, 2014
Wilmington, Delaware

CIARDI CIARDI & ASTIN

_____
Daniel K. Astin, Esq. (No. 4068)
John D. McLaughlin, Jr., Esq. (No. 4123)
Joseph J. McMahon, Jr., Esq. (No. 4819)
1204 N. King Street
Wilmington, DE 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmcmahon@ciardilaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that I have caused the annual fee of $25.00 to be paid to the Clerk of Court for District Court.

_____
Jonathan L. Howell, Esquire
MCCATHERN, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219
Phone 214-741-2662
jhowell@mccathernlaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: May 16, 2014

The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge

40000/9150-9288095v1