**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*., | Case No. 14-10979-CSS |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Allen Shrode, interested party herein, requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that copies of all notices, documents, and pleadings filed and/or served in the above referenced bankruptcy case be sent to its attorneys of record, STREUSAND, LANDON & OZBURN, LLP, as addressed below:

>Sabrina L. Streusand
>Streusand, Landon & Ozburn, LLP
>811 Barton Springs Road
>Suite 811
>Austin, Texas 78704
>(512) 236-9904 (Facsimile)
>streusand@slollp.com

This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and transmitted or conveyed by mail, courier service, telephone, facsimile, electronically, or otherwise.

2

Dated: May 16, 2014                    Respectfully submitted,

                                By:  /s/ *Sabrina L. Streusand*
                                    Sabrina L. Streusand
                                    Streusand, Landon & Ozburn LLP
                                    State Bar No. 11701700
                                    811 Barton Springs Rd., Ste. 811
                                    Austin, Texas 78704
                                    Telephone:  (512) 236-9901
                                    Facsimile:   (512) 236-9904
                                    streusand@slollp.com

                                    **ATTORNEYS FOR**
                                    **ALLEN SHRODE**

## CERTIFICATE OF SERVICE

     The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 16th day of May, 2014 upon all parties requesting service via ECF Notification.

                                      */s/ Sabrina L. Streusand*
                                      Sabrina L. Streusand