IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 441, 442, 461 & 462** |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER SHORTENING NOTICE ON MOTIONS TO COMPEL [D.I. 441 & 461]

The undersigned hereby certifies as follows:

1. On May 14, 2014, the indenture trustee for the EFIH Second Lien Notes[2] (the "**Second Lien Trustee**") filed the *Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien Tender Offer* [D.I. 441] (the "**Second Lien Motion to Compel**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. In connection with the Second Lien Motion to Compel, the Second Lien Trustee also filed the *Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this Response shall have the meanings set forth in the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions* [D.I. 98] (the "**First Day Declaration**").

RLF1 10320847v.1

*Prior Approval of Procedures Governing Their 2nd Lien Tender Offer* [D.I. 442] (the "**Second Lien Motion to Shorten**").

3. On May 15, 2014, the indenture trustee for the 10.00% EFIH First Lien Notes (the "**First Lien Trustee**") filed the *Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer* [Docket No. 461] (the "**First Lien Motion to Compel**", and together with the Second Lien Motion to Compel, the "**Motions to Compel**").

4. In connection with the First Lien Motion to Compel, the First Lien Trustee also filed the *Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer* [D.I. 462] (the "**First Lien Motion to Shorten**", and together with the Second Lien Motion to Shorten, the "**Motions to Shorten**").

5. Following the filing of the Motions to Compel and Motions to Shorten, the parties discussed, and reached a consensual resolution on, the scheduling of the hearing of the Motions to Compel, embodied in the proposed form of order attached hereto as **Exhibit A** (the "**Proposed Order**"). The Proposed Order has been circulated to, and approved by, the First Lien Trustee and the Second Lien Trustee.

6. The above-captioned debtors and debtors-in-possession respectfully request that the Court enter the Proposed Order at its earliest convenience.

*[Remainder of page left intentionally blank]*

Dated: May 16, 2014
       Wilmington, Delaware

/s/ W. Romanowicz

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com
       romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
       edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession