IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 441, 442, 461 & 462 |

**ORDER SHORTENING NOTICE ON MOTIONS TO COMPEL [D.I. 441 & 461]**

Upon the Motions to Shorten[2] [D.I. 442 & 462] of the First Lien Trustee and Second Lien Trustee, for entry of orders (together, this "Order") fixing hearing dates and shortening the time to object or respond to the Motions to Compel [D.I. 441 & 461]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motions to Compel in this district is proper pursuant to §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The hearing on the Motions to Compel is scheduled, and to be included on the agenda, for the hearing scheduled for **May 22, 2013 at 9:30 a.m. (Eastern Daylight Time)**.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the *Debtors' Response to EFIH First and Second Lien Trustees' Motions to Shorten* [D.I. 496].

RLF1 10320268v.1

2. Any responses or objections to the Motions to Compel must be made by no later than May 20, 2014 at 4:00 p.m. (Eastern Daylight Time).

3. A copy of this Order shall be served on all parties originally served with the Motions to Shorten.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: _May 19_____, 2014
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2