IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST
FOR NOTICE AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), the undersigned attorney appears for Creditor, Siemens Power Generation Inc. ("Siemens Power"), and pursuant to, *inter alia*, F.R.B.P., Rules 2002 and 9007, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including Siemens Power with respect to: (a) the debtors; (b) property of the estate, or proceeds thereof, in which the debtors may claim an

---

[1] The last four digits of Energy Future Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas, 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{28698684;1}

interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by Siemens Power.

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall constitute a submission to this court's jurisdiction nor waive any (1) right to object to jurisdiction, (2) right to have final orders in noncore matters entered only after de novo review by a District Judge, (3) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (4) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (5) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Siemens Power is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Dated: May 19, 2014.

/s/ Sundeep S. Sidhu
Sundeep S. Sidhu, Esq.
Delaware Bar No. 5417
sunny.sidhu@akerman.com
andrea.hartley@akerman.com
jules.cohen@akerman.com
AKERMAN LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL  32801-4904
Phone:  (407) 423-4000
Facsimile:  (407) 843-6610
*Attorneys for Siemens Power Generation Inc.*

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance, Request For Notice and Reservation of Rights was furnished via electronic mail using the Court's CM/ECF system on all parties having appeared electronically on May 19, 2014.

                /s/ Sundeep S. Sidhu
                Sundeep S. Sidhu, Esq.