IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :    Chapter 11
*In re*                                                          :
                                                                 :    Case No. 14-10979 (CSS)
Energy Future Holdings Corporation, *et al*.                     :
                                                                 :    Jointly Administered
Debtors.[1]                                                      :
                                                                 :
                                                                 :
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Kevin G. Abrams, Esq. and John M. Seaman, Esq. of Abrams & Bayliss LLP hereby enter their appearance on behalf of Goldman, Sachs & Co. pursuant to sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and counsel hereby requests that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and facsimile numbers:

---

[1] The last four digits on Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{A&B-00294790-}

        Kevin G. Abrams, Esq.
John M. Seaman, Esq.
Email: Abrams@abramsbayliss.com
       Seaman@abramsbayliss.com
ABRAMS & BAYLISS LLP
20 Montchanin, Road, Suite 200
Wilmington, Delaware  19807
Telephone: (302) 778-1000
Facsimile: (302) 778-1001

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of any other rights, claims, objections, argument, actions, set-offs, or recoupments to which Goldman, Sachs & Co. is or may be entitled, in law or in equity, all of which rights, claims, objections, argument, actions, defenses, set-offs, and recoupments defendants expressly reserve.

        */s/ John M. Seaman*
Kevin G. Abrams, Esq. (#2375)
John M. Seaman, Esq. (#3868)
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
Facsimile: (302) 779-1001

Dated: May 19, 2014       *Counsel to Goldman, Sachs & Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, a true and correct copy of the foregoing *Notice of Appearance and Request for Notice and Papers* was sent to all parties receiving electronic notice via the Court's ECF system.

> */s/ John M. Seaman*
> John M. Seaman, Esq. (#3868)