IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings, Inc., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. Nos. 5, 225 and 391 |
| | Hearing Date: May 22, 2014 at 9:30 a.m. |

**JOINDER OF CERTAIN FUNDS AND ACCOUNTS ADVISED OR SUB-ADVISED BY FIDELITY MANAGEMENT & RESEARCH COMPANY OR ITS AFFILIATES TO THE DEBTORS' OBJECTION TO THE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

Certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates (collectively, "Fidelity") file this Joinder to the objection (the "Objection") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") to the Motion of Wilmington Savings Fund Society, Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas filed by Wilmington Savings Fund Society, FSB (the "Motion to Transfer"). In support of the Joinder, Fidelity respectfully states as follows:

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://ww.efhcaseinfo.com.


**JOINDER**

The Debtors' chapter 11 cases were properly filed in the Bankruptcy Court for the District of Delaware. Venue in a chapter 11 case is proper in any district in which the debtor is domiciled. 28 U.S.C. §1408(1). As set forth in the Objection, 21 out of 71 of the debtor entities were formed in Delaware and are "domiciled" in Delaware. See Objection, ¶ 9. In addition, venue is proper in the district where there is a case pending under title 11 concerning such person's affiliates. 28 U.S.C. §1408(2). Also as set forth in the Objection, the remaining debtor entities are affiliates of the debtor entities domiciled in Delaware. See Objection, ¶ 9.

Moreover, the court may only transfer a case to another district if such transfer would be in the interest of justice or necessary for the convenience of the parties. 28 U.S.C. §1412. The Debtors sought chapter 11 relief to effectuate a balance sheet restructuring, not an operational restructuring. As such, a large majority of the parties who will be most affected by the Debtors' chapter 11 cases, as well as their advisors and counsel, are located in the northeast, closer in proximity to the Delaware Bankruptcy Court than a bankruptcy court in Texas. The added cost and expense of all interested parties, advisors and counsel frequently traveling to Texas will diminish the value of the Debtors' estates and the ultimate recovery to the in-the-money stakeholders. Accordingly, there is no interest of justice or convenience that weighs in favor of transferring venue. Thus, Fidelity joins in the Objection and opposes the Motion to Transfer.

**CONCLUSION**

For the reasons set forth above and in the Objection, Fidelity respectfully requests that this Court deny the Motion to Transfer and grant such other relief as is just and proper.

Dated: May 19, 2014  
       Wilmington, Delaware

CROSS & SIMON, LLC

_____
Michael J. Joyce (No. 4563)  
Cross & Simon, LLC  
913 N. Market Street, 11th Floor  
P.O. Box 1380  
Wilmington, Delaware 19899-1380  
Telephone: (302) 777-4200  
Facsimile: (302) 777-4224  
E-mail: mjoyce@crosslaw.com

       -and-

Brad Eric Scheler  
Gary L. Kaplan  
Matthew M. Roose  
Fried, Frank, Harris, Shriver & Jacobson LLP  
One New York Plaza  
New York, New York 10004  
Telephone: (212) 859-8000  
Facsimile: (212) 859-4000  
Email: brad.eric.scheler@friedfrank.com  
       gary.kaplan@friedfrank.com  
       matthew.roose@friedfrank.com

*Counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates*