## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on May 19, 2014, I caused a true and correct copy of the *Joinder of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its affiliates to the Debtors' Objection to the Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 and 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas* to be served on the parties listed on the attached service list via First Class mail and/or electronic mail.

Michael J. Joyce (No. 4563)

## Service List

**VIA FIRST CLASS & ELECTRONIC MAIL**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

**VIA FIRST CLASS & ELECTRONIC MAIL**

Richard M. Cieri, Esq.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

**VIA FIRST CLASS & ELECTRONIC MAIL**

James H.M. Sprayregen, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

**VIA FIRST CLASS & ELECTRONIC MAIL**

William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
wbowden@ashby-geddes.com

**VIA FIRST CLASS & ELECTRONIC MAIL**

Jeffrey L. Jonas, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
jjonas@brownrudnick.com

**VIA FIRST CLASS & ELECTRONIC MAIL**

Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

**VIA FIRST CLASS MAIL**

Steve Kotarba
Alvarez & Marsal
55 W Monroe
Suite 4000
Chicago, IL 60603

**VIA FIRST CLASS MAIL**

Jeff Stegenga
Alvarez & Marsal
2100 Ross Avenue
21st Floor
Dallas, TX 75201

**VIA FIRST CLASS & ELECTRONIC MAIL**

J. Christopher Shore, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
cshore@whitecase.com

**VIA FIRST CLASS & ELECTRONIC MAIL**

Jeffrey M. Schlerf, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899
jschlerf@foxrothschild.com

**VIA FIRST CLASS & ELECTRONIC MAIL**

Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Christopher A. Ward, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
jedelson@polsinelli.com
skatona@polsinelli.com
cward@polsinelli.com

**VIA FIRST CLASS & ELECTRONIC MAIL**

Edward M. Fox, Esq.
Polsinelli Shughart PC
805 Third Avenue, Suite 2020
New York, NY 10022
efox@polsinelli.com

**VIA FIRST CLASS & ELECTRONIC MAIL**

Lorenzo Marinuzzi, Esq.
Brett H. Miller, Esq.
James Michael Peck, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
lmarinuzzi@mofo.com
bmiller@mofo.com
jpeck@mofo.com