# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 5, 225, 391** |
| | ) **Hearing Date: May 22, 2014 at 9:30 a.m. (ET)** |
| | ) **Objection Deadline: May 19, 2014 at 12:00 p.m. (ET)** |

### JOINDER OF WILMINGTON TRUST, N.A., IN ITS CAPACITY AS FIRST LIEN COLLATERAL AGENT, TO THE DEBTORS' OBJECTION TO THE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Wilmington Trust, N.A., in its capacity as First Lien Collateral Agent (the "First Lien Collateral Agent"), by and through its undersigned counsel, hereby joins in the *Debtors' Objection to the Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas* [Docket No. 391] (the "Objection") and respectfully states as follows:

1. Wilmington Trust, N.A. is successor to Citibank, N.A. as the First Lien Collateral Agent under a Credit Agreement, dated as of October 10, 2007, and an Amended and Restated Collateral Agency and Intercreditor Agreement, dated as of August 7, 2009, under which Texas

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Competitive Electric Holdings Company LLC ("TCEH") and certain of its affiliates serve as obligors.

2. The First Lien Collateral Agent agrees, as set forth in the Objection, that Wilmington Savings Fund Society, FSB fails to demonstrate that transferring these chapter 11 cases to the Northern District of Texas would serve the "interests of justice" or the "convenience of the parties."

WHEREFORE, the First Lien Collateral Agent hereby joins in the Objection and respectfully requests that this Court (a) deny the relief sought in the Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas and (b) grant such other relief as it deems just and proper.

| | |
|---|---|
| Dated: May 19, 2014<br>Wilmington, Delaware | /s/ *Michael D. DeBaecke*<br>**BLANK ROME LLP**<br>Michael D. DeBaecke (No. 3186)<br>Stanley B. Tarr (No. 5535)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br><br>-and-<br><br>**SEWARD & KISSEL LLP**<br>John R. Ashmead<br>Mark D. Kotwick<br>Arlene R. Alves<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 574-1200<br>Facsimile: (212) 480-8421<br><br>*Counsel to the First Lien Collateral Agent* |

2