# CERTIFICATE OF SERVICE

I, Michael D. DeBaecke, hereby certify that on May 19, 2014, I caused a copy of the following document to be served on the parties listed below in the manner indicated.

**JOINDER OF WILMINGTON TRUST, N.A., IN ITS CAPACITY AS SUCCESSOR FIRST LIEN COLLATERAL AGENT TO THE DEBTORS' OBJECTION TO THE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

                                                 */s/ Michael D. DeBaecke*
                                                 Michael David DeBaecke (No. 3186)

| **Via Hand Delivery & Email** | **Via Overnight Mail & Email** |
|---|---|
| *(COUNSEL TO WILMINGTON SAVINGS/WSFS)* | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| William P. Bowden | Edward S. Weisfelner |
| Gregory A. Taylor | BROWN RUDNICK LLP |
| ASHBY & GEDDES, P.A. | Seven Times Square |
| 500 Delaware Ave. | New York, NY  10036 |
| P.O. Box 1150 | eweisfelner@brownrudnick.com |
| Wilmington, DE  19899 | |
| wbowden@ashby-geddes.com | Jeffrey L. Jonas |
| gtaylor@ashby-geddes.com | Andrew P. Strehle |
| | Jeremy B. Coffey |
| | BROWN RUDNICK LLP |
| | One Financial Center |
| | Boston, MA  02111 |
| | jjonas@brownrudnick.com |
| | astrehle@brownrudnick.com |
| | jcoffey@brownrudnick.com |
| | |
| | Howard L. Siegel |
| | BROWN RUDNICK LLP |
| | 185 Asylum Street |
| | Hartford, CT  06103 |
| | hsiegel@brownrudnick.com |

143178.01600/40211288v.1