IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| ) | Case No. 14-10979 (CSS) |
| ENTERGY FUTURE HOLDINGS CORP., *et al.*, ) | (Jointly Administered) |
| ) | |
| ) | Hearing Date: May 22, 2014 @ 9:30 a.m. |
| Debtors. ) | Objection Deadline: May 19, 2014 @ noon |
| ) | |
| ) | Re: Docket No. 5 |

### JOINDER OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 220, LOCAL 2078 AND LOCAL 2337, TO THE DEBTORS' OBJECTION TO THE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

The International Brotherhood of Electrical Workers, Local 220, Local 2078 and Local 2337 (Collectively ("the IBEW"), represent approximately 2,000 bargaining unit employees of Debtors Luminant Generation Company, LLC, Luminant Mining Company, LLC, and Oak Grove Management Company, LLC.

The IBEW has reviewed the Motion of Wilmington Savings Fund Society, FSB to Transfer Cases to the United States District Court for the Northern District of Texas (D.I. 5) and the Debtors' objection to that motion ("the Objection," D.I. 391). The IBEW hereby joins the Debtors' Objection to transferring venue of these cases to Dallas, Texas.

DATED: May 19, 2014

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:          loizides@loizides.com

- and -

JOINDER

Daniel L. Avant, Esquire
AVANT & FALCON, APLC
P.O. Box 2667
Baton Rouge, LA  70821

*Counsel for the International Brotherhood of Electrical Workers, Local 220, Local 2078 and Local 2337*