IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| ENTERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on May 19, 2014, true and correct copies of the foregoing **JOINDER OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 220, LOCAL 2078 AND LOCAL 2337, TO THE DEBTORS' OBJECTION TO THE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS** were served on the parties listed on the attached service list in the manner indicated thereon.

DATED: May 19, 2014

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 654-0248
Facsimile:   (302) 654-0728
Email:         loizides@loizides.com

**SERVICE LIST**

**VIA ELECTRONIC MAIL AND FACSIMILE**

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
ASHBY & GEDDES PA
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899-1150
Fax:    (302) 654-2067
Email: wbowden@ashby-geddes.com
            gtaylor@ashby-geddes.com
*Co-Counsel for Wilmington Savings Fund Society, FSB, solely
in its capacity as successor Indenture Trustee for the Second Lien*

Edward S. Weisfelner, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY  10036
Fax:    (212) 209-4801
Email: eweisfelner@brownrudnick.com
*Co-Counsel for Wilmington Savings Fund Society, FSB, solely
in its capacity as successor Indenture Trustee for the Second Lien*

Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
Fax:    (617) 856-8021
Email: jjonas@brownrudnick.com
            astrehle@brownrudnick.com
            jcoffey@brownrudnick.com
*Co-Counsel for Wilmington Savings Fund Society, FSB, solely
in its capacity as successor Indenture Trustee for the Second Lien*

Howard. L. Siegel, Esquire
BROWN RUDNICK LLP
185 Asylum Street
Hartford, CT  06103
Fax:    (860) 509-6501
Email: hsiegel@brownrudnick.com
*Co-Counsel for Wilmington Savings Fund Society, FSB, solely
in its capacity as successor Indenture Trustee for the Second Lien*