# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: Docket No. 528 |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 528

International Brotherhood of Electrical Workers, Local 220, Local 2078 and Local 2337 (the "IBEW") hereby withdraw their Joinder to the Debtors' Objection to Wilmington Savings Fund Society, FSB's Motion to Transfer Cases to the United States District Court for the Northern District of Texas filed on May 19, 2014 (D.I. 528); this document's name was incorrectly listed in the ECF filing system's free-text box.

DATED: May 19, 2014

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

*Counsel for the International Brotherhood of Electrical Workers, Local 220, Local 2078 and Local 2337*