**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings, Inc., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------ x | | **Related to Docket Nos. 441, 442, 507** |

Objection Deadline: May 20, 2014 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: May 22, 2014 at 9:30 a.m. (prevailing Eastern time)

**NOTICE OF HEARING ON EMERGENCY MOTION OF EFIH 2ND LIEN NOTES
INDENTURE TRUSTEE TO COMPEL DEBTORS TO OBTAIN APPROVAL OF
PROCEDURES GOVERNING THE 2ND LIEN TENDER OFFER**

TO:   (a) the Debtors, (b) Fidelity, (c) the Office of the U.S. Trustee for the District of Delaware and (c) all other parties who have filed a notice of appearance pursuant to Rule 2002.

**PLEASE TAKE NOTICE** that on May 14, 2014, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "Indenture Trustee") for $2,156,000,000 aggregate principal amount of second lien notes (the "EFIH 2nd Lien Notes") issued by Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc., pursuant to Bankruptcy Code §§ 363(b) and 105(a), in response to EFIH's tender offer for such notes (the "EFIH 2nd Lien Tender Offer"), filed the *Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer* [Docket No. 441] (the "Motion") and the *Motion to Fix Hearing Date On and Shorten Time to Object or Respond to Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer* [Docket No. 442] (the "Motion to Shorten") with the

United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Copies of the Motion and Motion to Shorten were served upon you.

On May 19, 2014, the Court entered the *Order Shortening Notice on Motions to Compel [D.I. 441 & 461]* (the "Order Shortening Notice") [Docket No. 507]. A copy of the Order Shortening Notice is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Shortening Notice, any response or objection to the Motion must be in writing and filed with the Bankruptcy Court at or before the hearing on **May 20, 2014, at 4:00 p.m. (prevailing Eastern time).** You must also serve a copy of the response or objection so that it is received not later than **May 20, 2014, at 4:00 p.m. (prevailing Eastern time),** by: (i) counsel to the Debtors: (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022-4611, Attn: Richard M. Cieri, Esq., richard.cieri@kirkland.com, and Edward O. Sassower, P.C., Esq., edward.sassower@kirkland.com; and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: James H.M. Sprayregen, P.C., Esq., james.sprayregen@kirkland.com, and Chad J. Husnick, Esq., chad.husnick@kirkland.com; and (b) Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, Esq., collins@rlf.com, and Daniel J. DeFranceschi, Esq., defranceschi@rlf.com (ii) counsel to the Indenture Trustee: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Thomas Moers Mayer, Esq., tmayer@kramerlevin.com, Philip Bentley, Esq., pbentley@kramerlevin.com, and Joshua K. Brody, Esq.,

jbrody@kramerlevin.com; (b) Bryan Cave LLP, 1290 Avenue of the Americas, New York, New York 10104-3300, Attn: Stephanie Wickouski, Esq., stephanie.wickouski@bryancave; and (c) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq., ljones@pszyjlaw.com, and Robert J. Feinstein , Esq., rfeinstein@ pszjlaw.com; and (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Richard Schepacarter, Esq., richard.schepacarter@usdoj.gov.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON DELAWARE 19801 ON **MAY 22, 2014 AT 9:30 P.M. (PREVAILING EASTERN TIME)**.

Dated: May 19, 2014          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@ pszjlaw.com
           rfeinstein@ pszjlaw.com

- *and* -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Philip Bentley
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
           pbentley@kramerlevin.com
           jbrody@kramerlevin.com

*- and -*

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee*