# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------x | |
| *In re* | Chapter 11 |
| Energy Future Holdings Corporation, *et al*., | Case No. 14-10979 (CSS) |
| Debtors.[1] | Jointly Administered |
|  | **Re:  D.I. 523** |
| ------------------------------------------------------x | |

### NOTICE OF SERVICE REGARDING EFH EQUITY OWNERS' OBJECTION AND RESERVATION OF RIGHTS IN RESPONSE TO MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO RULE 2004 [D.I. 523]

PLEASE TAKE NOTICE that on May 19, 2014, a copy of the **EFH Equity Owners' Objection and Reservation of Rights in Response to Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004** (D.I. 523) filed on May 19, 2014, was caused to be served, in the manner indicated, upon the parties on the attached service list.

---

[1] The last four digits on Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Wilmington, Delaware
Dated:  May 19, 2014

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware  19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel to Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and Associated Individuals*

-and-

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason (admitted *pro hac vice*)
John F. Lynch (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Counsel to Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Associated Individuals*