# SERVICE LIST

**BY HAND DELIVERY:**

Attn: William Bowden Esq & Gregory Taylor Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19899

Attn: Michael Debaeche; Stanley Tarr
Blank Rome
1201 Market Street Suite 800
Wilmington, DE  19801

Attn: Kathleen A. Murphy
Buchanan Ingersoll & Rooney PC
919 North Market Street Suite 1500
Wilmington, DE  19801

Attn: Daniel Astin; John Mclaughlin Jr. Joseph J. McMahon Jr.
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE  19801

Attn: Karen C. Bifferato Esq & Kelly M. Conlan Esq
Connolly Gallagher LLP
1000 West Street Suite 1400
Wilmington, DE  19801

Attn: Scott Cousins; Mark Olivere; Ann Kashishian
Cousins Chipman & Brown LLP
1007 North Orange Street Suite 1110
Wilmington, DE  19801

Attn: Mark E. Felger
Cozen O'connor
1201 North Market Street Suite 1001
Wilmington, DE  19801

Attn: Michael J. Joyce
Cross & Simon LLC
913 N. Market Street 11th Floor
Wilmington, DE  19899-1380

Attn: Jeffrey Schlerf; John Strock; L. John Bird
Fox Rothschild LLP
919 North Market Street Suite 300
Wilmington, DE  19801

Attn: Michael G. Busenkell
Gellert Scali Busenkell & Brown LLC
913 N. Market Street 10th Floor
Wilmington, DE  19801

Attn: Adam Landis Esq & Mattew Mcguire Esq
Landis Rath & Cobb LLP
919 Market St Ste 1800
Wilmington, DE  19801

Attn: Marc Phillips Esq
Manion Gaynor & Manning LLP
The Nemours Building
1007 N Orange St 10th Fl
Wilmington, DE  19801

Attn: Ellen Slights Esq.
Office Of The United States Attorney
1007 Orange Street Suite 700
Wilmington, DE  19899-2046

Attn: Richard L. Schepacarter
Office Of The United States Trustee
J. Caleb Boggs Federal Building
Wilmington, DE  19801

Attn: Laura Davis Jones; Robert Feinstein
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street 17th Floor
Wilmington, DE  19899

Attn: Kevin M. Capuzzi
Pinckney Weidinger Urban & Joyce LLC
1220 North Market Street Suite 950
Wilmington, DE  19801

Attn: Christopher Ward Esq Justin Edelson Esq
Shanti Katona Esq
Polsinelli PC
222 Delaware Ave Ste 1101
Wilmington, DE  19801

Attn: Laurie Silverstein Esq & Jeremy Ryan Esq
Potter Anderson & Corroon LLP
1313 N Market St 6th Fl
Wilmington, DE  19801

Attn: Kurt F. Gwyne; Kimberly E.C. Lawson
Reed Smith LLP
1201 Market Street Suite 1500
Wilmington, DE  19801

Attn: Mark D Collins Esq Daniel Defranceschi Esq
Jason Madron Esq
Richards Layton & Finger
920 N King St
Wilmington, DE  19801

Attn: Mark S. Chehi; Kristhy M. Peguero
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19899-0636

Attn: Pauline Morgan; Joel Waite; Ryan Bartley
Andrew Magaziner
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

**BY FIRST CLASS MAIL:**

Attn: Alessandra Pansera
Computershare Trust Company Of Canada
1500 University St. Suite 700
Montreal, QC  H3A 3S8
CANADA

Attn: Mike Wilcox
Benchmark Industrial Services
Po Box 931
Kilgore, TX  75663

Attn: Rachel Obaldo & John Mark Stern
Comptroller Of Public Accounts Of The State Of TX
Office Of The Texas Attorney General
Po Box 12548
Austin, TX  78711-2548

Internal Revenue Service
Po Box 7346
Philadelphia, PA  19101-7346

Attn: William Wochner
Kansas City Southern Railway (KCS)
Po Box 219335
Kansas City, MO  64121-9335

Attn: John P Dillman Esq
Linebarger Goggan Blair & Sampson LLP
Po Box 3064
Houston, TX  77253-3064

Attn: Diane Wade Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX  78760

Attn: William T Medaille Esq
Lower Colorado River Authority
Legal Services
Po Box 220
Austin, TX  78767

Attn: Lee Gordon
Mccreary Veselka Bragg & Allen PC
Po Box 1269
Round Rock, TX  78680

Michael G. Smith
PO Box 846
Clinton, OK  73601

Attn: David Petty President
Northeast Texas Power Ltd
Po Box 553
Cumby, TX  75433

Attn: Hal Morris Ashley Bartram Nicole Mignone
Office Of The Texas Attorney General
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Attn: Hal F Morris Esq & Ashley Bartram Esq
Office Of The Texas Attorney General
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Attn: Elizabeth Banda Calvo Esq
Perdue Brandon Fielder Collins & Mott LLP
Po Box 13430
Arlington, TX  76094-0430

Attn: Jeanmarie Baer
Perdue Brandon Fielder Collins & Mott L.P.
Po Box 8188
Wichita Falls, TX  76307

Attn: Kenneth Pierce - Owner
Pierce Construction Inc
Po Box 69
Beckville, TX  75631

Attn: Jason A Starks Asst Attorney General
Texas Office Of Public Utility Counsel (Opuc)
Bankruptcy & Collections Division
Po Box 12548
Austin, TX  78711-2548

Attn: Matthew J. Troy
United States Department Of Justice
Civil Division P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

Attn: Ari D Kunofsky Esq & W Bradley Russell Esq
US Department Of Justice
PO Box 227
Ben Franklin Station
Washington, DC  20044

Attn: Alexis McDonald
Weyerhaeuser Co.
PO Box 9777
Federal Way, WA  98063

Attn: Peter O. Hansen
ADA Carbon Solutions
1460 W. Canal Court Suite 100
Littleton, CO  80120

Attn: Peter O. Hansen
ADA Carbon Solutions
8100 S. Parkway #A2
Littleton, CO  80120

Attn: Charles R. Patton
AEP Texas North Company
1 Riverside Plaza
Columbus, OH  43215-2372

Attn: Ira Dizengoff; Abid Qureshi
Stephen Baldini Meredith Lahaie
Robert Boller Christopher Carty
Lindsay Zahradka
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY  10036-6745

Attn: Scott Alberino; Joanna Newdeck
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue NW
Washington, DC  20036-1564

Attn: Max W Laun
ALCOA
201 Isabella Street
Pittsburgh, PA  15219-5858

Attn: Dean Smith
Ameco Inc
2106 Anderson Road
Greenville, SC  29611

American Stock Transfer & Trust Co LLC
6201 15th Avenue
Brooklyn, NY  11219

Attn: Paul Kim
American Stock Transfer & Trust Company LLC
6201 15th Avenue
Brooklyn, NY  11219

Attn: Kalyn Asher
Asher Media Inc
15303 Dallas Parkway Suite 1300
Addison, TX  75001

Attn: Michael Hoehn
Automatic Systems Inc
9230 East 47th Street
Kansas City, MO  64133

Attn: Benjamin L. Stewart
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy Suite 935
Dallas, TX  75206

Attn: James Prince; Omar J. Alaniz; Ian E. Roberts
Baker Botts LLP
2001 Ross Ave.
Dallas, TX  75201-2980

Attn: Mike Wilcox
Benchmark Industrial Services
2100 State Highway 31 E
Kilgore, TX  75662

Attn: Julia Frost-Davies Esq
Christopher L. Carter Esq.
Bingham Mccutchen LLP
One Federal Street
Boston, MA  02110-1726

Attn: Jeffrey S. Sabin Esq
Bingham Mccutchen LLP
399 Park Avenue
New York, NY  10022-4689

Attn: Michael B. Schaedle
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Attn: Peter Lee Senior General Attorney
Bnsf Railway Company
2500 Lou Menk Drive
Fort Worth, TX  76131-2828

Attn: Ian T. Peck Esq.
Bnsf Railway Company
c/o Haynes & Boone LLP
201 Main Street Suite 2200
Fort Worth, TX   76102-3126

Attn: Ken Hoffman
Vice President
BOKF DBA Bank Of Arizona
3001 East Camelback Road Suite 100
Phoenix, AZ   85016

Attn:  Cyndi Wilkinson
Senior Vice President
BOKF DBA Bank Of Arizona
3001 East Camelback Road Suite 100
Phoenix, AZ   85016

Attn:  David Koch
Brake Supply Co Inc
5501 Foundation Blvd
Evansville, IN   47725

Attn: Christine C. Ryan
Brickfield Burchette Ritts & Stone Pc
1025 Thomas Jefferson Street Nw
Washington, DC   20007

Attn: Donald K. Ludman
Brown & Connery LLP
6 North Broad Street Suite 100
Woodbury, NJ   08096

Attn: Edward Weisfelner Esq
Brown Rudnick LLP
Seven Times Square
New York, NY   10036

Attn: Jeffrey Jonas Esq
Andrew Strehle Esq
Jeremy Coffey Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA   02111

Attn: Howard Siegel Esq
Brown Rudnick LLP
185 Asylum Street
Hartford, CT   06103

Attn: Jeremy B. Coffey
Brown Rudnick LLP
Seven Times Square
New York, NY   10036

Attn: Stephanie Wickouski
Michelle McMahon
Bryan Cave LLP
1290 Avenue Of The Americas
New York, NY   10104

Attn: Robert E. Pedersen
Bryan Cave LLP
1290 Avenue Of The Americas
New York, NY   10104-3300

Attn: Shawn M. Christianson
Buchalter Nemer A Professional
Corporation
55 Second Street 17th Floor
San Francisco, CA   94105-3493

Attn: Isabelle Roux-Chenu
Capgemini North America Inc
623 Fifth Ave 33rd Floor
New York, NY   10022

Robert Claude Esq. Associate General
Counsel
Centerpoint Energy Houston
1111 Louisiana Street
Houston, TX   77002

Attn: Owen Coyle
Citibank N.A.
1615 Brett Road Ops III
New Castle, DE   19720

Citibank N.A.
388 Greenwich St 21st Fl
New York, NY   10013

Attn:  Eric O. Ligan
Vice President
Citibank N.A.
388 Greenwich St 32nd Fl
New York, NY   10013

Citibank N.A.
Bank Loan Syndications Department
1615 Brett Road Building III
New Castle, DE   19720

Attn:  Annemarie E. Pavco
Securities Processing Senior Analyst
Citibank N.A.
Global Loans 1615 Brett Rd. OPS III
New Castle, DE   19720

Attn: Ryan Falcone
Citibank N.A.
388 Greenwich Street
New York, NY   10013

Attn: Christopher B. Mosley
City Of Fort Worth
1000 Throckmorton Street
Fort Worth, TX   76102

Attn: Thomas Moloney; Sean O'neal; Humayun Khalid
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY   10006

Attn: William E. Kelleher Jr.
Cohen & Grigsby P.C.
625 Liberty Avenue
Pittsburgh, PA   15222-3152

Attn: Tina Vitale Ba; Ll.B.
Computershare
480 Washington Blvd
Jersey City, NJ   07310

Attn: Karlos Courtney
Courtney Construction Inc
2617 Us Hwy 79n
Carthage, TX   75633

Attn: Stephen C. Stapleton
Cowles & Thompson
Bank Of America Plaza
901 Main Street Suite 3900
Dallas, TX   75202

President or General Counsel
Crane Nuclear Inc
2825 Cobb International Blvd Nw
Kennesaw, GA   30152

Attn: Judy Hamilton Morse
Crowe & Dunlevy PC
20 North Broadway Suite 1800
Oklahoma City, OK   73102

Attn:  Sandra E. Horwitz
Managing Director
CSC Trust Company Of Delaware
2711 Centerville Rd Ste 400
Wilmington, DE   19808

Attn: Robert Szwajkos
Curtin & Heefner LLP
250 Pennsylvania Ave.
Morrisville, PA   19067

Miles Cowdry
Data Systems & Solutions LLC
Rolls-Royce Civil Nuclear
Huntsville, AL   35806

Attn: Marshall Huebner; Benjamin Kaminetzky; Elliot Moskowitz; Damon Meyer
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY   10017

Attn: Hugh Mcdonald Esq Louis Curcio Esq Oscar Pinks Esq
Dentons US LLP
1221 Avenue Of The Americas
New York, NY   10020

Attn: Sara Pelton
Deutsche Bank
60 Wall Street (Nycc60-0266)
New York, NY   10005-2836

Attn: Marcus M. Tarkington
Deutsche Bank
60 Wall Street (Nycc60-0266)
New York, NY   10005-2836

Attn: Howard A. Cohen & Robert K. Malone
Drinker Biddle & Reath LLP
222 Delaware Ave. Ste. 1410
Wilmington, DE   19801-1621

Attn: Jeffrey R. Fine
Dykema Gossett PLLC
1717 Main Street Suite 4000
Dallas, TX   75201

Attn: James Katchadurian E.V.P.
Epiq Bankrupty Solutions LLC
757 Third Avenue 3rd Floor
New York, NY   10017

Attn: Mark Brancato
Cement Projects Americas
2040 Avenue C
Bethlehem, PA   18017

Attn: Carlos M. Hernandez
Fluor Global Services
6700 Las Colinas Blvd
Irving, TX   75039

Attn: Harold Kaplan Esq Mark Hebbeln Esq Lars Peterson Esq
Foley & Lardner LLP
321 N Clark St Ste 2800
Chicago, IL   60654-5313

Attn: Samuel S. Ory
Frederic Dorwart Lawyers
124 East Fourth Street
Tulsa, OK   74103

Attn: Brad E. Scheler Gary L. Kaplan
Matthew M. Roose
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Attn: Clay Thomas
Frisco Construction Services
9550 John W. Elliott Drive Suite 106
Frisco, TX  75033

Attn: Edward M. King Esq.
Frost Brown Todd LLC
400 W. Market Street 32nd Floor
Louisville, KY  40202

Attn: John P. Melko & Michael K. Riordan
Gardere Wynne Sewell LLP
1000 Louisiana Ste. 3400
Houston, TX  77002

Attn: John Poznick - Controller
Generator & Motor Services Inc
601 Braddock Ave
Turtle Creek, PA  15145

Attn: John L. Howard
Grainger
100 Grainger Pkwy
Lake Forest, IL  60045

Attn: Jonathan Hook
Haynes And Boone LLP
30 Rockefeller Center 26th Floor
New York, NY  10112

Attn: Patrick L. Hughes
Haynes And Boone LLP
1221 Mckinney Street Suite 1200
Houston, TX  77010

Attn: Ian T. Peck
Haynes And Boone LLP
201 Main Street Suite 2200
Fort Worth, TX  76102-3126

Attn: Raghu Raman Lakshmanan
HCL America Inc
330 Potrero Avenue
Sunnyvale, CA  94085

Attn: Harlan M. Hatfield
Headwaters Resources Inc
10701 S River Front Parkway Ste 300
South Jordan, UT  84095

Attn: Michael Puryear Esq. General Counsel
Holt Texas Ltd D/B/A Holt Cat
3302 South W.W. White Rd
San Antonio, TX  78222

Attn: R Scott Hopkins
Hydrocarbon Exchange Corp.
5910 N. Central Expy. Ste 1380
Dallas, TX  75206

Internal Revenue Service
Department Of The Treasury
324 E. 2500 S
Ogden, UT  84201

Attn: Jeff Grodel
J & S Construction LLC
10823 N Us Highway 75
Buffalo, TX  75831

Attn: Monica S. Blacker
Jackson Walker LLP
901 Main Street Suite 6000
Dallas, TX  75202

Attn: J. Scott Rose
Jackson Walker LLP
Weston Centre
112 E. Pecan Street Suite 2400
San Antonio, TX  78205

Attn: Patricia Villareal
Jones Day
2727 North Harwood Street
Dallas, TX  75201

Attn: Michael L. Davitt
Jones Day
2727 North Harwood Street
Dallas, TX  75201

Attn: William Wochner
Kansas City Southern Railway (KCS)
427 West 12th Street
Kansas City, MO  64105

Attn: Michael Mcconnell Esq & Clay Taylor Esq
Katherine Thomas Esq
Kelly Hart & Hallman LLP
201 Main St Ste 2500
Fort Worth, TX  76102

Attn: Richard Cieri Esq Edward Sassower
Pc Stephen Hessler Esq
Brian E. Schartz Esq
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY  10022

Attn: James H.M. Sprayregen P.C.
Chad Husnick Esq
Steven Serajeddini Esq
Kirkland & Ellis LLP
300 N Lasalle
Chicago, IL  60654

Attn: Thomas Moers Mayer; Gregory Horowitz
Joshua Brody
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue Of The Americas
New York, NY  10036

Attn: Jamie R Welton Esq
Lackey Hershman LLP
3102 Oak Lawn Ave Ste 777
Dallas, TX  75219

Attn:  Frank Godino
Vice President
Law Debenture Trust Company Of New York
400 Madison Ave Ste 4d
New York, NY  10017

Attn: Patricia Williams Prewitt
Law Office Of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX  77868

Attn: Elizabeth Weller Esq
Linebarger Goggan Blair & Sampson LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX  75207

Attn: Geoffrey Gay Esq
Lloyd Gosselink Rochelle & Townsend PC
816 Congress Ave Ste 1900
Austin, TX  78701

Attn: Phil Wilson
Transmission Services Corp
Lower Colorado River Authority
Austin, TX  78703

Attn: Jonathan L. Howell
Mccathern PLLC
Regency Plaza
3710 Rawlins Suite 1600
Dallas, TX  75219

Attn: Peter S. Goodman; Michael R. Carney
Mckool Smith
One Bryant Park 47th Floor
New York, NY  10036

Attn: Paul D. Moak Esq.
Mckool Smith
600 Travis Street Suite 7000
Houston, TX  77002

Attn: Attn: Mike Croffland - General Manager
Merico Abatement Contractors Inc
201 Estes Dr
Longview, TX  75602-6100

Attn: Dennis F. Dunne Evan R. Fleck & Karen Gartenberg
Milbank Tweed Hadley & Mccloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Attn: Karen Gartenberg
Milbank Tweed Hadley & Mccloy LLP
1 Chase Manhatten Plaza
New York, NY  10005

Attn: Jonathan Brown
Milbank Tweed Hadley & Mccloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Attn: Keith Debault
Mine Service Ltd
855 E Us Highway 79
Rockdale, TX  76567

Attn: Stephen M. Miller
Morris James LLP
500 Delaware Avenue Suite 1500
Po Box 2306
Wilmington, DE  19899-2306

Attn: James Peck Esq Brett H Miller Esq
Lorenzo Marinuzzi Esq
Morrison & Foerster LLP
250 W 55th St
New York, NY  10019

Attn: Russell L Munsch Esq
Munsch Hardt Kopf & Harr PC
3050 Frost Bank Tower
401 Congress Ave
Austin, TX  78701-4071

Attn: Kevin M Lippman Esq
Munsch Hardt Kopf & Harr PC
500 N Akard St Ste 3800
Dallas, TX  75201-6659

Attn: Robert J. Myers
Myers Hill
2525 Ridgmar Blvd. Ste. 150
Fort Worth, TX  76116

Attn: Jody A. Bedenbaugh And George B. Cauthen
Nelson Mullins Riley & Scarborough LLP
1320 Main Street 17th Floor
Po Box 11070 (29211)
Columbia, SC  29201

Attn: Richard C. Pedone; Amanda D. Darwin
Nixon Peabody
100 Summer Street
Boston, MA  02110

Attn: David Petty
Northeast Texas Power Ltd
102 N Ih 30
Cumby, TX  75433

Attn: George A. Davis
O'melveny & Myers LLP
7 Times Square
New York, NY  10036

Office Of The United States Trustee
U.S. Federal Office Building
201 Varick Street Suite 1006
New York, NY  10014

Attn: Daniel A. Lowenthal; Craig W. Dent
Patterson Belknap Webb & Tyler LLP
1133 Avenue Of The Americas
New York, NY  10036-6710

Attn: Alan Kornberg; Kelley Cornish; Brian Hermann
Jacob Adlerstein
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY  10019

Attn: Desiree M. Amador Atty
Pension Benefit Guaranty Corporation
Office Of The Chief Counsel
1200 K Street N.W.
Washington, DC  20005-4026

Attn: Israel Goldowitz
Pension Benefit Guaranty Corporation
1200 K Street Nw
Washington, DC  20005-4026

Attn:  Jon Chatalian
Office Of The Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street Nw
Washington, DC  20005-4026

Attn: Craig Yamaoka Senior Financial Analyst
Pension Benefit Guaranty Corporation
1200 K Street Nw
Washington, DC  20005

Attn: Owen M Sonik Esq
Perdue Brandon Fielder Collins & Mott LLP
1235 N Loop West Ste 600
Houston, TX  77008

Attn: Chuck William
Performance Contracting Inc
16400 College Blvd
Lenexa, KS  66219

Attn: Kenneth Pierce
Pierce Construction Inc
4324 State Hwy 149
Beckville, TX  75631

Attn: Edward Fox Esq
Polsinelli PC
900 Third Ave 21st Fl
New York, NY  10022

Attn: Michael L. Atchley; Matthew T. Taplett
Pope Hardwicke Christie Schell Kelly & Ray LLP
500 West 7th Street Suite 600
Fort Worth, TX  76102

Attn: Hohn A. Harris; Jason D. Curry
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Attn: Brad Mckenzie - Controller
Ranger Excavating LP
5222 Thunder Creek Road
Austin, TX  78759

Mark R. Somerstein  
Ropes & Gray LLP  
1211 Avenue Of The Americas  
New York, NY  10036-8704  

Attn: Mary Perry  
Ryan Partnership (Formerly Solutionset)  
440 Polaris Parkway  
Westerville, OH  43082  

Attn: Mark Minuti Esq  
Saul Ewing LLP  
222 Delaware Ave Ste 1200  
Wilmington, DE  19899  

Attn: Sonia Jasman  
Securitas Security Services USA  
2 Campus Drive  
Parsippany, NJ  07054-4400  

Attn: Legal Department  
Securitas Security Services USA  
4330 Park Tce Drive  
Westlake Village, CA  91361  

Securities And Exchange Commission  
100 F Street NE  
Washington, DC  20549  

Attn: John Ashmead; Kalyan Das; Arlene Alves  
Seward & Kissel LLP  
One Battery Park Plaza  
New York, NY  10014  

Attn: Richard E. Chandler Jr.  
Shaw Maintenance (CC&I)  
C/O Cb&I - One Cb&I Plaza  
The Woodlands, TX  77380  

Attn: Frederic Sosnick Esq & Ned Schodek Esq  
Shearman & Sterling LLP  
599 Lexington Ave  
New York, NY  10022  

Attn: Ann Fairchild  
Siemens Power Generation Inc  
4400 N Alafaya Trl  
Orlando, FL  32826  

Attn: David Beckman  
Sitel LLC  
3102 West End Avenue Suite 900  
Nashville, TN  37203  

Attn: Jay M. Goffman  
Skadden Arps Slate Meagher & Flom LLP  
Four Times Square  
New York, NY  10036-6522  

Attn: George N. Panagakis; Carl T. Tullson  
Skadden Arps Slate Meagher & Flom LLP  
155 North Wacker Drive Suite 2700  
Chicago, IL  60606-1720  

Attn: Kathleen M. Miller  
Smith Katzenstein & Jenkins LLP  
800 Delaware Avenue Suite 1000  
Wilmington, DE  19899  

Attn: David E. Leta  
Snell & Wilmer LLP  
15 West South Temple Suite 1200  
Salt Lake City, UT  84101  

Attn:  John Luke  
c/o Forge Group Ltd  
Taggart Global LLC  
4000 Town Center Blvd. Ste 300  
Canonsburg, PA  15317  

Attn: Wayne Yost Owner  
Team Excavating  
815 N Main Street  
Wrens, GA  30833  

Attn: Patrick Apodaca  
Texas-New Mexico Power Company  
414 Silver Avenue Sw  
Albuquerque, NM  87102-3289  

Attn: Rafael MartinezVp - Csm  
The Bank Of New York Mellon Trust Company  
601 Travis Street 16th Fl  
Houston, TX  77002  

Attn: Thomas Vlahakis VP  
The Bank Of New York Mellon Trust Company  
385 Rifle Camp Rd 3rd Fl  
Woodland Park, NJ  07424  

Attn: Dennis Roemlein  
The Bank Of New York Mellon Trust Company  
601 Travis St 16th Floor  
Houston, TX  77002

Attn: Thomas Vlahakis Vice President  
The Bank Of New York Mellon Trust Company  
385 Rifle Camp Rd.3rd Floor  
Woodland Park, NJ   07424  

Attn: Daniel K Hogan Esq  
The Hogan Firm  
1311 Delaware Avenue  
Wilmington, DE   19806  

Attn: John Warren May  
TPUSA  
1991 South 4650 West  
Salt Lake City, UT   84104  

Attn: Guillermo Montano  
Transactel Inc  
18 Calle 25-85 Z.10  
Guatemala City,  

Attn:  Christine McGarvey  
Trent Wind Farm  
Trent Wind Farm L.P.  
1423 Cr 131  
Trent, TX   79561  

Attn:  Jay Jadwin & Lisa Groff  
Trent Wind Farm  
Trent Wind Farm LP  
155 W. Nationwide Blvd Suite 500  
Columbus, OH   43215  

Attn: Jordan S. Blask Lara E. Shipkovitz  
Tucker Arensberg P.C.  
1500 One PPG Place  
Pittsburgh, PA   15222  

Attn:  Laura Roberson  
Vice President  
Umb Bank N.A.  
2 South Broadway Suite 600  
St. Louis, MO   63102  

Attn: Michael L. Schein Esq.  
Vedder Price Pc  
1633 Broadway 47th Floor  
New York, NY   10019  

Attn: Richard Mason; Emil Kleinhaus; Austin Witt  
Wachtell Lipton Rosen & Katz  
51 West 52nd Street  
New York, NY   10019  

Attn: Calvin Grace - President & Ceo  
Warfab  
607 Fisher Rd  
Longview, TX   75604  

Attn: Gregory M. Weinstein  
Weinstein Radcliff LLP  
6688 N. Central Expressway Suite 675  
Dallas, TX   75206  

Attn: Mike Sweeney Sr Vp & General Counsel  
Westinghouse Electric Co LLC  
Legal & Contracts  
Cranberry Township, PA   16066  

Attn: J. Christopher Shore; Gregory Starner  
White & Case LLP  
1155 Avenue Of The Americas  
New York, NY   10036  

Attn: Thomas Lauria; Matthew Brown  
White & Case LLP  
200 South Biscayne Boulevard  
Suite 4900  
Miami, FL   33131  

Attn: Philip Anker Esq & George Shuster Esq  
Wilmer Cutler Pickering Hale & Dorr LLP  
7 World Trade Center  
250 Greenwich St  
New York, NY   10007  

Attn: Benjamin Loveland Esq  
Wilmer Cutler Pickering Hale & Dorr LLP  
60 State St  
Boston, MA   02109  

Attn: Patrick J. Healy  
Wilmington Savings Fund Society  
500 Delaware Avenue  
Wilmington, DE   19801  

Attn: Jeffrey T. Rose  
Wilmington Trust FSB  
50 South Sixth Street Suite 1290  
Minneapolis, MN   55402  

Attn: David Neier Esq.  
Winston & Strawn LLP  
200 Park Avenue  
New York, NY   10166

Attn: Steven K. Kortanek; Mark L. Desgrosseilliers
Womble Carlyle Sandridge & Rice LLP
222 Delaware Avenue Suite 1501
Wilmington, DE   19801

Attn: Mark L. Desgrosseilliers Esq
Womble Carlyle Sandridge & Rice LLP
222 Delaware Ave Ste 1501
Wilmington, DE   19801

Attn: William P. Weintraub; Kizzy L. Jarashow
Woodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY   10018