## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that on May 19, 2014, I caused one copy of the foregoing document to be served upon the parties on the attached service list via first class mail, postage prepaid, unless otherwise indicated.

_____<br>
Gregory A. Taylor (DE #4008)

{00074510;v1 }

| | |
|---|---|
| **VIA FIRST CLASS MAIL AND E-MAIL**<br>Richard M. Cieri<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022 | James H.M. Sprayregen, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>KIRKLAND & ELLIS, LLP<br>300 North LaSalle<br>Chicago, IL 60654 |
| **VIA HAND DELIVERY AND E-MAIL**<br>Mark D. Collins<br>RICHARDS LAYTON & FINGER<br>920 North King Street<br>Wilmington, DE 19801 | Counsel to Atmos Energy Corporation<br>Daniel K. Astin<br>John D. McLaughlin, Jr.<br>Joseph J. McMahon, Jr.<br>CIARDI CIARDI & ASTIN<br>1204 N. King Street<br>Wilmington, DE 19801 |
| Counsel to Atmos Energy Corporation<br>Stephen C. Stapleton<br>COWLES & THOMPSON<br>Bank of America Plaza<br>901 Main Street, Suite 3900<br>Dallas, TX 72505 | Richard L. Schepacarter<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 – Lockbox #35<br>Wilmington, DE 19801 |
| Counsel to Texas Comptroller of Public Accounts<br>Rachel Obaldo, Assistant Attorney General<br>John Mark Stern, Assistant Attorney General<br>Office of the Texas Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Counsel to Texas Office of Public Utility Counsel<br>Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |

| | |
|---|---|
| Counsel to Texas Commission on Environmental Quality<br>Mark Minuti, Esquire<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Counsel to Texas Commission on Environmental Quality<br>Russell L. Munsch, Esquire<br>MUNSCH HARDT KOPF & HARR, P.C.<br>3050 Frost Bank Tower<br>401 Congress Avenue<br>Austin TX 78701-4071 |
| Counsel to Texas Commission on Environmental Quality<br>Kevin M. Lippman, Esquire<br>MUNSCH HARDT KOPF & HARR, P.C.<br>500 N. Akard Street<br>Suite 3800<br>Dallas TX 75201-6659 | Hal F. Morris<br>Ashley F. Bartram<br>Assistant Attorneys General<br>The Texas Attorney General's Office<br>Bankruptcy Regulatory Section<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548 |
| Somervell County et al.<br>c/o Elizabeth Banda Calvo<br>PERDUE, BRANDON, FIELDER, COLLINS<br>& MOTT, LLP<br>P.O. Box 13430<br>Arlington, Texas 76094-0430 | Galena Park Independent School District<br>c/o Owen M. Sonik<br>PERDUE, BRANDON, FIELDER, COLLINS<br>& MOTT, LLP<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 |
| Counsel to Young County, Graham ISD,<br>Graham Hospital District & North<br>Central Texas College District<br>c/o Jeanmarie Baer<br>PERDUE, BRANDON, FIELDER, COLLINS<br>& MOTT, L.L.P.<br>P. 0. BOX 8188<br>Wichita Falls, TX 76307 | Counsel to Red Ball Oxygen Company<br>Daniel K. Astin<br>John D. McLaughlin, Jr.<br>Joseph J. McMahon, Jr.<br>CIARDI, CIARDI & ASTIN<br>1204 N. King Street<br>Wilmington, Delaware 19801 |

| | |
|---|---|
| Counsel to Marathon Asset Management, LP<br>Philip D. Anker, Esquire<br>George W. Shuster, Jr., Esquire<br>WILMER CUTLER PICKERING HALE ANDDORRLLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007 | Counsel to Marathon Asset Management, LP<br>Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801 |
| Counsel to Marathon Asset Management, LP<br>Benjamin W. Loveland, Esquire<br>WILMER CUTLER PICKERING HALE ANDDORRLLP<br>60 State Street<br>Boston, Massachusetts 02109 | Counsel to Deutsche Bank AG New York Branch<br>Laurie Seiber Silverstein, Esquire<br>Jeremy W. Ryan, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801 |
| Counsel to Deutsche Bank AG New York Branch<br>Fredric Sosnick, Esquire<br>Ned S. Schodek, Esquire<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Counsel to Tarrant County, Dallas County<br>Elizabeth Weller<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>DALLAS, TX 75207 |
| Counsel to Steering Committee of<br>Cities Served by Oncor<br>Michael A. McConnell<br>Clay Taylor<br>Katherine Thomas<br>KELLY HART & HALLMAN LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102 | Counsel to Steering Committee of<br>Cities Served by Oncor<br>Geoffrey Gay<br>LLOYD GOSSELINK ROCHELLE & TOWNSEND PC<br>816 Congress Avenue, Suite 1900<br>Austin, TX 78701 |

| | |
|---|---|
| Counsel to Steering Committee of Cities Served by Oncor<br>Marc J. Phillips<br>MANION GAYNOR & MANNING LLP<br>The NeMours Building<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801 | Counsel to UMB Bank, NA<br>Harold L. Kaplan<br>Mark F. Hebbeln<br>Lars A. Peterson<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313 |
| Counsel to Alcoa Inc.<br>Peter S. Goodman, Esquire<br>Michael R. Carney, Esquire<br>MCKOOL SMITH<br>One Bryant Park<br>47th Floor<br>New York, New York 10036 | Counsel to Alcoa Inc.<br>Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801 |
| Counsel to Pacific Investment Management Co. LLC<br>Karen C. Bifferato, Esquire<br>Kelly M. Conlan, Esquire<br>Connolly Gallagher LLP<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801 | Counsel to Pacific Investment Management Co. LLC<br>Julia Frost-Davies, Esquire<br>Christopher L. Carter, Esquire<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110-1726 |
| Counsel to Pacific Investment Management Co. LLC<br>JeffreyS. Sabin, Esquire<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689 | Desiree M. Amador<br>Jon Chatalian<br>Israel Goldowitz<br>PENSION BENEFIT GUARANTY CORPORATION<br>Office of the Chief Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026 |

| | |
|---|---|
| Counsel to Aurelius Capital Management LP<br>Michael G. Busenkell<br>Gellert Scali Busenkell & Brown, LLC<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801 | Counsel to Aurelius Capital Management LP<br>William P. Weintraub<br>Kizzy L. Jarashow<br>Stutman, Treister & Glatt, PC<br>675 Third Avenue, Suite 2216<br>New York, NY 10017-5714 |
| Counsel to Fidelity Management & Research Company<br>Michael J. Joyce<br>Cross & Simon, LLC<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, Delaware 19899-1380 | Counsel to Fidelity Management & Research Company<br>Brad Eric Scheler<br>Gary L. Kaplan<br>Matthew M. Roose<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004 |
| Counsel to Citibank, NA<br>Howard A. Cohen<br>Robert K. Malone<br>Drinker Biddle & Reath LLP<br>222 Delaware Ave., Ste. 1410<br>Wilmington, Delaware 19801-1621 | Counsel to Citibank, NA<br>Dennis F. Dunne<br>Evan R. Fleck<br>Karen Gartenberg<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| Counsel to Angelina County,<br>Fort Bend County and Harris County<br>John P. Dillman<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Counsel to Headwaters Resources, Inc.<br>David E. Leta<br>SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101 |

| | |
|---|---|
| Counsel to Texas Energy Future Capital Holdings LLC<br>Texas Energy Future Holdings Limited Partnership<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Erin R. Fay (No. 5268)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801 | Counsel to Texas Energy Future Capital Holdings LLC<br>Texas Energy Future Holdings Limited Partnership<br>WACHTELL, LIPTON, ROSEN & KATZ<br>Richard G. Mason, Esquire<br>Emil A. Kleinhaus, Esquire<br>Austin T. Witt, Esquire<br>51 West 52nd Street<br>New York, NY 10019 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>Attorneys for the Texas Ad Valorem Taxing Jurisdictions<br>Lee Gordon<br>State Bar Number 08212500<br>P.O. Box 1269<br>Round Rock, Texas 78680 | Counsel to Ad Hoc Committee of TCEH First Lien Creditors<br>Pauline K. Morgan<br>Joel A. Waite<br>Ryan M. Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801 |
| Counsel to Ad Hoc Committee of TCEH First Lien Creditors<br>Alan W. Kornberg<br>Kelley A. Cornish<br>Brian S. Hermann<br>Jacob A. Adlerstein<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019 | Counsel to Borealis Infrastructure Management, Inc.<br>Mark S. Chehi, Esq.<br>Kristhy M. Peguero, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 |
| Counsel to Borealis Infrastructure Management, Inc.<br>Jay M. Goffman, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036-6522 | Counsel to Borealis Infrastructure Management, Inc.<br>George N. Panagakis, Esq.<br>Carl T. Tullson, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 North Wacker Drive<br>Suite 2700<br>Chicago, Illinois 60606-1720 |

| | |
|---|---|
| Counsel to CenterPoint Energy Resources Corp.<br>CenterPoint Energy Houston Electric<br>Steven K. Kortanek<br>Mark L. Desgrosseilliers<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 | Counsel to CenterPoint Energy Resources Corp.<br>CenterPoint Energy Houston Electric<br>James Prince<br>Omar J. Alaniz<br>Ian E. Roberts<br>BAKER BOTTS L.L.P.<br>2001 Ross Ave.<br>Dallas, TX 75201-2980 |
| Counsel to Sitel, LLC<br>Edward M. King, Esq.<br>FROST BROWN TODD LLC<br>400 W. Market Street, 32nd Floor<br>Louisville, KY 40202 | Counsel to Alcoa Inc.<br>Paul D. Moak<br>MCKOOL SMITH<br>600 Travis Street, Suite 7000<br>Houston, TX 77002 |
| Counsel to Indenture Trustee and the EFIH 2nd Lien Objectors<br>Stephanie Wickouski, Esq.<br>Michelle McMahon, Esq.<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Counsel to Indenture Trustee and the EFIH 2nd Lien Objectors<br>Tina Vitale, B.A.; LL.B.<br>Senior VP, Corporate Trust<br>Computershare<br>480 Washington Blvd.<br>Jersey City NJ 07310 |
| Counsel to Indenture Trustee and the EFIH 2nd Lien Objectors<br>Thomas Moers Mayer, Esq.<br>Gregory A. Horowitz, Esq.<br>Joshua K. Brody, Esq.<br>Philip Bentley, Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Counsel to Indenture Trustee and the EFIH 2nd Lien Objectors<br>Laura Davis Jones, Esq.<br>Robert J. Feinstein, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 |

| | |
|---|---|
| Counsel to Tex-La Electric Cooperative of Texas, Inc.<br>Jeffrey R. Fine<br>DYKEMA GOSSETT PLLC<br>1717 Main Street, Suite 4000<br>Dallas, Texas 75201 | Counsel to Tex-La Electric Cooperative of Texas, Inc.<br>Christine C. Ryan<br>BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.<br>1025 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 |
| Counsel to EFIH Second Lien DIP Commitment Parties, Ad Hoc Committee of EFIH Unsecured Noteholders<br>Scott D. Cousins<br>Mark D. Olivere<br>Ann M. Kashishian<br>COUSINS CHIPMAN & BROWN, LLP<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801 | Counsel to EFIH Second Lien DIP Commitment Parties, Ad Hoc Committee of EFIH Unsecured Noteholders<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff, Abid Qureshi, Stephen M. Baldini, Meredith A. Lahaie, Robert J. Boller, Christoppher W. Carty & Lindsay K. Zahradka<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 |
| Counsel to EFIH Second Lien DIP Commitment Parties, Ad Hoc Committee of EFIH Unsecured Noteholders<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Scott L. Alberino<br>Joanna F. Newdeck<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 | Counsel to J. Aron & Company<br>Mark E. Felger<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801 |
| Counsel to J. Aron & Company<br>Sean A. O'Neal<br>Humayun Khalid<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006 | Counsel to Ad Hoc Group of TCEH Unsecured Noteholders<br>Jeffrey M. Schlerf<br>John H. Strock<br>L. John Bird<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801 |

| | |
|---|---|
| Counsel to Ad Hoc Group of TCEH Unsecured Noteholders<br>J. Christopher Shore<br>Gregory M.<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | Counsel to Ad Hoc Group of TCEH Unsecured Noteholders<br>Thomas E Lauria Matthew C.<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131 |
| Counsel to Goldman, Sachs & Co.<br>Marshall S. Huebner<br>Benjamin S. Kaminetzky<br>Elliot Moskowitz<br>Damon P. Meyer<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017 | Counsel to TXU 2007-1 Railcar Leasing LLC<br>John A. Harris<br>Jason D. Curry<br>QUARLES & BRADY LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 |
| Counsel to TXU 2007-1 Railcar Leasing LLC<br>Daniel K. Astin<br>Joseph J. McMahon, Jr.<br>CIARDI CIARDI & ASTIN<br>1204 North King Street<br>Wilmington, DE 19801 | Counsel to Airgas USA, LLC<br>Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue<br>Suite 1000<br>PO Box 410<br>Wilmington, DE 19899 |
| Counsel to Airgas USA, LLC<br>Jonathan Hook<br>HAYNES AND BOONE LLP<br>30 Rockefeller Center<br>26th Floor<br>New York, NY 10112 | Counsel to Airgas USA, LLC<br>Patrick L. Hughes<br>HAYNES AND BOONE LLP<br>1221 McKinney Street<br>Suite 1200<br>Houston, TX 77010 |

| | |
|---|---|
| Counsel to Law Debenture Trust Company of New York, in its capacity as Indenture Trustee<br>Daniel A. Lowenthal<br>Craig W. Dent<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Counsel to Law Debenture Trust Company of New York, in its capacity as Indenture Trustee<br>Stephen M. Miller<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| Counsel to First Union Rail Corporation<br>Michael L. Schein, Esq.<br>VEDDER PRICE P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019 | Counsel to American Stock Transfer & Trust Company, LLC<br>Lee Harrington<br>Richard C. Pedone<br>Amanda D. Darwin<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110 |
| Westinghouse Electric Company LLC<br>Attention: Michael T. Sweeney<br>Senior Vice President & General Counsel<br>Legal & Contracts<br>1000 Westinghouse Drive<br>Cranberry Township, PA 16066 USA | Counsel to SAP Industries, Inc.<br>Donald K. Ludman<br>BROWN & CONNERY, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| Counsel to Chicago Bridge & Iron Company N.V.<br>David Neier, Esq.<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166 | Counsel to Property Tax Partners<br>Robert J. Myers<br>MYERS ✶ HILL<br>2525 Ridgmar Blvd., Ste. 150<br>Fort Worth, TX 76116 |

| | |
|---|---|
| Counsel to HOLT Texas, Ltd. d/b/a Holt Cat<br>J. Scott Rose<br>JACKSON WALKER, L.L.P.<br>Weston Centre<br>112 E. Pecan Street, Suite 2400<br>San Antonio, Texas 78205 | Counsel to HOLT Texas, Ltd. d/b/a Holt Cat<br>Monica S. Blacker<br>JACKSON WALKER, L.L.P.<br>Bank of America Plaza<br>901 Main Street<br>Suite 6000<br>Dallas, TX 75202 |
| Counsel to HOLT Texas, Ltd. d/b/a Holt Cat<br>Mark L. Desgrosseilliers<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 | Counsel to FLSMIDTH INC., f/d/b/a/ FLSmidth Airtech Inc. and FLSMIDTH USA INC., f/k/a FLSmidth Salt Lake City, Inc.<br>Robert Szwajkos, Esquire<br>CURTIN & HEEFNER LLP<br>250 Pennsylvania Ave.<br>Morrisville, PA 19067 |
| Counsel to Tarrant Regional Water District<br>Michael L. Atchley<br>Matthew T. Taplett<br>POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & RAY, L.L.P.<br>500 West 7th Street, Suite 600<br>Fort Worth, Texas 76102 | Counsel to Caterpillar Financial Services Corporation<br>Kathleen A. Murphy, Esquire<br>BUCHANAN INGERSOLL & ROONEY PC<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Counsel to Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent<br>Jeffrey T. Rose, Esquire<br>Vice President<br>WILMINGTON TRUST FSB<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 | Counsel to Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent<br>Michael B. Schaedle, Esquire<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Counsel to Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent<br>Michael D. DeBaecke, Esquire<br>Stanley B. Tarr, Esquire<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Counsel to Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and First Lien Collateral Agent<br>John R. Ashmead, Esquire<br>Kalyan Das, Esquire<br>Arlene R. Alves, Esquire<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Counsel to Ranger Excavating LP<br>Stephen Sakonchick, II<br>STEPHEN SAKONCHICK II, P.C.<br>6502 Canon Wren Drive<br>Austin, Texas 78746 | Counsel to Mario Sinacola & Sons Excavating, Inc.<br>Gregory M. Weinstein<br>WEINSTEIN RADCLIFF LLP<br>6688 N. Central Expressway, Suite 675<br>Dallas, Texas 75206 |
| Counsel to Creditors, Oracle America, Inc. and Oracle Credit Corporation<br>Shawn M. Christianson, Esq.<br>BUCHALTER NEMER, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, California 94105-3493 | Counsel to Targa Gas Marketing, LLC, Kinder Morgan Texas Pipeline, LLC, Kinder Morgan Tejas Pipeline, LLC and Kinder Morgan Texas Pipeline, LLC<br>Patricia Williams Prewitt<br>LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>10953 Vista Lake Court<br>Navasota, Texas 77868 |
| Counsel to Michelin North America Inc.<br>Jody A. Bedenbaugh<br>George B. Cauthen<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>1320 Main Street, 17th Floor<br>P.O. Box 11070 (29211)<br>Columbia, SC 29201 | Counsel to Lower Colorado River Authority<br>William T. Medaille<br>Lower Colorado River Authority<br>Legal Services<br>P. O. Box 220<br>Austin, Texas 78767 |

Counsel to The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee, The Bank of New York Mellon, as Indenture Trustee
Kurt F. Gwynne Esquire
Kimberly E.C. Lawson, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Counsel to Devon Energy Corporation
Judy Hamilton Morse
CROWE & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102

Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

Counsel to The Richards Group, Inc.
Jamie R. Welton
LACKEY HERSHMAN, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219

Counsel to Thermo Fisher Scientific Inc.
Jordan S. Blask, Esq.
Lara E. Shipkovitz, Esq.
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Counsel to Thermo Fisher Scientific Inc.
Kevin M. Capuzzi, Esq.
PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
1220 North Market Street, Suite 950
Wilmington, Delaware 19801

Counsel to Limestone County, Falls County, Robertson County, Nueces County, McLennan County, Franklin ISD, Round Rock ISD, Lee County, Walnut Springs ISD
Diane Wade Sanders
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760

Counsel to ROMCO Equipment Co
John P. Melko
Michael K. Riordan
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Ste. 3400
Houston, Texas 77002

| | |
|---|---|
| Counsel to City of Fort Worth<br>Christopher B. Mosley<br>Senior Assistant City Attorney<br>CITY OF FORT WORTH<br>1000 Throckmorton Street<br>Fort Worth, Texas 76102 | Counsel to<br>The Official Committee of Unsecured Creditors<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019 |
| Counsel to<br>The Official Committee of Unsecured Creditors<br>Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 | Counsel to the United States of America,<br>Department of Agriculture, Rural Utilities Service<br>Matthew J. Troy<br>United States Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 |
| Counsel to Valero Texas Power Marketing, Inc.<br>Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899 | Counsel to Valero Texas Power Marketing, Inc.<br>Michael G. Smith<br>111 North 6th Street<br>P.O. Box 846<br>Clinton, OK 73601 |
| Counsel to United States Of America<br>Ari D. Kunofsky<br>W. Bradley Russell<br>Trial Attorneys, Tax Division<br>U.S. DEPARTMENT OF JUSTICE<br>Post Office Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044 | Counsel to Apollo Global Management, LLC<br>O'MELVENY & MYERS LLP<br>Attn: George A. Davis, Esq.<br>7 Times Square<br>New York, New York 10036 |

Counsel to Allen Shrode
Sabrina L. Streusand
STREUSAND, LANDON & OZBURN, LLP
811 Barton Springs Road
Suite 811
Austin, Texas 78704