**BNSF RAILWAY**

Jason Spencer
*Credit Department*
*Revenue Management*

BNSF Railway Company
3001 Lou Menk Drive
Fort Worth, TX 76131
817-352-2428
817-352-7665
Jason.spencer2@bnsf.com

May 16, 2014

David D Bird.
**United States Bankruptcy Court**
**District of Delaware**
824 N Market St
Delaware, DE; 19801

Re: **Energy Future Holdings Corp 14-10979**

Dear Sirs:

BNSF is a creditor in the above referenced case. To ensure timely receipt of important documents, please send all correspondence pertaining to this bankruptcy, including notices and orders, to the following address:

**BNSF Railway Company**
**Attn: Jason Spencer**
**3001 Lou Menk Dr.**
**Fort Worth, TX 76131**

Respectfully,

*[signature]*

Jason Spencer
Credit Department
BNSF Railway Company