IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re:                                                              \*           Case No. 14-10979 (CSS)

**ENERGY FUTURE HOLDINGS CORP.,** *et al.,*    \*           Chapter 11
                                            Debtors    \*           Jointly Administered
                                                                    \*           Judge Christopher S. Sontchi

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that **Receivable Management Services ("RMS"),** as authorized agent for **EMC Corporation**, a creditor in the above-captioned case, requests, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(l), 342 and 1109(b) of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in these cases be also given to and served, whether electronically or otherwise on:

EMC Corporation
c/o Receivable Management Services ("RMS")
Attn.: Ronald L. Rowland, Agent
307 International Circle, Ste. 270
Hunt Valley, MD 21030
Telephone: (410) 773-4002
Fax: (410) 773-4057
E-mail: Ronald.Rowland@rms-iqor.com

Dated: May 15, 2014

By: _____
Ronald Rowland, Esq.
Attorney
Vice President, Legal Services
Maryland Bar No. 10774 ;
District of Columbia Bar No. 437661
Receivable Management Services
Agent for Creditor, EMC Corporation

I certify that on May 15, 2014, a copy of this notice was mailed via first class mail to the following:

| | | | |
|---|---|---|---|
| Richards, Layton & Finger<br>Attn.: Daniel J. DeFranceschi, Esq.<br>Attn.: Mark D. Collins, Esq.<br>Attn.: Steven E. Hessler, Esq.<br>One Rodney Square<br>920 North King St.<br>Wilmington, DE 19801 | Kirkland & Ellis, LLP<br>Attn.: Chad J. Husnick, Esq.<br>300 North LaSalle St.<br>Chicago, IL 60654<br><br>Kirkland & Ellis, LLP<br>Attn.: Mark E. McKane, Esq.<br>555 California St.<br>San Francisco, CA 94104 | Office of the U.S. Trustee<br>844 King St., Ste. 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Epiq Bankruptcy Solutions LLC<br>Attn.: Energy Future Holdings Corp. Agent<br>757 Third Av., 3rd Fl.<br>New York, NY 10017 |
| Kirkland & Ellis LLP<br>Attn.: Richard M. Cieri, Esq.<br>601 Lexington Av<br>New York, NY 10022 | Kirkland & Ellis LLP<br>Attn.: David R Dempsey, Esq.<br>655 Fifteenth St., NW<br>Washington, DC 20005 | | |

*Counsel to Debtors*

_____
Ronald L. Rowland, Agent for EMC Corporation