IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br>on an Interim Basis |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 20, 2014 Wilmington Savings Fund Society, FSB, as successor trustee under that certain indenture, by and through its undersigned counsel, served a copy of the Responses and Objections of Wilmington Savings Fund Society, FSB to Debtors' First Set of Interrogatories and Document Requests Pursuant to Federal Rules of Civil Procedures 26 and 34 on the parties below in the manner indicated.

| VIA HAND DELIVERY AND E-MAIL<br>Mark D. Collins<br>Richards Layton & Finger<br>920 North King Street<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL AND E-MAIL<br>Richard M. Cieri<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
|---|---|

Dated: May 20, 2014
Wilmington, Delaware

                                    ASHBY & GEDDES, P.A.

                                    */s/ signature*
                                  William P. Bowden (I.D. No. 2553)
                                  Gregory A. Taylor (I.D. No. 4008)
                                  500 Delaware Avenue
                                  P.O. Box 1150
                                  Wilmington, Delaware 19899
                                  Telephone: (302) 654-1888
                                  Facsimile: (302) 654-2067

                                      – and –

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Aaron B. Lauchheimer (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and –

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*