**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## AMENDED NOTICE OF DEPOSITION

**TO**: Energy Future Holdings Corporation and the above captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors of certain Debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition upon oral examination of the Debtors

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

relating to the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, for Entry of Interim And Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying The Automatic Stay, and (D)Scheduling a Final Hearing*, filed on April 29, 2014 [Docket No. 73] (the "TCEH DIP Motion"), the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling an Final Hearing*, filed on April 29, 2014 [Docket No. 71] (the "TCEH Cash Collateral Motion"), and the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions And Netting Of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority*, filed on April 29, 2014 [Docket No. 37] (the "Cash Management Motion"), on **May 28, 2014**, at 9 a.m. (Prevailing Eastern Time), at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on each of the following topics:

## RULE 30(b)(6) DEPOSITION TOPICS[2]

1. The DIP Motion.

2. The Cash Collateral Motion.

3. The Cash Management Motion.

4. The Proposed DIP Facility, including the payment of Fees under the Proposed DIP Facility.

5. Any Alternative DIP Financing considered by the TCEH Debtors, including but not limited to Drop-Down Financing.

6. The necessity for and the proposed uses of funding obtained through the Proposed DIP Facility and/or the use of Cash Collateral.

7. The RCT Reclamation Support Carve Out, including any communications with the Railroad Commission of Texas regarding such carve out.

8. The General Letters of Credit as referenced in the DIP Motion, specifically those related to the Hedging Agreements and any communications between the TCEH Debtors and any counterparties to such agreements.

9. The proposed adequate protection payments by the TCEH Debtors to the First Lien Lenders or any other Cash Collateral Interested Party.

10. Any proposed payment by the TCEH Debtors of prepetition claims, including but not limited to the payment of approximately $69.1 million purportedly owed by the TCEH Debtors to EFH Corporate Services.

11. The Shared Services Agreement, including any amendments thereto.

12. Any document on which the Debtors intend to rely in connection with the TCEH DIP Motion, the TCEH Cash Collateral Motion or the Cash Management Motion.

13. The treatment of the TCEH Debtors' unencumbered assets under the DIP Motion, Cash Collateral Motion, and Cash Management Motion.

---

[2] Unless otherwise defined, all terms referenced herein shall have the meanings ascribed to them in the Ad Hoc Group of TCEH Unsecured Noteholders' Requests for Production to the Debtors Pursuant to Rules 7026 And 7034 in connection with the DIP Motion, Cash Collateral Motion, and Cash Management Motion.

Dated: May 19, 2014
Wilmington, Delaware

          FOX ROTHSCHILD LLP

By:    */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market St., Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*