# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Energy Future Holdings Corp., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), and Bankruptcy Rule 2002, the undersigned requests that all notices, pleadings, orders, and all other documents filed, issued, served or required to be served in the above-captioned cases be served upon the following person, and that the following person be added to the mailing matrix in these cases:

>Thomas D. Maxson
>COHEN & GRIGSBY, P.C.
>625 Liberty Avenue
>Pittsburgh, Pennsylvania 15222-3152
>Phone:  412-297-4706
>Fax:  412-209-1837
>Email: tmaxson@cohenlaw.com

Further, KINDLY TAKE NOTICE and enter the appearance of the undersigned attorney on behalf of **NOVA CHEMICALS INC.**

This Request and Notice is not intended to and shall not be deemed or construed to be a waiver by NOVA Chemicals Inc. (i) of the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding arising in or related to this case, (ii) of any right

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

to challenge in personam or subject matter jurisdiction and the power of the Court to issue final orders and judgments or other matters beyond the constitutional authority of the Court, and such creditor's lack of consent thereto, (iii) of any right to request a withdrawal of the reference of jurisdiction, or (iv) of any other right, remedy, claim, action, setoff or recoupment to which such creditor is or may be entitled, at law or in equity, all of which are hereby expressly reserved and preserved.

Respectfully submitted,

COHEN & GRIGSBY, P.C.

By: /s/ Thomas D. Maxson
Thomas D. Maxson
Pa I.D. 63207
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Phone:  412-297-4706
Fax:  412-209-1837
Email:  tmaxson@cohenlaw.com

*Attorneys for NOVA Chemicals Inc.*

Dated: May 20, 2014