## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2014, I caused a true and correct copy of foregoing *Notice of Appearance and Request for Service of Papers* to be served upon all parties currently registered to receive electronic notices via this Court's ECF system and upon the following via U.S. First Class Mail:

| | |
|---|---|
| Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn:   Richard M. Cieri<br>          Edward O. Sassower, P.C.<br>          Stephen E. Hessler<br>          Brian E. Schartz | Kirkland & Ellis, LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Attn:   James H.M. Sprayregen, P.C.<br>          Chad J. Husnick<br>          Steven N. Serajeddini |
| Richards Layton & Finger<br>920 North King Street<br>Wilmington, DE 19801<br>Attn:   Mark D. Collins<br>          Daniel J. DeFranceschi<br>          Jason M. Madron | Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE 19801<br>Attn:   Richard L. Schepacarter |
| Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 | Edward M. Fox<br>POLSINELLI PC<br>900 Third Avenue, 21st Floor<br>New York, NY 10022 |
| James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019 | |

/s/ Thomas D. Maxson
Thomas D. Maxson

1968030.v1