IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AMENDED DECLARATION OF BETTY R. FLESHMAN DECLARATION IN SUPPORT OF DEBTORS' OBJECTION TO THE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

I, Betty R. Fleshman, declare, pursuant to 28 U.S. Code § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1.  I am the Director and Assistant Secretary for Energy Future Holdings Corp. As part of my work responsibilities, I handle filing articles of incorporation and other corporation formation materials with the appropriate Secretaries of State. I also maintain records related to any amendments, conversions, or other changes to the formation documents.

2.  I submitted a declaration in connection with the Debtors' objection to the motion of Wilmington Savings Fund Society to transfer these cases to Texas on May 8, 2014. I submit this pleading to amend that declaration.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3.  I have reviewed the list of Debtors in this case. Twenty two of the seventy one debtor entities are incorporated in Delaware, including: Brighten Energy LLC; Brighten Holdings LLC; Collin Power Company LLC; DeCordova II Power Company LLC; Eagle Mountain Power Company LLC; EFH Australia (No. 2) Holdings Company; EFH Finance (No. 2) Holdings Company; EFH FS Holdings Company; EFH Renewables Company LLC; Energy Future Competitive Holdings Company LLC; Energy Future Intermediate Holding Company LLC; Generation Development Company LLC; Generation MT Company LLC; Luminant Holding Company LLC; Oak Grove Management Company LLC; TCEH Finance, Inc.; Texas Competitive Electric Holdings Company LLC; TXU Energy Receivables Company LLC; TXU Receivables Company; TXU Retail Services Company; TXU SEM Company; and EFIH Finance Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2014
Dallas, Texas

*Betty R. Fleshman* (signature)
Betty R. Fleshman
Director & Assistant Secretary
Energy Future Holdings Corp.