

May 14, 2014

**BY FEDERAL EXPRESS**

Luminant Mining Company LLC
1601 Bryan Street
Dallas, TX 75201

Richards, Layton & Finger, P.A.
Daniel J DeFreanceschi
920 North King Street
Wilmington, DE 19801

United States Bankruptcy Court District of Delaware
U.S. Clerk of Court
844 North King Street Unit 18
Wilmington, DE 19801-3570

Re:    Energy Future Holdings Corp. Case No. 14-10979 (Jointly Administered)

The undersigned, pursuant to Section 11 USC 546 (c) (1) of the Bankruptcy Code, and any other applicable provisions, hereby demands reclamation of the goods shipped within 45 days of the bankruptcy as evidenced by the enclosed invoices totaling $669,772.50.

Michelin North America, Inc. also asserts an administrative expense claim in the amount of $220,793.38 pursuant to 11 U.S.C. § 503(b)(9) for the goods identified on the attached invoices, which were delivered to the Debtor within the twenty days immediately preceding the Debtor's bankruptcy petition.

All rights to alter, amend, or modify this reclamation demand are reserved.

I would request that the Clerk of Court file the reclamation demand and return a clocked/filed copy in the enclosed self-addressed envelope (copy enclosed).

Sincerely,
Michelin North America, Inc.

Cindy W. Boggs
Manager, Credit and
Business Development

Enclosures
Documentation supporting Reclamation Demand Luminant Mining Company LLC

Michelin North America, Inc.

One Parkway South
P.O. Box 19001
Greenville, South Carolina 29602-9001
Tel: 864/458-5000

# RECLAMATION CLAIM FORM

## LUMINANT MINING COMPANY LLC

### *Supplier and Reclamation Demand Information*

| | |
|---|---|
| Supplier Name: | Michelin North America, Inc. |
| Date: | |
| Supplier Contact Information | Michelin North America, Inc. |
| Name | Cindy Boggs |
| Address | PO Box 19001 |
| City | Greenville |
| State | South Carolina |
| Zip | 29602-9001 |
| Phone | (864) 458-5352 |
| Email | cindy.boggs@us.michelin.com |
| Description of Reclamation Goods | Tires |
| Dollar Value of Reclamation Goods | 669,772.50 |

Invoice Information for Reclamation Goods Being Sought for Reclamation:

| SHIPMENT DATE | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|
| 2014/03/17 | 000388987328 | 45,340.00 |
| 2014/03/17 | 000388987228 | 45,340.00 |
| 2014/03/18 | 000143174656 | 84,192.00 |
| 2014/03/18 | 000143174656 | 84,192.00 |
| 2014/03/18 | 000389076328 | 22,670.00 |
| 2014/03/18 | 000389076428 | 45,340.00 |
| 2014/03/18 | 000389076528 | 22,670.00 |
| 2014/03/19 | DA0022208451 | 515.60 |
| 2014/03/21 | 000143360956 | 84,192.00 |
| 2014/04/02 | DA0022308344 | 1,420.32 |
| 2014/04/04 | DA0022326014 | 1,031.20 |
| 2014/04/15 | DA0022394716 | 1,893.76 |
| 2014/04/15 | DA0022395069 | 2,924.96 |

| | | |
|---|---|---|
| 2014/04/16 | DA0022404699 | 515.60 |
| 2014/04/16 | DA0022404737 | 1,893.76 |
| 2014/04/18 | DA0022426055 | 108,425.50 |
| 2014/04/18 | DA0022426178 | 15,662.00 |
| 2014/04/21 | DA0022442676 | 12,076.00 |
| 2014/04/22 | DA0022443938 | 1,031.20 |
| 2014/04/23 | DA0022453867 | 1,031.20 |
| 2014/04/24 | DA0022467276 | 86,642.00 |
| 2014/04/27 | DA0022484085 | 773.40 |
| | TOTAL RECLAMATION AMOUNT | 669,772.50 |



ORIGINAL
INVOICE

SHIP TO: 1305135
LUMINANT MINING (SANDOW) COMPANY LLC
7207 W FARMERS MARKET RD 696
SANDOW - THREE OAKS - LIG MINE
ELGIN   TX   78621

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 03/17/14      PAGE: 0001

INVOICE NUMBER
000388987328

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 101646 | 02/20/14 | U04 | | | 8397604 | WATT & STEWART TRUCKING, INC. |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE | |
|---|---|---|---|---|---|
| | 1ST 15TH PROX. NO CASH | SG3B31832 | 02/20/14 | SAN ANGELO | TX |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND / DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   IPD2942L0A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   IPD2943L9A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   IPD2958L4A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   IPD3023L9A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| | | | | | BONUS TOTAL | | | | 45,340.00 |
| 4 | TOTAL TIRES | | | | INVOICE TOTAL DUE APR 15 | | | | 45,340.00 |

* * * * * * * P R O G R A M   L E G E N D * * * * * * *

F - SPECIAL PRICE

45" TIRES AND ABOVE MUST SHIP FLAT BED
CALL PAUL SPROILL 512-273-0434 (OFFICE)
OR 512-760-5259 (CELL) 24 HRS BEFORE
DELIVERY
TOTAL BOL WEIGHT :  9381.719 LBS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN      BFGoodrich      UNIROYAL



**O R I G I N A L**
**I N V O I C E**

SHIP TO: 1305131
LUMINANT MINING (BIG BROWN) COMPANY LLC
11 MILES NE OF FAIRFIELD, TAKE FM 488
TO FM 2570, 9 MILES
BIG BROWN - LIG MINE/0409
FAIRFIELD    TX    75840

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA    GA    30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX    75221

D A T E: 03/17/14    PAGE: 0001

INVOICE NUMBER
000388987228

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 105456 | 03/03/14 | U04 | | | 8397605 | WATT & STEWART TRUCKING, INC. |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE | |
|---|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | 5G5B31839 | 03/03/14 | SAN ANGELO | TX |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND / DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   CPD2283L9A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   IPD2960L2A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   IPD2961L1A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   XPD2959L3A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| | | | | | BONUS TOTAL | | | | 45,340.00 |
| 4 | TOTAL TIRES | | | | INVOICE TOTAL DUE MAY 06 | | | | 45,340.00 |

**\* \* \* \* \* \* \* P R O G R A M   L E G E N D \* \* \* \* \* \* \***

F - SPECIAL PRICE

CALL JOHN 903 389-1515 BEFORE DELIVERY
45" TIRES AND ABOVE MUST SHIP FLAT BED
TOTAL BOL WEIGHT : 9381.719 LBS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.





**ORIGINAL INVOICE**

SHIP TO: 1305133
LUMINANT MINING (OAK HILL) COMPANY LLC
NE 3.8 MILES ON HWY 43 TO FM 1716, 1 MIL
MARTIN LAKE - OAK HILL - LIG MINE/0405
HENDERSON   TX   75652

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E : 03/18/14      PAGE: 0001

INVOICE NUMBER
000143174556

| CUSTOMER P.O. NUMBER | | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | | CARRIER |
|---|---|---|---|---|---|---|---|---|
| 109322 | | 03/14/14 | U59 | | | 7224832 | | LEX TRANSPORTATION INC. |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE | |
|---|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | S63B31848 | 03/14/14 | TUCKER | GA |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | LEGEND/ DISCOUNT AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 45/65R45 XLD D1 A L4 TL ** SERIAL NUMBER # : AVI0018V8A | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| 1 | 45/65R45 XLD D1 A L4 TL ** SERIAL NUMBER # : AVI0040V6A | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| 1 | 45/65R45 XLD D1 A L4 TL ** SERIAL NUMBER # : AVI0058V8A | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| 1 | 45/65R45 XLD D1 A L4 TL ** SERIAL NUMBER # : AVI0059V7A | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| | | | | | BONUS TOTAL | | | | 84,192.00 |
| 4 | TOTAL TIRES | | | | INVOICE TOTAL | DUE MAY 06 | | | 84,192.00 |

**＊＊＊＊＊＊＊P R O G R A M   L E G E N D＊＊＊＊＊＊＊**

F - SPECIAL PRICE

45" TIRES AND ABOVE MUST SHIP FLAT BED
CALL BLAKE BOSWELL 903-836-6268 AT
(OFFICE) OR 903-646-7494 (CELL)
24 HRS BEFORE DELIVERY
TOTAL BOL WEIGHT : 19424.991 LBS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELIN2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

**MICHELIN    BFGoodrich    UNIROYAL**



**O R I G I N A L**
**I N V O I C E**

SHIP TO: 1305134
LUMINANT MINING (KOSSE) COMPANY LLC
HWY .7 MILES EAST OF KOSSE
KOSSE MINE - LIG MINE
KOSSE   TX   76653

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 03/18/14     PAGE: 0001

INVOICE NUMBER
000143174656

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 109320 | 03/14/14 | U59 | | | 7224821 | LEI TRANSPORTATION INC. |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE | |
|---|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | SG3B31850 | 03/14/14 | TUCKER | GA |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 45/65R45 XLD D1 A L4 TL ** SERIAL NUMBER # :   AVI0049V7A | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| 1 | 45/65R45 XLD D1 A L4 TL ** SERIAL NUMBER # :   AVI0061V5A | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| 1 | 45/65R45 XLD D1 A L4 TL ** SERIAL NUMBER # :   AVI0063V3A | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| 1 | 45/65R45 XLD D1 A L4 TL ** SERIAL NUMBER # :   AVI0083V3A | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| | | | | | BONUS TOTAL | | | | 84,192.00 |
| 4 | TOTAL TIRES | | | | INVOICE TOTAL DUE MAY 06 | | | | 84,192.00 |

```
* * * * * * * P R O G R A M   L E G E N D * * * * * * *
F - SPECIAL PRICE

CALL KEITH 254 625-3311 FOR DELIVERY
45" TIRES AND ABOVE MUST SHIP FLAT BED
TOTAL BOL WEIGHT : 19424.991 LBS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.
```

MICHELIN    BFGoodrich    UNIROYAL



ORIGINAL
INVOICE

SHIP TO: 1305131
LUMINANT MINING (BIG BROWN) COMPANY LLC
11 MILES NE OF FAIRFIELD, TAKE FM 488
TO FM 2570, 9 MILES
BIG BROWN - LIG MINE/0409
FAIRFIELD   TX   75840

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E : 03/18/14     PAGE: 0001

INVOICE NUMBER
000389076328

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 109184 | 03/14/14 | U04 | | | 8398085 | WATT & STEWART TRUCKING, INC. |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE | |
|---|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | SG3B31851 | 03/14/14 | SAN ANGELO | TX |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND / DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   XPD2898L4A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   XPD2909L3A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| | | | | | BONUS TOTAL | | | | 22,670.00 |
| 2 | TOTAL TIRES | | | | INVOICE TOTAL | DUE MAY 06 | | | 22,670.00 |

※※※※※P R O G R A M   L E G E N D※※※※※

F - SPECIAL PRICE

CALL JOHN 903 389-1515 BEFORE DELIVERY
45" TIRES AND ABOVE MUST SHIP FLAT BED
TOTAL BOL WEIGHT :   4690.860 LBS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN    BFGoodrich    UNIROYAL

 **MICHELIN**

ORIGINAL
INVOICE

SHIP TO: 1305133
LUMINANT MINING (OAK HILL) COMPANY LLC
NE 3.8 MILES ON HWY 43 TO FM 1716, 1 MIL
MARTIN LAKE - OAK HILL - LIG MINE/0405
HENDERSON    TX    75652

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA    GA    30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX    75221

D A T E: 03/18/14    PAGE: 0001

INVOICE NUMBER
0003890764**2B**

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 109322 | 03/14/14 | U04 | | | 8398086 | WATT & STEWART TRUCKING, INC. |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE | |
|---|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | SG3B31848 | 03/14/14 | SAN ANGELO | TX |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 27.00R49 X-TRACTION B E4T TL** SERIAL NUMBER # : DPD3157L4A | M 10116 | Y | 25,069.00 | FF | 13,734.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 X-TRACTION B E4T TL** SERIAL NUMBER # : DPD3164L7A | M 10116 | Y | 25,069.00 | FF | 13,734.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 X-TRACTION B E4T TL** SERIAL NUMBER # : DPD3165L6A | M 10116 | Y | 25,069.00 | FF | 13,734.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 X-TRACTION B E4T TL** SERIAL NUMBER # : DPD3185L6A | M 10116 | Y | 25,069.00 | FF | 13,734.00- | 11,335.00 | | 11,335.00 |
| | | | | | BONUS TOTAL | | | | 45,340.00 |
| 4 | TOTAL TIRES | | | | INVOICE TOTAL DUE MAY 06 | | | | 45,340.00 |

****** P R O G R A M    L E G E N D ******

F - SPECIAL PRICE

45" TIRES AND ABOVE MUST SHIP FLAT BED
CALL BLAKE BOSWELL 903-836-6268 AT
(OFFICE) OR 903-646-7494 (CELL)
24 HRS BEFORE DELIVERY
TOTAL BOL WEIGHT : 11196.811 LBS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELIN2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

 **MICHELIN    BFGoodrich    UNIROYAL**



**ORIGINAL INVOICE**

SHIP TO: 1305140
LUMINANT MINING (BECKVILLE) COMPANY LLC
23 MILES S ON HWY 149 TO BECKVILLE,
RIGHT 1/2 MILE TO FM 124, R ON CO RD 257
MARTIN LAKE - BECKVILLE - LIG MINE/0404
BECKVILLE   TX   75631

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 03/18/14      PAGE: 0001

INVOICE NUMBER
000389076528

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 109325 | 03/14/14 | U04 | | | 8398087 | WATT & STEWART TRUCKING, INC. |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE | |
|---|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | SG3B31849 | 03/14/14 | SAN ANGELO | TX |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | LEGEND/ DISCOUNT AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   IPD2956L6A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| 1 | 27.00R49 XTRACTION S RD BE3T SERIAL NUMBER # :   IPD3040L2A | M 35019 | Y | 23,614.00 | FF | 12,279.00- | 11,335.00 | | 11,335.00 |
| | | | | | | BONUS TOTAL | | | 22,670.00 |
| 2 | TOTAL TIRES | | | | | INVOICE TOTAL DUE MAY 06 | | | 22,670.00 |

**\*\*\*\*\*\*\*PROGRAM LEGEND\*\*\*\*\*\*\***

F - SPECIAL PRICE

45" TIRES AND ABOVE MUST SHIP FLAT BED
CALL DENNY JERNIGAN 903-836-6638
(OFFICE) OR 903-646-1168 (CELL)
24 HRS BEFORE DELIVERY
TOTAL BOL WEIGHT :  4690.860 LBS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.



ORIGINAL
INVOICE

SHIP TO: 1305134
LUMINANT MINING (KOSSE) COMPANY LLC
HWY .7 MILES EAST OF KOSSE
KOSSE MINE - LIG MINE
KOSSE   TX   76653

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 03/19/14    PAGE: 0001

INVOICE NUMBER
DA0022208451

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 109139 | | U04 | 03/18/14 | DR0069474 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00173029 | 03/18/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | LEGEND/ DISCOUNT AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 2 | LT265/70R17121/118QNDTRTAKMECE LT265/70R17 MDTRTAK MECE | G 78605 | N | 398.61 | F | 132.81- | 257.80 | | 515.60 |
| | | | | | | | | | 515.60 |
| | | | | | NO BONUS TOTAL | | | | |
| | | | | | INVOICE TOTAL DUE MAY 06 | | | | 515.60 |
| 2 | TOTAL TIRES | | | | | | | | |

* * * * * * * P R O G R A M    L E G E N D * * * * * * *

F - SPECIAL PRICE

***DEALER ACCT #:    1262610  SOUTHERN TIRE MART, LLC
***                  3259 GREIG DR
***                  ROBINSON, TX   76706
***                  (254) 799-5527
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK
RECEIVED BY: WAYNE PATTERSON
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN    BFGoodrich    UNIROYAL



**O R I G I N A L**
**I N V O I C E**

SHIP TO: 1305135
LUMINANT MINING (SANDOW) COMPANY LLC
7207 W FARMERS MARKET RD 696
SANDOW - THREE OAKS - LIG MINE
ELGIN   TX   78621

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 03/21/14      PAGE: 0001

INVOICE NUMBER
000143360956

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 109564 | 03/18/14 | U59 | | | 7225505 | LEI TRANSPORTATION INC. |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE | |
|---|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | SG3831853 | 03/18/14 | TUCKER | GA |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | LEGEND/ DISCOUNT AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 21,048.00 |
| 1 | 45/65R45 XLD D1 A L4 TL ** | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| | SERIAL NUMBER # :  AV20065V1A | | | | | | | | |
| 1 | 45/65R45 XLD D1 A L4 TL ** | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| | SERIAL NUMBER # :  AVI0062V4A | | | | | | | | |
| 1 | 45/65R45 XLD D1 A L4 TL ** | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | 21,048.00 |
| | SERIAL NUMBER # :  AVI0064V2A | | | | | | | | |
| 1 | 45/65R45 XLD D1 A L4 TL ** | M 78673 | Y | 32,771.00 | FF | 11,723.00- | 21,048.00 | | |
| | SERIAL NUMBER # :  AVI0066V0A | | | | | | | | |
| | | | | | | BONUS TOTAL | | | 84,192.00 |
| | | | | | INVOICE TOTAL DUE MAY 06 | | | | 84,192.00 |
| 4 | TOTAL TIRES | | | | | | | | |

\*\*\*\*\*\*\*P R O G R A M   L E G E N D\*\*\*\*\*\*\*

F - SPECIAL PRICE

45" TIRES AND ABOVE MUST SHIP FLAT BED
CALL PAUL SPROILL 512-273-0434 (OFFICE)
OR 512-760-6259 (CELL) 24 HRS BEFORE
DELIVERY
TOTAL BOL WEIGHT : 19424.991 LBS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

**MICHELIN**    **BFGoodrich** Tires    **UNIROYAL**



ORIGINAL
INVOICE

SHIP TO: 1305131
LUMINANT MINING (BIG BROWN) COMPANY LLC
11 MILES NE OF FAIRFIELD, TAKE FM 488
TO FM 2570, 9 MILES
BIG BROWN - LIG MINE/0409
FAIRFIELD   TX   75840

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E : 04/02/14    PAGE: 0001

INVOICE NUMBER
DA0022308344

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 112126 | | U04 | 04/01/14 | DR0069537 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00273034 | 04/01/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | LT265/75R16123/120QTLMDTRTAKM2 U.G. PART: 07647169    2 LT265/75R16 MDTRTAKM2 123/120QTL | G 01822 | N | 358.66 | F | 121.94- | 236.72 | | 1,420.32 |
| | | | | | | | NO BONUS TOTAL | | 1,420.32 |
| 6 | TOTAL TIRES | | | | | | INVOICE TOTAL DUE MAY 20 | | 1,420.32 |

************P R O G R A M   L E G E N D************

F - SPECIAL PRICE

***DEALER ACCT #:      1262610  SOUTHERN TIRE MART, LLC
***                    3259 GREIG DR
***                    ROBINSON,  TX  76706
***                    (254) 799-5527
VEHICLE/UNIT #: STOCK
RECEIVED BY: BRAD STEWART
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN    BFGoodrich    UNIROYAL



**ORIGINAL**
**INVOICE**

SHIP TO: 1305135
LUMINANT MINING (SANDOW) COMPANY LLC
7207 W FARMERS MARKET RD 696
SANDOW - THREE OAKS - LIG NINE
ELGIN   TX   78621

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 04/04/14      PAGE: 0001

INVOICE NUMBER
DA0022326014

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | | CARRIER |
|---|---|---|---|---|---|---|---|
| 100126 | | U04 | 04/03/14 | DR0069539 | | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00290513 | 04/03/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | LEGEND/ DISCOUNT AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LT265/70R17121/118QMDTRTAKNECE LT265/70R17 MDTRTAK MECE | G 78605 | N | 390.61 | F | 132.81- | 257.80 | | 1,031.20 |
| | | | | | NO BONUS TOTAL | | | | 1,031.20 |
| 4 | TOTAL TIRES | | | | INVOICE TOTAL DUE MAY 20 | | | | 1,031.20 |

**\* \* \* \* \* \* \* P R O G R A M   L E G E N D \* \* \* \* \* \***

F - SPECIAL PRICE

\*\*\*DEALER ACCT #:    1262601  SOUTHERN TIRE MART, LLC
\*\*\*                9665 E HWY 290
\*\*\*                AUSTIN, TX  78724
\*\*\*                (512) 416-1010
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK
RECEIVED BY: MIKE BECKER
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN    BFGoodrich    UNIROYAL



O R I G I N A L
I N V O I C E

```
SHIP TO: 1305138
LUMINANT MINING (WINFIELD) COMPANY LLC
130E, EXIT 153 @ WINFIELD
E ON S SVC RD, RT 2550, 1 MI, L @ Y TO
MINE
WINFIELD   TX   75493
```

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E : 04/15/14    PAGE: 0001

INVOICE NUMBER
DA0022394716

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 117113 | | U04 | 04/14/14 | DR0069616 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00359446 | 04/14/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B D N | UNIT PRICE | CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | LT265/75R16123/120QTLMDTRTAKM2 U.G. PART: 07647169      2 LT265/75R16 MDTRTAKM2 123/120QTL | G 01822 | N | 358.66 | F | 121.94- | 236.72 | | 1,893.76 |
| | | | | | NO BONUS TOTAL | | | | 1,893.76 |
| 8 | TOTAL TIRES | | | | INVOICE TOTAL DUE JUN 03 | | | | 1,893.76 |

```
              * * * * * * * P R O G R A M   L E G E N D * * * * * * *

F - SPECIAL PRICE

***DEALER ACCT #:      1262604  SOUTHERN TIRE MART, LLC
***                    1925 HARRISON RD
***                    LONGVIEW, TX  75604
***                    (903) 759-3944
VEHICLE/UNIT #: STOCK TIRE
RECEIVED BY: KEVIN HENSLEY
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.
```



MICHELIN    BFGoodrich    UNIROYAL



ORIGINAL
INVOICE

**PLEASE REMIT TO:**
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

SHIP TO: 1305134
LUMINANT MINING (KOSSE) COMPANY LLC
HWY .7 MILES EAST OF KOSSE
KOSSE MINE - LIG NINE
KOSSE  TX   76653

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 04/15/14    PAGE: 0001

INVOICE NUMBER
DA0022395069

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| | | U04 | 04/14/14 | DR006960B | | |

| 116429 | | | | | | CARRIER CITY & STATE |
|---|---|---|---|---|---|---|

| P.O. RELEASE NUMBER | TERMS | | ORDER NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | | D00359799 | 04/14/14 | | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | BON | UNIT PRICE | LEGEND/DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 132.81- | 257.80 | | 1,031.20 |
| 4 | LT265/70R17121/118QMDTRTAKMECE | G 78605 | N | 390.61 | F | | | | 1,893.76 |
| | LT265/70R17 MDTRTAK MECE | | | | | 121.94- | 236.72 | | |
| 8 | LT265/75R16123/120QTLMDTRTAKM2 | G 01822 | N | 358.66 | F | | | | |
| | U.G. PART: 07647169        2 | | | | | | | | 2,924.96 |
| | LT265/75R16 MDTRTAKM2 123/120QTL | | | | | NO BONUS TOTAL | | | |
| | | | | | | INVOICE TOTAL DUE JUN 03 | | | 2,924.96 |
| 12 | TOTAL TIRES | | | | | | | | |

```
                    *******P R O G R A M   L E G E N D*******

F - SPECIAL PRICE

***DEALER ACCT #:       1262610  SOUTHERN TIRE MART, LLC
***                     3259 GREIG DR
***                     ROBINSON,  TX  76706
***                     (254) 799-5527
VEHICLE/UNIT #: STOCK
RECEIVED BY: RANDY C
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.
```

  **BFGoodrich** Tires   **UNIROYAL**



ORIGINAL
INVOICE

SHIP TO: 1305134
LUMINANT MINING (KOSSE) COMPANY LLC
HWY .7 MILES EAST OF KOSSE
KOSSE MINE - LIG MINE
KOSSE   TX   76653

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-3475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

DATE: 04/16/14    PAGE: 0001

INVOICE NUMBER
DA0022404699

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 108107 | | U04 | 04/15/14 | DR0069629 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00369492 | 04/15/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | LEGEND/ DISCOUNT AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 2 | LT265/70R17121/118QMDTRTAKMECE LT265/70R17 MDTRTAK MECE | G 78605 | N | 390.61 | F | 132.81- | 257.80 | | 515.60 |
| | | | | | | NO BONUS TOTAL | | | 515.60 |
| 2 | TOTAL TIRES | | | | | INVOICE TOTAL DUE JUN 03 | | | 515.60 |

*******PROGRAM LEGEND*******

F - SPECIAL PRICE

***DEALER ACCT #:        1262610   SOUTHERN TIRE MART, LLC
***                      3259 GREIG DR
***                      ROBINSON,  TX  76706
***                      (254) 799-5527
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK
RECEIVED BY: JOSH
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.



ORIGINAL
INVOICE

SHIP TO: 1305135
LUMINANT MINING (SANDOW) COMPANY LLC
7207 W FARMERS MARKET RD 696
SANDOW - THREE OAKS - LIG MINE
ELGIN   TX   78621

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA  GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 04/16/14    PAGE: 0001

INVOICE NUMBER
DA0022404737

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 115113 | | U04 | 04/15/14 | DR0069586 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00369530 | 04/15/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | LT265/75R16123/120QTLMDTRTAKM2 U.G. PART: 07647169    2 LT265/75R16 MDTRTAKM2 123/120QTL | G 01822 | N | 358.66 | F | 121.94- | 236.72 | | 1,893.76 |
| | | | | | NO BONUS TOTAL | | | | 1,893.76 |
| | | | | | INVOICE TOTAL DUE JUN 03 | | | | 1,893.76 |
| 8 | TOTAL TIRES | | | | | | | | |

***** ***PROGRAM LEGEND***** *

F - SPECIAL PRICE

***DEALER ACCT #:      1262601  SOUTHERN TIRE MART, LLC
***                    9665 E HWY 290
***                    AUSTIN, TX  78724
***                    (512) 416-1010
VEHICLE/UNIT #: STOCK
RECEIVED BY: J. WILKINSON
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELIN2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

**MICHELIN**    **BFGoodrich**    **UNIROYAL**

 **MICHELIN**

**O R I G I N A L**
**I N V O I C E**

SHIP TO: 1305131
LUMINANT MINING (BIG BROWN) COMPANY LLC
11 MILES NE OF FAIRFIELD, TAKE FM 488
TO FM 2570, 9 MILES
BIG BROWN - LIG MINE/0409
FAIRFIELD   TX   75840

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 04/18/14   PAGE: 0001

INVOICE NUMBER
DA0022426055

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 113270 | | U04 | 04/18/14 | DR0737440 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00390631 | 04/18/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 24.00R35 XVC ** 24.00R35 XVC** E2 | M 10223 | Y | 14,421.00 | B | 3,605.25- | 10,815.75 | | 108,157.50 |
| 134 | OTR/EM/IND MILEAGE / PER MILE OTR/EM/IND-MILEAGE (PER MILE) | S0660 | N | 2.00 | | | 2.00 | | 268.00 |
| | | | | | BONUS TOTAL | | | | 108,157.50 |
| | | | | | NO BONUS TOTAL | | | | 268.00 |
| 10 | TOTAL TIRES | | | | INVOICE TOTAL DUE JUN 03 | | | | 108,425.50 |

```
             * * * * * * * P R O G R A M   L E G E N D * * * * * * *
B - DISCOUNT

*  184 MILES PORT TO PORT
***DEALER ACCT #:        1155354   TCI #625 - LANCASTER
***                      3101 N. HOUSTON SCHOOL RD
***                      LANCASTER, TX  75134
***                      (972) 228-8280
VEHICLE/UNIT #: STOCK
RECEIVED BY: ILLEGIBLE
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.
```

 **MICHELIN    BFGoodrich    UNIROYAL**



ORIGINAL
INVOICE

SHIP TO: 1305135
LUMINANT MINING (SANDOW) COMPANY LLC
7207 W FARMERS MARKET RD 696
SANDOW - THREE OAKS - LIG MINE
ELGIN    TX    78621

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA    GA    30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX    75221

D A T E: 04/18/14    PAGE: 0001

INVOICE NUMBER
DA0022426178

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 112383 | | U04 | 04/18/14 | DR0736413 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00390754 | 04/18/14 | |

| UNITS | DESCRIPTION | BRAND/PRODUCT CODE | B O N | UNIT PRICE | LEGEND/DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 23.5R25 XHA2 TL *  23.5R25 XHA2 TL * | M 65791 | Y | 5,014.00 | B | 1,253.50- | 3,760.50 | | 15,042.00 |
| 310 | OTR/EM/IND MILEAGE / PER MILE  OTR/EM/IND MILEAGE (PER MILE) | S0660 | N | 2.00 | | | 2.00 | | 620.00 |
| | | | | | | | BONUS TOTAL | | 15,042.00 |
| | | | | | | | NO BONUS TOTAL | | 620.00 |
| 4 | TOTAL TIRES | | | | | | INVOICE TOTAL DUE JUN 03 | | 15,662.00 |

* * * * * * P R O G R A M   L E G E N D * * * * * *

B - DISCOUNT

***DEALER ACCT #:    1155354  TCI #625 - LANCASTER
***                  3101 N. HOUSTON SCHOOL RD
***                  LANCASTER,  TX  75134
***                  (972) 228-8280
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK
RECEIVED BY: S WILKINSON
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN    BFGoodrich    UNIROYAL



O R I G I N A L
I N V O I C E

SHIP TO: 1305134
LUMINANT MINING (KOSSE) COMPANY LLC
HWY .7 MILES EAST OF KOSSE
KOSSE MINE - LIG MINE
KOSSE    TX    76653

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA    GA    30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX    75221

D A T E : 04/21/14    PAGE: 0001

INVOICE NUMBER
DA0022442676

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 93371 | | U04 | 02/12/14 | DR0707471 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 1ST PROX | D00407039 | 04/21/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 23.5R25 XLD D2 A TL* | M 58159 | Y | 8,000.00 | FF | 2,160.00- | 5,840.00 | | 11,680.00 |
| | 23.5R25 XLD D2* L5 | | | | | | | | |
| 198 | OTR/EM/IND MILEAGE / PER MILE | S0660 | N | 2.00 | | | | | |
| | OTR/EM/IND-MILEAGE (PER MILE) | | | | | | 2.00 | | 396.00 |
| | | | | | | BONUS TOTAL | | | 11,680.00 |
| | | | | | | NO BONUS TOTAL | | | 396.00 |
| 2 | TOTAL TIRES | | | | | INVOICE TOTAL DUE MAY 01 | | | 12,076.00 |

```
             * * * * * * P R O G R A M   L E G E N D * * * * * * *

F - SPECIAL PRICE

*  CALL KEITH 254 625-3311 FOR DELIVERY
*  45" TIRES AND ABOVE MUST SHIP FLAT BED
*  PRICE SHOULD BE $5840 PER BOB ROTH.
*  CORRECT PRICE ACTIVATED 2/25/14
VEHICLE/UNIT #: STOCK
RECEIVED BY: RONNY CAREY
DEBIT DUE DATE(S) DETERMINED BY
AS OF DATE: 140212
INVOICE #: DA0021974377
DOCUMENT CREATED BY CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.
```

MICHELIN        BFGoodrich        UNIROYAL



 O R I G I N A L
I N V O I C E

SHIP TO: 1305140
LUMINANT MINING (BECKVILLE) COMPANY LLC
23 MILES S ON HWY 149 TO BECKVILLE,
RIGHT 1/2 MILE TO FM 124, R ON CO RD 257
MARTIN LAKE - BECKVILLE - LIG MINE/0404
BECKVILLE   TX   75631

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 04/22/14    PAGE: 0001

INVOICE NUMBER
DA0022443938

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 117628 | | U04 | 04/21/14 | DR0069662 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00408378 | 04/21/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LT265/70R17121/118QMDTRTAKMECE LT265/70R17 MDTRTAK MECE | G 78605 | N | 390.61 | F | 132.81- | 257.80 | | 1,031.20 |
| | | | | | NO BONUS TOTAL | | | | 1,031.20 |
| 4 | TOTAL TIRES | | | | INVOICE TOTAL DUE JUN 10 | | | | 1,031.20 |

* * * * * * * P R O G R A M   L E G E N D * * * * * * * *

F - SPECIAL PRICE

***DEALER ACCT #:      1262604 | SOUTHERN TIRE MART, LLC
***                    1925 HARRISON RD
***                    LONGVIEW, TX  75604
***                    (903) 759-3944
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK TIRE
RECEIVED BY: THOMAS DAVIS
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN    BFGoodrich Tire    UNIROYAL



ORIGINAL
INVOICE

SHIP TO: 1305133
LUMINANT MINING (OAK HILL) COMPANY LLC
NE 3.8 MILES ON HWY 43 TO FM 1716, 1 MIL
MARTIN LAKE - OAK HILL - LIG MINE/0405
HENDERSON   TX   75652

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

DATE: 04/23/14       PAGE: 0001

INVOICE NUMBER
DA0022453867

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 118698 | | U04 | 04/22/14 | DR0069661 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00418241 | 04/22/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND / DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LT265/70R17121/118QMDTRTAKMECE LT265/70R17 MDTRTAK MECE | G 78605 | N | 390.61 | F | 132.81- | 257.80 | | 1,031.20 |
| | | | | | | NO BONUS TOTAL | | | 1,031.20 |
| 4 | TOTAL TIRES | | | | | INVOICE TOTAL DUE JUN 10 | | | 1,031.20 |

*******PROGRAM LEGEND*******
F - SPECIAL PRICE

***DEALER ACCT #:        1262604 | SOUTHERN TIRE MART, LLC
***                      1925 HARRISON RD
***                      LONGVIEW,  TX  75604
***                      (903) 759-3944
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK TIRE
RECEIVED BY: GREG PELHAM
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN        BFGoodrich        UNIROYAL



ORIGINAL
INVOICE

SHIP TO: 1305133
LUMINANT MINING (OAK HILL) COMPANY LLC
NE 3.8 MILES ON HWY 43 TO FM 1716, 1 MIL
MARTIN LAKE - OAK HILL - LIG MINE/0485
HENDERSON   TX   75652

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

DATE: 04/24/14      PAGE: 0001

INVOICE NUMBER
DA0022467276

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 113269 | | U04 | 04/24/14 | DR0738080 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00431537 | 04/24/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | BON | UNIT PRICE | LEGEND / DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 24.00R35 XVC ** 24.00R35 XVC** E2 | M 10223 | Y | 14,421.00 | B | 3,605.25- | 10,815.75 | | 86,526.00 |
| 58 | OTR/EM/IND MILEAGE / PER MILE OTR/EM/IND-MILEAGE (PER MILE) | S0660 | N | 2.00 | | | 2.00 | | 116.00 |
| | | | | | BONUS TOTAL | | | | 86,526.00 |
| | | | | | NO BONUS TOTAL | | | | 116.00 |
| 8 | TOTAL TIRES | | | | INVOICE TOTAL DUE JUN 10 | | | | 86,642.00 |

```
              * * * * * * * P R O G R A M   L E G E N D * * * * * *
B - DISCOUNT

*  4/21/14 DELIVERED TIRES
***DEALER ACCT #:      1339032   TCI #623 - KILGORE
***                    991 POST OAK RD
***                    KILGORE, TX 75662
***                    (903) 218-8318
VEHICLE/UNIT #: STOCK
RECEIVED BY: NATHAN PIERCE
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.
```

MICHELIN      BFGoodrich      UNIROYAL



O R I G I N A L
I N V O I C E

SHIP TO: 1305135
LUMINANT MINING (SANDOW) COMPANY LLC
7207 W FARMERS MARKET RD 696
SANDOW - THREE OAKS - LIG MINE
ELGIN    TX    78621

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA    GA    30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX    75221

D A T E: 04/27/14        PAGE: 0001

INVOICE NUMBER
DA0022484085

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 116431 | | U04 | 04/25/14 | DR0069618 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00448238 | 04/25/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B D N | UNIT PRICE | LEGEND/ DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | LT265/70R17121/118QMDTRTAKMECE LT265/70R17 MDTRTAK MECE | G 78605 | N | 390.61 | F | 132.81- | 257.80 | | 773.40 |
| | | | | | NO BONUS TOTAL | | | | 773.40 |
| 3 | TOTAL TIRES | | | | INVOICE TOTAL DUE JUN 17 | | | | 773.40 |

F - SPECIAL PRICE

* * * * * * * P R O G R A M    L E G E N D * * * * * * *

***DEALER ACCT #:    1262601  SOUTHERN TIRE MART, LLC
***                  9665 E HWY 290
***                  AUSTIN, TX  78724
***                  (512) 416-1010
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK
RECEIVED BY: MIKE L
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN        BFGoodrich        UNIROYAL