

May 14, 2014

BY FEDERAL EXPRESS

Luminant Mining Company LLC
1601 Bryan Street
Dallas, TX 75201

Richards, Layton & Finger, P.A.
Daniel J DeFreanceschi
920 North King Street
Wilmington, DE 19801

United States Bankruptcy Court District of Delaware
U.S. Clerk of Court
844 North King Street Unit 18
Wilmington, DE 19801-3570

Re:   Energy Future Holdings Corp. Case No. 14-10979 (Jointly Administered)

The undersigned, pursuant to Section 11 USC 546 (c) (1) of the Bankruptcy Code, and any other applicable provisions, hereby demands reclamation of the goods shipped within 45 days of the bankruptcy as evidenced by the enclosed invoices totaling $669,772.50.

Michelin North America, Inc. also asserts an administrative expense claim in the amount of $220,793.38 pursuant to 11 U.S.C. § 503(b)(9) for the goods identified on the attached invoices, which were delivered to the Debtor within the twenty days immediately preceding the Debtor's bankruptcy petition.

All rights to alter, amend, or modify this reclamation demand are reserved.

I would request that the Clerk of Court file the reclamation demand and return a clocked/filed copy in the enclosed self-addressed envelope (copy enclosed).

Sincerely,
Michelin North America, Inc.

Cindy Boggs

Cindy W. Boggs
Manager, Credit and
Business Development

Enclosures
Documentation supporting Reclamation Demand Luminant Mining Company LLC

Michelin North America, Inc.

One Parkway South
P.O. Box 19001
Greenville, South Carolina 29602-9001
Tel: 864/458-5000

# 503(b)(9) FORM

## LUMINANT MINING COMPANY LLC

### Supplier and 503(b)(9) Administrative Claim Information

| Supplier Name: | Michelin North America, Inc. |
|---|---|
| Date: | |
| Supplier Contact Information | Michelin North America, Inc. |
| Name | Cindy Boggs |
| Address | PO Box 19001 |
| City | Greenville |
| State | South Carolina |
| Zip | 29602-9001 |
| Phone | (864) 458-5352 |
| Email | cindy.boggs@us.michelin.com |
| Description of 503(b)(9) Claim Goods | Tires |
| Dollar Value of 503(b)(9) Claim Goods | 220,793.38 |

Invoice Information supporting 503(b)(9) Administrative Claim:

| SHIPMENT DATE | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|
| 2014/04/15 | DA0022394716 | 1,893.76 |
| 2014/04/15 | DA0022395069 | 2,924.96 |
| 2014/04/16 | DA0022404699 | 515.60 |
| 2014/04/16 | DA0022404737 | 1,893.76 |
| 2014/04/18 | DA0022426055 | 108,425.50 |
| 2014/04/18 | DA0022426178 | 15,662.00 |
| 2014/04/22 | DA0022443938 | 1,031.20 |
| 2014/04/23 | DA0022453867 | 1,031.20 |
| 2014/04/24 | DA0022467276 | 86,642.00 |
| 2014/04/27 | DA0022484085 | 773.40 |



ORIGINAL
INVOICE

SHIP TO: 1305138
LUMINANT MINING (WINFIELD) COMPANY LLC
130E, EXIT 153 a WINFIELD
E ON S SVC RD, RT 2550, 1 MI, L a Y TO
MINE
WINFIELD   TX   75493

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

D A T E: 04/15/14        PAGE: 0001

INVOICE NUMBER
DA0022394716

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 117113 | | U04 | 04/14/14 | DR0069616 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00359446 | 04/14/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | LEGEND/ DISCOUNT AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | LT265/75R16123/120QTLMDTRTAKM2 U.G. PART: 07647169    2 LT265/75R16 MDTRTAKM2 123/120QTL | G 01822 | N | 358.66 | F | 121.94- | 236.72 | | 1,893.76 |
| | | | | | NO BONUS TOTAL | | | | 1,893.76 |
| 8 | TOTAL TIRES | | | | INVOICE TOTAL | DUE JUN 03 | | | 1,893.76 |

\*\*\*\*\*\*\*P R O G R A M   L E G E N D \*\*\*\*\*\*\*
F - SPECIAL PRICE

\*\*\*DEALER ACCT #:      1262604  SOUTHERN TIRE MART, LLC
\*\*\*                    1925 HARRISON RD
\*\*\*                    LONGVIEW, TX 75604
\*\*\*                    (903) 759-3944
VEHICLE/UNIT #: STOCK TIRE
RECEIVED BY: KEVIN HENSLEY
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.





ORIGINAL INVOICE

SHIP TO: 1305134
LUMINANT MINING (KOSSE) COMPANY LLC
HWY .7 MILES EAST OF KOSSE
KOSSE MINE - LIG MINE
KOSSE    TX    76653

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA    GA    30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX    75221

DATE: 04/15/14        PAGE: 0001

INVOICE NUMBER
DA0022395069

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 116429 | | U04 | 04/14/14 | DR0069608 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00359799 | 04/14/14 | |

| UNITS | DESCRIPTION | BRAND/PRODUCT CODE | BON | UNIT PRICE | LEGEND/DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LT265/70R17121/118QMDTRTAKMECE | G 78605 | N | 390.61 | F | 132.81- | 257.80 | | 1,031.20 |
|   | LT265/70R17 MDTRTAK MECE | | | | | | | | |
| 8 | LT265/75R16123/120QTLMDTRTAKM2 | G 01822 | N | 358.66 | F | 121.94- | 236.72 | | 1,893.76 |
|   | U.G. PART: 07647169     2 | | | | | | | | |
|   | LT265/75R16 MDTRTAKM2 123/120QTL | | | | | | | | |
|   | | | | | NO BONUS TOTAL | | | | 2,924.96 |
|   | | | | | INVOICE TOTAL | DUE JUN 03 | | | 2,924.96 |
| 12 | TOTAL TIRES | | | | | | | | |

********PROGRAM LEGEND*******

F - SPECIAL PRICE

***DEALER ACCT #:     1262610  SOUTHERN TIRE MART, LLC
***                   3259 GREIG DR
***                   ROBINSON,  TX  76706
***                   (254) 799-5527
VEHICLE/UNIT #: STOCK
RECEIVED BY: RANDY C
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN    BFGoodrich    UNIROYAL



```
                                          ORIGINAL
                                          INVOICE

SHIP TO: 1305134                          PLEASE REMIT TO:
LUMINANT MINING (KOSSE) COMPANY LLC       MICHELIN NORTH AMERICA, INC
HWY .7 MILES EAST OF KOSSE                PO BOX 100860
KOSSE MINE - LIG MINE                     ATLANTA   GA   30384-0860
KOSSE    TX   76653                       US
                                          FOR CUSTOMER SERVICE CALL :
                                          1-800-847-8475


INVOICED TO: 1305130                      D A T E: 04/16/14      PAGE: 0001
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX   75221                        INVOICE NUMBER
                                            DA0022404699
```

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | BON | UNIT PRICE | LEGEND/ DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 2 | LT265/70R17121/118QMDTRTAKMECE LT265/70R17 MDTRTAK MECE | G 78605 | N | 390.61 | F | 132.81- | 257.80 | | 515.60 |
| | | | | | NO BONUS TOTAL | | | | 515.60 |
| 2 | TOTAL TIRES | | | | INVOICE TOTAL | DUE JUN 03 | | | 515.60 |

```
                  * * * * * * * P R O G R A M   L E G E N D * * * * * * *
F - SPECIAL PRICE

***DEALER ACCT #:      1262610   SOUTHERN TIRE MART, LLC
***                    3259 GREIG DR
***                    ROBINSON, TX  76706
***                    (254) 799-5527
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK
RECEIVED BY: JOSH
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.
```

CUSTOMER P.O. NUMBER: 108107 | SHIP DC: U04 | DOCUMENT DATE: 04/15/14 | CROSS REFERENCE: DR0069629

TERMS: NET 46 DAYS FRIDAY SHIP WEEK | ORDER NUMBER: D00369492 | ORDER DATE: 04/15/14

MICHELIN   BFGoodrich   UNIROYAL



ORIGINAL INVOICE

SHIP TO: 1305135
LUMINANT MINING (SANDOW) COMPANY LLC
7207 W FARMERS MARKET RD 696
SANDOW - THREE OAKS - LIG MINE
ELGIN    TX    78621

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA    GA    30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX    75221

DATE: 04/16/14       PAGE: 0001

INVOICE NUMBER
DA0022404737

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 115113 | | U04 | 04/15/14 | DR0069586 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00369530 | 04/15/14 | |

| UNITS | DESCRIPTION | BRAND/ PRODUCT CODE | B O N | UNIT PRICE | LEGEND/ DISCOUNT CODES | LEGEND/ DISCOUNT AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | LT265/75R16123/120QTLMDTRTAKM2 U.G. PART: 07647169  2 LT265/75R16 MDTRTAKM2 123/120QTL | G 01822 | N | 358.66 | F | 121.94- | 236.72 | | 1,893.76 |
| | | | | | NO BONUS TOTAL | | | | 1,893.76 |
| 8 | TOTAL TIRES | | | | INVOICE TOTAL | DUE JUN 03 | | | 1,893.76 |

*******PROGRAM LEGEND*******

F - SPECIAL PRICE

***DEALER ACCT #:     1262601   SOUTHERN TIRE MART, LLC
***                    9665 E HWY 290
***                    AUSTIN,  TX  78724
***                    (512) 416-1010
VEHICLE/UNIT #: STOCK
RECEIVED BY: J. WILKINSON
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN    BFGoodrich    UNIROYAL



**ORIGINAL INVOICE**

```
SHIP TO: 1305131
LUMINANT MINING (BIG BROWN) COMPANY LLC
11 MILES NE OF FAIRFIELD, TAKE FM 488
TO FM 2570, 9 MILES
BIG BROWN - LIG MINE/0409
FAIRFIELD   TX   75840
```

```
PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475
```

```
INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221
```

DATE: 04/18/14       PAGE: 0001

INVOICE NUMBER
DA0022426055

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 113270 | | U04 | 04/18/14 | DR0737440 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00390631 | 04/18/14 | |

| UNITS | DESCRIPTION | BRAND/PRODUCT CODE | BON | UNIT PRICE | LEGEND/DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 24.00R35 XVC ** 24.00R35 XVC** E2 | M 10223 | Y | 14,421.00 | B | 3,605.25- | 10,815.75 | | 108,157.50 |
| 134 | OTR/EM/IND MILEAGE / PER MILE OTR/EM/IND-MILEAGE (PER MILE) | S0660 | N | 2.00 | | | 2.00 | | 268.00 |
| | | | | | BONUS TOTAL | | | | 108,157.50 |
| | | | | | NO BONUS TOTAL | | | | 268.00 |
| 10 | TOTAL TIRES | | | | INVOICE TOTAL DUE JUN 03 | | | | 108,425.50 |

```
************PROGRAM  LEGEND********
B - DISCOUNT

* 184 MILES PORT TO PORT
***DEALER ACCT #:    1155354   TCI #625 - LANCASTER
***                  3101 N. HOUSTON SCHOOL RD
***                  LANCASTER, TX  75134
***                  (972) 228-8280
VEHICLE/UNIT #: STOCK
RECEIVED BY: ILLEGIBLE
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.
```





```
ORIGINAL
INVOICE
```

SHIP TO: 1305135
LUMINANT MINING (SANDOW) COMPANY LLC
7207 W FARMERS MARKET RD 696
SANDOW - THREE OAKS - LIG MINE
ELGIN    TX    78621

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA    GA    30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX    75221

DATE: 04/18/14        PAGE: 0001

INVOICE NUMBER
DA0022426178

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 112383 | | U04 | 04/18/14 | DR0736413 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00390754 | 04/18/14 | |

| UNITS | DESCRIPTION | BRAND/PRODUCT CODE | BON | UNIT PRICE | LEGEND/DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 23.5R25 XHA2 TL * | M 65791 | Y | 5,014.00 | B | 1,253.50- | 3,760.50 | | 15,042.00 |
| 310 | 23.5R25 XHA2 TL *<br>OTR/EM/IND MILEAGE / PER MILE<br>OTR/EM/IND-MILEAGE (PER MILE) | S0660 | N | 2.00 | | | 2.00 | | 620.00 |
| | | | | | BONUS TOTAL | | | | 15,042.00 |
| | | | | | NO BONUS TOTAL | | | | 620.00 |
| 4 | TOTAL TIRES | | | | INVOICE TOTAL | DUE JUN 03 | | | 15,662.00 |

```
* * * * * * * P R O G R A M   L E G E N D * * * * * * *
```

B - DISCOUNT

***DEALER ACCT #:     1155354  TCI #625 - LANCASTER
***                   3101 N. HOUSTON SCHOOL RD
***                   LANCASTER, TX 75134
***                   (972) 228-8280
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK
RECEIVED BY: S WILKINSON
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN    BFGoodrich    UNIROYAL



ORIGINAL INVOICE

```
SHIP TO: 1305140
LUMINANT MINING (BECKVILLE) COMPANY LLC
23 MILES S ON HWY 149 TO BECKVILLE,
RIGHT 1/2 MILE TO FM 124, R ON CO RD 257
MARTIN LAKE - BECKVILLE - LIG MINE/0404
BECKVILLE   TX   75631
```

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

```
INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221
```

DATE: 04/22/14        PAGE: 0001

INVOICE NUMBER
DA00022443938

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 117628 | | U04 | 04/21/14 | DR0069662 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00408378 | 04/21/14 | |

| UNITS | DESCRIPTION | BRAND/PRODUCT CODE | BON | UNIT PRICE | LEGEND/DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LT265/70R17121/118QMDTRTAKMECE LT265/70R17 MDTRTAK MECE | G 78605 | N | 390.61 | F | 132.81- | 257.80 | | 1,031.20 |
| | | | | | NO BONUS TOTAL | | | | 1,031.20 |
| | | | | | INVOICE TOTAL DUE JUN 10 | | | | 1,031.20 |
| 4 | TOTAL TIRES | | | | | | | | |

```
*********PROGRAM LEGEND*********

F - SPECIAL PRICE

***DEALER ACCT #:    1262604  SOUTHERN TIRE MART, LLC
***                  1925 HARRISON RD
***                  LONGVIEW, TX 75604
***                  (903) 759-3944
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK TIRE
RECEIVED BY: THOMAS DAVIS
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.
```

MICHELIN   BFGoodrich   UNIROYAL



```
ORIGINAL
INVOICE
```

SHIP TO: 1305133
LUMINANT MINING (OAK HILL) COMPANY LLC
NE 3.8 MILES ON HWY 43 TO FM 1716, 1 MIL
MARTIN LAKE - OAK HILL - LIG MINE/0405
HENDERSON    TX    75652

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA    GA    30384-0860
US
FOR CUSTOMER SERVICE CALL:
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX    75221

D A T E: 04/23/14    PAGE: 0001

INVOICE NUMBER
DA0022453867

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 118698 | | U04 | 04/22/14 | DR8069661 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00418241 | 04/22/14 | |

| UNITS | DESCRIPTION | BRAND/PRODUCT CODE | BON | UNIT PRICE | LEGEND/DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LT265/70R17121/118QMDTRTAKMECE LT265/70R17 MDTRTAK MECE | G 78605 | N | 390.61 | F | 132.81- | 257.80 | | 1,031.20 |
| | | | | | NO BONUS TOTAL | | | | 1,031.20 |
| 4 | TOTAL TIRES | | | | INVOICE TOTAL DUE JUN 10 | | | | 1,031.20 |

```
* * * * * * * P R O G R A M   L E G E N D * * * * * *
```
F - SPECIAL PRICE

***DEALER ACCT #:    1262604    SOUTHERN TIRE MART, LLC
***                  1925 HARRISON RD
***                  LONGVIEW,    TX    75604
***                  (903) 759-3944
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK TIRE
RECEIVED BY: GREG PELHAM
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.





ORIGINAL
INVOICE

SHIP TO: 1305133
LUMINANT MINING (OAK HILL) COMPANY LLC
NE 3.8 MILES ON HWY 43 TO FM 1716, 1 MIL
MARTIN LAKE - OAK HILL - LIG MINE/0405
HENDERSON   TX   75652

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA   GA   30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS   TX   75221

DATE: 04/24/14      PAGE: 0001

INVOICE NUMBER
DA0022467276

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 113269 | | U04 | 04/24/14 | DR0738080 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00431537 | 04/24/14 | |

| UNITS | DESCRIPTION | BRAND/PRODUCT CODE | B/O/N | UNIT PRICE | LEGEND/DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 24.00R35 XVC ** 24.00R35 XVC** E2 | M 10223 | Y | 14,421.00 | B | 3,605.25- | 10,815.75 | | 86,526.00 |
| 58 | OTR/EM/IND MILEAGE / PER MILE OTR/EM/IND-MILEAGE (PER MILE) | S0660 | N | 2.00 | | | 2.00 | | 116.00 |
| | | | | | BONUS TOTAL | | | | 86,526.00 |
| | | | | | NO BONUS TOTAL | | | | 116.00 |
| 8 | TOTAL TIRES | | | | INVOICE TOTAL DUE JUN 10 | | | | 86,642.00 |

```
* * * * * * * P R O G R A M   L E G E N D * * * * * *
B - DISCOUNT

*  4/21/14 DELIVERED TIRES
***DEALER ACCT #:      1339032   TCI #623 - KILGORE
***                    991 POST OAK RD
***                    KILGORE, TX  75662
***                    (903) 218-8318
VEHICLE/UNIT #: STOCK
RECEIVED BY: NATHAN PIERCE
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.
```

MICHELIN   BFGoodrich   UNIROYAL



**MICHELIN**

ORIGINAL
INVOICE

SHIP TO: 1305135
LUMINANT MINING (SANDOW) COMPANY LLC
7207 W FARMERS MARKET RD 696
SANDOW - THREE OAKS - LIG MINE
ELGIN    TX    78621

PLEASE REMIT TO:
MICHELIN NORTH AMERICA, INC
PO BOX 100860
ATLANTA    GA    30384-0860
US
FOR CUSTOMER SERVICE CALL :
1-800-847-8475

INVOICED TO: 1305130
LUMINANT MINING COMPANY LLC
PO BOX 20
DALLAS    TX    75221

D A T E: 04/27/14        PAGE: 0001

INVOICE NUMBER
DA0022484085

| CUSTOMER P.O. NUMBER | P.O. DATE | SHIP DC | DOCUMENT DATE | CROSS REFERENCE | CARRIER RECEIPT NUMBER | CARRIER |
|---|---|---|---|---|---|---|
| 116431 | | U04 | 04/25/14 | DR0069618 | | |

| P.O. RELEASE NUMBER | TERMS | ORDER NUMBER | ORDER DATE | CARRIER CITY & STATE |
|---|---|---|---|---|
| | NET 46 DAYS FRIDAY SHIP WEEK | D00448238 | 04/25/14 | |

| UNITS | DESCRIPTION | BRAND/PRODUCT CODE | BDN | UNIT PRICE | LEGEND/DISCOUNT CODES | AMOUNT | NET UNIT PRICE | UNIT F.E.T. | TOTAL EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | LT265/70R17121/118QMDTRTAKMECE LT265/70R17 MDTRTAK MECE | G 78605 | N | 390.61 | F | 132.81- | 257.80 | | 773.40 |
| | | | | | NO BONUS TOTAL | | | | 773.40 |
| 3 | TOTAL TIRES | | | | INVOICE TOTAL DUE JUN 17 | | | | 773.40 |

\*\*\*\*\*\*\*P R O G R A M    L E G E N D\*\*\*\*\*\*

F - SPECIAL PRICE

\*\*\*DEALER ACCT #:    1262601  SOUTHERN TIRE MART, LLC
\*\*\*                  9665 E HWY 290
\*\*\*                  AUSTIN, TX 78724
\*\*\*                  (512) 416-1010
MICHELIN APPROVAL #: BIB NET
VEHICLE/UNIT #: STOCK
RECEIVED BY: MIKE L
DOCUMENT CREATED BY POINT OF SALE CLAIMS
PLEASE NOTE THAT MICHELIN IS NO LONGER MAILING OR FAXING YOUR STATEMENT.
YOUR STATEMENT IS ONLY AVAILABLE ON MICHELINB2B.COM. IF YOU DO NOT
HAVE ACCESS TO THE VIEW STATEMENT OPTION, PLEASE CONTACT YOUR CSR.

MICHELIN    BFGoodrich    UNIROYAL