IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY Future Holdings Corp., et al. | § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## JOINDER IN MOTION FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

COMES NOW, Neighbors for Neighbors, Inc. ("*NFN*"), a non-profit Texas corporation comprised of individuals who live on and around the Three Oaks and Sandow lignite mines and the Sandow Steam Electric Power Generating Station located in Central Texas, facilities which are owned and operated by Luminant Mining Company LLC ("*Luminant Mining*") and Luminant Generation Company LLC ("*Luminant Generation*"), wholly-owned subsidiaries of Texas Competitive Electric Holdings Company LLC ("*TCEH*"), and joins in the motion filed by Wilmington Savings Fund Society ("*Wilmington*") to transfer these Chapter 11 cases to the United States District Court for the Northern District of Texas in the interests of justice and for the convenience of the parties. In support of this motion, NFN would respectfully show the following:

### I.
### JURISDICTION, VENUE AND STATUTORY PREDICATES

1. This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b) and may be determined by the Bankruptcy Court. For purposes of a hearing on this Motion, venue in this Court is proper pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicates for the relief

Page 1 of 11

sought herein are 28 U.S.C. §1412, Bankruptcy Rule 1014 and §105(a) of the Bankruptcy Code.

## II.
## BACKGROUND

2. The Debtors, specifically TCEH and its wholly-owned subsidiaries, Luminant Mining and Luminant Generation, are headquartered at Energy Plaza in Dallas, Texas. Luminant Mining operates several lignite mines located throughout Texas, including the Three Oaks and Sandow mines located in Central Texas. Luminant Generation operates several natural gas and lignite-powered steam electric generating plants also located in the State of Texas. In addition, Luminant Generation acts as a third-party guarantor for Luminant Mining's reclamation performance bonding obligations totaling up to $1.1 billion and the liability insurance coverage requirements for Luminant Mining's lignite mines that result from federal and state surface coal mining statutory and regulatory requirements.[1]

3. NFN has been incorporated in the State of Texas as a §501(c)(3) non-profit public interest/environmental organization and is comprised of individuals who live on and in close proximity to the Three Oaks Mine and the Sandow Mine. In addition, NFN members live in and around the Sandow Steam Electric Generating Station facility located near Rockdale, Texas. Specifically, NFN members include individuals who live within the permitted mine boundary of the Three Oaks Mine and who are currently under lease with Luminant Mining for proposed lignite mining activities, from which arise required reclamation obligations. NFN members also include landowners who live adjacent to streams and tributaries that carry potentially contaminated runoff from these

---

[1] See §509 of the federal Surface Mining Control and Reclamation Act of 1977, as amended; 30 CFR §§800.23, 800.40 and 800.50 of the U.S. Department of the Interior's Office of Surface Mining regulations; §134.123 of the Texas Natural Resources Code, as amended, and 16 Tex. Admin. Code §12.309(j) of the Railroad Commission of Texas regulations.

active and inactive mine sites. Finally, numerous members live within the community surrounding these mine sites and are dependent upon groundwater supplies that have or may still underlie these mine sites. These Texas residents have clearly recognizable interests in protecting their communities, their lands and natural resources and their health and safety from impacts resulting from current and proposed lignite mining and reclamation activities and from the operation, closure and post-closure care of the Sandow Steam Electric Generating Station facility.

4. Recently, NFN participated as an interested party in an administrative proceeding before the Railroad Commission of Texas on the renewal and revision of the Three Oaks Mine surface coal mining permit.[2] In this contested case proceeding, NFN raised issues with respect to Luminant Mining and Luminant Generation's financial solvency, asserting that one or both of these entities needed to provide alternate performance bonding and liability insurance mechanisms for the Three Oaks Mine in lieu of "self-bonding" based on several Securities and Exchange Commission ("*SEC*") filings that indicated that the parent corporation, TCEH, was insolvent and would default on its debt obligations on or after October, 2013. NFN has also been a litigant against EFH Corporation, its predecessor-in-interest, and its wholly-owned subsidiaries in civil proceedings relating to air emissions from Luminant Generation's Sandow coal-fired steam electric generating plant and wastewater discharges from the mine.

5. Under federal and state statutes and regulations, Luminant Mining and/or Luminant Generation as third-party guarantor must provide alternate performance bonding and liability insurance coverage for the operations and reclamation activities at each of its lignite mine sites within 90 days of notifying the Railroad Commission of Texas ("*RRC*")

---

[2] RRC Docket No. C13-0018-SC-48-C; Permit No. 48B; Three Oaks Mine.

of the filing for Chapter 11 bankruptcy. Notification must be tendered immediately. This is a list of the active lignite mine sites in Texas currently covered by Luminant Mining's self-bonding interests (the Sandow Mine is no longer active):

| Permit No. | Mine Name | County(s) | Reclamation Cost Estimate | Bond Amount | Self-Bond |
|---|---|---|---|---|---|
| 3E | Big Brown Mine | Freestone | $74,142,702 | 86,000,000 | Yes |
| 54 | Big Brown Turlington Mine | Freestone | 26,405,328 | 30,000,000 | Yes |
| 49A | Bremond a/k/a Twin Oaks Mine | Robertson | 2,362,383 | 3,000,000 | Yes |
| 50 | Kosse Mine | Limestone, Robertson | 149,653,007 | 150,000,000 | Yes |
| 51 | Leesburg Mine | Camp | 11,135,420 | 18,000,000 | Yes |
| 4K | Martin Lake Mine | Panola, Rusk | 147,373,160 | 185,000,000 | Yes |
| 53 | Martin Lake AIV South Mine | Panola, Rusk | 35,849,204 | 44,000,000 | Yes |
| 58 | Martin Lake Liberty Mine | Rusk | 37,636,883 | 43,000,000 | Yes |
| 5G | Monticello Thermo Mine | Hopkins | 413,758,290 | 43,000,000 | Yes |
| 56 | Monticello Thermo A-1 Mine | Hopkins | 3,658,686 | 4,000,000 | Yes |
| 34E | Monticello Winfield Mine | Titus, Franklin | 85,102,126 | 120,000,000 | Yes |
| 46B | Oak Hill Mine | Rusk | 203,426,305 | 253,000,000 | Yes |
| 48B | Three Oaks Mine | Lee, Bastrop | 57,276,087 | 60,000,000 | Yes |

6. Luminant Mining's reclamation obligations are estimated to be between $850 million and $1.1 billion; its insurance coverage obligations are not known. If either Luminant subsidiary fails to substitute an appropriate bonding and insurance coverage mechanism for each of its lignite mines within 90 days of the notification of bankruptcy, the mines must cease operation and commence reclamation.[3]

7. Luminant Generation operates a number of gas and coal-powered steam electric power stations, each of which has potential environmental liabilities related to existing contamination at their waste management facilities (e.g.; impoundments, landfills, waste piles), spill locations and disposal sites, often which include the associated lignite mine itself. Since these facilities are not regulated by the Texas Commission of Environmental

---

[3] §12.309(g) of the RRC regulations.

Quality ("*TCEQ*") as hazardous waste management sites due to industry-sponsored exemptions and exclusions from the federal Resource Conservation and Recovery Act ("*RCRA*"), as amended, and associated federal and state hazardous waste regulation, there is no financial assurance mechanism whereby funds have been set aside to clean up and close these facilities. The cost of addressing existing and potential contamination at these plant sites is unknown. These active steam electric generating stations include the following facilities:

| Steam-Electric Power Plant | County(s) | Related Lignite Mine Site | RN Number | TCEQ Permit References |
|---|---|---|---|---|
| Big Brown SES | Freestone | Big Brown, Turlington | RN101198059 RN105415939 | SWR 30080/35877; TXD000821280; WQ0001309000. |
| Collin SES | Collin | | RN100784735 | SWR 32569; TXD007928336; VCP ID 2402, 2403, 2575; WDW-227. |
| Eagle Mountain Lake SES | Tarrant | | RN100693308 | SWR 32356; TXD000751032; WQ0000550000; 0005122000. |
| Graham SES | Young | | RN105417158 RN102563426 | SWR 32351; TXD000751065; WQ0000551000. |
| Lake Creek SES | McLennon | | RN101698520 | SWR 32561; TXD000751099; WQ0000954000. |
| Lake Hubbard SES | Dallas | | RN100673490 | SWR 31881; TXD000838938; WQ0001245000. |
| Martin Lake SES | Rusk | Martin Lake, Oak Hill | RN102583093 | SWR 31277; TXD000821306; WQ0001784000; WDW-220 & 221. |
| Monticello SES | Titus | Monticello Thermo, Winfield | RN102285921 RN105410534 | SWR 30081; TXD054378948; WQ0001528000. |
| Morgan Creek SES | Mitchell | | RN102285848 | SWR 32055; TXD000751040; WQ0000554000. |
| North Lake SES | Dallas | | RN101559854 | SWR 31882; TXD000838946; WQ0001249000; VCP Applicant #2609. |
| North Main SES | Tarrant | | RN102764933 | SWR 34022; TXD981059975; WQ0000555000; VCP #2250, 2650. |
| Oak Grove SES | Robertson, Limestone | Kosse | RN102805991 | WQ0002699000. |
| Permian Basin SES | Ward | | RN102183969 | SWR 31244; TXD046934402; WQ0000556000. |
| Rivercrest SES | Dallas | | RN101983344 | SWR 32570; TXD059762120; WQ0000945000; Corrective Action Tracking #16496098. |
| Sandow SES/Sandow #5 | Milam | Three Oaks Mine | RN106035876 RN102147881 | SWR 88209 |

| | | | | |
|---|---|---|---|---|
| Stryker Creek SES | Cherokee | | RN101621449 | SWR 32568; TXD061593174; WQ0000946000. |
| Sweetwater Generating Plant | Nolan | | RN100223395 | SWR 38342; TXD982548588; WQ0002963000. |
| Tradinghouse SES | McLennon | | RN102566494 | SWR 32567; TXD000792895; WQ0001267000. |
| Trinidad SES | Henderson | | RN101943868 | SWR 32579; TXD046677241; WQ0000947000. |
| Valley SES | Fannin | | RN105442081 RN102285855 | SWR 32578; TXD054370234; WQ0000948000. |

8. Both the RRC and the TCEQ are mandated to protect human health and the environment in and around the lignite mine sites and power generating plants. The Railroad Commission has apparently referred the Chapter 11 bankruptcy cases to the Texas Office of the Attorney General for representation in Bankruptcy Court. In addition, Luminant Generation appears on a TCEQ priority list of potentially bankrupt entities. It is not known whether the TCEQ has formally referred this matter to the Texas Office of the Attorney General. NFN would certainly expect both agencies to argue that the reclamation obligations, liability insurance coverage and remediation/closure and post-closure care standards and requirements should be handled as administrative expenses by the debtor-in-possession since these are required by statute and regulation if Luminant intends to continue operating these facilities; however, the amounts and timing of these obligations and liabilities may become an issue in this bankruptcy proceeding.

III.
RELIEF REQUESTED

9. By this Motion, NFN joins in Wilmington's motion to transfer these Chapter 11 cases to the United States District Court for the Northern District of Texas in the interest of justice and for the convenience of the unsecured creditors as well as these state agencies

pursuant to 28 U.S.C. §§1408 and 1412, Bankruptcy Rule 1014 and §105(a) of the Bankruptcy Code.

## IV.
## BASIS FOR RELIEF REQUESTED

10. This Court is authorized to transfer venue for a Chapter 11 case when: (a) the transfer is in the interest of justice; or (b) for the convenience of the parties. In this matter, both prongs of this disjunctive test are satisfied. The Debtors are headquartered and do the vast majority of their business in Texas, where bankruptcy cases are administered by the United States Bankruptcy Court for the Northern District of Texas. The Debtors' primary trade, its customers, its vendors, its regulators as well as its assets, including the lignite mines and the steam electric generating stations, are all located within the State of Texas. These property assets have outstanding and significant environmental liabilities. The Bankruptcy Court in the Northern District of Texas is as well-suited, if not better suited, to address the regulatory and environmental issues that will inevitably arise in these cases as is the Bankruptcy Court in Delaware.

11. Probably the most important consideration in whether a transfer of venue should be entertained is whether the requested transfer will promote the economic and efficient administration of the estate. From an efficiency perspective, transferring these cases will allow Luminant's management to continue operating both the lignite mines and the steam electric power stations, hopefully in compliance with RRC and TCEQ regulations, while minimizing their need to travel to Delaware for legal and related proceedings and maximizing their availability to regulators, concerned citizens and the numerous unsecured creditors who are also located in Texas for purposes of negotiating a viable reorganization. Not only the secured creditors have an interest in this reorganization.

12. The need to transfer the bankruptcy cases to the forum where pending litigation exists may be particularly important when the Debtor is subject to environmental liability in its home forum.[4]

## V.
## NO PRIOR REQUEST

13. No prior motion for the relief requested herein has been made to this Court or any other Court.

## VI.
## NOTICE

14. Notice of this Joinder in the Motion filed by Wilmington Savings Fund Society has been sent via First Class Mail to (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel for the Ad Hoc group of TCEH Unsecured Noteholders; (d) counsel to the Official Committee of Unsecured Creditors. Counsel respectfully submits that no other or further notice of this Joinder to Motion need to provided.

## VII.
## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, NFN respectfully requests that this Court enter an Order pursuant to 28 U.S.C. §§1408 and 1412, Bankruptcy Rule 1014 and §105(a) of the Bankruptcy Code, substantially in the form attached as Exhibit A to the Motion filed by Wilmington, transferring these Chapter 11 cases to the United States District Court for the Northern District of Texas and granting such other and further relief as this Court may deem just and proper.

---

[4] See In Re Standard Tank Cleaning Corp., 122 B.R. 174 (Bankr. E.D.N.Y. 1990) (granting a motion to transfer venue to the District of New Jersey where a majority of the Debtor's creditors resided and Debtor was party to an action for environmental liability).

*[Signature: Michelle A. McFaddin]*

Michelle A. McFaddin, Counsel
Neighbors for Neighbors, Inc.
Texas Bar License No. 13594020
1900 Miles Avenue
Austin, Texas 78745
Telephone: (512) 461-3039
Email Address: michelleamcfaddin@gmail.com

## CERTIFICATE OF DELIVERY

On this, the 19th day of May, 2014, I hereby certify and affirm that I mailed an accurate copy of the notice of this Joinder in the Motion filed by Wilmington Savings Fund Society on or around April 29, 2014 to transfer venue of this Chapter 11 proceeding to the United States District Court of the Northern District of Texas via First Class Mail to the following parties to this Chapter 11 Bankruptcy proceeding:

Richard M. Cieri
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022

Mark D. Collins
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware  19801

Chad J. Husnick
JAMES H.M. SPRAYREGEN, P.C.
300 North LaSalle
Chicago, Illinois  60654

Richard L. Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox #35
Wilmington, Delaware  19801

Counsel to Ad Hoc Group of TCEH Unsecured Noteholders
Jeffrey M. Schlerf
John H. Strock
L. John Bird
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, Delaware 19801

Counsel to the Official Committee of Unsecured Creditors
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019

Counsel to the Official Committee of Unsecured Creditors
Christopher A. Ward
Justin K. Edelson
Shanti M. Katona
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

*/s/ Michelle A. McFaddin*
Michelle A. McFaddin, Counsel
Neighbors for Neighbors, Inc.
TBL #13594020
1900 Miles Avenue
Austin, Texas 78745
Telephone: (512) 461-3039
Email: michelleamcfaddin@gmail.com