IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 441 and 461** |

**JOINDER OF THE AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS TO DEBTORS' OBJECTION TO (A) EMERGENCY
MOTION OF CSC TRUST COMPANY OF DELAWARE, AS INDENTURE
TRUSTEE, TO COMPEL THE DEBTORS TO OBTAIN APPROVAL OF
PROCEDURES GOVERNING THE EFIH FIRST LIEN TENDER OFFER AND
(B) EMERGENCY MOTION OF EFIH 2ND LIEN NOTES INDENTURE
TRUSTEE TO COMPEL DEBTORS TO OBTAIN PRIOR APPROVAL OF
PROCEDURES GOVERNING THEIR EFIH 2ND LIEN TENDER OFFER**

The ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes due

December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and

among Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc., as

issuers, and UMB Bank, N.A., as successor trustee  (the "Ad Hoc Committee of EFIH Unsecured

Noteholders"), by and through its undersigned counsel, hereby joins (the "Joinder") in the

*Debtors' Objection to (A) Emergency Motion of CSC Trust Company of Delaware, as Indenture*

*Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First*

*Lien Tender Offer and (B) Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to*

*Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien*

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

*Tender Offer* (the "Debtors' Objection"), filed concurrently herewith.  In support of this Joinder, the Ad Hoc Committee of EFIH Unsecured Noteholders respectfully submits as follows:

## BACKGROUND

1.      On May 14, 2014, the indenture trustee for the EFIH Second Lien Notes[2] filed the *Emergency Motion of the EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien Tender Offer* [D.I. 441] (the "Second Lien Motion to Compel").

2.      On May 15, 2014, the indenture trustee for the 10.00% EFIH First Lien Notes filed the *Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer* [D.I. 461] (the "First Lien Motion to Compel" and, together with the Second Lien Motion to Compel, the "Motions to Compel").

3.      On May 20, 2014, the Debtors filed the Debtors' Objection.

## JOINDER

4.      Based upon the facts available, the Ad Hoc Committee of EFIH Unsecured Noteholders agrees with the legal arguments set forth in the Debtors' Objection and, accordingly, files this Joinder in support of the Debtors' Objection.  The Ad Hoc Committee of EFIH Unsecured Noteholders reserves the right to amend or supplement this Joinder based upon any facts or arguments that come to light prior to the hearing on the May 22, 2014.

---

[2]   Capitalized terms used but not defined in this Joinder shall have the meanings set forth in the Debtors' Objection.

## CONCLUSION

For the reasons stated in the Debtors' Objection, the Ad Hoc Committee of EFIH Unsecured Noteholders respectfully requests that the Court deny the relief requested in the Motions to Compel.

Dated: May 20, 2014
      Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

*/s/ Mark D. Olivere*
Scott D. Cousins (No. 3079)
Mark D. Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:     (302) 295-0199
Email:         cousins@ccbllp.com
              olivere@ccbllp.com
              kashishian@ccbllp.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Ira S. Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Lindsay Zahradka
One Bryant Park
New York, New York 10036
Telephone:    (212) 872-1000
Facsimile:     (212) 872-1002
Email:         idizengoff@akingump.com
              mlahaie@akingump.com
              lzahradka@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:    (202) 887-4000
Facsimile:     (202) 887-4288
Email:         salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders*

3