IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF SERVICE OF RECLAMATION DEMAND

NOTICE is given that, pursuant to Section 546(c) of the Bankruptcy Code, on May 19, 2014, Westinghouse Electric Company LLC ("Westinghouse") served a Demand for Reclamation of Goods (the "Reclamation Notice") upon Luminant Generation Company LLC ("Luminant"), a Debtor in the above captioned bankruptcy cases, via facsimile and email. A copy of the Reclamation Notice is attached hereto as Exhibit A. Notwithstanding the designation of the Reclamation Notice as proprietary in accordance with standard custom and practice in the nuclear industry, Luminant and Westinghouse agree that the Reclamation Notice is not proprietary and that there is no need to amend the Notice to remove such designation.

Respectfully submitted,

COHEN & GRIGSBY, P.C.

Dated: May 21, 2014

By: /s/ William E. Kelleher, Jr.
William E. Kelleher, Jr.
Pa I.D. 30747
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Telephone: (412) 297-4703
Facsimile: (412) 209-1997
wkelleher@cohenlaw.com

*Attorneys for Westinghouse Electric Company LLC*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.