# EXHIBIT A

Westinghouse Proprietary Class 2

 **Westinghouse**

Westinghouse Electric Company
1000 Westinghouse Drive
Cranberry Township, Pennsylvania 16066
USA

Mr. Robert Baker
Luminant Generation Company, LLC
FM 56
Glen Rose, Texas 76043

Direct tel: 412-374-3252
Direct fax: 724-940-8553
e-mail: bahtisnm@westinghouse.com
Westinghouse S.O.:
Customer P.O.:
Our ref: WPT-17807

VIA FACSIMILE and ELECTRONIC MAIL

May 19, 2014

# LUMINANT
## COMANCHE PEAK NUCLEAR POWER PLANT
### UNITS 1 and 2
Demand for Reclamation of Goods

Dear Mr. Baker:

This demand is being made pursuant to Section 546 (c) of Title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"). In addition to, and without waiving, any other rights, remedies or claims now or in the future available, whether under non-bankruptcy or bankruptcy law (including, but not limited to, Section 503(b)(9) of the Bankruptcy Code), Westinghouse Electric Company LLC, its affiliates and/or subsidiaries (the "Seller"), demands the reclamation or return of all goods, of any kind or character, received by Luminant Generation LLC or its affiliates owning, operating or maintaining Comanche Peak NPPs from the Seller within 45 days before the date of the commencement of your case under the Bankruptcy Code.

The word "goods" as used above shall include, but not be limited to, such as all nuclear power plant equipment, components and parts furnished by the Seller.

Please supply us with a complete and correct inventory of (a) all goods received within the 45 day reclamation period and (b) all such goods on hand: (i) upon commencement of your bankruptcy case, and (ii) receipt of this letter. Additionally, you should contact the undersigned, to make arrangements for the return of all such goods, provided Seller does not demand return at this time of any goods actually installed in the reactor or other components that comprise Comanche Peak NPPs.

*This document is the property of and contains Proprietary Information owned by Westinghouse Electric Company LLC and/or its subcontractors and suppliers. It is transmitted to you in confidence and trust, and you agree to treat this document in strict accordance with the terms and conditions of the agreement under which it was provided to you.*

© *2014 Westinghouse Electric Company LLC*
*All Rights Reserved*
*Electronically Approved Records are Authenticated in the Electronic Document Management System*

Westinghouse Proprietary Class 2

Page 2 of 2
Our ref: WPT-17807
May 19, 2014

If you have any questions or comments, do not hesitate to contact me at 412-374-3252 (bahtisnm@westinghouse.com).

Very truly yours,

WESTINGHOUSE ELECTRIC COMPANY LLC

*[signature]*

For
Ned Bahtishi, Manager
Comanche Peak Project

Attachment

| cc: | | |
|---|---|---|
| | R. Baker | Luminant |
| | N. Bahtishi | Westinghouse |
| | S. J. Hyde | Westinghouse |
| | T. Smentek | Westinghouse |
| | V. J. Polizzi | W – Comanche Peak |
| | K. Brode, Esq. | Westinghouse |
| | R. Fruehauf | Westinghouse |
| | W. Bognar | Westinghouse |