<u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the foregoing was served on this 21st day of May, 2014, upon the following parties via U.S. First Class Mail, and upon all parties currently registered to receive electronic notices via this Court's ECF Notification System:

| | |
|---|---|
| **Counsel to Debtors**<br>Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn:   Richard M. Cieri<br>          Edward O. Sassower, P.C.<br>          Stephen E. Hessler<br>          Brian E. Schartz | **Counsel to Debtors**<br>Kirkland & Ellis, LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Attn:   James H.M. Sprayregen, P.C.<br>          Chad J. Husnick<br>          Steven N. Serajeddini |
| **Counsel to Debtors**<br>Richards Layton & Finger<br>920 North King Street<br>Wilmington, DE 19801<br>Attn:   Mark D. Collins<br>          Daniel J. DeFranceschi<br>          Jason M. Madron | **Office of the United States Trustee**<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE 19801<br>Attn: Richard L. Schepacarter |
| **Counsel for the Official Committee of Unsecured Creditors** ||
| Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 | Edward M. Fox<br>POLSINELLI PC<br>900 Third Avenue, 21st Floor<br>New York, NY 10022 |
| James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019 | |

<u>/s/ William E. Kelleher, Jr.</u><br>
William E. Kelleher, Jr.

1967847.v1