**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE BY THE TEXAS REGULATORY AUTHORITIES**

Come now the Public Utility Commission of Texas ("PUCT"), the Railroad Commission of Texas ("RRC") and the Texas Commission on Environmental Quality ("TCEQ") (collectively, the "Texas Regulatory Authorities"), by and through the Texas Attorney General's Office and, in response to the Motion to Change Venue[2] respectfully file this pleading as a courtesy to the Court and to myriad other parties in this case who have inquired as to the Texas Regulatory Authorities' position on venue. The Texas Regulatory Authorities state as follows:

As evidenced by the fact that the Texas Regulatory Authorities did not file an Objection or Response by the May 19, 2014 deadline, the Texas Regulatory Authorities take no position on the Motion to Change Venue. The Texas Regulatory Authorities have the utmost respect for this Honorable Court

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

[2] Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas. (Dkt. 5).

and the Delaware Bankruptcy Bench, as well as the utmost respect for all of the judges in the Northern District of Texas.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID MATTAX
Deputy Attorney General for Defense Litigation

*/s/ Hal F. Morris*
HAL F. MORRIS
Texas State Bar No. 14485410
Direct Dial: (512) 475-4550
*hal.morris@texasattorneygeneral.gov*
ASHLEY F. BARTRAM
Texas State Bar No. 24045883
Direct Dial: (512) 475-4937
*ashley.bartram@texasattorneygeneral.gov*
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax: (512) 482-8341

ATTORNEYS FOR THE PUBLIC UTILITY COMMISSION OF TEXAS, THE RAILROAD COMMISSION OF TEXAS AND THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2014, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

*/s/ Hal F. Morris*
Hal F. Morris