IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered on Interim Basis<br><br>Re: Docket Nos.: 441 & 462<br>Hearing Date: May 22, 2014 at 9:30 a.m. |

**JOINDER OF WILMINGTON SAVINGS FUND SOCIETY, FSB TO THE LIMITED RESPONSE OF THE *AD HOC* GROUP OF TCEH UNSECURED NOTEHOLDERS TO (I) THE EMERGENCY MOTION OF EFIH 2ND LIEN NOTES INDENTURE TRUSTEE TO COMPEL DEBTORS TO OBTAIN PRIOR APPROVAL OF PROCEDURES GOVERNING THEIR EFIH 2ND LIEN TENDER OFFER; AND (II) THE EMERGENCY MOTION OF CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE, TO COMPEL THE DEBTORS TO OBTAIN APPROVAL OF PROCEDURES GOVERNING THE EFIH FIRST LIEN TENDER OFFER**

Wilmington Savings Fund Society, FSB (the "Trustee"), as successor trustee under that certain indenture, dated as of October 6, 2010, among Texas Competitive Electric Holdings, LLC, TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee (as amended or supplemented, the "Indenture"), hereby joins in the Limited Response (the "Limited Response") of the *Ad Hoc* Group of TCEH Unsecured Noteholders to: (i) the Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien Tender Offer [Docket No. 441] (the "Second Lien Motion to Compel"); and (ii) the Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer [Docket No. 461] (the "First Lien Motion to Compel" and, together with the Second Lien Motion to Compel, the "Motions to Compel").

{00860437;v1 }

## RESERVATION OF RIGHTS

The Trustee reserves its right to supplement this joinder and otherwise take any additional or further action with respect to the Motions to Compel or the matters addressed therein. The Trustee further reserves the right to participate in any hearings on the Motions to Compel.

Dated: May 20, 2014    ASHBY & GEDDES, P.A.

/s/ Gregory A. Taylor
William P. Bowden (I.D. No. 2553)
Gregory A. Taylor (I.D. No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee*