# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br>on an Interim Basis |

## MOTION FOR ENTRY OF AN ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE UNDER SEAL MOTION PURSUANT TO RULE 7037 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO STRIKE THE DEBTORS' OBJECTION AND SUPPORTING DECLARATIONS TO WILMINGTON SAVINGS FUND SOCIETY, FSB'S MOTION PURSUANT TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Wilmington Savings Fund Society, FSB (the "Trustee"), as successor trustee under that certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas Competitive Electric Holdings, LLC ("TCEH"), TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee (the "Indenture"), hereby moves this Court (the "Motion") for entry of an order, pursuant to section 107 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking an order, substantially in the form attached hereto as **Exhibit A**, authorizing the Trustee to file its *Motion Pursuant to Rule 7037 of the Federal Rules of Bankruptcy Procedure to Strike the Debtors' Objection and Supporting Declarations to Wilmington Savings Fund Society, FSB's Motion Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of*

*Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas* (the "Motion to Strike").

1. By this Motion, the Trustee respectfully requests that the Court enter an order authorizing the Trustee to file the Motion to Strike under seal. The Trustee also seeks an order directing that the unsealed version of the Motion to Strike not be made available to anyone except the Court, the Office of the United States Trustee (the "U.S. Trustee"), counsel to the Debtors and others upon further order of the Court.

2. Section 107(b) of the Bankruptcy Code provides this Court with the authority to issue orders that will protect entities from potential harm that may result from the disclosure of certain information. The section provides, in relevant part:

> (b) On request of a party in interest, the bankruptcy court shall . . .
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information . . . .

11 U.S.C. § 107(b)(1).

3. Unlike its counterpart in Rule 26(c) of the Federal Rules of Civil Procedure, section 107(b) of the Bankruptcy Code does not require an entity seeking protection thereunder to demonstrate "good cause." *See, e.g., Video Software Dealers Ass'n v. Orion Pictures Corp. (In re Orion Pictures Corp.)*, 21 F.3d 24, 28 (2d Cir. 1994); *Phar-Mor, Inc. v. Defendants Named Under Seal (In re Phar-Mor, Inc.)*, 191 B.R. 675, 679 (Bankr. N.D. Ohio 1995). Instead, the moving party simply must demonstrate that the material sought to be protected satisfies one of the categories identified in section 107(b) of the Bankruptcy Code.

4. Bankruptcy Rule 9018 sets forth the procedures by which a party may move for relief under section 107(b), and provides, in relevant part, that "the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other

confidential research, development, or commercial information." FED. R. BANKR. P. 9018. Local Rule 9018-1(b) requires that a party seeking to file documents under seal file a motion to that effect. DEL. BANKR. L.R. 9018-1(b).

5. In the Motion to Strike, the Trustee makes reference to certain documents that were produced to the Trustee by the Debtors and designated by the Debtors as highly confidential. As such, the documents and the information contained therein fall within the scope of section 107(b)(1). Therefore, it is necessary for the Trustee to file the Motion to Strike under seal to prevent disclosure of the Debtors' confidential information.

6. The Court has allowed parties to file pleadings under seal in similar circumstances. *See, e.g., In re Los Angeles Dodgers LLC*, Case No. 11-12010 [Docket Nos. 448, 613] (allowing movant to file documents that were provided by debtors on a confidential basis under seal).

7. Accordingly, the Trustee submits that filing the Motion to Strike under seal is appropriate under section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1.

8. If the Court grants the relief sought herein, unsealed copies of the Motion to Strike will be disclosed only to the Court, counsel to the U.S. Trustee, counsel to the Debtors and others upon further order of the Court.

9. No previous request for the relief requested herein has been made to this or any other court.

10. Notice of this Motion has been provided to (a) the U.S. Trustee; (b) the Debtors; and (c) those parties who have requested service pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1. In light of the nature of the relief requested herein, the

Debtor submits that no other or further notice need be provided.

**WHEREFORE**, for the reasons set forth above, the Trustee respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and awarding such other and further relief that the Court deems just and proper.

Dated: May 21, 2014
    Wilmington, Delaware

*/s/ Gregory Taylor*
ASHBY & GEDDES, P.A.
William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas
Jeremy B. Coffey
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*