## Exhibit A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Energy Future Holdings Corporation, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> **Related Docket No.** \_\_\_\_\_ |

ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB
TO FILE UNDER SEAL MOTION PURSUANT TO RULE 7037
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO STRIKE
THE DEBTORS' OBJECTION AND SUPPORTING DECLARATIONS
TO WILMINGTON SAVINGS FUND SOCIETY, FSB'S MOTION PURSUANT
TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED STATES
<u>DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS</u>

Upon consideration of the *Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal Motion Pursuant to Rule 7037 of the Federal Rules of Bankruptcy Procedure to Strike the Debtors' Objection and Supporting Declarations to Wilmington Savings Fund Society, FSB's Motion Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas* (the "Motion")[1] filed by Wilmington Savings Fund Society, FSB (the "Trustee"), as successor trustee under that certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas Competitive Electric Holdings, LLC ("TCEH"), TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee (the "Indenture"), the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion has been given, and no other or further notice is

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{00859582;v1}                                                              1

2

required; the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Trustee is authorized to file the Motion to Strike under seal.

3. Unsealed copies of the Motion to Strike shall not be made available to anyone except for this Court, the U.S. Trustee, counsel to the Debtors and others upon further Court order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: Wilmington, Delaware
      May _____, 2014

                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE