# Exhibit A

## Proposed Order

{00860523;v1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Re: D.I. \_\_\_\_ |

**ORDER GRANTING WILMINGTON SAVINGS FUND SOCIETY, FSB'S MOTION PURSUANT TO LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER SHORTENING THE TIME TO CONSIDER WILMINGTON SAVINGS FUND SOCIETY FSB'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE UNDER SEAL MOTION PURSUANT TO RULE 7037 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO STRIKE THE DEBTORS' OBJECTION AND SUPPORTING DECLARATIONS TO WILMINGTON SAVINGS FUND SOCIETY, FSB'S MOTION PURSUANT TO 28 U.S.C. §§ 1408 & 1412 AND RULE 1014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

Upon consideration of the motion (the "Motion to Shorten")[1] of Wilmington Savings Fund Society, FSB ("WSFS") for entry of an order providing that the applicable notice period for the relief requested in WSFS's Motion Pursuant to Local Rules 9006-1(C) and 9006-1(E) for an Order Shortening the Time to Consider WSFS's Motion for Entry of an Order Authorizing WSFS to File Under Seal Motion Pursuant to Rule 7037 of the Federal Rules Of Bankruptcy Procedure to Strike the Debtors' Objection and Supporting Declarations to WSFS's Motion Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas (the "Motion"), be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

{00860523;v1 }                                      2

"Local Rules") and section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion and the Motion to Shorten has been given, and after due deliberation and sufficient cause appearing therefore, it is hereby,

    **ORDERED**, that the Motion to Shorten is granted; and it is further,

    **ORDERED,** that the Motion shall be heard on May 22, 2014 at 9:30 a.m. (Prevailing Eastern Time), and that any objections to the relief requested in the Motion shall be raised at the hearing; and it is further,

    **ORDERED,** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

Dated: May ____, 2014
       Wilmington, DE

                                                              _____
                                                              The Honorable Christopher S. Sontchi
                                                              United States Bankruptcy Judge