# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered)<br>) Related to Docket No. 559 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE § 
§ SS:
NEW CASTLE COUNTY §

*Judith B. Wray*, being duly sworn according to law, deposes and says that she is employed by Fox Rothschild LLP, co-counsel to the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned cases, and that on the 20th day of May, 2014, copies of the Limited Response of the Ad Hoc Group of TCEH Unsecured Noteholders to (I) the Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien Tender Offer and (II) the Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer were caused to be served upon the parties listed on the service list attached hereto *via* hand delivery to local parties, first class mail to nonlocal parties and *via* electronic mail.

_____
Judith B. Wray

**SWORN TO AND SUBSCRIBED** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: May 21, 2014

_____
Notary Public

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| Name | Address 2 | Address 3 | Address 4 | city | state | zip | Email: |
|---|---|---|---|---|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ | 500 DELAWARE AVE | PO BOX 1150 | WILMINGTON | DE | 19899 | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com |
| BAKER BOTTS LLP | ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS | 2001 ROSS AVE. | | DALLAS | TX | 75201-2980 | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com; ian.roberts@bakerbotts.com |
| BINGHAM MCCUTCHEN LLP | ATTN: JULIA FROST-DAVIES ESQ & CHRISTOPHER L. CARTER ESQ | ONE FEDERAL STREET | | BOSTON | MA | 02110-1726 | julia.frost-davies@bingham.com; christopher.carter@bingham.com |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN ESQ | 399 PARK AVENUE | | NEW YORK | NY | 10022-4689 | jeffrey.sabin@bingham.com |
| BROWN RUDNICK LLP | ATTN: EDWARD WEISFELNER ESQ | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | eweisfelner@brownrudnick.com |
| BROWN RUDNICK LLP | ATTN: HOWARD SIEGEL ESQ | 185 ASYLUM STREET | | HARTFORD | CT | 06103 | hsiegel@brownrudnick.com |
| BROWN RUDNICK LLP | ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 | jjonas@brownrudnick.com; astrehle@brownrudnick.com; |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | ATTN: RACHEL OBALDO & JOHN MARK STERN | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | jcoffey@brownrudnick.com |
| CONNOLLY GALLAGHER LLP | ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ | 1000 WEST STREET, SUITE 1400 | | WILMINGTON | DE | 19801 | kbifferato@connollygallagher.com; kconlan@connollygallagher.com; |
| CROSS & SIMON, LLC | ATTN: MICHAEL J. JOYCE | 913 N. MARKET STREET, 11TH FLOOR | PO BOX 1380 | WILMINGTON | DE | 19899-1380 | mjoyce@crosslaw.com |
| DENTONS US LLP | ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ OSCAR PINKAS ESQ | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | hugh.mcdonald@dentons.com; louis.curcio@dentons.com; oscar.pinkas@dentons.com |
| DRINKER BIDDLE & REATH LLP | ATTN: HOWARD A. COHEN & ROBERT K. MALONE | 222 DELAWARE AVE., STE. 1410 | | WILMINGTON | DE | 19801-1621 | howard.cohen@dbr.com; robert.malone@dbr.com |

| Firm | Attention | Address Line | City | State | Zip | Email |
|---|---|---|---|---|---|---|
| FOLEY & LARDNER LLP | ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ, LARS PETERSON ESQ | 321 N CLARK ST STE 2800 | CHICAGO | IL | 60654-5313 | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE | ONE NEW YORK PLAZA | NEW YORK | NY | 10004 | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com; matthew.roose@friedfrank.com |
| FROST BROWN TODD LLC | ATTN: EDWARD M. KING, ESQ. | 400 W. MARKET STREET, 32ND FLOOR | LOUISVILLE | KY | 40202 | tking@fbtlaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL G. BUSENKELL | 913 N. MARKET STREET, 10TH FLOOR | WILMINGTON | DE | 19801 | mbusenkell@gsbblaw.com |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL MCCONNELL ESQ; CLAY TAYLOR ESQ; & KATHERINE THOMAS | 201 MAIN ST STE 2500 | FORT WORTH | TX | 76102 | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com; clay.taylor@kellyhart.com |
| KIRKLAND & ELLIS LLP | ATTN: JAMES H.M. SPRAYREGEN, P.C. CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ | 300 N LASALLE | CHICAGO | IL | 60654 | james.sprayregen@kirkland.com; chad.husnick@kirkland.com; steven.serajeddini@kirkland.com |
| KIRKLAND & ELLIS LLP | ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ | 601 LEXINGTON AVE | NEW YORK | NY | 10022 | richard.cieri@kirkland.com; edward.sassower@kirkland.com; stephen.hessler@kirkland.com; brian.schartz@kirkland.com |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.,MATTHEW B. MCGUIRE,ESQ. | 919 MARKET STREET, SUITE 1800 | WILMINGTON | DE | 19801 | landis@lrclaw.com; mcguire@lrclaw.com |
| LANDIS RATH & COBB LLP | ATTN: ADAM LANDIS ESQ & MATTEW MCGUIRE ESQ | 919 MARKET ST STE 1800 | WILMINGTON | DE | 19801 | landis@lrclaw.com; mcguire@lrclaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | 1100 COMMERCE ST ROOM 9C60 | DALLAS | TX | 75242-1496 | dallas.bankruptcy@publicans.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | | P.O. BOX 3064 | HOUSTON | TX | 77253-3064 | houston_bankruptcy@publicans.com |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ATTN: GEOFFREY GAY ESQ | GEOFFREY GAY ESQ | 816 CONGRESS AVE STE 1900 | AUSTIN | TX | 78701 | ggay@lglawfirm.com |
| MANION GAYNOR & MANNING LLP | ATTN: MARC PHILLIPS ESQ | | 1007 N ORANGE ST 10TH FL | WILMINGTON | DE | 19801 | mphillips@mgmlaw.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | ATTN: LEE GORDON | | PO BOX 1269 | ROUND ROCK | TX | 78680 | |
| MCKOOL SMITH | ATTN: PAUL D. MOAK, ESQ. | | 600 TRAVIS STREET, SUITE 7000 | HOUSTON | TX | 77002 | pmoak@mckoolsmith.com |
| MCKOOL SMITH | ATTN: PETER S. GOODMAN, ESQ. | MICHAEL R. CARNEY, ESQ. | ONE BRYANT PARK, 47TH FLOOR | NEW YORK | NY | 10036 | pgoodman@mckoolsmith.com; mcarney@mckoolsmith.com |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG | | 1 CHASE MANHATTAN PLAZA | NEW YORK | NY | 10005 | ddunne@milbank.com; efleck@milbank.com; kgartenberg@milbank.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY | | 1201 NORTH MARKET STREET, SUITE 1600 | WILMINGTON | DE | 19801 | dabbott@mnat.com; aremming@mnat.com; efay@mnat.com |
| MUNSCH HARDT KOPF & HARR PC | ATTN: KEVIN M LIPPMAN ESQ | | 500 N AKARD ST STE 3800 | DALLAS | TX | 75201-6659 | klippman@munsch.com |
| MUNSCH HARDT KOPF & HARR PC | ATTN: RUSSELL L MUNSCH ESQ | | 3050 FROST BANK TOWER | | | | |
| | | | 401 CONGRESS AVE | AUSTIN | TX | 78701-4071 | rmunsch@munsch.com |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE | | BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 | nicole.mignone@texasattorneygeneral.gov; hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov; |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ | | BANKRUPTCY REGULATORY SECTION | AUSTIN | TX | 78711-2548 | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE UNITED STATE TRUSTEE | | | ENVIRONMENTAL QUALITY & RAILROAD COMMISSION | | | | |
| | | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 - LOCKBOX #35 | WILMINGTON | DE | 19801 | richard.schepacarter@usdoj.gov |

| Firm | Attention | Address 1 | Address 2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN KORNBERG; KELLEY CORNISH; JACOB ADLERSTEIN | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | akornberg@paulweiss.com; kcornish@paulweiss.com; bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: DESIREE M. AMADOR, ATTY | 1200 K STREET, N.W. | | WASHINGTON | DC | 20005-4026 | amador.desiree@pbgc.gov; efile@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: OWEN M SONIK ESQ | 1235 N LOOP WEST STE 600 | | HOUSTON | TX | 77008 | houbank@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA CALVO ESQ | PO BOX 13430 | | ARLINGTON | TX | 76094-0430 | ebcalvo@pbfcm.com |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ | 1313 N MARKET ST 6TH FL | PO BOX 951 | WILMINGTON | DE | 19801 | lsilverstein@potteranderson.com; jryan@potteranderson.com |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ, DANIEL DEFRANCESCHI ESQ | 920 N KING ST | | WILMINGTON | DE | 19801 | collins@rlf.com; defranceschi@rlf.com |
| SAUL EWING LLP | ATTN: MARK MINUTI ESQ | 222 DELAWARE AVE STE 1200 | PO BOX 1266 | WILMINGTON | DE | 19899 | mminuti@saul.com |
| SHEARMAN & STERLING LLP | ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ | 599 LEXINGTON AVE | | NEW YORK | NY | 10022 | fsosnick@shearman.com; ned.schodek@shearman.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON | 155 NORTH WACKER DRIVE, SUITE 2700 | | CHICAGO | IL | 60606-1720 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: JAY M. GOFFMAN | FOUR TIMES SQUARE | | NEW YORK | NY | 10036-6522 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO | ONE RODNEY SQUARE | PO BOX 636 | WILMINGTON | DE | 19899-0636 | |
| SNELL & WILMER LLP | ATTN: DAVID E. LETA | 15 WEST SOUTH TEMPLE, SUITE 1200 | | SALT LAKE CITY | UT | 84101 | dleta@swlaw.com |
| GOODWIN PROCTER LLP | ATTN: WILLIAM P. WEINTRAUB KIZZY L. JARASHOW | THE NEW YORK TIMES BUILDING | | NEW YORK | NY | 10018-1405 | wweintraub@goodwinprocter.com; kjarashow@goodwinprocter.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | ATTN: JASON A STARKS, ASST ATTORNEY GENERAL | PO BOX 12548 | | AUSTIN | TX | 78711-2548 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | 51 WEST 52ND STREET | | NEW YORK | NY | 10019 | rgmason@wlrk.com; ekleinhaus@wlrk.com; awitt@wlrk.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: BENJAMIN LOVELAND ESQ | 60 STATE ST | | BOSTON | MA | 02109 | benjamin.loveland@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ | 7 WORLD TRADE CENTER | 250 GREENWICH ST | NEW YORK | NY | 10007 | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS | 222 DELAWARE AVENUE, SUITE 1501 | | WILMINGTON | DE | 19801 | mdesgrosseilliers@wcsr.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; | ANDREW MAGAZINER | RODNEY SQUARE | WILMINGTON | DE | 19801 | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |
| BAILEY BRAUER PLLC | ATTN: BENJAMIN L. STEWART | 8350 N. CENTRAL EXPY, SUITE 935 | | DALLAS | TX | 75206 | BStewart@BaileyBrauer.com |
| DYKEMA GOSSETT PLLC | ATTN: JEFFREY R. FINE | 1717 MAIN STREET, SUITE 4000 | | DALLAS | TX | 75201 | jfine@dykema.com |
| BRICKFIELD, BURCHETTE, RITTS & STONE, P.C. | ATTN: CHRISTINE C. RYAN | 1025 THOMAS JEFFERSON STREET, N.W. | | WASHINGTON | DC | 20007 | christine.ryan@bbrslaw.com |
| COUSINS CHIPMAN & BROWN, LLP | ATTN: SCOTT D. COUSINS, MARK D. OLIVERE; ANN M. KASHISHIAN | 1007 NORTH ORANGE STREET, SUITE 1110 | | WILMINGTON | DE | 19801 | cousins@ccbllp.com; olivere@ccbllp.com; kashishian@ccbllp.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA S. DIZENGOFF; ABID QURESHI; STEPHEN M. BALDINI; MEREDITH A. LAHAIE; ROBERT J. BOLLER; CHRISTOPHER W. CARTY; LINDSAY K. ZAHRADKA | | | | | | idizengoff@akingump.com; aqureshi@akingump.com; sbaldini@akingump.com; mlahaie@akingump.com; rboller@akingump.com; ccarty@akingump.com; lzahradka@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: SCOTT L. ALBERINO; JOANNA F. NEWDECK | 1333 NEW HAMPSHIRE AVENUE, N.W. | | WASHINGTON | DC | 20036 | salberino@akingump.com; jnewdeck@akingump.com |

| Firm | Attention | Address 1 | Address 2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER; GREGORY A. HOROWITZ; JOSHUA K. BRODY; PHILIP BENTLEY | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com |
| BRYAN CAVE LLP | ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | 1290 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10104 | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES; ROBERT J. FEINSTEIN | 919 N. MARKET STREET, 17TH FLOOR | | WILMINGTON | DE | 19801 | ljones@pszjlaw.com; rfeinstein@pszjlaw.com |
| COMPUTERSHARE COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: TINA VITALE | 480 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | Tina.Vitale@computershare.com |
| | ATTN: ALESSANDRA PANSERA | 1500 UNIVERSITY STREET, SUITE 700 | | MONTREAL | QUEB EC | H3A3S8 | alessandra.pansera@computershare.com |
| COZEN O'CONNOR | ATTN: MARK E. FELGER | 1201 NORTH MARKET STREET, SUITE 1001 | | WILMINGTON | DE | 19801 | mfelger@cozen.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS J. MOLONEY; SEAN A. O'NEAL; HUMAYUN KHALID | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | tmoloney@cgsh.com; soneal@cgsh.com; hkhalid@cgsh.com |
| WHITE & CASE LLP | ATTN: J. CHRISTOPHER SHORE; GREGORY M. STARNER | 1155 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | cshore@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | ATTN: THOMAS E LAURIA; MATTHEW C. BROWN | 200 SOUTH BISCAYNE BLVD., SUITE 4900 | | MIAMI | FL | 33131 | tlauria@whitecase.com; mbrown@whitecase.com |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY M. SCHLERF; JOHN H. STROCK; L. JOHN BIRD | 919 N. MARKET STREET, SUITE 300 | | WILMINGTON | DE | 19801 | jschlerf@foxrothschild.com; jstrock@foxrothschild.com; jbird@foxrothschild.com |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL K. ASTIN; JOHN D. MCLAUGHLIN, JR.; JOSEPH J. MCMAHON, JR. | 1204 N. KING STREET | | WILMINGTON | DE | 19801 | jmcmahon@ciardilaw.com |
| COWLES & THOMPSON | ATTN: STEPHEN C. STAPLETON | BANK OF AMERICA PLAZA | 901 MAIN STREET, SUITE 3900 | DALLAS | TX | 75202 | sstapleton@cowlesthompson.com |
| SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | 800 DELAWARE AVE., SUITE 1000 | P.O. BOX 410 | WILMINGTON | DE | 19899 | kmiller@skjlaw.com |
| HAYNES AND BOONE LLP | ATTN: JONATHAN HOOK | 30 ROCKEFELLER CENTER | 26TH FLOOR | NEW YORK | NY | 10112 | jonathan.hook@haynesboone.com |

| | | | | | |
|---|---|---|---|---|---|
| HAYNES AND BOONE LLP | ATTN: PATRICK L. HUGHES | 1221 MCKINNEY STREET | SUITE 1200 | HOUSTON | TX | 77010 | patrick.hughes@haynesboone.com |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN, ESQ. | 1633 BROADWAY, 47TH FLOOR | | NEW YORK | NY | 10019 | mschein@vedderprice.com |
| MORRIS JAMES LLP | ATTN: STEPHEN M. MILLER | 500 DELAWARE AVE., SUITE 1500 | PO BOX 2306 | WILMINGTON | DE | 19899 | smiller@morrisjames.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWNTHAL; CRAIG W. DENT | 1133 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | dalowenthal@pbwt.com; cdent@pbwt.com |
| QUARLES & BRADY LLP | ATTN: JOHN A. HARRIS, ESQ; JASON D. CURRY, ESQ.; | RENAISSANCE ONE | TWO NORTH CENTRAL AVE. | PHOENIX | AZ | 85004 | john.harris@quarles.com; jason.curry@quarles.com |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL K. ASTIN, ESQ; JOSEPH J. MCMAHON, JR., ESQ | 1204 NORTH KING STREET | | WILMINGTON | DE | 19801 | jmcmahon@ciardilaw.com |
| DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL S. HUEBNER, BENJAMIN S. KAMINETZKY, ELLIOT MOSKOWITZ, DAMON P. MEYER | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | efh.service@davispolk.com |
| NIXON PEABODY LLP | ATTN: RICHARD C. PEDONE, AMANDA D. DARWIN | 100 SUMMER STREET | | BOSTON | MA | 02110 | rpedone@nixonpeabody.com; adarwin@nixonpeabody.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: CHES GARRISON | 1333 NEW HAMPSHIRE AVENUE, N.W. | | WASHINGTON | DC | 20036-1564 | cgarrison@akingump.com |
| MCCATHERN, PLLC | ATTN: JONATHAN L. HOWELL | REGENCY PLAZA | 3710 RAWLINS, SUITE 1600 | DALLAS | TX | 75219 | jhowell@mccathernlaw.com |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: JON CHATALAIN | OFFICE OF THE CHIEF COUNSEL | 1200 K STREET, N.W. | WASHINGTON | DC | 20005-4026 | chatalain.jon@pbgc.gov; efile@pbgc.gov |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | 5 NORTH BROAD STREET, SUITE 100 | | WOODBURY | NJ | 08096 | dludman@brownconnery.com |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. | 200 PARK AVENUE | | NEW YORK | NY | 10166 | dneier@winston.com |
| MYERS-HILL | ATTN: ROBERT J. MYERS | 2525 RIDGMAR BLVD., STE. 150 | | FORT WORTH | TX | 76116 | rmyers@myers-hill.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN: MARK L. DESGROSSEILLIERS | 222 DELAWARE AVENUE, SUITE 1501 | | WILMINGTON | DE | 19801 | mdesgrosseilliers@wcsr.com |
| JACKSON WALKER, L.L.P. | ATTN: MONICA S. BLACKER | 901 MAIN STREET, SUITE 6000 | | DALLAS | TX | 75202 | mblacker@jw.com |
| JACKSON WALKER, L.L.P. | ATTN: J. SCOTT ROSE | WESTON CENTRE | 112 E. PECAN STREET, SUITE 2400 | SAN ANTONIO | TX | 78205 | srose@jw.com |

| Firm | Attention | Address | City | State | Zip | Email |
|---|---|---|---|---|---|---|
| CURTIN & HEEFNER LLP | ATTN: ROBERT SZWAJKOS | 250 PENNSYLVANIA AVENUE | MORRISVILLE | PA | 19067 | rsz@curtinheefner.com |
| POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & RAY, L.L.P. | ATTN: MICHAEL L. ATCHLEY & MATTHEW T. TAPLETT | 500 WEST 7TH STREET, SUITE 600 | FORT WORTH | TX | 76102 | matchley@popehardwicke.com; mtaplett@popehardwicke.com |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: KATHLEEN A. MURPHY, ESQ. | 919 N. MARKET STREET, SUITE 1500 | WILMINGTON | DE | 19801 | kathleen.murphy@bipc.com |
| BLANK ROME LLP | ATTN: MICHAEL D. DEBAECKE, ESQ & STANLEY B. TARR, ESQ. | 1201 MARKET STREET, SUITE 800 | WILMINGTON | DE | 19801 | debaecke@blankrome.com; tar@blankrome.com |
| BLANK ROME LLP | ATTN: MICHAEL B. SCHAEDLE, ESQ. | ONE LOGAN SQUARE | PHILADELPHIA | PA | 19103 | schaedle@blankrome.com |
| SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD & KALYAN DAS & ARLENE R. ALVES | ONE BATTERY PARK PLAZA | NEW YORK | NY | 10004 | ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE, ESQ., V.P. | 50 SOUTH SIXTH STREET, SUITE 1290 | MINNEAPOLIS | MN | 55402 | jrose@wilmingtontrust.com |
| SS&C STEPHEN SAKONCHICK II, P.C. | ATTN: STEPHEN SAKONCHICK II, ESQ. | 6502 CANON WREN DRIVE | AUSTIN | TX | 78746 | ssakon@gmail.com |
| WEINSTEIN RADCLIFF LLP | ATTN: GREGORY M. WEINSTEIN | 6688 N. CENTRAL EXPRESSWAY, SUITE 675 | DALLAS | TX | 75206 | gweinstein@weinrad.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 55 SECOND STREET, 17TH FLOOR | SAN FRANCISCO | CA | 94105-3493 | schristianson@buchalter.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN, ESQ. | P.O. BOX 3064 | HOUSTON | TX | 77253-3064 | houston_bankruptcy@publicans.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | 10953 VISTA LAKE COURT | NAVASOTA | TX | 77868 | pwp.pattiprewittlaw.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH L.L.P. | ATTN: JODY A. BEDENBAUGH & GEORGE B. CAUTHEN | | 1320 MAIN STREET, 17TH FLOOR | P.O. BOX 11070 (29211) | COLUMBIA | SC | 29201 | jody.bedenbaugh@nelsonmullins.com; george.cauthen@nelsonmullins.com |
| LOWER COLORADO RIVER AUTHORITY LEGAL SERVICES | ATTN: WILLIAM T. MEDAILLE | | P.O. BOX 220 | | AUSTIN | TX | 78767 | bill.medaille@lcra.org |
| REED SMITH LLP | ATTN: KURT F. GWYNNE AND KIMBERLY E.C. LAWSON | | 1201 N. MARKET STREET, SUITE 1500 | | WILMINGTON | DE | 19801 | kgwynne@reedsmith.com; klawson@reedsmith.com |
| CROWE & DUNLEVY, P.C. | ATTN: JUDY HAMILTON MORSE | | 20 NORTH BROADWAY, SUITE 1800 | | OKLAHOMA CITY | OK | 73102 | judy.morse@crowedunlevy.com |
| THE HOGAN FIRM | ATTN: DANIEL K. HOGAN | | 1311 DELAWARE AVENUE | | WILMINGTON | DE | 19806 | dkhogan@dkhogan.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE WADE SANDERS | | P.O. BOX 17428 | | AUSTIN | TX | 78760 | |
| TUCKER ARENSBERG, P.C. | ATTN: JORDAN S. BLASK & LARA E. SHIPKOVITZ | | 1500 ONE PPG PLACE | | PITTSBURGH | PA | 15222 | jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | ATTN: KEVIN M. CAPUZZI | | 1220 NORTH MARKET STREET, SUITE 950 | | WILMINGTON | DE | 19801 | kcapuzzi@pwujlaw.com |
| PURDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JEANMARIE BAER | | P.O. BOX 8188 | | WICHITA FALLS | TX | 76307 | hbky@pbfcm.com |
| GARDERE WYNNE SEWELL LLP | ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | | 1000 LOUISIANA, STE. 3400 | | HOUSTON | TX | 77002 | jmelko@gardere.com; mriordan@gardere.com |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | | 1000 THROCKMORTON STREET | | FORT WORTH | TX | 76102 | chris.mosley@fortworthtexas.gov |
| THE HOGAN FIRM | ATTN: DANIEL K. HOGAN | | 1311 DELAWARE AVENUE | | WILMINGTON | DE | 19806 | dkhogan@dkhogan.com |
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. | ATTN: JACOB L. NEWTON | | 2323 BRYAN STREET, SUITE 2200 | | DALLAS | TX | 75201 | newton@sbep-law.com |

| Firm | Attention | Address 1 | Address 2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| MORRISON & FOERSTER LLP | ATTTN: JAMES M. PECK, BRETT H. MILLER & LORENZO MARINUZZI | 250 WEST 55TH STREET | | NEW YORK | NY | 10019 | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com |
| POLSINELLI PC | ATTN: CHRISTOPHER A. WARD, JUSTIN K. EDELSON & SHANTI M. KATONA | 222 DELAWARE AVENUE, SUITE 1101 | | WILMINGTON | DE | 19801 | cward@polsinelli.com; jedelson@polsinelli.com; skatona@polsinelli.com |
| POLSINELLI PC | ATTN: EDWARD FOX | 900 THIRD AVENUE, 21ST FLOOR | | NEW YORK | NY | 10022 | efox@polsinelli.com |
| UNITED STATES DEPT. OF JUSTICE; CIVIL DIVISION | ATTN: MATTHEW J. TROY | P. O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044-0875 | |
| SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M.MILLER | 800 DELAWARE AVE., SUITE 1000 | P.O. BOX 410 | WILMINGTON | DE | 19899-0401 | kmiller@skjlaw.com |
| UNITED STATES DEPT. OF JUSTICE; TAX DIVISION | ATTN: MICHAEL G. SMITH W. BRADLEY RUSSELL; KATHRYN KENEALLY & ARI D. KUNOFSKY | P.O. BOX 227 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL K. ASTIN; JOHN D. MCLAUGHLIN, JR.; JOSEPH J. MCMAHON, JR. | 1204 N. KING STREET | | WILMINGTON | DE | 19801 | jmcmahon@ciardilaw.com |
| O'MELVENY & MYERS LLP | ATTN: GEORGE A. DAVIS, ESQ. | 7 TIMES SQUARE | | NEW YORK | NY | 10036 | gdavis@omm.com |
| COHEN & GRIGSBY, P.C. | ATTN: WILLIAM E. KELLEHER, JR. | 625 LIBERTY AVENUE | | PITTSBURGH | PA | 15222-3152 | wkelleher@cohenlaw.com |
| STREUSAND, LANDON & OZBURN, LLP | ATTN: SABRINA L. STREUSAND | 811 BARTON SPRINGS ROAD, SUITE811 | | AUSTIN | TX | 78704 | streusand@slollp.com |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-8704 | mark.somerstein@ropesgray.com |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | J. KATE STICKLES | 500 DELAWARE AVENUE, SUITE 1410 | | WILMINGTON | DE | 19801 | jstickles@coleschotz.com |

(Row for "111 NORTH 6TH STREET / P.O. BOX 846 / CLINTON OK 73601 / mikesmith1973@sbcglobal.net" present in source before Smith, Katzenstein row — see list.)