IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>*Plaintiff,*<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>*Defendants.* | Adversary Proceeding<br>No. 14-50363 (CSS) |

## NOTICE OF SERVICE OF FIRST SET OF DOCUMENT REQUESTS TO DEBTORS

PLEASE TAKE NOTICE that, on May 21, 2014, the **First Set Of Document Requests To Debtors By CSC Trust Company Of Delaware, As Indenture Trustee** was served via electronic mail on the following counsel for the above-referenced Debtors and Debtors in Possession:

James H.M. Sprayregen, P.C.
Chad Husnick, Esquire
Steven Serajeddini, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Richard Cieri Esquire
Edward Sassower, Esquire
Stephen Hessler Esquire
Brian E Schartz Esquire
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY  10022
richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

Counsel to the Debtors
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

Dated: May 21, 2014

                                        COLE, SCHOTZ, MEISEL,
                                        FORMAN & LEONARD, P.A.

                                        /s/ Norman L. Pernick
                                        Norman L. Pernick (No. 2290)
                                        J. Kate Stickles (No. 2917)
                                        Nicholas J. Brannick (No. 5721)
                                        500 Delaware Avenue, Suite 1410
                                        Wilmington, DE 19801
                                        Telephone: 302-652-3131
                                        Facsimile: 302-652-3117
                                        npernick@coleschotz.com
                                        kstickles@coleschotz.com
                                        nbrannick@coleschotz.com

                                        Warren A. Usatine
                                        25 Main Street,
                                        P.O. Box 800
                                        Hackensack, NJ 07602
                                        Telephone: 201-489-3000
                                        Facsimile: 201-489-1536
                                        wusatine@coleschotz.com

                                        *Counsel for CSC Trust Company of Delaware, as*
                                        *successor indenture trustee and collateral trustee*