# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered on an Interim Basis |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 21, 2014 Wilmington Savings Fund Society, FSB, as successor trustee under that certain indenture, by and through its undersigned counsel, served a copy of the Wilmington Savings Fund Society, FSB's Requests For Production of Documents to the Debtors Pursuant to Federal Rules of Civil Procedure 26 and 34 on the parties below via electronic mail.

> Edward O. Sassower,
> Kirkland & Ellis LLP
> 601 Lexington Avenue
> New York, NY  10022
> edward.sassower@kirkland.com

Dated: May 21, 2014
Wilmington, Delaware

> **ASHBY & GEDDES, P.A.**
>
> /s/ William P. Bowden
> William P. Bowden (I.D. No. 2553)
> Gregory A. Taylor (I.D. No. 4008)
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, Delaware 19899
> Telephone: (302) 654-1888
> Facsimile: (302) 654-2067
>
> – and –

{00860811;v1 }                                    -1-

-2-

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Aaron B. Lauchheimer (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and –

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*