IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>　　　　　*Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>　　　　　Defendants. | Adversary Proceeding<br>No. 14-50363 (CSS) |

**NOTICE OF SERVICE SUBPOENAS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to this proceeding through Rule 9016 of the Federal Rules of Bankruptcy Procedure, CSC Trust Company of Delaware, as Indenture Trustee, will serve subpoenas (the "Subpoenas") on the following parties and/or their counsel on or about May 21, 2014:

- Fidelity Management & Research Company or its affiliates
- Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders[1]
- Deutsche Bank Securities Inc.

---

[1] Counsel is being served in lieu of the members because the members of the Ad Hoc Committee of EFIH Unsecured Noteholders have not been identified through the filing of a disclosure pursuant to Bankruptcy Rule 2019, although a notice of appearance was filed by counsel.

- Goldman, Sachs & Co., Inc.
- Kohlberg Kravis Roberts & Co. L.P.
- Pacific Investment Management Company, LLC
- TPG Capital L.P.

PLEASE TAKE FURTHER NOTICE that on May 21, 2014, notice of the Subpoenas was provided to the following parties as counsel to the above-captioned debtors and defendants:

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

Richard M. Cieri
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
james.sprayregen@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Dated: May 21, 2014

        COLE, SCHOTZ, MEISEL, FORMAN
        & LEONARD, P.A.

        */s/ Norman L. Pernick*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        Nicholas J. Brannick (No. 5721)
        500 Delaware Avenue, Suite 1410    Warren A. Usatine
        Wilmington, DE 19801    25 Main Street,
        Telephone: 302-652-3131    P.O. Box 800
        Facsimile: 302-652-3117    Hackensack, NJ 07602
        npernick@coleschotz.com    Telephone: 201-489-3000
        kstickles@coleschotz.com    Facsimile: 201-489-1536
        nbrannick@coleschotz.com    wusatine@coleschotz.com

*Counsel for CSC Trust Company of Delaware,*
*as successor indenture trustee and collateral trustee*