IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>      *Debtors.* | )<br>)<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Adversary Proceeding<br>) No. 14-50363 (CSS)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Nicholas J. Brannick, Esquire, hereby certify that on May 21, 2014, I caused a copy of the **Notice of Subpoenas** to be served via Electronic Mail on the following parties:

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

Richard M. Cieri
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

                         James H.M. Sprayregen, P.C.
                         Chad J. Husnick
                         Steven N. Serajeddini
                         **KIRKLAND & ELLIS LLP**
                         300 North LaSalle
                         Chicago, Illinois 60654
                         james.sprayregen@kirkland.com
                         chad.husnick@kirkland.com
                         steven.serajeddini@kirkland.com

Dated: May 21, 2014

COLE, SCHOTZ, MEISEL, FORMAN
& LEONARD, P.A.

/s/ *signature*

Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410         Warren A. Usatine
Wilmington, DE 19801                        25 Main Street,
Telephone: 302-652-3131                P.O. Box 800
Facsimile: 302-652-3117                 Hackensack, NJ 07602
npernick@coleschotz.com               Telephone: 201-489-3000
kstickles@coleschotz.com               Facsimile: 201-489-1536
nbrannick@coleschotz.com              wusatine@coleschotz.com

*Counsel for CSC Trust Company of Delaware,
as successor indenture trustee and collateral trustee*