Stephen D. Lerner, Esq.
SQUIRE SANDERS (US) LLP
221 E. Fourth St., Suite 2900
Cincinnati, OH 45202
Telephone: (513) 361-1200
Facsimile: (513) 361-1201
stephen.lerner@squiresanders.com

*Counsel for ArcelorMittal USA LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ENERGY FUTURE HOLDINGS CORP.,** *et al.*, | **Case No. 14-10979 (CSS)** |
| **Debtors.** | **(Jointly Administered)** |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Squire Sanders (US) LLP hereby enters its appearance, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the above-captioned chapter 11 cases as counsel for ArcelorMittal USA LLC, and requests, pursuant to Bankruptcy Code § 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given, and papers served or required to be served, in these jointly administered cases be given to or served upon:

> Stephen D. Lerner
> Andrew M. Simon
> SQUIRE SANDERS (US) LLP
> 221 E. Fourth St., Suite 2900
> Telephone: (513) 361-1200
> Facsimile: (513) 361-1201
> stephen.lerner@squiresanders.com
> andrew.simon@squiresanders.com

2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleading, request, disclosure statement, plan, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, facsimile or otherwise, which affect the Debtors, property of the Debtors, or any rights or interest of creditors and parties in interest in these bankruptcy cases.

Dated: May 21, 2014
         Cincinnati, Ohio

SQUIRE SANDERS (US) LLP

By: */s/ Stephen D. Lerner*
    Stephen D. Lerner, Esq.
    221 E. Fourth St., Suite 2900
    Cincinnati, Ohio 45202
    Telephone: (513) 361-1200
    Facsimile: (513) 361-1201
    stephen.lerner@squiresanders.com

    *Counsel for ArcelorMittal USA LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2014, a copy of the foregoing Notice of Appearance and

Request for Service of All Pleadings and Documents was filed and served via the Court's

CM/ECF system.


Dated: May 21, 2014
      Cincinnati, OH

                                  */s/ Stephen D. Lerner*