**EXHIBIT A**

**Disclosable Economic Interests of the Members of the Ad Hoc Committee of TCEH First Lien Creditors[1]**

| Name of Creditor[2] | Address | TCEH First Lien Claims | TCEH Second Lien Claims | TCEH Unsecured Claims | Other |
|---|---|---|---|---|---|
| Angelo Gordon & Co., L.P. | 245 Park Av., 26 Fl. New York, NY, 10167 | TCEH First Lien Credit Agreement Claims: $914,532,691 | | | |
| Apollo Management Holdings L.P. | 9 W. 57th St., 48 Fl. New York, NY, 10019 | TCEH First Lien Credit Agreement Claims: $2,520,230,244 | | | TCEH Debtor-in-Possession Financing Claims:[3] $230,000,000 |
| Centerbridge Partners, L.P. | 375 Park Av., 12 Fl. New York, NY, 10152 | TCEH First Lien Credit Agreement Claims: $965,031,116 | | TCEH Unsecured Note Claims:[4] $432,000,000 | Short position in TCEH First Lien Credit Agreement Claims: $30,000,000 |

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of May 21, 2014. The amounts set forth herein include only outstanding principal and do not include accrued and unpaid interest or other amounts that may be owing under the applicable debt documents. In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as of the date hereof.

[2] Each entity on this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests in relation to the Debtors.

[3] "TCEH Debtor-in-Possession Financing Claims" means those loans and other obligations arising under that certain Debtor-In-Possession Credit Agreement, dated as of May 5, 2014, by and among, *inter alia*, TCEH, as Borrower, EFCH and certain of its subsidiaries, as Guarantors, Citibank, N.A., as Administrative Agent and Collateral Agent, and the Lenders from time to time party thereto.

[4] "TCEH Unsecured Note Claims" means those notes and other obligations arising under that certain Indenture, dated as of October 31, 2007 (as amended modified or supplemented from time to time), by and among, *inter alia*, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and Law Debenture Trust Company of New York, as Trustee.

| Name of Creditor[2] | Address | TCEH First Lien Claims | TCEH Second Lien Claims | TCEH Unsecured Claims | Other |
|---|---|---|---|---|---|
| Fortress Credit Opportunities, Advisers LLC | 1345 Avenue of the Americas, 46th Fl. New York, NY, 10105 | TCEH First Lien Credit Agreement Claims: $1,178,093,545 | | | |
| Franklin Advisers, Inc. | 1 Franklin Parkway, San Mateo CA, 94403 | TCEH First Lien Credit Agreement Claims: $22,988,785<br><br>TCEH First Lien Note Claims: $245,200,000 | | | EFIH 10% Note Claims:[5] $24,225,000 |
| Franklin Mutual Advisers, LLC | 101 JFK Parkway, Short Hills, NJ, 07078 | TCEH First Lien Credit Agreement Claims: $658,852,419<br><br>TCEH First Lien Note Claims: $364,907,000 | | | |
| King Street Capital Management, L.P. | 65 E. 55th St., 30 Fl. New York, NY, 10022 | TCEH First Lien Credit Agreement Claims: $1,172,778,000 | TCEH 15% Note Claims: $51,000,000 | TCEH Unsecured Note Claims: $220,829,000<br><br>Pollution Control Bond Claims:[6] $28,615,000 | |

---

[5] "EFIH 10% Note Claims" means those notes and other obligations arising under that certain Indenture, dated as of August 17, 2010 (as amended, modified or supplemented from time to time), by and among, *inter alia*, Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., as Issuers, and CSC Trust Company of Delaware, N.A., as Trustee.

[6] "Pollution Control Bond Claims" means those notes and other obligations relating to various TCEH pollution control revenue bonds.

| Name of Creditor[2] | Address | TCEH First Lien Claims | TCEH Second Lien Claims | TCEH Unsecured Claims | Other |
|---|---|---|---|---|---|
| Mason Capital LP | 110 E. 59th St., 30 Fl. New York, NY, 10022 | TCEH First Lien Credit Agreement Claims: $159,624,215 | | | Texas Energy Future Holdings Partnership Interests:[7] 14,464,987 |
| Oaktree Capital Management, L.P. | 333 South Grand Av., Los Angeles, CA, 90071 | TCEH First Lien Credit Agreement Claims: $2,744,444,323 | TCEH 15% Note Claims:[8] $90,841,000 | | TCEH Debtor-in-Possession Financing Claims: $70,000,000 |
| OZ Management LP | 9 W. 57th St., 13Fl. New York, NY, 10019 | TCEH First Lien Credit Agreement Claims: $656,175,197 | TCEH 15% Note Claims: $95,100,000 | TCEH Unsecured Note Claims: $70,000,000<br><br>Pollution Control Bond Claims: $20,000,000 | TCEH Debtor-in-Possession Financing Claims: $20,000,000 |
| Paulson & Co., Inc. | 1251 Avenue of the Americas, New York, NY, 10023 | TCEH First Lien Credit Agreement Claims: $599,691,000<br><br>TCEH First Lien Note Claims: $150,309,000 | | | |

---

[7] "Texas Energy Future Holdings Partnership Interests" means those partnership interests in Texas Energy Future Holdings LP, a Texas limited partnership.

[8] "TCEH 15% Note Claims" means those notes and other obligations arising under that certain Indenture, dated as of October 6, 2010 (as amended, modified or supplemented from time to time), by and among, *inter alia*, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and Wilmington Savings Fund Society, FSB, as Trustee.