# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 5/22/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Joyce | Cross & Simon | Fidelity |
| Gary Kaplan | Fried Frank | Fidelity |
| Matt Roose | Fried Frank | Fidelity |
| Brian Herman, Geoff Albritton | Paul Weiss, Rifkind, Wharton; Kramer Levin | Ad Hoc Committee of TCEH First Lien Creditors |
| Andrew Morgan, Ryan Beatty | Young Conaway | |
| Scott A. Vietkins | Akin Gump | EFIH 2nd Lien |
| Ann Kashishian | Cousins Chopman & Brown | " " " |
| Scott Cousins | " | " " " |
| ANDREW McGAAN | Kirkland & Ellis | Debtors |
| CARL N. KUNZ III | MORRIS JAMES LLP | Law De Benton (Wilmington Trust |
| Richard C. Pedone | Nixon Peabody | American Stock Trans & Trustee ("AST") |
| Bonnie Fatell | Blank Rome | Wilmington Trust as Successor 1st Lien Administrative Agent |
| John Ashmead | Seward & Kissel | 1st Lien Administrative Agent |
| Arlene Alves | | |
| Mark D. Collins | Richards Layton + Finger | Debtor |
| Daniel J. DeFranceschi | " | Debtor |
| Jason M. Madron | " | Debtor |

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 5/22/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bill Bowden | Ashby & Geddes | WSFS, Trustee |
| Greg Taylor | " " | " " |
| Stacy Newman | " " | " " |
| Aaron Stulman | " " | " " |
| Louis Curcio | SNR Denton | " " |
| Christopher Simon | Cross & Simon | |
| Howard A. Cohen | Drinker Biddle & Reath | American Stock Transfer |
| Robert K. Malone | " | Citibank, N.A., DIP Agent |
| Dennis F. Dunne | Milbank Tweed | " " |
| Matthew Brod | " " | " " |
| Norman Pernick | Cole Schotz | CSC |
| Keith Wofford | Ropes & Gray | " |
| Ross Martin | " | " |
| Warren Usatine | Cole Schotz | " |
| James Millar | Drinker Biddle | " |
| Jeff Sabin | Bingham | Dpw Co |
| Julia Frost-Davis | " | " |
| Karen Bifferato | Connolly Gallagher | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 5/22/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Computershare |
| Timothy Cairns | Pachulski Stang Ziehl & Jones | Computershare |
| Thomas Mayer | Kramer Levin et al | Computershare |
| Joshua Brady | Kramer Levin et al | Computershare |
| Greg Horowitz | Kramer Levin et al | Computershare |
| Frederick Sosnick | Shearman & Sterling | Deutsche Bank - New York Branch |
| Ned Schodek | " | " |
| Larry Silber Silverstein | Potter Anderson & Corroon | " |
| R. Stephen McNeill | " | " |
| Richard L Schepacarter | USDOJ - OUST | US Trustee |
| Greg Starner | White + Case | TCEH Unsecured Noteholders |
| Chris Shore | White + Case | " |
| Jeffrey Schlerf | Fox Rothschild | " |
| Derek Abbott | Morris Nichols | KKR, TPG |
| Emil Kleinhaus | Wachtell Lipton | ", ", Goldman |
| Ed Weisfelner | Brown Rudnick | WSFS, Trustee |
| Jeff Jonas | " | " |
| Jonathan Marshall | " | " |
| Aaron Laukheimer | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 5/22/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | Committee |
| Justin Edelson | Polsinelli | " |
| Brett Miller | MoFo | " |
| Lorenzo Marinuzzi | MoFo | " |
| Anthony Piccini | MoFo | " |
| Mark Hebbeln | Foley | UMB Bank, NA, as Trustee |
| Harold Kaplan | " | " |
| Mark Felger | Cozen | J Aron |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.