**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 455** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2014, I caused to be served the:

   a. "Debtors' Responses and Objections to Ad Hoc Group of TCEH Unsecured Noteholders' Requests for Production of Documents Pursuant to Rules 7026 and 7034," dated May 14, 2014,

   b. "Letter in regards to the Ad Hoc Group of TCEH Unsecured Creditors Discovery Requests," dated May 14, 2014, and

   c. "Notice of Service of 'Debtors' Responses and Objections to Ad Hoc Group of TCEH Unsecured Noteholders' Requests for Production of Documents Pursuant to Rules 7026 and 7034'," dated May 14, 2014 [Docket No. 455],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
16th day of May, 2014

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

-2-

T:\Clients\TXUENERG\Affidavits\Response, Letter and Notice of Service_DI 455_AFF_5-15-14.docx

**EXHIBIT A**

WILLIAM P. BOWDEN, ESQ.
ASHBY & GEDDES, P.A.
500 DELAWARE AVENUE
P.O. BOX 1150
WILMINGTON, DE 19899


JEFFREY M. SCHLERF, ESQ.
FOX ROTHSCHILD LLP
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1300
WILMINGTON, DE 19899


J. CHRISTOPHER SHORE, ESQ.
WHITE & CASE LLP
1155 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036


JEFFREY L. JONAS, ESQ.
BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111