IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Related to Docket No. 553**<br>) |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
|  | ) SS |
| NEW CASTLE COUNTY | ) |

I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole, Schotz, Meisel, Forman & Leonard, P.A., and that on May 20, 2014 and May 21, 2014, I caused a copy of the Statement of CSC Trust Company of Delaware, as Indenture Trustee, Regarding Status Conference on May 22, 2014 (the "Statement") [Docket No. 553] to be served on the parties on the service list attached hereto in the manner indicated.

Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 21st day of May, 2014

NOTARY PUBLIC

Kimberly A. Stahl
Notary Public State of Delaware
My Commission Expires 1/06/2015

## 2002 SERVICE LIST

**Via Electronic Mail on May 20, 2014:**

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Richard Schepacarter, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Laurie Selber Silverstein, Esquire
Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE 19801

Marc J. Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801

Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801

Michael J. Joyce, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
PO Box 1380
Wilmington, DE 19899

Mark S. Chehi, Esquire
Kristhy M. Peguero, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

Howard A. Cohen, Esquire
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

Mark E. Felger, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801

Scott D. Cousins, Esquire
Mark D. Olivere, Esquire
Ann M. Kashishian, Esquire
Cousins Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE

Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Kevin M. Capuzzi, Esquire
Pinckney. Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
PO Box 410
Wilmington, DE 19899

Robert J. Feinstein,
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Thomas Moers Mayer, Esquire
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Stephanie Wickouski, Esquire
Michelle McMahon, Esquire
Robert E. Peterson, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300

Patricia Villareal, Esquire
Michael L. Davitt, Esquire
Jones Day
2727 North Harwood Street
Dallas, TX 75201

Richard Cieri Esquire
Edward Sassower, Esquire
Stephen Hessler Esquire
Brian E Schartz Esquire
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022

James H.M. Sprayregen, P.C.
Chad Husnick, Esquire
Steven Serajeddini, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019

Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

Accounts of State of Texas)
Rachel Obaldo, Esquire, AAG
John Mark Stern, Esquire, AAG
Office of the Texas Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Jason A. Starks, Esquire
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711

Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Nicole Mignone, Esquire
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
PO Box 13430
Arlington, TX 76094-0430

Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, TX 77008

Jeanmarie Baer, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
900 Eighth Street, #1100
Wichita Falls, TX 76301

Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX 78701-4071

Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Howard L. Siegel, Esquire
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103

Hugh M. McDonald, Esquire
Louis A. Curcio, Esquire
Oscar N. Pinkas, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Benjamin W. Loveland, Esquire
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Michael A. McConnell, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Geoffrey Gay, Esquire
Lloyd Gosselink Rochelle & Townsend, P.C.
816 Congress Avenue, Suite 1900
Austin, TX 78701

Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036

Paul D. Moak, Esquire
McKool Smith
600 Travis Street, Suite 7000
Houston, TX 77002

Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Edward M. King, Esquire
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202

James Prince, Esquire
Omar J. Alaniz, Esquire
Ian E. Roberts, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201

Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

George N. Panagakis, Esquire
Carl T. Tullson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606

Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680

Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

David E. Leta, Esquire
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Schriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Richard C. Pedone, Esquire
Amanda D. Darwin, Esquire
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Jonathan Hook, Esquire
Haynes and Boone LLP
30 Rockefeller Center, 26th Floor
New York, NY 10112

Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX 77010

Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Daniel A. Lowenthal, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

John A. Harris, Esquire
Jason D. Curry, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Stephen C. Stapleton, Esquire
Cowles & Thompson
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 75202

J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Meredith A. Lahaie, Esquire
Robert J. Boller, Esquire
Christopher W. Carty, Esquire
Lindsay Zahradka, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Benjamin L. Stewart
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy, Suite 935
Dallas, TX 75206

Jeffrey R. Fine, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, TX 75201

Christine C. Ryan, Esquire
Brickfield, Burchette, Ritts & Stone, P.C.
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Stephen Sakonchick, II, Esquire
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, TX 78746

John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Jeffrey T. Rose
Vice President
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
Pope, Hardwicke, Christie, Schell, Kelly & Ray, L.L.P.
500 West 7th Street, Suite 600
Forth Worth, TX 76102

Monica S. Blacker, Esquire
Jackson Walker, L.L.P.
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, TX 75202

J. Scott Rose, Esquire
Jackson Walker, L.L.P.
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205

Robert J. Myers, Esquire
Myers * Hill
2525 Ridgmar Blvd., Suite 150
Fort Worth, TX 76116

Jonathan L. Howell, Esquire
McCathern, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219

Gregory M. Weinstein, Esquire
Weinstein Radcliff LLP
6688 N. Central Expressway, Suite 675
Dallas, TX 75206

Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

Patricia Williams Prewitt, Esquire
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868

Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough L.L.P.
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC 29201

William T. Medaille, Esquire
Lower Colorado River Authority
Legal Services
3700 Lake Austin Blvd.
Austin, TX 78703

Judy Hamilton Morse, Esquire
Crowe & Dunlevy, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253

Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
2700 Via Fortuna Drive, Suite 400
Austin, TX 78741

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway, Suite 1000
Dallas, TX 75207

Jamie R. Welton, Esquire
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219

Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

John P. Melko, Esquire
Michael K. Riordan, Esquire
Gardere Wynne Sewell LLP
1000 Louisiana, Ste. 3400
Houston, TX 77002

Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005

Desiree M. Amador, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, D.C. 20005-4026

**Via First-Class Mail on May 21, 2014:**

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Richard Schepacarter, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Laurie Selber Silverstein, Esquire
Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE 19801

Marc J. Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801

Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801

Michael J. Joyce, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
PO Box 1380
Wilmington, DE 19899

Mark S. Chehi, Esquire
Kristhy M. Peguero, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

Howard A. Cohen, Esquire
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

Mark E. Felger, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801

Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801

Scott D. Cousins, Esquire
Mark D. Olivere, Esquire
Ann M. Kashishian, Esquire
Cousins Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE

Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Kevin M. Capuzzi, Esquire
Pinckney. Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
PO Box 410
Wilmington, DE 19899

Robert J. Feinstein,
John A. Morris, Esquire
Maria A. Bove, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Dean A. Ziehl, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Stephanie Wickouski, Esquire
Michelle McMahon, Esquire
Robert E. Peterson, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300

Patricia Villareal, Esquire
Michael L. Davitt, Esquire
Jones Day
2727 North Harwood Street
Dallas, TX 75201

Richard Cieri Esquire
Edward Sassower, Esquire
Stephen Hessler Esquire
Brian E Schartz Esquire
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022

James H.M. Sprayregen, P.C.
Chad Husnick, Esquire
Steven Serajeddini, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019

Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

Accounts of State of Texas
Rachel Obaldo, Esquire, AAG
John Mark Stern, Esquire, AAG
Greg Abbott, Esquire
Office of the Texas Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Jason A. Starks, Esquire
Greg Abbott, Esquire
Daniel T. Hodge, Esquire
John B. Scott, Esquire
Ronald R. DelVento, Esquire
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711

Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
PO Box 13430
Arlington, TX 76094-0430

Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, TX 77008

Jeanmarie Baer, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
900 Eighth Street, #1100
Wichita Falls, TX 76301

Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX 78701-4071

Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Howard L. Siegel, Esquire
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103

Hugh M. McDonald, Esquire
Louis A. Curcio, Esquire
Oscar N. Pinkas, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Benjamin W. Loveland, Esquire
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Geoffrey Gay, Esquire
Lloyd Gosselink Rochelle & Townsend, P.C.
816 Congress Avenue, Suite 1900
Austin, TX 78701

Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036

Paul D. Moak, Esquire
McKool Smith
600 Travis Street, Suite 7000
Houston, TX 77002

Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Edward M. King, Esquire
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202

James Prince, Esquire
Omar J. Alaniz, Esquire
Ian E. Roberts, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201

Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

George N. Panagakis, Esquire
Carl T. Tullson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606

Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680

Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

David E. Leta, Esquire
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Schriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Richard C. Pedone, Esquire
Amanda D. Darwin, Esquire
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Jonathan Hook, Esquire
Haynes and Boone LLP
30 Rockefeller Center, 26th Floor
New York, NY 10112

Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX 77010

Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Daniel A. Lowenthal, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

John A. Harris, Esquire
Jason D. Curry, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Stephen C. Stapleton, Esquire
Cowles & Thompson
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 75202

J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Meredith A. Lahaie, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Benjamin L. Stewart
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy, Suite 935
Dallas, TX 75206

Jeffrey R. Fine, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, TX 75201

Christine C. Ryan, Esquire
Brickfield, Burchette, Ritts & Stone, P.C.
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Stephen Sakonchick, II, Esquire
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, TX 78746

John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Jeffrey T. Rose
Vice President
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
Pope, Hardwicke, Christie, Schell, Kelly & Ray, L.L.P.
500 West 7th Street, Suite 600
Forth Worth, TX 76102

Monica S. Blacker, Esquire
Jackson Walker, L.L.P.
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, TX 75202

J. Scott Rose, Esquire
Jackson Walker, L.L.P.
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205

Robert J. Myers, Esquire
Myers * Hill
2525 Ridgmar Blvd., Suite 150
Fort Worth, TX 76116

Jonathan L. Howell, Esquire
McCathern, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219

Gregory M. Weinstein, Esquire
Weinstein Radcliff LLP
6688 N. Central Expressway, Suite 675
Dallas, TX 75206

Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

Patricia Williams Prewitt, Esquire
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868

Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough L.L.P.
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC 29201

William T. Medaille, Esquire
Lower Colorado River Authority
Legal Services
3700 Lake Austin Blvd.
Austin, TX 78703

Judy Hamilton Morse, Esquire
Crowe & Dunlevy, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253

Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
2700 Via Fortuna Drive, Suite 400
Austin, TX 78741

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway, Suite 1000
Dallas, TX 75207

Jamie R. Welton, Esquire
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219

Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

John P. Melko, Esquire
Michael K. Riordan, Esquire
Gardere Wynne Sewell LLP
1000 Louisiana, Ste. 3400
Houston, TX 77002

Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005

Desiree M. Amador, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, D.C. 20005-4026

Kevin G. Abrams, Esquire
John M. Seaman, Esquire
Abrams & Bayliss LLP
20 Montchanin, Road, Suite 200
Wilmington, DE 19807

Office of the General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Andrew M. Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281-1022

Michael A. Berman, Esquire
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554

Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346