IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket No. 522 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Brenda S. Walters, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, co-counsel to the Ad Hoc Committee of TCEH First Lien Creditors in the above-captioned matter, and that on May 19, 2014, she caused a copy of the *Joinder of the Ad Hoc Committee of TCEH First Lien Creditors to the Debtors' Objection to the Motion of Wilmington Savings Fund Society, FSB Pursuant to 28 U.S.C. §§ 1408 & 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure to Transfer Cases to the United States District Court for the Northern District of Texas* (Docket No. 522) to be served upon the parties on the attached service list in the manner indicated.

                                                    */s/ Brenda S. Walters*
                                                    Brenda S. Walters

      SWORN TO AND SUBSCRIBED before me this 22nd day of May, 2014.

                                                    */s/ Debbie Ellen Laskin*
                                                    Notary Public
                                                   DEBBIE ELLEN LASKIN
                                                   NOTARY PUBLIC
                                                   STATE OF DELAWARE
                                                   My commission expires Nov. 29, 2016

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

01:11475166.6

**SERVICE LIST (Case 14-10979, D.I. 522, 5/19/14)**

William P. Bowden, Esq.
Gregory Taylor, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(WSFS)
*Hand Delivery*

Mark D. Collins, Esq.
Jason M. Madron, Esq.
Daniel J. DeFranceschi, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Debtors)
*Hand Delivery*

Jeffrey L. Jonas, Esq.
Andrew P. Strehle, Esq.
Jeremy B. Coffey, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(WSFS)
*First Class Mail*

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
(Committee Counsel)
*First Class Mail*

Richard Cieri, Esq.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022-4611
(Debtors)
*First Class Mail*

Edward M. Fox, Esq.
Polsinelli Shughart
805 Third Avenue, Suite 2020
New York, NY 10022
(Committee Counsel)
*First Class Mail*

Thomas E. Lauria, Esq.
Southeast Financial Center, Suite 4900
Matthew C. Brown, Esq.
White & Case LLP
200 South Biscayne Boulevard
Miami, FL 33131
(Ad Hoc Group of TCEH Unsecured Noteholders)
*First Class Mail*

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*Hand Delivery*

Jeffrey M. Schlerf, Esq.
John H. Strock, Esq.
L. John Bird, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
(Ad Hoc Group of TCEH Unsecured Noteholders)
***Hand Delivery***

Howard L. Siegel, Esq
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103-3402
(WSFS)
***First Class Mail***

Christopher Ward, Esq.
Justin Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(Committee Counsel)
***Hand Delivery***

J. Christopher Shore, Esq.
Gregory M. Starner, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(Ad Hoc Group of TCEH Unsecured Noteholders)
***First Class Mail***

James H. Sprayregen, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Debtors
***First Class Mail***

Edward S. Weisfelner, Esq.
Gordon Z. Novod, Esq.
James W. Stoll, Esq
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
(WSFS)
***First Class Mail***

01:15475387.1