IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | **Re: Docket Nos. 71 & 324** |

**NOTICE OF FILING OF PROPOSED FORM OF "FINAL ORDER (A) AUTHORIZING USE OF CASH COLLATERAL FOR TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES, (B) GRANTING ADEQUATE PROTECTION, AND (C) MODIFYING THE AUTOMATIC STAY"**

PLEASE TAKE NOTICE that, on April 29, 2014, Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company LLC and each of the Subsidiary Guarantors (as defined in the Motion) (collectively, the "TCEH Debtors") filed the **Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing** [D.I. 71] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Motion, on May 2, 2014, the Bankruptcy Court entered the **Interim Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10339518v.1

**its Debtor Affiliates, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing** [D.I. 324] (the "<u>Interim Order</u>") in connection with the Motion. **<u>You were previously served with a copy of the Interim Order</u>.**

PLEASE TAKE FURTHER NOTICE that, in accordance with the Interim Order, a final hearing with respect to the Motion (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 5, 2014 at 9:30 a.m. (Eastern Daylight Time)** (the "<u>Final Hearing</u>").

PLEASE TAKE FURTHER NOTICE that the Debtors are hereby filing a form of final order in connection with the Motion (the "<u>Proposed Final Order</u>"). A copy of the Proposed Final Order is attached hereto as <u>Exhibit 1</u>. For the convenience of the Bankruptcy Court and other parties-in-interest, a blackline comparing the Proposed Final Order against the Interim Order is attached hereto as <u>Exhibit 2</u>.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Proposed Final Order to the Bankruptcy Court for entry at the Final Hearing. To the extent that the Debtors make any further revisions to the Proposed Final Order prior to the Final Hearing, the Debtors intend to present a blacklined copy of such revised documents to the Bankruptcy Court at the Final Hearing.

Dated: May 22, 2014
      Wilmington, Delaware      /s/ *Tyler D. Semmelman*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com
      semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
      edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession