IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 73 & 325** |

**NOTICE OF FILING OF PROPOSED FORM OF "FINAL ORDER (A) APPROVING POSTPETITION FINANCING FOR TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, AND (C) MODIFYING THE AUTOMATIC STAY"**

PLEASE TAKE NOTICE that, on April 29, 2014, Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company LLC and each of the Subsidiary Guarantors (as defined in the Financing Motion) (collectively, the "TCEH Debtors") filed the **Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing** [D.I. 73] (the "Financing Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Financing Motion.**

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Financing Motion, on May 2, 2014, the Bankruptcy Court entered the **Interim Order (A)**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10339444v.1

**Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing** [D.I. 325] (the "Interim Financing Order") in connection with the Financing Motion.  **You were previously served with a copy of the Interim Financing Order.**

PLEASE TAKE FURTHER NOTICE that, in accordance with the Interim Financing Order, a final hearing with respect to the Financing Motion (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 5, 2014 at 9:30 a.m. (Eastern Daylight Time)** (the "Final Hearing").

PLEASE TAKE FURTHER NOTICE that the Debtors are hereby filing a form of final debtor in possession financing order in connection with the Financing Motion (the "Proposed Final DIP Financing Order").  A copy of the Proposed Final DIP Financing Order is attached hereto as Exhibit 1.  For the convenience of the Bankruptcy Court and other parties-in-interest, a blackline comparing the Proposed Final DIP Financing Order against the Interim Financing Order is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Proposed Final DIP Financing Order to the Bankruptcy Court for entry at the Final Hearing.  To the extent that the Debtors make any further revisions to the Proposed Final DIP Financing Order prior to the Final Hearing, the Debtors intend to present a blacklined copy of such revised documents to the Bankruptcy Court at the Final Hearing.

Dated: May 22, 2014
      Wilmington, Delaware

/s/ *Tyler D. Semmelman*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  richard.cieri@kirkland.com
    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession