## Exhibit 1

Budget

RLF1 10339512v.1

**TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC ("TCEH")**
**DIP Budget**
*$ in millions*

| Month Ending | 5/31/14 | 6/30/14 | 7/31/14 | 8/31/14 | 9/30/14 | 10/31/14 | 11/30/14 | 12/31/14 | 1/31/15 | 2/28/15 | 3/31/15 | 4/30/15 | 5/31/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Months in Bankruptcy | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| **Unlevered Free Cash Flow** | | | | | | | | | | | | | |
| Open EBITDA | $123 | $170 | $220 | $241 | $162 | $58 | $79 | $125 | $156 | $131 | $78 | $79 | $116 |
| Hedge Value [1] | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cash Impacts of Adjustments to EBITDA | (1) | (9) | (1) | (1) | (3) | (1) | (1) | (3) | (2) | (3) | (6) | (2) | (2) |
| Subtotal | $121 | $161 | $219 | $240 | $159 | $57 | $79 | $122 | $154 | $128 | $72 | $77 | $114 |
| Capital Expenditures | (57) | (66) | (87) | (57) | (53) | (45) | (49) | (62) | (55) | (40) | (33) | (41) | (58) |
| Working Capital | (96) | (16) | (78) | (3) | 30 | 100 | (9) | (27) | (70) | 57 | 11 | 23 | (24) |
| Margin Deposits | (30) | (28) | (30) | (30) | (29) | (29) | (28) | (2) | (0) | (0) | (0) | (0) | (0) |
| Other Cash Flow Items | (6) | 25 | (4) | (10) | 45 | 5 | 8 | 36 | (65) | (38) | 12 | (25) | 6 |
| External Tax Payments to EFH Corp. | (27) | (0) | (0) | (3) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (26) |
| **Unlevered Free Cash Flow** | **($95)** | **$77** | **$19** | **$137** | **$153** | **$88** | **$1** | **$67** | **($37)** | **$108** | **$63** | **$34** | **$12** |
| **Ch. 11 Adjustments** | | | | | | | | | | | | | |
| Margin Deposits Adjustment [2] | 30 | 28 | 30 | 30 | 29 | 29 | 28 | 2 | 0 | 0 | 0 | 0 | 0 |
| Adequate Protection Interest [3] | (102) | (102) | (102) | (103) | (102) | (103) | (103) | (104) | (104) | (105) | (106) | (107) | (108) |
| Payments to Structurally Senior Creditors [4] | (1) | (4) | (11) | (0) | (3) | (1) | (0) | (12) | (7) | (0) | (3) | (0) | (0) |
| RRC Mine Reclamation Bond | -- | (1,100) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| LUME and L/C Collateral / Utility Adequate Assurance [5] | (910) | (300) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Professional Fees / Financing / Business Impacts / Other [6] | (218) | (36) | (21) | (20) | (31) | (29) | (29) | (28) | (27) | (28) | (27) | (28) | (27) |
| Corporate Services Payment Adjustment | 69 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| DIP Facility Financing | 1,079 | 1,446 | 93 | (35) | (37) | 24 | 112 | 83 | 183 | 34 | 83 | 111 | 134 |
| DIP Facility Interest | (3) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (9) | (9) | (9) | (9) | (10) |
| Release of Restricted Cash | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Total Ch. 11 Adjustments** | **($56)** | **($76)** | **($20)** | **($137)** | **($153)** | **($88)** | **($1)** | **($67)** | **$37** | **($108)** | **($63)** | **($34)** | **($12)** |
| **Total Cash Flow** | **($151)** | **$1** | **($1)** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** |
| Beginning Cash Balance [7] | 251 | 100 | 101 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Total Cash Flow | (151) | 1 | (1) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Ending Cash Balance** | **$100** | **$101** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** |
| **Total Liquidity** | | | | | | | | | | | | | |
| DIP Facility Revolving Facility Availability | 154 | 1,950 | 1,857 | 1,892 | 1,929 | 1,906 | 1,794 | 1,711 | 1,528 | 1,494 | 1,411 | 1,300 | 1,166 |
| L/C Restricted Cash Availability | 200 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| Plus: Ending Cash Balance | 100 | 101 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Total Available Liquidity** | **$454** | **$2,201** | **$2,107** | **$2,142** | **$2,179** | **$2,156** | **$2,044** | **$1,961** | **$1,778** | **$1,744** | **$1,661** | **$1,550** | **$1,416** |
| Unavailable Unencumbered Cash | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |

Notes:

[1] Reflects removal of benefit of gas hedges totaling $391m for the May 2014 - December 2014 time period.

[2] Reflects reversal of all margin deposit activity related to gas hedges totaling $206m for the May 2014 - December 2014 time period.

[3] Assumes L + [4.5]% (1-month LIBOR curve) on principal amount of all first lien debt, as well as retirement of accrued and unpaid first lien interest expense as of April 30, 2014.

[4] Includes debt service payments related to capital leases and other structurally senior debt.

[5] Combination of collateral for LUME trading parties and L/C cash collateral, as well as adequate assurance for utility providers.

[6] Payment of professional fees subject to Court approval.

[7] Cash balance net of $150m adjustment to account for Unavailable Unencumbered cash.

Draft - Subject to Change and Material Revision
Highly Confidential. Subject to Terms of Non-Disclosure Agreement. Subject to FRE 408.

**TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC ("TCEH")**

**DIP Budget**

*$ in millions*

| Month Ending | 6/30/15 | 7/31/15 | 8/31/15 | 9/30/15 | 10/31/15 | 11/30/15 | 12/31/15 | 1/31/16 | 2/29/16 | 3/31/16 | 4/30/16 | 5/31/16 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Months in Bankruptcy | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | |
| **Unlevered Free Cash Flow** | | | | | | | | | | | | | |
| Open EBITDA | $169 | $227 | $270 | $181 | $48 | $88 | $113 | $144 | $123 | $81 | $33 | $124 | $3,339 |
| Hedge Value [1] | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cash Impacts of Adjustments to EBITDA | (10) | (1) | (1) | (4) | (1) | (1) | (4) | (1) | (1) | (1) | (1) | (1) | (64) |
| Subtotal | $159 | $226 | $269 | $177 | $47 | $87 | $109 | $144 | $122 | $80 | $32 | $123 | $3,276 |
| Capital Expenditures | (76) | (100) | (38) | (32) | (36) | (36) | (61) | (30) | (41) | (38) | (23) | (75) | (1,288) |
| Working Capital | (25) | (98) | (41) | 56 | 119 | (14) | (23) | (21) | 30 | 35 | 60 | (98) | (121) |
| Margin Deposits | 0 | (0) | (0) | (0) | (0) | (0) | 0 | 0 | (0) | 0 | 0 | 0 | (205) |
| Other Cash Flow Items | 32 | (15) | 0 | 28 | 0 | 7 | 30 | (73) | (43) | 16 | (31) | 3 | (56) |
| External Tax Payments to EFH Corp. | (0) | (0) | (3) | (0) | (0) | (0) | 0 | 0 | 0 | 0 | 0 | (23) | (81) |
| **Unlevered Free Cash Flow** | **$90** | **$12** | **$188** | **$229** | **$130** | **$44** | **$56** | **$20** | **$68** | **$93** | **$39** | **($70)** | **$1,524** |
| **Ch. 11 Adjustments** | | | | | | | | | | | | | |
| Margin Deposits Adjustment [2] | (0) | 0 | 0 | 0 | 0 | 0 | (0) | (0) | 0 | (0) | (0) | (0) | 205 |
| Adequate Protection Interest [3] | (110) | (111) | (113) | (115) | (116) | (119) | (121) | (122) | (125) | (127) | (129) | (131) | (2,790) |
| Payments to Structurally Senior Creditors [4] | (4) | (11) | (0) | (3) | (0) | (0) | (13) | (3) | (0) | (3) | (0) | (0) | (83) |
| RRC Mine Reclamation Bond | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | (1,100) |
| LUME and L/C Collateral / Utility Adequate Assurance [5] | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | (1,210) |
| Professional Fees / Financing / Business Impacts / Other [6] | (27) | (27) | (28) | (28) | (28) | (28) | (27) | (28) | (28) | (28) | (29) | (53) | (908) |
| Corporate Services Payment Adjustment | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 69 |
| DIP Facility Financing | 62 | 147 | (37) | (72) | 24 | 114 | 117 | 145 | 98 | 79 | 133 | 269 | 4,389 |
| DIP Facility Interest | (10) | (10) | (10) | (11) | (11) | (11) | (12) | (12) | (13) | (14) | (14) | (15) | (247) |
| Release of Restricted Cash | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Total Ch. 11 Adjustments** | **($90)** | **($12)** | **($188)** | **($229)** | **($130)** | **($44)** | **($56)** | **($20)** | **($68)** | **($93)** | **($39)** | **$70** | **($1,675)** |
| **Total Cash Flow** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **$--** | **($151)** |
| Beginning Cash Balance [7] | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 251 |
| Total Cash Flow | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | (151) |
| **Ending Cash Balance** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** | **$100** |
| **Total Liquidity** | | | | | | | | | | | | | |
| DIP Facility Revolving Facility Availability | 1,104 | 957 | 993 | 1,065 | 1,041 | 927 | 810 | 665 | 567 | 488 | 355 | 86 | 86 |
| L/C Restricted Cash Availability | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| Plus: Ending Cash Balance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Total Available Liquidity** | **$1,354** | **$1,207** | **$1,243** | **$1,315** | **$1,291** | **$1,177** | **$1,060** | **$915** | **$817** | **$738** | **$605** | **$336** | **$336** |
| Unavailable Unencumbered Cash | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |

Notes:

[1] Reflects removal of benefit of gas hedges totaling $391m for the May 2014 - December 2014 time period.

[2] Reflects reversal of all margin deposit activity related to gas hedges totaling $206m for the May 2014 - December 2014 time period.

[3] Assumes L + [4.5]% (1-month LIBOR curve) on principal amount of all first lien debt, as well as retirement of accrued and unpaid first lien interest expense as of April 30, 2014.

[4] Includes debt service payments related to capital leases and other structurally senior debt.

[5] Combination of collateral for LUME trading parties and L/C cash collateral, as well as adequate assurance for utility providers.

[6] Payment of professional fees subject to Court approval.

[7] Cash balance net of $150m adjustment to account for Unavailable Unencumbered cash.

Draft - Subject to Change and Material Revision
Highly Confidential. Subject to Terms of Non-Disclosure Agreement. Subject to FRE 408.