IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 74 & 289** |

**NOTICE OF FILING OF PROPOSED FORM OF "FINAL ORDER (A) APPROVING POSTPETITION FINANCING FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC., (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) APPROVING THE USE OF CASH COLLATERAL BY ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC., (D) AUTHORIZING THE EFIH FIRST LIEN REPAYMENT, (E) AUTHORIZING ISSUANCE OF ROLL-UP DEBT TO THE EXTENT AUTHORIZED BY THE SETTLEMENT ORDER, AND (F) MODIFYING THE AUTOMATIC STAY"**

PLEASE TAKE NOTICE that, on April 29, 2014, Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. (together with EFIH, the "EFIH Debtors," and collectively with the other above-captioned debtors and debtors in possession, the "Debtors") filed the **Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superiority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F)**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10339525v.1

**Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay** [D.I. 74] (the "Financing Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Financing Motion.**

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Financing Motion, on May 1, 2014, the Bankruptcy Court entered the **Order Approving Certain Fees Related to and Scheduling a Final Hearing on the Proposed Postpetition Financing of Energy Future Intermediate Holding Company LLC and EFIH Finance** [D.I. 289] (the "Interim Fee Order") in connection with the Financing Motion. **You were previously served with a copy of the Interim Fee Order.**

PLEASE TAKE FURTHER NOTICE that, in accordance with the Interim Fee Order, a final hearing with respect to the Financing Motion (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 5, 2014 at 9:30 a.m. (Eastern Daylight Time)** (the "Final Hearing").

PLEASE TAKE FURTHER NOTICE that the EFIH Debtors are hereby filing a form of final debtor in possession financing order in connection with the Financing Motion (the "Proposed Final DIP Financing Order"). A copy of the Proposed Final DIP Financing Order is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that the EFIH Debtors are hereby filing a form of credit agreement in connection with the Financing Motion (the "Proposed EFIH First Lien DIP Credit Agreement"). A copy of the Proposed EFIH First Lien DIP Credit Agreement is attached to the Proposed Final DIP Financing Order as Exhibit A thereto.

PLEASE TAKE FURTHER NOTICE that the EFIH Debtors intend to present the Proposed Final DIP Financing Order and the Proposed EFIH First Lien DIP Credit Agreement to the Bankruptcy Court for entry at the Final Hearing.  The Proposed Final DIP Financing Order and the Proposed EFIH First Lien DIP Credit Agreement remain subject to ongoing negotiations among the EFIH Debtors and certain constituents, including certain lenders and backstop parties under the proposed financing, and certain of those parties have indicated that they will request changes to the Proposed Final DIP Financing Order and/or the Proposed EFIH First Lien DIP Credit Agreement.  All parties' rights are reserved with respect to the Proposed Final DIP Financing Order and the Proposed EFIH First Lien DIP Credit Agreement.  As a result, the Proposed Final DIP Financing Order and the Proposed EFIH First Lien DIP Credit Agreement remain subject to change.  To the extent that the EFIH Debtors make any further revisions to the Proposed Final DIP Financing Order prior to the Final Hearing, the EFIH Debtors intend to present a blacklined copy of such revised documents to the Bankruptcy Court at the Final Hearing.

Dated: May 22, 2014
      Wilmington, Delaware    /s/ *Tyler D. Semmelman*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com
      semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
      edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession