# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.,* | ) | Case No. 14-10979(CSS) |
| Debtors. | ) | (Jointly Administered) |

## REQUEST FOR NOTICE

Union Pacific Railroad Company, pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby requests that all notices given or required to be given in this case and all papers served in this case be directed to the following:

Mary Ann Kilgore
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179
(402) 544-4195
or via email to MKILGORE@UP.COM

and

Jennie L. Anderson
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179
(402) 544-1165
or via email to JLANDERS01@UP.COM.

The foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the above-captioned Debtor or the property of the above-captioned Debtor.

Dated: May 20, 2014.

                          UNION PACIFIC RAILROAD COMPANY

                          By: *[signature: Jennie L. Anderson]*
                          Jennie L. Anderson, Paralegal
                          Union Pacific Railroad Company
                          1400 Douglas Street, STOP 1580
                          Omaha, Nebraska 68179
                          (402) 544-1165

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2014, I placed a true and correct copy of the foregoing, postage prepaid thereon, in the U.S. Mail properly addressed to each of the following:

Office of the United States Trustee
Attn: Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Kirkland & Ellis, LLP
Attn: Richard M. Cieri
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, NY 10022

Kirkland & Ellis, LLP
Attn: James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

Richards Layton & Finger
Attn: Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801

Jennie L. Anderson, Paralegal