IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., et al., | ) | Case No. 14-10979 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned appears as counsel for URS Energy & Construction, Inc. (hereinafter "URS"), pursuant to Bankruptcy Rules 9010 and 2002 and applicable local rules, requests that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the office and address set forth below.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands: (1) which may directly, or indirectly, affect or seek to affect in any way any rights or interests of URS with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; or claims or other property or proceeds thereof in which the Debtors may claim an interest; or claims or other property or process thereof in the possession, custody or control of the Debtors; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by URS; or (3) which may otherwise affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that URS has no intention for this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) URS's right

to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) URS's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) URS's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which URS is or may be entitled under agreement, in law or equity, all of which rights, claims, defenses, set-offs, and recoupments URS expressly reserves.

Dated: May 23, 2014
Wilmington, Delaware

          Respectfully submitted,
          **MARGOLIS EDELSTEIN**

          /s/ James E. Huggett
          James E. Huggett, Esquire (#3956)
          Amy D. Brown, Esquire (#4077)
          300 Delaware Avenue, Suite 800
          Wilmington, Delaware 19801
          Telephone: (302) 888-1112
          Facsimile: (302) 888-1119
          jhuggett@margolisedelstein.com
          abrown@margolisedelstein.com

          *Counsel to URS Energy & Construction, Inc.*