**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Energy Future Holdings Corp., et al., | ) Case No. 14-10979 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**CERTIFICATE OF SERVICE**

I, James E. Huggett, Esquire, hereby certify that on May 23, 2014, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* to be served on the parties listed on the attached service list via electronic mail or first-class mail, postage prepaid.

/s/ James E. Huggett
James E. Huggett, Esquire (#3956)