IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.* | ) ) ) ) | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | ) ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES AND PLEADINGS**

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of Jennifer V. Doran, and the law firm of Hinckley Allen, as counsel for Invensys Systems, Inc. ("Invensys"), a creditor of a subsidiary of Energy Future Holdings Corp. *et al.*, debtors in the above-captioned Chapter 11 cases. The undersigned requests that notices of all matters be served as follows:

> Jennifer V. Doran, Esq.
> Hinckley Allen
> 28 State Street
> Boston, MA 02109
> Telephone: (617) 345-9000
> Facsimile: (617) 345-9020
> Email: jdoran@hinckleyallen.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the Debtors or the property of the Debtors filed by any party in the above-captioned case.

This Notice of Appearance does not constitute a submission to the jurisdiction of this Court or a waiver of Invensys's right to a jury trial herein or in any related proceedings, or to

52507574 v1

have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a district court judge. Invensys reserves all of its rights relating to the Debtors, including its right to setoff and recoupment.

Respectfully submitted,

INVENSYS SYSTEMS, INC.

By its attorneys,

/s/ *Jennifer V. Doran*
Jennifer V. Doran
(MA BBO #652518)
Hinckley Allen
28 State Street
Boston, MA 02109-1775
(617) 345-9000 (Phone)
(617) 345-9020 (Fax)

Dated: May 23, 2014

## CERTIFICATE OF SERVICE

      I, Jennifer V. Doran, hereby certify that on this 23rd day of May, 2014, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Pleadings filed herewith to be served by this Court's CM/ECF System.

                                        /s/ *Jennifer V. Doran*
                                        Jennifer V. Doran