IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                             : Chapter 11
                                                   :
Energy Future Holdings, Inc., *et al.*,            : Case No. 14-10979 (CSS)
                                                   :
               Debtors.      : (Joint Administration Requested)
                                                   :
------------------------------------------------------------- x   **Related to Docket No. 441**

## NOTICE OF WITHDRAWAL REGARDING DOCKET NO. 441

**PLEASE TAKE NOTICE** that Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "Indenture Trustee") for $2,156,000,000 aggregate principal amount of 2nd lien notes (the "EFIH 2nd Lien Notes") issued by Energy Future Intermediate Holding Company LLC ("EFIH"), hereby withdraws, without prejudice, the *Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer* [Docket No. 441] filed on May 14, 2014 in the above-captioned cases.

Dated: May 23, 2014       PACHULSKI STANG ZIEHL & JONES LLP

                                       */s/ Laura Davis Jones*
                                       Laura Davis Jones (Bar No. 2436)
                                       Robert J. Feinstein (NY Bar No. RF-2836)
                                       919 N. Market Street, 17th Floor
                                       P.O. Box 8705
                                       Wilmington, DE 19899-8705 (Courier 19801)
                                       Telephone: (302) 652-4100
                                       Facsimile: (302) 652-4400
                                       Email: ljones@pszjlaw.com
                                                    rfeinstein@pszjlaw.com

                                                    *- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Philip Bentley
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
       pbentley@kramerlevin.com
       jbrody@kramerlevin.com

*- and –*

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee*