# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket Nos. 74, 472 & 474 |

## DEBTORS' NOTICE OF FILING SUPPLEMENTAL DECLARATION OF DAVID YING, SENIOR MANAGING DIRECTOR OF EVERCORE GROUP L.L.C., IN SUPPORT OF (1) THE EFIH FIRST LIEN DIP MOTION AND (2) THE EFIH SETTLEMENT MOTION

**PLEASE TAKE NOTICE** that the Debtors submit the supplemental declaration of David Ying, Senior Managing Director of Evercore Group L.L.C. (attached as **Exhibit A**) (the "Supplemental Ying Declaration"), in support of the (a) *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay* [Docket No. 74] (the "EFIH First Lien DIP Motion"); and (b) *Motion of Energy*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10344533v.1

*Future Holdings Corp.,* et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment* [Docket No. 472] (the "EFIH Settlement Motion").

**PLEASE TAKE NOTICE** that a hearing will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 5, 2014, at 9:30 a.m. prevailing Eastern Time** (the "June 5 Hearing") with respect to, among other things, (a) the relief requested on a final basis by the EFIH First Lien DIP Motion and (b) the relief requested in the EFIH Settlement Motion with respect to the EFIH First Lien Settlement (as defined in the EFIH Settlement Motion).

**PLEASE TAKE NOTICE** that another hearing will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 30, 2014, at 9:30 a.m. prevailing Eastern Time** (the "June 30 Hearing") with respect to, among other things, the relief requested in the EFIH Settlement Motion not otherwise scheduled to be heard at the June 5 Hearing.

**PLEASE TAKE NOTICE** that the Debtors originally filed the *Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C. in Support of the Motion of Energy Future Holdings Corp.,* et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment* [Docket No. 474]. At the request of counsel to CSC Trust Company of Delaware, as Indenture Trustee for the 10% Senior Secured Notes Due 2020 issued by certain of the Debtors under the Indenture dated August 17, 2010, between Energy Future Intermediate Holdings LLC, EFIH Finance, Inc., and CSC Trust Company of Delaware, as stated on record at the May 22, 2014 hearing, and in further discussions with the Debtors' advisers, the Debtors have separated and are hereby filing those portions of the initial Ying Declaration that address

the relief the Debtors are seeking at the June 5 Hearing—*i.e.*, the EFIH First Lien settlement—from those portions that concern the relief that the Debtors are seeking at the June 30 Hearing. In the interest of providing additional context in support of the EFIH First Lien DIP Motion and the EFIH Settlement Motion, Mr. Ying also describes the marketing of, and fees associated with, the EFIH First Lien DIP Financing.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  May 25, 2014 | */s/ William A. Romanowicz*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>William A. Romanowicz (No. 5794)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:    (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:    collins@rlf.com<br>    defranceschi@rlf.com<br>    madron@rlf.com<br>    romanowicz@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>Richard M. Cieri (admitted *pro hac vice*)<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    richard.cieri@kirkland.com<br>    edward.sassower@kirkland.com<br>    stephen.hessler@kirkland.com<br>    brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:    james.sprayregen@kirkland.com<br>    chad.husnick@kirkland.com<br>    steven.serajeddini@kirkland.com<br><br>Proposed Co-Counsel to the Debtors and Debtors in Possession |