# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 400, 441, 555** |

## DEBTORS' SECOND NOTICE OF EXTENSION OF PRIMARY OPT-IN PERIOD FOR PROPOSED EFIH SECOND LIEN SETTLEMENT

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their petitions for relief under chapter 11 of title 11 of the United States Code on April 29, 2014, in the United States Bankruptcy Court for the District of Delaware. These chapter 11 cases are being jointly administered on an interim basis pursuant to the *Interim Order Directing Joint Administration of the Debtors' Chapter 11 Cases*, entered May 1, 2014 [D.I. 287]. On May 9, 2014, the Debtors filed the *Notice of Initiation of Opt-In Period for Proposed EFIH Second Lien Settlement* [D.I. 400] (the "Second Lien Opt-In Notice").[2] The Second Lien Opt-In Notice explained that the Debtors had opened the proposed EFIH Second Lien Settlement for participation by any Holder of EFIH Second Lien Notes on the terms, and for the time periods, set forth in the Offer Memorandum, including, specifically, that Holders of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this Notice shall have the meanings set forth in the Second Lien Opt-In Notice.

EFIH Second Lien Notes would receive greater consideration if they opted into the proposed EFIH Second Lien Settlement within a primary opt-in period scheduled to conclude on May 23, 2014 at 5:00 p.m. (Eastern Daylight Time) (the "Primary Opt-In Period").

**PLEASE TAKE NOTICE** that on May 14, 2014, the indenture trustee for the EFIH Second Lien Notes (the "Second Lien Trustee") filed its *Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien Tender Offer* [D.I. 441] (the "Motion to Compel"). In the Motion to Compel, the Second Lien Trustee raised various objections—all of which the Debtors dispute—to the proposed EFIH Second Lien Settlement, including the duration of the Primary Opt-In Period. To facilitate the Motion to Compel being heard by the Bankruptcy Court on Thursday, May 22, 2014 at 9:30 a.m. (Eastern Daylight Time), the Debtors extended the Primary Opt-In Period by one week to May 30, 2014 at 5:00 p.m. (Eastern Daylight Time). The ultimate expiration date of the Second Lien Opt-In Period remained Friday, June 6, 2014 at 11:59 p.m. (Eastern Daylight Time). To provide notice of this extension, on May 20, 2014, the Debtors filed the *Notice of Extension of Primary Opt-In Period for Proposed EFIH Second Lien Settlement* [D.I. 555].

**PLEASE TAKE NOTICE** that the Debtors have agreed to extend further the Primary Opt-In Period to Wednesday, June 11, 2014 at 5:00 p.m. (Eastern Daylight Time) and to extend the ultimate expiration date of the Second Lien Opt-In Period to Thursday, July 3, 2014 at 5:00 p.m. (Eastern Daylight Time), each unless otherwise extended by the Debtors (upon notice to the Bankruptcy Court, the U.S. Trustee, the Creditors' Committee, and all other parties in interest). On May 27, 2014, in accordance with applicable securities laws, the Debtors filed a Form 8-K and issued a press release (both of which are attached hereto as **Exhibit A**) disclosing

these further extensions. During this extended Primary Opt-In Period, the Debtors will engage in good faith negotiations with the Second Lien Trustee and certain holders of EFIH Second Lien Notes over the alternative second lien DIP proposal made by members of that group and other issues that they have raised in their various filings to date.

**PLEASE TAKE NOTICE THAT, AS STATED IN THE RESTRUCTURING SUPPORT AGREEMENT, AS DISCUSSED AT THE FIRST DAY HEARINGS, AND AS DESCRIBED WITHIN SUBSEQUENTLY FILED PLEADINGS, THE COMPROMISE OF THE EFIH SECOND LIEN NOTE CLAIMS IS SUBJECT TO BANKRUPTCY COURT APPROVAL, AND WILL NOT BE CONSUMMATED UNLESS AND UNTIL THE BANKRUPTCY COURT PROVIDES SUCH AUTHORIZATION. THE COMPROMISE OF THE EFIH SECOND LIEN NOTE CLAIMS IS ALSO CONDITIONED ON CONSUMMATION OF THE EFIH SECOND LIEN DIP FINANCING, WHICH IS SUBJECT TO BANKRUPTCY COURT APPROVAL, AND WILL NOT BE CONSUMMATED UNLESS AND UNTIL THE BANKRUPTCY COURT PROVIDES SUCH AUTHORIZATION.**

*[Remainder of page intentionally left blank]*

Dated: May 27, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:             collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:             richard.cieri@kirkland.com
                     edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:             james.sprayregen@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession