## EXHIBIT A

**Form 8-K and Press Release**



| ENERYGY FUTURE HOLDI | RR Donnelley ProFile | swrdoc1 11.4.14 | SWRpf_rend | 23-May-2014 23:55 EST | 732930 TX 1 | 3* |
|---|---|---|---|---|---|---|
| FORM 8-K | | ■ DAL | | | HTM ESS | 0C |
| | | | | | Page 1 of 2 | |

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## Form 8-K

### Current Report
### Pursuant to Section 13 or 15(d)
### of the Securities Exchange Act of 1934

### Date of Report (date of earliest event reported) – May 27, 2014

# Energy Future Holdings Corp.
#### (Exact name of registrant as specified in its charter)

| Texas | 1-12833 | 46-2488810 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

# Energy Future Intermediate Holding Company LLC
#### (Exact name of registrant as specified in its charter)

| Delaware | 1-34544 | 26-1191638 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

# Energy Future Competitive Holdings Company LLC
#### (Exact name of registrant as specified in its charter)

| Delaware | 1-34543 | 75-1837355 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |



| ENERYGY FUTURE HOLDI | RR Donnelley ProFile | swrdoc1 11.4.14 | SWRpf_rend | 23-May-2014 23:55 EST | 732930 TX 1 | 3* |
| FORM 8-K | | | ■ DAL | | HTM ESS | 0C |

**Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201**
(Address of principal executive offices, including zip code)

**214-812-4600**
(Registrants' telephone number, including Area Code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrants under any of the following provisions (see General Instruction A.2. below):

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 0.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))



| ENERYGY FUTURE HOLDI | RR Donnelley ProFile | AZ0151AC599765 11.4.15 | SWRgaondOpx | 26-May-2014 16:47 EST | 732930 TX 2    5* |
| FORM 8-K | | ■ DAL | | | HTM ESS    0C |

Page 1 of 1

### *Introductory Note*

Each of Energy Future Holdings Corp. ("EFH Corp.") and Energy Future Intermediate Holding Company LLC ("EFIH") is filing only the information contained in Item 8.01 and Item 9.01 of this Current Report on Form 8-K and the information contained under the heading "Cautionary Note Regarding Forward-Looking Statements." Energy Future Competitive Holdings Company LLC ("EFCH") is filing only the information contained under the heading "Amendment to Restructuring Support and Lock-Up Agreement" of Item 8.01 and Exhibit 99.2 of Item 9.01 of this Current Report on Form 8-K and the information contained under the heading "Cautionary Note Regarding Forward-Looking Statements" and is furnishing only the information contained in Item 7.01 and Exhibit 99.1 of Item 9.01 of this Current Report on Form 8-K.

### Item 7.01 Regulation FD Disclosure.

On May 27, 2014, EFIH and EFIH Finance Inc. (together with EFIH, the "Issuer") issued a press release announcing that (i) the early participation date for the Issuer's previously announced offer to purchase its 11% Senior Secured Second Lien Notes due 2021 and 11.750% Senior Secured Second Lien Notes due 2022 (collectively, the "EFIH Second Lien Notes") for cash as a voluntary settlement (such settlement, the "EFIH Second Lien Settlement") with respect to the EFIH Second Lien Notes has been extended from 5:00 p.m., New York City time, on May 30, 2014 to 5:00 p.m., New York City time, on June 11, 2014 (the "Early Participation Date"), (ii) the expiration date for the EFIH Second Lien Settlement has been extended from 11:59 p.m., New York City time, on June 6, 2014 to 5:00 p.m., New York City time, on July 3, 2014 (the "Expiration Date") and (iii) it has determined to offer withdrawal rights in the EFIH Second Lien Settlement up to the Early Participation Date. Except for the availability of withdrawal rights and changes to the Early Participation Date, the Expiration Date, and the assumed settlement date of the EFIH Second Lien Settlement and corresponding changes to the EFIH Second Lien Settlement consideration as described in the press release, the terms of the EFIH Second Lien Settlement are unchanged. A copy of the press release is attached hereto as Exhibit 99.1 and is incorporated herein by reference.

### Item 8.01 Other Events.

### EFIH Second Lien Settlement Extension

The information set forth under Item 7.01 of this Current Report on Form 8-K is incorporated by reference into this Item 8.01.

### Amendment to Restructuring Support and Lock-Up Agreement

On April 29, 2014, EFH Corp. and the substantial majority of its direct and indirect subsidiaries (the "Reorganizing Entities"), including EFIH, EFCH and Texas Competitive Electric Holdings Company LLC ("TCEH") but excluding Oncor Electric Delivery Holdings Company LLC and its subsidiaries, filed voluntary petitions for relief (the "Bankruptcy Filing") under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"). During the pendency of the Bankruptcy Filing, the Reorganizing Entities will operate their businesses as "debtors-in-possession" under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code.

In anticipation of the Bankruptcy Filing, on April 29, 2014, the Reorganizing Entities entered into a Restructuring Support and Lock-Up Agreement (as amended, "the Restructuring Support and Lock-Up Agreement") with various stakeholders (the "Consenting Parties") in order to effect an agreed upon restructuring of the Reorganizing Entities through a pre-arranged Chapter 11 plan of reorganization. The Restructuring Support and Lock-Up Agreement is filed as an exhibit to EFH Corp.'s 2013 Form 10-K through Amendment No. 1 on Form 10-K/A filed with the Securities and Exchange Commission on May 1, 2014, and the First Amendment to the Restructuring Support and Lock-Up Agreement is filed as an exhibit to the Current Report on Form 8-K filed by EFH Corp., EFIH and EFCH with the Securities and Exchange Commission on May 13, 2014.

On May 16, 2014, the Reorganizing Entities and certain of the Consenting Parties entered into the Second Amendment to the Restructuring Support and Lock-Up Agreement (the "Second Amendment"), which included an amendment to the definition of "Consenting Ad Hoc TCEH Committee" and extended the deadline for the Reorganizing Entities to file the RSA Assumption Motion (as defined therein).



| ENERYGY FUTURE HOLDI | RR Donnelley ProFile | AZ0151AC599765 11.4.15 | SWRgaond0px | 26-May-2014 16:47 EST | 732930 TX 3 | 5* |
|---|---|---|---|---|---|---|
| FORM 8-K | | DAL | | | HTM ESS | 0C |

Page 1 of 1

Attached and incorporated herein by reference as Exhibit 99.2 is the Second Amendment. The above description of the Second Amendment is qualified in its entirety by reference to the Second Amendment.

## Item 9.01 Financial Statements and Exhibits.

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Press release dated May 27, 2014 |
| 99.2 | Second Amendment to the Restructuring Support and Lock-Up Agreement dated May 16, 2014, among the Reorganizing Entities and the other parties thereto |

### *Cautionary Note Regarding Forward-Looking Statements*

This Current Report on Form 8-K includes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, which are subject to risks and uncertainties. All statements, other than statements of historical facts, are forward-looking statements. Readers are cautioned not to place undue reliance on forward-looking statements. Although we believe that in making any such forward-looking statement our expectations are based on reasonable assumptions, any such forward-looking statement involves uncertainties and is qualified in its entirety by reference to the discussion of risk factors under Item 1A, "Risk Factors" and the discussion under Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" in the Annual Reports on Form 10-K (and in the corresponding sections of any subsequent Quarterly Reports on Form 10-Q) filed by each of EFH Corp., EFIH and EFCH and the following important factors, among others, that could cause actual results to differ materially from those projected in such forward-looking statements:

- our ability to obtain the approval of the Bankruptcy Court with respect to motions filed in our ongoing bankruptcy proceedings, including with respect to the EFIH Second Lien Settlement and the transactions related thereto;

- the effectiveness of the overall restructuring activities pursuant to the Bankruptcy Filing and any additional strategies we employ to address our liquidity and capital resources;

- the terms and conditions of any reorganization plan that is ultimately approved by the Bankruptcy Court;

- the actions and decisions of creditors, regulators and other third parties that have an interest in the bankruptcy proceedings;

- the duration of the bankruptcy proceedings; and

- restrictions on us due to the terms of debtor-in-possession financing facilities and restrictions imposed by the Bankruptcy Court.

Any forward-looking statement speaks only at the date on which it is made, and except as may be required by law, we undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date on which it is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time, and it is not possible for us to predict all of them; nor can we assess the impact of each such factor or the extent to which any factor, or combination of factors, may cause results to differ materially from those contained in any forward-looking statement. As such, you should not unduly rely on such forward-looking statements.



| ENERYGY FUTURE HOLDI | RR Donnelley ProFile | swrdoc1 11.4.14 | SWRpf_rend | 23-May-2014 23:56 EST | 732930 TX 4 | 3* |
|---|---|---|---|---|---|---|
| FORM 8-K | START PAGE | | ■ DAL | | HTM ESS | 0C |

Page 1 of 1

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, each registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**ENERGY FUTURE HOLDINGS CORP.**

/s/ Stanley J. Szlauderbach
Name: Stanley J. Szlauderbach
Title:  Senior Vice President & Controller

**ENERGY FUTURE INTERMEDIATE
HOLDING COMPANY LLC**

/s/ Stanley J. Szlauderbach
Name: Stanley J. Szlauderbach
Title:  Senior Vice President & Controller

**ENERGY FUTURE COMPETITIVE
HOLDINGS COMPANY LLC**

/s/ Stanley J. Szlauderbach
Name: Stanley J. Szlauderbach
Title:  Senior Vice President & Controller

May 27, 2014

| ENERGYG FUTURE HOLDI | RR Donnelley ProFile | AZ0151AM002121 11.4.15 | SWRhaacm0px | 27-May-2014 00:29 EST | 732930 EX99_1 1 | 7* |
| FORM 8-K | | ■ DAL | | ex99_1logo | HTM ESS | 0C |

Page 1 of 1

**Exhibit 99.1**

*News Release*

# Energy Future Holdings



**FOR IMMEDIATE RELEASE**

**Energy Future Intermediate Holding Company LLC and
EFIH Finance Inc. Announce Extension of Early Participation Date and Expiration Date and Availability of Withdrawal
Rights in Cash Tender Offer for Second Lien Notes**

**DALLAS—May 27, 2014—**Energy Future Intermediate Holding Company LLC ("EFIH"), a wholly-owned subsidiary of Energy Future Holdings Corp. ("EFH Corp."), and EFIH Finance Inc. ("EFIH Finance" and together with EFIH, the "Issuer") today announced that the early participation date for its previously announced offer to purchase EFIH Second Lien Notes (as defined below) for cash as a voluntary settlement with respect to the Issuer's obligations under the EFIH Second Lien Notes (such offer and settlement, the "EFIH Second Lien Settlement") has been extended from 5:00 p.m., New York City time, on May 30, 2014 to 5:00 p.m., New York City time, on June 11, 2014 (the "Early Participation Date"). The Issuer also announced that the expiration date for the EFIH Second Lien Settlement has been extended from 11:59 p.m., New York City time, on June 6, 2014 to 5:00 p.m., New York City time, on July 3, 2014 (the "Expiration Date"). The Issuer has also determined to offer withdrawal rights in the EFIH Second Lien Settlement up to the Early Participation Date. Tenders of EFIH Second Lien Notes may be withdrawn at any time prior to the Early Participation Date but not thereafter.

The EFIH Second Lien Settlement is open to all holders of the Issuer's 11% Senior Secured Second Lien Notes due 2021 (the "EFIH 11% Second Lien Notes") and 11.750% Senior Secured Second Lien Notes due 2022 (the "EFIH 11.750% Second Lien Notes" and together with the EFIH 11% Second Lien Notes, the "EFIH Second Lien Notes"). Except for the adjustment to the consideration described below, the change to the Early Participation Date and the Expiration Date and the availability of the withdrawal rights, the terms of the EFIH Second Lien Settlement are unchanged.

Upon the terms and subject to the conditions of the offer to purchase with respect to the EFIH Second Lien Settlement, each holder of EFIH Second Lien Notes that validly tenders its EFIH Second Lien Notes on or prior to 5:00 p.m., New York City time, on the Early Participation Date, which may be further extended by EFIH at its sole discretion, will be eligible to receive on the closing date of the offer (the "Settlement Date") as payment in full of any claims arising out of such holder's interest in the EFIH Second Lien Notes an amount, paid in cash, equal to (i) $1,119.30 for each $1,000 principal amount of EFIH 11% Second Lien Notes and (ii) $1,162.30 for each $1,000 principal amount of EFIH 11.750% Second Lien Notes tendered based on an assumed Settlement Date of July 9, 2014, which amounts will be <u>decreased</u> in each case by $0.14 for each day after July 9, 2014 that the Settlement Date occurs (such amount as may be reduced, the "Total Consideration" as set forth in the table below). The adjustment in such consideration from the previously announced consideration results solely from a $0.14 decrease for each day the assumed Settlement Date has been delayed from June 11, 2014 to July 9, 2014. The Total Consideration includes an early participation payment (the "Early Participation Consideration" as set forth in the table below) of $50.00 per $1,000 principal amount of EFIH Second Lien Notes validly tendered on or prior to the Early Participation Date.

| ENERGY FUTURE HOLDI | RR Donnelley ProFile | swrdoc1 11.4.14 | SWRpf_rend | 23-May-2014 23:55 EST | 732930 EX99_1 2 | 3* |
| FORM 8-K | | DAL | | | HTM ESS | 0C |

Page 1 of 1

Each holder that validly tenders its EFIH Second Lien Notes after the Early Participation Date and on or prior to the Expiration Date will be eligible to receive on the Settlement Date an amount, paid in cash, equal to the Total Consideration less the Early Participation Consideration (the "Tender Consideration" as set forth in the table below).

| Securities | CUSIP Number(s) | Aggregate Principal Amount Outstanding | Tender Consideration(1)(2) | Early Participation Consideration | Total Consideration(1)(2) |
|---|---|---|---|---|---|
| EFIH 11% Second Lien Notes | 29269QAB3 | $ 406,392,000 | $ 1,069.30 | $ 50.00 | $ 1,119.30 |
| EFIH 11.750% Second Lien Notes | 29269QAD9 U29197AB3 | $1,750,000,000 | $ 1,112.30 | $ 50.00 | $ 1,162.30 |

(1) Does not include accrued and unpaid interest up to, but not including, the Settlement Date, which will be paid on all of the EFIH Second Lien Notes accepted for purchase in the offer.
(2) The Total Consideration (and therefore also the Tender Consideration) will be decreased by $0.14 for each day after July 9, 2014 that the Settlement Date occurs.

The Issuer does not intend to permit the offer period for the EFIH Second Lien Settlement to expire prior to the date the EFIH Second Lien Settlement is heard, and approved, by the bankruptcy court. The consummation of the EFIH Second Lien Settlement is subject to several conditions, including, among others, the closing of new debt financing through the issuance of approximately $1.9 billion of 8% Convertible Second Lien Subordinated Secured DIP Financing Notes due 2016 (the "EFIH Second Lien DIP Notes Financing"), which is also subject to several conditions. The EFIH Second Lien Settlement will not be consummated unless, among other things, the bankruptcy court approves the EFIH Second Lien DIP Notes Financing and the EFIH Second Lien Settlement.

Epiq Systems is serving as the Offer Agent and Depositary Agent, and may be contacted by telephone at (646) 282-2500 or toll free at (866) 734-9393 or by email at tabulation@epiqsystems.com (please reference "EFIH Second Lien Offer" in the subject line), including with respect to procedures for the withdrawal rights under the EFIH Second Lien Settlement.

### Other Information

This press release will not constitute an offer to sell, or the solicitation of an offer to buy, any EFIH Second Lien Notes, the EFIH Second Lien DIP Notes Financing or any other security. The offer to participate in the EFIH Second Lien Settlement is being made only pursuant to the offer to purchase and the related letter of transmittal. The offer to participate in the EFIH Second Lien Settlement is not being made to persons in any jurisdiction in which the making or acceptance thereof would not be in compliance with the securities, blue sky or other laws of such jurisdiction.

**Nothing in this press release will constitute or be deemed to constitute a solicitation by any party of votes to approve or reject a Chapter 11 plan of reorganization. A solicitation with respect to votes to approve or reject a Chapter 11 plan of reorganization may only be commenced once a disclosure statement that complies with section 1125 of the United States Code, 11 U.S.C. §§101 et. seq., has been approved by the United States Bankruptcy Court for the District of Delaware.**

### Forward-Looking Statements

This press release includes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, which are subject to risks and uncertainties. All statements, other than statements of historical facts, are forward-looking statements. Readers are cautioned not to place undue



| ENERYGY FUTURE HOLDI | RR Donnelley ProFile | swrdoc1 11.4.14 | SWRpf_rend | 23-May-2014 23:56 EST | 732930 EX99_1 3 | 3* |
| FORM 8-K | | ■ DAL | | | HTM ESS | OC |

Page 1 of 1

reliance on forward-looking statements. Although we believe that in making any such forward-looking statement our expectations are based on reasonable assumptions, any such forward-looking statement involves uncertainties and is qualified in its entirety by reference to the discussion of risk factors under Item 1A, "Risk Factors" and the discussion under Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" in the Annual Reports on Form 10-K (and in the corresponding sections of any subsequent Quarterly Reports on Form 10-Q) filed by each of EFH Corp., EFIH and Energy Future Competitive Holdings Company LLC and the following important factors, among others, that could cause actual results to differ materially from those projected in such forward-looking statements:

- our ability to obtain the approval of the bankruptcy court with respect to motions filed in the bankruptcy proceedings, including with respect to the EFIH Second Lien Settlement, the EFIH Second Lien DIP Notes Financing and the transactions related thereto;

- the effectiveness of the overall restructuring activities pursuant to the bankruptcy filing and any additional strategies we employ to address our liquidity and capital resources;

- the terms and conditions of any reorganization plan that is ultimately approved by the bankruptcy court;

- the actions and decisions of creditors, regulators and other third parties that have an interest in the bankruptcy proceedings;

- the duration of the bankruptcy proceedings; and

- restrictions on us due to the terms of debtor-in-possession financing facilities and restrictions imposed by the bankruptcy court.

Any forward-looking statement speaks only at the date on which it is made, and except as may be required by law, we undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date on which it is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time, and it is not possible for us to predict all of them; nor can we assess the impact of each such factor or the extent to which any factor, or combination of factors, may cause results to differ materially from those contained in any forward-looking statement. As such, you should not unduly rely on such forward-looking statements.

-END-

**Corporate Communications:**
Allan Koenig
214-812-8080
Media.Relations@energyfutureholdings.com


**Investor Relations:**
Blake Holcomb
214-812-8005
Blake.Holcomb@energyfutureholdings.com

3

| ENERYGY FUTURE HOLDI | RR Donnelley ProFile | swrdoc1 11.4.15 | SWRlowew0cm | 24-May-2014 03:39 EST | 732930 EX99_2 1 | 4* |
|---|---|---|---|---|---|---|
| FORM 8-K | | | DAL | | HTM ESS | 0C |

Page 1 of 1

**Exhibit 99.2**

*Execution Version*

<u>SECOND AMENDMENT TO RESTRUCTURING
SUPPORT AND LOCK-UP AGREEMENT</u>

THIS SECOND AMENDMENT TO THE RESTRUCTURING SUPPORT AND LOCK-UP AGREEMENT (this "**Amendment**") is made as of May 16, 2014 by and among all of the following: (a) the Consenting Interest Holders; (b) the Consenting Ad Hoc TCEH Committee (as amended below); (c) Consenting Creditors holding at least 50.1% in principal amount of the aggregate amount of EFH Unsecured Note Claims held at such time by the Consenting Creditors; (d) Consenting Fidelity EFIH First Lien Noteholders holding at least 50.1% in principal amount of the aggregate amount of the EFIH First Lien Note Claims held by all Consenting Fidelity First Lien Noteholders at such time; (e) Consenting Creditors holding at least 50.1% in principal amount of the aggregate of each of the EFIH Second Lien Note Claims at such time; (f) the Required EFIH Unsecured Consenting Creditors; (g) each applicable Consenting Non-Fidelity EFIH First Lien Noteholder; and (h) each of the Debtors (each of the foregoing listed on the signature pages attached hereto and collectively, the "**Required Amendment Parties**") and amends that certain restructuring support and lock up agreement dated as of April 29, 2014 by and among the Restructuring Support Parties and amended on May 7, 2014 (as amended, the "**Restructuring Support Agreement**"). Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Restructuring Support Agreement.

WHEREAS, the Restructuring Support Parties desire to amend the Restructuring Support Agreement as set forth in this Amendment;

WHEREAS, Section 9 of the Restructuring Support Agreement permits the Restructuring Support Parties to modify, amend or supplement the Restructuring Support Agreement with the consent of the Required Amendment Parties as set forth above;

NOW, THEREFORE, in consideration of the mutual covenants and agreements and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Restructuring Support Parties hereto hereby agree to amend the Restructuring Support Agreement as follows:

1. <u>Amendments to the Restructuring Support Agreement</u>.

1.01. Clause (a) of the definition of "**Required Consenting Creditors**" in Section 3 of the Restructuring Support Agreement is hereby deleted in its entirety and replaced with the following:

(a) at least three (3) members of the Ad Hoc TCEH Committee who are Consenting Creditors who collectively hold at least 50.1% of the TCEH First Lien Claims held by the members of the Ad Hoc TCEH Committee who are Consenting Creditors (the "**Consenting Ad Hoc TCEH Committee**");

1.02. Section 8.01(b) of the Restructuring Support Agreement is hereby deleted in its entirety and replaced with the following:

the Debtors shall not have filed the RSA Assumption Motion with the Bankruptcy Court on or before May 16, 2014.



| ENERYGY FUTURE HOLDI | RR Donnelley ProFile | swrdoct 11.4.14 | SWRpf_rend | 23-May-2014 23:55 EST | 732930 EX99_2 2 | 3* |
|---|---|---|---|---|---|---|
| FORM 8-K | | | DAL | | HTM ESS | 0C |

Page 1 of 1

    2. <u>Ratification</u>. Except as specifically provided for in this Amendment, no changes, amendments, or other modifications have been made on or prior to the date hereof or are being made to the terms of the Restructuring Support Agreement or the rights and obligations of the parties thereunder, all of which such terms are hereby ratified and confirmed and remain in full force and effect.

    3. <u>Effect of Amendment</u>. This letter agreement shall be effective on the date on which the Debtors have received all of the Required Amendment Parties' signature pages. Following the effective date, whenever the Restructuring Support Agreement is referred to in any agreements, documents, and instruments, such reference shall be deemed to be to the Restructuring Support Agreement as amended by this Amendment.

    4. <u>Waiver of Certain Termination Rights</u>. Each of the Required Amendment Parties hereby waives, as applicable, the termination rights as set forth in Section 8.01(b) of the Restructuring Support Agreement that may exist as of the effective date of this Amendment.

[<em>Signature pages redacted.</em>]

2


200GJZw$B@BZxax6n

| ENERYGY FUTURE HOLDI | RR Donnelley ProFile | swrdoc1 11.4.14 | SWRpf_rend | 24-May-2014 00:00 EST | 732930 EX99_2SIG 1 | 6* |
|---|---|---|---|---|---|---|
| FORM 8-K | | ■ DAL | | | HTM ESS | 0C |

**Debtor Signature Page to the Plan Support and Lock-Up Agreement**

ENERGY FUTURE HOLDINGS CORP.
TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC
4CHANGE ENERGY COMPANY
4CHANGE ENERGY HOLDINGS LLC
BIG BROWN 3 POWER COMPANY LLC
BIG BROWN LIGNITE COMPANY LLC
BIG BROWN POWER COMPANY LLC
BRIGHTEN ENERGY LLC
BRIGHTEN HOLDINGS LLC
COLLIN POWER COMPANY LLC
DALLAS POWER AND LIGHT COMPANY, INC.
DECORDOVA POWER COMPANY LLC
DECORDOVA II POWER COMPANY LLC
EAGLE MOUNTAIN POWER COMPANY LLC
EEC HOLDINGS, INC.
EECI, INC.
EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY
EFH CORPORATE SERVICES COMPANY
EFH FINANCE (NO. 2) HOLDINGS COMPANY
EFH FS HOLDINGS COMPANY
EFH RENEWABLES COMPANY LLC
EFIH FINANCE INC.
ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC
ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC
GENERATION DEVELOPMENT COMPANY LLC
GENERATION MT COMPANY LLC
GENERATION SVC COMPANY
LAKE CREEK 3 POWER COMPANY LLC
LONE STAR ENERGY COMPANY, INC.
LONE STAR PIPELINE COMPANY, INC.
LSGT GAS COMPANY LLC
LSGT SACROC, INC.
LUMINANT BIG BROWN MINING COMPANY LLC
LUMINANT ENERGY COMPANY LLC
LUMINANT ENERGY TRADING CALIFORNIA COMPANY
LUMINANT ET SERVICES COMPANY
LUMINANT GENERATION COMPANY LLC
LUMINANT HOLDING COMPANY LLC
LUMINANT MINERAL DEVELOPMENT COMPANY LLC
LUMINANT MINING COMPANY LLC
LUMINANT RENEWABLES COMPANY LLC
MARTIN LAKE 4 POWER COMPANY LLC
MONTICELLO 4 POWER COMPANY LLC
MORGAN CREEK 7 POWER COMPANY LLC

| ENERYGY FUTURE HOLDI | RR Donnelley ProFile | swrdoc1 11.4.14 | SWRpf_rend | 24-May-2014 00:00 EST | 732930 EX99_2SIG 2 | 7* |
|---|---|---|---|---|---|---|
| FORM 8-K | | | DAL | | ax99_2sig02 | HTM ESS 0C |

Page 1 of 1

NCA DEVELOPMENT COMPANY LLC
NCA RESOURCES DEVELOPMENT COMPANY LLC
OAK GROVE MANAGEMENT COMPANY LLC
OAK GROVE MINING COMPANY LLC
OAK GROVE POWER COMPANY LLC
SANDOW POWER COMPANY LLC
SOUTHWESTERN ELECTRIC SERVICE COMPANY, INC.
TCEH FINANCE, INC.
TEXAS ELECTRIC SERVICE COMPANY, INC.
TEXAS ENERGY INDUSTRIES COMPANY, INC.
TEXAS POWER AND LIGHT COMPANY, INC.
TEXAS UTILITIES COMPANY, INC.
TEXAS UTILITIES ELECTRIC COMPANY, INC.
TRADINGHOUSE 3 & 4 POWER COMPANY LLC
TRADINGHOUSE POWER COMPANY LLC
TXU ELECTRIC COMPANY, INC.
TXU ENERGY RETAIL COMPANY LLC
TXU ENERGY SOLUTIONS COMPANY LLC
TXU RETAIL SERVICES COMPANY
TXU SEM COMPANY
VALLEY NG POWER COMPANY LLC
VALLEY POWER COMPANY LLC

By:

Name: Anthony R. Horton
Title:   Senior Vice President & Treasurer