IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached Certification, counsel moves the admission pro hac vice of James H. Millar, Esq. of the law firm Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Floor, New York, New York 10036, to represent CSC Trust Company of Delaware, as indenture trustee, in connection with the above-captioned matter and/or any related proceedings.

Dated: May 28, 2014

/s/ Todd C. Schiltz
Todd C. Schiltz (DE 3253)
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile:  (302) 427-4201

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the United States District Court for the Southern District of New York, among other federal courts, and submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  May 28, 2014

*/s/ James H. Millar*
James H. Millar, Esq.
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, New York 10036
Telephone: (212) 248-3264
Facsimile:  (212) 248-3141
James.Millar@dbr.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice James H. Millar is granted.

Dated: _____, 2014        _____
                                     UNITED STATES BANKRUPTCY JUDGE

ACTIVE/ 34366480.1