**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF**
**PAPERS AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned counsel appear in the above-captioned cases on behalf of CSC Trust Company of Delaware as proposed successor indenture trustee (the "Indenture Trustee") under both (i) that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1987, among Texas Competitive Electric Holdings Company LLC (as successor in interest to Texas Utilities Electric Company, "TCEH"), The Bank of New York Mellon Trust Company, N.A. (as successor in interest to American National Bank and Trust Company of Chicago, the "Resigning Trustee"), and U.S. Bank National Association (as successor in interest to The Connecticut National Bank, the "Owner Trustee/Issuer"), as amended and supplemented by the Trust Indenture, Security Agreement and Mortgage Supplement No. 1, dated as of May 1, 1988, the Trust Indenture, Security Agreement and Mortgage Supplement No. 2, dated as of August 1, 1988, the Trust Indenture, Security Agreement and Mortgage Supplement No. 3, dated as of August 1, 1988, and the Trust Indenture, Security Agreement and Mortgage Supplement No. 4, dated as of July 1, 1993 (collectively, the "7.46% Indenture"); and (ii) that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1989, among TCEH, the Resigning Trustee and the Owner Trustee/Issuer, as amended and supplemented by the Trust Indenture, Security Agreement and Mortgage Supplement No. 1, dated as of October 25, 1995 (collectively, the "7.48% Indenture"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules

of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the attorneys identified below at the following address and further requests to be added to the Master Service List:

> James S. Carr, Esq.
> Benjamin D. Feder, Esq.
> Gilbert R. Saydah, Esq.
> **KELLEY DRYE & WARREN LLP**
> 101 Park Avenue
> New York, New York 10178
> Telephone: 212-808-7800
> Facsimile: 212-808-7897
> Email: KDWBankruptcyDepartment@KelleyDrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Indenture Trustee's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Indenture Trustee is or may be entitled under

agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: May 28, 2014 | Respectfully submitted, |
| | **KELLEY DRYE & WARREN LLP** |
| | By: */s/ James S. Carr*<br>    James S. Carr, Esq.<br>    Benjamin D. Feder, Esq.<br>    Gilbert R. Saydah, Esq. (Del. No. 4304)<br>101 Park Avenue<br>New York, New York 10178<br>Telephone:  212-808-7800 |
| | Counsel to CSC Trust Company of Delaware, as proposed successor Indenture Trustee for the 7.46% and 7.48% TCEH Secured Facility Bonds |