# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., | § | CASE NO. 14-10979 (CSS) |
| *et al.*, | § | |
| | § | |
| Debtors. | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PAPERS

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that the undersigned firm of attorneys is appearing for CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC. ("*Cen-Tex Security*") in the above entitled and numbered case. Cen-Tex Security is a creditor of the Debtor, LUMINANT MINING COMPANY, LLC, Case No. 14-11042, one of the Debtors listed in the above-referenced bankruptcy entitled ENERGY FUTURE HOLDINGS, CORP., and is a party in interest in this case.

PLEASE TAKE FURTHER NOTICE that the undersigned, on behalf of Cen-Tex Security, and pursuant to Bankruptcy Rule 9010, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below. This request includes, without limitation, not only those notices and papers referred to in the bankruptcy rules but also includes notices of any orders, applications, complaints, demands,

hearings, motions, petitions, pleadings or requests or otherwise with regard to the above referenced bankruptcy proceeding.

Respectfully submitted,

By: /s/ *Steven M. Burton*
Steven M. Burton        S.B.O.T. # 24006076
SHEEHY, LOVELACE & MAYFIELD, P.C.
510 N. Valley Mills Dr., Suite 500
Waco, Texas 76710
Telephone:    (254) 772-8022
Facsimile:    (254) 772-9297
*ATTORNEYS FOR CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice and Service of Papers has been served through the court's electronic notification system, or mailed by First Class Mail, postage prepaid, on this 21st day of May, 2014, to:

Luminant Mining Company, LLC, Debtor
1601 Bryan Street
Dallas, Texas 75201

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.>
920 North King Street
Wilmington, Delaware 19801
One of Debtors' Law Firms

/s/ *Steven M. Burton*
Steven M. Burton