IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) Case No. 14-10979 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) Re: Docket Nos. 38, 318 |
| | ) Obj. Deadline: 5/29/14, 4:00 p.m. |
| | ) Hearing Date: 6/5/14, 9:30 a.m. |

**LIMITED OBJECTION OF AEP TEXAS CENTRAL COMPANY
d/b/a AMERICAN ELECTRIC POWER COMPANY AND AEP TEXAS
NORTH COMPANY d/b/a AMERICAN ELECTRIC POWER COPMANY TO
THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR
ENTRY OF (A) AN ORDER AUTHORIZING CERTAIN OF THE DEBTORS
TO PAY CERTAIN PREPETITION TRANSITION CHARGES AND DELIVERY
CHARGES AND (B) AN ORDER AUTHORIZING CERTAIN OF THE DEBTORS
TO ASSUME TRANSMISSION AND DISTRIBUTION SERVICE AGREEMENTS**

AEP Texas Central Company d/b/a American Electric Power Company ("AEPTCC") and AEP Texas North Company d/b/a American Electric Power Company ("AEPTNC" and, hereinafter AEPTCC and AEPTNC shall be collectively referred to as "AEP"), by counsel, hereby files this objection (the "Limited Objection") to the *Motion of Energy Future Holdings Corp. et al., For Entry of (A) An Order Authorizing Certain of the Debtors To Pay Certain Prepetition Transition Charges and Delivery Charges and (B) An Order Authorizing Certain of the Debtors To Assume Transmission and Distribution Service Agreements* [D.I. 38] (the "TDSP Motion"), and sets forth the following:

SL1 1304849v1 011173.00025

**Introduction**

AEP, which provides distribution services to the Debtors pursuant to certain Delivery Agreements that AEP has with the Debtors (the "AEP Contracts"), files this Limited Objection to the TDSP Motion solely on the basis that the Debtors' estimated cure amounts will likely be incorrect because AEP, in the ordinary course of business, has not yet invoiced all prepetition charges due pursuant to the AEP Contracts. The final prepetition charges due and owing pursuant to the AEP Contracts will not be known prior to the May 29, 2014 deadline for Objections to the TDSP Motion.  However, AEP anticipates that that actual cure amounts will be known prior to the June 5, 2014 final hearing on the TDSP Motion.

**Facts**

**Procedural Facts**

1.   On April 29, 2014 (the "Petition Date"), the Debtors commenced their cases under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") that are now pending with this Court.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2.   The Debtors' chapter 11 bankruptcy cases are being jointly administered.

**The TDSP Motion**

3. On the Petition Date, the Debtors filed the TDSP Motion.

4. The Debtor entities TXU Energy Retail Company LLC, 4Change Energy Company LLC, and Luminant ET Services Company (collectively, the "REP Debtors") are parties to one or more of the twenty-three (23) Delivery Agreements listed in Exhibit 1 to Exhibit B attached to the TDSP Motion.  TDSP Motion at ¶ 4.

5. Pursuant to the TDSP Motion, the REP Debtors seek Court authorization to assume each of the Delivery Agreements and pay any related cure amounts in accordance with Section 365 of the Bankruptcy Code.  TDSP Motion at ¶ 6.

6. In paragraphs 17 and 21 of the TDSP Motion, the Debtors estimate they owed AEP the following amounts as of the Petition Date:

    A. Delivery Charges
        i. AEPTCC – $5 million; and
        ii. AEPTNC – $2,800,000.
    B. Transition Charges
        i. AEPTCC – $3,600,000.

7. Attached as Exhibit 1 to Exhibit B to the TDSP Motion is a chart that lists the following AEP agreements and proposed cure amounts:

3

A. 4Change Energy Company agreement with AEPTCC with a proposed cure amount of $20,000;

B. 4Change Energy Company agreement with AEPTNC with a proposed cure amount of $20,000;

C. Luminant ET Services Company agreement with AEPTCC with a proposed cure amount of $20,000;

D. TXU Energy Retail Company LLC agreement with AEPTCC with a proposed cure amount of $0;

E. TXU Energy Retail Company LLC agreement with AEPTNC with a proposed cure amount of $0;

F. TXU Energy Retail Company LLC agreement with AEPTCC with a proposed cure amount of $1,400,000;

G. TXU Energy Retail Company LLC agreement with AEPTNC with a proposed cure amount of $800,000 (collectively, the "AEP Contracts").

8. On May 2, 2014, the Court entered an *Interim Order Authorizing Certain of the Debtors to Pay Certain Prepetition Transition Charges and Deliver Charges* [D.I. 318] (the "Interim Order").

9. Pursuant to the Interim Order, AEP has continued to bill the Debtors for prepetition charges and the Debtors have continued to pay such charges in the ordinary course of business.

10. In the ordinary course of business, AEP has not yet invoiced all prepetition charges due pursuant to the AEP

4

Contracts, but expects to do so by the end of this week. Accordingly, because the Debtors are paying prepetition charges owed to AEP in the ordinary course of business pursuant to the Interim Order and AEP has not yet billed all prepetition charges, AEP recognizes that neither AEP nor the Debtors can accurately estimate the correct cure amounts for the AEP Contracts at this time.

## Discussion

The only objection that AEP has with respect to the TDSP Motion is that it does not want to be bound to the estimated cure amounts set forth in the TDSP Motion. AEP does not object to the proposed assumption of the AEP Contracts and has continued to bill the Debtors for prepetition charges in the ordinary course of business and accept payments for such charges pursuant to the relief provided to the Debtors in the Interim Order. Accordingly, as long as the Final Order approving the assumption of the AEP Contracts does not bind either party to the estimated cure amounts set forth in the TDSP Motion, AEP does not oppose the relief sought in the TDSP Motion.

WHEREFORE, AEP respectfully requests that the Court enter an Order:

1. Requiring the Debtors to continue to pay AEP all prepetition and post-petition charges owed to AEP under the AEP Contracts in the ordinary course of business;

2. Approving the assumption of the AEP Contracts; and

3. Providing such other and further relief as the Court deems just and appropriate.

Dated:  May 28, 2014               STEVENS & LEE, P.C.

/s/ John D. Demmy_____
John D. Demmy (Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone:  (302) 425-3308
E-mail:   jdd@stevenslee.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:  russj4478@aol.com

*Counsel for AEP Texas Central Company d/b/a American Electric Power Company and AEP Texas North Company d/b/a American Electric Power Company*