**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                  )
**In re:**                            ) **Chapter 11**
                                  )
**ENERGY FUTURE HOLDINGS,**     ) **Case No. 14-10979 (CSS)**
                                  )
                                  ) **(Jointly Administered)**
             **Debtors.**      )
_____)

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 28, 2014, true and correct copies of the (i) *Limited Objection of AEP Texas Central Company d/b/a American Electric Power Company and AEP Texas North Company d/b/a American Electric Power Company to the Motion of Energy Future Holdings Corp. et al., for Entry of (A) An Order Authorizing Certain of the Debtors To Pay Certain Prepetition Transition Charges and Delivery Charges and (B) An Order Authorizing Certain of the Debtors To Assume Transmission and Distribution Service Agreements*, and (ii) *Limited Objection of AEP Texas Central Company d/b/a American Electric Power Company and AEP Texas North Company d/b/a American Electric Power Company to the Motion of Energy Future Holdings Corp., et al., for Entry of Interim and Final Orders Determining Adequate Assurance of Payment For Future Utility Services* were served by email on:

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
Email:    collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com

1

Richard M. Cieri
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Email:   richard.cieri@kirkland.com
         edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois  60654
Email:   james.sprayregen@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email:   richard.schepacarter@usdoj.gov

                By:   STEVENS & LEE, P.C.

                /s/ John D. Demmy
                John D. Demmy (Bar No. 2802)
                1105 North Market Street, 7th Floor
                Wilmington, Delaware 19801
                Telephone:  (302) 425-3308
                E-mail:   jdd@stevenslee.com