IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) ) | **Re: Docket Nos. 477, 472 & 505**<br>**Objection Deadline: June 20, 2014 at 4:00 p.m.**<br>**Hearing Date: June 30, 2014 at 9:30 a.m.** |

## RE-NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the following motions (collectively, the "Motions"[2]) with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"):

1. Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment; (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [Docket No. 477] (the "EFIH Second Lien DIP Motion").

2. Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment Filed by Energy Future Holdings Corp. [Docket No. 472] (the "9019 Settlement Motion").

3. Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay [Docket No. 505] (the "RSA Assumption Motion").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **You were previously served with a copy of each of the Motions.**

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, any responses or objections to the relief requested, or certain of the relief requested, in the Motions as described below must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the Debtors on or before **June 20, 2014 at 4:00 p.m. (Eastern Daylight Time)**.[3]

1. With respect to the EFIH Second Lien DIP Motion, all of the relief requested, *except* with respect to any relief requested related to the Alternative Transaction Fee and the payment of certain fees, expenses, and indemnification obligations (each as defined in the EFIH Second Lien DIP Motion).[4]

2. With respect to the 9019 Settlement Motion, all of the relief requested, *except* with respect to any relief requested related to the First Lien Settlement (as defined in the 9019 Settlement Motion).[5]

3. The RSA Assumption Motion.

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the relief requested in the Motions as described above will be held before The Honorable Christopher S. Sontchi at the United States

---

[3] The Debtors have agreed to extend the objection deadline for the Motions to June 23, 2014 at 4:00 p.m. for the Office of the United States Trustee.

[4] For the avoidance of doubt, the relief requested in the EFIH Second Lien DIP Motion related to the Alternative Transaction Fee and the payment of certain fees, expenses, and indemnification obligations will proceed as previously noticed by the Debtors.

[5] For the avoidance of doubt, the relief requested in 9019 Settlement Motion related to the First Lien Settlement will proceed as previously noticed by the Debtors.

Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 30, 2014 at 9:30 a.m. (Eastern Daylight Time)**.

IF NO OBJECTIONS TO ANY OF THE MOTIONS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 28, 2014
      Wilmington, Delaware      */s/ William A. Romanowicz*
                                           **RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com
            romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
            edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession