# Notice Recipients

District/Off: 0311−1                         User: Brandon                         Date Created: 5/29/2014
Case: 14−10979−CSS                     Form ID: ntcBK                       Total: 23

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Brian Schartz | bschartz@kirkland.com |
| aty | Chad J. Husnick | chusnick@kirkland.com |
| aty | Daniel J. DeFranceschi | defranceschi@rlf.com |
| aty | Edward O. Sassower | esassower@kirkland.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Mark D. Collins | collins@RLF.com |
| aty | Mark D. Collins | collins@rlf.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | William A. Romanowicz | Romanowicz@rlf.com |

                                                                                                  TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Energy Future Holdings Corp. | Energy Plaza | 1601 Bryan Street | Dallas, TX 75201 | |
| aty | Andrea B. Schwartz | US Dept. Of Justice Office | 201 Varick Street | Rm. 1006 | New York, NY |
| aty | Andrew McGaan | Kirkland &Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Bridget K. O'Connor | Kirkland &Ellis LLP | 655 Fifteenth Street, N.W. | Washington, DC 20005 | |
| aty | David R. Dempsey | Kirkland &Ellis LLP | 655 Fifteenth Street, N.W. | Washington, DC 20005 | |
| aty | James H.M. Sprayregen | Kirkland &Ellis LLP | 601 Lexington Avenue | New York, NY 10022 | |
| aty | Mark E. McKane, Esq. | Kirkland &Ellis LLP | 555 California Street | San Francisco, CA 94104 | |
| aty | Richard M. Cieri | Kirkland &Ellis LLP | 601 Lexington Avenue | New York, NY 10022−4611 | |
| aty | Stephen E. Hessler | Kirkland &Ellis LLP | 601 Lexington Avenue | New York, NY 10022 | |
| aty | Steven N. Serajeddini | Kirkland &Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | William T. Pruitt | Kirkland &Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |

                                                                                                  TOTAL: 11