IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979-CSS |
| CORP., *et al.,*[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS
TRUSTEE UNDER THE ENUMERATED TRUST AGREEMENTS, PURSUANT
TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), Section 1109(b) of the United States Bankruptcy Code ("Bankruptcy Code") and Del.Bankr.L.R. 2002-1(d), the undersigned counsel, enter their appearance for The Bank of New York Mellon ("BNYM"), *solely in its capacity as Trustee under the following Trust Agreements*:

1. Amended and Restated Nuclear Decommissioning Trust Agreement dated January 1, 2002 between TXU Generation Company LP and Mellon Bank, N.A., as amended by the First Amendment to TXU Generation Company LP Amended and Restated Nuclear Decommissioning Trust Agreement for Comanche Peak Steam Electric Station, Units 1 and 2, dated December 8, 2003 between TXU Generation Company LP and Mellon Bank, N.A. (Note that TXU Generation Company LP is now Luminant Generation Company LLC);

2. EFH Second Supplemental Retirement Plan Trust Agreement dated December 20, 2010 between Energy Future Holdings Corp. and The Bank of New York Mellon;

3. Texas Utilities Company System Retirement Plan Master Trust Agreement dated June 20, 1983 between Texas Utilities Company and Mellon Bank, N.A., as amended by Amendment dated December 2, 2008 to Energy Future Holdings Corp. System Retirement Plan Master Trust Agreement between Energy Future Holdings Corp. and The Bank of New York Mellon, successor by operation of law to Mellon Bank, N.A.;

4. Welfare Trust Agreement dated June 1, 1994 between Texas Utilities Company and Mellon Bank, N.A., and Amendment to June 1, 1994

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have been granted joint administration on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

    Welfare Trust Agreement dated June 1, 1994 between Texas Utilities Company and Mellon Bank, N.A. (Trust to fund certain benefits for Covered Group under all Healthcare Plans) (Note that Texas Untilites Company merged into current Energy Future Holdings Corp.); and

5. TXU Split-Dollar Life Insurance Program Trust Agreement dated July 15, 2002 between TXU Corp. and Mellon Bank, N.A., as amended by Amendment dated December 2, 2008 to the EHF Split-Dollar Life Insurance Program Trust Agreement between Energy Future Holdings Corp. and The Bank of New York Mellon, successor by operation of law to Mellon Bank, N.A.;

and request that BNYM be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the undersigned at the following addresses or facsimile numbers:

| | |
|---|---|
| Amy M. Tonti, Esquire | Richard A. Robinson, Esquire |
| REED SMITH LLP | REED SMITH LLP |
| Reed Smith Centre | 1201 N. Market Street, Suite 1500 |
| 225 Fifth Avenue, Suite 1200 | Wilmington, DE 19801 |
| Pittsburgh, PA  15230-2009 | Telephone:  (302) 778-7555 |
| Telephone:  (412) 288-3274 | Facsimile:  (302) 778-7575 |
| Facsimile:  (412) 288-3063 | Email:  rrobinson@reedsmith.com |
| Email:  atonti@reedsmith.com | |

  PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph or otherwise, in these cases.

  This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed a consent to or waiver of BNYM's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case,

controversy or proceeding related hereto; (iii) right to have reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs or recoupments to which BNYM is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

| | |
|---|---|
| Dated:  May 28, 2014<br>         Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By:  */s/ Richard A. Robinson*<br>     Richard A. Robinson (No. 5059)<br>     1201 Market Street, Suite 1500<br>     Wilmington, DE  19801<br>     Phone:  (302) 778-7500<br>     Facsimile:  (302) 778-7575<br>     rrobinson@reedsmith.com<br><br>and<br><br>Amy M. Tonti, Esquire<br>225 Fifth Avenue. Suite 1200<br>Pittsburgh PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br>atonti@reedsmith.com<br><br>Counsel to The Bank of New York Mellon, ***solely in its capacity as Trustee under the above-enumerated Trust Agreements*** |