IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979-CSS |
| CORP., *et al.,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Richard A. Robinson, Esquire, do hereby certify that, on this 29th day of May, 2014, I caused a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TRUSTEE UNDER THE ENUMERATED TRUST AGREEMENTS, PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)** to be served upon the addressees on the attached service list via First Class U.S. Mail.

By:    */s/ Richard A. Robinson*
         Richard A. Robinson (No. 5059)

**SERVICE LIST**

Richard M. Cieri, Esq.
Stephen E. Hessler, Esq.
Edward O. Sassower, Esq.
Brian Schartz, Esq.
James H.M. Sprayregen, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

*Counsel for Debtor*

Chad J. Husnick, Esq.
Andrew McGaan, Esq.
William T. Pruitt, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654

*Counsel for Debtor*

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Debtor*

Andrea B. Schwartz
US Dept. Of Justice Office
201 Varick Street
Rm. 1006
New York, NY

David R. Dempsey, Esq.
Bridget K. O'Connor, Esq.
Kirkland & Ellis LLP, Esq.
655 Fifteenth Street, N.W.
Washington, DC 20005

*Counsel for Debtor*

Mark E. McKane, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

*Counsel for Debtor*

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

James Michael Peck, Esq.
Schulte Roth & Zabel LLP
250 West 55th Street
New York, NY 10019

*Counsel for the Official Committee of Unsecured Creditors*

Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Christopher A. Ward, Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

*Counsel for the Official Committee of Unsecured Creditors*

Lorenzo Marinuzzi, Esq.
Brett H. Miller, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

*Counsel for the Official Committee of Unsecured Creditors*

Edward M. Fox, Esq.
Polsinelli Shughart PC
805 Third Avenue
Suite 2020
New York, NY 10022

*Counsel for the Official Committee of Unsecured Creditors*