2

## Exhibit B

(Accession Agreement)

## ACCESSION AGREEMENT

THIS ACCESSION AGREEMENT (this "Agreement"), dated as of April 19, 2011, is entered into by THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as trustee (the "Trustee"), as an Additional Secured Party (as defined below), and acknowledged by TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, a Delaware limited liability company (the "Borrower"), and CITIBANK, N.A. ("Citibank"), in its capacity as Collateral Agent for the Secured Parties, under the Intercreditor Agreement (as defined below).

Reference is made to that certain Collateral Agency and Intercreditor Agreement (as amended, modified, restated or supplemented from time to time, the "Intercreditor Agreement"), dated as of October 10, 2007 and as amended and restated as of August 7, 2009, by and among the Borrower, Energy Future Competitive Holding Company, a Texas Corporation ("US Holdings"), the Subsidiary Guarantors party thereto from time to time, Citibank, N.A., as Administrative Agent (as defined therein), the Collateral Agent, the Secured Commodity Hedge Counterparties, and certain other Persons party thereto from time to time. Capitalized terms used herein without definition shall have the meaning assigned to them in the Intercreditor Agreement.

Pursuant to Section 5.6 of the Intercreditor Agreement, the Borrower may designate under the Intercreditor Agreement additional obligations as Secured Obligations on the terms and conditions set forth therein. The Intercreditor Agreement requires that any holder of additional obligations that are designated as Secured Obligations must become a party to the Intercreditor Agreement by executing and delivering this Accession Agreement.

The undersigned is entering into this Accession Agreement pursuant to Section 5.6 of the Intercreditor Agreement in order to become a Secured Party under the Intercreditor Agreement and the Security Documents, and to benefit from the Collateral under and in accordance with the terms of the Intercreditor Agreement and the Security Documents (an "Additional Secured Party").

The undersigned is acting as trustee for additional Secured Parties under the Indenture, dated the date hereof, among the Borrower, TCEH Finance, Inc. (together with the Borrower, the "Issuer"), the guarantors party thereto from time to time and the Trustee (the "Additional Document"), pursuant to which the Issuer has issued the 11.5% Senior Secured Notes due 2020.

Pursuant to Section 5.6, attached hereto as Annex 1 is a copy of the certificate to be delivered by a Responsible Officer of the Borrower in accordance with Section 5.6(b)(1) of the Intercreditor Agreement.

The Additional Secured Party hereby becomes a Secured Party as Secured Debt Representative.

The Additional Secured Party hereby agrees for the benefit of the Collateral Agent and the Secured Parties as follows:

1. The Additional Secured Party hereby acknowledges, agrees and confirms that, by its execution of this Agreement, the Additional Secured Party will be deemed to be a party to the Intercreditor Agreement, and, from and after the date hereof, shall have all of the obligations of a Secured Debt Representative thereunder as if it had executed the Intercreditor Agreement. The Additional Secured Party hereby ratifies, as of the date hereof, and accedes to and agrees to be bound by, all of the terms, provisions and conditions applicable to a Secured Party and a Secured Debt Representative contained in the Intercreditor Agreement and the other Security Documents.

2.  To the extent the Additional Secured Party is an agent or trustee for one or more Secured Parties, the Additional Secured Party acknowledges that it has the authority to bind such Secured Parties to the Intercreditor Agreement and such Secured Parties are hereby bound by the terms and conditions of the Intercreditor Agreement. The Additional Secured Party hereby agrees (on behalf of itself and any Secured Party claiming through it) to comply with the terms of the Intercreditor Agreement.

3.  The address of the Additional Secured Party for purposes of all notices and other communications is The Bank of New York Mellon Trust Company, N.A., Corporate Trust Division, 601 Travis Street – 16th Floor, Houston, TX 77002, Attention: TCEH Senior Secured Notes Trustee (Facsimile No. (713) 483-6954, electronic mail address: julie.hoffman-ramos@bnymellon.com).

4.  The amount of credit to be extended to the Borrower or the applicable Subsidiary Guarantor under Additional Document will be $1,750,000,000.

5.  This Agreement may be executed in two or more counterparts, each of which shall constitute an original but all of which when taken together shall constitute one contract.

6.  **THIS AGREEMENT SHALL BE GOVERNED BY, AND CONSTRUED UNDER, THE LAWS OF THE STATE OF NEW YORK.**

*[Signature Page Follows]*

IN WITNESS WHEREOF, the Additional Secured Party has caused this Accession Agreement to be duly executed by its authorized representative, and each of the Borrower and the Collateral Agent have caused the same to be accepted by its authorized representative, as of the date first above written.

THE BANK OF NEW YORK MELLON COMPANY, N.A., AS TRUSTEE

By: _____
Name: Julie Hoffman-Ramos
Title: Vice President

Acknowledged:

TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC

By: _____
Name:
Title:

Acknowledged and accepted:

CITIBANK, N.A., as Collateral Agent

By: _____
Name:
Title:

[ACCESSION AGREEMENT]

IN WITNESS WHEREOF, the Additional Secured Party has caused this Accession Agreement to be duly executed by its authorized representative, and each of the Borrower and the Collateral Agent have caused the same to be accepted by its authorized representative, as of the date first above written.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE

By: _____
    Name:
    Title:

Acknowledged:

TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC

By: _____
    Name:
    Title:

Acknowledged and accepted:

CITIBANK, N.A., as Collateral Agent

By: _____
    Name:
    Title:

IN WITNESS WHEREOF, the Additional Secured Party has caused this Accession Agreement to be duly executed by its authorized representative, and each of the Borrower and the Collateral Agent have caused the same to be accepted by its authorized representative, as of the date first above written.

THE BANK OF NEW YORK MELLON COMPANY, N.A., AS TRUSTEE

By: _____
   Name:
   Title:

Acknowledged:

TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC

By: _____
   Name:
   Title:

Acknowledged and accepted:

CITIBANK, N.A., as Collateral Agent

By: _____
   Name:
   Title:    Kirkwood Roland
             Vice President