CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2014, in addition to the service provided by the Court's CM/ECF system, I caused true and correct copies of the foregoing *Objection to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay* to be served as indicated on the parties listed below:

This 29th day of May, 2014

/s/ Michael Busenkell
Michael Busenkell (#3933)
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801
T: 302.425.5800
F. 302.425.5814
mbusenkell@gsbblaw.com

**Via Hand Delivery**
Mark D. Collins, Esq.
Daniel D. DeFranceschi, Esq.
Jason M. Madron, Esq.
Tyler D. Semmelman, Esq.
William A. Romanowicz, Esq.
Richards Layton & Finger, PA
920 North King Street
Wilmington, DE 19801

**Via First Class Mail**
James H.M. Sprayregen, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**Via First Class Mail**
Richard M. Cieri, Esq.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022