IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF J. MAXWELL TUCKER

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves the admission pro hac vice of J. Maxwell Tucker of Patton Boggs LLP to represent the following creditors and parties in interest: Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt Seidlets (the "EFH SERP Retiree Group") in these cases.

Dated:  May 28, 2014

Connolly Gallagher, LLP

_____
Jeffrey C. Wisler (#2795)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
Email: jwisler@connollygallagher.com

*Attorneys for the EFH SERP Retiree Group*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC* VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the Texas Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 23, 2014

/s/ *J. Maxwell Tucker*
J. Maxwell Tucker
Texas State Bar No. 20270900
2000 McKinney Avenue
Suite 1700
Dallas, Texas 75201
Telephone:  214.758.1500
Facsimile:   214.758.1550
Email: mtucker@pattonboggs.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: 5-29, 2014
Wilmington, Delaware

Honorable Christopher S. Sontchi
United States Bankruptcy Judge

#058107116