IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 466** |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., *ET AL.* REGARDING THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.* FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS**

The Official Committee of Unsecured Creditors (the "**Committee**") of Energy Future Holdings Corp., *et al.* (the "**Debtors**"), by and through its undersigned counsel, hereby files this reservation of rights (the "**Reservation of Rights**") to the *Motion of Energy Future Holdings Corp., et al. For Entry of an Order Extending the Debtors' Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs* (the "**Extension Motion**") [Docket No. 466].[2] In support of the Reservation of Rights, the Committee states as follows:

**BACKGROUND**

1. On May 15, 2014, the Debtors filed the Extension Motion seeking entry of an order extending the deadline by which the Debtors must file their Schedules and Statements for

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

ny-1144789

an additional 30-day period to June 30, 2014, without prejudice to the Debtors' right to request further extensions, for cause.  The Extension Motion is grounded in the theory that the information needed to prepare the Schedules and Statements is voluminous, requires an enormous amount of time and effort to complie, and the Debtors lacked the resources to begin preparation of the Schedules and Statements in advance of the Petition Date.  (Motion ¶¶ 7-8.)

2. On May 16, 2014, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., For Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay* [Docket No. 505] (the "RSA Assumption Motion") seeking entry of an order authorizing the Debtors to assume the Restucturing Support and Lock-Up Agreement, dated as of April 29, 2014 (the "RSA").  (RSA Assumption Motion ¶ 13.)  The RSA imposes certain milestones upon the Debtors that, among other things, require the Debtors to file a plan and disclosure statement by June 13, 2014.  (RSA Assumption Motion ¶ 35.)  The RSA Assumption Motion has been re-noticed for the June 30, 2014 omnibus hearing, with objections to the RSA Assumption Motion due on June 20, 2014 [Docket No. 626].

## RESERVATION OF RIGHTS

3. Pursuant to the RSA, the assumption of which remains subject to Court approval, the Debtors and Restructuring Support Parties (as defined in the RSA) have agreed to embark on an expedited schedule that requires the Debtors to file a plan on or before June 13, 2014.  According to the terms set forth in the RSA, the contemplated plan is expected to seek, among other things, the waiver and release of certain intercompany claims.  (*See* RSA, Ex. A, Amended and Restated Restructuring Term Sheet, at 13-16.)  If the relief requested in the Extension Motion is granted, however, the Debtors will not file their Schedules and Statements until June 30, 2014, subject to further extensions.  Given the truncated timeframe within which the Debtors are seeking to assume the RSA and, shortly thereafter, seek approval of a disclosure statement

and plan, a delay in filing the Debtors' Schedules and Statements imposes a significant burden on the parties' time to adequately review the intercompany claims and analyze the Debtors' assessment of the nature, validity, and priority thereof.

4. Nonetheless, the Committee recognizes that, in cases of this size and complexity, it is not unusual for the Debtors to be granted a reasonable extension of the time in which they must file their Schedules and Statements. Accordingly, the Committee does not at this time object to the additional 30-day extension requested by the Debtors in the Extension Motion. However, the Committee files this Reservation of Rights out of an abundance of caution to ensure that the Committee's decision not to take a position on the Motion is not construed as consent to the assumption of the RSA, the plan contemplated thereunder, or of any proposed treatment of intercompany claims, including those that may be reflected in the Debtors' Schedules and Statements or otherwise.

[*Remainder of Page Intentionally Left Blank*]

Dated: Wilmington, Delaware
       May 29, 2014

          **MORRISON & FOERSTER LLP**
          James M. Peck
          Brett H. Miller
          Lorenzo Marinuzzi
          250 West 55th Street
          New York, New York 10019-9601
          Telephone:  (212) 468-8000
          Facsimile:  (212) 468-7900
          jpeck@mofo.com
          brettmiller@mofo.com
          lmarinuzzi@mofo.com

          -and-

          */s/ Christopher A. Ward*
          Christopher A. Ward (Del. Bar No. 3877)
          Justin K. Edelson (Del. Bar No. 5002)
          Shanti M. Katona (Del. Bar No. 5352)
          **POLSINELLI PC**
          222 Delaware Avenue, Suite 1101
          Wilmington, Delaware 19801
          Telephone: (302) 252-0920
          Facsimile:  (302) 252-0921
          cward@polsinelli.com
          jedelson@polsinelli.com
          skatona@polsinelli.com

          *Proposed Counsel to the Official Committee of Unsecured Creditors*