**E<span/>XHIBIT B**

```
                                                              Page 1
 1   UNITED STATES BANKRUPTCY COURT
 2   DISTRICT OF DELAWARE
 3
 4
 5   In re:                    :
                               :    Chapter 11
 6   ENERGY FUTURE HOLDINGS    :
     CORP., et al.,            :    Case No. 14-10979(CSS)
 7                             :
            Debtors.           :    (Jointly Administration
 8   _____:    Requested)
 9
10                                  United States Bankruptcy Court
11                                  824 North Market Street
12                                  Wilmington, Delaware
13                                  May 22, 2014
14                                  9:35 AM
15
16
17   B E F O R E :
18   HON CHRISTOPHER S. SONTCHI
19   U.S. BANKRUPTCY JUDGE
20
21
22
23
24   ECR OPERATOR:  LESLIE MURIN
25
```

Page 219

1  through --

2           THE COURT:  All right.

3           MR. SASSOWER:  -- it one more time.

4           We have agreed with the RSA parties to move the
5  RSA assumption motion to June 30th.  We've agreed to move
6  the second -- the EFIH second lien DIP motion to June 30th
7  with one piece that we're going to carve out.  I'll come
8  back to that in just a moment.  And we've agreed to move
9  part of what we call the settlement motion, the parts that
10 we're moving are the second lien (indiscernible) settlement
11 part and the TSA or tax-sharing agreement amendment part of
12 the settlement motion to June 30th.

13          So what remains on June 5th is as follows:  the
14 first days, the non-insider comp motion, the EFIH first lien
15 DIP, the EFIH first lien (indiscernible) settlement --
16 that's the remaining part of the settlement motion -- and
17 the part of the EFIH second lien DIP that requests a breakup
18 fee and expense reimbursement for the DIP provider.

19          The official committee has asked us to consider
20 moving, in addition to the items I've mentioned, the breakup
21 fee and expense reimbursement piece of the second lien DIP,
22 the non-insider comp motion as well as the TCEH cash
23 collateral motion.  They would like us to do a second
24 interim order and push the final hearing on that to June
25 30th.  Those three items we're still having an active