# **Exhibit A**

```
                                                               Page 1
 1   UNITED STATES BANKRUPTCY COURT
 2   DISTRICT OF DELAWARE
 3
 4
 5   In re:                       :
                                  :      Chapter 11
 6   ENERGY FUTURE HOLDINGS       :
     CORP., et al.,               :      Case No. 14-10979(CSS)
 7                                :
              Debtors.            :      (Jointly Administration
 8   _____ :      Requested)
 9
10                                       United States Bankruptcy Court
11                                       824 North Market Street
12                                       Wilmington, Delaware
13                                       May 22, 2014
14                                       9:35 AM
15
16
17   B E F O R E :
18   HON CHRISTOPHER S. SONTCHI
19   U.S. BANKRUPTCY JUDGE
20
21
22
23
24   ECR OPERATOR:  LESLIE MURIN
25
```

1   was in New York and I believe I got back on Saturday but I
2   took a day or two off but had been previously there the week
3   before.
4   Q   For you and the work that you do at the debtors it
5   would be easier for you if the debtors' bankruptcy cases
6   were lodged in Dallas, Texas, correct?
7   A   Personally if I consider my own situation and my own
8   job, because primarily of the lack of travel I guess I would
9   say yes.
10  Q   David Ying and his team and Evercore act as the
11  debtors' financial advisors, correct?
12  A   Correct.
13  Q   Has Evercore undertaken a valuation of the debtors'
14  business?
15  A   You'd have to ask Mr. Ying, but I've not seen any
16  valuation report from Mr. Ying or his firm.
17  Q   Do you know whether Evercore has done a valuation?
18  A   I don't believe they have.
19  Q   Okay.  Did you or anyone else at the debtors consider
20  whether it would be appropriate to have Mr. Ying do a
21  valuation before entering into the RSA?
22              MR. MCGAAN:  Object, Your Honor, as to relevance.
23              MR. JONAS:  Relevance, counsel?  Your Honor, I'm
24  going to get to Evercore and the valuation work they did,
25  which I think a lot of it was done in -- not the valuation