IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979<br>)<br>)<br>) **Related Docket Nos. 26, 38, 621**<br>) |

**CENTERPOINT ENERGY HOUSTON ELECTRIC, L.L.C.'S LIMITED OBJECTION AND JOINDER IN AEP TEXAS CENTRAL COMPANY D/B/A AMERICAN ELECTRIC POWER COMPANY AND AEP TEXAS NORTH COMPANY D/B/A/ AMERICAN ELECTRIC POWER COMPANY'S LIMITED OBJECTION TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF A FINAL ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES**

CenterPoint Energy Houston Electric, L.L.C. ("CenterPoint") files this limited objection and joinder in AEP Texas Central Company d/b/a American Electric Power Company and AEP Texas North Company d/b/a American Electric Power Company's (together, "AEP") limited objection (Docket No. 621) (the "AEP Limited Objection") to the Debtors' motion for a final order determining adequate assurance of payment for future utility services (Docket No. 26) (the "Utility Motion"), and respectfully would show the Court as follows:

I. PROCEDURAL FACTS

1. On April 29, 2014 (the "Petition Date"), each of the Debtors commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. The Debtors' bankruptcy cases are being jointly administered.

2.      The Debtors filed the Utility Motion on the Petition Date. On May 2, 2014, the Court entered an interim order approving the Utility Motion.

## II.    LIMITED OBJECTION

3.      CenterPoint provides transmission and distribution service to the Debtors pursuant to certain agreements (the "CenterPoint TDSP Agreements"). The Debtors filed a motion to assume various transmission and distribution agreements including the CenterPoint TDSP Agreements (Docket No. 38) (the "TDSP Motion").

4.      CenterPoint files this limited objection in the event that the Court does not grant the TDSP Motion.

5.      CenterPoint joins in the relief that AEP requested in the AEP Limited Objection. Specifically, CenterPoint requests a two-month cash deposit,[1] which is the amount that CenterPoint is authorized to obtain from the Debtors pursuant to the applicable Tariff approved by the Public Utility Commission of Texas.

6.      CenterPoint joins in, and incorporates by reference, the legal authority that AEP cited in pages 7 through 13 of the AEP Limited Objection.

7.      CenterPoint reserves the right to amend or supplement this limited objection in the event the Court does not grant the TDSP Motion.

## III.    CONCLUSION

CenterPoint respectfully requests that this Court rule upon and approve the TDSP Motion prior to ruling on the Utility Motion. If the Court approves the TDSP Motion on a final basis, CenterPoint will withdraw this limited objection. In the event that the Court does not approve the TDSP Motion on a final basis, CenterPoint requests that the Court (i) deny the Utility Motion

---

[1] In the event that the Court does not grant the TDSP Motion, CenterPoint will supplement or amend this limited objection with the specific amount of the two-month cash deposit.

Active 15167876.4                        2

as to CenterPoint, (ii) award CenterPoint post-petition adequate assurance in the form of a two-month cash deposit, and (iii) grant such other and further relief that it deems just and appropriate.

Dated: May 29, 2014                    Respectfully submitted,

/s/ Mark L. Desgrosseilliers
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4353
Facsimile: (302) 252-4330
Email: mdesgrosseilliers@wcsr.com

-and-

James R. Prince
State Bar No. 00784791
Omar J. Alaniz
State Bar No. 24040402
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: 214.953.6500
Facsimile: 214.661.4719
Email: jim.prince@bakerbotts.com
          omar.alaniz@bakerbotts.com

COUNSEL TO CENTERPOINT ENERGY
HOUSTON ELECTRIC, L.L.C.