## CERTIFICATE OF SERVICE

I, Kathleen Lytle, certify that I am not less than 18 years of age, and that on May 29, 2014, a copy of the foregoing was electronically filed by CM/ECF and I caused a copy to be served upon the parties below in the manner indicated.

**By Hand Delivery**
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**By First Class Mail**
Richard M. Cieri
Edward O. Sassower
Stephen E. Hessler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

**By Hand Delivery**
Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 29, 2014                          /s/  Kathleen Lytle
                                             Kathleen Lytle

WCSR  7136068v1