**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: May 29, 2014 at 4:00 p.m.**<br>**Hearing Date: June 5, 2014 at 9:30 a.m.**<br>**Regarding Docket Nos. 71, 73, 324, 325, 597, 598** |

**STATEMENT AND RESERVATION OF RIGHTS OF CSC TRUST COMPANY OF DELAWARE, AS PROPOSED SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN 7.46% AND 7.48% TCEH SECURED FACILITY BONDS, WITH RESPECT TO THE TCEH DEBTORS' MOTIONS (I) FOR ENTRY OF A FINAL ORDER (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION, AND (C) MODIFYING THE AUTOMATIC STAY, AND (II) FOR ENTRY OF A FINAL ORDER (A) APPROVING POSTPETITION FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, AND (C) MODIFYING THE AUTOMATIC STAY**

CSC Trust Company of Delaware, as proposed successor indenture trustee (the "Indenture Trustee") under both (i) that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1987, among Texas Competitive Electric Holdings Company LLC (as successor in interest to Texas Utilities Electric Company, "TCEH"), The Bank of New York Mellon Trust Company, N.A. (as successor in interest to American National Bank and Trust Company of Chicago, the "Resigning Trustee") and U.S. Bank National Association (as successor in interest to The Connecticut National Bank, the "Owner Trustee/Issuer"), as amended and supplemented by the Trust Indenture, Security Agreement and Mortgage Supplement No. 1, dated as of May 1, 1988, the Trust Indenture, Security Agreement and Mortgage Supplement No. 2, dated as of August 1, 1988, the Trust Indenture, Security Agreement and Mortgage Supplement No. 3, dated as of August 1, 1988, and the Trust Indenture, Security Agreement and Mortgage Supplement No. 4, dated as of July 1, 1993

(collectively, the "7.46% Indenture"); and (ii) that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1989, among TCEH, the Resigning Trustee and the Owner Trustee/Issuer, as amended and supplemented by the Trust Indenture, Security Agreement and Mortgage Supplement No. 1, dated as of October 25, 1995 (collectively, the "7.48% Indenture"), by and through its undersigned counsel, hereby submits this statement and reservation of rights to (i) the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [Docket No. 71] (the "TCEH Cash Collateral Motion"), and (ii) the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, and (C) Modifying the Automatic Stay* [Docket No. 73] (the "TCEH DIP Financing Motion" and, collectively with the TCEH Cash Collateral Motion, the "Motions").[1]  In support hereof, the Successor Indenture Trustee respectfully states as follows:

## BACKGROUND

1. On April 29, 2014 (the "Petition Date"), the Debtors, including the TCEH Debtors, filed voluntary petitions for relief with this Court under chapter 11 of the Bankruptcy Code.

2. Among other activities, the TCEH Debtors generate, distribute, and sell power.  The TCEH Debtors' natural gas-fueled generation operations include steam units and combustion turbines at various plant sites.  *See* First Day Declaration ¶ 31.  The natural gas-

---

[1]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motions.

fueled units are primarily used when electricity demand is highest (*i.e.*, they are considered "peaking" units because they are generally used during peak demand periods) or to support system reliability at times of low "reserve margins" (*i.e.*, times when the system's overall generation capacity needs to be increased to maintain a certain target "cushion" over expected demand for electricity). *Id.* ¶ 32.

3. According to the TCEH Debtors, their combustion turbine electricity generation assets are structured as "leveraged leases." *Id.* ¶ 78. The TCEH Debtors own the beneficial equity interests in the trusts that own these assets such that the TCEH Debtors are the beneficial owners and the lessors of these assets. *Id.*

4. By the TCEH Debtors' own estimates, approximately $39 million remains outstanding on certain notes secured by their combustion turbines. *Id.* In particular, as of the Petition Date, $3,707,900 aggregate principal amount of the 7.46% Secured Facility Bonds, 1993 Series due January 1, 2015 (the "7.46% Secured Facility Bonds") were issued and outstanding under the 7.46% Indenture, and $34,552,000 aggregate principal amount of the 7.48% Secured Facility Bonds, 1995 Series due January 1, 2017 (the "7.48% Secured Facility Bonds") were issued and outstanding under the 7.48% Indenture.

5. The 7.46% Indenture provides that in order to secure payment of the 7.46% Secured Facility Bonds, the Owner Trustee/Issuer has assigned to the Indenture Trustee all of the Owner Trustee/Issuer's rights, and granted to the Indenture Trustee a security interest, in and to, among other things, (a) the Lease Agreement, dated as of December 1, 1987, between the Owner Trustee/Issuer, as lessor, and TCEH, as lessee (as amended and supplemented, the "7.46% Lease"), and (b) the Leased Assets (as defined in the 7.46% Indenture) including, without limitation, the three gas-fired combustion turbine peaking units with a nominal rating of

195 megawatts located in Ward County near Monahans, Texas (as further described in the 7.46% Indenture, the "7.46% Permian Basin Facility"), and the six gas-fired combustion turbine peaking units with a nominal rating of 390 megawatts located in Mitchell County near Colorado City, Texas (as further described in the 7.46% Indenture, the "Morgan Creek Facility" and, together with the 7.46% Permian Basin Facility and the rest of the Indenture Estate (as defined in the 7.46% Indenture), the "7.46% Secured Facility Bonds Collateral").

    6.  The 7.48% Indenture provides that in order to secure payment of the 7.48% Secured Facility Bonds, the Owner Trustee/Issuer has assigned to the Indenture Trustee all of the Owner Trustee/Issuer's rights, and granted to the Indenture Trustee a security interest, in and to, among other things, (a) the Lease Agreement, dated as of December 1, 1989, between the Owner Trustee/Issuer, as lessor, and TCEH, as lessee (as amended and supplemented, the "7.48% Lease"), and (b) the Leased Assets (as defined in the 7.48% Indenture) including, without limitation, the two gas-fired combustion turbine peaking units with a nominal rating of 130 megawatts located in Ward County near Monahans, Texas (as further described in the 7.48% Indenture, the "7.48% Permian Basin Facility"), and the four gas-fired combustion turbine peaking units with a nominal rating of 260 megawatts located in Hood County near Granbury, Texas (as further described in the 7.48% Indenture, the "DeCordova Facility" and, together with the 7.48% Permian Basin Facility and the rest of the Indenture Estate (as defined in the 7.48% Indenture), the "7.48% Secured Facility Bonds Collateral").

    7.  By the TCEH Cash Collateral Motion, the TCEH Debtors seek authority to use cash on hand and cash flow from operations in the ordinary course of business. Such cash may include cash generated by or cash constituting the 7.46% Secured Facility Bonds Collateral or the 7.48% Secured Facility Bonds Collateral. By the TCEH DIP Financing Motion, the

TCEH Debtors seek authority to obtain post-petition financing secured by senior priming security interests upon all pre-petition and post-petition property of the TCEH Debtors. The proposed final order approving the TCEH DIP Financing Motion (the "Final DIP Order") provides, however, that the DIP Liens and Adequate Protection Liens (each as defined therein) will only prime existing liens of the Prepetition Secured Creditors (as defined therein) and will not "be senior to any valid, perfected, and non-avoidable interests of other parties arising out of liens, if any, on such property existing immediately prior to the Petition Date." *Id.* ¶ 7(b).

## STATEMENT AND RESERVATION OF RIGHTS

8.  Counsel for the TCEH Debtors has communicated that the TCEH Debtors intend to continue making payments in accordance with the 7.46% Lease and 7.48% Lease (collectively, the "Leveraged Leases") in the ordinary course. Counsel for the TCEH Debtors has further agreed to include in the Final DIP Order and in the final order approving the TCEH Cash Collateral Motion (the "Final Cash Collateral Order") the reservation of rights language with respect to the 7.48% Secured Facility Bonds (and correlative language with respect to the 7.46% Secured Facility Bonds) substantially as follows (the "Reservation of Rights Language"):

> DeCordova and Permian Basin Representation. Nothing herein primes, limits or otherwise affects the rights and interests of either The Bank of New York Mellon Trust Company, N.A. (in its capacity as successor in interest to American National Bank and Trust Company of Chicago as indenture trustee (the "7.48% Indenture Trustee")), or its successors in interest (including CSC Trust Company of Delaware, in its capacity as proposed successor indenture trustee), for the 7.48% Secured Facility Bonds, 1995 Series due January 1, 2017 (the "7.48% Secured Facility Bonds"), or of the holders of the 7.48% Secured Facility Bonds, under (a) that certain Trust Indenture, Security Agreement, and Mortgage, dated as of December 1, 1989, among TCEH (as successor in interest to Texas Utilities Electric Company), U.S. Bank National Association (as successor in interest to The Connecticut National Bank), as Owner Trustee, and the Indenture Trustee, as amended and supplemented by the Trust Indenture, Security Agreement and Mortgage Supplement No. 1, dated as of October 25, 1995 (collectively, the "7.48% Indenture"); and (b) the Operative Documents (as defined in the 7.48% Indenture) or any other document relating to the DeCordova Facility and the

Permian Basin Facility (each as defined in the 7.48% Indenture). All rights of all parties in interest with respect to the 7.48% Secured Facility Bonds, the Operative Documents and the DeCordova and Permian Basin Facilities are hereby fully preserved.

9. Based on the foregoing statement from counsel for the TCEH Debtors and the inclusion of the Reservation of Rights Language in the Final DIP Order and the Final Cash Collateral Order, the Indenture Trustee has no objection to the granting of the relief requested in the Motions.

10. The Indenture Trustee hereby expressly reserves and preserves all of its rights in connection with the Motions, the 7.46% Indenture (and the Operative Documents as defined therein), 7.46% Secured Facility Bonds Collateral, the 7.48% Indenture (and the Operative Documents as defined therein), 7.48% Secured Facility Bonds Collateral, the Leveraged Leases or otherwise, including the right to seek adequate protection with respect to the 7.46% Secured Facility Bonds Collateral and the 7.48% Secured Facility Bonds Collateral and all rights regarding the proper characterization of the Leveraged Leases, and nothing herein shall constitute a waiver or release of any such rights.

WHEREFORE, the Indenture Trustee fully reserves and preserves its rights as stated herein and makes no objection to the granting of the relief requested in the Motions, and requests that the Court grant such further relief as the Court deems just and proper.

Dated: New York, New York
       May 29, 2014

KELLEY DRYE & WARREN LLP

By: */s/ Gilbert R. Saydah*
    James S. Carr, Esq.
    Benjamin D. Feder, Esq.
    Gilbert R. Saydah, Esq. (Del. No. 4304)
101 Park Avenue
New York, New York 10178
Telephone: 212-808-7800
Facsimile: 212-808-7897

Counsel to CSC Trust Company of Delaware, as proposed successor Indenture Trustee for the 7.46% and 7.48% TCEH Secured Facility Bonds