**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Regarding Docket No. 639** |

**NOTICE OF WITHDRAWAL OF STATEMENT AND RESERVATION OF RIGHTS OF CSC TRUST COMPANY OF DELAWARE, AS PROPOSED SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN 7.46% AND 7.48% TCEH SECURED FACILITY BONDS [DOCKET NO. 639]**

PLEASE TAKE NOTICE that the undersigned hereby withdraws the *Statement and Reservation of Rights of CSC Trust Company of Delaware, as Proposed Successor Indenture Trustee for Certain 7.46% and 7.48% TCEH Secured Facility Bonds, with respect to the TCEH Debtors' Motions (I) for Entry of a Final Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay, and (II) for Entry of a Final Order (A) Approving Postpetition Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, and (C) Modifying the Automatic Stay* filed on May 29, 2014 at docket entry number 639.

| | |
|---|---|
| Dated: New York, New York<br>May 29, 2014 | KELLEY DRYE & WARREN LLP<br><br>By: */s/ Gilbert R. Saydah*<br>   James S. Carr, Esq.<br>   Benjamin D. Feder, Esq.<br>   Gilbert R. Saydah, Esq. (Del. No. 4304)<br>101 Park Avenue<br>New York, New York 10178<br>Telephone:  212-808-7800<br>Facsimile:  212-808-7897<br><br>Counsel to CSC Trust Company of Delaware, as proposed successor Indenture Trustee for the 7.46% and 7.48% TCEH Secured Facility Bonds |