# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 477 |
| | Objection Deadline (as to certain relief): May 29, 2014 at 4:00 p.m. |
| | Hearing Date and Time (as to certain relief): June 5, 2014 at 9:30 a.m. |

**STATEMENT AND RESERVATION OF RIGHTS OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS WITH RESPECT TO THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING <u>THE AUTOMATIC STAY</u>**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.7 billion of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, hereby files its statement (the "Statement") with respect to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (a) Approving Postpetition Second Lien Financing, (b) Granting Liens and Superpriority Administrative Expense Claims, (c) Authorizing the Use of Cash Collateral, (d) Authorizing the

---

[1] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

EFIH Second Lien Repayment, (e) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (f) Modifying the Automatic Stay [Docket No. 477] (the "EFIH Second Lien DIP Motion"). In support of the Statement, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully represents as follows:

## STATEMENT

1. At the hearing held on May 22, 2014 in these chapter 11 cases, proposed counsel to the Debtors announced that the hearing on the EFIH Second Lien DIP Motion (originally scheduled for June 5, 2014 at 9:30 a.m.) would be adjourned to June 30, 2014 at 9:30 a.m., except with respect to the request of Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. (together with EFIH, the "EFIH Debtors") for entry of an order authorizing the payment of a "break-up" fee and reimbursement of fees and expenses that are described in that certain commitment letter dated as of April 28, 2014 attached to the EFIH Second Lien DIP Motion as <u>Exhibit E</u> [Docket No. 477-6] (the "Commitment Letter"). By this Statement, the Ad Hoc Group of TCEH Unsecured Noteholders addresses just that limited relief – and not the remainder of the relief requested in the EFIH Second Lien DIP Motion. The Ad Hoc Group of TCEH Unsecured Noteholders will respond to the remainder of the relief sought in the EFIH Second Lien DIP Motion in advance of the adjourned hearing thereon.

2. The Commitment Letter is another example of the imprecision that results from overlapping management, counsel and advisors for each of the seventy-one Debtors taking action on behalf of "the Debtors," which imprecision threatens to prejudice the estates of the individual TCEH Debtors (as defined below), against which the members of the Ad Hoc Group of TCEH Unsecured Noteholders hold claims.

2

3. To explain, with respect to the above-referenced "break-up" fee, the Commitment Letter provides:

> Subject to entry of the Approval Order, if EFIH enters into definitive documentation with respect to a reorganization, restructuring, merger, consolidation, share exchange, rights offering, equity investment, business combination, recapitalization or similar transaction (including the sale of all or substantially all of the assets of EFH, EFIH, or any other Debtor) involving EFIH on equal or better terms and conditions for EFIH than those contemplated in the Restructuring Support Agreement and the Term Sheet (such transaction, as "Alternative Transaction"), the Debtors shall pay Pro Rata based on the respective percentages set forth on Schedule II hereto, an amount in cash equal to 3.00% of $1.9 billion ($1,900,000,000) to the Initial Commitment Parties (the "Alternative Transaction Fee"), which Alternative Transaction Fee shall become due and be paid in full within 5 days [sic] Bankruptcy Court approval of such Alternative Transaction.

Commitment Letter, at 5 (emphasis added).

4. "Debtors" is defined in the Commitment Letter as "Energy Future Holdings Corp. ('EFH'), Energy Future Intermediate Holding Company LLC ('EFIH'), and certain of their affiliates (collectively, the 'Debtors')" that are parties to that certain Restructuring Support and Lock-Up Agreement, dated as of April 28, 2014 (the "Restructuring Support Agreement"). Commitment Letter, at 1. This definition of "Debtors" in that proposed agreement explicitly captures the TCEH Debtors. See Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, in Support of First Day Motions, Ex. D [Docket No. 98].

5. By operation of this definition and the above-quoted language of the Commitment Letter stating which entities shall pay the Alternative Transaction Fee (as defined in the Commitment Letter), joint management and counsel have appeared to commit the TCEH Debtors to be liable for a $57 million "break-up" fee for a transaction "involving EFIH" and "on

equal or better terms and conditions for EFIH . . ..", Commitment Letter, at 5. That commitment makes no sense. None of the TCEH Debtors executed the Commitment Letter (see EFIH Second Lien DIP Motion, Ex. E), and the EFIH Second Lien DIP Motion states that "only the EFIH Debtors are seeking authority herein." Id. at 1 n.2. Nor is there any evidence in the EFIH Second Lien DIP Motion that any TCEH Debtors are benefitting in any way by the EFIH Debtors' proposed second lien debtor-in-possession financing (the "EFIH Second Lien DIP"). Thus, any order approving the EFIH Second Lien DIP Motion should clarify that no TCEH Debtors shall be liable in any way for the "break-up" fee or any other liability related to the Commitment Letter, despite the language agreed to by its management and counsel in that letter.

6. Further, any order approving the EFIH Second Lien DIP Motion should make clear that, by not objecting to the EFIH Debtors and Energy Future Holdings Corp. ("EFH") incurring an obligation to (a) pay the Alternative Transaction Fee, the remaining unpaid balance of the Arrangement Payment (as defined in the Commitment Letter) or the Professional Fees (as defined in the Commitment Letter), or (b) indemnify the Indemnified Parties (as defined in the Commitment Letter) on the terms set forth in the Commitment Letter, the Ad Hoc Group of TCEH Unsecured Noteholders is not consenting (and reserves the right to object) to the larger relief sought by the EFIH Second Lien DIP Motion. It is anticipated that there will be several objections raised to the EFIH Second Lien DIP, including by the Ad Hoc Group of TCEH Unsecured Noteholders. Among other things, the Ad Hoc Group of TCEH Unsecured Noteholders anticipates opposing the EFIH Second Lien DIP on the basis that it, along with the Restructuring Support Agreement, fixes the size and recovery of the EFIH general unsecured

NEWYORK 9219863

claims pool without giving any consideration to the existence of prepetition claims of the TCEH Debtors, or their ability to recover on those claims.[2]

## RESERVATION OF RIGHTS

7.  The Ad Hoc Group of TCEH Unsecured Noteholders expressly reserves the right to supplement and amend this Statement, seek discovery with respect to the EFIH Second Lien DIP Motion and introduce evidence at any hearing relating to the EFIH Second Lien DIP Motion.  Further, the Ad Hoc Group of TCEH Unsecured Noteholders reserves the right to respond, join in, or amend this Statement with respect to any argument or objection made by any person relating to the EFIH Second Lien DIP Motion.

[*Remainder of page intentionally left blank*]

---

[2] As detailed in the Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of the TCEH Debtors for Entry of an Order Directing Joint Administration of Their Chapter 11 Cases With Those of the Oncor Debtors [Docket No. 222] (which is incorporated by reference herein), the Ad Hoc Group of TCEH Unsecured Noteholders believes the TCEH Debtors are significant, and potentially the largest, unsecured creditors of the estates of EFIH and EFH.  No Debtor has yet gone on the record with respect to those allegations (or has even retained advisors who could do so), nor has any of Energy Future Competitive Holdings Company LLC ("EFCH"), TCEH or their direct and indirect subsidiaries that are Debtors (together with EFCH and TCEH, the "TCEH Debtors") made any efforts to analyze the claims at issue or schedule them.

5

NEWYORK 9219863

Dated: May 29, 2014
       Wilmington, Delaware

                                      FOX ROTHSCHILD LLP

By: */s/ Jeffrey M. Schlerf*
     Jeffrey M. Schlerf (No. 3047)
     John H. Strock (No. 4965)
     L. John Bird (No. 5310)
     919 North Market St., Suite 300
     Wilmington, DE 19801
     Telephone: (302) 654-7444
     Facsimile: (302) 463-4971
     jschlerf@foxrothschild.com
     jstrock@foxrothschild.com
     lbird@foxrothschild.com

     and

     WHITE & CASE LLP
     Thomas E Lauria (admitted *pro hac vice*)
     Matthew C. Brown (admitted *pro hac vice*)
     Southeast Financial Center, Suite 4900
     200 South Biscayne Blvd.
     Miami, FL 33131
     Telephone: (305) 371-2700
     Facsimile: (305) 358-5744
     tlauria@whitecase.com
     mbrown@whitecase.com

     J. Christopher Shore (admitted *pro hac vice*)
     Gregory M. Starner (admitted *pro hac vice*)
     1155 Avenue of the Americas
     New York, NY 10036
     Telephone: (212) 819-8200
     Facsimile: (212) 354-8113
     cshore@whitecase.com
     gstarner@whitecase.com

     *Counsel to the Ad Hoc Group of*
     *TCEH Unsecured Noteholders*