**EXHIBIT E**

**Blueprint SOW**

STATEMENT OF WORK

ISU Upgrade Planning & Blueprint Phase

This Schedule A-1 (this "**SOW**"), effective as of February 26, 2014 (the "**SOW Date**"), is entered into by and between TXU Energy Retail Company LLC, a Texas limited liability company ("**TXUE**", "**you**" or "**Client**"), and Ernst & Young, LLP ("**we**" or "**EY**"), pursuant to the terms and conditions of the Master Services Agreement, dated June 10, 2010, between EY and EFH Corporate Services Company, as amended (the "**Agreement**").

Except as otherwise set forth in this SOW, this SOW incorporates by reference, and is deemed to be a part of, the Agreement. The additional terms and conditions of this SOW shall apply only to the advisory Services covered by this SOW and not to Services covered by any other SOW pursuant to the Agreement. Capitalized terms used, but not otherwise defined, in this SOW shall have the meanings in the Agreement, and references in the Agreement to "Company", "you" or "Client" shall be deemed references to TXUE.

1. **Scope of Work**:

Description of Services. "EY" shall provide the following Work under this SOW, in each case beginning on the SOW Date and continuing until such date as "TXUE" shall direct:

Following are the detailed activities for each workstream:

## 1.1 Project Management Workstream

| Activities | Description |
|---|---|
| Project Management | <ul><li>Define and finalize upgrade strategy and enhancement pack version to be applied</li><li>Take project plan developed and accepted for the RFP and expand it to include specific phase timeframes, assignments, dependencies, QA checkpoints, landscape requirements, and executive sign-off tollgates.</li><li>Create cutover strategy and draft cutover plan</li><li>Manage project budget, project resources and delivery milestones</li><li>Provide project planning and management of project plan, detailing tasks for each of the following workstreams:</li></ul><ul><li>Test Automation & Execution</li><li>Functional Delivery: Billing, FICA</li><li>Technical Delivery: Basis, Tools, ABAP, Security</li></ul><ul><li>Conduct and facilitate project documentation sign offs</li><li>Collaborate to create a roles and responsibilities document</li><li>Collaborate to create a change control process.</li><li>Assist TXUE in providing content and delivering when needed the project communications similar but not limited to the items listed below. A communications strategy will be created by TXUE in this phase in collaboration with EY:</li></ul><ul><li>General project announcements</li><li>Team meetings</li><li>Status reporting</li><li>Executive steering committees</li><li>Budget reporting</li></ul><br>**Deliverables:**<ul><li>MS-Project document / resource loaded project plan with delivery milestones</li><li>MS-Excel spreadsheet with project budget</li><li>Finalized project roles and responsibilities document</li><li>Draft cutover plan</li><li>Change control process</li></ul> |

## 1.2 Test Automation & Execution Workstream

| Activities | Description |
|---|---|
| Test Planning | - Develop a testing strategy document that details each type of testing and how it ties to each high level phase of the project plan, outlines responsibilities and expectations for all parties involved in each type/phase of testing including responsibility for approvals, and specifies toolset and documentation standards<br>- Create end to end regression test strategy & scenarios<br>**Deliverable:**<br>▸ MS-Word document for final end-to-end test strategy<br>▸ MS-Excel spreadsheet with regression test scenarios |
| Test Automation | - Finalize automation strategy & scenarios<br>**Deliverable:**<br>▸ MS-Word document for final automation strategy<br>▸ MS-Excel spreadsheet with test scenarios |

## 1.3 Functional Delivery Workstream

| Activities | Description |
|---|---|
| Analysis and Design | - Complete inventory of Requirements Traceability Matrix (RTM) objects for upgrade project. TXUE will use the RTM throughout all phases of this project and is a key input to the subsequent phases of Blueprint, Realization, Test, Cutover, and Go Live Support. The RTM developed within this phase will be required to be continuously updated throughout all of these phases. EY will be responsible for the creation and maintenance of the RTM<br>- Collaborate with TXUE on the creation of change document template in lieu of functional specifications. In the event a change object needs redesign as determined by the functional owner, a functional specification and technical specification will be created using TXUE's standard specification templates<br>- Analysis of TXUE project documentation unit and integration test templates and collaborate with TXUE on finalizing the testing templates<br>- Create or validate unit test scenarios required for upgrade testing, TXUE will review and approve all unit test results and reserves to right to request additional unit test scenarios if results appear insufficient<br>- Create or validate integration test scenarios required for upgrade testing |

**Deliverable:**

▶ Agreed upon change document template for functional requirement changes
▶ MS-Excel spreadsheet with RTM
▶ Agreed upon unit test template with unit test scenarios
▶ Agreed upon integration test template with integration test scenarios

## 1.4 Technical Delivery Workstream

| Activities | Description |
|---|---|
| Basis | - Finalize upgrade strategy and enhancement pack version to be applied
- Finalize SAP landscape strategy
- EY will perform an upgrade of a separate Development environment to EHP7, including performing all Basis settings and tasks and applying any and all SAP notes and support packs
- Finalize date to update integration test environment to approved enhancement pack
- Move transports from development environment to QA environment upon approval based on agreed upon change control process

    **Deliverable:**
    ▸ SAP Upgrade development system upgraded to EHP7 |
| Tools Team | - EY will run its upgrade tool, LiveCompare, to compare the existing state of ISU to the upgraded Development environment and provide the results to the functional teams as an input to RTM object impact inventory.
- Extract impact analysis reports

    **Deliverable:**
    ▸ Impact analysis report |
| Development Team | - Analyze LiveCompare impact analysis reports
- Create high level Requirements Traceability Matrix
- Transition high level Requirements Traceability Matrix to functional teams
- Create specification document based on documentation standards agreed upon

    **Deliverable:**
    ▸ Agreed upon change document for technical requirements |
| Security | - Finalize security profile test plans and integration to GRC
- Develop security user profile test plans
- Run sap security tool upgrade analysis of roles
- Analyze impacted single roles
- Create security change requirement documentation based on authorization update objects impacted

    **Deliverable:**
    ▸ MS-Word document & excel spreadsheet for User profile test plan |

2. **Project Assumptions**. Notwithstanding the foregoing, EY shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that EY is unable to fulfill such obligation as a direct result of any of the following dependencies not being completed in all material respects:

- This engagement will be a pure technical upgrade with no functionality, process, or optimization changes. New functionality that could replace major existing custom code and/or existing functionality will be listed for TXU Energy to review and stage in future projects
- The project plan created and approved will be entered into PPM for the purposes of time tracking and overall project health reporting. EY may also track the plan in another tool of its choosing and build reporting out of that tool. How the two tools will synch up will be determined when the communications plan is built
- Project tentative start date of Feb 28, 2014 The 2014 scorecard will be provided by the first week of the project and agreement to the scorecard KPIs agreed to by TXU Energy and EY.
- Other TXUE projects and activities will not interfere or negatively impact the SAP ISU upgrade project. TXUE will address all potential impacts resulting from these other projects
- TXUE will provide project team mobilization and onboarding to consultants: Workstation. Network access, system access, access to facility, setting up user id and email, printers, etc.
- TXUE will make decisions and sign off project work products and deliverables in a timely fashion based upon agreed timelines to be finalized during planning phase
- TXUE will provide existing documentation as needed to assist project team members in understanding existing processes requiring change and/or testing
- TXUE will provide current system landscape architecture and required knowledge transfer and support to our basis resource in a timely fashion.
- TXU will provide resources knowledgeable in all TXU testing processes, documentation and toolsets to provide input and recommendation on the testing strategy.
- TXUE will provide access to the following:
    - Their issue log and other tracking tools – Risk log, decision log
    - Access to TXU's contractors and other third parties related to upgrade project
    - Knowledge transfer regarding landscape, business rules, other processes
    - Facilities and their third party contractor locations as necessary
- TXUE will provide the following full time resources:
    - 1 Technical Architect/Developer, 1 Billing Functional/Technical, 1 FICA Functional/Technical
- TXUE will provide the following part time resources:
    - PMO
    - Basis and Interfaces Support (set up landscape, systems, bolt-ons and interfaces)
- TXUE will support all infrastructure and environmental requirements on time to meet the defined project plan
- TXU will provide a development environment that is a copy of the existing production environment and will include CRM, ISU, and XI instances and all critical interfaces and bolt on applications will be connected. This outlined environment will be available by Feb 17th, 2014. Additional required QA, PreProd, and parallel environments will be available at later phases in the project and will align to landscape requirements captured in the detailed project plan
- TXU will provide access to the development environment with the authorization to make direct changes to Basis settings, configuration, code development, etc. Any gaps in access will be resolved by TXU for EY within 2 business days of identification by EY
- TXU will provide EY with all appropriate access and/or assistance to run LiveCompare

6

- TXUE will provide production copies to be determined once landscape strategy is finalized to facilitate parallel testing
- TXUE will provide a QA resource as needed to review and finalize detailed regression and parallel test plans
- EY will provide project leadership and direction to the TXUE resources. TXUE is responsible for the performance of the TXUE employees and TXUE contractors
- EY team members billable to this project will enter their time on a weekly basis in TXU's HP PPM tool
- All local, full-time EY team members will perform work at the TXU Sierra Location in Irving, Texas. Part time, local EY team members will be expected to perform work at the Sierra building where possible.
- The ongoing support and/or replacement of the Client resources listed above will be the responsibility of Client. The Client resources must be stable and available during normal working hours and outside of normal working hours as may be necessary to allow EY to meet the Project Plan and schedule for the Services. Client shall promptly make any changes to the Client resources necessary to be compatible with EY requirements.
- EY will not be responsible for any delays in the performance of the Services caused by changes to the Client resources requested or otherwise made by Client.
- Client is responsible for the performance of the customer system, all Client resources and all other hardware, third-party software, communications networks (including access for internal and external users) and database configuration and tuning.
- Client is responsible for any security features associated with the customer system. EY will not be responsible for the implementation of security, and will not be responsible for any delay or increase in expense resulting from the inclusion of security functionality.
- Client is responsible for the results of using the customer system and Deliverables in its business operations.
- Client shall cooperate fully with EY in the provision of the Services and assign personnel with relevant training and experience to work with EY. In order to enable EY to perform the Services, Client will meet its assigned milestones defined in the Project Plan. If Client is unable to meet any of its assigned milestones, EY will evaluate the cost and schedule impact to the Services and communicate them to Client.
- You shall assign a qualified person to oversee the Services. You are responsible for all management decisions relating to the Services, the use or implementation of the output of the Services and for determining whether the Services are appropriate for your purposes.

3. **Engagement Resources**

The EY resources and engagement team structure are depicted below. EY is responsible for the management and any changes to EY resources to execute this Statement of Work.



4. **Work Schedule**

The Work under this Statement of Work will be conducted over a 5 week period. See below for the engagement timeline:



5. **Pricing and Payment**

In consideration for the performance of the Work provided by EY under this Statement of Work, TXUE shall compensate EY on an hourly basis for all Work performed by EY personnel hereunder, at a rate of $213/hour; provided that in no event shall the fees payable by TXUE hereunder exceed $300,000 without the prior written consent of TXUE. EY will notify TXUE as soon as reasonably practical prior to exceeding the fee estimate and will work with TXUE to reach a mutual agreement, in writing, to changes to this Statement of Work. Any change requests to this Statement of Work will follow the TXUE change management processes and the rate card as defined in the Agreement.

In addition, TXUE will reimburse EY for actual expenses incurred in connection with the performance of the Services, in accordance with travel policy in the Agreement, including reasonable and customary out-of-pocket expenses such as travel, meals, accommodations and other expenses specifically related to this engagement.

EY will invoice TXUE monthly as fees and expenses are incurred. All invoices for fees and expenses will be in accordance with the invoice and payment terms outlined in Article 6 of the Agreement.

Immediately upon the execution of this agreement, Client shall provide EY a retainer in the amount of $300,000 (the "Retainer"). EY will submit invoices to Client for Services provided, the invoice amounts will be deducted immediately from the Retainer, and the deducted amounts should immediately be replenished to the Retainer promptly upon receipt of the invoice. Payments of our invoices will replace the funds EY draws from the Retainer and you acknowledge and agree that the Retainer is fully earned when paid and that EY is authorized in advance to draw down on the Retainer to pay our fees and expense reimbursements for services rendered, Additionally, Client authorizes EY to draw on the Retainer immediately before any filing of a bankruptcy case, including for amounts anticipated to be accrued between the time of such draw and the time of filing. Upon the expiration or termination of this agreement, any balance of the Retainer after payment of all of EY's fees and expense reimbursements for all Services will be returned to Client

6. **Specific Additional Terms and Conditions**

The Services are advisory in nature. EY will not render an assurance report or opinion under this Statement of Work, nor will the Services constitute an audit, review, examination, or other form of attestation as those terms are

9

defined by the American Institute of Certified Public Accountants. None of the Services or any Reports will constitute any legal opinion or advice. We will not conduct a review to detect fraud or illegal acts.

Notwithstanding anything to the contrary in the Agreement or this Statement of Work, we do not assume any responsibility for any third-party products, programs or services, their performance or compliance with your specifications.

We will base any comments or recommendations as to the functional or technical capabilities of any products in use or being considered by you solely on information provided by your vendors, directly or through you. We are not responsible for the completeness or accuracy of any such information or for confirming any of it.

Unless prohibited by applicable law, we may provide Client Information to other EY Firms, EY Persons and external third parties, who may collect, use, transfer, store or otherwise process such information in various jurisdictions in which they operate in order to provide support services to any EY Firm and/or assist in the performance of the Services; provided such recipients will maintain the confidentiality of such Client Information pursuant to Article 30 of the Agreement, and further provided that EY will be liable to EFH for any unauthorized disclosure of Client Information by any such recipient pursuant to Article 30 of the Agreement.

The Services may involve our review of, or advice relating to, agreements to which you are a party with, or products produced by, a third party (an "EY Client") for which EY (or another EY Firm) performs, or has performed, services unrelated to the agreements or products. On behalf of yourself and your affiliates, you acknowledge and consent to our performance of such services for any EY Client, and agree that neither you nor your affiliates will make a claim that these circumstances present a conflict of interest, real or perceived, for us or any other EY Firm. If, however, our services for an EY Client directly relate or related to the agreements or products, we will seek the consent of both you and the EY Client to the continued performance of the Services. In any event, we confirm that, except as you and the EY Client otherwise agree in writing, your respective confidential or privileged information will remain confidential to that client in accordance with applicable professional standards.

We will not correct any pre-existing errors or defects in your software, hardware or networks computer systems, ("Systems"), whether or not due to imprecise or ambiguous entry, storage, interpretation or processing or reporting of data. Other than providing the support as specifically set forth in this SOW, we will not be responsible for any defect or problem arising out of or related to data processing in any Systems. In addition, the following activities are out of scope and are not included in the Services:

a. Correction of, and/or providing work-arounds for, any failure of the Software or any other third-party hardware or software to perform in accordance with its specifications as supplied by the associated vendor.

b. Implementation or integration of subsequent versions of the customer system or modification of any Deliverables under this SOW to interoperate with subsequent versions of the customer System, unless a Change Request is submitted by TXU and approved by both parties.

c. All production-related migration and "go live" activities as they relate to source code developed after the agreed upon cut off or freeze date, including: new source-code migration and archival mechanisms, runtime code distribution, production support and operations; and backup and recovery.

We may subcontract to NCR the provision of labor for the purposes of performing the Services hereunder.

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to this Schedule A.

| ERNST & YOUNG LLP | TXU ENERGY RETAIL COMPANY LLC |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Stephen Thiel | A. Ravi Malick |
| Printed Name | Printed Name |
| Coordinating Partner | VP, Technology |
| Printed Title | Printed Title |

11