**EXHIBIT F**

**Texas SOW**



Building a better
working world

## TAX ADVISORY SERVICES PROJECT ADDENDUM

## TEXAS SALES AND USES TAX ASSISTANCE

This Project Addendum, dated March 3, 2014 (this "ADDENDUM") is made by Ernst & Young LLP (EY) and EFH Corporate Services Company (COMPANY), pursuant to the Master Services Agreement, dated June 10, 2010 (the "Agreement") and Amendment No. 05 dated May 9, 2013, between EY and EFH.

Except as otherwise set forth in this ADDENDUM, this ADDENDUM incorporates by reference, and is deemed to be a part of, the Agreement. The additional terms and conditions of this ADDENDUM shall apply only to the advisory Services covered by this ADDENDUM and not to Services covered by any other ADDENDUM pursuant to the Agreement. Capitalized terms used, but not otherwise defined, in this ADDENDUM shall have the meanings in the Agreement, and references in the Agreement to "you" or "Client" shall be deemed references to you.

## SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY's Contract Coordinator as identified herein.

**SCOPE OF WORK:**

- EY will provide assistance and oversight for any Texas Sales and Use Tax Audits for which COMPANY requests assistance. COMPANY will notify EY in writing or through email of each audit for which they will required assistance.

- EY will assist the COMPANY with the Texas sales and use tax audits, including reviewing schedules, invoices and correspondence as requested by COMPANY.

- EY will also assist with compiling supporting documentation and replies for the auditor as requested by the COMPANY.

- EY will advise COMPANY regarding their penalty exposure with respect to EY's advice rendered and the disclosures that may avoid such penalties as determined by The Internal Revenue Code, related IRS guidance and professional standards.

- EY will also assist COMPANY with one off taxability questions that arise.

**DELIVERABLES:**

EY will provide COMPANY with tax opinions, memoranda, schedules and similar documents that will address disclosures EY believes are appropriate to comply with applicable taxpayer and tax advisor/return preparer obligations, including EY's views as to the level of support for the positions addressed therein in a manner designed to facilitate compliance with tax return disclosure requirements.

Deliverables provided by EY to the COMPANY may include written and/or oral comments related


Building a better
working world

to items/issues identified by EY through the procedures performed above that EY believes merit further consideration by the COMPANY in connection with the scope of work outlined above.

## WORK SITE

The Work Site will be the following location(s):

<u>EY Offices:</u>

2323 Victory Avenue
Suite 2000
Dallas, TX 75219

<u>COMPANY Offices:</u>

1601 Bryan Street
Dallas, Texas 75201

## SCHEDULE

Work will start on or about February 19, 2014. The scheduling of Work will be coordinated with COMPANY's Contract Coordinator.

Contract Coordinator: Emily O'Brien             Phone Number: 214-812-2116

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by EY of the Work authorized pursuant to this addendum, COMPANY will compensate EY as follows.

EY's professional fee will be as follows:

You shall pay fees for the Services based on the time that our professionals spend performing them, billed according to the current rate card with Client for Tax Services. The current billing rates for Client at each level are as follows:

| Level | | Rate |
|---|---|---|
| Partner | | |
| | 1st thru 5th year | 516 |
| | 6th thru 10th year | 543 |
| | More than 10 year | 582 |
| Executive Directors | All | 480 |
| Senior Manager | All | 470 |
| Manager | All | 360 |
| Senior 3 | S5 or higher | 285 |



| | | |
|---|---|---|
| Senior 1/2 | S3 or S4 | 234 |
| Staff 2 | S2 | 183 |
| Staff 1 | S1 | 105 |
| CSA | All | 105 |

You shall also pay any potential value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

EY will bill COMPANY for our fees, expenses, and applicable taxes or other charges, if any, on a monthly basis.

Immediately upon the execution of this agreement, Client shall provide EY a retainer in the amount of $30,000 (the "Retainer"). EY will submit invoices to Client for Services provided, the invoice amounts will be deducted immediately from the Retainer, and the deducted amounts should immediately be replenished to the Retainer promptly upon receipt of the invoice. Payments of our invoices will replace the funds EY draws from the Retainer and you acknowledge and agree that the Retainer is fully earned when paid and that EY is authorized in advance to draw down on the Retainer to pay our fees and expense reimbursements for services rendered. Additionally, Client authorizes EY to draw on the Retainer immediately before any filing of a bankruptcy case, including for amounts anticipated to be accrued between the time of such draw and the time of filing. Upon the expiration or termination of this agreement, any balance of the Retainer after payment of all of EY's fees and expense reimbursements for all Services will be returned to Client

Any fee for the Services under this Addendum assume that COMPANY will timely provide, or cause to be provided, to EY all appropriate information and assistance, and that the scope and complexity of such Services are consistent with our prior discussions, as well as the description thereof above. If, during the term of this Addendum, EY determines that any additional work is necessary, whether at COMPANY's request or because the complexity of the project increases, EY will promptly contact COMPANY to discuss any adjustments to the scope of work or EY's fees.

In managing the Project within the resource and time estimates outlined in this Schedule A, it is imperative that EY and COMPANY personnel work together to manage project scope and staffing.

All invoices shall be sent to:

> EFH Corporate Services
> 1601 Bryan Street
> Dallas, TX 75201
> Attention: Carla Howard

## KEY PERSONNEL

EY agrees that the individuals listed below will be assigned to perform the Work authorized by this Schedule A. EY will employ all reasonable efforts to ensure that such individuals remain so assigned until such Work is accepted by COMPANY; provided, however, that in the event that any such individuals are reassigned by EY or otherwise become unavailable to perform such Work, EY will provide, by way of replacement, individuals with reasonably equivalent experience and expertise.


Building a better working world

Person 1: Sandra Wells, Partner
Person 2: Connie Metcalf, Executive Director
Person 3: Ali Cook, Manager
Person 4: Kyle Thompson, Manager
Person 5: John Westbrook, Senior

**EY PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK**

Person 1: Sandra Wells, Partner
Person 2: Connie Metcalf, Executive Director
Person 3: Ali Cook, Manager
Person 4: Kyle Thompson, Manager

**PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY**

    ATTORNEY-CLIENT COMMUNICATION

    ATTORNEY WORK PRODUCT

__X__ TAX ADVISOR

    OTHER:_____

## LIST OF ATTACHMENTS

COMPANY and EY agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

    I. None

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to this Schedule A.

**ACCEPTANCE CRITERIA AND ADDITIONAL TERMS AND CONDITIONS APPLICABLE TO THE WORK**

Case 14-10979-CSS  Doc 655-7  Filed 05/29/14  Page 6 of 6



Building a better
working world

| Ernst & Young LLP | EFH Corporate Services Company |
|---|---|
| By: *[signature: Connie Mitcoff]* | By: *[signature]* |
| Title: Executive Director | Title: VP Tax Operations |
| Date: March 4, 2014 | Date: 3/19/14 |