# **EXHIBIT G**

**Postpetition SOW**

Schedule A-2

**Statement of Work**

This Schedule A-2 (this "**SOW**"), effective as of May 1, 2014 (the "**SOW Date**"), is entered into by and between TXU Energy Retail Company LLC ("**TXUE**", "you" or "Client") and Ernst & Young LLP, a Delaware limited liability company ("**CONTRACTOR**", "we" or "EY" and, together with TXUE, the "**Parties**"), pursuant to the terms and conditions of the Master Services Agreement, dated as of June 10, 2010, between EFH Corporate Services Company and CONTRACTOR, as amended or otherwise modified to date (the "**Agreement**"). Capitalized terms used but not otherwise defined in this SOW shall have the meanings specified for such terms in the Agreement.

1. <u>Description of Services</u>. CONTRACTOR shall provide the following Services under this SOW, such Services (other than Services described in clause (g) below) to be completed on or before September 28, 2014:

    (a) **Completion of Work described in Schedule A-1** CONTRACTOR shall complete all Work remaining to be completed under that certain Schedule A-1 effective as of February 26, 2014 between the Parties (the "**Blueprint SOW**").

    (b) **Enhancement Pack 7 and Support Pack 3** - Application of Enhancement Pack 7 and Support Pack 3 inclusive of all necessary patches, notes and additional developments identified either in the RTM or as a prerequisite for the installation to all TXUE environments which will include Quality, Preproduction, Production, and two Training environments. Application will adhere to TXUE defined change control process and TXUE defined documentation standards. The application of the change to Production shall be completed on the weekend of September 19 – 21, 2014 (or such earlier date as mutually agreed between TXUE and EY) and the application of the change to one Training environment shall be completed immediately after the completion of Production.

    (c) **Requirements Traceability Matrix ("RTM")** - Continuing ownership and maintenance of Requirements Traceability Matrix ("**RTM**") which will include, without limitation, the following: (i) identified impacted objects, (ii) where those objects are used, (iii) determination if the objects will need to be changed, (iv) objects that will need to be tested; (v) associated change documents; (vi) associated documentation of test results.

    (d) **Testing services** - Comprehensive testing services for the unit, integration, parallel, security (user role), and regression testing phases, which will include the following: (i) scenario identification (ii) data preparation (iii) scenario execution (iv) results documentation (v) remediation of identified defects. Each phase shall adhere to the criteria for entrance and exit as defined in the Testing Strategy Document delivered pursuant to the Blueprint SOW.

    (e) **User Acceptance Testing (UAT) Support Testing services and support** which will include, without limitation, the following: (i) data preparation (ii) scenario execution where requested (iii) remediation of identified defects. TXUE will dictate scenarios and provide resources to validate results and perform testing (iv) adherence to the entrance and exit criteria defined in the Testing Strategy Document delivered pursuant to the Blueprint SOW.

    (f) **Cutover Strategy** - Create and execute a detailed cutover plan approved by TXUE that includes, without limitation: (i) user access requirements, (ii) system requirements, (iii) prerequisites, (iv) individual task break down with responsible parties and durations, (v) overall start and end times for a cutover occurring over a weekend (which weekend shall be identified to TXUE not less than 2 weeks prior to such weekend), and (vi) a back out plan. Perform at least two mock

upgrades, cutovers and have results and improvements documented and approved by TXUE. "**Production Downtime**" shall mean, during the cutover of the production environment, the time commencing at 10PM (central) on the applicable Friday and continuing until cutover is complete and all production instances are available for users not directly associated with the cutover. In the event that the Production Downtime exceeds 48 hours, a credit will be due to TXUE, in the amount set forth opposite the applicable aggregate Production Downtime in the table below, toward amounts owing by TXUE to CONTRACTOR hereunder, the unapplied portion of which credit shall be refunded promptly to TXUE if and when TXUE shall notify CONTRACTOR of TXUE's reasonable determination that no further amounts are expected to be owing by TXUE to CONTRACTOR hereunder. In the event that the aggregate Production Downtime is less than 30 hours, a "bonus" will be paid by TXUE to CONTRACTOR in the amount set forth opposite the applicable aggregate Production Downtime in the table below; provided that bonus amounts shall only be paid if the applicable cutover weekend was identified to TXUE by CONTRACTOR at least 2 weeks in advance of the designated cutover weekend allowing TXUE to adjust staffing models to take advantage of the reduction.

| **Production Downtime** | **Compensation credit/bonus** |
|---|---|
| Greater than 48 hours and less than 52 hours (Sunday 10pm – Monday 2am) | $25,000 credit |
| Greater than 52 hours ( > Monday 2am) | $100,000 credit |
| Greater than or equal to 24 hours and less than 30 hours (Saturday 10pm – Sunday 4am) | $37, 500 bonus |
| Less than 24 hours (< Saturday 10pm) | $75,000 bonus |

Compensation credit or bonus amounts defined in the table above shall not be cumulative.

(g) **Post support services** – Any issues found during the duration of 30 calendar days from the date that users first access the upgraded production environment (the "**Go-Live Date**"). Onsite support services from the entire CONTRACTOR upgrade team will be provided for 1 week after the Go-Live Date, and remote support shall be provided for 30 days after such 1-week period. In addition, one CONTRACTOR resource will remain onsite to assist in facilitating the triage and resolution of defects for 30 days after such one-week onsite support ends. During the 30 days after the one-week onsite support, CONTRACTOR will be responsible for resolving identified issues. These services will include, without limitation, (i) triage and resolution for defects logged related to the upgrade release, (ii) 24 x 7 availability to respond to any Severity 1 issue, and (iii) knowledge transfer to TXUE resources. Definitions of Defect Severity shall be included and agreed in the Test Strategy document.

(h) **Test case automation** – CONTRACTOR is responsible for automation of test scenarios using the TXUE provided Worksoft Certify suite according to the test automation strategy document developed and agreed on by both TXUE and CONTRACTOR.

(i) **TXUE's Scorecard** - CONTRACTOR will assist TXUE to track and measure the upgrade implementation's impact on the TXUE's scorecards for the purpose of measuring success of the

project. The expectation from TXUE is that this upgrade implementation will not negatively impact its scorecard metrics.

   (j) **Quality** – CONTRACTOR will adhere to TXUE defined standards of quality as it relates to defect leakage to production. CONTRACTOR will attempt to perform services identified in section b for production with no unresolved defects. CONTRACTOR may make a recommendation to TXUE to proceed with known defects. TXUE will review and provide written approval.

2. Project Dependencies: Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- This engagement will be a pure technical upgrade with no functionality, process, or optimization changes. New functionality that could replace major existing custom code and/or existing functionality will be listed for TXU Energy to review and stage in future projects
- Other TXUE projects and activities will not interfere or negatively impact the SAP ISU upgrade project. TXUE will address all potential impacts resulting from these other projects
- TXUE will make decisions and sign off project work products and deliverables in a timely fashion based upon agreed timelines to be finalized during planning phase
- TXUE will provide existing documentation as needed to assist project team members in understanding existing processes requiring change and/or testing
- TXUE will provide current system landscape architecture and required knowledge transfer and support to our basis resource in a timely fashion.
- TXUE will provide resources knowledgeable in all TXUE testing processes, documentation and toolsets to provide input and recommendation on the testing strategy.
- TXUE will provide access to the following:
  - Their issue log and other tracking tools – Risk log, decision log
  - Access to TXUE's contractors and other third parties related to upgrade project
  - Knowledge transfer regarding landscape, business rules, other processes
  - Facilities and their third party contractor locations as necessary
- TXUE will provide the following full time resources:
  - 1 Technical Architect/Developer, 1 Billing Functional/Technical, 1 FICA Functional/Technical
  - The above full time resources will be allocated 32 hours a week dedicated to the upgrade project
- TXUE will provide the following part time resources:
  - PMO
  - Basis` and Interfaces Support (set up landscape, systems, bolt-ons and interfaces)
- TXUE will support all infrastructure and environmental requirements on time to meet the defined project plan
- TXUE will provide access to the development environment with the authorization to make direct changes to Basis settings, configuration, code development, etc. Any gaps in access will be resolved by TXUE for CONTRACTOR within 2 business days of identification by CONTRACTOR
- TXUE will provide CONTRACTOR with all appropriate access and/or assistance to run LiveCompare

- TXUE will provide a QA resource as needed to review and finalize detailed regression and parallel test plans

- CONTRACTOR will provide project leadership and direction to the TXUE resources. TXUE is responsible for the performance of the TXUE employees and TXUE contractors

- CONTRACTOR team members billable to this project will enter their time on a weekly basis in TXUE's HP PPM tool

- All local, full-time CONTRACTOR team members will perform work at the TXUE Sierra Location in Irving, Texas. Part time, local CONTRACTOR team members will be expected to perform work at the Sierra building where possible.

- The ongoing support and/or replacement of the TXUE resources listed above will be the responsibility of TXUE. The TXUE resources must be stable and available during normal working hours and outside of normal working hours as may be necessary to allow CONTRACTOR to meet the Project Plan and schedule for the Services. TXUE shall promptly make any changes to the TXUE resources necessary to be compatible with CONTRACTOR requirements.

- CONTRACTOR will not be responsible for any delays in the performance of the Services caused by changes to the TXUE resources requested or otherwise made by TXUE.

- TXUE is responsible for the performance of the customer system, all TXUE resources and all other hardware, third-party software, communications networks (including access for internal and external users) and database configuration and tuning.

- TXUE is responsible for any security features associated with the customer system. CONTRACTOR will not be responsible for the implementation of security, and will not be responsible for any delay or increase in expense resulting from the inclusion of security functionality.

- TXUE is responsible for the results of using the customer system and Deliverables in its business operations.

- TXUE shall cooperate fully with CONTRACTOR in the provision of the Services and assign personnel with relevant training and experience to work with CONTRACTOR. In order to enable CONTRACTOR to perform the Services, TXUE will meet its assigned milestones defined in the Project Plan. If TXUE is unable to meet any of its assigned milestones, CONTRACTOR will evaluate the cost and schedule impact to the Services and communicate them to TXUE.

- TXUE shall assign a qualified person to oversee the Services. TXUE is responsible for all management decisions relating to the Services, the use or implementation of the output of the Services and for determining whether the Services are appropriate for TXUE purposes.

3. Fees. In consideration for the performance of the Services provided by CONTRACTOR under this SOW, TXUE shall compensate CONTRACTOR as follows:

TXUE shall compensate CONTRACTOR on an hourly basis for all Work performed by CONTRACTOR personnel hereunder, at a rate of $213/hour; provided that in no event shall the fees payable by TXUE hereunder (excluding any bonus provided above), together with the $569,658 payable by TXUE under the Blueprint SOW exceed, in the aggregate, $1,400,000 without the prior written consent of TXUE. CONTRACTOR will notify TXUE as soon as reasonably practical prior to exceeding the fee estimate and will work with TXUE to reach a mutual agreement, in writing, to changes to this SOW. Any change requests to this SOW will follow the TXUE change management processes and the rate card as defined in the Agreement.

CONTRACTOR will submit TXUE monthly invoices to ITAccountsPayable@txu.com as fees and expenses are incurred. All invoices for fees and expenses will be in accordance with the invoice and payment terms outlined in Article 6 of the Agreement.

For the avoidance of doubt, and notwithstanding any provision to the contrary in the Blueprint SOW, the Parties hereby agree that the Retainer (as defined in the Blueprint SOW) has been applied in full by CONTRACTOR to amounts owing under the Blueprint SOW, and TXUE has no further obligation to replenish such Retainer.

4. <u>Specific Additional Terms and Conditions</u>

The Services are advisory in nature. EY will not render an assurance report or opinion under this SOW, nor will the Services constitute an audit, review, examination, or other form of attestation as those terms are defined by the American Institute of Certified Public Accountants. None of the Services or any Reports will constitute any legal opinion or advice. We will not conduct a review to detect fraud or illegal acts.

Notwithstanding anything to the contrary in the Agreement or this SOW, EY does not assume any responsibility for any third-party products, programs or services, their performance or compliance with your specifications.

EY will base any comments or recommendations as to the functional or technical capabilities of any products in use or being considered by you solely on information provided by your vendors, directly or through you. We are not responsible for the completeness or accuracy of any such information or for confirming any of it.

Unless prohibited by applicable law, we may provide Client Information to other EY Firms, EY Persons and external third parties, who may collect, use, transfer, store or otherwise process such information in various jurisdictions in which they operate in order to provide support services to any EY Firm and/or assist in the performance of the Services; provided such recipients will maintain the confidentiality of such Client Information pursuant to Article 30 of the Agreement, and further provided that EY will be liable to TXUE for any unauthorized disclosure of Client Information by any such recipient pursuant to Article 30 of the Agreement.

The Services may involve our review of, or advice relating to, agreements to which you are a party with, or products produced by, a third party (an "EY Client") for which EY (or another EY Firm) performs, or has performed, services unrelated to the agreements or products. On behalf of yourself and your affiliates, you acknowledge and consent to our performance of such services for any EY Client, and agree that neither you nor your affiliates will make a claim that these circumstances present a conflict of interest, real or perceived, for us or any other EY Firm. If, however, our services for an EY Client directly relate or related to the agreements or products, we will seek the consent of both you and the EY Client to the continued performance of the Services. In any event, we confirm that, except as you and the EY Client otherwise agree in writing, your respective confidential or privileged information will remain confidential to that client in accordance with applicable professional standards.

We will not correct any pre-existing errors or defects in your software, hardware or networks computer systems, ("Systems"), whether or not due to imprecise or ambiguous entry, storage, interpretation or processing or reporting of data. Other than providing the support as specifically set forth in this SOW, we will not be responsible for any defect or problem arising out of or related to data processing in any Systems. In addition, the following activities are out of scope and are not included in the Services:

  a. Correction of, and/or providing work-arounds for, any failure of the Software or any other third-party hardware or software to perform in accordance with its specifications as supplied by the associated vendor.

b. Implementation or integration of subsequent versions of the customer system or modification of any Deliverables under this SOW to interoperate with subsequent versions of the customer System, unless a Change Request is submitted by TXUE and approved by both parties.

c. All production-related migration and "go live" activities as they relate to source code developed after the agreed upon cut off or freeze date, including: new source-code migration and archival mechanisms, runtime code distribution, production support and operations; and backup and recovery.

We may subcontract to Nassif Chbani Inc. the provision of labor for the purposes of performing the Services hereunder.

Nothing in this SOW shall constitute or be deemed (a) an allowance or disallowance of any claim, including administrative expense claims under section 503(b) of the Bankruptcy Code, (b) an assumption or rejection of the Agreement or any other executory contract or unexpired lease under section 365 of the Bankruptcy Code, (c) a waiver of any of the rights of TXUE to dispute claims asserted against TXUE in the chapter 11 cases commenced by TXUE, or (d) change of any priority levels existing in the absence of this SOW.

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to this Schedule A.

IN WITNESS WHEREOF, each party has caused its authorized representative to execute this SOW as of the SOW Date.

**ERNST & YOUNG LLP**

By: _____

Printed Name: Stephen Thiel_____

Title: Coordinating Partner_____

**TXU ENERGY RETAIL COMPANY LLC**

By: _____

Printed Name: A. Ravi Mauck_____

Title: VP, Technology_____