## EXHIBIT B

**Stokx Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF RANDY STOKX IN SUPPORT THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Randy Stokx, under penalty of perjury, declares as follows:

1.     I am a Partner of the firm of Deloitte & Touche LLP ("Deloitte & Touche"), which has an office at 2200 Ross Avenue, Suite 1600, Dallas, Texas.  I am duly authorized to make and submit this declaration (the "Declaration") on behalf of Deloitte & Touche in accordance with section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 2014(a) in support of the Application of Energy Future Holdings Corp., et al. (the "Debtors"), for Entry of an Order Authorizing the Debtors to Retain and Employ Deloitte & Touche LLP as Independent Auditor Effective *Nunc Pro Tunc* to April 29, 2014 (the "Petition Date"), pursuant to the terms and conditions set forth in the engagement letters, attached as **Exhibit C** to the Application (the "Engagement Letters").

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## <u>Disinterestedness Deloitte & Touche's Qualifications</u>

2.      The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

3.      Subject to the foregoing, except as set forth herein, and in the attachments hereto, to the best of my information, knowledge and belief based on reasonable inquiry, (a) neither I, Deloitte & Touche, nor any partner, principal or director of Deloitte & Touche that is anticipated to provide the services for which Deloitte & Touche is to be retained (the "<u>Deloitte & Touche Engagement Partners/Principals/Directors</u>") holds any interest adverse to the Debtors or its affiliates with respect to the matters on which Deloitte & Touche is to be retained in the above-captioned chapter 11 cases (the "<u>Cases</u>"), and (b) Deloitte & Touche and the Deloitte & Touche Engagement Partners/Principals/Directors have no relationship to the Debtors, their significant creditors, certain other parties-in-interest herein, or to the attorneys or other professionals that are known to be assisting the Debtors in the Cases, except as stated herein or on any attachment hereto.

4.      From time to time, Deloitte & Touche and its affiliates have provided or may currently provide services and likely will continue to provide services to certain creditors of the Debtors and various other parties potentially adverse to the Debtors in matters unrelated to the Cases.

5.      In connection with its proposed retention by the Debtors in these Cases, Deloitte & Touche undertook a search to determine, and to disclose, whether it or its affiliates is or has been employed by, or has other relationships with, any of the Debtors or their affiliates,

subsidiaries, directors or officers, or any of the Debtors' significant creditors, customers, equity security holders, professionals or other entities with significant relationships with the Debtors. Specifically, Deloitte & Touche obtained from the Debtors and/or their representatives the names of the significant individuals and entities that may be parties-in-interest in these Cases (the "Potential Parties-in-Interest"). To check upon and disclose possible relationships with Potential Parties-in-Interest in these Cases, Deloitte & Touche researched its client databases and performed reasonable due diligence to determine whether it or its affiliates had any relationships with any of the Debtors or their affiliates, subsidiaries, directors or officers, or any of the Debtors' significant creditors, equity security holders, professionals or other such entities with significant relationships with the Debtors.

6.    Deloitte & Touche and its affiliates have or may have provided professional services to or may currently provide professional services to, and may in the future provide professional services in matters unrelated to these Cases to, certain of the Potential Parties-in-Interest. Additionally, certain of these Potential Parties-in-Interest have or may have provided goods or services to or may currently provide goods or services to, and may in the future provide goods or services to, Deloitte & Touche or its affiliates and the Deloitte & Touche Engagement Partners/Principals/Directors in matters unrelated to these Cases.

7.    Deloitte & Touche provided pre-petition services to the Debtors and certain of its affiliates. The Debtors paid Deloitte & Touche approximately $2,833,500, including certain retainers in the amount of $625,000, in the ninety (90) days prior to the Petition Date. These payments were made as follows:

| Invoice Amount | 2013 or 2014 Audits | Invoice Date | Payment Date |
| --- | --- | --- | --- |
| $    31,250 | 2013 | December 9, 2013 | February 7, 2014 |

3

| $ 1,506,250 | 2013 | December 9, 2013 | February 7, 2014 |
|---|---|---|---|
| $    300,000 | 2013 | January 24, 2014 | March 26, 2014 |
| $    100,000 | 2013 | January 24, 2014 | March 26, 2014 |
| $    341,000 | 2013 | January 24, 2014 | March 26, 2014 |
| $    195,000 | 2013 | January 24, 2014 | March 26, 2014 |
| $      35,000 | 2013 | January 24, 2014 | March 26, 2014 |
| $    125,000 | 2014 | January 24, 2014 | March 26, 2014 |
| $    400,000 | 2014 | March 27, 2014 | April 22, 2014 |
| $    100,000 | 2014 | April 22, 2014 | April 25, 2014 |

As of the Petition Date, approximately $180,000 of the retainer remained outstanding. As of the Petition Date, no amounts were outstanding with respect to invoices issued by Deloitte & Touche prior to the Petition Date.

8.      Deloitte Tax LLP ("Deloitte Tax"), an affiliate of Deloitte & Touche, provided prepetition services to the Debtors.  The Debtors did not pay Deloitte Tax any amounts in the ninety (90) days prior to the Petition Date.  As of the Petition Date, no amounts were outstanding with respect to services performed for the Debtors by Deloitte Tax prior to the Petition Date.  It is anticipated that Deloitte Tax may provide postpetition tax services to the Debtors.

9.      Despite the efforts described above to identify and disclose Deloitte & Touche's connections with the parties-in-interest in these Cases, because Deloitte & Touche is a nationwide firm with thousands of personnel, and because the Debtors are a large enterprise, Deloitte & Touche is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if Deloitte & Touche discovers additional material

information that it determines requires disclosure, it will file a supplemental disclosure promptly with the Court.

10.     From this internal search, Deloitte & Touche has determined that certain relationships should be disclosed as follows:

a.      Deloitte & Touche is the independent auditor for a joint venture which is partially owned by one of the Debtors. Deloitte & Touche may continue to provide such services in the future.

b.      Deloitte & Touche is the independent auditor for Oncor Electric Delivery Holdings Company LLC, a non-debtor affiliate of the Debtors, and its subsidiaries (collectively, "Oncor") and expects to continue to provide such services in the future.  Certain personnel of Deloitte & Touche on the Oncor team perform procedures in connection with the Services.

c.      Deloitte & Touche was formerly the independent auditor of certain of the Debtors' employee benefit plans.

d.      Deloitte & Touche and/or its affiliates provide services in matters unrelated to these Cases to certain of the Debtors' largest unsecured creditors and other Potential Parties-in-Interest listed on **Schedule 1** or their affiliates.

e.      Law firms identified on **Schedule 1**, including Akin, Gump, Strauss Hauer & Feld LLP; Balch & Bingham LLP; Brown Rudnick LLP; Cadwalader Wickersham & Taft LLP; Davis Polk & Wardwell LLP; Fried Frank Harris Shriver & Jacobson LLP; Gibson Dunn & Crutcher LLP; Hunton & Williams, Jones Day; Kirkland & Ellis LLP; Kramer Levin Naftalis & Frankel LLP; McDermott Will & Emery; Milbank Tweed Hadley & McCloy; Morgan Lewis & Bockius; O'Melveny & Myers LLP; Patterson Belknap Webb & Tyler; Paul Weiss Rifkind Wharton & Garrison LLP; Richards Layton & Finger, PA; Ropes & Gray LLP; Schulte Roth & Zabel LLP; Shearman & Sterling LLP; Sidley Austin LLP; Simpson Thacher & Barlett LLP; Vinson & Elkins; Wachtell Lipton Rosen & Katz; White & Case LLP; and Wilkie Farr & Gallagher LLP, have provided, currently provide and may in the future provide legal services to Deloitte & Touche or its affiliates in matters unrelated to these Cases, and/or Deloitte &

Touche or its affiliates have provided, currently provide and may in the future provide services to such firms and/or their clients.

f.    In the ordinary course of its business, Deloitte & Touche and its affiliates have business relationships, in matters unrelated to these Cases, with its principal competitors, which, together with their affiliates, may be Potential Parties-in-Interest in these Cases. For example, from time to time, Deloitte & Touche and one or more of such entities may work on assignments for the same client or may otherwise engage each other for various purposes.

g.    Certain financial institutions or their respective affiliates (including AXA; Bank of America; Bank of Nova Scotia; Barclays Bank; Capital One; Citibank; HSBC; ING; JP Morgan Chase; Northwestern Mutual Life Insurance; Prudential; Teachers Insurance & Annuity; and US Bank) listed on **Schedule 1** (i) are lenders to an affiliate of Deloitte & Touche (Deloitte & Touche is a guarantor of such indebtedness) and/or (ii) have financed a portion of the capital and/or capital loan requirements of various partners and principals, respectively, of Deloitte & Touche and its affiliates. Additionally, certain financial institutions or their respective affiliates listed on **Schedule 1** (including Goldman Sachs, SEI and Vanguard) provide asset management services to certain retirement plans of Deloitte & Touche and its affiliates.

h.    Personnel of Deloitte & Touche and its affiliates may be ordinary course customers of the Debtors and/or their affiliates; however, Deloitte & Touche has not conducted any research to determine whether, in fact, such relationships exist. I purchase electricity from one of the Debtors.

i.    Deloitte Financial Advisory Services LLP ("Deloitte FAS") and/or Deloitte Transactions and Business Analytics LLP ("DTBA"), affiliates of D&T, provide financial advisory services to the Pension Benefit Guaranty Corporation (the "PBGC"). The Debtors and their pension plans are not the subject of these services for the PBGC.

j.    Deloitte Tax performs certain professional services for Brandon Freiman, Jason Ridloff, and Jonathan Smidt, members of the Debtors' board of directors, and Frederick Goltz and Marc Lipschultz, former members of the Debtors' board of directors or board of managers.

6

k.    Deloitte & Touche and its affiliates, including Deloitte Tax, provided services to Kohlberg Kravis Roberts & Co. LP and TPG Global LLC and/or their respective affiliates, certain of the Debtors' current equity holders, in connection with their acquisition of such equity.

l.    Deloitte & Touche and its affiliates, including Deloitte Tax, provided services to a party that purchased equity in a non-debtor affiliate of the Debtors in connection with such purchase.

m.    Certain Potential Parties-in-Interest may be adverse to and/or involved in litigation matters with Deloitte & Touche or its affiliates in connection with matters unrelated to these Cases.

11.    Furthermore, through reasonable inquiry, I do not believe there is any connection between the personnel of Deloitte & Touche or its affiliates who are anticipated to provide services to the Debtors and the United States Bankruptcy Judge presiding in the Cases, United States Trustee for Region 3, the Assistant United States Trustee for the District of Delaware and the attorney therefor assigned to these Cases.

12.    Except as may be disclosed herein, to the best of my knowledge, information and belief, Deloitte & Touche and the Deloitte & Touche Engagement Partners/Principals/Directors do not hold or represent any interest adverse to the Debtors, and I believe that Deloitte & Touche and the Deloitte & Touche Engagement Partners/Principals/Directors are "disinterested persons" as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

## Deloitte & Touche's Qualifications

13.    Deloitte & Touche is a public accounting firm with offices across the United States. Deloitte & Touche has a wealth of experience in acting as independent auditor and has performed such services in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States. Deloitte & Touche is well-qualified and able to perform auditing

7

services for the Debtors in a cost-effective, efficient, and timely manner. Deloitte & Touche's services fulfills an important need that are not provided by any of the Debtors' other professionals.

14.    Deloitte & Touche has provided independent audit services in numerous large cases, including: *In re Neb. Book Co.*, No. 11-12005 (PJW) (Bankr. D. Del. Oct. 18, 2011) (approving retention of Deloitte & Touche as independent auditor); *In re Atrium Corp.*, No. 10-10150 (BLS) (Bankr. D. Del. Feb. 25, 2010) (same); *In re Local Insight Media Holdings, Inc.*, No. 10-13677 (KG) (Bankr. D. Del. Jan. 24, 2011) (same); *In re Neff Corp.*, No. 10-12610 (SCC) (Bankr. S.D.N.Y. June 30, 2010) (same); *In re Citadel Broad. Corp.*, No. 09-17442 (BRL) (Bankr. S.D.N.Y. March 1, 2010) (same); *In re Freedom Communications Holdings, Inc.*, No. 09-13046 (BLS) (Bankr. D. Del. Sept. 1, 2009) (same).[2]

15.    In addition, since 1996, Deloitte & Touche has provided many of the Services (as defined below), to the Debtors. In providing such prepetition professional services to the Debtors, Deloitte & Touche has become familiar with the Debtors and their business, including the Debtors' financial affairs, debt structure, operations, and related matters. Having worked with the Debtors' management and their other advisors, Deloitte & Touche has developed relevant experience and knowledge regarding the Debtors that will assist it in providing effective and efficient services during these Cases. Accordingly Deloitte & Touche is both well-qualified and able to provide the Services for the Debtors in these Cases in an efficient and timely manner.

---

[2]    Because of the voluminous nature of the orders cited herein, they are not attached to the Application. Copies of these orders are available on request of the Debtors' counsel.

## Services to be Provided

16.     Deloitte & Touche has provided and agrees to continue to provide assistance to the Debtors in accordance with the terms and conditions set forth in the Application and the Engagement Letters.   In particular, Deloitte & Touche is expected to perform (i) financial statement audits in accordance with the standards established by the Public Company Accounting Oversight Board (United States) or the American Institute of Certified Public Accountants, as applicable, including opinions on the effectiveness of internal control over financial reporting for the year ending December 31, 2014 and (ii) reviews of the applicable Debtors' condensed interim financial information for each of the quarters in the year ending December 31, 2014 (the "Services").   The Services may also include accounting and financial reporting research and consultation related to the restructuring and related financing activities customarily provided by the independent auditor as may be required in large and complex chapter 11 cases like these cases that were not specifically contemplated in the Engagement Letters when they were drafted (the "Out of Scope Services"). The Out of Scope Services are customarily performed by the independent auditor in this context.

## Professional Compensation

17.     As more fully described in the Engagement Letters, initially, the fees for the Services, other than the Out of Scope Services, were anticipated to be approximately $5,000,000. However, additional procedures are expected to be performed with respect to the audit and review services due to the commencement of these chapter 11 cases.   Deloitte & Touche will charge the "base audit" hourly rates set forth in the table below for the Services other than the Out of Scope Services.   The Out of Scope Services will be billed at the "consultation" hourly rates set forth in this table.

| Personnel Classification | Applicable Hourly Rates (base audit) | Applicable Hourly Rates (consultation) |
|---|---|---|
| Partner/Principal/Director | $ 365 | $ 720 |
| Senior Manager | $ 290 | $ 620 |
| Manager | $ 265 | $ 540 |
| Senior Staff | $ 215 | $ 425 |
| Staff | $ 175 | $ 350 |

18.     In addition, reasonable expenses, including travel, report production, delivery services, and other expenses incurred in providing the services, will be included in the total amount billed.  Deloitte & Touche intends to apply to the Court for allowance of compensation and reimbursement of expenses consistent with the terms of the Engagement Letter, the Application and this Declaration, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the United States Trustee Guidelines and the Orders of this Court.

19.     Deloitte & Touche requests that it be permitted to submit monthly invoices for services rendered and expenses incurred.  Such invoices will contain reasonable detail consistent with any rules, guidelines and/or administrative orders promulgated by the Court that apply to these Cases.  Deloitte & Touche requests that the invoices, after appropriate review, be paid in a manner consistent with the payment of other retained professionals in this matter, consistent with any administrative orders, if any, that would apply to interim payments.  All payments rendered pursuant to Deloitte & Touche's retention by the Debtors must be approved by an Order of this Court and based upon the filing by Deloitte & Touche of appropriate interim and final applications for allowance of compensation and/or reimbursement of expenses.

20.    Deloitte LLP, Deloitte & Touche's parent, has completed a reorganization of some of its businesses, including its financial advisory services, tax services, solutions, human capital and outsourcing businesses.  This reorganization is intended to align the organizational structure more closely with the manner in which business is conducted.  These businesses are now being conducted by entities affiliated with Deloitte & Touche, including Deloitte FAS, Deloitte Tax, DTBA and Deloitte Consulting LLP.  Some services incidental to the tasks to be performed by Deloitte & Touche in these Cases may be performed by personnel now employed by or associated with these affiliates of Deloitte & Touche or their respective subsidiaries, including subsidiaries located outside of the United States.  The fees and expenses with respect to such services will be included on the fee applications of Deloitte & Touche.

21.    Deloitte & Touche has received no promises regarding compensation in these Cases other than in accordance with the Bankruptcy Code and as set forth in this Declaration. Deloitte & Touche has no agreement with any nonaffiliated entity to share any compensation earned in these Cases.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 28, 2014

*/s/ Randy Stokx*
Randy Stokx
Partner
Deloitte & Touche LLP

# SCHEDULE 1

Potential Parties-in-Interest or their affiliates for whom Deloitte & Touche LLP or its affiliates has provided or is currently providing services in matters unrelated to these Cases, except as set forth above, or with whom such parties have other relationships, including banking relationships.

4Change Energy Co.
4Change Energy Holdings LLC
A.J. Sloane & Co.
Aberdeen Asset Management
Abu Dhabi Investment Authority
Accenture
ACE
ACIS CLO 2013 2 Ltd.
ADA Carbon Solutions
ADM Investor Services Inc.
Aegon Custody BV RE MM High Yield Fund
AEP Energy Partners LP
AFR - Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund
AG Centre Street Partnership LP
Akin Gump Strauss Hauer & Feld LLP
Albemarle Corp.
Alcoa Inc.
AllianceBernstein LP
Allianz Global Investors US LLC
Alpha Coal Sales Co. LLC
AlpInvest Partners Co-Investments 2007 CV
Alstom Power Inc.
Alvarez & Marsal
American Century Investment Management Inc.
American Equipment Co. Inc. (AMECO)
American Funds Insurance Series - B Fund
American International Group
American Nuclear Insurers
American Residential
American Stock Transfer & Trust Co.
Ameriprise Certificate Co.
Anchorage Capital Group LLC
Angelo Gordon & Co.
AP TXU Holdings LLC
Apache Corp.
Apollo Capital

Apollo Credit Funding I Ltd.
Apollo Global Management LLC
Apollo Special Opportunities Managed Account LP
Applied Industrial Technologies Inc.
Arch Coal Sales Co. Inc.
Arch Reinsurance Ltd.
Archview Investment Group LP
Areva Inc.
Argo Re (Bermuda)
Arizona State Retirement System
Artio Global High Income Fund
Associated British Foods Pension Scheme
Associated Electric & Gas Insurance Services (AEGIS)
AT&T Inc.
Atmos Energy Corp.
Atmos Pipeline-Texas
Atrium III
AustralianSuper
Avenue Capital Management
Aviva Investors North America Inc.
AXA Capital America LP
Axis
Babcock & Wilcox
Babson Capital Management LLC
Baker Hughes Inc.
BALC - Ballyrock CLO II Ltd.
Balch & Bingham
Bank of America Fund
Bank of New York Mellon Corporation, The
Bank of Nova Scotia, The
Bank of Oklahoma
Bank of Texas
Bank of Tokyo-Mitsubishi UFJ Ltd., The
Bank One Purchasing Card
Barclays Bank PLC
Basic Resources Inc
Battery Park High Yield Long Short Fund Ltd.
bcIMC (WCBAF) Private Placement (2006) Investment Corp.
Beach Point Capital
Beazley plc
Bechtel Power Corporation

Benida Group LLC, The
Berkshire Hathaway Inc.
BHP Billiton
Big Brown 3 Power Co. LLC
Big Brown Lignite Co. LLC
Big Brown Power Co. LLC
Bill & Melinda Gates Foundation Trust
Black & Veatch Corporation
Black Canyon Direct Investment Fund LP
BlackRock, Inc.
Blackstone Advisory Partners LP
Blue Cross & Blue Shield
Blue Mountain Capital Management LLC
BMO Asset Management Inc.
BNP Paribas Energy Trading GP
BNSF Railway Co.
Bobcat Bluff Wind Project LLC
Bond Fund of America, The
Borealis Infrastructure Management Inc.
BP America Production Co.
BPC Opportunities Fund LP
Brazos Electric Power Cooperative Inc.
Brazos River Authority - BRA
Brevan Howard Asset Management LLP
Brigade Capital Management LLC
Brighten Energy LLC
Brighten Holdings LLC
Brown Rudnick LLP
Brownstone Investment Group LLC
BTG Pactual GLB Asset Management
Cadwalader Wickersham & Taft LLP
California Public Employees Retirement System
California State Teachers Retirement System
Calpine Energy Services LP
Cameco Corp.
Candlewood Investment Group LP
Canyon Balanced Equity Master Fund Ltd.
Canyon TXU LP
Canyon Value Realization Fund LP
CapGemini America Inc.
Capital One NA

Capital Research
Capstone Advisory Group LLC
Cargill Inc.
Carlyle Partners
Carval Investors LLC
Castle Hill Asset
Cat Financial Capital Solutions
Caterpillar Financial Corp.
Cent CDO 10 Ltd.
Centaurus TEF LP
Centerbridge Credit Advisors LLC
Centerpoint Energy Services Inc.
Centerview Partners LLC
Central States Southeast & Southwest Areas Health & Welfare Fund
CFIM Hybrid Tri-Asset Fund
Chase Investments
Chesapeake Energy Marketing Inc.
Chi Operating Investment Program L P
Chicago Bridge & Iron Company
Childrens Healthcare of Atlanta Inc.
Chrysler LLC Master Retirement Trust
Chubb Atlantic Indemnity Ltd. (Bermuda)
Citibank Hold (SLT)
CLF Finance Co. LLC
Cloud Peak Energy LLC
COF II ST LLC
Co-Investment Partners (NY) LP (Lexington Partners)
Collin Power Co. LLC
Columbia Funds Series Trust II Columbia Floating Rate Fund
Comanche Peak Nuclear Power Co. LLC
Commerz Markets LLC
Commingled Pension Trust Fund (High Yield Bond) of JPMorgan Chase Bank NA
Commonwealth of Pennsylvania State Employees Retirement System
Computershare Trust Co. of Canada
ConocoPhillips Co.
Constellation Energy
Contrarian Capital Management LLC
Contrarian Funds LLC
CPP Investment Board (USRE II) Inc.
Crane Nuclear Inc.
Credit Suisse

Credit Value Partners LP
CSAA Insurance Exchange
CSC Trust Co. of Delaware
CSS LLC
Cyrus Capital Partners LP
Dallas, Texas, City of
Dallas, Texas, County of
Danske Bank A/S (Asset Management)
Davidson Kempner Partners
Davis Polk & Wardwell LLP
DDJ Capital Management LLC
DeCordova Power Co. LLC
Delek Refining Ltd.
Dell Inc.
Deutsche Asset Management
Deutsche Investment Management Americas Inc.
Devon Gas Services LP
Dow Employees Pension Plan
Drawbridge Investment Ltd.
DTE Energy Trading Inc.
DuPont Capital Management Corp.
Eaton Vance Limited Duration Income Fund
Ebasco Services of Canada Ltd.
ECP I (NE Energy IP) LP
EDF Trading North America LLC
EECI Inc.
EFH Australia (No. 2) Holdings Co.
EFH CG Holdings Co. LP
EFH CG Management Co. LLC
EFH Corp.
EFH Corporate Services Co.
EFH Finance (No. 2) Holding Co.
EFH FS Holdings Co.
EFH Properties Co.
EFH Renewables Co. LLC
EFH Vermont Insurance Co.
EFIH Finance Inc
Electric Reliability Council of Texas
Electro-Motive Diesel Inc.
Elliott Associates LP
Empower Software Solutions

Endurance
Energy Capital Partners I LP
Energy Future Competitive Holdings Co. LLC
Energy Future Holdings Corp. et. al
Energy Transfer
Energy, U.S. Department of
Enterprise Products Operating LLC
Enterprise Texas Pipeline LLC
E-On Climate & Renewables
Epiq Bankruptcy Solutions
Ernst & Young LLP
ETC Katy Pipeline Ltd.
Euroclear Bank
Evercore Group LLC
Exelon Generation Co. LLC
Family Dollar Stores of Texas LLC
FCO MA Centre Street LP
FCOF II UB Investments LLC
Federal Deposit Insurance Corp. (FDIC)
Federal Insurance Co.
Federated Investment Management Co.
Fedex Corp. Employees Pension Trust
Feingold O'Keeffe Capital LLC
FGOY Investments Corp.
Fidelity Institutional Money Market Funds - Government Portfolio
Fidelity Investments
Fidelity Management & Research Company
Fidelity Series Floating Rate High Income Fund
Fifth Street Capital LLC
FinVest Capital Ltd.
Firstenergy System Master Retirement Trust
Flagship Rail Services Inc.
Flint Hills Resources LP
FLSmidth Airtech Inc.
Fluor Enterprises Inc.
FM Global
Forest Creek Wind Farm LLC
Fortress Investment Group LLC
FPL Energy Pecos Wind I LLC
FPL Energy Pecos Wind II LLC
Franklin Floating Rate

Brandon Freiman
Fried Frank Harris Shriver & Jacobson LLP
FTS SIP Corp.
Fubon Asset Management Co. Ltd.
Fuelco LLC
Future Fund Board of Guardians
GAMCO Asset Management Inc.
GATX Corp.
General Electric Pension Trust
General Motors Canadian Hourly Rate Employees Pension Plan, The
Generation Development Co. LLC
Generation MT Co. LLC
Generation SVC Co.
Generator & Motor Services Inc
Gibson Dunn & Crutcher LLP
GIC Private Ltd.
Gleneagles CLO Ltd.
Global Bond Investors SA
Global Credit Advisers LLC
GoldenTree Asset Management LP (US)
Goldman Sachs Group, The
Frederick Goltz
Government of Singapore Investment Corp. Pte Ltd.
Grayson & Co.
Greenbriar CLO Ltd.
Greenway Development Holding Co.
GSO Capital Partners LP
Guggenheim Portfolio Co. X LLC
Gulf Stream - Sextant CLO 2006-I Ltd.
Hartford Balanced Income Fund, The
Hartford Floating Rate Fund, The
Hartford Investment Management Co.
HBK Investments LP
HCC
HCL America Inc.
Headwaters
Hewitt Ennisknupp Inc.
High Income Opportunities Portfolio
Highland Capital Management FM
Hotchkis & Wiley Capital Management LLC
Houlihan Lokey Capital Inc.
HSBC Wealth Management Services (Private Account)

Hudson Bay Capital Management LP
Humphreys & Glasgow Ltd.
Hunton & Williams
HVB Capital Partners AG
Iberdrola Renewables Inc.
IBM Corp.
ICF Resources LLC
Income Fund of America, The
Indian Mesa Wind Farm LLC
Industriens Pension Portfolio FMBA High Yield Obligationer III
ING Capital LLC
ING Investment Management CLO II Ltd.
Innocap Fund SICAV PLC In Respect of Mason Sub Fund
Intermarket Corp.
International Brotherhood Of Electrical Workers Local No. 2078
International Paper Co. Commingled Investment Group Trust
Invesco Aim Investment Services
Iowa Public Employees' Retirement System - IPERS
J. Aron & Co.
J. Caird Investors (Bermuda) LP
JHF II Multi Sector Bond Fund
Jones Day
JP Morgan
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Kansas City Southern Railway
Kiewit Finance Group Inc.
Kinder Morgan Tejas Pipeline LLC
King Street Acquisition Co. LLC
Kirkland & Ellis LLP
Kohlberg Kravis Roberts & Co. LP
KPMG
Kramer Levin Naftalis & Frankel LLP
L-3 Communications Corp. Master Trust
Lake Creek 3 Power Co. LLC
LaSalle Bank NA
Law Debenture Trust Co. of New York
Lehman Brothers
Leveragesource III LP
LGT Capital Invest Ltd.
Liberty Mutual Employees Thrift Incentive Plan

Loan Funding IV LLC
Lockheed Martin Corp. Master Retirement Trust
Lockton Cos. LLC
Logan Circle Partners LP
Lone Star Energy Co. Inc.
Longhorn Capital DT LP
Loomis Sayles
Lord Abbett
Los Angeles County Employees Retirement Association
Louisiana Energy Services
Louisiana State Employees' Retirement System
Lower Colorado River Authority
LSGT Gas Co. LLC
LSGT SACROC Inc.
LSR Loan Funding LLC
Lucent Technologies Inc. Master Pension Trust
Luminant Big Brown Mining Co. LLC
Luminant Energy Co. LLC
Luminant Energy Trading California Co.
Luminant ET Services Co.
Luminant Generation Co. LLC
Luminant Holding Co. LLC
Luminant Mineral Development Co. LLC
Luminant Mining Co. LLC
Luminant Renewables Co. LLC
Lumx Beach Point Total Return Fund Ltd.
M&T Bank
Macquarie Bank Ltd.
Macys Inc. Defined Benefit Plans Master Trust
Madison Park Funding I Ltd.
Magnetar Financial LLC
Managers High Yield Fund
Manulife Asset Management (US) LLC
Marathon Asset Management
Mariner LDC
Martin Lake 4 Power Co. LLC
Mason Capital LP
MatlinPatterson Global Advisers LLC
McDermott Will & Emery
Merrill Lynch Capital Services
MetLife

MFS Investment Management
MHI Nuclear America Inc.
Microsoft Global Finance Ltd.
Midtown Acquisitions LP
Milbank, Tweed, Hadley & McCoy
Millstein & Co.
Missouri Education Pension Trust
Moelis & Co. LLC
Monticello 4 Power Co. LLC
Morgan Creek 7 Power Co. LLC
Morgan Lewis & Bockius
Morgan Stanley
Motiva Enterprises LLC
Mount Kellett Capital Management LP
MSD Capital LP
Muzinich & Co. Inc.
National Investment Services High Yield Fund LLC
National Railroad Retirement Investment Trust - High Yield
Natural Gas Exchange Inc.
Navigant Consulting Inc.
Navigators
NCA Development Co. LLC
NCA Resources Development Co. LLC
NCRAM Loan Trust
New York City Employees Retirement System
New York City Police Pension Fund
New York Life Capital Partners III LP
New York Times Co. Pension Trust
NextEra Energy Power Marketing LLC
NextEra Energy Resources LLC
NF Urenco Enrichment
Norinchukin Bank, The
North American Coal Royalty Co.
Northern Trust Co. of New York
NorthgateArinso Inc.
Northwestern Mutual Life Insurance Co., The
NRG Power Marketing LLC
Nuclear Electric Insurance Ltd.
Nuclear Energy Future Holdings II LLC
Nuclear Energy Future Holdings LLC
Nuveen Asset Management LLC

NWP Indian Mesa Wind Farm LP
O'Melveny & Myers LLP
Oak Grove Management Co. LLC
Oak Grove Mining Co. LLC
Oak Grove Power Co. LLC
Oak Hill Advisors LP
Oaktree Capital Management LP
Och-Ziff Capital Management Group, LLC
Oil Casualty Insurance Ltd.
Omega Advisors, Inc.
OMERS Administration Corp.
Oncor Communications Holdings Co. LLC
Oncor Electric Delivery Administration Corp.
Oncor Electric Delivery Co. LLC
Oncor Electric Delivery Holdings Co. LLC
Oncor Electric Delivery Transition Bond Co. LLC
Oncor License Holdings Co. LLC
Oncor Management Investment LLC
Onex Credit Partners LLC
OPERF Co-Investment LLC
Oppenheimer Funds
Oracle Corp.
Oregon Public Employees Retirement Fund
Oz Management LLC
Pacholder High Yield Fund
Pacific Gas & Electric Co. Post Retirement Medical Plan Trust
Pacific Investment Management Company, LLC (PIMCO)
Pacific Life Funds - PL Floating Rate Loan Fund
Patterson Belknap Webb & Tyler
Paul Weiss Rifkind Wharton & Garrison LLP
Peabody COALSALES Co.
Penn Mutual Life Insurance Co. (Asset Management)
Pension Benefit Guaranty Corporation
Perella Weinberg Partners Capital Management LP
Permal Contrarian Fund I Ltd.
Perry Capital
PFA Kapitalforvaltning Fondsmæglerselskab A/S
Phillip Morris Credit Corp.
Phillips 66 Co.
Phoenix Investment Partners
Pine River Credit Relative Value Master Fund Ltd.

Pinnacle Technical Resources Inc.
Pioneer Investment Management Inc.
PPM America Inc.
PricewaterhouseCoopers LLP
Principal Financial Group
Principal Global Investors LLC
Principal Investors Fund Inc.- Bond & Mortgage Securities Fund
ProFund Advisors LLC
Prudential Investment Management Inc.
Public Employees Retirement System of Ohio
Putnam Investments
Qualcomm Global Trading Inc.
Quintana Energy Partners LP
RBC Capital Markets LLC
RBS Greenwich Capital
Regents of The University of California
Regiment Capital Ltd.
Reliance Insurance Co.
Renaissance Reinsurance Ltd.
Richards, Layton & Finger, PA
RidgeWorth Capital Management Inc.
Jason Ridloff
Riversource Life Insurance Co.
RLI
Ropes & Gray LLP
Rosemont Solebury Co-Investment Fund LP
Rothschild Inc.
RSUI (CRC)
Russell Investments Co.
Ryan Partnership
Sabine River Authority of Texas
Safeco Insurance Co. of America
Sageview Capital LP
SAIC Energy, Environment & Infrastructure, LLC
Sandow Power Co. LLC
Sankaty Advisors LLC
Schulte Roth & Zabel LLP
Scottish Widows Investment Partnership Ltd.
Sears Holdings Pension Trust
Securitas Security Services USA Inc.
SEI Global Master Fund PLC - SEI High Yield Fixed Income Fund, The

Seix Investment Advisors LLC
SG Americas Securities LLC
Shaw Environmental Inc.
Shearman & Sterling LLP
Shell Energy North America (US) LP
Sidley Austin LLP
Siemens Demag Delaval Turbomachinery Inc.
Sierra Club
Silver Point Capital
Silverado CLO 2006-I Ltd.
Simpson Thacher & Bartlett LLP
Sitel LLC
SMBC Rail Services LLC
Smidt, Jonathon
Solus Alternative Asset Management
Southern Ute Indian Tribe
Southfork CLO Ltd.
Standard Bank PLC
Starr Aviation
State of Wisconsin Investment Board
State Street Bank & Trust Co.
State Teachers Retirement System of Ohio
Sterne Agee & Leach Inc.
Stichting Bewaarder Syntrus Achmea Global High Yield Pool
Stockcross Financial Services Inc.
Stone Harbor Global Funds PLC - Stone Harbor Leveraged Loan Portfolio
Stratford CLO Ltd
Sunamerica Income Funds - Sunamerica High Yield Bond Fund
Susquehanna Capital Group
Sweetwater Water Department, City of (TX)
Sweetwater Wind Power LLC
Swiss Re Risk Solutions Corp.
Taconic Capital Advisors
Taggart Global
TCEH Finance Inc.
Teachers Insurance & Annuity Association of America
Teachers' Retirement System of Oklahoma
Teachers Retirement System of The City of New York
Tenaska Gas Storage LLC
Texas Commission on Environmental Quality - TCEQ
Texas Competitive Electric Holdings Co. LLC

Texas County & District Retirement System
Texas Department of Criminal Justice
Texas Energy Future Capital Holdings LLC
Texas Energy Future Holdings LP
Texas Health Resources Inc.
Texas State Comptroller of Public Accounts
Third Avenue Focused Credit Fund
Titan Investment Holdings LP
Torus
Total Gas & Power North America Inc.
Towers Watson
TPG Capital LP
TPUSA
Tractebel LNG North America Service Corp.
Tradinghouse 3 & 4 Power Co. LLC
Tradinghouse Power Co. LLC
Transactel (Barbados) Inc.
Trent Wind Farm LP
Trilogy Capital
Trustees of Dartmouth College
TXU 2007-1 Railcar Leasing LLC
TXU Eastern Finance (A) Ltd.
TXU Eastern Finance (B) Ltd.
TXU Energy Receivables Co. LLC
TXU Energy Retail Co. LLC
TXU Energy Solutions Co. LLC
TXU Europe CP Inc.
TXU Europe Ltd.
TXU Finance (No. 2) Ltd.
TXU Receivables Co.
TXU Retail Services Co.
TXU SEM Co.
UBS AG
UFCW Consolidated Pension Fund
UMB, N.A.
UMC Benefit Board Inc.
Union Bank NA
Unipension Invest FMBA High Yield Obligationer II
United States Army Corp of Engineers, Fort Worth
United States Enrichment Corp.
United States Environmental Protection Agency

Uranium One Inc.

Urenco Enrichment Co. Ltd.

US Bank NA

US Nuclear Regulatory Commission

USAA Asset Management Co.

Valero Texas Power Marketing Inc.

Valic Co. II-High Yield Bond Fund

Valley NG Power Co. LLC

Valley Power Co. LLC

Vanguard High Yield Corporate Fund

Varde Partners Inc.

Verizon Business

Vinson & Elkins

Virtus Multi Sector Fixed Income Fund

W.W. Grainger Inc.

Wachovia Bank NA

Wachtell Lipton Rosen & Katz

WageWorks Inc.

Wallace H. Coulter Foundation, The

Walnut Street Associates

Water Island Capital LLC

Waterstone Capital Management LP

Wellington Management Co. LLP

Wellpoint Inc.

Wells Capital Management

Westchester CLO Ltd.

Western Asset Floating Rate High In Fund LLC

Western Asset Management High Income Portfolio Inc.

Westinghouse Electric Co. LLC

White & Case LLP

Whitebox Advisors LLC

Wilkie Farr & Gallagher LLP

Williams Capital Group LP, The

Wilmer Cutler Pickering Hale and Dorr

Wilmington Savings Fund Society FSB

Winstead PC

WM Pool - High Yield Fixed Interest Trust

WR Huff Asset Management Co. LLC

XL Insurance (Bermuda) Ltd.

York Capital Management Global Advisors LLC

Ziff Brothers Investments LLC

Zolfo Cooper LLC