**<u>EXHIBIT B</u>**

**DeFranceschi Affidavit & Doré Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF DANIEL J. DEFRANCESCHI IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY RICHARDS, LAYTON & FINGER, P.A. AS CO-COUNSEL EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS: |
| COUNTY OF NEW CASTLE | ) |

Daniel J. DeFranceschi, being duly sworn, deposes and says:

1.     I am a Director with Richards, Layton & Finger, P.A. ("**RLF**"), located at 920 N. King Street, Wilmington, Delaware 19801.

2.     I submit this declaration on behalf of RLF (the "**Declaration**") in support of the application (the "**Application**") of the above-captioned debtors and debtors in possession (the "**Debtors**") pursuant to sections 327(a), 328, and 330 of the Bankruptcy Code for

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

authorization to employ and retain RLF as co-counsel effective *nunc pro tunc* to the Petition Date.[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## RLF'S QUALIFICATIONS

3.     RLF has extensive experience in the field of debtors' and creditors' rights and business reorganizations and liquidations under chapter 11 of the Bankruptcy Code and expertise, experience, and knowledge practicing before this Court.  RLF's proximity to the Court enables RLF to respond quickly to emergency hearings and other emergency matters before this Court.

4.     RLF has been actively involved in numerous major chapter 11 cases and has represented debtors in many cases, including recently:  *In re USEC Inc.*, Case No. 14-10475 (CSS) (Bankr. D. Del. Apr. 21, 2014); *In re MACH Gen, LLC*, Case No. 14-10461 (MFW) (Bankr. D. Del. Apr. 10, 2014); *In re QCE Finance LLC*, Case No. 14-10543 (PJW) (Bankr. D. Del. Apr. 9, 2014); *In re MSD Performance, Inc.*, Case No. 13-12286 (PJW) (Bank. D. Del. Oct. 1, 2013); *In re Longview Power, LLC*, Case No. 13-12211 (BLS) (Bankr. D. Del. Sept. 24, 2013); *In re OnCure Holdings, Inc.*, Case No. 13-11540 (KG) (Bankr. D. Del. July 24, 2013); *In re NE Opco, Inc.*, Case No. 13-11483 (CSS) (Bankr. D. Del. July 11, 2013); *In re Homer City Funding LLC*, Case No. 12-13024 (KG) (Bankr. D. Del. Dec. 6, 2012); *In re Vertis Holdings, Inc.*, Case No. 12-12821 (CSS) (Bankr. D. Del. Nov. 20, 2012); and *In re Blitz U.S.A., Inc.*, Case No. 11-13603 (PJW) (Bankr. D. Del. Dec. 5, 2011).

5.     In addition, since March 20, 2013, RLF has provided many of the Services (as defined below) to the Debtors in connection with their restructuring efforts.  In providing such prepetition professional services to the Debtors, RLF has become familiar with the Debtors and

---

[2] Capitalized terms not otherwise defined in this Declaration shall have the meanings ascribed to them in the Application.

their business, including the Debtors' financial affairs, debt structure, operations, and related

matters. Having worked with the Debtors' management and their other advisors, RLF has

developed relevant experience and expertise regarding the Debtors that will assist it in providing

effective and efficient services in these Chapter 11 Cases. Accordingly, RLF is both well

qualified and uniquely able to represent the Debtors in these Chapter 11 Cases in an efficient and

timely manner.

**SERVICES TO BE PROVIDED**

6.      Subject to further order of the Court and consistent with the Engagement Letter,

RLF will render the following professional services (collectively, the "**Services**"):

(f)      take all necessary actions to protect and preserve the estates of the Debtors, including the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the Debtors, the negotiation of disputes in which the Debtors are involved, and the preparation of objections to claims filed against the Debtors' estates;

(g)      advise the Debtors of their rights, powers, and duties as debtors and debtors in possession under chapter 11 of the Bankruptcy Code;

(h)      prepare on behalf of the Debtors, as debtors in possession, all necessary motions, applications, answers, orders, reports, and other papers in connection with the administration of the Debtors' estates and serve such papers on creditors;

(i)      take all necessary or appropriate actions in connection with a plan or plans of reorganization and related disclosure statement(s) and all related documents, and such further actions as may be required in connection with the administration of the Debtors' estates; and

(j)      perform all other necessary legal services in connection with the prosecution of these Chapter 11 Cases.

7.      RLF understands that the Debtors have chosen K&E to serve as lead counsel to

the Debtors. RLF has and will continue to work closely with K&E to prevent any duplication of

efforts in the course of advising the Debtors. RLF is willing and able to act in the Debtors' cases

3

and render the necessary professional services as co-counsel to the Debtors on the terms described herein, and to subject itself to the jurisdiction of the Court.

## PROFESSIONAL COMPENSATION

8.      Subject to the approval of this Court, in accordance with sections 327, 328, 330, and 331 of the Bankruptcy Code, compensation will be paid to RLF on an hourly basis at the customary hourly rates in effect when services are rendered, plus reimbursement of actual, necessary expenses and other charges incurred by RLF according to its customary reimbursement policies.

9.      RLF's hourly rates and billing policies are based on market conditions of firms of a size, location, and practice comparable to RLF's. The current hourly billing rates for the RLF professionals that will be involved primarily in this matter range from $490 to $800 for counsels and directors and $250 to $465 for associates. Currently, RLF paralegals' hourly billing rate is $225. RLF has not varied from or used alternatives to its standard or customary billing arrangements.

10.     RLF intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any other applicable procedures and orders of the Court, on an hourly basis. In that regard, among other things, the Debtors and RLF expect to develop a prospective budget and staffing plan to, in a reasonable effort, comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court for the period from April 29, 2014 to August 31, 2014.

11.    RLF has not shared or agreed to share any of its compensation from the Debtors with any other persons, other than the directors of RLF, as permitted by section 504 of the Bankruptcy Code.

12.    The Debtors do not owe RLF any amount for services rendered or expenses incurred prior to the Petition Date, and thus RLF is not a prepetition creditor of the Debtors.

## EVERGREEN RETAINER

13.    RLF rendered legal services to the Debtors prior to the Petition Date in connection with the preparation of and commencement of these Chapter 11 Cases. Prior to the Petition Date, consistent with the terms of the Engagement Letter, the Debtors paid RLF a total retainer of $125,000.00 (the "**Retainer Amount**").  Also consistent with the terms of the Engagement Letter, the Debtors replenished the Retainer Amount from time to time prior to the Petition Date to provide for the payment of RLF's actual fees and expenses invoiced for periods prior to the Petition Date as well as RLF's estimated fees and expenses to be incurred prior to the Petition Date.  In sum, RLF received prepetition payments from the Debtors totaling $728,967.47.  Of the total funds received by RLF from the Debtors prepetition (*i.e.*, $728,967.47), RLF periodically applied certain funds that it received from the Debtors against its prepetition fees and expenses pursuant to the Engagement Letter.  As of the Petition Date (once all prepetition fees and expenses incurred by RLF were applied against the prepetition payments that it received), RLF was holding $235,992.05 in total funds from the Debtors.  RLF proposes to apply all amounts that it is holding above the Retainer Amount (*i.e.*, $110,992.05) against its first monthly invoice filed with this Court consistent with the terms of any interim compensation procedures order that this Court might enter and then to continue to hold the Retainer Amount

5

(*i.e.*, $125,000.00) as an evergreen retainer throughout the pendency of the Debtors' Chapter 11 Cases consistent with the Engagement Letter.

14.    Additionally, prior to the Petition Date, RLF drew down and/or applied against prepetition invoices a total of $492,975.42 of funds paid to it by the Debtors prior to the Petition Date (the "**Drawn Down Amount**") to cover actual and anticipated fees and expenses incurred prior to filing the Debtors' bankruptcy cases.  Following the Petition Date, RLF completed a true-up of the Drawn Down Amount and credited back into its retainer account the excess amounts, totaling $235,992.05; the amount RLF is now holding as discussed in paragraph 13, above.  An accounting summary of payments made to RLF is attached hereto as **Exhibit 3**.

15.    In this district, 1 believe that evergreen retainer agreements reflect normal business terms in the marketplace.  *See In re Insilco Tech., Inc.*, 291 B.R. 628, 634 (Bankr. D. Del. 2003) ("[T]he practice [of receiving security retainers] in this district has been engaged in since at least the early 1990's.").  Moreover, RLF and the Debtors are sophisticated business entities that have negotiated the Retainer Amount at arm's length.  The Retainer Amount secures RLF's fees and expenses for work performed in connection with the Debtors' Chapter 11 Cases.  Thus, I believe, under the standards articulated in the *Insilco* decision, the facts and circumstances of these cases support the approval of the security retainer requested herein.

16.    Given the extensive nature of the services that RLF will provide to the Debtors, I believe that the retention of RLF under an evergreen retainer is appropriate and necessary to enable the Debtors to faithfully execute their duties as debtors and debtors in possession and to implement the reorganization of the Debtors.

6

**RLF'S DISINTERESTEDNESS**

17.    In connection with its proposed retention by the Debtors in these Chapter 11 Cases, RLF received a list of the Parties-in-Interest.

18.    RLF maintains and systematically updates its conflict check system in the regular course of its business, and it is the regular practice of RLF to make and maintain these records. The conflict system maintained by RLF is designed to include (i) every active matter on which RLF is engaged, (ii) every closed matter on which RLF has been engaged since 1990, (iii) the entity by which it is now or has been engaged, (iv) the identity of related parties, (v) the identity of adverse parties, and (vi) the attorney at RLF who is knowledgeable about the matter.  It is the policy of RLF that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and the related and adverse parties.  Accordingly, the database is updated for every new matter undertaken by RLF.  The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

19.    Insofar as I have been able to ascertain, neither I, RLF, nor any director, counsel, or associate of RLF has in the past represented the Debtors' largest creditors, equity interest holders, or any Party-in-Interest, except as hereinafter set forth.

20.    Through the procedures set forth above, and in order to comply with the requirements set forth in Bankruptcy Rule 2014, RLF has determined that it has in the past represented, currently represents, and/or may in the future (including during the pendency of the Debtors' Chapter 11 Cases) represent, in matters wholly unrelated to these cases, certain Parties-in-Interest, including, without limitation, those entities set forth on **Exhibit 1** attached hereto

7

who are current clients or are affiliates thereof, and those entities or affiliates thereof set forth on **Exhibit 2** attached hereto who have been represented by RLF within the last five (5) years. With the exception of The Blackstone Group and certain affiliates thereof, Wilmington Savings Fund Society, FSB, Dell and certain affiliates of Dell Inc., certain affiliates of US Bank Trust NA, and certain affiliates of Vertis Holdings Inc., I do not believe that any single matter is a major engagement that would involve either the billing of fees in excess of one half of one percent (.5%) of RLF's annual fees billed, or that, in the aggregate for any related group of entities, exceeds one percent (1%) of RLF's annual fees billed. In any event, RLF will not represent any of the foregoing claimants or any other party-in-interest in any facet of the Debtors' cases.

21.    By way of additional detailed disclosure (as reflected in **Exhibit 1** hereto), RLF currently represents Oncor Electric Delivery Holdings Company LLC and Oncor Electric Delivery Company LLC (together "**Oncor**") in matters unrelated to the Chapter 11 Cases. Oncor is not a debtor in the Chapter 11 Cases, however, it is 80% directly or indirectly owned by one or more of the Debtors. RLF's representation of Oncor has been (and will continue to be) limited to providing Oncor, as a Delaware limited liability company, and its board of directors with legal advice concerning the rights, duties, and obligations of Oncor and its board under applicable Delaware law. RLF has not and will not provide any legal advice to Oncor with respect to the Debtors' chapter 11 cases or matters of bankruptcy law. Indeed, I am informed that Oncor has retained its own bankruptcy counsel to advise it on matters concerning the Debtors' chapter 11 cases.

22.    Based on the foregoing, I do not believe that RLF holds or represents any interest adverse to the Debtors or their estates. RLF is not a creditor of the Debtors. Therefore, I believe

that RLF is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

23.    In addition, to the best of my knowledge, information, and belief and in accordance with Bankruptcy Rule 5002, no director, counsel, or associate of RLF has a connection to the United States Bankruptcy Judge or U.S. Trustee that would render RLF's retention in these Chapter 11 Cases improper.

24.    RLF will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  Pursuant to Local Bankruptcy Rule 2014-1, to the extent that RLF learns of any additional material information relating to its employment (such as potential or actual conflicts of interest), RLF will file and serve a supplemental affidavit with the Court setting forth the additional information.

*[Remainder of page intentionally left blank.]*

9

Dated: May **29**, 2014
        Wilmington, Delaware

_____

Daniel J. DeFranceschi (No. 2732)

SWORN TO AND SUBSCRIBED before
me this 29th day of May 2014.

_____
Notary Public

My Commission Expires: 2/26/15

LESLEY A. MORRIS
MY COMMISSION
EXPIRES
FEB. 26, 2015
NOTARY PUBLIC
STATE OF DELAWARE

10

## Exhibit 1[1] – Current Clients[2]

### Banks

- Certain affiliates of Deutsche Bank
- Certain affiliates of Invesco ATST Premier US Government Money Portfolio (via Bank of Oklahoma dba Bank of Texas)
- Benchmark Bank
- Certain affiliates of Morgan Stanley Government Portfolio
- Certain affiliates of Fidelity Institutional Money Market Funds - Government Portfolio
- Certain affiliates of Fidelity Institutional Money Market Funds - Government Portfolio (via Bank of Oklahoma dba Bank of Texas)
- Citibank and certain affiliates thereof
- M&T Bank and certain affiliates thereof
- Certain affiliates of Bank of New York Mellon
- Bank of America NA and certain affiliates thereof
- Certain affiliates of Invesco ATST Premier US Government Money Portfolio (via Bank of Oklahoma dba Bank of Texas)
- Certain affiliates of Fidelity Institutional Money Market Funds - Government Portfolio and Fidelity Institutional Money Market Funds - Government Portfolio (via Bank of Oklahoma dba Bank of Texas)
- JPMorgan Chase Bank NA and certain affiliates thereof
- Certain affiliates of JPMorgan Chase through Met Life

### Contract Counterparties

- Nasdaq OMX Commodities Clearing Co. and certain affiliates thereof
- Certain affiliates of New Alenco Window Ltd.
- Deutsche Bank AG
- Certain affiliates of DLR Restaurant Group Inc.
- Certain affiliates of Aegis
- Certain affiliates of AEP Energy Partners Inc.
- Superior Essex Communications LP and certain affiliates thereof
- Certain affiliates of StonCor Group Inc.
- Certain affiliates of Stone Mountain Properties LLC
- Certain affiliates of Pier 1 Imports (US) Inc.
- Pepsico Inc. and certain affiliates thereof
- Certain affiliates of Papa Johns USA Inc.
- Otis Elevator Co.

---

[1] Parties that are both current clients and former clients of RL&F are only listed on Exhibit 1— Current Clients.

[2] Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of current clients. However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.

- Pactiv Corp.
- Certain affiliates of ConocoPhillips Inc.
- Certain affiliates of Coors Distributing Co. of Fort Worth
- Certain affiliates of NextEra Energy Power Marketing LLC
- Newell Rubbermaid Inc.
- Certain affiliates of NRG Power Marketing Inc.
- Graham Packaging Co. LP and certain affiliates thereof
- Certain affiliates of Cloud Peak Resources LLC
- Charming Charlie Inc.
- Chesapeake Energy Corporation and certain affiliates thereof
- Certain affiliates of Chesapeake Energy Marketing Inc.
- Certain affiliates of Chevron Natural Gas, a division of Chevron
- Certain affiliates of Shell Energy North America (US) LP
- Certain affiliates of Shell Federal Credit Union
- Hewlett-Packard Co.
- Certain affiliates of Cytec Engineered Materials Inc.
- Certain affiliates of Caremark PCS Health LLC
- Bell Helicopter Textron Inc.
- Certain affiliates of MEMC Electronic Materials (SW) Inc.
- Certain affiliates of Microsoft Licensing GP
- Mattel Inc.
- Certain affiliates of First Tennessee Bank NA
- Certain affiliates of Flint Hills Resources LP
- Enbridge Energy Partners LP and certain affiliates thereof
- Certain affiliates of EnergySolutions Services Inc.
- Sonoco Products Co. and certain affiliates thereof
- Certain affiliates of Southwest Airlines Co.
- Tenet Healthcare Corp.
- Certain affiliates of TECO-Westinghouse Motor Co.
- SPX Corp.
- Stanley Black & Decker Inc.
- Certain affiliates of Stanley Mechanics Tools, a Division of Stanley Black & Decker
- Certain affiliates of L-3 Communications Corp.
- Certain affiliates of L-3 Communications Integrated Systems LP
- Certain affiliates of Laboratory Corp. of America
- Independent Bankers Financial Corp.
- United Air Lines Inc. and certain affiliates thereof
- United States Enrichment Corp.
- Certain affiliates of Tyler Pipe Co., a Division of McWane Inc.
- Certain affiliates of TYCO International Management Co.
- Certain affiliates of TYCO Valves & Controls Inc.
- Toys R Us-Delaware Inc. and certain affiliates thereof
- Macquarie Energy LLC and certain affiliates thereof
- Certain affiliates of DTE Energy Trading Inc.

2

- Certain affiliates of Dr Pepper Bottling Co. of Texas
- Wilsonart International Inc. and certain affiliates thereof
- Wilsonart LLC and certain affiliates thereof
- Certain affiliates of WPX Energy Marketing LLC
- Lockheed Martin Corp.
- Certain affiliates of Lockheed Martin Services Inc.
- Weatherford International Inc. and certain affiliates thereof
- Certain affiliates of Land Rover Dallas LP
- Vertis Inc. and certain affiliates thereof
- Certain affiliates of Valero Texas Power Marketing Inc
- Proliance International Inc.
- Certain affiliates of Calpine Energy Services LP
- ITOCHU Corp.
- Securitas Security Services
- Certain affiliates of BP Energy Co.
- Certain affiliates of Hines REIT 2800 Post Oak LP
- Certain affiliates of Raytheon Systems Co.
- Certain affiliates of Reed Minerals, a division of Harsco Corp.
- Regulus Group LLC
- Rexel Inc. and certain affiliates thereof
- Asbury Automotive Group Inc.
- Certain affiliates of Essilor of America Inc.
- Certain affiliates of FPL Energy Pecos Wind I LLC
- Certain affiliates of FPL Energy Pecos Wind II LLC
- Certain affiliates of American Multi-Cinema Inc.
- Certain affiliates of American Residential Services LLC
- Certain affiliates of Ameron International - FCPD-Centron
- APACHE Corp.
- Certain affiliates of American General Life Insurance Co.
- Certain affiliates of Calpine Energy Services LP
- Certain affiliates of AEP Energy Partners Inc.
- Certain affiliates of Boy Scouts of America
- Certain affiliates of Caremark PCS Health LLC
- Certain affiliates of Cargill Power Markets LLC
- Certain affiliates of Georgia-Pacific Corrugated LLC
- Certain affiliates of Halliburton Energy Services Inc.
- Alcoa and certain affiliates thereof
- Certain affiliates of Alcoa Contracts
- Certain affiliates of Reed Minerals, a division of Harsco Corp.
- Flint Hills Resources LP
- Securitas Security Services USA
- Certain affiliates of L-3 Communications Corp.
- Certain affiliates of L-3 Communications Integrated Systems LP
- Certain affiliates of Macquarie Futures USA LLC

3

- Bell Helicopter Textron Inc.
- Southwest Airlines Co.
- Certain affiliates of GE Foodland Inc.
- Certain affiliates Rexel Inc.
- Certain affiliates Time Warner Entertainment Co. LP
- Credit Suisse Energy LLC
- Certain affiliates of Credit Suisse International
- Certain affiliates of Constellation Energy Commodities Group
- Certain affiliates of Fidelity Real Estate Co. LLC
- 3M Co. and certain affiliates thereof
- Barclays Bank PLC and certain affiliates thereof
- Citibank NA certain affiliates thereof
- Certain affiliates of Navistar Inc.
- Certain affiliates of PP&L Inc.
- Certain affiliates of Pentair Valves & Controls Inc.
- Gerdau Ameristeel
- Certain affiliates of Hilite Industries Automotive LP
- Certain affiliates of GATX Financial Corp., Rail Division
- Certain affiliates of GPI Real Estate Management Corp.
- Certain affiliates of GPI Spectrum LLC
- Certain affiliates of Akzo Nobel Functional Chemicals LLC
- American Airlines Inc. and certain affiliates thereof
- Certain affiliates of Associated Materials Inc.
- Boeing Co. and certain affiliates thereof
- Certain affiliates of Dell Marketing LP
- Certain affiliates of Dell USA LP
- Certain affiliates of Macquarie Futures USA Inc.
- Certain affiliates of Macquarie Futures USA LLC
- Certain affiliates of Blue Cross & Blue Shield
- Certain affiliates of BNP Paribas Energy Trading GP
- Capital One NA and certain affiliates thereof
- Saint-Gobain Ceramics & Plastics Inc. and certain affiliates thereof
- Certain affiliates of Saint-Gobain Vetrotex America Inc.
- Sempra Energy Trading LLC and certain affiliates thereof
- Certain affiliates of Marriott 2012 - Housing Horizons LLC
- Certain affiliates of Marriott Corp.
- Certain affiliates of Marriott12 - HPT TRS MI-135 Inc.
- Certain affiliates of Fidelity Real Estate Co. LLC
- Certain affiliates of LaSalle National Leasing Corp.
- Certain affiliates of LB Crescent City LP
- Certain affiliates of LB Crescent Park LP
- Certain affiliates of Raytheon Systems Co.
- Certain affiliates of Essent Healthcare Inc.
- Florida Power & Light Co. and certain affiliates thereof

4

- Certain affiliates of Austin Coca Cola Bottling Co.
- Certain affiliates of Coca Cola Enterprises
- Certain affiliates of Coca-Cola Bottling of North Texas
- Certain affiliates of Coca-Cola Co.
- Certain affiliates of Southwest Coca-Cola Bottling Co.
- Certain affiliates of Dairy Pak - a Division of Blue Ridge Paper Products Inc.
- Delta Petroleum Inc.
- Direct Energy LP
- Certain affiliates of Wells Fargo Dealer Services Inc.
- STMicroelectronics Inc. and certain affiliates thereof
- Certain affiliates of Sherwood Equity LLC
- Certain affiliates of Tenaska Gas Storage LLC
- Certain affiliates of Tenaska Marketing Ventures
- Certain affiliates of Tenaska Power Services Co.
- Kimberly-Clark Corp. and certain affiliates thereof
- Kinder Morgan Inc. and certain affiliates thereof
- Certain affiliates of Koch Materials Co.
- EDF Trading North America LLC and certain affiliates thereof
- Certain affiliates of Energy Transfer Fuel LP
- Certain affiliates of Texas Energy Transfer Co. Ltd.
- UBS AG and certain affiliates thereof
- Certain affiliates of United Electric Co.
- Alstom Power Inc.
- Certain affiliates of AEP Energy Partners LP
- Certain affiliates of Time Warner Entertainment Co. LP
- SPX Corp. and certain affiliates thereof
- Certain affiliates of Microsoft Licensing GP
- Certain affiliates of Fidelity Real Estate Co. LLC.
- International Paper Co.
- Lockheed Martin Corp. and certain affiliates of Lockheed Martin Services Inc.
- Certain affiliates of Macquarie Energy LLC and Macquarie Futures USA LLC.
- JPMorgan Chase Bank NA and certain affiliates thereof
- Certain affiliates of JPMorgan Securities LLC
- Certain affiliates of JPMorgan Ventures Energy Corp.

**Debtor Affiliates**
- Energy Future Holdings Corp.
- Certain affiliates of Texas Utilities Co. Inc.
- Certain affiliates of Texas Utilities Electric Co. Inc.
- Certain affiliates of Southwestern Electric Service Co. Inc.
- Southwestern Electric Service Co. Inc.
- Oncor Electric Delivery Co. LLC
- Certain affiliates of Oncor Communications Holdings Co. LLC
- Certain affiliates of Oncor Electric Delivery Administration Corp.

5

- Certain affiliates of Oncor Electric Delivery Holdings Co. LLC
- Certain affiliates of Oncor Electric Delivery Transition Bond Co. LLC
- Certain affiliates of Oncor License Holdings Co. LLC
- Certain affiliates of Oncor Management Investment LLC
- Certain affiliates of TXU Eastern Finance (A) Ltd.
- Certain affiliates of TXU Eastern Finance (B) Ltd.
- Certain affiliates of TXU Eastern Funding Co.
- Certain affiliates of TXU Electric Co. Inc.
- Certain affiliates of TXU Energy Receivables Co. LLC
- Certain affiliates of TXU Energy Retail Co. LLC
- Certain affiliates of TXU Energy Solutions Co. LLC
- Certain affiliates of TXU Europe CP Inc.
- Certain affiliates of TXU Europe Ltd.
- Certain affiliates of TXU Finance (No. 2) Ltd.
- Certain affiliates of TXU Receivables Co.
- Certain affiliates of TXU Retail Services Co.
- Certain affiliates of TXU SEM Co.

**EFCH & TCEH Trustees**
- Wilmington Savings Fund Society FSB
- Credit Suisse and certain affiliates thereof
- Credit Suisse Securities (USA) LLC and certain affiliates thereof
- Citibank NA and certain affiliates thereof
- Citigroup Global Markets Inc. and certain affiliates thereof
- Lehman Brothers Inc. and certain affiliates thereof
- Lehman Commercial Paper Inc.
- Certain affiliates of Bank of New York Mellon Trust Co.
- JPMorgan Chase Bank NA and certain affiliates thereof
- Certain affiliates of JPMorgan Securities Inc.

**EFH Bondholders**
- Certain affiliates of Deutsche Investment Management Americas Inc.
- AllianceBernstein LP (US) and certain affiliates thereof
- Certain affiliates of Energy Future Holdings/Energy Future Intermediate Holdings
- Solus Alternative Asset Management LP and certain affiliates thereof
- Fidelity Management & Research Co. and certain affiliates thereof
- Credit Suisse Securities (USA) LLC and certain affiliates thereof
- Certain affiliates of Contrarian Capital Management LLC
- Certain affiliates of RBC Capital Markets LLC
- Barclays Capital Inc. and certain affiliates thereof
- Certain affiliates of RBC Capital Markets LLC
- Certain affiliates of Principal Global Investors
- Fidelity Management & Research Co. and certain affiliates thereof.
- GSO Capital Partners LP and certain affiliates thereof.

6

**EFH Indenture Trustees**
- US Bank NA and certain affiliates thereof
- Certain affiliates of Bank of New York Mellon Trust Co

**EFIH Bondholders**
- Certain affiliates of Deutsche Bank Securities Inc.
- Certain affiliates of Deutsche Investment Management Americas Inc.
- AllianceBernstein LP (US) and certain affiliates thereof
- Fidelity Management & Research Co. and certain affiliates thereof
- Certain affiliates of Redwood Capital Management LLC
- Scottish Windows Investment Partnership Ltd and certain affiliates thereof
- Onex Credit Partners LLC and certain affiliates thereof
- Certain affiliates of OCP Investment Trust (Onex Credit Partners LLC)
- GSO Capital Partners LP
- Magnetar Financial LLC
- Certain affiliates of Invesco PowerShares Capital Management LLC
- Certain affiliates of Lord Abbett & Co LLC
- Nomura Corporate Research & Asset Management Inc. (US) and certain affiliates thereof
- Nomura Securities International Inc. and certain affiliates thereof
- Certain affiliates of Manulife Asset Management (US) LLC
- Babson Capital Management LLC
- Certain affiliates of Babson Capital Floating Rate Income Master Fund LP (Babson Capital)
- Certain affiliates of Babson Capital Loan Strategies Master Fund LP Dba Loan Strategies Funding LLC (Babson Capital)
- Certain affiliates of Babson Capital Management
- Certain affiliates of Babson CLO Ltd. 2005-I (Babson Capital)
- Certain affiliates of Babson CLO Ltd. 2005-II (Babson Capital)
- Certain affiliates of Babson CLO Ltd. 2005-III (Babon Capital)
- Certain affiliates of Babson CLO Ltd. 2006-I (Babson Capital)
- Certain affiliates of Babson CLO Ltd. 2007-I (Babson Capital)
- Certain affiliates of JFIN CLO 2007 Ltd. (Babson Capital)
- Certain affiliates of Sapphire Valley CDO I Ltd. (Babson Capital)
- Certain affiliates of Sapphire Prudential Investment Management Inc.
- Certain affiliates of Sapphire Prudential Retirement Insurance & Annuity Co. (Prudential)
- Certain affiliates of Sapphire Prudential Retirement Insurance & Annuity Co. (Prudential)
- Certain affiliates of Sapphire Target Total Return Bond Portfolio (Prudential)
- Morgan Stanley & Co. LLC
- Certain affiliates of KS Management Corp.
- Certain affiliates of GoldenTree Asset Management LP (US)
- Certain affiliates of RBC Capital Markets LLC

RLF1 10311035v.1

- Eaton Vance Management Inc. and certain affiliates thereof
- Certain affiliates of AEGON USA Investment Management LLC
- Certain affiliates of Allianz Global Investors US LLC
- Certain affiliates of Hartford Investment Management Co.
- Certain affiliates of Prudential Investment Management Inc.
- Barclays Capital Inc. and certain affiliates thereof
- Certain affiliates of State Street Global Advisors (SSgA)
- Certain affiliates of ING Financial Markets LLC
- Certain affiliates of DuPont Capital Management Corp.
- Certain affiliates of Allianz Global Investors US LLC.
- Certain affiliates of Blackrock Advisors LLC.
- Certain affiliates of RBC Capital Markets LLC
- Certain affiliates of Pacific Life Fund Advisors LLC
- Solus Alternative Asset Management LP
- Pine River Capital Management LP
- Certain affiliates of Onex Credit Partners LLC
- Certain affiliates of Oppenheimer Funds Inc.
- Fidelity Management & Research Co. and certain affiliates thereof.
- Certain affiliates of Lord Abbett & Co. LLC.
- Certain affiliates of Putnam Investment Management LLC and Putnam Investment Management Inc.
- Certain affiliates of Eaton Vance Management Inc.
- Certain affiliates of MetLife Investment Advisors Co. LLC

**EFIH Indenture Trustee**
- Certain affiliates of Bank of New York Mellon Trust Co

**Insurers**
- Certain affiliates of ARGO RE
- Liberty Mutual and certain affiliates thereof
- Certain affiliates of Liberty Mutual

**Investment Banks**
- Certain affiliates of KKR Capital Markets
- Certain affiliates of Williams Capital Group
- Morgan Stanley
- Credit Suisse and certain affiliates thereof
- Certain affiliates of Citigroup
- Lehman and certain affiliates thereof
- Certain affiliates of KKR and KKR Capital Markets.

**Landlords & Leases**
- Microsoft Corp.
- LaSalle Bank NA and certain affiliates thereof

8

- Caterpillar Financial Services Corp. and certain affiliates thereof
- CBRE and certain affiliates thereof
- First Union and certain affiliates thereof
- GATX Corp and certain affiliates thereof
- Certain affiliates of GE Capital Rail Services
- Certain affiliates of TXU 2007-1 Leasing LLC
- Certain affiliates of XU Railcar Trust 2005-A
- Certain affiliates of Hamilton Fidelity LP
- GATX Corp.
- Certain affiliates of John Hancock Life Insurance Co.
- Certain affiliates of John Hancock Variable Life Insurance Co.
- John Hancock Life Insurance Co. and certain affiliates thereof
- Certain affiliates of John Hancock Variable Life Insurance Co.
- Northern Trust Co. of New York
- Certain affiliates of SMBC Rail Services LLC
- Certain affiliates of Blue Cross and Blue Shield of Florida Inc.
- US Bank NA and certain affiliates thereof
- Wells Fargo Bank Northwest NA and certain affiliates thereof
- Microsoft Corporation and certain affiliates thereof.

**Litigants**
- Certain affiliates of Deutsche Bank Trust Co. Americas
- Certain affiliates of FPL Energy Pecos Wind I LLC
- Certain affiliates of FPL Energy Pecos Wind I LP
- Certain affiliates of FPL Energy Pecos Wind II LLC
- Oncor Electric Delivery Co. LLC

**Litigation Parties - Asbestos**
- Certain affiliates of AEP Texas North Co.
- Certain affiliates of ConocoPhillips Inc.
- Certain affiliates of Chevron USA Inc.
- SPX Corp.
- Valero Energy Corp.
- Calpine Corp. and certain affiliates thereof
- Certain affiliates of Harsco Corp., as fiduciary of The Harsco Group Insurance Plan
- Certain affiliates of Texas Utilities Co.
- Oglebay Norton Co.
- Owens Illinois Co.
- Certain affiliates of Parsons Chemical Engineering Inc.
- Certain affiliates of Parsons Energy & Chemical Group Inc.
- Certain affiliates of Parsons Infrastructure & Technology Group
- Certain affiliates of Philips Electronics North America Corp.
- Viacom Inc.
- Cooper Industries Inc.

9

- Crane Co.
- Eastman Chemical Co.
- Conwed Corp.
- Ford Motor Co. and certain affiliates thereof
- Phillips Petroleum Co.
- RPM Inc. and certain affiliates thereof
- Certain affiliates of AEP Texas North Co.
- Certain affiliates of BASF Catalysts LLC
- BF Goodrich Co.
- Boise Cascade Corp.
- Bondex International Inc.
- Borden Chemical Inc.
- Certain affiliates of Brown & Root Holdings Inc.
- Certain affiliates of Brown & Root Inc.
- Georgia Pacific Corp.
- Goodyear Tire & Rubber Co.
- Goulds Pumps Inc.
- Halliburton Co.
- Honeywell Inc.
- Occidental Chemical Corp. and certain affiliates thereof
- Certain affiliates of Arco Corp.
- Alcoa
- Exxon Mobil Corp. and certain affiliates thereof
- Certain affiliates of Eaton Corp.
- Certain affiliates of Trans Union LLC
- 3M Co. and certain affiliates thereof
- Certain affiliates of AKZO Nobel Paints LLC
- Archer-Daniels-Midland Co. and certain affiliates thereof
- Certain affiliates of Argo International Corp.\
- Edward Hayes
- Certain affiliates of Bechtel Corp.
- Certain affiliates of Beazer East Inc.
- Metropolitan Life Insurance Co. and certain affiliates thereof
- Shaw Group Inc. and certain affiliates thereof
- Certain affiliates of Northrop Grumman Ship Systems Inc.
- Certain affiliates of Raytheon Engineers & Constructors
- Abbott Laboratories and certain affiliates thereof
- ACH Food Cos. Inc.
- Advance Auto Parts Inc.
- Certain affiliates of Aecom USA Inc.
- Certain affiliates of Bank of America NA/GWIM Trust Operations
- Certain affiliates of CBS Corp.
- Air Products & Chemicals Inc.
- Alliance Laundry Holdings LLC

**Litigation Parties**
- Certain affiliates of Deutsche Bank Trust Co. Americas
- Certain affiliates of AEP Texas North Co.
- Certain affiliates of Pier 1 Imports (US) Inc.
- NRG Energy Inc.
- Certain affiliates of NRG EV Services LLC
- Certain affiliates of Shell Pensioenfonds, Stichting
- Certain affiliates of DTE Stoneman LLC
- Valero Energy Corp.
- Certain affiliates of Valero Marketing & Supply Co.
- Delta Air Lines Inc. and certain affiliates thereof
- Certain affiliates of FLP Energy LLC
- Certain affiliates of Erie County NY
- Exeter Financial Corp.
- Entergy Corp. and certain affiliates thereof
- Schlumberger Technology Corp
- Service Corporation International
- Certain affiliates of Sears Vacation
- Certain affiliates of Southwestern Electric Power Co.
- Certain affiliates of Southwestern Public Service Co.
- Certain affiliates of FPL Energy Pecos Wind I LLC
- Certain affiliates of FPL Energy Pecos Wind I LP
- Certain affiliates of FPL Energy Pecos Wind II LLC
- Certain affiliates of FPL Energy Pecos Wind II LP
- Calpine Corporation
- Certain affiliates of Cinemark Partners II
- Cinemark USA Inc.
- Cinergy Corp.
- Western Farmers Electric Cooperative
- R-Roof III LLC and certain affiliates thereof
- Texas Instruments Inc.
- Trans Union LLC and certain affiliates thereof
- Certain affiliates of AEP Texas North Co.
- Orbitz LLC (Orbitz.com)
- Certain affiliates of Orbitz Worldwide LLC
- Certain affiliates of National Greg Generation LLC
- Certain affiliates of the State of New York
- Certain affiliates of Ohio Power Co.
- Air Canada
- Airgas Mid-South Inc. and certain affiliates thereof
- Airgas Safety and certain affiliates thereof
- Alabama Power Inc.
- Certain affiliates of Harsco Corp., as fiduciary of The Harsco Group Insurance Plan

11

- Certain affiliates of American Lung Association
- Certain affiliates of Amresco Inc
- Certain affiliates of Amway Corp.
- Certain affiliates of American Coal Co.
- Certain affiliates of Indiana Michigan Power Co.
- Certain affiliates of the State of Iowa
- Certain affiliates of HST Grand Central LLC
- Certain affiliates of HST Kierland LLC
- Certain affiliates of HST Lessee Boston LLC
- Certain affiliates of HST Lessee Cincinnati LLC
- Certain affiliates of HST Lessee CMBS LLC
- Certain affiliates of HST Lessee Denver LLC
- Certain affiliates of HST Lessee Indianapolis LLC
- Certain affiliates of HST Lessee Keystone LLC
- Certain affiliates of HST Lessee LAX LP
- Certain affiliates of HST Lessee Mission Hills LP
- Certain affiliates of HST Lessee Needham LLC
- Certain affiliates of HST Lessee S Coast LP
- Certain affiliates of HST Lessee San Diego LP
- Certain affiliates of HST Lessee SLT LLC
- Certain affiliates of HST Lessee SNYT LLC
- Certain affiliates of HST Lessee SR Houston LP
- Certain affiliates of HST Lessee Tucson LLC
- Certain affiliates of HST Lessee Waltham LLC
- Certain affiliates of HST Lessee WNY LLC
- Certain affiliates of HST Union Square LLC
- Certain affiliates of HST W Seattle LLC
- Certain affiliates of HST WRN LLC
- Oncor Electric Delivery Co. and certain affiliates thereof
- Southern Co. Services Inc.
- Mary Kay Inc.
- Mississippi Power Co.
- Certain affiliates of MGM Mirage Resorts Vacations
- Certain affiliates of MGM Resorts Vacations LLC
- La Quinta Inns Inc
- Law Debenture Trust Co. of New York
- Certain affiliates of Fidelity Management Trust Co.
- Certain affiliates of Co-Investment Partners (NY) LP (Lexington Partners)
- Certain affiliates of Co-Investment Partners 2005 LP (Lexington Partners)
- Certain affiliates of ING (Pillsbury)
- SPX Corp.
- Certain affiliates of Fidelity Management Trust Co.

**Potentially Responsible Parties**
- International Paper Co.

**Unsecured Bondholders**
- GSO Capital Partners LP and certain affiliates thereof

**Other Lienholders**
- Caterpillar Financial Services Corp. and certain affiliates thereof
- Certain affiliates of First Union Commercial Corp.
- Certain affiliates of TXU 2007-1 Railcar Leasing LLC
- Citibank NA certain affiliates thereof
- CSC Trust Co. of Delaware
- US Bank NA and certain affiliates thereof
- Wells Fargo Bank Northwest NA and certain affiliates thereof
- Certain affiliates of Bank of New York Mellon
- Bank of New York Mellon Trust Co. NA and certain affiliates thereof

**Professionals**
- Deutsche Bank AG, New York Branch and certain affiliates thereof
- Fidelity Management & Research Co. and certain affiliates thereof
- GSO Capital Partners LP
- Certain affiliates of Blackstone Advisory Group
- Certain affiliates of Evercore
- Paul Weiss
- Ernst & Young
- Fortress Investment Group LLC
- Fried Frank
- Gibson Dunn
- Jones Day
- Loop Capital
- Oaktree Capital Management LP and certain affiliates thereof
- SAIC
- Moelis & Co.
- Certain affiliates of Apollo Management Holdings LP
- Simpson Thatcher
- White & Case
- Davis Polk
- Deloitte & Touche
- Akin Gump
- Certain affiliates of BlueCrest Multi Strategy Credit Master Fund Ltd.
- Gibson Dunn & Crutcher LLP
- Certain affiliates of Pine River Credit Relative Value Master Fund Ltd., Pine River Fixed Income Master Fund Ltd., Pine River Master Fund Ltd., and Pine River Opportunistic Credit Master Fund LP

- Fortress Investment Group LLC
- Fidelity Management & Research Co. and certain affiliates thereof.
- Certain affiliates of BlueCrest Multi Strategy Credit Master Fund Ltd.
- Apollo Management Holdings LP., and certain affiliates thereof.
- The Blackstone Group and certain affiliates of Blackstone Advisory Group.
- GSO Capital Partners LP and certain affiliates thereof.

## PRPs
- Texas Instruments Inc.
- Atlantic Richfield Co.
- BASF Corp.
- BP Amoco Chemical Co.
- Certain affiliates of Amoco Chemical Corp.
- Goodyear Tire & Rubber Co.
- Occidental Chemical Corp. and certain affiliates thereof
- Certain affiliates of Pharmacia Corp.
- Monsanto Co. and certain affiliates thereof
- Certain affiliates of Arco Chemical Corp.
- Certain affiliates of Exxon Chemical Co USA
- Exxon Mobil Corp. and certain affiliates thereof
- General Dynamics Corp and certain affiliates thereof
- 3M and certain affiliates thereof

## Shareholders
- Certain affiliates of Texas Energy Future Holdings Corp.
- Kohlberg Kravis Roberts & Co. and certain affiliates thereof
- Certain affiliates of TPG FOF V-A LP
- Certain affiliates of TPG FOF V-A LP
- Certain affiliates of TPG Partners IV LP
- TPG Partners V LP
- Certain affiliates of KKR 2006 Fund LP
- Certain affiliates of KKR Partners III LP
- Morgan Stanley
- Certain affiliates of Canyon TXU LP
- GS Infrastructure Offshore TXU Holdings LP
- GSCP VI Germany TXU Holdings LP
- GSCP VI Offshore TXU Holdings LP
- Certain affiliates of Citigroup
- Certain affiliates of Energy Capital Partners I LP and certain affiliates thereof
- Certain affiliates of Energy Capital Partners I-A LP
- Certain affiliates of HRJ Growth Capital II (NQ) LP
- Certain affiliates of HRJ Growth Capital II LP
- Certain affiliates of HVB Capital Partners AG
- Certain affiliates of KKR 2006 Fund LP

14

- Certain affiliates of KKR Partners III LP
- Certain affiliates of KKR PEI Investments LP
- Kohlberg Kravis Roberts & Co. LP and certain affiliates thereof
- Lehman Brothers and certain affiliates thereof
- Certain affiliates of KKR, KKR 2006 Fund LP, KKR Partners III LO., and KKR PEI Investments LP.
- Kohlberg, Kravis Roberts & Co. LP

## Significant Customers
- Certain affiliates of AEP Energy Partners LP
- Certain affiliates of NextEra Energy Power Marketing LLC
- Certain affiliates of Shell Energy
- Certain affiliates of Valero Texas Power Market
- Certain affiliates of BP Energy Co.
- Certain affiliates of Energy Partners LP
- Certain affiliates of AEP Energy Partners Inc.
- Certain affiliates of AEP Southwestern Electric Power Co.
- Certain affiliates of AEP-Texas Central Co.
- Certain affiliates of AEP-Texas North Co.
- Alcoa and certain affiliates thereof

## Significant Vendors
- Nasdaq OMX Commodities Clearing Co. and certain affiliates thereof
- Certain affiliates of Aegis Communications Group
- Certain affiliates of Aegis Insurance Services
- Certain affiliates of AEP Southwestern Electric Power Co.
- Certain affiliates of AEP Texas Central Co.
- Certain affiliates of AEP Texas North Co.
- Otis Elevator Co.
- Pactiv Corp.
- Certain affiliates of NextEra Energy Power Marketing LLC
- Certain affiliates of NRG Power Marketing Inc.
- Cloud Peak Energy LLC and certain affiliates thereof
- Computer Sciences Corp.
- Chesapeake Energy Corporation and certain affiliates thereof
- Certain affiliates of Shell Energy North America US LP
- Hewlett-Packard Co.
- Certain affiliates of Hewlett Packard Financial Services Co.
- Certain affiliates of Caremark
- Bell Helicopter Textron Inc.
- Certain affiliates of Microsoft Licensing GP
- Certain affiliates of Microsoft Services
- Certain affiliates of Flint Hills Resources LP
- Certain affiliates of EnergySolutions Services Inc.

- Certain affiliates of Southwest Airlines Co.
- Certain affiliates of TECO-Westinghouse Motor Co.
- Certain affiliates of SPX Flow Control
- Certain affiliates of SPX Flow Technology
- Certain affiliates of SPX Heat Transfer Inc.
- Certain affiliates of SPX Transformer Solutions Inc.
- Certain affiliates of L-3 Communications Integrated Systems LP
- United States Enrichment Corp.
- Certain affiliates of TYCO Valves & Controls LP
- Certain affiliates of DTE Energy Trading Inc.
- Wilsonart International Holdings and certain affiliates thereof
- Certain affiliates of Valero Texas Power Marketing Inc
- Securitas Security Services
- Certain affiliates of RSI Home Products Manufacturing Inc.
- Certain affiliates of BP Energy Co.
- Energy Future Holdings Corp.
- Certain affiliates of Liberty Mutual Group
- Liberty Mutual Insurance Co. and certain affiliates thereof
- Regulus Group LLC
- Rexel Inc. and certain affiliates thereof
- Certain affiliates of Southwestern Electric Power Co.
- Certain affiliates of FPL Energy Pecos Wind I LP
- Certain affiliates of FPL Energy Pecos Wind II LLC
- APACHE Corp.
- Certain affiliates of Philips & Meachum Public Affairs
- Trans Union Corp. and certain affiliates thereof
- Aegis Communications Group Inc. and certain affiliates thereof
- Certain affiliates of Aegis Insurance Services
- Certain affiliates of Abovenet Communications Inc.
- Kohlberg Kravis Roberts & Co. and certain affiliates thereof
- Certain affiliates of TPG Capital Management LP
- Certain affiliates of Invesco Aim Investment Services
- Certain affiliates of Boy Scouts of America
- Certain affiliates of Caremark
- Cargill Inc.
- CenturyLink
- Certain affiliates of Chemtex Industrial Inc.
- Comverge Inc.
- Certain affiliates of Blackstone Advisory Partners LP
- Certain affiliates of Honeywell
- Certain affiliates of Honeywell Industry Solutions
- Airgas and certain affiliates thereof
- Airgas Safety and certain affiliates thereof
- Certain affiliates of Airgas Southwest

16

- Certain affiliates of Airgas Specialty Products Inc.
- Alcoa and certain affiliates thereof
- Certain affiliates of American Electric Power Inc.
- American International Group and certain affiliates thereof
- AMS Corp.
- Apptricity Corp.
- Certain affiliates of Arch Coal Sales Co Inc
- Certain affiliates of Archon Resources LLC
- Ariba Inc
- Arnold & Porter LLP
- Certain affiliates of Atlas Commodities LLC
- Certain affiliates of Alcatel Lucent USA
- Agilent Technologies
- Allen Systems Group Inc.
- Certain affiliates of Allied Waste Services
- Certain affiliates of Caterpillar Financial Corp.
- Caterpillar Financial Services Corp. and certain affiliates thereof
- Certain affiliates of Caterpillar Global Mining Field Service LLC
- Certain affiliates of Caterpillar Global Mining LLC
- Certain affiliates of CBRE Investors AAF Strategic Partners US Value 5
- CBREI ITF CALSTRS-Dallas Tower
- GATX Corp and certain affiliates thereof
- Certain affiliates of Evercore Group
- Duff & Phelps LLC
- Navigant Consulting Inc.
- Pall Corp.
- Certain affiliates of Pall Trinity Micro, a Division of Pall Corp.
- Certain affiliates of Pall Advanced Separations Systems
- Paul Weiss Rifkind Wharton & Garrison
- Ernst & Young LLP
- Flint Hills Resources LP
- OneMain Financial
- Certain affiliates of P&H Minepro Services
- P&H Mining Equipment Inc.
- Oncor Electric Delivery Co. LLC
- Certain affiliates of Oncor Electric Delivery Holdings Co. LLC
- Certain affiliates of Oracle America Inc.
- Certain affiliates of Oracle Credit Corp.
- Certain affiliates of GXS Inc.
- H&E Equipment Services Inc.
- Certain affiliates of HD Supply Construction Ltd
- Certain affiliates of HireRight Inc
- Certain affiliates of IPC Systems Inc
- Itron Inc

17

- Johnson Controls Inc.
- Securitas Security Services USA
- Selectica Inc.
- Macquarie Energy LLC and certain affiliates thereof
- Certain affiliates of Macquarie Futures
- Certain affiliates of Magellan Behavioral Health
- Rocket Software Inc.
- Certain affiliates of Lazard Freres & Co LLC
- Level 3 Communications LLC
- Certain affiliates of Mastec North America Inc.
- RSC Equipment Rental
- Bell Helicopter Textron Inc.
- Ayco Co LP
- Baker Botts LLP
- Autonomy Inc.
- Gibson Dunn & Crutcher LLP
- Certain affiliates of SAIC Energy Environment & Infrastructure LLC
- Milbank Tweed Hadley &McCloy LLP
- Certain affiliates of Moody's Analytics Inc.
- Moody's Investors Service
- Morgan Lewis & Bockius LLP
- SAP America Inc.
- Certain affiliates of SAP Industries Inc.
- Certain affiliates of SAP Public Services Inc.
- Southern Co. Services
- Southwest Airlines Co.
- Certain affiliates of Silverpop Systems Inc
- Simpson Thacher & Bartlett LLP
- Skillsoft Corp
- Certain affiliates of Six Flags Over Texas
- Deloitte & Touche
- Certain affiliates of GE Analytical Instruments Inc.
- GE Capital and certain affiliates thereof
- Certain affiliates of GE Consumer & Industrial
- Certain affiliates of GE Control Solutions
- Certain affiliates of GE Energy
- Certain affiliates of GE Energy Control Solutions Inc.
- Certain affiliates of GE Energy Services
- Certain affiliates of GE Inspection Technologies LP
- Certain affiliates of GE International Inc.
- Certain affiliates of GE Motors
- Certain affiliates of GE Technology Finance
- Certain affiliates of GE Transportation Finance
- Certain affiliates of Gardner Denber Nash LLC

18

- Certain affiliates of Genesis Systems Inc.
- Gibson Dunn & Crutcher LLP
- Certain affiliates of Gulf States Toyota Inc.
- Certain affiliates of Rexel Inc.
- Pharos Capital Group LLC
- Certain affiliates of Pitney Bowes Purchase Power
- Certain affiliates of Pitney Bowes Software Inc.
- Polygon
- Morgan Stanley & Co. LLC
- Certain affiliates of Morgan Stanley Capital Group Inc.
- Certain affiliates of Morgan Stanley Capital Services Inc.
- Certain affiliates of Morgan Stanley Government Portfolio
- Certain affiliates of Morgan Stanley Institutional Liquidity Funds
- Sprint
- Time Warner Cable and certain affiliates thereof
- Certain affiliates of TXU Energy
- Certain affiliates of TXU Energy Receivables Co. LLC
- Certain affiliates of TXU Energy Retail Co. LLC
- Certain affiliates of TXU Energy Services
- Certain affiliates of TXU Receivables Co.
- Certain affiliates of Credit Suisse Energy
- Credit Suisse International and certain affiliates thereof
- Credit Suisse Securities (USA) LLC and certain affiliates thereof
- Certain affiliates of Constellation Energy Commodities Group
- Certain affiliates of White Cap Construction
- Certain affiliates of Fidelity Investments Institutional Operations Co. Inc.
- Certain affiliates of JLP Credit Opportunity Master Fund Ltd
- Certain affiliates of Eaton Corp.
- Univar USA Inc. and certain affiliates thereof
- Uranium One Inc. and certain affiliates thereof
- VMWare Inc.
- Sybase Inc.
- Syniverse Technologies Inc.
- TA Instruments Waters LLC
- TPG Capital LP and certain affiliates thereof
- Certain affiliates of TPG Capital Management LP
- Trans Union Corp. and certain affiliates thereof
- Certain affiliates of Republic Services National
- Certain affiliates of Republic Services National Accounts
- Certain affiliates of Xylem Dewatering Solutions Inc.
- Aetna Inc. and certain affiliates thereof
- Citibank NA certain affiliates thereof
- Certain affiliates of Citibank NA Corporate Asset
- Certain affiliates of Citibank NA, CitiPrepaid

19

- Certain affiliates of Citibank New York
- Certain affiliates of Citigroup Energy Inc.
- Certain affiliates of Citigroup Global Markets Prime Brokerage Inc.
- Certain affiliates of CAI Distressed Debt Opportunity Master Fund Ltd.(Citigroup Alternative Investments LLC)
- Certain affiliates of Citigroup Financial Products Inc (Fka Salomon Brothers Holding Co. Inc.)
- Citigroup Global Markets and certain affiliates thereof
- Certain affiliates of Citigroup Pension Plan
- Certain affiliates of D-Star Ltd. (Citigroup Alternative Investments)
- Certain affiliates of Good Samaritan Ministries
- Certain affiliates of HD Supply Utilities Ltd.
- Certain affiliates of US Bank Corporate Trust
- Verizon Wireless and certain affiliates thereof
- Certain affiliates of Verizon Business
- Certain affiliates of Verizon Southwest
- Certain affiliates of Liberty Mutual Insurance Co.
- Wells Fargo Bank Northwest NA and certain affiliates thereof
- Certain affiliates of Wells Fargo Bank Northwest NA, Corporate Trust Services
- Wells Fargo Bank and certain affiliates thereof
- Certain affiliates of Wells Fargo Home Mortgage
- Certain affiliates of Bank of New York Mellon Corporate Trust
- Certain affiliates of Bank of New York Mellon Financial Control Billing
- Time Warner and certain affiliates thereof
- Toshiba Corp., certain affiliates thereof and certain affiliates of Toshiba International Corp.
- Certain affiliates of SPX Flow Control, SPX Flow Technology, SPX Heat Transfer Inc., SPX Heat Transfer Inc. and SPX Transformer Solutions Inc.
- Certain affiliates of Sunbelt Supply Co.
- Certain affiliates of TFS Energy
- Certain affiliates of Microsoft Licensing GP and Microsoft Services
- Certain affiliates of Fidelity Investments Institutional Operations Co. Inc.
- Certain affiliates of Aon (Bermuda) Ltd., Aon eSolutions Inc., Aon Risk Services Cos. Inc., Aon Services Southwest Inc. and Hewitt Ennisknupp Inc. (fka Aon Investment Consulting Inc.).
- Kohlberg, Kravis Roberts & Co. and certain affiliates thereof
- Alcatel Lucent and certain affiliates of Alcatel Lucent USA Inc.
- Certain affiliates of Macquarie Energy LLC and Macquarie Futures.
- Certain affiliates of Blackstone Advisory Partners LP.
- Metlife and certain affiliates thereof

## Surety & LC Beneficiaries
- Reliance Insurance Co. and certain affiliates thereof

20

**<u>TCEH Bondholders</u>**
- Certain affiliates of Deutsche Bank Securities Inc.
- AllianceBernstein LP (US) and certain affiliates thereof
- Certain affiliates of Energy Future Holdings/Energy Future Intermediate Holdings
- Solus Alternative Asset Management LP and certain affiliates thereof
- Fidelity Management & Research Co. and certain affiliates thereof
- LaSalle Bank and certain affiliates thereof
- Certain affiliates of Stedman Loan Fund II Subsidiary Holding Co. II LLC Fka Stedman CBNA Loan Funding LLC (Lasalle Bank NA)
- Certain affiliates of Putnam Investment Management LLC
- GSO Capital Partners LP
- Invesco PowerShares Capital Management LLC
- Certain affiliates of Lord Abbet & Co LLC
- Certain affiliates of Nomura Corporate Research & Asset Management Inc. (US)
- Certain affiliates of Nomura Securities International Inc.
- Certain affiliates of Manulife Asset Management (US) LLC
- Oaktree Capital Management LP and certain affiliates thereof
- Certain affiliates of USAA Asset Management Co.
- Certain affiliates of Whitebox Advisors LLC
- Apollo Capital Management
- BlueCrest Capital Management (New York) LP
- Certain affiliates of USAA Asset Management Co.
- CarVal Investors Inc.
- Credit Suisse Asset Management LLC (US) and certain affiliates thereof
- Marathon Asset Management LP and certain affiliates thereof
- Certain affiliates of RBC Capital Markets LLC
- Certain affiliates of RBC Investor Services
- Certain affiliates of Eaton Vance Management Inc.
- Certain affiliates of Allianz Global Investors US LLC
- Capital Research & Management Co. (US) and certain affiliates thereof
- Certain affiliates of Prudential Investment Management Inc.
- Barclays Capital Inc. and certain affiliates thereof
- Certain affiliates of Barclays Capital Inc. and certain affiliates thereof
- Certain affiliates of State Street Global Advisors (SSgA)
- Certain affiliates of Allianz Global Investors US LLC.
- Certain affiliates of BlackRock Advisors LLC.
- Certain affiliates of Eaton Vance Management Inc.
- Carval Investors LLC and certain affiliates thereof.
- Certain affiliates of OCP Investment Trust (Onex Credit Partners LLC), Onex Debt Opportunity Fund Ltd and Onex Senior Credit Fund LP
- Berkshire Hathaway Inc.
- Certain affiliates of RBC Capital Markets LLC
- GSO Capital Partners LP and certain affiliates thereof
- Certain affiliates of Pacific Life Fund Advisors LLC

- Marathon Asset Management LP and certain affiliates thereof
- Certain affiliates of GAMCO Asset Management Inc.
- Certain affiliates of Highland Capital Management Fund Advisors LP, Highland Capital, Highland Capital Management Fm and Highland Credit Opportunities CDO
- Certain affiliates of HSBC Wealth Management Services
- Certain affiliates of Invesco PowerShares Capital Management LLC
- Mount Kellett Capital Management LP and certain affiliates thereof
- Oaktree Capital Management LP, and certain affiliates thereof
- Penn Mutual Life Insurance Co.
- Solus Alternative Asset Management LP and Solus Core Opportunities Master Fund Ltd.
- Standard Bank PLC
- Pine River Capital Management LP
- Certain affiliates of SG Americas Securities LLC
- Marathon Asset Management LP
- Certain affiliates of MatlinPatterson Global Advisers LLC
- Certain affiliates of Highland Capital Management Fund Advisors LP.
- Certain affiliates of Lord Abbett & Co. LLC.
- Certain affiliates of BlueCrest Capital Management (New York) LP.
- Certain affiliates of BlueMountain Capital Management LLC.
- Certain affiliates of Putnam Investment Management LLC.
- Capital Research & Management Co. and certain affiliates thereof

**TCEH 1st Lien Advisor**
- Oaktree Capital Management LP and certain affiliates thereof

**TCEH First Lien Credit Agreements**
- Certain affiliates of Deutsche Asset Management - Synd
- Deutsche Bank
- Certain affiliates of Deutsche Bank AG London Branch
- Deutsche Bank AG New York Branch and certain affiliates thereof
- Certain affiliates of Deutsche Bank AG Caymen Islands Branch
- Certain affiliates of DWS Enhanced Commodity Strategy Fund (Deutsche Asset Management Inc.)
- Flagship CLO IV (Deutsche Asset Management)
- Certain affiliates of ConocoPhillips Master Trust (Stone Harbor)
- Certain affiliates of Microsoft Global Finance Ltd. (Oaktree)
- Certain affiliates of L-3 Communications Corp. Master Trust
- Certain affiliates of Lockheed Martin Corp. Master Retirement Trust (Blackrock)
- Certain affiliates of Sears Holdings Pension Trust (Oaktree Capital Management LP)
- AllianceBernstein LP (US) and certain affiliates thereof
- Certain affiliates of Sanford C. Bernstein Fund. Inc. II Intermediate Duration Portfolio
- Certain affiliates of Liberty Mutual Employees Thrift Incentive Plan

22

- Certain affiliates of Sol Loan Funding LLC (Solus Alternative Asset Mgmt)
- Certain affiliates of Solus Alternative
- Certain affiliates of Solus Core Opportunities Master Fund Ltd.
- Certain affiliates of Ultra Master Ltd. (Solus Alternative Asset Management LP)
- Phillips 66 Co. and certain affiliates thereof Onex Credit Partners LLC and certain affiliates thereof
- Certain affiliates of Onex Debt Opportunity Fund Ltd. FKA GK Debt Opportunity Fund Ltd. (Onex Credit Partners LLC)
- Onex Senior Credit Fund LP (Onex Credit Partners LLC)
- Certain affiliates of Blackstone/GSO Long-Short Credit Income Fund (Blackstone Debt Advisors (GSO Capital Partners))
- Certain affiliates of Broad Street Funding LLC (GSO/ Blackstone Debt Funds Management LLC)
- Certain affiliates of Callidus Debt Partners CLO Fund III (GSO/Black Stone Debt Funds Management LLC)
- Certain affiliates of Callidus Debt Partners CLO Fund IV Ltd. (GSO/Blackstone Debt Funds Management LLC)
- Certain affiliates of Callidus Debt Partners CLO Fund VII Ltd. (GSO/Black Stone Debt Funds Management LLC)
- Certain affiliates of Callidus Debt Prtnrs CLO Fund V Ltd. (GSO/Blackstone Debt Funds Management LLC)
- Certain affiliates of Callidus Debt Prtnrs CLO Fund VI Lt (GSO/Black Stone Debt Funds Management LLC)
- Certain affiliates of Locust Street Funding LLC (Blackstone Debt Advisors (GSO Capital Partners))
- Certain affiliates of Maps CLO Fund Il Ltd (GSO/Black Stone Debt Funds Management LLC)
- Certain affiliates of Alzette European CLO SA (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of Arrowood Indemnity Co. as Administrator for the Pension Plan of Arrowood Indemnity Co. (Invesco)
- Certain affiliates of Arrowood Indemnity Co. (Invesco Senior Secured Management Inc.)
- Certain affiliates of Belhurst CLO Ltd. (Fka Avalon Capital Ltd.) (Invesco Senior Secured Mgmt Inc)
- Certain affiliates of Childrens Healthcare of Atlanta Inc (Invesco Senior Secured Management Inc.)
- Certain affiliates of Diversified Credit Portfolio Ltd. (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of Hudson Canyon Funding II Ltd. (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of Invesco Dynamic Credit Opportunities (Fka Invesco Van Kampen Dynamic Credit Opportunities Fund)
- Invesco Floating Rate Fund (Fka Aim Floating Rate Fund)
- Certain affiliates of Invesco Senior Income Trust (Fka Invesco Van Kampen Senior Income

- Certain affiliates of Invesco Senior Loan Fund (Fka Invesco Kampen Senior Loan Fund
- Certain affiliates of Invesco Senior Secured
- Certain affiliates of Invesco Zodiac Funds-Invesco US Senior Loan Fund (Fka Invesco Funds III-Invesco US Senior)
- Certain affiliates of Limerock CLO I (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of Morgan Stanley Investment Management Croto (Invesco Senior Secured Management Inc.)
- Certain affiliates of Moselle CLO SA (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of MSIM Peconic Bay Ltd. (Invesco Senior Secured Management)
- Certain affiliates of Nautique Funding Ltd. (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of Petrusse European CLO SA (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of Powershares Senior Loan Portfolio (Invesco Senior Secured Management Inc)
- Certain affiliates of Sagamore CLO Ltd. (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of Saratoga CLO I Ltd. (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of Wasatch CLO Ltd. (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of Lord Abbett
- Certain affiliates of Lord Abbett Bond Debenture Fund Inc.
- Certain affiliates of Lord Abbett Investment Trust – Floating Rate Fund
- Certain affiliates of California Public Employees Retirement System (#SW7Y) - Nomura
- Certain affiliates of Clydesdale CLO 2003 Ltd. (Nomura)
- Certain affiliates of Louisiana State Employees' Retirement System (Nomura)
- Certain affiliates of Montgomery County Employees Retirement System (Nomura Corporate Reaserch & Asset Management)
- Certain affiliates of Nomura Bond & Loan Fund (Nomura Corporate Research & Asset Management Inc.)
- Certain affiliates of Nomura Corporate Funding Americas
- Certain affiliates of Nomura Corporate Research
- Certain affiliates of Nomura Corporate Research & Asset Management Inc. (Nomura Corporate Research & Asset Management)
- Nomura Global Financial Products Inc. and certain affiliates thereof
- Certain affiliates of Nomura International PLC
- Certain affiliates of Nomura Partners Funds Inc. High Yield Fund
- Certain affiliates of Nomura US Attractive Yield Corporate Bond Fund Mother Fund
- Certain affiliates of Regents of The University of California, The-Eb6j (Nomura)
- Certain affiliates of Stichting Pensioenfonds Hoogovens (Nomura)
- Certain affiliates of Manulife Asset Management LLC
- Certain affiliates of Manulife Floating Rate Income Fund
- American International Group Inc (Pinebridge Investments LLC) and certain affiliates thereof
- Certain affiliates of Arch Coal Inc. Retirement Account Plan
- Certain affiliates of KKR PEI Investments LP

24

- Certain affiliates of KKR Debt Investors II (2006) (Ireland) LP
- Certain affiliates of KKR Financial CLO 2005 2 Ltd. (KKR Financial Holdings LLC)
- Certain affiliates of KKR Financial CLO 2005-1 Ltd.. (KKR Financial Holding LLC)
- Certain affiliates of KKR Financial CLO 2006-1 Ltd. (KKR Financial Holding LLC)
- Certain affiliates of KKR Financial CLO 2007-1 Ltd.
- Certain affiliates of KKR Financial CLO 2007-A Ltd. (Kkr)
- Certain affiliates of Oregon Public Employees Retirement Fund (KKR)
- Caterpillar Financial Services Corp. and certain affiliates thereof
- Macquarie Bank Ltd. and certain affiliates thereof
- Certain affiliates of Macquarie Bank Ltd -Sydney Head Office
- Certain affiliates of Macquerie Investment Management (Wellington)
- Certain affiliates of Madison Park Funding I Ltd.
- Certain affiliates of Madison Park Funding II Ltd.
- Certain affiliates of Madison Park Funding III Ltd.
- Certain affiliates of Madison Park Funding IV Ltd. (ntract csse Asset Manager)
- Certain affiliates of Madison Park Funding V Ltd.
- Certain affiliates of Madison Park Funding VI Ltd.
- Certain affiliates of Arch Reinsurance Ltd. (Oaktree Capital Management LP)
- Certain affiliates of Central States Southeast & Southwest Areas Pension Fund (Oaktree) (Oaktree Capital Management LP)
- Certain affiliates of Chrysler LLC Master Retirement Trust (Oaktree) (Oaktree Capital Management LP)
- Certain affiliates of ClUB Pension Plan (Fka Automobile ClUB of Southern California Pension Plan) (Oaktree Capital Management LP)
- Certain affiliates of Employees' Retirement Fund of The City of Dallas (Oaktree Capital Management LP)
- Certain affiliates of IBM Personal Pension Plan Trust (Oaktree Capital Management LP)
- Certain affiliates of International Paper Co. Commingled Investment Group Trust (Oaktree) (Oaktree Capital Management LP)
- Certain affiliates of International Paper Co. Commingled Investment Group Trust (Oaktree) (Oaktree Capital Management LP)
- Certain affiliates of Certain affiliates of Iowa Public Employees Retirement System (IPERS) (Oaktree Capital Management LP)
- Certain affiliates of Lucent Technologies Inc. Master Pension Trust (Oaktree) (Oaktree Capital Management LP)
- Oaktree Capital and certain affiliates thereof
- Certain affiliates of Oaktree FF Investment Fund LP
- Certain affiliates of Oaktree High Yield Fund II LP (Oaktree Capital Management LP)
- Certain affiliates of Oaktree Huntington Investment Fund LP(Oaktree Capital Management LP)
- Certain affiliates of Oaktree Loan Fund 2x (Cayman) LP
- Certain affiliates of Oaktree Opportunities Fund IX Delaware LP

- Certain affiliates of Oaktree Opportunities Fund IX Parallel 2 LP
- Certain affiliates of Oaktree Opportunities Fund VIII (Parallel 2) LP (Oaktree Capital Management LLC)
- Certain affiliates of Oaktree Opportunities Fund VIII Delaware LP (Oaktree Capital Management LP)
- Certain affiliates of Oaktree Opportunities Fund VIIIB Delaware LP (Oaktree Capital Management LP)
- Certain affiliates of Oaktree Senior Loan Fund LP (Oaktree Capital Management LP)
- Certain affiliates of Oaktree Value Opportunities Fund Holdings LP
- Certain affiliates of OCM High Yield Trust (Oaktree Capital Management LP)
- Certain affiliates of OCM Opportunities Fund VII Delaware LP (Oaktree Capital Management LP)
- Certain affiliates of OCM Opportunities Fund VIIB Delaware LP (Oaktree Capital Management LP)
- Certain affiliates of State Teachers Retirement System of Ohio (Oaktree Capital Management LP)
- Certain affiliates of Texas County & District Retirement System (Oaktree Capital Management LP)
- Certain affiliates of TMCT II LLC (Oaktree) (Oaktree Capital Management LP)
- Certain affiliates of TMCT LLC (Oaktree Capital Management LP)
- Certain affiliates of UMC Benefit Board Inc. (Oaktree Capital Management LP)
- Certain affiliates of Wm Pool - High Yield Fixed Interest Trust (Oaktree Capital Management LP)
- Certain affiliates of USAA Cornerstone Moderately Aggressive Fund
- Certain affiliates of USAA Cornerstone Moderately Conservative Fund
- Certain affiliates of USAA Global Opportunities Fund (USAA Investment Management Co./USAA Mutual Fund)
- Certain affiliates of USAA Investment
- Certain affiliates of USAA Mutual Fund Inc USAA Intermediate Term Bond
- Certain affiliates of USAA Mutual Funds Trust USAA Cornerstone Aggressive Fund
- Certain affiliates of USAA Mutual Funds Trust USAA Cornerstone Moderate Fund
- Certain affiliates of USAA Mutual Funds Trust-USAA High Income Fund (Fka-USAA Mutual Funds Trust USAA High Yield Opportunities Fund)
- Certain affiliates of Abclo 2007-1 Ltd. (Alliance Bernstein)
- Beach Point Capital and certain affiliates of Beach Point Distressed Master Fund LP, Beach Point Loan Master Fund LP Fka Post Leveraged Loan Master Fund LP (Beach Point Capital), Beach Point SCF 1 LP, Beach Point Strategic Master Fund LP (Fka Post Strategic Master Fund LP), Beach Point Total Return Master Fund LP (Fka Post Total Return Master Fund LP) (Beach Point Capital) and Beachpoint SCF Multi Port LP
- Certain affiliates of Bell Atlantic Master Trust (Crescent Capital Group LP)
- Certain affiliates of Crescent 1 LP
- Certain affiliates of Crescent Alternative Credit Partners LP (Fka TCW Absolute Return Credit Fund LP)
- Certain affiliates of Crescent Capital Group LP

26

- Certain affiliates of Crescent Senior Secured Floating Rate Loan Fund LLC (FKA TCW Senior Secured Floating Rate Loan Fund LP)
- Certain affiliates of Illinois State Board of Investment (Crescent Capital Group LP)
- Certain affiliates of Momentum Capital Fund Ltd.. (Crescent Capital Group LP)
- Certain affiliates of TCW Capital Trust (Crescent Capital Group LP)
- Certain affiliates of Vitesse CLO Ltd. (Crescent Capital Group LP)
- Bennett Management
- Certain affiliates of Bennett Offshore Restructuring Fund Inc.
- Certain affiliates of Bennett Restructuring Fund LP
- The Bank of Nova Scotia
- Black Diamond Capital
- Certain affiliates of Black Diamond CLO 2005-1 Ltd. (Black Diamond Capital Mgmt)
- Certain affiliates of Black Diamond CLO 2005-2 Ltd. (Fka 383 Madison Funding) (Black Diamond Capital Mgmt)
- Certain affiliates of Black Diamond CLO 2006-1 (Cayman) L (Black Diamond Capital Mgmt)
- Bluecrest Capital
- Certain affiliates of Bluecrest Capital International Master Fund Ltd.
- Certain affiliates of Bluecrest Multi Strategy Credit Master Fund Ltd.
- Certain affiliates of Tasman Fund LP
- Certain affiliates of TCW Funds Metwest High Yield Bond Fund
- Certain affiliates of TCW High Yield Bond Fund
- Certain affiliates of TCW Leveraged Loan Fund LP (TCW Asset Management Co. II)
- Certain affiliates of TCW Senior Secured Loan Fund LP
- Certain affiliates of TCW Strategic Income Fund Inc
- Certain affiliates of Teak Hill Master Fund LP (Credit Capital Investments LLC)
- Certain affiliates of Varde Investment Partners LP
- Certain affiliates of Varde Partners Inc.
- Certain affiliates of Venor Capital Master Fund Ltd.
- Certain affiliates of USAA Global Opportunities Fund (USAA Investment Management Co./USAA Mutual Fund)
- Certain affiliates of USAA Investment
- Certain affiliates of USAA Mutual Fund Inc USAA Intermediate Term Bond
- Certain affiliates of USAA Mutual Funds Trust USAA Cornerstone Aggressive Fund
- Certain affiliates of USAA Mutual Funds Trust USAA Cornerstone Moderate Fund
- Certain affiliates of USAA Mutual Funds Trust-USAA High Income Fund (Fka-USAA Mutual Funds Trust USAA High Yield Opportunities Fund)
- Certain affiliates of Valic Co. II-High Yield Bond Fund (Wellington Management Co. LLP)
- Certain affiliates of Morgan Stanley Investment Management Croto (Invesco Senior Secured Management Inc.)
- Certain affiliates of Morgan Stanley Senior Funding Inc
- Certain affiliates of Van Kampen/Morgan Stanley

- Certain affiliates of Energy Future Holdings Corp (Fka TXU Corp.) (Energy Future Holdings Corp.)
- Certain affiliates of Sandell Asset Management
- Certain affiliates of Castlerigg Master Investment Ltd. C/O Sandell Asset Mgmt Corp.
- Certain affiliates of Sanford C. Bernstein Fund. Inc. II Intermediate Duration Portfolio (AllianceBernstein)
- Certain affiliates of Sankaty Advisors LLC
- Certain affiliates of Sankaty Beacon Investment Partners LP
- Certain affiliates of Sankaty Credit Opportunities (Offshore Master) IV LP
- Certain affiliates of Sankaty Credit Opportunities III LP
- Certain affiliates of Sankaty Credit Opportunities IV LP
- Certain affiliates of Sankaty Credit Opportunities V A LP
- Certain affiliates of Sankaty Credit Opportunities V A2 Master LP
- Certain affiliates of Sankaty Credit Opportunities V B LP
- Certain affiliates of Sankaty Drawbridge Opportunities LP
- Certain affiliates of Sankaty High Income Partnership LP
- Certain affiliates of Sankaty Managed Account (Psers) LP
- Certain affiliates of Sankaty Managed Account (Ucal) LP
- Certain affiliates of Sankaty Managed Account Tccc LP
- Certain affiliates of Sankaty Senior Loan Fund LP
- CarVal Investors LLC and certain affiliates thereof
- Certain affiliates of CVF Lux Securities Trading Sarl (CarVal Investors LLC)
- Certain affiliates of CVI GVF CLO 1 Ltd. (CarVal Investors LLC)
- Caterpillar Financial Services Corp. and certain affiliates thereof
- Certain affiliates of Arizona State Retirement System (Credit Suisse Alternative Capital Inc.)
- Certain affiliates of Atrium IV (Credit Suisse Asset Manager)
- Certain affiliates of BA/CScredit 1 LLC (Credit Suisse Alternative Capital Inc.)
- Certain affiliates of Bentham Wholesale Global Income Fund (Fka Credit Suisse Global Hybrid Income Fund)
- Certain affiliates of Bentham Wholesale Syndicated Loan Fund (Fka Credit Suisse Syndicated Loan Fund) (Credit Suisse Alternative Capital Inc.)
- Certain affiliates of BLT 36 LLC Credit Suisse Capital LLC
- Certain affiliates of Castle Garden Funding (Credit Suisse Asset Manager)
- Credit Suisse and certain affiliates thereof
- Certain affiliates of Credit Suisse Alternative
- Certain affiliates of Credit Suisse CI Branch
- Certain affiliates of Credit Suisse Floating Rate High Income Fund (Fka Credit Suisse High Income Fund) (Credit Suisse Asset Management LLC (CSAM))
- Certain affiliates of Credit Suisse Loan Funding LLC
- Certain affiliates of Credit Suisse Strategic Income Fund
- Madison Park Funding IV Ltd. (Credit Suisse Asset Manager)

28

- Pennsylvania Treasury Department, Commonwealth of (Credit Suisse Alternative Capital Inc.)
- Certain affiliates of Contrarian Funds LLC
- Certain affiliates of Permal Contrarian Fund I Ltd.
- Certain affiliates of Constellation Capital
- Certain affiliates of Corporate Debt Opportunities Fund LP (Marathon Asset Management LP)
- Marathon Asset Management and certain affiliates thereof
- Certain affiliates of Marathon Blue Active Fund Ltd. (Marathon Asset Management)
- Certain affiliates of Marathon Centre Street Partnership
- Certain affiliates of Marathon CLO II Ltd. (Marathon Asset Management)
- Certain affiliates of Marathon Credit Dislocation Fund LP (Marathon Asset Management LP)
- Certain affiliates of Marathon Credit Opportunity Master Fund Ltd. (Marathon Asset Management LP)
- Certain affiliates of Marathon Liquid Credit Long Short Fund (Marathon Asset Management)
- Certain affiliates of Marathon Special Opportunity Master Fund Ltd.
- Certain affiliates of Cortland Capital Market
- Certain affiliates of Centerbridge Group
- Certain affiliates of Centerbridge Special Credit Partners II LP
- Certain affiliates of Centerbridge Special Credit Partners LP (Centerbridge Credit Advisors LLC)
- Certain affiliates of Central Park CLO Ltd.
- Certain affiliates of Centerbridge Group and Centerbridge Special Credit Partners II LP
- Certain affiliates of Centerbridge Special Credit Partners LP (Centerbridge Credit Advisors LLC)
- Clinton Group
- Certain affiliates of Columbia Funds Series Trust II Columbia Floating Rate Fund (Columbia Management Investment Advisors LLC)
- Certain affiliates of Columbia Funds Variable Series Trust II Variable Portfolio Vance Floating Rate Income Fund
- Certain affiliates of Columbia Management Inv Adv LLC
- Certain affiliates of Columbia Strategic Income Fund
- Certain affiliates of Columbia Strategic Income Fund Variable Series
- Certain affiliates of The Coca Cola Co. Master Retirement Trust
- Certain affiliates of Columbia Funds Series Trust II Columbia Floating Rate Fund (Columbia Management Investment Advisors LLC)
- Certain affiliates of Columbia Funds Variable Series Trust II Variable Portfolio Eaton Vance Floating Rate Income Fund
- Certain affiliates of Columbia Management Inv Adv LLC
- Certain affiliates of Columbia Strategic Income Fund
- Certain affiliates of Columbia Strategic Income Fund Variable Series

29

- Certain affiliates of CRS Master Fund LP
- Certain affiliates of CVI CVF II Lux Securities Trading Sarl
- Certain affiliates of CVI GVF CLO 1 Ltd. (Carval Investors LLC)
- Certain affiliates of Saratoga CLO I Ltd. (Invesco Senior Secured Mgmt Inc.)
- Certain affiliates of Saratoga Partners
- Certain affiliates of KS Capital Partners LP
- Certain affiliates of KS International Master Ltd.
- Certain affiliates of KS Management
- Certain affiliates of Advstrahy - Fidelity Advisor Series II: Strategic Income Fund (Fidelity)
- Certain affiliates of AFR - Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund (Fidelity)
- Certain affiliates of ALC - Fidelity Advisor Series I Fidelity Advisor Leveraged Co. Stock Fund
- Certain affiliates of Balc - Ballyrock CLO II Ltd. (Fidelity)
- Certain affiliates of Bally 3 - Ballyrock CLO III Ltd. (Fidelity)
- Certain affiliates of FCAHY - Fidelity Canadian Asset Allocation Fund
- Certain affiliates of FCBHY - Fidelity Canadian Balanced Fund (Fidelity Investments Canada Ltd.)
- Certain affiliates of FCEMB - Fidelity American High Yield Fund Fidelity Investments Canada Ltd.
- Certain affiliates of Fidelity - Fidelity Summer Street Trust - Fidelity Cap & Income Fund
- Certain affiliates of Fidelity Central Investment Portfolios LLC Fidelity Floating Rate Central Fund (Fidelity)
- Certain affiliates of Fidelity Floating Rate High Income Investment Trust
- Certain affiliates of Fidelity Funds Sicav/Fidelity Funds -US High Yield (Fidelity Investments)
- Fidelity Investments
- Certain affiliates of Fidelity Summer Street Trust: Fidelity Global High Income Fund (Fidelity Investments)
- Certain affiliates of Fidelity Summer Street Trust: Fidelity Series Floating Rate High Income Fund
- Certain affiliates of Fidelity Summer Street Trust: Fidelity Series High Income Fund (Fidelity Service Co.)
- Certain affiliates of HICF2 - Fidelity Central Investment Portfolios LLC: Fidelity High Income Central Fund 2
- Certain affiliates of IGCHYS - Ig Fi Canadian Allocation Fund (Fidelity)
- Certain affiliates of IMRF- Illinois Municipal Retirement Fund (Fidelity Service Co.)
- Certain affiliates of LCS-Fidelity Securities Fund Fidelity Leveraged Co. Stock Fund
- Certain affiliates of Master Trust Bank of Japan Ltd. Re Fidelity US High Yield, The
- Certain affiliates of Pain - Fidelity Advisor Series I Fidelity Advisor High Income Advantage Fund
- Certain affiliates of PURHI - Fidelity Puritan Trust: Fidelity Puritan Fund (Fidelity Service Co.)

30

- Certain affiliates of Sphighin - Fidelity Summer Street Trust: Fidelity High Income Fund (Fidelity Service Co.)
- Certain affiliates of Strainchy-Fidelity School Street Trust: Fidelity Strategic Income Fund (Fidelity)
- Certain affiliates of Vipstrhy - Variable Insurance Products Fund V Strategic Income Portfolio (Fidelity)
- Certain affiliates of Kaiser Foundation Hospitals
- Certain affiliates of Kaiser Permanente Group Trust
- Certain affiliates of Starwood Energy Fixed
- Certain affiliates of Jaws Capital LP (Starwood)
- Jefferies & Co. Inc. and certain affiliates thereof
- Certain affiliates of Jefferies Capital
- Certain affiliates of Jefferies Finance LLC
- Certain affiliates of Jefferies Leveraged Credit Products LLC Dba Jefferies High Yield Holdings LLC
- Certain affiliates of JHYF 1 Loan Funding LLC Citibank NA Dba (Jeffries High Yield)
- Certain affiliates of JLP Credit Opportunity Master Fund Ltd
- Certain affiliates of JLP Stressed Credit Fund LP
- Certain affiliates of GM Canada Foreign Trust, The (Fka RBC Dexia Investor Services Trust)
- Certain affiliates Golden Tree
- Certain affiliates Goldentree Loan Opportunities III Ltd. (Goldentree)
- Certain affiliates Goldentree Loan Opportunities IV Ltd. (Goldentree)
- Certain affiliates of Goldentree Loan Opportunities V Ltd. (Goldentree)
- Certain affiliates of Galaxy CLO 2003-1 Ltd. (Pinebridge Investments LLC)
- Certain affiliates of Galaxy IV CLO Ltd. (Pinebridge Investments LLC)
- Certain affiliates of Galaxy IX CLO Ltd. (Pinebridge Investments LLC)
- Certain affiliates of Galaxy V CLO Ltd. (Pinebrige Investments LLC)
- Certain affiliates of Galaxy VI CLO Ltd.
- Certain affiliates of Galaxy VII CLO Ltd. (Pinebridge Investments LLC)
- Certain affiliates of Galaxy VIII CLO Ltd. (Pinebridge Investments LLC)
- Certain affiliates of Galaxy X CLO Ltd. (Fka Galaxy XI CLO Ltd.)
- Certain affiliates of Gateway CLO Ltd. (Fka Duane Street CLO V Ltd.)
- Certain affiliates of RBC Cap Markets LLC
- Certain affiliates of Life Insurance of The Southwest (Sentinel Asset Management)
- Certain affiliates of Sentinel Asset Management
- Certain affiliates of Lightpoint CLO V Ltd. (Neuberger Berman)
- Certain affiliates of Lightpoint CLO VII Ltd. (Neuberger Berman)
- Certain affiliates of Lightpoint CLO VIII Ltd. (Neuberger Berman)
- Certain affiliates of NB Distressed Debt Investment Fund Ltd. (Neuberger Berman Fixed Income LLC)
- Certain affiliates of NB Distressed Debt Master Fund LP (Neuberger Berman Fixed Income LLC)

31

- Certain affiliates of Neuberger Berman Alternative Funds Neuberger Berman Absolute Return Multi Manager Fund
- Certain affiliates of Neuberger Berman Fixed Income
- Certain affiliates of Neuberger Berman High Income Bond Fund(Neuberger Berman Fixed Income)
- Certain affiliates of Neuberger Berman High Income Fund LLC (Neuberger Berman Fixed Income LLC)
- Certain affiliates of Neuberger Berman High Yield Bond Fund (Neuberger Berman Fixed Income LLC)
- Certain affiliates of State Street Bank & Trust Co. as Trustee For The General Motors Hourly Rate Employees Pension Trust (Neuberger Berman Fixed Income LLC)
- Certain affiliates of Linden Advisors LLC
- Certain affiliates of Linden Capital LP
- Certain affiliates of Littlejohn Opportunities Master Fund LP
- Certain affiliates of Columbia Funds Variable Series Trust II Variable Portfolio Eaton Vance Floating Rate Income Fund
- Certain affiliates of Eaton Vance
- Certain affiliates of Eaton Vance CDO IX Ltd. (Eaton Vance)
- Certain affiliates of Eaton Vance CDO VII plc
- Certain affiliates of Eaton Vance CDO VIII Ltd. (Eaton Vance)
- Certain affiliates of Eaton Vance CDO X plc
- Certain affiliates of Eaton Vance Collective Investment Trust for EBP Plans-High Yield Fund (Eaton Vance)
- Certain affiliates of Eaton Vance High Yield
- Certain affiliates of Eaton Vance Institutional Senior Lo Fund (Eaton Vance)
- Certain affiliates of Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio (Fka Eaton Vance Medallion Floating-Rate Income Portfolio)
- Certain affiliates of Eaton Vance International (Ireland) US High Yield Bond Fund (Fka Eaton Vance Emerald US High Yield Bond Fund)
- Certain affiliates of Eaton Vance Ltd. Duration Income Fund (Eaton Vance)
- Certain affiliates of Eaton Vance Senior Floating-Rate Tr (Eaton Vance)
- Certain affiliates of Eaton Vance Senior Income Trust (Eaton Vance)
- Certain affiliates of Eaton Vance Short Duration Diversified Income Fund (Eaton Vance)
- Certain affiliates of Eaton Vance VT Floating-Rate Income Fund (Eaton Vance)
- Certain affiliates of Eaton Vance-Floating Rate Income Tr (Eaton Vance)
- Certain affiliates of Grayson & Co (Fka Eaton Va - Grayson & Co. Fund)
- Met Investors Series Trust -Met/Eaton Vance Floating Rate Portfolio (Eaton Vance Management)
- Pacific Life Funds - PL Floating Rate Loan Fund (Eaton Vance Management)
- Regents of The University of California, The (Eaton Vance)
- Senior Debt Portfolio Formally Eaton Vance Prime Fund Inc. (Eaton Vance)
- Stichting Bedrijfstakpensioenfonds Voor Het Beroepsvervoer Over De Weg (Eaton Vance Management)

32

- Certain affiliates of Riverside Park CLO Ltd.
- Certain affiliates of Dow Retirement Group Trust (Fka Dow Employees Pension Plan)
- Certain affiliates of Brookfield Investment
- Certain affiliates of Helios Advantage Income Fund Inc (Brookfield Investment Management Inc.)
- Certain affiliates of Helios High Income Fund Inc. (Brookfield Investment Management Inc.)
- Certain affiliates of Helios Multi Sector High Income Fund Inc. (Brookfield Investment Management)
- Certain affiliates of Helios Strategic Income Fund Inc. (Brookfield Investment Management Inc.)
- Aladdin Capital
- Allstate Life Insurance and certain affiliates thereof
- Certain affiliates of American Bar Assoc Members/Statestr Collective Trust
- American Money Management and certain affiliates thereof
- Certain affiliates of Ammc CLO V Ltd. (American Money Management)
- Certain affiliates of Great American Insurance Co. (American Money Management)
- Certain affiliates of Great American Life Insurance Co. (American Money Management)
- Certain affiliates of Ameriprise Certificate Co.
- Ameriprise Financial Inc. and certain affiliates thereof
- Certain affiliates of Allianz Global US
- New York Life Insurance Co. (Guaranteed Products) (Mackay Shields) and certain affiliates thereof
- Certain affiliates of Highland Iboxx Senior Loan ETF (Fka Pyxis Iboxx Senior Loan ETF)
- Certain affiliates of Nexpoint Credit Strategies Fund (Fka Pyxis Credit Strategies Fund)
- Certain affiliates of Pyxis Floating Rate Opportunities Fund (Pyxis Capital LP)
- Certain affiliates of Pyxis Special Situations Fund (Pyxis Capital LP)
- Certain affiliates of ECP CLO 2008-1 Ltd. (Silvermine Capital)
- Certain affiliates of FCO MA Centre Street LP
- Certain affiliates of FCO MA II UB Securities LLC (Drawbridge Special Opportunities Fund)
- Certain affiliates of FCO MA III UB Securities LLC FCO MA III LP
- Certain affiliates of FCO MA LSS LP (Drawbridge Special Opportunities Fund)
- Certain affiliates of FCO MA Maple Leaf LP (Fortress Investment Group LLC)
- Certain affiliates of FCO MA ML Corp. (Fortress Investment Group)
- Certain affiliates of FCO MA SC LP
- Certain affiliates of FCOF II UB Investments LLC (Fortress Investment Group LLC)
- Certain affiliates of FCOF II UB Securities LLC (Drawbridge Special Opportunities Fund)
- Certain affiliates of FCOF II UST LLC (Fortress Investment Group)

33

- Certain affiliates of FCOF III UB Investments LLC
- Certain affiliates of FCOF UB Investments LLC (Fortress Investment Group LLC)
- Certain affiliates of FCOF UST LLC (Drawbridge Special Opportunities Fund)
- Certain affiliates of FGOY Securities Ltd. (Fortress Investment Group LLC)
- Certain affiliates of Fortress Credit Opportunities I LP (Fortress)
- Certain affiliates of Fortress Credit Opportunities I LP (Fortress)
- Certain affiliates of Drawbridge Investment Ltd.
- Certain affiliates of FTS SIP Corp (Drawbridge Special Opportunities Fund)
- Certain affiliates of FTS SIP LP (Drawbridge Special Opportunities Fund)
- Certain affiliates of Fortress Investment
- Certain affiliates of Fortress Credit Opportunities I LP
- Certain affiliates of Grayson CLO Ltd.
- Certain affiliates of GSC Capital Corp Loan Funding 2005 I
- Certain affiliates of GSC Investment Corp CLO 2007 Ltd.
- GSC Partners and certain affiliates thereof
- Certain affiliates of Greenbriar CLO Ltd. (Highland Capital Management)
- Certain affiliates of Guggenheim Portfolio Co. X LLC (Mason Capital Management LLC)
- Certain affiliates of Halcyon Loan Investors CLO I Ltd. Estors CLO I Ltd.
- Certain affiliates of Halcyon Loan Investors CLO II Ltd. An Invest CLO II Ltd.
- Certain affiliates of Halcyon Restructuring
- Certain affiliates of Halcyon SAM. CLO 2008-II BV
- Certain affiliates of Halcyon SAM. CLO I
- Certain affiliates of Halcyon SAM. European CLO 2007-1 BV
- Certain affiliates of Halcyon SAM. LS/SU 2007-1 Ltd. Fka Halcyon SAM. LS/SU CLO II Ltd.
- Certain affiliates of Halcyon SAM. LS/SU 2007-2 Ltd.
- Certain affiliates of Capital Guardian US High-Yield Fixed-Income Master Fund (Capital Research & Mgmt Co.)
- Capital Research and certain affiliates thereof
- Certain affiliates of Carlyle Arnage CLO Ltd. (Fka Stanfield Arnage CLO Ltd.) (Carlyle Investment Management LLC)
- Certain affiliates of Carlyle Azure CLO Ltd. (Fka Stanfield Azure CLO Ltd.) (Carlyle Investment Management LLC)
- Certain affiliates of Carlyle Bristol CLO Ltd. (Fka Stanfield Bristol CLO Ltd.) (Carlyle Investment Management LLC)
- Certain affiliates of Carlyle Daytona CLO Ltd. (Fka Stanfield Daytona CLO Ltd.) (Carlyle Investment Management LLC)
- Certain affiliates of Carlyle High Yield Partners IX Ltd. (Carlye Partners)
- Certain affiliates of Carlyle High Yield Partners VII Ltd. (Carlyle)
- Certain affiliates of Carlyle High Yield Partners VIII Ltd.
- Certain affiliates of Carlyle High Yield Partners X Ltd.
- Carlyle Investment an certain affiliates thereof

34

- Certain affiliates of Carlyle McLaren CLO Ltd. (Fka Stanfield Mclaren CLO Ltd.) (Carlyle Investment Management LLC)
- Certain affiliates of Carlyle Veyron CLO Ltd. (Fka Stanfield Veyron CLO Ltd.) (Carlyle Investment Management LLC)
- Certain affiliates of Canyon Capital CLO 2006-1 Ltd. (Canyon Capital)
- Certain affiliates of Canyon Capital CLO 2007-1 Ltd. (Canyon Capital)
- Certain affiliates of Brookfield Investment
- Certain affiliates of Helios Advantage Income Fund Inc (Brookfield Investment Management Inc.)
- Certain affiliates of Helios High Income Fund Inc. (Brookfield Investment Management Inc.)
- Certain affiliates of Helios Multi Sector High Income Fund Inc. (Brookfield Investment Management)
- Certain affiliates of Helios Strategic Income Fund Inc. (Brookfield Investment Management Inc.)
- Certain affiliates of Prudential Insurance Co. of America, The (Prudential Investment Mnanagement Inc.)
- Barclays Bank PLC and certain affiliates thereof
- Certain affiliates of Barclays Bank PLC Cayman Island Branch
- Certain affiliates of Barclays Bank PLC New York Branch
- Certain affiliates of Citibank Hold (Slt)
- Certain affiliates of Citibank-Distressed Secondary JHYF 1 Loan Funding LLC Citibank NA Dba (Jeffries High Yield)
- Royal Bank of Canada and certain affiliates thereof
- Royal Bank of Scotland Group PLC and certain affiliates thereof
- Certain affiliates of Veritas CLO II Ltd. (Alcentra Ltd.)
- Certain affiliates of Vista Leveraged Income Fund (Mjx Asset Management LLC)
- Certain affiliates of Central States Southeast & Southwest Areas Health & Welfare Fund (Stone Harbor)
- Certain affiliates of Hugheson Ltd. (Stone Harbor)
- Certain affiliates of JHF II-Global High Yield Fund (Stone Harbor Investment Partners LP)
- Certain affiliates of JHF II-Multi Sector Bond Fund (Stone Harbor Investment Partners LP)
- Certain affiliates of Libra Global Ltd. (Stone Harbor)
- Certain affiliates of Municipal Employees Retirement System of Michigan (Stone Harbor)
- Certain affiliates of National Elevator Industry Pension Plan (Stone Harbor)
- Certain affiliates of National Investment Services High Yield Fund LLC (Stone Harbor)
- Certain affiliates of New York Times Co. Pension Trust (Stone Harbor)
- Certain affiliates of Pennsylvania State Employees Retirement System, Commonwealth of (Stone Harbor)
- Certain affiliates of Regents of The University of California (Stone Harbor)
- Certain affiliates of Renaissance Reinsurance Ltd. (Stone Harbor)

35

- Certain affiliates of San Francisco City & Country Employees' Retirement System (Stone Harbor)
- Certain affiliates of San Joaquin County Employees' Retirement Association (Stone Harbor)
- Certain affiliates of Stone Harbor Global Funds plc - Stone Harbor Leveraged Loan Portfolio (Fka Stone Harbor Leveraged Loan Portfolio) (Stone Harbor)
- Certain affiliates of Stone Harbor High Yield Bond Fund (Stone Harbor)
- Certain affiliates of Stone Harbor Invest Funds plc - Stone Harbor High Yield Bond Fund (Stone Harbor)
- Certain affiliates of Stone Harbor Investment
- Certain affiliates of Unisys Master Trust (Stone Harbor Investment Partners LP)
- Certain affiliates of Wallace H Coulter Foundation, The (Stone Harbor)
- Certain affiliates of Wells Fargo & Co. Master Pension Trust (Stone Harbor)
- Certain affiliates of Sei Global Master Fund plc - The Sei High Yield Fixed Income Fund (Brigade Capital Management LLC)
- Certain affiliates of Sei Global Master Fund plc -The Sei High Yield Fixed Income (JPM Asset)
- Certain affiliates of Sei Institutional Investment Trust Opportunistic Income Fund (Fka Sei Institutional Investment Trust Enhanced Libor Opportunities Fund)
- Certain affiliates of Sei Institutional Investments Trust High Yeild Bond Fund (Brigade Capital Management LLC)
- Certain affiliates of Sei Institutional Managed Trust - High Yield Bond Fund (Brigade Capital Management LLC)
- Certain affiliates of Sei Institutional Managed Trust Enhanced Income Fund
- Certain affiliates of Sei Institutional Managed Trust High Yield Bond Fund
- Lehigh River LLC
- Certain affiliates of Life Insurance of The Southwest (Sentinel Asset Management)
- Certain affiliates of Sentinel Asset Management
- Certain affiliates of Sheffield Asset
- Certain affiliates of Sheffield Institutional Partners LP
- Certain affiliates of Sheffield International Partners Master Ltd.
- Certain affiliates of Sheffield Partners LP
- Certain affiliates of Sierra CLO II Ltd. (Apidos Capital Management LLC)
- Certain affiliates of Southpaw Asset
- Certain affiliates of Southpaw Credit Opportunity Master Fund LP
- Certain affiliates of State Street Bank & Trust Co. as Trustee For The General Motors Hourly Rate Employees Pension Trust (Neuberger Berman Fixed Income LLC)
- Certain affiliates of THL Credit Bank Loan Select Master Fund A Class of The THL Credit Bank Loan Select Series Trust l
- Certain affiliates of THL Credit Senior Loan
- Certain affiliates of Transamerica Partners High Yield Bond Portfolio
- Certain affiliates of Transamerica Pimco Total Return VP (Pimco)
- Certain affiliates of Trimaran Advisors, Katona
- Certain affiliates of SunTrust Bank

36

- Certain affiliates of SunAmerica Income Funds - SunAmerica High Yield Bond Fund (Wellington Management Co.)
- Certain affiliates of SunAmerica Senior Floating Rate Fund Inc (Wellington Mgmt Co. LLP)
- Certain affiliates of SunTrust Bank
- Certain affiliates of Metropolitan West Asset
- Certain affiliates of Metropolitan West High Yield Bond Fund
- Certain affiliates of Metropolitan West Low Duration Bond Fund
- Certain affiliates of Metropolitan West Strategic Income (Metropolitan West Asset Mgmt)
- Certain affiliates of Metropolitan West Total Return Bond Fund (Metropolitan West Asset Mgmt)
- Certain affiliates of Supervalu Inc. Master Investment Trust (Metropolitan West Asset Mgmt)
- Certain affiliates of GM Canada Foreign Trust, The (Fka RBC Dexia Investor Services Trust)
- Certain affiliates of Liberty Mutual Employees Thrift Incentive Plan
- Wells Fargo Bank and certain affiliates thereof
- Certain affiliates of Wells Fargo & Co. Master Pension Trust (Stone Harbor)
- Certain affiliates of Wells Fargo Advantage High Income Fund Fka Wells Capital Management - 13823100 (Wells Cap Mgt)
- Certain affiliates of Wells Fargo Advantage High Yield Bond Fund
- Wells Fargo Advantage Income Opportunities Fund (Wells Capital Management) and certain affiliates thereof
- Wells Fargo Advantage Multi-Sector Income Fund (Wells Capital Management) and certain affiliates thereof
- Certain affiliates of Wells Fargo Advantage Strategic Income Fund
- Certain affiliates of Wells Fargo Advantage Utilities & High Income Fund (Wells Capital Management)
- Certain affiliates of Wells Fargo Floating Rate Loan Fund
- Certain affiliates of Wells Fargo Lux Worldwide Fund US High Yield Bond Fund
- Certain affiliates of Ballantyne Funding LLC (Bank of America)
- Certain affiliates of Bank of America Fund
- Bank of America NA and certain affiliates thereof
- Certain affiliates of Laguna Funding LLC (Bank of America)
- Certain affiliates of Allianz Global US.
- Certain affiliates of Blackstone Debt Advisors, Blackstone Special Funding (Ireland), Blackstone Debt Advisors, Blackstone Special Funding, Blackstone/GSO Long-Short Credit Income Fund (Blackstone Debt Advisors) (GSO Capital Partners), Broad Street Funding LLC (GSO/Blackstone Debt Funds Management LLC), Callidus Debt Partners CLO Fund III (GSO/Blackstone Debt Funds Management LLC), Callidus Debt Partners CLO Fund IV Ltd. (GSO/Blackstone Debt Funds Management LLC), Callidus Debt Partners CLO Fund V Ltd. (GSO/Blackstone Debt Funds Management LLC), Callidus Debt Partners CLO Fund VI (GSO/Blackstone Debt Funds Management LLC), Callidus Debt Partners CLO Fund VII Ltd. (GSO/Blackstone

37

Debt Funds Management LLC), Locust Street Funding LLC (Blackstone Debt Advisors/GSO Capital Partners),
* Certain affiliates of Bluemountain Capital and Bluemountain CLO III Ltd.
* Certain affiliates of BOC Pension Investment Fund.
* Certain affiliates of Blackrock Financial.
* Eaton Vance, certain affiliates thereof and certain affiliates of Eaton Vance CDO IX Ltd, Eaton Vance CDO VII plc, Eaton Vance CDO VII Ltd., Eaton Vance CDO X plc, Eaton Vance Collective Investment Trust for EBP Plans-High Yield Fund, Eaton Vance High Yield, Eaton Vance Institutional Senior Lo Fund, Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio, Eaton Vance International (Ireland) US High Yield Bond Fund, Eaton Vance Ltd. Duration Income Fund, Eaton Vance Senior Floating-Rate Tr, Eaton Vance Senior Income Trust, Eaton Vance Short Duration, Eaton Vance VT Floating-Rate Income Fund, Eaton Vance-Floating Rate Income Tr, Met Investors Series Trust-Met/Eaton Vance Floating Rate Portfolio, Public Life Funds - PL Floating Rate Loan Fund (Eaton Vance Management), The Regents of the University of California (Eaton Vance), Senior Debt Portfolio Formally Eaton Vance Prime Fund Inc., Stichting Bedrijfstakpensioenfonds Voor Het Beroepsvervoer Over De Weg (Eaton Vance Management), and Columbia Funds Variable Series Trust II Variable Portfolio Eaton Vance Floating Rate Income Fund.
* Carval Investors LLC, certain affiliates thereof and certain affiliates of CVF Lux Securities Trading Sarl (Carval Investors LLC), CVI GVF CLO 1 Ltd. (Carval Investors LLC),
* Certain affiliates of Capital Gaurdian US High Yield Fixed Income Master Fund (Capital Research & Management Co.)
* Certain affiliates of Invesco Dynamic Credit Opportunities, Invesco Floating Rate Fund, Invesco Senior Income Trust, Invesco Senior Loan Fund, Invesco Senior Secured, Invesco Zodiac Funds-Invesco US Senior Loan Fund, Limerock CLO I (Invesco Senior Secured Mgmt. Inc., Morgan Stanley Investment Management Croto (Invesco Senior Secured Management Inc.), Moselle CLO SA (Invesco Senior Secured Mgmt Inc.), MSIM Peconic Bay Ltd. (Invesco Senior Secured Management), Nautique Funding Ltd. (Invesco Senior Secured Mgmt Inc.), Petrusse European CLO SA (Invesco Senior Secured Mgmt Inc.), Powershares Senior Loan Portfolio (Invesco Senior Secured Management Inc), Sagamore CLO Ltd (Invesco Senior Secured Mgmt Inc.), Saratoga CLO I Ltd (Invesco Senior Secured Mgmt Inc.), Wasatch CLO Ltd. (Invesco Senior Secured Mgmt Inc.), Alzette European CLO SA (Invesco Senior Secured Mgmt Inc.), Arrowood Indemnity Co. (Invesco Senior Secured Management Inc.), Arrowood Indemnity Co., as Administrator for the Pension Plan of Arrowood Indemnity Co. (Invesco), Belhurst CLO Ltd. (Invesco Senior Secured Mgmt Inc), Children's Healthcare of Atlanta Inc. (Invesco Senior Secured Management Inc.), Diversified Credit Portfolio Ltd. (Invesco Senior Secured Management Inc.) and Hudson Canyon Funding II Ltd. (Invesco Senior Secured Management Inc.)
* Certain affiliates of the GM Canada Foreign Trust (fka RBC Dexia Investor Services Trust) and RBC Capital Markets LLC

- Solus Core Opportunities Master Fund Ltd., certain affiliates thereof and certain affiliates of Sol Loan Funding LLC, Solus Alternative, and Ultra Master Ltd. (Solus Alternative Asset Management LP).
- Pioneer Diversified High Income Trust, certain affiliates thereof and certain affiliates of Met Investors Series Trust - Pioneer Fund Portfolio, Pioneer Floating Rate Fund, Pioneer Floating Rate Trust, Pioneer Global High Yield Fund, Pioneer High Income Trust, Pioneer High Yield Fund, Pioneer High Yield VCT Portfolio, Pioneer Institutional Solutions - Credit Opportunities (Pioneer Investments), Pioneer Investment, Pioneer Strategic Income Fund Me Fund, Pioneer Strategic Income VCT Portfolio, and Stichting Pensioenfonds Voor Huisartsen (Pioneer Investment Management Inc.).
- The Royal Bank of Canada.
- The Royal Bank of Scotland Group plc.
- Certain affiliates of SG Distressed Fund LP Private.
- MatlinPatterson, certain affiliates thereof and certain affiliates of Matlinpatterson Distressed Opportunities Master Account LP, Matlinpatterson Fund IV (Hedge) Master Account LP and MP Senior Credit Partners.
- Marathon Asset Management, certain affiliates thereof and certain affiliates of Corporate Debt Opportunities Fund LP (Marathon Asset Management LP), Marathon Blue Active Fund Ltd. (Marathon Asset Management), Marathon Centre Street Partnership, Marathon CLO II Ltd (Marathon Asset Management), Marathon Credit Dislocation Fund LP (Marathon Asset Management LP), Marathon Credit Opportunity Master Fund Ltd. (Marathon Asset Managemenet LP), Marathon Liquid Credit Long Short Fund (Marathon Asset Management), Marathon Special Opportunity Master Fund Ltd., MV Credit Opportunity Fund LP (Marathon Asset Management), Penteli Master Fund Ltd. (Marathon Asset Management).
- Certain affiliates of Metropolitan West Asset Management, Metropolitan West High Yield Bond Fund, Metropolitan West Low Duration Bond Fund, Metropolitan West Strategic Income, Metropolitan West Total Return Bond Fund, and Supervalu Inc. Master Investment Trust
- Certain affiliates of Microsoft Global Finance Ltd.
- Certain affiliates of Crescent Capital Group LP, Bell Atlantic Master Trust (Crescent Capital Group LP), Illinois State Board of Investment (Crescent Capital Group LP), Momentum Capital Fund Ltd. (Crescent Capital Group LP), TCW Capital Trust (Crescent Capital Group LP), Vitesse CLO Ltd. (Crescent Capital Group LP) and West Bend Mutual Insurance Co. (Crescent Capital Group LP)
- National Life Insurance Co.
- Certain affiliates of Oppenheimer Funds, Oppenheimer Master Loan Fund LLC and Oppenheimer Senior Floating Rate Fund.
- Certain affiliates of OWS CLO I Ltd. Alcentra Ltd.
- Certain affiliates of PG&E Corp. Retirement Master Trust and Pacific Gas & Electric Co. Post-Retirement Medical Plan Trust - Non-Management Employees & Retirees
- Phillips 66 Co.
- The Principal Financial Group, certain affiliates thereof and certain affiliates of Principal Funds Inc. - High Yield Fund I, Principal Funds Inc. High Yield Fund,

39

Principal Funds Inc. - Bond & Mortgage Securities Fund, Principal Global Investors Trust - High Yield Fixed Income Fund, Principal Life Insurance Co., Principal Life Insurance Co. - Bond & Mortgage Separate Account and Principal Variable Contracts Fund Inc. Bond & Mortgage Securities Account.

- Protective Life Insurance Co. and certain affiliates thereof.
- Providence Equity.
- Certain affiliates of Primus CLO I Ltd. and Primus CLO II Ltd.
- Fortress Investment, and certain affiliates of Fortress Credit Opportunities I LP, FCO MA ML Corp., FCO MA SC LP, FCOF II UB Investments LLC, FCOF II UB Securities LLC, FCOF II UST LLC, FCOF III UB Investments LLC, FCOF UB Investments LLC, FCOF UST LLC, FCO MA Centre Street LP, FCO MA II UB Securities LLC, FCO MA III UB Securities LLC FCO MA III LP, FCO MA LSS LP, FC MA Maple Leaf LP and FGOY Investments Corp. and FGOY Securities Ltd.
- Fidelity Investments and certain affiliates of Advstrapy - Fidelity Advisor Series II: Strategic Income Fund (Fidelity, AFR - Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund (Fidelity), ALC - Fidelity Advisor Series I Fidelity Advisor Leveraged Co. Stock Fund, Balc - Ballyrock CLO II Ltd. (Fidelity), Bally 3 Ballyrock CLO III Ltd. (Fidelity), FCAHY - Fidelity Canadian Asset Allocation Fund, FCBHY - Fidelity Canadian Balanced Fund, FCEMB - Fidelity American High Yield Fund Fidelity Investments Canada Ltd., Fidelity Summer Street Trust - Fidelity Cap & Income Fund, Fidelity Central Investment Portfolios LLC Fidelity Floating Rate Central Fund, Fidelity Floating Rate High Income Investment Trust, Fidelity Funds Sicav/Fidelity Funds - US High Yield, Fidelity Summer Street Trust: Fidelity Global High Income Fund, Fidelity Summer Street Trust: Fidelity Series Floating Rate High Income Fund, Fidelity Summer Street Trust: Fidelity Series High Income Fund, HICF2 - Fidelity Central Investment Portfolios LLC: Fidelity High Income Central Fund 2, IGCHYS - Ig Fi Canadian Allocation Fund (Fidelity), IMRF - Illinois Municipal Retirement Fund (Fidelity Service Co.), LCS - Fidelity Securities Fund Fidelity Leveraged Co. Stock Fund, Master Trust Bank of Japan Ltd. Re Fidelity US High Yield, Fidelity Advisor Series I Fidelity Advisor High Income Advantage Fund, Fidelity Puritan Trust: Fidelity Puritan Fund, Fidelity Summer Street Trust: Fidelity High Income Fund, Fidelity School Street Trust: Fidelity Strategic Income Fund and Variable Insurance Products Fund V Strategic Income Portfolio (Fidelity).
- Certain affiliates of First Trust Advisors LP, First Trust High Yield Long Short ETF, First Trust Senior Floating Rate Income Fund II, First Trust Senior Loan Fund, First Trust Short Duration High Income Fund, First Trust Strategic High Income Fund II and FirstEnergy System Master Retirement Trust.
- Certain affiliates of Flagship CLO IV (Deutsche Asset Management), Flagship CLO V, and Flagship CLO VI (Deutsche Asset Management)
- Certain affiliates of Advanced Series Trust AST High Franklin Templeton Founding Funds Allocation Portfolio, Franklin Templeton Variable Insurance Products Trust Franklin Income Securities Fund, Franklin Templeton Variable Insurance Products Trust, Franklin High Income Fund (Canada), Franklin High Income Trust Franklin High Income Fund, Franklin Institutional Global High Yield, Franklin Mutual Advisers and Franklin Mutual Advisers LLC.
- Certain affiliates of FS Investment Corp.

40

- Drawbridge Special Opportunities Fund and certain affiliates of Drawbridge Investment Ltd., FCO MA II UB Securities LLC (Drawbridge Special Opportunities Fund), FCO MA LSS LP (Drawbridge Special Opportunities Fund), FCOF II UB Securities LLC (Drawbridge Special Opportunities Fund), FCO UST LLC (Drawbridge Special Opportunities Fund) and FTS SIP Corp (Drawbridge Special Opportunities Fund), FTS SIP LP (Drawbridge Special Opportunities Fund), Sankaty Drawbridge Opportunities LP, Worden Master Fund II LP (Drawbridge Special Opportunities Fund).
- Certain affiliates of Pinebridge Investments AIG Inc. (Pinebridge Investments LLC), Galaxy CLO 2003-1 Ltd. (Pinebridge Investments LLC), Galaxy IV CLO Ltd. (Pinebridge Investments LLC), Galax IX CLO Ltd. (Pinebridge Investments LLC), Galaxy V CLO Ltd. (Pinebridge Investments LLC), Galaxy VI CLO Ltd., Galaxy VII CLO Ltd. (Pinebridge Investments LLC), Galaxy X CLO Ltd., and Saturn CLO Ltd. (Pinebridge Investments LLC).
- Highbridge Capital, and certain affiliates of Highbridge International LLC and Highbridge Principal Strategies Credit Opportunities Master Fund LP.
- Highland Capital, and certain affiliates of Highland Capital Management Fm, Highland Credit Opportunities CDO, Highland Iboxx Senior Loan ETF (Fka Pyxis Iboxx Senior Loan ETF), Jasper CLO Ltd. (Highland Capital Management), Liberty CLO (Highland), Loan Funding IV LLC (Highland), Loan Funding VII LLC (Highland), Longhorn Credit Funding LLC (Highland Capital), Rockwall CDO Ltd. (Highland), Southfork CLO Ltd. (Highland Capital), Aberdeen Loan Funding Ltd. (Highland Capital), Brentwood CLO Ltd. (Highland Capital Management), Gleneagles CLO Ltd. (Highland), Granite Bay Long/Short Credit Master Fund LP (Highland Capital Management LP), Greenbriar CLO Ltd. (Highland Capital Management), and Hewett's Island CLO I-R Ltd. (Highland Capital Management Ltd.).
- Certain affiliates of Highland Iboxx Senior Loan ETF (fka Pyxis Iboxx Senior Loan ETF), Nexpoint Credit Strategies Fund (fka Pyxis Credit Strategies Fund), Pyxis Floating Rate Opportunities Fund (Pyxis Capital LP), and Pyxis Special Situations Fund (Pyxis Capital LP).
- Certain affiliates of International Paper Co. Commingled Investment Group Trust (Wellington Management Co. LLP) and International Paper Co. Commingled Investment Group Trust (Oaktree Capital Management LP).
- Certain affiliates of Ivy Funds Inc. - High Income Fund and Ivy Funds VIP High Income fka W&R Target Funds Inc-High Income Portfolio (Waddell).
- King Street Capital Management LLC, King Street Capital and certain affiliates of King Street Acquisition Co., LI (King Street Capital Management LP).
- KKR, KKR Asset Management LLC, and certain affiliates of KKR Debt Investors II (2006) (Ireland), LP, KKR Financial CLO 2005 2 Ltd. (KKR Financial Holdings LLC), KKR Financial CLO 2005-1 Ltd. (KKR Financial Holding LLC), KKR Financial CLO 2006-1 Ltd. (KKR Financial Holding LLC), KKR Financial CLO 2007-1 Ltd., and KKR Financial CKO 2007-A Ltd.
- Certain affiliates of Knight Capital Group.
- Certain affiliates of Lord Abbett, Lord Abbett Bond Debenture Fund Inc., and Lord Abbett Investment Trust - Floating Rate Fund.

- Certain affiliates of Lockheed Martin Corp. Master Retirement Trust (Blackrock).
- Certain affiliates of Louisiana State Employees' Retirement System.
- Certain affiliates of Mac Capital Ltd.
- Macquarie Bank Ltd., and certain affiliates of Macquarie Bank Ltd. - Sydney Head Office, and Macquarue Investment Management (Wellington).
- Certain affiliates of Macys Inc. Defined Benefit Plans Master Trust (Wellington Management Co. LLP).
- Certain affiliates of Mainstay 130/30 High Yield Fund, Mainstay Floating Rate Fund A Series of Mainstay Funds Trust and Mainstay VP Gloating Rate Portfolio A Series of Mainstay VP Funds Trust.
- Bluecrest Capital, and certain affiliates of Bluecrest Capital International Master Fund Ltd., and Bluecrest Multi Strategy Credit Master Fund Ltd.
- Certain affiliates of Boeing Co. Employee Retirement Plans Master Trust Investment Control Pool.
- Certain affiliates of Great West Putnam High Yield Bond Fund (fka Maxim Putnam High Yield Bond Portfolio of Maxim Series Fund Inc.), IG Putnam US High Yield Income Fund (Putnam Investments), Investors Canadian High Yield Income Fund (Putnam Investments), Putnam Absolute Return 500 Fund (Putnam Investments), Putnam Absolute Return 700 Fund (Putnam Investments), Putnam Asset Allocation Funds Conservative Portfolio, Putnam Asset Allocation Funds: Balanced Portfolio and Stichting Pensioenfonds Voor Fysiotherapeuten (Putnam Investment).
- Certain affiliates of Abclo 2007-1 Ltd. (Alliance Bernstein).
- Apollo Global Management, certain affiliates thereof and certain affiliates of Apollo Centre Street Partnership LP, Apollo Credit Funding I Ltd., Apollo Credit Liquidity Fund LP, Apollo Franklin Partnership LP, Apollo SK Strategic Investments LP, Apollo Special Opportunities Managed Account LP, Apollo SPN Investments I Credit LLC, Double Haul Trading LLC( Appollo Global Management LLC), Gulf Stream - Sextant CLO 2006-1 Ltd. (Apollo Global Management LLC), Gulf Stream-Compass CLO 2007 Ltd. (Apollo Global Management LLC), Leveragesource III Sarl Legeragesource III LP, the Sole Owner (Apollo Capital), Neptune Finance CCS Ltd. (Apollo Global Management LLC),
- Certain affiliates of Advanced Series Trust AST JP Morgan Strategic Opportunities Portfolio (JPMorgan Asset Management)
- Certain affiliates of CFIM Hybrid Tri-Asset Fund (JPMorgan Asset Management-Cincinnati)
- Certain affiliates of Commingled Pension Trust Fund (High Yield) of JPMorgan Chase Bank NA (Fka Commingled Pension Trust Fund (High Yield Bond) of JPMC Bank NA)
- Certain affiliates of GFCID Deleted - JPMorgan Core Plus Bond Fund
- Certain affiliates of Hewitt Ennisknupp Inc. (Fka Aon Investment Consulting Inc.) (JPMorgan Chase)
- Certain affiliates of JP Morgan Leveraged Loans Master Fund LP (JP Morgan Asset Mgmt)
- Certain affiliates of JP Morgan Whitefriars Inc
- Certain affiliates of JPMC Retirement Plan Brigade Bank Loan

42

- JPMorgan Chase Bank NA and certain affiliates thereof
- JPMorgan Chase Bank NA (JPM Chase) and certain affiliates thereof
- Certain affiliates of JPMorgan Chase Bank NA as Trustee of The JPMorgan Chase Retirement Plan (JPMorgan Asset Management-Cincinnati)
- Certain affiliates of JPMorgan Chase Bank NA as Trustee of The JPMorgan Chase Retirement Plan (JPMorgan Asset Mgmt)
- Certain affiliates of JPMorgan Chase Retirement Plan
- Certain affiliates of JPMorgan Floating Rate Income Fund
- Certain affiliates of JPMorgan High Yield Fund
- Certain affiliates of JPMorgan Income Builder Fund
- Certain affiliates of JPMorgan Strategic Income Opportunities Fund
- Certain affiliates of JPMorgan Tax Aware High Income Fund
- Certain affiliates of Kloiber Investments LLC (JPMorgan Asset Management)
- Certain affiliates of Marksbury Investments LLC (JPMorgan Asset Management)
- Certain affiliates of MetLife Investment Advisors Co. LLC

**TCEH First Lien Swaps**
- Deutsche Bank
- Morgan Stanley
- Credit Suisse and certain affiliates thereof
- Barclays

**Utilities**
- Certain affiliates of AEP Texas North Co.
- Certain affiliates of AEP Texas Central Co.
- Southwestern Electric Power
- Certain affiliates of Abovenet Communications Inc.
- CenturyLink and certain affiliates thereof
- Certain affiliates of Allied Waste Services
- Oncor Electric Delivery Co.
- Level 3 Communications LLC
- Sprint and certain affiliates thereof
- Time Warner and certain affiliates thereof
- Time Warner Cable and certain affiliates thereof
- TXU Energy and certain affiliates thereof
- Waste Management
- Certain affiliates of Republic Services National
- Verizon Wireless and certain affiliates thereof
- Certain affiliates of Verizon Business
- Certain affiliates of Verizon Southwest
- Time Warner and Time Warner Cable
- Southwestern Electric Power
- Sprint

43

**Other**
- Certain affiliates of Swiss Re Risk Solutions Corp.
- Certain affiliates of AlliedSignal Inc.
- Certain affiliates of Chevron USA Inc.
- Certain affiliates of AXA Capital America LP
- Certain affiliates of AXA CDP Co-Investment Fund FCPR
- Certain affiliates of AXA Co-Investment Fund II FCPR
- Certain affiliates of Northwestern Mutual Life Insurance Co
- Strategic Co-Investment Partners LP
- Cleaver-Brooks Co. Inc.
- Dover Corp.

**Secured Bondholders**
- Certain affiliates of ING Financial Markets LLC
- Certain affiliates of ING Investment Management LLC
- Certain affiliates of DuPont Capital Management Corp.
- GSO Capital Partners LP and certain affiliates thereof
- Certain affiliates of Deutsche Bank Securities Inc.
- Certain affiliates of Deutsche Investment Management Americas Inc.

**Top 50 Unsecured Creditors**
- EDF Trading North America LLC and certain affiliates thereof
- Energy Transfer and certain affiliates thereof
- Certain affiliates of Energy Transfer Fuel LP
- Law Debenture Trust Company of New York
- Certain affiliates of Alstom
- Certain affiliates of AEP Energy Services, Inc.
- Certain affiliates of AEP-North (WTUT)

**Debtholders**
- Certain affiliates of Carlye Partners
- Certain affiliates of Carlyle Azure CLO Ltd.
- Certain affiliates of Carlyle Bristol CLO Ltd.
- Certain affiliates of Carlyle Daytona CLO Ltd.
- Certain affiliates of Carlyle High Yield Partners IX Ltd.
- Certain affiliates of Carlyle High Yield Partners VII Ltd.
- Certain affiliates of Carlyle High Yield Partners VIII Ltd.
- Certain affiliates of Carlyle High Yield Partners X Ltd.
- Certain affiliates of Carlyle Investment Management LLC
- Certain affiliates of Carlyle McLaren CLO Ltd.
- Certain affiliates of Carlyle Veyron CLO Ltd.
- Certain affiliates of Centerbridge Credit Advisors LLC
- Certain affiliates of Centerbridge Group
- Certain affiliates of Centerbridge Special Credit Partners II LP

44

- Certain affiliates of Centerbridge Special Credit Partners LP
- Certain affiliates of Benefit Street Credit Alpha Master Fund Ltd.
- Certain affiliates of Benefit Street Strategic Fund Ltd.
- Bluecrest Capital and certain affiliates thereof
- Certain affiliates of Bluecrest Capital International Master Fund Ltd.
- Certain affiliates of Bluecrest Multi Strategy Credit Master Fund Ltd.
- Brookfield Investment Management Inc. and certain affiliates thereof
- Certain affiliates of Beach Point Capital
- Certain affiliates of Beach Point Distressed Master Fund LP
- Certain affiliates of Beach Point Loan Master Fund LP
- Certain affiliates of Beach Point SCF 1 LP
- Certain affiliates of Beach Point SCF IV LLC
- Certain affiliates of Beach Point Select Master Fund LP
- Certain affiliates of Beach Point Strategic Master Fund LP
- Certain affiliates of Beach Point Total Return Master Fund LP
- Certain affiliates of BeachPoint SCF Multi Port LP
- Certain affiliates of Lumx Beach Point Total Return Fund Ltd.
- Aberdeen Asset Management and certain affiliates thereof
- Certain affiliates of Aberdeen Loan Funding Ltd.
- Certain affiliates of Aon Investment Consulting Inc.
- Certain affiliates of Ares Institutional Loan Fund BV
- Certain affiliates of Ares Management LLC
- Certain affiliates of Ares Strategic Investment Management LLC
- Certain affiliates of Ares Strategic Investment Partners III LP
- Certain affiliates of Ares Strategic Investment Partners Ltd.
- Certain affiliates of Ares XII CLO Ltd.
- Certain affiliates of Ares XXII CLO Ltd.
- Certain affiliates of Future Fund Board of Guardians (Ares)
- Certain affiliates of Babson Capital Europe
- Certain affiliates of Babson Capital Loan Strategies Master Fund LP
- Babson Capital Management and certain affiliates thereof
- Certain affiliates of King Street Acquisition Co. LLC
- King Street Capital Management LP and certain affiliates thereof
- Certain affiliates of KKR Asset Management LLC
- Certain affiliates of KKR Debt Investors II (2006) (Ireland) LP
- Certain affiliates of KKR Financial CLO 2005 2 Ltd.
- Certain affiliates of KKR Financial CLO 2005-1 Ltd.
- Certain affiliates of KKR Financial CLO 2006-1 Ltd.
- Certain affiliates of KKR Financial CLO 2007-1 Ltd.
- Certain affiliates of KKR Financial CLO 2007-A Ltd.
- Certain affiliates of KKR Financial Holdings LLC
- Certain affiliates of Oregon Public Employees Retirement Fund (KKR)
- Certain affiliates of John Hancock Fund II - Floating Rate Income Fund
- Certain affiliates of John Hancock Hedged Equity & Income Fund

45

- Certain affiliates of Protective Life Insurance Co. and certain affiliates thereof
- Certain affiliates of Providence Equity and certain affiliates thereof
- Certain affiliates of Great West Putnam High Yield Bond Fund
- Certain affiliates of IG Putnam US High Yield Income Fund
- Certain affiliates of Maxim Putnam High Yield Bond Portfolio of Maxim Series Fund Inc.
- Certain affiliates of Putnam Asset Allocation Funds Conservative Portfolio
- Certain affiliates of Putnam Asset Allocation Funds: Balanced Portfolio
- Certain affiliates of Putnam Diversified Income Trust
- Certain affiliates of Putnam Diversified Income Trust (CA Master Fund)
- Certain affiliates of Putnam Dynamic Asset Allocation Growth Fund
- Certain affiliates of Putnam Floating Rate Income Fund G Rate Income Fund
- Certain affiliates of Putnam Global Funds - Putnam World Wide Income Fund
- Certain affiliates of Putnam Global Income Trust
- Certain affiliates of Putnam High Yield Advantage Fund
- Certain affiliates of Putnam High Yield Trust
- Certain affiliates of Putnam Investments
- Certain affiliates of Putnam Master Intermediate Income Trust
- Certain affiliates of Putnam Premier Income Trust
- Certain affiliates of Putnam Retirement Advantage GAA Balanced Portfolio
- Certain affiliates of Putnam Retirement Advantage GAA Conservative Portfolio
- Certain affiliates of Putnam Retirement Advantage GAA Growth Portfolio
- Certain affiliates of Putnam Retirement Advantage GAA Income Strategies Portfolio
- Certain affiliates of Putnam Total Return Fund LLC
- Certain affiliates of Putnam Total Return Trust
- Certain affiliates of Putnam Variable Trust-Private Diversified Income Fund
- Certain affiliates of Putnam Variable Trust-Private High Yield Fund
- Certain affiliates of Putnam VT: Global Asset Allocation Fund
- Certain affiliates of Pyxis Capital LP
- Certain affiliates of Pyxis Credit Strategies Fund
- Certain affiliates of Pyxis Floating Rate Opportunities Fund
- Certain affiliates of Pyxis Iboxx Senior Loan ETF
- Certain affiliates of Pyxis Special Situations Fund
- Certain affiliates of RBC Dexia Investor Services Trust
- Certain affiliates of Metropolitan West Asset Management
- Certain affiliates of Metropolitan West High Yield Bond Fund
- Certain affiliates of Metropolitan West Low Duration Bond Fund
- Certain affiliates of Metropolitan West Total Return Bond Fund
- Certain affiliates of Neuberger Berman
- Certain affiliates of Neuberger Berman Alternative Funds: Neuberger Berman Absolute Return Multi Manager Fund
- Certain affiliates of Neuberger Berman Fixed Income LLC
- Certain affiliates of Neuberger Berman High Income Bond Fund
- Certain affiliates of Neuberger Berman High Income Fund LLC

- Certain affiliates of Neuberger Berman High Yield Bond Fund
- Certain affiliates of California Public Employees Retirement System (#Sw7y) - Nomura
- Certain affiliates of Louisiana State Employees' Retirement System (Nomura)
- Certain affiliates of Nomura Bond & Loan Fund
- Certain affiliates of Nomura Corporate Funding Americas LLC
- Certain affiliates of Nomura Corporate Reaserch & Asset Management Inc.
- Certain affiliates of Nomura Corporate Research
- Certain affiliates of Nomura Global Financial Products Inc.
- Certain affiliates of Nomura International PLC
- Certain affiliates of Nomura US Attractive Yield Corporat Bond Fund Mother Fund
- Certain affiliates of Regents of The University of California, The - EB6J (Nomura)
- Certain affiliates of Onex Debt Opportunity Fund Ltd.
- Certain affiliates of Onex Senior Credit Fund LP
- Certain affiliates of Pacific Life Funds - PL Floating Rate Loan Fund
- Pacific Life Insurance and certain affiliates thereof
- Perella Weinberg Partners and certain affiliates thereof
- Perella Weinberg Partners Capital Management LP and certain affiliates thereof
- Certain affiliates of Perella Weinberg Partners Xerion Master Fund Ltd.
- Certain affiliates of Future Fund Board of Guardians (Oak Hill)
- Certain affiliates of Oak Hill Credit Alpha Master Fund LP
- Certain affiliates of Oak Hill Credit Opportunities Financing Ltd.
- Certain affiliates of Oak Hill Credit Partners
- Certain affiliates of Oak Hill Credit Partners II Ltd.
- Certain affiliates of IBM Personal Pension Plan Trust (Oaktree)
- Certain affiliates of International Paper Co. Commingled Investment Group Trust (Oaktree)
- Certain affiliates of Iowa Public Employees' Retirement System - IPERS (Oaktree)
- Oaktree Capital Management LP and certain affiliates thereof
- Certain affiliates of Oaktree FF Investment Fund LP
- Certain affiliates of Oaktree High Yield Fund II LP
- Certain affiliates of Oaktree High Yield Fund LP
- Certain affiliates of Oaktree High Yield Plus Fund LP
- Certain affiliates of Oaktree Huntington Investment Fund LP
- Certain affiliates of Oaktree Loan Fund 2X (Cayman) LP
- Certain affiliates of Oaktree Opportunities Fund VIII (Parallel 2) LP
- Certain affiliates of Oaktree Opportunities Fund VIII Delaware LP
- Certain affiliates of Oaktree Opportunities Fund VIIIB Delaware LP
- Certain affiliates of Oaktree Opps IX Holdco Ltd.
- Certain affiliates of Oaktree Opps IX Parallel 2 Holdco Ltd.
- Certain affiliates of Oaktree Senior Loan Fund LP
- Certain affiliates of Oaktree Value Opportunities Fund Holdings LP
- Certain affiliates of UMC Benefit Board Inc. (Oaktree)
- Credit Suisse and certain affiliates thereof

- Certain affiliates of Credit Suisse Alternative Capital Inc.
- Certain affiliates of Credit Suisse Asset Manager
- Certain affiliates of Credit Suisse Capital LLC
- Certain affiliates of Credit Suisse Global Hybrid Income Fund
- Credit Suisse High Income Fund and certain affiliates thereof
- Certain affiliates of Credit Suisse Loan Funding LLC
- Certain affiliates of Credit Suisse Strategic Income Fund
- Certain affiliates of Credit Suisse Syndicated Loan Fund
- Certain affiliates of Credit Suisse, Cayman Islands Branch
- Litespeed Management LLC and certain affiliates thereof
- Certain affiliates of Litespeed Master Fund Ltd.
- Certain affiliates of Lord Abbett
- Certain affiliates of Lord Abbett Investment Trust - Floating Rate Fund
- Certain affiliates of Lord Abbett Investment Trust-High Yield Fund
- Macquarie Bank Ltd. and certain affiliates thereof
- Certain affiliates Macquarie Bank Ltd.-Sydney Head Office
- Certain affiliates of Macquarie Investment Management
- Mason Capital LP and certain affiliates thereof
- Certain affiliates of Mason Capital Management LLC
- Certain affiliates of Mason Capital Master Fund LP
- Certain affiliates of Meritage Fund LLC
- Certain affiliates of 2497 - Pimco Income Strategy Fund II
- Certain affiliates of PIMCO
- Certain affiliates of Pimco Cayman Global Credit Alpha Fund
- Certain affiliates of Pimco Cayman Global Credit Libor Plus Fund
- Certain affiliates of Pimco Foreign Bond Fund (US Dollar- Hedged)
- Certain affiliates of Pimco Global High Yield Strategy Fund
- Certain affiliates of Pimco High Income Fund
- Certain affiliates of Pimco Long - Term Credit Fund
- Certain affiliates of Pinebridge Investments LLC
- Certain affiliates of Primus CLO I Ltd.
- Certain affiliates of Principal Financial Group and certain affiliates thereof
- Certain affiliates of Phoenix Edge Series Fund: Phoenix Strategic Allocation Series
- Certain affiliates of Phoenix Investment Partners
- Phoenix Life Insurance Co. and certain affiliates thereof
- Certain affiliates of Phoenix Multi-Sector Short Term Bond Fund
- Certain affiliates of Phoenix Mutli-Sector Fixed Income Fund
- Certain affiliates of Phoenix Senior Floating Rate Fund
- Certain affiliates of Phoneix Edge Series Fund: Phoenix Multi Sector Fixed Income Series
- AllianceBernstein LP and certain affiliates thereof
- Certain affiliates of John Hancock Fund II - Floating Rate Income Fund
- Certain affiliates of John Hancock Hedged Equity & Income Fund

- Certain affiliates of AFR - Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund
- Certain affiliates of Fidelity Central Investment Portfolios LLC
- Certain affiliates of Fidelity Floating Rate Central Fund
- Certain affiliates of Fidelity Floating Rate High Income Investment Trust
- Fidelity Investments and certain affiliates thereof
- Certain affiliates of Fidelity Series Floating Rate High Income Fund
- Certain affiliates of Fidelity Summer Street Trust
- Certain affiliates of Fortress Credit Opportunities I LP
- Certain affiliates of Fortress ETXU LLC
- Fortress Investment Group LLC and certain affiliates thereof
- Certain affiliates of Thornburg Investment
- Certain affiliates of Thornburg Investment Income Builder Fund
- TIAA-CREF and certain affiliates thereof
- Certain affiliates of Thornburg Investment
- Certain affiliates of Thornburg Investment Income Builder Fund
- Certain affiliates of Unilever United States Inc. and Its Subsidiaries and Affiliates, Master Trust Agreement Under Various Employee Benefit Plans of
- Certain affiliates of USAA Cornerstone Moderately Aggressive Fund
- Certain affiliates of USAA Cornerstone Moderately Conservative Fund
- Certain affiliates of USAA Global Opportunities Fund
- Certain affiliates of USAA Investment Management Co.
- Certain affiliates of USAA Mutual Fund
- Certain affiliates of USAA Mutual Funds Trust - USAA Flexible Income Fund
- Certain affiliates of USAA Mutual Funds Trust USAA High Yield Opportunities Fund
- Certain affiliates of USAA Mutual Funds Trust: USAA Cornerstone Aggressive Fund
- Certain affiliates of USAA Mutual Funds Trust: USAA Cornerstone Moderate Fund
- Certain affiliates of USAA Mutual Funds Trust-USAA High Income Fund
- Certain affiliates of Valic Co. II-High Yield Bond Fund
- LaSalle Bank NA and certain affiliates thereof
- Certain affiliates of Coca Cola Co. Master Retirement Trust
- Certain affiliates of Constellation Capital
- HBK Investments LP and certain affiliates thereof
- HBK Master Fund LP and certain affiliates thereof
- Certain affiliates of Gleneagles CLO Ltd.
- Certain affiliates of Guggenheim Portfolio Co. X LLC
- Certain affiliates of Highland Capital Management FM
- Certain affiliates of Highland Capital Management LP
- Certain affiliates of Wells Fargo & Co. Master Pension Trust
- Certain affiliates of Wells Fargo Advantage High Income Fund
- Certain affiliates of Wells Fargo Advantage High Yield Bond Fund
- Certain affiliates of Wells Fargo Advantage Income Opportunities Fund
- Wells Fargo Advantage Multi-Sector Income Fund and certain affiliates thereof

- Certain affiliates of Wells Fargo Advantage Strategic Income Fund
- Certain affiliates of Wells Fargo Advantage Utilities & High Income Fund
- Wells Fargo Bank NA and certain affiliates thereof
- Certain affiliates of Wells Fargo Floating Rate Loan Fund
- Certain affiliates of Royal Bank of Canada
- Certain affiliates of Royal Bank of Scotland Group PLC
- Certain affiliates of IBM Personal Pension Plan Trust (ING)
- Certain affiliates of ING (L) Flex-Senior Loans
- Certain affiliates of ING Capital LLC
- Certain affiliates of ING International (II) - Senior Loans
- Certain affiliates of ING Investment Management CLO II Ltd.
- Certain affiliates of ING Investment Management CLO III Ltd.
- Certain affiliates of ING Investment Management CLO IV Ltd.
- Certain affiliates of ING Investment Management CLO V Ltd.
- Certain affiliates of ING Investment Trust Co. Plan For Employee Benefit Investment Funds - Senior Loan Fund
- Certain affiliates of ING Investments Management Co.
- Certain affiliates of ING Prime Rate Trust
- Certain affiliates of Starwood
- Certain affiliates of Starwood Energy Fixed
- Certain affiliates of Regents of The University of California (Stone Harbor)
- Certain affiliates of Stone Harbor Global Funds PLC - Stone Harbor Leveraged Loan Portfolio
- Certain affiliates of Stone Harbor High Yield Bond Fund
- Certain affiliates of Stone Harbor Invest Funds PLC - Stone Harbor High Yield Bond Fund
- Stone Harbor Investment Partners LP and certain affiliates thereof
- Certain affiliates of Stone Harbor Leveraged Loan Fund LLC
- Certain affiliates of Stone Harbor Leveraged Loan Portfolio
- Teachers Insurance & Annuity Association of America and certain affiliates thereof
- Certain affiliates of TCW Absolute Return Credit Fund LP
- Certain affiliates of TCW Asset Management
- Certain affiliates of TCW Capital Trust
- Certain affiliates of TCW Funds Metwest High Yield Bond Fund
- Certain affiliates of TCW Senior Secured Floating Rate Loan Fund LP
- Certain affiliates of TCW Senior Secured Loan Fund LP
- Certain affiliates of UBS AG - Stamford, CT Branch
- Silver Point Capital
- Solus Alternative Asset Management and certain affiliates thereof
- Certain affiliates of Solus Core Opportunities Master Fund Ltd.
- Certain affiliates of Mac Capital Ltd.
- Blackrock Financial Management and Blackrock Defined Opportunity Credit Trust and certain affiliates thereof and certain affiliates of Blackrock Debt Strategies Fund Inc., Blackrock Floating Rate Income Strategies Fund Inc., Blackrock Floating Rate

50

Income Trust, Blackrock Funds II Blackrock Floating Rate Income Portfolio, Blackrock Global Investment Series: Income Strategies Portfolio, Blackrock Limited Duration Income Trust, Blackrock Secured Credit Portfolio of Blackrock Funds II, Blackrock Senior Floating Rate Portfolio, JPMBI RE Blackrock Bank Loan Fund.

- Certain affiliates of Blackstone Debt Advisors, Blackstone Special Funding (Ireland), and GSO/Blackstone Debt Funds Management LLC.
- Eaton Vance, certain affiliates thereof and certain affiliates of Eaton Vance - Grayson & Co. Fund, Eaton Vance Floating Rate Income Fund, Eaton Vance High Yield, Eaton Vance Institutional Senior Lo Fund, Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio, Eaton Vance Limited Duration Income Fun, Eaton Vance Management, Eaton Vance Medallion Floating-Rate Income Portfolio, Eaton Vance Prime Fund Inc., Eaton Vance Senior Floating-Rate Trust, Eaton Vance Senior Income Trust, Eaton Vance Short Duration Diversified Income Fund, Eaton Vance VT Floating-Rate Income Fund, Eaton Vance-Floating Rate Income Trust, and Met Investors Series Trust-Met/ Eaton Vance Floating Rate Portfolio.
- Carval Investors LLC and certain affiliates thereof.
- Certain affiliates of BOC Pension Investment Fund.
- Certain affiliates of California Public Employees Retirement System (Nomura), Louisiana State Employees' Retirement System (Nomura), Nomura Bond & Loan Fund, Nomura Corporate Funding Americas LLC, Nomura Corporate Research & Asset Management Inc., Nomura Corporate Research, Normura Global Financial Products Inc., Nomura International PLC, Nomura US Attractive Yield Corporate Bond Fund Mother Fund, Regents of the University of California (Nomura), California Public Employees Retirement System (Nomura), and Louisiana State Employees' Retirement System, Clydesdale CLO 2003 Ltd., Montgomery County Employees Retirement System (Nomura Corporate Research & Asset Management), Nomura Partners Funds Inc. High Yield Fund, Stichting Pensioenfonds Hoogovens (Nomura)
- Pacific Life Insurance Company, certain affiliates thereof and certain affiliates of Pacific Life Funds - PL Floating Rate Loan Fund
- Certain affiliates of RBC Capital Markets LLC and RBC Dexia Investor Services Trust.
- Solus Alternative Asset Management and Solus Core Opportunities Master Fund Ltd.
- Pioneer Diversified High Income Trust, and certain affiliates of Pioneer High Income Trust and Pioneer Investment.
- The Royal Bank of Canada.
- The Royal Bank of Scotland Group plc.
- Certain affiliates of SG Distressed Fund LP Private.
- Marathon Asset Management LP, certain affiliates thereof and certain affiliates of Marathon Blue Active Fund Ltd. (Marathon Asset Management), Marathon Centre Street Partnership, Marathon CLO II Ltd (Marathon Asset Management), Marathon Credit Dislocation Fund LP (Marathon Asset Management LP), Marathon Credit Opportunity Master Fund Ltd. (Marathon Asset Managemenet LP), Marathon Liquid Credit Long Short Fund (Marathon Asset Management), and Marathon Special Opportunity Master Fund Ltd.

- MatlinPatterson, certain affiliates thereof and certain affiliates of Matlinpatterson Distressed Opportunities Master Account LP, Matlinpatterson Fund IV (Hedge) Master Account LP and MP Senior Credit Partners.
- Certain affiliates of Metropolitan West Asset Management, Metropolitan West High Yield Bond Fund, Metropolitan West Low Duration Bond Fund, and Metropolitan West Total Return Bond Fund
- Certain affiliates of Crescent Capital Group, Crescent 1 LP and Crescent Alternative Credit Partners LP.
- National Life Insurance Co.
- Certain affiliates of Onex Credit Partners LLC, Onex Debt Opportunity Fund Ltd. and Onex Senior Credit Fund LP.
- Certain affiliates of Oppenheimer Funds.
- Phillips 66 Co.
- The Principal Financial Group, certain affiliates thereof and certain affiliates of Principal Funds Inc. - High Yield Fund I, Principal Funds Inc. High Yield Fund, Principal Funds Inc. - Bond & Mortgage Securities Fund, Principal Global Investors Trust - High Yield Fixed Income Fund, Principal Life Insurance Co., Principal Life Insurance Co. - Bond & Mortgage Separate Account and Principal Variable Contracts Fund Inc. Bond & Mortgage Securities Account.
- Protective Life Insurance Co. and certain affiliates thereof.
- Providence Equity.
- Certain affiliates of Powershares Senior Loan Portfolio.
- Certain affiliates of Primus CLO I Ltd.
- Fortress Investment Group LLC, and certain affiliates of Fortress Credit Opportunities I LP, Fortress ETXU LLC, FCO MA ML Corp., FCO MA SC LP, FCOF II UB Investments LLC, FCOF II UB Securities LLC, FCOF II UST LLC, FCOF III UB Investments LLC, FCOF UB Investments LLC, FCOF UST LLC, FCO MA Centre Street LP, FCO MA II UB Securities LLC, FCO MA III UB Securities LLC, FCO MA III LP, FCO MA LSS LP, FC MA Maple Leaf LP and FGOY Investments Corp. and FGOY Securities Ltd.
- Fidelity Investments and certain affiliates of Fidelity Central Investment Portfolios LLC, Fidelity Floating Rate Central Fund, Fidelity Floating Rate High Income Investment Trust, Fidelity Series Floating Rate High Income Fund, Fidelity Summer Street Trust, and Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund.
- Certain affiliates of First 2004-1 CLO Ltd., First Trust Advisors LP, First Trust High Yield Long Short ETF, First Trust Senior Floating Rate Income Fund II, First Trust Senior Loan Fund, First Trust Short Duration High Income Fund, First Trust Strategic High Income Fund II and FirstEnergy System Master Retirement Trust, First Trust Tactical High Yield ETF and First Trust/Four Corners Senior Floating Rate Income Fund II.
- Certain affiliates of Flagship CLO IV, Flagship CLO V and Flagship CLO VI.
- Certain affiliates of Franklin Floating Rate, Franklin High Income Fund (Canada), Franklin High Income Securities Fund, Franklin High Income Trust, Franklin Income Fund, Franklin Income Securities Fund, Franklin Institutional Global High Yield,

52

Franklin Mutual Advisers LLC, Franklin Templeton Variable Insurance Products Trust, and Franklin Universal Trust.

- Certain affiliates of FS Investment Corp.
- Drawbridge Special Opportunities Fund LP, Drawbridge Special Opportunities Fund Ltd. and certain affiliates of Drawbridge Investment Ltd. and Sankaty Drawbridge Opportunities LP.
- Certain affiliates of Pinebridge Investments LLC.
- Highbridge Capital, and certain affiliates of Highbridge International LLC and Highbridge Principal Strategies Credit Opportunities Master Fund LP.
- Certain affiliates of Highland Capital Management FM, Highland Capital Management LP, Highland Credit Opportunities CDO Ltd., Highland Floating Rate Opportunities Fund, Highland Iboxx Senior Loan ETF, Highland Loan Master Fund LP, and Highland Special Situations Fund.
- Certain affiliates of Aon Investment Consulting Inc.
- Certain affiliates of Pyxis Capital LP, Pyxis Credit Strategies Fund, Pyxis Floating Rate Opportunities Fund, Pyxis Iboxx Senior Loan ETF and Pyxis Special Situations Fund.
- Certain affiliates of International Paper Co. Commingled Investment Group Trust (Wellington Management Co. LLP) and International Paper Co. Commingled Investment Group Trust (Oaktree Capital Management LP).
- Certain affiliates of Ivy Funds VIP High Income and Ivy High Income Fund.
- King Street Capital Management LLC, King Street Capital and certain affiliates of King Street Acquisition Co., LI (King Street Capital Management LP).
- Certain affiliates of Knight Capital Group.
- Lord Abbett, Lord Abbett Investment Trust - Floating Rate Fund, and Lord Abbett Investment Trust - High Yield fund.
- Lockheed Martin Corp., and certain affiliates of Lockheed Martin Corp. Master Retirement Trust (Blackrock) and Lockheed Martin Services Inc.
- Macquarie Bank Ltd., and certain affiliates of Macquarie Bank Ltd. - Sydney Head Office, Macquarie Investment Management, Macquarie Futures USA Inc., and Macquarie Futures USA LLC.
- Certain affiliates of Macys Inc. Defined Benefit Plans Master Trust (Wellington Management Co. LLP).
- Blue Crest Capital, and certain affiliates of Bluecrest Capital International Master Fund Ltd. and Bluecrest Multi Strategy Credit Master Fund Ltd.
- Boeing Co., and certain affiliates of Boeing Co. Employee Retirement Plans Master Trust Investment Control Pool.
- Putnam Investments, certain affiliates thereof and certain affiliates of Great West Putnam High Yield Bond Fund, IG Putnam US High Yield Income Fund, Maxim Putnam High Yield Bond Portfolio of Maxim Series Fund Inc., Putnam Absolute Return 500 Fund (Putnam Investments), Putnam Absolute Return 700 Fund (Putnam Investments), Putnam Asset Allocation Funds Conservative Portfolio, Putnam Asset Allocation Funds: Balanced Portfolio, Putnam Diversified Income Trust, Putnam Diversified Income Trust (CA Master Fund), Putnam Dynamic Asset Allocation Growth Fund, Putnam Floating Rate Income Fund G Rate Income Fund, Putnam

53

Global Funds - Putnam World Wide Income Fund, Putnam Global Income Trust Putnam High Yield Advantage Fund, Putnam High Yield Trust, Putnam Investments, Putnam Master Intermediate Income Trust, Putnam Premier Income Trust, Putnam Retirement Advantage GAA Balanced Portfolio, Putnam Retirement Advantage GAA Conservative Portfolio, Putnam Retirement Advantage GAA Growth Portfolio, Putnam Retirement Advantage GAA Income Strategies Portfolio, Putnam Total Return Fund LLC, Putnam Total Return Trust, Putnam Variable Trust-Private Diversified Income Fund, Putnam Variable Trust-Private High Yield Fund, Putnam VT: Global Asset Allocation Fund.

- Berkshire Hathaway Inc.
- Certain affiliates of Apollo Capital, Apollo Centre Street Partnership LP, Apollo Credit Funding I Ltd., Apollo Credit Opportunity Fund III LP, Apollo Franklin Partnership LP, Apollo Global Management LLC, Apollo Special Opportunities Managed Account LP, and Apollo SPN Investments I Credit LLC.
- Deutsche Bank and certain affiliates thereof
- Deutsche Bank AG, London Branch and certain affiliates thereof
- Deutsche Bank AG, New York Branch and certain affiliates thereof
- Certain affiliates of Deutsche Asset Management
- Certain affiliates of Deutsche Asset Management Syndicate
- Deutsche Bank and certain affiliates thereof
- Certain affiliates of Deutsche Bank - FM
- Certain affiliates of Deutsche Bank AG, Cayman Islands Branch

**DIP Associated Parties - EFIH, TCEH**
- Union Bank NA
- Citigroup Global Markets Inc. and certain affiliates thereof
- Citibank NA and certain affiliates thereof
- Bank of America NA and certain affiliates thereof
- Barclays Bank PLC and certain affiliates thereof
- Certain affiliates of Deutsche Bank Securities Inc

**DIP Associated Parties - EFIH**
- Royal Bank of Canada and certain affiliates thereof
- Deutsche Bank AG, New York Branch and certain affiliates thereof
- Certain affiliates of Morgan Stanley Senior Funding

**DIP Associated Parties - TCEH**
- Certain affiliates of RBC Capital Markets

54

## Exhibit 2 – Former Clients[1]

**Banks**
- Certain affiliates of Western Asset Institutional Government Fund

**Contract Counterparties**
- Motiva Enterprises LLC
- Nalco Co. and certain affiliates thereof
- 7-Eleven Inc. and certain affiliates thereof
- Diamondback Management Services Ltd.
- Certain affiliates of Dillard Store Services Inc.
- Certain affiliates of ABB Inc.
- Certain affiliates of Akzo Nobel Paints LLC
- Certain affiliates of Air Liquide Electronics US LP
- Certain affiliates of Paymentech LP
- Certain affiliates of Oldcastle Envelope Inc.
- Certain affiliates of Ozburn-Hessey Logistics LLC
- Packaging Corp. of America
- Convergys Corp. and certain affiliates thereof
- Courtyard by Marriott LP and certain affiliates thereof
- Nissan Motor Acceptance Corp. and certain affiliates thereof
- Certain affiliates of Global Innovation Corp.
- Certain affiliates of Cody Energy LLC, a Cabot Oil & Gas Co. subsidiary
- The Sherwin-Williams Co. and certain affiliates thereof
- Certain affiliates of Siemens Energy Inc.
- HHC TRS Portsmouth LLC
- CBM One LLC
- Certain affiliates of Centerpoint Energy Resources Corp.
- Certain affiliates of Centerpoint Energy Services Inc.
- Certain affiliates of EGS Electrical Group LLC (CenterPoint)
- EMC Corp.
- Certain affiliates of Energy Transfer
- Certain affiliates of Energy Transfer Fuel LP
- Certain affiliates of Tenaska Marketing Ventures
- Certain affiliates of Tenaska Power Services Co.
- Certain affiliates of Iberdrola Renewables LLC
- IN-105 Heritage III LLC
- Certain affiliates of United States Aluminum Corp. - Texas
- Certain affiliates of Three Rivers Operating Co. LLC
- Time Warner Entertainment Co. LPCertain affiliates of Transwestern

---

[1] Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of former clients. However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of former clients

- Alcoa and certain affiliates thereof
- Certain affiliates of Alcoa Contracts
- Ecolab Inc. and certain affiliates thereof
- Certain affiliates of DR Horton Inc
- Certain affiliates of WTCC Houston Mezz GP V LLC
- Certain affiliates of WTCC Houston Investors V LP
- Certain affiliates of Liberty Tire Recycling LLC
- Certain affiliates of Vought Aircraft Division of Triumph Aerostructures
- Certain affiliates of W2007 MVP Dallas LLC
- Certain affiliates of US. Silica Co.
- California State Teachers' Retirement System
- Certain affiliates of BVP Veranda Place LP
- Certain affiliates of JELD-WEN Windows & Doors
- RR Donnelley & Sons Co.
- Samsung Austin Semiconductor LP
- Salesforce.com
- Broan-Nutone Storage Solutions LP
- Certain affiliates of Boy Scouts of America.
- Certain affiliates of BNSF Railway Co.
- Boise Packaging & Newsprint LLC
- BHP Billiton
- Certain affiliates of Ethicon Inc, a Johnson & Johnson Co.
- Certain affiliates of Extended Stay America
- Certain affiliates of Extended Stay Hotels
- Certain affiliates of FSP Westchase LLC
- Certain affiliates of Granite Westchase Partners Ltd.
- Certain affiliates of Westchase Park View Landings Ltd.
- Certain affiliates of Genesys Telecommunications
- Certain affiliates of GIT Heritage IV TXLLC
- Galderma Laboratories LP
- Certain affiliates of Valero Texas Power Marketing Inc.
- Certain affiliates of ABB Inc.
- Certain affiliates of BNSF Railway Co. - Coal
- Iberdrola Renewables LLC
- EMC Corp.
- Certain affiliates of Fiserv Solutions Inc
- CTI Foods Holding Co. LLC
- Certain affiliates of Morgan Stanley Capital Group Inc.
- Certain affiliates of Morgan Stanley Capital Services LLC
- Certain affiliates of Vanguard Permian LLC
- Credit Suisse International and certain affiliates thereof
- Certain affiliates of Juniper Chimney Rock Ltd.
- Certain affiliates of Westinghouse Electric Co. LLC

2

- Certain affiliates of California State Teachers' Retirement System
- Certain affiliates of Behringer Harvard Burnett Plaza LP
- New York Mercantile Exchange
- Certain affiliates of Alcon Laboratories Inc.
- Certain affiliates of Alcon Research Ltd.
- West Afton LLC and certain affiliates thereof
- Certain affiliates of CIMA Energy Ltd.
- Certain affiliates of BorgWarner TorqTransfer Systems Inc.
- Credit Suisse International and certain affiliates thereof
- Sherwin-Williams Co. and certain affiliates thereof
- Certain affiliates of Masterfoods USA, a Division of Mars Inc.
- Certain affiliates of National Bank
- Certain affiliates of LSG Acquisition Corp.
- Certain affiliates of Earthgrains Baking Cos. Inc.
- Merrill Lynch Capital Services Inc. and certain affiliates thereof
- Certain affiliates of Merrill Lynch Commodities Inc.
- Merrill Lynch Pierce Fenner & Smith Inc. and certain affiliates thereof
- Certain affiliates of Sheraton Dall
- Certain affiliates of Sheraton Hotel
- Certain affiliates of Iberdrola Energy Services LLC
- Iberdrola Renewables Inc. and certain affiliates thereof
- Certain affiliates of KMR Park at Willowbrook LLC
- Certain affiliates of CenterPoint Energy Transition Bond Co. II LLC
- Certain affiliates of EGS Electrical Group LLC (CenterPoint)

**EFCH & TCEH Trustees**
- Morgan Stanley Senior Funding Inc. and certain affiliates thereof
- Lehman Commercial Paper Inc. and certain affiliates thereof

**EFH Bondholders**
- Certain affiliates of York Capital Management Global Advisors LLC
- RBC Capital Markets LLC and certain affiliates thereof
- Certain affiliates of Phoenix Investment Adviser LLC
- Certain affiliates of York Capital Management Global Advisors LLC
- Morgan Stanley Smith Barney LLC
- Merrill Lynch Pierce Fenner & Smith Inc. and certain affiliates thereof
- RBS Securities Inc.
- Pioneer Investment Management Inc.
- Certain affiliates of Phoenix Investment Adviser LLC

**EFIH Bondholders**
- Certain affiliates of Susquehanna Capital Group
- The Vanguard Group Inc.

- Certain affiliates of Waterstone Capital Management LP
- Western Asset Management Co. and certain affiliates thereof
- Certain affiliates of York Capital Management Global Advisors LLC
- Certain affiliates of Standard Life Investments (USA) Ltd.
- RBC Capital Markets LLC and certain affiliates thereof
- Certain affiliates of OppenheimerFunds Inc.
- Certain affiliates of Pacific Life Fund Advisors LLC
- Certain affiliates of Phoenix Investment Adviser LLC
- Pine River Capital Management LP
- ProFund Advisors LLC
- Certain affiliates of Regiment Capital Advisors
- Certain affiliates of Nuveen Asset Management LLC
- MacKay Shields LLC
- Hotchkis & Wiley Capital Management LLC
- Certain affiliates of Franklin Advisers
- Certain affiliates of York Capital Management Global Advisors LLC
- Angelo Gordon & Co. LP - Private Account
- GoldenTree Asset Management LP (US) and certain affiliates thereof
- Merrill Lynch Pierce Fenner & Smith Inc. and certain affiliates thereof
- ING Investment Management LLC and certain affiliates thereof
- Pine River Capital Management LP
- Certain affiliates of Phoenix Investment Adviser LLC
- Mackay Shields LLC
- Brigade Capital Management LLC and certain affiliates thereof, Brigade Leveraged Capital Structures Fund Ltd. and certain affiliates thereof, and certain affiliates of and Brigade Credit Fund ll Ltd., Brigade Distressed Value Master Fund Ltd., Brigade Opportunistic Credit Fund 16 LLC, Brigade Opportunistic Credit Fund 16 LLC, Brigade Opportunistic Credit Fund ICL LP, Brigade Opportunistic Credit LBG Fund Ltd., OCA Brigade Credit Fund II LLC,
- RBS Securities Inc.
- UBS O'Connor LLC
- Certain affiliates of Salient Advisors LP
- State Street Global Advisors
- Certain affiliates of Franklin Mutual Advisers LLC
- Arrowgrass Capital Partners LP.

**Investment Banks**
- Bank of America Merrill Lynch and certain affiliates thereof

**JVs & Other Affiliate Parties**
- GlC Special Investments PTE
- Government of Singapore Investment Corporation and certain affiliates thereof

4

**Landlords & Leases**
- California State Teachers' Retirement System
- Certain affiliates of California State Teachers' Retirement System

**Litigants**
- Certain affiliates of Aurelius Capital Fund Management LP

**Litigation Parties - Asbestos**
- Certain affiliates of Akzo Nobel Paints LLC
- Certain affiliates of Siemens Industry Inc.
- Alcoa and certain affiliates thereof
- Frost National Bank
- Georgia Power Co.
- Boise Cascade Corp.
- Host Hotels and Resorts LP
- Metropolitan Life Insurance Co. and certain affiliates thereof
- Minnesota Mining & Manufacturing Co. and certain affiliates thereof
- Valero Energy Corp. and certain affiliates thereof
- Certain affiliates of Union Carbide Chemicals & Plastic Co.
- Certain affiliates of Union Carbide Corp.
- Certain affiliates of Uniroyal Holding Co.
- Uniroyal Inc.
- United States Steel Corp.
- Dana Corp.
- Certain affiliates of Red Roof Franchising LLC
- Certain affiliates of FMC Corp.
- Certain affilaites of Foster Wheeler Constructors Inc.
- Certain affiliates of Foster Wheeler Energy Corp.
- Certain affiliates of Bechtel Construction Co.
- Certain affiliates of Bechtel Construction Operations Inc.
- Certain affiliates of Bechtel Corp.
- Certain affiliates of Bechtel Energy Corp.
- Certain affiliates of Bechtel Enterprise Holding Inc.
- Certain affiliates of Bechtel Environmental Inc.
- Certain affiliates of Bechtel Equipment Operations Inc.
- Bechtel Group Inc.
- Certain affiliates of Bechtel Infrastructure Corp.
- Certain affiliates of Bechtel National Inc.
- Certain affiliates of Bechtel Personnel & Operational Services Inc.
- Certain affiliates of Bechtel Power Corp.
- AO Smith Corp.
- Certain affiliates of American Standard Inc.

5

- American Honda Motor Co Inc.
- Certain affiliates of Dresser Industries
- Certain affiliates of Westinghouse Electric Corp.
- Ameren Corp. and certain affiliates thereof
- Certain affiliates of Ameren Illinois Co.
- Haveg Industries Inc.
- Joseph Sullivan
- National Oilwell Varco Inc.
- James Noble
- Certain affiliates of AES Corp.
- Certain affiliates of AERCO International Inc
- Buffalo Pumps Inc.
- A.O. Smith Corp.
- Alliant Techsystems Inc.

**Litigation Parties**
- Certain affiliates of Iberdrola Renewables LLC
- State of Delaware and certain affiliates thereof
- Certain affiliates of Franklin Bank SSB
- Certain affiliates of Aurelius Capital Master Ltd.
- Certain affiliates of ClubCorp USA Inc.
- Certain affiliates of Comerica Bank & Trust N.A.
- Valero Energy Corp. and certain affiliates thereof
- Certain affiliates of Valero Marketing & Supply Co.
- Certain affiliates of Red Roof Inns Inc.
- Certain affiliates of Reliant Energy Retail Services
- R-Roof IV LLC and certain affiliates thereof
- R-Roof VI and certain affiliates thereof
- R-Roof Funds and certain affiliates thereof
- Certain affiliates of Progress Energy Inc.
- Certain affiliates of Progress Energy Services Co LLC
- Public Service Enterprise Group Inc.
- Certain affiliates of Murphy Oil USA Inc.
- Certain affiliates of the City of New York
- Alticor Inc.
- Iberdrola Renewables Inc
- Certain affiliates of Invenergy Wind LLC
- Certain affiliates of Pension Financial Services Centurion

**Professionals**
- York Capital Management
- Certain affiliates of Pine River Credit Relative Value Master Fund Ltd
- Certain affiliates of Pine River Fixed Income Master Fund Ltd

6

- Certain affiliates of Pine River Master Fund Ltd
- Certain affiliates of Pine River Opportunistic Credit Master Fund LP
- Mason Capital and certain affiliates thereof
- Certain affiliates of Franklin Advisors
- York Capital Management
- KPMG
- Houlihan Lokey
- Apollo Management Holdings LP
- Certain affiliates of Pine River Credit Relative Value Master Fund Ltd., Pine River Fixed Income Master Fund Ltd., Pine River Master Fund Ltd., Pine River Opportunistic Credit Master Fund LP
- Mason Capital
- Arrowgrass Capital Partners LP.

## PRPs
- Nalco Chemical Co.
- Certain affiliates of Ondeo Nalco Co.
- Certain affiliates of Federal-Mogul Corp
- International Paper Co.

## Shareholders
- Certain affiliates of ABB Inc.
- Certain affiliates of Mason Capital SPV I LP
- Certain affiliates of Black Canyon Direct Investment Fund LP
- Certain affiliates of Canyon Balanced Equity Master Fund Ltd.
- Canyon Value Realization Fund LP and certain affiliates thereof
- GS Capital Partners and certain affiliates thereof
- GS Capital Partners VI Fund LP and certain affiliates thereof
- GS Capital Partners VI Parallel LP and certain affiliates thereof
- Certain affiliates of GS Global Infrastructure Partners I LP
- Certain affiliates of Mason Capital SPV I LP

## Significant Customers
- Alcoa and certain affiliates thereof
- Certain affiliates of Valero Texas Power Marketing Inc.

## Significant Vendors
- 7-Eleven Inc. and certain affiliates thereof
- Certain affiliates of ABB Inc.
- Certain affiliates of Air Liquide America Specialty Gases LLC
- Certain affiliates of Paymentech LP
- Certain affiliates of Clay Cooley Nissan
- Certain affiliates of Demag Delaval TurboMachinery Inc.
- Certain affiliates of Siemens Energy Inc.

7

- Certain affiliates of Siemens Industry Inc.
- Certain affiliates of Siemens Power Generation Inc.
- Certain affiliates of Siemens Water Technologies Corp.
- Centerpoint Energy and certain affiliates thereof
- Certain affiliates of Centerpoint Energy Gas Receivables LLC
- Certain affiliates of Centerpoint Energy Houston Electric LLC
- EMC Corp.
- Certain affiliates of Energy Transfer Fuel LP
- Time Warner Cable
- Certain affiliates of Transwestern
- Alcoa and certain affiliates thereof
- Certain affiliates of RR Donnelley Receivables
- Salesforce.com
- Certain affiliates of Boy Scouts of America
- Certain affiliates of BNSF Railway Co.
- Certain affiliates of BHP Billiton Olympic Dam Corp. Pty Ltd.
- Certain affiliates of Western Asset Institutional Government Fund
- Certain affiliates of Genesys Telecommunications Labs Inc.
- Certain affiliates of Foster Wheeler North America Corp.
- Certain affiliates of Aecom Technical Services Inc., An AECOM Co.
- Certain affiliates of ABB Inc.
- Bryan Cave LLP
- CA Inc.
- York Capital Management LP
- Certain affiliates of BNSF Railway Co.
- Nalco Co.
- Certain affiliates of Ondeo Nalco Co.
- American Trainco Inc
- Aon (Bermuda) Ltd
- Aon eSolutions Inc.
- Aon Risk Services Cos. Inc.
- Aon Risk Services Southwest Inc.
- Certain affiliates of Aggreko LLC
- Alpha Natural Resources
- Certain affiliates of Ameren Energy Generating Co
- Cassidy Turley
- Certain affiliates of Cassidy Turley Midwest Inc
- Certain affiliates of Olympus NDT Inc
- Certain affiliates of Dresser Direct
- Dresser Inc
- Neuco Inc
- National Union Fire and certain affiliates thereof
- Certain affiliates of The Eads Co.

8

- Electro-Motive Diesel Inc
- EMC Corp
- Energy Services Group
- Federal Sign Corp.
- Certain affiliates of Fisher Scientific
- Thermo Fisher Scientific
- Certain affiliates of Flir Commercial Systems Inc
- Fiserv Inc
- Open Text Inc.
- Certain affiliates of Hagemeyer North America Inc
- Hertz Equipment Rental Corp. and certain affiliates thereof
- Hitachi Data Systems and certain affiliates thereof
- Johnson Matthey Catalysts LLC
- Certain affiliates of Hitachi Power Systems America Ltd.
- Hunton & Williams
- Certain affiliates of Johnson Matthey Catalysts LLC
- Johnson Matthey Inc.
- Certain affiliates of SBCC Inc.
- KPMG LLC
- McguireWoods LLP
- Crawford and Co.
- Contech Construction Products Inc.
- Mistras Group Inc.
- Model Metrics
- Motiva Enterprises LLC
- Safway Services Inc.
- Shearman & Sterling
- Sitecore USA Inc
- Certain affiliates of Siemens Demag Delaval TurboMachinery Inc.
- CTI
- Greenbrier Rail Services
- Certain affiliates of Southwestern Bell Telephone
- Credit Suisse International and certain affiliates thereof
- WhiteFence
- Certain affiliates of Weyerhaeuser NR Co.
- Certain affiliates of United Rentals North America Inc.
- Certain affiliates of Westinghouse Electric Co. LLC
- WageWorks Inc.
- Certain affiliates of Union Pacific
- Constellation Energy and certain affiliates thereof
- Certain affiliates of Merrill Lynch Capital Services Inc., New York
- Certain affiliates of Merrill Lynch Commodities Inc.
- Merrill Lynch Pierce Fenner & Smith Inc. and certain affiliates thereof

9

- Liberty Mutual Group and certain affiliates thereof
- Certain affiliates of Thermo Electron NA LLC
- Thermo Fisher Scientific
- Thompson & Knight LLP
- Thyssenkrupp Elevator Corp. and certain affiliates thereof
- Standard & Poor's
- Certain affiliates of Invesco Aim Investment Services

### TCEH Bondholders
- RBC Capital Markets LLC and certain affiliates thereof
- Certain affiliates of RBC Investor Services
- Certain affiliates of Pacific Life Fund Advisors LLC
- Pine River Capital Management LP
- MacKay Shields LLC
- Certain affiliates of Franklin Advisers
- Wellington Management Co. LLP
- Certain affiliates of Waddell & Reed Investment Management Co.
- Certain affiliates of Taconic Capital Advisors LP
- Morgan Stanley Smith Barney LLC
- Certain affiliates of Oak Hill Advisors LP
- Merrill Lynch Pierce Fenner & Smith Inc. and certain affiliates thereof
- Pine River Capital Management LP
- Balyasny Asset Management LP (US).
- Gracie Asset Management.
- RBS Securities Inc.
- Certain affiliates of RBS Greenwich Capital.
- Hudson Bay Capital Management LP.
- MacKay Shields LLC.
- Mariner Investment Group LLC.
- Certain affiliates of Mariner LDC.
- Certain affiliates of Franklin Mutual Advisors LLC.
- Certain affiliates of Hudson Bay Capital Management LP.
- Certain affiliates of Oak Hill Advisors.
- Certain affiliates of Oz Management LP.
- SG Americas Securities LLC.
- UBS O'Connor LLC.
- Certain affiliates of Salient Advisors LP.
- State Street Global Advisors.
- MatlinPatterson Global Advisers LLC.
- Certain affiliates of Franklin Mutual Advisers LLC.
- Wellington Management Co. LLP, and certain affiliates of Aegon Custody BV RE MM High Yield Fund (Wellington Management Co. LLP), Trustees of Dartmouth College (Wellington Management Co. LLP), The Hartford Floating Rate Fund

10

(Wellington Management Co.), J. Caird Investors (Bermuda) LP (Wellington Management Co.), International Paper Co. Commingled Investment Group Trust (Wellington Management Co. LLP), J. Caird Partners LP( Wellington Management Co.), Mcquerie Investment Management (Wellington), Macy's Inc. Defined Benefit Plans Master Trust (Wellington Management Co. LLP), NGM Insurance Co. (Wellington Management Co. LLP), Oregon Public Employees Retirement Fund (Wellington), Public Employees Retirement System of Ohio (Wellington Management Co. LLP), Sun America Senior Floating Rate Fund Inc. (Wellington Management Co. LLP), UMC Benefit Board Inc. (fka General Board of Pension & Health Benefits of the United Methodist Church) (Wellington), Valic Co. II-High Yield Bond Fund (Wellington Management Co. LLP), Vanguard High Yield Corporate Fund (Wellington), Wellington Management, Wellington Management Portfolios (Dublin) plc-US$ Core High Yield Bond Portfolio (Wellington Management Co. LLP), Wellington Trust Co. NA Multiple Collective Investment Fund Trust II Core High Yield Bond Portfolio (Wellington Management Co. LLP), and Wellington Trust Co. NA Multiple Common Trust Funds Trust-Opportunistic Fixed Income Allocation Portfolio (Wellington).
- Mackay Shields LLC.
- Arrowgrass Capital Partners LP.

**TCEH First Lien Credit Agreements**
- California State Teachers' Retirement System (Artio Global)
- Certain affiliates of Vanguard High Yield Corporate Fund (Wellington)
- Certain affiliates of 2367 Western Asset Management High Income Portfolio Inc.
- Certain affiliates of 3023 - VRS Bank Loan Portfolio (Western Asset Management)
- Certain affiliates of John Hancock Fund II - Floating Rate Income Fund (Western Asset Management)
- Certain affiliates of Mt Wilson CLO II Ltd. (Western Asset Management)
- Certain affiliates of Mt Wilson CLO Ltd. (Western Asset Management)
- Certain affiliates of Western Asset Floating Rate High In Fund LLC (Western Asset Management)
- Certain affiliates of Western Asset Management
- Certain affiliates of ACP Master Ltd. (Aurelius Capital Management LP)
- Certain affiliates of Aurelius Opportunities Fund II LLC (Aurelius Capital Management LP)
- Certain affiliates of GM Canada Foreign Trust, The (FKA RBC Dexia Investor Services Trust)
- Certain affiliates of RBC Cap Markets LLC
- Certain affiliates of Oppenheimer Funds
- Certain affiliates of Oppenheimer Senior Floating Rate Fund (Oppenheimer Funds)
- Certain affiliates of Oppenheimer Master Loan Fund LLC
- Certain affiliates of Pacific Life Fund Advisors LLC
- Pacific Life Funds – PL Floating Rate Loan Fund (Eaton Vance Management)
- Pacific Life Funds – PL Floating Rate Loan Fund (Pacific Life Insurance Co.)

11

- Pacific Life Insurance Co.
- Certain affiliates of Phoenix Investment Adviser
- Certain affiliates of Phoenix Life Insurance Co (Phoenix Investment Partners)
- Certain affiliates of Regiment Capital Ltd
- XL Re Ltd (Regiment Capital)
- Certain affiliates of Nuveen Diversified Dividend & Inc Fund (Symphony Asset Mgmt)
- Certain affiliates of Nuveen Floating Rate Income Fund
- Certain affiliates of Nuveen Floating Rate Income Opp Fund (Symphony Asset Management)
- Certain affiliates of Nuveen Senior Income Fund (Symphony Asset Management)
- Certain affiliates of Nuveen Tax Advantage Total Return Strategy Fund (Symphony Asset Management)
- Certain affiliates of Guggenheim Portfolio Co X LLC (Mason Capital Management LLC)
- Mason Capital LP and certain affiliates thereof
- Certain affiliates of Mason Capital Master Fund LP
- Certain affiliates of GoldenTree Loan Opportunities III Ltd (GoldenTree)
- Certain affiliates of GoldenTree Loan Opportunities IV Ltd (GoldenTree)
- Certain affiliates of GoldenTree Loan Opportunities V Ltd (GoldenTree)
- Certain affiliates of Fire & Police Employees' Retirement System of The City of Baltimore (Mackay Shields LLC)
- Certain affiliates of Mackay Shields
- Certain affiliates of Mackay Shields Defensive Bond Arbitrage Fund Ltd.(Mackay Shields LLC)
- Certain affiliates of New York Life Insurance Co. (Guaranteed Products) (Mackay Shields)
- Certain affiliates of Franklin Advisers
- Certain affiliates of Franklin Universal Trust (Franklin Advisers Inc.)
- Certain affiliates of Teachers Retirement System of The City of New York
- Certain affiliates of Hewitt Ennisknupp Inc. (Fka Aon Investment Consulting Inc.) (JPMorgan Chase)
- Certain affiliates of International Paper Co. Commingled Investment Group Trust (Wellington Management Co. LLP)
- Certain affiliates of Advanced Series Trust AST Franklin Templeton Founding Funds Allocation Portfolio
- Certain affiliates of Franklin Templeton Variable Insurance Products Trust Franklin High Income Securities Fund (Franklin)
- Certain affiliates of Franklin Templeton Variable Insurance Products Trust Franklin Income Securities Fund
- Certain affiliates of Aegon Custody BV RE MM High Yield Fund (Wellington Management Co. LLP)
- Certain affiliates of Dartmouth College, Trustees of (Wellington Management Co. LLP)

12

- Certain affiliates of Hartford Balanced Income Fund, The (Wellington Management Co.)
- Certain affiliates of International Paper Co. Commingled Investment Group Trust (Wellington Management Co. LLP)
- Certain affiliates of J. Caird Partners LP (Wellington Mgmt Comp)
- Certain affiliates of Macys Inc. Defined Benefit Plans Master Trust (Wellington Management Co. LLP)
- Certain affiliates of NGM Insurance Co. (Wellington Management Co. LLP)
- Certain affiliates of Public Employees Retirement System of Ohio (Wellington Management Co. LLP)
- Certain affiliates of SunAmerica Income Funds - SunAmerica High Yield Bond Fund (Wellington Management Co.)
- Certain affiliates of SunAmerica Senior Floating Rate Fund Inc (Wellington Mgmt Co. LLP)
- Certain affiliates of Valic Co. II-High Yield Bond Fund (Wellington Management Co. LLP)
- Wellington Management
- Certain affiliates of Wellington Management Portfolios (Dublin) plc-US$ Core High Yield Bond Portfolio (Wellington Mgmt Co. LLP)
- Certain affiliates of Wellington Management Portfolios Dublin plc Global High Yield Bond Portfolio
- Certain affiliates of Wellington Trust Co. NA Multiple Collective Investment Fund Trust II Core High Yield Bond Portfolio (Wellington Management Co. LLP)
- Certain affiliates of Wellington Trust Co. NA Multiple Common Trust Funds Trust-Opportunistic Fixed Income Allocation Portfolio (Wellington)
- Certain affiliates of Ivy Funds VIP High Income Fka W&R Target Funds Inc-High Income Portfolio (Waddell)
- Certain affiliates of Waddell & Reed Advisors High Income Fund Inc.
- Certain affiliates of Waddell & Reed Services
- Certain affiliates of Bentham Wholesale Global Income Fund (Fka Credit Suisse Global Hybrid Income Fund)
- Certain affiliates of Bentham Wholesale Syndicated Loan Fund (Fka Credit Suisse Syndicated Loan Fund) (Credit Suisse Alternative Capital Inc.)
- Certain affiliates of Certain affiliates of Atrium III
- Certain affiliates of Atrium IV (Credit Suisse Asset Manager)
- Certain affiliates of Atrium V
- BA/CScredit 1 LLC (Credit Suisse Alternative Capital Inc.)
- Certain affiliates of Anchorage Capital LLC
- Certain affiliates of Anchorage Capital Master Offshore Ltd.
- Angelo Gordon & Co.
- Certain affiliates of AG Diversified Credit Strategies Master LP (Angelo Gordon)
- Certain affiliates of AG Global Debt Strategy Partners LP (Angelo Gordon)
- Certain affiliates of AG Super Fund International Partners LP (Angelo Gordon)
- Certain affiliates of Silver Oak Capital LLC (Angelo Gordon)

13

- Certain affiliates of Summer Hill Fixed Income AG LLC (Angelo Gordon & Co)
- Certain affiliates of Apollo Credit Funding I Ltd. (Fka Stone Tower Credit Funding I Ltd.)
- Apollo Credit Liquidity Fund LP
- TCW Asset Management
- Certain affiliates of Taconic Capital Advisors
- Certain affiliates of Taconic Master Fund 1.5 LP
- Certain affiliates of Taconic Opportunity Master Fund LP
- Morgan Stanley Senior Funding Inc
- Caspian Capital LP
- Credit Suisse International and certain affiliates thereof
- Cornell University
- Certain affiliates of Centurion CDO 8 Ltd.
- Certain affiliates of Centurion CDO 9 Ltd.
- Certain affiliates of Chimney Rock Investments
- Certain affiliates of Chimney Rock Value Fund LP
- Citadel Investment Group and certain affiliates thereof
- Certain affiliates of Citadel Securities Trading LLC (Citadel Securities)
- Certain affiliates of CVC Credit Partners
- Scoggin Capital
- Certain affiliates of Scoggin Capital Management II LLC (Fka Scoggin Capital Management LP II) (Scoggin Capital Management)
- Certain affiliates of Scoggin International Fund Ltd. (Scoggin Capital Management)
- Certain affiliates of Scoggin Worldwide Fund Ltd. (Scoggin Capital Management )
- Certain affiliates of John Hancock Fund II - Floating Rate Income Fund (Western Asset Management)
- Oaktree High Yield Fund LP (Oaktree Capital Management LP) and certain affiliates thereof
- Oaktree High Yield Plus Fund LP (Oaktree Capital Management LP) and certain affiliates thereof
- Certain affiliates of Northrop Grumman Pension Master Trust
- Certain affiliates of Oak Hill Credit Partners
- Certain affiliates of Oak Hill Credit Partners II Ltd. (Oak Hill)
- Certain affiliates of OHSF II Financing Ltd. (Oak Hill)
- Certain affiliates of Oregon Public Employees Retirement Fund (Oak Hill)
- Certain affiliates of Libertyview Capital
- Certain affiliates of Libertyview Loan Fund LLC (Liberty View Capital Managemant)
- Certain affiliates of Libra Global Ltd. (Stone Harbor)
- Credit Suisse Floating Rate High Income Fund (Fka Credit Suisse High Income Fund) (Credit Suisse Asset Management LLC (CSAM)) and certain affiliates thereof
- Certain affiliates of RGA Reinsurance Co.
- Certain affiliates of ACA CLO 2005-1 Ltd.
- Certain affiliates of ACA CLO 2006-1 Ltd.

14

- Certain affiliates of ACA CLO 2006-2 Ltd.
- Certain affiliates of ACA CLO 2007-1 Ltd.
- Certain affiliates of ACA Management LLC
- Certain affiliates of Aimco CLO Series 2005-A (Allstate Life Insurance Co.)
- Certain affiliates of Aimco CLO Series 2006-A
- Certain affiliates of Aegon Custody BV RE MM High Yield Fund (Wellington Management Co. LLP)
- Certain affiliates of Dartmouth College, Trustees of (Wellington Management Co. LLP)
- Certain affiliates of Hartford Balanced Income Fund, The (Wellington Management Co.)
- Certain affiliates of International Paper Co. Commingled Investment Group Trust (Wellington Management Co. LLP)
- Certain affiliates of J. Caird Investors (Bermuda) LP (Wellington Mgmt Comp)
- Certain affiliates of J. Caird Partners LP (Wellington Mgmt Comp)
- Certain affiliates of Macys Inc. Defined Benefit Plans Master Trust (Wellington Management Co. LLP)
- Certain affiliates of NGM Insurance Co. (Wellington Management Co. LLP)
- Certain affiliates of Public Employees Retirement System of Ohio (Wellington Management Co. LLP)
- Certain affiliates of SunAmerica Income Funds - SunAmerica High Yield Bond Fund (Wellington Management Co.)
- Certain affiliates of SunAmerica Senior Floating Rate Fund Inc (Wellington Mgmt Co. LLP)
- Certain affiliates of Valic Co. II-High Yield Bond Fund (Wellington Management Co. LLP)
- Certain affiliates of Wellington Management
- Certain affiliates of Wellington Management Portfolios (Dublin) plc-US$ Core High Yield Bond Portfolio (Wellington Mgmt Co. LLP)
- Certain affiliates of Wellington Management Portfolios Dublin plc Global High Yield Bond Portfolio
- Certain affiliates of Wellington Trust Co. NA Multiple Collective Investment Fund Trust II Core High Yield Bond Portfolio (Wellington Management Co. LLP)
- Certain affiliates of Wellington Trust Co. NA Multiple Common Trust Funds Trust-Opportunistic Fixed Income Allocation Portfolio (Wellington)
- Watershed Asset and certain affiliates thereof
- Certain affiliates of Watershed Capital Institutional Partners III LP
- Certain affiliates of Watershed Capital Partners (Offshore) Master Fund II LP (Watershed Asset Mgmt)
- Certain affiliates of Watershed Capital Partners (Offshore) Master Fund LP (Watershed Asset Mgmt)
- WellPoint Inc. and certain affiliates thereof
- Certain affiliates of Westbrook CLO Ltd. (Shenkman)
- Certain affiliates of Westwood CDO II Ltd. (Alcentra Ltd.)

15

- Certain affiliates of Stratford CLO Ltd.
- T Rowe Price and certain affiliates thereof
- Certain affiliates of T Rowe Price Inst. High Yield Fund (T Rowe)
- Certain affiliates of T Rowe Price Institutional Floating Rate Fund (T Rowe)
- Certain affiliates of Oak Hill Credit Partners, Oak Hill Credit Partners II Ltd., OHSF II Financing Ltd, and Oregon Public Employees Retirement Fund (Oak Hill)
- Certain affiliates of Oz Management LLC and Oz Special Master Fund Ltd.
- Certain affiliates of PIMCO Cayman Global Credit Alpha Fund, PIMCO Diversified Income Fund, PIMCO Floating Income Fund, PIMCO Foreign Bond Fund, PIMCO Funds Pimco Income Fund, PIMCO Global High Yield Strategy Fund, PIMCO Global Sotkcsplus & Income Fund, PIMCO High Income Fund, PIMCO, High Yield Fund, PIMCO High Yield Spectrum Fund, PIMCO Income Opportunity Fund, PIMCO Long Term Credit Fund, PIMCO Strategic Global Government Fund Inc.
- Certain affiliates of SG Distressed Fund LP Private
- State Street Bank & Trust Co.
- Certain affiliates of Guggenheim Portfolio Co. X LLC (Mason Capital Management LLC), Mason Capital LP, Mason Capital Management, Mason Capital Master Fund LP and Innocap Fund SICAV PLC in respect of Mason Sub Fund.
- Certain affiliates of Mountain View CLO II Ltd., Mountain View CLO III Ltd., and Mountain View Funding CLO 2006-1.
- Certain affiliates of MT Wilson CLO II Ltd (Western Asset Management) and MT Wilson CLO Ltd. (Western Asset Management).
- Certain affiliates of OCA Brigade Credit Fund II LLC.
- Certain affiliates of OCP Investment Trust (Onex Credit Partners LLC)
- Certain affiliates of Owl Creek Asset Management and Owl Creek Investments I LLC.
- Perry Capital, and certain affiliates of Perry Principals LLC (Perry Capital).
- Certain affiliates of Phoenix Investment Adviser LLC.
- Certain affiliates of Qualcomm Global Trading Inc. and Qualcomm Global Trading Pte Ltd.
- Ferry Street I LLC.
- Certain affiliates of Franklin Mutual Advisers LLC and Franklin Mutual.
- Iowa Public Employees Retirement System and Iowa Public Employees Retirement System (IPERS) (Oaktree Capital Management LP).
- Knight Capital Group.
- Los Angeles County Employees Retirement Association.
- Locust Street Funding LLC (Blackstone Debt Advisors (GSO Capital Partners)).
- Mackay Shields, and certain affiliates of Mackay Shields Defensive Bond Arbitrage Fund Ltd. (Mackay Shields LLC), Fire & Police Employees' Retirement System of the City of Baltimore (Mackay Shields LLC) and New York Life Insurance Co. (Guaranteed Products) (Mackay Shields).
- Madison Park Funding III Ltd., Madison Park Funding IV Ltd. (Credit Suisse Asset Manager), Madison Park Funding V Ltd. and Madison Park Funding VII Ltd., and

16

certain affiliates of Madison Park Funding I Ltd., Madison Park Funding II Ltd. and Madison Park Funding VI Ltd.
- JPMorgan Asset Management and certain affiliates thereof

**TCEH First Lien Swaps**
- Bank of America Merrill Lynch and certain affiliates thereof

**Utilities**
- Certain affiliates of Centerpoint Energy Houston
- Time Warner Cable
- Certain affiliates of Progress Energy Carolinas Inc
- Certain affiliates of Southwestern Bell Telephone

**Other**
- Carlisle Co. Inc. and certain affiliates thereof
- Texas Industries Inc.
- Certain affiliates of New York Life Capital Partners III LP
- Certain affiliates of New York Life Capital Partners III-A LP
- Certain affiliates of Rosemont Solebury Co-Investment Fund (Offshore) LP
- Rosemont Solebury Co-Investment Fund LP and certain affiliates thereof
- Certain affiliates of Sageview Capital LP
- Citgo Petroleum Corp.

**DIP Associated Parties - EFIH, TCEH**
- The Bank of Tokyo-Mitsubishi UFJ Ltd.
- Union Bank NA
- Merrill Lynch Pierce Fenner & Smith Inc. and certain affiliates thereof

**DIP Associated Parties - EFIH**
- Loop Capital Markets LLC and certain affiliates thereof

**DIP Associated Parties - TCEH**
- Mitsubishi UFJ Financial Group Inc.

**Top 50 Unsecured Creditors**
- Certain affiliates of BNSF Railway Co.
- Certain affiliates of Centerpoint Energy Services Inc.

**Debtholders**
- Centerbridge Credit Advisors LLC and certain affiliates thereof
- Certain affiliates of Centerbridge Group
- Certain affiliates of Centerbridge Special Credit Partners II LP

RLF1 10311035v.1

- Certain affiliates of Centerbridge Special Credit Partners LP
- Certain affiliates of CIFC Deerfield
- Certain affiliates of Clydesdale CLO 2003 Ltd.
- Certain affiliates of Clydesdale CLO 2007 Ltd.
- Certain affiliates of Bennet Management Corp.
- Certain affiliates of Bennett Offshore Restructuring Fund Inc.
- Certain affiliates of Bennett Restructuring Fund LP
- Certain affiliates of ACA CLO 2005-1 Ltd.
- Certain affiliates of ACA CLO 2006-1 Ltd.
- Certain affiliates of ACA CLO 2006-2 Ltd.
- Certain affiliates of ACA CLO 2007-1 Ltd.
- Certain affiliates of Anchorage Capital LLC
- Certain affiliates of Anchorage Capital Master Offshore Ltd.
- Aurelius Capital Management LP and certain affiliates thereof
- Certain affiliates of Aurelius Capital Master Ltd.
- Certain affiliates of Aurelius Opportunities Fund II LLC
- Certain affiliates of Alden Global Adfero BPI Fund Ltd.
- Certain affiliates of Alden Global Distressed Opportunities Master Fund LP
- Certain affiliates of Wilshire Institutional Master Fund II SPC - Wilshire Alden Global Event Driven Opportunities SP
- Goldman Sachs Lending Partners LLC  and certain affiliates thereof
- Certain affiliates of Leveragesource III LP
- Certain affiliates of Leveragesource III SARL
- Certain affiliates of Leveragesource V SARL
- Moore Capital and certain affiliates thereof
- Onex Credit Partners LLC and certain affiliates thereof
- Oaktree High Yield Plus Fund LP and certain affiliates thereof
- Credit Suisse Asset Management LLC (CSAM) and certain affiliates thereof
- Credit Suisse Dollar Senior Loan Fund Ltd. and certain affiliates thereof
- Credit Suisse Floating Rate High Income Fund and certain affiliates thereof
- Waddell & Reed and certain affiliates thereof
- Certain affiliates of Waddell & Reed Advisors High Income Fund Inc.
- Certain affiliates of Waddell & Reed Services
- Certain affiliates of Granite Bay Long/Short Credit Master Fund LP
- GSO/Blackstone Debt Funds Management LLC and certain affiliates thereof
- Certain affiliates of Blackstone Debt Advisors
- Certain affiliates of Blackstone Special Funding (Ireland)
- Certain affiliates of HIG Whitehorse Capital LLC
- T. Rowe Price and certain affiliates thereof
- Certain affiliates of T. Rowe Price Institutional High Yield Fund
- Certain affiliates of T. Rowe Price Institutional Floating Rate Fund

- Scoggin Capital Management and certain affiliates of Scoggin Capital Management II LLC, Scoggin Capital Management LP II, Scoggin International Fund Ltd and Scoggin Worldwide Fund Ltd.
- MatlinPatterson, and certain affiliates of MatlinPatterson Distressed Opportunities Master Account LP and MatlinPatterson Fund IV (Hedge) Master Account LP,
- Future Fund Board Guardians (Oakhill), Oakhill Credit Alpha Master Fund LP, Oak Hill Credit Opportunities Financing Ltd., Oak Hill Credit Partners, Oak Hill Credit Partners II Ltd., Oregon Public Employees Retirement Fund
- PIMCO Investments LLC, and certain affiliates of PIMCO, PIMCO Cayman Global Credit Alpha Fund, Pimco Cayman Global Credit Libor Plus Fund, Pimco Foreign Bond Fund (US Dollar- Hedged), Pimco Global High Yield Strategy Fund, Pimco High Income Fund, Pimco Long - Term Credit Fund, 2497 - PIMCO Income Strategy Fund II,
- Certain affiliates of RBS Greenwich Capital
- Certain affiliates of SG Distressed Fund LP Private
- Mason Capital and certain affiliates of Mason Capital LP, Mason Capital Management LLC, Mason Capital Master Fund LP, and Innocap Fund SICAV PLC in respect of Mason Sub Fund.
- Moore Capital.
- Certain affiliates of Mountain View CLO II Ltd., Mountain View CLO III Ltd., and Mountain View Funding CLO 2006-1.
- Certain affiliates of MT Wilson CLO II Ltd (Western Asset Management) and MT Wilson CLO Ltd. (Western Asset Management).
- Oaktree High Yield Plus Fund, L.P.
- Certain affiliates of OCA Brigade Credit Fund II LLC.
- Certain affiliates of OCP Investment Trust (Onex Credit Partners LLC).
- Certain affiliates of Owl Creek Asset Management and Owl Creek Investments I LLC.
- Perry Capital, and certain affiliates of Perry Principals LLC (Perry Capital)
- Certain affiliates of Phoenix Investment Adviser LLC, Phoenix Edge Series Fund: Phoenix Strategic Allocation Series, Phoenix Investment Partners, Phoenix Life Insurance Co., Phoenix Life Insurance Co., Phoenix Multi-Sector Short Term Bond Fund, Phoenix Multi-Sector Fixed Income Fund, Phoenix Senior Floating Rate Fund and Phoenix Edge Series Fund: Phoenix Multi Sector Fixed Income Series
- Certain affiliates of Qualcomm Global Trading Inc. and Qualcomm Global Trading Pte Ltd.
- Certain affiliates of Franklin Mutual Advisers LLC.
- Wellington Management Co. LLP, and certain affiliates of International Paper Co. Commingled Investment Group Trust (Wellington), Public Employees Retirement System of Ohio (Wellington), UMC Benefit Board Inc. (Wellington), Wellington Management Portfolios (Dublin) plc-US$ Core High Yield Bond Portfolio (Wellington Management Co. LLP), Wellington Management Portfolios (Dublin) PLC Global High Yield Bond Portfolio, Wellington Trust Co. NA Multiple Collective Investment Fund Trust II Core High Yield Bond Portfolio, and Wellington

Trust Co. NA Multiple Common Trust Funds Trust-Opportunistic Fixed Income Allocation Portfolio.

- Knight Capital Group.
- Los Angeles County Employees Retirement Association.
- Arrowgrass Capital Partners LLP, certain affiliates thereof and certain affiliates of Arrowgrass Distressed Opportunities Fund Ltd. and Arrowgrass Master Fund Ltd.
- Certain affiliates of Black Diamond Capital Management LLC, Black Diamond CLO 2005-2 Ltd and Black Diamond CLO 2005-2 Ltd. (FKA 383 Madison Funding) (Black Diamond Capital Management).
- Certain affiliates of 383 Madison Funding.

## EXHIBIT 3

### Accounting Summary

| Date | Transaction | Amount | Retainer Balance |
|------|-------------|--------|------------------|
| 9/24/13 | Invoice | 3,706.68 | (3,706.68) |
| 10/18/13 | Retainer Payment | 125,000.00 | 121,293.32 |
| 10/30/13 | Retainer Replenishment | 3,706.68 | 125,000.00 |
| 11/14/13 | Invoice | 74,395.32 | 50,604.68 |
| 1/23/14 | Invoice | 19,114.93 | 31,489.75 |
| 2/4/14 | Retainer Replenishment | 93,504.22 | 124,993.97 |
| 2/28/14 | Invoice | 6,719.70 | 118,274.27 |
| 3/10/14 | Retainer Replenishment | 6,713.25 | 124,987.52 |
| 3/25/14 | Retainer Replenishment | 26,274.80 | 151,262.32 |
| 3/25/14 | Invoice | 26,288.21 | 124,974.11 |
| 3/28/14 | Retainer Replenishment | 346,408.50 | 471,382.61 |
| 4/24/14 | Invoice | 135,122.87 | 336,259.74 |
| 4/25/14 | Retainer Replenishment | 127,263.37 | 463,523.11 |
| 5/14/14 | Invoice | 227,627.71 | 235,895.40 |
|  | Interest earned | 96.65 | 235,992.05 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## DECLARATION OF STACEY H. DORÉ IN SUPPORT OF
## THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*,
## FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO
## RETAIN AND EMPLOY RICHARDS, LAYTON & FINGER, P.A. AS
## CO-COUNSEL EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Stacey H. Doré, being duly sworn, state the following under penalty of perjury:

1.      I am the Executive Vice President, General Counsel and Co-Chief Restructuring Officer of EFH Corp., TCEH LLC, and EFIH, each located at 1601 Bryan Street, Dallas, TX 75201.

2.      I submit this declaration (the "Declaration") in support of the *Application of Energy Future Holdings Corp., et al., For Entry of an Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

### The Debtors' Selection of Counsel

3.      The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.      To that end, the review process utilized by the Debtors here assessed potential counsel based on their expertise in the relevant legal issues and in similar proceedings.  I am aware that RLF has been actively involved in numerous major chapter 11 cases and has represented debtors in many cases (including certain significant chapter 11 cases in the energy sector), including recently:  *In re USEC Inc.*, Case No. 14-10475 (CSS) (Bankr. D. Del. Apr. 21, 2014); *In re MACH Gen, LLC*, Case No. 14-10461 (MFW) (Bankr. D. Del. Apr. 10, 2014); *In re QCE Finance LLC*, Case No. 14-10543 (PJW) (Bankr. D. Del. Apr. 9, 2014*); In re MSD Performance, Inc.*, Case No. 13-12286 (PJW) (Bank. D. Del. Oct. 1, 2013); *In re Longview Power, LLC*, Case No. 13-12211 (BLS) (Bankr. D. Del. Sept. 24, 2013); *In re OnCure Holdings, Inc.*, Case No. 13-11540 (KG) (Bankr. D. Del. July 24, 2013); *In re NE Opco, Inc.*, Case No. 13-11483 (CSS) (Bankr. D. Del. July 11, 2013); *In re Homer City Funding LLC*, Case No. 12-13024 (KG) (Bankr. D. Del. Dec. 6, 2012); *In re Vertis Holdings, Inc.*, Case No. 12-12821 (CSS) (Bankr. D. Del. Nov. 20, 2012); and *In re Blitz U.S.A., Inc.*, Case No. 11-13603 (PJW) (Bankr. D. Del. Dec. 5, 2011).

5.      Ultimately, the Debtors retained RLF because of the firm's extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code. Since the Debtors retained RLF in March 2013, RLF has worked closely with the Debtors and the Debtors' proposed lead chapter 11 restructuring counsel at Kirkland & Ellis LLP to determine the best and most efficient means of prosecuting the Debtors' chapter 11 cases.  In that

regard, I believe that RLF has and will continue to work closely with the Debtors and K&E to prevent any duplication of efforts in the course of advising the Debtors in these cases.  As such, I believe that RLF is both well qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Rate Structure

6.      In my capacity as General Counsel and Co-Chief Restructuring Officer, I, and my legal team, are responsible for supervising outside counsel retained by the Debtors in the ordinary course of business.  RLF has informed the Debtors that its rates for bankruptcy representations are comparable to the rates RLF charges for non-bankruptcy representations.  As discussed below, I, and my legal team, are also responsible for reviewing the invoices regularly submitted by RLF, and can confirm that the rates RLF charged the Debtors in the prepetition period are the same as the rates RLF will charge the Debtors in the postpetition period, subject to periodic increases agreed to pursuant to the Engagement Letter.

### Cost Supervision

7.      The Debtors and RLF expect to develop a prospective budget and staffing plan to reasonably comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court for the period from April 29, 2014 to August 31, 2014, recognizing that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and RLF.  The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases.  The Debtors will continue to review the invoices that RLF regularly submits and, together with RLF, amend the budget and staffing plans periodically, as the case develops.

3

8.      As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process.   While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved, the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

*[Remainder of page intentionally left blank.]*

RLF1 10344635v.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  May 29, 2014                          Respectfully submitted,

                                              */s/ Stacey H. Doré*
                                              Stacey H. Doré
                                              Executive Vice President, General Counsel,
                                              and Co-Chief Restructuring Officer of EFH
                                              Corp., EFIH, and TCEH LLC

5