## __EXHIBIT B__

**Sassower Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF EDWARD O. SASSOWER, P.C. IN SUPPORT
OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
KIRKLAND & ELLIS LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS
IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Edward O. Sassower, P.C., being duly sworn, state the following under penalty of perjury:

1.      I am a partner in the law firm of Kirkland & Ellis LLP ("K&E"), located at 601 Lexington Ave., New York, New York 10022.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York and the United States Bankruptcy Court for the Eastern District of New York.  There are no disciplinary proceedings pending against me.

2.      I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the*

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Petition Date* (the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## K&E's Qualifications

3.    The Debtors seek to retain K&E because of K&E's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

4.    K&E has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *In re The Dolan Company*, No. 14-10614 (BLS) (Bankr. D. Del. Mar. 23, 2014); *In re Sorenson Commc'ns, Inc.*, No. 14-10454 (BLS) (Bankr. D. Del. Mar. 3, 2014); *In re Fisker Auto. Holdings, Inc.*, No. 13-13087 (KG) (Bankr. D. Del. Nov. 22, 2013); *In re Physiotherapy Holdings, Inc.*, No. 13-12965 (KG) (Bankr. D. Del. Nov. 14, 2013); *In re Longview Power, LLC*, No. 13-12211 (BLS) (Bankr. D. Del. Sept. 24, 2013); *In re Maxcom Telecomunicaciones S.A.B. de C.V.*, No. 13-11839 (PJW) (Bankr. D. Del. July 23, 2013); *In re Dex One Corp.*, No. 13-10533 (KG) (Bankr. D. Del. Mar. 18, 2013).[3]

5.    In preparing for its representation of the Debtors in these chapter 11 cases, K&E has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that K&E is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

[3]    Because of the voluminous nature of the orders cited herein, they are not attached to this Declaration.  Copies of these orders are available upon request of Debtors' proposed counsel.

## Services to Be Provided

6.      Subject to further order of the Court and that certain engagement letter effective

June 19, 2012 (the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to **Exhibit A**

to the Application, the Debtors retained K&E to render, without limitation, the following legal

services:

      **a.**      advising the Debtors with respect to its powers and duties as debtor in possession in the continued management and operation of its businesses and properties;

      **b.**      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

      **c.**      attending meetings and negotiating with representatives of creditors and other parties in interest;

      **d.**      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

      **e.**      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

      **f.**      representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

      **g.**      advising the Debtors in connection with any potential sale of assets;

      **h.**      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

      **i.**      advising the Debtors regarding tax matters;

      **j.**      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

    **k.**    performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

### Professional Compensation

7.    K&E intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure K&E will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that K&E uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that K&E uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

8.    K&E operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

9.    As discussed in more detail below, K&E's rates are subject to periodic change in the ordinary course of business. K&E's hourly rates for matters related to these chapter 11 cases from April 29, 2013, to December 31, 2013, ranged as follows:

4

| Billing Category | U.S. Range |
|---|---|
| Partners | $655-$1,150 |
| Of Counsel | $450-$1,150 |
| Associates | $430-$790 |
| Paraprofessionals | $150-$335 |

10.     K&E's current hourly rates for matters related to these chapter 11 cases as of January 1, 2014, range as follows:[4]

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $665-$1,295 |
| Of Counsel | $415-$1,195 |
| Associates | $450-$865 |
| Paraprofessionals | $170-$355 |

11.     The Debtors and K&E expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court for the period from April 29, 2014, to August 31, 2014, recognizing that in the course of these massive chapter 11 cases, there may be unforeseeable fees and expenses that will need to be addressed by the Debtors and K&E.

12.     K&E's hourly rates are set at a level designed to compensate K&E fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary

---

[4]   These ranges reflect proposed changes to K&E's billing rates that will take effect on June 1, 2014, and July 1, 2014.  K&E will make appropriate disclosures to the Court, the U.S. Trustee, and other parties in interest if the rates when finalized differ in any material respect from those listed above.  For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.

[5]   In the event K&E uses contract attorneys during these chapter 11 cases, K&E will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by K&E will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

13.    K&E represented the Debtors during the 12-month period before the Petition Date, using the hourly rates listed above.   Moreover, these hourly rates are consistent with the rates that K&E charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.   The rate structure provided by K&E is appropriate and is not significantly different from (a) the rates that K&E charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.   K&E and the Debtors have not agreed to any variations from, or alternatives to, K&E's standard billing arrangements for this engagement.

14.    It is K&E's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.   It is also K&E's policy to charge its clients only the amount actually incurred by K&E in connection with such items.   Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

15.    To ensure compliance with all applicable deadlines in these chapter 11 cases, K&E utilizes the services of overtime secretaries.   K&E charges fees for these services pursuant to the Engagement Letter between K&E and the Debtors, which permits K&E to bill the Debtors for overtime secretarial charges that arise out of business necessity.   In addition, K&E

---

[6]    For example, like many of its peer law firms, K&E typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of:  (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013.  As set forth in the Order, K&E will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

6

professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

16.     K&E currently charges the Debtors $0.13 per page for standard duplication in its offices in the United States.  Notwithstanding the foregoing and consistent with the Local Bankruptcy Rules, K&E will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases.  K&E does not charge its clients for incoming facsimile transmissions.  K&E has negotiated a discounted rate for Westlaw computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### Compensation Received by K&E from the Debtors

17.     K&E has provided, and agrees to continue to provide, assistance to the Debtors in accordance with the terms and conditions set forth in the Application and Engagement Letter.  As set forth below, on September 13, 2012, the Debtors paid $1 million to K&E as a classic retainer, and the Debtors subsequently increased the classic retainer to $6 million.  A balance of approximately $4.23 million remained as of the Petition Date.  The foregoing retainer constitutes a "classic retainer" as defined in *In re Production Associates, Ltd.*, 264 B.R. 180, 184–85 (Bankr. N.D. Ill. 2001), and *In re McDonald Bros. Construction Inc.*, 114 B.R. 989, 997–99 (Bankr. N.D. Ill. 1990).  Moreover, pursuant to the Engagement Letter, the classic retainers are property of K&E and are not held in a separate account.  As such, K&E earned the classic retainers upon receipt, and, consequently, K&E placed the amounts into its general cash account.  The amounts K&E has invoiced the Debtors against the classic retainer for professional

services and for the reimbursement of reasonable and necessary expenses incurred in connection therewith are set forth in the chart below.

18.     During the 90-day period before the Petition Date, K&E invoiced the Debtors, and the Debtors paid K&E, the following amounts:

| Type of Transaction | Billed Amount | Payment Date | Amount of Classic Retainer/Replenishment | Retainer Balance |
|---|---|---|---|---|
| Retainer Replenishment | | 2/12/2014 | $2,600,000.00 | $9,233,628,.56 |
| Invoice | $2,429,454.07 | 3/3/2014 | | $6,804,174.49 |
| Retainer Replenishment | | 3/10/2014 | $3,700,000.00 | $10,504,174.49 |
| Invoice | $3,528,600.01 | 3/21/2014 | | $6,975,574.48 |
| Retainer Replenishment | | 3/26/2014 | $3,000,000.00 | $9,975,574.48 |
| Retainer Replenishment | | 4/4/2014 | $2,600,000.00 | $12,575,574.48 |
| Invoice | $5,323,389.04 | 4/17/2014 | | $7,252,184.54 |
| Retainer Replenishment | | 4/23/2014 | $2,000,000.00 | $9,252,184.54 |
| Invoice | $4,524,493.08 | 4/28/2014 | | $4,727,691.46 |
| Invoice | $500,000 | 4/28/2014 | | $4,227,691.46 |

19.     As of the Petition Date, the Debtors do not owe K&E any amounts for legal services rendered before the Petition Date, although certain expenses and fees may have been incurred by K&E, but not yet applied to K&E's classic retainer.  Such amounts, if any, would be less than the balance of K&E's classic retainer as of the Petition Date.

20.     Pursuant to Bankruptcy Rule 2016(b), K&E has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with K&E or (b) any compensation another person or party has received or may receive.

### K&E's Disinterestedness

21.     In connection with its proposed retention by the Debtors in these chapter 11 cases, K&E undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, K&E obtained from the Debtors and their representatives the names of individuals and entities

that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  K&E has searched on its electronic database for its connections to the entities listed on **Schedule 1** hereto.  To the extent that I have been able to ascertain that K&E has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

22.    K&E and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases.  K&E has searched on its electronic database for its connection to the entities listed on **Schedule 1** attached hereto.  The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases.  Accordingly, K&E will update this Declaration as necessary and when K&E becomes aware of additional material information.  The following is a list of the categories that K&E has searched:[7]

| Schedule | Category |
|---|---|
| 1(a) | Debtor Affiliates |
| 1(b) | Joint Venture Parties |
| 1(c) | Current and Recent Former Officers and Directors |
| 1(d) | Banks |
| 1(e) | Bondholders (Secured) |
| 1(f) | Bondholder (Unsecured) |
| 1(g) | Contractual Counterparties |
| 1(h) | Debtholders |
| 1(i) | DIP Parties |
| 1(j) | Indenture Trustees |
| 1(k) | Insurers |

---

[7]    K&E's inclusion of parties in the following Schedules is solely to illustrate K&E's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

9

| Schedule | Category |
|----------|----------|
| 1(l) | Investment Banks |
| 1(m) | Landlords |
| 1(n) | Letters of Credit |
| 1(o) | Lienholders |
| 1(p) | Litigants |
| 1(q) | Litigants (Asbestos) |
| 1(r) | Potentially Responsible Parties |
| 1(s) | Professionals |
| 1(t) | Shareholders |
| 1(u) | Significant Customers |
| 1(v) | Significant Vendors |
| 1(w) | Surety Bonds |
| 1(x) | Taxing Authorities |
| 1(y) | Top 50 Unsecured Creditors |
| 1(z) | Unions |
| 1(aa) | United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members) |
| 1(bb) | Unsecured Creditors' Committee Members and Proposed Advisors |
| 1(cc) | Utilities |

23.    To the best of my knowledge, (a) K&E is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) K&E has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

24.    Listed on **Schedule 2** to this Declaration are the results of K&E's conflicts searches of the above-listed entities.[8]  For the avoidance of doubt, K&E will not commence a cause of action in these chapter 11 cases against the parties listed on **Schedule 2** that are current or ongoing clients of K&E (including parties listed below under the "Specific Disclosures"

---

[8]    As referenced in **Schedule 2**, the term "current client" means a client to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means a client to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means a client to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  As a general matter, K&E discloses connections with former clients or closed clients for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

section of this Declaration) unless K&E has an applicable waiver on file or first receives a waiver from such party allowing K&E to commence such an action.  To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Debtors to commence an action against that client, the Debtors will be represented in such particular matter by conflicts counsel.[9]

25.    Of the clients listed on **Schedule 2**, only six represented more than one percent of K&E's fee receipts for the twelve-month period ending on April 30, 2014:  Abbott Laboratories and recently spun-off company AbbVie, Inc. ("Abbott"); Bain Capital, LLC and certain of its affiliates and subsidiaries ("Bain"); BP p.l.c. and certain of its affiliates and subsidiaries ("BP"); Edison Mission Energy ("EME"); Samsung Electronics Co., Ltd. ("Samsung"); and the Debtors.[10]

26.    Abbott is a co-defendant in asbestos litigation filed against the Debtors.

27.    Certain subsidiaries/portfolio companies of Bain are parties in interest in these chapter 11 cases.  Specifically, Sungard Consulting Services and Toys R Us-Delaware, Inc. are contract counterparties of the Debtors; Securitas Security Services USA is a contractual counterparty; HD Supply Construction Ltd. is a significant vendor; Brenntag Southwest Inc. and Skillsoft Corp. are vendors; and various Sankaty Advisors LLC (an affiliate of Bain) entities, including Future Fund Board of Guardians, Nash Point CLO, Prospect Harbor Credit Partners LP, Qantas Superannuation Plan, Race Point II, CLO Limited, Race Point IV, CLO Limited, Sankaty Beacon Investment Partners LP, Sankaty Credit Opportunities (Offshore Master) IV LP,

---

[9]    Contemporaneously with the filing of the Application, the Debtors also are seeking to retain and employ Richards Layton & Finger P.A. as conflicts counsel pursuant to the *Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Richards Layton & Finger P.A. as Conflicts Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date.*

[10]   Specific percentages will be disclosed to the Office of the U.S. Trustee.

Sankaty Credit Opportunities III LP, Sankaty Credit Opportunities IV LP, Sankaty Credit Opportunities V A LP, Sankaty Credit Opportunities V A2 Master LP, Sankaty Credit Opportunities V B LP, Sankaty Drawbridge Opportunities LP, Sankaty High Income Partnership LP, Sankaty Managed Account (PSERS) LP, Sankaty Managed Account (TCCC) LP, Sankaty Managed Account (UCAL) LP, and Sankaty Senior Loan Fund LP, are lenders under the TCEH first lien credit agreement.

28.    Certain affiliates of BP are parties in interest in these chapter 11 cases. Specifically, BP America Production Co. and BP Energy Co. are contract counterparties of the Debtors; BP Energy Co. is also a significant customer of the Debtors; Amoco Chemical Corp., Arco Chemical Co., Atlantic Richfield Co., BP Products North America Inc., Nalco Chemical Co., and Welchem Inc. are potentially responsible parties with the Debtors with respect to certain potential environmental sites; and Arco Corp. is involved in an asbestos case with the Debtors as co-defendants.

29.    An affiliate of EME is a party in interest in these chapter 11 cases. Specifically, Edison Mission Marketing & Trading, Inc., is a contract counterparty.

30.    An affiliate of Samsung is a party in interest in these chapter 11 cases. Specifically, Samsung Austin Semiconductor LP is a contract counterparty.

31.    All prior and current K&E representations of Abbott, Bain, BP, EME, Samsung, and their affiliates and/or subsidiaries have been in matters unrelated to these chapter 11 cases. I do not believe these representations create conflicts, but have disclosed the connections out of an abundance of caution.

32.    The Anandarko Litigation Trust, which is not affiliated with Anadarko Petroleum Corp., represented more than one percent of K&E's fee receipts for the twelve-month period

ending April 30, 2014.  The Anadarko Litigation Trust was created to file litigation against Anadarko Petroleum in connection to the Tronox, Inc. bankruptcy.  The Anadarko Litigation Trust has no connection to these chapter 11 cases or the Debtors, but Anadarko Petroleum Corp. and certain of its affiliates are listed in **Schedule 1**.  I have disclosed this information to avoid any confusion and out of an abundance of caution.

33.    K&E's conflicts search of the parties in interest listed on **Schedules 1(a) – 1(cc)** (that K&E was able to locate using its reasonable efforts) reveals, to the best of K&E's knowledge, that those K&E attorneys and paraprofessionals who previously worked at other law firms that represented certain potential parties in interest in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at K&E.

34.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, K&E, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

35.    K&E will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, K&E will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

36.     Generally, it is K&E's policy to disclose clients in the capacity that they first appear in a conflicts search.   For example, if a client already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the client appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), K&E does not disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

37.     From time to time, K&E has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to K&E.

38.     Certain insurance companies pay the legal bills of K&E clients.  Some of these insurance companies may be involved in these chapter 11 cases.   None of these insurance companies, however, are K&E clients as a result of the fact that they pay legal fees on behalf of K&E clients.

## Specific Disclosures

39.     As specifically set forth below and in the attached exhibits, K&E represents certain of the Debtors' creditors, equity security holders, or other parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.   None of the representations described herein are materially adverse to the interests of the Debtors' estates.   Moreover, pursuant to section 327(c) of the Bankruptcy Code, K&E is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these chapter 11 cases.

**A.      Connections to Holders of Equity Interests in the Debtors.**

40.     As disclosed on **Schedule 2**, K&E currently represents, and in the past has represented, Goldman Sachs & Co., GS Capital Partners, and its affiliated investment funds and

14

portfolio companies (collectively, "Goldman Sachs"), Kohlberg Kravis Roberts & Co. LP, and

KKR Asset Management LLC (together with their other affiliates, "KKR"), and TPG Growth,

LLC, an affiliate of TPG Capital LP (together with their other affiliates, "TPG") on a variety of

matters unrelated to these chapter 11 cases. Goldman Sachs, KKR, and TPG indirectly own a

majority of the equity interests in EFH Corp. Additionally, certain Goldman Sachs and

KKR entities are members of the Debtors' lending syndicate as debtholders under the TCEH first

lien credit agreement and other secured and unsecured notes.

41.    During the chapter 11 cases, K&E will not represent Goldman Sachs, KKR, or

TPG adverse to the Debtors. Goldman Sachs, KKR, and TPG were represented by Wachtell,

Lipton, Rosen & Katz ("Wachtell") in connection with all prepetition restructuring discussions

and negotiations regarding the Debtors and their non-Debtor affiliates. Wachtell will continue to

represent Goldman Sachs, KKR, TPG, and their affiliated funds in connection with the Debtors'

chapter 11 cases. Moreover, out of an abundance of caution, each of KKR, TPG, and Goldman

has executed a waiver with regard to K&E's representation of the Debtors.

42.    All prior and current K&E representations of Goldman Sachs, KKR, and TPG

have been unrelated to these chapter 11 cases. I do not believe any prior or current

representation of Goldman Sachs, KKR, or TPG creates a conflict, but have disclosed the

connections out of an abundance of caution.

43.    K&E represented Mason Capital Management LLC ("Mason") in connection with

its co-investment in the Buyout. Mason Capital SPV I, L.P., an affiliate of Mason, contributed a

minority equity interest toward the Buyout as a part of Texas Energy Future Holdings Limited

Partnership, which in turn now owns substantially all of EFH Corp. K&E's representation of

Mason in connection with this matter has been terminated and time was last billed to the matter

in December 2007.   Mason and its affiliates are also collectively a member of an ad hoc committee of first lien debtholders of TCEH LLC and its Debtor subsidiaries (the "Ad Hoc Committee of TCEH First Lien Creditors").   While K&E continues to represent Mason in matters unrelated to these chapter 11 cases, K&E does not represent Mason in these chapter 11 cases or any matters related to the Debtors.   I do not believe that K&E's prior or current representations of Mason create a conflict, but have disclosed the connection out of an abundance of caution.

**B.      Connections to Officers and Directors.**

44.      As disclosed below and in **Schedule 2** attached hereto, K&E currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with certain of the Debtors' officers and directors.   I do not believe that K&E's current and prior representation of the affiliates, subsidiaries, and entities associated with certain officers and directors precludes K&E from being a disinterested party under the Bankruptcy Code.

45.      David Bonderman, who serves as a director of EFH Corp. and is a founding member of TPG, one of the Debtors' majority equityholders, is also a director with General Motors Company ("GM").   K&E currently represents and in the past has represented GM on a variety of matters unrelated to these chapter 11 cases.   K&E also represents Mr. Bonderman in certain of those matters.   K&E's current and prior representations of GM and Mr. Bonderman are unrelated to these chapter 11 cases or the Debtors.   I do not believe K&E's representations of Mr. Bonderman or GM create a conflict, but have disclosed the connection out of an abundance of caution.

46.      Nora Mead Brownell was a director of non-Debtor affiliate Oncor Electric Delivery Company LLC ("Oncor") until February 12, 2014.   As discussed in the First Day

Declaration, K&E has not and does not represent Oncor in any matter related to these chapter 11 cases.  Ms. Brownell is also a director of Comverge, Inc., which is owned by H.I.G. Capital, LLC. K&E represents H.I.G. and Ms. Brownell in a matter unrelated to these chapter 11 cases or the Debtors.  I do not believe this representation creates a conflict, but have disclosed the connection out of an abundance of caution.

47.     Charles H. Cremens, a Manager at EFIH, has also served as an officer or on the boards of directors of other active and inactive K&E clients, including some involved in litigation.  As a result, K&E also represented Mr. Cremens as a co-defendant in a number of matters.  All representations of Mr. Cremens or the companies he serves are unrelated to these chapter 11 cases or the Debtors.  I do not believe K&E's current or prior representations of clients for which Mr. Cremens serves in management and director capacities creates a conflict, but have disclosed the connection out of an abundance of caution.

48.     Monte E. Ford was a director of non-Debtor affiliate Oncor until February 25, 2014, and is the executive chairman and president of Aptean.  K&E represents Aptean in matters unrelated to these chapter 11 cases or the Debtors.  I do not believe this representation creates a conflict, but have disclosed the connection out of an abundance of caution.

49.     Gregory B. Kelly is an officer of the Debtor Luminant Energy Trading California Company and was formerly an officer with Calpine Corporation ("Calpine") and National Energy & Gas Transmission, Inc. ("National Energy").  K&E served as Debtors' counsel for both Calpine and National Energy.  K&E's representations of Calpine and National Energy were unrelated to these chapter 11 cases or the Debtors.  I do not believe these representations create a conflict, but have disclosed the connections out of an abundance of caution.

17

50.     Paul Keglevic is Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer to EFH Corp., TCEH LLC, and EFIH as well as serving as a director and in senior managerial roles for several other Debtors.  Mr. Keglevic was a partner at Arthur Andersen, a former client of K&E.   K&E's former representation of Arthur Andersen is unrelated to these chapter 11 cases or the Debtors.  I do not believe K&E's prior representation of Arthur Andersen while Mr. Keglevic was a partner creates a conflict, but have disclosed the connection out of an abundance of caution.

51.     Jeffrey Liaw is a director for EFH Corp., a manager for EFIH, and a director for non-Debtor affiliates Oncor Electric Delivery Holdings Company LLC and Oncor.  Mr. Liaw was once employed by Bain and served as client contact to K&E.  K&E's current and prior representations of Bain are unrelated to these chapter 11 cases or the Debtors.  I do not believe K&E's representation of Bain while Mr. Liaw was employed there creates a conflict, but have disclosed the connection out of an abundance of caution.

52.     Marc S. Lipschultz is a director of EFH Corp. and an officer of The Boyd's Collection, Ltd.  K&E acted as debtors' counsel in The Boyd's Collection's chapter 11 filing. K&E's representation of The Boyd's Collection was unrelated to these chapter 11 cases or the Debtors. I do not believe this representation creates a conflict, but have disclosed the connection out of an abundance of caution.

53.     Hugh E. Sawyer, who serves as a director of TCEH LLC, has also served as an officer or on the boards of directors of other active and inactive K&E clients.  Each of these other matters has been unrelated to these chapter 11 cases or the Debtors. I do not believe that any of K&E's current and prior representations of clients for which Mr. Sawyer serves in

management and director capacities creates a conflict, but have disclosed the connection out of an abundance of caution.

54.     Lisa M. Winston is a former officer of one of the Debtors.  K&E represents Ms. Winston in matters unrelated to these chapter 11 cases and the Debtors.  I do not believe this representation of Ms. Winston creates a conflict, but have disclosed the connection out of an abundance of caution.

**C.     Connections to Other Entities.**

55.     As disclosed below and in **<u>Schedule 2</u>** attached hereto, certain of the Debtors and their non-Debtor affiliates or other entities associated with the Debtors are creditors of entities that K&E currently represents or has represented in bankruptcy proceedings or post-effective date claims processes.  Similarly, certain parties in interest in these chapter 11 cases are current or former K&E restructuring clients.  Collectively, these entities include:  AMF Bowling Worldwide; Appleseed's Intermediate Holdings; Calpine Corp.; Cengage Learning, Inc.; Chemtura Corp.; Citadel Broadcasting Corp.; Conexant Holdings, Inc.; Dex One Corp.; The Dolan Company; EME; Fisker Automotive, Inc.; FJ Management, Inc.; GGPLP, LLC; ION Media Networks; Kimball Hill Homes, Inc.; Lear Corp; Longview Intermediate Holdings, LLC; Masonite Corp.; Motors Liquidation Co. (f/k/a General Motors); Muzak L.L.C.; Nebraska Book Co.; Neff Corp.; Physiotherapy Associates; Pipeline Data, Inc.; Sbarro LLC; Sbarro, Inc.; Sorenson Communications, Inc.; Stallion Oilfield Services, Ltd.; TMP Directional Marketing LLC; TOUSA, Inc.; U.S. Concrete, Inc.; W.R. Grace & Company; White Birch Paper Company; and YRC Worldwide.  Additionally, Bank of America, an interested party in these chapter 11 cases, owned approximately 40% of Maxcom Telecomunicaciones SAB de CV ("<u>Maxcom</u>"). K&E represented Maxcom through effectuation of its plan of reorganization in its

now-concluded chapter 11 case. K&E will not represent the Debtors, the Debtors' non-Debtor affiliates, or other entities associated with the Debtors in any matter related to other K&E clients' bankruptcy proceedings. Similarly, K&E will not represent any of its other restructuring clients against the Debtors in any of its other clients' restructuring matters. K&E's other chapter 11 representations are unrelated to these chapter 11 cases or the Debtors. I do not believe these representations create a conflict, but have disclosed the connections out of an abundance of caution.

56.    K&E represented Davidson Kempner Partners ("DKP") in connection with DKP's debt holdings in certain foreign, non-Debtor subsidiaries of the Debtors (collectively, "TXU Europe") that are in foreign receivership and/or liquidation proceedings. K&E advised DKP in relation to TXU Europe's administration proceedings and general UK insolvency advice. K&E's representation of DKP in connection with this matter has been terminated and time was last billed to the matter in April 2008. K&E does not represent TXU Europe in connection with these chapter 11 cases or otherwise. Upon information and belief, the Debtors do not retain any economic interest in TXU Europe. Further, K&E's prior representation of DKP with respect to TXU Europe is unrelated to these chapter 11 cases. I do not believe this prior representation of DKP creates a conflict, but have disclosed the connection out of an abundance of caution.

57.    K&E represents, and in the past has represented, Fidelity Investments and certain of its affiliates (collectively, "Fidelity") in a number of matters unrelated to the Debtors. Fidelity holds a significant portion of multiple Debtors' funded indebtedness. K&E's representation of Fidelity is unrelated to these chapter 11 cases and the Debtors. I do not believe K&E's

representation of Fidelity creates a conflict, but have disclosed the connection out of an abundance of caution.

58.    K&E represented GFI Energy Group ("GFI"), an affiliate of Oaktree Capital Management, LP ("Oaktree"), in a debt review of the TCEH Debtors.  K&E's representation of GFI in connection with this matter has been terminated and time was last billed to the matter in December 2010.  Oaktree is also a member of the Ad Hoc Committee of TCEH First Lien Creditors.  While K&E continues to represent Oaktree in matters unrelated to these chapter 11 cases, K&E does not currently represent Oaktree in these chapter 11 cases or currently represent Oaktree on any matters related to the Debtors.  I do not believe that K&E's past or current representations of GFI or Oaktree create a conflict, but have disclosed the connections out of an abundance of caution.

59.    K&E represents, and in the past has represented, the Government of Singapore Investment Corp. Pte. Ltd. ("GIC") and its affiliates.  One such affiliate, GIC Special Investments Ltd., is a member of the investment group Texas Transmission Investment LLC ("Texas Transmission").  Texas Transmission owns approximately 20% of Oncor.  K&E's representations of GIC and its affiliates are unrelated to this investment.  I do not believe K&E's representation of GIC and its affiliates creates a conflict, but have disclosed the connection out of an abundance of caution.

60.    K&E represented Lazard, Freres & Co. LLC ("Lazard") in its capacity as financial advisor to the Special Transactions Committee of the Board of Directors and the Board of Directors of the predecessor of EFH Corp. in connection with the Buyout.  In this regard, K&E advised Lazard in connection with Lazard's preparation of its opinions about the fairness of the consideration paid to unaffiliated shareholders in the Buyout and the summaries of those

21

opinions in the predecessor company's proxy disclosures to its shareholders. Lazard's opinions expressly did not address the solvency or fair value of the predecessor company or any other entity, including under any state, federal or other applicable laws relating to bankruptcy, insolvency or similar matters. K&E did not represent the Board of Directors or any of its committees or the Debtors' predecessor entities in connection with the Buyout. K&E's representation of Lazard in connection with this matter has been terminated and time was last billed to the matter in October 2007. I do not believe K&E's representation of Lazard creates a conflict, but have disclosed the connection out of an abundance of caution.

61.    K&E represents, and in the past has represented, certain members of the Creditors' Committee or their affiliates and certain of the Creditors' Committee's proposed advisors, including: ADA Carbon Solutions, LLC and its affiliate ADA-ES, Inc., The Bank of New York Mellon, Lazard and certain of its affiliates, and FTI Consulting, Inc. K&E's current and former representations of the members of the Creditors' Committee and their proposed advisors listed above are unrelated to these chapter 11 cases or, except as discussed above, the Debtors. I do not believe these representations create a conflict, but have disclosed the connections out of an abundance of caution.

62.    K&E represents, and in the past has represented, other members of certain ad hoc committees in these chapter 11 cases (the "Ad Hoc Debt Committees"), including: Anchorage Capital Croup LLC; Angelo Gordon & Co.; Apollo Global Management LLC; Arrowgrass Capital Partners LLP; Avenue Capital Group; Blue Mountain Capital Management L.P.; Centerbridge Group; Cyrus Capital Partners LP; Fortress Investment Group; King Street Capital Management LP; J.P. Morgan Chase & Co.; Magnetar Capital LLC; Marathon Asset Management, LP; Morgan Stanley & Co. Inc.; Oak Hill Advisors LP; Och-Ziff Capital

Management; P. Schoenfeld Asset Management LP; Taconic Capital Advisors; York Capital Management LP; and certain of their direct or indirect affiliates.  K&E's current and former representations of the members of the Ad Hoc Debt Committees listed above are unrelated to these chapter 11 cases or the Debtors.  I do not believe these representations create a conflict, but have disclosed the connections out of an abundance of caution.

63.    K&E represents, and in the past has represented, other bondholders (the "Bondholders") that are not otherwise affiliated with any Ad Hoc Debt Committee including: Abry Partners II, LLC; Aegon USA Investment Management, LLC; APG Asset Management US, Inc.; Aviva Investors North America, Inc.; Bluebay Asset Management LLP; BMO Asset Management, Inc.; Carlson Capital, L.P.; Contrarian Funds, LLC; Danske Bank; DDJ Capital Management, LLC; DuPont Capital Management Corp.; Jeffries Capital; New York Life Insurance Co.; Nuveen Asset Management, LLC; Peak6 Investments, LP; Pine River Capital Management LP; Principal Global Investors, LLC; Redwood Capital Management, LLC; Regiment Capital Advisors, LP; Salient Partners, LP; Standard Bank PLC; Thrivent Asset Management, LLC; USAA Investment Management Co.; Vector Capital Corp.; and certain of their direct or indirect affiliates.  K&E's current and former representations of the Bondholders listed above are unrelated to these chapter 11 cases or the Debtors.  I do not believe these representations create a conflict, but have disclosed the connections out of an abundance of caution.

64.    As noted above, the Debtors have, from time to time, had discussions with parties about potentially acquiring certain portions of the Debtors' business.  K&E represented two parties (the "Potential Acquirers") in these potential acquisitions.[11]  K&E has not represented a

---

[11]    The Potential Acquirers' names have not been disclosed herein because of confidentiality concerns.

Potential Acquirer for approximately five years. I do not believe these prior representations of the Potential Acquirers create a conflict, but have disclosed the connections out of an abundance of caution.

65.    K&E represented TransData, Inc. in patent litigation against various parties, including Oncor. The case is *TransData, Inc. v. Centerpoint Energy Houston Electric, LLC, et. al.*, No. 10-CV-557 (E.D. Tex. 2011) (the "TransData Litigation"). The TransData Litigation was subsequently transferred to the Western District of Oklahoma and consolidated with *In re Transdata, Inc., Smart Meters Patent Litigation*, MDL No. 2309. K&E ultimately ceased its involvement in the TransData Litigation in 2013. The TransData Litigation is unrelated to these chapter 11 cases. I do not believe this prior representation of TransData creates a conflict, but have disclosed the connection out of an abundance of caution.

**D.    Other Chapter 11 Professionals.**

66.    As disclosed in **Schedule 2** attached hereto, K&E currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seek to retain in connection with these chapter 11 cases. All prior and current K&E representations of these professionals have been in matters unrelated to the Debtors and these chapter 11 cases. K&E has not represented and will not represent any such professionals in connection with any matter in these chapter 11 cases.

67.    The Debtors intend to seek approval of their retention of Alvarez and Marsal North America, LLC ("A&M Advisory") as their restructuring advisor during the pendency of these chapter 11 cases. K&E represents Alvarez & Marsal, Inc. ("A&M Inc."), Alvarez & Marsal Capital, LLC ("A&M Capital"), A&M Capital Partners, LP ("A&M Fund"), and related entities in matters unrelated to the Debtors and these chapter 11 cases. A&M Inc., the majority

owner of A&M Advisory's parent company, Alvarez & Marsal Holdings, LLC ("A&M Holdings"), holds a significant interest in A&M Capital.  A&M Capital is an investment vehicle that indirectly serves as the general partner of A&M Fund that will make private equity investments in companies.  In addition, subject to the parameters discussed in the K&E Attorney and Employee Investments section of this Declaration, K&E person(s) have invested in A&M Fund as an Investment Fund.  Each K&E person that has invested in A&M Fund holds less than one percent of A&M Fund.

68.    In addition, Stephen Kotarba, a former K&E associate, is employed by A&M in the position of Managing Director, Paul Kinealy, a former K&E contract attorney, is employed by A&M in the position of Director, and Holden Bixler, a former K&E associate/of counsel, is employed by A&M in the position of consultant.  While employed by K&E, Mr. Kotarba's, Mr. Kinealy's, and Mr. Bixler's work was unrelated to the Debtors and these chapter 11 cases.  I do not believe these connections to A&M create a conflict, but have disclosed them out of an abundance of caution.

69.    Goldman Sachs, KKR, and TPG hired Blackstone Advisory Partners ("Blackstone") as their financial advisor in these chapter 11 cases.  K&E represents, and in the past has represented, Blackstone in matters unrelated to these chapter 11 cases or the Debtors.  K&E does not and will not represent Blackstone in connection with these chapter 11 cases.  I do not believe that K&E's current and prior representations of Blackstone create a conflict, but have disclosed the connection out of an abundance of caution.

70.    The Debtors intend to seek approval of their retention of Deloitte & Touche LLP ("Deloitte") as independent auditor.  K&E currently represents Deloitte and certain of its direct or indirect affiliates in matters unrelated to these chapter 11 cases or the Debtors.  K&E does not

and will not represent Deloitte in connection with these chapter 11 cases.  I do not believe that K&E's current and prior representations of Deloitte create a conflict, but have disclosed the connection out of an abundance of caution.

71.     The Debtors have retained, with the approval of the court, Epiq Bankruptcy Solutions, LLC ("Epiq") as their notice and claims agent pursuant to 28 U.S.C. 156(c).  The Debtors further intend to seek the retention of Epiq as administrative advisor pursuant to 11 U.S.C. 327(a).  K&E currently represents, and in the past has represented, Epiq and certain of its direct or indirect affiliates in matters unrelated to these chapter 11 cases or the Debtors.  K&E does not and will not represent Epiq in connection with these chapter 11 cases.  I do not believe that K&E's current and prior representations of Epiq create a conflict, but have disclosed the connection out of an abundance of caution.

72.     The Debtors intend to seek approval of their retention of Ernst & Young LLP ("E&Y") as tax consultant.  E&Y is also a tax consultant for an ad hoc committee of EFIH unsecured noteholders.  K&E currently represents, and in the past has represented, E&Y and certain of its direct or indirect affiliates in matters unrelated to these chapter 11 cases or the Debtors.  K&E does not and will not represent E&Y in connection with these chapter 11 cases.  I do not believe that K&E's current and prior representations of E&Y create a conflict, but have disclosed the connection out of an abundance of caution.

73.     The Debtors intend to seek approval of their retention of Evercore Group, LLC ("Evercore") as their investment banker.  K&E currently represents, and in the past has represented, Evercore and certain of its direct or indirect affiliates in matters unrelated to these chapter 11 cases or the Debtors.  K&E does not and will not represent Evercore in connection

with these chapter 11 cases.  I do not believe that K&E's current and prior representations of Evercore create a conflict, but have disclosed the connection out of an abundance of caution.

74.     The Debtors intend to seek approval of their retention of KPMG, LLP ("KPMG") as their accounting and tax advisor.  K&E currently represents, and in the past has represented, KPMG and certain of its direct or indirect affiliates in matters unrelated to these chapter 11 cases or the Debtors.  K&E does not and will not represent KPMG in connection with these chapter 11 cases.  I do not believe that K&E's current and prior representations of KPMG create a conflict, but have disclosed the connection out of an abundance of caution.

75.     The Debtors intend to seek approval of their retention of PricewaterhouseCoopers LLP ("PwC") as internal auditor.  PwC is also a tax advisor to the Ad Hoc Committee of TCEH First Lien Creditors.  K&E currently represents, and in the past has represented, PwC and certain of its direct or indirect affiliates in matters unrelated to these chapter 11 cases.  K&E does not and will not represent PwC in connection with these chapter 11 cases.  I do not believe that K&E's current and prior representations of PwC create a conflict, but have disclosed the connection out of an abundance of caution.

76.     K&E currently represents, and in the past has represented, certain professionals hired by the Ad Hoc Committees or their members to assist them in these chapter 11 cases including:  Centerview Partners; Kramer Levin Naftalis & Frankel LLP; Moelis & Co.; Navigant Consulting, Inc.; Perella Weinberg Partners; Peter J. Solomon Company Ltd.; Rothschild, Inc.; SAIC Energy Environment & Infrastructure LLC; and their direct or indirect affiliates.  K&E's current and prior representations of these professionals are unrelated to these chapter 11 cases or the Debtors.  I do not believe the representations of these professionals create a conflict, but have disclosed the connections out of an abundance of caution.

27

E.    **K&E Attorney and Employee Investments.**

77.    From time to time, K&E partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire a debt or equity security of many companies, one of which may be one of the Debtors, often without K&E's knowledge.  Each K&E person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  The Investment Fund is generally operated as a blind pool, meaning that when the K&E persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

78.    From time to time one or more K&E partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds.  Such Passive-Intermediary Entity is composed only of persons who were K&E partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some are now former K&E partners and of counsel).  Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of K&E's partners and of counsel choose to participate.  The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment

28

Funds will purchase or sell, and has no control over such purchases or sales.  And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) identity of the securities purchased, sold, or held by the Investment Fund.

79.    From time to time, K&E partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be one of the Debtors.  K&E has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work.  In this regard, all K&E attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

**F.    Other Disclosures.**

80.    K&E currently represents a potential purchaser of certain assets potentially being sold by Optim Energy, LLC ("Optim") in its chapter 11 case.  The Debtors may also participate in the sale of these assets.  Out of an abundance of caution, K&E has established screening procedures with respect the sale of Optim's assets, and no information, files, or materials related to the Optim sale will be shared among K&E attorneys assisting the Debtors in the Optim sale, on one hand, and the other potential purchaser, on the other hand.  I do not believe that K&E's involvement with the sale of Optim's assets creates a conflict, but have disclosed the connection out of an abundance of caution.

81.    Ryan Dattilo, a current K&E associate that has performed and may continue to perform work on this matter, was a law clerk for the Honorable Mary F. Walrath of the United

States Bankruptcy Court for the District of Delaware from August 2010 to September 2011.  Mr. Dattilo began working at K&E in October 2011, and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Mr. Dattilo's work for the court creates a conflict, but have disclosed the connection out of an abundance of caution.

82.     Devin DeBacker, a current K&E associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for the Honorable D. Brooks Smith of the U.S. Court of Appeals for the Third Circuit from September 2012 to September 2013.  Mr. DeBacker began working at K&E in May 2010, and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Mr. DeBacker's work for the court creates a conflict, but have disclosed the connection out of an abundance of caution.

83.     Neal Paul Donnelly, a current K&E associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for the Honorable Brendan L. Shannon of the United States Bankruptcy Court for the District of Delaware from September 2011 to September 2012.  Mr. Donnelly began working at K&E in October 2012, and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Mr. Donnelly's work for the court creates a conflict, but have disclosed the relationship out of an abundance of caution.

84.     Michael Glick, a current K&E associate that has performed prepetition work on this matter and may continue to perform work on this matter, was a law clerk for the Honorable Thomas M. Hardiman of the U.S. Court of Appeals for the Third Circuit from September 2008 to September 2009.  Mr. Glick began working at K&E in May 2006, and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Mr. Glick's work for the court creates a conflict, but have disclosed the connection out of an abundance of caution.

30

85.     Rachel Goldstein, a current K&E associate that has performed prepetition work on this matter and may continue to perform work on this matter, was a law clerk for the Honorable Thomas I. Vanaskie of the U.S. Court of Appeals for the Third Circuit from September 2011 to August 2012.  Ms. Goldstein began working at K&E in May 2010, and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Ms. Goldstein's work for the court creates a conflict, but have disclosed the connection out of an abundance of caution.

86.     Max Schlan, a current K&E associate that has performed and will continue to perform work on this matter, was a law clerk for the Honorable Kevin J. Carey, the Honorable Christopher S. Sontchi, and the Honorable Mary F. Walrath of the United States Bankruptcy Court for the District of Delaware from August 2012 to September 2013.  Mr. Schlan began working at K&E in October 2013, and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Mr. Schlan's work for the court creates a conflict, but have disclosed the connection out of an abundance of caution.

87.     Steven Wilson, n.k.a. Drew Wilson, a current K&E associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for the Honorable Sue L. Robinson of the U.S. District Court for the District of Delaware from September 2010 to September 2011.  Mr. Wilson began working at K&E in September 2011, and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Mr. Wilson's work for the court creates a conflict, but have disclosed the connection out of an abundance of caution

88.     The spouse of Ilana S. Saltzbart, an associate at K&E, is Chief of the Waste Enforcement Branch at the United Stated Environmental Protection Agency.  Out of an

abundance of caution, K&E has instituted formal screening measures to screen Ms. Saltzbart from all aspects of K&E's representation of the Debtors.

89.     James H.M. Sprayregen, a partner at K&E, worked as an attorney at K&E from July 1990 until June 2006 and rejoined the firm in December 2008. From June 2006 until December 2008, prior to rejoining the firm, Mr. Sprayregen was co-head of the restructuring group of Goldman Sachs Americas, where he advised U.S. and international clients in restructuring and distressed situations.  Certain affiliates of Goldman Sachs are holders of equity interests in the Debtors.  As described above, Goldman Sachs is a K&E client and disclosed on **Schedule 2** attached hereto.  I do not believe that Mr. Sprayregen's prior employment at Goldman Sachs creates a conflict in these chapter 11 cases, but have disclosed the connection out of an abundance of caution.

90.     The spouse of K&E partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co. (together with its affiliates, "JPMorgan").  Various JPMorgan entities either hold bonds of the Debtors or their non-Debtor affiliates, are contractual counterparties of the Debtors or their non-Debtor affiliates, are lenders to the Debtors or their non-Debtor affiliates, or are vendors of the Debtors or their non-Debtor affiliates.  Out of an abundance of caution, K&E has instituted formal screening measures to screen Ms. Witt from all aspects of K&E's representation of the Debtors.

91.     The spouse of David Zhang, a partner at K&E, is general counsel, Asia Pacific for Mariott International ("Mariott").  Marriott is contract counterparty of the Debtors.  Out of an abundance of caution, K&E has instituted formal screening measures to screen Mr. Zhang from all aspects of K&E's representation of the Debtors.

Case 14-10979-CSS    Doc 660-3    Filed 05/29/14    Page 34 of 228

92.     Furthermore, prior to joining K&E, certain K&E attorneys represented clients adverse to K&E's current and former restructuring clients.  Certain of these attorneys (the "Screened K&E Attorneys") will not perform work in connection with K&E's representation of the Debtors and will not have access to confidential information related to the representation. K&E's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened K&E Attorneys and protecting confidential information.

93.     Under K&E's screening procedures, K&E's conflicts department distributes a memorandum to all K&E attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of K&E's representation of the Debtors with the Screened K&E Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding K&E's representation of the Debtors in a manner that avoids contact with the Screened K&E Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened K&E Attorneys to the files or other information related to K&E's representation of the Debtors; and (d) to avoid contact between the Screened K&E Attorneys and all K&E personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of K&E's representation of the Debtors.  Furthermore, K&E already has implemented procedures to block the Screened K&E Attorneys from accessing files and documents related to the Debtors that are stored in K&E's electronic document managing system.

## Affirmative Statement of Disinterestedness

94.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) K&E is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section

327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors'

estates and (b) K&E has no connection to the Debtors, their creditors, or other parties in interest,

except as may be disclosed herein.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  May 29, 2014                                        Respectfully submitted,

                                                            */s/  Edward O. Sassower, P.C.*
                                                            Name: Edward O. Sassower, P.C.
                                                            Title:   Partner, Kirkland & Ellis LLP

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Edward O. Sassower, P.C. in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* (the "Sassower Declaration").[29]    Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP reviewed each entity in its records, as more fully described in the Sassower Declaration, matching the incomplete or ambiguous name.

---

[29]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Sassower Declaration.

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | Debtor Affiliates |
| 1(b) | Joint Venture Parties |
| 1(c) | Current and Recent Former Officers and Directors |
| 1(d) | Banks |
| 1(e) | Bondholders (Secured) |
| 1(f) | Bondholders (Unsecured) |
| 1(g) | Contractual Counterparties |
| 1(h) | Debtholders |
| 1(i) | DIP Parties |
| 1(j) | Indenture Trustees |
| 1(k) | Insurers |
| 1(l) | Investment Banks |
| 1(m) | Landlords |
| 1(n) | Letters of Credit |
| 1(o) | Lienholders |
| 1(p) | Litigants |
| 1(q) | Litigants (Asbestos) |
| 1(r) | Potentially Responsible Parties |
| 1(s) | Professionals |
| 1(t) | Shareholders |
| 1(u) | Significant Customers |
| 1(v) | Significant Vendors |
| 1(w) | Surety Bonds |
| 1(x) | Taxing Authorities |
| 1(y) | Top 50 Unsecured Creditors |
| 1(z) | Unions |
| 1(aa) | United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members) |
| 1(bb) | Unsecured Creditors' Committee Members and Proposed Advisors |
| 1(cc) | Utilities |

# SCHEDULE 1(a)

## Debtor Affiliates [1]

4Change Energy Company
4Change Energy Holdings LLC
Basic Resources, Inc.
Big Brown 3 Power Company LLC
Big Brown Lignite Company LLC
Big Brown Power Company LLC
Brighten Energy LLC
Brighten Holdings LLC
Collin Power Company LLC
Comanche Peak Nuclear Power Co. LLC
Dallas Power & Light Company
DeCordova II Power Company LLC
DeCordova Power Company LLC
Eagle Mountain Power Company LLC
Ebasco Services of Canada Limited
EEC Holdings, Inc.
EECI, Inc.
EFH Australia (No. 2) Holdings Company
EFH CG Holdings Company LP
EFH CG Management LLC
EFH Corporate Services Company
EFH Finance (No. 2) Holdings Company
EFH FS Holdings Company
EFH Properties Company
EFH Renewables Company LLC
EFH Vermont Insurance Company
EFIH Finance Inc.
Energy Future Competitive Holdings Company LLC
Energy Future Holdings Corp.
Energy Future Intermediate Holding Company LLC
Generation Development Company LLC
Generation MT Company LLC
Generation SVC Company

---

[1]    Certain of these entries are predecessor names of the Debtors or have other historical affiliation and have been searched out of an abundance of caution.

Greenway Development Holding Co.
Humphreys & Glasgow Limited
Lake Creek 3 Power Company LLC
Lone Star Energy Company, Inc.
Lone Star Pipeline Company, Inc.
LSGT Gas Company LLC
LSGT SACROC, Inc.
Luminant Big Brown Mining Company LLC
Luminant Energy Company LLC
Luminant Energy Trading California Company
Luminant ET Services Company
Luminant Generation Company LLC
Luminant Holding Company LLC
Luminant Mineral Development Company LLC
Luminant Mining Company LLC
Luminant Renewables Company LLC
Martin Lake 4 Power Company LLC
Monticello 4 Power Company LLC
Morgan Creek 7 Power Company LLC
NCA Development Company LLC
NCA Resources Development Company LLC
Nuclear Energy Future Holdings II LLC
Nuclear Energy Future Holdings LLC
Oak Grove Management Company LLC
Oak Grove Mining Company LLC
Oak Grove Power Company LLC
Oncor Communications Holdings Company LLC
Oncor Electric Delivery Administration Corporation
Oncor Electric Delivery Company LLC
Oncor Electric Delivery Holdings Company LLC
Oncor Electric Delivery Transition Bond Company LLC
Oncor License Holdings Complany LLC
Oncor Management Investment LLC
Sandow Power Company LLC
Southwestern Electric Service Company, Inc.
TCEH Finance, Inc.
Texas Competitive Electric Holdings Company LLC
Texas Electric Service Company, Inc.
Texas Power & Light Company, Inc.
Texas Utilities Company, Inc.
Texas Utilities Electric Company, Inc.
Tradinghouse 3 & 4 Power Company LLC
Tradinghouse Power Company LLC
TXU Eastern Finance (A) Ltd.
TXU Eastern Finance (B) Ltd.
TXU Eastern Funding Co.

TXU Electric Company, Inc.
TXU Electric Delivery Company
TXU Energy Receivables Company
TXU Energy Retail Company LLC
TXU Energy Solutions Company LLC
TXU Europe CP Inc.
TXU Europe Ltd.
TXU Finance (No. 2) Ltd.
TXU Receivables Company
TXU Retail Services Company
TXU SEM Company
Valley NG Power Company LLC
Valley Power Company LLC.

## SCHEDULE 1(b)

### Joint Venture Parties

Borealis Infrastructure Management Inc.
Collin G/G&B LLC
Fuelco LLC
GIC Special Investments Pte Ltd.
Government of Singapore Investment Corp.
Greenway/G&B Frisco LP
Greenway/G&B General LLC
MHI Nuclear America Inc.
OMERS Administration Corp.
Pantellos Corp.
Skyonic Corp.
STARS Alliance
Texas Transmission Investment LLC

## SCHEDULE 1(c)

### Current and Recent Former Officers and Directors

Acosta, Arcilia C.
Adams, Robert
Ashby, Kevin M.
Austin, Joel S.
Baker, Robert
Blevins, Michael R.
Blocker, Sano
Bonderman, David
Boswell, Barry T.
Boyle, Deborah A.
Brownell, Nora Mead
Burke, James A.
Burton, Ashley A.
Byers, Richard C.
Bys, Jay Allen
Cameron, Andrew A.
Camp, Jeffrey S.
Campbell, David A.
Caraway, Shannon Wade
Carpenter, Walter Mark
Carter, Michael L.
Casarez, Richard
Casey, John M.
Castro, Gabriel R.
Chase, Patrick Kevin
Clevenger, Don J.
Cremens, Charles H.
Davis, David M
Dennis, Deborah L.
Dore, Stacey H.
Duessel, John S.
Dunning, Thomas M.
Elk, Charles W.
Elmer, Debra L.
Enze, Charles R.
Estrada, Robert A.
Evans, Donald L.
Ewert, Cynthia L.
Ewing, Harvey P.
Faranetta, David D.
Federwisch, Richard R.
Ferguson, Thomas D.

Fischer, Michael
Fleshman, Betty R.
Flores, Rafael
Ford, Monte E.
Freiman, Brandon A.
Frenzel, Robert C.
Gary, Printice L.
Geary, John William
Gillespie, Frank P.
Glacken, Shawn
Goering, Matthew A.
Goltz, Frederick M.
Gooch, Cecily Small
Grasso, Michael Paul
Greer, James A.
Guillory, Angela Yvonne
    Williams
Guyton, Michael E.
Hays, Richard C.
Higginbotham, Theron
    Dale, Jr. "Dale"
Hill, William T., Jr.
Ho, Joseph C.
Hogan, Timothy Ross
    "Tim"
Horn, Stephen G.
Horton, Anthony R.
Howard, Carla A.
Hudson, Scott A.
Huffines, James R.
Hull, Leslie Keith
Ingerto, Craig W.
Isaac, Carlos
Jackson, Brenda L.
Jenkins, Charles W., III
Johnson, Keith
Jones, Bradley C.
Jordan, Walter E.
Kaniewski, Zbigniew
Keeter, Aden P.
Keglevic, Paul M.
Kelly, Daniel

Kelly, Gregory B.
Kerber, Kevin H.
Kirby, Carrie L.
Klein, Robert A.
Klumpp, Richard F.
Koenig, Allan J.
Kopenitz, Stephen John
Kubin, Diane J.
Landy, Richard J.
Lebovitz, Scott
Lee-Sethi, Jennifer M.
Leonard, Scott E.
Liaw, Jeffrey
Lidster, Robert J.
Lipschultz, Marc S.
Lovelace, D. Boyd
Lucas, Mitchell L.
Lynch, David Alan
MacDougall, Michael
Mack, Timothy A.
Malick, Aaron Ravi
Matsuda, Hiroshi
Mays, Russell B.
McCool, Thomas P.
McFarland, M. A.
McKaig, Paul T.
Mireles, Kimberly D.
Moldovan, Kristopher E.
Moor, Gary Lee
Moore, Stephanie Zapata
Moore, William A.
Morrissey, John L.
Morrow, Claudia
Muscato, Stephen J.
Neubecker, Greg
Nickerson, Floyd W.
Nutt, Terry
Nye, E. Allen, Jr.
O'Brien, John D.
Olson, Lyndon L., Jr.
Oney, Thomas
Oswalt, Vicki

Pallito, Patti
Pearson, Gerry Lee
Perry, Nancy F.
Peters, Kenneth J.
Peterson, M. M.
Phillips, Buckler
Pontarelli, Kenneth
Pulis, Brenda J.
Quinn, Timothy Michael
Ragland, Stephen N.
Ranger, Rheal R.
Reilly, William K.
Reyes, Paul H
Ridloff, Jason
Rod, Kelli A.
Saito, Kano
Sarich, Gregory S.
Sarver, Kolten
Sawyer, Hugh E.

Sen, Samudra
Shapard, Robert S.
Shibata, Yoshinobu
Smidt, Jonathan D.
Smith, Donald B.
Smith, Ken
Speed, Wesley R.
Spence, Norman C.
Stengel, Amy
Stevens, Cheryl B.
Stewart, John C.
Strauss, Thomas M.
Stuckey, Shawn
Suzuki, Shigemitsu
Szlauderbach, Stanley J.
Taccino, Michael, Jr.
Thompson, Von Wade
Trimble, R.D.
Tulloh, Brian T.

Vazquez, Gabriel V.
Walker, Jeffrey J.
Warren, Autry L.
Watson, Clifford A.
Wentzell, David G.
Williams, C. Michael
Williams, E. Michael
Williams, Glenn W.
Williams, Michael E.
Williams, Patrick
Williamson, Billie Ida
Winston, Lisa M.
Wortham, Richard W., III
Wright, Andrew M.
Young, John F.
Youngblood, Kneeland
Zucchet, Steven J.

# SCHEDULE 1(d)

## Banks

Bank of America NA
Bank of New York Mellon, The
Bank of Oklahoma
Bank of Texas
Chase Investments
Citibank
Deutsche Bank
Fidelity Institutional Money Market Funds - Government Portfolio
First National Bank of Granbury
Goldman Sachs Financial Square Government Fund
Invesco ATST Premier U.S. Government Money Portfolio
JPMorgan Chase Bank NA
JPMorgan Chase Bank NA (IL)
JPMorgan Chase Bank NA (NY)
JPMorgan Chase Bank NA (OH)
JPMorgan Chase Bank NA (TX)
JPMorgan Chase through Met Life
M&T Bank
Morgan Stanley Government Portfolio
Western Asset Institutional Government Fund

## SCHEDULE 1(e)

### Bondholders (Secured)

A.J. Sloane & Co.
Ahab Capital Management Inc.
AllianceBernstein LP (US)
Allianz Global Investors US LLC
American Century Investment Management
    Inc.
Anchorage Capital Group LLC
Angelo Gordon & Co.
Angelo Gordon & Co. LP - Private Account
Appaloosa Management LP
Archview Investment Group LP
Arrowgrass Capital Partners (US) LP
Artio Global Management LLC
Avenue Capital Management II LP
Aviary Capital Enterprises Inc.
Aviva Investors North America Inc.
Babson Capital Management LLC
Bank of Oklahoma
Barclays Capital Inc.
Benefit Street Partners LLC
Benida Group LLC, The
BlackRock
BlackRock Advisors LLC
Blue Mountain Capital Management LLC
BlueCrest Capital Management (New York)
    LP
BlueCrest Multi Strategy Credit Master
    Fund Ltd.
BMO Asset Management Inc.
Brigade Capital Management LLC
Brownstone Investment Group LLC
Candlewood Investment Group LP
Citi Private Bank
Claren Road Asset Management LLC
Claren Road Credit Master Fund Ltd.
Claren Road Credit Opportunities Master
    Fund Ltd.
Credit Suisse Securities (USA) LLC
Credit Value Partners LP
CSS LLC
Cyrus Capital Partners LP
Cyrus Capital Partners LP (US)

Danske Bank A/S (Asset Management)
Davidson Kempner Partners
DDJ Capital Management LLC
Deutsche Bank AG, New York Branch
Deutsche Bank Securities Inc.
Deutsche Investment Management Americas
    Inc.
DuPont Capital Management Corp.
Eaton Vance Management Inc.
Ellis Lake Capital LLC
Euroclear Bank
Federated Investment Management Co.
Fidelity Management & Research Co.
Fifth Street Capital LLC
Franklin Advisers Inc.
Franklin Advisors Inc.
Franklin Mutual Advisers LLC
Fubon Asset Management Co. Ltd.
Global Credit Advisers LLC
GoldenTree Asset Management LP (US)
Goldman Sachs
Gracie Asset Management
GSO Capital Partners LP
Hartford Investment Management Co.
Hotchkis & Wiley Capital Management
    LLC
HSBC Wealth Management Services
    (Private Account)
ING Financial Markets LLC
ING Investment Management LLC
Intermarket Corp.
Invesco PowerShares Capital Management
    LLC
JP Morgan
JP Morgan Investment Management Inc.
JP Morgan Private Bank
JP Morgan Securities LLC
JP Morgan Securities LLC (Broker)
JP Morgan Whitefriars Inc.
KS Management Corp.
Logan Circle Partners LP
Loomis Sayles & Co. LP

Lord Abbett & Co. LLC
MacKay Shields LLC
Magnetar Financial LLC
Marathon Asset Management
Marathon Asset Management LP
Mariner Investment Group LLC
Merrill Lynch Pierce Fenner & Smith Inc.
    (Broker)
MetLife Investment Advisors Co. LLC
MFS Investment Management
Morgan Stanley & Co. LLC
Mount Kellett Capital Management LP
MSD Capital LP
Muzinich & Co. Inc.
Nomura Corporate Research & Asset
    Management Inc. (US)
Nomura Securities International Inc.
Nuveen Asset Management LLC
Oak Hill Advisors LP
Oaktree Capital Management LP
Omega Advisors Inc.
Onex Credit Partners LLC
OppenheimerFunds Inc.
Otlet Capital Management LP
OZ Management LP
Pacific Life Fund Advisors LLC
Phoenix Investment Adviser LLC
PIMCO
PIMCO - Pacific Investment Management
    Co.
Pine River Capital Management LP
Pioneer Investment Management Inc.
PPM America Inc.
Principal Global Investors LLC
ProFund Advisors LLC

Prudential Investment Management Inc.
Putnam Investment Management LLC
RBC Capital Markets LLC
RBS Securities Inc.
Redwood Capital Management LLC
Regiment Capital Advisors
Salient Advisors LP
Scottish Widows Investment Partnership
    Ltd.
Seix Investment Advisors LLC
Solus Alternative Asset Management LP
Standard Life Investments (USA) Ltd.
State Street Global Advisors (SSgA)
Strategic Income Management LLC
Susquehanna Capital Group
Symphony Asset Management LLC
Taconic Capital Advisors LP
Talamod Asset Management LLC
Third Avenue Management LLC
Thrivent Asset Management LLC
UBS Global Asset Management (Americas)
    Inc.
UBS O'Connor LLC
UBS Securities LLC
Van Eck Associates Corp.
Vanguard Group Inc., The
Walnut Street Associates
WAMCO
Water Island Capital LLC
Waterstone Capital Management LP
Wells Capital Management Inc.
Western Asset Management Co.
York Capital Management Global Advisors
    LLC
Ziff Brothers Investments LLC

# SCHEDULE 1(f)

## Bondholders (Unsecured)

AEGON USA Investment Management LLC
AllianceBernstein LP (US)
American Century Investment Management Inc.
Archview Investment Group LP
Arrowgrass Capital Partners (US) LP
Avenue Capital Management II LP
Avenue Investments LP
Barclays Capital Inc.
Berkshire Hathaway Inc.
Blackrock
BlackRock Advisors LLC
BlueCrest Capital Management (New York) LP
Blue Mountain Capital Management LLC
BlueCrest Multi Strategy Credit Master Fund Ltd.
Brigade Capital Management LLC
Brownstone Investment Group LLC
Capital Research & Management Co. (US)
Chou Associates Management Inc.
Claren Road Asset Management LLC
Commerz Markets LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management LLC (US)
Credit Suisse Securities (USA) LLC
CSS LLC
Cyrus Capital Partners LP
Cyrus Capital Partners LP (US)
Danske Bank A/S (Asset Management)
Deutsche Bank AG, New York Branch
Deutsche Bank Securities Inc.
Deutsche Investment Management Americas Inc.
DO S1 Ltd.
Energy Future Holdings
Energy Future Intermediate Holdings
Euroclear Bank
Fairway Fund Ltd.
Feingold O'Keeffe Capital LLC
Fidelity Management & Research Co.

Fifth Street Capital LLC
Footprints Asset Management & Research Inc.
Fore ERISA
Fore Multi Strategy Fund Ltd.
Fore Research & Management LP
Franklin Advisers Inc.
Franklin Advisors Inc.
Franklin Mutual Advisers LLC
GAMCO Asset Management Inc.
Garland Business Corp.
Global Bond Investors SA
GoldenTree Asset Management LP (US)
Gracie Asset Management
GSO Capital Partners LP
HighTower Advisors LLC
Hudson Bay Capital Management LP
JP Morgan
JP Morgan Investment Management Inc.
JP Morgan Securities LLC
JP Morgan Whitefriars Inc.
LMA SPC
Loomis Sayles & Co. LP
Lord Abbett & Co. LLC
Luminus Management LLC
Manulife Asset Management (US) LLC
MAP 89 Segregated Portfolio
Marathon Asset Management
Marathon Asset Management LP
MatlinPatterson Global Advisers LLC
Merrill Lynch Pierce Fenner & Smith Inc.
Morgan Stanley Smith Barney LLC
MSD Capital LP
Murphy & Durieu LP
Newfleet Asset Management LLC
Nomura Corporate Research & Asset Management Inc. (US)
Nuveen Asset Management LLC
Oaktree Capital Management LP
Omega Advisors Inc.
P. Schoenfeld Asset Management LP
Pacific Life Fund Advisors LLC

Patton Albertson & Miller LLC
Penn Mutual Life Insurance Co. (Asset Management)
PFA Kapitalforvaltning Fondsmæglerselskab A/S
Phoenix Investment Adviser LLC
PIMCO
PIMCO - Pacific Investment Management Co.
Pine River Capital Management LP
Pine River Credit Relative Value Master Fund Ltd.
Pine River Fixed Income Master Fund Ltd.
Pine River Master Fund Ltd.
Pine River Opportunistic Credit Master Fund LP
Prudential Investment Management Inc.
Putnam Investment Management LLC
RBC Capital Markets LLC
RBS Securities Inc.
Relative Value Partners LLC

RidgeWorth Capital Management Inc.
Salient Advisors LP
SG Americas Securities LLC
Silver Rock Financial LLC
Solus Alternative Asset Management LP
Standard Bank PLC
State Street Global Advisors (SSgA)
Sterne Agee & Leach Inc.
Stockcross Financial Services Inc.
Third Avenue Focused Credit Fund
Third Avenue Management LLC
Third Avenue Trust
UBS O'Connor LLC
UBS Securities LLC
USAA Asset Management Co.
W.R. Huff Asset Management Co. LLC
Walnut Street Associates
Whitebox Advisors LLC
York Capital Management Global Advisors LLC

# SCHEDULE 1(g)

## Contractual Counterparties

10301 Vista Apartments LLC
10400 Sandpiper Apartments LLC
11911 Park Texas Apartments LLC
1201 Louisiana Co. LP
1201 Oaks of Brittany Apartments LLC
12500 Plaza Apartments LLC
1401 Elm Street Condominium Association
16001 Cotillion Apartments LP
2013 Multi-Family Real Estate Fund I LLC
2016 Main Owners Association Inc.
2730 Lafferty Street Apartments LP
321 Partners Ltd.
3B Dozer Service
3M Co.
4101 Pointe Apartments LLC
4150 North Macarthur Boulevard
4Front Engineered Solutions Inc.
500 Jefferson Tower (TX) LLC
5900 Crystal Springs Apartments LLC
601 Jefferson Tower (TX) LLC
667 Maxey Village Apartments LLC
7600 Royal Oaks Apartments LLC
7-Eleven Inc.
99 Cents Only Stores Texas Inc.
A.J. Bart Inc.
AB Mauri Food Inc.
ABB Inc.
Aberfeldy Properties Inc.
Abilene Christian University
Accenture
Ace Cash Express Inc.
Acuity Brands Lighting Inc.
Ada Carbon Solutions (Red River) LLC
ADM Investor Services Inc.
Advance Polybag (Texas) Inc.
Advanced Neuromodulation Systems Inc.
Advanced Pedestals Ltd.
Advent Cleaning Technology Inc.
Aegis
AEP Energy Partners LP
AER Manufacturing LP
Agero Connected Services Inc.

AIG Rail Services Inc.
Air Express International USA Inc.
Air Liquide Electronics US LP
Airtricity Forest Creek Wind Farm LLC
Akzo Nobel Functional Chemicals LLC
Albemarle Corp., a Virginia Corp.
Alcoa
Alcon Laboratories Inc.
Alcon Research Ltd.
Alimak Hek Inc.
All Saints Episcopal School
All Saints Episcopal School of Tyler
Allen Independent School District (TX)
Alliance Center - East Association
Alliance Drilling Fluids LLC
Allied Cambridge LP
Allied Electronics Inc.
Allied Petrochemical LLC
Alloy Casting Co. Inc.
Alman Construction Services
Alpha Coal Sales Co. LLC
Al's Formal Wear of Houston Ltd.
Alside Ennis Extruded Products Co.
Alstom Power Inc.
Altamonte II Ltd.
Alvin Community College
Amalgamate Processing Inc.
Amalgamate Processing Ltd.
Amaz Property Management USA Inc.
American Airlines Inc.
American Equipment Co. Inc. (AMECO)
American Film & Printing Ltd.
American General Life Insurance Co.
American Industrial Minerals LLC
American Multi-Cinema Inc.
American Porcelain Enamel Co. of Dallas
American Residential
American Spincast Inc.
American Wind Power Center
Amerimont Partners LP
Ameripower LLC
Ameron International - FCPD-Centron

ANA Properties LLC
Analytic Stress Relieving Inc.
Android Industries LLC
Angelina & Nacogdoches WCID
Anna Independent School District
Apache Corp.
Applabs Tech Pvt Ltd.
Applabs Technologies Pvt Ltd.
Applied Industrial Technologies Inc.
Aquatic Co.
Aramark Uniform Services
Aransas County Independent District (TX)
Arch Coal Sales Co. Inc.
Areva Enrichement Services LLC
Areva NC Inc.
Armet Dale Street LP
Arp Independent School District (TX)
Arrowhead Operating Inc.
Artco-Bell Corp.
Asbury Automotive Group Inc.
Ashcraft-European Bakery LP
Asher Media Inc.
Ashford TRS Sapphire VI LLC
Ashford TRS Sapphire VII LLC
Ashland Specialty Chemical Co.
Aspenwood Apartment Partners LP
Asset 1250 Mockingbird LP
Associated Materials Inc.
Atco Rubber Products Inc.
Atlas International Laundry & Dry
Atmos Energy Corp.
Atmos Pipeline-Texas
Attentus Bonham LP
Atwood Distributing GP LLC
Austin Coca Cola Bottling Co.
Austin College
Autobahn Imports LP
Autohaus LLC
Automatic Systems Inc.
Axon Pressure Products Inc.
Axon Solutions Inc.
B.G. Construction
B27 Resources Inc.
Babcock & Wilcox
Baikowski Malakoff Inc.
Baker Hughes Oilfield Operations Inc.

Ball Metal Beverage Container Corp.
Bandag
Bank of New York Mellon Trust Co., The
Bank of New York, The
Bank One Travel Card
Barclays Bank PLC
Baron Investments Ltd.
Bates Container LLC
Baylor Health Care System
Baylor Medical Center at Carrollton
Baylor Richardson Medical Center
Baylor University
Baywind Condominium Association
BC Operating Inc.
Behringer Harvard Burnet Plaza LP
Bell County WCID 3
Bell Helicopter Textron Inc.
Benchmark Industrial Services
Bendco
Beneficial Power LLC
Benetech Inc.
Benetech Inc.
Berkeley First City LP
Best Brands Corp.
BHP Billiton
Bimbo Bakeries USA Inc.
Birdsong Peanuts
Birdville Independent School District (TX)
Blaylock Industries
Blue Cross & Blue Shield
Blueknight Energy Partners LP
Bluewater Thermal Services
BNG Apartments Inc.
BNP Paribas Energy Trading GP
BNSF Railway Co.
BNSF Railway Co. - Coal
Boardwalk Motor Sports LLC
Boaz Energy LLC
Bobcat Bluff Wind Project LLC
Boca Springs LP
Bodycote Thermal Processing Inc.
Boeing Co., The
Boise Packaging & Newsprint LLC
Bollman Industries
Bonsal American Inc.
Bopco LP

Boral Material Technologies Inc.
Borden Dairy Co. of Texas LLC
BorgWarner TorqTransfer Systems Inc.
Bosqueville Independent School District
Bottom Line Food Processors Inc.
Boy Scouts of America
BP Energy Co.
Braeswood Oaks Apartments LLC
Brass Craft Western Co.
Brazos Electric Power Cooperative Inc.
Brazos Presbyterian Homes Inc.
Brazos River Authority - BRA
Brazos Valley Groundwater Conservation
    District
Brazos Wind LP
Breck Operating Corp.
Bridgestone Bandag LLC
Brilliant Energy LLC
Broadridge Output Solutions Inc.
Broadridge Securities Processing
Broan-Nutone Storage Solutions LP (Post)
Brookbend Inc.
Brougher Inc.
Brownwood Housing Authority (TX)
Buckskin Mining Co.
Buffalo Industrial Supply Inc.
Building Materials Corp. of America
Bunge Oils Inc.
Burns & McDonnell Engineering Co.
Business Jet Center Ltd.
Busycon Properties LLC
Butler Materials
Buttons LLC
BVP Veranda Place LP
Caballo Coal Co.
Cadeco Industries Inc.
Caldwell Foundation, The
California Spray Dry
California State Teachers' Retirement
California State Teachers' Retirement
    System
Calpine Energy Services LP
Caltex Feed Yard Inc.
Calvary Cathedral Inc.
Cambridge - Plano Partners MOB IV LP
Cambridge Arlington LP

Cambridge Nassau Bay LP
Cambridge Oaks
Cambridge Walnut Hill LP
Cameco Inc.
Cameron International Corp.
Canberra Industries Inc.
CapGemini America Inc.
Capital One
Caremark PCS Health LLC
Cargill Inc.
Cargill Power Markets LLC
Carlingford Apartments LLC
Carlisle Coatings & Waterproofing Inc.
Carpenter Co.
Carter Chambers LLC
Catalina Tempering - Texas Inc.
Caterpillar Financial Services Corp.
Caterpillar Global Mining Equipment LLC
CBM One LLC
CCMH Houston AP LLC
CCMH Houston Galleria LLC
CCMH Potomac LLC
CCMH Quorum LLC
Cedar Hill Independent School District (TX)
Celina Independent School District (TX)
Centennial Beverage Group LLC
Center Operating Co. LP
Centerpoint Energy Services Inc.
CenterPoint Energy Transition Bond Co. II
    LLC
Central Texas College
Central Texas Corrugated
Central Texas Water Supply
Central Transport International Inc.
Centrifugal Castings Inc.
Certainteed Corp.
Cesco Inc.
CF Chefs Inc.
CF Products LLC
CG Properties LLC
Champion Cooler Corp.
Chandler, City of (AZ)
Chaparral Steel Midlothian LP
Chapel Hill Independent School District
    (TX)
Charles Needham Industries Inc.

Charleston, The
Charming Charlie Inc.
Chemical Process & Production Inc.
Chesapeake Energy Corp.
Chesapeake Energy Marketing Inc.
Chevron Natural Gas, a division of Chevron
    USA Inc.
Chico Coffman Tank Trucks Inc.
Chief Adhesives Inc.
Children's Medical Center of Dallas
Chilton Independent School District
Choice Energy Services
Christus Spohn Health System Corp.
CIMA Energy Ltd.
Cimbar Performance Minerals Inc.
Cintas Corp.
Circle 10 Council
Citibank NA
Citigroup Energy Inc.
Clarewood House Inc.
Claye AP3 Investments LLC
Clean Energy
Clearview Electric Inc.
Clearview International LLC
Clements Nut Co.
Cletex Trucking Inc.
Cloud Peak Energy Resources LLC
Clyde Bergemann Inc.
Coastal Foods Inc.
Coca Cola Enterprises
Coca-Cola Bottling of North Texas
Coca-Cola Co., The
Cockrell Printing Co.
Cody Energy LLC
Coffee Process Technology Corp.
COG Operating LLC
Cohesive
College of the Mainland
Collier Metal Specialties Ltd.
Colonial Savings FA
Comanche Independent School District (TX)
Commons on Edgebrook LLC
Computer Engineering Services
Computer Sciences Corp.
Comverge Inc.
Conecsus LLC

Congress Holdings Ltd.
Connell Equipment Leasing Co.
ConocoPhillips Co.
Consolidated Metal Technologies LLC
Constellation Energy Commodities Group
    Inc.
Constellation New Energy - Gas Division
    LLC
Contract Powder Coating Inc.
Control Products Corp.
ConverDyn
Convergent Outsourcing
Cook Children's Medical Center
Cooper Aerobics Enterprises Inc.
Coors Distributing Co. of Fort Worth
Coral Energy Canada Inc.
Coral Energy Resources LP
Coral Island Partners Ltd.
Core Laboratories Ltd.
Corrections Corp. of America
Corsicana Technologies Inc.
Cott Beverages Inc.
Courtlandt Square Ltd.
Courtyard by Marriott LP
Cox Fence Fitting Co.
Cox Industries Inc.
Cox's Foodarama Inc.
Cracker Barrel Old Country Store Inc.
Crane Nuclear
Credit Suisse Energy LLC
Credit Suisse International
Crestwood Midstream Partners LP
Crocker Reclamation
Cronus Texas Properties LLC
Crown Cork & Seal USA Inc.
CRV PCM Portfolio II LP
Cryovac Inc.
CTE Entertainment LP
CTI Foods Holding Co. LLC
Cullen Continental II Co. LP
Cummins Southern Plains Ltd.
Cyclone Enterprises Inc.
Cypress Fairbanks Independent School
    District (TX)
Cytec Engineered Materials Inc.
D.R. Horton Inc.

Dads Club Swim Team Inc.
Dairy Pak - a Division of Blue Ridge Paper
    Products Inc.
Daisy Brand LLC
Dal-Air Investment Castings Inc.
Dallas Bar Association
Dallas City Packing Inc.
Dallas Convention Center Hotel
Dallas Country Club
Dallas County Water Control &
    Improvement District
Dallas CPT Fee Owner LP
Dallas Flat Glass Distributors Inc.
Dallas Medical Center LLC
Dallas Morning News Inc., The
Dallas Nephrology Associates
Dallas Woman's Club, The
Dallas World Aquarium Corp., The
Dallas, City of (TX)
Dal-Tile Corp.
Dan-Loc LLC
Dannon Co. Inc.
Darling International Inc.
Daryl Flood Inc.
Data Exchange
Data Systems & Solutions LLC (Rolls
    Royce)
DB Energy Trading LLC
Dealers Electrical Supply
Dean Gilbert Inc.
Deep Elem Real Estate LLC
Deer Horn Aviation Ltd. Co.
Delaware Public Utility Commission
Delaware, State of
Delek Refining Ltd.
Dell Inc.
Dell Marketing LP
Dell USA LP
Deloitte & Touche
Delta Centrifugal Corp.
Delta Petroleum Inc.
Denbury Onshore LLC
Denco of Texas Inc.
Denison Industries Inc.
Derbyshire Investments LLC
Design Tech Homes Ltd.

Deutsche Bank AG
Deutsche Bank Trust Co. Americas
Devon Gas Services LP
Dewind Frisco LLC
DIAB Inc.
Diamondback Management Services Ltd.
Digital - Bryan Street Partnership LP
Dillard Store Services Inc.
Direct Energy LP
Direct Fuels LLC
Display Source Design & Factory Ltd.
Diversified Ceramics Corp.
DLR Restaurant Group Inc.
Do It Best Corp.
Dolgencorp of Texas Inc.
Dollins Pecan Co. Inc.
Don Miguel Mexican Foods Inc.
Double-E Inc.
Doyenne Constructors LLC
Dr. Pepper Bottling Co. of Texas
DRH Worthington Tenant General
DRH Worthington Tenant LP
DST Output Central LLC
DTE Energy Trading Inc.
Duncanville Independent School District
    (TX)
Durham Pecan Co.
Earthgrains Baking Cos. Inc.
Eastex Forest Products
Eastex Lumber & Supply LLC
Eastland Memorial Hospital
EBAA Iron Inc.
Eckel Manufacturing Co. Inc.
Ecolab Inc.
Economy Mud Products Co.
EDF Trading North America LLC
Edward Don & Co.
EECU
EGS Electrical Group LLC
El Campo, City of (TX)
El Dorado Way Condominium Association
El Paso Energy Service Co.
El Paso Natural Gas Co.
Electric Reliability Council of Texas Inc.
    (ERCOT)
Elm Street Portfolio LP

EMC Corp.
Enbridge Energy Partners LP
Encore Wire Corp.
Enduro Composites Inc.
Energy America LLC
Energy Transfer Fuel LP
EnergySolutions Services Inc.
EnerVest Operating LLC
Enhanced Powder Coating LLC
Ensuren Corp.
Enterprise Products Operating LLC
Enterprise Texas Pipeline
Equant Inc.
ER Solutions Inc.
Ergon Asphalt & Emulsions Inc.
Ernst & Young LLP
ESL Construction Ltd.
Essent Healthcare Inc.
Essilor of America Inc.
ETC Katy Pipeline Ltd.
ETC Marketing Ltd.
Etech Inc.
Ethicon Inc., a Johnson & Johnson Co.
Examination Management Services Inc.
Exelon Generation Co. LLC
Extended Stay
F.L. Motheral Co.
Fairfield, City of (TX)
Falcon Resources Inc.
Falcon Steel Co.
Falls of Deer Park LP
Family Dollar Distribution LLC
Family Dollar Stores of Texas LLC
Fantome Tower LP
Federal Home Loan Bank
Federation of State Medical Boards, The
Fehr Foods Inc.
Fiberspar Linepipe LLC
Fidelity Real Estate Co. LLC
Finley Resources Inc.
First Baptist Church of Midland Texas, The
First Co.
First Tennessee Bank National
First Union Rail Corp, a Wells Fargo Co.
Fiserv Solutions Inc.
Fisher Controls International LLC

FL Smidth Airtech Inc.
Flagship Rail Services LLC
Flake Industrial Services Inc.
Flanders Electric Inc.
Fleischmann's Yeast
Flexible Foam Products Inc.
Flint Hills Resources LP
Florestone Products Co.
Florida Power & Light Co.
Flour Bluff Independent School District
Flowers Baking Co. of Houston LLC
Fluor Enterprises Inc.
Fluor Global Services
Forest Creek Wind Farm LLC
Forge USA
Fort Bend Independent School District (TX)
Fort Worth Aluminum Foundry Inc.
Fort Worth Club of Fort Worth
Fort Worth Community Credit Union
Fort Worth Housing Authority
Fort Worth Independent School District
Fort Worth Laundry & Dry Cleaners Inc.
Forward Manufacturing Co.
Fossil Creek Land Partners Inc.
Fossil Partners LP
Four Seasons Hotel Houston
FPG-DMT Harwood LP
FPL Energy Pecos Wind I LLC
FPL Energy Pecos Wind II LLC
FPL Energy Power Marketing Inc.
Frank Kasmir Associates Inc.
Frank Kent Motor Co.
Frazier & Frazier Industries Inc.
Freepoint Commodities LLC
Fresnel Technologies Inc.
Friedkin Cos. Inc.
Fritz Industries Inc.
Frontier General Insurance Agency
Fry at Grand Inc.
FSI International Inc.
FSP Westchase LLC
FTI Industries Inc.
G&K Services
Gaidos of Galveston Inc.
Gainesville Foundry Inc.
Galderma Laboratories LP

Galperti Inc.
GAP Roofing LP
GAP Roofing of Texas LLC
Garland, City of (TX)
Gatesco QM Ltd.
GATX Corp.
GATX Financial Corp., Rail Division
GC Packaging LLC
GCR Truck Tire Centers Inc.
GE Foodland Inc.
Genecov Group Inc., The
General Aluminum Corp.
General Dynamics OTS (Garland) LP
General Magnaplate Texas Inc.
General Motors LLC
Genesys Telecommunications Laboratories
    Inc.
Georg Fischer Central Plastics LLC
George W, Bush Foundation, The
Georgetown Healthcare System
Georgia-Pacific Corrugated LLC
Gerdau Ameristeel
Gerland Corp.
GH Partners LLC
GIT Heritage IV TX LLC
Gleco Plating Inc.
Global Innovation Corp.
Global Rail Systems Inc.
Globix Rolling Creek LLC
Goat Wind LP
Golden Leaf Inc.
Goldman Sachs & Co.
Goldsmith, City of (TX)
Gorman Milling Co. Inc.
GPI Real Estate Management Corp.
GPI Spectrum LLC
Grace Presbyterian Ministries
Graham Packaging Co. LP
Graham, City of (TX)
Grande Communications Networks LLC
Grandview, City of (TX)
Granite Weslayan Partners Ltd.
Granite Westchase Partners Ltd.
Grapevine DCJ LLC
Green Tree Country Club Inc.
Greene Tweed & Co. I LP

Greif Inc.
Griffs of America Inc.
Grocers Supply Co. Inc., The
Gruma Corp.
GSC Enterprises Inc.
GSHS Administrative Services Organization
Guardian Equity Management LLC
Gulf Coast Waste Disposal Authority
Gulf South Pipeline Co. LP
Gulfstream Aerospace LP
Guy Brown Management LLC
GYB Management Services LLC
H&M Resources LLC
H.B. Fuller Co.
H.E.F. Houston LP
Halliburton Energy Services Inc.
Hanson Pipe & Precast LLC
Hanson Pipe & Products, Pressure Pipe
    Division
Harbison-Fischer Manufacturing Co.
Har-Conn Aerospace Inc.
Har-Conn Chrome Co. of Texas, The
Harlans Supermarkets Inc.
Harvest Management Sub LLC
Hawk Installation
HBSN Investment Co. LLC
HCL America Inc.
HCM Utah Inc.
HCRI Dallas Medical Facility LLC
HCRI Nassau Bay Medical Facility LLC
HCRI Plano Medical Facility LLC
HDR Engineering Inc.
Head Start of Greater Dallas Inc.
Headwaters Resources Inc.
HealthSouth Corp.
HealthTrust Purchasing Group LP
Heath, City of (TX)
HEB Grocery Co. LP
Henry Co.
Hensley Industries Inc.
Heritage Apartments
Heritage Bag Co.
Heritage Hotels Rockport LLC
Heritage Madison Tri Associates LP
Hermosa Group LLC
Hewitt Ennisknupp Inc.

Hewlett Packard
HHC TRS Portsmouth LLC
Highland Park Presbyterian Church
Highlands Educational Corp., The
Hilite Industries
Hilite Industries Automotive LP
Hillcrest Baptist Medical Center
Hill-Lake Gas Storage LP
Hilton DFW
Hilton Houston Post Oak
Hines Louisiana Walker One LP
Hines REIT 2800 Post Oak LP
Hi-Pro Feeds Inc.
HK Capital LLC
HM Dunn Co. Inc.
HM Equity Management LLC
Hobas Pipe USA LP
Hobbs Leasing Inc.
Hohman Associates LLC
Holcim (Texas) LP
Hollinee Filtration
Hollinee LLC
Holly Hall Townhomes Homeowners
    Association Inc.
Holt Cat
Holt Texas Ltd.
Holtec International
Hood Flexible Packaging Corp.
Hopkins County Memorial Hospital
Hotel Adolphus
Hotel Inter-Continental Dallas
Houston County WCID #1
Houston Pipe Line Co. LP
Houston Pizza Venture LP
Houston Plating & Coatings LLC
HPT TRS MRP Inc.
HTC Industries
Hubbard Feeds Inc.
Hudson Products Corp.
Hulen Office Plaza Partners Ltd.
Humphrey & Associates Inc.
Hunt Memorial Hospital District
Hunter Panels LLC
HVM LLC
Hydro Conduit of Texas LP
Hydrocarbon Exchange Corp.

Iberdrola Energy Services LLC
Iberdrola Renewables Inc.
IBM Corp.
Ice Embassy Inc.
iCrossing Inc.
IFS Industries Inc.
Igloo Products Corp.
Ignite Restaurant Group Inc.
Imperial Landing
IN-105 Heritage III LLC
Independence Hall Mutual Housing
    Association
Independent Bankers Financial Corp.
Independent Pipe Products Inc.
Indian Mesa Wind Farm LLC
Indian Rubber Co. Inc.
Industrial Lubricant Co.
Infinite Electric LLC
Ingersoll-Rand Co. - Trane/ASBS
Inland American Lodging Dallas Akard
    TRS LP
Inspiring Body of Christ Church
Intecom
Integrated Power Services LLC
Integrated Test Corp.
Integrity Ashford Court LLC
Integrity Pointe LLC
Intelligent Epitaxy Technology Inc.
Interceramic Manufacturing Inc.
Interim Management Group Inc.
Intermex Products USA Ltd.
International Paper Co.
Interstate Forging Industries
Invensys Process Systems
Inwood Manor Condominium Association
Iowa Park, City of (TX)
IPROC Dallas LLC
Irving Bible Church of Irving Texas
Irving, City of (TX)
ista North America Inc.
ITC Management Co. Inc.
Itochu Corp.
J Mac Tool Inc.
J&S Construction LLC
J. Aron & Co.
J.M. Davis Inc.

J.P. Morgan Securities LLC
Jacinto City, City of (TX)
Jacintoport International LLC
Jacksboro Independent School District (TX)
Jacksboro, City of (TX)
Jacksonville, City of (TX)
Jagoe-Public Co.
Jalapeno Tree Holdings LLC
James O Carter Enterprises Inc.
Jaster-Quintanilla Dallas LLP
JAW Equity Management LLC
Jeld-Wen Windows & Doors
JNJ Apartments Inc.
Jones-Blair Co.
Jostens Inc.
JPMorgan Chase Bank NA
Jpmorgan Ventures Energy Corp.
Juniper Chimney Rock Ltd.
Kansas City Southern (KCS) Railway
Kansas City Southern Railway - Coal
KapStone Container Corp.
Katoen Natie Gulf Coast Inc.
Katy Independent School District (TX)
Katy Motels Inc.
Kemlon Products & Development
Kennedale Independent School District
Kerrville Public Utility Board (TX)
Key Equipment
Kimberly-Clark Corp.
Kinder Morgan Inc.
Kinder Morgan Tejas Pipeline LLC
Kinder Morgan Texas Pipeline LLC
KLTV
KMR Park at Willowbrook LLC
KNG Enterprises Inc.
Koch Materials Co.
Kode Novus I LLC
Kode Novus II LLC
Kodiak Management Co. LLC
Kone Inc.
Koral Industries Inc.
Kroger Co.
KTRK Television Inc.
KW Industries Inc.
Kwikset Corp.
L-3 Communications

L-3 Communications Integrated Systems LP
Laboratory Corp. of America
Laboratory Tops Inc.
Lafayette Green Apartments
Laguna Tubular Products Corp.
Lake Country Church
Lalani Lodging Inc.
Lamar Council of Owners, The
Lance Inc.
Land O'Lakes Purina Feed LLC
Land Rover Dallas LP
Landers Machine Co.
Landes Foods LLC
LaSalle National Leasing Corp.
LB Crescent City LP
LB Crescent Park LP
LCRA Transmission Services Corp.
Leaman Building Materials Inc.
Lee College District
Leeland Baking Co. LLC
Leggett & Platt Inc.
Leonora Glen LLC
Leon's Fine Foods Inc.
Leo's Foods Inc.
Lewis Operating Corp.
Lexington Acquiport Colinas LP
LG Apartments LLC
LH 2007 Properties LLC
Liberty Carton Co.
Liberty Tire Recycling LLC
Life Outreach International
Lincoln Technical Institute Inc.
Lindale Rural Water Supply Corp.
Little Pringle 1 LLC
Little Pringle 2 LLC
Loch Energy Square LP
Lockheed Martin Corp.
Lockheed Martin Services Inc.
Lone Star Beef Processors LP
Lone Star Fasteners LLC
Lone Star Industries Inc.
Lonestar Consulting Group LLC, The
Louisiana Energy Services
LPC GSA LLC
LSA - Cleanpart Texas LP
LSG Acquisition Corp.

LST Heat Treating LLC
LTP Inc.
LTTS Charter School Inc.
Luminator Holding LP
M Crowd Restaurant Group Inc.
M&H Crates Inc.
M&L Fort Worth Partners Ltd.
MAALT LP
Mabank, City of (TX)
Mac Haik Chevrolet Ltd.
Macquarie Energy LLC
Macquarie Futures USA Inc.
Macquarie Futures USA LLC
Mac's Snacks Inc.
Madden Galvanizing LLC
Madix Inc.
Magnolia Independent School District (TX)
Mainstream Venture Ltd.
Malones Food Stores LLC
Mamo Enterprises
Marb Farms
Marco Co. LP, The
Mario Sinacola & Sons
Marketing Management Inc.
Marriott 2012 - Housing Horizons LLC
Marriott Corp., The
Marriott12 - HPT TRS MI-135 Inc.
Marsh, Tony C.
Martens, Henry S.
Martin Linen Supply Co.
Martin Sprocket & Gear Inc.
Martindale Feed Mill
Mary Kay Inc.
Mastercraft Business Forms Inc.
Masterfoods USA, a Division of Mars Inc.
Master-Halco Inc.
Mattel Inc.
McDonald Technologies
McKinney Independent School District (TX)
McKinney, City of (TX)
McLennan County Fair Inc.
MEMC Electronic Materials (SW) Inc.
Memorial Medical Center
Menard Independent School District (TX)
Menil Foundation Inc.
Merico Abatement Contractors Inc.

Merrill Lynch Capital Services Inc.
Merrill Lynch Commodities Inc.
Merrill Lynch Pierce Fenner & Smith
Merritt Hawkins & Associates
Mesquite Independent School District (TX)
Mestek Inc.
Metco Environmental Inc.
Methodist Hospitals of Dallas
Metrocrest Hospital Authority
Metroplex Adventist Hospital Inc.
Mexico, Consulado General de / Mexico,
    Consulate General of
Michael Angelo's Gourmet Foods Inc.
Microsoft Licensing GP
Mid-East Texas Groundwater Conservation
    District
Midway ISD
Millwood Hospital LP
Mine Service Ltd.
Mission Foods
Missouri MPP
Mitek Corp.
Mitsui Rail Capital LLC
Modesto Tallow Co.
Mohawk Labs, Div. NCH Corp.
Moody Gardens Inc.
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services LLC
Mori Seiki USA Inc.
Moritz Chevrolet Ltd.
Moritz Partners LP
Morningstar Foods Inc.
Mortex Products Inc.
Mosaic Marina LP
Moss Bluff Hub Partners LP
Mother Parkers Tea & Coffee USA Ltd.
Motiva Enterprises LLC
Movie Tavern Inc.
MP Industries Inc.
MSA Development LLC
Muenster Milling Co.
Munich Re Trading Ltd.
Munro's Uniform Services LLC
Munters Corp.
Muscatine Power & Water
Museum of Nature & Science

MW Crow Inc.
N.J. Malin & Associates LLC
Nachas Inc.
Nacogdoches County Hospital District
Nacogdoches Memorial Hospital
Nalco Co.
Nan Ya Plastics Corp. USA
National Bank of Central Texas
National Gypsum Co.
National Pump & Compressor
National Rail Car Inc.
National Tank Co.
Natural Gas Exchange Inc.
Navarro College
Navarro Pecan Co. Inc.
Navika Capital Group LLC
Navistar Inc.
Neches & Trinity Groundwater
    Conservation District
Nestle USA Inc.
New Alenco Window Ltd.
New Breed Logistics Inc.
New Edgebrook LP
New NGC Inc.
New Radha Krishna Properties of Houston
    LLC
New Rama Krishna Properties LLC
New Sita Ram Properties of Houston LLC
New South-West Baking Co.
New York Mercantile Exchange
New York, State of
Newell Rubbermaid Inc.
NextEra Energy Power Marketing LLC
Nichimen America Capital Corp.
Nieman Printing Inc.
Nissan Motor Acceptance Corp.
Noble Americas Gas & Power Corp.
Norbord Texas (Nacogdoches) Inc.
North Texas Health Care Laundry
    Cooperative Association
Northeast Texas Municipal Water District
Northeast Texas Power Ltd.
Northern Trinity Groundwater Conservation
    District
Northgate Arinso
NorthgateArinso Inc.

Northwest Assistance Ministries
Northwest Senior Housing Corp.
Northwood University
NRG Power Marketing Inc.
NRG Power Marketing LLC
NuCompass Mobility Services Inc.
Nucor Steel, a Division of Nucor Corp.
Nueva Villa Apartment LLC
Oak Lawn Realty Inc.
OakBend Medical Center
Oasis Pipeline LP
Odfjell Terminals (Houston) Inc.
OFT Enterprises Inc.
Oil City Iron Works Inc.
Oil States Industries Inc.
Oldcastle Building Envelope Inc.
Ole Mexican Foods Inc.
Omni Hotels Management Corp.
One Allen Center Co. LLC
Oneok Energy Services Co. LP
Oracle Corp.
Orda Corp.
Otis Elevator Co.
Owens Foods Inc.
Ozburn-Hessey Logistics LLC
Packaging Corp. of America
Pactiv LLC
Palestine Independent School District
Palmetto Mining Inc.
Palms at Rolling Creek
Papa Johns USA Inc.
Parc Plaza Apartments LP
Park at Willowbrook
Park Houston Housing Partners LLC
Park Place Tyler Healthcare LLC
Parker College of Chiropractic
Parker-Hannifin Corp.
Paseo Operating Partners Ltd.
Patterson Brothers Meat Co. Inc.
Paul Broussard & Associates Inc.
Paymentech LP
PC Village Apartments Dallas LP
PCCR USA Inc.
Peabody COALSALES Co.
Peabody Coalsales LLC
Peabody COALTRADE Inc.

Peabody Coaltrade LLC
Pearsall Independent School District
Pecan Deluxe Candy Co.
Pecan Plantation Owners Association Inc.
Pentair Valves & Controls Inc.
Pepsico Inc.
Performance Contracting Inc.
Perini-Grapevine Inc.
Permocast Corp.
Perry & Perry Builders Erectors
Perstorp Coatings Inc.
PHCC-Paramount Healthcare Co. LLC
Phoenix Gas Pipeline Co.
Pied Piper Pet Foods LLC
Pier 1 Imports (US) Inc.
Pierce Construction Inc.
Pilgrim's Pride Corp.
PIM Highland Holding LLC
Pinnacle Technical Resources Inc.
PKWW Ltd.
Plano Conservatory Ltd.
Poco Graphite Inc.
Point 2 Point Global Security Inc.
Poly-America LP
Ponder, City of (TX)
Ponderosa Joint Powers Authority
Port Isabel, City of (TX)
Post Oak TX LLC
Potamkin North Freeway HY LP
Power Control Systems Engineering Inc.
Powerfoam Insulation
PP&L Inc.
PPG Architectural Finishes Inc.
PPL Energy Plus LLC
PPM Energy Inc.
Prairelands Groundwater Conservation
    District
PRC Environmental Inc.
Preferred Freezer Services
Premium Waters Inc.
Presbyterian Village North
Price International Inc.
PricewaterhouseCoopers LLP
Prince Minerals Inc.
Priority Power Management LLC

Professional Compounding Centers of
    America
Professional Installation Network Inc.
Progressive Inc.
Pro-Steel Inc.
Proton Therapy Center, The
Provident Commercial Group
Pryzant Management Inc.
PSPA Investments LLC
Public Utility Commission of Texas
Pulido Associates Inc.
PVI Industries Inc.
PVI Industries LLC
Pyco Industries Inc.
QFC Plastics Inc.
Q-Tech Heat Treat Inc.
Qualawash Holdings LLC
Quality Powder Coating I LLC
Questech Services Corp.
Quilted Care Operations LLC
Quorum International LP
R&R Restaurant Group LLC
R.K. Hall Construction Ltd.
R.R. Donnelley & Sons Co.
Railroad Commission of Texas
Railworks Track Systems
Rainbow Energy Marketing Corp.
Ralls Wind Farm LLC
Rama Northwood Villas LLC
Rama Trails of Woodlake LLC
Rangen Inc.
Ranger Excavating LP
Ray Huffines Chevrolet Inc.
Ray W. Davis Consulting Engineers Inc.
Raytheon Systems Co.
Razzoos Inc.
Realtex Housing Management LLC
Realty Associates Fund IX LP, The
Rearden Capital Corp.
Rectorseal Corp., The
Red Ball Oxygen Co. Inc.
Red River Groundwater Conservation
    District
Red River Pump Specialists LLC
Reed Minerals, a Division of Harsco Corp.
REG Houston LLC

Regal Oil Inc.
Regulus Group LLC
Related Forrester LLC
Reliance National Risk Specialist
Renfro Foods Inc.
Renfro Industries Inc.
Republic Services Procurement Inc., a
    division of Republic Services Inc.
Rexel
Reynolds Asphalt & Construction Co.
RGJ Apartments Inc.
RHE Hatco Inc.
Richards Group, The
Richardson Hospital Authority
Richemont North America Inc.
Ridley USA Inc.
Rinker Materials
River Oaks Baptist Church
River Oaks, City of (TX)
Rivercrest Independent School District
Riviana Foods Inc.
RLJ Fort Worth Hotel Lessee
Roberts & Hammack Inc.
Rockdale Blackhawk LLC
Rockwall Regional Hospital LLC
Rockwell American Manufacturing Co. Inc.
Rockwell Management Corp
Rodeo Plastic Bag & Film Inc.
Roman Catholic Diocese of Dallas
Romco Equipment Co
Rotary Drilling Tools USA LP
Royal Seating Ltd.
RSI Home Products Manufacturing Inc.
Rudy's Food Products Inc.
Rusk County Groundwater Conservation
    District
Russell & Sons Construction Co. Inc.
Russell Stover Candies Inc.
Rutledge Extreme Designs LLC
RVB Apartments Inc.
Ryan C Hoerauf Inc.
Ryan Partnership
RYLA Investments LP
S Starnes H LP
S&B Engineers & Constructors Ltd.
Sachem Inc.

Safety Kleen Services Inc.
SAF-Holland USA Inc.
Saint-Gobain Ceramics & Plastics Inc.
Saint-Gobain Vetrotex America Inc.
Salesforce.com
Salzgitter Mannesmann Stainless Tubes
    USA Inc.
Samsung Austin Semiconductor LP
San Saba Pecan LP
Sanden International (USA) Inc.
Sanderson Farms Inc.
Sansom Park, City of (TX)
Santander Consumer USA Inc.
Saveonenergy.com
Schirm USA Inc.
Schumacher Co. LLC
Schwan's Global Supply Chain Inc.
SCI Funeral & Cemetery Purchasing Coop
Scott & White Memorial Hospital
Screening Systems International
Scurry County Wind II LLC
Seagoville, City of (TX)
Sebring Apartments LLC
Securitas Security Services USA
Security Finance Corp.
Seismic Energy Products LP
Sellers Bros Inc.
Sempra Energy Trading LLC
Sequent Energy Management LP
Service Transport Co.
Seven Acres Jewish Senior Care Services
    Inc.
Shamrock Industries Inc.
Shannon Medical Center
Shaw Maintenance
SHC-KPH LP
Shell Energy North America (US) LP
Shell Federal Credit Union
Sheraton Dallas
Sheraton Hotel
Sherman/Grayson Hospital LLC
Shermco Industries Inc.
Shermco Industries Inc.
Sherwin Williams
Sherwood Equity LLC
SHI

Shin Properties Ltd.
Shriners Hospitals for Children-Houston
Siaram Rolido Parque LLC
Siemens Energy Inc.
Sierra Lease (Short Term)
Sigels Beverages LP
Simeus Foods International Inc.
Simpson Strong-Tie Co. Inc.
Sitel Operating Corp.
Sivalls Inc.
SK Properties LLC
SMBC Rail Services LLC
SMI Energy LLC
Smith, Vance
Snider Industries LLP
Sofia Enterprises LP
Sojitz American Capital Corp.
Solar Turbines Inc.
Solo Cup Operating Corp.
Solutionset
Sonoco Products Co.
South Limestone Hospital District
South Texas Affordable Properties Corp.
Southeastern Freight Lines Inc.
Southern California Gas Co.
Southern Crane & Elevator
Southern Foods Group LLC
Southern Methodist University
Southern Tire Mart
Southern Trinity Groundwater Conservation
    District
Southlake, City of (TX)
Southline Metal Products Co.
Southwest Airlines Co.
Southwest Atrium Offices Ltd.
Southwest Canners of Texas Inc.
Southwest Coca-Cola Bottling Co.
Southwest Deli Group Inc.
Southwest Energy LP
Southwest Heat Treat Services LLC
Southwest Metal Treating Corp.
Southwest Real Estate Enterprises LC
Southwest Shipyard LP
Specialty Property Ltd.
Specialty Retailers Inc.
SPR Packaging LLC

Spring Hill Apartments
Spring Independent School District (TX)
SPX Corp.
St. Joseph's Regional Health Center Inc.
Stafford Municipal School District (TX)
Standard Meat Co.
Stanley Black & Decker Inc.
Stanley Mechanics Tools
Star Electricity Inc.
StarPak Corp.
Star-Telegram Inc.
Star-Telegram Operating Ltd.
State Farm Life Insurance Co.
Statewide Cotton Co.
Steag Energy Services LLC
Sterilite Corp.
Steritec Inc.
Sterling Bay Inc.
Stevens Transport Inc.
Stewart & Stevenson
STMicroelectronics Inc.
Stolt-Nielsen USA Inc.
StonCor Group Inc.
Stone Mountain Properties LLC
Stress Engineering Services Inc.
Structural & Steel Products
Suburban Farms Inc.
Sugar Land Ice & Sports Center
Suhm Spring Works Inc.
Sun Coast Resources Inc.
Sungard Consulting Services Inc.
Sungard Energy Systems
Sungard Energy Systems
Sungard Energy Systems
Sunstone Cowboy Lessee LP
Sunstone Longhorn Lessee LP
Superior Drillpipe Manufacturing Inc.
Superior Essex Communications LP
SuperMedia LLC
Sure Cast Inc.
Swarco/Reflex Inc.
Sweetlix
Sweetwater Wind 1 LLC
Sweetwater Wind Power LLC
SWHT LLC
Swiff-Train Co. LLC

Swiss Re Risk Solutions Corp.
SWSC - Hurst LP
Sylvania Industrial Park Inc.
SystemsGroup Inc.
Taco Bueno Restaurants LP
Taggart Global LLC
Tanglewilde Townhomes Homeowners
	Association Inc.
Tarco of Texas Inc.
Targa Gas Marketing LLC
Tarrant County College District (TX)
Tarrant Regional Water District (TX)
Tatoosh LP
TDS Excavation Services
Team Excavating
Technical Chemical Co.
Teco-Westinghouse Motor Co.
Temple Baptist Church, The - Odessa
TENAM
Tenaska Gas Storage LLC
Tenaska Marketing Ventures
Tenaska Power Services Co.
Tenet Healthcare Corp.
Tenet HealthSystems Medical Inc.
TENEX
Tex Corr LP
Texas Big Spring LP
Texas Building Products Inc.
Texas College
Texas Commission on Environmental
	Quality - TCEQ
Texas Department of Criminal Justice
Texas Electric Cooperatives Inc.
Texas Energy Operations LC
Texas Energy Transfer Co. Ltd.
Texas Gas Transmission LLC
Texas Health Presbyterian Hospital - WNJ
Texas Health Resources Inc.
Texas Heat Treating Inc.
Texas Hospital for Advanced Medicine
Texas Instruments Inc.
Texas Interfaith Housing Corp.
Texas Juvenile Justice Department
Texas Lime Co.
Texas Masonry Supply Inc.
Texas MPP

Texas Municipal Power Agency
Texas Rehabilitation Hospital
Texas Scottish Rite Hospital for Children
Texas Tech University Health Science
	Center
Texas Textile Services Ltd.
Texas Tile Manufacturing LLC
Texas Tower Ltd.
Tex-La Electric Cooperative of Texas Inc.
	("Tex-La") Project 301
Tex-La Electric Cooperative of Texas Inc.
	("Tex-La") Project 302
Texla Energy Management Inc.
Texoma Community Center
Texpac Hide & Skin Ltd.
Texstars Inc.
Texwood Industries LP
Thermal Specialties Inc.
Thomas Steel Drums Inc.
Three Rivers Operating Co. LLC
Threshold Arbor Ridge LP
Time Warner Entertainment Co. LP
Titus County Freshwater Supply District
T-N-T Engineering Inc.
Tomball Texas Hospital Co. LLC
Tommy Swanson Oil Co. Inc.
Tom's Foods Inc.
Total Gas & Power North America Inc.
Tower Extrusion Ltd.
Toys R Us-Delaware Inc.
TPUSA Inc.
Tractebel LNG North America Service
	Corp.
Trafigura AG
Transactel (Barbados) Inc.
Transport Service Co.
Transwestern
Transwestern
TRC Recreation LP
Treemont Retirement
Trend Offset Printing Services Inc.
Trent Wind Farm LP
Trinity Asphalt Inc.
Trinity Bend Services LP
Trinity Forge Inc.
Trinity Industries Inc.

Trinity MC LLC
Trinity River Authority
Trinity River Authority of Texas
Trinity Valley Foods Inc.
Triple D Uniform Rental Inc.
Triquint Semiconductor Texas LP
Triumph Aerostructures - Vought Aircraft
    Division
Triumph Aerostructures LLC
Triumph Fabrications - Fort Worth Inc.
Troup Independent School District (TX)
Troup, City of (TX)
Truman Arnold Cos.
Turner Industries Group LLC
Twin Creeks Medical Center One LP
Twin Eagle Resource Management LLC
Twin Restaurant Investment
TXI Operations LP
TXON Partners LLC
TXU 2007-1 Leasing LLC
Tyler Ford Ltd.
Tyler Pipe Co., a Division of McWane Inc.
UBS AG
Unarco Material Handling Inc.
Unimin Corp.
United Air Lines Inc.
United Electric Co.
United Regional Health Care Systems Inc.
United States Army Corps of Engineers
United States Enrichment Corp. (USEC)
United States Nuclear Regulatory
    Commission
United Way of Tarrant County
Universal Blanchers LLC
Universal Blastco
Universal Display & Fixtures Co. Inc.
University of Houston
University of Houston-Clear Lake
University of Texas Health Science Center
    at Houston
University of Texas Southwestern Medical
    Center at Dallas, The
University Park Partnership I Ltd.
Upper Trinity Groundwater Conservation
    District
UrAsia Energy

Urenco Enrichment Co. Ltd.
URS Corp.
US Bank Global Trust Services
US Bank NA
US Corrugated of Mesquite LLC
US Galvanizing LLC
US Ply Inc.
US Silica Co.
USMD Hospital at Fort Worth LP
USMD Hospital of Arlington LP
V&M Star
Valero Texas Power Marketing Inc.
VAM Drilling USA Inc.
VAM USA LLC
Vanguard Permian LLC
VBL Investments Corp
Veolia Environmental Services - Industrial
    Services
Vertis Inc.
ViewPoint Bank NA
Visible Changes Inc.
Vitol Inc.
VXI Global Solutions Inc.
VXL Houston Properties LLC
W.T. Byler Co.
W2007 MVP Dallas LLC
Waco, City of (TX)
Wahlco Metroflex
Wallace Theater Corp. II
Walsh & Watts Inc.
Warfab
Warrington Condominium, The
Warwick Towers Council of Co-Owners,
    The
Washington Gas Energy Services Inc.
Watco Cos. Inc.
Waters Partners LLC
Watson & Chalin Manufacturing Inc.
Waukesha-Pearce Industries Inc.
Weatherford Artificial Lift Systems LLC
Weatherford International Inc.
Weaver Manufacturing Co. Inc.
Wells Fargo Bank Northwest NA
Wells Fargo Dealer Services Inc.
Wesley, Kyle Scott
West Afton LLC

West Texas Municipal Power Agency
Westbury Housing Partners LP
Westchase Park View Landings Ltd.
Western Container Corp.
Western Extrusions Corp.
Western of Texas Forge & Flange Co.
Western Texas College
Westhill Place LP
Westinghouse Electric Co. LLC
Westview Drive Investments LLC
Whitmore Manufacturing Co., The
Whitson Foods LP
Willbanks Metals Inc.
William Marsh Rice University
Williamson Printing Corp.
Wills Point, City of (TX)
Wilmington Trust Co.

Wilsonart International Inc.
Wilsonart LLC
Wingo Feed Mill Inc.
Wire Forms Inc.
WireCo WorldGroup Inc.
Wise Regional Hospital Authority
Wm Renewable Energy LLC
WMI Merger Co. LLC
WoodsEdge Community Church
Worksoft Inc.
Worsham Steed Gas Storage LP
WPX Energy Marketing LLC
WTCC Houston Investors V LP
WTCC Houston Mezz GP V LLC
York Properties of Houston LLC
YRC Enterprises Services Inc.

## SCHEDULE 1(h)

### Debtholders

1776 CLO I
2367 - Western Asset Management High
    Income Portfolio Inc.
2497 - Pimco Income Strategy Fund II
3023 - VRS Bank Loan Portfolio
383 Madison Funding
3i Debt Management
3i Debt Management Investments Ltd.
3i Debt Management US LLC
40/86 Advisors
40/86 Strategic Income Fund
AAA Northern California Nevada & Utah
    Insurance Exchange
ABCLO 2007-1 Ltd.
Aberdeen Asset Management
Aberdeen Loan Funding Ltd.
Abry Partners
ACA CLO 2005-1 Ltd.
ACA CLO 2006-1 Ltd.
ACA CLO 2006-2 Ltd.
ACA CLO 2007-1 Ltd.
ACA Management LLC
ACIS CLO 2013 2 Ltd.
ACP Master Ltd.
Advanced Series Trust - AST High Yield
    Portfolio
Advanced Series Trust: AST J.P. Morgan
    Strategic Opportunities Portfolio
Advent Capital Management
Advent Global Opportunity Master Fund,
    The
Aegon Custody BV RE MM High Yield
    Fund
AEH CB LP
AFR - Fidelity Advisor Series I: Fidelity
    Advisor Floating Rate High Income
    Fund
AG Centre Street Partnership LP
AG Diversified Credit Strategies Master LP
AG Global Debt Strategy Partners LP
AG Super Fund International Partners LP
Ahab Capital Management

AIM Floating Rate Fund
Aimco CLO Series 2005-A
Aimco CLO Series 2006-A
Aladdin Capital
Alcentra
Alden Global Adfero BPI Fund Ltd.
Alden Global Distressed Opportunities
    Master Fund LP
Alliance Capital
AllianceBernstein LP
Allstate Life Insurance Co.
Alzette European CLO SA
American AgCredit
American Funds Insurance Series - B Fund
American Funds Insurance Series High
    Income Bond Fund
American Health Life Insurance Co.
American High-Income Trust
American Money Management
Ameriprise Certificate Co.
Ameriprise Financial Inc.
Amherst CLO Ltd.
Amundi Alternatives Advent Global
    Opportunity Master Fund
AN Invest CLO II Ltd.
Anchorage Capital LLC
Anchorage Capital Master Offshore Ltd.
Andromeda Global Credit Fund Ltd.
Angelo Gordon & Co.
ANS US Holdings Ltd.
Aon Investment Consulting Inc.
APG Asset Management
Apidos Capital Management LLC
Apidos CDO I
Apidos CDO II
Apidos CDO III
Apidos CDO IV
Apidos CDO V
Apidos CDO VI
Apidos Cinco CDO
Apidos Quattro CDO
Apollo Capital

Apollo Centre Street Partnership LP
Apollo Credit Funding I Ltd.
Apollo Credit Opportunity Fund III LP
Apollo Franklin Partnership LP
Apollo Global Management LLC
Apollo Management Holdings LP
Apollo Special Opportunities Managed
    Account LP
Apollo SPN Investments I Credit LLC
Arch Investment Holdings IV Ltd.
Arch Reinsurance Ltd.
Ares Institutional Loan Fund BV
Ares Management LLC
Ares Strategic Investment Management LLC
Ares Strategic Investment Partners III LP
Ares Strategic Investment Partners Ltd.
Ares XII CLO Ltd.
Ares XXII CLO Ltd.
Arizona State Retirement System
Arrowgrass Capital Partners LLP
Arrowgrass Distressed Opportunities Fund
    Ltd.
Arrowgrass Master Fund Ltd.
Arrowood Indemnity Co.
Artio Global High Income Fund
Artio Global High Income Group Trust
    Fund
Artio Global Management LLC
Ascension Health
Asset Allocation & Management Co.
Associated British Foods Pension Scheme
Atrium III
Atrium IV
Atrium V
Aucara Heights Inc.
Aurelius Capital Management LP
Aurelius Capital Master Ltd.
Aurelius Opportunities Fund II LLC
AustralianSuper
Automobile Club of Southern California
    Pension Plan
Avenue Capital Group
Avenue Capital Management
Avenue CLO Fund Ltd.
Avenue CLO II Ltd.
Avenue CLO III Ltd.

Avenue Investments LP
BA/CS Credit 1 LLC
Babson Capital Europe
Babson Capital Loan Strategies Master Fund
    LP
Babson Capital Management
Baker Street CLO II Ltd.
Baker Street Funding CLO 2005-I Ltd.
BALC - Ballyrock CLO II Ltd.
Bank of America Fund
Bank of America NA
Baptist Foundation of Texas
Barclays Bank PLC
Barclays Bank PLC, Cayman Islands Branch
Barclays Bank PLC, New York Branch
Battalion CLO 2007-I Ltd.
Battery Park High Yield Long Short Fund
    Ltd.
Battery Park High Yield Opportunity Master
    Fund Ltd
Battery Park High Yield Opportunity
    Strategic Fund Ltd.
Baycare Health System
BBT Capital Management
BC Unltd. LLC
Beach Point Capital
Beach Point Distressed Master Fund LP
Beach Point Loan Master Fund LP
Beach Point SCF 1 LP
Beach Point SCF IV LLC
Beach Point Select Master Fund LP
Beach Point Strategic Master Fund LP
Beach Point Total Return Master Fund LP
BeachPoint SCF Multi Port LP
Bell Atlantic Master Trust
Benefit Street Credit Alpha Master Fund
    Ltd.
Benefit Street Partners LLC
Benefit Street Strategic Fund Ltd.
Bennet Management Corp.
Bennett Offshore Restructuring Fund Inc.
Bennett Restructuring Fund LP
Bentham Wholesale Global Income Fund
Bentham Wholesale Syndicated Loan Fund
Beta Equities Inc.
Big River Group Fund SPC Ltd.

Bill & Melinda Gates Foundation Trust
Birch Capital Fund SPC Limited Bond
    Segregated Portfolio
BIS Postal Services Act 2011 Co. Ltd.
Black Diamond Capital Management LLC
Black Diamond CLO 2005-2 Ltd.
Blackrock Debt Strategies Fund Inc.
Blackrock Defined Opportunity Credit Trust
Blackrock Financial Management
Blackrock Floating Rate Income Strategies
    Fund Inc.
Blackrock Floating Rate Income Trust
Blackrock Funds II Blackrock Floating Rate
    Income Portfolio
Blackrock Global Investment Series: Income
    Strategies Portfolio
Blackrock Limited Duration Income Trust
Blackrock Secured Credit Portfolio of
    Blackrock Funds II
Blackrock Senior Floating Rate Portfolio
Blackstone Debt Advisors
Blackstone Special Funding (Ireland)
BLT 2009-1 Ltd.
BLT 24 LLC
BLT 27 LLC
BLT 33 LLC
BLT 36 LLC
BLT 42 LLC
BLT 8 LLC
BLT I LLC
Blue Crescent Fund LP
Blue Falcon Ltd.
Bluebay Asset Management
Bluecrest Capital
Bluecrest Capital International Master Fund
    Ltd.
Bluecrest Multi Strategy Credit Master Fund
    Ltd.
BOC Pension Investment Fund
Boeing Co. Employee Retirement Plans
    Master Trust Investment Control Pool
Bond Fund of America, The
Boston Harbor CLO 2004-1
Boston Income Portfolio
BPC Opportunities Fund LP
Brentwood CLO Ltd.

Brevan Howard Asset Management LLP
Brevan Howard Credit Catalysts Master
    Fund Ltd.
Brevan Howard Master Fund Ltd.
BRF Senior Income LP
Brigade Capital Management LLC
Brigade Credit Fund II Ltd.
Brigade Distressed Value Master Fund Ltd.
Brigade Leveraged Capital Structures Fund
    Ltd.
Brigade Opportunistic Credit Fund 16 LLC
Brigade Opportunistic Credit Fund ICL LP
Brigade Opportunistic Credit LBG Fund
    Ltd.
Broad Street Funding LLC
Brookfield Investment Management Inc.
BTG Pactual GLB Asset Management
BTG Pactual Global Asset Management
Bushnell Loan Fund II Subsidiary Holding
    Co. II LLC
California Public Employees Retirement
    System
California State Teachers Retirement
    System
Callidus Debt Partners CLO Fund III
Camulos Capital
Canaras Capital
Canaras Summit CLO Ltd.
Candlewood Credit Value Master Fund II
    LP
Candlewood Investment Group
Candlewood Special Situations Master Fund
    Ltd.
Canyon Partners
Capital Research
Capital Ventures International
Carl Marks Management
Carl Marks Strategic Investments LP
Carlson Capital
Carlyle Azure CLO Ltd.
Carlyle Bristol CLO Ltd.
Carlyle Daytona CLO Ltd.
Carlyle High Yield Partners IX Ltd.
Carlyle High Yield Partners VII Ltd.
Carlyle High Yield Partners VIII Ltd.
Carlyle High Yield Partners X Ltd.

Carlyle Investment Management LLC
Carlyle McLaren CLO Ltd.
Carlyle Partners
Carlyle Veyron CLO Ltd.
Carval Investors LLC
Caspian Capital LP
Castle Garden Funding
Castle Hill Asset
Castle Holdings Trust 1
Castle Holdings Trust 2
Castlerigg Master Investment Ltd.
Caterpillar Financial
Caywood-Scholl Capital Management
CCP Acquisition Holdings
CCP Credit Acquisition Holdings LLC
CELF Advisors LLP
Cent CDO 10 Ltd.
Cent CDO 12 Ltd
Cent CDO 14 Ltd
Cent CDO 15 Ltd
Cent CDO XI Ltd.
Centerbridge Credit Advisors LLC
Centerbridge Group
Centerbridge Partners
Centerbridge Special Credit Partners II LP
Centerbridge Special Credit Partners LP
Central States Southeast & Southwest Areas
    Health & Welfare Fund
Central States Southeast & Southwest Areas
    Pension Fund
Centurion CDO 8 Ltd.
Centurion CDO 9 Ltd.
Cetus Capital LLC
CFIM Hybrid Tri-Asset Fund
Chatham Asset Management
Chi Operating Investment Program L P
Childrens Healthcare of Atlanta Inc.
Chimney Rock Investments
Chrysler LLC Master Retirement Trust
CIFC Asset Management
CIFC Deerfield
Citadel Investment Group
Citadel Securities Trading LLC
Citibank Hold (SLT)
Citibank NA
Citibank-Distressed Secondary

Citigroup Financial Products Inc.
Citigroup Global Markets Inc.
Citigroup Pension Plan
City of New York Group Trust
CLF Finance Co. LLC
Clinton Group
Clover1 Loan Funding LLC
Club Pension Plan
Clydesdale CLO 2003 Ltd.
Clydesdale CLO 2007 Ltd.
CO Moore LP
COA Caerus CLO Ltd.
COA CLO 2010-2 Sub CBNA LLC
Coca Cola Co. Master Retirement Trust, The
COF II ST LLC
Columbia Funds Series Trust II Columbia
    Floating Rate Fund
Columbia Funds Variable Series Trust II
    Variable Portfolio
Columbia Management Investment Advisers
    LLC
Columbia Strategic Income Fund
Columbia Strategic Income Fund Variable
    Series
Commercial Industrial Finance Corp.
Commingled Pension Trust Fund (High
    Yield Bond) of JPMC Bank NA
Commingled Pension Trust Fund (High
    Yield) of JPMorgan Chase Bank NA
Confluent 2 Ltd.
Confluent 4 Ltd.
Conning Asset Management
Conocophillips Master Trust
Constellation Capital
Consumer Program Administrators Inc.
Contrarian Funds LLC
Cornell University
Corporate Debt Opportunities Fund LP
Cortland Capital Market
Credit Capital Investments LLC
Credit Suisse
Credit Suisse Alternative Capital Inc.
Credit Suisse Asset Management LLC
    (CSAM)
Credit Suisse Asset Manager
Credit Suisse Capital LLC

Credit Suisse Dollar Senior Loan Fund Ltd.
Credit Suisse Floating Rate High Income Fund
Credit Suisse Global Hybrid Income Fund
Credit Suisse High Income Fund
Credit Suisse Loan Funding LLC
Credit Suisse Strategic Income Fund
Credit Suisse Syndicated Loan Fund
Credit Suisse, Cayman Islands Branch
Credit Value Master Fund III LP
Credit Value Partners Distressed Duration Master Fund LP
Credit Value Partners LP
Crescent 1 LP
Crescent Alternative Credit Partners LP
Crescent Capital Group LP
Crescent Senior Secured Floating Rate Loan Fund LLC
CRS Master Fund LP
CSAA Insurance Exchange
CVC Credit Partners
CVF Lux Securities Trading SARL
CVI CVF II Lux Securities Trading SARL
CVI GVF CLO 1 Ltd.
CVIC II Lux Securities Trading SARL
CVIC Lux Securities Trading SARL
CWD OC 522 Master Fund Ltd.
Cyrus Capital Partners LP
Cyrus Opportunities Master Fund II
Cyrus Select Opportunities Master Fund Ltd.
DBSO Limited CDO Corp.
DCF Capital LLC
DCF Partners LP
DDJ Capital Management LLC
De Meer
Deep Value Hedged Income
Delaware Corporate Bond Fund A Series, Delaware Group Income Funds
Delaware Diversified Income Trust
Delaware Group Foundation Funds, Delaware Conservative Allocation Portfolio
Delaware Group Foundation Funds, Delaware Moderate Allocation Portfolio

Delaware Group Income Funds - Delaware Diversified Floating Rate Fund
Delaware Group Income Funds, Delaware High-Yield Opportunities Fund
Delaware Investments
Delaware Pooled Trust - The Core Pl Fixed Income Portfolio
Delaware VIP Trust - DE VIP High Yield Series
Delaware VIP Trust - Delaware VIP Limited-Term Diversified Income Series
Deutsche Asset Management
Deutsche Asset Management Syndicate
Deutsche Bank
Deutsche Bank - FM
Deutsche Bank AG, Cayman Islands Branch
Deutsche Bank AG, London Branch
Deutsche Bank AG, New York Branch
DiMaio Ahmad Capital LLC
Diversified Credit Portfolio Ltd.
DK Acquisitions Partners LP
Doral Bank
Dow Employees Pension Plan
Dow Retirement Group Trust
Drawbridge Investment Ltd.
Drawbridge Special Opportunities Fund LP
Drawbridge Special Opportunities Fund Ltd.
Duane Street CLO 1 Ltd.
Duane Street CLO II Ltd.
Duane Street CLO III Ltd.
Duane Street CLO IV Ltd.
Duane Street CLO V Ltd.
DW Investment Management LP
Eastland CLO Ltd.
Eaton Vance
Eaton Vance - Grayson & Co. Fund
Eaton Vance Floating Rate Income Fund
Eaton Vance High Yield
Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio
Eaton Vance Limited Duration Income Fund
Eaton Vance Management
Eaton Vance Medallion Floating-Rate Income Portfolio
Eaton Vance Prime Fund Inc.

Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Income Trust
Eaton Vance Short Duration Diversified
    Income Fund
Eaton Vance VT Floating-Rate Income
    Fund
Eaton Vance-Floating Rate Income Trust
Elliott Associates LP
Elliott International Capital Advisors Inc.
Elliott International LP
Ellis Lake Capital LLC
Ellis Lake Master Fund LP
Emerson Place CLO Ltd.
Employees' Retirement Fund of The City of
    Dallas
Ensign Peak Advisors Inc.
Epic Asset Management
Equity Group Investments
Essex Park CDO Ltd
Estors CLO I Ltd.
Farmstead Capital Management
FCO MA Centre Street LP
FCO MA II UB Securities LLC
FCO MA III LP
FCO MA III UB Securities LLC
FCO MA LSS LP
FCO MA Maple Leaf LP
FCO MA ML Corp.
FCO MA SC LP
FCOF II UB Investments LLC
FCOF II UB Securities LLC
FCOF II UST LLC
FCOF III UB Investments LLC
FCOF UB Investments LLC
FCOF UST LLC
Fedex Corp. Employees Pension Trust
Feingold O`Keeffe
Fenwick Recovery Master Fund Inc.
Fernwood Associates LLC
Fernwood Foundation Fund LLC
Fernwood Restructuring Ltd.
FGOY Investments Corp.
FGOY Securities Ltd.
Fidelity Central Investment Portfolios LLC
Fidelity Floating Rate Central Fund

Fidelity Floating Rate High Income
    Investment Trust
Fidelity Investments
Fidelity Series Floating Rate High Income
    Fund
Fidelity Summer Street Trust
Fir Tree
First 2004-I CLO Ltd.
First Trust Advisors LP
First Trust High Yield Long Short ETF
First Trust Senior Floating Rate Income
    Fund II
First Trust Senior Loan Fund
First Trust Short Duration High Income
    Fund
First Trust Strategic High Income Fund II
First Trust Tactical High Yeild ETF
First Trust/Four Corners Senior Floating
    Rate Income Fund II
Firstenergy System Master Retirement Trust
Flagship CLO IV
Flagship CLO V
Flagship CLO VI
Fonds Voor Gemene Rekening
    Beroepsvervoer
Fore CLO Limited 2007-I
Fore Research
Fortress Credit Opportunities I LP
Fortress ETXU LLC
Fortress Investment Group LLC
Forum Funds
Founders Grove CLO Ltd.
Four Corners Capital Management
Franklin Advisors Inc.
Franklin Custodian Funds Inc.
Franklin Floating Rate
Franklin High Income Fund (Canada)
Franklin High Income Securities Fund
Franklin High Income Trust
Franklin Income Fund
Franklin Income Securities Fund
Franklin Institutional Global High Yield
Franklin Mutual Advisers LLC
Franklin Templeton Variable Insurance
    Products Trust
Franklin Universal Trust

Fraser Sullivan CLO V Ltd.
Fraser Sullivan Investment Management
FS Investment Corp.
FTS SIP Corp.
FTS SIP LP
Future Directions Credit Opportunities Fund
Future Fund Board of Guardians
Galaxy CLO 2003-1 Ltd.
Gallatin CLO II 2005-1 Ltd.
Gateway CLO Ltd.
General Board of Pension & Health Benefits
    of The United Methodist Church
General Electric Pension Trust
General Motors Canadian Hourly Rate
    Employees Pension Plan, The
General Motors Canadian Retirement
    Program For Salaried Employees, The
General Motors Hourly Rate Employes
    Pension Trust, The
General Retirement System of The City of
    Detroit
GIC Private Ltd.
GK Debt Opportunity Fund Ltd.
Gleneagles CLO Ltd.
Global Credit Advisers
GM Canada Foreign Trust, The
GMO
GMO Credit Opportunities Fund LP
GMO Mean Reversion Fund (Onshore)
Golden Knight II CLO Ltd.
Golden Tree
Goldentree Loan Opportunities III Ltd.
Goldentree Loan Opportunities IV Ltd.
Goldentree Loan Opportunities V Ltd.
Goldman Sachs Credit
Goldman Sachs Lending Partners LLC
Goldman Sachs Trust II Goldman Sachs
    Multi Manager Alternatives Fund
Golub Capital
Good Hill
Goodwin Capital Advisers
Government of Singapore Investment Corp.
    Pte Ltd.
Grand Horn CLO Ltd.
Granite Bay Long/Short Credit Master Fund
    LP

Grant Grove CLO Ltd.
Grayson & Co.
Grayson CLO Ltd.
Grayston CLO 2001-1
Great West Putnam High Yield Bond Fund
Greenbriar CLO Ltd.
Greyrock CDO Ltd.
Gruss Asset Management
Gruss Global Investors Master Fund
    (Enhanced) Ltd.
Gruss Global Investors Master Fund Ltd.
GSC Group CDO Fund VIII Ltd.
GSC Partners
GSC Partners CDO Fund IV Ltd.
GSC Partners CDO Fund V Ltd.
GSC Partners CDO Fund VII Ltd.
GSC Partners CDO Fund VIII Ltd.
GSO/Blackstone Debt Funds Management
    LLC
Guardian Loan Opportunities Ltd.
Guggenheim Portfolio Co. X LLC
Gulf Stream - Sextant CLO 2006-I Ltd.
Gulf Stream Compass CLO 2005-II Ltd.
Gulf Stream Sextant CLO 2007 1 Ltd.
Gulf Stream-Compass CLO 2007 Ltd.
Gulf Stream-Rashinban CLO 2006-1 Lt
Halcyon Loan Investors CLO I Ltd.
Halcyon Loan Investors CLO II Ltd.
Halcyon Restructuring
Halcyon SAM CLO 2008-II BV
Halcyon SAM European CLO 2007-1 BV
Halcyon SAM LS/SU 2007-1 Ltd.
Halcyon SAM LS/SU 2007-2 Ltd.
Halcyon SAM LS/SU CLO II Ltd.
Hampton Funding LLC
Harbourmaster Capital
Harbourview CLO 2006-I
Harch Capital Management
Harch CLO II Ltd.
Hartford Balanced Income Fund, The
Hartford Floating Rate Fund, The
Hartford High Yield Fund, The
Hartford High Yield HLS Fund, The
Hartford Strategic Income Fund, The
Hartford Unconstrained Bond Fund, The
Harvard Management

Harvest CLO V PLC
Hayman Capital
Hayman Capital Master Fund LP
HBK Investments LP
HBK Master Fund LP
Helios Advantage Income Fund Inc.
Helios High Income Fund Inc.
Helios High Yield Fund
Helios Multi Sector High Income Fund Inc.
Helios Strategic Income Fund Inc.
Hewett's Island CLO II Ltd.
Hewetts Island CLO VI Ltd.
Hewitt Ennisknupp Inc.
HFR RVA Advent Global Opportunity
    Master Trust
HIG Whitehorse Capital LLC
High Income Opportunities Portfolio
High Income Portfolio
Highbridge Capital
Highbridge International LLC
Highbridge Principal Strategies Credit
    Opportunities Master Fund LP
Highfields Capital Management
Highland Capital Management FM
Highland Capital Management LP
Highland Credit Opportunities CDO Ltd.
Highland Floating Rate Opportunities Fund
Highland Iboxx Senior Loan ETF
Highland Loan Master Fund LP
Highland Special Situations Fund
Highlander Euro CDO BV
Highlander Euro CDO II BV
HighVista Strategies
Hillmark Capital
Hillmark Funding Ltd.
Honeywell Common Investment
HSBC Wealth Management
Hugheson Ltd.
Hyperion Brookfield Asset Management
IBM Personal Pension Plan Trust
IDS Life Insurance Co.
IG Putnam US High Yield Income Fund
Igchys - IG FI Canadian Allocation Fund
Ignis Asset Management
Illinois State Board of Investment
Income Fund of America, The

Industriens Pension Portfolio FMBA High
    Yield Obligationer 1
Industriens Pension Portfolio FMBA High
    Yield Obligationer III
ING (L) Flex-Senior Loans
ING Capital LLC
ING International (II) - Senior Loans
ING Investment Management CLO II Ltd.
ING Investment Management CLO III Ltd.
ING Investment Management CLO IV Ltd.
ING Investment Management CLO V Ltd.
ING Investment Trust Co. Plan For
    Employee Benefit Investment Funds -
    Senior Loan Fund
ING Investments Management Co.
ING Prime Rate Trust
Innocap Fund SICAV PLC In Respect of
    Mason Sub Fund
Innocap Fund SICAV PLC In Respect of
    Russell Sub Fund
Intermarket Corp.
International Monetary Fund Retired Staff
    Benefits Investment Account
International Monetary Fund Staff
    Retirement Plan
International Paper Co. Commingled
    Investment Group Trust (Oaktree)
International Paper Co. Commingled
    Investment Group Trust (Wellington)
Interpolis Pensioenen Global High Yield
    Pool
Invesco Dynamic Credit Opportunities
Invesco Floating Rate Fund
Invesco Funds III-Invesco US Senior
Invesco Kampen Senior Loan Fund
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Secured Management Inc.
Invesco Van Kampen Dynamic Credit
    Opportunities Fund
Invesco Van Kampen Senior Income
Invesco Zodiac Funds-Invesco US Senior
    Loan Fund
Investors Canadian High Yield Income Fund
Iowa Public Employees Retirement System

Iowa Public Employees' Retirement System
  - IPERS (Oaktree)
Ivy Funds VIP High Income
Ivy High Income Fund
J. Caird Investors (Bermuda) LP
J. Caird Partners LP
Janus Capital Funds PLC
Janus Capital Funds PLC
Janus Capital Group
Janus US High Yield Fund
Jasper CLO Ltd.
Jaws Capital LP
Jefferies Capital
Jeffries High Yield
Jersey Street CLO Ltd.
JHF II Multi Sector Bond Fund
JHF II Short Duration Credit Opportunities
  Fund
JHF II-Global High Yield Fund
JHYF 1 Loan Funding LLC
JMP Credit Advisors
John Hancock
John Hancock Fund II - Floating Rate
  Income Fund
John Hancock Hedged Equity & Income
  Fund
JP Morgan
JP Morgan Investment Management
JP Morgan Leveraged Loans Master Fund
  LP
JP Morgan Whitefriars Inc.
JPM Chase
JPM Whitefriars Inc.
JPMBI RE Blackrock Bank Loan Fund
JPMC Retirement Plan Brigade Bank Loan
JPMorgan Asset Management
JPMorgan Asset Management-Cincinnati
JPMorgan Chase
JPMorgan Chase Bank NA
JPMorgan Chase Retirement Plan, The
JPMorgan Core Plus Bond Fund
JPMorgan Floating Rate Income Fund
JPMorgan High Yield Fund
JPMorgan Income Builder Fund
JPMorgan Strategic Income Opportunities
  Fund

Julius Baer Global High Group Trust Fund
Julius Baer Global High Income Fund
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Katonah Debt Advisors LLC
Katonah IX CLO Ltd.
Katonah VII CLO Ltd.
Katonah VIII Ltd.
Katonah X CLO Ltd.
KDP Asset Management
Kil Loan Funding LLC
Kildonan Castle
Kilimanjaro Advisors LLC
King Street Acquisition Co. LLC
King Street Capital Management LP
Kingsland Capital Management LLC
Kingsland I Ltd.
Kingsland II Ltd.
Kingsland III Ltd.
Kingsland IV Ltd.
Kingsland V Ltd.
KKR & Co. LP
KKR Asset Management LLC
KKR Debt Investors II (2006) (Ireland) LP
KKR Financial CLO 2005 2 Ltd.
KKR Financial CLO 2005-1 Ltd.
KKR Financial CLO 2006-1 Ltd.
KKR Financial CLO 2007-1 Ltd.
KKR Financial CLO 2007-A Ltd.
KKR Financial Holdings LLC
Kloiber Investments LLC
Knight Capital Group
Knight Libertas LLC
Knight Loans LLC
KS Capital Partners LP
KS International Master Ltd.
KS Management
KTRS Credit Fund LP
L-3 Communications Corp. Master Trust
Laguna Funding LLC
Landmark IX CDO Ltd.
Landmark V CDO Ltd.
Landmark VI CDO Ltd.
Landmark VII CDO Ltd.
Landmark VIII CLO Ltd.
LaSalle Bank NA

Latitude CLO I
Latitude CLO II Ltd.
Latitude CLO III Ltd.
Leveragesource III LP
Leveragesource III SARL
Leveragesource V SARL
LGT Multi Manager Bond High Yield USD
Liberty CLO
Liberty Mutual
Liberty Mutual Employees Thrift Incentive
    Plan
Liberty View Capital Managemant
Libertyview Capital
Libertyview Loan Fund LLC
Libra Global Ltd.
Life Insurance of The Southwest
Lightpoint CLO V Ltd.
Lightpoint CLO VII Ltd.
Lightpoint CLO VIII Ltd.
Lincoln National Life Insurance Co.
    Separate Account 12, The
Lincoln National Life Insurance Co.
    Separate Account 20, The
Lincoln Variable Insurance Products Trust -
    LVIP Delaware Foundation Moderate
    Allocation
Lincoln Variable Insurance Products Trust-
    The LVIP Delaware Foundation
    Conservative Allocation
Linden Advisors LLC
Linden Capital LP
Litespeed Management LLC
Litespeed Master Fund Ltd.
Littlejohn Opportunities Master Fund LP
LLT Ltd.
Loan Funding IV LLC
Loan Funding VII LLC
Loan Strategies Funding LLC
Lockheed Martin Corp. Master Retirement
    Trust
Loeb Capital Management
Logan Circle Partners LP
Lonestar Capital Management
Longhorn Capital DT LP
Longhorn Capital LP
Longhorn Credit Funding LLC

Loomis Sayles
Loomis Sayles Absolute Strategies Trust
Loomis Sayles Bond Fund
Loomis Sayles CLO I Ltd.
Loomis Sayles Strategic Alpha Trust
Loomis Sayles Strategic Income Fund
Lord Abbett
Lord Abbett Investment Trust - Floating
    Rate Fund
Lord Abbett Investment Trust-High Yield
    Fund
Los Angeles County Employees Retirement
    Association
Louisiana State Employees' Retirement
    System (JP Morgan)
Louisiana State Employees' Retirement
    System (Nomura)
LSR Loan Funding LLC
Lucent Technologies Inc. Master Pension
    Trust
Lufkin Advisors LLC
Luminous Capital Global Credit
    Opportunities Fund A LP
Luminus Energy Partners Master Fund
Luminus Management
Luminus Partners
Lumx Beach Point Total Return Fund Ltd.
Lutetium Capital
LVIP-JP Morgan High Yield Fund
Lyles Investments
MAC Capital Ltd.
Macquarie Bank Ltd.
Macquarie Bank Ltd.-Sydney Head Office
Macquarie Investment Management
Macys Inc. Defined Benefit Plans Master
    Trust
Madison Park Funding I Ltd.
Madison Park Funding II Ltd
Madison Park Funding III Ltd
Madison Park Funding IV Ltd.
Madison Park Funding V Ltd.
Madison Park Funding VI Ltd.
Managed Accounts Master Fund Services
    Map 13
Managers High Yield Fund
Manulife Asset Management LLC

Manulife Floating Rate Income Fund
Manzanita Investments LP
Map 139 Segregated Portfolio of LMA SPC
Marathon Asset Management LP
Marathon Blue Active Fund Ltd.
Marathon Centre Street Partnership
Marathon CLO II Ltd.
Marathon Credit Dislocation Fund LP
Marathon Credit Opportunity Master Fund Ltd.
Marathon Liquid Credit Long Short Fund
Marathon Special Opportunity Master Fund Ltd.
Mariner LDC
Marksbury Investments LLC
Marlborough Street CLO Ltd.
Marret Asset Management
Mason Capital
Mason Capital LP
Mason Capital Management LLC
Mason Capital Master Fund LP
Massachusetts Financial
Massachusetts Mutual Life Insurance Co.
Master Foods Investments LLC
Master SIF SICAV SIF
MatlinPatterson
Matlinpatterson Distressed Opportunities Master Account LP
Matlinpatterson Fund Iv (Hedge) Master Account LP
Maxim Putnam High Yield Bond Portfolio of Maxim Series Fund Inc.
Mayport CLO Ltd.
McDermott Master Trust
McDonnell Loan Opportunity II Ltd.
Mercer Park / Sandelman
Meritage Fund LLC
Met Investors Series Trust - Met/Eaton Vance Floating Rate Portfolio
Metropolitan West Asset Management
Metropolitan West High Yield Bond Fund
Metropolitan West Low Duration Bond Fund
Metropolitan West Total Return Bond Fund
Microsoft Global Finance Ltd.
Midtown Acquisitions LP

Missouri Education Pension Trust
Mizuho Asset Management
MJX Asset Management LLC
Moab Capital Partners
Moab Partners LP
Momentum Capital Fund Ltd.
Montgomery County Employees Retirement System
Monument Park CDO Ltd.
Moore Capital
Morgan Stanley Senior Funding Inc.
Mountain View CLO II Ltd.
Mountain View CLO III Ltd.
Mountain View Funding CLO 2006-1
MP Senior Credit Partners
MSD Capital LP
MSD Credit Opportunity Master Fund LP
MSD Investments
MSD Value Investments LP
MT Wilson CLO II Ltd.
MT Wilson CLO Ltd.
Multimix Wholesale Diversified Fixed Interest Trust
Municipal Employees Retirement System of Michigan
Murphy & Durieu
Musashi II Ltd.
MV Credit Opportunity Fund LP
Napier Park Global Capital LLC
Nash Point CLO
National Elevator Industry Pension Plan
National Investment Services High Yield Fund LLC
National Life Insurance Co.
National Railroad Retirement Investment Trust - High Yield
NB Distressed Debt Investment Fund Ltd.
NB Distressed Debt Master Fund LP
NCRAM Loan Trust
Neptune Finance CCS Ltd.
Neuberger Berman
Neuberger Berman Alternative Funds: Neuberger Berman Absolute Return Multi Manager Fund
Neuberger Berman Fixed Income LLC
Neuberger Berman High Income Bond Fund

Neuberger Berman High Income Fund LLC
Neuberger Berman High Yield Bond Fund
New Fleet Asset Management LLC
New York City Employees Retirement
    System
New York City Police Pension Fund
New York Life
New York Times Co. Pension Trust
Newfleet * Hartford
Newfleet * SA
Newfleet Asset Management
Nexpoint Credit Strategies Fund
NGM Insurance Co.
Nicholas Applegate
Nob Hill CLO Ltd.
Nomura Bond & Loan Fund
Nomura Corporate Funding Americas LLC
Nomura Corporate Reaserch & Asset
    Management Inc.
Nomura Corporate Research
Nomura Global Financial Products Inc.
Nomura International PLC
Nomura US Attractive Yield Corporat Bond
    Fund Mother Fund
Nordkap Bank AG
North Dakota State Investment Board
Oak Hill Credit Alpha Master Fund LP
Oak Hill Credit Opportunities Financing
    Ltd.
Oak Hill Credit Partners
Oak Hill Credit Partners II Ltd.
Oaktree Capital Management LP
Oaktree FF Investment Fund LP
Oaktree High Yield Fund II LP
Oaktree High Yield Fund LP
Oaktree High Yield Plus Fund LP
Oaktree Huntington Investment Fund LP
Oaktree Loan Fund 2X (Cayman) LP
Oaktree Opportunities Fund VIII (Parallel 2)
    LP
Oaktree Opportunities Fund VIII Delaware
    LP
Oaktree Opportunities Fund VIIIB Delaware
    LP
Oaktree Opps IX Holdco Ltd.
Oaktree Opps IX Parallel 2 Holdco Ltd.

Oaktree Senior Loan Fund LP
Oaktree Value Opportunities Fund Holdings
    LP
OCA Brigade Credit Fund II LLC
Ocean Trails CLO I
Ocean Trails CLO II
Och-Ziff Capital Management
OCM High Yield Trust
OCM Opportunities Fund VII Delaware LP
OCM Opportunities Fund VIIB Delaware
    LP
OCP Investment Trust
Ohio Police & Fire Pension Fund
OHSF II Financing Ltd.
Oklahoma Teachers Retirement System
Omega Advisors Inc.
Omega Capital Investors LP
Omega Overseas Partners Ltd.
Onex Credit Partners LLC
Onex Debt Opportunity Fund Ltd.
Onex Senior Credit Fund LP
Oppenheimer Funds
Optimum Trust-Optimum Fixed Income
    Fund
Oregon Public Employees Retirement Fund
Otlet Capital Management
Owl Creek Asset
Owl Creek Investments I LLC
Oz Management LLC
Oz Special Master Fund Ltd.
OZF Credit Opportunities Master Fund II
P River Birch Ltd.
Pacholder High Yield Fund
Pacific Gas & Electric Co. Post Retirement
    Medical Plan Trust - Non-Management
    Employees & Retirees
Pacific Life Funds - PL Floating Rate Loan
    Fund
Pacific Life Insurance
Pacific Select Fund - Floating Rate Loan
    Portfolio
Pacific Select Fund - High Yield Bo
    Portfolio
Palmetto Investors Master Fund LLC
Panning Capital Management
Panning Master Fund LP

Par Four Investment
PCI Fund LLC
Peak6 Investments
PECM Strategic Funding LP
Penn Mutual Life Insurance Co.
Pennsylvania State Employees Retirement
    System, Commonwealth of
Pennsylvania Treasury Department,
    Commonwealth of
Penteli Master Fund Ltd.
Perella Weinberg Partners
Perella Weinberg Partners Capital
    Management LP
Perella Weinberg Partners Xerion Master
    Fund Ltd.
Permal Contrarian Fund I Ltd.
Permal LGC Ltd.
Permal Stone Lion Fund Ltd.
Perry Capital
Perry Principals LLC
Petrusse European CLO SA
PG&E Corp. Retirement Master Trust
Phillips 66 Co.
Phoenix Edge Series Fund: Phoenix Multi
    Sector Fixed Income Series
Phoenix Investment Partners
Phoenix Life Insurance Co.
Phoenix Multi-Sector Fixed Income Fund
Phoenix Multi-Sector Short Term Bond
    Fund
Phoenix Senior Floating Rate Fund
Pictet Funds (Lux)
Pictet US High Yield
PIMCO
Pimco Cayman Global Credit Alpha Fund
Pimco Cayman Global Credit Libor Plus
    Fund
Pimco Foreign Bond Fund (US Dollar-
    Hedged)
Pimco Global High Yield Strategy Fund
Pimco High Income Fund
Pimco Long - Term Credit Fund
Pinebridge Investments LLC
Pioneer Diversified High Income Trust
Pioneer High Income Trust
Pioneer Investment

Point State Capital LP
Pointstate Capital LP
Pointstate Fund LP
Post Advisory Group
Post Advisory Investment LLC
Post Leveraged Loan Master Fund LP
Post Strategic Master Fund LP
Post Total Return Master Fund LP
Powershares Senior Loan Portfolio
Primerica Life Insurance Co.
Primus CLO I Ltd.
Princeton Advisory
Principal Financial Group
Principal Funds Inc. - High Yield Fund I
Principal Funds Inc.- Bond & Mortgage
    Securities Fund
Principal Funds Inc. High Yield Fund
Principal Investors Fund Inc.- Bond &
    Mortgage Securities Fund
Principal Life Insurance Co.
Principal Life Insurance Co. - Bond &
    Mortgage Separate Account
Principal Life Insurance Co. On Behalf of
    One Or More Separate Accounts
Principal Variable Contracts Fund Inc. Bond
    & Mortgage Securiities Account
Prospect Harbor Credit Partners LP
Protective Life Insurance Co.
Providence Equity
Prudential Insurance
Prudential Series Fund: Diversified Bond
    Portfolio
Prudential Series Fund: High Yield Bond
    Portfolio, The
Public Employees Retirement System of
    Ohio
Putnam Absolute Return 500 Fund
Putnam Absolute Return 700 Fund
Putnam Asset Allocation Funds
    Conservative Portfolio
Putnam Asset Allocation Funds: Balanced
    Portfolio
Putnam Diversified Income Trust
Putnam Diversified Income Trust (CA
    Master Fund)

Putnam Dynamic Asset Allocation Growth Fund
Putnam Floating Rate Income Fund G Rate Income Fund
Putnam Global Funds - Putnam World Wide Income Fund
Putnam Global Income Trust
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Investments
Putnam Master Intermediate Income Trust
Putnam Premier Income Trust
Putnam Retirement Advantage GAA Balanced Portfolio
Putnam Retirement Advantage GAA Conservative Portfolio
Putnam Retirement Advantage GAA Growth Portfolio
Putnam Retirement Advantage GAA Income Strategies Portfolio
Putnam Total Return Fund LLC
Putnam Total Return Trust
Putnam Variable Trust-Private Diversified Income Fund
Putnam Variable Trust-Private High Yield Fund
Putnam VT: Global Asset Allocation Fund
Pyramis Floating Rate High Income Commingled Pool Fund
Pyxis Capital LP
Pyxis Credit Strategies Fund
Pyxis Floating Rate Opportunities Fund
Pyxis Iboxx Senior Loan ETF
Pyxis Special Situations Fund
Qantas Superannuation Plan
Qualcomm Global Trading Inc.
Qualcomm Global Trading Pte Ltd.
Race Point III CLO Ltd.
Race Point IV CLO Ltd.
RBC Capital Markets LLC
RBC Dexia Investor Services Trust
RBS Greenwich Capital
Red River CLO Ltd.
Reef Road Capital
Reef Road Master Fund Ltd.
Regatta Funding Ltd.

Regents of The University of California
Regiment Capital Ltd.
Relative Value A Series of Underlying Funds Trust
Renaissance Reinsurance Ltd.
River Birch Capital LLC
River Birch Master Fund LP
Riversource Life Insurance Co.
Rockwall CDO II Ltd.
Rockwall CDO Ltd.
Royal Bank of Canada
Royal Bank of Scotland Group PLC, The
Royal Mail Pension Plan
Russell Investment Co. Russell Multi Strategy Alternative Fund
Russell Strategic Bond Fund
Ryan Labs
Saba Capital Management LP
Saba Capital Master Fund II Ltd.
Safety Insurance Co.
Safety National Casualty Corp.
Salomon Brothers Holding Co. Inc.
San Francisco City & Country Employees' Retirement System
San Gabriel CLO I Ltd.
San Joaquin County Employees' Retirement Association
Sandell Asset Management
Sanford C. Bernstein Fund Inc. II Intermediate Duration Portfolio
Sankaty Advisors LLC
Sankaty Beacon Investment Partners LP
Sankaty Credit Opportunities (Offshore Master) IV LP
Sankaty Credit Opportunities III LP
Sankaty Credit Opportunities IV LP
Sankaty Credit Opportunities V A LP
Sankaty Credit Opportunities V A2 Master LP
Sankaty Credit Opportunities V B LP
Sankaty Drawbridge Opportunities LP
Sankaty High Income Partnership LP
Sankaty Managed Account (PSERS) LP
Sankaty Managed Account (UCAL) LP
Sankaty Managed Account TCCC LP
Sankaty Senior Loan Fund LP

Sankaty Senior Loan Fund PLC
Saratoga Partners
SC Credit Opportunities Mandate LLC
Scoggin Capital Management
Scoggin Capital Management II LLC
Scoggin Capital Management LP II
Scoggin International Fund Ltd.
Scoggin Worldwide Fund Ltd.
Scotiabank
Sears Holdings Pension Trust
Seasons Series Trust-Asset Allocation:
    Diversified Growth Portfolio
SEI Global Master Fund PLC - The SEI
    High Yield Fixed Income Fund
SEI Global Master Fund PLD -The Sei High
    Yield Fixed Income
SEI Institutional Investment Trust Enhanced
    LIBOR Opportunities Fund
SEI Institutional Investment Trust
    Opportunistic Income Fund
SEI Institutional Investments Trust High
    Yeild Bond Fund
SEI Institutional Managed Trust - High
    Yield Bond Fund
SEI Institutional Managed Trust Enhanced
    Income Fund
SEI Institutional Managed Trust High Yield
    Bond Fund
Seix Investment Advisors LLC
Senator Global Opportunity Master Fund LP
Senator Investment Group LP
Seneca Capital
Senior Debt Portfolio
Sentinel Asset Management Pty Ltd.
SG Distressed Fund LP Private
Shasta CLO I Ltd.
Sheffield Asset Management LLC
Sheffield International Partners Master Ltd.
Sheffield Partners LP
Shenkman Capital Management Inc.
Shinnecock CLO 2006-1 Ltd.
Sierra CLO II Ltd.
Silver Crest CBNA Loan Funding LLC
Silver Oak Capital LLC
Silver Point Capital
Silverado CLO 2006-I Ltd.

Silvermine Capital Management LLC
Smith Management LLC
Sol Loan Funding LLC
Solus Alternative Asset Management
Solus Core Opportunities Master Fund Ltd.
Sound Harbor Partners
Sound Point Capital Management
Sound Point Credit Opportunities Master
    Fund LP
Southern Ute Indian Tribe
Southfork CLO Ltd.
Southpaw Asset
Southpaw Credit Opportunity Master Fund
    LP
SPCP Group LLC
Stanfield Azure CLO Ltd.
Stanfield Bristol CLO Ltd.
Stanfield Carrera CLO Ltd.
Stanfield Daytona CLO Ltd.
Stanfield McLaren CLO Ltd.
Stanfield Veyron CLO Ltd.
Starwood
Starwood Energy Fixed
State of Connecticut Retirement Plans &
    Trust Funds
State of Wisconsin Investment Board
State Street Bank & Trust Co.
State Teachers Retirement System of Ohio
Stedman Cbna Loan Funding LLC
Stedman Loan Fund II Subsidiary Holding
    Co. II LLC
Stellar Performer Globalseries W Global
    Credit
Stichting Bedrijfstakpensioenfonds Voor
    Het Beroepsvervoer Over De Weg
Stichting Bewaarder Syntrus Achmea
    Global High Yield Pool
Stichting Pensioenfonds Hoogovens
Stichting Pensioenfonds Voor
    Fysiotherapeuten
Stone Creek Partners LP
Stone Harbor Global Funds PLC - Stone
    Harbor Leveraged Loan Portfolio
Stone Harbor High Yield Bond Fund
Stone Harbor Invest Funds PLC - Stone
    Harbor High Yield Bond Fund

Stone Harbor Investment Partners LP
Stone Harbor Leveraged Loan Fund LLC
Stone Harbor Leveraged Loan Portfolio
Stone Lion Capital Partners LP
Stone Lion Portfolio LP
Stone Tower Capital
Stone Tower CDO II Ltd.
Stone Tower Credit Funding I Ltd.
StoneCreek Partners LLC
Stoney Lane Funding I Ltd.
Strategic Income Management LLC
Stratford CLO Ltd
Sunamerica Income Funds - Sunamerica
    High Yield Bond Fund
Sunamerica Senior Floating Rate Fund Inc.
Sunrise Partners LP
Sunrise Partners Ltd.
SunTrust
Sup FCO MA UB Securities LLC
Super FCO MA LP
Supervalu Inc. Master Investment Trust
Susquehanna Advisors Group
Symphony Asset Management
Symphony CLO II Ltd.
Symphony CLO VI Ltd.
T. Rowe Price
T. Rowe Price Institutional Floating Rate
    Fund
T. Rowe Price Institutional High Yield Fund
Taconic Capital Advisors
Taconic Master Fund 1.5 LP
Taconic Opportunity Master Fund LP
Talek Investments
Tall Tree Investment
Target Asset Allocation Funds
Target Asset Management
Target Conservative Allocation Fund
Target Moderate Allocation Fund
Tasman Fund LP
TCW Absolute Return Credit Fund LP
TCW Asset Management
TCW Capital Trust
TCW Funds Metwest High Yield Bond
    Fund
TCW Senior Secured Floating Rate Loan
    Fund LP

TCW Senior Secured Loan Fund LP
Teachers Insurance & Annuity Association
    of America
Teachers' Retirement System of Oklahoma
Teachers Retirement System of The City of
    New York
Teak Hill Master Fund LP
Texas Absolute Credit Opportunities
    Strategy LP
Texas County & District Retirement System
THL Credit Senior Loan
Thornburg Investment
Thornburg Investment Income Builder Fund
TIAA-CREF
Titan Investment Holdings LP
Titan Investment Holdings SL LP
TMCT II LLC
TMCT LLC
Tralee CDO I Ltd.
Triboro Funding Ltd.
Trilogy Capital
Trilogy Portfolio Co. LLC
Trimaran Advisors Katona
Trustees of Dartmouth College
Turnpike Ltd.
UBS AG - Stamford, CT Branch
UBS GAM US - State of Connecticut
    Retirement Plans & Trust Funds
UBS Securities
UBS Stamford Branch TRS
UFCW Consolidated Pension Fund
UFCW Northern California Employers Joint
    Pension Trust Fund
Ult Loan Funding 1 LLC
UMC Benefit Board Inc.
Unilever United States Inc. and Its
    Subsidiaries and Affiliates, Master Trust
    Agreement Under Various Employee
    Benefit Plans of
Unipension Invest FMBA High Yield
    Obligationer II
Unisys Master Trust
Ursamine
Ursamine Credit Advisors
US High Yield Bond Fund
US Underwriters Insurance Co.

USAA Cornerstone Moderately Aggressive
    Fund
USAA Cornerstone Moderately
    Conservative Fund
USAA Global Opportunities Fund
USAA Investment Management Co.
USAA Mutual Fund
USAA Mutual Funds Trust - USAA
    Flexible Income Fund
USAA Mutual Funds Trust USAA High
    Yield Opportunities Fund
USAA Mutual Funds Trust: USAA
    Cornerstone Aggressive Fund
USAA Mutual Funds Trust: USAA
    Cornerstone Moderate Fund
USAA Mutual Funds Trust-USAA High
    Income Fund
Valholl Ltd.
Valic Co. II-High Yield Bond Fund
Vanguard High Yield Corporate Fund
Varde Investment Partners LP
Varde Partners Inc.
Vector Capital
Venor Capital
Venor Capital Master Fund Ltd.
Venture II CDO 2002 Ltd.
Venture IX CDO Ltd.
Venture V CDO Ltd.
Venture VII CDO Ltd.
Venture VIII CDO Ltd.
Victoria Court CBNA Loan Funding LLC
Virtus Multi Sector Fixed Income Fund
Virtus Multi Sector Intermediate Bond Fund
Virtus Multi-Sector Short Term Bond Fund
Virtus Partners LLC
Virtus Senior Floating Rate Fund
Virtus Total Return Fund
Vista Leveraged Income Fund
Vitesse CLO Ltd.
Vulcan
VVIT: Virtus Multi Sector Fixed Income
    Series
VVIT: Virtus Strategic Allocation Series
W&R Target Funds Inc. - High Income
    Portfolio
Waddell & Reed

Waddell & Reed Advisors High Income
    Fund Inc.
Waddell & Reed Services
Wallace H. Coulter Foundation, The
Walnut Street Associates
Water Island Capital LLC
Watershed Asset
Watershed Capital Institutional Partners III
    LP
Watershed Capital Partners (Offshore)
    Master Fund II LP
Watershed Capital Partners (Offshore)
    Master Fund LP
Wellington Management Co. LLP
Wellington Management Portfolios (Dublin)
    Plc - US$ Core High Yield Bond
    Portfolio
Wellington Management Portfolios Dublin
    PLC Global High Yield Bond Portfolio
Wellington Trust Co. NA Multiple
    Collective Investment Fund Trust II
    Core High Yield Bond Portfolio
Wellington Trust Co. NA Multiple Common
    Trust Funds Trust-Opportunistic Fixed
    Income Allocation Portfolio
Wellpoint Inc.
Wells Capital Management
Wells Capital Management - 12222133
Wells Capital Management - 13702900
Wells Capital Management - 13823100
Wells Capital Management - 13923601
Wells Capital Management - 16463700
Wells Capital Management - 16959701
Wells Capital Management - 18325402
Wells Capital Management - 18866500
Wells Capital Management - 22952000
Wells Capital Management - 23928601
Wells Capital Management - 23960800
Wells Capital Management - 25464400
Wells Fargo & Co. Master Pension Trust
Wells Fargo Advantage High Income Fund
Wells Fargo Advantage High Yield Bond
    Fund
Wells Fargo Advantage Income
    Opportunities Fund

Wells Fargo Advantage Multi-Sector
Income Fund
Wells Fargo Advantage Strategic Income
Fund
Wells Fargo Advantage Utilities & High
Income Fund
Wells Fargo Bank NA
Wells Fargo Floating Rate Loan Fund
West Bend Mutual Insurance Co.
West Gate Horizons
Westbrook CLO Ltd.
Westchester CLO Ltd.
Western Asset Floating Rate High In Fund
LLC
Western Asset Management
WG Horizons CLO I
Whitehorse Capital
Whitehorse II Ltd.
Whitehorse III Ltd.

Whitehorse IV Ltd.
Whitestone Funding Ltd.
Wilmington Trust Investment Management
LLC
Wilshire Institutional Master Fund II SPC -
Wilshire Alden Global Event Driven
Opportunities SP
Wingspan Investment Management LP
Wingspan Master Fund LP
WM Pool - High Yield Fixed Interest Trust
Worden II TX LLC
Worden Master Fund II LP
Worden Master Fund LP
Worden TX LLC
WR Huff Asset Management Co. LLC
WRH Global Securities Pooled Trust
XL Re Ltd.
Zell Credit Opportunities Side Fund LP
Ziff Brothers Investments LLC

## **SCHEDULE 1(i)**

### **DIP Parties**

Bank of America NA
Bank of Tokyo-Mitsubishi UFJ Ltd., The
Barclays Bank Plc
Citibank NA
Citigroup Global Markets Inc.
Deutsche Bank AG, New York Branch
Deutsche Bank Securities Inc.
Loop Capital Markets LLC
Merrill Lynch Pierce Fenner & Smith Inc.
Mitsubishi UFJ Financial Group Inc.
Morgan Stanley Senior Funding Inc.
RBC Capital Markets
Royal Bank of Canada
Union Bank NA
Williams Capital Group LLC

# SCHEDULE 1(j)

## Indenture Trustees

American Stock Transfer & Trust Co.
Bank of New Mellon, The
Bank of New York Mellon Trust Co., The
Barclays Bank
Christiana Trust
Citibank
Citigroup
Computershare Trust Co. of Canada
Credit Suisse
CSC Trust Co. of Delaware
Deutsche Bank
J.Aron/Goldman Sachs
Law Debenture Trust Co. of New York
Merrill Lynch/Bank of America
Morgan Stanley
North American Coal Royalty Co.
US Bank NA
Wilmington Savings Fund Society FSB
Arizona Bank
BOKF NA
UMB NA

# SCHEDULE 1(k)

## Insurers

ACE
AIG
American Nuclear Insurers
Argo Re (Bermuda)
Associated Electric & Gas Insurance Services (AEGIS)
Axis
Beazley
Chubb Atlantic Indemnity Ltd. (Bermuda)
Endurance
Energy Insurance Mutual (EIM)
European Mutual Association for Nuclear Insurance (EMANI)
Federal Insurance Co.
FM Global
HCC
Liberty Mutual/Safeco
Monitor
Navigators
Nuclear Electric Insurance Ltd. (NEIL)
Nuclear Energy Liability Insurance Association (NELIA)
Oil Casualty Insurance Ltd. (OCIL)
RLI
RSUI (CRC)
Starr Aviation
Starr Cos.
Starr Surplus Lines Insurance Co.
Torus
XL Insurance (Bermuda) Ltd.

# <u>SCHEDULE 1(l)</u>

## <u>Investment Banks</u>

BofA Merrill Lynch
Citigroup
Credit Suisse
Goldman Sachs
JP Morgan
KKR Capital Markets
Lehman
Morgan Stanley
Williams Capital Group

# SCHEDULE 1(m)

## Landlords

6555 Sierra
Advantus Capital Management Inc.
AIG Rail Services Inc.
Alford, Landon
American Public Insurance Co.
Bank of New York Mellon Trust Co., The
Bank of New York, The
Blue Cross and Blue Shield of Florida Inc.
CALSTRS Lincoln Plaza
CapGemini America Inc.
Catholic Aid Association
Christian, Larry
Clark, Jack
Clearview
Comerica Bank
Congress Holdings Ltd.
Connell Equipment Leasing Co.
CP Fort Worth LP
Daffan, Ron
Dallas, City of (TX)
Farm Bureau Life Insurance Co. of
     Michigan
First on 6th LP
First Union Rail Corp, a Wells Fargo Co.
Flagship Rail Services Inc.
GATX Corp.
Great Western Insurance Co.
Greensport/Ship Channel Partners LP
Guaranty Title Co. of Robertson County Inc.
Hamilton Fidelity LP
Hamilton, Barry
Hill, Bobby

Jackson National Life Insurance Co.
Jaggi, Robbye Oram
John Hancock Life Insurance Co.
John Hancock Variable Life Insurance Co.
Key Equipment Finance Inc.
Kokel-Oberrender-Wood Appraisal Ltd.
Lafayette Life Insurance Co., The
LaSalle Bank NA
Lawler, Harry
Lexington Acquiport Colinas LP
Lionstone CFO Two LP
Manufacturers Life Insurance Co.
Manulife Insurance Co.
Microsoft Corp.
MTL Insurance Co.
Nichimen America Capital Corp.
Northern Trust Co. of New York
PPM America Inc.
Sanderson, Charles
Saul Subsidiary II LP
SMBC Rail Services LLC
Sojitz American Capital Corp.
State Farm Life Insurance Co.
Texas Life Insurance Co.
Thorne, Elizabeth Oram
Tyler Junior College
US Bank Global Trust Services
US Bank NA
Wells Fargo Bank Northwest NA
Western United Life Assurance Co.
Wilmington Trust Co.

# **SCHEDULE 1(n)**

## **Letters of Credit**

Citibank

# SCHEDULE 1(o)

## Lienholders

Bank of New York Mellon Trust Co. NA, The
Bank of New York Mellon, The
Bank of New York Trust Co. NA, The
Citibank NA
Civitas Capital Management LLC
CSC Trust Co. of Delaware
First Union Commercial Corp.
Mastercraft Printed Products & Services Inc.
Phillip Morris Credit Corp.
Tex-La Electric Cooperative of Texas Inc.
TXU 2007-1 Railcar Leasing LLC
TXU Railcar Trust 2005-A
US Bank NA
US West Financial Services Inc.
Wachovia Bank NA
Wells Fargo Bank Northwest NA

## SCHEDULE 1(p)

### Litigants

Acosta, Arcilia C.
ACP Master Ltd.
Adlestein, Mark
Akin, Clifton
Akpom, Okey
Alcorn, Steve L.
Allen, Bradley D.
American Honda Finance
Arrellanos, Tistan
Atmos Energy Corp.
Aurelius Capital Master Ltd.
Baltimore, City Council of the City of (MD)
Baltimore, City of (TX)
Baltimore, Mayor of the City of (MD)
Bank of America
Bank of America Corp.
Bank of America NA
Bank of Tokyo-Mitsubishi UFJ Ltd., The
Barclays Bank PLC
Barnett, Bryan A.
Barton, Thomas L.
Batey, Robert M.
Behnken, Diane
Bennett, Milton A.
Black, Jennifer
Blackmon, Donald
Blair, David
Blakeney, Jim
Blankumsee, Kennith E.
Bodiford, Cody R.
Bradley, Buster L
Branscom, David A.
Brinson, John F.
Brown,  Walter R.
Brown, Patrick L.
Buchanan, Charles A.
Capital One
Caraballo, Miguel
Centerpoint Energy Field Services LP
Centerpoint Energy Houston Electric LLC
Centerpoint Energy Inc.
Centerpoint Energy Properties Inc.

Centerpoint Energy Service Co. LLC
Centerpoint Energy Services Inc.
Centerpoint Resources Corp.
Chase Bank USA NA
Chexsystems Inc.
Chyba, Pamela
Citibank NA
Citicards CBNA
Citigroup Inc.
Citimortgage
Coe, James D.
Collette, Joe
Collins, Danny L.
Collins, Roy L.
Conner, Robert H.
Cook, Danny L.
Cooperatieve Centrale Raiffeisen
    Boerenleenbank BA
Crawford, Billy M.
Credit Suisse
Credit Suisse Group AG
Credit Suisse International
D.W. Vorwerk
Davis, Charles E.
Davis, Clifford R.
Delta Air Lines Inc.
Deutsche Bank AG
Deutsche Bank Trust Co. Americas
Diaz, Maria
Discover Financial Services
Dosier, David L
Doss, Bill, Jr.
Employees Retirement Fund of the City of
    Dallas
Environmental Integrity Project
Equifax Information Services
Experian Information Solutions Inc.
Ferrell, Brian F.
First Premier Bank
Fling, Gregory A.
Flores, Jamie
Fluor Enterprises Inc.

Fort Bend Independent School District (TX)
FPL Energy LLC
FPL Energy Pecos Wind I LLC
FPL Energy Pecos Wind I LP
FPL Energy Pecos Wind II LLC
FPL Energy Pecos Wind II LP
French, Richard D.
Gatson, Walter R
Gladden, Garry D.
Goltz, Frederick M.
Goodrich, Robert D.
Griffin, Daniel
Griffin, James A.
Gusman, James
Haar, Gregory A.
HBOS PLC
Hopkins, Teddy G.
Hornbuckle, Billy R.
Houston County Ready- Mix Concrete Co. Inc.
HSBC Bank PLC
HSBC Card Services Inc.
HSBC Holdings PLC
Indian Mesa Wind Farm LLC
Indian Mesa Wind Farm LP
Indústrias Nucleares Do Brasil (INB)
Innovis Data Solutions
Jackson, Lisa P., in her official capacity as Administrator of the USEPA
Jefferson, Maurice
Jenkins, Richard I.
Johnson, Cynthia
Johnson, Glinda
Johnson, Marla
JP Morgan Chase & Co.
JPMorgan Chase Bank NA
Keglevic, Paul
Klement Properties Inc.
Klement, Karl
Koepp, Dwight J.
Kuykendall, Roger A.
Lambert, Edward E.
Law Debenture Trust Co. of New York
Lawhorn, James C.
Leal, Gilbert
Lebovitz, Scott

Littleton, Eric
Lloyds Banking Group PLC
LVNV Funding LLC
MacDougall, Michael
MasterCard Inc.
MasterCard International Inc.
Mcbride, John P.
Merritt, Charles D.
Midland Funding LLC
Miller, David
Mitchell, Felonice
Morgan, Audrey M.
Morris, Chris
Mosby, Walt
New Britain Firefighters' and Police Benefit Fund, City of  (CT)
NextEra Energy Resources LLC
Nolley, Desi A.
Norinchukin Bank, The
Norwood, Timothy
Ocwen Loan Servicing LLC
Our Land, Our Lives
Parker, Rhonda
Pennington, Lynda
Perciasepe, Bob, in his capacity as Acting Administrator, USEPA
Perez, Gerardo
Perry, Tracy D.
Petroleum Geo-Services Inc.
Pharis, Harvey E.
Phoenix Recovery Group
Pierce, Steven E.
Pierce, Timothy A.
Pitts, Jimmie C.
PlainsCapital Corp.
Pyers, Ricky D.
Qualls, Joshua D.
Rackspace Hosting Inc.
Reliant Energy
Reliant NRG
RentDebt Automated Collection
Reyes, Joe R.
Rhea, Dan J.
Richardson, Jamie
Rife, Michael D.
Rives, Johnny C.

Roberson, Gabriel
Rogers, Mark S.
Rollins, Regina
Rotatable Technologies LLC
Royal Bank of Canada
Royal Bank of Scotland Group PLC, The
Salazar, Micale G.
Schlumberger Technology Corp.
Schrade, Linda
Schrade, Paul
Self, Hose E.
Shankle, Learon R.
Sibley, Eric
Sierra Club
Silva, Sofia
Silvers, Mark A.
Simpson, Willard
Smidt, Jonathan D.
Smith, Donny R.
Smith, Jimmy B.
Societe Generale SA
Spence, Gary D.
Spohn, David W
Stoker, Willie C.
Suarez, Elas
Tarrant County Regional Water District
    (TX)
Texas Instruments Inc.
Thomas, Jarest D.
Tigue, James
Tolteca Enterprises Inc.
Trans Union LLC
Tucker, Roy H.

Turner, John B.
UBS AG
United Revenue Corp.
United States Environmental Protection
    Agency
United States of America
Vargas, Maria
Vargas, Natalie (a Minor)
Vaughn, Jimmy N.
Verizon Wireless
Visa Inc.
Visa International Service Association
Visa USA Inc.
Wade, Donald
Waggoner, Avery D.
Wallace, James
Washington, James
Wells Fargo Credit Inc.
WestDeutsche ImmobilienBank AG
WestLB AG
Whipple, Jackie L.
White Stallion Energy Center LLC
Williams, Danny R.
Williams, Donald R.
Williams, James L.
Wilmington Trust Co.
Wilson, Amber
Winkenweder, Barry A
Woodforest National Bank
Young, John
Young, Richard
Youngblood, Dawn
Youngblood, Edwin

# SCHEDULE 1(q)

## Litigants (Asbestos)

3M Co.
4520 Corp.
84 Lumber Co.
A.O. Smith Corp.
A.W. Chesterton Co.
AAF-McQuay Inc.
AAMCO Transmissions inc.
ABB Inc.
ABB Lummus Crest Inc.
Abbott Laboratories
Abitibi Bowater Inc.
Able Supply Co.
AC&R Insulation Co. Inc.
AC&S Inc.
Accelerated Memory Production Inc.
ACDELCO, a Brand of GM Service and
    Parts Operations, A Division of General
    Motors
Ace Hardware Corp.
ACH Food Cos. Inc.
ACME Brick Co.
Adams, Robert Dan, Jr.
Adams, Robert Dan, Sr.
Addison, John
Addison, Linda
Advance Auto Parts Inc.
Advance Stores Co. Inc.
Advance Stores Inc.
Aecom USA Inc.
AEP Texas North Co.
AERCO International Inc.
AES Corp.
AFC-Holcroft LLC
Aftermarket Auto Parts Alliance Inc.
Afton Pumps Inc.
AGCO Corp.
AGCO Farm Equipment Inc.
Ahlfeld, William
Ahrend, Paula Simpson
Air & Liquid Systems Corp.
Air Conduit LLC
Air Liquid Systems Corp.

Air Products & Chemicals Inc.
Airco Inc.
Ajax Magnethermic Corp.
AKZO Nobel Paints LLC
Alabama Power Co.
Albany Felts
Albany International Corp.
Alberino, Anthony M.
Alberino, Thomas
Alcatel-Lucent USA Inc.
ALCO Division of Nitram Energy Inc.
ALCOA Inc.
Alfa Laval Inc.
Alliance Laundry Holdings LLC
Alliance Machine Co., The
Alliant Techsystems Inc.
Allied Crane Inc.
Allied Insulation Supply Co. Inc.
Allied Manufacturing Corp.
Allied Manufacturing Inc.
Allied Minerals Inc
Allied Packing & Supply Inc.
AlliedSignal Inc.
Allison, Patricia
Allison, Robert
Alvarez, Sheena
Amchem Products Inc.
AMEC Construction Management Inc.
Ameren Corp.
Ameren Illinois Co.
American Biltrite Inc.
American Boiler Tank & Welding Co. Inc.
American Bridge Co.
American Honda Motor Co. Inc.
American Optical Corp.
American Petroleum Institute Inc.
American Standard Inc.
Ameron International Corp.
Ametek Inc.
AMF Inc.
Anchor Packing Co. Inc.
ANCO Insulations Inc.

Anderson, Patricia
Andrews, David R.
Andrews, Susan F.
Anheuser Busch Brewery
Appleton Wire Works Inc.
Aqua-Chem Inc.
Archer-Daniels-Midland Co.
ARCO Corp.
Arens, Randall
Arens, Sheryl
Argo International Corp.
Armstrong International Inc.
Armstrong Pumps Inc.
Asbeka Industries of New York Inc.
Asbestos Corp. Ltd.
Associated Engineering & Equipment
Asten Johnson Inc.
Austin County (TX)
Austin Energy
Austin Industrial Inc.
Autozone Inc.
Avery, Jimmie
Avondale Industries Inc.
Ayers, Tommy
Azrock Industries Inc.
B&B Engineering & Supply Co. Inc.
Babcock Borsig Inc.
Babcock Borsig Power Inc.
Baker Hughes Oilfield Operations Inc.
Ballard, Christopher
Banach, Gordon
Banach, Helen M.
Barber, James D.
Bargeron, Diane
Barnum, Samuella
Baroid Industrial Drilling Products
Bascob, Shona Jean
BASF Catalysts LLC
Bates, Dorothy
Bates, Willie R.
Baxter, Anna
Baxter, Charles
Beazer East Inc.
Bechtel Construction Co.
Bechtel Construction Operations Inc.
Bechtel Corp.

Bechtel Energy Corp.
Bechtel Enterprise Holding Inc.
Bechtel Environmental Inc.
Bechtel Equipment Operations Inc.
Bechtel Group Inc.
Bechtel Infrastructure Corp.
Bechtel National Inc.
Bechtel Personnel & Operational Services
    Inc.
Bechtel Power Corp.
Belcher, Margaret
Beljan, Mary
Bell & Gossett Co.
Bella Co.
Bellco Industrial Engineering Co.
Bellco Industrial Piping Co.
Beniot, Melissa Schexnayder
Benjamin F. Shaw Co.
Bergstrom, Geoffrey
BF Goodrich Co.
Bird Inc.
Bledsoe, Roger
Bledsoe, Yolanda
Blocker, Donald Keith
Blocker, Donald Ray (Deceased)
Blocker, Linda
Boise Cascade Corp.
Bondex International Inc.
Bondstand
Borden Chemical Inc.
Boubouis, Anthony
Boubouis, Morphia
Braden, Douglas
Braden, Regina
Bradford, Bobbie E.
Brasher, Connie
Brooks, Richard
Brooks-Woodson, Regina
Brown & Root Holdings Inc.
Brown & Root Inc.
Brown, Geraldine
Brown, Martha
Brown, Martha Jacqueline
Browning, Dawn
Bryan Steam Corp.
Bryan Steam LLC

Bryant, Doyle
Bryant, Joyce
Buffalo Pumps Inc.
Burnham Corp.
Burns International Services Corp.
Burton, Clarence
Burton, Debra
Butscher, Alisa
BW/IP Inc.
BW/IP International Inc.
Byerly, Susan
Byron Jackson Pumps
C.F. Braun & Co. Inc.
C.F. Braun Engineering Corp.
Cabell, Linda
Calcutt, Billy A.
Calcutt, Ruth H.
Caldwell, Judith
Caldwell, Richard J.
Calvert, Everett
Calvert, Gwendolyn
Campbell, Gerald
Canfield, Judy
Canfield, Matthew
Capco Inc.
Capek, Brenda
Capek, Richard
Carborundum Co. (The)
Carlisle Co. Inc.
Carpenter, Patrick E.
Carr, Cecillia
Carr, Stephen
Carrier Corp.
Case, Mary
Case, Richard
Catalytic Industrial Maintenance Co. Inc.
CBS Corp.
Celanese Ltd.
Cerone, Carmine
Certainteed Corp.
Chamlee, Betty
Champagne, Nancy Marie
Champion, Jackie D.
Champlain Cable Corp.
Charter Oil Co.
Cherry, Delmon

Cherry, Jean
Chevron USA Inc.
Chicago Pump
Chisholm, Sharon
Chrisman, Joseph
Christensen, Cedric
Christensen, Patricia
Citgo Petroleum Corp.
Cleaver-Brooks Co. Inc.
Cleaver-Brooks Inc.
Clubb, John H.
Coen Co. Inc.
Coleman, Clarence
Coleman, Donnie
Coleman, Julia
Collins, Jane
Collins, John E.
Coltec Industries Inc.
ConocoPhillips Co.
Continental Tire North America Inc.
Control Components Inc.
Conway, Bob
Conway, Kate
Conwed Corp.
Cooper Industries Inc.
Coots, David A.
Copes-Vulcan Inc.
Corbett Fabricating Co. Inc.
Cottrell, Jane
Crane Co.
Cronin, William
Crown Central LLC
Crown Cork & Seal Co. Inc.
Cust O Fab Tank Services LLC
Custer, Deborah
Cyprus Industrial
D.B. Riley Inc.
Dana Corp.
Danna, Barry
Danz, Karen
DAP Products Inc.
Darr, Sue
Daughhetee, Dorothy
Daughhetee, Eldon
Davidson, Mark, Judge
Davis, Marvin G.

Davy Mckee Corp.
De Laval Turbine Inc.
Degregorio, Joan
Degregorio, Richard
DeLaval
Dempsey, Henry M.
Denton, Robert Frazior
Dereuisseaux, Lois
Dereuisseaux, Wallace
Deytens, Beverly
Deytens, William
Diamond Shamrock Refining & Marketing
   Inc.
Diamond Shamrock Refining Co.
Dickerson, John
Dickerson, Martha
Dickman, Susan
Dickman, Wesley
Disantis, Dioro
Discount Auto Parts Inc.
Dobson, Dennis
Dobson, Jean
Dobson, Lester
Dodge, William F.
Dodson, Dowell
Domco Products Texas LP
Domino, Susan
Dover Corp.
Drake, Elizabeth
Drake, Joe C., Jr.
Dresser Industries Inc.
Driver, Aaron
Driver, Adria
Driver, Christopher
Driver, Stacy
Dryfka, Candace
Dunn, Elsie Faye
Dunn, Emmett L.
DuPriest, Barbara
DuPriest, Ronald
Durbin, Raymond
Durbin, Sylvia
Dutkowski-Dobson, Maria
Easter, Marjorie
Eastman Chemical Co.
Eaton Corp.

Edwards, Andrew
Edwards, Billie R.
Edwards, Martha
Ehret, Ana
Ehret, Edward
Eldridge, Elizabeth
Elle, Linda
Elliott Turbomachinery Co. Inc.
Englehardt, Dieter
Erie City Iron Works
Estate of Alexander J. Hecker, Deceased
Estate of Allen J. Hall
Estate of Anthony Garzillo
Estate of Ardis Graham, Deceased
Estate of Avner Cockroft, Jr., Deceased
Estate of Barbara J. McGaha
Estate of Billy Belcher, Deceased
Estate of Bob Conway, Deceased
Estate of Bruce L. Eubanks, Deceased
Estate of Burney B. Mullens, Deceased
Estate of Burney B. Mullens, Deceased
Estate of Carl Scivicque, Deceased
Estate of Cecil Chisholm, Jr., Deceased
Estate of Cecil Wayne Skinner, Deceased
Estate of Choyce Alton Brown, Deceased
Estate of Clyde Ahlfeld, Deceased
Estate of Clyde Kiddoo, Deceased
Estate of Cooper Tilghman, Deceased
Estate of Craig E. Capp, Deceased
Estate of Darrell Driver
Estate of David Eldridge, Deceased
Estate of David Saldana Sanchez Sr.,
   Deceased
Estate of Dawna Snyder, Deceased
Estate of Donald Hooks, Deceased
Estate of Dorothy Ricci, Deceased
Estate of Ephrem Bargeron, Deceased
Estate of Ernest K. Wall, Deceased
Estate of Eugene M. Sinisi, Deceased
Estate of Floyd L. Bergstrom, Sr., Deceased
Estate of Francis E. Leider, Deceased
Estate of Frederick Stein
Estate of Freeman E. Allison, Deceased
Estate of Galen F. Wagner II, Deceased
Estate of George H Fenicle, Deceased
Estate of Gerald Gann, Deceased

Estate of Gerald Webster, Deceased

Estate of Gladys Rothe, Deceased

Estate of Gregory Hill, Deceased

Estate of Harold Custer, Deceased

Estate of Harry Easter, Deceased

Estate of Hazel Coleman, Deceased

Estate of Helen McKenna, Deceased

Estate of Henry Boettcher, Deceased

Estate of Hollis H. Holmes, Deceased

Estate of Jack Champion, Deceased

Estate of Jack N. Holman, Deceased

Estate of Jack Rankin, Deceased

Estate of Jackie Dean Simmons, Deceased

Estate of James D. Chamlee, Deceased

Estate of James Fawcett, Deceased

Estate of James Frazee, Deceased

Estate of James G. Havens, Sr., Deceased

Estate of James H. Vercher, Deceased

Estate of James Kuhn, Deceased

Estate of James R. Hiltz, Deceased

Estate of James Wolfgang, Sr., Deceased

Estate of James Yarbrough, Deceased

Estate of Jerry A. West, Sr., Deceased

Estate of Jerry McClendon, Deceased

Estate of Jesse Stovall, Jr., Deceased

Estate of Jimmie Barber, Deceased

Estate of John E. Dryfka, Deceased

Estate of John E. Simpson, Deceased

Estate of John G. Meyers, Deceased

Estate of John J. O'Gorman, Jr., Deceased

Estate of John Mays, Deceased

Estate of John Zywicki, Deceased

Estate of Juanita C. Collins, Deceased

Estate of Keith R. Myers, Deceased

Estate of Kenneth L. Drake, Sr., Deceased

Estate of Kenneth L. Shreve, Deceased

Estate of Lamar Houston

Estate of Lawrence Johnson, Deceased

Estate of Lee E. Lucas, Deceased

Estate of Leo Raymond Oquist, Decedent

Estate of Leon Henager, Deceased

Estate of Lester L. Coots, Deceased

Estate of Linda Cato, Deceased

Estate of Lloyd Hackler, Deceased

Estate of Loyd Don Wofford

Estate of Luke Thomas, Deceased

Estate of Mack W. Brasher

Estate of Margaret Cerone, Deceased

Estate of Margaret Gade, Deceased

Estate of Marianne Clancy, Deceased

Estate of Mario Karlich

Estate of Martin Proffitt

Estate of Mary Pridmore, Deceased

Estate of Melvin E. Turner, Jr.

Estate of Merle Kiser, Deceased

Estate of Michael Powell, Deceased

Estate of Nancy B. Soiferman, Deceased

Estate of Norman F. Iehle

Estate of Orval Reed

Estate of Otis H. Norris, Deceased

Estate of Patrick Anderson, Deceased

Estate of Patrick K. Stewart

Estate of Paul Collins

Estate of Percy Marshall, Deceased

Estate of Quincy James, Deceased

Estate of Ralph Laubecher, Deceased

Estate of Ralph Liebau, Deceased

Estate of Raphael Planert, Deceased

Estate of Raymond McGhee, Deceased

Estate of Rebecca D. Carpenter, Deceased

Estate of Richard A. Smith, Deceased

Estate of Richard J. Sterling, Deceased

Estate of Richard Pike, Deceased

Estate of Ricky Kraatz

Estate of Robert Alberino

Estate of Robert Butscher, Deceased

Estate of Robert C. Wyatt, Sr., Deceased

Estate of Robert Danz, Deceased

Estate of Robert Elle, Deceased

Estate of Robert L. Greene, Deceased

Estate of Robert M. Byerly, Sr., Deceased

Estate of Robert R. Robinson, Deceased

Estate of Robert W. McNely, Deceased

Estate of Roger Huck, Deceased

Estate of Ronald Augusta McColley, Deceased

Estate of Roy Hutslar, Deceased

Estate of Ruby Nell Adams, Deceased

Estate of Salomon Shuman, Deceased

Estate of Samuel Lee Barnum, Deceased

Estate of Samuel McCain, Deceased

Estate of Shelton Spain

Estate of Stephen Nosko, Deceased
Estate of Steven C. League, Sr., Deceased
Estate of Tami Ballard, Deceased
Estate of Thelma J. Miller, Deceased
Estate of Therese Bluhm
Estate of Townsend Elmo Reed, Deceased
Estate of Tyll Vanzler, Deceased
Estate of Velma C. Johnson, Deceased
Estate of Vira Perry
Estate of Virgil Jewell, Deceased
Estate of Wallace Rabenburg
Estate of Walter Hill, Deceased
Estate of Walter Jacques, Deceased
Estate of Wayne Lee Stewart, Deceased
Estate of Wendell R. Jackson
Estate of William Darr, Deceased
Estate of William F. Pfingsten, Deceased
Estate of William Furlong, Deceased
Estate of William Peppers, Deceased
Estate of William Thomas Merrit, Deceased
Estate of Willie Williams
Etchason, Edward
Eubanks, Candis
Exxon Mobil Corp.
Fairbanks Morse Pump Co.
Fawcett, Rosenda
FBCO Inc.
Featherlite
Feinberg, Phyllis
Feinberg, Stephen B.
Fenicle, Mark
Fenicle, Shirley
Ferrell, Edward
Ferrow Engineering
Fitch, Glenda
Fitch, William
Flake-Mays, Neda
Flannery, Patrick
Flores, Robin
Flowserve (US) Inc.
Flowserve Corp.
Fluor Corp.
Fluor Daniels Maintenance Services Inc.
Fluor Daniels Services Corp.
Fluor Daniels Williams Brothers
Fluor Enterprises Inc.

Fluor Holding Co. LLC
Fluor Texas Inc.
Flynn, Chiemi
Flynn, David Neal
FMC Corp.
Ford Motor Co.
Foseco Inc.
Foster Wheeler Constructors Inc.
Foster Wheeler Energy Corp.
Foster, Jordan
Foust, Jolene Joy
Fraley, Shirley
Fraley, Theodore
Franco, Elsa
Freeman, Allison
Furlong, Virginia
Gade, Stanley
Galetti, Edward J.
Galle, Kim
Gann, Cheryl
Garlock Inc.
Garlock Sealing Technologies Inc.
Garlock Sealing Technologies LLC
Garzillo, Theresa
Gencorp Inc.
General Electric Co.
General Motors Corp.
General Refractories Co.
George Staton Co. Inc.
George, Charlene
George, Roger W.
Georgia Talc Co.
Georgia-Pacific Corp.
Georgia-Pacific LLC
Gerenstein, Barry
Gili, Maryglen
Glen Alden Corp.
Gonzalez, Gilbert
Gonzalez, Patricia
Good, Roger
Goodrich Corp.
Goodyear Tire & Rubber Co.
Goulds Pumps Inc.
Gow, George
Gow, Vivian
Grady, Deanna

Grady, Mark
Grady, Marlena
Grady, Walter P.
Grady, Walter R., Deceased
Graham, Linda
Green, Bobby W.
Greene Tweed & Co. Inc.
Greene, Gracie J.
Griffey, Joyce
Griffey, Roger K.
Griffiths, Charles R.
Griffiths, Diana
Grove, George
Grove, Yvonne
Guard Line Inc.
Guillot, Sheri Schexnayder
Guirguis, Samy
Gulbrandsen, Fred
Gunerman, Karen
H.B. Zachry Co.
Hack, William K.
Hackler, Arnold
Hackney, Harold
Hackney, Linda
Hagan, Janet
Hagan, Kenneth
Hall, Leonore
Hall, Vicki
Halliburton Co.
Harman, Harold
Harman, Karen
Harris, Lulu
Harris, Terry L.
Hart, Irene A.
Hart, Marvin W.
Haveg Industries Inc.
Haveg Pipe Co.
Havens, Jeanette
Haycook, Carolyn
Haycook, Harvey L.
Hayes, Edward
Hayes, Iva
Hayhurst, Emily
Head, Ione
Head, Keith
Hecht, Bernis

Hecht, Edmund
Hecker, Gary
Hedgpeth, Brenda
Henley/MWK Holding Inc.
Henry Vogt Machine Co.
Henson, Larry, Deceased
Herndon, Robert
Herring, Gerald W.
Herring, Nona Lee
Hicks, Patti
Hill, Arletha
Hill, Gloria
Hill, Linda
Hiltz, James T.
Hindman, John W.
Hobbs, Arlon J.
Hoffman, Beatrice
Hoffman, Eugene
Holman, Bryan V.
Holman, Joe D.
Holman, Wade N.
Holmes, Lotherine
Honeywell Inc.
Hooks, Steven
Hooks, Tommie H.
Hope, Robert
Hoskins, James Michael
Hoskins, James Preston, Deceased
Houston, Wilma
Huber, William
Huck, Sandra
Hughes, Elizabeth
Hughes, John
Humphreys, Margaret
Humphreys, William
Huntington Ingalls Inc.
Iehle, Dorothy
IMO Delaval Inc.
IMO Industries Inc.
Industrial Holdings Corp.
Ingersoll Rand Corp.
Ingersoll-Rand Co.
Irvine, Betty Lou Young
ITT Corp.
ITT Industries Inc.
Jackson, Dan

Jackson, David W.
Jackson, Scott
Jacques, George
James, Dorothy
Jasper, Diane
Jasper, Joseph
Jeansen, Barbee
Jeffrey, Joel, Deceased
Jeffrey, John Michael
Jeffrey, Myrna
Jeffrey, Ricky Marcel
Jenkins, Alva
Jenkins, Doris
Jenkins, Walter
Jennings, Jean
Jennings, Kenneth
Jestes, Herman Ralph
Jestes, Opel
Jewell, Margaret
J-M Manufacturing Co. Inc.
John Crane Inc.
Johnson, David
Johnson, Debra
Johnson, Jeanette
Johnson, Perry L.
Jones, John Henry, Jr.
Jones, Tammy Thaxton
Jones, Teresa Lynn
Jourdain, Robert
Jourdain, Sharon
Justice, Barbara
Justice, William
Kaiser Cement Corp.
Kaiser, Charles, Sr.
Kapp, Susan
Karlich, Marilyn
Kay, James F.
Kay, Marianne
KCG Inc.
Kell Holding Corp.
Kelly Moore Paint Co. Inc.
Kelly Springfield Tire Co.
Kemper, Harvey
Kemper, Kathleen
Kennedy, Herman
Kewanee Boiler Corp.

Kiddoo, Dorothy
King, David
King, Fredrick
King, Margaret
King, Patricia
Kinsley, Christina
Kirk, James
Kiser, Kathryn
Kliafis, Joellen Lugene
Kraatz, Ricky
Kraatz, Terry
LaGloria Oil & Gas Co.
LaMartina, Peggy
LaMartina, Richard
Lamons Gasket Co. Inc.
Lamons Metal Gasket Co. Inc.
Langevin, Albert D., Jr.
Langevin, Paulette, Deceased
Laningham, Donald
Laningham, Ruth
Lansdale, Robert A.
LaPointe, Herbert
Latuda, Louis
Laubecher, Sylvia
Laurens, Herman
Laurens, Rosa
Lavender, Jala
League, Delberta
Leamons, Dorothy
Leamons, Herman
Leider, Frank J.
Lennox Industries Inc
Levitt, Dale
Levitt, Gloria
LGS Technologies LP
Liberda, August
Liebau, Shirley
Litchfield, Charlie
Littleman, Kee
Lone Star Steel Co.
Loughlin, William
Lucas, Donald
Lucas, Sherry Mace
Lucent Technologies Inc.
Lust, Josephine
Lust, Leonard M.

M.L.T.C. Co.
M.W. Kellogg Co. The
Mahaffey, Gordana
Mahaffey, Harold
Manchester, Sandra
Manchester, Wallace H., Jr., Deceased
Marie, Pauline
Maroldo, Anthony
Marquez, Lewis
Marsh, Gene
Marsh, Karla
Marshall, Bertha
Marshall, Caroly
Marshall, Earl
Marshall, Florence
Marshall, Robert
Martin, Iona James
Martin, Paul Ledale
Martinez, Sergio
Massey Energy Corp.
Massey-Ferguson
Mavronicles, Charles
Mavronicles, Gus, Jr.
Mavronicles, Jeanette
Mavronicles, Linda
Maynard, Diane
Mazenko, Darla
Mazenko, Robert
McCain, Cynthia
McClendon, Debra K.
McClinton, Gwendolyn
McClinton, Sidney
McColley, Ronald Andrew
McGhee, Melanie
McKenna, John
McNeil & NRM Inc.
McNeil Ohio Corp. Inc.
McNely, Betty
McQuay International, a Daikin Industries
    Co.
Meister, Horst K.
Meister, Norma
Mendoza, Alvaro
Mendoza, Isabel
Merrit, Carolyn J.
Metropolitan Life Insurance Co.

Meyers, Linda R.
Mid-Valley Inc.
Miller, Betty
Miller, Calvin
Miller, Melvin C.
Miller, Roger W.
Milwhite Inc.
Mine Safety & Appliances Co.
Minneapolis Moline
Minnesota Mining & Manufacturing Co.
Miss, Giusto
Miss, Massimiliana
Mitchell, Joe M.
Mitchell, Kefa
Mongan, Peter C.
Mongan, Sarah
Monsanto Co.
Montgomery, Laura
Mooney, Dorothy
Morbitzer, Nancy
Morbitzer, Paul
Moskowitz, Allen M.
Mott, Glenn
Mueggenborg, Norbert Paul
Mullens, Joyce A.
Mundy Construction Co.
Mundy Industrial Maintenance Inc.
Murco Wall Products Inc.
Musgrove, Barbara
Musgrove, Frank
Myers, Nancy E.
National Oilwell Varco Inc.
Natkin & Co.
Natkin Service Co. of Houston
Natkin Service Co. of Kansas
Nechodomu, Gerald
Nechodomu, Terry
Neill, Delmar
Nielsen, Elizabeth
Nielsen, Robert
Noble, Barbara
Noble, James
Noonan, Helen
Noonan, Michael G.
Norris, Deanna K.
Norris, Debra

Norris, Otis N.
Northrop Grumman Ship Systems Inc.
Norton Co., Safety Products Division
Nosko, Mark
Nyarady, James
Oakfabco Inc.
O'Brien, David
O'Brien, Karen
Occidental Chemical Corp.
O'Donnell, Troy J.
Oglebay Norton Co.
O'Gorman, Jacqueline
Oquist, Gail
Otto, Doris
Otto, Theodore
Owens Illinois Inc.
Owings, Bobby J.
Paizza, Ethna
Palagalla, Eryla
Palmer, Carol
Palmer, Harold
Panaro, George
Paratore, Martin
Parke, Elizabeth
Parke, Walter, Deceased
Parker Hannifin Corp.
Parker Hannifin Corp.
Parker, Dorothy
Parker, John B.
Parsons Chemical Engineering Inc.
Parsons Energy & Chemicals Group Inc.
Parsons Infrastructure & Technology Group
    Inc.
Pastore, Erminio L.
Payne, Allen, Deceased
Payne, Debra
Payne, Derek
Payne, Erik
Payne, Jana James
Payne, Kevin
Pecora Corp.
Peerless Industries Inc.
Peerless Pump
Peppers, Jo Ann
Perry, Troy
Petkovsek, Bonnie Lee

Petkovsek, David
Pfingsten, William E.
Pharmacia Corp.
Pharmacia LLC
Philips Electronics North America Corp.
Phillips Chemical Holdings Co.
Phillips Petroleum Co.
Pichler, Kim
Pichler, Margie, Deceased
Pinto, Janice
Pinto, John A.
Pizzillo, Dawn
Porter, William
Powell, John R.
Presley, Stephen
Priddy, Anna
Priddy, Creston P.
Pridmore, David
Pridmore, George
Proffitt, Joyce
Pugh, Teresa
Puleo, Joseph L.
Pullman Inc.
Purvis, Veva
Quaker Oats Co.
Qualls, Angela L. Norris
Quigley Co. Inc.
Rabenburg, Frank
Rankin, Rosie Mae Solze
Rapid-American Corp.
Rapley, Batty
Rapley, David R., Deceased
Rapley, Frank, II
Raytheon Engineers & Constructors
Red Seal Electric Co.
Reed, Townsend Elmo
Reed, Wilma J.
Ref Chem LP
Regan, John
Renteria, Suzanne H.
Rentmeester, Clayton
Resco Holdings Inc.
Rhodes, Bettie Ruth
Rhone-Poulenc AG Co. Inc.
Rhone-Poulenc Inc.
Ricci, Junior

Richards, Gail
Richards, Roy J.
Riley Power Inc.
Riley Stoker Corp.
Ritter, Carol
Ritter, Coy
Roberson, Judith
Roberson, Millard David
Roberts, John T.
Robinson, John H.
Rodriguez, Alicia
Rohletter, Bobby J.
Rohletter, Millie
Ross Laboratories
Rostankoyski, Joy
Routhier, George
Routhier, Veronica
RPM Inc.
Russell, Florence
Russell, Thomas
Saenz, Francisca
Saenz, Juan
Saint Gobain Abrasives Inc.
Salazar, Rosa
San Jacinto Maintenance Inc.
Sanchez, Elogia
Santa Fe Braun Inc.
Scanlon, Sharon
Schexnayder, Janelle Rodrigue
Schexnayder, Ryan
Scivicque, Ruth
Scroggins, Billie
Scroggins, Wendell, Sr.
Sellgren, Karen
Sellgren, Paul E., Deceased
Sepco Corp.
Serviss, Candace J.
Serviss, Carson L.
Shaw Group Inc., The
Shockley, Dora
Shockley, Perry
Shores, Rose
Shreve, Claudia Gail
Shuman, Roberta
Sibley, Eric
Siemens Energy & Automation Inc.

Siemens Industry Inc.
Silva, Sofia
Simmons, Phoebe
Simpson, Benthal G.
Simpson, John K.
Sinisi, Nuala
Sinisi, Stuart
Skinner, Joyce
Slaughter, Brenda
Slutz, Kimberly
Smith, David D.
Smith, Edward
Smith, Luther P., Jr.
Smith, Ruth M.
Smith, S. D.
Smith, Sammie L.
Soiferman, Harvey
Solomons, Helen
Sorrell, Robert
Spears, Connie
SPX Corp.
Stager, Charlotte
Stager, Douglas
Stalik, Edward E.
Standco Industries Inc.
Stanley, Christine
Stanley, Peter
Stark, Albert
Stark, Frances
Staton Lumber Yard
Stearns-Rogers Corp.
Stein, Margaret
Sterling, Linda J.
Steuck, Amy
Stewart, Edward
Stewart, Marguerite
Stewart, Terry
Stickrod, Brian Kelly
Stinson, Margaret
Stinson, Roger
Stokeley Van Camp Inc.
Straka, Catherine
Straka, John
Strenger, Virginia M.
Striffler, Hugh
Sturm, Herman, Jr.

Sturm, Pauline
Sud-Chemie Inc.
Sue, Jeffrey
Sue, Kristin
Sullivan, Constance
Sullivan, Joseph
Sun Oil Co. Inc.
Sunoco Inc. (R&M)
Superior Boiler Works Inc.
Sylvester, Kenneth
Sylvester, Sharon
T.H. Agriculture & Nutrition LLC
Tate, William M.
Taylor-Seidenbach Inc.
Temperino, Michele
Temperino, Rosalia
Terrill, Gary
Terrill, Sandy
Texaco Inc.
Texas Gas Transmission LLC
Texas Industries Inc.
THAN Inc.
Thomas Hayward Chemical Co.
Thomas, Carilion E.
Thomas, Gardenia
Thomas, Henry Lee
Thomas, John E.
Thomas, Joyce
Tie, John H.
Tie, Marylin
Tilghman, Betty Jane
Todd, Gerald
Toscano, James
Toscano, Jeanette
Total Petrochemicals USA Inc.
Trane Co.
Trane US Inc.
Triangle Maintenance
Trinity Construction Co. Inc.
Triplex Inc.
Tripp, Ellen
Turner, Joann
Turner, Pamela
Twentieth Century Glove Co.
TXI
Tyson, Pamela

Tyson, Sylvester
U.S. Rubber Co.
Ultramar Diamond Shamrock Corp.
Union Carbide Chemicals & Plastic Co.
Union Carbide Corp.
Uniroyal Holding Inc.
Uniroyal Inc.
United Conveyor Corp.
United States Steel Corp.
URS Energy & Construction
USA Norton Co.
Valero Energy Corp.
Vanzler, Mary Ellen
Varricchio, Lawrence
Verrengia, Florence
Verrengia, John
Viacom Inc.
Victor-Littleman, Irene
Vinson, Henry
Vinson, Iva J.
Voight, Connie
Voight, Joseph F.
Wagner, Michelle
Walker, Mary
Wall, Lillian L.
Wallace, Madonna
Walsh, Francis J.
Walters, Myrna
Walters, Robert Lee
Ward, Mary
Ward, Travis
Wardle, Karen
Wardle, Neil
Warren Pumps LLC
Washington Group International Inc.
Weaver, Louis K.
Webster, Harold
Weddell, Eleanor
Weddell, Trovillo
Weiland, Chester
Weiland, Judy
West, Valerie
Wheelabrator Chicago Inc.
White Motor Co.
White, Earl, Jr.
White, Norma Lee

White-New Idea Co.
Whitt, Anthony
Whitt, J.D., Deceased
Whitt, Shirlene
Whitt, Stoney
Whittaker Clark & Daniels Inc.
Wilder, Donald H.
Wilder, Elosia R.
William Powell Co., The
Williams, Ann
Williams, Chandra
Williams, Mary
Willis, Percy James, Jr., Deceased
Winder, Elda
Winder, Harvey
Wofford, Ada
Wolfgang, Judith
Woodson, Melvin
Woodward, Anna Matlock

Woodward, Don O'Neil
Xcel Energy Services Inc.
Yarbrough, Kaycee
Yaros, Robert
Yarway Corp.
Yazzie, Duane
York International Corp.
Young, Patricia
Young, Scott Douglas
Young, Willard, Deceased
Zahra, Joseph
Zamata, Charles
Zapata, Etelvero
Zapata, Maria
Zbigniewicz, Catherine
Zbigniewicz, Leon
Ziebarth, Philip L.
Zurn Industries Inc.
Zywicki, Joanne

# SCHEDULE 1(r)

## Potentially Responsible Parties

3M Co.
American Barrel Co.
Amoco Chemical Corp.
Arco Chemical Co.
Atlantic Richfield Co.
Baker Hughes Oilfield Operations Inc.
Baker Petrolite Corp.
BASF Corp.
Beazer East Inc.
Bio-Ecology Systems Inc.
BP America Production Co.
BP Amoco Chemical Co.
BP Products North America Inc.
Champion Technologies Inc.
Chemtron Corp.
Chemtura Corp.
Clean Harbors Environmental Services Inc.
Copperopolis Asbestos
Crystal Chemical Co.
Diamond Shamrock
DSI Facility
Eltex Chemical & Supply Co.
Environmental Enterprises Inc.
Exxon Chemical Co. USA
Exxon Mobil Corp.
Federal Mogul
General Dynamics Corp.
Giant Resource Recovery - Attalla Inc.
Goodyear Tire & Rubber Co.
Groendyke Transport Inc.
Hydrite Chemical Co.
International Paper Co.
Lion Oil Co.
Lyondell Chemical Co.
M&M Chemical
Malone Services

Marathon Ashland Pipe Line LLC
Marathon Oil Co.
Marathon Petroleum Co.
Marine Shale Processors
Matlack Systems Inc.
Mission Petroleum Carriers Inc.
Monsanto Co.
Nalco Chemical Co.
NL Treating Chemicals
North Main Metals Recycling
Occidental Chemical Corp.
Ondeo Nalco Co.
Perma-Fix Environmental Services Inc.
Pharmacia Corp.
Pollution Control Industries Inc.
Rohm & Haas Co.
Romic Environmental Technologies Corp.
Roy O. Martin Lumber Co. LLC
RSR Corp.
Sea Lion Chemical
Sea Lion Technology Inc.
Sheridan Disposal Services
Solvents & Petroleum Service Inc.
Solvents Recovery Service of New Jersey Inc., The
Sonics International Inc.
Southeast Texas Environmental LLC
Southwest Specialty Chemicals Inc.
Texas Instruments Inc.
Trelleborg Coated Systems US Inc.
Trinity Industries Inc.
Utah Power & Light
Voda Petroleum Inc.
Welchem Inc.
Younger Brothers Inc.

# SCHEDULE 1(s)

## Professionals

Akin Gump Strauss Hauer & Feld LLP
Alvarez & Marsal
Balch & Bingham
Blackstone Advisory Partners LP
Brown Rudnick LLP
Cadwalader Wickersham & Taft LLP
Capstone Advisory Group LLC
Centerview Partners LLC
Citigroup Global Markets Inc.
Concentric Energy Advisors
Davis Polk & Wardwell LLP
Deloitte & Touche
Deutsche Bank Securities Inc.
Enoch Kever
Epiq Bankruptcy Solutions
Ernst & Young LLP
Evercore Group
Filsinger Energy Partners
Franklin Advisors Inc.
Fried Frank Harris Shriver & Jacobson LLP
Furr, Robert
Gibson Dunn & Crutcher
Hawkins Parnell
Houlihan Lokey Capital Inc.
Hunton & Williams
ICF Resources LLC
Jackson Sjoberg McCarthy & Townsend
    LLP
Jones Day
JP Morgan Securities LLC
KPMG
Kramer Levin Naftalis & Frankel LLP

Loop Capital Markets LLC
McDermott Will & Emery
Miller Buckfire & Co LLC
Millstein & Co.
Moelis & Co. LLC
Morgan Lewis & Bockius
Navigant Consulting Inc.
O'Melveny & Myers LLP
Paul Weiss Rifkind Wharton & Garrison
    LLP
Perella Weinberg Partners
Peter J. Solomon Co.
PricewaterhouseCoopers LLP
Richards Layton & Finger
Ropes & Gray LLP
Rothschild Inc.
SAIC Energy Environment & Infrastructure
    LLC
Schulte Roth & Zabel LLP
Shearman & Sterling LLP
Sidley Austin LLP
Simpson Thacher
Stratus Energy Group
Towers Watson
Vinson & Elkins
Wachtell Lipton Rosen & Katz
White & Case LLP
Wilkie Farr & Gallagher LLP
Williams Capital Group LP, The
Winstead PC
Zolfo Cooper LLC

# SCHEDULE 1(t)

## Shareholders

Abu Dhabi Investment Authority
ACA Family LP (Acosta Trust)
Acosta, Arcilia C.
AlpInvest Partners Co-Investments 2007 CV
Alvaro
AP TXU Holdings LLC
ASF Park Sub 2 LP
AXA Capital America LP
AXA CDP Co-Investment Fund FCPR
AXA Co-Investment Fund II FCPR
Baker, Thomas
Bank of Nova Scotia, The
bcIMC (WCBAF) Private Placement (2006) Investment Corp.
bcIMC Private Placement (2006) Investment Corp.
Bird, Robert D., Jr.
Black Canyon Direct Investment Fund LP
Blevins, Michael R.
Bosecker, Brian Timothy
Burton Hills Limited LP
California Public Employees' Retirement System
California State Teachers' Retirement System
Canyon Balanced Equity Master Fund Ltd.
Canyon TXU LP
Canyon Value Realization Fund LP
Centaurus Capital LLC
Centaurus TEF LP
Citigroup
Citigroup Alternative Investments Corp.
Citigroup Alternative Investments LLC
Co-Investment Capital Partners LP
Co-Investment Partners (NY) LP (Lexington Partners)
Co-Investment Partners 2005 LP (Lexington Partners)
CPP Investment Board (USRE II) Inc.
Cumbria LP
Davis, Douglas L.
Degeyter, Brock M.

Dick, Ralph L.
Diermann, Scott L.
Ecofin Co-Investment LP
Ecofin TXU LP
ECP I (NE Energy IP) LP
Elliott Associates LP
Elliott International LP
Ellis, Stephen L.
Energy Capital Partners I LP
Energy Capital Partners I-A LP
Evans, Donald L.
Federwisch, Richard R.
FinVest Capital Ltd.
Frier, Harry Leonard, Jr.
Geary, John William
Goldman Sachs & Co.
Gooch, Cecily Small
Goodwin, Ricky Bob
Grace, Tommy Glen, Jr.
Greene, M.S.
Griffin, Mark John
GS Capital Partners
GS Capital Partners VI Fund LP
GS Capital Partners VI Parallel LP
GS Global Infrastructure Partners I LP
GS Infrastructure Offshore TXU Holdings LP
GS Institutional Infrastructure Partners I LP
GSCP VI Germany TXU Holdings LP
GSCP VI Offshore TXU Holdings LP
Guillory, Angela Yvonne Williams
Hamilton Lane Co-Investment Fund LP
Harris, Wayne L.
Higdon, Charles A.
Higginbotham, Theron Dale, Jr. "Dale"
Hogan, Timothy Ross "Tim"
HRJ Growth Capital II (NQ) LP
HRJ Growth Capital II LP
HVB Capital Partners AG
Institutional Benchmark (Master Feeder) Ltd.

Institutional Benchmarks Series (Master
    Feeder) in respect of the
Jarrell, Freeman, Jr.
Jeanes, Ricky L.
KKR 2006 Fund LP
KKR Associates Reserve LLC
KKR Partners III LP
KKR PEI Investments LP
Kohlberg Kravis Roberts & Co. LP
Koonce, Kimmy Sue
Kopenitz, Stephen John
Kross, David Christopher
Kuwait Investment Authority
Lehman Brothers
LGT Capital Invest Ltd.
Lightle, Curtis L.
MacVest 1 Ltd.
Madden, Fred Webster, Jr.
Mason Capital SPV I LLC
Mason Capital SPV I LP
McBay, Michael Raymond
McCabe, Del Andrew
Meserve, Richard A., Dr.
Meyers, Anthony Michael
Moor, Gary Lee
Moore, Stephanie Zapata
Moore, William A.
Morgan Stanley
Morgan Stanley & Co. Inc.
Morley Investments Ltd.
NB Co-Investment Group LP
NB Co-Investment Partners LP
NB Fund of Funds XVIII – Co-Investment
    Holding LP
NB PEP Investments I LP (Inc.)
NB Secondary Opportunities Pooling LP
NB Tangible Assets Fund LP
Neuberger Berman
New York Life Capital Partners III LP
New York Life Capital Partners III-A LP
Norinchukin Bank, The
Northwestern Mutual Life Insurance Co.,
    The
OPERF Co-Investment LLC

OPTrust Private Equity Direct NA I Inc.
Pearson, Gerry Lee
PI Co-Invest LLC
Quintana Energy Fund-FI LP
Quintana Energy Fund-TE LP
Quintana Energy Partners LP
Quiram, David
Reilly, William K.
Rose, Thomas Wayne
Rosemont Solebury Co-Investment Fund
    (Offshore) LP
Rosemont Solebury Co-Investment Fund LP
Sageview Capital LP
Savina, James J.
Skidd, Stephen N.
Smith, Donald B.
Smith, Russell Alan
Smith, Stephen L.
Speedy Investment Pte Ltd.
State Street
Stockwell Fund LP
Stonger, D. Frank
Strategic Co-Investment Partners LP
Teachers Insurance & Annuity Association
    of America
Texas Energy Future Capital Holdings LLC
Texas Energy Future Co-Invest LP
Texas Energy Future Holdings LP
Texas Energy Industries Company, Inc.
Thompson, Molly M.
Thompson, Von Wade
TPG FOF V-A LP
TPG FOF V-B LP
TPG Management LP
TPG Partners IV LP
TPG Partners V LP
TPG Partners V LP
Tulloh, Brian T.
Whipple, John Christopher
Wilks, Douglas Greg
Williamson, Billie Ida
Young, John F.
Youngblood, Kneeland

# SCHEDULE 1(u)

## Significant Customers

ALCOA
Barclays Bank PLC
BP Energy
Citigroup Energy Inc
Credit Suisse Energy LLC
DB Energy Trading
EDF Trading North America LLC
ERCOT (Electric Reliability Counsel of Texas)
Federal Deposit Insurance Corp. (FDIC)
J Aron Co.
Natural Gas Exchange Inc.
NextEra Energy Power Marketing
Shell Energy
Valero Texas Power Marketing, Inc.

# SCHEDULE 1(v)

## Significant Vendors

3B Dozer Service
3E Energy Inc.
4-L Engineering Co. Inc.
4-Star Hose & Supply Inc.
5DT Inc.
6 Stones
7-Eleven Inc.
A&E Machine Shop Inc.
A&K Railroad Materials Inc.
A.B. Erwin Welding
A.L. Helmcamp Inc.
A+ Fabrication
AAF International
Aaxion
Abasco LLC
ABB Inc.
ABC Auto
ABL Services Inc.
Able Communications Inc.
AboveNet Communications Inc.
Abresist Corp.
Absolute Consulting Inc.
Academy of Medicine Engineering &
    Science of Texas
ACAP Health Consulting
Accenture LLP
Access Industrial Maintenance Inc.
Accretive Solutions-Dallas LP
Ace Welding & Fabrication
ACFM Inc.
ACM Global High Yield Offshore
Acosta, Arcilia
ACT Independent Turbo Services
ACT Pipe & Supply Inc.
Action Cleaning Systems
Action Stainless & Alloys Inc.
Acuity Specialty Products Inc.
Acuren Inspection Inc.
Ad Gifts Co. Inc.
Ada Carbon Solutions (Red River) LLC
Ada Carbon Solutions LLC
Ada Environmental Solutions

Ada ES Inc.
ADM Investor Services Inc.
ADP Inc.
Advanced Analytical Laboratories
Advanced Industries Inc.
Advanced Technologies Consultants
AEC Powerflow
Aecom Technical Services Inc.
Aegis Communications Group
Aegis Insurance Services
Aeon PEC
AEP Energy Partners Inc.
AEP Energy Services, Inc.
AEP North
AEP Southwestern Electric Power Co.
AEP Texas Central Co.
AEP Texas North Co.
AEP-North (WTUT)
Aequity Holdings LLC
Aerometric Inc.
Aerovironment Inc.
Aerzen USA
Aetna
Aetna Hartford
Aetna Inc.
Agency/Medium Term Finance
Aggreko Inc.
Aggreko LLC
Agilent Technologies
AGT Services
Air Hygiene International Inc.
Air Liquide America Specialty Gases LLC
Air Mac Inc.
Air Power Sales & Service
Airgas
Airgas Safety
Airgas Specialty Products
Akin Gump Strauss Hauer & Feld LLP
Akron Consulting LLC
Albemarle Corp.
Alcoa
Alden Research Laboratory Inc.

Alecom Metal Works Inc.
Alimak Hek Inc.
Alin Machining Co. Inc.
All Pro Automotive
All State Industries Inc.
Allen Machine & Equipment
Allen Sherman Hoff
Allen Systems Group Inc.
Allen's Electric Motor Service
Allen's Electric Motors
Alliance Power Group
Alliant Energy Corporate Services Inc.
Allied Electronics Inc.
Alloys & Components Southwest
All-State Belting LLC
Allstate Groundwater Control
All-Tex Pipe & Supply Inc.
Allums, Ramona
Alman Construction Services
Alman Electric Inc.
Alpha Coal Sales Co. LLC
Alpha Erosion Products
Alpha Natural Resources
Alpha Services
Alstom Power
Altran
Aluminum Co. of American (Alcoa)
Alvarez & Marsal LLC
Amber L. York Trust
Ameco
Ameralloy Steel Corp.
Amercable
Ameren Energy Generating Co.
Amerex Brokers LLC-Emissions
Amerex Brokers LLC-Gas
Amerex Brokers LLC-Power
Amerex Brokers LLC-Retail
American Air Filter
American Airlines Center
American Coalition For Clean Coal
    Electricity
American Corporate Partners Inc.
American Crane & Equipment Corp.
American Efficiency Services LLC
American Electric Power Inc.
American Elevator Technologies

American Gear & Pump
American Hydraulics
American International Group
American Legislative Exchange Council
American List Counsel
American Multi-Cinema Inc.
American Nuclear Insurers
American Power Services Inc.
American Red Cross
American Red Cross - Dallas Area Chapter
American Trainco Inc.
Ameritek
Ameritek Plant Services LLC
Ametek Solidstate Controls
Amplifinity Inc.
Amsted Rail
Anadarko E&P Onshore LLC
Analysis & Measurement Services Corp.
Analytic Partners Inc.
Ancira Ford
Ancira Winton Chevrolet Inc.
Anderson County (TX)
Anderson Fertilizer
Anderson Greenwood Crosby Valve
Andrews Transport Inc.
Anixter-Dallas
Ann Mcgee Cooper & Associates Inc.
Anthony Mechanical Services Inc.
Aon (Bermuda) Ltd.
Aon eSolutions Inc.
Aon Risk Services Southwest Inc.
AP Services LLC
Apache Corp.
Apex Geoscience Inc.
APG Consulting Inc.
API Systems Group Inc.
Applabs Tech Pvt Ltd.
Applegate Commodities LLC
Applied Energy Co. LLC
Applied Industrial Technologies Inc.
Apptio Inc.
Apptricity
APS American LLC
Aramark Uniform Services
Arbill Industries Inc.
Arborgen LLC Livingston

Arch Coal Sales Co. Inc.
Archon Resources LLC
Areva Inc.
Areva NC Inc.
Areva NP Inc.
Argo Power Services Ltd.
Ariba Inc.
Arinc Inc.
Arkansas Industrial Machinery Inc.
Arkansas Oklahoma Railroad Co. Inc.
Arlington Urban Ministries
Armstrong International Inc.
Arnold & Porter LLP
Arrow Geomatics Inc.
Arrowhead Contractor Supply Inc.
Arthur Temple College of Forestry
Asbestos Removal Inc.
Ascend Performance Materials
Asgco Manufacturing Inc.
Asher Media Inc.
Assistance Center of Collin County (TX)
Association of Electric Cos. of Texas
AT&T
AT&T Corp.
AT&T Internet Services Inc.
AT&T Opus
ATC Nuclear
Atkins North America Inc.
Atlas Commodities LLC
Atlas Copco
Atlas Copco Compressors LLC
Atlas Manufacturing Co. Inc.
ATR Inc.
Atwood, Sarah
Aumund Corp.
Austin White Lime Co.
Automatic Systems Inc.
Automation Service
Automation Technology Inc.
Autonomy Inc.
Avenue Omnibus Account LLC
AWC Inc.
Axon Solutions Inc.
Ayco Co. LP
Azima DLI
Azima Inc.

B&D Industrial & Mining Services Inc.
B&G Machine Inc.
B&K Services
B&W Power Generation Group Inc.
B.E. Consulting Inc.
B3 Systems Inc.
Babcock & Wilcox
Babcock & Wilcox Power Generation
    Group Inc.
Bait Barn Fisheries, The
Baker Botts LLP
Baker Hughes Inc.
Baker, James A., III
Baker, Thomas L.
Balch & Bingham LLP
Baldwin Metals Co. Inc.
Bamert Seed
Bank of New York Corporate Trust Admin
    Support, The
Bank of New York Mellon Corporate Trust
    Municipal, The
Bank of New York Mellon Corporate Trust,
    The
Bank of New York Mellon, The
Bank of New York Trustee, The
Bank of New York, The
Bank One Purchasing Card
Bank One Travel Card
Barclays Bank
Barco Inc.
Barlett Nuclear Inc.
Baro Cos.
Baro Holdings Inc.
Barr Engineering Co.
Barry Sibul Co.
Barsco
Bartley, Jimmy
Bartley, Virginia
Basis Technologies Inc.
Bass Engineering Co. Inc.
Bastrop County Tax Office (TX)
Bay Area/General Crane Service
Bayless Auto Supply
Baylor Health Care System
Bazaarvoice Inc.
BCS Stop & Go Potties

Beach Street Consulting Inc.
Beacon Aviation Inc.
Beacon Training Services Inc.
Becht Engineering Co. Inc.
Bechtel Power Corp.
Beckville Independent School District (TX)
Bell Helicopter Textron Inc.
Bellomy Research
Benchmark Industrial Services
Bendco
Benetech Inc.
Bentley Systems Inc.
Bently Nevada Corp.
Beshear Group Inc.
Best Mechanical Inc.
Best Pump Works
Best Pumpworks
Bete Fog Nozzle Inc.
Beveridge & Diamond PC
BFI Pumps Inc.
BFI Waste Systems of North America LLA
BG Construction
BHP Billiton Olympic Dam Corp. Pty Ltd.
BI Inform Global
Bibb, Kyle
Big Dumpster, The
Bipartisan Policy Center
Bi-State Rubber Inc.
Black & Veatch Corp.
Blackstone Advisory Partners LP
Bland Construction Co.
Blevins, Michael R.
Bloomberg LP
Blue & Silver Energy
Blue Cross Blue Shield Health Care
    Services Corp.
Blue Flame
Bluewater Strategies LLC
BMT WBM Inc.
BNL Industries Inc.
BNSF Railway Co.
BNY Mellon
Bob Lilly Professional Marketing
Bolin Construction Inc.
Bolttech Mannings
Boomi Inc.

Boral Material Technologies Inc.
Border States Electric Supply
Boron Products LLC
BOSC Mutual Fund
Boston Consulting Group Inc.
Boston Mutual Life
Bowdens Guaranteed Hydromulch
Box Inc.
Boy Scouts of America
BP America Production Co.
BP Energy Co.
Bracewell & Giuliani LLP
Brahmtex Inc.
Brake Supply Co.
Brake Supply-Southwest Inc.
Brazos Mag LLC
Brazos River Authority (TX)
Brazos Valley Parts Co.
Brazos Wind LP
Breaktime Solutions
Brenntag Southwest Inc.
Brian Kelly Glass & Mirror Co. Inc.
Bridgeline Digital
Bridgestone Americas Tire Operations
Brighter Tomorrows Inc.
Britjon Co. LLC
Broadspire Services Inc.
Brooks, Johnny Earl
Brooks, Mark Edward
Brown McCarroll LLP
Bryan & Bryan Asphalt Road Oil Co.
Bryan Cave LLP
Bryan Hose & Gasket - Rockdale
Bryan Hose & Gasket Inc.
BSG TPV LLC
BTU Brokers Inc.
Buckman Laboratories Inc.
Buffalo Industrial Supply Inc.
Build Computer Products
Bullard Inc.
Burns & McDonnell
Burns & McDonnell Engineering Co.
Business Imaging Systems Inc.
Business Interiors
Business Wire
Butler & Land Inc.

Butler Materials
BWF America Inc.
BWM Services
C&E Air Conditioning Services
C.L. Smith Industrial Co.
Cactus Environmental Service
Cadwalader Wickersham & Taft LLP
CAFCO
Calder Testers Inc.
Call Center Concepts Inc.
Call Communications Inc.
Camcorp Inc.
Cameco Corp.
Cameco Inc.
Camelot Communications Ltd.
Cameron Compression Systems
Cameron International Corp.
Cameron Technologies
Camp Central Appraisal District (TX)
Camp County Land & Title Co.
Campbell, David
Canberra Industries Inc.
Cantu Foods & Marketing Corp.
Capco Contractors Inc.
Capco Fabricators Inc.
Capco Supply
Capcorp Inc.
CapGemini America Inc.
Capgemini North America Inc
Capital City Janitorial Inc.
Capps True Value Hardware & Ag Center
Capstone Advisory Group LLC
Caremark
Cargill Inc.
Cargill Salt
Carl White Chevrolet
Carlson Software
Carrollton Farmers Branch Independent
    School District (TX)
Carry The Load
Carthage Machine & Welding Inc.
Carver PA Corp.
Case M&I LLC
Cassidy Turley
Cassidy Turley Midwest Inc.
Castell Interlocks Inc.

Castro Roofing of Texas
Cat Financial Capital Solutions
Caterpillar Financial Corp.
Caterpillar Financial Services Inc.
Caterpillar Global Mining Field Services
    LLC
Caterpillar Global Mining LLC
Catholic Charities Diocese of Fort Worth
Cattron Group International
Cavazos, Eddie
Cayuga Independent School District (TX)
CBP Engineering Corp.
CBRE Investors AAF Strategic Partners US
    Value 5
CBREI ITF Calstrs-Dallas Tower
CBS Roofing Services
CCC Group Inc.
CDF Services Inc.
Ceco Sales Corp.
CED - Consolidated Electrical Distributors
    Inc.
CED Fort Worth Credit
CED/Interstate Electric Co.
Cedar Hill Food Pantry
Celanese
Celanese Chemicals
Cellular One
Cellxion LLC
Celtex Industries
CEMS Professional Services LLC
Cemspro
Center Operating Co. LP
Centerpoint Energy
Centerpoint Energy Gas Receivables LLC
Centerpoint Energy Houston Electric LLC
Centerview Partners LLC
Central Marketing
Central Texas Security & Fire
Century Geophysical Corp.
Century Weatherproofing Inc.
CenturyLink
Certrec Corp.
Cervantes Delgado Inc.
Cesco Inc.
CFC Cleaning & Security Service
CFJ Manufacturing

CGS Brokerage LLC
CH2M Hill Inc.
Chapman Construction Co. LP
Checkpoint Consulting LLC
Chemical Lime Co. of Texas
Chemical Lime Inc.
Chemical Weed Control Inc.
Chemtex
Cherokee Central Appraisal District (TX)
Cherokee County (TX)
Chesapeake Energy Corp.
Childrens Medical Center (Dallas, TX)
Choice Energy Services Retail LP
Choice Natural Gas LP
Choose Energy LLC
Christian Information & Services Center
Chubb & Son
Chuck Ward & Associates Inc.
Chumley, Brenda Joyce
CI Actuation
CIO Executive Council
Circuit Breaker Sales & Repair Inc.
Cistera Networks
Cit Group/Equipment Financing Inc.
Citibank NA
Citibank NA Corporate Asset
Citibank New York
Citigroup Energy Inc.
Citigroup Global Markets Inc.
Citrix Systems Inc.
Cladtec (Texas)
Claren Road Credit Master Fund Ltd.
Clark Welding Services
Clary E&I Services LLC
Clay Cooley Nissan
Clearview International LLC
Click2learn.com Inc.
Cloud Peak Energy LLC
Clowers Co.
Clyde Bergemann Inc.
Coal Combustion Inc.
Coalfire Systems Inc.
Coastal Chemical LLC
Coffield, H.H., Estate of, Deceased
Cohesive Solutions
Collin County (TX)

Colloid Environmental Tech LLC
Commiato's Machine & Repair Service Inc.
Communications Direct Inc.
Community National Bank & Trust
Community Services Inc.
Commvault Systems Inc.
Como-Pickton Independent School District
    (TX)
Compass Professional Health Services
Compass Royalty Management LLC
Compete
Competitive Cleaning
Competitive Cleaning Services
Compressor Controls Corp.
Computer Associates
Computer Associates International Inc.
Computer Engineering Services
Computershare
Comverge Inc.
Concentra Health Services Inc.
Conco Services Corp.
Conco Systems Inc.
Condit Co. Inc.
Conference Board
Congress Holdings Ltd.
Connell Equipment Leasing Co.
Consolidated Communications
Consolidated Mine Service Inc.
Constellation Energy
Constellation Energy Commodities Group
    Inc.
Construction Industry Solutions Corp.
Container Products Corp.
Contech Construction
Contech Construction Products
Continental Field Systems
Continuant
Contractor's Supplies Inc.
Control Components Inc.
Control System & Instrumentation
    Consultants Ltd.
Control Systems Co.
Controlled Fluids Inc.
ConverDyn
Conveying Solutions LLC
Cooling Tower Maintenance & Repair

Cooper Clinic PA
Coppell, City of - Coppell Independent
    School District (TX)
Coquest Energy Services Inc.
Core Visual Inspection Services
Corporate Executive Board
Corporate Green Inc.
Corporate Trust Agency
Corporate Trust Clearing
Corptax LLC
Corrosion Control Services
Corrosion Eliminator Inc.
Corrpro Cos. Inc.
Cosa Instrument Corp.
Cosa Xentaur Corp.
Courtney Construction Inc.
Cover-Tek Inc.
Covington & Burling
Coyote Designs
CP Fort Worth LP
Crane Environmental
Crane Nuclear
Crawford & Co.
Crawford Electric Supply
CRC Group Inc.
Credit Suisse Energy LLC
Credit Suisse International
Credit Suisse Securities USA LLC
Credit Systems International Inc.
Crimson Engineered Solutions LLC
Crisp Industries Inc.
Critical Assets
Critical Power Exchange LLC
Crocker Reclamation
Croft, Warner B.
Cross Cleaning Solutions LLC
Cross Country Home Services Inc.
Crowe Horwath LLP
Crown Products Inc.
CSC Communications Supply Corp.
CSC Engineering & Environmental
    Consulting
CSC Trust Co. of Delaware
CSI
CSI Global Deposition Services
CSS Direct Inc.

CSW Superior Corp.
CT Corp. System
CTI
Cummins Southern Plains Inc.
Cummins Southern Plains LLC
Cummins Southern Plains Ltd.
Curtis-McKinley Roofing & Sheet Metal
    Inc.
Custom Hose & Supply
Customer Incentives
Cutsforth Inc.
CVMS Waco Data Partners LLC
Cyara Solutions Corp.
Cypress Fairbanks Independent School
    District (TX)
D&B - Dun & Bradstreet
D&C Cleaning Inc.
Dakota Distributing LP
Dallas Aerial Surveys Inc.
Dallas Arboretum
Dallas Convention Center Hotel
    Development Corp.
Dallas County (TX)
Dallas County Health & Human Services
    (TX)
Dallas County Tax Office (TX)
Dallas Film Society Inc.
Dallas Regional Chamber
Dallas Stars
Dallas USCM Event Host Committee
Dallas Water Utilities (TX)
Dallas, City of (TX)
Damper Co. of America
Darchem Engineering Ltd.
Darr Equipment LP
Darr Lift
DART Revenue Department
Dashiell LLC
Data Exchange
Data Systems & Solutions
Dauplaise, Catherine E.
David Round Co., The
Davis Motor Crane Service
DB Energy Trading LLC
DCI Group LLC
Dealers Electrical Supply

Deatech Consulting Co.
Debault Welding
Deepdive Networking Inc.
Defrance, Kenneth
Defrance, Ronald Joseph
Delek Refining Ltd.
Dell Computer Corp.
Dell Marketing LP
Dell USA LP
Deloitte & Touche
Delta Fabrication & Machine
Delta Rigging & Tools Inc.
Denbury Resources Inc.
Dennis Cameron Construction & Equipment
    LLC
Depend-A-Can Co.
Depository Trust Co.
Derek Scott's Auto Park
Design Assistance Corp.
Detroit Edison Co.
Devonway Inc.
Dezurik Inc.
DFW Communications
DFW Minority Supplier Development
    Council
DHL Analytical
Diamond Power
Diamond Power International Inc.
Diamond Power Specialty
Diamond Systems
Dick & Sons Diving Service
Didrikson Associates Inc.
Diesel Power Supply Co.
Dieste Inc.
Directory Concepts
Dirgin Water Supply Corp.
Diversified Drilling Services Inc.
Dixie Equipment LLC
DMC Carter Chambers Inc.
Dodson Trucking Inc.
Don Drive Interiors Inc.
Doyenne Constructors LLC
DPC Industries Inc.
Drake Controls
Dresser Direct
Dresser Inc.

Dresser-Rand Co.
Dresser-Rand/Leading Edge
DSS Fire Inc.
DST Output Central LLC
DTE Energy Trading Inc.
Duff & Phelps LLC
Duggins Wren Mann & Romero LLP
Duncanville Independent School District
    (TX)
Duncanville Outreach Ministry
DV Studios
DXP Enterprises Inc.
Dynamic Equipment & Systems Inc.
Dynamo Suite LLC
EADS Co., The
Eagle Burgmann Industries LP
Earth Technology Pty Ltd.
East Baton Rouge Parish (LA)
East Texas Seed Co.
East Texas Wildlife Damage Control
Eastern Instruments
Eastern Technologies Inc.
Eastex Telephone
Eastex Telephone Coop Inc.
Eaton Corp.
ECE Consulting Group Inc.
Ecochem Analytics
Ecova Inc.
EDF Trading North America LLC
Edge Energy LLC
EDH Electric Inc.
Edison Electric Institute
Edko LLC
Effective Environmental Inc.
Efficient Attic Systems LP
Effox Inc.
Effox-Flextor
EFIHC
EIS
Ekato Corp.
El Campo Spraying Inc.
Electrical Builders Inc.
Electrical Controller Products
Electrico Inc.
Electromark Co.
Electro-Motive Diesel Inc.

Elk Engineering Associates Inc.
Elliott Electric Supply
EMANI
EMC Corp.
Emerson Network Power
Emerson Process Management Power & Water Solutions Inc.
Empirix Inc.
Employment Learning Innovations Inc.
Empower Software Solutions
Enduro Composites Inc.
Enercon Services Inc.
Enerflex Energy Systems Inc.
Energy & Process Corp.
Energy Edge Consulting LLC
Energy Federation Inc.
Energy Insurance Mutual Ltd.
Energy Laboratories
Energy Link LLC, The
Energy Northwest
Energy Pac
Energy Portfolio Associates LLC
Energy Services Group Inc.
Energy Steel & Supply Co.
Energy Transfer
Energy Transfer Fuel LP
EnergySolutions Services Inc.
Enertech Unit of Curtiss-Wright Flow Control Co.
Enertechnix
Engine Systems Inc.
Engineered Casting Repair
Engineering Consultants Group Inc.
Engineering Resources LLC
Enkitec LP
Enoch Kever
Enrich Consulting, Inc.
Enserco Energy Inc.
Ensuren Corp.
Entech Sales & Service Inc.
Entergy Operation Inc.
Enviance Inc.
Environment/One Corp.
Environmental Systems Corp.
Enze, Charles Ray
EOAC

E-On Climate & Renewables
EOP Group, The
EOX Holdings LLC
Epiq Bankruptcy Solutions LLC
Episcopal Foundation of Texas
EPM Power & Water Solutions Inc.
EPRI
EPRI (Energy Power Research Institute)
EPS LLC
Equifax Information Services LLC
Equipment Depot
Equipment Imaging & Solutions Inc.
Equivalent Data
ER Solutions Inc.
ERCOT
E-Rewards
Ernst & Young LLP
Esco Corp.
EscoSupply
E-Source Cos. LLC
E-Source Holdings LLC
ESP - Energy Systems Products Inc.
EST Group Inc.
Estes Okon Thorne & Carr Pllc
Etherios Inc.
Ettl Engineers & Consultants Inc.
Eubanks Auto Electric Inc.
Eubanks, Cindy Marie
Eubanks, Herbert E., Jr.
Evans, Donald L.
Evercore Group LLC
Everest Dallas Channels Inc.
Evolution Markets Inc.
Evolve Research
Excel Carbon & Alloy Corp.
Excel Foundry & Machine Inc.
Exec Security Services Co.
Exelon Generation Co.
Experian Business Information Solutions Inc.
Explosive Professionals Inc.
Exponent Inc.
Expro Specialized Services Inc.
Extend Health Inc.
Ezell Construction
F.E. Hill Co Ranch Ltd.

F.E. Moran Inc.
Factory Mutual Insurance Co.
Falkenberg Construction
Family Resource Center
Fannin Central Appraisal District (TX)
Fastenal Co.
FBE Construction Ltd.
FCC Environmental LLC
FCX Performance Inc.
Federal Emergency Management Agency
    (FEMA)
Federal Signal Corp.
Feedback Plus Inc.
Ferguson Enterprises
Ferguson Waterworks
FFG Enterprises Inc.
Fidelity Employer Services Co. LLC
Fidelity Investments Treasury Fund
Fidelity National Title Insurance Co.
Filsinger Energy Partners
Fina, Michael C.
Financial Engineering Associates
Firehost Inc.
Firetrol Protection Systems Inc.
First Acquisition Republic Group
First On 6th LP
Fiserv Inc.
Fish & Richardson PC
Fisher Controls / IVS
Fisher IT Inc.
Fisher Scientific
Fitch Inc.
Flagship Rail Services Inc.
Flanders Electric Inc.
Flanders Electric Ltd.
Flexco
Flint Hills Resources LP
Flir Commercial Systems Inc.
Floresville Ford Mercury Ltd.
Flow Solutions Inc.
Flowmatics Inc.
Flowserve Corp.
Flowserve Pump Division
Flowserve US Inc.
Flowserve USA
FLSmidth Airtech

FLSmidth Airtech AFT Division
FLSmidth Inc.
FLSmidth Krebs Inc.
Fluid Engineering
Fluor Enterprises Inc.
Fluor Global Services
Foresee Results Inc.
Forrester Research Inc.
Forsythe Solutions Group Inc.
Fort Bend Independent School District (TX)
Fort Worth Gasket & Supply
Fort Worth, City of (TX)
Forward Energy Group LLC
Foster Wheeler North America Corp.
Four States Petroleum Transport Inc.
Fox Scientific Supplies & Equipment
Foxworth Galbraith
FPL Energy Pecos Wind I LP
FPL Energy Pecos Wind II LP
Franklin Auto Supply
Franklin Covey Co.
Franklin Independent School District (TX)
Freepoint Commodities LLC
Freese & Nichols Inc.
Freestone County (TX)
Freestone County Title Co.
Frham Safety Products Inc.
Fried Frank Harris Shriver & Jacobson
Frisco Construction Services
Frisco Stadium LLC
Fronek Power Systems LLC
Frontier Associates LLC
Frontier Surveying
Frontier Trading Co. Inc.
Frost Crushed Stone
Fuel Exchange LLC
Fuel Tech Inc.
Fulbright & Jaworski LLP
Furmanite America
Furmanite Inc.
Future Com Corp.
G&K Services
G&L Mechanical Contractor LP
G2 Electrical Testing & Consulting LLC
Gajeske Inc.
Galaxytech

Gamble, Phil, Attorney at Law
Gardner Denver Nash
Garland Independent School District (TX)
Gartner Group
GATX Corp.
GBT Steel Group
GC Services LP
GCP Americas LLC
GCR Truck Tire Centers Inc.
GE Analytical Instruments
GE Capital
GE Control Solutions
GE Energy
GE Energy Control Solutions Inc.
GE Energy Motors
GE Energy Parts
GE Inspection Technologies LP
GE Intelligent Platforms Inc.
GE International Inc.
GE Mobile Water Inc.
GE Technology Finance
GE Transportation Finance
Gel Laboratories LLC
Gem-Trim LLC
General Atomics
General Datatech LP
General Electric Co.
General Electric International Inc.
General Insulation
General Physics Corp.
Generator & Motor Services Inc.
Genesis Systems Inc.
Genesys Telecommunications Laboratories
    Inc.
Genilogix LLC
Genscape Inc.
Georgetown Railroad Co.
Georgia Western
Geo-Solutions Inc.
Gexpro
GFI
GFS Texas
Gibson Dunn & Crutcher LLP
Gimmal Group Inc.
Gimmal LLC
GK Techstar LLC

Glacken, Pamela Shawn
Glacken, Shawn
Gleason Reel
Glen Rose Independent School District (TX)
Glen Rose Medical Clinic
GLM DFW Inc.
Global Bondholder Services Corp.
Global Consulting Partners
Global Energy Decisions Inc.
Global Ice Blasting Inc.
Global Rail Systems Inc.
Glowpoint Inc.
Goddard Enterprises
Godwin Pumps of America
GOH Medical PA
Golder Associates Inc.
Goldman Sachs & Co.
Goldman Sachs Fund Group
Good Samaritan Ministries
Good Shepherd Medical Center
Goodall Rubber Co.
Google Inc.
Gorrondona & Associates Inc.
Gosdin's Dozer Service
GP Strategies Corp.
Grace - Grapevine Relief and Community
    Exchange
Graebel
Grainger
Grand Prairie United Charities
Graphic Products
Grasslander
Graver Technologies
Great Place to Work Institute
Great Southwestern Fire & Safety
Greater East Texas Community Action
    Program
Greenberg Grant & Richards Inc.
Greenbrier Rail Services
Greene, M.S.
Green's Custom Services
Greens Port Ship Channel Partners
Gregg County (TX)
Gregg Industrial Insulators Inc.
Greg's Overhead Door Services Inc.
Griffin Restoration Inc.

Groppe Long & Littell
GTTSI - Global Technical Training Services Inc.
Guaranty Title Co.
Gulf States Toyota Inc.
Gurrola, Juan
Guy Brown Management LLC
Guy Brown Medical
Guy Brown Products
GXS
H&E Equipment Services
H.E. Spann Co. Inc.
H.H. Howard & Sons Inc.
H5 Farms LLC
Hach Co.
Hagemeyer North America
Haggin Marketing
Haldor Topsoe Inc.
Hamon Custodis Inc.
Hanes Geo Co.
Hanning, Pamela D.
Hanning, Rickey L.
Hannon Hydraulics
Hanson Aggregate
Harlow Filter Supply Inc.
Harold Beck & Sons Inc.
Harris County Community Services (TX)
Harris Industries Inc.
Harrison County Glass Co.
Hatfield & Co.
Hawk Installation & Construction Inc.
Hawkins & Parnell
Hawkins Parnell Thackston & Young LLP
Haynes & Boone LLP
Hayward Tyler Inc.
HCL America Inc.
HD Supply Construction Supply Ltd.
HD Supply Utilities Ltd.
HDR Engineering Inc.
Headwaters
Headwaters Resources Inc.
Health Testing Solutions LP
Helmick Corp.
Helmsbriscoe Performance Group LLC
HELP Center Community
HELP Center of Temple

Helwig Carbon Products Inc.
Henderson County (TX)
Henry Pratt Co.
Henson Motor Co.
Heritage Title & Abstract
Hertz Equipment Rental
Hesse & Associates Inc.
Hewitt Associates LLC
Hewlett Packard Financial Services Co.
Hewlett-Packard
HF & Associates Inc.
High Temperature Technologies
High Voltage Inc.
Highway Machine Co. Inc.
Hildreth, John
Hill + Knowlton Strategies
Hillhouse Power Solutions Inc.
HireRight Inc.
Hitachi Data Systems
Hitachi Data Systems Credit Corp.
Hitachi Power Systems America
Hi-Tech Testing Service Inc.
Hoist & Crane Service Group
Holliday Fenoglio Fowler LP
Holman Boiler Works Inc.
Holmes Murphy & Associates Inc.
Holt Cat
Holt Cat Rental
Holtec International
Honeywell Inc.
Honeywell Industry Solutions
Hood Central Appraisal District (TX)
Hood County (TX)
Hooper, Christine P.
Hopkins County Tax Office (TX)
Hopson Services Co. Inc.
Horiba Instruments Inc.
Houlihan Lokey Capital Inc.
Houston Zoo Inc.
Howden Buffalo Inc.
Howden North America
Howser, Virginia P.
HRchitect Inc.
HRWK Inc.
Hubbell Power Systems
Huffines, James R.

Humphrey & Associates Inc.
Hunter Office Furniture
Hunton & Williams LLP
Husch Blackwell LLP
Husch Blackwell Sanders LLP
Hydradyne Hydraulics
Hydroaire Service Inc.
Hydrotex Dynamics Inc.
Hydrovac Services Inc.
Hyperspring LLC
I&O Communications
IBEW Local Union #2078
IBEW Local Union #2078 Dues
IBEW Local Union #220
IBEW Local Union #2337
IBEW Local Union #2337 Dues
IBM Corp.
Icap Energy LLC
Icap United Inc.
ICE US OTC Commodity LLC
iCrossing Inc.
Ideal Direct Marketing Execution
I-Deal LLC
IEX Corp.
IHS Global Inc.
Ikard Wynne LLP
ILRT Inc.
Imagemaker Post Inc.
Imagination Branding
IMG College LLC
Imperium Public Affairs
Independent Air Brake Service
Industrial Electric Motor Co
Industrial Electronic Supply Inc.
Industrial Lubricant Co.
Industrial Refractory Services
Industrial Silo Source Inc.
Industrial Supply Solutions Inc.
Industry Services Group Inc.
Inficon Inc.
Infogroup Enterprise Solutions
Information Alliance
Ingersoll-Rand Air Center
Ingersoll-Rand Co.
Ingram Enterprises Inc.
Inmotion Scales

Innis Co., The
Innovative Control Solutions
Innovative Millwork Systems Inc.
Inolect LLC
Instine, Jacquelyn Louise
Instine, Russell Doyle
Institute of Nuclear Power Operations
Instrument & Valve Services Co.
Intec Communications LLC
Intech Inc.
Integrated Global Services Inc.
Integrated Power Services LLC
Integrity Integration Resources
Intella Sales LLC
Interactions Corp.
Intercontinental Exchange Inc.
Interface Flooring Systems Inc.
Interim Management Group Inc.
Intermountain Electronics Inc.
Internal Revenue Service
International Business Machines Corp.
International Exterminator
International Quality Consultants Inc.
Intertek AIM
Intralinks Inc.
Invensys
Invensys Process Systems
Invensys Systems Inc.
Invesco Aim Investment Services
IPC Systems Inc.
Ipsos ASI
Ireland Carroll & Kelley PC
Iris Power LP
Irving Cares
Irving Independent School District (TX)
Irving Independent School District (TX) Tax
    Office
Irving, City of (TX)
ISC Constructors LLC
Isco Industries Inc.
Isco Industries LLC
ista North America Inc.
ITC Nuclear Fuel Services (Cayman) Ltd.
Itron Inc.
ITT Engineered Valves
IVG Energy Ltd.

J Aron & Co.
J Conly & Associates Inc.
J Givoo Consultants Inc.
J Sugar Co. Inc.
J&S Construction LLC
Jack Central Appraisal District (TX)
Jack County (TX)
Jack W Gullahorn PC
Jackson Kelly Pllc
Jackson Pipe & Steel
Jackson Sjoberg McCarthy & Wilson LP
Jackson Walker LLP
James A. Baker Production Fund
Jani-King DFW
Jani-King Inc.
Jaster-Quintanilla Dallas LLP
Jay Martin Co. Inc.
JD's Babbitt Bearings LLC
Jellyvision Lab Inc.
Jenfitch LLC
Jernigan, Travis Eugene
Jerry Lang Combustion Consulting
JF Services Inc.
Jimmie Deal Inc.
Jim's Rental Services
JJA Inc.
JK-Co. LLC
JLCC Inc.
JLP Credit Opportunity Master Fund Ltd.
JMEG LP
Joel Wink Equipment Services LLC
John Crane Inc.
Johnson & Pace Inc.
Johnson Controls/York
Johnson Matthey Catalysts LLC
Johnson Matthey Inc.
Johnson Matthey Stationary Emissions
    Control LLC
Johnson Oil Co.
Jordan & Hall
Joy Global Surface Mining
Joyce Crane
Joyce Steel Erection Ltd.
JP Morgan Chase Bank
JP Morgan Chase Co.
JP Morgan Chase NA

JP Morgan Securities Inc.
JPMorgan Chase Bank NA
JSC Law Enforcement Sales
Judy Newton Land Services LLC
K Street Partners Inc.
K&L Gates LLP
K. Fernandez & Associates
K.D. Timmons Inc.
Kalenborn Abresist Corp.
Kalsi Engineering Inc.
Kansas City Southern Railway
Kansas Gas & Electric
Kasowitz Benson Torres & Friedman LLP
Kastner, Leonard R.
Kastner, Marina Ann
Katy Independent School District (TX)
Kekst & Co. Inc.
Kelly, Mike
Kelm Engineering
Kennametal Inc.
Kennametal Tricon Metals & Services
Kennedy Wire Rope & Sling Co.
Kestrel Power Engineering LLC
Kforce Inc.
KHA Geologics LLC
Kiewit Finance Group Inc.
Klein Products of Texas Inc.
Knighthawk Engineering Inc.
Koetter Fire Protection
Koetter Fire Protection of Austin LLC
Koetter Fire Protection of Longview
Kohlberg Kravis Roberts & Co.
Konecranes Inc.
Konecranes Nuclear Equipment & Services
Koso America Inc.
Koso America/Rexa
Kownurko, William A.
KPMG LLP
Kramer Levin Naftalis & Frankel
Kria Systems Inc.
KSB Inc.
Kusin, Gary
L&H Industrial
L-3 Communications
Lacy Surveying Inc.
Lambert Oil Co. Inc.

Lancaster Outreach Center
Landauer Inc.
Landon Alford
Landy, Richard J.
Lanier Parking Solutions
Larrett Inc.
Lauck Group, The
Lauren Engineers & Constructors Inc.
Laurie Fenstemaker Pair
Layne Christensen Co.
Lay's Manufacturing Inc.
Lay's Mining Service
Lazard Freres & Co. LLC
LCG Consulting
LCM Technology Lc
LCRA Transmission Services Corp.
Leadership Resource Center
Leak Detection Services
Leclairryan PC
Leco Corp.
Lectrodryer LLC
Lee County Tax Office (TX)
Lee Hecht Harrison LLC
Leeco Energy Services
Leica Geosystems Inc.
Leica Inc.
Level 3 Communications LLC
Levi Ray & Shoup Inc.
Lewis, Gibson D.
Lewis-Goetz & Co. Inc.
Lexair Inc.
Lexington Acquiport Colinas LP
Lhoist North America
Lhoist North America of Texas
Liberty County (TX)
Liberty Mutual Group
Liberty Mutual Insurance Co.
Liberty Power
Life Account LLC
Lillard Wise Szygenda Pllc
Limestone County (TX)
Lin R Rogers Electrical Contractors Inc.
Lindig Construction Inc.
Lionstone CFO Two Ltd.
Liquid Process Technologies
Littler Mendelson PC

Live Energy Inc.
LivePerson Inc.
Lochridge-Priest
Locke Lord Bissell & Liddell
Lockton Cos. LLC
Locomotive Service Inc.
Lone Star Air & Hydraulics LLC
Lone Star Chevrolet
Lone Star Railroad
Lonestar Actuation
Lonestar Group Consulting Services LLC
Lonestar Group LLC, The
Long Industries
Longview Bridge & Road Inc.
Longview Fab & Machine Inc.
Loomis Sayles Bond Fund
Loomis Sayles Strategic Income Fund
Loop Capital Markets LLC
Lormar Reclamation Service
Louisiana Energy Services
Louisiana Enrichment Services
Love Title & Abstract
LP Amina LLC
LPB Energy Consulting
LPI Consulting Inc.
LRS-RDC Inc.
Lubbock Electric Co. Inc.
Lubrication Services LLC
Lucas, Mitchell L.
Lufkin Electric Co. Inc.
Lufkin France
Lufkin Industries Inc.
Lufkin Rubber & Gasket
Luminant Energy
Luminant Energy Co. LLC
Lyle Oil Co.
M&C Products Analysis Technology Inc.
M&S Technologies Inc.
M.T. Casey & Associates
M.W. Smith Equipment Inc.
Mackson Inc.
Macquarie Energy LLC
Macquarie Futures
Madison Group LLC
Magellan Behavior Health Inc.
Magellan Behavioral Health

Magnetic Instrumentation Inc.
Magnetic Instrumentation Inc.
Magnetrol International Inc.
Magnolia Independent School District (TX)
Magnum Engineering & Controls Inc.
Magnum Technical Services
Mainline Information Systems Inc.
Maintenance Engineering Corp.
Mammoet USA Inc.
Management Associated Results Co.
Management Resources Group Inc.
Mannings USA
Maptek
Marco Inspection Services LLC
Marco Specialty Steel Inc.
Mario Sinacola & Sons
Mario Sinacola & Sons Excavating Inc.
Marketing Arm Inc., The
MarketNet Inc.
Markit Group Ltd.
Marriott International Inc.
Martin Engineering
Martin Luther King Community Center
Martin Marietta Materials Inc.
Martzell & Bickford
Mass Technologies Inc.
Mastec North America Inc.
Mastercraft Business Forms Inc.
Mastercraft Printed Products & Services
Master-Lee Engineered Products
Masterplan
Matheson Tri-Gas
Mathilde E. Taube Living Trust A
Mathilde E. Taube Living Trust B
Mathworks Inc., The
Mayhan Fabricators Inc.
MC2 Energy LLC
McAdams Road Advisory LLC
McAulay Firm, The
McCollum Electronics Inc.
McCombs School of Business
McConnell & Jones LLP
McConway & Torley Group
McCullough & Associates
McDermott Will & Emery
McDonald Public Relations Inc.

McDonald, Margie
McDonough Construction
McGivney & Kluger PC
McGivney & Kluger PC Trust
McGlinchey Stafford Pllc
McGuirewoods Consulting LLC
McGuireWoods LLP
McJunkin Red Man Corp.
McKinney, City of (TX)
McLennan County (TX)
McMaster-Carr Supply Co.
McNichols Co.
Mechanical & Ceramic Solutions Inc.
Mechanical Dynamics
Mechanical Dynamics & Analysis Inc.
Mechtech Inc.
MECO Inc.
Media Management
Medium Term Finance
Medsafe
Mega Energy LP
Megger
Mehlman Vogel Castagnetti Inc.
Mellon Bank
Mellon Trust of New England NA
Menardi
Menardi Mikropul LLC
Mercer
Mercer Human Resource Consulting
Mercer Rubber Co.
Merico Abatement Contractors Inc.
Meridium Inc.
Merrick Industries
Merrill Lynch Capital Services
Merrill Lynch Commodities
Merrill Lynch Pierce Fenner & Smith
Merritt, Dorothy
Meserve, Richard A., Dr.
Mesquite Social Services
Mesquite Tax Fund (TX)
Metabank
Metco Environmental
MetLife
Metrocrest Service Center
Metso Minerals Industries Inc.

Mexican American Legislative Policy
    Council
Mfg Industrial Corp
Mgroup Strategies
MHC X-Ploration Corp.
Michael C Fina Corporate Sales Inc.
Michelin North America
Michelin Tire Co.
Michelin Tire Corp.
Microsoft Corp.
Microsoft Licensing GP
Midco Sling & Cable Co.
Midco Sling of East Texas
Midlothian Cement TXI Operations
Midwesco Filter Resources Inc.
Midwest Energy Emissions Corp.
Midwestern State University
Mignon McGarry
Milam County (TX)
Milbank Tweed Hadley & McCloy LLP
Millco Advisors LP
Miller & Chevalier
Miller & Chevalier Chartered
Miller Chevalier
Miller Electric Co. - Dallas
Miller Electric Co. - Orlando
Miller-Starnes Chevrolet Buick Inc.
Mimeo.com Inc.
Mincom Inc.
Mine Service Inc.
Mine Service Ltd.
Minority Alliance Capital
Mirion Technologies
Mirion Technologies (MGPI) Inc.
Mission Arlington
Missouri & Northern Arkansas Railroad Co.
    Inc.
Missouri Department of Revenue
Mistras Group Inc.
Mitchell County (TX)
Mitsubishi Electric Power Products Inc.
Mobile Enterprises Inc.
Model Metrics Inc.
ModSpace
Modular Space Corp.
Moelis & Co. LLC

Moltz Morton O'Toole LLP
Moody's Analytics Inc.
Moody's Investors Service
Morgan Lewis & Bockius
Morgan Lewis & Bockius LLP
Morgan Stanley & Co. Inc.
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services
Morgan Stanley Government Portfolio
Morgan Stanley Institutional Liquidity
    Funds
Morgan Stanley Treasury Portfolio Funds
Morris Material Handling Inc.
Mosby Mechanical
Motion Industries
Motiva Enterprises LLC
MP Husky LLC
MPR Associates Inc.
MPW Industrial Water Services
MRC Rail Services LLC
MRDB Holdings Inc.
MRO Software
MTI Industrial Sensors
Munters Corp.
Museum of Nature & Science
Music Mountain Water Co.
Nacogdoches Memorial Hospital
Naes Corp.
Nalco Co.
Napa Auto Parts
Napa Tire & Auto Supply Inc.
NASDAQ OMX Commodities
Nassif Chbani Inc.
National Association of Manufacturers
National Chemsearch
National Field Services
National Filter Media Corp. (NFM)
National Mining Association
National Pump & Compressor (LA)
National Pump & Compressor (TX)
National Switchgear Systems Inc.
Natural Gas Exchange Inc.
Navasota Valley Electric Cooperative
Navigant Consulting Inc.
NC Motors & Controls Inc.
NCO Financial Systems Inc.

Nebraska, State of
NEED - National Energy Education
    Development
NERA - National Economic Research
    Association
Netco Inc.
Network & Security Technologies
Network of Community Ministries Food
    Bank
Neu Consulting Group LLC
Neuco Inc.
Neundorfer Inc.
New Pig Corp.
New Prospect Water Supply Corp.
Newark Corp.
NewEdge USA LLC
Newport Group Inc., The
Newport News Industrial Corp.
NextEra Energy Power Marketing
NF Urenco Enrichmt
Nice Systems Inc.
Nix Electric Co.
Noble Americas Gas & Power Corp.
Noble Technical Consultants Inc.
Noblett Electric Motor Service
Nolan Power Group LLC
North American Energy Services
North American Substation Services
North Antelope Rochelle Mine
North Central Ford
North Highland Co., The
North Houston Valve & Fitting Inc.
North Louisiana Land Grading Inc.
North Plains Systems
North Plains Systems
NorthBridge Group
Northeast Emergency District - Euless
Northeast Texas Machine Welding &
    Hardfacing Corp.
Northeast Texas Municipal Water District
Northeast Texas Power Ltd.
Northeastern Pavers Inc.
Northgate Arinso
NorthgateArinso Inc.
Nov Wilson LP
Nova Machine Products

Novinium Inc.
Novo 1
NRG Power Marketing Inc.
NRG Power Marketing LLC
Nuclear Electric Insurance
Nuclear Energy Institute
Nuclear Logistics Inc.
NuCompass Mobility Services Inc.
Nucon International Inc.
Nueces County Community Action Agency
NuEnergy Inc.
Nukem Inc.
Nunn Electric Supply
NWP Indian Mesa Wind Farm LP
NWS Technologies LLC
Oakridge Bellows
Oberti Sullivan LLP
Occupational Health Centers of the
    Southwest
Ocwen Loan Servicing LLC
Odessa Pumps & Equipment Inc.
OEAAT Inc.
Office of Surface Mining
Ogletree Deakins Nash Smoak & Stewart
    PC
Okonite Co., The
Oliver Goldsmith Co. Inc.
Olson, Lyndon L., Jr.
Olympus NDT Inc.
O'Melveny & Myers LLP
Omnibound Technologies Inc.
OMS Strategic Advisors LLC
Oncor Electric Delivery
Oncor Electric Delivery Holdings
Ondeo Nalco Co.
O'Neal Flat Rolled Metals
O'Neill Athy & Casey PC
OneMain Financial
OneSource Virtual HR Inc.
Online Resources Corp.
Open Text Corp.
Operator Training & Inspection Services
    LLC
Opnet Technologies
Oracle America Inc.
Oracle Credit Corp.

Orbital Tool Technologies Corp.
Orion Instruments
OSIsoft Inc.
Otis Elevator Co.
Overhead Door Co. of Tyler
Oxea Corp.
P&E Mechanical Contractors LLC
Pala Interstate LLC
Palco Engineering & Construction
Pall Advanced Separations System
Pall Corp.
Pall Trinity Micro
Palmetto Mining Inc.
Palos Enterprises Inc.
Panola County (TX)
Pape Enterprises Inc.
Parago Promotional Services Inc.
Pariveda Solutions Inc.
Park Place Technologies
Parker Auto Supply
Parker, John Cody
Parker, John W.
Parkey Consulting
Particulate Control Technologies
Pasco Inc.
Pastor Behling & Wheeler LLC
Patara Oil & Gas LLC
PATH - People Attempting To Help
Pattern Recognition Technologies
Paul Broussard & Associates Inc.
Paul Weiss Rifkind Wharton & Garrison
PCI / Promatec
Pco Div II Inc.
PCPC Direct Ltd.
PCPC Inc.
Peabody Coalsales LLC
Peabody Coaltrade LLC
Peabody Powder River Mining LLC
PEICo / Southern Electric International Inc.
Pennsylvania Crusher Corp.
Perella Weinberg Partners LP
Performance Contracting Inc.
Perry & Perry Builders Erectors
Perry & Perry Builders Inc.
Perry Street Communications LLC
Peter's Chevrolet

Peterson, Amos J.
Peterson, Jimmy Leo
Philadelphia Gear - a brand of Timken
    Gears & Services Inc.
Philip Morris Capital Corp.
Philips & Meachum Public Affairs
Phoenix Industrial Services LP
Pierce Construction Inc.
Pierce Pump
Pilgrim International
Pillsbury Winthrop Shaw Pittman
Pinnacle Industries Ltd.
Pinnacle Investigations
Pinnacle Technical Resources Inc.
Pioneer Enterprises
Pioneer Well Services LLC
Pira Energy Group
Pitney Bowes Purchase Power
Pitney Bowes Software Inc.
PKMJ Technical Services Inc.
Plains Pipeline LP
Plant Equipment & Services Inc.
Plastocor Inc.
Platinum Intelligent Data Solutions
Platts - Division of McGraw-Hill
Point 2 Point Global Security Inc.
Polan Culley Advocacy Group
Polygon
Port-A-Jon
Powell Delta /Unibus Division
Powell Electrical Systems Inc.
Power & Industrial Services Corp.
Power Advocate Inc.
Power Brokers LLC
Power Control Systems Engineering Inc.
Power Distribution Products Inc.
Power Engineers Inc.
Power Pac
Power Partners Inc.
Power Plant Outage Services LLC
Power Plant Services
Power Support Inc.
Power System Services Ltd.
PowerAdvocate
PowerRail Distribution Inc.
Powmat Ltd.

Practicing Perfection Institute
PRC Environmental Inc.
Precision Interior Constructors
Precision Landscape Management
Predict Inc.
Preferred Pump & Equipment Inc.
Premier Concrete Products
Premier Technical Services Inc.
Price International Inc.
PricewaterhouseCoopers LLP
Priefert Manufacturing Co. Inc.
Prime Controls LP
Prime Energy Services LLC
Princess Three Operating
Princeton Payment Solutions LLC
Print Synergies Inc.
Priority Power Management LLC
Process Solutions Inc.
Process Solutions Integration
Producers Cooperative
Professional Training Technologies Inc.
Progress Rail Inc.
Progress Rail Services
Progressive Water Treatment
Pro-Line Water Screen Services
Property Cost Systems
Protect Controls Inc.
Pro-Tem
Protiviti Inc.
Provisional Safety Management
Prowell, Anna
PS Energy Group Inc.
PSAM Worldarb Master Fund Ltd.
PSW Inc.
Public Strategies Inc.
Public Utility Commission of Texas
PublicRelay Inc.
Puente Brothers Investments
Puffer-Sweiven LP
Pureworks Inc.
PVO Energy LP
Pyramid Security Advisors
Quality Consultants
Quality Fuel Trailer & Tank
Qualtech NP
Qualys Inc.

Quantum Spatial Inc.
Quest Software
R&R Heat Exchangers
R.J. Corman Railroad
R.W. Harden & Associates Inc.
RAB Inc.
RAB of Louisiana Inc.
RAD Trucking Ltd.
Railroad Commission of Texas
Railroad Friction Products Corp
Railworks Track Systems Texas
Ran Davis Software LLC
Rand Worldwide Subsidiary Inc.
Randy Turner Services LLC
Ranger Excavating LP
Rawson Inc.
Rawson LP
Ray W. Davis Consulting Engineers Inc.
RC Facility Services LLC
Reagan Transportation
Reagan, Alta Rae
Red Ball Oxygen Co. Inc.
Red Dot Corp.
Red Man Pipe & Supply Co.
Red River Environmental Product
Red River Pump Specialists LLC
Regional Steel Inc.
Regional Steel Products Inc.
Regulus Group LLC
Reilly, William K.
Relay Security Group
Reliance Insurance
Remote Ocean Systems
Renewal Parts Maintenance Inc.
Republic Services National
Republican Governors Association
RES Energy Solutions
Rescar Inc.
Reuters America Inc.
Revenew International LLC
Rexel
Rexel Summers
Reynolds Co., The
Reynolds Industrial Contractors
Riata Ford
Rice University

Richard Parker Family Trust
Richards Group, The
Richards Layton & Finger PA
Richie, Carl S., Jr., Attorney at Law
Richwood Industries Inc.
Rickey N. Bradley Feed & Fertilizer
Ricochet Fuel Distributors
Rightnow Technologies Inc.
Rimpull Corp.
River City Valve Service Inc.
Robert E. Lamb Inc.
Robert J. Jenkins & Co.
Roberts & Spencer Instrument Co.
Roberts Coffee & Vending
Roberts, Jack
Robertson County (TX)
Robinson Fans Inc.
Rockbestos Surprenant Cable Corp.
Rocket Software Inc.
Rolling Plains Management Corp.
Romco Equipment Co
Romero's Concrete Construction
Ronan Engineering Co.
Ropes & Gray LLP
Rosemount Analytical
Rosemount Inc.
Rosemount Nuclear Instruments Inc.
Ross, Alicia Bee
Ross, John Michael
Rotaserv LP
Rotating Equipment Repair Inc.
Round Rock Area Serving Center
Roussel & Clement
RPM Services Inc.
RR Donnelley Receivables Inc.
RSCC Wire & Cable LLC
Rud Chain Inc.
RuhrPumpen Inc.
Runge Inc.
RungePincockMinarco
Rusk County (TX)
Rusk County Electric
Rusk County Electric Co-Op Inc.
Rusk County Electric Cooperative
Rusk County Rural Rail District
Rusk County Well Service Co. Inc.

Russell & Sons Construction Co. Inc.
Russell Reynolds Associates Inc.
Rutherford Equipment
Ryan Inc.
Ryan Mackinnon Vasapoli & Berzok
S&C Electric Co.
S&S Machining & Fabrication
Sabia Inc.
Sabine River Authority of Texas
Sabre Alloys LP
Sadler, Charles D.
Safariland LLC
Saferack
Safety Services Co
SAG Enterprises
SAIC
SAIC Energy Environment & Infrastructure
    LLC
Sales Marketing & Real Technologies
Salesforce.com Inc.
Salesmanship Club Charitable Golf of
    Dallas Inc.
Salvation Army Corps Midland
Salvation Army, The
Samson Lone Star LLC
Sandlin Motors Inc.
SAP Public Services
Sargent & Lundy LLC
SAS Global Corp.
SAS Institute Inc.
Saul Subsidiary II LP
Saulsbury Industries
Saveonenergy.com
SBCC Inc.
Schindler Elevator Corp.
Schlueter Group, The
Schlueter, Stan
Schmidt, Paul A., MD
Schneider Electric
Schulz Electric Co.
Schweitzer Engineering Laboratories
Scientech - Division of Curtiss Wright Flow
    Control Service Corp.
Scope Management Ltd.
Scope Management Solutions Ltd.
Score Atlanta Inc.

Scott & White
Scotwood Industries Inc.
Screening Systems International
Seamans Inc.
Secureworks Inc.
Securitas Security Services USA Inc.
Select Energy Services
Select Oilfiled Construction
Selectica Inc.
Sendero Business Services LP
Seneca Group LLC, The
Senior Flexonics Inc.
Senior Source, The
Sentry Equipment Corp.
Serena International
Serena Software Inc.
Serengeti Law
Set Environmental Inc.
Setpoint Integrated Solutions
SGS North America Inc.
Sharing Life Community Outreach
Sharyland Utilities LP
Shaw Maintenance
Shaw Maintenance (CB&I)
Shearman & Sterling
Sheldon, Richard
Shell Energy North America US LP
Shell Lubricants
Sheltering Arms Senior Services
Shermco Industries Inc.
Sherwin Williams
SHL US Inc.
Sidley & Austin
Sidley Austin LLP
Siemens Demag Delaval Turbomachinery
    Inc.
Siemens Energy Inc.
Siemens Industry Inc.
Siemens Power Generation Inc.
Siemens Water Technologies Inc.
Siemens Westinghouse Power Corp.
Silverpop Systems Inc.
Silverscript Insurance Co.
SimGenics LLC
Simon Greenstone Panatier Bartlett
Simon Peragine Smith & Redfearn

SimplexGrinnell LP
Simpson Thacher & Bartlett LLP
Sitech Tejas
Sitecore USA Inc.
Sitel Operating Corp.
Six Flags Over Texas
SKA Consulting LP
SKF USA Inc.
Skillsoft Corp.
Skycom Inc.
Skyhawk Chemicals Inc.
Slover & Loftus
SmartSignal Corp.
SMI Energy LLC
Smith County Tax Office (TX)
Smith Equipment USA
Smith Hanley Associates LLC
Sochem Solutions Inc.
Societa Chimica Larderello SpA
Software House International
Solvents & Metals Inc.
Somervell County General Fund (TX)
Somervell County Water District (TX)
Somervell Floors
Sound Technologies
Southern Co. Services
Southern Crane & Elevator
Southern States Inc.
Southern Tire Mart
Southern Tire Mart #49
Southwell Industries
Southwest Airgas
Southwest Airlines Co.
Southwest Business Corp.
Southwest Research Institute
Southwestern Bell Telephone
Southwestern Corp.
SPA Victoria LP
Spacenet Inc.
Spar Inc.
Spectera Inc.
Spectro Analytical Instruments
Spectro Inc.
Spencer Stuart
Spencer-Harris of Arkansas Inc.
Spiramid LLC

SPM Flow Control Inc.
Spot Coolers
Sprint
SPX Flow Control
SPX Flow Technology
SPX Heat Transfer Inc.
SPX Heat Transfer LLC
SPX Transformer Solutions Inc.
SPX Valves & Controls
ST2 LLC
Stafford Juneau Holdings Inc.
Standard & Poor's
Standard Laboratories Inc.
Standard Parking Corp.
Stanley Consultants Inc.
Star Electricity LLC
Star International Inc.
Star Tex Power
STARS Alliance
State Industrial Products
Statement Systems Inc.
Steag Energy Services LLC
Steam Specialties Inc.
Steam Turbine Alternative Resources
Steddum, Michael
Stein Industries Inc.
Stella-Jones
Stephen F. Austin University
Stewart - America's Premier Sign Co.
Stewart & Stevenson
Stewart & Stevenson Power Products
Stock Equipment Co. Inc.
Stone & Webster Inc.
Storm Technologies Inc.
Story-Wright Inc.
Stovall, Steve
Straight Edge Energy Consultants
Stress Engineering Services Inc.
Structural Integrity Associates
Structure Works Inc.
Stryke Inc.
Stuart C Irby Co.
Studio 206
Successfactors Inc.
Successfactors.com

Sulphur Springs Independent School District (TX)
Sulphur Springs, City of (TX)
Sulzer Pumps
Sulzer Pumps (US) Inc.
Summit Controls Inc.
Summit Electric
Summit Energy Services Inc.
Sun Coast Resources Inc.
Sun Technical Services Inc.
Sunbelt Supply Co.
Sungard Consulting Services LLC
Sungard Energy Systems
Superior Belt Filter LLC
Survey Sampling International
Susman Godfrey LLP
Sutherland Asbill & Brennan LLP
Sweetwater Wind 1 LLC
Swenson, Kurt R.
Swesco Inc.
Swigor Marketing Group LLC
SWS Environmental Services
Sybase - an SAP Co.
Syniverse Technologies LLC
Systems Group Inc.
T&T Lighting
TA Instruments Waters LLC
Taber Estes Thorne & Carr Pllc
Taggart Global LLC
Talley & Associates
Target Rock Corp.
Tarrant County (TX)
Tarrant County Department of Human Services (TX)
Tarver, James D., Jr.
Taylor Armature Works LLC
Taylor Brothers Welding Service Inc.
Taylor Telcomm Inc.
TCEHC
TD Industries
TDC Filter Manufacturing Inc.
TDS Excavation Services
TeaLeaf Technology Inc.
Team Excavating
Team Industrial Services Inc.
Team Oil Tools

TEC Well Service Inc.
Tech Plan Inc.
Techline Inc.
Technetics Group Columbia
Technologent
Techserv Consulting & Training
Teco-Westinghouse Motor Co.
TEKsystems Inc.
Telecom Electric Supply Co.
Teledyne
Teledyne Monitor Labs Inc.
Teledyne Test Services
Telvent USA  LLC
Telwares
Temenos
Templeton Air Conditioning &
    Refrigeration
Tenaska Power Services Co.
Tennessee Valley Authority
Terix Computer Service Inc.
TerraSource Global
TES Energy Services LP
TES Inc.
Test Dynamics Inc.
Testex Inc.
Tex Blast Sandblasting
Tex La Electric Cooperative
Texas Air Hydraulic Services & Supply
Texas Air Hydraulics
Texas Air Systems Inc.
Texas Alloys & Tool Co.
Texas Association of Business
Texas Big Spring
Texas Commission on Environmental
    Quality
Texas Competitive Power Advocates Inc.
Texas Comptroller of Public Accounts
Texas Crushed Stone Co.
Texas Department of Criminal Justice
Texas Department of State Health Services
Texas Department of Transportation Trust
    Fund
Texas Diesel Maintenance Inc.
Texas Disposal Systems
Texas Energy Aggregation LLC
Texas Energy Research Associates Inc.

Texas Engineering Experiment
Texas Flags Ltd.
Texas Health Resources
Texas Heritage Title LLC
Texas Meter & Device Co.
Texas Mining & Reclamation Association
Texas New Mexico Power Co.
Texas Power & Light Co.
Texas Process Equipment Co.
Texas State Comptroller of Public Accounts
Texas State History Museum Foundation
Texas State Treasury
Texas Trees Foundation
Texas Valve & Fitting Co
Texas Weather Instruments Inc.
Texas, Public Utility Commission of
Texas, Railroad Commission of
Texasadmin.com Inc.
Tex-La Electric Cooperative
TFS Energy Futures LLC
TFS Energy LLC
Thermal Engineering International Inc.
Thermal Specialties Inc.
Thermo Electron NA LLC
Thermo Environmental Instruments Inc.
Thermo Fisher Scientific
Thermo Orion Inc.
Thermo Process Instruments LP
Thibado Inc.
Thomas, Gerald E.
Thomas, Janice
Thomasson Co.
Thompson & Knight LLP
Thompson, Jake
Thompson, Sally
Thomson Reuters
Thomson Reuters
Thomson Reuters (Property Tax Services)
    Inc.
Thomson Reuters West
Thurman Transportation Inc.
ThyssenKrupp Elevator Corp.
ThyssenKrupp Safway Inc.
Tibco Software Inc.
Time Warner Cable
Timken Gears & Services Inc.

Timsco International Inc.
Timsco Texas Industrial Maintenance
    Supply Co.
Titan Engineering Inc.
Titus Central Appraisal District (TX)
Titus County (TX)
Titus County Fresh Water Supply District
    No. 1 (TX)
TLT-Babcock Inc.
TNT Crane & Rigging
Todds A/C Inc.
Toledo Automotive Supply of Carthage Inc.
Tomecek Electric
Top Hat Services
Toshiba International Corp.
Total Alchemy LLC
Towers Watson Pennsylvania Inc.
TowHaul Corp.
Townley Engineering & Manufacturing Co.
    Inc.
Townley Foundry & Machine Co. Inc.
Townley Manufacturing Co.
TPG Capital LP
TPG Capital Management LP
TPUSA Inc.
Trac-Work Inc.
Trane
Trans Union Corp.
Transactel (Barbados) Inc.
Transcat Inc.
Trans-Rental Inc.
TransUnion LLC
Transwestern
TRC Cos. Inc.
Trend Gathering & Treating LP
Trent Wind Farm LP
Tri Special Utility District
Trico Corp.
Trimble, Barry D.
Trimble, Roxanna M.
Trinity Industries Inc.
Trinity River Authority of Texas
Trinity River Water Authority
Triple J SA Inc.
Triple M Machine Inc.
Tripwire Inc.

TRT Development Co. West Houston
True North Consulting LLC
Truman Arnold Cos.
TSI Holdings LLC
TSTC Waco
Tullett Prebon Americas Corp.
Tullett Prebon Financial Service LLC
Turbine Repair Services
Turbo Components & Engineering
TurboCare
Turn Key Operations
Turner Bros Crane & Rigging
Turner Seed Co.
Turnkey Security Inc.
Twin Eagle Resource Management LLC
Twin State Trucks Inc.
TXU Electric Delivery Co.
TXU Energy
TXU Energy Receivables Co.
TXU Energy Retail Co.
TXU Receivables Co.
Ty Flot Inc.
Tyler Junior College
Tyler Junior College Foundation
Tyndale Co. Inc.
Tyson Building Corp.
UG USA Inc.
UniFirst
United Building Maintenance Inc.
United Conveyor Corp.
United Conveyor Supply Corp.
United Recyclers LP
United Rentals
United Rentals North America Inc.
United Sciences Testing Inc.
United States Chamber of Commerce
United States Department of Energy
United States Enrichment Corp.
United States Gypsum Co.
United States Mine Safety & Health
    Administration
United States Naval Academy
United States Naval Academy Foundation
United States Nuclear Regulatory
    Commission

United States Treasury Single Taxpayors (IRS)
United Training Specialists LLC
United Way of Metropolitan Dallas
Univar USA Inc.
Universal Blastco
Universal Vacuum Service
University of North Texas
University of Texas at Arlington
University of Texas at Austin
University of Texas at Dallas
Uranium One Inc.
Urban League of Greater Dallas
URS Corp.
US Bank Corporate Trust
US Bank Trust NA
US Enrichment Corp.
USP & E Global LLC
USPS
U-Tegration Inc.
Utilities Service Alliance Inc.
Utility Integration Solutions
Utility Marketing Services Inc.
Utility Systems Inc.
Valcor Engineering
Valero Texas Power Marketing Inc.
Vannoy & Assoc Inc.
Vaughan Equipment Sales & Rental
Vault Energy Solutions LLC
Vector Controls LLC
Velan Valve Corp.
Velocity Industrial LLC
Venture Aggregates LLC
Venture Research Inc.
Ventyx Inc.
Veolia ES Industrial Services
Verifications Inc.
Veritox Inc.
Verizon
Verizon Business
Verizon Southwest
Verizon Wireless
Vinson & Elkins
Vinson Process Controls Co.
Vishay Transducers
Vista Training Inc.

Vitality Group, The
Vitrue Inc.
VMware Inc.
VoiceLog
Voith Turbo Inc.
Vose Software BVBA
Voxai Solutions Inc.
VR Steel LLC
VXI Global Solutions Inc.
Wabtec Global Services
Wachtell Lipton Rosen & Katz
Waco Auto Glass Center
Waco Foundation
WageWorks Inc.
Wahlco Metroflex
Walker Sewell LLP
Ward County (TX)
Ward Sign Co.
Warfab Inc. & Erection Corp.
Warren Fabricating Corp.
Washington Speakers Bureau
Waste Control Specialists LLC (WCS)
Waste Management of Texas Inc.
Watco Cos. Inc.
Watco Mechanical Services
Water Texas PAC
Watercut Services Inc.
Waukesha Electric
Waukesha-Pearce Industries Inc.
Wave Technology Solutions Group
Weatherproofing Services LLC
Weber Shandwick
WebFilings LLC
Webster, Frances M.
Weir Minerals
Weir Slurry Group Inc.
Weir SPM
Weir Valves & Controls USA Inc.
Wells Fargo Bank
Wells Fargo Bank Northwest NA
Wells Fargo Home Mortgage
Wesco
West Dallas Multipurpose Center
West Publishing Corp.
West Texas Opportunities Inc.
Westech Engineering Inc.

Western Asset Institutional Government
    Fund
Western Data Systems
Western Filter Co. Inc.
Western States Fire Protection
Western Technology Inc.
Westfire Inc.
Westin Engineering Inc.
Westinghouse Electric Co.
Westinghouse Electric Co. LLC
Westinghouse-Nuclear
Weyco Manufacturing
Weyerhaeuser
White & Case
White Cap Construction
White Fence Inc.
White Oak Radiator Service
White Technologies Inc.
Whitehead Construction Inc.
Whitson & Co.
Wholesale Pump & Supply
Wholesale Supply Inc.
Wick Phillips LLP
Wildcat Cranes Inc.
Willbros T&D Services
William E. Groves Construction
Williams Capital Group LP, The
Williams Patent Crusher & Pulverizer Co.
Williamson, Billie Ida
Willis of Texas Inc.
Wilson Co.
Wilson Culverts
Wilson Industries
Wilson Mohr Inc.
Wilson Supply Co.
Wilsonart International Holdings
Wilson-Mohr Inc.
Windstream
Winstead PC
Winston & Strawn LLP
Wire Rope Industries
Wirerope Works Inc.
WM Renewable Energy

WOI Petroleum
Womble Drilling Co.
Women's Business Enterprise National
    Council
Wood, Patricia
Woodson Lumber & Hardware
Woodwright Co. Inc.
Workday Inc.
Workplace Resource of Dallas
Worksoft
World Energy Solutions Inc.
WPP Group USA Inc.
WRG LLC
W-S Industrial Services Inc.
W-S Specialty Services LLC
WSI Corp.
Wyoming Department of Revenue AV Tax
Xenon Marketing LLC
XOJet Inc.
XTO Energy Inc.
Yanaway, Diane
Yates Buick Pontiac GMC
Yates Buick/GMC
Yokogawa Corp. of America
York Capital Management LP
York Credit Opportunities Fund LP
York Credit Opportunities Master Fund LP
York Multi Strategy Master Fund
York Pump & Equipment
York Risk Services Group Inc.
York, a Johnson Controls Co.
York, Amber Lemerle
York, Byron P., Jr
Young Central Appraisal District (TX)
Youngblood Oil Co.
Youngblood, Kneeland
Zayo Fiber Solutions
Zeefax Inc.
Zep Sales & Service
Zepco
Zephyr Environmental Corp.
Zivelo
Zolfo Cooper LLC

# SCHEDULE 1(w)

## Surety Bonds

Liberty Mutual Insurance Co.
Railroad Commissioners of Texas
Reliance Insurance Co.
RLI
Safeco Insurance Co. of America
Texas Department of Transportation, State of
Texas Department of Transportation, State of  (Paris District)
Texas Department of Transportation, State of  (Tyler District)
Texas State Highway & Public Transportation Commission
Texas Transportation Commission
Texas, State of
United States Army Corp of Engineers, Fort Worth

## SCHEDULE 1(x)

### Taxing Authorities

Abbott Independent School District (TX)
Abbott, City of (TX)
Abernathy, City of (TX)
Abilene Independent School District (TX)
Abilene, City of (TX)
Academy Independent School District (TX)
Ackerly, City of (TX)
Adams County (CO)
Addison, Town of (TX)
Agua Dulce, City of (TX)
Airline Improvement District (TX)
Alabama Department of Revenue
Alamo Heights, City of (TX)
Alamo, City of (TX)
Albany Independent School District (TX)
Albany, City of (TX)
Aldine Community Improvement District (TX)
Aledo Independent School District (TX)
Aledo, City of (TX)
Alice, City of (TX)
Allen Independent School District (TX)
Allen, City of (TX)
Alma, Town of (TX)
Alpine, City of (TX)
Alto Independent School District (TX)
Alto, Town of (TX)
Alton, City of (TX)
Alvarado Independent School District (TX)
Alvarado, City of (TX)
Alvin, City of (TX)
Alvord Independent School District (TX)
Alvord, Town of (TX)
Amarillo, City of (TX)
Anahuac Municipal Development District (TX)
Anahuac, City of (TX)
Anderson County (TX)
Andrews County (TX)
Andrews County Hospital District (TX)
Andrews Independent School District (TX)
Andrews, City of (TX)

Angelina County (TX)
Angelina County FWD (TX)
Angelina County Jr. College (TX)
Angleton, City of (TX)
Angus, City of (TX)
Anna Independent School District (TX)
Anna, City of (TX)
Annetta North, Town of (TX)
Annetta South, Town of (TX)
Annetta, Town of (TX)
Annona, Town of (TX)
Anson Independent School District (TX)
Anson, City of (TX)
Apple Springs Independent School District (TX)
Aquilla Independent School District (TX)
Aransas County (TX)
Aransas County Health Services (TX)
Aransas Pass Crime Control District (TX)
Aransas Pass Develop District (TX)
Aransas Pass, City of (TX)
Arapahoe County (CO)
Archer City Independent School District (TX)
Archer City, City of (TX)
Archer County (TX)
Arcola, City of (TX)
Argyle Crime Control District (TX)
Argyle Independent School District (TX)
Argyle, City of (TX)
Arizona Department of Revenue
Arkansas, State of
Arlington Independent School District (TX)
Arlington, City of (TX)
Arp Independent School District (TX)
Arp, City of (TX)
Asherton, City of (TX)
Aspermont, Town of (TX)
Atascosa County (TX)
Athens Independent School District (TX)
Athens Municipal Water Authority (TX)
Athens, City of (TX)

Aubrey Independent School District (TX)
Aubrey, City of (TX)
Aurora, City of (TX)
Austin Community College - Bastrop (TX)
Austin Community College - Lee (TX)
Austin Community College - Travis County (TX)
Austin Community College (TX)
Austin County (TX)
Austin Independent School District (TX)
Austin Metropolitan Transit Authority (TX)
Austin, City of (TX)
Austwell, City of (TX)
Avalon Independent School District (TX)
Avery Independent School District (TX)
Axtell Independent School District (TX)
Azle Crime Control District (TX)
Azle Independent School District (TX)
Azle, City of (TX)
Baca County (CO)
Bailey County (TX)
Bailey, City of (TX)
Bailey's Prairie, Village of (TX)
Baird, City of (TX)
Balch Springs, City of (TX)
Ballinger Independent School District (TX)
Ballinger Memorial Hospital District (TX)
Ballinger, City of (TX)
Balmorhea, City of (TX)
Bandera County (TX)
Bangs Independent School District (TX)
Bangs Municipal Development District (TX)
Bangs, City of (TX)
Bardwell, City of (TX)
Barry, City of (TX)
Bartlett Independent School District (TX)
Bartlett, City of (TX)
Bartonville, Town of (TX)
Bastrop County (TX)
Bastrop Independent School District (TX)
Bastrop, City of (TX)
Bastrop-Travis ESD #1 (TX)
Bay City, City of (TX)
Baylor County (TX)
Baylor County Hospital District (TX)
Baylor Hospital District (TX)

Bayou Vista, City of (TX)
Bayside, Town of (TX)
Baytown Crime Control (TX)
Baytown Fire EMS (TX)
Baytown Municipal Development District (TX)
Baytown, City of (TX)
Bayview, Town of (TX)
Beasley, City of (TX)
Beaumont, City of (TX)
Beckville Independent School District (TX)
Bedford, City of (TX)
Bee County (TX)
Beeville, City of (TX)
Bell County (TX)
Bell County Road (TX)
Bellaire, City of (TX)
Bellevue Independent School District (TX)
Bellevue, City of (TX)
Bellmead, City of (TX)
Bells Independent School District (TX)
Bells, Town of (TX)
Bellville, City of (TX)
Belton Independent School District (TX)
Belton, City of (TX)
Benavides, City of (TX)
Benbrook Library District (TX)
Benbrook, City of (TX)
Benjamin, City of (TX)
Bent County (CO)
Berryville, Town of (TX)
Beverly Hills, City of (TX)
Big Lake, City of (TX)
Big Spring Independent School District (TX)
Big Spring, City of (TX)
Big Wells, City of (TX)
Birdville Independent School District (TX)
Bishop, City of (TX)
Blackwell Independent School District (TX)
Blackwell, City of (TX)
Blanco County (TX)
Blanco County North Library District (TX)
Bland Independent School District (TX)
Blanket Independent School District (TX)
Blanket, Town of (TX)

Blooming Grove Independent School District (TX)
Blooming Grove, Town of (TX)
Blossom, City of (TX)
Blue Mound Crime Control (TX)
Blue Mound, City of (TX)
Blue Ridge Independent School District (TX)
Blue Ridge, City of (TX)
Bluff Dale Independent School District (TX)
Blum Independent School District (TX)
Blum, Town of (TX)
Bogata Crime Control (TX)
Bogata, City of (TX)
Boles Home Independent School District (TX)
Bonham Independent School District (TX)
Bonham, City of (TX)
Borden County (TX)
Borden Independent School District (TX)
Bosque County (TX)
Bosqueville Independent School District (TX)
Boulder County (CO)
Bowie County (TX)
Bowie Independent School District (TX)
Bowie, City of (TX)
Boyd Independent School District (TX)
Boyd, Town of (TX)
Brackettville, City of (TX)
Brady, City of (TX)
Brazoria County (TX)
Brazoria, City of (TX)
Brazos Country, City of (TX)
Brazos County (TX)
Brazos County ESD #1 (TX)
Breckenridge Independent School District (TX)
Breckenridge, City of (TX)
Bremond Independent School District (TX)
Brenham, City of (TX)
Brewster County (TX)
Brewster County ESD No. 1 (TX)
Bridge City, City of (TX)
Bridgeport Independent School District (TX)

Bridgeport, City of (TX)
Brock Independent School District (TX)
Bronte, Town of (TX)
Brookesmith Independent School District (TX)
Brooks County Health Services (TX)
Brookshire - Katy Drainage District (TX)
Brookshire, City of (TX)
Brookside Village, City of (TX)
Broomfield County (CO)
Broomfield, City of (CO)
Brown County (TX)
Brownfield, City of (TX)
Brownsboro, City of (TX)
Brownsville, City of (TX)
Brownwood Independent School District (TX)
Brownwood, City of (TX)
Bruceville-Eddy Independent School District (TX)
Bruceville-Eddy, City of (TX)
Brush Creek MUD (TX)
Bryan Independent School District (TX)
Bryan, City of (TX)
Bryson Independent School District (TX)
Bryson, City of (TX)
Buckholts Independent School District (TX)
Buckholts, Town of (TX)
Buda, City of (TX)
Buena Vista Independent School District (TX)
Buffalo Gap, Town of (TX)
Buffalo Independent School District (TX)
Buffalo, City of (TX)
Bullard Independent School District (TX)
Bullard, Town of (TX)
Bulverde Area Rural Library (TX)
Bunker Hill Village, City of (TX)
Burkburnett Independent School District (TX)
Burkburnett, City of (TX)
Burke, City of (TX)
Burleson County (TX)
Burleson Independent School District (TX)
Burleson, City of (TX)
Burnet CIndependent School District (TX)

Burnet County (TX)
Byers, City of (TX)
Bynum Independent School District (TX)
Bynum, Town of (TX)
Caddo Mills Independent School District
    (TX)
Caddo Mills, City of (TX)
Caldwell County (TX)
Caldwell, City of (TX)
Calhoun County (TX)
California Franchise Tax Board
Callahan County (TX)
Callisburg Independent School District (TX)
Calvert Independent School District (TX)
Cameron Independent School District (TX)
Cameron, City of (TX)
Camp County (TX)
Camp Wood, City of (TX)
Campbell Independent School District (TX)
Campbell, City of (TX)
Canada Revenue Agency
Caney City, Town of (TX)
Caney, Town of (TX)
Canton Independent School District (TX)
Canton, City of (TX)
Canyon Lake Community Library (TX)
Canyon, City of (TX)
Carbon, Town of (TX)
Carlisle Independent School District (TX)
Carrizo Springs, City of (TX)
Carroll Independent School District (TX)
Carrollton - Farmers Branch Independent
    School District (TX)
Carrollton, City of (TX)
Carrollton-Farmers Branch Independent
    School District (TX)
Carthage Independent School District (TX)
Carthage, City of (TX)
Castle Hills Crime Control & Prevention
    (TX)
Castle Hills, City of (TX)
Castleberry Independent School District
    (TX)
Castleman Creek Watershed (TX)
Castro County (TX)
Castroville, City of (TX)

Cayuga Independent School District (TX)
Cedar Hill Independent School District (TX)
Cedar Hill, City of (TX)
Cedar Park, City of (TX)
Celeste Independent School District (TX)
Celeste, City of (TX)
Celina Independent School District (TX)
Celina, Town of (TX)
Center, City of (TX)
Centerville Independent School District
    (TX)
Centerville, City of (TX)
Central Heights Independent School District
    (TX)
Central Independent School District (TX)
Central Texas College (TX)
Central Texas College District (TX)
Chambers County Health Services (TX)
Chambers-Liberty Counties Navigation
    (TX)
Chambers-Liberty County (TX)
Chandler, City of (TX)
Chapel Hill Independent School District
    (TX)
Chapell Hill, Town of (TX)
Charlotte, City of (TX)
Cherokee County (TX)
Cherokee County Development District 1
    (TX)
Chico Independent School District (TX)
Chico, City of (TX)
Childress County (TX)
Childress County Hospital District (TX)
Childress Independent School District (TX)
Childress, City of (TX)
Chillicothe, City of (TX)
Chilton Independent School District (TX)
China Springs Independent School District
    (TX)
Chireno Independent School District (TX)
Chireno, City of (TX)
Chisum Independent School District (TX)
Choctaw Watershed District (TX)
Cibolo Canyons Special Improvement
    District (TX)
Cibolo, City of (TX)

Cisco Independent School District (TX)
Cisco Jr. College District (TX)
Cisco, City of (TX)
City View Independent School District (TX)
Clarendon Maintenance (TX)
Clarksville Independent School District (TX)
Clarksville, City of (TX)
Clay County (TX)
Clay County FD #1 - Deandale (TX)
Clay County FD #2 - Arrowhead (TX)
Clear Creek Watershed (TX)
Clear Fork GWCD (TX)
Clear Lake Shores, City of (TX)
Clearwater UWCD (TX)
Cleburne Independent School District (TX)
Cleburne, City of (TX)
Clifton Independent School District (TX)
Clifton, City of (TX)
Clute, City of (TX)
Clyde Independent School District (TX)
Clyde, City of (TX)
Coahoma Independent School District (TX)
Coahoma, Town of (TX)
Cockrell Hill, City of (TX)
Coffee City, Town of (TX)
Coke County (TX)
Coke County UWCD (TX)
Coldspring, City of (TX)
Coleman County (TX)
Coleman Hospital District (TX)
Coleman, City of (TX)
College Station Independent School District (TX)
College Station, City of (TX)
Colleyville Crime Control (TX)
Colleyville, City of (TX)
Collin County (TX)
Collin County Jr. College District (TX)
Collinsville Independent School District (TX)
Collinsville, Town of (TX)
Colmesneil, City of (TX)
Colony, City of, The (TX)
Colorado City, City of (TX)
Colorado County (TX)

Colorado Independent School District (TX)
Columbus, City of (TX)
Comal County (TX)
Comal County Emergency Services District 3 (TX)
Comal County Emergency Services District 6 (TX)
Comanche County (TX)
Comanche County Hospital (TX)
Comanche Independent School District (TX)
Comanche, City of (TX)
Combes, Town of (TX)
Combine, City of (TX)
Commerce Independent School District (TX)
Commerce, City of (TX)
Community Independent School District (TX)
Como, Town of (TX)
Como-Pickton Independent School District (TX)
Concho County (TX)
Connally Independent School District (TX)
Conroe, City of (TX)
Converse, City of (TX)
Cooke County (TX)
Cool, City of (TX)
Coolidge Independent School District (TX)
Coolidge, Town of (TX)
Cooper Independent School District (TX)
Cooper, City of (TX)
Coppell Crime Control District (TX)
Coppell Independent School District (TX)
Coppell, City of (TX)
Copper Canyon, Town of (TX)
Copperas Cove Independent School District (TX)
Copperas Cove, City of (TX)
Corinth Crime Control District (TX)
Corinth, City of (TX)
Corpus Christi Crime Control District (TX)
Corpus Christi Independent School District (TX)
Corpus Christi Metropolitan Transit Authority (TX)
Corpus Christi, City of (TX)

Corrigan, Town of (TX)
Corsicana Independent School District (TX)
Corsicana, City of (TX)
Coryell County (TX)
Cotulla, City of (TX)
County Wide Equalization (TX)
Coupland Independent School District (TX)
Cove, City of (TX)
Covington Independent School District (TX)
Covington, City of (TX)
Crandall Independent School District (TX)
Crandall, City of (TX)
Crane County (TX)
Crane Hospital District (TX)
Crane Independent School District (TX)
Crane, City of (TX)
Crawford Independent School District (TX)
Crawford, Town of (TX)
Cresson, City of (TX)
Crockett Independent School District (TX)
Crockett, City of (TX)
Cross Plains, Town of (TX)
Cross Roads, Town of (TX)
Crossroads Independent School District (TX)
Crowell, City of (TX)
Crowley Crime Control (TX)
Crowley Independent School District (TX)
Crowley, City of (TX)
Crystal City, City of (TX)
Cuero, City of (TX)
Culberson County (TX)
Culberson County Groundwater Conservation District (TX)
Culberson County GWCD (TX)
Culberson County Hospital District (TX)
Culberson-Allamore Independent School District (TX)
Cumby Independent School District (TX)
Cumby, City of (TX)
Cushing Independent School District (TX)
Cushing, City of (TX)
Daingerfield, City of (TX)
Daingerfield-Lone Star Independent School District (TX)
Dalhart, City of (TX)

Dallas County (TX)
Dallas County Community College District (TX)
Dallas County FCD #1 (TX)
Dallas County Hospital District (TX)
Dallas County U&R District (TX)
Dallas Independent School District (TX)
Dallas Metropolitan Transit Authority (TX)
Dallas, City of (TX)
Dalworthington Gardens Crime Control (TX)
Dalworthington Gardens, City of (TX)
Danbury, City of (TX)
Dawson County (TX)
Dawson County Hospital District (TX)
Dawson Independent School District (TX)
Dawson, Town of (TX)
Dayton, City of (TX)
De Kalb, City of (TX)
De Leon, City of (TX)
Deaf Smith County (TX)
Dean, City of (TX)
Decatur Independent School District (TX)
Decatur, City of (TX)
Deep Ellum Standard PID (TX)
Deer Park Crime Control District (TX)
Deer Park Fire Control Prevention & EMS District (TX)
Deer Park, City of (TX)
Del Mar College (TX)
Del Rio, City of (TX)
Delaware Division of Revenue
Deleon Independent School District (TX)
Delta County  Emergency Services District (TX)
Delta County (TX)
Delta County MUD (TX)
Delta EMD #1 (TX)
Denison Independent School District (TX)
Denison, City of (TX)
Denton County (TX)
Denton County Development District No 4 (TX)
Denton County ESD #1 (TX)
Denton County FWSD #1B (TX)
Denton County LID #1 (TX)

Denton County RUD #1 (TX)
Denton County Transportation Authority (TX)
Denton Independent School District (TX)
Denton, City of (TX)
Denver City, Town of (TX)
Denver County (CO)
Deport, City of (TX)
Desoto Independent School District (TX)
DeSoto, City of (TX)
Detroit Independent School District (TX)
Detroit, Town of (TX)
Devine, City of (TX)
Dew Independent School District (TX)
DFW Shared Area (Grapevine City) (TX)
Diboll Independent School District (TX)
Diboll, City of (TX)
Dickens County (TX)
Dickens, City of (TX)
Dickinson Management District (TX)
Dickinson, City of (TX)
Dilley, City of (TX)
Dimmit County (TX)
Dimmitt, City of (TX)
Dish, Town of (TX)
District of Columbia, Government of the
Dodd City Independent School District (TX)
Dodd City, Town of (TX)
Donahoe Creek WCID (TX)
Donna, City of (TX)
Dorchester, Town of (TX)
Double Oak, Town of (TX)
Douglas County (CO)
Douglass Independent School District (TX)
Downtown PID - Premium (TX)
Downtown PID - Standard (TX)
Dripping Springs Community Library (TX)
Driscoll, City of (TX)
Dublin Independent School District (TX)
Dublin, City of (TX)
Dumas, City of (TX)
Duncanville Independent School District (TX)
Duncanville, City of (TX)
Duval County Emergency Services District No. 1 (TX)

Eagle Lake, City of (TX)
Eagle Mountain-Saginaw Independent School District (TX)
Eagle Pass, City of (TX)
Early Independent School District (TX)
Early, City of (TX)
East Baton Rouge Parish (LA)
East Bernard, City of (TX)
East Coke County Hospital District (TX)
East Memorial Hospital District (TX)
East Montgomery County Improvement District (TX)
East Montgomery County Improvement District A (TX)
East Tawakoni, City of (TX)
East Travis Gateway Library District (TX)
Eastland County (TX)
Eastland Independent School District (TX)
Eastland Memorial Hospital District (TX)
Eastland, City of (TX)
Ector County (TX)
Ector County Hospital District (TX)
Ector County Independent School District (TX)
Ector Independent School District (TX)
Ector Utility District (TX)
Ector, City of (TX)
Edcouch, City of (TX)
Eden, City of (TX)
Edgecliff Village, Town of (TX)
Edgewood Independent School District (TX)
Edgewood, Town of (TX)
Edinburg, City of (TX)
Edna, City of (TX)
Edom, City of (TX)
El Campo, City of (TX)
El Cenizo, City of (TX)
El Lago, City of (TX)
El Paso City Transit Department (TX)
El Paso County (CO)
El Paso County (TX)
El Paso County Emergency Services 2 (TX)
El Paso, City of (TX)
Eldorado, City of (TX)
Electra Hospital District (TX)
Electra Independent School District (TX)

Electra, City of (TX)
Elgin Independent School District (TX)
Elgin, City of (TX)
Elkhart Independent School District (TX)
Elkhart, Town of (TX)
Ellis County (TX)
Elm Creek Watershed - Bell (TX)
Elm Creek Watershed (TX)
Elsa, City of (TX)
Emerald Bay MUD (TX)
Emergency Service District #1 (TX)
Emhouse, Town of (TX)
Emory, City of (TX)
Enchanted Oaks, Town of (TX)
Encinal, City of (TX)
Ennis Independent School District (TX)
Ennis, City of (TX)
Era Independent School District (TX)
Erath County (TX)
Erath County Development District No. 1
     (TX)
Escobares, City of (TX)
ESD #1 - Maypearl (TX)
ESD #2 - Midlothian (TX)
ESD #3 - Italy (TX)
ESD #4 - Red Oak (TX)
ESD #5 - Ferris (TX)
ESD #6 - Waxahachie (TX)
ESD #7 - Bristol (TX)
ESD #8 - Avalon (TX)
ESD #9 - Palmer (TX)
Etoile Independent School District (TX)
Eula Independent School District (TX)
Euless Crime Control District (TX)
Euless, City of (TX)
Eureka, City of (TX)
Eustace Independent School District (TX)
Eustace, City of (TX)
Evant, Town of (TX)
Everman Crime Control (TX)
Everman Independent School District (TX)
Everman, City of (TX)
EWC Higher Ed Center (TX)
Fair Oaks Ranch, City of (TX)
Fairfield Hospital District (TX)
Fairfield Independent School District (TX)

Fairfield, City of (TX)
Fairview, Town of (TX)
Faith Community Hospital District (TX)
Falfurrias, City of (TX)
Falls County (TX)
Falls County RFD #1 (TX)
Falls County RFD #2 (TX)
Falls County RFD #3 (TX)
Falls County WCID #1 (TX)
Fannin County (TX)
Fannindel Independent School District (TX)
Farmers Branch, City of (TX)
Farmersville Independent School District
     (TX)
Farmersville, City of (TX)
Fate, City of (TX)
Fayette County (TX)
Fern Bluff MUD (TX)
Ferris Independent School District (TX)
Ferris, City of (TX)
Fisher County (TX)
Fisher County Hospital District (TX)
Florence Independent School District (TX)
Florence, City of (TX)
Flower Mound Crime Control District (TX)
Flower Mound Fire Control District (TX)
Flower Mound, Town of (TX)
Floydada, City of (TX)
Forest Hill Library District (TX)
Forest Hill, City of (TX)
Forney Independent School District (TX)
Forney, City of (TX)
Forsan Independent School District (TX)
Forsan, Town of (TX)
Fort Bend County Assistance District No. 1
     (TX)
Fort Bend County Assistance District No. 4
     (TX)
Fort Bend County Assistance District No. 5
     (TX)
Fort Stockton Independent School District
     (TX)
Fort Stockton, City of (TX)
Fort Worth Crime Control (TX)
Fort Worth Independent School District
     (TX)

Fort Worth Metropolitan Transit Authority
(TX)
Fort Worth, City of (TX)
Franklin County (TX)
Franklin County WD (TX)
Franklin Independent School District (TX)
Franklin, City of (TX)
Frankston Independent School District (TX)
Frankston, Town of (TX)
Fredericksburg, City of (TX)
Freeport, City of (TX)
Freer, City of (TX)
Freestone County (TX)
Friendswood, City of (TX)
Frio County (TX)
Frisco Independent School District (TX)
Frisco, City of (TX)
Frost Independent School District (TX)
Frost, City of (TX)
Fruitvale Independent School District (TX)
Ft Worth PID #01 (Downtown) (TX)
Ft Worth PID #14 (Trinity Bluff) (TX)
Fulshear, City of (TX)
Fulton, Town of (TX)
Gaines County (TX)
Gainesville Hospital District (TX)
Gainesville Independent School District
(TX)
Gainesville, City of (TX)
Galena Park Independent School District
(TX)
Galena Park, City of (TX)
Galveston, City of (TX)
Ganado, City of (TX)
Garden Ridge, City of (TX)
Garland Independent School District (TX)
Garland, City of (TX)
Garner Independent School District (TX)
Garrett, Town of (TX)
Garrison Independent School District (TX)
Gatesville Independent School District (TX)
Gatesville, City of (TX)
George West, City of (TX)
Georgetown Independent School District
(TX)
Georgetown, City of (TX)

Georgia Department of Revenue
Gholson Independent School District (TX)
Gholson, City of (TX)
Giddings, City of (TX)
Gillespie County (TX)
Gilmer Independent School District (TX)
Gilmer, City of (TX)
Glasscock County (TX)
Glasscock County Independent School
District (TX)
Glasscock County UWD (TX)
Glen Rose Independent School District (TX)
Glen Rose, City of (TX)
Glenn Heights, City of (TX)
Godley Independent School District (TX)
Godley, City of (TX)
Gold-Burg Independent School District
(TX)
Goldthwaite Independent School District
(TX)
Goliad Municipal Development District
(TX)
Goliad, City of (TX)
Golinda, City of (TX)
Gonzales County (TX)
Goodlow, City of (TX)
Gordon Independent School District (TX)
Gordon, City of (TX)
Goree, City of (TX)
Gorman Independent School District (TX)
Gorman, City of (TX)
Grady Independent School District (TX)
Graford Independent School District (TX)
Graford, City of (TX)
Graham Hospital District (TX)
Graham Independent School District (TX)
Graham, City of (TX)
Granbury Independent School District (TX)
Granbury, City of (TX)
Grand Falls-Royalty Independent School
District (TX)
Grand Prairie Crime Con (TX)
Grand Prairie, City of (TX)
Grand Saline Independent School District
(TX)
Grand Saline, City of (TX)

Grandfalls, Town of (TX)
Grandview Independent School District (TX)
Grandview, City of (TX)
Granger Independent School District (TX)
Granger, City of (TX)
Granite Shoals, City of (TX)
Granjeno, City of (TX)
Grapeland Hospital District (TX)
Grapeland Independent School District (TX)
Grapeland, City of (TX)
Grapevine - Colleyville Independent School District (TX)
Grapevine Area Tax Office (TX)
Grapevine Crime Control (TX)
Grapevine, City of (TX)
Grapevine-Colleyville Independent School District (TX)
Grayson County (TX)
Grayson County Jr. College District (TX)
Greenville Independent School District (TX)
Greenville, City of (TX)
Greenwood Independent School District (TX)
Gregg County (TX)
Gregory, City of (TX)
Grimes County (TX)
Groesbeck Independent School District (TX)
Groesbeck, City of (TX)
Groves, City of (TX)
Guadalupe County (TX)
Gun Barrel City, Town of (TX)
Gunter Independent School District (TX)
Gunter, City of (TX)
Gustine Independent School District (TX)
Gustine, Town of (TX)
Hale County (TX)
Hallettsville, City of (TX)
Hallsburg Independent School District (TX)
Hallsburg, City of (TX)
Hallsville, City of (TX)
Haltom City Crime Control (TX)
Haltom City, City of (TX)
Hamilton County (TX)
Hamilton, City of (TX)
Hamlin Hospital District (TX)

Hamlin Independent School District (TX)
Hamlin, City of (TX)
Hardeman County (TX)
Harker Heights, City of (TX)
Harlingen, City of (TX)
Harmony Independent School District (TX)
Harris County (TX)
Harris County Department of Education (TX)
Harris County ESD # 12 (TX)
Harris County ESD # 6 (TX)
Harris County ESD 10 (TX)
Harris County ESD 12 (TX)
Harris County ESD 14 (TX)
Harris County ESD 2 (TX)
Harris County ESD 21 (TX)
Harris County ESD 28 (TX)
Harris County ESD 4 (TX)
Harris County ESD 46 (TX)
Harris County ESD 5 (TX)
Harris County ESD 50 (TX)
Harris County ESD 6 (TX)
Harris County ESD 60 (TX)
Harris County ESD 7 (TX)
Harris County ESD 80 (TX)
Harris County Flood Control District (TX)
Harris County Hospital District (TX)
Harris-Ft. Bend ESD 100 (TX)
Harrold Independent School District (TX)
Harts Bluff Independent School District (TX)
Haskell - Knox - Baylor - UGWCD (TX)
Haskell - Knox - Baylor UWCD (TX)
Haskell County (TX)
Haskell County Hospital District (TX)
Haskell Independent School District (TX)
Haskell, City of (TX)
Haslet, City of (TX)
Hawley Independent School District (TX)
Hawley, City of (TX)
Hays County (TX)
Hays County ESD 3 (TX)
Hays County ESD 8 (TX)
Hearne Independent School District (TX)
Hearne, City of (TX)
Heath, City of (TX)

Hebron, Town of (TX)
Hedwig Village, City of (TX)
Helotes, City of (TX)
Hempstead, City of (TX)
Henderson County (TX)
Henderson County ESD #1 (TX)
Henderson County ESD #2 (TX)
Henderson County ESD #3 (TX)
Henderson County ESD #4 (TX)
Henderson County ESD #5 (TX)
Henderson County LID #3 (TX)
Henderson Independent School District
    (TX)
Henderson, City of (TX)
Henrietta Independent School District (TX)
Henrietta, City of (TX)
Hereford, City of (TX)
Hermleigh Independent School District (TX)
Hewitt, City of (TX)
Hickory Creek, Town of (TX)
Hico, City of (TX)
Hidalgo, City of (TX)
High Plains UWCD #1 (TX)
Highland Independent School District (TX)
Highland Park Independent School District
    (TX)
Highland Park, Town of (TX)
Highland Village, City of (TX)
Hill College - Alvarado (TX)
Hill College - Cleburne (TX)
Hill College - Godley (TX)
Hill College - Grandview (TX)
Hill College - Joshua (TX)
Hill College - Keene (TX)
Hill College - Rio Vista (TX)
Hill College - Venus (TX)
Hill County (TX)
Hill County Emergency Services District #1
    (TX)
Hill County ESD #1 (TX)
Hill County ESD #2 (TX)
Hill Jr. College District (TX)
Hillsboro Independent School District (TX)
Hillsboro, City of (TX)
Hilshire Village, City of (TX)
Hitchcock, City of (TX)

Holiday Lakes, City of (TX)
Holland Independent School District (TX)
Holland, City of (TX)
Holliday Independent School District (TX)
Holliday, City of (TX)
Hollywood Park, Town of (TX)
Honey Grove Independent School District
    (TX)
Honey Grove, City of (TX)
Hood County (TX)
Hood County Development District No. 1
    (TX)
Hood County Library District (TX)
Hopkins County (TX)
Hopkins County Hospital District (TX)
Horseshoe Bay, City of (TX)
Hospital District #1 (TX)
Houston Community College District (TX)
Houston County (TX)
Houston County Emergency Services
    District  2 (TX)
Houston County ESD 1 (TX)
Houston County ESD 2 (TX)
Houston County Hospital District (TX)
Houston Independent School District (TX)
Houston Metropolitan Transit Authority
    (TX)
Houston, City of (TX)
Howard County (TX)
Howard Jr. College (TX)
Howe Independent School District (TX)
Howe, Town of (TX)
Hubbard Independent School District (TX)
Hubbard, City of (TX)
Hudson Independent School District (TX)
Hudson Oaks, City of (TX)
Hudson, City of (TX)
Huerfano County (CO)
Hughes Springs, City of (TX)
Humble, City of (TX)
Hunt County (TX)
Hunt Memorial Hospital District (TX)
Hunters Creek Village, City of (TX)
Huntington Independent School District
    (TX)
Huntington, City of (TX)

Huntsville, City of (TX)
Hurst Crime Control District (TX)
Hurst, City of (TX)
Hurst-Euless-Bedford Independent School
    District (TX)
Hutchins, City of (TX)
Hutto Independent School District (TX)
Hutto, City of (TX)
Illinois Department of Revenue
Impact, Town of (TX)
Indiana, State of
Ingleside on the Bay, City of (TX)
Ingleside, City of (TX)
Internal Revenue Service, United States
Iowa Colony Crime Control District (TX)
Iowa Colony, Village of (TX)
Iowa Park CISD (TX)
Iowa Park Independent School District (TX)
Iowa Park, City of (TX)
Ira Independent School District (TX)
Iraan, City of (TX)
Iredell Independent School District (TX)
Iredell, City of (TX)
Irving FCD #1 (TX)
Irving FCD #3 (TX)
Irving Independent School District (TX)
Irving, City of (TX)
Italy Independent School District (TX)
Italy, Town of (TX)
Itasca Independent School District (TX)
Itasca, City of (TX)
Jacinto City, City of (TX)
Jack County (TX)
Jack WCID #1 (TX)
Jacksboro Independent School District (TX)
Jacksboro, City of (TX)
Jackson County (TX)
Jacksonville Independent School District
    (TX)
Jacksonville, City of (TX)
Jamaica Beach, City of (TX)
Jarrell Independent School District (TX)
Jarrell, City of (TX)
Jasper, City of (TX)
Jayton, City of (TX)

Jayton-Girard Independent School District
    (TX)
Jeff Davis County (TX)
Jeff Davis County ESD 1 (TX)
Jeff Davis County Health Serv (TX)
Jefferson County (CO)
Jefferson County (TX)
Jefferson, City of (TX)
Jersey Village Crime Control District (TX)
Jersey Village, City of (TX)
Jewett, City of (TX)
Jim Hogg County (TX)
Jim Hogg County Assistance District (TX)
Jim Hogg County Health Services (TX)
Jim Ned Consolidated Independent School
    District (TX)
Jim Wells County (TX)
Johnson County (TX)
Johnson County ESD #1 (TX)
Johnson County FWD (TX)
Jolly, City of (TX)
Jones County (TX)
Jones Creek, Village of (TX)
Jonestown, City of (TX)
Josephine, City of (TX)
Joshua Independent School District (TX)
Joshua, City of (TX)
Jourdanton, City of (TX)
Junction, City of (TX)
Justin, City of (TX)
Karnes City, City of (TX)
Karnes County (TX)
Katy Independent School District (TX)
Katy, City of (TX)
Kaufman County (TX)
Kaufman County Develop District (TX)
Kaufman Independent School District (TX)
Kaufman RFD #1 - Kaufman (TX)
Kaufman RFD #2 - Mabank (TX)
Kaufman RFD #3 - Terrell (TX)
Kaufman RFD #4 - Kemp (TX)
Kaufman RFD #5 - Scurry (TX)
Kaufman RFD #6 - Forney (TX)
Kaufman, City of (TX)
Keechi Water District #1 (TX)
Keene Independent School District (TX)

Keene, City of (TX)
Keller Crime Control District (TX)
Keller Independent School District (TX)
Keller, City of (TX)
Kemah, City of (TX)
Kemp Independent School District (TX)
Kemp Municipal Development District (TX)
Kemp, Town of (TX)
Kempner, City of (TX)
Kendall County (TX)
Kendleton, City of (TX)
Kenedy, City of (TX)
Kennard Independent School District (TX)
Kennard, City of (TX)
Kennedale Independent School District (TX)
Kennedale, City of (TX)
Kent County (TX)
Kentucky Department of Revenue
Kerens Independent School District (TX)
Kerens, City of (TX)
Kermit Independent School District (TX)
Kermit, City of (TX)
Kerr County (TX)
Kerrville, City of (TX)
Kilgore College District (TX)
Kilgore Independent School District (TX)
Kilgore, City of (TX)
Killeen Independent School District (TX)
Killeen, City of (TX)
Kimble County Emergency Services District (TX)
Kingsville, City of (TX)
Kinney County (TX)
Kinney County Health Services (TX)
Kleberg County (TX)
Klondike Independent School District (TX)
Knollwood, Village of (TX)
Knox City, Town of (TX)
Knox County (TX)
Knox County Hospital District (TX)
Kopperl Independent School District (TX)
Kosse, Town of (TX)
Krugerville, City of (TX)
Krum Independent School District (TX)
Krum, City of (TX)
Kyle, City of (TX)

La Feria, City of (TX)
La Grange, City of (TX)
La Joya, City of (TX)
La Marque, City of (TX)
La Porte Fire Control Prevention & EMS District (TX)
La Porte, City of (TX)
La Poynor Independent School District (TX)
La Vega Independent School District (TX)
La Villa, City of (TX)
Lacy Lakeview, City of (TX)
Ladonia, Town of (TX)
Lago Vista, City of (TX)
Laguna Vista, Town of (TX)
Lake Bridgeport, City of (TX)
Lake Dallas, City of (TX)
Lake Highlands PID (TX)
Lake Jackson, City of (TX)
Lake Travis Community Library (TX)
Lake Worth Crime Control (TX)
Lake Worth Independent School District (TX)
Lake Worth, City of (TX)
Lakeside City, Town of (TX)
Lakeside WCID #1 (TX)
Lakeside, Town of (TX)
Lakeway, City of (TX)
Lakewood Village Municipal Development District (TX)
Lamar County (TX)
Lamesa Independent School District (TX)
Lamesa, City of (TX)
Lampasas County (TX)
Lampasas, City of (TX)
Lancaster Independent School District (TX)
Lancaster, City of (TX)
Laneville Independent School District (TX)
Langford Creek WCD (TX)
Laredo City Transit Department (TX)
Laredo, City of (TX)
Larimer County (CO)
Las Animas County (CO)
Latexo Independent School District (TX)
Latexo, City of (TX)
Lavon, Town of (TX)
Lawn, Town of (TX)

League City, City of (TX)
Leander, City of (TX)
Lee County (TX)
Leon County (TX)
Leon Independent School District (TX)
Leon Valley, City of (TX)
Leona, City of (TX)
Leonard, City of (TX)
Leroy, City of (TX)
Levelland, City of (TX)
Lewisville Crime Control District (TX)
Lewisville Fire Control District (TX)
Lewisville Independent School District (TX)
Lewisville, City of (TX)
Lexington Independent School District (TX)
Lexington, Town of (TX)
Liberty County (TX)
Liberty Independent School District (TX)
Liberty, City of (TX)
Limestone County (TX)
Limestone County ESD #1 (TX)
Limestone County ESD #2 (TX)
Lincoln Park, Town of (TX)
Lindale Independent School District (TX)
Lindale, Town of (TX)
Linden, City of (TX)
Lindsay Independent School District (TX)
Lindsay, Town of (TX)
Lingleville Independent School District
    (TX)
Lipan - Kickapoo Water (TX)
Lipan - Kickapoo Water District (TX)
Lipan Independent School District (TX)
Lipan, City of (TX)
Little Elm Independent School District (TX)
Little Elm, Town of (TX)
Little River-Academy, City of (TX)
Live Oak County (TX)
Live Oak, City of (TX)
Liverpool, City of (TX)
Livingston, Town of (TX)
Lockhart, City of (TX)
Log Cabin, City of (TX)
Logan County (CO)
Lometa Independent School District (TX)
Lone Oak Independent School District (TX)

Lone Oak, City of (TX)
Lone Star Meadows PID (TX)
Lone Wolf Water District (TX)
Longview Independent School District (TX)
Longview, City of (TX)
Loraine Independent School District (TX)
Loraine, Town of (TX)
Lorena Independent School District (TX)
Lorena, City of (TX)
Los Fresnos, City of (TX)
Los Indios, Town of (TX)
Los Ybanez, City of (TX)
Lott, City of (TX)
Louisiana Department of Revenue
Lovejoy Independent School District (TX)
Lovelady Independent School District (TX)
Lovelady, City of (TX)
Loving County (TX)
Loving County WID #1 (TX)
Lowry Crossing, City of (TX)
Lubbock County (TX)
Lubbock, City of (TX)
Lucas, City of (TX)
Lueders, City of (TX)
Lufkin Independent School District (TX)
Lufkin, City of (TX)
Luling, City of (TX)
Lumberton, City of (TX)
Lyford, City of (TX)
Lynn County (TX)
Lynn County Hospital District (TX)
Lytle, City of (TX)
Mabank Independent School District (TX)
Mabank, Town of (TX)
Madison County (TX)
Magnolia, City of (TX)
Maine Revenue Services
Malakoff Crime Control and Prev District
    (TX)
Malakoff Independent School District (TX)
Malakoff, City of (TX)
Malone Independent School District (TX)
Malone, Town of (TX)
Manor Independent School District (TX)
Manor, City of (TX)
Mansfield Independent School District (TX)

Mansfield, City of (TX)
Manvel, City of (TX)
Marble Falls, City of (TX)
Marfa, City of (TX)
Marion County (TX)
Marion, City of (TX)
Marlin Independent School District (TX)
Marlin, City of (TX)
Marquez, City of (TX)
Marshall, City of (TX)
Mart Independent School District (TX)
Mart, City of (TX)
Martin County (TX)
Martin County Hospital District (TX)
Martin County Water District #1 (TX)
Martins Mill Independent School District
    (TX)
Martinsville Independent School District
    (TX)
Maryland Comptroller, Revenue
    Administration Division
Matador, Town of (TX)
Mathis, City of (TX)
Maverick County (TX)
Maverick County LFW & CDC (TX)
May Independent School District (TX)
Maypearl Independent School District (TX)
Maypearl, City of (TX)
McAllen, City of (TX)
McCamey Hospital District (TX)
McCamey Independent School District (TX)
McCamey, City of (TX)
McCulloch County (TX)
McCulloch County Hospital District (TX)
McDade Independent School District (TX)
McGregor Independent School District (TX)
McGregor, City of (TX)
McKinney Independent School District (TX)
McKinney, City of (TX)
McLendon-Chisholm, City of (TX)
McLennan Community College (TX)
McLennan County (TX)
Meadows of Chandler Creek MUD (TX)
Meadows Place, City of (TX)
Medina County (TX)
Megargel, Town of (TX)

Melissa Independent School District (TX)
Melissa, City of (TX)
Melvin, Town of (TX)
Menard County (TX)
Menard, City of (TX)
Mercedes, City of (TX)
Meridian Independent School District (TX)
Meridian, City of (TX)
Merkel Independent School District (TX)
Merkel, Town of (TX)
Mertens, Town of (TX)
Mertzon, City of (TX)
Mesa UWD (TX)
Mesquite Independent School District (TX)
Mesquite Tax Fund (TX)
Mesquite, City of (TX)
Mexia Independent School District (TX)
Mexia, City of (TX)
Middle Pecos GCD (TX)
Middle Trinity Water District (TX)
Midland County (TX)
Midland County Junior College District
    (TX)
Midland Independent School District (TX)
Midland Memorial Hospital District (TX)
Midland, City of (TX)
Midlothian Independent School District
    (TX)
Midlothian, City of (TX)
Midway Independent School District (TX)
Milam County (TX)
Milano Independent School District (TX)
Milano, City of (TX)
Mildred Independent School District (TX)
Mildred, Town of (TX)
Miles, City of (TX)
Milford Independent School District (TX)
Milford, Town of (TX)
Miller Grove Independent School District
    (TX)
Mills County (TX)
Millsap Independent School District (TX)
Millsap, Town of (TX)
Mineola, City of (TX)
Mineral Wells Independent School District
    (TX)

Mineral Wells, City of (TX)
Mingus, City of (TX)
Mission, City of (TX)
Mississippi Department of Revenue
Missouri City, City of (TX)
Missouri, State of
Mitchell County (TX)
Mitchell Hospital District (TX)
Mobile City, City of (TX)
Monahans - Wickett - Pyote Independent
    School District (TX)
Monahans, City of (TX)
Monahans-Wickett-Pyote Independent
    School District (TX)
Mont Belvieu, City of (TX)
Montague County (TX)
Montgomery County ESD 1 (TX)
Montgomery County ESD 12-A (TX)
Montgomery County ESD 3 (TX)
Montgomery County ESD 5 (TX)
Montgomery County ESD 6 (TX)
Montgomery County ESD 7 (TX)
Montgomery County ESD 8 (TX)
Montgomery County ESD 9 (TX)
Montgomery, City of (TX)
Moody Independent School District (TX)
Moody, City of (TX)
Moran, City of (TX)
Morgan County (CO)
Morgan Independent School District (TX)
Morgan, City of (TX)
Morgan's Point Municipal Development
    District (TX)
Morgan's Point Resort, City of (TX)
Morgan's Point, City of (TX)
Morris County (TX)
Mount Calm, City of (TX)
Mount Enterprise, City of (TX)
Mount Pleasant, City of (TX)
Mount Vernon, Town of (TX)
Mt. Calm Independent School District (TX)
Mt. Enterprise Independent School District
    (TX)
Mt. Pleasant Independent School District
    (TX)

Mt. Vernon Independent School District
    (TX)
Muenster Hospital District (TX)
Muenster Independent School District (TX)
Muenster Water District (TX)
Muenster, Town of (TX)
Mullins Independent School District (TX)
Munday CIndependent School District (TX)
Munday, City of (TX)
Murchison Independent School District
    (TX)
Murchison, City of (TX)
Murphy Municipal Development District
    (TX)
Murphy, City of (TX)
Mustang Ridge, City of (TX)
Mustang, Town of (TX)
Nacogdoches County (TX)
Nacogdoches County Hospital District (TX)
Nacogdoches ESD #1 (TX)
Nacogdoches ESD #2 (TX)
Nacogdoches ESD #3 (TX)
Nacogdoches ESD #4 (TX)
Nacogdoches Independent School District
    (TX)
Nacogdoches, City of (TX)
NASA Management District (TX)
Nash, City of (TX)
Nassau Bay, City of (TX)
Natalia, City of (TX)
Navarro College District (TX)
Navarro County (TX)
Navarro ESD #1 (TX)
Navarro, Town of (TX)
Navasota, City of (TX)
NCT College (TX)
NE TX Community Jr. College (TX)
Nebraska, State of
Neches Independent School District (TX)
Nederland, City of (TX)
Needville, City of (TX)
Nevada, City of (TX)
New Braunfels, City of (TX)
New Castle Independent School District
    (TX)
New Chapel Hill, City of (TX)

New Fairview, City of (TX)
New Hope, Town of (TX)
New London, City of (TX)
New Summerfield Independent School
    District (TX)
New Summerfield, City of (TX)
New York State Department of Taxation &
    Finance
Newark, City of (TX)
Newcastle, City of (TX)
Neylandville, Town of (TX)
Nixon, City of (TX)
Nocona, City of (TX)
Nolan County (TX)
Nolan County Hospital District (TX)
Nolanville, City of (TX)
Noonday, City of (TX)
Nordheim, City of (TX)
Normangee Independent School District
    (TX)
Normangee, Town of (TX)
North Central Texas College (TX)
North Hopkins Independent School District
    (TX)
North Lamar Independent School District
    (TX)
North Richland Hills Crime Control District
    (TX)
North Richland Hills, City of (TX)
North Runnels Hospital District (TX)
Northeast Leon County ESD #4 (TX)
Northeast Texas Community College (TX)
Northeast Texas Community Jr. College
    (TX)
Northlake, Town of (TX)
Northwest Dallas County FCD (TX)
Northwest Independent School District (TX)
Northwest Leon County ESD #3 (TX)
Nueces County (TX)
Nueces Hospital District (TX)
Oak Leaf, Town of (TX)
Oak Point Municipal Development District
    (TX)
Oak Point, City of (TX)
Oak Ridge North, City of (TX)
Oak Ridge, Town of (TX)

Oak Valley, Town of (TX)
Oakwood Independent School District (TX)
Oakwood, Town of (TX)
O'Brien, City of (TX)
Odem, City of (TX)
Odessa Jr. College District (TX)
Odessa, City of (TX)
O'Donnell Independent School District (TX)
O'Donnell, Town of (TX)
Oglesby Independent School District (TX)
Oglesby, City of (TX)
Old River-Winfree, City of (TX)
Old Town Spring Improvement District
    (TX)
Olmos Park, City of (TX)
Olney Hospital District (TX)
Olney Independent School District (TX)
Olney, City of (TX)
Onalaska, City of (TX)
Orange County (TX)
Orange Grove, City of (TX)
Orange, City of (TX)
Orchard, City of (TX)
Oregon Department of Revenue
Otero County (CO)
Overton Independent School District (TX)
Overton Municipal Development District
    (TX)
Overton, City of (TX)
Ovilla Municipal Development District (TX)
Ovilla, City of (TX)
Oyster Creek, City of (TX)
Paducah, Town of (TX)
Paint Creek Independent School District
    (TX)
Paint Rock, Town of (TX)
Palacios, City of (TX)
Palestine Independent School District (TX)
Palestine, City of (TX)
Palm Valley, City of (TX)
Palmer Independent School District (TX)
Palmer, Town of (TX)
Palmhurst Crime Control District (TX)
Palmhurst, City of (TX)
Palmview Crime Control District (TX)
Palmview, City of (TX)

Palo Pinto County (TX)
Palo Pinto County Emergency District (TX)
Palo Pinto Hospital District (TX)
Palo Pinto Independent School District (TX)
Pampa, City of (TX)
Panola CGWCD (TX)
Panola County (TX)
Panola County Junior College District (TX)
Panola ESD #1 (TX)
Pantego, Town of (TX)
Panther Creek CIndependent School District (TX)
Paradise Independent School District (TX)
Paradise, City of (TX)
Paris Independent School District (TX)
Paris Jr. College (TX)
Paris, City of (TX)
Parker County (TX)
Parker County ESD #1 (TX)
Parker County ESD #3 (TX)
Parker County ESD #6 (TX)
Parker County ESD #7 (TX)
Parker County Hospital District (TX)
Parker, City of (TX)
Pasadena Crime Control District (TX)
Pasadena, City of (TX)
Pattison, City of (TX)
Payne Springs, Town of (TX)
Pearland, City of (TX)
Pearsall, City of (TX)
Peaster Independent School District (TX)
Pecan Gap, City of (TX)
Pecan Hill, City of (TX)
Pecos - Barstow - Toyah Independent School District (TX)
Pecos County (TX)
Pecos, City of (TX)
Pecos-Barstow-Toyah Independent School District (TX)
Pelican Bay, City of (TX)
Penelope Independent School District (TX)
Penelope, Town of (TX)
Penitas Crime Control District (TX)
Penitas, City of (TX)
Pennsylvania Department of Revenue
Permian Basin UWCD (TX)

Perrin-Whitt Independent School District (TX)
Perryton, City of (TX)
Petrolia Independent School District (TX)
Petrolia, City of (TX)
Petronila, City of (TX)
Pflugerville Independent School District (TX)
Pflugerville, City of (TX)
Pharr, City of (TX)
Pilot Point Independent School District (TX)
Pilot Point, City of (TX)
Pinehurst, City of (TX)
Piney Point Village, City of (TX)
Pittsburg Independent School District (TX)
Pittsburg, City of (TX)
Plainview, City of (TX)
Plano Independent School District (TX)
Plano, City of (TX)
Pleak, Village of (TX)
Pleasant Valley, Town of (TX)
Pleasanton, City of (TX)
Point Comfort, City of (TX)
Point, City of (TX)
Polk County (TX)
Ponder Independent School District (TX)
Ponder, Town of (TX)
Poolville Independent School District (TX)
Port Aransas, City of (TX)
Port Arthur, City of (TX)
Port Isabel, City of (TX)
Port Lavaca, City of (TX)
Port Neches, City of (TX)
Port of Houston Authority (TX)
Portland, City of (TX)
Post Oak Bend City, Town of (TX)
Post, City of (TX)
Poteet, City of (TX)
Pottsboro Independent School District (TX)
Pottsboro, Town of (TX)
Poynor, Town of (TX)
Prairie View Crime Control & Prevention District (TX)
Prairie View, City of (TX)
Prairiland Independent School District (TX)
Premont, City of (TX)

Presidio, City of (TX)
Primera, Town of (TX)
Princeton Independent School District (TX)
Princeton, City of (TX)
Progreso Lakes, City of (TX)
Progreso, City of (TX)
Prosper Independent School District (TX)
Prosper, Town of (TX)
Prowers County (CO)
Pueblo County (CO)
Putnam, Town of (TX)
Pyote, Town of (TX)
Quanah, City of (TX)
Quinlan Independent School District (TX)
Quinlan, City of (TX)
Quintana, Town of (TX)
Quitaque, City of (TX)
Quitman, City of (TX)
Rains County (TX)
Rains County Fire District (TX)
Rains Independent School District (TX)
Rancho Viejo, Town of (TX)
Ranger Independent School District (TX)
Ranger Jr. College District (TX)
Ranger, City of (TX)
Rankin Hospital District (TX)
Rankin Independent School District (TX)
Rankin, City of (TX)
Ravenna, City of (TX)
Raymondville, City of (TX)
Reagan County (TX)
Reagan County Hospital District (TX)
Reagan Independent School District (TX)
Real County (TX)
Red Oak Independent School District (TX)
Red Oak, City of (TX)
Red River County (TX)
Reeves County (TX)
Reeves County Hospital District (TX)
Reeves County WID #2 (TX)
Refugio, Town of (TX)
Regan County WSD (TX)
Reklaw, City of (TX)
Reno Crime Control District (TX)
Reno, City of (TX)
Reno, City of (TX) (Lamar Country)

Reno, City of (TX) (Parker County)
Reno, City of (TX) (Tarrant County)
Rhome, City of (TX)
Rice Hospital District (TX)
Rice Independent School District (TX)
Rice, City of (TX)
Richardson Independent School District (TX)
Richardson, City of (TX)
Richland Hills Crime Control District (TX)
Richland Hills, City of (TX)
Richland, Town of (TX)
Richmond, City of (TX)
Richwood Crime Control & Prevention District (TX)
Richwood, City of (TX)
Riesel Independent School District (TX)
Riesel, City of (TX)
Rio Bravo, City of (TX)
Rio Grande City, City of (TX)
Rio Hondo Municipal Development District (TX)
Rio Hondo, City of (TX)
Rio Vista Independent School District (TX)
Rio Vista, City of (TX)
Rising Star Independent School District (TX)
Rising Star, Town of (TX)
River Oaks Crime Control District (TX)
River Oaks, City of (TX)
Rivercrest Independent School District (TX)
Roanoke, City of (TX)
Roaring Springs, Town of (TX)
Robert Lee, City of (TX)
Robertson County (TX)
Robertson County RFD (TX)
Robinson Independent School District (TX)
Robinson, City of (TX)
Robstown, City of (TX)
Roby Independent School District (TX)
Roby, City of (TX)
Rochester, Town of (TX)
Rockdale Independent School District (TX)
Rockdale Municipal Development District (TX)
Rockdale, City of (TX)

Rockport, City of (TX)
Rocksprings, Town of (TX)
Rockwall County (TX)
Rockwall County Asst District (TX)
Rockwall Independent School District (TX)
Rockwall, City of (TX)
Rogers Independent School District (TX)
Rogers, Town of (TX)
Rolling Plains WD (TX)
Rollingwood, City of (TX)
Roma, City of (TX)
Roscoe Independent School District (TX)
Roscoe, City of (TX)
Rosebud, City of (TX)
Rosebud-Lott Independent School District (TX)
Rosenberg, City of (TX)
Rosser, Village of (TX)
Rotan, City of (TX)
Round Rock Independent School District (TX)
Round Rock, City of (TX)
Rowlett, City of (TX)
Roxton Independent School District (TX)
Roxton, City of (TX)
Royse City Independent School District (TX)
Royse City, City of (TX)
Rule, Town of (TX)
Runaway Bay, City of (TX)
Runge, Town of (TX)
Runnels County (TX)
Rural Fire District #01 (TX)
Rusk County (TX)
Rusk County ESD #1 (TX)
Rusk County GWC District (TX)
Rusk Independent School District (TX)
Rusk, City of (TX)
Sabinal, City of (TX)
Sabine County (TX)
Sachse, City of (TX)
Sadler, City of (TX)
Saginaw Crime Control (TX)
Saginaw, City of (TX)
Saint Jo, City of (TX)
Saint Paul, Town of (TX)

Salado Independent School District (TX)
Salado Library District (TX)
Salado, Village of (TX)
Salder-Southmayd Independent School District (TX)
Saltillo Independent School District (TX)
Sam Rayburn Independent School District (TX)
San Angelo Independent School District (TX)
San Angelo, City of (TX)
San Antonio Advanced Transportation District (TX)
San Antonio Metropolitan Transit Authority (TX)
San Antonio, City of (TX)
San Benito, City of (TX)
San Diego Municipal Development District (TX)
San Diego, City of (TX)
San Felipe, City of (TX)
San Jacinto County (TX)
San Jacinto Jr. College (TX)
San Juan, City of (TX)
San Marcos, City of (TX)
San Saba County (TX)
San Saba, Town of (TX)
Sanctuary, Town of (TX)
Sands Independent School District (TX)
Sanger Independent School District (TX)
Sanger, City of (TX)
Sansom Park Crime Control District (TX)
Sansom Park, City of (TX)
Santa Anna Independent School District (TX)
Santa Anna, Town of (TX)
Santa Clara, City of (TX)
Santa Fe, City of (TX)
Santa Rita UWCD (TX)
Santa Rosa, Town of (TX)
Santo Independent School District (TX)
Savoy Independent School District (TX)
Savoy, City of (TX)
Schertz, City of (TX)
Schleicher County (TX)
Schleicher County Health Services (TX)

School Equalization (TX)
Scurry County (TX)
Scurry County Hospital District (TX)
Scurry, Town of (TX)
Scurry-Rosser Independent School District (TX)
Seabrook Crime Control (TX)
Seabrook, City of (TX)
Seadrift, City of (TX)
Seagoville, City of (TX)
Sealy, City of (TX)
Seguin, City of (TX)
Seis Lagos MUD (TX)
Selma Municipal Development (TX)
Selma, City of (TX)
Seminole Independent School District (TX)
Seminole Memorial Hospital District (TX)
Seminole, City of (TX)
Seven Points, City of (TX)
Seymour Independent School District (TX)
Seymour, City of (TX)
Shackelford County (TX)
Shackelford County Hospital District (TX)
Shady Shores, Town of (TX)
Shavano Park Crime Control (TX)
Shavano Park, City of (TX)
Sherman Independent School District (TX)
Sherman, City of (TX)
Shoreacres, City of (TX)
Simonton, City of (TX)
Sinton, City of (TX)
Sivells Bend Independent School District (TX)
Slidell Independent School District (TX)
Slocum Independent School District (TX)
Smiley, City of (TX)
Smith County (TX)
Smith County ESD #1 (TX)
Smith County ESD #2 (TX)
Smith County MUD #1 (TX)
Smithville, City of (TX)
Snyder Independent School District (TX)
Snyder, City of (TX)
Somervell County (TX)
Somervell County Water District (TX)
Sonora, City of (TX)

South Carolina Department of Revenue
South Houston Crime Control District (TX)
South Houston, City of (TX)
South Limestone Hospital District (TX)
South Padre Island, Town of (TX)
South Plains Water District (TX)
Southeast Leon County ESD #1 (TX)
Southlake Crime Control (TX)
Southlake, City of (TX)
Southmayd, City of (TX)
Southside Place, City of (TX)
Southwest Leon County ESD #2 (TX)
Spectrum Management District (TX)
Spring Valley Village, City of (TX)
Springtown Independent School District (TX)
Springtown, City of (TX)
Spur, City of (TX)
Stafford, City of (TX)
Stagecoach, Town of (TX)
Stamford Hospital District (TX)
Stamford Independent School District (TX)
Stamford, City of (TX)
Stanton Independent School District (TX)
Stanton, City of (TX)
Starr Independent School District (TX)
Stephens County (TX)
Stephenville Independent School District (TX)
Stephenville, City of (TX)
Sterling City Independent School District (TX)
Sterling City, City of (TX)
Sterling County (TX)
Sterling UWCD (TX)
Strawn Independent School District (TX)
Strawn, City of (TX)
Streetman, Town of (TX)
Sugar Land, City of (TX)
Sullivan City Crime Control District (TX)
Sullivan City, City of (TX)
Sulphur Bluff Independent School District (TX)
Sulphur Springs Independent School District (TX)
Sulphur Springs, City (TX)

Sulphur Springs, City of (TX)
Sunnyvale Independent School District (TX)
Sunnyvale, Town of (TX)
Sunset, City of (TX)
Surfside Beach, City of (TX)
Sweeny, City of (TX)
Sweetwater Independent School District (TX)
Sweetwater, City of (TX)
Swisher County (TX)
Taft, City of (TX)
Tahoka, City of (TX)
Talco, City of (TX)
Tarrant County (TX)
Tarrant County Hospital District (TX)
Tarrant County Jr. College (TX)
Tarrant County Regional Water District #1 (TX)
Tatum Independent School District (TX)
Tatum, City of  (TX)
Tatum, City of (TX)
Taylor County (TX)
Taylor Independent School District (TX)
Taylor Lake Village, City of (TX)
Taylor, City of (TX)
Teague Hospital District (TX)
Teague Independent School District (TX)
Teague, City of (TX)
Tehuacana WCID #1 (TX)
Tehuacana, Town of (TX)
Temple Health & Bioscience EDD (TX)
Temple Independent School District (TX)
Temple Junior College District (TX)
Temple, City of (TX)
Terrell County (TX)
Terrell Hills, City of (TX)
Terrell Independent School District (TX)
Terrell, City of (TX)
Terry County (TX)
Terry Hospital District (TX)
Texarkana, City of (TX)
Texas City, City of (TX)
Texas Comptroller's Office, State of
Thompsons, Town of (TX)
Thorndale Independent School District (TX)
Thorndale, City of (TX)

Thornton, Town of (TX)
Thorntonville, Town of (TX)
Thrall Independent School District (TX)
Thrall, City of (TX)
Three Rivers, City of (TX)
Three Way Independent School District (TX)
Throckmorton County (TX)
Throckmorton Independent School District (TX)
Throckmorton, Town of (TX)
Tiki Island, Village of (TX)
Timpson Public Library (TX)
Tioga, Town of (TX)
Titus County (TX)
Toco, City of (TX)
Tolar Independent School District (TX)
Tolar, City of (TX)
Tom Bean Independent School District (TX)
Tom Bean, City of (TX)
Tom County (TX)
Tom Green County (TX)
Tomball, City of (TX)
Tool, City of (TX)
Toyah, Town of (TX)
Travis County (TX)
Travis County ESD #02 (TX)
Travis County ESD #12 (TX)
Travis County ESD 11 (TX)
Travis County ESD 2 (TX)
Travis County ESD 3 (TX)
Travis County ESD 4 (TX)
Travis County ESD 5 (TX)
Travis County ESD 8 (TX)
Travis County Hospital District (TX)
Trent Independent School District (TX)
Trent, Town of (TX)
Trenton Independent School District (TX)
Trenton, City of (TX)
Tri-County Groundwater Conservation District (TX)
Trinidad Independent School District (TX)
Trinidad, City of (TX)
Trinity County (TX)
Trinity Valley Community College - Frankston (TX)

Trinity Valley Community College - Henderson (TX)
Trinity Valley Community College - Kaufman (TX)
Trinity Valley Community College - La Poynor (TX)
Trinity Valley Community College - Palestine (TX)
Trinity Valley Community College (TX)
Trophy Club ESD (TX)
Trophy Club MUD #1 (TX)
Trophy Club, Town of (TX)
Troup Independent School District (TX)
Troup, City of (TX)
Troy Independent School District (TX)
Troy, City of (TX)
Tulia, City of (TX)
Turkey, City of (TX)
Tuscola, City of (TX)
Tye, City of (TX)
Tyler County (TX)
Tyler Independent School District (TX)
Tyler Jr. College District (TX)
Tyler Junior College District (TX)
Tyler, City of (TX)
Union Valley, City of (TX)
Universal City, City of (TX)
University Park, City of (TX)
Upper Brushy Creek WCID #1A (TX)
Upshur County (TX)
Upton County (TX)
Upton County FD #1 - Rankin (TX)
Upton County FD #2 - McCamey (TX)
Upton County Water District (TX)
Uptown Standard PID (TX)
Uvalde County (TX)
Uvalde County Health Services (TX)
Uvalde, City of (TX)
Val Verde County (TX)
Valley Creek WCD (TX)
Valley Mills, City of (TX)
Valley View Independent School District (TX)
Valley View, Town of (TX)
Valwood Improvement Authority (TX)

Van Alstyne Independent School District (TX)
Van Alstyne, City of (TX)
Van Horn, Town of (TX)
Van Independent School District (TX)
Van Zandt County (TX)
Van, City of (TX)
Venus Independent School District (TX)
Venus, Town of (TX)
Vernon Independent School District (TX)
Vernon Regional Jr. College District (TX)
Vernon, City of (TX)
Vickery Meadows Standard PID (TX)
Victoria County (TX)
Victoria, City of (TX)
Vidor, City of (TX)
Virginia Department of Taxation
VZC ESD #1 (Mabank) (TX)
VZC ESD #2 (Grand Saline) (TX)
Waco Independent School District (TX)
Waco, City of (TX)
Walker County (TX)
Wall Independent School District (TX)
Waller County (TX)
Waller, City of (TX)
Waller-Harris ESD #200 (TX)
Wallis, City of (TX)
Walnut Springs Independent School District (TX)
Walnut Springs, City of (TX)
Ward County (TX)
Ward County WD #2 (TX)
Washington County (CO)
Washington County (TX)
Waskom, City of (TX)
Waste Disposal District (TX)
Watauga Crime Control District (TX)
Watauga, City of (TX)
Water Valley Independent School District (TX)
Waxahachie Independent School District (TX)
Waxahachie, City of (TX)
Weatherford Independent School District (TX)
Weatherford Jr. College District (TX)

Weatherford, City of (TX)
Webb County (TX)
Webster, City of (TX)
Weinert, City of (TX)
Weir, City of (TX)
Weld County (CO)
Wellington, City of (TX)
Wells Branch Library District (TX)
Wells Independent School District (TX)
Wells, Town of (TX)
Wes Tex Groundwater (TX)
Weslaco, City of (TX)
West Columbia, City of (TX)
West Independent School District (TX)
West Lake Hills, City of (TX)
West PID (TX)
West Rusk Independent School District
    (TX)
West Tawakoni, City of (TX)
West University Place, City of (TX)
West, City of (TX)
Westbank Library District (TX)
Westbrook Independent School District
    (TX)
Westbrook, City of (TX)
Western Texas College District (TX)
Westlake, Town of (TX)
Westover Hills, Town of (TX)
Westwood Independent School District (TX)
Westwood Magnolia Parkway Improvement
    District (TX)
Westworth Village Crime Control District
    (TX)
Westworth Village, City of (TX)
Wharton County (TX)
Wharton, City of (TX)
White Oak, City of (TX)
White Settlement Crime Control District
    (TX)
White Settlement Independent School
    District (TX)
White Settlement, City of (TX)
Whitehouse Independent School District
    (TX)
Whitehouse, City of (TX)

Whitesboro Independent School District
    (TX)
Whitesboro, City of (TX)
Whitewright Independent School District
    (TX)
Whitewright, Town of (TX)
Whitney Independent School District (TX)
Whitney, Town of (TX)
Wichita County (TX)
Wichita County WID #2 (TX)
Wichita Falls Independent School District
    (TX)
Wichita Falls, City of (TX)
Wickett, Town of (TX)
Wilbarger County (TX)
Wilbarger General Hospital District (TX)
Williamson County (TX)
Williamson County ESD #10 (TX)
Williamson County ESD #3 (TX)
Williamson County ESD #5 (TX)
Williamson County ESD #7 (TX)
Williamson County ESD #8 (TX)
Williamson County ESD #9 (TX)
Williamson County MUD #10 (TX)
Williamson County MUD #11 (TX)
Willow Park, City of (TX)
Wills Point Independent School District
    (TX)
Wills Point, City of (TX)
Wilmer, City of (TX)
Wimberley Village Library (TX)
Windcrest Crime Control & Prevention
    District (TX)
Windcrest, City of (TX)
Windom, Town of (TX)
Windthorst Independent School District
    (TX)
Winfield Independent School District (TX)
Winfield, City of (TX)
Wink, City of (TX)
Winkler County (TX)
Winkler County Health Services (TX)
Wink-Loving Independent School District
    (TX)
Winnie Stowell Hospital District (TX)
Winona Independent School District (TX)

Winters Independent School District (TX)
Winters, City of (TX)
Wise County (TX)
Wise County ESD #1 (TX)
Wise County WCID #1 (TX)
Wise County WSD #2 (TX)
Wolfe City Independent School District
   (TX)
Wolfe City, City of (TX)
Wood County (TX)
Woodcreek, City of (TX)
Wooden Independent School District (TX)
Woodlands Township EDZ, The (TX)
Woodlands Township, The (TX)
Woodsboro, Town of (TX)
Woodson Independent School District (TX)
Woodson, Town of (TX)

Woodville, Town of (TX)
Woodway, City of (TX)
Wortham Independent School District (TX)
Wortham, Town of (TX)
Wylie Independent School District (TX)
Wylie, City of (TX)
Wyoming, State of
Yantis Independent School District (TX)
Yantis, Town of (TX)
Yoakum, City of (TX)
Yorktown, City of (TX)
Young County (TX)
Yuma County (CO)
Zavalla Independent School District (TX)
Zavalla, City of (TX)
Zephyr Independent School District (TX)

## <u>SCHEDULE 1(y)</u>

### <u>Top 50 Unsecured Creditors</u>

ADA Carbon Solutions (Red River
    Environmental Products)
AEP Texas North Co.
Alcoa
Ameco Inc.
American Stock Transfer & Trust Co. LLC
Asher Media Inc.
Automatic Systems Inc.
Bank of New York Mellon Trust Co., The
Benchmark Industrial Services
BNSF Railway Co.
Brake Supply Co. Inc.
Capgemini North America Inc.
Centerpoint Energy Houston
Courtney Construction Inc.
Crane Nuclear Inc.
Data Systems & Solutions LLC
    (Rolls Royce)
FLSmidth Airtech Inc.
Fluor Global Services
Frisco Construction Services
Generator & Motor Services Inc.
Grainger
HCL America Inc.
Headwaters Resources Inc.
Holt Cat

Hydrocarbon Exchange Corp.
J&S Construction LLC
Kansas City Southern Railway (KCS)
Law Debenture Trust Co. of New York
Lower Colorado River Authority
Merico Abatement Contractors Inc.
Mine Service Ltd.
Northeast Texas Power Ltd.
Pension Benefit Guaranty Corp.
Performance Contracting Inc.
Pierce Construction Inc.
Ranger Excavating LP
Ryan Partnership (formerly SolutionSet)
Securitas Security Services USA
Shaw Maintenance (CB&I)
Siemens Power Generation Inc.
Sitel LLC
Taggart Global LLC
Team Excavating
Texas-New Mexico Power Co.
TPUSA
Transactel Inc.
Trent Wind Farm LP
UMB Bank NA
Warfab
Westinghouse Electric Co. LLC

# SCHEDULE 1(z)

## Unions

International Brotherhood Of Electrical Workers Local No. 2078
International Brotherhood Of Electrical Workers Local No. 220
International Brotherhood Of Electrical Workers Local No. 2337

## SCHEDULE 1(aa)

### United States Trustee, Judges, and Court Contacts for the District of Delaware (and Key Staff Members)

Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Walsh, Peter J.
Werkheiser, Rachel
West, Michael
Wynn, Dion

## SCHEDULE 1(bb)

### Unsecured Creditors' Committee Members and Proposed Advisors

ADA Carbon Solutions (Red Rver)
The Bank of New York Mellon
FTI Consulting
HCL America, Inc.
Holt Texas LTD, d/b/a Holt Cat
Law Debenture Trust Company of New York
Lazard
Morrison & Foerster LLP
Pension Benefit Guaranty Corporation
Polsinelli PC

# SCHEDULE 1(cc)

## Utilities

1stel Inc.
Abilene Regional Landfill
Abovenet Communications Inc.
AEP Texas Central Co.
AEP Texas North Co.
Allied Waste Services #058
Allied Waste Services #069
Allied Waste Services #794
American Messaging
Aqua Water Supply Corp.
AT&T Inc.
AT&T Internet Services Inc.
AT&T Mobility
AT&T Mobility LLC
AT&T Opus
AT&T Opus Billing Department
Atmos Energy
BCS Stop & Go
Bi-County Water Supply Corp.
Bi-County Water Supply Inc.
Bluebonnet Electric Coop Inc.
Bowie-Cass Electric Cooperative
Bullard Inc.
Bullard Inc.
Cactus Environmental Services
Cellular One
Centerpoint Energy Inc.
CenturyLink
Clean Harbors
Colorado River Municipal Water District
Commercial Metals Co.
Consolidated Communications
Coppell, City of (TX)
Crims Chapel Water Supply Corp.
Dallas Water Utilities (TX)
Direct Energy Business
Dish Network
Duncan Disposal
Eastex Telephone
Effective Environmental
Eola Water Supply Corp.
ERCOT

Fairfield, City of (TX)
Fairplay Water Supply Corp.
FCC Environmental LLC
Fort Worth Water Department (TX)
Garland, City of (TX)
Glen Rose Water Department, City of (TX)
Glen Rose, City of (TX)
GLM Inc.
Glowpoint Inc.
Graham Water Department, City of (TX)
Granbury Municipal Utilities, City of (TX)
H&H Water Supply Corp.
Inter-County Communications Inc.
Irving, City of (TX)
Itasca Landfill
Level 3 Communications LLC
Lower Colorado River Authority
Lubbock Electric Co. Inc.
Mesquite, City of (TX)
Mexia Landfill
Mid East Texas Groundwater Conservation
Midstate Environmental Services
Midstate Environmental United
Mitchell County Utility (TX)
Mitchell County Utility Co.
Monahans, City of (TX)
Navarro County Electric Coop Inc.
Navasota Valley Electric
New Prospect Water Supply Corp.
Nueces Electric Cooperative
Pinehill Landfill
Pleasant Oaks Landfill TX LP
Port-A-Jon
Progress Energy
Progressive Waste Solutions
Progressive Water Treatment
Republic Services National
Robertson County Water (TX)
Robertson County Water Supply Corp.
Rock Hill Water Supply Corp.
Rusk County Electric Cooperative Inc.
Savoy, City of (TX)

Set Environmental Inc.
Sharyland Utilities LP
Somervell County Water District (TX)
Southwest Fannin County (TX)
Southwest Fannin County Water
    Supply Corp.
Southwestern Bell Telephone
Southwestern Electric Power Co.
Sprint
Starboard Environmental Audit
    Services Inc.
Stryker Lake WSC
SuddenLink
Sulphur Springs Water Department,
    City of (TX)
Sulphur Springs, City of (TX)
Sunnyvale, Town of (TX)
Sweetwater Water Department, City of (TX)
Sweetwater, City of (TX)
Texas Disposal Services
Texas-New Mexico Power Co.

Time Warner Cable
TRI Special Utility District
Tri-County Electric Coop Inc.
Tri-County Electric Cooperative Inc.
Trinidad Water Department, City of (TX)
Trinidad, City of (TX)
United Recycler Services Inc.
United Recyclers Services of Texas LP
Universal Recycling Technologies
Universal Vacuum Services
Upshur Rural Electric Co-Op
Verizon Business
Verizon Southwest
Verizon Wireless
Waste Management
Waste Management Lewisville Hauling
Windstream Communications
Windstream Communications
Wood County Electric
Wood County Electric Cooperative Inc.

**Schedule 2**

# SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 1201 Louisiana Co. LP | Brookfield Asset Management, LLC | Current |
| Brookfield Investment Management Inc. | Brookfield California Development LLC | Former |
| Cullen Continental II Co. LP | Brookfield Coram Tehachapi Wind GP LLC | Former |
| Norbord Texas (Nacogdoches) Inc. | Brookfield Coram Wind Development LLC | Former |
| One Allen Center Co. LLC | Brookfield Financial US, LLC | Closed |
| | Brookfield Private Advisors LP | Current |
| | Brookfield Renewable Power/Energie Renouvelable Brookfield | Former |
| | Brookfield Tehachapi Wind Development LLC | Former |
| | Brookfield Tehachapi Wind GP LLC | Former |
| 3M Co. | 3M Company | Closed |
| Boron Products LLC | 3M Innovative Properties Company | Closed |
| Minnesota Mining & Manufacturing Co. | 3M Unitek Corporation | Closed |
| 40/86 Advisors | CNO Financial Group, Inc. | Current |
| | Conseco Life Insurance Company | Closed |
| 4520 Corp. | Shaw Power Group | Closed |
| Benjamin F. Shaw Co. | The Shaw Group | Current |
| CBP Engineering Corp. | | |
| Featherlite | | |
| Shaw Group Inc., The | | |
| Shaw Maintenance | | |
| Stone & Webster Inc. | | |
| 7-Eleven Inc. | 7-Eleven, Inc. | Closed |
| ABB Inc. | ABB (USA) Treasury Center, Inc. | Current |
| ABB Lummus Crest Inc. | ABB AG | Current |
| Mincom Inc. | ABB Automation | Current |
| Ventyx Inc. | ABB Elektrik Sanayi A.S. | Current |
| | ABB Inc. | Closed |
| | ABB Industrie AC Machines | Current |
| | ABB Industrie Champagne | Current |

2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | ABB Ltd. | Current |
| | ABB Ltd.-Steering Committee | Current |
| | ABB Near East Trading Ltd. | Current |
| | Combustion Engineering, Inc. | Closed |
| | Mincom eBusiness Pty | Closed |
| | Mincom Inc. | Closed |
| | Ventyx, Inc. | Closed |
| Abbott Laboratories | Abbott Laboratories | Current |
| Ross Laboratories | Abbott Laboratories Trading (Shanghai) Co., Ltd | Current |
| Abovenet Communications Inc. | Barry R. Dunn | Current |
| Zayo Fiber Solutions | Benjamin J. Daverman | Former |
| | Christian B. McGrath | Former |
| | Constantine S. Mihas | Current |
| | Golder, Thoma, Cressey, Rauner, Inc. | Closed |
| | GTCR Fund VI, L.P. | Current |
| | GTCR Partners VI, L.P. | Current |
| | GTCR, LLC | Current |
| | Mark M. Anderson | Current |
| | Michael S. Hollander | Former |
| | Sean L. Cunningham | Current |
| | various principals of GTCR | Current |
| | Zayo Group LLC | Former |
| Abry Partners | ABRY Investment Partnership, L.P. | Current |
| | ABRY Partners II, LLC | Current |
| | ABRY Partners VII Co-Investment Fund, L.P. | Closed |
| | ABRY Partners VII, L.P. | Closed |
| | ABRY Partners, Inc. | Closed |
| | ABRY Senior Equity Co-Investment Fund III, L.P. | Current |
| | ABRY Senior Equity III, L.P. | Current |
| | Royce Yudkoff | Current |
| Abu Dhabi Investment Authority | Deeside Investments, Inc. | Current |
| | Henley Holding Company | Current |
| | Invest AD | Closed |
| | William How. Schwab | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| ACA CLO 2006-2 Ltd. | ACA CLO 2006-2 Ltd. | Closed |
| ACA CLO 2007-1 Ltd. | ACA CLO 2007-1 Ltd. | Closed |
| Accenture<br>Accenture LLP | Accenture LLP | Current |
| | Accenture plc | Current |
| | Accenture, Inc. | Current |
| | Avanade Inc. | Current |
| Accretive Solutions-Dallas LP | Accretive Solutions Inc. | Closed |
| ACDELCO, a Brand of GM Service and Parts Operations, A Division of General Motors | General Motors | Closed |
| General Motors Corp.<br>General Motors LLC | General Motors ARS Fund | Current |
| | General Motors Asset Management Absolute Return Strategies | Closed |
| | General Motors Company | Current |
| | General Motors Corporation | Current |
| | General Motors Investment Management Corporation | Current |
| | GM - VIS Litigation | Current |
| | GMAM Absolute Return Strategies Fund, LLC | Closed |
| | Promark ARS Fund | Current |
| | Saturn LLC | Current |
| ADA Carbon Solutions | ADA Carbon Solutions, LLC | Current |
| Ada Carbon Solutions (Red River) LLC | ADA Environmental Solutions, LLC | Current |
| Ada Carbon Solutions LLC | ADA-ES, Inc. | Current |
| Ada Environmental Solutions | Bowman Environmental Products, LLC | Current |
| Ada ES Inc. | Crowfoot Supply Company, LLC | Current |
| ECP I (NE Energy IP) LP | Energy Capital Partners | Current |
| Energy Capital Partners I LP | Five Forks Mining, LLC | Current |
| Energy Capital Partners I-A LP | Morton Environmental Products, LLC | Current |
| EnergySolutions Services Inc. | Red River Environmental Products, LLC | Current |
| Red River Environmental Product | Underwood Environmental Products, LLC | Current |
| ADM Investor Services Inc. | Archer-Daniels-Midland Company | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Archer-Daniels-Midland Co. | | |
| ADP Inc. | ADP, Inc. | Closed |
| Advance Auto Parts Inc. | Advance Auto Parts | Current |
| Advance Stores Co. Inc. | Advance Auto Parts, Inc. | Current |
| Advance Stores Inc. | Advance Stores Company, Inc. | Current |
| Discount Auto Parts Inc. | Board of Directors of Advance Auto Parts, Inc. | Current |
| AEGON USA Investment Management LLC | AEGON USA Investment Management, LLC | Closed |
| Aerometric Inc. | Arlington Capital Partners | Current |
| Quantum Spatial Inc. | Arlington Capital Partners III, L.P. | Current |
| | Jeffrey H. Freed | Current |
| | Peter Manos | Current |
| AES Corp. | Eletropaulo Metropolitana Eletricidade de Sao Paulo SA | Closed |
| | The AES Corporation | Current |
| Agero Connected Services Inc. | Agero, Inc. | Current |
| AIG | AIG Retirement Services, Inc. | Closed |
| American General Life Insurance Co. | | |
| American International Group | | |
| AIG Rail Services Inc. | Sumitomo Mitsui Banking Corporation | Closed |
| Flagship Rail Services LLC | | |
| SMBC Rail Services LLC | | |
| Air Express International USA Inc. | DHL International GmbH | Closed |
| | DPWN Holdings (USA), Inc. | Closed |
| Akzo Nobel Functional Chemicals LLC | AkzoNobel N.V. | Current |
| AKZO Nobel Paints LLC | | |
| Albany Felts | Albany International Corp. | Closed |
| Albany International Corp. | | |
| Appleton Wire Works Inc. | | |
| Alcatel-Lucent USA Inc. | Alcatel Lucent | Current |
| Lucent Technologies Inc. | Alcatel-Lucent Holdings | Current |
| | Alcatel-Lucent USA Inc. | Current |
| | Kenneth Frank | Closed |
| | Lucent Technologies, Inc. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Multimedia Patent Trust | Closed |
| Alcentra<br><br>Bank of New Mellon, The<br>Bank of New York Corporate Trust Admin Support, The<br>Bank of New York Mellon Corporate Trust Municipal, The<br>Bank of New York Mellon Corporate Trust, The<br>Bank of New York Mellon Trust Co., The<br>Bank of New York Mellon, The<br>Bank of New York Trust Co. NA, The<br>Bank of New York Trustee, The<br>Bank of New York, The<br>BNY Mellon<br>Mellon Bank<br>Mellon Trust of New England NA<br>Wells Capital Management - 25464400 | Insight Investment Management (Global) Limited | Current |
| ALCOA<br>Aluminum Co. of American (Alcoa) | Alcoa, Inc. | Closed |
| AllianceBernstein LP | AB Commercial Real Estate Debt Series 1-A | Current |
| | AB Commercial Real Estate Debt Series 1-B | Current |
| | AB Commercial Real Estate Debt Series 1-C | Current |
| | AB Institutional Series B | Current |
| | AB Institutional Series C | Current |
| | AllianceBernstein L.P. | Closed |
| | AXA Investment Managers Private Equity Europe S.A. | Current |
| AlliedSignal Inc.<br><br>ConverDyn | Honeywell Advanced Composites Inc. | Current |
| | Honeywell Automation and Control Solutions | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
| --- | --- | --- |
| Honeywell Common Investment | Honeywell International Inc. | Current |
| Honeywell Inc. | Honeywell Retirement Earnings Plan | Closed |
| Honeywell Industry Solutions | Honeywell Savings and Ownership Plan | Closed |
| | Honeywell Scanning and Mobility | Current |
| | Honeywell Secured Benefit Plan | Closed |
| | Honeywell Specialty Materials, LLC | Current |
| | Metrologic Instruments, Inc. | Closed |
| | Omniplanar, Inc. | Closed |
| | Plan Administrator of Honeywell Retirement Earnings Plan | Closed |
| | Plan Administrator of Honeywell Savings and Ownership Plan | Closed |
| | Plan Administrator of Honeywell Secured Benefit Plan | Closed |
| | UOP, LLC | Current |
| All-State Belting LLC | Marubeni Power International, Inc. | Current |
| Allstate Life Insurance Co. | Allstate Fire and Casualty Insurance Company | Closed |
| | Allstate Indemnity Company | Current |
| | Allstate Insurance Company | Current |
| | Allstate Life Insurance Company | Closed |
| | Allstate Property and Casualty Insurance Company | Current |
| | Allstate Texas Lloyd's | Current |
| | Answer Financial Inc. | Closed |
| | Esurance Inc. | Closed |
| | The Allstate Corporation | Closed |
| | Vincent P. Loeffler | Current |
| AlpInvest Partners Co-Investments 2007 CV | Carlyle Asia Investment Advisers Limited | Current |
| Carlyle Azure CLO Ltd. | Carlyle Realty Partners III, L.P. | Current |
| Carlyle Bristol CLO Ltd. | Carlyle Realty Partners IV, L.P. | Current |
| Carlyle Daytona CLO Ltd. | Carlyle Realty Partners V, L.P. | Current |
| Carlyle High Yield Partners IX Ltd. | Carlyle Realty Partners, L.P. | Current |
| Carlyle High Yield Partners VII Ltd. | Carlyle Strategic Partners | Current |
| Carlyle High Yield Partners VIII | Duff & Phelps GmbH | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Ltd. | | |
| Carlyle High Yield Partners X Ltd. | Duff & Phelps LLC | Current |
| Carlyle Investment Management LLC | Rodney S. Cohen | Current |
| Carlyle McLaren CLO Ltd. | TCW Crescent Mezzanine Management V, LLC | Closed |
| Carlyle Partners | The Carlyle Group | Current |
| Carlyle Veyron CLO Ltd. | Trust Company of the West | Closed |
| CELF Advisors LLP | various board members of Duff & Phelps | Current |
| Duff & Phelps LLC | Ypso France SAS | Current |
| Highlander Euro CDO BV | | |
| Highlander Euro CDO II BV | | |
| Metropolitan West Asset Management | | |
| Stanfield Azure CLO Ltd. | | |
| Stanfield Bristol CLO Ltd. | | |
| Stanfield Carrera CLO Ltd. | | |
| Stanfield Daytona CLO Ltd. | | |
| Stanfield McLaren CLO Ltd. | | |
| Stanfield Veyron CLO Ltd. | | |
| TCW Asset Management | | |
| Alvarez & Marsal | A&M Capital Partners, LLC | Current |
| | Alvarez & Marsal Inc. | Current |
| Amerex Brokers LLC-Emissions | GFI Group Inc. | Closed |
| Amerex Brokers LLC-Gas | | |
| Amerex Brokers LLC-Power | | |
| Amerex Brokers LLC-Retail | | |
| GFI | | |
| American Airlines Inc. | American Airlines, Inc. | Current |
| | Trans World Airlines, Inc. | Current |
| American Health Life Insurance Co. | Citibank, N.A. | Former |
| CAFCO | Citicorp Mezzanine III, L.P. | Current |
| Citibank | Citigroup Global Markets Asia Limited | Current |
| Citibank Hold (SLT) | Citigroup Global Markets Inc. | Current |
| Citibank NA | Citigroup Global Markets Ltd. | Current |
| Citibank NA Corporate Asset | Citigroup Global Markets Realty Corp. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Citibank New York<br>Citibank-Distressed Secondary<br>Citicards CBNA<br>Citigroup<br>Citigroup Energy Inc<br>Citigroup Financial Products Inc.<br>Citigroup Global Markets Inc.<br>Citigroup Inc.<br>Citigroup Pension Plan<br>Citimortgage<br>Jeffries High Yield<br>JHYF 1 Loan Funding LLC<br>Kil Loan Funding LLC<br>OneMain Financial<br>Salomon Brothers Holding Co. Inc.<br>Sol Loan Funding LLC | | |
| American Honda Finance<br>American Honda Motor Co. Inc. | American Honda Motor Company | Current |
| American Residential | American Residential Communities LLC | Closed |
| American Standard Inc.<br>Trane<br>Trane Co.<br>Trane US Inc. | American Standard Americas | Current |
| Ameriprise Certificate Co.<br><br>Ameriprise Financial Inc.<br>Columbia Management Investment Advisers LLC<br>IDS Life Insurance Co.<br>Riversource Life Insurance Co. | American Enterprise Investment Services, Inc.<br><br>Ameriprise Advisor Services, Inc.<br>Ameriprise Financial Services, Inc. | Closed<br><br>Closed<br>Closed |
| AMF Inc.<br>B&B Engineering & Supply Co. Inc. | AMF Bowling Worldwide | Closed |
| Amoco Chemical Corp.<br>Arco Chemical Co.<br><br>ARCO Corp. | Amoco Endicott Pipeline Company<br>Atlantic Richfield Hanford Company<br>BP America - Deepwater | Current<br>Current<br><br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Atlantic Richfield Co. | BP America - Engineering Group | Former |
| BP America Production Co. | BP America - Internal Audit Group | Current |
| BP Amoco Chemical Co. | BP America - Strategy and Policy Group | Former |
| BP Energy | BP America - Tank Fund | Current |
| BP Energy Co. | BP America Inc. | Current |
| BP Products North America Inc. | BP America Production Company | Current |
| Nalco Chemical Co. | BP America Production Company Inc. | Current |
| Welchem Inc. | BP American Petroleum Company | Current |
| | BP American Production Company | Current |
| | BP Amoco Chemical Company | Current |
| | BP Amoco Corporation | Current |
| | BP Biofuels North America LLC | Current |
| | BP Canada Energy | Current |
| | BP Chemical Company | Former |
| | BP Company North America Inc. | Current |
| | BP Corporation North America Inc. | Current |
| | BP Energy Company | Current |
| | BP Exploration (Alaska) Inc. | Current |
| | BP Exploration and Development Inc. | Current |
| | BP Exploration and Production Company | Current |
| | BP Exploration and Production Inc. | Current |
| | BP Exploration Mexico Limited, S.A. de C.V. | Current |
| | BP Exploration Operating Company | Current |
| | BP Global | Current |
| | BP Holdings North America Limited | Current |
| | BP International Ltd. | Current |
| | BP Lubricants USA, Inc. | Former |
| | BP Marine Ltd. | Former |
| | BP Mexico Holding Company, S.A. de C.V. | Current |
| | BP North America Inc. | Current |
| | BP North America Petroleum, Inc. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BP North America Production Company | Current |
| | BP Oil, Inc. | Former |
| | BP Pipelines (North America) | Current |
| | BP plc | Current |
| | BP Products North America Inc. | Current |
| | BP Products of North America Inc. | Former |
| | BP Safety and Operations Group | Former |
| | BP Transportation (Alaska) Inc. | Current |
| | BP Trinidad and Tobago LLC | Current |
| | BP West Coast Products LLC | Current |
| | British Petroleum | Former |
| | Butamax Advanced Biofuels LLC | Current |
| | Ineos Polymers, Inc. | Former |
| Amsted Rail | Amsted Industries Incorporated | Current |
| | Amsted Rail Company, Inc. | Closed |
| Anchorage Capital Group LLC | Anchorage Capital Europe LLP | Current |
| Anchorage Capital LLC | Anchorage Capital Group | Current |
| Contech Construction | Anchorage Capital Partners Pty Limited | Current |
| Contech Construction Products | Contech Construction Products | Closed |
| | Contech Engineered Solutions LLC | Current |
| Angelo Gordon & Co. | Angelo Gordon & Co., L.P. | Current |
| Aon (Bermuda) Ltd. | Aon Brokers Services, Inc. | Current |
| Aon eSolutions Inc. | Aon Corporation | Current |
| Aon Investment Consulting Inc. | Aon Group Inc. | Current |
| Aon Risk Services Southwest Inc. | Aon Hewitt, LLC | Closed |
| Hewitt Associates LLC | Aon Risk Services Central, Inc. | Current |
| Hewitt Ennisknupp Inc. | Aon Risk Services Companies, Inc. | Current |
| | Aon Risk Services Inc. of NY US 10048-7376 New York | Current |
| | Aon Risk Services Northeast, Inc. | Closed |
| | Aon Services Group, Inc. | Current |
| | Hewitt Associates LLC | Closed |
| | James English | Closed |
| | Keith R. Moore | Former |
| | Ruth McGrath | Closed |
| APG Asset Management | APG Asset Management | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | APG Investments US, Inc. | Current |
| Apidos Capital Management LLC CVC Credit Partners | CVC Asia Fund III | Closed |
| | CVC Capital Partners Advisory Company Limited | Closed |
| Univar USA Inc. | CVC Capital Partners Asia III Limited | Current |
| | CVC Capital Partners Asia Pacific Fund III | Closed |
| | CVC Capital Partners Asia Pacific II L.P. | Current |
| | CVC Capital Partners Asia Pacific II Parallel Fund A, L.P. | Current |
| | CVC Capital Partners Asia Pacific III | Closed |
| | CVC Capital Partners Asia Pacific III Parallel Fund A, L.P. | Current |
| | CVC Capital Partners Asia Pacific III, L.P. | Current |
| | CVC Capital Partners Limited | Current |
| | CVC European Equity III Limited | Current |
| | CVC European Equity IV AB Limited | Current |
| | CVC European Equity Partners IV (A) L.P. | Current |
| | CVC European Equity Partners IV (B) L.P. | Current |
| | CVC European Equity Partners IV (C) L.P. | Current |
| | CVC European Equity Partners IV (D) L.P. | Current |
| | CVC European Equity Partners IV (E) L.P. | Current |
| | CVC European Equity Partners Tandem (A) L.P. | Current |
| | CVC European Equity Partners Tandem (B) L.P. | Current |
| | CVC European Equity Partners Tandem (C) L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | CVC European Equity Tandem GP Limited | Current |
| | CVC European Equity V Limited | Current |
| | CVC Infrastructure GP Limited | Current |
| | Univar, Inc. | Current |
| Apollo Capital | Apollo Global Management, LLC | Current |
| Apollo Global Management LLC | Apollo Management | Current |
| Apollo Management Holdings LP | Apollo Management International LLP | Current |
| Borden Chemical Inc. | | |
| Erie City Iron Works | | |
| Stone Tower Capital | | |
| Zurn Industries Inc. | | |
| Aquatic Co. | Ideal Tridon | Current |
| Argo Re (Bermuda) | Argo Group International Holdings, Ltd. | Current |
| Ariba Inc. | SAP America, Inc. | Current |
| SAP Public Services | SAP, AG | Current |
| Successfactors Inc. | Sybase, Inc. | Current |
| Successfactors.com | | |
| Sybase - an SAP Co. | | |
| Arrowgrass Distressed Opportunities Fund Ltd. | Arrowgrass Distressed Opportunities Fund Limited | Current |
| Arrowgrass Master Fund Ltd. | Arrowgrass Master Fund Ltd | Current |
| Artco-Bell Corp. | HNI Corporation | Current |
| Ashford TRS Sapphire VI LLC | Ashford Hospitality Trust, Inc. | Closed |
| Ashford TRS Sapphire VII LLC | | |
| HHC TRS Portsmouth LLC | | |
| AT&T | AT&T Corp. | Closed |
| AT&T Corp. | AT&T Inc. | Closed |
| AT&T Inc. | AT&T Mobility LLC | Closed |
| AT&T Internet Services Inc. | AT&T Services, Inc. | Closed |
| AT&T Mobility | SBC Internet Services, Inc. | Closed |
| AT&T Opus | | |
| Southwestern Bell Telephone | | |
| AustralianSuper | AustralianSuper Pty Ltd. | Current |
| Avenue Capital Group | Avenue Capital | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Avenue Capital Management Avenue Investments LP | Avenue Capital Group | Current |
| | Avenue CDP Global Opportunities Fund, L.P. | Current |
| | Avenue International Master, L.P. | Current |
| | Avenue Investments, L.P. | Current |
| | Avenue Special Situations Fund IV, L.P. | Current |
| | Avenue SS Fund V, L.P. | Current |
| Aviva Investors North America Inc. | Aviva Investors Americas LLC | Current |
| | Aviva Investors North America, Inc. | Current |
| | Aviva Investors Real Estate Capital Partners I-A, L.P. | Current |
| | Aviva Life and Annuity Company | Current |
| | Aviva Recap Fund HS Subsidiary Splitter, L.P. | Current |
| | Aviva Recap Fund I HS Subsidiary, L.P. | Current |
| | Aviva Recap Fund LBG Splitter, L.P. | Current |
| | Aviva USA | Current |
| | River Road Asset Management LLC | Closed |
| Azrock Industries Inc.<br><br>Domco Products Texas LP | Tarkett SAS | Closed |
| B&G Machine Inc. | Frontenac Company LLC | Current |
| | H-E Parts International LLC | Current |
| B27 Resources Inc.<br>DXP Enterprises Inc.<br>M.W. Smith Equipment Inc. | B27 Inc., LLC | Current |
| Babson Capital Europe<br><br>Babson Capital Management<br>Massachusetts Mutual Life Insurance Co.<br>Oppenheimer Funds | Cornerstone Real Estate Advisers LLC | Closed |
| Baker Street CLO II Ltd. | Baker Street CLO II LTD | Closed |
| Bank of America Corp. | BA Capital Company, L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Bank of America Fund | Banc of America Capital Investors SBIC, L.P. | Current |
| Bank of America NA | BancAmerica Capital Investors II, L.P. | Closed |
| BofA Merrill Lynch | BancAmerica Capital Investors SBIC II, L.P. | Current |
| Hampton Funding LLC | BancBoston Ventures, Inc. | Current |
| Laguna Funding LLC | Bank of America | Closed |
| LaSalle National Leasing Corp. | Bank of America Capital Investors | Current |
| Merrill Lynch Capital Services | Bank of America Corporation | Current |
| Merrill Lynch Capital Services Inc. | Bank of America Merrill Lynch | Current |
| Merrill Lynch Commodities | Bank of America NT & SA | Closed |
| Merrill Lynch Pierce Fenner & Smith | Bank of America Ventures | Current |
| Merrill Lynch Pierce Fenner & Smith Inc. (Broker) | Bank of America, N.A. | Closed |
| Merrill Lynch/Bank of America | Benjamin Klein | Former |
|  | Continental Illinois Venture Corporation | Current |
|  | Merrill Lynch | Closed |
|  | Merrill Lynch (Asia Pacific) Limited | Current |
|  | Merrill Lynch Pierce Fenner & Smith Inc. | Closed |
| Bank of Tokyo-Mitsubishi UFJ Ltd., The<br><br>Mitsubishi UFJ Financial Group Inc.<br>Union Bank NA | UnionBanCal Equities, Inc. | Closed |
| Bank One Purchasing Card | Banc One Capital Markets, Inc. | Current |
| Bank One Travel Card | Bear, Stearns & Co. Inc. | Former |
| Chase Bank USA NA | Chase Bank USA, NA | Current |
| Chase Investments | Highbridge Principal Strategies LLC | Current |
| Highbridge Capital | J.P. Morgan Securities (Asia Pacific) Limited | Closed |
| J.P. Morgan Securities LLC | J.P. Morgan Securities Asia Pacific Limited | Current |
| JP Morgan | J.P. Morgan Ventures Energy Corporation | Closed |
| JP Morgan Chase & Co. | J.P. Morgan, LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| JP Morgan Chase Bank | JP Morgan Asset Management | Current |
| JP Morgan Chase Co. | JP Morgan Partners, LLC | Closed |
| JP Morgan Chase NA | JP Morgan Securities LLC | Current |
| JP Morgan Investment Management | JPMorgan Chase & Co. | Current |
| JP Morgan Securities Inc. | JPMorgan Chase Bank, N.A. | Current |
| JP Morgan Securities LLC | Kanav Bhagat | Current |
| JP Morgan Whitefriars Inc. | Scott B. Kapnick | Closed |
| JPM Chase | | |
| JPM Whitefriars Inc. | | |
| JPMorgan Asset Management | | |
| JPMorgan Asset Management-Cincinnati | | |
| JPMorgan Chase | | |
| JPMorgan Chase Bank NA | | |
| JPMorgan Chase Bank NA (IL) | | |
| JPMorgan Chase Bank NA (NY) | | |
| JPMorgan Chase Bank NA (OH) | | |
| JPMorgan Chase Bank NA (TX) | | |
| JPMorgan Chase Retirement Plan, The | | |
| JPMorgan Chase through Met Life | | |
| JPMorgan Core Plus Bond Fund | | |
| JPMorgan High Yield Fund | | |
| JPMorgan Income Builder Fund | | |
| JPMorgan Strategic Income Opportunities Fund | | |
| Jpmorgan Ventures Energy Corp. | | |
| NCO Financial Systems Inc. | | |
| Pacholder High Yield Fund | | |
| Paymentech LP | | |
| Barclays Bank | Barclays Bank plc | Current |
| Barclays Bank PLC | Barclays Capital | Current |
| Barclays Bank PLC, Cayman Islands Branch | Barclays Capital, LLC | Closed |
| Barclays Bank PLC, New York Branch | | |
| BASF Catalysts LLC | BASF Americas Corporation | Current |
| BASF Corp. | BASF Catalysts LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BASF Corporation | Current |
| | BASFin | Current |
| | Eastern Magnesia Talc Company | Current |
| | Pita Realty Limited | Current |
| Beach Point Capital | Beach Point Capital Management LP | Closed |
| Bechtel Construction Co.<br>Bechtel Construction Operations Inc.<br>Bechtel Corp.<br>Bechtel Energy Corp.<br>Bechtel Enterprise Holding Inc.<br>Bechtel Environmental Inc.<br>Bechtel Equipment Operations Inc.<br>Bechtel Group Inc.<br>Bechtel Infrastructure Corp.<br>Bechtel National Inc.<br>Bechtel Personnel & Operational Services Inc.<br>Bechtel Power Corp. | Bechtel National, Inc.<br>Bechtel Power Corporation | Closed<br>Current |
| Bell Atlantic Master Trust<br><br>Verizon<br>Verizon Southwest<br>Verizon Wireless | Alltel Communications of Michigan RSAs, Inc.<br>Alltel Communications, LLC<br>Cellco Partnership<br>Empire City Subway Company<br>GTE Corporation<br>Lowell C. McAdam<br>MCI Communications Services, Inc.<br>Randall S. Milch<br>Verizon Communications Inc.<br>Verizon New York, Inc.<br>Verizon Wireless | Closed<br><br>Closed<br>Former<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current |
| Bell Helicopter Textron Inc. | Bell Aerospace Services, Inc.<br>Bell Helicopter Textron, Inc.<br>Textron Innovations Inc.<br>Textron Marine and Land Systems<br>Textron Systems Corp.<br>Textron, Inc. | Current<br>Current<br>Current<br>Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Benetech Inc. | Chicago Growth Partners | Current |
| | David G. Chandler | Former |
| Bently Nevada Corp. | Andrew Sorrentino | Former |
| Dresser Inc. | General Electric Company | Current |
| GE Analytical Instruments | | |
| GE Capital | | |
| GE Control Solutions | | |
| GE Energy | | |
| GE Energy Control Solutions Inc. | | |
| GE Energy Motors | | |
| GE Energy Parts | | |
| GE Inspection Technologies LP | | |
| GE Intelligent Platforms Inc. | | |
| GE International Inc. | | |
| GE Mobile Water Inc. | | |
| GE Technology Finance | | |
| GE Transportation Finance | | |
| General Electric Co. | | |
| General Electric International Inc. | | |
| Lufkin France | | |
| Lufkin Industries Inc. | | |
| Lufkin Rubber & Gasket | | |
| SmartSignal Corp. | | |
| Berkshire Hathaway Inc. | BNSF Railway | Current |
| BNSF Railway Co. | McLane Company, Inc. | Current |
| BNSF Railway Co. - Coal | McLane Southern, Inc. | Current |
| Business Wire | The Pampered Chef, Ltd. | Closed |
| Graver Technologies | | |
| Rockbestos Surprenant Cable Corp. | | |
| RSCC Wire & Cable LLC | | |
| US Underwriters Insurance Co. | | |
| Best Pumpworks | B27 Inc., LLC | Current |
| BF Goodrich Co. | Carrier Air Conditioning Sales & Service (Shanghai) Co., Ltd. | Current |
| Carrier Corp. | Carrier Corporation | Current |
| Goodrich Corp. | Detection Logic Fire Protection Inc. | Current |
| Otis Elevator Co. | Integrated Products and Services Incorporated | Current |

18

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Otis Elevator Company | Current |
| | Pratt & Whitney | Current |
| | Robert Wu | Closed |
| | United Technologies Corporation | Current |
| | United Technologies Corporation, Climate Controls & Security | Current |
| | UTC Climate Controls and Security | Current |
| | UTC Fire & Security Corporation | Current |
| BHP Billiton BHP Billiton Olympic Dam Corp. Pty Ltd. | BHP Billiton Limited | Current |
| Bill & Melinda Gates Foundation Trust | Bill & Melinda Gates Foundation Trust | Closed |
| Black & Veatch Corp. | Black & Veatch Holding Company | Current |
| Black Diamond Capital Management LLC | Black Diamond Capital Management, L.L.C. | Current |
| Blackstone Advisory Partners LP | BHAC IV, LLC | Current |
| Blackstone Debt Advisors | Blackstone Capital Partners IV L.P. | Current |
| Blackstone Special Funding (Ireland) | Blackstone Capital Partners VI L.P. | Closed |
| GSO/Blackstone Debt Funds Management LLC | Blackstone Energy Partners L.P. | Closed |
| Harbourmaster Capital | Blackstone Holdings I L.P. | Current |
| | Blackstone Holdings I/II GP, Inc. | Current |
| | Blackstone Holdings II L.P. | Current |
| | Blackstone Holdings III GP L.L.C. | Current |
| | Blackstone Holdings III L.P. | Current |
| | Blackstone Holdings IV GP L.P. | Current |
| | Blackstone Holdings IV L.P. | Current |
| | Blackstone Holdings V GP L.P. | Current |
| | Blackstone Holdings V L.P. | Current |
| | Blackstone Hospitality Acquisitions, LLC | Current |
| | Blackstone Management Associates VI L.L.C. | Closed |
| | Blackstone Management Energy Associates L.L.C. | Closed |
| | Blackstone Mezzanine Partners, L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Real Estate Partners IV L.P. | Current |
| | BRE/HV Holdings, LLC | Current |
| | GSO Capital Partners | Current |
| | GSO Capital Partners International LLP | Closed |
| | Jason New | Current |
| | Prime Hospitality, LLC | Current |
| | The Blackstone Group | Current |
| | The Blackstone Group International Partners LLP | Closed |
| | various senior officers and employees of The Blackstone Group | Current |
| BLT 24 LLC | Credit Suisse (Hong Kong) Limited | Current |
| BLT 27 LLC | Credit Suisse Asset Management, LLC | Closed |
| BLT 33 LLC | Credit Suisse First Boston Corporation | Closed |
| BLT 36 LLC | Credit Suisse Group AG | Closed |
| BLT 42 LLC | Credit Suisse LLC | Current |
| BLT 8 LLC | Credit Suisse Securities (USA) LLC | Closed |
| BLT I LLC | Credit Suisse Securities Europe Ltd. | Current |
| Credit Suisse | | |
| Credit Suisse Alternative Capital Inc. | | |
| Credit Suisse Asset Management LLC (CSAM) | | |
| Credit Suisse Asset Management LLC (US) | | |
| Credit Suisse Asset Manager | | |
| Credit Suisse Capital LLC | | |
| Credit Suisse Energy LLC | | |
| Credit Suisse Group AG | | |
| Credit Suisse International | | |
| Credit Suisse Loan Funding LLC | | |
| Credit Suisse Securities USA LLC | | |
| Credit Suisse, Cayman Islands Branch | | |
| Blue Crescent Fund LP | Kingsland Capital Management, | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | LLC | |
| Blue Cross Blue Shield Health Care Services Corp. | Blue Cross and Blue Shield of Illinois | Current |
| | Blue Cross and Blue Shield of New Mexico | Current |
| | Blue Cross and Blue Shield of Oklahoma | Current |
| | Blue Cross and Blue Shield of Texas | Current |
| | Blue Cross and Blue Shield of Texas, Inc. | Current |
| | Blue Cross Blue Shield of Illinois | Current |
| | Blue Cross Blue Shield of Oklahoma | Current |
| | Blue Cross Blue Shield of Texas, Inc. | Closed |
| | BlueCross BlueShield of Illinois | Current |
| | BlueCross BlueShield of Texas | Current |
| | Health Care Service Corporation | Current |
| | TMG Health, Inc., Audit Committee | Current |
| Blue Mountain Capital Management LLC<br><br>BlueMountain Capital Management LLC | BlueMountain Capital Management L.P. | Current |
| Bluebay Asset Management | BlueBay Asset Management plc | Current |
| GM Canada Foreign Trust, The | RBC Capital Markets Corporation | Current |
| RBC Capital Markets LLC | RBC Wealth Management | Current |
| RBC Dexia Investor Services Trust | Royal Bank of Canada | Current |
| Royal Bank of Canada | | |
| Bluewater Thermal Services | Aterian Investment Partners, LLC | Current |
| Southwest Heat Treat Services LLC | Brandon Bethea | Current |
| SWHT LLC | Christopher H. Thomas | Current |
| | Michael Fieldstone | Current |
| BMO Asset Management Inc. | BMO Nesbitt Burns Inc. | Closed |
| BNP Paribas Energy Trading GP | Bank of the West | Current |
| | BNP Paribas | Closed |
| | BNP Paribas Capital (Asia Pacific) Limited | Current |
| | BNP Paribas S.A. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BNP Paribas Securities Corp. | Closed |
| Boeing Co., The | Boeing North American, Inc. | Current |
| | Boeing Pension Fund | Current |
| | Jeppesen Sanderson, Inc. | Current |
| | John F. McDonnell | Former |
| | The Boeing Company | Current |
| Boise Cascade Corp. | Boise Cascade Company | Current |
| Nuveen Asset Management LLC | Madison Dearborn Capital Partners III, L.P. | Closed |
| Symphony Asset Management | Madison Dearborn Capital Partners V, L.P. | Closed |
| Symphony Asset Management LLC | Madison Dearborn Partners | Current |
| | Madison Dearborn Partners, Inc. | Current |
| | Madison Dearborn Special Equity III, LP | Closed |
| | Nuveen Investments, Inc. | Current |
| | Patrick C. Eilers | Current |
| Boise Packaging & Newsprint LLC Central Texas Corrugated Packaging Corp. of America | Packaging Corporation of America | Current |
| Bond Fund of America, The Capital Research & Management Co. (US) | The Capital Group Companies, Inc. | Closed |
| Brigade Capital Management LLC | Brigade Capital Management, LLC | Current |
| BTG Pactual GLB Asset Management BTG Pactual Global Asset Management | Banco BTG Pactual S.A. | Current |
| Calder Testers Inc. | Climax Portable Machine & Welding Systems | Current |
| | Industrial Growth Partners, L.P. | Current |
| California Public Employees' Retirement System California State Teachers' Retirement | CenterPoint Properties Trust | Former |
| Calpine Energy Services LP | Calpine Corporation | Current |
| | CPN Insurance Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Cambridge Oaks | Campus Living Funds Management Limited | Closed |
| University Park Partnership I Ltd. | Campus Living Villages | Current |
| Canada Revenue Agency | PSP Canada | Current |
| | Public Sector Pension Investment Board | Closed |
| Canyon Balanced Equity Master Fund Ltd.<br><br>Canyon Value Realization Fund LP | Revel Joint Venture | Closed |
| Capital One | Capital One Bank (USA) | Current |
| | Capital One Financial Corporation | Current |
| | Capital One National Association | Current |
| | Dean Graham | Current |
| Capps True Value Hardware & Ag Center | True Value Company | Current |
| Caremark<br>Caremark PCS Health LLC<br>Silverscript Insurance Co. | CVS Caremark Corporation<br>CVS/Pharmacy, Inc. | Current<br>Current |
| Cargill Inc.<br>Cargill Power Markets LLC<br>Cargill Salt<br>Carval Investors LLC | Cargill Incorporated<br>CarVal Investors | Current<br>Current |
| Carlson Capital | Carlson Capital, L.P. | Closed |
| Caspian Capital LP<br>Loomis Sayles<br>Loomis Sayles & Co. LP<br>Loomis Sayles Bond Fund | Caspian Capital LP<br>Caspian Capital Partners LP<br>Revel Joint Venture | Current<br>Closed<br>Closed |
| Caywood-Scholl Capital Management<br>Nicholas Applegate<br>PIMCO<br>Pimco High Income Fund | Deeside Investments, Inc.<br><br>Fireman's Fund Insurance Company | Current<br><br>Closed |
| CBS Corp. | CBS Corporation | Current |
| | CBS Radio Holdings, Inc. | Current |
| | CBS Radio Inc. | Current |
| | CBS Radio Sales, Inc. | Current |
| | CBS Radio Stations, Inc. | Current |
| | CBS, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | John Sheehan | Current |
| Celanese<br>Celanese Chemicals<br>Celanese Ltd. | Celanese Americas Corporation<br>Celanese International Corp. | Closed<br>Current |
| Centerbridge Credit Advisors LLC<br>Centerbridge Group<br>Centerbridge Partners<br>Centerbridge Special Credit Partners II LP<br>Centerbridge Special Credit Partners LP | Centerbridge Partners Europe, LLP<br>Centerbridge Partners, L.P. | Current<br>Current |
| Centerview Partners LLC | Centerview Partners | Current |
| CenturyLink | CenturyLink, Inc., fka Qwest Communications Corporation<br>Qwest Information Technologies Inc. | Current<br><br>Closed |
| Chemtura Corp. | Chemtura Corporation<br>Chemtura Europe GmbH<br>Chemtura Manufacturing U.K. Limited<br>Crompton Financial Holdings<br>Great Lakes Chemical Corporation<br>Great Lakes Europe Unlimited | Current<br>Current<br>Current<br><br>Current<br>Current<br>Current |
| Chesapeake Energy Corp.<br>Chesapeake Energy Marketing Inc. | Chesapeake Appalachia, LLC<br>Chesapeake Energy Corporation<br>Chesapeake Energy Marketing, Inc.<br>Chesapeake Exploration, LLC<br>Chesapeake Operating, Inc.<br>CHK Utica, LLC | Current<br>Current<br>Current<br>Current<br>Current<br>Current |
| Chevron Natural Gas, a division of Chevron USA Inc.<br>Chevron USA Inc.<br>Texaco Inc. | Chevron Corporation | Closed |
| Chexsystems Inc. | Fidelity National Information Services, Inc.<br>Metavante Corp. | Former<br><br>Closed |
| Chicago Pump<br>FMC Corp. | FMC Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Peerless Pump | | |
| Christus Spohn Health System Corp. | Christus Health | Former |
| Citadel Investment Group | Citadel Europe LLP | Closed |
| Citadel Securities Trading LLC | Citadel Investment Group (Europe) Limited | Closed |
| | Citadel LLC | Current |
| | Citadel Securities | Closed |
| Co-Investment Partners (NY) LP (Lexington Partners) | Clinton Toms Newby, III | Current |
| Co-Investment Partners 2005 LP (Lexington Partners) | Wilson S. Warren | Current |
| Colloid Environmental Tech LLC | AMCOL International Corporation | Current |
| Computershare | Computershare Limited | Current |
| Computershare Trust Co. of Canada | Specialized Loan Servicing, LLC | Current |
| Comverge Inc. | Alastair Mills | Current |
| Metco Environmental | H.I.G. Capital LLC | Current |
| Whitehorse Capital | H.I.G. Capital Management, Inc. | Current |
| | H.I.G. European Capital Partners LLP | Current |
| | H.I.G. Realty Partners | Current |
| | Paul Canning | Current |
| Confluent 2 Ltd. | Credit Agricole CIB | Closed |
| Confluent 4 Ltd. | Crédit Agricole Corporate and Investment Bank | Current |
| ConocoPhillips Co. | ConocoPhillips (00-21) Pty. Ltd. | Closed |
| Conocophillips Master Trust | ConocoPhillips (03-12) Pty. Ltd. | Closed |
| Phillips Petroleum Co. | ConocoPhillips (03-13) Pty. Ltd. | Closed |
| | ConocoPhillips (03-19) Pty. Ltd. | Closed |
| | ConocoPhillips (03-20) Pty. Ltd. | Closed |
| | ConocoPhillips (03-21) Pty. Ltd. | Closed |
| | ConocoPhillips (91-12) Pty. Ltd. | Closed |
| | ConocoPhillips (91-13) Pty. Ltd. | Closed |
| | ConocoPhillips (95-19) Pty. Ltd. | Closed |
| | ConocoPhillips (96-16) Pty. Ltd. | Closed |
| | ConocoPhillips (96-20) Pty. Ltd. | Closed |
| | ConocoPhillips Australia Pty. Ltd. | Closed |
| | ConocoPhillips Company | Current |
| | ConocoPhillips JPDA Pty. Ltd. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | ConocoPhillips Norway | Current |
| | ConocoPhillips Pipeline Australia Pty. Ltd. | Closed |
| | ConocoPhillips STL Pty. Ltd. | Closed |
| | ConocoPhillips WA-248 Pty. Ltd. | Closed |
| | Darwin LNG Pty. Ltd. | Closed |
| | Phillips Indonesia, Inc. | Closed |
| | Phillips International Investment, Inc. | Closed |
| | Phillips Petroleum (96-20), Inc. | Closed |
| | Phillips Petroleum Company Indonesia | Closed |
| | Phillips Petroleum Company ZOC Pty. Ltd. | Closed |
| | Phillips Petroleum Production Indonesia, Inc. | Closed |
| | Phillips Petroleum Timor Sea Pty. Ltd. | Closed |
| | Phillips Petroleum Timor Sea, Inc. | Closed |
| Constellation Energy | Constellation Energy Group | Closed |
| Constellation Energy Commodities Group Inc. | Exelon Corporation | Current |
| Exelon Generation Co. | Exelon Generation LLC | Former |
| Star Electricity LLC | various directors of Constellation Energy Group | Closed |
| Star Tex Power | | |
| Contrarian Capital Management LLC | Contrarian Capital Management LLC | Closed |
| Convergent Outsourcing | Convergent Resources Holdings, LLC | Current |
| | Silver Oak Services Partners, LLC | Current |
| Cooperatieve Centrale Raiffeisen Boerenleenbank BA | Rabobank Nederland | Closed |
| Corporate Executive Board | Corporate Executive Board Company, The | Current |
| SHL US Inc. | PreVisor, Inc. | Closed |
| | SHL Group Limited | Closed |
| | SHL PreVisor | Closed |
| Cott Beverages Inc. | Cott Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Courtyard by Marriott LP<br>Marriott Corp., The<br>Marriott International Inc. | Courtyard La Crosse | Current |
| Crane Co.<br>Crane Environmental<br>Crane Nuclear | Crane Company | Closed |
| Crawford Electric Supply<br>Stuart C Irby Co. | Sonepar, S.A. | Closed |
| CSC Trust Co. of Delaware<br>M&T Bank<br>Wilmington Trust Co.<br>Wilmington Trust Investment<br>Management LLC | Wilmington Trust-London Limited | Current |
| CTI Foods Holding Co. LLC | Thomas H. Lee Company | Current |
| Cyrus Capital Partners LP | Cyrus Capital<br>Cyrus Capital Partners USA | Current<br>Closed |
| Danske Bank A/S (Asset Management) | Danske Private Equity A/S | Current |
|  | Danske Private Equity Partners V (Eur-A) | Former |
|  | Danske Private Equity Partners V (Eur-B) | Former |
| Davidson Kempner Partners | Davidson Kempner Capital Management LLC | Current |
|  | Davidson Kempner European Partners, LLP | Current |
|  | Davidson Kempner Partners | Current |
| DB Energy Trading<br>DB Energy Trading LLC | Deutsche Bank AG<br>Deutsche Bank AG, Hong Kong Branch | Current<br>Closed |
| Deutsche Asset Management<br>Deutsche Asset Management Syndicate<br>Deutsche Bank<br>Deutsche Bank - FM<br>Deutsche Bank AG<br>Deutsche Bank AG, Cayman Islands Branch | Deutsche Bank Securities Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Deutsche Bank AG, London Branch<br>Deutsche Bank AG, New York Branch<br>Deutsche Bank Securities Inc.<br>Deutsche Bank Trust Co. Americas | | |
| DDJ Capital Management LLC | DDJ Capital Management, LLC | Closed |
| Delaware Investments | Alex W. Wei | Current |
| Macquarie Bank Ltd. | Macquarie Agricultural Funds Management Limited | Current |
| Macquarie Bank Ltd.-Sydney Head Office | Macquarie Bank Limited | Current |
| Macquarie Energy LLC | Macquarie Capital Funds Inc. | Current |
| Macquarie Futures | Macquarie Capital Group Limited | Current |
| Macquarie Futures USA Inc. | Macquarie Capital Hong Kong Limited | Closed |
| Macquarie Futures USA LLC | Macquarie Capital USA Inc. | Current |
| Macquarie Investment Management | Macquarie Corporate & Asset Finance | Current |
| | Macquarie Global Opportunities Partners | Current |
| | Macquarie Infrastructure & Real Assets (Europe) Limited | Current |
| | Macquarie Infrastructure and Real Assets, Inc. | Current |
| | Macquarie Infrastructure Partners II | Former |
| | Macquarie Infrastructure Partners II International, L.P. | Current |
| | Macquarie Infrastructure Partners Inc. | Current |
| | Macquarie PRISM Pty Limited | Closed |
| Deloitte & Touche | Deloitte LLP | Current |
| Delta Air Lines Inc. | Delta Air Lines, Inc. | Current |
| Dezurik Inc. | RockWood Equity Partners LLC | Current |
| Discover Financial Services | Discover Bank | Closed |
| | Discover Card Services, Inc. | Closed |
| | Discover Financial Services | Current |
| Drawbridge Special Opportunities Fund LP | Daniel N. Bass | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Drawbridge Special Opportunities Fund Ltd. | Dean Dakolias | Current |
| Fortress Investment Group LLC | Fortress Credit Corporation | Current |
| Logan Circle Partners LP | Fortress Credit Funding I LP | Closed |
| | Fortress Credit Funding III LP | Closed |
| | Fortress Investment Group | Current |
| DuPont Capital Management Corp. | Butamax Advanced Biofuels LLC | Current |
| | E.I. Dupont De Nemours & Company, Inc. | Current |
| Eastex Forest Products Eastex Lumber & Supply LLC | Gaylord Container Corporation | Closed |
| Elliott Associates LP | Beverly Blvd. 2 | Current |
| Elliott International Capital Advisors Inc. | Elliott Associates, L.P. | Current |
| Elliott International LP | Elliott International, L.P. | Current |
| | Elliott Management Corporation | Current |
| | Heatherden Securities Corp. | Current |
| | Manchester Securities Corp. | Current |
| | The Liverpool Limited Partnership | Current |
| Empirix Inc. | Empirix Inc. | Current |
| Tripwire Inc. | Orlando Bravo | Current |
| | Thoma Bravo Fund X, L.P. | Current |
| | Thoma Bravo, LLC | Current |
| | Tripwire, Inc. | Current |
| Empower Software Solutions | Empower Software Solutions, Inc. | Current |
| | Lake Partners LLC | Current |
| Enduro Composites Inc. | Intersystems International Inc. | Current |
| | Pritzker Financial Management Co., LLC | Current |
| | The Pritzker Group | Current |
| Energy & Process Corp. | Ferguson Enterprises, Inc. | Current |
| Ferguson Enterprises | Wolseley plc | Closed |
| Ferguson Waterworks | | |
| Epiq Bankruptcy Solutions | EPIQ Systems, Inc. | Closed |
| Equity Group Investments | Equity Group Investments, L.L.C. | Current |
| Ernst & Young LLP | Ernst & Young LLP | Closed |
| Esco Corp. | ESCO Corporation | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| EscoSupply | | |
| Essent Healthcare Inc. New Breed Logistics, Inc. | Warburg Pincus, LLC | Current |
| Evercore Group Evercore Group LLC | Evercore Group, LLC Evercore Partners Inc. | Closed Current |
| Exxon Chemical Co. USA Exxon Mobil Corp. Trend Gathering & Treating LP XTO Energy Inc. | Exxon Mobil Corporation ExxonMobil Coal USA, Inc. ExxonMobil Global Services Company ExxonMobil Oil Corporation ExxonMobil Pipeline Company | Current Closed Closed Former Current |
| Federal Deposit Insurance Corp. (FDIC) Federal Emergency Management Agency (FEMA) Internal Revenue Service Jackson, Lisa P., in her official capacity as Administrator of the USEPA Office of Surface Mining Pension Benefit Guaranty Corp. Perciasepe, Bob, in his capacity as Acting Administrator, USEPA Tennessee Valley Authority United States Department of Energy United States Environmental Protection Agency United States Mine Safety & Health Administration United States Naval Academy United States Nuclear Regulatory Commission United States of America United States Treasury Single Taxpayors (IRS) | 2010-1 SFG Venture LLC Gen. Eugene L. Tattini Jet Propulsion Laboratory John Casani | Current Current Current Current |
| Fidelity Central Investment Portfolios LLC Fidelity Employer Services Co. LLC | Fidelity Investments | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Fidelity Floating Rate Central Fund<br>Fidelity Floating Rate High Income Investment Trust<br>Fidelity Institutional Money Market Funds - Government Portfolio<br>Fidelity Investments<br>Fidelity Investments Treasury Fund<br>Fidelity Management & Research Company<br>Fidelity Series Floating Rate High Income Fund<br>Fidelity Summer Street Trust | | |
| First Tennessee Bank National | First Horizon Home Loan Corp. | Closed |
| | First Horizon National Corporation | Current |
| | First Tennessee Bank National Association | Current |
| | FTN Financial Securities Corporation | Closed |
| First Union Commercial Corp. | Norwest Venture Partners | Current |
| First Union Rail Corp, a Wells Fargo Co. | Wachovia Capital Partners 2006 LLC | Closed |
| Wachovia Bank NA | Wachovia Investors, Inc. | Current |
| Wells Capital Management | Wells Fargo | Former |
| Wells Capital Management Inc. | Wells Fargo Bank, N.A. | Closed |
| Wells Fargo Bank | Wells Fargo Securities LLC | Current |
| Wells Fargo Bank Northwest NA | | |
| Wells Fargo Credit Inc. | | |
| Wells Fargo Dealer Services Inc. | | |
| Wells Fargo Home Mortgage | | |
| Fisher Scientific | Thermo Fisher Scientific Inc. | Closed |
| Thermo Electron NA LLC | | |
| Thermo Environmental Instruments Inc. | | |
| Thermo Fisher Scientific | | |
| Thermo Orion Inc. | | |
| Thermo Process Instruments LP | | |
| Florida Power & Light Co. | Florida Power & Light | Closed |
| FPL Energy Power Marketing Inc. | Florida Power & Light Company | Current |
| NextEra Energy Power Marketing | NextEra Energy Resources | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| NextEra Energy Power Marketing LLC | NextEra Energy Resources, LLC | Closed |
| NextEra Energy Resources LLC | NextEra Energy, Inc. | Closed |
| Fore Research<br><br>Fore Research & Management LP | Bertelsmann Digital Media Investments S.A. | Current |
| Foresee Results Inc. | AFCV Holdings, LLC<br>AFCV Intermediate Holdings | Current<br>Current |
| Forsythe Solutions Group Inc. | Forsythe Technology, Inc. | Closed |
| FSI International Inc. | Tokyo Electron Limited | Current |
| FTI Consulting | FTI Consulting, Inc.<br>FTI, LLC | Current<br>Current |
| Future Directions Credit Opportunities Fund | AMP Capital Investors Limited | Current |
| Future Fund Board of Guardians | Future Fund Board of Guardians | Closed |
| Gardner Denver Nash<br>I-Deal LLC<br><br>KKR & Co. LP<br>KKR 2006 Fund LP<br>KKR Asset Management LLC<br>KKR Associates Reserve LLC<br>KKR Capital Markets<br>KKR Debt Investors II (2006) (Ireland) LP<br>KKR Financial CLO 2005 2 Ltd.<br>KKR Financial CLO 2005-1 Ltd.<br>KKR Financial CLO 2006-1 Ltd.<br>KKR Financial CLO 2007-1 Ltd.<br>KKR Financial CLO 2007-A Ltd.<br>KKR Financial Holdings LLC<br>KKR PEI Investments LP<br>Kohlberg Kravis Roberts & Co.<br>Kohlberg Kravis Roberts & Co. LP | KKR Asset Management LLC<br>Kohlberg Kravis Roberts & Company<br>Steffen Pauls | Current<br>Current<br><br>Former |
| GATX Corp. | GATX Chemical Logistics, Inc.<br>GATX Corporation<br>GATX Financial Corporation<br>GATX Rail Austria GmbH | Current<br>Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | GATX Rail Germany GmbH | Current |
| | GATX Rail Locomotive Group | Current |
| | GATX Rail Poland | Current |
| | GATX Third Aircraft Corp. | Closed |
| | Jungenthal-Waggon GmbH | Current |
| General Dynamics Corp.<br>General Dynamics OTS (Garland) LP<br>Gulfstream Aerospace LP | General Dynamics Corporation | Current |
| Genilogix LLC | Avnet, Inc. | Current |
| Georgia Department of Revenue | State of Georgia | Current |
| GIC Private Ltd.<br>Government of Singapore Investment Corp. Pte Ltd. | GIC Real Estate Inc. | Current |
| | GIC Special Investments | Closed |
| | Intelligent Island Infrastructure Pte. Ltd. | Current |
| | Reco Ambrosia Pte Ltd. | Closed |
| | STATS ChipPAC Ltd. | Closed |
| | Temasek Capital Private Ltd. | Current |
| Gleason Reel<br>Hubbell Power Systems<br>Mason Capital<br>Mason Capital Management LLC<br>Mason Capital SPV I LLC<br>Transactel (Barbados) Inc.<br>Transactel Inc. | Mason Capital Management LLC | Current |
| Golden Tree | GoldenTree Asset Management UK LLP | Current |
| | GoldenTree Asset Management, LP | Closed |
| Goldman Sachs<br>Goldman Sachs & Co.<br>Goldman Sachs Credit<br>Goldman Sachs Financial Square Government Fund<br>Goldman Sachs Fund Group<br>Goldman Sachs Lending Partners LLC | Goldman Sachs | Closed |
| | Goldman Sachs & Company | Current |
| | Goldman Sachs (Asia) LLC | Current |
| | Goldman Sachs Asset Management CLO plc | Closed |
| | Goldman Sachs Capital Partners | Closed |
| | Goldman Sachs Global Opportunities Fund LLC (New York) | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| GS Capital Partners | Goldman Sachs Global Opportunities Fund LLC, New York | Closed |
| J Aron Co. | Goldman Sachs Global Opportunities Fund Offshore Ltd. | Closed |
| J. Aron & Co. | Goldman Sachs International Ltd. | Current |
| J.Aron/Goldman Sachs | Goldman Sachs Lending Partners LLC | Closed |
| | Goldman Sachs Trust Company of Delaware | Current |
| | W2007 Grace I, LLC | Closed |
| Google Inc. | Motorola Mobility, Inc. | Current |
| Grainger | W.W. Grainger, Inc. | Current |
| Grand Horn CLO Ltd. | Grand Horn CLO Ltd. | Closed |
| Grande Communications Networks LLC | ABRY Investment Partnership, L.P. | Current |
| York Risk Services Group Inc. | ABRY Partners II, LLC | Current |
| | ABRY Partners VII Co-Investment Fund, L.P. | Closed |
| | ABRY Partners VII, L.P. | Closed |
| | ABRY Partners, Inc. | Closed |
| | ABRY Senior Equity Co-Investment Fund III, L.P. | Current |
| | ABRY Senior Equity III, L.P. | Current |
| | ADIN Healthcare, Inc. | Current |
| | AlaMed Holdings, Inc. | Current |
| | American Equity Risk Services, LLC | Current |
| | ARIC of Mississippi, Inc. | Current |
| | Atlantic Gateway International (SAC), Ltd. | Current |
| | Attenta Services, LLC | Current |
| | CCO, Inc. | Current |
| | F.A. Richard & Associates Inc. | Current |
| | FARA Adjusting Services, Inc. | Current |
| | FARA Benefit Services, Inc. | Current |
| | FARA Business Services, Inc. | Current |
| | FARA General Agency, Inc. | Current |
| | FARA Security Services, Inc. | Current |
| | Forte, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Fox Hill Holdings, Inc. | Current |
| | Frank Gates (Bermuda) Ltd. | Current |
| | Frank Gates Acclaim, Inc. | Current |
| | Frank Gates Alternative Risk, LLC | Current |
| | Frank Gates Managed Care Services, Inc. | Current |
| | Frank Gates of New York, Inc. | Current |
| | G2 Technologies, Inc. | Current |
| | Integrated Risk Management, Inc. | Current |
| | JI Special Risks Insurance Agency, Inc. | Current |
| | JI Specialty Services, Inc. | Current |
| | Joseph Ivy Financial Group, Inc. | Current |
| | National Employers Network Alliance, Inc. | Current |
| | Nexus Asset Acquisition Co. | Current |
| | OHP, Inc. | Current |
| | OMAC Agency, Inc. | Current |
| | PERSI, LLC | Current |
| | Public Entity Risk Services of Illinois, LLC | Current |
| | Public Entity Risk Services of Ohio, Inc. | Current |
| | Risk Management Solutions, Inc. | Current |
| | RMS Acquisition, Inc. | Current |
| | Rockport Community Network, Inc. | Current |
| | Royce Yudkoff | Current |
| | Site Inspection, LLC | Current |
| | The Frank Gates Companies, Inc. | Current |
| | The Frank Gates Service Company | Current |
| | The Frank Gates Service Company Integrated Managed HealthCare Plan, Inc. | Current |
| | Vantage Health Plan, Inc. | Current |
| | Visual Risk Solutions, Inc. | Current |
| | WellComp Managed Care Services, Inc. | Current |
| | York Insurance Acquisition LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | York Insurance Holdings, Inc. | Current |
| | York Insurance Parent Corp. | Current |
| | York Insurance Services Group, Inc. | Current |
| | York Risk Pooling Services, Inc. | Current |
| | York Risk Services Group | Current |
| | York Risk Services Group, Inc. | Current |
| | York Risk Services Group, Inc. - Florida | Current |
| | York Risk Services Organization, Inc. | Current |
| | York Special Investigations, Inc. | Current |
| GXS | FP III (Cayman) | Current |
| Intecom | FP Parallel III (Cayman) | Current |
| | FP-EFR Parallel Sarl | Current |
| | FP-EFR Sarl | Current |
| | Francisco Partners Fund II (Cayman), L.P. | Current |
| | Francisco Partners Fund II, L.P. | Current |
| | Francisco Partners GP Splitter, LLC | Current |
| | Francisco Partners II Cayman, L.P. | Current |
| | Francisco Partners III (Cayman), L.P. | Current |
| | Francisco Partners III (Domestic AIV) Feeder, LLC | Current |
| | Francisco Partners III (Domestic AIV), L.P. | Current |
| | Francisco Partners III Cayman, L.P. | Current |
| | Francisco Partners III, L.P. | Current |
| | Francisco Partners Parallel Fund II, L.P. | Current |
| | Francisco Partners Parallel Fund III (Cayman), L.P. | Current |
| | Francisco Partners Parallel Fund III, L.P. | Current |
| | Francisco Partners, L.P. | Current |
| Hach Co. | Apex Tool Group, LLC | Current |
| Iris Power LP | Danaher Corporation | Current |
| Leica Inc. | Vistec Semiconductor | Current |
| Haggin Marketing | HMI Holdings, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Ryan Partnership<br>Solutionset | | |
| Harch CLO II Ltd. | Harch CLO II Ltd. | Closed |
| HD Supply Construction Supply Ltd. | Bain Capital | Closed |
| HD Supply Utilities Ltd. | Bain Capital Asia Fund, L.P. | Current |
| Sankaty Advisors LLC | Bain Capital Asia, LLC | Current |
| Skillsoft Corp. | Bain Capital Europe, LLC | Current |
| Sungard Consulting Services Inc. | Bain Capital Europe, LLP | Current |
| Sungard Consulting Services LLC | Bain Capital Everest Manager Holding, S.C.A. | Current |
| Sungard Energy Systems | Bain Capital Everest Manager S.a.r.l. | Current |
| Toys R Us-Delaware Inc. | Bain Capital Fund X, L.P. | Current |
| VXI Global Solutions Inc. | Bain Capital Limited | Current |
| | Bain Capital Partners LLC | Current |
| | Bain Capital, Inc. | Current |
| | Sankaty Advisors Ltd. | Current |
| | Stephen M. Zide | Current |
| HireRight Inc. | Providence Equity | Current |
| Hitachi Data Systems | Hitachi America Ltd. | Current |
| Hitachi Data Systems Credit Corp. | Hitachi Asia Ltd. | Current |
| Hitachi Power Systems America | Hitachi Data Systems Corporation | Current |
| Mechanical Dynamics | Hitachi Displays | Current |
| Mechanical Dynamics & Analysis Inc. | Hitachi Electronic Devices USA Inc. | Current |
| Renewal Parts Maintenance Inc. | Hitachi Ltd. | Current |
| Hi-Tech Testing Service Inc. | Olympus Partners | Current |
| | Professional Service Industries Inc. | Current |
| HSBC Bank PLC | HSBC Alternative Investments Limited | Current |
| HSBC Card Services Inc. | HSBC Holdings PLC | Current |
| HSBC Holdings PLC | HSBC Securities, Inc. | Closed |
| Samson Lone Star LLC | The Hongkong and Shanghai Banking Corporation Limited | Current |
| HVB Capital Partners AG | UniCredit Bank AG | Closed |
| IBM Corp. | i2 Holdings Limited | Current |
| International Business Machines Corp. | IBM Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| MRO Software | Lender Business Process Services, Inc. | Closed |
| | Softlayer Technologies Inc. | Current |
| Icap Energy LLC Icap United Inc. | Tyler Rhoten | Current |
| iCrossing Inc. | Hearst Corporation | Closed |
| Igloo Products Corp. Ignite Restaurant Group Inc. | Ignite Restaurant Group, Inc. | Current |
| | John M.B. O'Connor | Closed |
| | Romano's Macaroni Grill | Current |
| | Whitney & Co. | Current |
| IMG College LLC | IMG Academies, LLP | Closed |
| | IMG Worldwide, Inc. | Closed |
| ING Capital LLC ING Investments Management Co. | ING Asset Management BV | Closed |
| | ING Asset Management SpA | Closed |
| | ING Bank N.V. | Current |
| | ING Office Fund | Closed |
| | ING U.S. Office Corporation | Closed |
| | Paul van Heerde | Closed |
| Invesco Aim Investment Services Invesco ATST Premier U.S. Government Money Portfolio | Invesco (NY), Inc. | Current |
| | WL Ross & Co. LLC | Current |
| IPC Systems Inc. | IPC Systems, Inc. | Current |
| | Silver Lake Financial Management Company, L.L.C. | Current |
| | Silver Lake Kraftwerk | Current |
| | Silver Lake Kraftwerk Fund, L.P. | Current |
| | Silver Lake Partners LP | Current |
| | Silver Lake Sumeru | Current |
| | Silver Lake Technology Management LLC | Closed |
| Ipsos ASI | Ipsos SAS | Current |
| Jackson National Life Insurance Co. PPM America Inc. | Capital H Group | Current |
| | PPM America, Inc. | Current |
| | PPM Managers | Closed |
| Janus Capital Funds PLC Janus Capital Group Janus US High Yield Fund | Howard D. Unger | Current |
| | Howard Unger | Closed |
| | Janus Capital Group, Inc. | Current |
| | Saw Mill Capital Investors, LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Saw Mill Capital LLC | Current |
| | Saw Mill Capital Partners, L.P. | Current |
| | SMC Executive Investors | Current |
| | William M. Gerstner | Current |
| Jefferies Capital | Jefferies Hong Kong Limited | Current |
| | William Jennings | Current |
| John Crane Inc. | John Crane Inc. | Current |
| Turbo Components & Engineering | Titeflex Corporation | Current |
| Kekst & Co. Inc. | Lion Re Sources, Inc. | Current |
| | Re:Sources USA | Closed |
| | Starcom MediaVest Group, Inc. | Closed |
| King Street Capital Management LP | King Street Capital LP | Closed |
| | King Street Capital Management L.P. | Current |
| | King Street Europe LLP | Current |
| Kingsland Capital Management LLC | Kingsland Capital Management, LLC | Current |
| Knight Capital Group | Knight Capital Group, Inc. | Current |
| Knight Libertas LLC | | |
| Knight Loans LLC | | |
| KPMG | KPMG LLP | Current |
| KPMG LLP | KPMG LLP (Canada) | Closed |
| Kramer Levin Naftalis & Frankel | Kramer Levin Naftalis & Frankel LLP | Closed |
| Kramer Levin Naftalis & Frankel LLP | | |
| KTRK Television Inc. | ABC, Inc. | Current |
| | American Broadcasting Company | Current |
| | Disney Enterprises, Inc. | Current |
| | Lucasfilm, Ltd. | Current |
| | Marvel Enterprises, Inc. | Closed |
| | Walt Disney Company, The | Closed |
| Lazard Freres & Co. LLC | Lazard Alternative Investments LLC | Current |
| | Lazard Capital Markets LLC | Closed |
| | Lazard, Freres & Co. | Closed |
| | The Edgewater Funds | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Lehman | Independent Directors of Lehman Brothers Special Funding and Lehman Commercial Paper Inc. | Closed |
| Lehman Brothers | LBREM I | Current |
| | LBREM II | Current |
| | LBREP I | Current |
| | LBREP II | Current |
| | LBREP III | Current |
| | LBREP Lakeside SC Master I, LLC | Current |
| | Lehman Brothers Holdings, Inc. | Current |
| | Lehman Brothers International (Europe) (in administration) | Current |
| | Lehman Brothers Real Estate Pension Partners II, L.P. | Current |
| | Lehman Brothers, Inc. | Closed |
| LGT Capital Invest Ltd. | LGT Capital Partners Ltd. | Current |
| Liberty Power | Liberty Power | Current |
| Linden Advisors LLC | Eric C. Larson | Current |
| Linden Capital LP | Linden Capital Partners LP | Closed |
| | Linden LLC | Current |
| Lion Oil Co. | Delek Energy Systems Ltd. | Closed |
| | El Ad IDB JV LP | Closed |
| | Lion Oil Company | Closed |
| LivePerson Inc. | LivePerson, Inc. | Current |
| Lone Star Steel Co. United States Steel Corp. | United States Steel Corporation | Current |
| Luminator Holding LP | Levine Leichtman Capital Partners, Inc. | Current |
| MacKay Shields LLC | NYLCAP Mezzanine Partners III | Closed |
| Magnetar Financial LLC | Magnetar Capital Fund L.P. | Current |
| | Magnetar Capital LLC | Current |
| | Magnetar Constellation Fund L.P. | Current |
| | Steven Shapiro | Current |
| Marathon Asset Management | Marathon Asset Management, LP | Current |
| Marathon Petroleum Co. | Marathon Petroleum Company | Closed |
| Mariner LDC | Mariner LDC | Closed |
| MasterCard Inc. | Mehmet Pasa | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| MasterCard International Inc. | | |
| Mattel Inc. | HiT Entertainment | Closed |
| MEMC Electronic Materials (SW) Inc. | Ilios Acquisition | Closed |
| | SunEdison, Inc. | Current |
| Miller Electric Co. - Dallas Miller Electric Co. - Orlando | Illinois Tool Works Inc. | Current |
| Mirion Technologies Mirion Technologies (MGPI) Inc. | American Capital Ltd. | Current |
| | American Capital Strategies | Current |
| | American Capital Strategies Ltd. | Current |
| Mistras Group Inc. | MISTRAS Group, Inc. | Former |
| Mitsui Rail Capital LLC MRC Rail Services LLC | Ventura Food, LLC | Current |
| Moelis & Co. LLC | Moelis & Company | Current |
| | Moelis Capital Partners, LLC | Closed |
| Moody's Analytics Inc. Moody's Investors Service | MIS Asset Holdings Inc. | Closed |
| | Moody's Analytics, Inc. | Closed |
| | Moody's Investors Service, Inc. | Current |
| | Moody's Shared Services, Inc. | Closed |
| Morgan Stanley Morgan Stanley & Co. Inc. | Confidential K&E client | Current |
| | Morgan Stanley & Co. International plc | Current |
| Morgan Stanley & Co. LLC | Morgan Stanley & Company, Inc. | Closed |
| Morgan Stanley Capital Group Inc. | Morgan Stanley AIP GP LP | Former |
| Morgan Stanley Capital Services | Morgan Stanley AIP Phoenix Global Real Estate Secondaries 2009 LP | Closed |
| Morgan Stanley Capital Services LLC | Morgan Stanley Alternative Investment Partners | Closed |
| Morgan Stanley Government Portfolio | Morgan Stanley Asia Limited | Current |
| Morgan Stanley Institutional Liquidity Funds | Morgan Stanley Capital Partners | Closed |
| Morgan Stanley Senior Funding Inc. | Morgan Stanley Investment Management Limited | Current |
| Morgan Stanley Smith Barney LLC | Morgan Stanley Mezzanine Partners | Current |
| Morgan Stanley Treasury Portfolio Funds | Morgan Stanley Private Equity | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Morgan Stanley Real Estate Investments | Current |
| | Morgan, Stanley & Co. | Current |
| Mountain View CLO II Ltd. | Mountain View CLO II Ltd. | Closed |
| Mountain View Funding CLO 2006-1 | Mountain View Funding CLO 2006-1 Ltd. | Closed |
| MSD Capital LP | MSD Capital L.P. | Former |
| Navigant Consulting Inc. | Navigant Consulting | Closed |
| Navistar Inc. | Navistar Financial Corporation | Current |
| | Navistar Financial S.A. de C.V. SOFOM ENR | Current |
| | Navistar International Corporation | Current |
| Neuberger Berman | Neuberger Berman Commodities Fund I, Ltd. | Current |
| Neuberger Berman Alternative Funds: Neuberger Berman Absolute Return Multi Manager Fund | Neuberger Berman Commodities Master Fund I, Ltd. | Current |
| Neuberger Berman Fixed Income LLC | Neuberger Berman Dynamic Real Return Portfolio Master Fund LP | Current |
| Neuberger Berman High Income Bond Fund | Neuberger Berman Dynamic Real Return Portfolio Offshore Ltd | Current |
| Neuberger Berman High Income Fund LLC | Neuberger Berman Fixed Income LLC | Current |
| Neuberger Berman High Yield Bond Fund | Neuberger Berman Global Disciplined Growth Trust | Current |
| | Neuberger Berman GTAA (Commodities) Fund I Ltd. | Current |
| | Neuberger Berman GTAA (Commodities) Fund II Ltd | Current |
| | Neuberger Berman GTAA Fund I, L.P. | Current |
| | Neuberger Berman GTAA Fund I, Ltd. | Current |
| | Neuberger Berman GTAA II, Ltd. | Current |
| | Neuberger Berman GTAA Master Fund I, Ltd. | Current |
| | Neuberger Berman GTAA Master Fund II, Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Neuberger Berman GTAA Pension Fund I Ltd. | Current |
| | Neuberger Berman GTAA Unit Trust I | Current |
| New York Life | NYLCAP Mezzanine Partners III | Closed |
| New York Mercantile Exchange | CME Group Inc. | Current |
| | Commodity Exchange, Inc. | Current |
| | New York Mercantile Exchange | Current |
| New York State Department of Taxation & Finance | New York State Senate | Current |
| Newark Corp. | Premier Farnell plc | Closed |
| Noble Americas Gas & Power Corp. | Noble Americas Corp. | Closed |
| Nomura Corporate Reaserch & Asset Management Inc. | Nomura European Investments Limited | Closed |
| Nomura Corporate Research | Nomura International plc | Current |
| Nomura Corporate Research & Asset Management Inc. (US) | Nomura Securities International, Inc. | Former |
| Nomura Global Financial Products Inc. | | |
| Nomura International PLC | | |
| Nomura Securities International Inc. | | |
| North Plains Systems | Accel Partners Management LLP | Current |
| | Accel-KKR LLC | Current |
| | Hassan Kotob | Current |
| | North Plains LLC | Current |
| | North Plains Systems Holdings, LP | Current |
| | Rob Palumbo | Current |
| | Thomas C. Barnds | Current |
| Northern Trust Co. of New York | Northern Trust Company | Former |
| | Northern Trust Fiduciary Services (Guernsey) Limited | Current |
| | Omnium, LLC | Closed |
| | Richard C. Halpern | Current |
| | The Northern Trust Company | Current |
| Northwestern Mutual Life Insurance Co., The | The Northwestern Mutual Life Insurance Company | Current |
| NRG Power Marketing Inc. | Edison Mission Energy | Current |
| NRG Power Marketing LLC | NRG Energy, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Reliant Energy<br><br>Reliant NRG | Nuclear Innovation North America, LLC | Closed |
| Oak Hill Advisors LP | Oak Hill Advisors (Europe) LLP | Current |
| Oaktree Capital Management LP | B. James Ford | Current |
| Oaktree FF Investment Fund LP | David Quick | Former |
| Oaktree High Yield Fund II LP | GFI Energy Group of Oaktree Capital Management | Current |
| Oaktree High Yield Fund LP | Jordon Kruse | Current |
| Oaktree High Yield Plus Fund LP | Matthew Wilson | Current |
| Oaktree Huntington Investment Fund LP | Oaktree Capital Management UK LLP | Closed |
| Oaktree Loan Fund 2X (Cayman) LP | Oaktree Capital Management, L.P. | Current |
| Oaktree Opportunities Fund VIII (Parallel 2) LP | Oaktree Opportunities Fund | Closed |
| Oaktree Opportunities Fund VIII Delaware LP | OCM Marine Holdings TP, L.P. | Closed |
| Oaktree Opportunities Fund VIIIB Delaware LP | OCM Mezzanine Fund | Current |
| Oaktree Opps IX Holdco Ltd. | Ronald N. Beck | Current |
| Oaktree Opps IX Parallel 2 Holdco Ltd. | Shermco Industries, Inc. | Current |
| Oaktree Senior Loan Fund LP<br><br>Oaktree Value Opportunities Fund Holdings LP<br><br>OCM High Yield Trust<br><br>OCM Opportunities Fund VII Delaware LP<br><br>OCM Opportunities Fund VIIB Delaware LP<br><br>Shermco Industries | Stephen Kaplan | Closed |
| Occidental Chemical Corp. | Occidental Petroleum Corporation | Current |
| Och-Ziff Capital Management<br>Oz Management LLC<br>OZ Management LP | OchZiff Capital | Current |
| Ocwen Loan Servicing LLC | Ocwen Financial Corporation | Closed |
| Online Resources Corp. | Online Resources Corporation | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| OPTrust Private Equity Direct NA I Inc. | OPSEU Pension Trust | Current |
| Oracle America Inc. | BEA Systems, Inc. | Closed |
| Oracle Corp. | Oracle America, Inc. | Current |
| Oracle Credit Corp. | Oracle Corporation | Current |
| Rightnow Technologies Inc. | Oracle Systems Corporation | Current |
| Owens Illinois Inc. | Joseph J. O'Hara Jr. | Current |
| Owl Creek Asset | Owl Creek Asset Management, L.P. | Closed |
| Ozburn-Hessey Logistics LLC | Ozburn-Hessey Holding Company, LLC | Current |
|  | Tony de Nicola | Current |
|  | Tony Ecock | Closed |
|  | WCAS Fund X | Current |
|  | WCAS Fund XI | Current |
|  | Welsh Carson Anderson & Stowe | Closed |
| P. Schoenfeld Asset Management LP | P. Schoenfeld Asset Management | Current |
| Papa Johns International Inc. | Evolution Media Growth Partners LLC | Current |
| Sungard Consulting Services Inc. | TPG Alternative and Renewable Technologies Fund | Current |
| Sungard Consulting Services LLC | TPG Global, LLC | Current |
| Sungard Energy Systems | TPG Growth, LLC | Current |
| TPG | TPG Opportunities II Management, LLC | Current |
| TPG Capital LP |  |  |
| TPG Capital Management LP |  |  |
| XOJet Inc. |  |  |
| Papa Johns International Inc. | Evolution Media Growth Partners LLC | Current |
| Sungard Consulting Services Inc. | TPG Alternative and Renewable Technologies Fund | Current |
| Sungard Consulting Services LLC | TPG Global, LLC | Current |
| Sungard Energy Systems | TPG Growth, LLC | Current |
| TPG | TPG Opportunities II Management, LLC | Current |
| TPG Capital LP |  |  |
| TPG Capital Management LP |  |  |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| XOJet Inc. | | |
| Peabody Coalsales LLC<br>Peabody Coaltrade LLC<br>Peabody Powder River Mining LLC | Peabody Energy Corporation | Current |
| Peak6 Investments | Peak6 Investments LP | Closed |
| Perella Weinberg Partners<br>Perella Weinberg Partners Capital Management LP | David Schiff<br>Perella Weinberg Partners LP | Current<br>Closed |
| Perry Capital<br>Perry Principals LLC | Perry Capital LLC | Current |
| Peter J. Solomon Co. | Peter J. Solomon Company Ltd. | Current |
| Pharmacia Corp.<br>Quigley Co. Inc. | Alan Marchiondo | Closed |
| | PF Prism C.V. | Closed |
| | Pfizer - Business Operations and Global Commercial Operations | Current |
| | Pfizer - Legal and Regulatory Affairs | Current |
| | Pfizer Animal Health | Fomer |
| | Pfizer Consumer Healthcare | Current |
| | Pfizer Health AB | Closed |
| | Pfizer Manufacturing Holdings LLC | Closed |
| | Pfizer Pharmaceuticals LLC | Closed |
| | Pfizer, Inc. | Current |
| | Pharmacia & Upjohn Company LLC | Closed |
| | Wyeth LLC | Closed |
| | Zoetis, Inc. | Current |
| Phillips 66 Co.<br>Phillips Chemical Holdings Co. | Phillips 66 Company | Current |
| Pine River Capital Management LP | Pine River Capital Management | Current |
| Pinebridge Investments LLC | PCCW Limited | Current |
| | PCCW Mobile HK Limited | Current |
| | PCG International Holdings Limited | Closed |
| | PineBridge Capital Partners LLC | Closed |
| | PineBridge Investments | Closed |
| | Richard Li | Current |
| | Web Commerce Limited | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Pioneer Investment | Pioneer Global Asset Management SpA | Closed |
| Pioneer Investment Management Inc. | Pioneer Investment Management Ltd. | Closed |
| | UniCredit Bank AG | Current |
| PlainsCapital Corp. | Ford Financial Fund, L.P. | Current |
| | Ford Management II, L.P. | Current |
| Post Advisory Group | Principal Enhanced Property Fund, L.P. | Current |
| Post Advisory Investment LLC | Principal Global Investors, LLC | Current |
| Principal Financial Group | Principal Real Estate Investors LLC | Current |
| Principal Global Investors LLC | | |
| Principal Life Insurance Co. | | |
| Principal Life Insurance Co. - Bond & Mortgage Separate Account | | |
| Principal Life Insurance Co. On Behalf of One Or More Separate Accounts | | |
| PricewaterhouseCoopers LLP | PricewaterhouseCoopers LLP | Current |
| | PricewaterhouseCoopers LLP Ontario | Current |
| Prince Minerals Inc. | Palladium Equity Partners | Current |
| Taco Bueno Restaurants LP | TB Holdings II, Inc. | Current |
| Princeton Payment Solutions LLC | Brad Bernstein | Current |
| | Financial Transaction Services, LLC | Current |
| | FTV Capital | Current |
| | Richard Garman | Current |
| Providence Equity | Providence Equity | Current |
| Qualawash Holdings LLC | Audax Capital | Current |
| | Audax Group | Current |
| | Neal K. Aronson | Current |
| Rackspace Hosting Inc. | Rackspace Hosting, Inc. | Current |
| | Rackspace US, Inc. | Current |
| Railworks Track Systems | James TenBroek | Current |
| Railworks Track Systems Texas | Konrad Salaber | Closed |
| | Nathanael Brown | Former |
| | Wind Point Partners | Current |
| Raytheon Systems Co. | Brian McCracken | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Charles E. Keegan | Current |
| | Charles Mueller | Closed |
| | Raytheon Company | Current |
| | Raytheon Missile Systems Company | Current |
| | Raytheon Space and Airborne Systems | Closed |
| | Raytheon Technical Services Company | Current |
| | Raytheon Technical Services, Inc. | Current |
| | Rich Goglia | Closed |
| RBS Greenwich Capital | Charter One Bank | Closed |
| RBS Securities Inc. | Citizens Financial Group, Inc. | Closed |
| Royal Bank of Scotland Group PLC, The | Greenwich Capital Financial Products Inc. | Current |
| Sempra Energy Trading LLC | Greenwich Capital Markets, Inc. | Current |
| | Peter Nielsen | Closed |
| | RBS Americas | former |
| | RBS Asset Management Ltd. | Former |
| | RBS Greenwich Capital | Current |
| | RBS Securities | Closed |
| | RBS Securities, Inc. | Current |
| | RBS Special Opportunities Fund A LP | Current |
| | RBS Special Opportunities Fund B LP | Current |
| | RBS Special Opportunities Fund C LP | Current |
| | RBS Special Opportunities Fund D LP | Current |
| | RBS Special Opportunities Fund Employee LP | Current |
| | Royal Bank of Scotland | Current |
| | Royal Bank of Scotland Group | Current |
| | The Royal Bank of Scotland plc | Closed |
| Redwood Capital Management LLC | Redwood Master Fund, Ltd. | Closed |
| Regents of The University of California | The Williams Institute | Current |
| Regiment Capital Advisors Regiment Capital Ltd. | Regiment Capital Advisors, LP | Current |
| RidgeWorth Capital Management | SunTrust Bank | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Inc.<br>Seix Investment Advisors LLC<br>SunTrust | SunTrust Banks, Inc. | Current |
| Rohm & Haas Co.<br>Southwest Specialty Chemicals Inc.<br>Union Carbide Chemicals & Plastic Co.<br>Union Carbide Corp. | Dow AgroSciences<br>Dow Agrosciences LLC<br>Dow Chemical Canada Inc.<br><br>Dow Chemical Company<br>Dow Corning Corporation<br>Dow Corning Litigation Facility, Inc.<br>Dow Europe GmbH<br>Dow Europe, S.A.<br>IFCO, Inc.<br>Rohm and Haas<br>Rohm and Haas Chemicals LLC<br>Rohm and Haas Company<br>Union Carbide Corporation<br>UOP, LLC | Current<br>Closed<br>Current<br><br>Current<br>Current<br>Current<br><br>Current<br>Current<br>Current<br>Current<br>Closed<br>Current<br>Current<br>Current |
| Rothschild Inc. | Todd R. Snyder | Closed |
| Ryan Inc. | Ryan, LLC | Current |
| SAIC<br>SAIC Energy Environment & Infrastructure LLC | SAIC, Inc. Board of Directors<br>various individual directors of SAIC | Current<br>Current |
| Salient Partners LP | Bruce R. Evans<br>E. Roe Stamps, IV<br>John R. Carroll<br>Joseph Trustey<br>Martin Mannion<br>Peter Y. Chung<br>Scott C. Collins<br>Stephen G. Woodsum<br>Summit Partners III S.a.r.l.<br>Summit Partners OGN (Luxco) SCA<br>Summit Partners, L.P.<br>Thomas S. Roberts<br>Walter Kortschak | Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br><br>Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Samsung Austin Semiconductor LP | Samsung | Current |
| | Samsung Austin Semiconductor, LLC | Closed |
| | Samsung Electronics America, Inc. | Current |
| | Samsung Electronics Co., Ltd. | Current |
| | Samsung Electronics Corporation | Current |
| | Samsung International, Inc. | Closed |
| | Samsung Semiconductor, Inc. | Closed |
| | Samsung Telecommunications America | Current |
| | Samsung Telecommunications America, LLC | Current |
| Santander Consumer USA Inc. | Banco Santander SA | Closed |
| | Santander Bank, N.A. | Current |
| | Santander Consumer USA Inc. | Current |
| SAS Institute Inc. | SAS Institute Inc. | Current |
| Schindler Elevator Corp. | Schindler Elevator Corporation | Current |
| Schlumberger Technology Corp. | Schlumberger Limited | Current |
| | Schlumberger Technology | Current |
| Senator Investment Group LP | Senator Investment Group | Current |
| Serena International | Gary Crittenden | Current |
| Serena Software Inc. | Gregory M. Benson | Current |
| | HGGC, LLC | Current |
| | Hudson D. Smith, Jr. | Current |
| | Jacob H. Hodgman | Current |
| | Kurt A. Krieger | Current |
| | Leslie M. Brown, Jr. | Current |
| | Neil H. White | Current |
| Serengeti Law | FX Alliance Inc | Closed |
| Thomson Reuters | Thomson Inc. | Former |
| Thomson Reuters (Property Tax Services) Inc. | | |
| Thomson Reuters West | | |
| West Publishing Corp. | | |
| Shinnecock CLO 2006-1 Ltd. | Shinnecock CLO 2006-1 LTD | Closed |
| Siemens Demag Delaval Turbomachinery Inc. | Siemens AG | Current |
| Siemens Energy & Automation Inc. | Siemens AG Oesterreich | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Siemens Energy Inc. | Siemens Audiologische Technik GmbH | Current |
| Siemens Industry Inc. | Siemens Building Technologies, Inc. | Closed |
| Siemens Power Generation Inc. | Siemens Communications Inc. | Current |
| Siemens Water Technologies Inc. | Siemens Corporation | Current |
| Siemens Westinghouse Power Corp. | Siemens Corporation USA | Former |
| TurboCare | Siemens Energy Inc. | Current |
| | Siemens Healthcare Diagnostics | Former |
| | Siemens Hearing Instruments, Inc. | Current |
| | Siemens Industry Inc. | Current |
| | Siemens Medical Solutions USA, Inc. | Current |
| | Siemens Power Generation, Inc. | Current |
| | Siemens Power Transmission and Distribution, LLC | Former |
| | Siemens PSE (PSC) Techlabs | Closed |
| | Siemens S.A.A. of France | Current |
| | Siemens Sanayi ve Ticaret A.S. of Turkey | Current |
| | Siemens Shared Services | Closed |
| | Siemens Transportation Systems Corp. | Closed |
| | Siemens Transportation Systems GmbH & Co KG | Closed |
| | Siemens Transportation Systems, Inc. | Closed |
| | VA Tech | Closed |
| | VA Tech American Corporation | Closed |
| | VA Tech Elin EBG | Closed |
| | VA Tech Elin USA Corporation | Closed |
| | VA Tech Hydro AG | Closed |
| | VA Technologie | Closed |
| | Voest-Alpine Services & Technology Corp. | Closed |
| Silver Point Capital | Silver Point Capital Fund L.P. | Closed |
| SimplexGrinnell LP<br><br>Westfire Inc. | Tyco International Management Company | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Yarway Corp. | | |
| Sitel LLC Sitel Operating Corp. | Sitel Worldwide Corporation | Current |
| Six Flags Over Texas Texas Flags Ltd. | Six Flags Six Flags-Board of Directors | Current Current |
| Smith Management LLC | Alden Global Distressed Opportunities Fund, LP | Current |
| Societe Generale SA | Trust Company of the West | Closed |
| Solus Alternative Asset Management Solus Alternative Asset Management LP | Solus Alternative Asset Management LP | Current |
| Spectera Inc. | United Healthcare, Inc. | Closed |
| Sprint | Clearwire Corporation SoftBank | Current Closed |
| Standard Bank Group Ltd. | Standard Bancshares, Inc. Standard Bank and Trust Company Standard Bank Plc | Current Current Closed |
| Starr Aviation Starr Cos. Starr Surplus Lines Insurance Co. | Starr Principal Holdings, LLC | Current |
| Starwood | Co-SEIF Canada Investors II, L.P. Co-SEIF Canada Investors, L.P. Ellis Rinaldi Starwood Capital Energy Group Starwood Capital Group Global, L.P. Starwood Distressed Opportunity Fund IX Global, L.P. Starwood Distressed Opportunity Fund IX-1 International, L.P Starwood Distressed Opportunity Fund IX-1 U.S., L.P. Starwood Energy Group Starwood Energy Group Global Starwood Energy Group Global, LLC | Current Current Closed Closed Current Current Current Current Current Current Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Starwood Energy Infrastructure Co-Invest Fund, L.P. | Current |
| | Starwood Energy Infrastructure Fund II Canada, L.P. | Current |
| | Starwood Energy Infrastructure Fund II Global, L.P. | Current |
| | Starwood Energy Infrastructure Fund II International, L.P. | Current |
| | Starwood Energy Infrastructure Fund II Investor L.L.C. | Current |
| | Starwood Energy Infrastructure Fund II TE, L.P. | Current |
| | Starwood Energy Infrastructure Fund II U.S. & Alternative, L.P. | Current |
| | Starwood Energy Infrastructure Fund II U.S. Alternative, L.P | Current |
| | Starwood Energy Infrastructure Fund II U.S., L.P. | Current |
| | Starwood Energy Infrastructure Fund, L.P. | Current |
| | Starwood Global Opportunity Fund VI, L.P. | Closed |
| | Starwood International Opportunity Fund IX Investor L.P. | Current |
| | Starwood Oil and Gas Group Global, L.P. | Current |
| | Starwood Opportunity Fund IX | Current |
| | Starwood U.S. Opportunity Fund IX Investor L.P. | Current |
| | Starwood UK Co-Invest, L.P. | Current |
| State Farm Life Insurance Co. | State Farm Bank | Current |
| | State Farm Mutual Automobile Insurance Company | Current |
| Stone Lion Capital Partners LP | Stone Lion Capital Partners L.P. | Current |
| Structural & Steel Products | Merit Capital Partners IV, L.L.C. | Current |
| Sun Oil Co. Inc. | Sunoco, Inc. | Current |
| Sunoco Inc. (R&M) | Sunoco, Inc. (R&M) | Closed |
| Sunbelt Supply Co. | Shale Inland Holdings, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Shale-Inland Holdings LLC | Current |
| | TowerBrook Capital Partners LP | Current |
| | TowerBrook II Co-Investors, L.P. | Current |
| | TowerBrook Investors II AIV, L.P. | Current |
| | TowerBrook Investors II Executive Fund, L.P. | Current |
| | TowerBrook Investors II, L.P. | Current |
| | TowerBrook Investors III (Parallel), L.P. | Current |
| | TowerBrook Investors III Executive Fund, L.P. | Current |
| | TowerBrook Investors III, L.P | Current |
| | TowerBrook Investors IV (892), L.P. | Current |
| | TowerBrook Investors IV (Onshore), L.P. | Current |
| | TowerBrook Investors IV (OS), L.P. | Current |
| | TowerBrook Investors IV Executive Fund, L.P. | Current |
| | TowerBrook Investors, L.P. | Current |
| SuperMedia LLC | Dex Media, Inc. | Current |
| | SuperMedia Inc. | Current |
| Swiss Re Risk Solutions Corp. | Swiss Re Financial Products Corporation | Closed |
| | Swiss Reinsurance Company Ltd. | Closed |
| Taconic Capital Advisors Taconic Capital Advisors LP | Taconic Capital Advisors UK LLP | Current |
| Teachers Insurance & Annuity Association of America | Teachers Insurance and Annuity Association College Retirement Equities Fund | Closed |
| TIAA-CREF | Teachers Insurance and Annuity Association of America | Closed |
| | TIAA-CREF | Current |
| Teledyne Monitor Labs Inc. Teledyne Test Services | Teledyne Technologies Incorporated | Closed |
| Tenet Healthcare Corp. | Board of Directors of Tenet Healthcare Corporation | Closed |
| Tenet HealthSystems Medical Inc. | Tenet Healthcare Corporation | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
| --- | --- | --- |
| Texas Life Insurance Co. | Vestar Capital Partners III, L.P. | Current |
|  | Vestar Capital Partners IV, L.P. | Current |
|  | Vestar Capital Partners V | Current |
|  | Vestar Capital Partners VI | Current |
|  | Vestar Capital Partners, Inc. | Current |
| Texstars Inc. | AIP/Aerospace Holdings, LLC | Current |
|  | American Industrial Partners | Current |
| Thrivent Asset Management LLC | Thrivent Financial for Lutherans | Current |
| Tibco Software Inc. | Tibco Software, Inc. | Current |
| Tomball Texas Hospital Co. LLC | Community Health Systems, Inc. | Current |
| Total Gas & Power North America Inc.<br><br>Total Petrochemicals USA Inc. | Total E&P USA, Inc. | Current |
| Trans Union Corp. | Advent International | Current |
| Trans Union LLC | Advent International plc | Closed |
| TransUnion LLC | Oberthur Technologies | Current |
|  | Trans Union, LLC | Current |
| UBS AG | UBS AG | Current |
| UBS AG - Stamford, CT Branch | UBS AG, Hong Kong Branch | Current |
| UBS Global Asset Management (Americas) Inc. | UBS AG, London Branch | Current |
| UBS O'Connor LLC | UBS Financial Services, Inc. | Current |
| UBS Securities | UBS Fund Services (Cayman) Ltd. | Current |
| UBS Securities LLC | UBS Global Asset Management (UK) Ltd. | Current |
| UBS Stamford Branch TRS | UBS Global Asset Management Americas | Current |
|  | UBS Investment Bank | Current |
|  | UBS Securities Hong Kong Limited | Current |
|  | UBS Securities, LLC | Current |
|  | UBS Warburg | Current |
| UMB Bank NA<br>UMB NA | UMB Bank | Current |
| United Air Lines Inc. | John H. Walker | Closed |
|  | Stephen R. Canale | Closed |
|  | UAL Corp. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | United AirLines, Inc. | Current |
| | United Loyalty Services, LLC | Closed |
| United States Chamber of Commerce | Chamber of Commerce of the United States | Current |
| United States Gypsum Co. | USG Corporation | Current |
| US Bank Corporate Trust<br>US Bank Global Trust Services<br>US Bank NA<br>US Bank Trust NA | U.S. Bancorp<br>U.S. Bank<br>U.S. Bank National Association | Current<br>Current<br>Current |
| US Silica Co. | Golden Gate Capital | Current |
| | Golden Gate Capital Credit Opportunities, LLC | Current |
| | Golden Gate Capital Opportunity Fund, L.P. | Current |
| | Golden Gate Capital Opportunity Funds, L.P. | Closed |
| | Golden Gate Private Equity, Inc. | Current |
| | Kenneth James Diekroeger | Current |
| | Prescott Ashe | Current |
| | Rajeev Amara | Former |
| | Robert O'Connor Little | Former |
| | U.S. Silica Company | Current |
| USAA Asset Management Co.<br>USAA Investment Management Co. | USAA Real Estate Company | Current |
| Varde Investment Partners LP<br>Varde Partners Inc. | TCFC Finance Co LLC | Current |
| | Vaerde Investment Partners, L.P. | Closed |
| | Varde Partners, Inc. | Current |
| Vector Capital | Alex Slusky | Current |
| | Amish Mehta | Current |
| | David Baylor | Current |
| | David Fishman | Current |
| | Vector Capital Corporation | Current |
| | Vector Capital Credit Opportunity Fund LP | Current |
| | Vector Capital Credit Opportunity Master Fund LP | Current |
| | Vector Capital Credit Opportunity Offshore Fund Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Verifications Inc. | Symphony Technology Group | Current |
| | William F. Chisholm II | Former |
| Vitol Inc. | Vitol S.A. | Current |
| VXI Global Solutions Inc. | Vicente Capital Partners, LLC | Current |
| WAMCO<br><br>Western Asset Institutional Government Fund<br><br>Western Asset Management<br>Western Asset Management Co. | Western Asset Management Ltd. | Closed |
| Waste Control Specialists LLC (WCS) | Valhi, Inc. | Current |
| Weatherford Artificial Lift Systems LLC<br><br>Weatherford International Inc. | Darryl Kitay | Current |
| Wellpoint Inc. | Blue Shield of California | Current |
| WestLB AG | WestLB AG | Closed |
| Weyerhaeuser | Weyerhaeuser Company | Current |
| White & Case LLP | Carlos Mack | Closed |
| Willis of Texas Inc. | John T. Greene | Current |
| Windstream Communications | Windstream Communications, Inc. | Closed |
| | Windstream Corporation | Current |
| Winston & Strawn LLP | Winston & Strawn LLP | Current |
| York Capital Management Global Advisors LLC<br><br>York Capital Management LP | York Capital Management<br><br><br>York Capital Management Europe (UK) Advisors, LLP | Current<br><br><br>Current |
| YRC Enterprises Services Inc. | YRC Worldwide, Inc. | Current |