## EXHIBIT B

**Stegenga Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF JEFFERY J. STEGENGA**
**IN SUPPORT OF THE APPLICATION OF ENERGY**
**FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN**
**ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY**
**ALVAREZ & MARSAL NORTH AMERICA, LLC AS RESTRUCTURING**
**ADVISOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Jeffery J. Stegenga, being duly sworn, state the following under penalty of perjury:

1.     I am a Managing Director of Alvarez & Marsal North America, LLC, together with employees of its affiliates (all of which are wholly-owned by Alvarez & Marsal North America, LLC's parent company and employees) and its subsidiaries, agents and independent contractors (collectively, "A&M"), which has a place of business at 600 Madison Avenue, New York, New York 10022.

2.     I submit this declaration on behalf of A&M (the "Declaration") in support of the application (the "Application") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") pursuant to sections 327(a), 328, and 330 of the Bankruptcy Code for authorization to employ and retain A&M as restructuring advisors effective *nunc pro tunc* to

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Petition Date.[2]  If called and sworn as a witness, I could and would testify competently to the matters set forth herein.[3]

### A&M's Disinterestedness

3.      In connection with its proposed retention by the Debtors in these cases, A&M conducted an analysis to determine whether it holds or represents any interests that are adverse to the Debtors.   Such analysis consisted of a review of its contacts with the Debtors, their non-Debtor affiliates and certain entities holding large claims against or certain interests in the Debtors that were reasonably made known to A&M by the Debtors.  A listing of the parties reviewed is attached hereto as **Schedule 1**.  As discussed more fully below, A&M's review included providing a list of certain key parties-in-interest to all A&M employees worldwide and conducting a query of all parties-in-interest in a database containing the names of individuals and entities that are represented by A&M.  A summary of such relationships that A&M identified during this process is attached hereto as **Schedule 2**.

4.      Based on the results of this review, to the best of my knowledge, as of the date hereof and except to the extent disclosed herein and in this Declaration, A&M (a) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code; (b) does not hold or represent an interest adverse to the Debtors' estates; and (c) has no material connection to the Debtors, their creditors or their related parties.

5.      A&M, together with its affiliates (the "Firm"), utilizes certain procedures (the "Firm Procedures") to determine the Firm's relationships, if any, to parties that may have a

---

2   Capitalized terms not otherwise defined in this Declaration shall have the meanings ascribed to them in the Application.

3   Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

connection to a client debtor.  In implementing the Firm Procedures, the following actions were

taken to identify parties that may have connections to the Debtors, and the Firm's relationship

with such parties:

(a) A&M requested and obtained from the Debtors an extensive list of Parties-in-Interest.[4]  The Parties-in-Interest reviewed include, among others, the Debtors, prepetition lenders, officers, directors, the fifty largest unsecured creditors of the Debtors (on a consolidated basis), significant customers and suppliers, parties holding ownership interests in the Debtors, significant counterparties to material agreements and significant litigation claimants.

(b) A&M then compared the names of each of the Parties-in-Interest to the names in its master electronic database of the Firm's current and recent clients (the "Client Database").  The Client Database generally includes the name of each client of the Firm, the name of each party who is or was known to be adverse to the client of the Firm in connection with the matter in which the Firm is representing such client, the name of each party that has, or had, a substantial role with regard to the subject matter of the Firm's retention, and the names of the Firm professionals who are, or were, primarily responsible for matters for such clients.

(c) An email was issued to all Firm professionals identifying certain key Parties-in-Interest and requesting disclosure of information regarding:  (i) any known personal connections between the respondent and/or the Firm on the one hand, and either the Parties-in-Interest or the Debtors, on the other hand,[5]  (ii) any known connections or representation by the respondent and/or the Firm of any of such Parties-in-Interest in matters relating to the Debtors; and (iii) any other conflict or reason why A&M may be unable to represent the Debtors.

---

[4]  The list of Parties-in-Interest is expected to be updated during these cases.  A&M continues to review the relationships its attorneys may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist.  As may be necessary, A&M will supplement this Affidavit if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or discovers additional parties in interest through the filing of statements of financial affairs or statements under Rule 2019. A&M will update this disclosure if it is advised of any trading of claims against or interests in the Debtors that may relate to A&M's retention or otherwise requires such disclosure.

[5]  In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether any A&M professional or member of his/her immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain A&M professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest or (c) hold de minimis amounts of public securities in the Parties-in-Interest.  If any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates.

6.      As a result of the Firm Procedures, I have thus far ascertained that, except as may

be set forth herein, upon information and belief, if retained, A&M:

(a)      is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services),  an equity security holder of the Debtors or an "insider" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code;

(b)      is not, and has not been, within two years before the date of the filing of the petition, a director, officer or employee of the Debtors; and

(c)      does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.

7.      In addition to the relationships disclosed on **Schedule 2**, I note that:

(a)      A&M's affiliates have previously provided tax advisory and litigation support/expert witness services to TXU Energy.  These engagements were completed more than three years ago.

(b)      Alvarez & Marsal Inc. ("A&M Inc."), the majority owner of A&M's parent company, Alvarez & Marsal Holdings, LLC ("A&M Holdings"), holds a significant ownership interest in Alvarez & Marsal Capital, LLC ("A&M Capital").  A&M Capital is an investment vehicle that indirectly serves as the general partner of A&M Capital Partners, LP (the "A&M Fund") that makes private equity investments in companies (all of whom are wholly unrelated to these proceedings). Certain A&M employees have invested in limited partnership interests in A&M Capital and the A&M Fund. In addition;

(1)      As set forth on **Schedule 2**, Kirkland & Ellis LLP ("K&E") currently represents A&M and/or its affiliates in matters unrelated to the Debtors and these chapter 11 cases.  In addition to Kirkland & Ellis's representations of certain A&M affiliates (including A&M Inc., A&M Capital and the A&M Fund) certain partners or other persons or entities associated with K&E ("K&E Persons") have invested in the A&M Fund. Each K&E Person that has invested in the A&M Fund holds less than one percent of the A&M Fund; and

(2)      Neuberger Berman L.L.C. and/or certain of its affiliated funds or fund management entities are Potential Parties in Interest.  Certain funds of funds managed by Neuberger

4

                    Berman L.L.C. or its affiliates ("NB") have invested in a minority limited partnership interest in the A&M Fund and have co-invested in a certain investment with the A&M Fund.

(c)        Alvarez & Marsal Inc. and Alvarez & Marsal Italia S.r.l. ("A&M Italy"), an affiliate of A&M, have entered into a memorandum of understanding with Kohlberg Kravis Roberts ("KKR") whereby KKR and A&M Inc. would potentially invest in a pool of loans and provide additional capital to two Italian banks and A&M Italy would provide certain asset management and advisory services to with respect to the loan pool. No A&M affiliated persons involved in this venture are providing services to, nor are any activities by the venture involved with, the Debtors related to these chapter 11 cases.

(d)        A&M's affiliate, Alvarez & Marsal Valuation Services, LLC ("A&M VS"), provides portfolio valuation services to various clients in the financial industry. All of these services are unrelated to the Debtors and their affiliates; however, we note that A&M VS provides such services solely for financial reporting purposes to Apollo Investment Corporation and/or its affiliates ("Apollo") for a portfolio that contains an interest in a loan to an entity for which a Debtor entity has a minority interest in. No persons providing services for the Debtors are involved in such valuation services for Apollo and A&M has not been asked to assist the Debtors in matters related to the valuation of the Debtors' interest in this entity.

(e)        JPMorgan Chase Bank, N.A. ("JPMC") together with certain of its affiliates (collectively, "JPM") and Wells Fargo Bank, National Association ("WFBNA") together with certain of its affiliates (collectively, "Wells Fargo") are Potential Parties in Interest. Under a credit facility (the "Credit Facility") to A&M's parent company Alvarez & Marsal Holdings, LLC ("A&M Holdings"): WFBNA is administrative agent, swingline lender and issuing lender, JPMC is a syndication agent and participating lender and Wells Fargo Securities, LLC and J.P. Morgan Securities LLC are joint lead arrangers and joint book runners. In addition to the receipt of interest in their capacity as a lender under the Credit Facility, Wells Fargo and JPM have received certain customary and negotiated fees and reimbursement of expenses in connection with their roles under the Credit Facility.

(f)        Lehman Brothers Holdings, Inc. and/or its affiliates ("Lehman") holds a passive, minority interest in EFH's parent company ("TEFHLP"). A&M currently provides certain interim management services to Lehman post the confirmation of Lehman's Plan of Liquidation. A&M personnel are not providing services to Lehman in matters directly related to its interest in TEFHLP or these proceedings. Further, there is no overlap of team

members serving Lehman on the one hand or the Debtors on the other hand.

(g)    Julie Hertzberg ("<u>Hertzberg</u>") is a Managing Director and Partner of A&M, and from time to time has been working on this engagement on behalf of the Debtors.  Hertzberg is married to Robert Hertzberg, co-head of Pepper Hamilton's bankruptcy practice group, who has filed an entry of appearance in the Debtors' chapter 11 proceedings on behalf of Oncor Electric Holdings Company LLC, a non-filing affiliate of the Debtors.

8.    As can be expected with respect to any international professional services firm such as A&M, the Firm provides services to many clients with interests in the Debtors' chapter 11 cases.  To the best of my knowledge, except as indicated herein, the Firm's services for such clients do not relate to the Debtors' chapter 11 cases.

9.    Further, as part of its diverse practice, the Firm appears in numerous cases and proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Debtors' chapter 11 cases.  Further, the Firm has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which A&M is to be employed, and none are in connection with these cases.

10.    To the best of my knowledge, no employee of the Firm is a relative of, or has been connected with the United States Trustee in this district or its employees, however, I note that Kelly Beaudin Stapleton, an A&M Managing Director, served as the United States Trustee for Region 3 from 2005-2008.

11.    Accordingly, to the best of my knowledge, A&M is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that A&M:  (a) is not a

creditor, equity security holder or insider of the Debtors; (b) was not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer or employee of the Debtors; and (c) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders.

12.    Despite the efforts described above to identify and disclose A&M's connections with the Parties-In-Interest, I am unable to state with absolute certainty that every client relationship or other connection has been disclosed given that (a) A&M is part of a global firm with more than two thousand employees and (b) the Debtors are a large enterprise.  To this end, to the extent that A&M discovers any new relevant facts or relationships bearing on the matters described herein during the period of A&M's retention, A&M will use reasonable efforts to promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

13.    Given the intertwined nature of the Debtors' businesses and the Debtors' corporate structure, there may be intercompany claims between certain Debtors. The Debtors do not anticipate any dispute between the individual Debtors regarding intercompany claims. However, in the event a dispute arises between the Debtors regarding intercompany claims, the Debtors will retain special counsel to handle the dispute on behalf of the applicable Debtors.

## Professional Compensation

14.    A&M intends to apply for compensation for professional services rendered and reimbursement of reasonably and necessary out-of-pocket expenses incurred in connection with these chapter 11 cases, subject to the Court's approval of the *Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the guidelines established

by the U.S. Trustee and any other applicable procedures and orders of the Court, on an hourly basis. A&M's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted annually.

15.    As of the Petition Date, the Debtors do not owe A&M any fees for services performed or expenses incurred under the Engagement Letter before the Petition Date. As summarized in the Application, A&M provided prepetition services to the Debtors. A&M received $730,000 in the form of retainer payments from the Debtors prior to the Petition Date. As of the Petition Date, this retainer remained outstanding.

16.    I believe the Engagement Letter and the hourly rates contemplated therein are consistent with and typical of compensation arrangements entered into by A&M and other comparable firms in connection with the rendering of similar services under similar circumstances. I believe that the terms and conditions in the Engagement Letter are in fact reasonable, consistent with the market for providers of similar services, and designed to compensate A&M fairly for its work.

17.    A&M has received no promises regarding compensation in these chapter 11 cases other than in accordance with the Bankruptcy Code and as set forth in this declaration. A&M has no agreement with any nonaffiliated entity to share any compensation earned in these chapter 11 cases.

**Efforts to Avoid Duplication of Services**

18.    A&M intends to complement, and not duplicate, the services to be rendered by any other professional retained in these chapter 11 cases. A&M understands the Debtors have chosen Evercore Group L.L.C. ("Evercore") to act as its investment banker and financial advisor

and Filsinger Energy Partners ("FEP") to act as its energy consultant. A&M has and will continue to work closely with Evercore and FEP to prevent any duplication of efforts in the course of advising the Debtors.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 28, 2014

*/s/ Jeffery J. Stegenga*
Jeffery J. Stegenga
Managing Director, Alvarez & Marsal North America, LLC

# SCHEDULE 1

## Potential Parties-in-Interest

### Affiliates

- 4Change Energy Company
- 4Change Energy Holdings LLC
- Basic Resources Inc.
- Big Brown 3 Power Company LLC
- Big Brown Lignite Company LLC
- Big Brown Power Company LLC
- Brighten Energy LLC
- Brighten Holdings LLC
- Collin Power Company LLC
- Comanche Peak Nuclear Power Company LLC
- Dallas Power and Light Company Inc. (1)
- DeCordova II Power Company LLC
- DeCordova Power Company LLC
- Eagle Mountain Power Company LLC
- Ebasco Services of Canada, Limited
- EEC Holdings, Inc.
- EECI, Inc.
- EFH Australia (No. 2) Holdings Company
- EFH CG Holdings Company LP
- EFH CG Management Company LLC
- EFH Corporate Services Company
- EFH Finance (No. 2) Holdings Company
- EFH FS Holdings Company
- EFH Properties Company
- EFH Renewables Company LLC
- EFH Vermont Insurance Company
- EFIH Finance Inc.
- Energy Future Competitive Holdings Company (EFCH)
- Energy Future Holdings Corp. (EFH)
- Energy Future Intermediate Holdings Company LLC (EFIH)
- Fuelco LLC
- Generation Development Company LLC
- Generation MT Company LLC
- Generation SVC Company
- Greenway Development Holding Company LLC
- Humphreys & Glasgow Limited
- Lake Creek 3 Power Company LLC
- Lone Star Energy Company Inc.
- Lone Star Pipeline Company Inc.
- LSGT Gas Company LLC
- LSGT SACROC, Inc.
- Luminant Big Brown Mining Company LLC

- Luminant Energy Company LLC
- Luminant Energy Trading California Company
- Luminant ET Services Company
- Luminant Generation Company LLC
- Luminant Holding Company LLC
- Luminant Mineral Development Company LLC
- Luminant Mining Company LLC
- Luminant Renewables Company LLC
- Martin Lake 4 Power Company LLC
- Monticello 4 Power Company LLC
- Morgan Creek 7 Power Company LLC
- NCA Development Company LLC
- NCA Resources Development Company LLC
- Nuclear Energy Future Holdings II LLC
- Nuclear Energy Future Holdings LLC
- Oak Grove Management Company LLC
- Oak Grove Mining Company LLC
- Oak Grove Power Company LLC
- Oncor Communications Holdings Company LLC
- Oncor Electric Delivery Administration Corp.
- Oncor Electric Delivery Company LLC
- Oncor Electric Delivery Holdings Company LLC
- Oncor Electric Delivery Transition Bond Company LLC
- Oncor License Holdings Company LLC
- Oncor Management Investment LLC
- Pantellos Corporation
- Sandow Power Company LLC
- Skyonic Corporation
- Southwestern Electric Service Company Inc.
- STARS Alliance LLC
- TCEH Finance, Inc.
- Texas Competitive Electric Holdings LLC (TCEH)
- Texas Electric Service Company Inc.
- Texas Energy Future Holdings LP
- Texas Energy Industries Company Inc.
- Texas Power and Light Company Inc.
- Texas Utilities Company Inc.
- Texas Utilities Electric Company Inc.
- Tradinghouse 3 & 4 Power Company LLC
- Tradinghouse Power Company LLC
- TXU Eastern Finance (A) Ltd
- TXU Eastern Finance (B) Ltd
- TXU Eastern Funding Company
- TXU Electric Company Inc. (1)
- TXU Energy Receivables Company LLC
- TXU Energy Retail Company LLC
- TXU Energy Solutions Company LLC
- TXU Europe CP Inc

- TXU Europe Limited
- TXU Finance (No. 2) Limited
- TXU Receivables Company
- TXU Retail Services Company
- TXU SEM Company
- Valley NG Power Company LLC
- Valley Power Company LLC

**Banking Relationships**
- Bank of America, N.A.
- Bank of Oklahoma dba Bank of Texas
- Chase Investments
- Citibank
- Deutsche Bank
- Fidelity Institutional Money Market Funds - Gov't Portfolio
- First National Bank of Granbury
- Goldman Sachs Financial Square Gov't Fund
- Invesco ATST Premier U.S. Gov't Money Portfolio (via Bank of Oklahoma dba Bank of Texas)
- JPMorgan Chase Bank, N.A.
- M&T Bank
- Morgan Stanley Gov't Portfolio
- The Bank of New York Mellon
- Union Bank, N.A.
- Western Asset Institutional Gov't Fund

**Capital Leases**
- Caterpillar Financial Services Corp.
- TXU 2007-1 Leasing LLC (care of GE Capital Rail Services)

**Counterparty Swap Banks**
- Barclays Bank
- Citigroup
- Credit Suisse
- Deutsche Bank
- J.Aron/Goldman Sachs
- Merrill Lynch/Bank of America
- Morgan Stanley

**Debtholders**
- 3I Debt Management Investments
- A.J. Sloane & Company
- Aberdeen Management
- Advent Capital Management
- Aegon
- Aladdin Capital
- AllianceBernstein

3

- Allianz Global Investors
- Allstate
- American Century Investment Management
- Anchorage Capital Group
- Angelo Gordon
- Apollo / Stone Tower
- Appaloosa Management, L.P.
- Applied Fundamental Research, LLC
- AQR Capital Management, LLC
- Archview Investment Group
- Ares
- Arrowgrass
- Artio Global Management
- ATP Investment Management
- Aurelius
- Avenue
- Aviary Capital Enterprises, Inc.
- Aviva Investors North America
- Babson Capital
- Balyasny Asset Management
- Bank of America Merrill Lynch
- Bank of Oklahoma
- Barclays
- Beach Point Capital
- Benida Group
- Bennett Management
- Berkshire Hathaway
- Black Diamond
- BlackRock
- Blackstone / GSO
- Bluecrest Capital Management
- BlueMountain Capital Management
- BMO Asset Management Inc.
- BNY MELLON
- Brigade Capital
- Brookfield Investment
- Brownstone Investment Group
- BTG Pactual
- Canaras Capital
- Candlewood Investment Group, L.P.
- Capital Research
- Carl Marks Management Company
- Carlyle
- Carval Investors
- Caspian Capital
- Castle Hill
- Celf Advisors
- Centerbridge

- Cetus Capital
- Chou Associates
- Citibank, N.A.
- Citigroup
- Claren Road
- Clinton Group
- Columbia Management
- Commerz Markets
- Conning Asset Management
- Constellation Capital
- Contrarian Funds
- Cortland Capital
- Credit Capital Investments
- Credit Suisse
- Credit Value Partners
- Crescent Capital
- CSS, LLC
- CVC Credit Partners
- Cyrus Capital Partners
- DA Capital, LLC
- Danske Bank
- DCF Capital
- Deutsche Bank
- Dimaio Ahmad Capital
- DK Partners
- DuPont Capital Management Corporation
- DW Investment Management
- Eaton Vance
- Elliott Associates
- Ellis Lake Capital, LLC
- Empyrean
- Equity Group Investments
- Euroclear Bank
- Farallon Capital Management, LLC (U.S.)
- Federated Investors
- Feingold O' Keeffe
- Fidelity Investments
- Fifth Street Capital
- First Trust Advisors
- Footprints Asset Management
- Fore Research and Management
- Fortress Investment Group
- Franklin
- Fubon Asset Management Company, LTD
- GAMCO Asset Management
- Garland Business Corp
- Global Bond Investors
- GMO

- Golden Tree
- Goldman Sachs
- Goodwin Capital Advisors
- Gracie Asset Management
- Greystone Investments
- Gruss
- GSC Capital
- Halcyon
- Harch Capital Management
- Hayman Capital
- HBK Investments
- HIG Whitehorse
- Highbridge
- Highland Capital
- HighTower Advisors, LLC
- Hillmark Capital Management
- HIMCO
- Hotchkis and Wiley Capital Management, LLC
- Hudson Bay Capital Management
- Icahn Associates
- ING Investments
- Intermarket Corporation
- Invesco
- JP Morgan
- King Street Acquisition
- Kingsland Capital
- KKR
- KS Management
- LaSalle Bank
- Linden Advisors
- Litespeed Management
- Loeb Partners
- Logan Circle
- Loomis, Sayles & Company
- Lord, Abbett & Co.
- Lufkin Advisors
- Luminus Management
- Mackay Shields
- Macquarie Bank
- Magnetar Financial, LLC
- Manikay Partners, LLC
- Manulife Asset Management
- Manzanita Investments
- Marathon Asset Management
- Mariner
- Mason Capital
- Massachusetts Financial
- MatlinPatterson Capital

- MetLife Investment Advisors Company, LLC
- Metropolitan West Asset Management
- MFS Investment Management
- MJX Asset Management
- Moab Capital Partners
- Moore Capital
- Morgan Stanley
- Mount Kellett
- MP Credit Partners
- MSD Capital
- Muzinich & Company, Inc.
- Napier Park
- Neuberger Berman
- New Fleet Asset Management
- Nomura
- Nuveen Asset Management, LLC
- Oak Hill
- Oaktree Capital Management
- Omega Advisors
- Onex Credit Partners
- Oppenheimer
- Owl Creek Asset Management
- Oz Management
- Pacific Life Insurance
- Panning Capital
- Par IV Funding
- Patton Albertson & Miller, LLC
- Paulson & Co.
- PENN Capital Management
- Pentwater Capital Management, L.P.
- Perella Weinberg Partners
- Perry Capital
- PFA Asset Management
- Phoenix
- PIMCO
- Pine River Capital Management
- Pioneer Investment Management
- Point State Capital
- PPM America
- Principal Financial
- ProFund Advisors, LLC
- Protective Life
- Providence Equity Partners
- Prudential
- PSAM
- Putnam
- RBC
- RBS

- Redwood Capital Management, LLC
- Reef Road Capital
- Regiment Capital
- Relative Value Partners, LLC
- RidgeWorth Capital Management
- River Birch Capital, LLC
- Salient Advisors
- Sandell Asset Management
- Sankaty
- Sciens Capital Management
- Scoggin Capital
- Scottish Widows Investment Partnership, LTD
- Seix Advisors
- Senator Investment
- Sentinel Asset Management
- SG Americas Securities
- Sheffield Investment Management
- Shenkman
- Silver Point Capital
- Silver Rock Financial
- Smith Management
- Solus Alternative Asset Management, L.P.
- Sound Harbor Partners
- Sound Point Capital
- Southpaw Asset Management
- Standard Bank PLC
- Standard Life Investments
- Starwood Energy
- State Street Global Advisors
- Sterne Agee & Leach
- Stockcross Financial Services
- Stone Harbor Investment Partners
- Stone Lion Capital Partners
- Sunrise Partners
- Susquehanna Capital Group
- Symphony Asset Management
- Taconic Capital Partners
- Talamod Asset Management, LLC
- Tall Tree Investment
- TCW Investment Management
- Teilinger Capital, LTD
- Third Avenue
- Thornburg Investment
- Thrivent Asset Management, LLC
- TIAA-CREF
- Trilogy Capital
- Trimaran Advisors
- UBS

- USAA Investment Management
- Van Eck Associates Corporation
- Vanguard
- Varde Partners
- Venor Capital Management
- Virtus Partners
- W.R. Huff Asset Management
- Waddell & Reed Services Company
- Watershed Asset Management
- Waterstone Capital Management, L.P.
- Wellington Management
- Wells Capital Management
- West Gate Horizons Advisors
- Western Asset Management Company
- Whippoorwill Associates, Inc.
- Whitebox Advisors
- WhiteHorse Capital
- Wingspand Investment Management
- WJ Investments
- York Capital

**Director or Officer**

- Acosta, Arcilia C.
- Adams, Robert
- Ashby, Kevin M.
- Austin, Joel S.
- Blocker, Sano
- Bonderman, David
- Boswell, Barry T.
- Boyle, Deborah A.
- Brownell, Nora Mead
- Burke, James A.
- Burton, Ashley A
- Byers, Richard C.
- Bys, Jay Allen
- Cameron, Andrew A.
- Camp, Jeffrey S.
- Campbell, David A.
- Caraway, Shannon Wade
- Carpenter, Walter Mark
- Carter, Michael L.
- Casarez, Richard
- Casey, John M.
- Castro, Gabriel R.
- Chase, Patrick Kevin
- Clevenger, Don J
- Cremens, Charles H.
- Davis, David M

- Dennis, Deborah L.
- Dore, Stacey H.
- Duessel, John S.
- Dunning, Thomas M.
- Elk, Charles W.
- Elmer, Debra L.
- Enze, Charles R.
- Estrada, Robert A.
- Evans, Donald L.
- Ewert, Cynthia L.
- Faranetta, David D.
- Federwisch, Richard R.
- Ferguson, Thomas D.
- Fischer, Michael
- Fleshman, Betty R.
- Flores, Rafael
- Ford, Monte E.
- Freiman, Brandon A.
- Frenzel, Robert C.
- Gabriel V. Vazquez
- Gary, Printice L.
- Geary, John William
- Glacken, Shawn
- Goering, Matthew A.
- Goltz, Frederick M.
- Gooch, Cecily Small
- Grasso, Michael Paul
- Greer, James A.
- Guillory, Angela Y.
- Guyton, Michael E.
- Harrison, Jackie
- Harvey P. Ewing
- Hays, Richard C.
- Higginbotham, Dale
- Hill Jr., William T.
- Ho, Joseph C.
- Hogan, Tim
- Horn, Stephen G.
- Horton, Anthony R.
- Howard, Carla A.
- Hudson, Scott A.
- Huffines, James R.
- Hull, Leslie Keith
- Ingerto, Craig W.
- Isaac, Carlos
- Jackson, Brenda L.
- Jenkins, Charles W. III
- Johnson, Keith

- Jones, Bradley C.
- Jordan, Walter E.
- Kaniewski, Zbigniew
- Keeter, Aden P.
- Keglevic, Paul M.
- Kelly, Daniel
- Kelly, Gregory B.
- Kerber, Kevin H.
- Kirby, Carrie L.
- Klein, Robert A.
- Klumpp, Richard F.
- Koenig, Allan J.
- Kolten Sarver
- Kopenitz, Stephen J.
- Kubin, Diane J.
- Landy, Richard J.
- Lebovitz, Scott
- Lee-Sethi, Jennifer M.
- Leonard, Scott E.
- Liaw, Jeffrey
- Lidster, Robert J.
- Lipschultz, Marc S.
- Lovelace, D. Boyd
- Lucas, Mitchell L.
- Lynch, David Alan
- MacDougall, Michael
- Mack, Timothy A.
- Malick, Aaron Ravi
- Mays, Russell B.
- McCool, Thomas P.
- McFarland, M. A.
- McKaig, Paul T.
- Mireles, Kimberly D.
- Moldovan, Kristopher E.
- Moor, Gary L.
- Moore, Stephanie Zapata
- Moore, William A.
- Morrissey, John L.
- Morrow, Claudia
- Muscato, Stephen J.
- Neubecker, Greg
- Nickerson, Floyd W.
- Nutt, Terry
- Nye, Jr., E. Allen
- O'Brien, John D.
- Olson, Lyndon L. Jr.
- Oney, Thomas
- Oswalt, Vicki

- Pallito, Patti
- Pearson, Gerry L.
- Perry, Nancy F.
- Peters, Kenneth J.
- Peterson, M. M.
- Phillips, Buckler
- Pontarelli, Kenneth
- Pulis, Brenda J.
- Quinn, Timothy Michael
- Ragland, Stephen N.
- Ranger, Rheal R.
- Reilly, William K.
- Reyes, Paul H
- Ridloff, Jason
- Rod, Kelli A.
- Sarich, Gregory S.
- Sawyer, Hugh E.
- Sen, Samudra
- Shapard, Robert S.
- Smidt, Jonathan D.
- Smith, Donald B.
- Smith, Ken
- Speed, Wesley R.
- Spence, Norman C.
- Stengel, Amy
- Stevens, Cheryl B.
- Stewart, John C.
- Strauss, Thomas M.
- Stuckey, Shawn
- Szlauderbach, Stanley J.
- Taccino, Jr., Michael
- Thompson, Von W.
- Toler, Philip
- Trimble, R. D.
- Tulloh, Brian T.
- Walker, Jeffrey J.
- Warren, Autry L.
- Watson, Clifford A.
- Wentzell, David G.
- Williams, C. Michael
- Williams, Glenn W.
- Williams, Michael E.
- Williams, Patrick
- Williamson, Billie I.
- Winston, Lisa M.
- Wortham III, Richard W.
- Wright, Andrew M.
- Young, John F.

- Youngblood, Kneeland
- Zucchet, Steven J.

**EFH Shareholders**

- ACA Family LP (Acosta Trust)
- Acosta, Arcilia C.
- ASF Park Sub 2, L.P.
- Baker, Thomas
- Bird, Jr., Robert D.
- Blevins, Michael R.
- Bosecker, Brian Timothy
- Burton Hills Limited, LP (Youngblood is LP member)
- Canyon TXU, L.P.
- Centaurus TEF LP
- Co-Investment Capital Partners LP
- Cumbria L.P.
- Davis, Douglas L.
- Degeyter, Brock M.
- Dick, Ralph L.
- Diermann, Scott L.
- Ecofin Co-Investment, L.P.
- EFH Corporate Services Company
- Ellis, Stephen L.
- Equity Sponsor
- Evans, Donald L.
- Federwisch, Richard R.
- Frier, Jr,, Harry Leonard
- Geary, John William
- Goldman, Sachs & Co.
- Goldman Sachs TXU Investors Offshore Holdings, L.P.
- Goldman Sachs TXU Investors, LP
- Gooch, Cecily Small
- Goodwin, Ricky Bob
- Grace, Jr., Tommy Glen
- Greene, M. S.
- Griffin, Mark John
- GS Capital Partners VI Fund, L.P.
- GS Capital Partners VI Parallel, L.P.
- GS Global Infrastructure Partners I, LP
- GS Infrastructure Offshore TXU Holdings, LP (GSIP International Fund)
- GS Institutional Infrastructure Partners I, LP
- GSCP VI Germany TXU Holdings, LP
- GSCP VI Offshore TXU Holdings, L.P.
- Harris, Wayne L.
- Higdon, Charles A.
- Higginbotham Jr., Theron Dale
- Hogan, Timothy Ross

- Jarrell, Jr., Freeman
- Jeanes, Ricky L.
- KKR 2006 Fund, L.P.
- KKR North American Co-Invest Fund I L.P.
- KKR Partners III, L.P.
- KKR PEI Investments, L.P.
- KKR Reference Fund Investments L.P.
- Kohlberg Kravis Roberts & Co. L.P.
- Koonce, Kimmy Sue
- Kopenitz, Stephen John
- Kross, David Christopher
- LB I Group, Inc.
- Lightle, Curtis L.
- Madden, Jr., Fred Webster
- Mason Capital SPV I, LP
- McBay, Michael Raymond
- McCabe, Del Andrew
- Meserve, Richard A.
- Meyers, Anthony Michael
- Moor, Gary Lee
- Moore, Stephanie Zapata
- Moore, William A.
- NB Co-Investment Group LP
- NB Co-Investment Partners LP
- NB Fund of Funds XVIII – Co-Investment Holding LP
- NB PEP Investments I LP (Incorporated)
- NB Secondary Opportunities Pooling LP
- NB Tangible Assets Fund LP
- Pearson, Gerry Lee
- PI Co-Invest LLC
- Quiram, David
- Reilly, William K.
- Rose, Thomas Wayne
- Savina, James J.
- Skidd, Stephen N.
- Smith, Donald B.
- Smith, Russell Alan
- Smith, Stephen L.
- Stonger, D. Frank
- TEF TFO Co-Invest, LP
- Texas Energy Future Co-Invest, LP
- Texas Energy Future Holdings Limited Partnership
- Thompson, Molly M.
- Thompson, Von Wade
- TPG FOF V-A, L.P.
- TPG FOF V-B, L.P.
- TPG Group Holdings (SBS) Advisors, Inc.
- TPG Partners IV, L.P.

- TPG Partners V, L.P.
- Tulloh, Brian T.
- Whipple, John Christopher
- Wilks, Douglas Greg
- Williams (now Guillory), Angela Yvonne
- Williamson, Billie I.
- Young, John F.
- Youngblood, Kneeland

## Employment Agreements

- Burke, James
- Dore, Stacey
- Keglevic, Paul
- Kirby, Carrie
- McFarland, Mark
- O'Brien, John
- Young, John

## Guaranty Beneficiaries

- ADM Investor Services, Inc.
- AEP Energy Partners, LP
- Albemarle Corporation, a Virginia Corporation
- Atmos Energy Corporation / LSG Acquisition Corporation
- Atmos Pipeline-Texas
- Barclays Bank PLC
- Baylor Health Care System
- Behringer Harvard Burnet Plaza LP
- BP Energy Company
- Brazos Electric Power Cooperative, Inc.
- Brazos Wind, L.P.
- Caballo Coal Company
- California State Teachers' Retirement System
- Calpine Energy Services, L.P.
- Cargill, Incorporated
- Chesapeake Energy Marketing, Inc.
- Chevron Natural Gas, a division of Chevron U.S.A. Inc.
- CIMA Energy LTD
- Citigroup Energy Inc.
- Comanche Peak Nuclear Power Company LLC
- ConocoPhillips Company
- DB Energy Trading LLC
- Deutsche Bank Trust Company Americas (as Administrative Agent), CenterPoint Energy Transition Bond Company II, LLC (as Issuer)
- Direct Energy, LP and Energy America, LLC
- EDF Trading North American, LLC
- Electric Reliability Council of Texas, Inc. (ERCOT)

- ETC Marketing, Ltd. and/or Energy Transfer Fuel, LP and/or Houston Pipe Line Company LP and/or ETC Katy Pipeline, Ltd and/or Oasis Pipeline, LP and/or Texas Energy Transfer Company, Ltd. (individually and collectively)
- Exelon Generation Company, LLC (f/k/a Constellation Energy Commodities Group, Inc.)
- Forest Creek Wind Farm LLC (f/k/a Airtricity Forest Creek Wind Farm LLC)
- Freepoint Commodities LLC
- Goldman, Sachs & Co.
- Gulf South Pipeline Company, LP
- Hydrocarbon Exchange Corp.
- Iberdrola Energy Services, LLC (f/k/a Iberdrola Renewables, Inc. or PPM Energy, Inc.)
- J. Aron & Company
- Kinder Morgan, Inc.
- Kodiak Management Company LLC
- LaSalle National Leasing Corporation
- Lexington Acquiport Colinas L.P.
- Macquarie Futures USA LLC (formerly Macquarie Futures USA Inc.)
- Merrill Lynch Commodities, Inc.
- Midway ISD
- Mitsui Rail Capital, LLC
- Morgan Stanley Capital Group Inc.
- Motiva Enterprises LLC
- Munich Re Trading Ltd.
- New York Mercantile Exchange
- NextEra Energy Power Marketing, LLC (f/k/a Florida Power & Light Company & NextEra Energy Power Marketing, LLC) (f/k/a Florida Power & Light Company, FPL Energy Power Marketing, Inc.)
- Noble Americas Gas & Power Corp.
- NRG Power Marketing LLC (f/k/a NRG Power Marketing Inc.)
- Peabody COALTRADE, Inc. and Peabody COALSALES Company
- PPL Energy Plus, LLC (successor by assignment to PP&L, Inc.)
- Provident Commercial Group
- Public Utility Commission of Texas
- Railroad Commission of Texas
- Reliance National Risk Specialist
- Sempra Energy Trading LLC
- Shell Energy North America (US), L.P. (f/k/a Coral Energy Resources, L.P.,   Coral Energy Canada Inc.)
- Southern California Gas Company
- Star Electricity, Inc.
- State of  New York
- State of Delaware, Delaware Public Utility Commission
- Sweetwater Wind 1 LLC
- Tenaska Marketing Ventures, Tenaska Gas Storage, LLC
- Tenaska Power Services Co.
- Texas Gas Transmission, LLC
- Texas Health Resources, Inc.
- Tex-La Electric Cooperative of Texas, Inc. ("Tex-La")
- The Bank of New York, as Indenture Trustee
- Tractebel LNG North America Service Corporation

- UBS AG
- Valero Texas Power Marketing, Inc.
- Worsham Steed Gas Storage, L.P.

## **Indenture Trustees**

- AMERICAN STOCK TRANSFER AND TRUST COMPANY, LLC
- BOK Financial
- Computershare
- Computershare of Canada
- CSC Trust Company of Delaware
- Law Debenture Trust Company of New York
- The Bank of New York Mellon Trust Company
- UMB BANK, N.A.
- US Bank National Association
- Wilmington Savings Fund Society, FSB (Christiana Trust)

## **Insurers**

- ACE
- AIG
- Argo Re (Bermuda)
- Associated Electric and Gas Insurance Services (AEGIS)
- Axis
- Beazley
- Chubb Atlantic Indemnity Ltd. (Bermuda)
- Endurance
- Energy Insurance Mutual (EIM)
- European Mutual Association for Nuclear Insurance (EMANI)
- Federal
- FM Global
- HCC
- Liberty Mutual/Safeco
- Monitor
- Navigators
- Nuclear Energy Liability Insurance Association (NELIA) dba American Nuclear Insurers
- Nuclear Insurance Insurance Limited (NEIL)
- OIL Casualty Insurance, Ltd. (OCIL)
- RLI (Reliance Insurance Co)
- RSUI (CRC)
- Starr
- Starr Aviation on Behalf of Federal Insurance Co.
- Starr Companies
- Starr Surplus Lines Ins Co.
- Torus
- XL Insurance (Bermuda) Ltd.

**Investment Banks**

- BofA Merrill Lynch
- Citigroup
- Credit Suisse
- Goldman Sachs
- J.P. Morgan
- KKR Capital Markets 1
- Lehman
- Morgan Stanley
- Williams Capital Group

**Landlords**

- (Mrs.) Robbye Oram Jaggi / (Mrs.) Elizabeth Oram Thorne - Dallas / Dallas, TX / TX
- Barry Hamilton and Harry Lawler - Mt. Pleasant, TX
- Bobby Hill, Partner - Dallas, TX
- CapGemini America, Inc C/O CapGemini US, LLC - Irving, TX
- Charles Sanderson - Glen Rose, TX
- City of Dallas - Dallas, TX
- Clearview - Dallas, TX
- Congress Holdings, LTD - Austin, TX
- CP Fort Worth Limited Partnership - Dallas, TX
- Greensport/Ship Channel Partners, L.P. - Houston, TX
- Guaranty Title Co of Robertson County, Inc - Franklin, TX
- Hamilton Fidelity LP - Dallas, TX
- Jack Clark, First on 6th , LP - Ft. Worth, TX
- Kokel-Oberrender-Wood Appraisal , Ltd. - Georgetown, TX
- Landon Alford - Henderson, TX
- Larry Christian - Lewisville, TX
- LaSalle Bank National Association - Chicago, IL
- Lexington Acquiport Colinas, LP DBA 6555 Sierra - Dallas, TX
- Lionstone CFO Two Limited Partnership FBO - Dallas, TX
- Microsoft Corporation - Redmond, WA
- Ron Daffan - Grandbury, TX
- Saul Subsidiary II LP - Bethesda, MD
- Thomas Saldana, CBRE - Houston, TX
- Tx Life Insurance Co - Waco, TX
- Tyler Junior College - Tyler, TX

**Litigation Parties**

- ACP Master, Ltd.
- AURELIUS CAPITAL MASTER, LTD.
- Bank of America Corporation
- Bank of America N.A.
- Barclays Bank PLC
- Citibank NA

- Citigroup Inc.
- City of New Britian Firefighters' and Police Benefit Fund
- Cooperative Centrale Raiffeisen Boerenleenbank B.A.
- Credit Suisse Group AG
- Credit Suisse International
- Deutsche Bank AG
- FPL Energy Pecos Wind I, L.P.
- FPL Energy Pecos Wind I, LLC
- FPL Energy Pecos Wind II, L.P.
- FPL Energy Pecos Wind II, LLC
- FPL Energy, LLC
- HBOS PLC, Societe Generale S.A.
- HSBC Bank PLC
- HSBC Holdings PLC
- Indian Mesa Wind Farm, L.P.
- Indian Mesa Wind Farm, LLC
- JP Morgan Chase & CO.
- JPMorgan Chase Bank, National Association
- Lloyds Banking Group PLC
- Mayor and City Council of Baltimore
- NextEra Energy Resources, LLC
- Our Land, Our Lives
- Petroleum Geo-Services, Inc.
- PlainsCapital Corp.
- Rackspace Hosting Inc
- Rotatable Technologies LLC
- Royal Bank of Canada
- Schlumberger Technology Corp
- Sierra Club
- Texas Instruments Inc
- The Bank of Tokyo-Mitsubishi UFJ, LTD.
- The Norinchukin Bank
- The Royal Bank of Scotland Group PLC
- UBS AG
- United States Environmental Protection Agency
- WestDeutsche ImmobilienBank AG
- WESTLB AG

## **Major Luminant Counterparties**

- ADM Investor Services, Inc.
- AEP Energy Partners, Inc.
- Alpha Coal Sales Co., LLC
- American Wind Power Center
- AmeriPower, LLC
- Arch Coal Sales Company, Inc.
- Areva Enrichment Services LLC

- Areva NC Inc.
- Arrowhead Operating, Inc.
- Atmos Energy Corporation
- Atmos Pipeline - Texas, a Division of
- Barclays Bank PLC
- Beneficial Power, LLC
- BNP Paribas Energy Trading GP
- BNSF Railway Company - Coal
- Bobcat Bluff Wind Project, LLC
- BP Energy Company
- Brazos Electric Power Cooperative
- Brazos Wind LP
- Brilliant Energy, LLC
- Buckskin Mining Company
- Calpine Energy Services, L.P.
- Cameco, Inc.
- Cargill Power Markets, LLC
- Cargill, Incorporated
- CenterPoint Energy Services,  Inc.
- Chesapeake Energy Marketing, Inc.
- Chevron Natural Gas, a div. of Chevron
- Citibank, N.A
- Citigroup Energy Inc.
- City of Garland
- Clearview Electric, Inc.
- Cloud Peak Energy Resources LLC
- ConocoPhillips Company
- ConverDyn
- Credit Suisse Energy LLC_D
- Credit Suisse International
- DB Energy Trading LLC
- Delek Refining, Ltd.
- Deutsche Bank AG
- Devon Gas Services, L.P.
- DeWind Frisco, LLC
- DTE Energy Trading, Inc.
- EDF Trading North America, LLC
- Electric Reliability Council of Texas
- Energy America LLC
- Energy Transfer Fuel, LP
- Enterprise Products Operating LLC
- Enterprise Texas Pipeline LLC
- ETC Katy Pipeline, Ltd.
- ETC Marketing , Ltd. dba Energy Transfer
- Exelon Generation Company, LLC
- Flint Hills Resources, L.P.
- Forest Creek Wind Farm, LLC
- FPL Energy Pecos Wind I, LLC

20

- FPL Energy Pecos Wind II, LLC
- Freepoint Commodities LLC
- Goat Wind, LP
- Goldsmith, Texas, City of
- Gulf South Pipeline Company, LP
- Hill-Lake Gas Storage, L.P.
- Holcim (Texas) Limited Partnership
- Houston Pipe Line Company LP
- Hydrocarbon Exchange Corp.
- Iberdrola Renewables, LLC.
- Indian Mesa Wind Farm, LLC
- Infinite Electric, LLC
- ITOCHU Corporation
- J. Aron & Company
- J.P. Morgan Securities LLC
- JPMORGAN CHASE BANK, N.A.
- JPMorgan Ventures Energy Corp.
- Kansas City Southern Railway - Coal
- Kerrville Public Utility Board
- Kinder Morgan Texas Pipeline, LLC.
- Kode Novus I, LLC
- Kode Novus II, LLC
- LES
- Little Pringle 1, LLC
- Little Pringle 2, LLC
- Macquarie Energy, LLC
- Macquarie Futures USA LLC
- Merrill Lynch Capital Services, Inc.
- Merrill Lynch Commodities, Inc.
- Merrill Lynch Pierce, Fenner & Smith Inc.
- Morgan Stanley Capital Group, Inc.
- Morgan Stanley Capital Services, LLC
- Moss Bluff Hub Partners, L.P.
- Motiva Enterprises LLC
- Munich Re Trading Ltd
- Muscatine Power and Water
- Natural Gas Exchange, Inc.
- NextEra Energy Power Marketing, LLC
- Noble Americas Gas & Power Corp
- NRG Power Marketing LLC
- Oasis Pipeline, LP
- ONEOK Energy Services Company, L.P.
- Peabody CoalSales, LLC
- Peabody COALTRADE, LLC
- Phoenix Gas Pipeline Company
- PYCO Industries Inc.
- Rainbow Energy Marketing Corporation
- Ralls Wind Farm, LLC

- Roberts & Hammack Inc.
- Scurry County Wind II LLC
- Sequent Energy Management, L.P.
- Shell Energy North America (US), L.P.
- Snider Industries LLP
- Southwest Energy, L.P.
- STAR Electricity, Inc.
- Sun Coast Resources, Inc.
- Sweetwater Wind Power LLC
- Swiss Re Risk Solutions Corporation
- Targa Gas Marketing LLC
- TENAM
- Tenaska Marketing Ventures
- Tenaska Power Services Co.
- TENEX
- Texas Big Spring, L.P.
- Texla Energy Management, Inc.
- Tony C. Marsh d/b/a Mamo Enterprises
- Total Gas & Power North America, Inc.
- Trafigura AG
- Trent Wind Farm L.P.
- Truman Arnold Companies
- Twin Eagle Resource Management, LLC
- United States Enrichment Corp. (USEC)
- UrAsia
- Urenco Enrichment Company Limited
- Valero Texas Power Marketing, Inc.
- Vitol Inc.
- Washington Gas Energy Services, Inc.
- West Texas Municipal Power Agency
- Westinghouse Electric Company
- WM Renewable Energy, LLC
- Worsham Steed Gas Storage, L.P.
- WPX Energy Marketing, LLC.

**Noteholder**

- North American Coal Royalty Company

**Professionals**

- Armstrong & Associates
- Baker Botts
- Balch & Bingham
- Beirne Maynard
- Beveridge & Diamond
- Blackstone Advisory Partners L.P.

- Bracewell & Giuliani
- Brandley Arant Boult Cummings
- Brown & James
- Burford & Ryburn
- Capstone Advisory Group, LLC
- Centerview Partners LLC
- Citigroup Global Markets, Inc.
- Concentric Energy Advisors
- Deans & Lyons
- Deloitte & Touche
- Deutsche Bank Securities, Inc.
- Duggins Wren
- Edward M. Shack
- Enoch Kever
- Epiq Bankruptcy Solutions
- Ernst & Young LLP
- Estes Okon Thorne Carr
- Evercore Group
- Filsinger Energy Partners
- Fish & Richardson
- Gibson Dunn & Crutcher
- Goldberg, Godles
- Gruber Hurst
- Gus, Dan
- Haley Olson
- Hawkins Parnell
- Haynes & Boone
- Houlihan Lokey Capital, Inc.
- Hudson Cook
- Hunton & Williams
- Husch Blackwell
- ICF Resources, LLC (Apollo)
- Ireland Carroll & Kelley
- J.P. Morgan Securities LLC
- Jackson Kelly
- Jackson Sjoberg
- Jackson Walker
- John Sherwood
- K&L Gates
- Kaye Scholer
- Kelly Hart & Hallman
- Kirkland & Ellis
- KPMG
- LeClair Ryan
- Lillard Wise
- Littler Mendelsohn
- Locke Lord
- Loop Capital Markets LLC

- Lynn, Lam and Phillips
- Mayer Brown
- McDermott Will & Emery LLP
- McGivney & Kluger
- McGlinchey Stafford
- Miles & Stockbridge
- Miller Buckfire & Co, LLC
- Millstein & Co.
- Moelis & Company LLC (Apollo)
- Morgan Lewis & Bockius
- Navigant Consulting, Inc.
- Ogletree Deakins
- Perella Weinberg Partners (Fidelity)
- Peter J. Solomon Company
- Pillsbury Winthrop
- PricewaterhouseCoopers LLP
- Prickett, Jones
- Reed Smith
- Robert Furr
- Rothschild Inc.
- SAIC Energy, Environment & Infrastructure LLC
- Sidley Austin
- Simpson Thatcher
- Skadden Arps
- Slover & Loftus
- Sponsors Professionals:
- Stratus Energy Group
- Strook & Strook
- Susman Godfrey
- Sutherland
- Swetman Baxter Massenburg
- TCEH First Lien Professionals:
- The Williams Capital Group, L.P.
- Thomas Long
- Thompson & Knight
- Towers Watson
- Vinson & Elkins
- Walker Sewell
- Winstead
- Winston & Strawn
- Zolfo Cooper, LLC

## **Significant Customers**

- Alcoa
- Barclay Bank PLC
- BP Energy
- Citigroup Energy, Inc

- Credit Suisse Energy LLC
- DB Energy Trading
- EDF Trading North America, LLC
- ERCOT (Electric Reliability Counsel of Texas)
- Federal Deposit Insurance Corp. (FDIC)
- J Aron  Company
- Natural Gas Exchange Inc
- NextEra Energy Power Marketing
- Shell Energy
- Valero Texas Power Marketing, Inc.

## Significant Water Contracts

- BRA (New Granbury Agreement) Contract from Lake Granbury & Possum Kingdom
- BRA Contract (Trade with HL&P) from Possum Kingdom
- City of Dallas - Longterm Contract Water from Lake Fork
- City of Dallas - Short Term Contract Water from Lake Fork
- Contract with Northeast Texas Municipal Water District from Lake Bob Sandlin
- Contract with the Brazos River Authority
- Contract with Titus County Freshwater Supply District
- Contract with Titus County Freshwater Supply District (O&M)
- Tarrant Regional Water District Contract
- Titus County Freshwater Supply District from Lake Bob Sandlin
- Trinity River Authority Contract

## TCEH 1st Lien Holders

- 1776 CLO I
- 2367 WESTERN ASSET MANAGEMENT  HIGH INCOME PORTFOLIO INC
- 2497 - PIMCO INCOME STRATEGY FUND I  I
- 3023 - VRS BANK LOAN PORTFOLIO  (WESTERN ASSET MANAGEMENT)
- 3I DEBT MANAGEMENT
- 3i Debt Management US LLC
- ABCLO 2007-1 LTD  (ALLIANCE BERNSTEIN)
- ABERDEEN ASSET MANAGEMENT
- ABERDEEN LOAN FUNDING, LTD.  (HIGHLAND CAPITAL)
- ACA CLO 2005-1, LIMITIED
- ACA CLO 2006-1, LIMITIED
- ACA CLO 2006-2 LTD
- ACA CLO 2007-1 LTD
- ACIS CLO 2013 2 LTD
- ACP MASTER, LTD  (AURELIUS CAPITAL MANAGEMENT, LP)
- ADVANCED SERIES TRUST - AST HIGH  YIELD PORTFOLIO (JP MORGAN ASSET MANAGEMENT-CINCINNATI)
- ADVANCED SERIES TRUST AST JP MORGAN  GLOBAL THEMATIC PORTFOLIO
- ADVANCED SERIES TRUST: AST  J.P. MORGAN STRATEGIC OPPORTUNITIES PORTFOLIO (JPMORGAN ASSET MANAGEMENT)
- Advent Capital Management

- ADVENT GLOBAL OPPORTUNITY  MASTER FUND, THE
- AEGON CUSTODY BV RE MM HIGH YIELD  FUND (WELLINGTON MANAGEMENT COMPANY LLP)
- AEH CB LP
- AFR - FIDELITY ADVISOR SERIES I:  FIDELITY ADVISOR FLOATING RATE HIGH INCOME FUND(FIDELITY)
- AG CENTRE STREET PARTNERSHIP LP
- AG DIVERSIFIED CREDIT STRATEGIES  MASTER, L.P. (ANGELO GORDON)
- AG GLOBAL DEBT STRATEGY PARTNERS,  L.P. (ANGELO GORDON)
- AG SUPER FUND INTERNATIONAL  PARTNERS LP(ANGELO GORDON)
- AIMCO CLO SERIES 2005-A  (ALLSTATE LIFE INSURANCE COMPANY)
- AIMCO CLO SERIES 2006-A
- Aladdin Capital
- ALDEN GLOBAL ADFERO BPI FUND LTD
- ALDEN GLOBAL DISTRESSED  OPPORTUNITIES MASTER FUND LP
- ALLIANCEBERNSTEIN L.P.
- ALLSTATE LIFE INSURANCE
- ALZETTE EUROPEAN CLO S.A.  (INVESCO SENIOR SECURED MGMT,INC)
- AMERICAN FUNDS INSURANCE SERIES - B  FUND
- AMERICAN FUNDS INSURANCE SERIES  HIGH INCOME BOND FUND
- AMERICAN HEALTH LIFE INSURANCE COMP
- AMERICAN HIGH-INCOME TRUST
- AMERIPRISE CERTIFICATE COMPANY
- AMERIPRISE FINANCIAL INC.
- AMUNDI ALTERNATIVES ADVENT  GLOBAL OPPORTUNITY MASTER FUND
- ANCHORAGE CAPITAL MASTER OFFSHORE L  TD
- ANCHORAGE CAPITAL, L.L.C
- ANDROMEDA GLOBAL CREDIT FUND LTD
- ANGELO, GORDON AND CO
- ANS US HOLDINGS LTD
- APIDOS CDO I
- APIDOS CDO II
- APIDOS CDO III
- APIDOS CDO IV
- APIDOS CDO V
- APIDOS CINCO CDO
- APIDOS QUATTRO CDO  (FKA APIDOS QUATTRO CDO)
- APOLLO CENTRE STREET PARTNERSHIP LP
- APOLLO CREDIT FUNDING I LTD  (FKA)STONE TOWER CREDIT FUNDING I LTD
- APOLLO CREDIT OPPORTUNITY FUND  III LP
- APOLLO FRANKLIN PARTNERSHIP  LP
- APOLLO GLOBAL MANAGEMENT
- APOLLO SPECIAL OPPORTUNITIES  MANAGED ACCOUNT, L.P. (APOLLO CAPITAL)
- APOLLO SPN INVESTMENTS I CREDIT LLC
- ARCH INVESTMENT HOLDINGS IV LTD
- ARCH REINSURANCE LTD.  (OAKTREE CAPITAL MANAGEMENT, L.P.)
- ARES INSTITUTIONAL LOAN FUND BV
- Ares Management, LLC

- ARES STRATEGIC INVESTMENT PARTNERS  III LP (ARES MANAGEMENT)
- ARES STRATEGIC INVESTMENT PARTNERS  LTD(ARES STRATEGIC INVESTMENT MGMT,LLC)
- ARES XII CLO LTD
- ARES XXII CLO LTD  (FKA CLYDESDALE CLO 2007 LTD)
- ARIZONA STATE RETIREMENT SYSTEM  (CREDIT SUISSE ALTERNATIVE CAPITAL,INC)
- ARROWGRASS
- ARROWGRASS DISTRESSED OPPORTUNITIES  FUND LIMITED (ARROWGRASS CAPITAL PARTNERS LLP)
- ARROWGRASS MASTER FUND LTD
- ARROWOOD INDEMNITY COMPANY  (INVESCO SENIOR SECURED MANAGEMENT INC)
- ARROWOOD INDEMNITY COMPANY AS  ADMINISTRATOR FOR THE PENSION PLAN OF ARROWOOD INDEMNITY COMPANY(INVESCO)
- ARTIO GLOBAL HIGH INCOME FUND  FKA JULIUS BAER GLOBAL HIGH INCOME FUND
- ARTIO GLOBAL HIGH INCOME FUND LLC  (FORMERLY JULIUS BAER INSTITUTIONAL GLOBAL HIGH INCOME FUND) (ARTIO GLOBAL MANAGEMENT LLC)
- ARTIO GLOBAL HIGH INCOME GROUP  TRUST FUND (FORMERLY JULIUS BAER GLOBAL HIGH GROUP TRUST FUND) ((ARTIO GLOBAL MANAGEMENT LLC))
- ARTIO GLOBAL MANAGEMENT
- ASCENSION HEALTH
- ASSOCIATED BRITISH FOODS PENSION  SCHEME
- ATRIUM III
- ATRIUM IV  (CREDIT SUISSE ASSET MANAGER)
- ATRIUM V
- AUCARA HEIGHTS INC
- AURELIUS CAPITAL
- AURELIUS CAPITAL MASTER,LTD  (AURELIUS CAPITAL MANAGEMENT ,LP)
- AURELIUS OPPORTUNITIES FUND II, LLC  (AURELIUS CAPITAL MANAGEMENT LP)
- AUSTRALIANSUPER
- AVENUE CAPITAL GROUP
- AVENUE CAPITAL MANAGEMENT
- AVENUE CLO FUND, LTD  (AVENUE)
- AVENUE CLO II, LTD  (AVENUE)
- AVENUE CLO III, LTD  (AVENUE)
- AVENUE INVESTMENTS, LP
- BA/CSCREDIT 1 LLC  (CREDIT SUISSE ALTERNATIVE CAPITAL,INC)
- BABSON CAPITAL EUROPE
- BABSON CAPITAL LOAN STRATEGIES  MASTER FUND, L.P. DBA LOAN STRATEGIES FUNDING LLC (BABSON CAPITAL)
- BABSON CAPITAL MANAGEMENT
- BAKER STREET CLO II LTD
- BAKER STREET FUNDING CLO 2005-I LTD
- BALC - BALLYROCK CLO II LIMITED  (FIDELITY)
- BANK OF AMERICA FUND
- BANK OF AMERICA NA
- BANK OF AMERICA, N.A.
- BAPTIST FOUNDATION OF TEXAS
- BARCLAYS BANK PLC

- BARCLAYS BANK PLC(NEW YORK BRANCH)
- BARCLAYS BANK PLC-CAYMAN ISLAND  BRANCH
- BATTALION CLO 2007-I LTD  (BRIGADE CAPITAL MANAGEMENT, LLC)
- BATTERY PARK HIGH YIELD  OPPORTUNITY STRATEGIC FUND LTD
- BATTERY PARK HIGH YIELD LONG SHORT  FUND LTD
- BATTERY PARK HIGH YIELD OPPORTUNITY  MASTER FUND, LTD
- BAYCARE HEALTH SYSTEM
- BEACH POINT CAPITAL
- BEACH POINT DISTRESSED MASTER FUND  LP
- BEACH POINT LOAN MASTER FUND, LP  F/K/A POST LEVERAGED LOAN MASTER FUND, LP (BEACH POINT CAPITAL)
- BEACH POINT SCF 1 LP
- BEACH POINT SCF IV LLC
- BEACH POINT SELECT MASTER FUND LP
- BEACH POINT STRATEGIC MASTER FUND  LP (F/K/A POST STRATEGIC MASTER FUND LP)
- BEACH POINT TOTAL RETURN MASTER  FUND LP(FKA)POST TOTAL RETURN MASTER FUND LP) (BEACH POINT CAPITAL)
- BEACHPOINT SCF MULTI PORT LP
- BELL ATLANTIC MASTER TRUST
- BENEFIT STREET CREDIT ALPHA MASTER  FUND LTD
- BENEFIT STREET STRATEGIC  FUND LIMITED
- BENNETT MANAGEMENT
- BENNETT OFFSHORE RESTRUCTURING  FUND INC
- BENNETT RESTRUCTURING FUND LP
- BENTHAM WHOLESALE GLOBAL INCOME  FUND (FKA CREDIT SUISSE GLOBAL HYBRID INCOME FUND)
- BENTHAM WHOLESALE SYNDICATED LOAN  FUND (FKA CREDIT SUISSE SYNDICATED LOAN FUND)(CREDIT SUISSE ALTERNATIVE CAPITAL INC)
- BETA EQUITIES, INC.
- BIG RIVER GROUP FUND SPC LIMITED  (BRIGADE CAPITAL MANAGEMENT LLC)
- BILL & MELINDA GATES FOUNDATION  TRUST
- BIRCH CAPITAL FUND SPC LIMITED  BOND SEGREGATED PORTFOLIO
- BIS POSTAL SERVICES ACT 2011  COMPANY LIMITED
- BLACK DIAMOND CAPITAL
- BLACK DIAMOND CLO 2005-2 LTD FKA  383 MADISON FUNDING(BLACK DIAMOND CAPITAL MGMT)
- BLACKROCK DEBT STRATEGIES FUND INC
- BLACKROCK DEFINED OPPORTUNITY  CREDIT TRUST
- BLACKROCK FINANCIAL
- BLACKROCK FLOATING RATE INCOME  STRATEGIES FUND INC (BLACKROCK)
- BLACKROCK FLOATING RATE INCOME  TRUST
- BLACKROCK FUNDS II BLACKROCK  FLOATING RATE INCOME PORTFOLIO (BLACKROCK FINANCIAL MANAGEMENT)
- BLACKROCK GLOBAL INVESTMENT SERIES:  INCOME STRATEGIES PORTFOLIO
- BLACKROCK LIMITED DURATION INCOME T
- BLACKROCK SECURED CREDIT PORTFOLIO  OF BLACKROCK FUNDS II
- BLACKROCK SENIOR FLOATING RATE PORT  FOLIO

- BLACKSTONE DEBT ADVISORS
- BLACKSTONE SPECIAL FUNDING(IRELAND)
- BLT 2009-1, LTD.
- BLT 24 LLC
- BLT 27 LLC
- BLT 33 LLC
- BLT 36 LLC  CREDIT SUISSE CAPITAL LLC
- BLT 42 LLC
- BLT 8 LLC
- BLT I LLC
- BLUE CRESCENT FUND, L.P.  (KINGSLAND CAPITAL MANAGEMENT,LLC)
- BLUE FALCON LIMITED
- BLUECREST CAPITAL
- BLUECREST CAPITAL INTERNATIONAL  MASTER FUND LIMITED
- BLUECREST MULTI STRATEGY  CREDIT MASTER FUND LIMITED
- BOC PENSION INVESTMENT FUND
- BOEING COMPANY EMPLOYEE RETIREMENT  PLANS MASTER TRUST INVESTMENT CONTROL POOL
- BOSTON HARBOR CLO 2004-1  (PUTNAM)
- BOSTON INCOME PORTFOLIO
- BPC OPPORTUNITIES FUND LP
- BRENTWOOD CLO LTD  (HIGHLAND CAPITAL MANAGEMENT)
- BREVAN HOWARD CREDIT CATALYSTS  MASTER FUND LIMITED (BREVAN HOWARD ASSET MANAGEMENT LLP)
- BREVAN HOWARD MASTER FUND LIMITED  (BREVAN HOWARD ASSET MANAGEMENT LLP)
- BRF SENIOR INCOME LP  (BENNET MANAGEMENT CORPORATION)
- BRIGADE CAPITAL
- BRIGADE CREDIT FUND II, LTD.  (BRIGADE CAPITAL MGMT)
- BRIGADE DISTRESSED VALUE MASTER  FUND LTD(BRIGADE CAPITAL MANAGEMENT LLC))
- BRIGADE LEVERAGED CAPITAL  STRUCTURES FUND, LTD.(BRIGADE CAPITAL MANAGEMENT,LLC)
- BRIGADE OPPORTUNISTIC CREDIT  LBG FUND LTD
- BRIGADE OPPORTUNISTIC CREDIT FUND  16 LLC
- BRIGADE OPPORTUNISTIC CREDIT FUND  ICL LP
- BROAD STREET FUNDING LLC  (GSO/BLACKSTONE DEBT FUNDS MANAGEMENT LLC)
- BROOKFIELD INVESTMENT
- BTG PACTUAL GLB ASSET MGT
- BTG Pactual Global Asset Management
- BUSHNELL LOAN FUND II SUBSIDIARY  HOLDING COMPANY II, LLC
- CALIFORNIA PUBLIC EMPLOYEES  RETIREMENT SYSTEM
- CALIFORNIA PUBLIC EMPLOYEES  RETIREMENT SYSTEM (#SW7Y) - NOMURA
- CALIFORNIA STATE TEACHERS  RETIREMENT SYSTEM
- CALIFORNIA STATE TEACHERS  RETIREMENT SYSTEM
- CALLIDUS DEBT PARTNERS CLO FUND III  (GSO/BLACK STONE DEBT FUNDS MANAGEMENT LLC)
- CANARAS CAPITAL

29

- CANARAS SUMMIT CLO LIMITED
- CANDLEWOOD CREDIT VALUE MASTER  FUND II LP
- CANDLEWOOD INVESTMENT
- CANDLEWOOD SPECIAL SITUATIONS   MASTER FUND LTD
- CAPITAL RESEARCH
- CAPITAL VENTURES INTERNATIONAL
- CARL MARKS MANAGEMENT
- CARL MARKS STRATEGIC INVESTMENTS  L.P. (CARL MARKS)
- CARLYLE AZURE CLO LTD  (FKA STANFIELD AZURE CLO LTD)(CARLYLE INVESTMENT MANAGEMENT LLC)
- CARLYLE BRISTOL CLO LTD  (FKA STANFIELD BRISTOL CLO, LTD)(CARLYLE INVESTMENT MANAGEMENT LLC)
- CARLYLE DAYTONA CLO LTD  (FKA STANFIELD DAYTONA CLO LTD)(CARLYLE INVESTMENT MANAGEMENT LLC)
- CARLYLE HIGH YIELD PARTNERS IX, LTD  (CARLYE PARTNERS)
- CARLYLE HIGH YIELD PARTNERS VII LTD  (CARLYLE)
- CARLYLE HIGH YIELD PARTNERS VIII. L
- CARLYLE HIGH YIELD PARTNERS X LTD
- CARLYLE INVESTMENT
- CARLYLE MCLAREN CLO LTD  (FKA STANFIELD MCLAREN CLO LTD)(CARLYLE INVESTMENT MANAGEMENT LLC)
- CARLYLE VEYRON CLO LTD  (FKA STANFIELD VEYRON CLO LTD)(CARLYLE INVESTMENT MANAGEMENT LLC)
- CARVAL INVESTORS, LLC
- CASPIAN CAPITAL LP
- CASTLE GARDEN FUNDING  (CREDIT SUISSE ASSET MANAGER)
- CASTLE HILL ASSET
- CASTLE HOLDINGS TRUST 1
- CASTLE HOLDINGS TRUST 2
- CASTLERIGG MASTER INVESTMENT LTD  C/O SANDELL ASSET MGT CORP
- CCP ACQUISITION HOLDINGS
- CCP CREDIT ACQUISITION HOLDINGS LLC
- CELF ADVISORS LLP
- CENT CDO 10 LIMITED
- CENT CDO 12 LTD
- CENT CDO 14 LTD
- CENT CDO 15 LTD
- CENT CDO XI LIMITED
- CENTERBRIDGE GROUP
- CENTERBRIDGE SPECIAL CREDIT  PARTNERS II LP
- CENTERBRIDGE SPECIAL CREDIT  PARTNERS L.P(CENTERBRIDGE CREDIT ADVISORS LLC)
- CENTRAL STATES, SOUTHEAST &  SOUTHWEST AREAS HEALTH AND WELFARE FUND (STONE HARBOR)
- CENTRAL STATES, SOUTHEAST &  SOUTHWEST AREAS PENSION FUND (OAKTREE)(OAKTREE CAPITAL MANAGEMENT, L.P.)
- CENTURION CDO 8, LIMITED
- CENTURION CDO 9 LIMITED

- CETUS CAPITAL, LLC
- CFIM HYBRID TRI-ASSET FUND  (JPMORGAN ASSET MANAGEMENT-CINCINNATI)
- CHI OPERATING INVESTMENT  PROGRAM L P
- CHILDRENS HEALTHCARE OF ATLANTA INC  (INVESCO SENIOR SECURED MANAGEMENT INC)
- CHRYSLER LLC MASTER RETIREMENT  TRUST (OAKTREE)(OAKTREE CAPITAL MANAGEMENT, L.P.)
- CIFC ASSET MANAGEMENT
- CITADEL INVESTMENT GROUP
- CITADEL SECURITIES TRADING LLC  (CITADEL SECURITIES)
- CITIBANK HOLD  (SLT)
- CITIBANK-DISTRESSED  SECONDARY
- CITIGROUP FINANCIAL PRODUCTS INC  (FKA SALOMON BROTHERS HOLDING CO INC)
- CITIGROUP GLOBAL MARKETS
- CITIGROUP PENSION PLAN
- CITY OF NEW YORK GROUP TRUST  (FKA WELLS CAPITAL MANAGEMENT 25464400)
- CLF FINANCE COMPANY LLC
- Clinton Group
- CLOVER1 LOAN FUNDING LLC
- CLUB  PENSION PLAN (FKA AUTOMOBILE  CLUB OF SOUTHERN CALIFORNIA PENSION PLAN)(OAKTREE CAPITAL MANGEMENT  L P))
- CLYDESDALE CLO 2003 LTD  (NOMURA)
- CO MOORE LP
- COA CAERUS CLO LTD.  FKA APIDOS CDO VI (FRASER SULLIVAN)
- COF II ST LLC
- COLUMBIA FUNDS SERIES TRUST II  COLUMBIA FLOATING RATE FUND(COLUMBIA MANAGEMENT INVESTMENT ADVISORS LLC)
- COLUMBIA FUNDS VARIABLE SERIES  TRUST II VARIABLE PORTFOLIO EATON VANCE FLOATING RATE INCOME FUND
- COLUMBIA MANG INV ADV LLC
- COLUMBIA STRATEGIC INCOME FUND
- COLUMBIA STRATEGIC INCOME FUND  VARIABLE SERIES
- COMMINGLED PENSION TRUST FUND  (HIGH YIELD) OF JPMORGAN CHASE BANK, N.A.(FKA : - COMMINGLED PENSION TRUST FUND (HIGH YIELD BOND) OF JPMC BANK NA)
- COMMONWEALTH OF PENNSYLVANIA  STATE EMPLOYEES RETIREMENT SYSTEM (STONE HARBOR)
- COMMONWEALTH OF PENNSYLVANIA  TREASURY DEPARTMENT(CREDIT SUISSE ALTERNATIVE CAPITAL,INC)
- CONFLUENT 2 LIMITED
- CONFLUENT 4 LIMITED  (LOOMIS SAYLES)
- CONNING ASSET MANAGEMENT
- CONOCOPHILLIPS MASTER TRUST  (STONE HARBOR)
- Constellation Capital
- CONSUMER PROGRAM ADMINISTRATORS  INC
- CONTRARIAN FUNDS LLC
- CONTRARIAN FUNDS, LLC
- CORNELL UNIVERSITY

- CORPORATE DEBT OPPORTUNITIES FUND  LIMITED PARTNERSHIP (MARATHON ASSET MANAGEMENT, LP)
- CORTLAND CAPITAL MARKET
- Credit Capital
- CREDIT SUISSE
- CREDIT SUISSE ALTERNATIVE
- CREDIT SUISSE CI BRANCH
- CREDIT SUISSE DOLLAR SENIOR LOAN  FUND LTD.
- CREDIT SUISSE FLOATING RATE HIGH   INCOME FUND(FKA CREDIT SUISSE HIGH INCOME FUND)(CREDIT SUISSE ASSET MANAGEMENT LLC(CSAM))
- CREDIT SUISSE LOAN FUNDING LLC
- CREDIT SUISSE STRATEGIC INCOME FUND
- CREDIT VALUE MASTER FUND III LP
- CREDIT VALUE PARTNERS DISTRESSED  DURATION MASTER FUND LP
- CREDIT VALUE PARTNERS LP
- CRESCENT 1, L.P.
- CRESCENT ALTERNATIVE CREDIT  PARTNERS LP(FKA TCW ABSOLUTE RETURN CREDIT FUND LP)
- CRESCENT CAPITAL GROUP LP
- CRESCENT SENIOR SECURED FLOATING  RATE LOAN FUND LLC (FKA TCW SENIOR SECURED FLOATING RATE LOAN FUND LP)
- CRS MASTER FUND LP
- CSAA INSURANCE EXCHANGE  (FKA AAA NORTHERN CALIFORNIA NEVADA AND UTAH INSURANCE EXCHANGE)
- CVC CREDIT PARTNERS
- CVF LUX SECURITIES TRADING S A R L  (CARVAL INVESTORS LLC)
- CVI CVF II LUX SECURITIES TRADING  SARL
- CVI GVF CLO 1 LTD  (CARVAL INVESTORS LLC)
- CVIC II LUX SECURITIES TRADING SARL
- CVIC LUX SECURITIES TRADING SARL
- CWD OC 522 MASTER FUND LTD
- CYRUS CAPITAL PARTNERS
- CYRUS OPPORTUNITIES MASTER FUND II  F/K/A/ OZF CREDIT OPP. MASTER FUND II
- CYRUS SELECT OPPORTUNITIES MASTER  FUND LTD (CYRUS CAPITAL PARTNERS LP)
- DBSO LTD CDO CORP
- DCF CAPITAL LLC
- DCF PARTNERS LP
- DELAWARE CORPORATE BOND FUND A SERI  DELAWARE GROUP INCOME FUNDS
- DELAWARE DIVERSIFIED INCOME TRUST
- DELAWARE GROUP FOUNDATION FUNDS  DELAWARE CONSERVATIVE ALLOCATION PORTFOLIO
- DELAWARE GROUP FOUNDATION FUNDS  DELAWARE MODERATE ALLOCATION PORTFOLIO (DELAWARE INVESTMENTS)
- DELAWARE GROUP INCOME FUNDS -  DELAWARE DIVERSIFIED FLOATING RATE FUND (DELAWARE INVESTMENTS)
- DELAWARE GROUP INCOME FUNDS  DELAWARE HIGH-YIELD OPPORTUNITIES FUND
- Delaware Investments
- DELAWARE POOLED TRUST - THE CORE PL  FIXED INCOME PORTFOLIO

- DELAWARE VIP TRUST - DE VIP HIGH  YIELD SERIES
- DELAWARE VIP TRUST - DELAWARE VIP  LIMITED-TERM DIVERSIFIED INCOME SERIES (DELAWARE INVESTMENTS)
- Deutsche Asset Mang-SYND
- Deutsche Bank
- Deutsche Bank - FM
- DEUTSCHE BANK AG LONDON BRANCH  (DEUTSCHE)
- DEUTSCHE BANK AG NEW YORK BRANCH
- DEUTSCHE BANK AG, CAYMAN ISLANDS BR  (DEUTSCHE)
- DIMAIO AHMAD CAPITAL, LLC
- DIVERSIFIED CREDIT PORTFOLIO LTD.  (INVESCO SENIOR SECURED MGMT,INC)
- DK ACQUISITION PARTNERS
- DOW RETIREMENT GROUP TRUST  (FKA DOW EMPLOYEES PENSION PLAN)
- DRAWBRIDGE INVESTMENT LIMITED
- DRAWBRIDGE SPECIAL OPPORTUNITIES  FUND LP(FORTRESS INVESTMENT GROUP LLC)
- DRAWBRIDGE SPECIAL OPPORTUNITIES  FUND LTD (FORTRESS INVESTMENT)
- DUANE STREET CLO 1, LTD  (DIMAOP AHMAD)
- DUANE STREET CLO II, LTD
- DUANE STREET CLO III LTD
- DUANE STREET CLO IV LTD
- DW INVESTMENT MGT LP
- EASTLAND CLO, LTD.
- Eaton Vance
- Eaton Vance High Yield
- EATON VANCE INSTITUTIONAL SENIOR LO FUND (EATON VANCE)
- EATON VANCE INTERNATIONAL  (CAYMAN ISLANDS) FLOATING-RATE INCOME PORTFOLIO(FKA EATON VANCE MEDALLION FLOATING-RATE INCOME PORTFOLIO)
- EATON VANCE LIMITED DURATION INCOME  FUND (EATON VANCE)
- EATON VANCE SENIOR FLOATING-RATE TR  (EATON VANCE)
- EATON VANCE SENIOR INCOME TRUST  (EATON VANCE)
- EATON VANCE SHORT DURATION  DIVERSIFIED INCOME FUND (EATON VANCE)
- EATON VANCE VT FLOATING-RATE  INCOME FUND (EATON VANCE)
- EATON VANCE-FLOATING RATE INCOME TR  (EATON VANCE)
- ELLIOTT ASSOCIATES LP  (ELLIOTT INTERNATIONAL CAPITAL ADVISORS INC)
- ELLIOTT ASSOCIATES, L.P.
- ELLIOTT INTERNATIONAL LP  (ELLIOTT INTERNATIONAL CAPITAL ADVISORS INC)
- ELLIS LAKE CAPITAL LLC
- ELLIS LAKE MASTER FUND LP
- EMERSON PLACE CLO LTD
- EMPLOYEES' RETIREMENT FUND OF THE  CITY OF DALLAS (OAKTREE CAPITAL MANAGEMENT,LP))
- ENERGY FUTURE HOLDINGS CORP
- ENERGY FUTURE HOLDINGS CORP (FKA  TXU CORP) (ENERGY FUTURE HOLDINGS CORP)
- ENSIGN PEAK ADVISORS INC
- EQUITY GROUP INVESTMENTS
- ESSEX PARK CDO LTD

- FCO MA CENTRE STREET LP
- FCO MA II UB SECURITIES LLC  (DRAWBRIDGE SPECIAL OPPORTUNITIES FUND)
- FCO MA III UB SECURITIES LLC  FCO MA III LP
- FCO MA LSS LP  ((DRAWBRIDGE SPECIAL OPPORTUNITIES FUND))
- FCO MA MAPLE LEAF LP  (FORTRESS INVESTMENT GROUP LLC)
- FCO MA ML CORP  (FORTRESS INVESTMENT GROUP)
- FCO MA SC LP
- FCOF II UB INVESTMENTS LLC  (FORTRESS INVESTMENT GROUP LLC)
- FCOF II UB SECURITIES LLC  (DRAWBRIDGE SPECIAL OPPORTUNITIES FUND)
- FCOF II UST LLC  (FORTRESS INVESTMENT GROUP)
- FCOF III UB INVESTMENTS LLC
- FCOF UB INVESTMENTS LLC  (FORTRESS INVESTMENT GROUP LLC)
- FCOF UST LLC  (DRAWBRIDGE SPECIAL OPPORTUNITIES FUND)
- FEDEX CORPORATION EMPLOYEES PENSION  TRUST
- Feingold O`Keeffe
- FENWICK RECOVERY MASTER FUND, INC.   (SHENKMAN CAPITAL MANAGEMENT INC)
- FERNWOOD ASSOCIATES LLC
- FERNWOOD FOUNDATION FUND LLC
- FERNWOOD RESTRUCTURING LIMITED
- FGOY INVESTMENTS CORP
- FGOY SECURITIES LTD  (FORTRESS INVESTMENT GROUP LLC)
- FIDELITY CENTRAL INVESTMENT  PORTFOLIOS LLC FIDELITY FLOATING RATE CENTRAL FUND (FIDELITY)
- FIDELITY FLOATING RATE HIGH INCOME  INVESTMENT TRUST
- Fidelity Investments
- FIDELITY SUMMER STREET TRUST  FIDELITY SERIES FLOATING RATE HIGH INCOME FUND
- FIRST 2004-I CLO LTD.
- FIRST TRUST ADVISORS L.P.
- FIRST TRUST SENIOR FLOATING RATE  INCOME FUND II (FKA FIRST TRUST/FOUR CORNERS SENIOR FLOATING RATE INCOME FUND II)(FIRST TRUST ADVISORS LP)
- FIRST TRUST SENIOR LOAN FUND
- FIRST TRUST SHORT DURATION HIGH  INCOME FUND
- FIRST TRUST STRATEGIC HIGH INCOME  FUND II
- FIRST TRUST TACTICAL HIGH YEILD ETF  (FKA) FIRST TRUST HIGH YIELD LONG SHORT ETF
- FIRSTENERGY SYSTEM MASTER  RETIREMENT TRUST
- FLAGSHIP CLO IV  (DEUTSCHE ASSET MGMT)
- FLAGSHIP CLO V
- FLAGSHIP CLO VI  (DEUTSCHE ASSET MGMT)
- FONDS VOOR GEMENE REKENING  BEROEPSVERVOER (STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR HET BEROEPSVERVOER OVER DE WEG) (OAKTREE)
- FORE CLO LTD 2007-I
- FORE RESEARCH
- FORTRESS CREDIT OPPORTUNITIES I LP  (FORTRESS)
- FORTRESS ETXU LLC

- FORTRESS INVESTMENT
- FOUNDERS GROVE CLO LTD
- FRANKLIN CUSTODIAN FUNDS INC.  FRANKLIN INCOME FUND
- FRANKLIN FLOATING RATE
- FRANKLIN HIGH INCOME FUND(CANADA)
- FRANKLIN HIGH INCOME TRUST FRANKLIN  HIGH INCOME FUND
- FRANKLIN INSTITUTIONAL GLOBAL HIGH  YIELD
- FRANKLIN MUTUAL ADVISERS
- FRANKLIN MUTUAL ADVISERS LLC
- FRANKLIN TEMPLETON VARIABLE  INSURANCE PRODUCTS TRUST FRANKLIN HIGH INCOME SECURITIES FUND (FRANKLIN)
- FRANKLIN TEMPLETON VARIABLE  INSURANCE PRODUCTS TRUST FRANKLIN INCOME SECURITIES FUND
- FRANKLIN UNIVERSAL TRUST  (FRANKLIN ADVISERS INC)
- FRASER SULLIVAN CLO V LTD  (F/K/A COA CLO 2010-2 SUB CBNA LLC) (FRASER SULLIVAN INVESTMENT MANAGEMENT)
- FS INVESTMENT CORPORATION
- FTS SIP CORP  (DRAWBRIDGE SPECIAL OPPORTUNITIES FUND)
- FTS SIP L.P.  (DRAWBRIDGE SPECIAL OPPORTUNITIES FUND)
- FUTURE DIRECTIONS CREDIT  OPPORTUNITIES FUND
- FUTURE FUND BOARD OF GUARDIANS
- FUTURE FUND BOARD OF GUARDIANS  (ARES)
- FUTURE FUND BOARD OF GUARDIANS  (OAK HILL)
- GALAXY CLO 2003-1, LTD  (PINEBRIDGE INVESTMENTS LLC)
- GALLATIN CLO II 2005-1 LTD  (F/K/A GRAYSTON CLO 2001-1) (URSAMINE)
- GATEWAY CLO LIMITED  (FKA DUANE STREET CLO V LTD)
- GENERAL ELECTRIC PENSION TRUST
- GENERAL RETIREMENT SYSTEM OF THE  CITY OF DETROIT
- GFCID DELETED - JPMORGAN CORE PLUS   BOND FUND
- GIC PRIVATE LIMITED (FKA GOVERNMENT  OF SINGAPORE INVESTMENT CORPORATION PTE LTD)
- GLENEAGLES CLO LTD  (HIGHLAND)
- GMO
- GMO CREDIT OPPORTUNITIES FUND LP  (GMO)
- GMO MEAN REVERSION FUND(ONSHORE)
- GOLDEN KNIGHT II CLO, LTD
- Golden Tree
- GOLDENTREE LOAN OPPORTUNITIES III L  (GOLDENTREE)
- GOLDENTREE LOAN OPPORTUNITIES IV LT  (GOLDENTREE)
- GOLDENTREE LOAN OPPORTUNITIES V, LT  (GOLDENTREE)
- GOLDMAN SACHS CREDIT
- GOLDMAN SACHS LENDING PARTNERS LLC
- GOLDMAN SACHS TRUST II GOLDMAN  SACHS MULTI MANAGER ALTERNATIVES FUND
- GOODWIN CAPITAL ADVISERS
- GRAND HORN CLO LTD
- GRANITE BAY LONG/SHORT CREDIT  MASTER FUND LP (HIGHLAND CAPITAL MANAGEMENT LP)

- GRANT GROVE CLO LTD
- GRAYSON AND CO  (FKA EATON VA - GRAYSON & CO FUND)
- GRAYSON CLO LTD
- GREAT WEST PUTNAM HIGH YIELD BOND  FUND (FKA MAXIM PUTNAM HIGH YIELD BOND PORTFOLIO OF MAXIM SERIES FUND INC)
- GREENBRIAR CLO, LTD.  (HIGHLAND CAPITAL MANAGEMENT)
- GREYROCK CDO LTD  (SOUND HARBOR PARTNERS)
- GRUSS ASSET MANAGEMENT
- GRUSS GLOBAL INVESTORS MASTER  FUND, LTD.
- GRUSS GLOBAL INVESTORS MASTER FUND  (ENHANCED), LTD.
- GSC GROUP CDO FUND VIII LIMITED  (FKA GSC PARTNERS CDO FUND VIII LTD)
- GSC Partners
- GSC PARTNERS CDO FUND IV, LTD  (GSC PARTNERS)
- GSC PARTNERS CDO FUND V, LTD  (BLACK DIAMOND CAPITAL MANAGEMENT LLC)
- GSC PARTNERS CDO FUND VII, LTD
- GUARDIAN LOAN OPPORTUNITIES  LIMITED
- GUGGENHEIM PORTFOLIO CO X LLC  (MASON CAPITAL MANAGEMENT LLC)
- GULF STREAM - SEXTANT CLO 2006-I LT  (APOLLO GLOBAL MANAGEMENT LLC)
- GULF STREAM COMPASS CLO 2005-II, LT  (APOLLO GLOBAL MANAGEMENT LLC)
- GULF STREAM SEXTANT CLO 2007 1 LTD
- GULF STREAM-COMPASS CLO 2007 LTD  (APOLLO GLOBAL MANAGEMENT LLC)
- GULF STREAM-RASHINBAN CLO 2006-1 LT
- H.I.G. WHITEHORSE CAP LLC
- HALCYON LOAN INVESTORS CLO I LTD  ESTORS CLO I LTD
- HALCYON LOAN INVESTORS CLO II LTD  AN INVEST CLO II LIMITED
- HALCYON RESTRUCTURING
- HALCYON S.A.M. CLO 2008-II B.V.
- HALCYON S.A.M. EUROPEAN CLO 2007-1  B.V.
- HALCYON S.A.M. LS/SU 2007-1 LTD.  FKA HALCYON S.A.M. LS/SU CLO II LTD
- HALCYON S.A.M. LS/SU 2007-2 LIMITED
- HAMPTON FUNDING LLC
- HARBOURVIEW CLO 2006-I
- HARCH
- HARCH CLO II LIMITED  (HARCH CAPITAL MGMT)
- HARTFORD FLOATING RATE FUND, THE
- HARVEST CLO V PLC  (3I DEBT MANAGEMENT INVESTMENTS LIMITED)
- HAYMAN CAPITAL
- HAYMAN CAPITAL MASTER FUND LP
- HBK INVESTMENTS L.P.
- HBK MASTER FUND L.P.  (HBK)
- HELIOS ADVANTAGE INCOME FUND INC  (BROOKFIELD INVESTMENT MANAGEMENT INC)
- HELIOS HIGH INCOME FUND, INC  (BROOKFIELD INVESTMENT MANAGEMENT INC)
- HELIOS HIGH YIELD FUND  (FKA 40/86 STRATEGIC INCOME FUND)
- HELIOS MULTI SECTOR HIGH INCOME  FUND INC (BROOKFIELD INVESTMENT MANAGEMENT)
- HELIOS STRATEGIC INCOME FUND INC  (BROOKFIELD INVESTMENT MANAGEMENT INC)

- HEWETT'S ISLAND CLO II LTD
- HEWETTS ISLAND CLO VI LTD  (CIFC DEERFIELD)
- HEWITT ENNISKNUPP INC  (FKA AON INVESTMENT CONSULTING INC)(JPMORGAN CHASE)
- HFR RVA  ADVENT GLOBAL OPPORTUNITY  MASTER TRUST (ADVENT CAPITAL)
- HIGH INCOME OPPORTUNITIES PORTFOLIO  FKA HIGH INCOME PORTFOLIO
- HIGHBRIDGE CAPITAL
- HIGHBRIDGE INTERNATIONAL LLC
- HIGHBRIDGE PRINCIPAL STRATEGIES  CREDIT OPPORTUNITIES MASTER FUND LP
- HIGHLAND CAPITAL
- HIGHLAND CAPITAL MANG FM
- HIGHLAND CREDIT OPPORTUNITIES CDO L
- HIGHLAND FLOATING RATE  OPPORTUNITIES FUND
- HIGHLAND FLOATING RATE  OPPORTUNITIES FUND (FKA PYXIS FLOATING RATE OPPORTUNITIESFUND(PYXIS CAPITAL LP))
- HIGHLAND IBOXX SENIOR LOAN ETF  (FKA PYXIS IBOXX SENIOR LOAN ETF)
- HIGHLAND LOAN MASTER FUND LP
- HIGHLAND SPECIAL SITUATIONS FUND  (FKA PYXIS SPECIAL SITUATIONS FUND (PYXIS CAPITAL LP) )
- HIGHLANDER EURO CDO BV
- HIGHLANDER EURO CDO II BV
- HILLMARK CAPITAL
- HILLMARK FUNDING LTD
- HUGHESON LIMITED  (STONE HARBOR)
- IBM PERSONAL PENSION PLAN TRUST  (ING INVESTMENTS MANAGEMENT CO)
- IBM PERSONAL PENSION PLAN TRUST  (OAKTREE CAPITAL MANAGEMENT,L.P)
- IG PUTNAM U.S. HIGH YIELD INCOME  FUND (PUTNAM INVESTMENTS)
- IGCHYS - IG FI CANADIAN ALLOCATION  FUND (FIDELITY)
- ILLINOIS STATE BOARD OF INVESTMENT  (CRESCENT CAPITAL GROUP LP)
- INDUSTRIENS PENSION PORTFOLIO  FMBA HIGH YIELD OBLIGATIONER 1
- INDUSTRIENS PENSION PORTFOLIO  FMBA HIGH YIELD OBLIGATIONER III
- ING (L) FLEX-SENIOR LOANS  (FKA ING INTERNATIONAL (II) - SENIOR LOANS)
- ING Capital LLC
- ING CAPITAL LLC
- ING INVESTMENT MANAGEMENT CLO  II LTD
- ING INVESTMENT MANAGEMENT CLO III,  LTD. (ING INVESTMENTS)
- ING INVESTMENT MANAGEMENT CLO IV LT  (ING INVESTMENTS)
- ING INVESTMENT MANAGEMENT CLO V LTD  (ING INVESTMENTS)
- ING INVESTMENT TRUST CO. PLAN FOR  EMPLOYEE BENEFIT INVESTMENT FUNDS-SENIOR LOAN FUND (ING INVESTMENTS)
- ING INVESTMENTS
- ING PRIME RATE TRUST  (ING INVESTMENTS)
- INNOCAP FUND SICAV PLC IN RESPECT  OF MASON SUB FUND
- INNOCAP FUND SICAV PLC IN RESPECT  OF RUSSELL SUB FUND
- Intermarket Corporation
- INTERNATIONAL MONETARY FUND RETIRED  STAFF BENFITS INVESTMENT ACCOUNT (WR HUFF ASSET MANAGEMENT CO LLC)

- INTERNATIONAL MONETARY FUND STAFF  RETIREMENT PLAN (WR HUFF ASSET MANAGEMENT CO LLC)
- INTERNATIONAL PAPER COMPANY  COMMINGLED INVESTMENT GROUP TRUST (OAKTREE)(OAKTREE CAPITAL MANAGEMENT, L.P.)
- INTERNATIONAL PAPER COMPANY  COMMINGLED INVESTMENT GROUP TRUST(WELLINGTON MANAGEMENT COMPANY LLP)
- INVESCO DYNAMIC CREDIT  OPPORTUNITIES (FKA INVESCO VAN KAMPEN DYNAMIC CREDIT OPPORTUNITIES FUND)
- INVESCO FLOATING RATE FUND  (FKA AIM FLOATING RATE FUND)
- INVESCO SENIOR INCOME TRUST(FKA  INVESCO VAN KAMPEN SENIOR INCOME
- INVESCO SENIOR LOAN FUND(FKA  INVESCO KAMPEN SENIOR LOAN FUND
- INVESCO SENIOR SECURED
- INVESCO ZODIAC FUNDS-INVESCO US  SENIOR LOAN FUND(F/K/A INVESCO FUNDS III-INVESCO US SENIOR)
- INVESTORS CANADIAN HIGH YIELD  INCOME FUND(PUTNAM INVESTMENTS)
- IOWA PUBLIC EMPLOYEES RETIREMENT  SYSTEM
- IOWA PUBLIC EMPLOYEES' RETIREMENT  SYSTEM (IPERS) (OAKTREE CAPITAL MANAGEMENT, L.P.)
- IVY FUNDS VIP HIGH INCOME  FKA W&R TARGET FUNDS INC-HIGH INCOME PORTFOLIO (WADDELL)
- IVY HIGH INCOME FUND
- J. CAIRD INVESTORS (BERMUDA) L.P.  (WELLINGTON MGMT COMP)
- J. CAIRD PARTNERS, L.P.  (WELLINGTON MGMT COMP)
- J.P.M Whitefriars Inc.
- JANUS CAPITAL FUNDS PLC JANUS US  HIGH YIELD FUND
- Janus Capital Group
- JASPER CLO LTD  (HIGHLAND CAPITAL MANAGEMENT)
- JAWS CAPITAL, L.P.  (STARWOOD)
- JERSEY STREET CLO, LTD
- JHF II SHORT DURATION CREDIT  OPPORTUNITIES FUND (FKA JHF II MULTI SECTOR BOND FUND)
- JHF II-GLOBAL HIGH YIELD FUND  (STONE HARBOR INVESTMENT PARTNERS LP)
- JHYF 1 LOAN FUNDING LLC  CITIBANK NA, DBA (JEFFRIES HIGH YIELD)
- JOHN HANCOCK FUND II - FLOATING  RATE INCOME FUND(WESTERN ASSET MANAGEMENT)
- JOHN HANCOCK HEDGED EQUITY AND  INCOME FUND
- JP MORGAN LEVERAGED LOANS MASTER  FUND, LP (JP MORGAN ASSET MGMT)
- JP MORGAN WHITEFRIARS INC
- JPMBI RE BLACKROCK BANK LOAN FUND  (BLACKROCK FINANCIAL MANAGEMENT)
- JPMC RETIREMENT PLAN BRIGADE BANK  LOAN
- JPMORGAN ASSET MANAGEMENT
- JPMORGAN CHASE BANK NA  (JPM CHASE)
- JPMORGAN CHASE BANK NA AS  TRUSTEE OF THE JPMORGAN CHASE RETIREMENT PLAN (JPMORGAN ASSET MGMT)
- JPMORGAN CHASE BANK NA AS TRUSTEE  OF THE JPMORGAN CHASE RETIREMENT PLAN (JPMORGAN ASSET MANAGEMENT-CINCINNATI)
- JPMORGAN CHASE BANK, N.A.
- JPMORGAN CHASE RETIREMENT PLAN

- JPMORGAN FLOATING RATE INCOME FUND
- JPMORGAN HIGH YIELD FUND
- JPMORGAN INCOME BUILDER FUND
- JPMORGAN STRATEGIC INCOME  OPPORTUNITIES FUND
- KAISER FOUNDATION HOSPITALS
- KAISER PERMANENTE GROUP TRUST
- KATONAH IX CLO LTD
- KATONAH VII CLO LTD  (KATONAH DEBT ADVISORS LLC)
- KATONAH VIII LTD
- KATONAH X CLO LTD
- KIL LOAN FUNDING LLC  (KILIMANJARO ADVISORS LLC)
- KING STREET ACQUISITION COMPANY, LL  (KING STREET CAPITAL MANAGEMENT,L.P)
- KING STREET CAPITAL
- KINGSLAND CAPITAL
- KINGSLAND I, LTD.  (KINGSLAND CAPITAL MANAGEMENT)
- KINGSLAND II LTD
- KINGSLAND III LTD
- KINGSLAND IV LTD
- KINGSLAND V LTD
- KKR ASSET MANAGEMENT, LLC
- KKR DEBT INVESTORS II (2006)  (IRELAND) L.P.
- KKR FINANCIAL CLO 2005 2 LTD  (KKR FINANCIAL HOLDINGS LLC)
- KKR FINANCIAL CLO 2005-1,  LTD.  (KKR FINANCIAL HOLDING LLC)
- KKR FINANCIAL CLO 2006-1, LTD  (KKR FINANCIAL HOLDING LLC)
- KKR FINANCIAL CLO 2007-1 LTD
- KKR FINANCIAL CLO 2007-A, LTD.  (KKR)
- KLOIBER INVESTMENTS LLC  (JPMORGAN ASSET MANAGEMENT)
- KNIGHT CAPITAL GROUP
- KNIGHT LOANS LLC  (KNIGHT LIBERTAS LLC)
- KS CAPITAL PARTNERS LP
- KS INTERNATIONAL MASTER LIMITED
- KS Management
- KTRS CREDIT FUND LP
- L-3 COMMUNICATIONS CORPORATION  MASTER TRUST
- LAGUNA FUNDING LLC  (BANK OF AMERICA)
- LANDMARK IX CDO LTD  (SOUND HARBOR PARTNERS)
- LANDMARK V CDO LIMITED  (SOUND HARBOR PARTNERS)
- LANDMARK VI CDO LTD.  (SOUND HARBOR PARTNERS)
- LANDMARK VII CDO LTD  (SOUND HARBOR PARTNERS)
- LANDMARK VIII CLO LTD  (SOUND HARBOR PARTNERS)
- LASALLE BANK
- LATITUDE CLO I
- LATITUDE CLO II LTD
- LATITUDE CLO III LTD
- LEVERAGESOURCE III S.a.r.l.  LEVERAGESOURCE III, L.P., THE SOLE OWNER (APOLLO CAPITAL)
- LEVERAGESOURCE V S.A.R.L.

- LGT MULTI MANAGER BOND HIGH YIELD  USD
- LIBERTY CLO  (HIGHLAND)
- LIBERTY MUTUAL EMPLOYEES THRIFT  INCENTIVE PLAN
- LIBERTYVIEW CAPITAL
- LIBERTYVIEW LOAN FUND LLC  (LIBERTY VIEW CAPITAL MANAGEMANT)
- LIBRA GLOBAL LIMITED  (STONE HARBOR)
- LIFE INSURANCE OF THE SOUTHWEST  (SENTINEL ASSET MANAGEMENT)
- LIGHTPOINT CLO V, LTD  (NEUBERGER BERMAN)
- LIGHTPOINT CLO VII LTD.  (NEUBERGER AND BERMAN)
- LIGHTPOINT CLO VIII LTD  (NEUBERGER BERMAN)
- LINCOLN NATIONAL LIFE INSURANCE  COMPANY, SEPARATE ACCOUNT 20, THE
- LINCOLN NATIONAL LIFE INSURANCE  COMPANY, SEPERATE ACCOUNT 12, THE
- LINCOLN VARIABLE INSURANCE  PRODUCTS TRUST- THE LVIP DELAWARE FOUNDATION CONSERVATIVE ALLOCATION(DELAWARE INVESTMENTS)
- LINCOLN VARIABLE INSURANCE PRODUCTS  TRUST - LVIP DELAWARE FOUNDATION MODERATE ALLOCATION (DELAWARE INVESTMENTS)
- Linden Advisors LLC
- LINDEN CAPITAL LP
- LITESPEED MANAGEMENT LLC
- LITESPEED MASTER FUND LTD  (UBS SECURITIES)
- LITTLEJOHN OPPORTUNITIES MASTER  FUND LP
- LLT LIMITED
- LOAN FUNDING IV LLC  (HIGHLAND)
- LOAN FUNDING VII LLC  (HIGHLAND)
- LOCKHEED MARTIN CORPORATION MASTER  RETIREMENT TRUST (BLACKROCK)
- Loeb Capital Management
- Logan Circle Partners LP
- LONGHORN CAPITAL DT L P
- LONGHORN CAPITAL L P
- LONGHORN CREDIT FUNDING, LLC  (HIGHLAND CAPITAL)
- LOOMIS SAYLES
- LOOMIS SAYLES BOND FUND  (LOOMIS SAYLES)
- LOOMIS SAYLES CLO I, LTD  (LOOMIS SAYLES)
- LOOMIS SAYLES STRATEGIC ALPHA  TRUST(FKA)LOOMIS SAYLES ABSOLUTE STRATEGIES TRUST
- LOOMIS SAYLES STRATEGIC INCOME FUND  (LOOMIS SAYLES)
- Lord Abbett
- LORD ABBETT INVESTMENT TRUST - FLOA TING RATE FUND
- LORD ABBETT INVESTMENT TRUST-HIGH  YIELD FUND
- LOS ANGELES COUNTY EMPLOYEES  RETIREMENT ASSOCIATION
- LOS ANGELES COUNTY EMPLOYEES  RETIREMENT ASSOCIATION (BRIGADE CAPITAL MANAGEMENT LLC)
- LOUISIANA STATE EMPLOYEES'  RETIREMENT SYSTEM (JP MORGAN ASSET)
- LOUISIANA STATE EMPLOYEES'  RETIREMENT SYSTEM (NOMURA)
- LSR LOAN FUNDING LLC
- LUCENT TECHNOLOGIES INC. MASTER  PENSION TRUST (OAKTREE)(OAKTREE CAPITAL MANAGEMENT, L.P.)
- LUFKIN ADVISORS, LLC

- LUMINOUS CAPITAL GLOBAL CREDIT  OPPORTUNITIES FUND A LP
- LUMINUS ENERGY PARTNERS MASTER FUND  (LUMINUS PARTNERS)
- Luminus Management
- LUMX BEACH POINT TOTAL RETURN   FUND LIMITED
- LVIP-JP MORGAN HIGH YIELD FUND  (JP MORGAN ASSET MANAGEMENT-CINCINATTI)
- MAC CAPITAL LTD
- MACQUARIE BANK LIMITED
- MACQUARIE BANK LTD-SYDNEY HEAD OFFI  CE
- MACQUERIE INVESTMENT MANAGEMENT  (WELLINGTON)
- MACYS INC DEFINED BENEFIT PLANS  MASTER TRUST(WELLINGTON MANAGEMENT
  COMPANY LLP)
- MADISON PARK FUNDING I, LTD.
- MADISON PARK FUNDING II, LTD
- MADISON PARK FUNDING III LTD
- MADISON PARK FUNDING IV LTD  (CREDIT SUISSE ASSET MANAGER)
- MADISON PARK FUNDING V LTD
- MADISON PARK FUNDING VI LTD
- MANAGED ACCOUNTS MASTER FUND  SERVICES MAP 13
- MANAGERS HIGH YIELD FUND
- MANULIFE ASSET MANG LLC
- MANULIFE FLOATING RATE INCOME FUND
- MANZANITA INVESTMENTS LP
- MANZANITA INVESTMENTS LP
- MAP 139 SEGREGATED PORTFOLIO OF  LMA SPC
- Marathon Asset Management
- MARATHON BLUE ACTIVE FUND LTD  (MARATHON ASSET MANAGEMENT)
- MARATHON CENTRE STREET PARTNERSHIP
- MARATHON CLO II LTD  (MARATHON ASSET MANAGEMENT)
- MARATHON CREDIT DISLOCATION FUND,LP  (MARATHON ASSET MANAGEMENT,L.P)
- MARATHON CREDIT OPPORTUNITY MASTER  FUND LTD (MARATHON ASSET
  MANAGEMENT, LP)
- MARATHON LIQUID CREDIT LONG SHORT  FUND (MARATHON ASSET MANAGEMENT)
- MARATHON SPECIAL OPPORTUNITY  MASTER FUND LTD
- MARINER LDC
- MARKSBURY INVESTMENTS LLC  (JPMORGAN ASSET MANAGEMENT)
- MARLBOROUGH STREET CLO LTD
- MASON CAPITAL LP  (MASON CAPITAL MANAGEMENT)
- MASON CAPITAL MANAGEMENT
- MASON CAPITAL MASTER FUND LP
- Massachusetts Financial
- MASSACHUSETTS MUTUAL LIFE INSURANCE  COMPANY
- MASTER FOODS INVESTMENTS LLC
- MASTER SIF SICAV SIF
- MASTER SIF SICAV SIF
- MASTER TRUST AGREEMENT UNDER  VARIOUS EMPLOYEE BENEFIT PLANS OF
  UNILEVER UNITED STATES INC AND ITS SUBSIDIARIES AND AFFILIATES
- MATLINPATTERSON

- MATLINPATTERSON FUND IV (HEDGE)  MASTER ACCOUNT LP (FKA MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT LP)
- MAYPORT CLO LTD  (PIMCO)
- MCDERMOTT MASTER TRUST
- MCDONNELL LOAN OPPORTUNITY II LTD.
- MERITAGE FUND LLC
- MET INVESTORS SERIES TRUST  -MET/EATON VANCE FLOATING RATE PORTFOLIO (EATON VANCE MANAGEMENT)
- METROPOLITAN WEST ASSET
- METROPOLITAN WEST HIGH YIELD BOND  FUND
- METROPOLITAN WEST LOW DURATION  BOND FUND
- METROPOLITAN WEST TOTAL RETURN BOND  FUND (METROPOLITAN WEST ASSET MGMT)
- MICROSOFT GLOBAL FINANCE LIMITED  (OAKTREE)
- MIDTOWN ACQUISITIONS LP(FKA)DK  ACQUISITIONS PARTNERS LP
- MISSOURI EDUCATION PENSION TRUST
- MJX ASSET MANAGEMENT
- MOAB CAPITAL PARTNERS
- MOAB PARTNERS, L.P.
- MOMENTUM CAPITAL FUND, LIMITED  (CRESCENT CAPITAL GROUP LP)
- MONTGOMERY COUNTY EMPLOYEES  RETIREMENT SYSTEM(NOMURA CORPORATE REASERCH AND ASSET MANAGEMENT)
- MONUMENT PARK CDO LTD
- Moore Cap
- MORGAN STANLEY SENIOR
- MORGAN STANLEY SENIOR FUNDING INC
- MOUNTAIN VIEW CLO II LTD
- MOUNTAIN VIEW CLO III LTD
- MOUNTAIN VIEW FUNDING CLO 2006-1, L
- MP SENIOR CREDIT PARTNERS
- MSD CAPITAL, L.P.
- MSD CREDIT OPPORTUNITY MASTER FUND  L P
- MSD VALUE INVESTMENTS, L.P.  (MSD INVESTMENTS)
- MT WILSON CLO II LTD  (WESTERN ASSET MANAGEMENT)
- MT WILSON CLO LTD  (WESTERN ASSET MANAGEMENT)
- MULTIMIX WHOLESALE DIVERSIFIED  FIXED INTEREST TRUST
- MUNICIPAL EMPLOYEES RETIREMENT  SYSTEM OF MICHIGAN (STONE HARBOR)
- MUSASHI II, LTD  (W.R. HUFF)
- MV CREDIT OPPORTUNITY FUND LP  (MARATHON ASSET MANAGEMENT)
- NAPIER PARK GLOBL CAP LLC
- NASH POINT CLO
- NATIONAL ELEVATOR INDUSTRY PENSION  PLAN (STONE HARBOR)
- NATIONAL INVESTMENT SERVICES HIGH  YIELD FUND LLC (STONE HARBOR)
- NATIONAL LIFE INSURANCE COMPANY
- NATIONAL RAILROAD RETIREMENT  INVESTMENT TRUST - HIGH YIELD (JP MORGAN ASSET MGMT)
- NB DISTRESSED DEBT INVESTMENT FUND  LIMITED (NEUBERGER BERMAN FIXED INCOME LLC)

- NB DISTRESSED DEBT MASTER FUND LP  (NEUBERGER BERMAN FIXED INCOME LLC)
- NCRAM LOAN TRUST
- NEPTUNE FINANCE CCS, LTD.  (APOLLO GLOBAL MANAGEMENT LLC)
- NEUBERGER BER FXED INCOM
- NEUBERGER BERMAN ALTERNATIVE FUNDS  NEUBERGER BERMAN ABSOLUTE RETURN MULTI MANAGER FUND
- NEUBERGER BERMAN HIGH INCOME BOND  FUND(NEUBERGER BERMAN FIXED INCOME)
- NEUBERGER BERMAN HIGH INCOME FUND  LLC(NEUBERGER BERMAN FIXED INCOMELLC)
- NEUBERGER BERMAN HIGH YIELD BOND  FUND(NEUBERGER BERMAN FIXED INCOME LLC)
- NEW YORK CITY EMPLOYEES RETIREMENT  SYSTEM
- NEW YORK CITY POLICE PENSION FUND
- NEW YORK TIMES COMPANY PENSION TRUS  (STONE HARBOR)
- NEWFLEET * HARTFORD
- NEWFLEET * SA
- NEXPOINT CREDIT STRATEGIES FUND  (FKA)PYXIS CREDIT STRATEGIES FUND
- NGM INSURANCE COMPANY  (WELLINGTON MANAGEMENT COMPANY LLP)
- NOB HILL CLO LTD
- NOMURA BOND & LOAN FUND  (NOMURA CORPORATE RESEARCH AND ASSET MANAGEMENT INC)
- NOMURA CORPORATE FUNDING  AMERICAS LLC
- NOMURA CORPORATE RESEARCH
- NOMURA CORPORATE RESEARCH AND ASSET  MANAGEMENT INC(NOMURA CORPORATE RESEARCH AND ASSET MANAGEMENT))
- NOMURA GLOBAL FINANCIAL PRODUCTS  INC
- NOMURA INTERNATIONAL PLC
- NOMURA US ATTRACTIVE YIELD CORPORAT  BOND FUND MOTHER FUND
- NORTH DAKOTA STATE INVESTMENT BOARD
- OAK HILL CREDIT ALPHA MASTER FUND  LP(OAK HILL)
- OAK HILL CREDIT OPPORTUNITY FINANCI
- Oak Hill Credit Partners
- OAK HILL CREDIT PARTNERS II, LTD  (OAK HILL)
- OAKTREE CAPITAL
- OAKTREE FF INVESTMENT FUND LP
- OAKTREE FF INVESTMENT FUND LP
- OAKTREE HIGH YIELD FUND II LP  (OAKTREE CAPITAL MANAGEMENT LP)
- OAKTREE HIGH YIELD FUND LP  (OAKTREE CAPITAL MANAGEMENT LP))
- OAKTREE HIGH YIELD PLUS FUND, L.P.  (OAKTREE CAPITAL MANAGEMENT,L.P)
- OAKTREE HUNTINGTON INVESTMENT FUND,  LP(OAKTREE CAPITAL MANAGEMENT,L.P.)
- OAKTREE LOAN FUND   2X (CAYMAN) LP
- OAKTREE OPPORTUNITIES FUND VIII  (PARALLEL 2) LP (OAKTREE CAPITAL MANAGEMENT LLC)
- OAKTREE OPPORTUNITIES FUND VIII  DELAWARE,L.P.(OAKTREE CAPITAL MANAGEMENT, L.P.)

- OAKTREE OPPORTUNITIES FUND VIIIB  DELAWARE L P(OAKTREE CAPITAL MANAGEMENT L P)
- OAKTREE OPPS IX HOLDCO LTD
- OAKTREE OPPS IX PARALLEL 2 HOLDCO  LTD
- OAKTREE SENIOR LOAN FUND, L.P.  (OAKTREE CAPITAL MANAGEMENT, L.P.)
- OAKTREE VALUE OPPORTUNITIES FUND  HOLDINGS, L.P.
- OCA BRIGADE CREDIT FUND II LLC
- OCEAN TRAILS CLO I
- OCEAN TRAILS CLO II
- OCM HIGH YIELD TRUST  (OAKTREE CAPITAL MANAGEMENT, L.P.)
- OCM OPPORTUNITIES FUND VII  DELAWARE, L.P.(OAKTREE CAPITAL MANAGEMENT, L.P.)
- OCM OPPORTUNITIES FUND VIIB  DELAWARE, L.P.(OAKTREE CAPITAL MANAGEMENT, L.P.)
- OCP INVESTMENT TRUST  (ONEX CREDIT PARTNERS,LLC)
- OHIO POLICE & FIRE PENSION FUND
- OHSF II FINANCING, LTD.  (OAK HILL)
- OMEGA ADVISORS, INC
- OMEGA CAPITAL INVESTORS, L.P.
- OMEGA CAPITAL PARTNERS, L.P.
- OMEGA OVERSEAS PARTNERS, LTD.
- ONEX CREDIT PARTNERS, LLC
- ONEX DEBT OPPORTUNITY FUND, LTD.  FKA GK DEBT OPPORTUNITY FUND, LTD. (ONEX CREDIT PARTNERS, LLC)
- ONEX SENIOR CREDIT FUND, L.P.  (ONEX CREDIT PARTNERS, LLC)
- Oppenheimer Funds
- OPTIMUM TRUST-OPTIMUM FIXED INCOME  FUND (DELAWARE INVESTMENTS)
- OREGON PUBLIC EMPLOYEES  RETIREMENT FUND (OAK HILL)
- OREGON PUBLIC EMPLOYEES RETIREMENT  FUND (KKR)
- OWL CREEK ASSET
- OWL CREEK INVESTMENTS I, LLC  (OWL CREEK)
- OZ MANAGEMENT, LLC
- OZ SPECIAL MASTER FUND,LTD  (OZ MANAGEMENT LLC)
- P RIVER BIRCH LTD
- PACHOLDER HIGH YIELD FUND
- PACIFIC GAS AND ELECTRIC COMPANY  POST RETIREMENT MEDICAL PLAN TRUST - NON-MANAGEMENT EMPLOYEES AND RETIREES (OAKTREE)
- PACIFIC LIFE FUNDS - PL FLOATING  RATE LOAN FUND (EATON VANCE MANAGEMENT)
- PACIFIC LIFE INSURANCE
- PACIFIC SELECT FUND - FLOATING RATE  LOAN PORTFOLIO
- PACIFIC SELECT FUND - HIGH YIELD BO  PORTFOLIO
- PALMETTO INVESTORS MASTER FUND, LLC
- PANNING CAPITAL MANGMNT
- PANNING MASTER FUND LP
- PAR FOUR INVESTMENT
- PCI FUND, LLC  C/O ANCHORAGE ADVISORS (ANCHORAGE CAPITAL)
- PECM STRATEGIC FUNDING LP

- PENTELI MASTER FUND LTD  (MARATHON ASSET MANAGEMENT)
- Perella Weinberg Partners
- PERELLA WEINBERG PARTNERS XERION  MASTER FUND LTD.(PERELLA WEINBERG PARTNERS CAPITAL MGMT LP)
- PERMAL CONTRARIAN FUND I LTD
- PERMAL LGC LTD.
- PERMAL STONE LION FUND LTD  (STONE LION CAPITAL PARTNERS LP)
- PERRY CAPITAL
- PERRY PRINCIPALS, LLC  (PERRY CAPITAL)
- PETRUSSE EUROPEAN CLO S.A.  (INVESCO SENIOR SECURED MGMT,INC)
- PG AND E CORPORATION RETIREMENT  MASTER TRUST
- PHILLIPS 66 COMPANY
- PHOENIX LIFE INSURANCE COMPANY  (PHOENIX INVESTMENT PARTNERS)
- PICTET US HIGH YIELD  (FKA PICTET FUNDS(LUX))
- PIMCO
- PIMCO CAYMAN GLOBAL CREDIT ALPHA  FUND(FKA PIMCO CAYMAN GLOBAL CREDIT LIBOR PLUS FUND)(PIMCO)
- PIMCO FOREIGN BOND FUND (US DOLLAR-  HEDGED)
- PIMCO GLOBAL HIGH YIELD STRATEGY  FUND (PIMCO)
- PIMCO HIGH INCOME FUND
- PIMCO LONG - TERM CREDIT FUND  (PIMCO)
- PINEBRIDGE INVESTMENTS
- PIONEER DIVERSIFIED HIGH  INCOME TRUST
- PIONEER HIGH INCOME TRUST
- PIONEER INVESTMENT
- POINTSTATE CAPITAL LP
- POINTSTATE FUND LP  (POINT STATE CAPITAL LP)
- POST ADVISORY GROUP
- POWERSHARES SENIOR LOAN PORTFOLIO  (INVESCO SENIOR SECURED MANAGEMENT INC)
- PRIMERICA LIFE INS CO
- PRIMUS CLO I LTD  (CIFC DEERFIELD)
- Principal Financial Group
- PRINCIPAL FUNDS, INC. - HIGH YIELD  FUND I (JP MORGAN)
- PRINCIPAL FUNDS, INC. HIGH YIELD  FUND
- PRINCIPAL FUNDS, INC.-BOND &  MORTGAGE SECURITIES FUND (FKA PRINCIPAL INVESTORS FUND, INC.-BOND & MORTGAGE SECURITIES FUND) (PRINCIPAL)
- PRINCIPAL LIFE INSURANCE COMPANY  (PRINCIPAL FINANCIAL GROUP)
- PRINCIPAL LIFE INSURANCE COMPANY  ON BEHALF OF ONE OR MORE SEPARATE ACCOUNTS (PRINCIPAL LIFE INSURANCE COMPANY -  DBA BOND & MORTGAGE SEPARATE ACCOUNT)
- PRINCIPAL VARIABLE CONTRACTS FUND  INC BOND AND MORTGAGE SECURIITIES ACCOUNT
- PROSPECT HARBOR CREDIT PARTNERS LP
- PROTECTIVE LIFE INSURANCE
- PROTECTIVE LIFE INSURANCE COMPANY
- PROVIDENCE EQUITY
- PRUDENTIAL INSURANCE

- PRUDENTIAL SERIES FUND: DIVERSIFIED  BOND PORTFOLIO
- PRUDENTIAL SERIES FUND: HIGH  YIELD BOND PORTFOLIO, THE
- PUBLIC EMPLOYEES RETIREMENT SYSTEM  OF OHIO
- PUBLIC EMPLOYEES RETIREMENT SYSTEM  OF OHIO (WELLINGTON MANAGEMENT COMPANY LLP)
- PUTNAM ABSOLUTE RETURN 500  FUND  (PUTNAM INVESTMENTS)
- PUTNAM ABSOLUTE RETURN 700  FUND  (PUTNAM INVESTMENTS)
- PUTNAM ASSET ALLOCATION FUNDS  CONSERVATIVE PORTFOLIO
- PUTNAM ASSET ALLOCATION FUNDS:  BALANCED PORTFOLIO
- PUTNAM DIVERSIFIED INCOME TRUST  (PUTNAM INVESTMENTS)
- PUTNAM DIVERSIFIED INCOME TRUST (CA  MASTER FUND
- PUTNAM DYNAMIC ASSET ALLOCATION  GROWTH FUND
- PUTNAM FLOATING RATE INCOME FUND  G RATE INCOME FUND
- PUTNAM GLOBAL FUNDS - PUTNAM  WORLD WIDE INCOME FUND
- PUTNAM GLOBAL INCOME TRUST
- PUTNAM HIGH YIELD ADVANTAGE FUND  (PUTNAM INVESTMENTS)
- PUTNAM HIGH YIELD TRUST
- Putnam Investments
- PUTNAM MASTER INTERMEDIATE INCOME T  (PUTNAM INVESTMENTS)
- PUTNAM PREMIER INCOME TRUST  (PUTNAM INVESTMENTS)
- PUTNAM RETIREMENT ADVANTAGE GAA  BALANCED PORTFOLIO
- PUTNAM RETIREMENT ADVANTAGE GAA  CONSERVATIVE PORTFOLIO(PUTNAM INVESTMENTS)
- PUTNAM RETIREMENT ADVANTAGE GAA  GROWTH PORTFOLIO
- PUTNAM RETIREMENT ADVANTAGE GAA  INCOME STRATEGIES PORTFOLIO (PUTNAM INVESTMENTS)
- PUTNAM TOTAL RETURN FUND LLC  (PUTNAM INVESTMENTS)
- PUTNAM TOTAL RETURN TRUST
- PUTNAM VARIABLE TRUST-PVT DIVERSIFI  INCOME FUND (PUTNAM INVESTMENTS)
- PUTNAM VARIABLE TRUST-PVT HIGH YIEL  FUND (PUTNAM INVESTMENTS)
- PUTNAM VT: GLOBAL ASSET ALLOCATION  FUND
- PYRAMIS FLOATING RATE HIGH INCOME C  OMMINGLED POOL FUND
- QANTAS SUPERANNUATION PLAN
- QUALCOMM GLOBAL TRADING PTE LTD
- QUALCOMM GLOBAL TRADING PTE LTD  (FKA)QUALCOMM GLOBAL TRADING INC
- RACE POINT III, CLO LIMITED
- RACE POINT IV CLO LIMITED
- RBC CAP MARKETS LLC
- RBS GREENWICH CAPITAL
- RED RIVER CLO LTD
- REEF ROAD CAPITAL
- REEF ROAD MASTER FUND LTD
- REGATTA FUNDING LTD
- REGENTS OF THE UNIVERSITY OF  CALIFORNIA (STONE HARBOR)
- REGENTS OF THE UNIVERSITY OF  CALIFORNIA, THE-EB6J(NOMURA)
- Regiment Capital
- REGIMENT CAPITAL LTD.  (REGIMENT CAPITAL)

46

- RELATIVE VALUE A SERIES OF UNDERLYING FUNDS TRUST FKA DEEP VALUE HEDGED INCOME
- RENAISSANCE REINSURANCE LTD (STONE HARBOR)
- River Birch Capital, LLC
- RIVER BIRCH MASTER FUND LP
- RIVERSOURCE LIFE INSURANCE COMPANY  IDS LIFE INSURANCE COMPANY
- ROCKWALL CDO II LTD
- ROCKWALL CDO LTD (HIGHLAND)
- ROYAL BANK OF CANADA
- ROYAL BANK OF CANADA
- ROYAL MAIL PENSION PLAN
- RUSSELL INVESTMENT COMPANY RUSSELL  MULTI STRATEGY ALTERNATIVE FUND
- RUSSELL STRATEGIC BOND FUND (LOGAN CIRCLE)
- SABA CAPITAL MANAGEMENT
- SABA CAPITAL MASTER FUND II, LTD (SABA CAPITAL MANAGEMENT LP)
- SAFETY INSURANCE COMPANY
- SAFETY NATIONAL CASUALTY  CORPORATION
- SAN FRANCISCO CITY AND COUNTRY  EMPLOYEES' RETIREMENT SYSTEM (STONE HARBOR)
- SAN GABRIEL CLO I LTD
- SAN JOAQUIN COUNTY EMPLOYEES'  RETIREMENT ASSOCIATION (STONE HARBOR)
- Sandell Asset Management
- SANFORD C. BERNSTEIN FUND. INC. II  INTERMEDIATE DURATION PORTFOLIO (ALLIANCEBERNSTEIN)
- SANKATY ADVISORS, LLC
- SANKATY BEACON INVESTMENT  PARTNERS LP
- SANKATY CREDIT OPPORTUNITIES  (OFFSHORE MASTER) IV LP
- SANKATY CREDIT OPPORTUNITIES III LP
- SANKATY CREDIT OPPORTUNITIES IV LP
- SANKATY CREDIT OPPORTUNITIES V A LP
- SANKATY CREDIT OPPORTUNITIES V A2  MASTER LP
- SANKATY CREDIT OPPORTUNITIES V B LP
- SANKATY DRAWBRIDGE OPPORTUNITIES  LP
- SANKATY HIGH INCOME PARTNERSHIP  LP
- SANKATY MANAGED ACCOUNT (PSERS)  LP
- SANKATY MANAGED ACCOUNT TCCC LP
- SANKATY MANAGED ACCOUNT(UCAL)LP
- SANKATY SENIOR LOAN FUND LP
- SANKATY SENIOR LOAN FUND PUBLIC  LIMITED COMPANY
- SC CREDIT OPPORTUNITIES MANDATE LLC
- SCOGGIN CAPITAL
- SCOGGIN CAPITAL MANAGEMENT II LLC  (FKA SCOGGIN CAPITAL MANAGEMENT LP II)(SCOGGIN CAPITAL MANAGEMENT)
- SCOGGIN INTERNATIONAL FUND LTD.  (SCOGGIN CAPITAL MANAGEMENT)
- SCOGGIN WORLDWIDE FUND, LTD  (SCOGGIN CAPITAL MANAGEMENT )
- SEARS HOLDINGS PENSION TRUST  (OAKTREE CAPITAL MANAGEMENT LP)
- SEASONS SERIES TRUST-ASSET  ALLOCATION: DIVERSIFIED GROWTH PORTFOLIO

- SEI GLOBAL MASTER FUND PLC - THE SE  HIGH YIELD FIXED INCOME FUND (BRIGADE CAPITAL MANAGEMENT, LLC)
- SEI GLOBAL MASTER FUND PLD -THE SEI  HIGH YIELD FIXED INCOME (JPM ASSET)
- SEI INSTITUTIONAL INVESTMENT TRUST  OPPORTUNISTIC INCOME FUND (FKA SEI INSTITUTIONAL INVESTMENT TRUST ENHANCED LIBOR OPPORTUNITIES FUND)
- SEI INSTITUTIONAL INVESTMENTS TRUST  HIGH YEILD BOND FUND (BRIGADE CAPITAL MANAGEMENT, LLC)
- SEI INSTITUTIONAL MANAGED TRUST -  HIGH YIELD BOND FUND (BRIGADE CAPITAL MANAGEMENT, LLC)
- SEI INSTITUTIONAL MANAGED TRUST  ENHANCED INCOME FUND
- SEI INSTITUTIONAL MANAGED TRUST  HIGH YIELD BOND FUND
- Seix Advisors
- SENATOR GLOBAL OPPORTUNITY MASTER  FUND LP(SENATOR INVESTMENT GROUP LP)
- SENATOR INVESTMENT
- SENIOR DEBT PORTFOLIO  FORMALLY EATON VANCE PRIME FUND, INC. (EATON VANCE)
- Sentinel Asset Management
- SG DISTRESSED FUND LP  PRIVATE
- SHASTA CLO I LTD
- SHEFFIELD ASSET
- SHEFFIELD INTERNATIONAL PARTNERS  MASTER LTD
- SHEFFIELD PARTNERS LP
- SHENKMAN CAPITAL
- SHINNECOCK CLO 2006+1 LTD
- SIERRA CLO II LTD  (APIDOS CAPITAL MANAGEMENT LLC)
- SILVER CREST CBNA LOAN FUNDING LLC  (SILVERMINE CAPITAL)
- SILVER OAK CAPITAL LLC  (ANGELO GORDON)
- Silver Point Capital
- SILVERADO CLO 2006-I LTD
- SMITH MANAGEMENT LLC
- SOL LOAN FUNDING LLC  (SOLUS ALTERNATIVE ASSET MGMT)
- SOLUS ALTERNATIVE
- SOLUS CORE OPPORTUNITIES MASTER  FUND LTD
- SOUND HARBOR PARTNERS
- SOUND POINT CAPITAL
- SOUND POINT CREDIT OPPORTUNITIES  MASTER FUND LP (SOUND POINT CAPITAL MANAGEMENT )
- SOUTHERN UTE INDIAN TRIBE
- SOUTHFORK CLO LTD.  (HIGHLAND CAPITAL)
- SOUTHPAW ASSET
- SOUTHPAW CREDIT OPPORTUNITY  MASTER FUND LP
- SPCP GROUP LLC  (SILVER POINT CAPITAL)
- STANFIELD CARRERA CLO LTD
- STARWOOD ENERGY FIXED
- STATE OF CONNECTICUT RETIREMENT  PLANS AND TRUST FUNDS(FKA STATE OF CONNECTICUT)
- STATE OF WISCONSIN INVESTMENT  BOARD

- STATE STREET BANK AND TRUST COMPANY  AS TRUSTEE FOR THE GENERAL MOTORS HOURLY RATE EMPLOYES PENSION TRUST (NEUBERGER BERMAN FIXED INCOME LLC)
- STATE TEACHERS RETIREMENT SYSTEM OF  OHIO (OAKTREE CAPITAL MANAGEMENT, L.P.)
- STEDMAN LOAN FUND II SUBSIDIARY  HOLDING COMPANY II, LLC FKA STEDMAN CBNA LOAN FUNDING, LLC(LASALLE BANK NATIONAL ASS)
- STELLAR PERFORMER GLOBALSERIES  W GLOBAL CREDIT
- STICHTING BEWAARDER SYNTRUS ACHMEA  GLOBAL HIGH YIELD POOL (FKA INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL)
- STICHTING PENSIOENFONDS HOOGOVENS  (NOMURA)
- STICHTING PENSIOENFONDS VOOR  FYSIOTHERAPEUTEN (PUTNAM INVESTMENT)
- STONE CREEK PARTNERS LLC
- STONE CREEK PARTNERS LP  (STONE CREEK PARTNERS LLC)
- STONE HARBOR GLOBAL FUNDS PLC-  STONE HARBOR LEVERAGED LOAN PORTFOLIO (FKA STONE HARBOR LEVERAGED LOAN PORTFOLIO)(STONE HARBOR)
- STONE HARBOR HIGH YIELD BOND FUND  (STONE HARBOR)
- STONE HARBOR INVEST FUNDS PLC-  STONE HARBOR HIGH YIELD BOND FUND (STONE HARBOR)
- STONE HARBOR INVESTMENT
- STONE HARBOR LEVERAGED LOAN  FUND LLC
- STONE LION CAPITAL
- STONE LION PORTFOLIO LP
- Stone Tower Capital
- STONE TOWER CDO II LTD  (STONE TOWER)
- STONEY LANE FUNDING I LTD
- STRATFORD CLO LTD
- SUNAMERICA INCOME FUNDS -  SUNAMERICA HIGH YIELD BOND FUND(WELLINGTON MANAGEMENT COMPANY)
- SUNAMERICA SENIOR FLOATING RATE  FUND INC(WELLINGTON MGMT COMPANY,LLP)
- SUNRISE PARTNERS LIMITED
- SUNRISE PARTNERS LIMITED  PARTNERSHIP
- SUP FCO MA UB SECURITIES LLC  SUPER FCO MA LP
- SUPERVALU INC. MASTER INVESTMENT  TRUST (METROPOLITAN WEST ASSET MGMT)
- SUSQUEHANNA ADVISORS GRP
- Symphony Asset Management
- SYMPHONY CLO II, LTD  (SYMPHONY ASSET MGMT)
- SYMPHONY CLO VI, LTD.  (SYMPHONY ASSET MGMT)
- T. Rowe Price
- T. ROWE PRICE INSTITUTIONAL  FLOATING RATE FUND (T.ROWE)
- T.ROWE PRICE INST. HIGH YIELD FUND  (T.ROWE)
- TACONIC CAPITAL ADVISORS
- TACONIC MASTER FUND 1.5 LP
- TACONIC OPPORTUNITY MASTER FUND LP
- TALL TREE INVESTMENT

- TARGET ASSET ALLOCATION FUNDS  TARGET CONSERVATIVE ALLOCATION FUND (FKA TARGET CONSERVATIVE ALLOCATION FUND)
- TARGET MODERATE ALLOCATION FUND
- TASMAN FUND LP
- TCW ASSET MANAGEMENT
- TCW CAPITAL TRUST  (CRESCENT CAPITAL GROUP LP)
- TCW FUNDS METWEST HIGH YIELD BOND  FUND
- TCW SENIOR SECURED LOAN FUND LP
- TEACHERS INSURANCE AND ANNUITY  ASSOCIATION OF AMERICA
- TEACHERS' RETIREMENT SYSTEM OF  OKLAHOMA DBA OKLAHOMA TEACHERS RETIREMENT SYSTEM (LORD ABBET)
- TEACHERS RETIREMENT SYSTEM OF  THE CITY OF NEW YORK
- TEAK HILL MASTER FUND LP  (CREDIT CAPITAL INVESTMENTS LLC)
- TEXAS ABSOLUTE CREDIT  OPPORTUNITIES STRATEGY LP
- TEXAS COUNTY AND DISTRICT  RETIREMENT SYSTEM (OAKTREE CAPITAL MANAGEMENT, L.P.)
- THE BOND FUND OF AMERICA
- THE COCA COLA COMPANY MASTER  RETIREMENT TRUST
- THE GENERAL MOTORS CANADIAN  HOURLY RATE EMPLOYEES PENSION PLAN
- THE GENERAL MOTORS CANADIAN  RETIREMENT PROGRAM FOR SALARIED EMPLOYEES
- THE GM CANADA FOREIGN TRUST  (FKA RBC DEXIA INVESTOR SERVICES TRUST)
- THE HARTFORD BALANCED INCOME FUND  (WELLINGTON MANAGEMENT COMPANY)
- THE HARTFORD HIGH YIELD FUND
- THE HARTFORD HIGH YIELD HLS FUND
- THE HARTFORD STRATEGIC INCOME FUND
- THE HARTFORD UNCONSTRAINED  BOND FUND
- THE INCOME FUND OF AMERICA
- THE ROYAL BANK OF SCOTLAND GROUP  PLC
- THL CREDIT SENIOR LOAN
- Thornburg Investment
- THORNBURG INVESTMENT INCOME BUILDER  FUND (THORNBURG)
- TIAA-CREF
- TITAN INVESTMENT HOLDINGS LP
- TITAN INVESTMENT HOLDINGS SL LP
- TMCT II, LLC  (OAKTREE)(OAKTREE CAPITAL MANAGEMENT, L.P.)
- TMCT, LLC  (OAKTREE CAPITAL MANAGEMENT, L.P.)
- TRALEE CDO I LTD
- TRIBORO FUNDING LIMITED
- TRILOGY CAPITAL
- TRILOGY PORTFOLIO COMPANY LLC
- Trimaran Advisors, Katona
- TRUSTEES OF DARTMOUTH COLLEGE  (WELLINGTON MANAGEMENT COMPANY LLP)
- TURNPIKE LIMITED
- U.S.HIGH YIELD BOND FUND  (JP MORGAN INVESTMENT MANAGEMENT)
- UBS AG-STAMFORD-STAMFORD-CT BRANCH  (UBS)
- UBS GAM US - STATE OF CONNECTICUT R  ETIREMENT PLANS & TRUST FUNDS

- UBS STAMFORD BRANCH TRS
- UFCW CONSOLIDATED PENSION FUND
- UFCW NORTHERN CALIFORNIA EMPLOYERS  JOINT PENSION TRUST FUND(POST ADVISORY INVESTMENT LLC)
- ULT LOAN FUNDING 1 LLC
- UMC BENEFIT BOARD, INC  FKA GENERAL BOARD OF PENSION AND HEALTH BENEFITS OF THE UNITED METHODIST CHURCH  (WELLINGTON)
- UMC BENEFIT BOARD, INC.  (OAKTREE CAPITAL MANAGEMENT, L.P.)
- UNIPENSION INVEST F M B A HIGH  YIELD OBLIGATIONER II
- UNISYS MASTER TRUST   (STONE HARBOR INVESTMENT PARTNERS LP)
- US HIGH YIELD BOND FUND
- US HIGH YIELD BOND FUND  (DELAWARE INVESTMENTS)
- USAA CORNERSTONE MODERATELY  AGGRESSIVE FUND
- USAA CORNERSTONE MODERATELY  CONSERVATIVE FUND
- USAA GLOBAL OPPORTUNITIES FUND  (USAA INVESTMENT MANAGEMENT COMPANY/USAA MUTUAL FUND)
- USAA INV MGMT COMPANY
- USAA INVESTMENT
- USAA MUTUAL FUNDS TRUST - USAA  FLEXIBLE INCOME FUND
- USAA MUTUAL FUNDS TRUST USAA  CORNERSTONE AGGRESSIVE FUND
- USAA MUTUAL FUNDS TRUST USAA  CORNERSTONE MODERATE FUND
- USAA MUTUAL FUNDS TRUST-USAA HIGH  INCOME FUND (FKA-USAA MUTUAL FUNDS TRUST USAA HIGH YIELD OPPORTUNITIES FUND)
- VALHOLL LTD  (REGIMENT CAPITAL)
- VALIC COMPANY II-HIGH YIELD BOND  FUND(WELLINGTON MANAGEMENT COMPANY LLP)
- VANGUARD HIGH YIELD CORPORATE FUND  (WELLINGTON)
- VARDE INVESTMENT PARTNERS LP
- VARDE PARTNERS, INC.
- Venor Capital
- VENOR CAPITAL MASTER FUND LTD
- VENTURE II CDO 2002, LIMITED  (MJX ASSET MANAGEMENT)
- VENTURE IX CDO LTD
- VENTURE V CDO LTD
- VENTURE VII CDO LIMITED
- VENTURE VIII CDO LTD
- VICTORIA COURT CBNA LOAN FUNDING LL
- VIRTUS MULTI SECTOR INTERMEDIATE  BOND FUND (FKA VIRTUS MULTI SECTOR FIXED INCOME FUND)(FKA PHOENIX MUTLI-SECTOR FIXED INCOME FUND)
- VIRTUS MULTI-SECT SHRT TERM BND FD  FKA PHNX MULTI-SECT SHRT TERM BND FD(NEWFLEET ASSET MANAGEMENT)
- VIRTUS PARTNERS LLC
- VIRTUS SENIOR FLOATING RATE FUND  (FKA)PHOENIX SENIOR FLOATING RATE FUND
- VIRTUS TOTAL RETURN FUND(NEW FLEET  ASSET MANAGEMENT LLC)
- VISTA LEVERAGED INCOME FUND  (MJX ASSET MANAGEMENT LLC)
- VITESSE CLO LTD  (CRESCENT CAPITAL GROUP LP)

- VVIT:VIRTUS MULTI SECTOR FIXED  INCOME SERIES(F/K/A PHONEIX EDGE SERIES FUND:PHOENIX MULTI SECTOR FIXED INCOME SERIES(NEWFLEET ASSET MANAGEMENT)
- VVIT:VIRTUS STARTEGIC ALLOCATION  SERIES ( F/K/A PHOENIX EDGE SERIES FUND:PHOENIX STRATEGIC ALLOCATION SERIES)(NEWFLEET ASSET MANAGEMENT)
- W.R. HUFF ASSET
- WADDELL & REED ADVISORS HIGH INCOME  FUND, INC.
- WADDELL & REED SERVICES
- WALLACE H. COULTER FOUNDATION, THE  (STONE HARBOR)
- WATERSHED ASSET
- WATERSHED CAPITAL INSTITUTIONAL  PARTNERS III LP
- WATERSHED CAPITAL PARTNERS  (OFFSHORE) MASTER FUND II, L.P. (WATERSHED ASSET MGMT)
- WATERSHED CAPITAL PARTNERS  (OFFSHORE) MASTER FUND, L.P. (WATERSHED ASSET MGMT)
- WELLINGTON MANAGEMENT
- WELLINGTON MANAGEMENT PORTFOLIOS  (DUBLIN)PLC-US$ CORE HIGH YIELD BOND PORTFOLIO(WELLINGTON MGMT COMPANY,LLP)
- WELLINGTON MANAGEMENT PORTFOLIOS  DUBLIN PLC GLOBAL HIGH YIELD BOND PORTFOLIO
- WELLINGTON TRUST CO NA MULTIPLE  COLLECTIVE INVESTMENT FUND TRUST II CORE HIGH YIELD BOND PORTFOLIO(WELLINGTON MANAGEMENT COMPANY LLP)
- WELLINGTON TRUST COMPANY, NA  MULTIPLE COMMON TRUST FUNDS TRUST-OPPORTUNISTIC FIXED INCOME ALLOCATION PORTFOLIO (WELLINGTON)
- WELLPOINT INC
- WELLS CAPITAL MANAGEMENT
- WELLS CAPITAL MANAGEMENT - 12222133
- WELLS CAPITAL MANAGEMENT - 13702900
- WELLS CAPITAL MANAGEMENT - 18325402  (WELLS CAPITAL MANAGEMENT)
- WELLS CAPITAL MANAGEMENT - 18866500
- WELLS CAPITAL MANAGEMENT - 23960800  (WELLS CAPITAL MANAGEMENT)
- WELLS CAPITAL MANAGEMENT 13923601
- WELLS CAPITAL MANAGEMENT 22952000
- WELLS CAPITAL MANAGEMENT-16463700
- WELLS CAPITAL MANAGEMENT-16959701
- WELLS CAPITAL MANAGEMENT-23928601  (WELLS CAPITAL MANAGEMENT)
- WELLS FARGO & COMPANY MASTER  PENSION TRUST (STONE HARBOR)
- WELLS FARGO ADVANTAGE HIGH INCOME  FUND FKA WELLS CAPITAL MANAGEMENT - 13823100 (WELLS CAP MGT)
- WELLS FARGO ADVANTAGE HIGH YIELD  BOND FUND
- WELLS FARGO ADVANTAGE INCOME  OPPORTUNITIES FUND (WELLS CAPITAL MANAGEMENT)
- WELLS FARGO ADVANTAGE MULTI-SECTOR   INCOME FUND (WELLS CAPITAL MANAGEMENT)
- WELLS FARGO ADVANTAGE STRATEGIC  INCOME FUND
- WELLS FARGO ADVANTAGE UTILITIES AND  HIGH INCOME FUND (WELLS CAPITAL MANAGEMENT)
- WELLS FARGO BANK, N.A.

- WELLS FARGO FLOATING RATE LOAN  FUND
- WEST BEND MUTUAL INSURANCE COMPANY  (CRESCENT CAPITAL GROUP LP)
- WEST GATE HORIZONS
- WESTBROOK CLO LTD (SHENKMAN)
- WESTCHESTER CLO LTD  FKA AMHERST CLO, LTD
- WESTERN ASSET FLOATING RATE HIGH IN  FUND LLC( WESTERN ASSET
  MANAGEMENT)
- WESTERN ASSET MANAGEMENT
- WG HORIZONS CLO I
- WHITEHORSE CAPITAL
- WHITEHORSE II LTD  (WHITEHORSE CAPITAL)
- WHITEHORSE III, LTD  (WHITEHORSE CAPITAL)
- WHITEHORSE IV LTD  (WHITEHORSE CAPITAL)
- WHITESTONE FUNDING LIMITED
- WILSHIRE INSTITUTIONAL MASTER FUND  II SPC - WILSHIRE ALDEN GLOBAL EVENT
  DRIVEN OPPORTUNITIES SP
- WINGSPAN INVST MANGMNT LP
- WINGSPAN MASTER FUND LP
- WM POOL - HIGH YIELD FIXED INTEREST  TRUST (OAKTREE CAPITAL MANAGEMENT,
  L.P.)
- WORDEN II TX LLC
- WORDEN MASTER FUND II LP  (FORTRESS INVESTMENT GROUP LLC)
- WORDEN MASTER FUND LP  (DRAWBRIDGE SPECIAL OPPORTUNITIES FUND)
- WORDEN TX LLC
- WRH GLOBAL SECURITIES POOLED TRUST
- XL RE LTD. (REGIMENT CAPITAL)
- ZELL CREDIT OPPORTUNITIES SIDE  FUND LP


## Top Unsecured Creditors

- Accenture
- ADA Carbon Solutions (Red River Environmental Products)
- Aegis Communications Group Inc.
- AEP North
- Alcoa
- Alstom
- AMECO INC
- Applied Industrial Technologies
- Asher Media Inc.
- Automatic Systems Inc.
- Benchmark Industrial Services
- BNSF Railway Company
- BRAKE SUPPLY CO INC
- Buckskin Mining Company
- CapGemini North America Inc.
- CENTERPOINT ENERGY HOUSTON
- CenterPoint Energy Services,  Inc.
- Courtney Construction Inc.

- CRANE NUCLEAR INC
- CUMMINS SOUTHERN PLAINS LTD
- Data Systems & Solutions LLC
- Deloitte & Touche
- EDISON ELECTRIC INSTITUTE
- Electric Power Research Institute (EPRI)
- FL SMIDTH AIRTECH INC
- Fluor Global Services
- Frisco Construction Services
- GENERATOR & MOTOR SERVICES INC
- Grainger
- HCL America Inc.
- Headwaters Resources Inc.
- Holt Cat
- HYDROCARBON EXCHANGE CORP.
- Invensys Systems Inc.
- J & S CONSTRUCTION LLC
- KANSAS CITY SOUTHERN (KCS) RAILWAY
- Law Debenture Trust Company of New York
- LCRA TRANSMISSION SERVICES CORP
- Mario Sinacola & Sons Excavating Inc.
- Merico Abatement Contractors Inc.
- Mine Service Ltd
- NORTHEAST TEXAS POWER LTD.
- PENSION BENEFIT GUARANTY CORPORATION
- PERFORMANCE CONTRACTING INC
- Pierce Construction Inc.
- Pinnacle Technical Resources Inc.
- PRC Environmental Inc.
- Ranger Excavating LP
- Russell & Sons Const Co Inc.
- RYAN PARTNERSHIP (FORMERLY SOLUTIONSET)
- SAP America Inc.
- Securitas Security Services USA
- Shaw Maintenance (CB&I)
- SIEMENS POWER GENERATION INC
- Siemens Power Generation Inc.
- SITEL LLC
- TAGGART GLOBAL LLC
- TDS Excavation Services
- TEAM EXCAVATING
- Texas-New Mexico Power Company
- The Bank of New York Mellon Trust Company
- TPUSA
- TRANSACTEL INC
- Transactel Inc.
- Trent Wind Farm L.P.
- U.S. DEPARTMENT OF ENERGY

- Venture Aggregates LLC
- Warfab
- Waste Control Specialists LLC (WCS)
- Westinghouse Electric Co LLC

## Unions

- International Brotherhood of Electrical Workers Local No. 2078
- International Brotherhood of Electrical Workers Local No. 220
- International Brotherhood of Electrical Workers Local No. 2337

## Utilities

- AT&T INC
- BCS STOP & GO
- BULLARD INC
- D&C CLEANING
- LEVEL 3 COMMUNICATIONS LLC
- PORT-A-JON
- REPUBLIC SERVICES NATIONAL
- RUSK COUNTY ELECTRIC COOPERATIVE
- SET ENVIRONMENTAL INC
- VERIZON WIRELESS

# SCHEDULE 2

## Disclosure of Relationships in Unrelated Matters

### Current and Former Clients of A&M and/or its Affiliates [1]

3i Group
Accenture Plc
ADM Investor Services, Inc.
Advent Capital Management
Aegis Communications Group Inc.
AEP Energy Partners, LP
Alcoa
Alliance Bernstein LP
Allianz Global Investors
Alstom SA
Angelo Gordon & Co.
Appaloosa Management, LP
Apollo Global Management
Ares Management, LLC
Areva NC Inc.
AT&T
Axis Insurance Company
Bank of America
Bank of New York Mellon Trust Company
Bank of Oklahoma dba Bank of Texas
Barclays Bank
Baylor Health Care System
Behringer Harvard Burnet Plaza LP
Bill & Melinda Gates Foundation Trust
Black Diamond Capital
Blackrock Financial
Blackstone Debt Advisors
BMO Asset Management
BNP Paribas Energy Trading GP
BNSF Railway Company
BP Energy Company
Bracewell & Giuliani
Calpine Energy Services, LP
Cap Gemini North America Inc.
Carlyle Group

---

[1]    A & M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters..

Carval Investors, LLC
CB Richard Ellis
Centerbridge Group
Centerpoint Energy Services, Inc.
Chesapeake Energy
Chevron Natural Gas
CIFC Asset Management
Citadel Investment Group
Citigroup
City of Dallas, Texas
Claren Road
Commerz Markets
Computershare
ConocoPhillips Company
Contrarian Funds
Credit Suisse
CVC Capital Partners
Cyrus Capital Partners
Deloitte & Touche
Deutsche Bank
Direct Energy/Energy America
Dupont Capital Management
Drawbridge Special Opportunities Fund
DW Investment Management LP
Eaton Vance
Ecofin
Elliot Associates LP
Energy Transfer Fuel, LP
Enterprise Products Operating LLC
Ernst & Young LLP
Evercore Group
Exelon Generation Company, LLC (Constellation Energy)
Farallon Capital Management
Federal Insurance Company (Chubb)
Federated Investors
Fidelity Investments
Fifth Street Capital
Flint Hill Resources
Fluor Global Services
Fore Research
Fortress Investment
Franklin Mutual
Fubon Asset Management Company
General Electric Capital Corp.
Goldman Sachs
GSO Capital

Gruss Asset Management
Halcyon Asset Management
Hayman Capital
HBK Investments LP
Headwaters Resources Inc.
HIG Whitehorse Capital LLC
Highbridge Capital
Highland Capital
HSBC Bank
Hudson Bay Capital Management
Husch Blackwell LLP
Iberdrola Energy Services (PPM)
Icahn Associates
ING Capital
Invesco Advisers
Itochu International
JPMorgan Chase
Kaiser Foundation Hospitals
KPMG
KKR Financial
LaSalle Bank National Association
Law Debenture Trust Company of New York
Lehman Brothers
Lloyds Banking Group
M&T Bank
Macquarie
Mason Capital LP
MatlinPatterson
Merrill Lynch/Bank of America
MetLife Investment Advisors Company
Metropolitan West Securities
Microsoft Corporation
Mitsui Rail Capital, LLC
Morgan Stanley
Navigant Consulting, Inc.
Neuberger Berman Fixed Income
NextEra Energy
Noble Americas Gas & Power Corp.
Nomura
Oak Hill
Oaktree Capital
Oneok Energy Services Company, LP
Onex Credit Partners, LLC
Oppenheimer Funds
Owl Creek Asset
OZ Management (Och-Ziff)

P. Schoenfeld Asset Management
Perella Weinberg Partners
Petroleum Geo-Services, Inc.
Phillips 66
Phoenix Life Insurance Company
PricewaterhouseCoopers LLP
Principal Financial
Providence Equity
Prudential Insurance
Putnam Investments
Rackspace Hosting, Inc.
RBS Greenwich Capital
Redwood Capital Management, LLC
Regents of the University of California
Royal Bank of Canada
Sankaty Advisors, LLC
Schlumberger Technology Corp.
Scottish Windows Investment Partnership
Sentinel Asset Management
Shaw Maintenance (CB&I)
Shell Energy North America, LP
Shenkman Capital
Siemens Power Generation Inc.
Silver Point Capital
Sitel LLC
Southwestern Electric Service Company Inc.
State of New York
State Street Global Advisors
Stone Lion Capital
T. Rowe Price
Texas Gas Transmission, LLC
Texas Instruments
Thornburg Investment
TIAA-CREF
TPG Capital
Tractebel LNG North America
Trafigura AG
Twin Eagle Resource Management LLC
U.S. Bank N.A.
UBS
UMB Bank
Union Bank, N.A.
United Services Automobile Association (USAA)
United States of America
United States Environmental Protection Agency
Valero Texas Power Marketing, Inc.

Varde Partners, Inc.
Verizon Wireless
Virtus Partners
Vitol Inc.
Wellpoint
Westinghouse Electric Company

**Significant Equity Holders of Current and Former A&M Clients**[2]

3i Group
Aberdeen Asset Management
Advent Capital Management
Aegon NV
ALCOA Inc.
AllianceBernstein LP
Allianz Global Investors
Allstate Life Insurance
Alstom SA
American Century Investment Management
Ameriprise Financial Inc.
Anchorage Capital Master Offshore Ltd.
Angelo Gordon & Co.
Apollo Global Management
Appaloosa Management, LP
Ares Management, LLC
Areva NC Inc.
Ascension Health
AT&T
Aurelius Capital
Avenue Capital Group
Aviva Investors North America
Axis Insurance Company
Babson Capital
Bank of America
Bank of New York Mellon Trust Company
Barclays Bank
Bill & Melinda Gates Foundation Trust
Black Diamond Capital
Blackrock Financial
Blackstone
BMO Asset Management

---

[2]    These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

BNP Paribas Energy Trading GP
BP Energy Company
Brigade Capital
BTG Pactual GLB Asset Management
California Public Employees Retirement System
California State Teachers Retirement System
Cap Gemini North America Inc.
Capital Research & Management
Cargill, Inc.
Carl Marks Management
Carlyle Group
CB Richard Ellis (Thomas Saldana)
Centerbridge Group
Centerpoint Energy Services, Inc.
Chesapeake Energy Marketing, Inc.
CIFC Asset Management
Citadel Investment Group
Citibank, N.A.
Citigroup Financial Products
Clinton Group
Columbia Management
Commerz Markets
Computershare
ConocoPhillips Company
Contrarian Funds LLC
Cornell University
Credit Suisse
CSS, LLC
Cyrus Capital Partners
CVC
Danske Bank
David Bonderman
Deutsche Bank
DK Acquisition Partners
DW Investment Management
Eaton Vance
Elliott Associates
Energy Transfer Fuel, LP
Equity Group Investments
Exelon Generation Company, LLC (Constellation Energy)
Farallon Capital Management, LLC
Federated Investors
Fidelity Investments
Fifth Street Capital
First Trust Advisors
Fluor Global Services

Fortress Investment
Fubon Asset Management Company
FS Investment Corporation
GAMCO Investors
General Electric Capital Corp.
General Electric Pension Trust
Golden Tree Asset Management
Goldman Sachs Credit
GSC Capital
GSO Capital Partners
HBK Investments
HIG Whitehorse
Highbridge International LLC
Highland Capital
HIMCO
Hotchkis & Wiley Capital Management Hudson Bay Capital Management
Iberdrola Energy Services (PPM)
Icahn Associates
ING Capital
Invesco Advisers
Itochu Corporation
J. Aron/Goldman Sachs
Janus Capital Group
JPMorgan Chase
Kinder Morgan
King Street Capital
KKR Capital Markets
Kodiak Management Company LLC
LaSalle Bank National Association
Lloyds Banking Group PLC
Loeb Partners
Lord Abbett & Co.
Macquarie
Magnetar Capital
Manulife Asset Manager LLC
Mason Capital Management
Massachusetts Financial
Massachusetts Mutual Life Insurance Company
MatlinPatterson
McDermott Master Trust
Meritage Funds
Merrill Lynch/Bank of America
MetLife Investment Advisors Company
Metropolitan West Securities
MJX Asset Management
Mitsui Rail Capital, LLC

Moelis & Company LLC
Morgan Stanley
Mount Kellett
MSD Capital LP
Neuberger Berman Fixed Income
Nomura Corporate Research
Oak Hill
Oaktree
Ohio Police & Fire Pension Fund
Onex Credit Partners
Oppenheimer
Owl Creek Asset
OZ Management (Och-Ziff)
Pacific Investment Management Co. (PIMCO)
Paulson & Co.
Perella Weinberg Partners
Phoenix Life Insurance Company
Pinebridge Investments
Pioneer Investment
Post Advisory Group
PPM America
Principal Financial Group
Providence Equity
Prudential Insurance
Putnam Investments
RBS Greenwich Capital
Redwood Capital Management, LLC
Rothschild Inc.
Royal Bank of Canada
Salient Advisors
Sandell Asset Management
Sankaty Advisors, LLC
SAP America Inc.
Schlumberger Technology Corp.
Sentinel Asset Management
Shell Energy North America, LP
Siemens Power Generation Inc.
Silver Point Capital
Solus Alternative
Southern California Gas Company
Southpaw Asset Management
Standard Life Investments
State of New York
State of Wisconsin Investment Board
State Street Global Advisors
Stone Lion Capital

Susquehanna Capital Group
T. Rowe Price
Taconic Capital Advisors
TCW Investment Management
Third Avenue Capital
Thornburg Investment
Thrivent Asset Management, LLC
TIAA-CREF
TPG Capital
Trilogy Capital
Trimaran Advisors/Katona
U.S. Bank N.A.
UBS
Vanguard
Varde Partners, Inc.
Verizon Wireless
Waterstone Asset Management
W.R. Huff Asset
Wellington Management
Wells Fargo
Whitebox Advisors


**Creditors in A&M Engagements**[3]
Aberdeen Asset Management
Aegon NV
AllianceBernstein LP
American High Income Trust
Appaloosa Management, LP
AT&T
Avenue Capital
Aviva Investors North America
Bank of America
Bank of New York Mellon Trust Company
Barclays Bank
Black Diamond Inc.
BMO Asset Management
Carlyle Group
Citadel Securities Trading

---

[3]     A&M is currently advising or has previously advised these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) as creditors or various official creditors' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

Citibank, N.A.
Columbia Management
Contrarian Funds
Credit Suisse
Deutsche Bank
Drawbridge Special Opportunities Fund
Eaton Vance
Elliot Associates LP
Ernst & Young LLP
Federated Investors
Fifth Street Capital
Franklin Mutual
General Electric Capital Corp.
Goldman Sachs Credit
HCL America Inc.
Highland Capital
Iberdrola Energy Services (PPM)
Intermarket Corporation
Invesco Advisers
J. Aron/Goldman Sachs
JPMorgan Chase
KKR Capital Markets
LaSalle Bank National Association
Law Debenture Trust Company of New York
MacKay Shields
Manulife Asset Management
Marathon Asset Management
Merrill Lynch/Bank of America
MFS Investment Management
Morgan Stanley
Muzinich & Company, Inc.
Nomura Corporate Research
Nuveen Asset Management
Oaktree
Oak Hill
Oppenheimer Funds
Pacific Investment Management Co. (PIMCO)
Pension Benefit Guaranty Association
Pioneer Investment Management
PPM America
Providence Equity Partners
Prudential Insurance
Putnam Investments
Regiment Capital
Royal Bank of Canada
Sempra Energy Trading

Shenkman Capital
State of New York
Stone Tower Capital
Symphony Asset Management
TCW Investment Management
Third Avenue Capital
U.S. Bank N.A.
UBS
UMB Bank
Vanguard
W.R. Huff Asset Management
Watershed Asset Management
Whipporwill Associates, Inc.
York Capital

**Members of Noteholders Group** [4]

Aberdeen Management
AT&T
Bank of America
Bank of New York Mellon Trust Company
Barclays Bank
Cargill, Inc.
Citibank, N.A.
Credit Suisse
Deutsche Bank
Eaton Vance
General Electric Capital Corp.
Hartford Floating Rate Fund
Highbridge Capital
J. Aron/Goldman Sachs
JPMorgan Chase
KKR
Lord Abbett & Co.
MacKay Shields
Merrill Lynch/Bank of America
Morgan Stanley
Oppenheimer
Prudential Insurance
Putnam Investments

---

[4]    A&M is currently advising or has previously advised various official or unofficial noteholders' committees in which these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) were members or which represented the interests of these parties or their affiliates.

Silver Point Capital
Solus Alternative Asset Management, LP
Taconic Capital Partners
TCW Asset Management
U.S. Bank N.A.
UBS
Wells Capital Management


**Professionals & Advisors**[5]
AustralianSuper Pty
Baker Botts
Balch & Bigham
Beirne Maynard
Bracewell & Giuliani
Deloitte & Touche
Ernst & Young LLP
Fish & Richardson
Gibson Dunn & Crutcher LLP
Jackson Kelly
Jackson Walker
K&L Gates
Kaye Scholer
Kelly Hart & Hallman
Kirkland & Ellis
KPMG
Hawkins Parnell
Haynes & Boone
Houlihan Lokey Capital, Inc.
Hunton & Williams LLP
LeClair Ryan
Littler Mendelsohn
Locke Lord
Mayer Brown
McDermott Will & Emery LLP
Miles & Stockbridge
Miller Buckfire & Co. LLC
Morgan Lewis & Bockius
Ogletree Deakins Nash Smoak & Stewart
Perella Weinberg Partners

---

[5]    These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client.  In certain cases, these professionals may have engaged A&M on behalf of such client.

Pillsbury Winthrop
PricewaterhouseCoopers LLP
Reed Smith LLP
Sidley Austin LLP
Simpson Thatcher & Bartlett
Skadden Arps
Stroock Stroock & Lavan LLP
Susman Godfrey LLP
Sutherland Asbill & Brennan LLP
Thompson & Knight LLP
Towers Watson
Vinson & Elkins
Winstead PC
Winston & Strawn LLP
Zolfo Cooper, LLC


**Significant Joint Venture Partners**[6]
Accenture Plc
AT&T
BP Energy Company
California State Teachers Retirement System
Cargill, Inc.
Carlyle Group
Farallon Capital Management, LLC
General Electric Capital Corp.
J. Aron/Goldman Sachs
JPMorgan Chase
KKR
MetLife Investment Advisors Company
Microsoft Corporation
Siemens Power Generation Inc.
State Street Global Advisors
Vanguard

**Board Members**[7]
Charles W. Jenkins III

---

[6]    These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M
or its affiliates in wholly unrelated matters.

[7]    These parties or their affiliates are board members of other clients or former clients of A&M or their affiliates
in wholly unrelated matters.

David Bonderman
Gary Prentice
James R. Huffines
John O'Brien
Kenneth A. Pontarelli
Michael MacDougall
Monte E. Ford
Richard Meserve
Robert A. Estrada
Scott Lebovitz
William K. Reilly

**A&M Vendors**[8]
3i Group
Ares Management, LLC
AT&T
Avenue Capital Group
Baker Botts
Bank of New York
Blackstone Debt Advisors
BMO Asset Management
BNP Paribas Energy Trading GP
BP Energy Company
Bracewell & Giuliani
Cap Gemini North America Inc.
CB Richard Ellis (Thomas Saldana)
Citibank, N.A.
Deloitte & Touche
EDF Trading North America, LLC
Energy Transfer Fuel, LP
Ernst & Young LLP
Evercore Group
Federal Insurance Company (Chubb)
Haynes & Boone
Houlihan Lokey Capital, Inc.
Hunton & Williams LLP
Husch Blackwell LLP
ING Capital
J. Aron/Goldman Sachs
Jackson Kelly
Jackson Walker

---

[8]    These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates

Kaye Scholer
Kelly Hart & Hallman
Kirkland & Ellis
KKR Capital Markets
KPMG
Locke Lord
Manulife Asset Manager LLC
Mayer Brown
McDermott Will & Emery LLP
McGlinchey Stafford
Merrill Lynch/Bank of America
Microsoft Corporation
Miller Buckfire & Co. LLC
Moelis & Company LLC
Morgan Lewis & Bockius
Muscatine Power & Water
Navigant Consulting, Inc.
Onex Credit Partners, LLC
Perella Weinberg Partners
Pillsbury Winthrop
PricewaterhouseCoopers LLP
Principal Financial Group
Prudential Insurance
Reed Smith LLP
SAP America Inc.
Skadden Arps
Shaw Maintenance (CB&I)
Shell Energy North America
Sidley Austin LLP
Simpson Thatcher & Bartlett
Thompson & Knight LLP
TIAA-CREF
Towers Watson
U.S. Bank N.A.
United Services Automobile Association (USAA)
Verizon Wireless
Vinson & Elkins
Winston & Strawn LLP

.