**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979-CSS |
| CORP., *et al.,*[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the

admission *pro hac vice* of Amy M. Tonti, Esquire of the law firm Reed Smith LLP, Reed Smith

Centre, 225 Fifth Avenue, Suite 1200, Pittsburgh, Pennsylvania  15222, as counsel to The Bank

of New York Mellon ("BNYM") ***solely in its capacity as Trustee under the following Trust***

***Agreements***:

1.  Amended and Restated Nuclear Decommissioning Trust Agreement
    dated January 1, 2002 between TXU Generation Company LP and
    Mellon Bank, N.A., as amended by the First Amendment to TXU
    Generation Company LP Amended and Restated Nuclear
    Decommissioning Trust Agreement for Comanche Peak Steam Electric
    Station, Units 1 and 2, dated December 8, 2003 between TXU
    Generation Company LP and Mellon Bank, N.A. (Note that TXU
    Generation Company LP is now Luminant Generation Company LLC);

2.  EFH Second Supplemental Retirement Plan Trust Agreement dated
    December 20, 2010 between Energy Future Holdings Corp. and The
    Bank of New York Mellon;

3.  Texas Utilities Company System Retirement Plan Master Trust
    Agreement dated June 20, 1983 between Texas Utilities Company and
    Mellon Bank, N.A., as amended by Amendment dated December 2, 2008
    to Energy Future Holdings Corp. System Retirement Plan Master Trust
    Agreement between Energy Future Holdings Corp. and The Bank of
    New York Mellon, successor by operation of law to Mellon Bank, N.A.;

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have been granted joint administration on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4.  Welfare Trust Agreement dated June 1, 1994 between Texas Utilities Company and Mellon Bank, N.A., and Amendment to June 1, 1994 Welfare Trust Agreement dated June 1, 1994 between Texas Utilities Company and Mellon Bank, N.A. (Trust to fund certain benefits for Covered Group under all Healthcare Plans) (Note that Texas Untilites Company merged into current Energy Future Holdings Corp.); and

5.  TXU Split-Dollar Life Insurance Program Trust Agreement dated July 15, 2002 between TXU Corp. and Mellon Bank, N.A., as amended by Amendment dated December 2, 2008 to the EHF Split-Dollar Life Insurance Program Trust Agreement between Energy Future Holdings Corp. and The Bank of New York Mellon, successor by operation of law to Mellon Bank, N.A.;

in the above- captioned proceeding.

Dated:  May 30, 2014
        Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:  */s/ Richard A. Robinson*
     Richard A. Robinson (No. 5059)
     1201 Market Street, Suite 1500
     Wilmington, DE  19801
     Phone:  (302) 778-7500
     Facsimile:  (302) 778-7575
     rrobinson@reedsmith.com

     Counsel to The Bank of New York Mellon, *solely in its capacity as Trustee under the above-enumerated Trust Agreements*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the bars of the Commonwealth of Pennsylvania and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: _May 29_, 2014

By: _____
Amy M. Tonti, Esquire
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Tel:  412-288-3131
Fax: 412-288-3064
E-mail:  atonti@reedsmitn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2014
        Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

US_ACTIVE-117816432.1-SLLUCAS 05/29/2014 3:08 PM