IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br><br> **Related Docket No. 634** |

## NOTICE OF WITHDRAWAL

Alcoa Inc., hereby withdrawal the Response of Alcoa Inc. to Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates for Entry of a Final Order Authorizing Use of Cash Collateral and Granting Related Relief filed on May 29, 2014 at Docket No. 634.

Dated: May 30, 2014
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Matthew B. McGuire_
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel for Alcoa Inc.*

{1017.001-W0031530.}