**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Joint Administration Requested)[1]<br><br>**Re: D.I. 477, 640, 643**<br><br>Hearing Date:  June 5, 2014 at 9:30 a.m.<br>Objection Deadline:  May 29, 2014 at 4:00 p.m. |

**JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE, TO OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO, AND THE STATEMENT OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS WITH RESPECT TO, THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF FEES UNDER THE POSTPETITION SECOND LIEN FINANCING COMMITMENT LETTER**

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture, dated as of October 31, 2007, among Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc. (together, the "Issuers"), certain guarantors that are affiliates of the Issuers, and The Bank Of New York Mellon Trust Company, N.A., pursuant to which (i) $2,045,956,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, (ii) $1,441,957,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, Series B and (iii) $1,749,645,671 aggregate principal amount of the Issuers' 10.50%/11.25% Senior Toggle Notes due 2016 were issued and are outstanding as of the date hereof, by and through its attorneys, Patterson Belknap Webb & Tyler LLP and Morris James LLP, hereby files this joinder ("Joinder") to the *Objection of the Official Committee of Unsecured Creditors to the Motion of Energy Future Intermediate Holding Company LLC and*

---

[1] By Order dated May 1, 2014, this Court approved on an interim basis only the Debtors' request for joint administration of their cases.  The Debtors' request for a final order remains pending.

7110493

*EFIH Finance Inc. for Entry of an Order Authorizing Payment of Fees Under the Postpetition Second Lien Financing Commitment Letter*, dated May 29, 2014 (D.I. 640) (the "UCC Objection"). Law Debenture also joins the *Statement and Reservation of Rights of the Ad Hoc Group of TCEH Unsecured Noteholders With Respect to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use Of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment Of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay*, dated May 29, 2014 (D.I. 643) (the "Noteholders' Statement").

## JOINDER

1. Law Debenture joins the UCC Objection and the Noteholders' Statement. Law Debenture respectfully submits that the Alternative Transaction Fee[2] should not be approved. But, should the Court approve the Alternative Transaction Fee, then any order approving the Motion should make clear that the TCEH Debtors will not be liable for any portion of the Alternative Transaction Fee or any other liability concerning the Commitment Letter.

[*Remainder of page intentionally left blank*]

---

[2] All capitalized terms used but not defined in this Joinder have the meanings set forth in the UCC Objection.

7110493

2

2. Law Debenture reserves the right to supplement or amend this Joinder and to appear and be heard on any issue at the hearing to consider approval of the Alternative Transaction Fee.

Dated:  May 30, 2014

**MORRIS JAMES LLP**

Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone: (302) 888-6800
Facsimile:  (302) 571-1750
Email: smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney (*pro hac vice* admission pending)
Craig W. Dent (*pro hac vice* admission pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone: (212) 336-2000
Facsimile:  (212) 336-2222
Email:  dalowenthal@pbwt.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*