IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF SERVICE OF "DEBTORS' FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS TO CSC TRUST COMPANY OF DELAWARE CONCERNING THE EFIH FIRST LIEN DIP MOTION AND EFIH SETTLEMENT MOTION"**

PLEASE TAKE NOTICE that, on the 26th and 27th days of May, 2014, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a copy of **Debtors' First Set of Interrogatories and Document Requests to CSC Trust Company of Delaware Concerning the EFIH First Lien DIP Motion and EFIH Settlement Motion** to be served on the following counsel of record as follows:

| VIA EMAIL AND FEDERAL EXPRESS | VIA EMAIL AND FEDERAL EXPRESS |
|---|---|
| D. Ross Martin<br>ROPES & GRAY LLP<br>800 Boylston Street Prudential Tower<br>Boston, Massachusetts 02199<br>E-mail:    Ross.Martin@ropesgray.com | Warren A. Usatine<br>COLE, SHOTZ, MEISEL, FORMAN<br>   & LEONARD, P.A.<br>25 Main Street<br>Hackensack, New Jersey 07601<br>E-mail:    wusatine@coleschotz.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10358651v.1

Norman L. Pernick
COLE, SHOTZ, MEISEL, FORMAN
  & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
E-mail:    npernick@coleschotz.com

Dated: May 30, 2014
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
              edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession