IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

-------------------------------------------------------------- x

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 29, 2014, I caused to be served:

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE [of Brian P. Guiney]**
[Docket No. 646]

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE [of Craig W. Dent]**
[Docket No. 647]

Service was completed upon the parties on the attached list as indicated thereon.

Date: May 30, 2014

/s/ William W. Weller
William W. Weller

SWORN AND SUBSCRIBED before me this 30th day of May, 2014.

_____
NOTARY
My commission expires: _____

(Notary Seal: RUTH F. SALOTTO, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES MAY 12, 2015)

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Tyler D. Semmelman, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
[Counsel for Debtors and
Debtors in Possession]

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
[Counsel for the Official Committee of
Unsecured Creditors]

Howard A. Cohen, Esq.
Robert K. Malone, Esq.
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
[Counsel for Citibank, N.A.]

Richard L. Schepacarter
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Richard M. Cieri, Esq.
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: (212) 446-4900
[Counsel for Debtors and
Debtors in Possession]

James H.M. Sprayregen, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Facsimile: (312) 862-2200
[Counsel for Debtors and
Debtors in Possession]

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerester LLP
250 West 55th Street
New York, NY 10019
Facsimile: (212) 468-7900
[Counsel for the Official Committee of
Unsecured Creditors]

Edward Fox, Esq.
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022
Facsimile: (212) 684-0197
[Counsel for the Official Committee of
Unsecured Creditors]

Dennis F. Dunne, Esq.
Evan R. Fleck, Esq.
Karen Gartenberg, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Facsimile: (212) 530-5219
[Counsel for Citibank, N.A.]