IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Related to Docket Nos. 643, 644, 645 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   §
                    §   SS:
NEW CASTLE COUNTY   §

*Joan M. Hofmann*, being duly sworn according to law, deposes and says that she is employed by Fox Rothschild LLP, co-counsel to the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned cases, and that on the 30th day of May, 2014, copies of the following documents were caused to be served upon the parties listed on the service list attached hereto *via* hand delivery to local parties, first class mail to nonlocal parties:

1. Statement Of The Ad Hoc Group Of TCEH Unsecured Noteholders With Respect To The Motion Of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. For Entry Of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Authorizing The Use Of Cash Collateral, (D) Authorizing The EFIH Second Lien Repayment, (E) Authorizing Entry Into And Payment Of Fees Under The Commitment Letter, And (F) Modifying The Automatic Stay [Doc No. 643];

2. Limited Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To The Motion Of Energy Future Holdings Corp., Et Al., For Entry Of An Order Authorizing The Debtors To (A) Pay Certain Prepetition Amounts On Account Of Non-Insider Compensation Programs And (B) Continue The Non-Insider Compensation Programs In The Ordinary Course Of Business On A Postpetition Basis [Doc No. 644];

3. Limited Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To The Motion Of Energy Future Holdings Corp., Et Al., For Entry Of An Order

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Extending The Debtors' Time To File Schedules Of Assets And Liabilities, Schedules Of Current Income And Expenditures, Schedules Of Executory Contracts And Unexpired Leases, And Statements Of Financial Affairs [Doc No. 645].

*Joan M. Hofmann*
Joan M. Hofmann

**SWORN TO AND SUBSCRIBED** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated:     May 30, 2014     *Denise L. Kemp*
                            Notary Public

DENISE L. KEMP
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 1, 2015

2

| | |
|---|---|
| ASHBY & GEDDES, P.A.<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ<br>500 DELAWARE AVE<br>PO BOX 1150<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY | BAKER BOTTS LLP<br>(COUNSEL TO CENTERPOINT)<br>ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS<br>2001 ROSS AVE.<br>DALLAS, TX 75201-2980<br><br>VIA FIRST CLASS MAIL |
| BINGHAM MCCUTCHEN LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)<br>ATTNL JULIA FROST-DAVIES ESQ &<br>CHRISTOPHER L. CARTER ESQ<br>ONE FEDERAL STREET<br>BOSTON, MA 02110-1726<br><br>VIA FIRST CLASS MAIL | BINGHAM MCCUTCHEN LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP)<br>ATTN: JEFFREY S. SABIN ESQ<br>399 PARK AVENUE<br>NEW YORK, NY 10022-468<br><br>VIA FIRST CLASS MAIL |
| BROWN RUDNICK LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: EDWARD WEISFELNER ESQ<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | BROWN RUDNICK LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: HOWARD SIEGEL ESQ<br>185 ASYLUM STREET<br>HARTFORD, CT 06103<br><br>VIA FIRST CLASS MAIL |
| BROWN RUDNICK LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ<br>JEREMY COFFEY ESQ<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br><br>VIA FIRST CLASS MAIL | COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: RACHEL OBALDO & JOHN MARK STERN<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br><br>VIA FIRST CLASS MAIL |
| CONNOLLY GALLAGHER LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)<br>ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ<br>1000 WEST STREET, SUITE 1400<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | CROSS & SIMON, LLC<br>(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.)<br>ATTN: MICHAEL J. JOYCE<br>913 N. MARKET STREET, 11TH FLOOR<br>PO BOX 1380<br>WILMINGTON, DE 19899-1380<br><br>VIA HAND DELIVERY |

DENTONS US LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ
OSCAR PINKS ESQ
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
VIA FIRST CLASS MAIL

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK, N.A.)
ATTN: HOWARD A. COHEN & ROBERT K. MALONE
222 DELAWARE AVE., STE. 1410
WILMINGTON, DE 19801-1621

VIA HAND DELIVERY

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

VIA FIRST CLASS MAIL

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.)
ATTN: BRAD E. SCHELER, GARY L. KAPLAN &
MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK, NY 10004

VIA FIRST CLASS MAIL

FROST BROWN TODD LLC
(COUNSEL TO SITEL, LLC)
ATTN: EDWARD M. KING, ESQ.
400 W. MARKET STREET, 32ND FLOOR
LOUISVILLE, KY 40202

VIA FIRST CLASS MAIL

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO: AURELIUS)
ATTN: MICHAEL G. BUSENKELL
913 N. MARKET STREET, 10TH FLOOR
WILMINGTON, DE 19801

VIA HAND DELIVERY

KELLY HART & HALLMAN LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

VIA FIRST CLASS MAIL

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES H.M. SPRAYREGEN, P.C.
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

VIA FIRST CLASS MAIL

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

VIA FIRST CLASS MAIL

LANDIS RATH & COBB LLP
(COUNSEL TO: ALCOA)
ATTN: ADAM G. LANDIS, ESQ., MATTHEW B. MCGUIRE, ESQ.
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

VIA HAND DELIVERY

LANDIS RATH & COBB LLP
(COUNSEL TO: MARATHON MGMT)
ATTN: ADAM LANDIS ESQ & MATTHEW MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

VIA HAND DELIVERY

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ATTN: ELIZABETH WELLER ESQ
1100 COMMERCE ST ROOM 9C60
DALLAS, TX 75242-1496

VIA FIRST CLASS MAIL

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO: HARRIS COUNTY)
ATTN: JOHN P. DILLMAN
P.O. BOX 3064
HOUSTON, TX 77253-3064

VIA FIRST CLASS MAIL

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

VIA FIRST CLASS MAIL

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MARC PHILLIPS ESQ
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801

VIA HAND DELIVERY

MCCREARY, VESELKA, BRAGG & ALLEN, PC
(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680

VIA FIRST CLASS MAIL

MCKOOL SMITH
(COUNSEL TO: ALCOA)
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX 77002

VIA FIRST CLASS MAIL

MCKOOL SMITH
(COUNSEL TO: ALCOA)
ATTN: PETER S. GOODMAN, ESQ.
MICHAEL R. CARNEY, ESQ.
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036

VIA FIRST CLASS MAIL

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK, N.A.)
ATTN: DENNIS F. DUNNE, EVAN R. FLECK &
KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

VIA FIRST CLASS MAIL

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE "INTEREST HOLDERS")
ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

VIA HAND DELIVERY

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659

VIA FIRST CLASS MAIL

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ERCOT)
ATTN: RUSSELL L MUNSCH ESQ
3050 FROST BANK TOWER
401 CONGRESS AVE
AUSTIN, TX 78701-4071

VIA FIRST CLASS MAIL

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)
ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

VIA FIRST CLASS MAIL

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)
ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

VIA FIRST CLASS MAIL

OFFICE OF THE UNITED STATE TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

VIA HAND DELIVERY

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

VIA FIRST CLASS MAIL

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M. AMADOR, ATTY
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

VIA FIRST CLASS MAIL

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO GALENA PARK ISD)
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX 77008

VIA FIRST CLASS MAIL

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO SOMERVELL COUNTY ET AL)
ATTN: ELIZABETH BANDA CALVO ESQ
PO BOX 13430
ARLINGTON, TX 76094-0430

VIA FIRST CLASS MAIL

POTTER ANDERSON & CORROON LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ
1313 N MARKET ST 6TH FL
PO BOX 951
WILMINGTON, DE 19801

VIA HAND DELIVERY

| | |
|---|---|
| RICHARDS LAYTON & FINGER<br>(CO-COUNSEL TO EFHC DEBTORS)<br>ATTN: MARK D COLLINS ESQ, DANIEL DEFRANCESCHI ESQ<br>JASON MADRON ESQ<br>920 N KING ST<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | SAUL EWING LLP<br>(COUNSEL TO ERCOT)<br>ATTN: MARK MINUTI ESQ<br>222 DELAWARE AVE STE 1200<br>PO BOX 1266<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY |
| SHEARMAN & STERLING LLP<br>(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)<br>ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>VIA FIRST CLASS MAIL | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)<br>ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON<br>155 NORTH WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720<br><br>VIA FIRST CLASS MAIL |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)<br>ATTN: JAY M. GOFFMAN<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036-6522<br><br>VIA FIRST CLASS MAIL | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)<br>ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO<br>ONE RODNEY SQUARE<br>PO BOX 636<br>WILMINGTON, DE 19899-0636<br><br>VIA HAND DELIVERY |
| SNELL & WILMER LLP<br>(COUNSEL TO HEADWATERS RESOURCES, INC.)<br>ATTN: DAVID E. LETA<br>15 WEST SOUTH TEMPLE, SUITE 1200<br>SALT LAKE CITY, UT 84101<br><br>VIA FIRST CLASS MAIL | GOODWIN PROCTER LLP<br>WILLIAM P. WEINTRAUB, ESQ.<br>KIZZY L. JARASHOW, ESQ.<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018<br><br>VIA FIRST CLASS MAIL |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: JASON A STARKS, ASST ATTORNEY GENERAL<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br><br>VIA FIRST CLASS MAIL | WACHTELL, LIPTON, ROSEN & KATZ<br>(COUNSEL TO THE "INTEREST HOLDERS")<br>ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019<br><br>VIA FIRST CLASS MAIL |

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO ADHOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

VIA HAND DELIVERY

BAILEY BRAUER PLLC
(COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.)
ATTN: BENJAMIN L. STEWART
8350 N. CENTRAL EXPY, SUITE 935
DALLAS, TX 75206

VIA FIRST CLASS MAIL

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS, INC.)
ATTN: JEFFREY R. FINE
1717 MAIN STREET, SUITE 4000
DALLAS, TX 75201

VIA FIRST CLASS MAIL

BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS, INC.)
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

VIA FIRST CLASS MAIL

COUSINS CHIPMAN & BROWN, LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS
ATTN: SCOTT D. COUSINS, MARK D. OLIVERE; ANN M. KASHISHIAN
1007 NORTH ORANGE STREET, SUITE 1110
WILMINGTON, DE 19801

VIA HAND DELIVERY

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS)
ATTN: IRA S. DIZENGOFF; ABID QURESHI; STEPHEN M. BALDINI;
MEREDITH A. LAHAIE; ROBERT J. BOLLER; CHRISTOPHER W. CARTY;
LINDSAY K. ZAHRADKA
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK, NY 10036
VIA FIRST CLASS MAIL

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS
ATTN: SCOTT L. ALBERINO; JOANNA F. NEWDECK
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036

VIA FIRST CLASS MAIL

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: THOMAS MOERS MAYER; GREGORY A. HOROWITZ; JOSHUA K. BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

VIA FIRST CLASS MAIL

BRYAN CAVE LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

VIA FIRST CLASS MAIL

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: LAURA DAVIS JONES; ROBERT J. FEINSTEIN
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON, DE 19801

VIA HAND DELIVERY

COMPUTERSHARE
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: TINA VITALE
480 WASHINGTON BLVD.
JERSEY CITY, NJ 07310

VIA FIRST CLASS MAIL

COMPUTERSHARE TRUST COMPANY OF CANADA
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: ALESSANDRA PANSERA
1500 UNIVERSITY STREET, SUITE 700
MONTREAL, QUEBEC H3A3S8

VIA FIRST CLASS MAIL

COZEN O'CONNOR
(COUNSEL TO J. ARON & COMPANY)
ATTN: MARK E. FELGER
1201 NORTH MARKET STREET, SUITE 1001
WILMINGTON, DE 19801

VIA HAND DELIVERY

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO J. ARON & COMPANY)
ATTN: THOMAS J. MOLONEY; SEAN A. O'NEAL; HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006

VIA FIRST CLASS MAIL

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)
ATTN: J. CHRISTOPHER SHORE; GREGORY M. STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

VIA FIRST CLASS MAIL

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)
ATTN: THOMAS E LAURIA; MATTHEW C. BROWN
200 SOUTH BISCAYNE BLVD., SUITE 4900
MIAMI, FL 33131

VIA FIRST CLASS MAIL

FOX ROTHSCHILD LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)
ATTN: JEFFREY M. SCHLERF; JOHN H. STROCK; L. JOHN BIRD
919 N. MARKET STREET, SUITE 300
WILMINGTON, DE 19801

VIA HAND DELIVERY

CIARDI CIARDI & ASTIN
(COUNSEL TO ATMOS ENERGY CORPORATION)
ATTN: DANIEL K. ASTIN; JOHN D. MCLAUGHLIN, JR.; JOSEPH J. MCMAHON, JR.
1204 N. KING STREET
WILMINGTON, DE 19801

VIA HAND DELIVERY

COWLES & THOMPSON
(COUNSEL TO ATMOS ENERGY CORPORATION)
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

VIA FIRST CLASS MAIL

SMITH, KATZENSTEIN & JENKINS LLP
(COUNSEL TO AGIRAS USA, LLC)
ATTN: KATHLEEN M. MILLER
800 DELAWARE AVE., SUITE 1000
P.O. BOX 410
WILMINGTON, DE 19899

VIA HAND DELIVERY

HAYNES AND BOONE LLP
(COUNSEL TO AGIRAS USA, LLC)
ATTN: JONATHAN HOOK
30 ROCKEFELLER CENTER
26TH FLOOR
NEW YORK, NY 10112

VIA FIRST CLASS MAIL

HAYNES AND BOONE LLP
(COUNSEL TO AGIRAS USA, LLC)
ATTN: PATRICK L. HUGHES
1221 MCKINNEY STREET
SUITE 1200
HOUSTON, TX 77010

VIA FIRST CLASS MAIL

VEDDER PRICE P.C.
(COUNSEL TO FIRST UNION RAIL)
ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VIA FIRST CLASS MAIL

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DENTURE TRUST COMPANY OF NEW YORK)
ATTN: STEPHEN M. MILLER
MORRIS JAMES LLP
500 DELAWARE AVE., SUITE 1500
PO BOX 2306
WILMINGTON, DE 19899

VIA HAND DELIVERY

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DENTURE TRUST COMPANY OF NEW YORK)
ATTN: DANIEL A. LOWNTHAL; CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

VIA FIRST CLASS MAIL

QUARLES & BRADY LLP
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
ATTN JOHN A. HARRIS, ESQ; JASON D. CURRY, ESQ;
RENAISSANCE ONE
TWO NORTH CENTRAL AVE.
PHOENIX, AZ 85004

VIA FIRST CLASS MAIL

CIARDI CIARDI & ASTIN
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
ATTN: DANIEL K. ASTIN, ESQ; JOSEPH J. MCMAHON, JR., ESQ
1204 NORTH KING STREET
WILMINGTON, DE 19801

VIA HAND DELIVERY

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
(COUNSEL TO CENTERPOINT)
ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

VIA HAND DELIVERY

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO: MARATHON ASSET MGMT)
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER
250 GREENWICH ST
NEW YORK, NY 10007

VIA FIRST CLASS MAIL

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO: MARATHON ASSET MGMT)
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109

VIA FIRST CLASS MAIL

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: CHES GARRISON
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036-1564

VIA FIRST CLASS MAIL

MCCATHERN, PLLC
(COUNSEL TO RED BALL OXYGEN COMPANY)
ATTN: JONATHAN L. HOWELL
REGENCY PLAZA
3710 RAWLINS, SUITE 1600
DALLAS, TX 75219

VIA FIRST CLASS MAIL

OFFICE OF THE CHIEF COUNSEL
(COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION)
ATTN; JON CHATALAIN, ATTORNEY
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

VIA FIRST CLASS MAIL

BROWN & CONNERY, LLP
(COUNSEL TO SAP INDUSTRIES, INC.)
ATTN: DONALD K. LUDMAN
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

VIA FIRST CLASS MAIL

WINSTON & STRAWN LLP
(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

VIA FIRST CLASS MAIL

MYERS-HILL
(COUNSEL TO PROPERTY TAX PARTNERS)
ATTN: ROBERT J. MYERS
2525 RIDGMAR BLVD., STE. 150
FORT WORTH, TX 76116

VIA FIRST CLASS MAIL

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: MARK L. DESGROSSEILLIERS
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

VIA HAND DELIVERY

JACKSON WALKER, L.L.P.
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: MONICA S. BLACKER
BANK OF AMERICA PLAZA
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

VIA FIRST CLASS MAIL

JACKSON WALKER, L.L.P.
ATTN: J. SCOTT ROSE
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
WESTON CENTRE
112 E. PECAN STREET, SUITE 2400
SAN ANTONIO, TX 78205

VIA FIRST CLASS MAIL

CURTIN & HEEFNER LLP
(COUNSEL TO FLSMIDTH INC.)
ATTN: ROBERT SZWAJKOS, ESQ.
250 PENNSYLVANIA AVENUE
MORRISVILLE, PA 19067

VIA FIRST CLASS MAIL

POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & RAY, L.L.P.
(COUNSEL TO TARRANT REGIONAL WATER DISTRICT AND NORTHEAST TEXAS MUNICIPAL WATER DISTRICT)
ATTN: MICHAEL L. ATCHLEY & MATTHEW T. TAPLETT
500 WEST 7TH STREET, SUITE 600
FORT WORTH, TX 76102

VIA FIRST CLASS MAIL

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORPORATION)
ATTN: KATHLEEN A. MURPHY, ESQ.
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

VIA HAND DELIVERY

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: MICHAEL B. SCHAEDLE, ESQ.
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103
VIA FIRST CLASS MAIL

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: MICHAEL D. DEBAECKE, ESQ. & STANLEY B. TARR, ESQ.
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

VIA HAND DELIVERY

WILMINGTON TRUST FSB
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: JEFFREY T. ROSE, ESQ., V.P.
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

VIA FIRST CLASS MAIL

SEWARD & KISSEL LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: JOHN R. ASHMEAD; KALYAN DAS; & ARLENE R. ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

VIA FIRST CLASS MAIL

STEPHEN SAKONCHICK II, P.C.
(COUNSEL TO RANGER EXCAVATING LP)
ATTN: STEPHEN SAKONCHICK, II
6502 CANON WREN DRIVE
AUSTIN, TX 78746

VIA FIRST CLASS MAIL

WEINSTEIN RADCLIFF LLP
(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC.)
ATTN: GREGORY M. WEINSTEIN
6688 N. CENTRAL EXPRESSWAY, SUITE 675
DALLAS, TX 75206

VIA FIRST CLASS MAIL

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
(COUNSEL TO ORACLE USA, INC.)
ATTN: SHAWN M. CHRISTIANSON, ESQ.
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

VIA FIRST CLASS MAIL

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO ANGELINA COUNTY; FORT BEND COUNTY; AND HARRIS COUNTY)
ATTN: JOHN F. DILLMAN, ESQ.
P.O. BOX 3064
HOUSTON, TX 77253-3064

VIA FIRST CLASS MAIL

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS MARKETING, LLC; KINDER MORGAN TEXAS PIPELINE, LLC AND KINDER MORGAN TEJAS PIPELINE, LLC)
ATTN: PATRICIAL WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868

VIA FIRST CLASS MAIL

NELSON MULLINS RILEY & SCARBOROUGH L.L.P.
(COUNSEL TO MICHEL NORTH AMERICA, INC.)
ATTN: JODY A. BEDENBAUGH & GEORGE B. CAUTHEN
1320 MAIN STREET, 17TH FLOOR
P.O. BOX 11070 (29211)
COLUMBIA, SC 29201

VIA FIRST CLASS MAIL

WILLIAM T. MEDAILLE, ATTORNEY
(COUNSEL TO LOWER COLORADO RIVER AUTHORITY & LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION)
LEGAL SERVICES
P.O. BOX 220
AUSTIN, TX 78767

VIA FIRST CLASS MAIL

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK)
ATTN: KURT F. GWYNNE, ESQ. & KIMBERLY E.C. LAWSON, ESQ.
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

VIA HAND DELIVERY

CROWE & DUNLEVY, P.C.
(COUNSEL TO DEVON ENERGY CORPORATION)
ATTN; JUDY HAMILTON MORSE
20 NORTH BROADWAY, SUITE 1800
OKLAHOMA CITY, OK 73102

VIA FIRST CLASS MAIL

DANIEL F. HOGAN
THE HOGAN FIRM
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

VIA FIRST CLASS MAIL

JAMIE R. WELDON
LACKEY HERSHMAN, LLP
3102 OAK LAWN AVENUE, SUITE 777
DALLAS, TX 75219

VIA FIRST CLASS MAIL

DIANE WADE SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. BOX 17428
AUSTIN, TX 78760

VIA FIRST CLASS MAIL

JORDAN S. BLASK, ESQ.
LARA E. SHIPKOVITZ, ESQ.
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

VIA FIRST CLASS MAIL

KEVIN M. CAPUZZI, ESQ.
PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

VIA HAND DELIVERY

| | |
|---|---|
| JEANMARIE BAER<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>P.O. BOX 8188<br>WICHITA FALLS, TX 76307<br><br>VIA FIRST CLASS MAIL | JOHN P. MELKO<br>MICHAEL K. RIORDAN<br>GARDERE WYNNE SEWELL LLP<br>1000 LOUISIANA, STE. 3400<br>HOUSTON, TX 77002<br><br>VIA FIRST CLASS MAIL |
| CHRISOPHER B. MOSLEY, SENIOR ASST. CITY ATTORNEY<br>CITY OF FORT WORTH<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102<br><br>VIA FIRST CLASS MAIL | JACOB L. NEWTON<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201<br><br>VIA FIRST CLASS MAIL |
| JAMES M. PECK<br>BRETT H. MILLER<br>LORENZO MARINUZZI<br>MORRISON & FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019<br><br>VIA FIRST CLASS MAIL | CHRISTOPHER A. WARD<br>JUSTIN K. EDELSON<br>SHANTI M. KATONA<br>POLSINELLI PC<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| EDWARD FOX<br>POLSINELLI PC<br>900 THIRD AVENUE, 21ST FLOOR<br>NEW YORK, NY 10022<br><br>VIA FIRST CLASS MAIL | MATTHEW J. TROY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>P. O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875<br><br>VIA FIRST CLASS MAIL |
| KATHLEEN M. MILLER<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 DELAWARE AVENUE, SUITE 1000<br>P.O. BOX 410<br>WILMINGTON, DE 19899-0410<br><br>VIA FIRST CLASS MAIL | MICHAEL G. SMITH<br>111 NORTH 6TH STREET<br>P.O. BOX 846<br>CLINTON, OK 73601<br><br>VIA FIRST CLASS MAIL |

ARI D. KUNOFSKY
W. BRADLEY RUSSELL
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044

VIA FIRST CLASS MAIL

DANIEL K. ASTIN
JOHN D. MCLAUGHLIN, JR.
JOSEPH J. MCMAHON, JR.
CIARDI CIARDI & ASTIN
1204 N. KING STREET
WILMINGTON, DE 19801

VIA HAND DELIVERY

GEORGE A. DAVIS, ESQ.
O'MELVENY & MYERS LLP
7 TIMES SQUARE
NEW YORK, NY 10036

VIA FIRST CLASS MAIL

WILLIAM E. KELLEHER, JR.
COHEN & GRIGSBY, P.C.
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

VIA FIRST CLASS MAIL

SABRINA L. STREUSAND
STREUSAND, LANDON & OZBURN, LLP
811 BARTON SPRINGS ROAD, SUITE 811
AUSTIN, TX 78704

VIA FIRST CLASS MAIL

SUNDEEP S. SIDHU
ANDREA HARTLEY
JULES COHEN
AKERMAN LLP
420 S. ORANGE AVENUE, SUITE 1200
ORLANDO, FL 32801-4904

VIA FIRST CLASS MAIL

KEVIN G. ABRAMS, ESQ.
JOHN M. SEAMAN, ESQ.
ABRAMS & BAYLISS LLP
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807

VIA FIRST CLASS MAIL

BNSF RAILWAY COMPANY
ATTN: JASON SPENCER
3001 LOU MENK DRIVE
FORT WORTH, TX 76131

VIA FIRST CLASS MAIL

MARK R. SOMERSTEIN, ESQ.
ROPES AND GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

VIA FIRST CLASS MAIL

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

VIA HAND DELIVERY

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES ("RMS")
ATTN: RONALD L. ROWLAND, AGENT
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

VIA FIRST CLASS MAIL

THOMAS D. MAXSON
COHEN & GRIGSBY, P.C.
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

VIA FIRST CLASS MAIL

STEPHEN D. LERNER
ANDREW M. SIMON
SQUIRE SANDERS (US) LLP
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

VIA FIRST CLASS MAIL

MARY ANN KILGORE
JENNIE L. ANDERSON
UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS STREET, STOP 1580
OMAHA NE 68179

VIA FIRST CLASS MAIL