**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*.,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**VERIFIED STATEMENT OF WHITE & CASE LLP, FOX ROTHSCHILD LLP AND THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS PURSUANT TO BANKRUPTCY RULE 2019**

White & Case LLP ("White & Case") and Fox Rothschild LLP ("Fox" and, together with White & Case, "Counsel") represent creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Energy Future Holdings Corp. ("EFH") and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), specifically including Texas Competitive Electric Holdings Company LLC ("TCEH"), and pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), state on their own behalf and on behalf of the Ad Hoc Group of TCEH Unsecured Noteholders as follows:

1.  White & Case is an international law firm that maintains its principal office at 1155 Avenue of the Americas, New York, New York 10036, and numerous additional offices throughout the United States and worldwide. Fox is a national law firm that maintains its principal office at 2000 Market Street, 20th Floor, Philadelphia, PA 19103, with numerous additional offices throughout the United States.

---

[1] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2. White & Case and Fox serve as counsel to the Ad Hoc Group of TCEH Unsecured Noteholders. The Ad Hoc Group of TCEH Unsecured Noteholders is comprised of holders, advisors, or affiliates of advisors to holders, or managers of various accounts with investment authority, contractual authority or voting authority, of or with respect to 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued pursuant to that certain Indenture dated as of October 31, 2007 by and among TCEH and TCEH Finance, Inc. ("TCEH Finance"), as issuers, and Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's subsidiaries (collectively with EFCH, the "Guarantors"), as guarantors, and Law Debenture Trust Company of New York, as successor indenture trustee to The Bank of New York Mellon, (as amended, restated or otherwise modified from time to time, the "Unsecured Notes Indenture").

3. On March 21, 2013, the Ad Hoc Group of TCEH Unsecured Noteholders was formed and engaged White & Case to represent it in connection with a potential restructuring of the Debtors. From time to time thereafter, certain additional holders of Unsecured Notes have joined the Ad Hoc Group of TCEH Unsecured Noteholders. In April 2013, the Ad Hoc Group of TCEH Unsecured Noteholders engaged Fox to serve as Delaware counsel.

4. Counsel has been advised by the members of the Ad Hoc Group of TCEH Unsecured Noteholders that, as of the date hereof, they or their affiliates are the holders, advisors, or affiliates of advisors to holders, or managers of various accounts with investment authority, contractual authority or voting authority, of or with respect to more than $2.7 billion

aggregate principal amount of the Unsecured Notes.  The total aggregate principal amount of Unsecured Notes outstanding as of the date hereof is approximately $5.237 billion (including approximately $363 million owed to EFH and/or Energy Future Intermediate Holding Company LLC).

5.  In addition to the Unsecured Notes, Counsel has been advised by certain members of the Ad Hoc Group of TCEH Unsecured Noteholders that such members also hold, as of the date hereof, (a) loans made pursuant to that certain Credit Agreement, dated October 10, 2007, by and among TCEH, as borrower, EFCH and certain of TCEH's subsidiaries, as guarantors, Citibank, N.A., as administrative and collateral agent, and the lenders that are parties thereto from time to time (the "TCEH Loans"), (b) 11.50% Senior Secured Notes due October 1, 2020 of TCEH and TCEH Finance issued pursuant to that certain Indenture, dated as of April 19, 2011, as supplemented (the "TCEH First Lien Notes"), (c) 15% Senior Secured Second Lien Notes due April 1, 2021 and 15% Senior Secured Second Lien Notes due April 1, 2021, Series B, of TCEH and TCEH Finance issued pursuant to that certain Indenture dated October 6, 2010, as supplemented (the "TCEH Second Lien Notes"), (d) certain Pollution Control Revenue Bonds (the "TCEH PCRBs"), and/or (e) loans made pursuant to that certain Senior Secured Superpriority Debtor-In-Possession Credit Agreement, approved by the Court on an interim basis on May 2, 2014, by and among TCEH, as borrower, EFCH and certain of TCEH's subsidiaries, as guarantors, Citibank, N.A., as administrative and collateral agent, and the lenders that are parties thereto from time to time (the "TCEH DIP Loans").[2]

---

[2] Counsel does not represent the Ad Hoc Group of TCEH Unsecured Noteholders or its members with respect to interests in the Debtors other than the interests of the Ad Hoc Group of TCEH Unsecured Noteholders arising from and related to the Unsecured Notes and the Unsecured Notes Indenture.  Further, the Ad Hoc Group of TCEH Unsecured Noteholders has contested entry of a final order granting joint administration of the chapter 11 cases of TCEH, EFCH and their subsidiaries that are Debtors (the "TCEH Debtors") with the chapter 11 cases of the other Debtors who are not TCEH Debtors.  As such, this statement only discloses interests that the members of the Ad Hoc Group of TCEH Unsecured Noteholders have in the TCEH Debtors.

6. In accordance with Bankruptcy Rule 2019(c), Exhibit A lists the names, addresses and "the nature and amount of all disclosable economic interests" (as certified to Counsel by each member of the Ad Hoc Group of TCEH Unsecured Noteholders) held or managed by each member of the Ad Hoc Group of TCEH Unsecured Noteholders in relation to TCEH, EFCH and their subsidiaries that are Debtors as of the date hereof.

7. Although the Ad Hoc Group of TCEH Unsecured Noteholders has hired Counsel to represent its interests collectively as a group, each member of the Ad Hoc Group of TCEH Unsecured Noteholders makes its own decisions as to how it wishes to proceed and does not speak for, or on behalf of, any other creditor, including the other members of the Ad Hoc Group of TCEH Unsecured Noteholders in their individual capacities.  In addition, the Ad Hoc Group of TCEH Unsecured Noteholders does not represent or purport to represent any other entities in connection with these Chapter 11 Cases.

8. Counsel does not own any claims against or equity interests in any of the Debtors.

9. Nothing contained herein (or Exhibit A hereto) should be construed as a limitation upon, or waiver of, any Ad Hoc Group of TCEH Unsecured Noteholders member's rights to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these Chapter 11 Cases.

10. A supplemental statement detailing any material changes to the above statements or Exhibit A will be filed in accordance with Bankruptcy Rule 2019 to the extent any shall occur.

11. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

Dated: May 30, 2014
       Wilmington, Delaware

                          FOX ROTHSCHILD LLP

                By:  */s/ Jeffrey M. Schlerf*
                      Jeffrey M. Schlerf (No. 3047)
                      John H. Strock (No. 4965)
                      L. John Bird (No. 5310)
                      919 North Market St., Suite 300
                      Wilmington, DE 19801
                      Telephone: (302) 654-7444
                      Facsimile: (302) 463-4971
                      jschlerf@foxrothschild.com
                      jstrock@foxrothschild.com
                      lbird@foxrothschild.com

                      -and-

                      WHITE & CASE LLP

               By:  */s/ Thomas E Lauria*
                      Thomas E Lauria (admitted *pro hac vice*)
                      Matthew C. Brown (admitted *pro hac vice*)
                      Southeast Financial Center, Suite 4900
                      200 South Biscayne Blvd.
                      Miami, FL 33131
                      Telephone: (305) 371-2700
                      Facsimile: (305) 358-5744
                      tlauria@whitecase.com
                      mshepherd@whitecase.com
                      mbrown@whitecase.com

                      J. Christopher Shore (admitted *pro hac vice*)
                      Gregory M. Starner (admitted *pro hac vice*)
                      1155 Avenue of the Americas
                      New York, NY 10036
                      Telephone: (212) 819-8200
                      Facsimile: (212) 354-8113
                      cshore@whitecase.com
                      gstarner@whitecase.com

                      *Counsel to the Ad Hoc Group of*
                      *TCEH Unsecured Noteholders*