**Exhibit A**

| Member | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| Anchorage Capital Group, L.L.C., as investment manager to certain holders of the Unsecured Notes | 610 Broadway, 6th Floor<br>New York, NY 10012<br>Attention: Charles Tauber<br>            Stephen Lehner | • $114,900,000 Fixed Unsecured Notes<br>• $330,503,000 Fixed Unsecured Notes (Series B)<br>• $554,668,500 Toggle Unsecured Notes<br>• $20,000,000 TCEH Loans |
| Arrowgrass Capital Partners (US) LP, as investment advisor and agent for its advisory clients | 1330 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019<br>Attention: David Dunn | • $182,600,000 Fixed Unsecured Notes<br>• $191,600,000 Fixed Unsecured Notes (Series B)<br>• $5,000,000 TCEH Loans<br>• $14,650,000 TCEH Second Lien Notes |
| BlackRock Financial Management, Inc., on behalf of funds and accounts under management | 55 East 52nd Street, 2nd Floor<br>New York, NY 10022<br>Attention: David Trucano | • $902,762,000 Toggle Unsecured Notes<br>• $205,700,000 TCEH Loans<br>• $150,000,000 TCEH DIP Loans |
| Cyrus Capital Partners, L.P., in its capacity as investment manager for and on behalf of certain funds that it manages | 399 Park Avenue, 39th Floor<br>New York, NY 10022<br>Attention: John Rapaport | • $113,495,000 Fixed Unsecured Notes<br>• $36,655,000 Fixed Unsecured Notes (Series B)<br>• $19,480,000 TCEH PCRBs |
| Deutsche Bank Securities Inc., solely with respect to Distressed Products Group | 60 Wall Street, 3rd Floor<br>New York, NY 10005<br>Attention: Phil Giordano | • $19,711,000 Fixed Unsecured Notes<br>• $43,000,000 Fixed Unsecured Notes (Series B)<br>• $28,404,518 Toggle Unsecured Notes<br>• $146,898,833 TCEH Loans<br>• $6,305,000 TCEH First Lien Notes<br>• $172,000 TCEH Second Lien Notes |
| DO S1 Limited | c/o CQS<br>152 West 57th Street, 40th Floor<br>New York, NY 10019<br>Attention: Tim McArdle | • $205,000,000 Fixed Unsecured Notes<br>• $10,000,000 TCEH Second Lien Notes |