## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: TBD**<br>**Hearing Date and Time: TBD**<br>**Re: Docket No. 678** |

**MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS PURSUANT TO 11 U.S.C. § 107(b), BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1(B) FOR AUTHORITY TO FILE ITS SUPPLEMENTAL OMNIBUS OBJECTION TO (I) THE MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL ORDERS (A) APPROVING POSTPETITION FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING, AND (II) THE MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING AND SUPPORTING DECLARATION UNDER SEAL**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.7 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, hereby files this motion (the "Motion to Seal") for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et

---

[1]    The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

seq. (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and

Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local

Rules") authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially

redacted form the Ad Hoc Group of TCEH Unsecured Noteholders' supplemental objection (the

"Objection") to (i) the Motion of Texas Competitive Electric Holdings Company LLC and

Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition

Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims,

(C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (ii) the Motion of

Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for

Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting

Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing

and certain exhibits to the Declaration of Gregory M. Starner in support of the Objection (the

"Declaration"); and (ii) to file unredacted copies of the Objection and the Declaration under seal.

In support of the Motion to Seal, the Ad Hoc Group of TCEH Unsecured Noteholders

respectfully represents as follows:

## JURISDICTION

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 157

and 1334.  This matter is core proceeding under 28 U.S.C. § 157(b)(2)(P).  Venue is proper

before this Court pursuant to 28 U.S.C. § 1410.

## RELIEF REQUESTED

2.      By this Motion to Seal, the Ad Hoc Group of TCEH Unsecured

Noteholders seeks entry of an order, pursuant to section 107(b) of the Bankruptcy Code,

Bankruptcy Rule 9018, and Local Rule 9018-1(b), permitting the Ad Hoc Group of TCEH

2

Unsecured Noteholders (i) to file in partially redacted form the Objection and the Declaration, and (ii) to file unredacted copies of the Objection and the Declaration under seal.

## BASIS FOR RELIEF

3.      Section 107(b) of the Bankruptcy Code provides bankruptcy courts with the power to issue orders that will protect entities from potential harm that may result from the disclosure of certain confidential information.  This section provides, in relevant part:

> On request of a party in interest, the bankruptcy court shall . . .
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; or

11 U.S.C. § 107(b).

4.      Bankruptcy Rule 9018 sets forth the procedures for application of section 107 of the Bankruptcy Code.  Pursuant to Bankruptcy Rule 9018, the Court, on a motion or upon its own initiative,

> may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information, (2) to protect any entity against scandalous or defamatory matter contained in any paper filed in a case under the Code, or (3) to protect governmental matters that are made confidential by statute or regulation.

Fed. R. Bankr. P. 9018.  Local Rule 9018-1(b) further provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a motion to that effect."  Del. Bankr. L.R. 9018-1(b).

5.      In the Objection, the Ad Hoc Group of TCEH Unsecured Noteholders makes reference to certain documents produced by the Debtors to the Ad Hoc Group of TCEH Unsecured Noteholders, as well as deposition testimony, that the Debtors designated as highly confidential.  As such, the documents and testimony fall within the scope of section 107(b)(1) of

the Bankruptcy Code.  See, e.g., In re Los Angeles Dodgers LLC, Case No. 11-12010 (KG)

(Bankr. D. Del. Oct. 12, 2011) [Docket No. 613] (allowing movant to file documents that were

provided by the debtor on a confidential basis under seal).  Therefore, it is necessary for the Ad

Hoc Group of TCEH Unsecured Noteholders to file a partially redacted form of the Objection

and the Declaration to prevent disclosure of the information the Debtors have designated as

confidential.[2]

6.      The Ad Hoc Group of TCEH Unsecured Noteholders intends to serve the

sealed documents upon proposed counsel for the Debtors and the official committee of

unsecured creditors, as well as the Office of the United States Trustee for the District of

Delaware.

## NOTICE

7.      Notice of this Motion to Seal has been provided to (a) the United States

Trustee for the District of Delaware; (b) the Debtors; and (C) those parties that have requested

service pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1.  The Ad Hoc

Group of TCEH Unsecured Noteholders submits that no further notice of this Motion to Seal is

required.

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully

requests that the Court enter an order substantially in the form annexed hereto as Exhibit A

authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted

form the Objection and the Declaration, and (ii) to file unredacted copies of the Objection and

the Declaration under seal.

---

[2]      By filing this Motion to Seal, the Ad Hoc Group of TCEH Unsecured Noteholders does not necessarily indicate agreement with the Debtors' designation of certain information as confidential, and specifically reserves all rights to object to or otherwise challenge the propriety of the Debtors' confidentiality designations in the course of future proceedings.

Dated:  May 30, 2014
         Wilmington, Delaware

                           FOX ROTHSCHILD LLP

               By:   */s/ L. John Bird*
                     Jeffrey M. Schlerf (No. 3047)
                     John H. Strock (No. 4965)
                     L. John Bird (No. 5310)
                     919 North Market St., Suite 300
                     Wilmington, DE 19801
                     Telephone:  (302) 654-7444
                     Facsimile:  (302) 463-4971
                     jschlerf@foxrothschild.com
                     jstrock@foxrothschild.com
                     lbird@foxrothschild.com

                     and

                     WHITE & CASE LLP
                     Thomas E Lauria (admitted *pro hac vice*)
                     Matthew C. Brown (admitted *pro hac vice*)
                     Southeast Financial Center, Suite 4900
                     200 South Biscayne Blvd.
                     Miami, FL 33131
                     Telephone:  (305) 371-2700
                     Facsimile:  (305) 358-5744
                     tlauria@whitecase.com
                     mbrown@whitecase.com

                     J. Christopher Shore (admitted *pro hac vice*)
                     Gregory M. Starner (admitted *pro hac vice*)
                     1155 Avenue of the Americas
                     New York, NY 10036
                     Telephone:  (212) 819-8200
                     Facsimile:  (212) 354-8113
                     cshore@whitecase.com
                     gstarner@whitecase.com

                     *Counsel to the Ad Hoc Group of*
                     *TCEH Unsecured Noteholders*