## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 682** |

**MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS PURSUANT TO LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER SHORTENING NOTICE WITH RESPECT ITS MOTION PURSUANT TO 11 U.S.C. § 107(b), BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1(B) FOR AUTHORITY TO FILE ITS SUPPLEMENTAL OMNIBUS OBJECTION TO (I) THE MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL ORDERS (A) APPROVING POSTPETITION FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING, AND (II) THE MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING AND SUPPORTING DECLARATION UNDER SEAL**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.7 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, hereby files this motion (the "Motion to Shorten") shortening the applicable notice period for the Ad Hoc Group of TCEH Unsecured Noteholders'

---

[1]     The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

motion (the "Motion to Seal") for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted form the Ad Hoc Group of TCEH Unsecured Noteholders' supplemental objection (the "Objection") to (i) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing (the "DIP Motion"), and (ii) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing (the "Cash Collateral Motion") and certain exhibits to the Declaration of Gregory M. Starner in support of the Objection (the "Declaration"); and (ii) to file unredacted copies of the Objection and the Declaration under seal. In support of the Motion to Shorten, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully represents as follows:

## JURISDICTION

1.       The Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334.  This matter is core proceeding under 28 U.S.C. § 157(b)(2)(P).  Venue is proper before this Court pursuant to 28 U.S.C. § 1410.

**RELIEF REQUESTED**

2.      By this Motion to Shorten, the Ad Hoc Group of TCEH Unsecured

Noteholders requests that the Court shorten the notice period required with respect to the Motion

to Seal so that the Motion to Seal may be considered by the Court at or prior to the hearing on

the DIP Motion, Cash Collateral Motion and Objection on June 5, 2014 at 9:30 a.m.

**BASIS FOR RELIEF**

3.      Local Rule 9006-1(e) provides for shortened notice "by order of the Court,

on written notice (served on all interested parties) specifying the exigencies justifying shortened

notice."  Del. Bankr. L.R. 9006-1(e).

4.      Cause exists to consider the Motion to Seal on shortened notice prior to

consideration of the DIP Motion, Cash Collateral Motion and Objection.  As set forth in the

Motion to Seal, in the Objection, the Ad Hoc Group of TCEH Unsecured Noteholders makes

reference to certain documents produced by the Debtors to the Ad Hoc Group of TCEH

Unsecured Noteholders, as well as deposition testimony, that the Debtors designated as highly

confidential.  As such, the documents and testimony fall within the scope of section 107(b)(1) of

the Bankruptcy Code.  See, e.g., In re Los Angeles Dodgers LLC, Case No. 11-12010 (KG)

(Bankr. D. Del. Oct. 12, 2011) [Docket No. 613] (allowing movant to file documents that were

provided by the debtor on a confidential basis under seal).  Therefore, it is necessary for the Ad

Hoc Group of TCEH Unsecured Noteholders to file a partially redacted form of the Objection

and the Declaration to prevent disclosure of the information the Debtors have designated as

confidential.[2]

---

[2]      By filing its Motion to Seal, the Ad Hoc Group of TCEH Unsecured Noteholders does not necessarily
indicate agreement with the Debtors' designation of certain information as confidential, and specifically reserves all
rights to object to or otherwise challenge the propriety of the Debtors' confidentiality designations in the course of
future proceedings.

5.      To prevent the public disclosure of the information the Debtors have designated as confidential, the Motion to Seal must be granted before the Objection and Declaration are filed.  Thus, it is necessary for the Court to shorten the notice period with respect to the Motion to Seal so that the Ad Hoc Group of TCEH Unsecured Noteholders may timely file the Objection and the Declaration.

## NOTICE

6.      Notice of this Motion to Shorten has been provided to (a) the United States Trustee for the District of Delaware; (b) the Debtors; and (C) those parties that have requested service pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1. The Ad Hoc Group of TCEH Unsecured Noteholders submits that no further notice of this Motion to Seal is required.

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully requests that the Court enter an order substantially in the form annexed hereto as Exhibit A shortening the notice period with respect to the Motion to Seal and granting such other and further relief as may be just and proper.

Dated: May 30, 2014
        Wilmington, Delaware

FOX ROTHSCHILD LLP

By:  */s/ L. John Bird*
     Jeffrey M. Schlerf (No. 3047)
     John H. Strock (No. 4965)
     L. John Bird (No. 5310)
     919 North Market St., Suite 300
     Wilmington, DE 19801
     Telephone:  (302) 654-7444
     Facsimile:  (302) 463-4971
     jschlerf@foxrothschild.com
     jstrock@foxrothschild.com
     lbird@foxrothschild.com

     and

     WHITE & CASE LLP
     Thomas E Lauria (admitted *pro hac vice*)
     Matthew C. Brown (admitted *pro hac vice*)
     Southeast Financial Center, Suite 4900
     200 South Biscayne Blvd.
     Miami, FL 33131
     Telephone:  (305) 371-2700
     Facsimile:  (305) 358-5744
     tlauria@whitecase.com
     mbrown@whitecase.com

     J. Christopher Shore (admitted *pro hac vice*)
     Gregory M. Starner (admitted *pro hac vice*)
     1155 Avenue of the Americas
     New York, NY 10036
     Telephone:  (212) 819-8200
     Facsimile:  (212) 354-8113
     cshore@whitecase.com
     gstarner@whitecase.com

     *Counsel to the Ad Hoc Group of*
     *TCEH Unsecured Noteholders*

5