**<u>Exhibit A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[3] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered on an Interim Basis) |
| | ) | **Re: 682** |

**ORDER GRANTING MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO SHORTEN NOTICE WITH RESPECT TO ITS MOTION PURSUANT TO 11 U.S.C. § 107(b), BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1(B) FOR AUTHORITY TO FILE ITS SUPPLEMENTAL OMNIBUS OBJECTION TO (I) THE MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL ORDERS (A) APPROVING POSTPETITION FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING, AND (II) THE MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING AND <u>SUPPORTING DECLARATION UNDER SEAL</u>**

Upon the motion (the "Motion to Shorten") of the Ad Hoc Group of TCEH

Unsecured Noteholders for an order shortening the notice period for its motion (the "Motion to

Seal") for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11

U.S.C. §§ 101, <u>et seq.</u> (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the

"Local Rules") authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in

---

[3]     The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

partially redacted form the Ad Hoc Group of TCEH Unsecured Noteholders' supplemental

objection (the "Objection") to (i) the Motion of Texas Competitive Electric Holdings Company

LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving

Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense

Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (ii) the

Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor

Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral,

(B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a

Final Hearing and certain exhibits to the Declaration of Gregory M. Starner in support of the

Objection (the "Declaration"); and (ii) to file unredacted copies of the Objection and the

Declaration under seal, and it appearing that the Court has jurisdiction over this matter; and it

appearing that notice of the Motion to Shorten as set forth therein is sufficient under the

circumstances, and that no other or further notice need be provided; and upon all of the

proceedings had before the Court; and after due deliberation and sufficient cause appearing

therefor, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Court will consider the Motion to Seal on June 5, 2014 at

9:30 a.m.; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect

to all matters arising from or related to the implementation of this Order.

Dated: _____, 2014
         Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE