**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) Objection Deadline: TBD Hearing Date and Time: TBD Re: Docket No. 681 |

**MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS PURSUANT TO 11 U.S.C. § 107(b), BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1(B) FOR AUTHORITY TO FILE ITS LIMITED OMNIBUS OBJECTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO (1) THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER (A) AUTHORIZING THE DEBTORS TO (I) CONTINUE USING THEIR EXISTING CASH MANAGEMENT SYSTEM, (II) MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS, AND (III) CONTINUE USING CERTAIN INVESTMENT ACCOUNTS; (B) AUTHORIZING CONTINUED INTERCOMPANY TRANSACTIONS AND NETTING OF INTERCOMPANY CLAIMS; AND (C) GRANTING POSTPETITION INTERCOMPANY CLAIMS ADMINISTRATIVE EXPENSE PRIORITY; AND (2) CERTAIN OTHER OF THE DEBTORS' OPERATIONAL FIRST-DAY MOTIONS AND SUPPORTING DECLARATION UNDER SEAL**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.7 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, hereby files this motion (the "Motion to Seal") for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, <u>et seq.</u> (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and

---

[1] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted form the Limited Omnibus Objection of TCEH Unsecured Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [Docket No. 37] (the "Cash Management Motion"); and (2) Certain Other of the Debtors' Operational First-Day Motions (the "Objection"), and certain exhibits to the Declaration of Gregory M. Starner in support of the Objection (the "Declaration"); and (ii) to file unredacted copies of the Objection and the Declaration under seal (the "Motion to Seal"). In support of the Motion to Seal, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully represents as follows:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334. This matter is core proceeding under 28 U.S.C. § 157(b)(2)(P). Venue is proper before this Court pursuant to 28 U.S.C. § 1410.

## RELIEF REQUESTED

2. By this Motion to Seal, the Ad Hoc Group of TCEH Unsecured Noteholders seeks entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), permitting the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted form the Objection and the Declaration, and (ii) to file unredacted copies of the Objection and the Declaration under seal.

**BASIS FOR RELIEF**

3. Section 107(b) of the Bankruptcy Code provides bankruptcy courts with the power to issue orders that will protect entities from potential harm that may result from the disclosure of certain confidential information. This section provides, in relevant part:

> On request of a party in interest, the bankruptcy court shall . . .
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; or

11 U.S.C. § 107(b).

4. Bankruptcy Rule 9018 sets forth the procedures for application of section 107 of the Bankruptcy Code. Pursuant to Bankruptcy Rule 9018, the Court, on a motion or upon its own initiative,

> may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information, (2) to protect any entity against scandalous or defamatory matter contained in any paper filed in a case under the Code, or (3) to protect governmental matters that are made confidential by statute or regulation.

Fed. R. Bankr. P. 9018. Local Rule 9018-1(b) further provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a motion to that effect." Del. Bankr. L.R. 9018-1(b).

5. In the Objection, the Ad Hoc Group of TCEH Unsecured Noteholders makes reference to certain documents produced by the Debtors to the Ad Hoc Group of TCEH Unsecured Noteholders, as well as deposition testimony, that the Debtors designated as highly confidential. As such, the documents and testimony fall within the scope of section 107(b)(1) of the Bankruptcy Code. See, e.g., In re Los Angeles Dodgers LLC, Case No. 11-12010 (KG) (Bankr. D. Del. Oct. 12, 2011) [Docket No. 613] (allowing movant to file documents that were

provided by the debtor on a confidential basis under seal).  Therefore, it is necessary for the Ad Hoc Group of TCEH Unsecured Noteholders to file a partially redacted form of the Objection and the Declaration to prevent disclosure of the information the Debtors have designated as confidential.[2]

6.    The Ad Hoc Group of TCEH Unsecured Noteholders intends to serve the sealed documents upon proposed counsel for the Debtors and the official committee of unsecured creditors, as well as the Office of the United States Trustee for the District of Delaware.

## NOTICE

7.    Notice of this Motion to Seal has been provided to (a) the United States Trustee for the District of Delaware; (b) the Debtors; and (C) those parties that have requested service pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1.  The Ad Hoc Group of TCEH Unsecured Noteholders submits that no further notice of this Motion to Seal is required.

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully requests that the Court enter an order substantially in the form annexed hereto as Exhibit A authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted form the Objection and the Declaration, and (ii) to file unredacted copies of the Objection and the Declaration under seal.

---

[2]    By filing this Motion to Seal, the Ad Hoc Group of TCEH Unsecured Noteholders is not agreeing to the Debtors' designations of certain information as confidential, and hereby expressly reserves all rights to object to or otherwise challenge Debtors' confidentiality designations in the future.

Dated: May 30, 2014
       Wilmington, Delaware

                       FOX ROTHSCHILD LLP

                By:  */s/ L. John Bird*
                     Jeffrey M. Schlerf (No. 3047)
                     John H. Strock (No. 4965)
                     L. John Bird (No. 5310)
                     919 North Market St., Suite 300
                     Wilmington, DE 19801
                     Telephone: (302) 654-7444
                     Facsimile: (302) 463-4971
                     jschlerf@foxrothschild.com
                     jstrock@foxrothschild.com
                     lbird@foxrothschild.com

                     and

                     WHITE & CASE LLP
                     Thomas E Lauria (admitted *pro hac vice*)
                     Matthew C. Brown (admitted *pro hac vice*)
                     Southeast Financial Center, Suite 4900
                     200 South Biscayne Blvd.
                     Miami, FL 33131
                     Telephone: (305) 371-2700
                     Facsimile: (305) 358-5744
                     tlauria@whitecase.com
                     mbrown@whitecase.com

                     J. Christopher Shore (admitted *pro hac vice*)
                     Gregory M. Starner (admitted *pro hac vice*)
                     1155 Avenue of the Americas
                     New York, NY 10036
                     Telephone: (212) 819-8200
                     Facsimile: (212) 354-8113
                     cshore@whitecase.com
                     gstarner@whitecase.com

                     *Counsel to the Ad Hoc Group of*
                     *TCEH Unsecured Noteholders*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[3] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: 681** |

**ORDER GRANTING MOTION OF THE AD HOC GROUP OF TCEH
UNSECURED NOTEHOLDERS PURSUANT TO 11 U.S.C. § 107(b),
BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1(B) FOR AUTHORITY
TO FILE ITS LIMITED OMNIBUS OBJECTION OF THE AD HOC GROUP
OF TCEH UNSECURED NOTEHOLDERS TO (1) THE MOTION OF ENERGY
FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER
(A) AUTHORIZING THE DEBTORS TO (I) CONTINUE USING THEIR
EXISTING CASH MANAGEMENT SYSTEM, (II) MAINTAIN EXISTING
BANK ACCOUNTS AND BUSINESS FORMS, AND (III) CONTINUE USING
CERTAIN INVESTMENT ACCOUNTS; (B) AUTHORIZING CONTINUED
INTERCOMPANY TRANSACTIONS AND NETTING OF INTERCOMPANY
CLAIMS; AND (C) GRANTING POSTPETITION INTERCOMPANY CLAIMS
ADMINISTRATIVE EXPENSE PRIORITY; AND (2) CERTAIN OTHER OF
THE DEBTORS' OPERATIONAL FIRST-DAY MOTIONS AND SUPPORTING
<u>DECLARATION UNDER SEAL</u>**

Upon the motion (the "Motion to Seal"), of the Ad Hoc Group of TCEH Unsecured Noteholders for an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, <u>et</u> <u>seq</u>. (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted form the Limited Omnibus Objection of TCEH Unsecured Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A)

---

[3] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [Docket No. 37] (the "Cash Management Motion"); and (2) Certain Other of the Debtors' Operational First-Day Motions (the "Objection"), and certain exhibits to the Declaration of Gregory M. Starner in support of the Objection (the "Declaration"); and (ii) to file unredacted copies of the Objection and the Declaration under seal, and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Seal as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

       ORDERED that the Motion to Seal is granted; and it is further

       ORDERED that the Ad Hoc Group of TCEH Unsecured Noteholders is authorized (i) to file in partially redacted form the Objection and the Declaration, and (ii) to file unredacted copies of the Objection and the Declaration under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b); and it is further

       ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2014
       Wilmington, Delaware

                                                  _____
                                                  UNITED STATES BANKRUPTCY JUDGE