**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) | Re: Docket No. 684 |

**MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS
PURSUANT TO LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER
SHORTENING NOTICE WITH RESPECT ITS MOTION PURSUANT TO 11 U.S.C.
§ 107(b), BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1(B) FOR
AUTHORITY TO FILE ITS LIMITED OMNIBUS OBJECTION OF THE AD HOC
GROUP OF TCEH UNSECURED NOTEHOLDERS TO (1) THE MOTION OF ENERGY
FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER
(A) AUTHORIZING THE DEBTORS TO (I) CONTINUE USING THEIR EXISTING
CASH MANAGEMENT SYSTEM, (II) MAINTAIN EXISTING BANK ACCOUNTS AND
BUSINESS FORMS, AND (III) CONTINUE USING CERTAIN INVESTMENT
ACCOUNTS; (B) AUTHORIZING CONTINUED INTERCOMPANY TRANSACTIONS
AND NETTING OF INTERCOMPANY CLAIMS; AND (C) GRANTING
POSTPETITION INTERCOMPANY CLAIMS ADMINISTRATIVE EXPENSE
PRIORITY; AND (2) CERTAIN OTHER OF THE DEBTORS' OPERATIONAL FIRST
DAY MOTIONS AND SUPPORTING DECLARATION UNDER SEAL**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.7 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, hereby files this motion (the "Motion to Shorten") shortening the applicable notice period for the Ad Hoc Group of TCEH Unsecured Noteholders' motion (the "Motion to Seal") for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rule 9018 of the Federal

---

[1] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted form the Limited Omnibus Objection of TCEH Unsecured Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [Docket No. 37] (the "Cash Management Motion"); and (2) Certain Other of the Debtors' Operational First-Day Motions (the "Objection"), and certain exhibits to the Declaration of Gregory M. Starner in support of the Objection (the "Declaration"); and (ii) to file unredacted copies of the Objection and the Declaration under seal (the "Motion to Seal"). In support of the Motion to Shorten, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully represents as follows:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334. This matter is core proceeding under 28 U.S.C. § 157(b)(2)(P). Venue is proper before this Court pursuant to 28 U.S.C. § 1410.

## RELIEF REQUESTED

2. By this Motion to Shorten, the Ad Hoc Group of TCEH Unsecured Noteholders requests that the Court shorten the notice period required with respect to the Motion to Seal so that the Motion to Seal may be considered by the Court at or prior to the hearing on the DIP Motion, Cash Collateral Motion and Objection on June 5, 2014 at 9:30 a.m.

**BASIS FOR RELIEF**

3. Local Rule 9006-1(e) provides for shortened notice "by order of the Court, on written notice (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

4. Cause exists to consider the Motion to Seal on shortened notice prior to consideration of the Cash Management Motions and the certain other motions addressed by the Objection. As set forth in the Motion to Seal, in the Objection, the Ad Hoc Group of TCEH Unsecured Noteholders makes reference to certain documents produced by the Debtors to the Ad Hoc Group of TCEH Unsecured Noteholders, as well as deposition testimony, that the Debtors designated as highly confidential. As such, the documents and testimony fall within the scope of section 107(b)(1) of the Bankruptcy Code. See, e.g., In re Los Angeles Dodgers LLC, Case No. 11-12010 (KG) (Bankr. D. Del. Oct. 12, 2011) [Docket No. 613] (allowing movant to file documents that were provided by the debtor on a confidential basis under seal). Therefore, it is necessary for the Ad Hoc Group of TCEH Unsecured Noteholders to file a partially redacted form of the Objection and the Declaration to prevent disclosure of the information the Debtors have designated as confidential.[2]

5. To prevent the public disclosure of the information the Debtors have designated as confidential, the Motion to Seal must be granted before the Objection and Declaration are filed. Thus, it is necessary for the Court to shorten the notice period with respect to the Motion to Seal so that the Ad Hoc Group of TCEH Unsecured Noteholders may timely file the Objection and the Declaration.

---

[2] By filing this Motion to Seal, the Ad Hoc Group of TCEH Unsecured Noteholders is not agreeing to the Debtors' designations of certain information as confidential, and hereby expressly reserves all rights to object to or otherwise challenge Debtors' confidentiality designations in the future.

**NOTICE**

6.      Notice of this Motion to Shorten has been provided to (a) the United States Trustee for the District of Delaware; (b) the Debtors; and (C) those parties that have requested service pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1. The Ad Hoc Group of TCEH Unsecured Noteholders submits that no further notice of this Motion to Seal is required.

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully requests that the Court enter an order substantially in the form annexed hereto as Exhibit A shortening the notice period with respect to the Motion to Seal and granting such other and further relief as may be just and proper.

Dated: May 30, 2014
Wilmington, Delaware

                        FOX ROTHSCHILD LLP

By: */s/ L. John Bird*
    Jeffrey M. Schlerf (No. 3047)
    John H. Strock (No. 4965)
    L. John Bird (No. 5310)
    919 North Market St., Suite 300
    Wilmington, DE 19801
    Telephone: (302) 654-7444
    Facsimile: (302) 463-4971
    jschlerf@foxrothschild.com
    jstrock@foxrothschild.com
    lbird@foxrothschild.com

    and

    WHITE & CASE LLP
    Thomas E Lauria (admitted *pro hac vice*)
    Matthew C. Brown (admitted *pro hac vice*)
    Southeast Financial Center, Suite 4900
    200 South Biscayne Blvd.
    Miami, FL 33131
    Telephone: (305) 371-2700
    Facsimile: (305) 358-5744
    tlauria@whitecase.com
    mbrown@whitecase.com

    J. Christopher Shore (admitted *pro hac vice*)
    Gregory M. Starner (admitted *pro hac vice*)
    1155 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 819-8200
    Facsimile: (212) 354-8113
    cshore@whitecase.com
    gstarner@whitecase.com

    *Counsel to the Ad Hoc Group of*
    *TCEH Unsecured Noteholders*