**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[3] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: 684** |

**ORDER GRANTING MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS PURSUANT TO LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER SHORTENING NOTICE WITH RESPECT ITS MOTION PURSUANT TO 11 U.S.C. § 107(b), BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1(B) FOR AUTHORITY TO FILE ITS LIMITED OMNIBUS OBJECTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO (1) THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER (A) AUTHORIZING THE DEBTORS TO (I) CONTINUE USING THEIR EXISTING CASH MANAGEMENT SYSTEM, (II) MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS, AND (III) CONTINUE USING CERTAIN INVESTMENT ACCOUNTS; (B) AUTHORIZING CONTINUED INTERCOMPANY TRANSACTIONS AND NETTING OF INTERCOMPANY CLAIMS; AND (C) GRANTING POSTPETITION INTERCOMPANY CLAIMS ADMINISTRATIVE EXPENSE PRIORITY; AND (2) CERTAIN OTHER OF THE DEBTORS' OPERATIONAL FIRST DAY MOTIONS AND SUPPORTING DECLARATION UNDER SEAL**

Upon the motion (the "Motion to Shorten") of the Ad Hoc Group of TCEH Unsecured Noteholders for an order shortening the notice period for its motion (the "Motion to Seal") for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted form the Limited Omnibus Objection of TCEH Unsecured Noteholders to (1) the

---

[3] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [Docket No. 37] (the "Cash Management Motion"); and (2) Certain Other of the Debtors' Operational First-Day Motions (the "Objection"), and certain exhibits to the Declaration of Gregory M. Starner in support of the Objection (the "Declaration"); and (ii) to file unredacted copies of the Objection and the Declaration under seal (the "Motion to Seal"), and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Shorten as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

        ORDERED that the Motion to Shorten is granted; and it is further

        ORDERED that the Court will consider the Motion to Seal on June 5, 2014 at 9:30 a.m.; and it is further

        ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2014
      Wilmington, Delaware

                                              _____
                                              UNITED STATES BANKRUPTCY JUDGE