IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered)<br><br>**Re: Docket Nos. 23, 25, 31, 37, 38, and 681** |

## DECLARATION OF GREGORY M. STARNER, ESQ.

**GREGORY M. STARNER,** declares under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am a partner at the firm White & Case LLP., counsel to the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.74 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"). I submit this Declaration in support of the Ad Hoc Group of TCEH Unsecured Noteholders' *Limited Omnibus Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (1) The Motion of Energy Future Holdings Corp., et al., for entry of an order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II)*

---

[1] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Maintaining Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; and (2) Certain Other of the Debtors' Operational First-Day Motions,* filed May 30, 2014.

    2.    Attached to this Declaration are, to the best of my knowledge, true and correct copies of the following documents:

Exhibit 1    Excerpts from the Transcript of the May 28, 2014 Deposition of Paul Keglevic

Exhibit 2    Amended and Restated Shared Services Agreement between EFH Corporate Services Company and Texas Competitive Electric Holdings Company LLC (on behalf of itself, its Subsidiaries, and Energy Future Competitive Holdings Company LLC, dated April 1, 2014. (EFH2D00000022 – EFH2D00000092).

    /s/ Gregory M. Starner
    GREGORY M. STARNER, ESQ.