# EXHIBIT 1

# **<u>FILED UNDER SEAL</u>**