IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket Nos. 71, 73, 324, 325, 597, 598 & 599 and 678** |

## DECLARATION OF GREGORY STARNER, ESQ.

**GREGORY M. STARNER,** declares under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am a partner of the firm White & Case LLP, counsel to the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.74 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"). I submit this Declaration in support of the Ad Hoc Group of TCEH Unsecured Noteholders' *Supplemental Omnibus Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (i) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (a) Approving*

---

[1] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Postpetition Financing, (b) Granting Liens and Providing Superpriority Administrative Expense Claims, (c) Modifying the Automatic Stay, and (d) Scheduling a Final Hearing, and (ii) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (a) Authorizing Use of Cash Collateral, (b) Granting Adequate Protection, (c) Modifying the Automatic Stay, and (d) Scheduling a Final Hearing*, filed May 30, 2014.

2. Attached to this Declaration are, to the best of my knowledge, true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Evercore Presentation, DIP and Exit Financing (Internal Materials), dated July 15, 2013.  (EFH2D00050020 - EFH2D00050040). |
| Exhibit 2 | Security Agreement dated October 10, 2007, as amended and restated as of August 7, 2009, among TCEH and certain guarantors party thereto, as guarantors, and Citibank, N.A., as collateral agent (the "Security Agreement"). |
| Exhibit 3 | TCEH Unencumbered Assets by Legal Entity.  (EFH2D00013077). |
| Exhibit 4 | Excerpts from the May 27, 2014 Deposition of Stephen R. Goldstein. |
| Exhibit 5 | Exhibit 13 to the May 27, 2014 Deposition of Stephen R. Goldstein.  Letter from Lewis Clayton of Paul, Weiss, Rifkind, Wharton & Garrison LLP to Richard Cieri and Edward Sassower of Kirkland & Ellis, dated March 6, 2014.  (EFH2D00008355 – EFH2D00008356). |
| Exhibit 6 | Excerpts from the May 28, 2014 Deposition of Paul Keglevic. |
| Exhibit 7 | Cash Sources & Uses.  (EFH2D00013125). |
| Exhibit 8 | TCEH DIP Financing Presentation, dated October 2013.  (EFH2D00012977 – EFH2D00012985). |

/s/ Gregory M. Starner
GREGORY M. STARNER