# EXHIBIT 4

# **<u>FILED UNDER SEAL</u>**