# EXHIBIT 5

# **<u>FILED UNDER SEAL</u>**