IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' MOTION FOR LEAVE TO FILE LATE REPLIES IN RESPONSE TO OBJECTIONS TO MOTIONS SET FOR HEARING ON JUNE 5, 2014**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby file this motion for leave (the "**Motion for Leave**"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), to file and serve a reply (each a "**Reply**" and collectively, the "**Replies**"), beyond the deadline set forth in Local Rule 9006-1(d), in response to any objections (the "**Objections**") filed to motions set for hearing on June 5, 2014. In support of this Motion for Leave, the Debtors respectfully represent as follows:

**JURISDICTION**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**BACKGROUND**

2.      The Debtors have filed numerous motions (the "**Motions**") scheduled to be heard at the hearing scheduled for June 5, 2014 at 9:30 a.m. (Eastern Time) (the "**Hearing**"). Pursuant to the Notices of Motion filed and served contemporaneously with the Motions, the deadline for parties to file responses or objections to the relief requested in the Motions was 4:00 p.m. (Eastern Time) on May 29, 2014 (the "**Objection Deadline**").

3.      The Debtors, however, have agreed to extend the Objection Deadline for the Ad Hoc Group of TCEH Unsecured Noteholders (the "**Ad Hoc Group**") to May 30, 2014 at 8:00 p.m. (Eastern Time) and for the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") to June 2, 2014 at 4:00 p.m. (Eastern Time). Pursuant to Local Rule 9006-1(d), the Debtors' deadline for filing a reply to any Objections would have been 4:00 p.m. (Eastern Time) on June 2, 2014. By this Motion for Leave, the Debtors seek permission to file any Replies after the deadline afforded under Local Rule 9006-1(d).

**RELIEF REQUESTED**

4.      By this Motion for Leave, the Debtors seek authority, pursuant to Local Rule 9006-1(d), to file and serve the Replies on or before 12:00 p.m. (Eastern Time) on June 3, 2014.[2]

**BASIS FOR RELIEF**

5.      Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." See Del. Bankr. L.R. 9006-1(d).

6.      The agenda for the Hearing (currently set for June 5, 2014 at 9:30 a.m. (Eastern Time)) is due by 12:00 p.m. (noon) (Eastern Time) on June 3, 2014. As noted above, Local Rule

---

[2]  Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply, rather than a deadline for *filing* a reply, the Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

9006-1(d) therefore requires that the Debtors file any reply with the Court on or before 4:00 p.m. (Eastern Time) on June 2, 2014.  However, the Debtors' extension of the Objection Deadline for the U.S. Trustee and the Ad Hoc Group does not permit them to file a reply to any objection by the U.S. Trustee or the Ad Hoc Group within the time frame provided by Local Rule 9006-1(d).  The extensions of the Objection Deadline would provide the Debtors with no time to prepare a Reply to any objections filed by the U.S. Trustee and less than one (1) business day to prepare a Reply to the objections filed by the Ad Hoc Group.  Accordingly, absent leave of Court, the Debtors would be unable to file and serve the Replies in full compliance with Local Rule 9006-1(d).

7.      The Debtors submit, however, that the Court should grant an extension of the time in which to file the Replies under Local Rule 9006-1(d).  In attempting to resolve various concerns raised with respect to the Motions, the Debtors extended the Objection Deadline for the Ad Hoc Group to May 30, 2014 at 8:00 p.m., and for the U.S. Trustee to June 2, 2014 at 4:00 p.m., the same date that any reply would have been due under Local Rule 9006-1(d).  Notwithstanding the Debtors' best efforts to address such concerns on an informal basis, the Ad Hoc Group has filed (see D.I. 678-681) and the Debtors anticipate that the U.S. Trustee may file an objection to one or more of the Motions.  The Replies are intended to update the Court as to the status of these objections and inform the Court of the Debtors' response thereto.  Indeed, the Debtors believe that the Replies will provide the Court with further guidance in ruling on any such objections. Moreover, the Debtors believe that the extension of time to file and serve the Replies is warranted in light of the extensions of the Objection Deadline granted to the U.S. Trustee and the Ad Hoc Group, and that it would be inefficient and duplicative to prepare and file multiple replies in support of the same Motion.  Finally, the Debtors believe that the Court's consideration of the Replies will help streamline argument on these matters at the Hearing.

3

RLF1 10360026v.2

**CONSENT TO RELIEF**

8. The U.S. Trustee, the Ad Hoc Group, the official committee of unsecured creditors and the Law Debenture Trust Company of New York, as Indenture Trustee, consent to the extension of the Debtors' deadline to file the Replies as requested in this Motion for Leave.

WHEREFORE the Debtors respectfully request that the Court enter an order, substantially in the form attached as **Exhibit A**, authorizing the Debtors to file and serve the Replies on or before June 3, 2014 at 12:00 p.m. (Eastern Time).

Dated:  May 30, 2014
       Wilmington, Delaware        */s/ Tyler D. Semmelman*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com
      semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
      edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession