# **EXHIBIT A**

**Form of Order**

RLF1 10360026v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. ___** |

## ORDER GRANTING LEAVE TO FILE LATE REPLIES TO OBJECTIONS TO MOTIONS SET FOR HEARING ON JUNE 5, 2014

Upon consideration of the motion for leave, dated May 30, 2014 (the "**Motion for Leave**"),[2] seeking entry of an Order, pursuant to Local Rule 9006-1(d), authorizing the Debtors to file and serve their Replies; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED that the Debtors are granted leave to file and serve the Replies by June 3, 2014 at 12:00 p.m. (Eastern Time); and it is further

ORDERED that the Court will consider the Replies.

Dated: _____, 2014
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.