# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) ) ) Chapter 11 ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) Case No. 14-10979 (CSS) ) |
| *Debtors*. | ) (Jointly Administered) ) ) |

**DECLARATION OF CHRISTOPHER J. KEARNS,**
**EXECUTIVE DIRECTOR OF CAPSTONE ADVISORY GROUP, LLC**

  I, Christopher J. Kearns, hereby certify and declare as follows based upon my own personal information and knowledge:

  1.  I am an Executive Director of Capstone Advisory Group, LLC ("Capstone"), in which capacity I have been engaged by CSC Trust Company of Delaware as Indenture Trustee for the 10% Senior Secured Notes Due 2020 (the "10% Notes") issued by the EFIH Debtors under the Indenture dated as of August 17, 2010 (as amended or supplemented from time to time) between Energy Future Intermediate Holdings LLC ("EFIH LLC"), EFIH Finance Inc. (together with EFIH LLC, the "EFIH Debtors") and CSC Trust Company of Delaware as successor indenture trustee, as well as a steering committee of holders of the 10% Notes (the "Steering Committee") to advise on and assist with matters relating to the Debtors' chapter 11 restructuring.

  2.  The attached letter was provided by Capstone and Ropes & Gray LLP to the EFIH Debtors' proposed counsel and financial advisors on the afternoon of May 30, 2014 on behalf of the Steering Committee detailing terms for a competing second lien DIP proposal and requesting a meeting with the EFIH Debtors' advisors early next week to discuss such proposal.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 30 day of May, 2014.

_____
Christopher J. Kearns