# Exhibit B

# ROPES &GRAY



May 30, 2014

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn.: Richard M. Cieri

Evercore Group, L.L.C.
55 East 52nd Street
New York, NY 10055
Attn.: David Y. Ying

> Re:    Second Priority DIP Financing Proposal for Energy Future Intermediate Holdings
> Company LLC ("EFIH")

Dear Rick and David,

On behalf of the Ad Hoc Group of Holders of EFIH First Lien Notes (the "Ad Hoc Group"), we are pleased to present a non-binding preliminary proposal (the "First Lien Holder Proposal") to provide second priority debtor-in-possession financing ("Second Lien DIP Financing") in connection with the chapter 11 cases of EFIH pending before the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").[1]

The terms of the First Lien Holder Proposal are set forth in tabular format on Exhibit A hereto, side-by-side with the existing proposals delivered to EFIH by (i) certain holders of unsecured notes of EFIH that are the Initial Commitment Parties under that certain Commitment Letter dated as of April 28, 2014 (the "PIK Holder Proposal") and (ii) members of the ad hoc group of EFIH second lien noteholders as set forth on Exhibit 2 to the *Declaration of Todd R. Snyder* filed on May 14, 2014 [ECF No. 441-2] and as amended by the draft commitment letter attached as Exhibit A to the *Objection of EFIH Second Lien Notes Indenture Trustee to Debtors'*

---

[1]    The proposal herein does not constitute or imply, directly or indirectly, a consent to the First Lien DIP Financing, the Second Lien DIP Financing, the Restructuring Support Agreement, the Debtors' continuing efforts to make an optional redemption of the First Lien Notes thereby without paying the applicable redemption premium, or any of the transactions contemplated by any of the foregoing.  The Trustee reserves its rights, and currently intends, pursuant to the holders' direction, to object to most if not all of the foregoing relief.

44015813_6

*Request for Approval of Alternative Transaction Fee* filed on May 29, 2014 [ECF No. 636] (the "Second Lien Holder Proposal").

As you will see, the terms of the First Lien Holder Proposal are more advantageous to EFIH and its estates than both the PIK Holder Proposal and the Second Lien Holder Proposal. The members of the steering committee for the Ad Hoc Group (the "Steering Committee") are prepared to enter into immediate negotiations toward a commitment letter for a backstop of the Second Lien DIP Financing consistent with such terms. We expect that participation in the backstop commitment will be available, for a limited period of time to be discussed, to all members of the Ad Hoc Group, subject to applicable securities laws.

The Steering Committee is eager to commence discussions with you about the First Lien Holder Proposal. To this end, we propose an in-person meeting with you on Monday or Tuesday of next week. Please let us know as soon as possible which day and which times would be convenient for such a meeting.

Very truly yours,

ROPES & GRAY LLP

By: _____
Name: Keith H. Wofford
Title: Partner

CAPSTONE ADVISORY GROUP, LLC

By: _____
Name: Christopher J. Kearns
Title: Executive Director

2

# EXHIBIT A

# EFIH DIP Proposals

| | RSA Second Lien DIP term sheet (4/29/2014) | EFIH Second Lien Committee DIP term sheet (5/14/2014, as amended on 5/29/2014) | EFIH First Lien Holder DIP term sheet (Draft of 5/30/2014) |
|---|---|---|---|
| **Issuer** | ▪ EFIH and EFIH Finance | ▪ Same | ▪ Same |
| **Guarantors** | ▪ Each direct and indirect wholly owned domestic restricted subsidiary of the Company formed or acquired after the Closing Date. | ▪ Same | ▪ Same |
| **Arranger** | ▪ JP Morgan | | ▪ [TBD] |
| **Securities Offered** | ▪ $1.9 billion aggregate principal amount in three tranches of 8% Convertible Second Lien Subordinated Secured DIP Financing Tranche A Notes due 2016 | ▪ $1.9 billion aggregate principal amount of 7% Convertible Second Lien Subordinated Secured DIP Financing Loans due 2016<br>▪ Ability to upsize DIP in an amount up to $300 million to fund payment of other claims relating to the EFIH Second Lien Notes<br>▪ All Second Lien Holders will have the right to participate in the Second Lien DIP financing (including Fidelity) pro rata based on ownership of Second Lien Notes | ▪ $1.9 billion aggregate principal amount of [6.5]% Convertible Second Lien Subordinated Secured DIP Financing Notes due 2016<br>▪ Ability to upsize DIP [TBD]<br>▪ All First Lien Holders will have the right to participate in the Second Lien DIP financing pro rata based on ownership of First Lien Notes, subject to applicable securities laws |
| **Automatic Conversion** | ▪ The EFIH Second Lien DIP Notes, subject to certain conditions, will automatically convert on the Effective Date into shares of Reorganized EFH Corp. common stock constituting approximately 64% of the shares of common stock of Reorganized EFH Corp. | ▪ The EFIH Second Lien DIP Notes, subject to certain conditions, will automatically convert on the Effective Date into shares of Reorganized EFH Corp. common stock constituting approximately 62% of the shares of common stock of Reorganized EFH Corp.<br>▪ [Warrants to be issued to EFIH Unsecured Creditors - [TBD]] | ▪ The EFIH Second Lien DIP Notes, subject to certain conditions, will automatically convert on the Effective Date into shares of Reorganized EFH Corp. common stock constituting approximately [62]% of the shares of common stock of Reorganized EFH Corp.<br>▪ [Warrants to be issued to EFIH Unsecured Creditors - [TBD]] |

44018278_4.pptx

# EFIH DIP Proposals

| | RSA Second Lien DIP term sheet (4/29/2014) | EFIH Second Lien Committee DIP term sheet (5/14/2014, as amended on 5/29/2014) | EFIH First Lien Holder DIP term sheet (Draft of 5/30/2014) |
|---|---|---|---|
| Interest Rate | ▪ 8% per annum, plus: <br> – Additional 4% if the Bankruptcy Court does not approve the Oncor TSA Amendment within 90 days after the commencement of the Chapter 11 cases, or July 28, 2014 <br> – Additional 10% PIK fee if the Bankruptcy Court does not approve the Oncor TSA Amendment by April 29, 2015 | ▪ 7% per annum | ▪ [6.5]% per annum |
| Interest Payment Dates | ▪ Interest will be payable on the final business day of each fiscal quarter, beginning on the final business day of the fiscal quarter following the closing date of the EFIH Second Lien DIP Notes Financing | ▪ Same | ▪ Same |
| Default Interest | ▪ During the continuance of an event of default (as defined in the note purchase agreement), overdue amounts on the EFIH Second Lien DIP Notes will bear interest at an additional 2% per annum | ▪ Same | ▪ Same |
| Maturity Date | ▪ The date that is the earliest to occur of (i) the 24-month anniversary of the Closing Date, (ii) the effective date of the Chapter 11 Plan, (iii) the consummation of a sale of substantially all of the Borrowers' assets or stock under section 363 of the Bankruptcy Code or (iv) the acceleration of the Second Lien DIP Notes and termination of any then outstanding commitments in accordance with the terms of the EFIH Second Lien DIP Financing | ▪ Same | ▪ Same |

# EFIH DIP Proposals

| | RSA Second Lien DIP term sheet (4/29/2014) | EFIH Second Lien Committee DIP term sheet (5/14/2014, as amended on 5/29/2014) | EFIH First Lien Holder DIP term sheet (Draft of 5/30/2014) |
|---|---|---|---|
| **Optional Prepayment** | ▪ The Issuer may prepay the EFIH Second Lien DIP Notes subject to customary notice periods and a prepayment fee of $380 million (which payment may be waived upon the written consent of holders of at least 50.1% of the outstanding commitments and/or exposure under the EFIH Second Lien DIP Notes Financing (the "Required Note Purchasers") in their sole discretion; provided, however, that the Required Note Purchasers may not waive such prepayment fee with respect to the EFIH Second Lien DIP Tranche A-3 Notes) | ▪ 10% of aggregate principal amount of Second Lien DIP Loans (e.g., $190–220 million) to be allocated pro rata among the holders of the Second Lien DIP Loans | ▪ $[75] million to all participants on a pro rata basis |
| **Security and Priority** | ▪ The EFIH Second Lien DIP Notes are secured on a second-priority priming basis by EFIH's grant of a lien on the Collateral securing the EFIH First Lien DIP Facility, including all of the membership interests and other investments it owns or holds in Oncor Holdings | ▪ The EFIH Second Lien DIP Notes are secured on a second-priority non-priming basis by EFIH's grant of a lien on the Collateral securing the EFIH First Lien DIP Facility, including all of the membership interests and other investments it owns or holds in Oncor Holdings | ▪ The EFIH Second Lien DIP Notes are secured on a second-priority [non-priming] basis by EFIH's grant of a lien on the Collateral securing the EFIH First Lien DIP Facility, including all of the membership interests and other investments it owns or holds in Oncor Holdings |
| **Representations and Warranties** | ▪ Customary representations and warranties (subject to usual exceptions and materiality qualifiers) | ▪ Same | ▪ Same |

3

44018278_4.pptx

# EFIH DIP Proposals

| | RSA Second Lien DIP term sheet (4/29/2014) | EFIH Second Lien Committee DIP term sheet (5/14/2014, as amended on 5/29/2014) | EFIH First Lien Holder DIP term sheet (Draft of 5/30/2014) |
|---|---|---|---|
| **Covenants** | ▪ Customary affirmative and negative covenants (subject to baskets and materiality exceptions), consistent with those found in the EFIH First Lien DIP Facility including the following covenants:<br><br>  – Covenants restricting intercompany loans or investments by or to the Company or its guarantor subsidiaries to or by other subsidiaries;<br><br>  – Covenants restricting liens, investments, sale leasebacks, restricted payments, asset sales, transactions with affiliates, events and actions in the bankruptcy proceeding and indebtedness, subject to certain baskets;<br><br>  – A financial covenant requiring the Borrowers to have unrestricted cash in excess of $127.5 million at all times | ▪ Same | ▪ Same |
| **Events of Default** | ▪ The note purchase agreement will contain Events of Default (other than cross default to material postpetition indebtedness, but will include a cross acceleration to material post-petition indebtedness), subject to materiality exceptions and qualifications and grace periods, consistent with those found in the EFIH First Lien DIP Facility, subject to a 15% cushion | ▪ Same | ▪ Same |

# EFIH DIP Proposals

| | RSA Second Lien DIP term sheet (4/29/2014) | EFIH Second Lien Committee DIP term sheet (5/14/2014, as amended on 5/29/2014) | EFIH First Lien Holder DIP term sheet (Draft of 5/30/2014) |
|---|---|---|---|
| **Oncor TSA Amendment** | ▪ Interest Rate subject to incremental step-up based on: <br>– Additional 4% if the Bankruptcy Court does not approve the Oncor TSA Amendment within 90 days after the commencement of the Chapter 11 cases, or July 28, 2014 <br>– Additional 10% PIK fee if the Bankruptcy Court does not approve the Oncor TSA Amendment by April 29, 2015 | ▪ Debtor shall have the flexibility, based on exercise of its business judgment and fiduciary duties, to seek approval of the Oncor TSA Amendment or maintain the Oncor TSA as currently in place | ▪ No fees associated with Oncor TSA Amendment |
| **Transfer Restrictions** | ▪ The Issuer will not register the EFIH Second Lien DIP Notes under the Securities Act or any state or other securities laws. The EFIH Second Lien DIP Notes will be subject to restrictions on transfer and may only be offered or sold in accordance with the terms of the note purchase agreement and in transactions exempt from, or not subject to, the registration requirements of the Securities Act or pursuant to an effective registration statement | ▪ Same | ▪ Same |
| **Conditions to Consummation** | ▪ Various | ▪ Same with appropriate adjustments relating to change in financing parties | ▪ Same |

44018278_4.pptx

# EFIH DIP Proposals

| | RSA Second Lien DIP term sheet (4/29/2014) | EFIH Second Lien Committee DIP term sheet (5/14/2014, as amended on 5/29/2014) | EFIH First Lien Holder DIP term sheet (Draft of 5/30/2014) |
|---|---|---|---|
| **Alternative Transaction Fee** | ▪ Subject to entry of the Approval Order, if EFIH enters into definitive documentation with respect to a reorganization, restructuring, merger, consolidation, share exchange, rights offering, equity investment, business combination, recapitalization or similar transaction (including the sale of all or substantially all of the assets of EFH, EFIH, or any other Debtor) involving EFIH on equal or better terms and conditions for EFIH than those contemplated in the Restructuring Support Agreement and the Term Sheet, the Debtors shall pay an amount in cash equal to 3% of $1.9 billion to the Initial Commitment Parties | ▪ Same except Debtors shall pay an amount in cash equal to 1.5% of $1.9 billion to the Backstop Parties | ▪ Same except Debtors shall pay an amount in cash equal to [1.5]% of $1.9 billion to the Backstop Parties |
| **Enhancements to Creditor Settlements** | | ▪ [First Lien Settlement enhancement [TBD]]<br>▪ [Second Lien Settlement enhancement [TBD]] | ▪ [First Lien Settlement enhancement [TBD]]<br>▪ [Second Lien Settlement enhancement [TBD]] |
| **Modification to Second Lien Tender Offer** | | ▪ Eliminate the step-down in consideration for tenders made after the first 10 business days of the tender period<br>▪ Hold tender offer open until July 8, 2014<br>▪ Eliminate certain additional fees being paid to certain parties that are not being made available to all Second Lien Holders | ▪ [TBD] |

44018278_4.pptx

# EFIH DIP Proposals

| | RSA Second Lien DIP term sheet (4/29/2014) | EFIH Second Lien Committee DIP term sheet (5/14/2014, as amended on 5/29/2014) | EFIH First Lien Holder DIP term sheet (Draft of 5/30/2014) |
|---|---|---|---|
| **Additional Financing Fees** | • Funding PIK Fee to Commitment Parties: 5.0%<br>• Execution Fee to Commitment Parties: 0.46%<br>• Approval Fee to Commitment Parties: 0.54%<br>• Funding Cash Fee to Commitment Parties: 1.0%<br>• Participation Rights Fee to Fidelity: $11.25 million (0.59%)<br>• Arranger fees to GSO and Avenue: $2.0 million (0.11%)<br>• Settlement Premium to GSO, York and Avenue: $1.57 million (0.08%)<br>• Arrangement Payment to Centerview Partners: $5.0 million (0.26%)<br>• Advance Payment to Centerview Partners and Akin Gump: $3.675 million (0.19%) | • Funding PIK Fee to Backstop Parties: 4.0%<br>• Funding Cash Fee to Backstop Parties: 1.0%<br>• Payment of all Second Lien Indenture Trustee professional fees<br>• Payment of fees to JP Morgan as Agent and Arranger | • Funding PIK Fee to Backstop Parties: [5.0]%<br>• No Funding Cash Fee<br>• Payment of all First Lien Indenture Trustee professional fees<br>• Payment of fees to [TBD] as Agent and Arranger |

7

44018278_4.pptx