## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 692** |

### DECLARATION OF MICHAEL CARTER IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING (A) REJECTION OF A CERTAIN UNEXPIRED LEASE AND (B) ABANDONMENT OF CERTAIN PERSONAL PROPERTY, EFFECTIVE *NUNC PRO TUNC* TO MAY 31, 2014

Pursuant to 28 U.S.C. § 1746, I, Michael Carter, hereby declare as follows under penalty of perjury:

1.      I am the Senior Vice President of Corporate Planning and an Assistant Treasurer of EFH Corporate Services Company, a direct subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are corporations organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH LLC" and, together with EFCH and TCEH LLC's direct and indirect subsidiaries, "TCEH," and the entities composing TCEH that are debtors in these chapter 11 cases, the "TCEH Debtors"), a limited

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

liability company organized under the laws of the state of Delaware; EFH Corp.'s direct subsidiary, Energy Future Intermediate Holding Company LLC ("EFIH"), a limited liability company organized under the laws of the state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

2.      I have worked for the Debtors since 2005.  I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records.  All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors.  I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et. al, for Entry of an Order Authorizing (A) Rejection of a Certain Unexpired Lease and (B) Abandonment of Certain Personal Property, Effective Nunc Pro Tunc to May 31, 2014* (the "Motion").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.      The Debtors lease office space and other property for their business operations. In connection with these chapter 11 cases, the Debtors began evaluating the current and expected use of their unexpired leases, the ongoing cost of the leases, and the effect on the business of rejecting such leases.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

4.      As described in the Motion, Luminant is the assignee of the Second Amendment to the Lease Agreement from assignor Oncor Electric Delivery Company LLC (a non-Debtor affiliate), that entered into a lease with CalSTRS for office space at 500 North Akard Street, Dallas, Texas, 75201.   After relocating, Luminant vacated the premises.   The Lincoln Plaza Lease is set to expire on June 30, 2014 and carries with it a total remaining rent obligation of approximately $253,000 in base rent plus its pro-rata portion of the building's operating expenses and taxes.

5.      The Debtors have evaluated and unsuccessfully tried to assign or sublease the Lincoln Plaza Lease following Luminant's relocation.   Given that there is only one month remaining on the Lincoln Plaza Lease, I believe that it is not reasonably possible to sublet or assign the Lincoln Plaza Lease, and any additional attempt to do so would require Luminant to pay the remaining obligations under the Lincoln Plaza Lease.   Accordingly, I believe the costs of the Lincoln Plaza Lease exceed any benefits from maintaining the Lincoln Plaza Lease.

6.      As described in the Motion, the Debtors have also determined that the cost of removing and storing the Personal Property remaining at the premises of the Lincoln Plaza Lease for future use or marketing and sale exceeds the value of the Personal Property to the Debtors' estates.   The Personal Property remaining at the premises of the Lincoln Plaza Lease includes, but is not limited to, a generator, fueling station, certain fixtures, and power supply and air conditioning units, which collectively have a market value of approximately $340,000.   Further, Luminant's use of the majority of the Personal Property has been for location-specific purposes. Because Luminant has already vacated the premises of the Lincoln Plaza Lease, I believe that the Personal Property is no longer necessary for Luminant's business operations.

*[Remainder of page intentionally left blank.]*

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: May 31, 2014

*/s/ Michael Carter*
_____
Michael Carter
Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company

4