**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF Delaware**

| | |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| *Debtors*. | ) (Jointly Administered) |
| | ) **Related to Docket No. ____** |

**ORDER GRANTING MOTION TO FILE OBJECTION
OF CSC TRUST COMPANY OF DELAWARE, AS
INDENTURE TRUSTEE, TO THE EFIH DEBTORS' MOTION
TO APPROVE FIRST LIEN SETTLEMENT UNDER SEAL**

Upon consideration of the Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal (the "Motion");[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2); and it appearing that notice of the Motion has been given as set forth in the Motion and that no further notice need be given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is granted.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined in this Order shall have the meaning given to them in the Motion.

2. The 10% Indenture Trustee is hereby authorized to file the unredacted Objection and the Exhibits under seal.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and implementation of this Order.

Dated: June ___, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge