IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Objection Deadline: June 23, 2014 @ 4:00 p.m.<br>Hearing Date: June 30, 2014 @ 9:30 a.m.<br>Related to Docket No. 698 |

**NOTICE OF HEARING REGARDING MOTION FOR ENTRY OF AN ORDER
AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB
TO FILE JUNE 2, 2014 LETTER UNDER SEAL**

**PLEASE TAKE NOTICE** that, on June 2, 2014, Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Lien (the "Trustee"), filed and served the **Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon, so as to be received by, the undersigned counsel on or before **June 23, 2014 at 4:00 p.m. (prevailing Eastern Time)**. Only properly and timely filed objections or responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that the Motion is scheduled to be heard by the Bankruptcy Court on **June 30, 2014 at 9:30 a.m. (prevailing Eastern Time)** before The Honorable Christopher S. Sontchi, Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 2, 2014
Wilmington, Delaware

/s/ *Gregory A. Taylor*
ASHBY & GEDDES, P.A.
William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted *pro hac vice*)
Jeremy B. Coffey (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*

{00863390;v1 }