## Exhibit A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>**Related Docket No.** \_\_\_\_ |

**ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB
TO FILE JUNE 2, 2014 LETTER UNDER SEAL**

Upon consideration of the *Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal* (the "Motion")[1] filed by Wilmington Savings Fund Society, FSB ("WSFS"), as successor trustee under that certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas Competitive Electric Holdings, LLC ("TCEH"), TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee (the "Indenture"), the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion has been given, and no other or further notice is required; the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. WSFS is authorized to file the Letter under seal.

3. Unsealed copies of the Letter shall not be made available to anyone except for this Court, the U.S. Trustee, counsel to the Debtors, counsel to the Official Committee of Unsecured

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{00863330;v1 }                                    1

Creditors, counsel to the Ad Hoc Group of TCEH Unsecured Noteholders and others upon further Court Order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
      June _____, 2014

                                        _____
                                        THE HONORABLE CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE