IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtor. | ) |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance on behalf of UMB Bank, N.A., as indenture trustee. Such attorneys hereby request, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in this proceeding be given and served upon the following persons at the addresses or facsimile numbers set forth below:

Mark F. Hebbeln, Esq.
Harold L. Kaplan, Esq.
Lars A. Peterson, Esq.
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
mhebbeln@foley.com
hkaplan@foley.com
lapeterson@foley.com

Raymond H. Lemisch, Esq.
KLEHR HARRISON HARVEY
BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile (302) 426-9193
rlemisch@klehr.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application,

PHIL1 3655203v.1

complaint, demand, motion, petition, pleading, report or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

Dated: June 2, 2014                                     KLEHR HARRISON HARVEY BRANZBURG LLP

                                                        */s/ Raymond H. Lemisch*
                                                        Raymond H. Lemisch (DE Bar No. 4204)
                                                        919 Market Street, Suite 1000
                                                        Wilmington, Delaware 19801
                                                        Telephone: (302) 426-1189
                                                        Facsimile:  (302) 426-9193