IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtor. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission pro hac vice of Harold L. Kaplan, Esquire to represent UMB Bank, N.A., as indenture trustee, in this action.

Dated: June 2, 2014

KLEHR HARRISON HARVEY BRANZBURG LLP

*/s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 30, 2014

Harold L. Kaplan, Esquire
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4393
hkaplan@foley.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2014

_____
United States Bankruptcy Judge