**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) Case No. 14-10979 (CSS) |
| *et al..,* | ) |
| | ) Jointly Administered |
| Debtor. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission pro hac vice of Lars A. Peterson, Esquire to represent UMB Bank, N.A., as indenture trustee, in this action.

Dated: June 2, 2014           KLEHR HARRISON HARVEY BRANZBURG LLP

                          */s/ Raymond H. Lemisch*
                          Raymond H. Lemisch (DE Bar No. 4204)
                          919 Market Street, Suite 1000
                          Wilmington, Delaware 19801
                          Telephone: (302) 426-1189
                          Facsimile: (302) 426-9193

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 30, 2014

                          Lars A. Peterson, Esquire
                          Foley & Lardner LLP
                          321 North Clark Street
                          Suite 2800
                          Chicago, IL 60654-5313
                          Telephone: (312) 832-5394
                          lapeterson@foley.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2014     _____
                                      United States Bankruptcy Judge

PHIL1 3652968v.1