UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | CHAPTER 11 |
| CORP., *et al.*, | ) | |
| | ) | CASE NO. 14-10979 (CSS) |
| | ) | |
| Debtors | ) | |
| _____ | ) | |

**NOTICE OF PROHIBITION AGAINST TRANSFER OR DISPOSAL OF LICENSE OR LICENSED RADIOACTIVE MATERIAL WITHOUT PRIOR WRITTEN APPROVAL OF UNITED STATES NUCLEAR REGULATORY COMMISSION**

The United States of America, on behalf of the United States Nuclear Regulatory Commission (NRC), hereby provides notice that Debtor Luminant Generation Company LLC is prohibited from transferring or disposing of its NRC licenses or any licensed radioactive material without prior written approval from the NRC, as set forth below:

1. On April 29, 2014, the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors continues to manage their property and operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. §§ 1107(a), 1108.

2. Debtor Luminant Generation Company LLC currently holds specific NRC Facility Operating License No. NPF-87, which authorizes the operation of a pressurized-water nuclear reactor and associated equipment (the Comanche Peak Nuclear Power Plant, Unit 1) located on Squaw Creek Reservoir in Somervell County, Texas, about five miles north-northwest of Glen Rose, Texas.

1

3. Debtor Luminant Generation Company LLC holds specific NRC Facility Operating License No. NPF-89, which authorizes the operation of a pressurized-water nuclear reactor and associated equipment (the Comanche Peak Nuclear Power Plant, Unit 2) located on Squaw Creek Reservoir in Somervell County, Texas, about five miles north-northwest of Glen Rose, Texas.

4. The Debtor's specific NRC licenses remain and will continue to remain in effect, pursuant to Sections 81, 161, and 183 of the Atomic Energy Act of 1954, as amended (42 U.S.C. §§ 2111, 2201, and 2233), and NRC's regulations at 10 CFR section 30.34 with respect to the possession, transfer, and storage of licensed radioactive material remaining in the Debtor's possession, as contamination or in the other forms, until the NRC notifies the Debtor in writing that a license is terminated.

5. Although in bankruptcy, the Debtor remains responsible for all regulatory requirements under NRC licenses, including those relating to security and control of licensed radioactive material, decontamination and decommissioning of contaminated facilities, and retention of personnel required by the license conditions.

6. Therefore, the United States hereby provides notice that it is the responsibility of the Debtor, and any purchaser or transferee of the Debtor, to ascertain and comply with all NRC rules and regulations, including those limiting or governing transfer, with respect to the Debtor's NRC license.

        Respectfully submitted,

        SAM HIRSCH
        Acting Assistant Attorney General
        Environment and Natural Resources Division

      _____/S/_____
ALAN S. TENENBAUM
BRADFORD T. MCLANE
Department of Justice
Environmental Enforcement Section
P.O.Box 7611
Ben Franklin Station
Washington, D.C. 20044
(202) 514-5409

CHARLES M. OBERLY, III

United States Attorney
 District of  Delaware


ELLEN SLIGHTS
Assistant United States Attorney
 District of Delaware
Nemours Building
1007 Orange Street
Wilmington, DE 19801

## CERTIFICATE OF SERVICE

      I certify that on June 2, 2014, I served a true and correct copy of the foregoing **NOTICE OF PROHIBITION AGAINST TRANSFER OR DISPOSAL OF LICENSE OR LICENSED RADIOACTIVE MATERIAL WITHOUT PRIOR WRITTEN APPROVAL OF UNITED STATES NUCLEAR REGULATORY COMISSION** to all parties who receive notice through the court's Electronic Case Filing System ("ECF").

                                    /S/
                            Alan S. Tenenbaum