## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 561** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

SID GARABATO, being duly sworn, deposes and says:

1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On May 21, 2014, I caused to be served the "Debtors' Response to the Statement of the EFIH First Lien Indenture Trustee Concerning the May 22, 2014 Status Conference," dated May 21, 2014 [Docket No. 561], by causing true and correct copies to be:

      a)    delivered via electronic mail to those parties listed on the annexed Exhibit A, and

      b)    delivered via facsimile to those parties listed on the annexed Exhibit B.

_____
Sid Garabato

Sworn to before me this
28th day of May, 2014

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\CLIENTS\TXUENERG\AFFIDAVITS\RESPONSE TO THE STATEMENT OF THE EFIH FIRST LIEN INDENTURE TRUSTEE_DI 561_AFF_5-21-14.DOCX

# **<u>EXHIBIT A</u>**

ENERGY FUTURE HOLDINGS CORP., ET AL.
SERVICE LIST - CORE PARTIES & 2002 List
EMAIL NOTICE

| Name | Party / Attention | Email Address |
|---|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN, SACHS & CO.) KEVIN G. ABRAMS & JOHN M. SEAMAN | abrams@abramsbayliss.com; seaman@abramsbayliss.com |
| ADA CARBON SOLUTIONS | (RED RIVER ENVIRONMENTAL PRODUCTS) ATTN: PETER O. HANSEN | PETER.HANSEN@ADA-CS.COM; INFO@ADA-CS.COM |
| AEP TEXAS NORTH COMPANY | ATTN: CHARLES R. PATTON | CRPATTON@AEP.COM |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC.) ATTN: SUNDEEP S. SIDHU | sunny.sidhu@akerman.com; andrea.hartley@akerman.com; jules.cohen@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY LINDSAY ZAHRADKA | idizengoff@akingump.com; aqureshi@akingump.com; sbaldini@akingump.com; mlahaie@akingump.com; rboller@akingump.com; ccarty@akingump.com; lzahrad |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING | salberino@akingump.com; jnewdeck@akingump.com |
| ALCOA | ATTN: MAX W LAUN | MAX.LAUN@ALCOA.COM |
| AMECO INC | ATTN: DEAN SMITH | dean.smith@ameco.com |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | PKIM@AMSTOCK.COM |
| AMERICAN STOCK TRANSFER & TRUST COMPANY LLC | ATTN: PAUL KIM | PKIM@AMSTOCK.COM |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com |
| ASHER MEDIA INC | ATTN: KALYN ASHER | KALYN@ASHERMEDIA.COM |
| AUTOMATIC SYSTEMS INC | ATTN: MICHAEL HOEHN | MICHAEL.HOEHN@ASI.COM |
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.) ATTN: BENJAMIN L. STEWART CAMPBELL CENTRE I | bstewart@baileybrauer.com |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com; ian.roberts@bakerbotts.com |
| BENCHMARK INDUSTRIAL SERVICES | ATTN: MIKE WILCOX | MWILCOX@BENCHMARKISI.COM |
| BINGHAM MCCUTCHEN LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JULIA FROST-DAVIES ESQ & CHRISTOPHER L. CARTER ESQ | julia.frost-davies@bingham.com; christopher.carter@bingham.com |
| BINGHAM MCCUTCHEN LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP) ATTN: JEFFREY S. SABIN ESQ | jeffrey.sabin@bingham.com |
| BLANK ROME | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL DEBAECHE; STANLEY TARR | debaecke@blankrome.com; tarr@blankrome.com |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL B. SCHAEDLE | schaedle@blankrome.com |
| BNSF RAILWAY COMPANY | ATTN: PETER LEE, SENIOR GENERAL ATTORNEY | ian.peck@haynesboone.com |
| BNSF RAILWAY COMPANY | ATTN: JASON SPENCER | jason.spencer2@bnsf.com |
| BOKF, NA DBA BANK OF ARIZONA | ATTN: CYNDI WILKINSON SENIOR VICE PRESIDENT | CWILKINSON@BOKF.COM |
| BOKF, NA DBA BANK OF ARIZONA | ATTN: KEN HOFFMAN VICE PRESIDENT | KHOFFMAN@BOKF.COM |
| BRAKE SUPPLY CO INC | ATTN: DAVID KOCH | SALES@BRAKE.COM |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C. RYAN | christine.ryan@bbrslaw.com |
| BROWN & CONNERY, LLP | (COUNSEL TO SAP INDUSTRIES, INC.) ATTN: DONALD K. LUDMAN | dludman@brownconnery.com |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY | JCOFFEY@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ | eweisfelner@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY COFFEY ESQ | jjonas@brownrudnick.com; astrehle@brownrudnick.com; jcoffey@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ | hsiegel@brownrudnick.com |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN | REPEDERSEN@BRYANCAVE.COM |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON | schristianson@buchalter.com |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) ATTN: KATHLEEN A. MURPHY | kathleen.murphy@bipc.com |
| CAPGEMINI NORTH AMERICA INC | ATTN: ISABELLE ROUX-CHENU | ISABELLE.ROUX-CHENU@CAPGEMINI.COM |
| CENTERPOINT ENERGY HOUSTON | ROBERT CLAUDE, ESQ., ASSOCIATE GENERAL COUNSEL | Robert.Claude@CenterPointEnergy.com |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY CORPORATION; TXU  ATTN: DANIEL ASTIN; JOHN MCLAUGHLIN, JR.; JOSEPH J. MCMAHON JR | jmcmahon@ciardilaw.com |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | GLAGENTOFFICEOPS@CITI.COM |
| CITIBANK, N.A. | ATTN: OWEN COYLE | OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM; KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM; CHIDO.UGOCHUKWU@CITI.COM |
| CITIBANK, N.A. | ATTN: RYAN FALCONE | RYAN.FALCONER@CITI.COM |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK | ZORIJANA.MIGLIORINI@CITI.COM |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN VICE PRESIDENT | ERIC.LIGAN@CITI.COM |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III | ANNEMARIE.E.PAVCO@CITI.COM |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | chris.mosley@fortworthtexas.gov |

## ENERGY FUTURE HOLDINGS CORP., ET AL.
### SERVICE LIST - CORE PARTIES & 2002 LIST
#### EMAIL NOTICE

| Name | Party / Attention | Email Address |
|---|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J. ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | tmoloney@cgsh.com; soneal@cgsh.com; hkhalid@cgsh.com |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO NOVA CHEMICALS INC.) ATTN: THOMAS D. MAXSON | tmaxson@cohenlaw.com |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC) ATTN: WILLIAM E. KELLEHER, JR. | wkelleher@cohenlaw.com |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. | tina.vitale@computershare.com |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | alessandra.panersa@computershare.com |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ | kbifferato@connollygallagher.com; kconlan@connollygallagher.com |
| COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY | codycourtney@courtneyconstruction.com |
| COUSINS CHIPMAN & BROWN, LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN | cousins@ccbllp.com; olivere@ccbllp.com; kashishian@ccbllp.com |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA | sstapleton@cowlesthompson.com |
| COZEN O'CONNOR | (COUNSEL TO J. ARON & COMPNAY) ATTN: MARK E. FELGER | mfelger@cozen.com |
| CRANE NUCLEAR INC | PRESIDENT OR GENERAL COUNSEL | CINFO@CRANEVS.COM |
| CROSS & SIMON, LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) ATTN: MICHAEL J. JOYCE | mjoyce@crosslaw.com |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY CORPORATION) ATTN: JUDY HAMILTON MORSE | judy.morse@crowedunlevy.com |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ MANAGING DIRECTOR | SANDRA.HORWITZ@CSCGLOBAL.COM |
| CURTIN & HEEFNER LLP | (COUNSEL TO FLSMIDTH INC.) ATTN: ROBERT SZWAJKOS | rsz@curtinheefner.com |
| DATA SYSTEMS & SOLUTIONS LLC | (ROLLS ROYCE) MILES COWDRY,ROLLS-ROYCE CIVIL NUCLEAR,994-A EXPLORER BLVD | MILES.COWDRY@ROLLS-ROYCE.COM |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER | efh.service@davispolk.com |
| DENTONS US LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ OSCAR PINKS ESQ | hugh.mcdonald@dentons.com; louis.curcio@dentons.com; oscar.pinkas@dentons.com |
| DEUTSCHE BANK | ATTN: SARA PELTON | SARA.PELTON@DB.COM |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON | MARCUS.TARKINGTON@DB.COM; AGENCY.TRANSACTIONS@DB.COM |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE | howard.cohen@dbr.com; robert.malone@dbr.com |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R. FINE | jfine@dykema.com |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND, AGENT | Ronald.Rowland@rms-iqor.com |
| EPIQ BANKRUPTCY SOLUTIONS, LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. | jkatchadurian@epiqsystems.com; sgarabato@epiqsystems.com |
| FL SMIDTH AIRTECH INC | ATTN: MARK BRANCATO CEMENT PROJECTS AMERICAS | MARK.BRANCATO@FLSMIDTH.COM |
| FLUOR GLOBAL SERVICES | ATTN: CARLOS M. HERNANDEZ | CARLOS.HERNANDEZ@FLUOR.COM |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD | jschlerf@foxrothschild.com; jstrock@foxrothschild.com; jbird@foxrothschild.com |
| FREDERIC DORWART, LAWYERS | ATTN: SAMUEL S. ORY | SORY@FDLAW.COM |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com; matthew.roose@friedfrank.com |
| FRISCO CONSTRUCTION SERVICES | ATTN: CLAY THOMAS | CTHOMAS@FRISCOCS.COM |
| FROST BROWN TODD LLC | (COUNSEL TO SITEL, LLC) ATTN: EDWARD M. KING, ESQ. | tking@fbtlaw.com |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO.) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | jmelko@gardere.com; mriordan@gardere.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL | mbusenkell@gsbblaw.com |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW | wweintraub@goodwinprocter.com; kjarashow@goodwinprocter.com |
| GRAINGER | ATTN: JOHN L. HOWARD | JOHN.HOWARD@GRAINGER.COM |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: PATRICK L. HUGHES | patrick.hughes@haynesboone.com |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: JONATHAN HOOK | jonathan.hook@haynesboone.com |
| HAYNES AND BOONE, LLP | (COUNSEL TO BNSF RAILWAY COMPNAY) ATTN: IAN T. PECK | ian.peck@haynesboone.com |
| HCL AMERICA INC | ATTN: RAGHU RAMAN LAKSHMANAN | RLAKSHMANAN@HCL.COM |
| HEADWATERS RESOURCES INC | ATTN: HARLAN M. HATFIELD | HHATFIELD@HEADWATERS.COM |
| HOLT TEXAS LTD, D/B/A HOLT CAT | ATTN: MICHAEL PURYEAR, ESQ., GENERAL COUNSEL | MICHAEL.PURYEAR@HOLTCAT.COM |
| HYDROCARBON EXCHANGE CORP. | ATTN: R SCOTT HOPKINS | MSAVAGE@HYDROCARBONEXCHANGE.COM |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MONICA S. BLACKER | mblacker@jw.com |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: J. SCOTT ROSE | srose@jw.com |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: MICHAEL L. DAVITT | MLDAVITT@JONESDAY.COM |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL | PJVILLAREAL@JONESDAY.COM |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | ATTN: WILLIAM WOCHNER | WWOCHNER@KCSOUTHERN.COM |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
SERVICE LIST - CORE PARTIES & 2002 LIST
EMAIL NOTICE

| Name | Party / Attention | Email Address |
|------|-------------------|---------------|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com |
| LACKEY HERSHMAN, LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ | jrw@lhlaw.net |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT AND ALCOA) ATTN: ADAM LANDIS ESQ & MATTEW MCGUIRE ESQ | landis@lrclaw.com; mcguire@lrclaw.com |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO VICE PRESIDENT | FRANK.GODINO@LAWDEB.COM |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS) ATTN: PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ | houston_bankruptcy@publicans.com |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ | ggay@lglawfirm.com |
| LOWER COLORADO RIVER AUTHORITY | ATTN: PHIL WILSON TRANSMISSION SERVICES CORP | GENERAL.MANAGER@LCRA.ORG |
| LOWER COLORADO RIVER AUTHORITY | LEGAL SERVICES ATTN: WILLIAM T MEDAILLE ESQ | bill.medaille@lcra.org |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ | mphillips@mgmlaw.com |
| MCCATHERN, PLLC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L. HOWELL | jhowell@mccathernlaw.com |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. | pmoak@mckoolsmith.com |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY | pgoodman@mckoolsmith.com;mcarney@mckoolsmith.com |
| MERICO ABATEMENT CONTRACTORS INC | ATTN: ATTN: MIKE CROFFLAND - GENERAL MANAGER | MIKE@MERRITT.NET |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) | mikesmith1973@sbcglobal.net |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: JONATHAN BROWN | JBROWN@MILBANK.COM |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: KAREN GARTENBERG | KGARTENBERG@MILBANK.COM |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG | ddunne@milbank.com; efleck@milbank.com; kgartenberg@milbank.com |
| MINE SERVICE LTD | ATTN: KEITH DEBAULT | lindahicks@msirockdale.com; langedebault@msirockdale.com; eddienoak@msirockdale.com |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M. MILLER | smiller@morrisjames.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY | dabbott@mnat.com; aremming@mnat.com; efay@mnat.com |
| MORRISON & FOERSTER LLP | (PROPOSED COUNSEL TO THE EFH COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ERCOT) ATTN: RUSSELL L MUNSCH ESQ | rmunsch@munsch.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ERCOT) ATTN: KEVIN M LIPPMAN ESQ | klippman@munsch.com |
| MYERS HILL | (COUNSEL TO PROPERTY TAX PARTNERS) ATTN: ROBERT J. MYERS | rmyers@myers-hill.com |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC.) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN | jody.bedenbaugh@nelsonmullins.com; george.cauthen@nelsonmullins.com |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN | rpedone@nixonpeabody.com; adarwin@nixonpeabody.com |
| NORTHEAST TEXAS POWER LTD | ATTN: DAVID PETTY | PETTY@NORTHEASTTEXASPOWER.COM |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov ; nicole.mignone@texasattorneygeneral.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | richard.schepacarter@usdoj.gov |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) ATTN: GEORGE A. DAVIS | gdavis@omm.com |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE) ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | ljones@pszjlaw.com; rfeinstein@pszjlaw.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT | dalowenthal@pbwt.com; cdent@pbwt.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN | akornberg@paulweiss.com; kcornish@paulweiss.com; bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M. AMADOR, ATTY | amador.desiree@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: ISRAEL GOLDOWITZ | GOLDOWITZ.ISRAEL@PBGC.GOV |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL | chatalian.jon@pbgc.gov; efile@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ | ebcalvo@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ | houbank@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.P. | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER | hbky@pbfcm.com |
| PERFORMANCE CONTRACTING INC | ATTN: CHUCK WILLIAM | INFO@PCG.COM |

ENERGY FUTURE HOLDINGS CORP., ET AL.
**SERVICE LIST - CORE PARTIES & 2002 LIST**
**EMAIL NOTICE**

| Name | Party / Attention | Email Address |
|---|---|---|
| PIERCE CONSTRUCTION INC | ATTN: KENNETH PIERCE | kpierce@piercecons.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS AFFILIATES AND SUBSIDIARIES) ATTN: KEVIN M. CAPUZZI | kcapuzzi@pwujlaw.com |
| POLSINELLI PC | (PROPOSED COUNSEL TO THE EFH COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ | cward@polsinelli.com; jedelson@polsinelli.com; skatona@polsinelli.com |
| POLSINELLI PC | (PROPOSED COUNSEL TO THE EFH COMMITTEE) ATTN: EDWARD FOX ESQ | efox@polsinelli.com |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT | matchley@popehardwicke.com; mtaplett@popehardwicke.com |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: LAURIE SILVERSTEIN & JEREMY RYAN ESQ | lsilverstein@potteranderson.com; jryan@potteranderson.com |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY | john.harris@quarles.com; jason.curry@quarles.com |
| RANGER EXCAVATING LP | ATTN: BRAD MCKENZIE - CONTROLLER | JACK.CARMODY@RANGEREXCAVATING.COM |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON | kgwynne@reedsmith.com; klawson@reedsmith.com |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | MARK.SOMERSTEIN@ROPESGRAY.COM |
| RYAN PARTNERSHIP (FORMERLY SOLUTIONSET) | ATTN: MARY PERRY | MARY.PERRY@RYANPARTNERSHIP.COM |
| SAUL EWING LLP | (COUNSEL TO ERCOT) ATTN: MARK MINUTI ESQ | mminuti@saul.com |
| SECURITAS SECURITY SERVICES USA | ATTN: SONIA JASMAN | CONTACT@SECURITASINC.COM |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES | ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com |
| SHAW MAINTENANCE (CB&I) | ATTN: RICHARD E. CHANDLER, JR. C/O CB&I - ONE CB&I PLAZA | rchandler@cbi.com |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ | fsosnick@shearman.com; ned.schodek@shearman.com |
| SIEMENS POWER GENERATION INC | ATTN: ANN FAIRCHILD | ann.fairchild@siemens.com |
| SITEL LLC | ATTN: DAVID BECKMAN | DAVID.BECKMAN@SITEL.COM |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS UNSA, LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M. MILLER | kmiller@skjlaw.com |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES, INC.) ATTN: DAVID E. LETA | dleta@swlaw.com |
| STREUSAND, LANDON & OZBURN, LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND | streusand@slollp.com |
| TAGGART GLOBAL LLC | ATTN: JOHN LUKE C/O FORGE GROUP LTD | INFO@FORGEGROUP.COM |
| TEAM EXCAVATING | ATTN: WAYNE YOST, OWNER | WYOST@TEAMEXCAVATINGCO.COM |
| TEXAS-NEW MEXICO POWER COMPANY | ATTN: SCOTT SEAMSTER | scott.seamster@pnmresources.com |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP | THOMAS.VLAHAKIS@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS, VICE PRESIDENT | THOMAS.VLAHAKIS@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN | dennis.roemlein@bnymellon.com |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM | RAFAEL.MARTINEZ@BNYMELLON.COM |
| THE HOGAN FIRM | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: DANIEL H. HOGAN ESQ | dkhogan@dkhogan.com |
| TPUSA | ATTN: JOHN WARREN MAY | JOHN.MAY@TELEPERFORMANCE.COM |
| TRANSACTEL INC | ATTN: GUILLERMO MONTANO  TORRE TRANSACTEL PRADERA | GMONTANO@TRANSACTEL.NET |
| TUCKER ARENSBERG, P.C. | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON VICE PRESIDENT | LAURA.ROBERSON@UMB.COM |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L. SCHEIN, ESQ. | mschein@vedderprice.com |
| WACHTELL, LIPTON, ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | rgmason@wlrk.com; ekleinhaus@wlrk.com; awitt@wlrk.com |
| WARFAB | ATTN: CALVIN GRACE - PRESIDENT & CEO | cgrace@warfabinc.com |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) ATTN: GREGORY M. WEINSTEIN | gweinstein@weinrad.com |
| WESTINGHOUSE ELECTRIC CO LLC | ATTN: MIKE SWEENEY SR VP & GENERAL COUNSEL LEGAL & CONTRACTS | salvucc@westinghouse.com |
| WEYERHAEUSER CO. | ATTN: ALEXIS MCDONALD | alexis.mcdonald@weyerhaeuser.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | cshore@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: THOMAS LAURIA; MATTHEW BROWN | tlauria@whitecase.com; mbrown@whitecase.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND | benjamin.loveland@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMINGTON SVGS FUND SOCIETY | ATTN: PATRICK J. HEALY | PHEALY@CHRISTIANATRUST.COM |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE | jrose@wilmingtontrust.com |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPNAY N.V.) ATTN: DAVID NEIER, ESQ. | dneier@winston.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MARK L. DESGROSSEILLIERS ESQ | mdesgrosseilliers@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS | mdesgrosseilliers@wcsr.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO ADHOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |

| Total Creditor Count | 186 |
|---|---|
| Total Email Count | 270 |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## SERVICE LIST - ADDITIONAL PARTIES
### EMAIL NOTICE

| Name | Party / Attention | Email Address |
|------|-------------------|---------------|
| COLE SCHOTZ MEISEL FORMAN & LEONARD PA | COUNSEL TO CSC TRUST COMPANY OF DELAWARE, AS SUCCESSCOR INDENTURE TRUSTEE AND COLLATERAL TRUSTEE, ATTN: NORMAN PERNICK ESQ, J KATE STICKLES ESQ, NICHOLAS J BRANNICK ESQ & WARREN A USATINE ESQ. | npernick@coleschotz.com; kstickles@coleschotz.com; nbrannick@coleschotz.com; wusatine@coleschotz.com |
| DRINKER BIDDLE & REATH LLP | COUNSEL TO CSC TRUST COMPANY OF DELAWARE, AS SUCCESSCOR INDENTURE TRUSTEE AND COLLATERAL TRUSTEE, ATTN: JAMES H MILLAR ESQ | James.Millar@dbr.com |
| ROPES & GRAY LLP | COUNSEL TO CSC TRUST COMPANY OF DELAWARE, AS SUCCESSCOR INDENTURE TRUSTEE AND COLLATERAL TRUSTEE, ATTN: MARK SOMERSTEIN ESQ, KEITH WOFFORD ESQ, D ROSS MARTIN ESQ, ANDREW G DEVORE ESQ. | Mark.Somerstein@ropesgray.com; Keith.Wofford@ropesgray.com; Ross.Martin@ropesgray.com; Andrew.Devore@ropesgray.com |

| | |
|---|---|
| **Total Creditor Count** | **3** |
| **Total Email Count** | **9** |

# **EXHIBIT B**

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## MASTER SERVICE LIST - CORE PARTIES & 2002 LIST
### FAX NOTICE

| Name | Party / Attention | Fax |
|---|---|---|
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN | 512-482-8341 |
| GENERATOR & MOTOR SERVICES INC | ATTN: JOHN POZNICK - CONTROLLER | 412-829-1692 |
| INTERNAL REVENUE SERVICE | | 855-235-6787 |
| J & S CONSTRUCTION LLC | ATTN: JEFF GRODEL | 903-322-1940 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS | 512-443-5114 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON | 512-323-3205 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. | 302-573-6431 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREA SCHWARTZ | 212-668-2255 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: CRAIG YAMAOKA, SENIOR FINANCIAL ANALYST | 202-842-2643 |
| SECURITIES AND EXCHANGE COMMISSION | | 202-772-9318 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON | 312-407-0411 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: JAY M. GOFFMAN | 212-735-2000 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO | 302-651-3001 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL | 512-482-8341 |
| TRENT WIND FARM L.P. | ATTN: CHRISTINE MCGARVEY TRENT WIND FARM | 614-583-1691 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J. TROY CIVIL DIVISION | 202-307-0494 |

TotalCreditorCount   16