IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 613** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK  )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 28, 2014, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B." I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C."

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Transfer 613_AFF_5-28-14.docx

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Sidney Garabato

Sworn to before me this
30th day of May, 2014

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

-2-

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   MECHANICAL DYNAMICS & ANALYSIS, LTD.
              19 BRITISH AMERICAN BLVD.
              LATHAM, NY 12110

Please note that your claim # 49 in the above referenced case and in the amount of
        $30,900.00 has been transferred **(unless previously expunged by court order)** to:

              LIQUIDITY SOLUTIONS, INC.
              TRANSFEROR: MECHANICAL DYNAMICS &
              ANALYSIS, LTD.
              ONE UNIVERSITY PLAZA, SUITE 312
              HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              DISTRICT OF DELAWARE
              824 NORTH MARKET STREET, 3RD FLOOR
              WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 613       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/28/2014                          David D. Bird, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 28, 2014.

**EXHIBIT B**

```
TIME: 17:43:40                                    TXU ENERGY                                           PAGE: 1
DATE: 05/28/14                                 CREDITOR LISTING

Name                             Address
LIQUIDITY SOLUTIONS, INC.        TRANSFEROR: MECHANICAL DYNAMICS & ANALYSIS, LTD. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
MECHANICAL DYNAMICS & ANALYSIS, LTD.   19 BRITISH AMERICAN BLVD. LATHAM NY 12110

Total Number of Records Printed    2
```

# EXHIBIT C

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801