IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 30th day of May, 2014, true and correct copies of the **Ad Hoc Group of TCEH Unsecured Noteholders' Responses and Objections to Debtors' First Set of Interrogatories and Document Requests to the Ad Hoc Group of TCEH Unsecured Noteholders Concerning the Debtors' TCEH DIP and TCEH Cash Collateral and Cash Management Motions** were served upon the parties listed below *via* electronic mail.

---

[1] The Debtors, together with the last four digits of their federal tax identification numbers, as applicable, are: Energy Future Holdings Corp. (8810); Texas Competitive Electric Holdings Company LLC (7817); 4Change Energy Company (9527); 4Change Energy Holdings LLC (9680); Big Brown 3 Power Company LLC; Big Brown Lignite Company LLC (4247); Big Brown Power Company LLC (7823); Brighten Energy LLC (4107); Brighten Holdings LLC (3908); Collin Power Company LLC; Dallas Power & Light Company, Inc.; DeCordova II Power Company LLC; DeCordova Power Company LLC (7797); Eagle Mountain Power Company LLC (6891); EBASCO SERVICES OF CANADA LIMITED; EEC Holdings, Inc. (9368); EECI, Inc. (9366); EFH Australia (No. 2) Holdings Company (0353); EFH CG Holdings Company LP (9650); EFH CG Management Company LLC; EFH Corporate Services Company (5281); EFH Finance (No. 2) Holdings Company (8735); EFH FS Holdings Company (8732); EFH Renewables Company LLC; EFIH Finance, Inc. (8038); Energy Future Competitive Holdings Company LLC (7355); Energy Future Intermediate Holding Company LLC (1638); Generation Development Company LLC (2060); Generation MT Company LLC (7818); Generation SVC Company (0622); Lake Creek 3 Power Company LLC; Lone Star Energy Company, Inc. (5876); Lone Star Pipeline Company, Inc.; LSGT Gas Company LLC (9066); LSGT SACROC, Inc. (2092); Luminant Big Brown Mining Company LLC (6803); Luminant Energy Company LLC (0807); Luminant Energy Trading California Company (3853); Luminant ET Services Company (7835); Luminant Generation Company LLC (7820); Luminant Holding Company LLC (7719); Luminant Mineral Development Company LLC; Luminant Mining Company LLC (7821); Luminant Renewables Company LLC (7585); Martin Lake 4 Power Company LLC; Monticello 4 Power Company LLC; Morgan Creek 7 Power Company LLC; NCA Development Company LLC (7594); NCA Resources Development Company LLC; Oak Grove Management Company LLC (1189); Oak Grove Mining Company LLC (6181); Oak Grove Power Company LLC (6093); Sandow Power Company LLC (1811); Southwestern Electric Service Company, Inc.; TCEH Finance, Inc. (7715); Texas Electric Service Company, Inc.; Texas Energy Industries Company, Inc.; Texas Power & Light Company, Inc.; Texas Utilities Company, Inc.; Texas Utilities Electric Company, Inc.; Tradinghouse 3 & 4 Power Company LLC; Tradinghouse Power Company LLC (7804); TXU Electric Company, Inc.; TXU Energy Receivables Company LLC (5361); TXU Energy Retail Company LLC (4257); TXU Energy Solutions Company LLC (2193); TXU Receivables Company (7788); TXU Retail Services Company (2839); TXU SEM Company (5541); Valley NG Power Company LLC; and Valley Power Company LLC.

Mark D. Collins, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King St.
Wilmington, DE 19801
Email: collins@rlf.com
       madron@rlf.com

Bridget K. O'Connor, Esq.
Mark E. McKane, Esq.
David R. Dempsey, Esq.
Andrew R. McGaan, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: boconnor@kirkland.com
       mmckane@kirkland.com
       ddempsey@kirkland.com
       amcgaan@kirkland.com

Dated: June 2, 2014
       Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

-and-

WHITE & CASE LLP
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

-and-

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of
TCEH Unsecured Noteholders*