**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered) **Hearing Date: N/A** **Objection Deadline: N/A** |

**AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENT WITH RESPECT TO THE OMNIBUS REPLY OF THE AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS TO OBJECTIONS TO THE MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING**

The ad hoc committee of certain unaffiliated holders of first lien senior secured claims against the TCEH Debtors[2] (the "Ad Hoc Committee of TCEH First Lien Creditors")[3], by

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the proposed *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay*, a copy of which was filed by the TCEH Debtors on May 22, 2014 [D.I. 597] (the "Final Cash Collateral Order") or the Reply (as defined below), as applicable.

[3] The composition of the Ad Hoc Committee of TCEH First Lien Creditors is set forth in the *Amended Verified Statement of the Ad Hoc Committee of TCEH First Lien Creditors Pursuant to Bankruptcy Rule 2019* [D.I. 607].

01:15534826.1

and through its undersigned counsel, hereby moves this Court (the "Motion") for entry of an order, pursuant to Rule 7007-2(a)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Ad Hoc Committee of TCEH First Lien Creditors to exceed the page limit requirement for the *Omnibus Reply of the Ad Hoc Committee of First Lien Creditors to Objections to the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* (the "Reply") filed in support of the TCEH Debtors' motion seeking entry of the Final Cash Collateral Order [D.I. 71] (the "Cash Collateral Motion"). The Reply addresses arguments raised in the Committee Objection [D.I. 641], the Unsecured Trustee Objection [D.I. 648], the Ad Hoc Noteholder Group Objection [D.I. 678], and the Aurelius Objection [D.I. 632] (collectively, the "Objections"). In support of this Motion, the Ad Hoc Committee of TCEH First Lien Creditors respectfully states as follows:

1. On April 29, 2014, the TCEH Debtors filed the Cash Collateral Motion, and on May 2, 2014, the Court entered an interim order with respect thereto [D.I. 324] (the "Interim Cash Collateral Order"). Pursuant to the Interim Cash Collateral Order, objections to entry of the Final Cash Collateral Order were due on May 29, 2014 at 4:00 p.m. (ET), and a hearing is scheduled to go forward with respect to the Final Cash Collateral Order on June 5, 2014 at 9:30 a.m. (ET).

2. Local Rule 7007-2(a)(iv), made applicable to the Reply by the General Chambers Procedures, provides that all opening and answering briefs shall not exceed forty (40) pages in length, and that no reply shall exceed twenty (20) pages. Del. Bankr. L. R. 7007-

2(a)(vi); General Chambers Procedures at 2, ¶ 2(a)(vi).  Notwithstanding the foregoing, a brief, such as the Reply, may exceed the applicable page limit with leave from the Court.  *Id.*

3. In this instance, the Reply exceeds the prescribed page limit because it addresses arguments raised in all four Objections, many of which require thorough legal analysis and further clarification of the facts before the Court.  Because the Reply is an omnibus reply to four separate pleadings, the Ad Hoc Committee of TCEH First Lien Creditors respectfully submits that ample cause exists for the relief requested herein.  Given the scope—and sheer number—of the arguments raised in the four Objections by the objecting parties, the Ad Hoc Committee of First Lien Creditors  seeks entry of an order approving the relief requested herein so that it has an opportunity to meaningfully respond to each purported basis for objection that is put forth in the Objections.  The Ad Hoc Committee of TCEH First Lien Creditors has made every effort to make the Reply as succinct as possible under the circumstances, but submits that leave to exceed the page limitations set forth in Local Rule 7007-2(a)(iv) will allow the Court, and all interested parties, to analyze the Final Cash Collateral Order in the proper legal and factual context.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, for the foregoing reasons, Ad Hoc Committee of TCEH First Lien Creditors respectfully requests that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the Ad Hoc Committee of TCEH First Lien Creditors permission to file the Reply in excess of the page limitations imposed by Local Rule 7007-2(a)(iv) and the General Chambers Procedures.

Dated: June 2, 2014
      Wilmington, Delaware

*/s/ Pauline K. Morgan*
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Pauline K. Morgan (Bar No. 3650)
Ryan M. Bartley (Bar No. 4985)
Andrew Magaziner (Bar No. 5426)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Alan W. Kornberg (admitted *pro hac vice*)
Kelley A. Cornish (admitted *pro hac vice*)
Brian S. Hermann (admitted *pro hac vice*)
Jacob A. Adlerstein (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Ad Hoc Committee of TCEH First Lien Creditors*