# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>　　　　　　Debtors. | ) <br>) Chapter 11 <br>) <br>) Case No. 14-10979 (CSS) <br>) <br>) <br>) (Jointly Administered) <br>) <br>) **Docket Ref. No. ___** <br>) <br>) |

**ORDER GRANTING AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS'
MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENT WITH RESPECT
TO THE OMNIBUS REPLY OF THE AD HOC COMMITTEE OF TCEH FIRST
LIEN CREDITORS TO OBJECTIONS TO THE MOTION OF TEXAS COMPETITIVE
ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS
DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL
ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL,
(B) GRANTING ADEQUATE PROTECTION, (C) MODIFYING
THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING**

Upon consideration of the *Ad Hoc Committee of TCEH First Lien Creditors' Motion for Leave to Exceed Page Limit Requirement with Respect to the Omnibus Reply of the Ad Hoc Committee of TCEH First Lien Creditors to Objections to the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

"Motion");[2] and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interest of the TCEH Debtors, their estates and creditors; and it appearing that due and adequate notice of the Motion has been given, and that no other or further notice need be given; and the Court having determined that Ad Hoc Committee of TCEH First Lien Creditors has demonstrated sufficient justification for approval of the Motion; and after due deliberation, and sufficient cause appearing therefor, it is hereby

       **ORDERED** that the Motion is GRANTED; and it is further

       **ORDERED** that the Ad Hoc Committee of TCEH First Lien Creditors is authorized to file the Reply in excess of the twenty-page limitation prescribed by Local Rule 7007-2(a)(iv) and the General Chambers Procedures.


Dated: Wilmington, Delaware
       June ___, 2014

---

                                          Christopher S. Sontchi
                                          United States Bankruptcy Judge

---

[2] All capitalized terms used, but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.