Jason R. Searcy
SBN 17953500
Joshua P. Searcy
SBN 24053468
Callan Clark Searcy
SBN 24075523
SEARCY & SEARCY, P.C.
P. O. Box 3929
Longview, Texas 75606
Tel. 903/757-3399
Fax. 903/757-9559

Counsel for D. Courtney Construction, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., et al[1] | § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## REQUEST FOR SERVICE OF NOTICES

**TO ALL INTERESTED PARTIES:**

**COMES NOW, D. COURTNEY CONSTRUCTION, INC.** and files this its Request for Service of Notices as a pre-petition creditor in the above-referenced matter, and pursuant to Bankruptcy Rules 2002 and 3017 respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served at:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

L:\Files\Cases\D. Courtney Construction, Inc\Energy Future Holdings and Luminant - 2 Delaware Bankr cases\Energy Future Holdings - DEB Ch 11 JNT ADMIN # 14-10979-CSS filed 04-29-14\Pleadings\Request for Notices - Courtney.wpd

Page 1 of 10

D. Courtney Construction, Inc.
c/o Searcy & Searcy, P.C.
P. O. Box 3929
Longview, Texas 75606
Tel: 903-757-3399
Fax: 903-757-9559
Email: jrspc@jrsearcylaw.com

Please take further notice that, pursuant to 11 U.S.C. §1109(b), the foregoing request

includes notices and papers referred to in the Bankruptcy Rules and additionally includes,

without limitation, notices of any application, complaint, demand, hearing, motion, pleading or

request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Further, Sierra Frac Sands, LLC, requests that it be provided with a copy of all schedules,

statements of financial affairs, any plan and disclosure statement, Motion for Confirmation, or

Motion for Discharge filed herein.

DATED June 02, 2014.

<div style="margin-left:40%">

Respectfully submitted,

*SEARCY & SEARCY, P.C.*

/S/ Joshua P. Searcy
JASON R. SEARCY
State Bar No. 17953500
Email: jsearcy@jrsearcylaw.com
JOSHUA P. SEARCY
State Bar No. 24053468
Email: joshsearcy@jrsearcylaw.com
CALLAN CLARK SEARCY
State Bar No. 24075523
Email: ccsearcy@jrsearcylaw.com
P. O. Box 3929
Longview, TX  75606
903/757-3399 PHONE
903/757-9559 FAX

ATTORNEYS FOR D. COURTNEY
CONSTRUCTION, INC.

</div>

## <u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that the foregoing document shall be served via electronic means, if available, otherwise by regular, first class U.S. mail, postage prepaid, to the interested parties named below and to all the interested persons listed on the attached service list on or before June 03, 2014.

                                   /S/ Joshua P. Searcy
                                   JOSHUA P. SEARCY

***<u>Debtors</u>*:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, TX 75201
DALLAS-TX
Tax ID / EIN: 46-2488810
*aka* TXU Corp.
*aka* TXU Corp
*aka* Texas Utilities

<u>*Attorneys for Debtors:*</u>
Richard M. Cieri
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
212 446 4800
fax 212 446 4900
Email: richard.cieri@kirkland.com

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302 651 7700
302 651 7531
fax 302 651 7701
Email: collins@RLF.com or collins@rlf.com

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
302 651 7700
fax 302 651 7701

Email: defranceschi@rlf.com

David R. Dempsey
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
202.879.5000
fax 202.879.5200
Email: david.dempsey@kirkland.com

Stephen E. Hessler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212 446 4800
fax 212 446 4900
Email: stephen.hessler@kirkland.com

Chad J. Husnick
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654
312 862 2000
fax 312 862 2200
Email: chusnick@kirkland.com

Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302 651 7595
fax 302 651 7701
Email: madron@rlf.com

Andrew McGaan
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312 862 2000
fax 312.862.2200
Email: andrew.mcgaan@kirkland.com

Mark E. McKane, Esq.
Kirkland & Ellis LLP
555 California Street

L:\Files\Cases\D. Courtney Construction, Inc\Energy Future Holdings and Luminant - 2 Delaware Bankr
cases\Energy Future Holdings - DEB Ch 11 JNT ADMIN # 14-10979-CSS filed 04-29-14\Pleadings\Request for
Notices - Courtney.wpd                                                                    Page 4 of 10

San Francisco, CA 94104
(415) 439-1400
fax (415) 439-1500
Email: mark.mckane@kirkland.com

Bridget K. O'Connor
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
202.879.5000
fax 202.879.5200
Email: bridget.oconnor@kirkland.com

William T. Pruitt
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312.862.2000
fax 312.862.2200
Email: william.pruitt@kirkland.com

William A. Romanowicz
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, XX 19801
302.651.7700
fax 302.651.7710
Email: Romanowicz@rlf.com

Edward O. Sassower
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212.446.4800
fax 212 446.4900
Email: esassower@kirkland.com

Brian Schartz
c/o Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212.446.5932
fax 212-446-4900
Email: bschartz@kirkland.com

Tyler D. Semmelman
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
302.651.7523
fax 302.498.7523
Email: semmelman@rlf.com

Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312.862.2000
fax 312.862.2200
Email: steven.serajeddini@kirkland.com

James H.M. Sprayregen
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212 446 4800
fax 212 446 4900
Email: james.sprayregen@kirkland.com

---

*U.S. Trustee:*
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302 573 6491

---

*U.S. Trustee's attorneys:*
Richard L. Schepacarter
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
usa
302 573 6491
fax 302 573 6497
Email: richard.schepacarter@usdoj.gov

Andrea B. Schwartz

---

US Dept. Of Justice Office
201 Varick Street
Rm. 1006
New York, NY

_Claims Agent:_
Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
757 Third Ave.
Third Floor
New York, NY 10017
646 282 2500

_Creditor Committee:_ / _Official Committee of Unsecured Creditors:_
Attorneys for Official Committee of Unsecured Creditors:

1.
Justin K. Edelson
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
(302) 252 0920
fax (302) 252 0921
Email: jedelson@polsinelli.com

2.
Edward M. Fox
Polsinelli Shughart PC
805 Third Avenue
Suite 2020
New York, NY 10022
646 289 6516
fax 212 684 0197
Email: efox@polsinelli.com

3.
Todd M. Goren
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212 468 8000
fax 212 468 7900
Email: tgoren@mofo.com

4.
Daniel J. Harris
Morris & Foerster LLP
250 West 55th Street
New York, NY 10019
212 468 8000
fax 212 468 7900
Email: dharris@mofo.com

5.
William M. Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212 336 4063
Email: Whildbold@mofo.com

6.
Shanti M. Katona
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
302 252 0924
fax 302 252 0921
Email: skatona@polsinelli.com

7.
Charles L. Kerr
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212.468.8000
Email: ckerr@mofo.com

8.
Jennifer Marines
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212 336 4491
Email: JMarines@mofo.com

9.
Lorenzo Marinuzzi
Morrison & Foerster LLP

250 West 55th Street
New York, NY 10019
fax 212 468 7900
Email: lmarinuzzi@mofo.com

10.
Brett H. Miller
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
fax 212 468 7900
Email: bmiller@mofo.com

11.
James Michael Peck
Schulte Roth & Zabel LLP
250 West 55th Street
New York, NY 10019
fax 212 568 7900
Email: jpeck@mofo.com

12.
Anthony Princi
Morrison & Forester LLP
250 West 55th Street
New York, NY 10019
212 468 8000
fax 212 468 7900
Email: aprinci@mofo.com

13.
Erica J. Richards
Morrison Foerster LLP
250 West 55th Street
New York, NY 10019
212 468 8000
fax 212 468 7900
Email: erichards@mofo.com

14.
Christopher A. Ward
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
302 252 0920
fax 302 252 0921

L:\Files\Cases\D. Courtney Construction, Inc\Energy Future Holdings and Luminant - 2 Delaware Bankr
cases\Energy Future Holdings - DEB Ch 11 JNT ADMIN # 14-10979-CSS filed 04-29-14\Pleadings\Request for
Notices - Courtney.wpd                                                                Page 9 of 10

Email: cward@polsinelli.com

Label Matrix for local noticing
0311-1
Case 14-10979-CSS
District of Delaware
Delaware
Mon Jun  2 16:31:34 EDT 2014

American Stock Transfer & Trust Company LLC
c/o Lee Harrington
Nixon Peabody LLP
100 Summer St
Boston, MA 02110-1969

Angelina County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

BNSF Railway Company
Attn: Jason Spencer
3001 Lou Menk Drive
Fort Worth, TX 76131-2800

Brake Supply Company, Inc.
The Hogan Firm
1311 Delaware Avenue
Wilmington, De 19806-4717

Chicago Bridge & Iron Company N.V.
4171 Essen Lane
Baton Rouge, LA 70809-2157

City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102-6311

DEVON ENERGY CORPORATION
c/o Crowe & Dunlevy, P.C.
20 North Broadway
Suite 1800
Oklahoma City, OK 73102-9213

Dallas County
Linebarger Goggan Blair & Sampson,LLP
c/o Elizabeth Weller
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

EMC Corporation
%Receivable Management Services
Attn: Ronald Rowland, Esq.
307 International Circle Suite 270
Hunt Valley, MD 21030-1322

Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, TX 75201-3483

Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
757 Third Ave
Third Floor
New York, NY 10017-2013

FLSmidth Inc.
2040 Avenue C
Bethlehem, PA 18017-2118

Fort Bend County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Harris & Dickey, LLC
4127 Wycliff Ave
Dallas, TX 75219-3005

Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Kinder Morgan Tejas Pipeline LLC
Law Ofc Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868-6981

Kinder Morgan Texas Pipeline LLC
Law Ofc Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868-6981

Liquidity Solutions, Inc.
One University Plaza
Suite 312
Hackensack, NJ 07601-6205

Lower Colorado River Authority
Legal Services
P. O. Box 220
Austin, TX 78767-0220

Lower Colorado River Authority Transmission
Legal Services
P. O. Box 220
Austin, TX 78767-0220

Oracle America, Inc.
Buchalter Nemer PC
c/o Shawn M. Christianson
55 2nd St., 17th Floor
San Francisco, Ca 94105-3493

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026

Pinnacle Technical Resources, Inc.
5501 Lyndon B Johnson Fwy, Ste 600
Dallas, TX 75240-6343

Property Tax Partners
2525 Ridgmar Blvd.
Ste. 150
Fort Worth, TX 76116-4513

Public Utility Commission of Texas
Attorney General of Texas
P.O. Box 12548
MC008
Austin, TX 78711-2548

ROMCO Equipment Co.
Gardere Wynne Sewell LLP
Attn: John Melko
1000 Louisiana, Ste. 3400
Houston, TX 77002-5011

Railroad Commission of Texas
c/o Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548, MC-008
Austin, TX 78711-2548

Ranger Excavating LP
c/o Stephen Sakonchick, II
6502 Canon Wren Drive
Austin, TX 78746-3800

Red Ball Oxygen Company
c/o Jonathan L. Howell
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, TX 75219-4258

SAP Industries, Inc.
c/o Brown & Connery, LLP
Attn: Donald K. Ludman, Esquire
6 N. Broad Street
Suite 100
Woodbury, NJ 08096-4635

Siemens Power Generation Inc.
c/o Sundeep S. Sidhu, Esq.
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801-4904

Somervell County et al
c/o Elizabeth Banda Calvo
Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

Targa Gas Marketing LLC
Law Ofc Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868-6981

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2777 N. Stemmons Frwy
Suite 1000
Dallas, Tx 75207-2328

Texas Ad Valorem Taxing Jurisdictions
c/o Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

Texas Commission on Environmental Quality
c/o Office of the Texas Attorney General
P. O. Box 12548    MC-008
Austin, TX 78711-2548

The Richards Group, Inc.
c/o The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806-4717

Union Pacific Railroad Company
Attn: Jennie L. Anderson
1400 Douglas Street
STOP 1580
Omaha, NE 68179-0002

United States (on behalf of NRC)
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

United States of America
U.S. Dep't of Justice, Civil Divisi
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Westinghouse Electric Company LLC
1000Westinghouse Drive
Cranberry Township, PA 16066-5228

U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

ABB Inc.
c/o George Sanderson III
Ellis & Winters LLP
Post Office Box 33550
Raleigh, North Carolina 27636-3550

ABB, Inc.
c/o Lauren Golden
Ellis & Winters LLP
Post Office Box 33550
Raleigh, North Carolina 27636-3550

Allen Shrode
c/o Streusand Landon & Ozburn, LLP
811 Barton Springs Rd., Ste. 811
Austin, Texas 78704-1166

BNSF Railway Company
Attn: Jason Spencer
3001 Lou Menk Drive
Forth Worth, TX 76131-2800

Con-Way Freight
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094-5126

EMC Corporation
c/o Receivable Management Services
Attn: Ronald L. Rowland, Agent
307 International Circle, Ste.270
Hunt Valley, MD 21030-1322

Falls County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Franklin ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Invensys Systems, Inc.
Jennifer V. Doran, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1776

Lee County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Limestone County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

McLennan County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Mechanical Dynamics & Analysis, Ltd.
19 British American Blvd.
Latham, NY 12110

Nueces County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Ranger Excavating LP
c/o Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, Texas 78746-3800

Ranger Excavating LP
c/o Stephen Sakonchick, II
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, Texas 78746-3800

Robertson County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Round Rock ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Union Pacific Railroad Company
Attn: Jennie L. Anderson
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179-0002

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801-3519


Walnut Springs ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

William E. Kelleher, Jr.
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Allen Shrode
c/o Streusand Landon & Ozburn, LLP
811 Barton Springs Road
Suite 811
Austin, TX 78704-1166


Andrew McGaan
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654-5412

Brian Schartz
c/o Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4643

Bridget K. O'Connor
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793


Chad J. Husnick
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654-5412

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899-0551

David R. Dempsey
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793


Edward O. Sassower
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4643

James H.M. Sprayregen
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4643

Jason M. Madron
Richards, Layton  & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551


Jason M. Madron
Richards, Layton & Finger, LLP
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801-3300

Mark E. McKane Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104-1603


Mary Ann KIlgore
Union Pacific Railroad Company
1400 Douglas Street
STOP 1580
Omaha, NB  68179-0002

Richard M. Cieri
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4643

Stephen E. Hessler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4643


Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654-5412

Tyler D. Semmelman
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801-3301

William A. Romanowicz
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, XX  19801-3300


William T. Pruitt
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654-5412


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AEP Texas Central Company d/b/a American E

(u)Ad Hoc Committee of EFIH Unsecured Notehol

(u)Ad Hoc Committee of TCEH First Lien Credit

(u)Ad Hoc Group of TCEH Unsecured Noteholders

(u)Airgas USA, LLC

(u)Alcoa Inc.

(u)Apollo Global Management, LLC

(u)ArcelorMittal USA LLC

(u)Atmos Energy Corporation

(u)Aurelius Capital Management, LP

(u)Borealis Infrastructure Management Inc.

(u)CATERPILLAR FINANCIAL SERVICES CORP.

(u)CITIBANK, N.A.

(u)CSC Trust Company of Delaware, Proposed Su

(u)CSC Trust Company of Delaware, as successo

(u)CenterPoint Energy Houston Electric, LLC

(u)CenterPoint Energy Resources Corp.

(u)Central Texas Security & Fire Equipment, I

(u)Certain funds and accounts advised or sub-

(u)Computershare Trust Company, N.A., and Com

(u)Deutsche Bank AG New York Branch

(u)EFIH 2nd Lien Notes Indenture Trustee

(u)EFIH Second Lien DIP Commitment Parties

(u)Electric Reliability Council of Texas, Inc

(u)FLSMIDTH USA INC

(u)Falls County

(u)First Union Rail Corporation

(u)Franklin ISD

(u)Galena Park Independent School District

(u)Goldman Sachs & Co. and certain affiliates

| | | |
|---|---|---|
| (u)HOLT Texas, Ltd. d/b/a Holt Cat | (u)Headwaters Resources, Inc. | (u)Indenture Trustee and the EFIH 2nd Lien Ob |
| (u)Interest Holders | (u)International Brotherhood of Electrical Wo | (u)Invensys Systems, Inc. |
| (u)J. Aron & Company | (u)Kohlberg Kravis Roberts & Co. L.P., TPG Ca | (u)Law Debenture Trust Company of New York, i |
| (u)Lee County | (u)Limestone County | (u)Marathon Asset Management, LP |
| (u)Mario Sinacola & Sons Excavating, Inc. | (u)McLennan County | (u)Michelin North America Inc. |
| (u)NOVA Chemicals Inc. | (u)Neighbors for Neighbors, Inc. | (u)Northeast Texas Municipal Water District |
| (u)Nueces County | (u)Pacific Investment Management Co. LLC | (u)Parcels, Inc. |
| (u)Pete Tinkham, Mike McCall, Jarrell Gibbs, | (u)Robertson County | (u)Round Rock ISD |
| (u)Sitel, LLC | (u)Steering Committee of Cities Served by Onc | (u)TXU 2007-1 Railcar Leasing LLC |
| (u)Tarrant Regional Water District | (u)Tex-La Electric Cooperative of Texas, Inc. | (u)Texas Comptroller of Public Accounts |

(u)Texas Energy Future Capital Holdings LLC,

(u)Texas Office of Public Utility Counsel

(u)The Bank of New York Mellon Trust Company,

(u)The Bank of New York Mellon, as Indenture

(u)The Bank of New York Mellon, solely in its

(u)The Official Committee of Unsecured Credit

(u)Thermo Fisher Scientific Inc.

(u)UMB Bank, N.A.

(u)UNITED STATES OF AMERICA

(u)URS Energy & Construction, Inc.

(u)Valero Texas Power Marketing, Inc.

(u)Walnut Springs ISD

(u)Wilmington Savings Fund Society, FSB, in i

(u)Wilmington Trust, N.A.

(d)Liquidity Solutions, Inc.
One University Plaza
Suite 312
Hackensack, NJ 07601-6205

(u)sakon@flash.net and ssakon@gmail.c

(d)Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

End of Label Matrix
Mailable recipients    84
Bypassed recipients    77
Total                 161