# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Energy Future Holdings, Inc**., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, hereby certify that on June 2, 2014, I caused to be served a copy of the United States Trustee's Objection to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees under the Commitment Letter, and (F) Modifying the Automatic Stay (D. I. 477), *via* email, fax and/or regular mail upon the parties listed below.

| | |
|---|---|
| (Counsel to the Debtors)<br>Richard M. Cieri, Esquire<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler, Esquire<br>Brian E. Schartz, Esquire<br>Chad J. Husnick, Esquire<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>rcieri@kirkland.com<br>esassower@kirkland.com<br>shessler@kirkland.com<br>bschartz@kirkland.com<br><br>Daniel J. DeFranceschi<br>Mark A. Collins<br>Jason M. Madron<br>Richards, Layton & Finger | One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>defranceschi@rlf.com<br>madron@rlf.com<br>collins@rlf.com<br><br>(Counsel for ROMCO Equipment Co.)<br>John P. Melko, Esquire<br>Gardere Wynne Sewell, LLP<br>Wells Fargo Plaza, Suite 3400<br>1000 Louisiana<br>Houston, TX 77002<br>jmelko@gardere.com<br><br>(Counsel for Pinnacle Technical Resources, Inc.)<br>Benjamin L. Stewart<br>Bailey Brauer PLLC<br>Campbell Centre I |

8350 N. Central Expy, Suite 935
Dallas, TX 75206
bstewart@baileybrauer.com

(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801
Ellen.slights@usdoj.gov

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave.
PO Box 1150
Wilmington, DE 19899
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com

(Counsel for Electric Reliability Council of Texas, Inc.)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P0 Box 1266
Wilmington, DE 19899
mminuti@saul.com

(Counsel for Marathon Asset Management, LP; Alcoa Inc.)
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

(Counsel for Deutsche Bank AG New York Branch)
Laurie Selber Silverstein, Esquire
Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor

P0 Box 951
Wilmington, DE 19801
lsilverstein@potteranderson.com
jryan@potteranderson.com

(Counsel for Steering Committee of Cities Served by Oncor)
Marc J. Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
mphillips@mgmlaw.com

(Counsel for Pacific Investment Management Co., LLC)
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
kbifferato@connollygallagher.com
kconlan@connollygallagher.com

(Counsel for CenterPoint Energy Houston Electric, L.L.C.; CenterPoint Energy Resources Corp.)
Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
skortanek@wcsr.com
mdesgrosseilliers@wcsr.com

(Co-Counsel to the Ad Hoc Committee of TCEH First Lien Creditors)
Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
pmorgan@ycst.com

jwaite@ycst.com
rbartley@ycst.com
amagaziner@ycst.com

(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership)
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801
dabbot@mnat.com
aremming@mnat.com
efay@mnat.com

(Counsel for Fidelity Management &
Research Company)
Michael J. Joyce, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P0 Box 1380
Wilmington, DE 19899
mjoyce@crosslaw.com

(Counsel for Borealis Infrastructure
Management Inc.)
Mark S. Chehi, Esquire
Kristhy M. Peguero, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P0 Box 636
Wilmington, DE 19899
mark.chehi@skadden.com
kristhy.peguero@skadden.com

(Counsel for Citibank, N.A.)
Howard A. Cohen, Esquire
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
howard.cohen@dbr.com
Robert.malone@dbr.com

(Counsel for Aurelius Capital Management,
LP)
Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10 th Floor
Wilmington, DE 19801
mbusenkell@gsbblaw.com

(Counsel for Airgas USA, LLC; Valero
Texas Power Marketing, Inc.; Caterpillar
Financial Services Corp)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
P0 Box 410
Wilmington, DE 19899
kmiller@skjlaw.com

(Counsel for Indenture Trustee (Law
Debenture)
Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
smiller@morrisjames.com

(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes)
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801
jschlerf@foxrothschild.com
jstrock@foxrothschild.com

(Counsel for J. Aron & Company)
Mark E. Felger, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
mfelger@cozen.com

(Counsel for TXU 2007-1 Railcar Leasing

LLC; Atmos Energy Corp)
Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801
dastin@ciardilaw.com
jmcmahon@ciardilaw.com

(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
Scott D. Cousins, Esquire
Mark D. Olivere, Esquire
Ann M. Kashishian, Esquire
Cousins Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE
cousins@ccbllp.com

(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Debaecke@BlankRome.com
Tarr@blankrome.com

(Counsel for Holt Cat)
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
mdesgrosseilliers@wcsr.com

(Counsel for Airgas USA, LLC and
Caterpillar Financial Services Corp)
Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 150C
Wilmington, DE 19801
kathleen.murphy@bipc.com

(Counsel for The Bank of New York
Mellon)
Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
120ljN. Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
klawson@reedsmith.com

(Counsel for The Richards Group, Inc.)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
Fax: 302-656-7599

(Counsel for Thermo Fisher Scientific Inc.)
Kevin M. Capuzzi, Esquire
Pinckney, Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite *950*
Wilmington, DE 19801
kcapuzzi@pwujlaw.com

(Counsel for the Official Committee of
Unsecured Creditors)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com

(Counsel for Red Ball Oxygen Company)
Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801
dastin@ciardilaw.com
jmcmahon@ciardilaw.com

(Counsel for URS Energy & Construction,
Inc.)

James E. Huggett, Esquire
Amy D. Brown, Esquire
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
jhuggett@margolisedelstein.com
abrown@margolisedelstein.com

(Counsel for EFIH 2 d Lien Notes Indenture Trustee)
Kramer Levin Naftalis & Frankel, LLP
Thomas Moers Mayer, Esquire
Philip Bentley, Esquire
Joshua K. Brody, Esquire
1177 Avenue of the Americas
New York, New York 10036
Email: tmayer@kramerlevin.com
Email: pbentley@kramerlevin.com
Email: jbrody@kramerlevin.com

(Counsel for EFIH 2nd Lien Notes Indenture Trustee)
Stephanie Wickouski, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
stephanie.wickouski@bryancave.com

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903
corp@delaware.gov

Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
India.Street@state.de.us

Andrew M. Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281-1022
newyork@sec.gov

Michael A. Berman, Esquire
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554
Fax: 202-418-2822

(Counsel for Wilmington Savings Fund Society)
Hugh M. McDonald, Esquire
Louis A. Curcio, Esquire
Oscar N. Pinkas, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
hugh.mcdonald@dentons.com
louis.curcio@dentons.com
oscar.pinkas@dentons.com

(Counsel for Wilmington Savings Fund Society)
Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
eweisfelner@brownrudnick.com

(Counsel for Wilmington Savings Fund Society)
Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
jjonas@brownrudnick.com
astrehle@brownricnick.com
jcoffey@brownrudnick.com

(Counsel for Wilmington Savings Fund Society)
Howard L. Siegel, Esquire
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
hsiegel@brownrudnick.com

(Counsel for Comptroller of Public Accounts of State of Texas)
Rachel Obaldo, Esquire, AAG
John Mark Stern, Esquire, AAG
Greg Abbott, Esquire
Office of the Texas Attorney General
Bankruptcy & Collections Division
P0 Box 12548
Austin, TX 78711-2548
greg.abbott@texasattorneygeneral.gov

(Counsel for Texas Office of Public Utility Counsel)
Jason A. Starks, Esquire
Greg Abbott, Esquire
Daniel T. Hodge, Esquire
John B. Scott, Esquire
Ronald R. Del Vento, Esquire
Bankruptcy & Collections Division
P0 Box 12548
Austin, TX 78711
greg.abbott@texasattorneygeneral.gov

(Counsel for Public Utility Commission of Texas; Texas Commission on Environmental Quality; Railroad Commission of Texas)
Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548
hal.morris@texasattorneygeneral.gov
ashley.bartram@texasattorneygeneral.gov

(Counsel for Electric Reliability Council of Texas, Inc.)
Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX 78701-4071
rmunsch@munsch.com

(Counsel for Electric Reliability Council of Texas, Inc.)
Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
klippman@munsch.com

(Counsel for Somervell County et al.)
Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P0 Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

(Counsel for Galena Park Independent School District)
Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, TX 77008
osonik@pbfcm.com

(Counsel for Marathon Asset Management, LP)
Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Don LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Philip.anker@wilmerhale.com
George.shuster@wilmerhale.com

(Counsel for Marathon Asset Management, LP)
Benjamin W. Loveland, Esquire

Wilmer Cutler Pickering Hale and Don LLP
60 State Street
Boston, MA 02109
benjamin.loveland@wilmerhale.com

(Counsel for Deutsche Bank AG New York Branch)
Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
fsosnick@shearman.com
nschodek@shearman.com

(Counsel for Steering Committee of Cities Served by Oncor)
Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
michael.mcconnell@kellyhart.com
clay.taylor@kellyhart.com
katherine.thomas@kellyhart.com

(Counsel for Steering Committee of Cities Served by Oncor)
Geoffrey Gay, Esquire
Lloyd Gosselink Rochelle & Townsend, P.C.
816 Congress Avenue, Suite 1900
Austin, TX 78701
ggay@lglawfirm.com

(Counsel for UMB Bank, N.A.)
Harold L. Kaplan, Esq.
Mark F. Hebbeln, Esqq.
Lars A. Peterson, Esq.
Foley & Lardner LLP
321 North Clark St., Ste. 2800
Chicago IL 60654
mhebbeln@foley.com
hkeplan@foley.com
lpeterson@foley.com

(Counsel for Alcoa Inc.)
Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036
pgoodman@mckoolsmith.com
mcarney@mckoolsmith.com

(Counsel for Alcoa Inc.)
Paul D. Moak, Esquire
McKool Smith
600 Travis Street, Suite 7000
Houston, TX 77002
pmoak@mckoolsmith.com

(Counsel for Pacific Investment Management Co., LLC)
Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
jeffrey.sabin@bingham.com

(Counsel for Pacific Investment Management Co., LLC)
Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726
julia.frost-davies@bingham.com
christopher.carter@bingham.com

(Pension Benefit Guaranty Corporation)
Desiree M. Amador, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026
amador.desiree@pbgc.gov

(Counsel to Sitel, LLC)
Edward M. King, Esquire
Frost Brown Todd LLC

400 W. Market Street, 32nd Floor
Louisville, KY 40202
tking@fbtlaw.com

(Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
James Prince, Esquire
Omar J. Alaniz, Esquire
Ian E. Roberts, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201
jim.prince@bakerbotts.com
omar.alaniz@bakerbotts.com
ian.roberts@bakerbotts.com

(Counsel for Borealis Infrastructure
Management Inc.)
Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
jay.goffman@skadden.com

(Counsel for Borealis Infrastructure
Management Inc.)
George N. Panagakis, Esquire
Carl T. Tuilson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606
george.panagakis@skadden.com
carl.tuilson@skadden.com

(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
akornberg@paulweiss.com

kcornish@paulweiss.com
bhermann@paulweiss.com
jadlerstein@paulweiss.com

(Counsel for Texas Ad Valorem Taxing
Jurisdictions)
Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P0 Box 1269
Round Rock, TX 78680
lgordon@mvbalaw.com

(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership; certain other
direct or indirect holders of equity interests
in Energy Future Holdings Corp)
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52 Street
New York, NY 10019
rgmason@wlrk.com
eakleinhaus@wlrk.com
atwitt@wlrk.com

(Counsel for Headwaters Resource s, Inc.)
David E. Leta, Esquire
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
dleta@swlaw.com

(Counsel for Harris County; Angelina
County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P0 Box 3064
Houston, TX 77253
Fax: 713-844-3501

(Counsel for Harris County)
Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
efleck@milbank.com
ddunne@milbank.com
kgartenberg@milbank.com

(Counsel for certain funds/accounts advised or sub-advised by Fidelity Management & Research Company
Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Schriver & Jacobson LLP
One New York Plaza
New York, NY 10004
brad.scheler@friedfrank.com
gary.kaplan@friedfrank.com
matthew.roose@friedfrank.com

(Counsel for Aurelius Capital Management, LP)
William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
wweintraub@goodwinproctor.com
kjarashow@goodwinproctor.com

(Counsel for American Stock Transfer & Trust Co., LLC, as successor trustee to The Bank of New York Mellon Trust Co., N.A)
Richard C. Pedone, Esquire
Amanda D. Darwin, Esquire
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
rpedone@nixonpeabody.com
adarwin@nixonpeabody.com
lharrington@nixonpeabody.com

(Counsel for GS Cases)

Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell LLP
*450* Lexington Avenue
New York, NY 10017
marshall.huebner@davispolk.com
ben.kaminetzky@davispolk.com
elliot.moskowitz@davispolk.com
damon.meyer@davispolk.com

(Counsel for Airgas USA, LLC)
Jonathan Hook, Esquire
Haynes and Boone LLP
30 Rockefeller Center, 26th Floor
New York, NY 10112
jonathan.hook@haynesboone.com

(Counsel for Airgas USA, LLC)
Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX 77010
patrick.hughes@haynesboone.com

(Counsel for First Union Rail Corporation)
Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
mschein@vedderprice.com

(Counsel for Indenture Trustee (Law Debenture)
Daniel A. Lowenthal, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
dalowenthal@pbwt.com
cwdent@pbwt.com

(Counsel for TXU 2007-1 Railcar Leasing LLC)
John A. Harris, Esquire

Jason D. Curry, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
john.harris@quarles.com
jason.curry@quarles.com

(Counsel for Atmos Energy Corporation)
Stephen C. Stapleton, Esquire
Cowles & Thompson
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 75202
sstapleton@cowlesthompson.com

(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes))
J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
cshore@whitecase.com
gstarner@whitecase.com

(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes))
Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com

(Counsel for J. Aron & Company)
Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
tmoloney@cgsh.com

soneal@cgsh.com
hkhalid@cgsh.com

(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
idizengoff@akingump.com
aqureshi@akingump.com
sbaldini@akingump.com

(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
salberino@akingump.com
jnewdeck@akingump.com

(Counsel for Law Debenture Trust
Company of New York
Daniel A. Lowenthal, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
dalowenthal@pbwt.com

(Counsel for Tex-La Electric Cooperative of
Texas, Inc.)
Jeffrey R. Fine, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201
jfine@dykema.com

(Counsel for Tex-La Electric Cooperative of
Texas, Inc.)
Christine C. Ryan, Esquire

Brickfield, Burchette, Rifts & Stone, P.C.
1025 Thomas Jefferson Street, N.W.
Washington, DC 20007
cryan@bbrslaw.com

(Counsel for Chicago Bridge & Iron Company N.V.)
David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
dneier@winston.com

(Counsel for SAP Industries, Inc.)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
dludman@brownconnery.com

(Counsel for Pension Benefit Guaranty Corporation)
Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005
Chatalian.jon@pbgc.com

(Counsel for Red Ball Oxygen Company)
Jonathan L. Howell, Esquire
McCathern, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219
jhowell@mccathernlaw.com

(Counsel for Ranger Excavating LP)
Stephen Sakonchick, II, Esquire
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, TX 78746

(Counsel for Wilmington Trust, N.A., in its capacity as Successor First Lien Admin. Agent and First Lien Collateral Agent)

John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
das@sewkis.com
alves@sewkis.com

(Counsel for Wilmington Trust, N.A., in its capacity as Successor First Lien Admin. Agent and First Lien Collateral Agent)
Jeffrey T. Rose, Esquire
Vice President
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

(Counsel for Wilmington Trust, N.A., in its capacity as Successor First Lien Admin. Agent and First Lien Collateral Agent)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18 Street
Philadelphia, PA 19103
schaedle@blankrome.com

(Counsel for Tarrant Regional Water District, Northeast Texas Municipal Water District)
Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
Pope, Hardwicke, Christie, Schell, Kelly & Ray, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, EX 76102
Fax: 817-877-4781

(Counsel for Holt Cat)
J. Scott Rose, Esquire
Jackson Walker, L.L.P.
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205

mblacker@jw.com
jrose@jw.com

(Counsel for Property Tax Partners)
Robert J. Myers, Esquire
Myers * Hill
2525 Ridgmar Blvd., Suite 150
Fort Worth, TX 76116
Fax: 817-731-2501

(Counsel for FLSMIDTH Inc. and FLSMIDTH USA, Inc)
Robert Szwajkos, Esquire
Curtin & Heefner LLP
250 Pennsylvania Avenue
Morrisville, PA 19067
rsz@curtainheefner.com

(Counsel for Mario Sinacola & Sons Excavating, Inc.)
Gregory M. Weinstein, Esquire
Weinstein Radcliff LLP
6688 N. Central Expressway, Suite *675*
Dallas, TX 75206

(Counsel for Oracle America, Inc. and Oracle Credit Corp)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
*55* Second Street, 17th Floor
San Francisco, CA 94105-3493
schristianson@buchalter.com

(Counsel for Targa Gas Marketing, LLC and Kinder Morgan Texas Pipeline, LLC/Kinder Morgan Tejas Pipeline, LLC)
Patricia Williams Prewitt
Law office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868
pwp@pattiprewittlaw.com

(Counsel for Michelin North America, Inc.)
Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough L.L.P.
1320 Main Street, 17th Floor
P0 Box 11070
Columbia, SC 29201
jody.bedenbaugh@nelsonmullins.com
george.cauthen@nelsonmullins.com

(Counsel for Lower Colorado River Authority Transmission Services Corporation)
William T. Medaille, Esquire
Lower Colorado River Authority
Legal Services
PO Box 220
Austin, TX 78767

(Counsel for Devon Energy Corporation)
Judy Hamilton Morse, Esquire
Crowe & Dunlevy, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102
judy.morse@crowedunlevy.com

(Counsel for Walnut Springs ISD; Franklin ISD; Robertson County; Lee County; McLennan County; Falls County; Round Rock ISD; Nueces County; Limestone County)
Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX 78760
Fax: 512-443-5114

(Counsel for The Richards Group, Inc.)
Jamie R. Welton, Esquire
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
jrw@lhlaw.com

(Counsel for Thermo Fisher Scientific Inc.)
Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

jblask@tuckerlaw.com
lshipkovitz@tuckerlaw.com

(Counsel for Young County, Graham ISD, Graham Hospital, District & North Central Texas College District)
Jeanmarie Baer, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
PO Box 8188
Wichita Falls, TX 76307
jbaer@pbfcm.com

(Counsel for City of Fort Worth)
Christopher B. Mosley, Esquire
Senior Assistant City Attorney
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102
Chris.Mosley@fortworthtexas.gov

(Counsel for the Official Committee of Unsecured Creditors)
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster
250 W. 55th Street
New York, NY 10019
jpeck@mofo.com
bmiller@mofo.com
lmarinuzzi@mofo.com

(Counsel for the Official Committee of Unsecured Creditors)
Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022
efox@polsinelli.com

(Counsel for Valero Texas Power Marketing, Inc)
Michael G. Smith
111 North 6th Street
P0 Box 846

Clinton, OK 73601
mike@mikesmithlaw.net

(Counsel for Brake Supply Company, Inc.)
Jacob L. Newton, Esquire
Stutzman, Bromberg, Esserman & Plifka,
2323 Bryan Street, Suite 2200
Dallas, TX 75201
neston@sbep-law.com

(Counsel for the United States)
Ari D. Kunofsky, Esquire
W. Bradley Russell, Esquire
Trial Attorneys, Tax Division
US Department of Justice
PO Box 227
Washington, DC 20044
ari.d.kunofsky@tax.usdoj.gov
william.b.russell@tax.usdoj.gov

(Agent to EMC Corporation)
Ronald L. Rowland, Agent
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030

(Counsel for Nova Chemicals
Thomas D. Maxson, Esquire
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
tmaxson@cohenlaw.com

Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esquire
Robert J. Feinstein, Esquire
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: ljones@pszjlaw.com
Email: rfeinstein@pszjlaw.com

/s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney