IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 472 |

**NOTICE OF FILING OF PROPOSED FORM OF
<u>ORDER APPROVING EFIH FIRST LIEN SETTLEMENT</u>**

PLEASE TAKE NOTICE that, on May 15, 2014, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the **Motion of Energy Future Holdings Corp. *et al.*, For Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment** [D.I. 472] (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>"). <u>You were previously served with a copy of the Motion</u>.

PLEASE TAKE FURTHER NOTICE that, pursuant to the notice filed with the Motion, a hearing with respect to the Motion (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 5, 2014 at 9:30 a.m. (Eastern Daylight Time)** (the "<u>Hearing</u>"). Objections to the Motion were due by no later than May 29, 2014 at 4:00 p.m. (Eastern Daylight Time).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10364579v.1

PLEASE TAKE FURTHER NOTICE that, on May 28, 2014, the Debtors filed the **Re-Notice of Motions and Hearing** [D.I. 626] adjourning the relief requested in the Motion *except* with respect to relief requested related to the First Lien Settlement (as such term is defined in the Motion) to the hearing scheduled to take place before the Bankruptcy Court on June 30, 2014 starting at 9:30 a.m. (Eastern Daylight Time).

PLEASE TAKE FURTHER NOTICE that the Debtors are hereby filing a proposed form of order in connection with the Motion as it relates to the First Lien Settlement (the "Proposed Order"). A copy of the Proposed Order is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Proposed Order to the Bankruptcy Court for entry at the Hearing. The Proposed Order is subject to ongoing negotiations among parties in interest, and to the extent that the Debtors make any further revisions to the Proposed Order prior to the Hearing, the Debtors intend to present a blacklined copy of such revised documents to the Bankruptcy Court at the Hearing.

Dated: June 2, 2014
       Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
        edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession