# CERTIFICATE OF SERVICE

I, Michael D. DeBaecke, hereby certify that on June 3, 2014, I caused a copy of the following document to be served on the parties listed below in the manner indicated.

**OMNIBUS RESPONSE OF WILMINGTON TRUST, N.A., IN ITS CAPACITY AS SUCCESSOR FIRST LIEN COLLATERAL AGENT, TO OBJECTIONS TO THE MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING**

　　　　　　　　　　　　　　　　　　　　/s/ Michael D. DeBaecke
　　　　　　　　　　　　　　　　　　　　Michael David DeBaecke (No. 3186)

| | |
|---|---|
| **Via First Class Mail & Email** <br> William P. Bowden <br> Gregory A. Taylor <br> ASHBY & GEDDES, P.A. <br> 500 Delaware Ave. <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> wbowden@ashby-geddes.com <br> gtaylor@ashby-geddes.com <br> *(Counsel To Wilmington Savings/WSFS)* | Jeffrey L. Jonas <br> Andrew P. Strehle <br> Jeremy B. Coffey <br> BROWN RUDNICK LLP <br> One Financial Center <br> Boston, MA 02111 <br> jjonas@brownrudnick.com <br> astrehle@brownrudnick.com <br> jcoffey@brownrudnick.com <br> *(Counsel To Wilmington Savings/WSFS)* |
| Edward S. Weisfelner <br> BROWN RUDNICK LLP <br> Seven Times Square <br> New York, NY 10036 <br> eweisfelner@brownrudnick.com <br> *(Counsel To Wilmington Savings/WSFS)* | Howard L. Siegel <br> BROWN RUDNICK LLP <br> 185 Asylum Street <br> Hartford, CT 06103 <br> hsiegel@brownrudnick.com <br> *(Counsel To Wilmington Savings/WSFS)* |
| J. Kate Stickles <br> Nicholas J. Brannick <br> Cole, Schotz, Meisel, Forman & Leonard, <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> kstickles@coleschotz.com <br> nbrannick@coleschotz.com <br> *(Counsel for CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee)* | Richard L. Schepacarter <br> Office of the United States Trustee <br> U. S. Department of Justice <br> 844 King Street, Suite 2207 <br> Lockbox #35 <br> Wilmington, DE 19801 <br> richard.schepacarter@usdoj.gov |

| | |
|---|---|
| Richard M. Cieri<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>richard.cieri@kirkland.com<br>stephen.hessler@kirkland.com<br>*(Counsel to the Debtors)* | Mark D. Collins<br>Daniel J. DeFranceschi<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>collins@RLF.com<br>defranceschi@rlf.com<br>*(Counsel to the Debtors)* |
| James H.M. Sprayregen<br>Chad J. Husnick<br>KIRKLAND & ELLIS, LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>chusnick@kirkland.com<br>james.sprayregen@kirkland.com<br>*(Counsel to the Debtors)* | Alan W. Kornberg<br>Kelley A. Cornish<br>Brian S. Hermann<br>Jacob A. Adlerstein<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>*(Counsel to the Ad Hoc Committee of TCEH First Lien Creditors)* |
| Pauline K. Morgan<br>Ryan M .Bartley<br>Andrew L. Magaziner<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>1000 North King Street<br>Wilmington, Delaware 19801<br>*(Counsel to the Ad Hoc Committee of TCEH First Lien Creditors)* | Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com<br>*(Counsel for The Official Committee of Unsecured Creditors)* |
| James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019-9601<br>jpeck@mofo.com<br>brettmiller@mofo.com<br>lmarinuzzi@mofo.com<br>*(Counsel for The Official Committee of Unsecured Creditors)* | |

| | |
|---|---|
| Stephen M. Miller<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>smiller@morrisjames.com<br>*(Counsel for Law Debenture Trust Company of New York, in its capacity as Indenture Trustee)* | Daniel A. Lowenthal<br>Craig W. Dent<br>PATTERSON BELKNAP WEBB<br>& TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>dalowenthal@pbwt.com<br>cdent@pbwt.com<br>*(Counsel for Law Debenture Trust Company of New York, in its capacity as Indenture Trustee)* |
| Jeffrey M. Schlerf<br>John H. Strock<br>L. John Bird<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>jschlerf@foxrothschild.com<br>jstrock@foxrothschild.com<br>jbird@foxrothschild.com<br>*(Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders)* | J. Christopher Shore<br>Gregory M. Starner<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>cshore@whitecase.com<br>gstarner@whitecase.com<br>*(Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders)* |
| Thomas E Lauria<br>Matthew C. Brown<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>*(Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders)* | William P. Weintraub, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: 212-813-8839<br>Email:<br>wweintraub@goodwinprocter.com<br>*(Counsel for Aurelius Capital Management, LP)* |
| Kizzy L. Jarashow, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: 212-459-7341<br>kjarashow@goodwinprocter.com<br>*(Counsel for Aurelius Capital Management, LP)* | Michael G. Busenkell<br>GELLERT SCALI BUSENKELL<br>& BROWN, LLC<br>913 N. Market St., 10th Floor<br>Wilmington, DE 19801<br>mbusenkell@gsbblaw.com<br>*(Counsel for Aurelius Capital Management, LP)* |

| Laura Davis Jones<br>Robert J. Feinstein<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>*(Counsel for Indenture Trustee and the EFIH 2nd Lien Objectors)* | Stephanie Wickouski<br>BRYAN CAVE<br>1290 Avenue of the Americas<br>New York, NY 10104<br>stephanie.wickouski@bryancave.com<br>*(Counsel for Indenture Trustee and the EFIH 2nd Lien Objectors)* |
|---|---|
| Mark R. Somerstein<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>mark.somerstein@ropesgray.com<br>*(Counsel for CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee)* | D. Ross Martin<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>rmartin@ropesgray.com<br>*(Counsel for CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee)* |