# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 17, 287 |

## NOTICE OF FILING OF PROPOSED FORM OF "FINAL ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES"

PLEASE TAKE NOTICE that, on April 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp.,** *et al.*, **for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases** [D.I. 17] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Motion, on May 1, 2014, the Bankruptcy Court entered the **Interim Order Directing Joint Administration of the Debtors' Chapter 11 Cases** [D.I. 287] (the "Interim Order") in connection with the Motion. **You were previously served with a copy of the Interim Order.**

PLEASE TAKE FURTHER NOTICE that, in accordance with the Interim Order, a final hearing with respect to the Motion (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10366994v.1

Courtroom 6, Wilmington, Delaware 19801 on **June 5, 2014 at 9:30 a.m. (Eastern Daylight Time)** (the "Final Hearing").

PLEASE TAKE FURTHER NOTICE that the Debtors are hereby filing a form of proposed final order in connection with the Motion (the "Proposed Final Order"). A copy of the Proposed Final Order is attached hereto as Exhibit 1. For the convenience of the Bankruptcy Court and other parties-in-interest, a blackline comparing the Proposed Final Order against the Interim Order is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Proposed Final Order to the Bankruptcy Court for entry at the Final Hearing. To the extent that the Debtors make any further revisions to the Proposed Final Order prior to the Final Hearing, the Debtors intend to present a blacklined copy of such revised documents to the Bankruptcy Court at the Final Hearing.

Dated: June 3, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            richard.cieri@kirkland.com
                     edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession