# Exhibit 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| Debtor, | ) | **Re: Docket No. 17** |
| Tax ID: 46-2488810 | ) | |
| In re: | ) | Chapter 11 |
| TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, | ) | Case No. 14-10978 (CSS) |
| Debtor, | ) | **Re: Docket No. 5** |
| Tax ID: 75-2967817 | ) | |
| In re: | ) | Chapter 11 |
| 4CHANGE ENERGY COMPANY, | ) | Case No. 14-10980 (CSS) |
| Debtor, | ) | **Re: Docket No. 3** |
| Tax ID: 75-2959527 | ) | |
| In re: | ) | Chapter 11 |
| 4CHANGE ENERGY HOLDINGS LLC, | ) | Case No. 14-10981 (CSS) |
| Debtor, | ) | **Re: Docket No. 3** |
| Tax ID: 75-0699680 | ) | |
| In re: | ) | Chapter 11 |
| BIG BROWN 3 POWER COMPANY LLC, | ) | Case No. 14-10983 (CSS) |
| Debtor, | ) | **Re: Docket No. 3** |
| Tax ID: N/A | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| BIG BROWN LIGNITE COMPANY LLC, | Case No. 14-10986 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: 52-2364247 | |
| In re: | Chapter 11 |
| BIG BROWN POWER COMPANY LLC, | Case No. 14-10988 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: 75-2967823 | |
| In re: | Chapter 11 |
| BRIGHTEN ENERGY LLC, | Case No. 14-10991 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: 27-3494107 | |
| In re: | Chapter 11 |
| BRIGHTEN HOLDINGS LLC, | Case No. 14-10995 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: 27-3493908 | |
| In re: | Chapter 11 |
| COLLIN POWER COMPANY LLC, | Case No. 14-10998 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: N/A | |

| | |
|---|---|
| In re: | Chapter 11 |
| DALLAS POWER & LIGHT COMPANY, INC., | Case No. 14-11000 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: N/A | |
| In re: | Chapter 11 |
| DECORDOVA II POWER COMPANY LLC, | Case No. 14-11003 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: N/A | |
| In re: | Chapter 11 |
| DECORDOVA POWER COMPANY LLC, | Case No. 14-10982 (CSS) |
| Debtor, | Re: Docket No. 2 |
| Tax ID: 75-2967797 | |
| In re: | Chapter 11 |
| EAGLE MOUNTAIN POWER COMPANY LLC, | Case No. 14-10984 (CSS) |
| Debtor, | Re: Docket No. 2 |
| Tax ID: 46-4606891 | |
| In re: | Chapter 11 |
| EBASCO SERVICES OF CANADA LIMITED, | Case No. 14-10987 (CSS) |
| Debtor, | Re: Docket No. 2 |
| Tax ID: N/A | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| EEC HOLDINGS, INC., | ) Case No. 14-10990 (CSS) |
| Debtor, | ) Re: Docket No. 2 |
| Tax ID: 75-2509368 | |
| In re: | ) Chapter 11 |
| EECI, INC., | ) Case No. 14-10992 (CSS) |
| Debtor, | ) Re: Docket No. 2 |
| Tax ID: 75-2509366 | |
| In re: | ) Chapter 11 |
| EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY, | ) Case No. 14-10994 (CSS) |
| Debtor, | ) Re: Docket No. 2 |
| Tax ID: 20-1370353 | |
| In re: | ) Chapter 11 |
| EFH CG HOLDINGS COMPANY LP, | ) Case No. 14-11047 (CSS) |
| Debtor, | ) Re: Docket No. 3 |
| Tax ID: 20-2409650 | |
| In re: | ) Chapter 11 |
| EFH CG MANAGEMENT COMPANY LLC, | ) Case No. 14-11048 (CSS) |
| Debtor, | ) Re: Docket No. 3 |
| Tax ID: N/A | |

| | |
|---|---|
| In re:<br><br>EFH CORPORATE SERVICES COMPANY,<br><br>        Debtor,<br><br>Tax ID: 75-0835281 | Chapter 11<br><br>Case No. 14-10996 (CSS)<br><br>Re: Docket No. 2 |
| In re:<br><br>EFH FINANCE (NO. 2) HOLDINGS COMPANY,<br><br>        Debtor,<br><br>Tax ID: 75-2768735 | Chapter 11<br><br>Case No. 14-10999 (CSS)<br><br>Re: Docket No. 2 |
| In re:<br><br>EFH FS HOLDINGS COMPANY,<br><br>        Debtor,<br><br>Tax ID: 75-2768732 | Chapter 11<br><br>Case No. 14-11004 (CSS)<br><br>Re: Docket No. 2 |
| In re:<br><br>EFH RENEWABLES COMPANY LLC,<br><br>        Debtor,<br><br>Tax ID: N/A | Chapter 11<br><br>Case No. 14-11006 ~~(   )~~(CSS)<br><br>Re: Docket No. 2 |
| In re:<br><br>EFIH FINANCE INC.,<br><br>        Debtor,<br><br>Tax ID: 27-0918038 | Chapter 11<br><br>Case No. 14-~~10001 (   )~~11001 (CSS)<br><br>Re: Docket No. 3 |

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, <br><br> Debtor, <br><br> Tax ID: 75-1837355 | Chapter 11 <br><br> Case No. 14-11005 (CSS) <br><br> Re: Docket No. 3 |
| In re: <br><br> ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, <br><br> Debtor, <br><br> Tax ID: 26-1191638 | Chapter 11 <br><br> Case No. 14-11008 (CSS) <br><br> Re: Docket No. 3 |
| In re: <br><br> GENERATION DEVELOPMENT COMPANY LLC, <br><br> Debtor, <br><br> Tax ID: 20-4952060 | Chapter 11 <br><br> Case No. 14-11017 (CSS) <br><br> Re: Docket No. 3 |
| In re: <br><br> GENERATION MT COMPANY LLC, <br><br> Debtor, <br><br> Tax ID: 75-2967818 | Chapter 11 <br><br> Case No. 14-11021 (CSS) <br><br> Re: Docket No. 3 |
| In re: <br><br> GENERATION SVC COMPANY, <br><br> Debtor, <br><br> Tax ID: 45-0470622 | Chapter 11 <br><br> Case No. 14-11025 (CSS) <br><br> Re: Docket No. 3 |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LAKE CREEK 3 POWER COMPANY LLC, ) | Case No. 14-11029 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 3 |
| ) | |
| Tax ID: N/A ) | |
| In re: ) | Chapter 11 |
| ) | |
| LONE STAR ENERGY COMPANY, INC., ) | Case No. 14-11031 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 3 |
| ) | |
| Tax ID: 75-1325876 ) | |
| In re: ) | Chapter 11 |
| ) | |
| LONE STAR PIPELINE COMPANY, INC., ) | Case No. 14-11036 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 3 |
| ) | |
| Tax ID: N/A ) | |
| In re: ) | Chapter 11 |
| ) | |
| LSGT GAS COMPANY LLC, ) | Case No. 14-11039 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 3 |
| ) | |
| Tax ID: 75-0399066 ) | |
| In re: ) | Chapter 11 |
| ) | |
| LSGT SACROC, INC., ) | Case No. 14-11012 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 3 |
| ) | |
| Tax ID: 75-2402092 ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LUMINANT BIG BROWN MINING ) | Case No. 14-11018 (CSS) |
| COMPANY LLC, ) | |
| ) | Re: Docket No. 3 |
| Debtor, ) | |
| ) | |
| Tax ID: 75-3006803 ) | |
| In re: ) | Chapter 11 |
| ) | |
| LUMINANT ENERGY COMPANY LLC, ) | Case No. 14-11023 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 3 |
| ) | |
| Tax ID: 45-2790807 ) | |
| In re: ) | Chapter 11 |
| ) | |
| LUMINANT ENERGY TRADING ) | Case No. 14-11026 (CSS) |
| CALIFORNIA COMPANY, ) | |
| ) | Re: Docket No. 3 |
| Debtor, ) | |
| ) | |
| Tax ID: 75-2723853 ) | |
| In re: ) | Chapter 11 |
| ) | |
| LUMINANT ET SERVICES COMPANY, ) | Case No. 14-11030 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 3 |
| ) | |
| Tax ID: 75-2967835 ) | |
| In re: ) | Chapter 11 |
| ) | |
| LUMINANT GENERATION COMPANY LLC, ) | Case No. 14-11032 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 3 |
| ) | |
| Tax ID: 75-2967820 ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| LUMINANT HOLDING COMPANY LLC, | Case No. 14-11037 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: 54-2127719 | |
| In re: | Chapter 11 |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC, | Case No. 14-11040 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: N/A | |
| In re: | Chapter 11 |
| LUMINANT MINING COMPANY LLC, | Case No. 14-11042 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: 75-2967821 | |
| In re: | Chapter 11 |
| LUMINANT RENEWABLES COMPANY LLC, | Case No. 14-11044 (CSS) |
| Debtor, | Re: Docket No. 3 |
| Tax ID: 20-3007585 | |
| In re: | Chapter 11 |
| MARTIN LAKE 4 POWER COMPANY LLC, | Case No. 14-11010 (CSS) |
| Debtor, | Re: Docket No. 2 |
| Tax ID: N/A | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| MONTICELLO 4 POWER COMPANY LLC, | ) Case No. 14-11011 (CSS) |
| Debtor, | ) Re: Docket No. 2 |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| MORGAN CREEK 7 POWER COMPANY LLC, | ) Case No. 14-11014 (CSS) |
| Debtor, | ) Re: Docket No. 2 |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| NCA DEVELOPMENT COMPANY LLC, | ) Case No. 14-11016 (CSS) |
| Debtor, | ) Re: Docket No. 2 |
| Tax ID: 20-8567594 | ) |
| In re: | ) Chapter 11 |
| NCA RESOURCES DEVELOPMENT COMPANY LLC, | ) Case No. 14-11019 (CSS) |
| Debtor, | ) Re: Docket No. 2 |
| Tax ID: N/A | ) |
| In re: | ) Chapter 11 |
| OAK GROVE MANAGEMENT COMPANY LLC, | ) Case No. 14-11022 (CSS) |
| Debtor, | ) Re: Docket No. 2 |
| Tax ID: 27-0551189 | ) |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| OAK GROVE MINING COMPANY LLC, ) | Case No. 14-11024 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 2 |
| ) | |
| Tax ID: 20-8516181 ) | |
| In re: ) | Chapter 11 |
| ) | |
| OAK GROVE POWER COMPANY LLC, ) | Case No. 14-11027 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 2 |
| ) | |
| Tax ID: 20-8516093 ) | |
| In re: ) | Chapter 11 |
| ) | |
| SANDOW POWER COMPANY LLC, ) | Case No. 14-11033 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 2 |
| ) | |
| Tax ID: 26-3771811 ) | |
| In re: ) | Chapter 11 |
| ) | |
| SOUTHWESTERN ELECTRIC SERVICE ) | Case No. 14-11035 (CSS) |
| COMPANY, INC., ) | |
| ) | Re: Docket No. 2 |
| Debtor, ) | |
| ) | |
| Tax ID: N/A ) | |
| In re: ) | Chapter 11 |
| ) | |
| TCEH FINANCE, INC., ) | Case No. 14-11028 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 2 |
| ) | |
| Tax ID: 26-2137715 ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TEXAS ELECTRIC SERVICE COMPANY, INC., ) | Case No. ~~141103~~4 14-11034 (CSS) |
| ) | |
| Debtor, ) | **Re: Docket No. 2** |
| ) | |
| Tax ID: N/A ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| TEXAS ENERGY INDUSTRIES COMPANY, INC., ) | Case No. 14-11038 (CSS) |
| ) | |
| Debtor, ) | **Re: Docket No. 2** |
| ) | |
| Tax ID: N/A ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| TEXAS POWER & LIGHT COMPANY, INC., ) | Case No. 14-11041 (CSS) |
| ) | |
| Debtor, ) | **Re: Docket No. 2** |
| ) | |
| Tax ID: N/A ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| TEXAS UTILITIES COMPANY, INC., ) | Case No. 14-11043 (CSS) |
| ) | |
| Debtor, ) | **Re: Docket No. 2** |
| ) | |
| Tax ID: N/A ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| TEXAS UTILITIES ELECTRIC COMPANY, INC., ) | Case No. 14-11045 (CSS) |
| ) | |
| Debtor, ) | **Re: Docket No. 2** |
| ) | |
| Tax ID: N/A ) | |

| | |
|---|---|
| In re: <br><br> TRADINGHOUSE 3 & 4 POWER COMPANY LLC, <br><br>         Debtor, <br><br> Tax ID: N/A | ) Chapter 11 <br> ) <br> ) Case No. 14-11046 (CSS) <br> ) <br> ) **Re: Docket No. 2** <br> ) <br> ) <br> ) |
| In re: <br><br> TRADINGHOUSE POWER COMPANY LLC, <br><br>         Debtor, <br><br> Tax ID: 75-2967804 | ) Chapter 11 <br> ) <br> ) Case No. 14-10985 (CSS) <br> ) <br> ) **Re: Docket No. 2** <br> ) <br> ) |
| In re: <br><br> TXU ELECTRIC COMPANY, INC., <br><br>         Debtor, <br><br> Tax ID: N/A | ) Chapter 11 <br> ) <br> ) Case No. 14-10989 (CSS) <br> ) <br> ) **Re: Docket No. 2** <br> ) <br> ) |
| In re: <br><br> TXU ENERGY RECEIVABLES COMPANY LLC, <br><br>         Debtor, <br><br> Tax ID: 46-1125361 | ) Chapter 11 <br> ) <br> ) Case No. 14-10993 (CSS) <br> ) <br> ) **Re: Docket No. 2** <br> ) <br> ) |
| In re: <br><br> TXU ENERGY RETAIL COMPANY LLC, <br><br>         Debtor, <br><br> Tax ID: 26-0494257 | ) Chapter 11 <br> ) <br> ) Case No. 14-10997 (CSS) <br> ) <br> ) **Re: Docket No. 2** <br> ) <br> ) |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TXU ENERGY SOLUTIONS COMPANY LLC, ) | Case No. 14-11002 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 2 |
| ) | |
| Tax ID: 26-0022193 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| TXU RECEIVABLES COMPANY, ) | Case No. 14-11007 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 2 |
| ) | |
| Tax ID: 75-2807788 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| TXU RETAIL SERVICES COMPANY, ) | Case No. 14-11009 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 2 |
| ) | |
| Tax ID: 20-5872839 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| TXU SEM COMPANY, ) | Case No. 14-11013 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 2 |
| ) | |
| Tax ID: 75-2795541 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| VALLEY NG POWER COMPANY LLC, ) | Case No. 14-11015 (CSS) |
| ) | |
| Debtor, ) | Re: Docket No. 2 |
| ) | |
| Tax ID: N/A ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VALLEY POWER COMPANY LLC, | ) Case No. 14-11020 (CSS) |
| | ) |
| Debtor, | ) <u>Re: Docket No. 2</u> |
| | ) |
| Tax ID: N/A | ) |

## ~~INTERIM~~FINAL ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") directing joint administration of their related chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "<u>Hearing</u>"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted ~~on an interim basis~~ as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | ) Case No. 14-10979 (CSS) |
| Debtors. ) | ) (Jointly Administered) |

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of Energy Future Holdings Corp.; Texas Competitive Electric Holdings Company LLC; 4Change Energy Company; 4Change Energy Holdings LLC; Big Brown 3 Power Company LLC; Big Brown Lignite Company LLC; Big Brown Power Company LLC; Brighten Energy LLC; Brighten Holdings LLC; Collin Power Company LLC; Dallas Power & Light Company, Inc.; DeCordova II Power Company LLC; DeCordova Power Company LLC; Eagle Mountain Power Company LLC; EBASCO SERVICES OF CANADA LIMITED; EEC Holdings, Inc.; EECI, Inc.; EFH Australia (No. 2) Holdings Company; EFH

---

[1] -The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which ~~the debtors have requested~~ joint administration <u>has been granted</u>, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

16

CG Holdings Company LP; EFH CG Management Company LLC; EFH Corporate Services Company; EFH Finance (No. 2) Holdings Company; EFH FS Holdings Company; EFH Renewables Company LLC; EFIH FINANCE INC.; Energy Future Competitive Holdings Company LLC; Energy Future Intermediate Holding Company LLC; Generation Development Company LLC; Generation MT Company LLC; Generation SVC Company; Lake Creek 3 Power Company LLC; Lone Star Energy Company, Inc.; Lone Star Pipeline Company, Inc.; LSGT Gas Company LLC; LSGT SACROC, Inc.; Luminant Big Brown Mining Company LLC; Luminant Energy Company LLC; Luminant Energy Trading California Company; Luminant ET Services Company; Luminant Generation Company LLC; Luminant Holding Company LLC; Luminant Mineral Development Company LLC; Luminant Mining Company LLC; Luminant Renewables Company LLC; Martin Lake 4 Power Company LLC; Monticello 4 Power Company LLC; Morgan Creek 7 Power Company LLC; NCA Development Company LLC; NCA Resources Development Company LLC; Oak Grove Management Company LLC; Oak Grove Mining Company LLC; Oak Grove Power Company LLC; Sandow Power Company LLC; Southwestern Electric Service Company, Inc.; TCEH Finance, Inc.; Texas Electric Service Company, Inc.; Texas Energy Industries Company, Inc.; Texas Power & Light Company, Inc.; Texas Utilities Company, Inc.; Texas Utilities Electric Company, Inc.; Tradinghouse 3 & 4 Power Company LLC; Tradinghouse Power Company LLC; TXU Electric Company, Inc.; TXU Energy Receivables Company; TXU Energy Retail Company LLC; TXU Energy Solutions Company LLC; TXU Receivables Company; TXU Retail Services Company; TXU SEM Company; Valley NG Power Company LLC; Valley Power Company LLC. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 14-10979 (CSS).**

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

6. The foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

7. The Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry. ~~The Final Hearing shall be June 5, 2014, at 9:30 a.m., prevailing Eastern Time. Any objections or responses to the Motion must be filed on or before June 3, 2014, at 4:00 p.m., prevailing Eastern Time. If no objections are filed to the Motion, the Court may enter the Final Order without further notice or hearing.~~

~~9.~~

~~9~~ ~~The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.~~

~~10.~~ The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: _____
_____, 2014

       THE HONORABLE CHRISTOPHER S. SONTCHI
       UNITED STATES BANKRUPTCY JUDGE