# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|   | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|   | ) |
| Debtors. | ) (Jointly Administered) |
|   | ) |
|   | ) Re: D.I. 41, 315 |

## SUPPLEMENT TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO (A) CONTINUE PERFORMING UNDER PREPETITION HEDGING AND TRADING ARRANGEMENTS, (B) PLEDGE COLLATERAL AND HONOR OBLIGATIONS THEREUNDER, AND (C) ENTER INTO AND PERFORM UNDER TRADING CONTINUATION AGREEMENTS AND NEW POSTPETITION HEDGING AND TRADING ARRANGEMENTS

Energy Future Holdings Corp. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby supplement (the "Supplement") the *Motion of Energy Future Holdings Corp., et al., for for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter Into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements* [D.I. 41] (the "Hedging and Trading Motion").[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Hedging and Trading Motion.

On May 2, 2014, the Court entered the *Interim Order Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter Into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements* [D.I. 315] granting the Debtors authority to, among other things, (a) honor prepetition payment obligations (in an amount not to exceed $50.8 million) and prepetition collateral obligations (in the form of letters of credit, cash, and in certain instances, TCEH Super-Priority DIP Liens as permitted under the terms of the TCEH DIP Orders and the TCEH Cash Collateral Orders, all in an amount not to exceed $164.35 million) arising under the Prepetition Hedging and Trading Arrangements as they come due during the Interim Period; (b) continue to honor postpetition payment and collateral obligations under the Prepetition Hedging and Trading Arrangements in the ordinary course of business; and (c) enter into and perform under new Postpetition Hedging and Trading Arrangements and Trading Continuation Agreements (the "Interim Order").  The Debtors file this Supplement to request certain additional relief in the Final Order of the Hedging and Trading Motion (as revised and attached as **Exhibit A**, the "Revised Final Order").[3]

The Debtors believe that neither the Hedging and Trading Motion nor the Interim Order limits the rights of counterparties to the Hedging and Trading Arrangements to exercise remedies they may have under sections 546, 555, 556, 559, 560, and 561 of the Bankruptcy Code (the "Safe Harbor Provisions").  Nevertheless, in an abundance of caution, the Debtors request authority to modify the automatic stay provided by section 362 of the Bankruptcy Code solely to

---

[3] The changes to the proposed Final Order attached to the Hedging and Trading Motion are reflected in **Exhibit B** attached hereto.

the extent necessary to allow counterparties to Hedging and Trading Arrangements to enforce remedies they may have under the Safe Harbor Provisions upon the occurrence of a default by the Debtors under the Hedging and Trading Arrangements (other than a default because of a condition of the kind specified in section 365(e)(1) of the Bankruptcy Code).

The Debtors believe this relief is necessary to provide counterparties with additional comfort regarding their rights and to encourage such counterparties to continue transacting with the Debtors. The relief requested in this Supplement is solely to provide counterparties with relief from the automatic stay to enforce any remedies they may have under the Safe Harbor Provisions.

WHEREFORE, for the reasons set forth herein and in the Hedging and Trading Motion, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A** approving the Hedging and Trading Motion on a final basis as modified herein and granting such other and further relief as is appropriate under the circumstances.

*[Remainder of page intentionally left blank.]*

Dated: June 3, 2014
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            richard.cieri@kirkland.com
                      edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession