## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that on this 3rd day of June 2014, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the individual listed below as indicated:

**VIA FIRST-CLASS MAIL**
Nicholas J. Brannick, Esquire
Cole, Schotz, Meisel, Forman & Leonard P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

Under penalty of perjury, I declare the foregoing to be true and correct.

_____
R. Stephen McNeill (DE No. 5210)