IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br>Debtor. | Chapter 11<br>Case No. 14-10979 (CSS)<br><br>re: Docket No. 736 |
| CSC TRUST CO. OF DELAWARE,<br><br>Plaintiff,<br><br>-against-<br><br>ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, *et al.*,<br><br>Defendant. | Adv. Proc. No. 14-50363 (CSS)<br><br>re: Docket No. 7 |

## AMENDED NOTICE OF SERVICE

I, R. Stephen McNeill, hereby certify that on the 2nd day of June 2014, (**not the 3rd day of June 2014 as stated in the previously filed Notice of Service dated 6/3/14, Case No. 14-10979 [D.I. 736], and Adv. Proc. No. 14-50363 [D.I. 7]**, Avani Pankaj Bhatt, Esquire of Shearman & Sterling LLP, caused a true and correct copy of Deutsche Bank Securities Inc.'s Responses and Objections to CSC Trust Company of Delaware's Subpoena Duces Tecum be served upon the following counsel listed below via electronic mail:

Nicholas J. Brannick, Esquire
Cole, Schotz, Meisel, Forman & Leonard P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: June 3, 2014
       Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: rmcneill@potteranderson.com

*Attorneys for Non-Party Deutsche Bank Securities Inc.*