# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 73, 231, 738** |

## DECLARATION OF CHAD HUSNICK IN SUPPORT OF DEBTORS' OMNIBUS REPLY IN SUPPORT OF THE TCEH DEBTORS' DIP MOTION AND CASH COLLATERAL MOTION AND IN RESPONSE TO THE OBJECTIONS THERETO

I, Chad Husnick, declare under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1.      I am a partner of the firm of Kirkland & Ellis LLP, counsel to the Debtors.

2.      I submit this declaration ("Declaration") in support of *Debtors' Omnibus Reply in Support of the TCEH Debtors' DIP Motion and Cash Collateral Motion and in Response to the Objections Thereto* [D.I. 738] (the "Reply").[2]  Except where specifically noted, the statements in this Declaration are based on my personal knowledge.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.

3.      **Exhibit A** is a true and correct transcript excerpt from the hearing dated May 1, 2014, before the Honorable Christopher S. Sontchi, in the United States Bankruptcy Court for

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the EFIH Second Lien DIP Motion.

the District of Delaware, captioned *In re: Energy Future Holdings Corp., et al.,* Case No. 14-10979(CSS).

4.    **Exhibit B** is a true and correct excerpt from the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions*, Docket Number 98, in *In re: Energy Future Holdings Corp., et al.,* Case No. 14-10979(CSS).

5.    **Exhibit C** is a true and correct excerpt from the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing*, Docket Number 71, in *In re: Energy Future Holdings Corp., et al.,* Case No. 14-10979(CSS).

6.    **Exhibit D** is a true and correct excerpt from the May 27, 2014 Deposition of Stephen R. Goldstein in *In re: Energy Future Holdings Corp., et al.,* Case No. 14-10979(CSS).

7.    **Exhibit E** is a true and correct copy of Exhibit 13 to the May 27, 2014 Deposition of Stephen R. Goldstein.  Letter from Lewis Clayton of Paul, Weiss, Rifkind, Wharton & Garrison LLP to Richard Cieri and Edward Sassower of Kirkland & Ellis LLP, dated March 6, 2014. (EFH2D00008355 - EFH2D00008356).

8.    **Exhibit F** is a true and correct excerpt from the May 28, 2014 Deposition of Paul Keglevic in *In re: Energy Future Holdings Corp., et al.,* Case No. 14-10979(CSS).


*Remainder of this page intentionally left blank.*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

*/s/ Chad Husnick*
Chad Husnick