# EXHIBIT D

# FILED UNDER SEAL

# In The Matter Of:

## *ENERGY FUTURE HOLDINGS CORPORATION*

_____

## *STEPHEN R. GOLDSTEIN - Vol. 1*
### *May 27, 2014*

_____

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

STEPHEN R. GOLDSTEIN - 5/27/2014

Page 1

```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
Chapter 11
Case No. 14-10979 (CSS)
Jointly Administered
on an Interim Basis
----------------------------------x
In re:


ENERGY FUTURE HOLDINGS CORPORATION,
et al.,
              Debtors.
----------------------------------x
              May 27, 2014
              12:10 p.m.


    Videotaped Deposition of STEPHEN
R. GOLDSTEIN, pursuant to Notice, at the
offices of WHITE & CASE LLP, 1155 Avenue of
the Americas, New York, New York, before Frank
J. Bas, a Registered Professional Reporter,
Certified Realtime Reporter and Notary Public
within and for the State of New York.
```

| | | |
|---|---|---|
| 1 | TCEH debtors have not come to a conclusion | 12:57:14 |
| 2 | about whether they should downsize the DIP, in | 12:57:15 |
| 3 | light of the $369 million in reduced needs | 12:57:19 |
| 4 | during the forecast period? | 12:57:23 |
| 5 | MR. McKANE: Objection to form. | 12:57:24 |
| 6 | A. In light of the out month | 12:57:25 |
| 7 | liquidity, which is the main factor that we | 12:57:27 |
| 8 | all were looking at, we have not come to any | 12:57:30 |
| 9 | conclusion. | 12:57:33 |
| 10 | Q. Okay. And do you have an | 12:57:34 |
| 11 | understanding as to when the TCEH debtors | 12:57:36 |
| 12 | might come to such a conclusion, relative to | 12:57:39 |
| 13 | the final hearing which is on June 5? | 12:57:42 |
| 14 | A. I would assume before we would | 12:57:46 |
| 15 | move forward we'll -- we'll come to a | 12:57:49 |
| 16 | conclusion. You know, as of now this is the | 12:57:51 |
| 17 | DIP that's on for the 5th. The position has | 12:57:54 |
| 18 | not changed. We are going forward with a DIP | 12:57:56 |
| 19 | of this size. | 12:57:58 |
| 20 | Q. Okay. And what are your | 12:57:59 |
| 21 | reasons for not wanting to downsize the DIP? | 12:58:02 |
| 22 | A. A couple of reasons. | 12:58:05 |
| 23 | One, I do think that by the out | 12:58:06 |
| 24 | months of the case, even in the updated budget | 12:58:09 |
| 25 | we're down to $336 million of liquidity, you | 12:58:13 |

| | | |
|---|---|---|
| 1 | know, there's an incredible amount of | 12:58:16 |
| 2 | variability in this forecast, it's a big | 12:58:18 |
| 3 | company, it's a power company, there's a lot | 12:58:20 |
| 4 | of factors that can change -- change this.  So | 12:58:21 |
| 5 | that's one point. | 12:58:24 |
| 6 | And the second point is it's -- | 12:58:25 |
| 7 | the excess liquidity is off of a revolver, and | 12:58:27 |
| 8 | that will not be drawn until needed, and it's | 12:58:30 |
| 9 | very, very cheap financing.  We worked very | 12:58:32 |
| 10 | hard to get that revolver, it's very hard to | 12:58:35 |
| 11 | get a revolver like that in today's market. | 12:58:38 |
| 12 | So it's a great achievement for the debtors, | 12:58:40 |
| 13 | and for three-eighths of a point of undrawn | 12:58:42 |
| 14 | fees you get the full benefit of a $1.95 | 12:58:48 |
| 15 | billion revolver. | 12:58:52 |
| 16 | Q.   Under that rationale wouldn't | 12:58:52 |
| 17 | it be better if the debtors added a $2.9 | 12:58:55 |
| 18 | billion revolver? | 12:58:58 |
| 19 | A.   Yes, if we could have gotten | 12:58:59 |
| 20 | one we would have. | 12:59:01 |
| 21 | Q.   Okay. | 12:59:02 |
| 22 | A.   You can't get a revolver that | 12:59:02 |
| 23 | size in these regulated bank markets today. | 12:59:04 |
| 24 | Q.   So as far as you -- it's your | 12:59:11 |
| 25 | testimony, then, that it would be in the -- | 12:59:14 |

| | | |
|---|---|---|
| 1 | A.    In the drop -- the assets | 14:55:44 |
| 2 | you're talking about would be used to raise | 14:55:45 |
| 3 | the financing. | 14:55:47 |
| 4 | Q.    Right. | 14:55:48 |
| 5 | A.    Yeah. | 14:55:49 |
| 6 | Q.    And you wouldn't -- but those | 14:55:49 |
| 7 | assets would be unliened so you wouldn't have | 14:55:50 |
| 8 | to prime anybody to get at those assets? | 14:55:52 |
| 9 | A.    That's right. | 14:55:54 |
| 10 | Q.    Okay.  And in that case, if you | 14:55:55 |
| 11 | were able to show that the overall package of | 14:55:58 |
| 12 | collateral wouldn't diminish during the period | 14:56:00 |
| 13 | you wouldn't have to make any adequate | 14:56:02 |
| 14 | protection payments to the first-lien lenders | 14:56:06 |
| 15 | in a nonconsensual use of cash collateral? | 14:56:09 |
| 16 | A.    Right.  So again, if you were | 14:56:12 |
| 17 | confident that this would be the resulting | 14:56:14 |
| 18 | budget, then -- you know, and there would be | 14:56:16 |
| 19 | no diminution in value -- which I'm not even | 14:56:20 |
| 20 | sure whether or not there would be under this | 14:56:23 |
| 21 | budget -- but, you know, assuming the company | 14:56:24 |
| 22 | is performing and generating cash, that's, you | 14:56:26 |
| 23 | know, that was our principal, to get the DIP, | 14:56:30 |
| 24 | we did the priming DIP. | 14:56:34 |
| 25 | In a nonconsensual drop-down | 14:56:36 |

| | | |
|---|---|---|
| 1 | DIP, I don't know if this would be the budget | 14:56:38 |
| 2 | or not, so I can't make a statement as to | 14:56:40 |
| 3 | whether or not there would be diminution in | 14:56:42 |
| 4 | value. | 14:56:43 |
| 5 | We thought there would be | 14:56:44 |
| 6 | significant business disruption. | 14:56:45 |
| 7 | Q.   Why? | 14:56:46 |
| 8 | A.   Because we would have | 14:56:47 |
| 9 | inadequate liquidity to operate. | 14:56:48 |
| 10 | Q.   Inadequate liquidity why? | 14:56:52 |
| 11 | A.   Because the $1.4 billion that | 14:56:55 |
| 12 | we've been talking about in the drop-down | 14:56:59 |
| 13 | structure was inadequate to run the business. | 14:57:01 |
| 14 | Q.   Right.  Because -- that's | 14:57:03 |
| 15 | because you have 2-point -- let's put it this | 14:57:06 |
| 16 | way.  If you took out the $2.79 billion of | 14:57:10 |
| 17 | post-petition adequate protection interest and | 14:57:13 |
| 18 | you took out the $1.1 billion that's needed | 14:57:17 |
| 19 | for the Railroad bond, and you reduced the | 14:57:23 |
| 20 | amount of DIP interest related to those two | 14:57:25 |
| 21 | line items, do you have enough liquidity with | 14:57:28 |
| 22 | a drop-down structure? | 14:57:32 |
| 23 | A.   No. | 14:57:33 |
| 24 | Q.   Why not? | 14:57:33 |
| 25 | A.   Because -- well, two things. | 14:57:34 |