**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 40 & 351** |

**CERTIFICATION OF COUNSEL CONCERNING ORDER AUTHORIZING**
**CERTAIN OF THE DEBTORS TO ASSUME STANDARD**
**FORM MARKET PARTICIPANT AGREEMENTS WITH ERCOT**

The undersigned hereby certifies as follows:

1.      On April 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp.,** *et al.*, **for Entry of an Order Authorizing Certain of the Debtors to Assume Standard Form Market Participant Agreements with ERCOT** [D.I. 40] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2.      Pursuant to the **Notice of "Motion of Energy Future Holdings Corp.,** *et al.*, **for Entry of an Order Authorizing Certain of the Debtors to Assume Standard Form Market Participant Agreements with ERCOT" and Hearing Thereon** [D.I. 351] filed on May 5, 2014, objections or responses to the relief requested in the Motion were to be filed and served no

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

later than 4:00 p.m. (Eastern Daylight Time) on May 29, 2014 (the "Objection Deadline"),[2] and a

hearing to consider the final relief requested in the Motion is currently scheduled to take place on

June 5, 2014 at 9:30 a.m. (Eastern Daylight Time).

3.      Prior to the Objection Deadline, the official committee of unsecured creditors (the

"Committee"), the Office of the United States Trustee (the "U.S. Trustee"), and counsel to the

Electric Reliability Counsel of Texas ("ERCOT") provided informal comments to the Motion

(the "Informal Responses").   Other than the Informal Responses, as of the date hereof, the

Debtors have received no other responses or objections in connection with the Motion nor do any

other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11

cases.  Based on various communications by and between the Debtors, the U.S. Trustee, ERCOT

and the Committee, the Debtors have prepared a revised form of order (the "Revised Order") in

connection with the Motion.  The Revised Order resolves the Informal Responses.

4.      A copy of the Revised Order is attached hereto as Exhibit A.   A blackline,

comparing the Revised Order against the form of order originally filed along with the Motion, is

attached hereto as Exhibit B.  The Revised Order has been circulated to, and is acceptable to,

ERCOT, the U.S. Trustee, and the Committee.

5.      The Debtors therefore respectfully request that the Bankruptcy Court enter the

Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

---

[2]    The Debtors extended the Objection Deadline for the Committee to May 30, 2014 and for the U.S. Trustee to
June 2, 2014.

2

Dated: June 3, 2014
　　　　Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:　　　(302) 651-7700
Facsimile:　　　(302) 651-7701
Email:　　　　　collins@rlf.com
　　　　　　　　defranceschi@rlf.com
　　　　　　　　madron@rlf.com
　　　　　　　　semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:　　　(212) 446-4800
Facsimile:　　　(212) 446-4900
Email:　　　　　richard.cieri@kirkland.com
　　　　　　　　edward.sassower@kirkland.com
　　　　　　　　stephen.hessler@kirkland.com
　　　　　　　　brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:　　　(312) 862-2000
Facsimile:　　　(312) 862-2200
Email:　　　　　james.sprayregen@kirkland.com
　　　　　　　　chad.husnick@kirkland.com
　　　　　　　　steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession