# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket Nos. 40, 351 & ___ |

## ORDER AUTHORIZING CERTAIN OF THE DEBTORS TO ASSUME STANDARD FORM MARKET PARTICIPANT AGREEMENTS WITH ERCOT

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), authorizing, but not directing, the Debtors to assume certain SFAs executed by and between the SFA Debtors and ERCOT; and upon the First Day Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and it appearing that the assumption of the SFAs is an exercise of the Debtors' sound business judgment and the Debtors have provided adequate assurance of future performance; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to sections 363 and 365 of the Bankruptcy Code, the SFA Debtors are permitted to assume the SFAs listed on **Exhibit 1** attached hereto.

3. ERCOT is authorized (but not directed) to draw upon the Letter of Credit in its discretion; *provided, however*, that the Debtors shall notify proposed counsel to the Official Committee of Unsecured Creditors within ten (10) business days if ERCOT has drawn upon the Letter of Credit.

4. The Debtors have provided adequate assurance of future performance under the SFAs.

5. Any claim of ERCOT under the SFAs arising before the date the Debtors commenced their chapter 11 cases must be asserted by ERCOT against the Debtors during the six (6) month period immediately following the date of this Order.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed a waiver or limitation of the rights of the Debtors' estates under the Bankruptcy Code or any other applicable law. Payments made pursuant to this Order shall not be construed as an admission as to the validity of any claim or a waiver of the rights of the Debtors' estates to subsequently dispute such claim.

7. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

8. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: June ___, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

SFAs

## SFAs

| Contract | Debtor Counterparty[1] | Effective Date | Termination Date |
|---|---|---|---|
| Standard Form Market Participant Agreement | 4Change Energy Company | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Big Brown Power Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Luminant Energy Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Luminant ET Services Company | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Luminant Generation Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Oak Grove Management Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Sandow Power Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Tradinghouse Power Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | TXU Energy Retail Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Valley NG Power Company LLC | January 1, 2014 | December 31, 2014 |

---

[1] ERCOT is a party to each of the SFAs.