# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF J. ALEXANDER LAWRENCE, ESQUIRE

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of J. Alexander Lawrence, of Morrison & Foerster LLP, to represent The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, in the above-captioned proceeding.

Dated:  June 3, 2014
        Wilmington, Delaware

**POLSINELLI PC**

    */s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware  19801
(302) 252-0920 (Telephone)
(302) 252-0921 (Facsimile)
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48164712.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Bankruptcy Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar(s) of the State of New York, the State of California, and the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

    /s/ J. Alexander Lawrence
J. Alexander Lawrence
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
alawrence@mofo.com

Dated:  June 3, 2014

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:  June ____, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

48164712.1