IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 468, 469 & 471** |

**CERTIFICATION OF COUNSEL CONCERNING FIRST ORDER AUTHORIZING
THE DEBTORS TO (A) PAY CERTAIN PREPETITION AMOUNTS
ON ACCOUNT OF NON-INSIDER COMPENSATION PROGRAMS
AND (B) CONTINUE THE NON-INSIDER COMPENSATION PROGRAMS
IN THE ORDINARY COURSE OF BUSINESS ON A POSTPETITION BASIS**

The undersigned hereby certifies as follows:

1. On May 15, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of and Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis** [D.I. 468] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. Pursuant to the **Notice of Motion of Energy Future Holdings Corp., *et al.*, For Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Compensation Programs in the Ordinary Course of Business on a Postpetition Basis**, filed and served contemporaneously with the Motion, objections or responses to the relief requested in the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on May 29, 2014 (the "Objection Deadline"),[2] and a hearing to consider the relief requested in the Motion is currently scheduled to take place on June 5, 2014 at 9:30 a.m. (Eastern Daylight Time).

3.  Prior to the Objection Deadline, the Office of the United States Trustee (the "U.S. Trustee") and the official committee of unsecured creditors (the "Committee") provided informal comments to the Motion (the "Informal Responses"), and the ad hoc group of TCEH unsecured noteholders (the "Ad Hoc Group") filed a limited objection to the Motion [D.I. 644] (the "Limited Objection" and, together with the Informal Responses, the "Responses"). Other than the Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

4.  Based on various communications by and between the Debtors, the U.S. Trustee, the Committee, and the Ad Hoc Group, the Debtors have adjourned the relief requested in the Motion to the hearing scheduled for June 30, 2014 at 9:30 a.m., except with respect to certain limited relief in connection with the Key Leader Program and Individual Bonus Payments (each as defined in the Motion) which will be considered at the hearing scheduled to take place on June 5, 2014 at 9:30 a.m. (such limited relief, the "Limited Relief"). To that end, the Debtors prepared an order (the "Revised Order") in connection with the Limited Relief, which resolves the Responses as they relate to the Limited Relief. A copy of the Revised Order is attached

---

[2] The Debtors extended the Objection Deadline for the Ad Hoc Group and the Committee to May 30, 2014, and for the U.S. Trustee to June 2, 2014.

hereto as <u>Exhibit A</u>.  The Revised Order has been circulated to, and is acceptable to, the Ad Hoc Group, the U.S. Trustee and the Committee.

        5.        The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

*[Signature page follows]*

Dated: June 3, 2014
       Wilmington, Delaware

/s/ *signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com
      semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
      edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession