## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 5 AND 6, 2014 AT 9:30 A.M. (EDT)[2]

I.   **CONTINUED MATTERS:**

1.    Joint Motion of CSC Trust Company of Delaware as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay does not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 473; filed May 15, 2014]

   Response/Objection Deadline:     May 29, 2014 at 4:00 p.m. (EDT); extended to a date to be determined.

   Responses/Objections Received:     None at this time.

   Related Documents:

   i.    Declaration of Norman L. Pernick in Support of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The June 5 and 6, 2014 hearings will held be before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EDT) each day. Due to the anticipated number of attendees at the June 5 and 6, 2014 hearings, parties are also invited to attend the hearing via video teleconference from an overflow Courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at such hearings must have contacted COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Wednesday, June 4, 2014** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 475; filed May 15, 2014]

ii. Amended Notice of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 608; filed May 23, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for June 30, 2014 at 9:30 a.m. (EDT).

2.  Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 477; filed May 15, 2014]

Response/Objection Deadline:    May 29, 2014 at 4:00 p.m. (EDT); extended to June 20, 2014 at 4:00 p.m. (EDT) for all parties other than the Office of the United States Trustee and to June 23, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee, for all relief requested except with respect to any relief requested related to the Alternative Transaction Fee and the payment of certain fees, expenses and indemnification obligations (each as defined in the motion); June 2, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee for relief requested related to the Alternative Transaction Fee and the payment of certain fees, expenses and indemnification obligations (each as defined in the motion).

Responses/Objections Received:

A.  Statement of EFIH 2nd Lien Notes Indenture Trustee Concerning Scheduling of Hearing on Debtors' Settlement Motion, 2nd Lien DIP Motion and RSA Assumption Motion [D.I. 562; filed May 21, 2014]

B.  Objection of EFIH Second Lien Notes Indenture Trustee to Debtors' Request for Approval of Alternative Transaction Fee [D.I. 636; filed May 29, 2014]

C.  Objection of the Official Committee of Unsecured Creditors to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order Authorizing Payment of Fees Under the Postpetition Second Lien Financing Commitment Letter [D.I. 640; filed May 29, 2014]

D.  Statement and Reservation of Rights of the Ad Hoc Group of TCEH Unsecured Noteholders with Respect to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 643; filed May 29, 2014]

E.  Joinder of Law Debenture Trust Company of New York, as Indenture Trustee, to Objection of the Official Committee of Unsecured Creditors to, and the Statement of the Ad Hoc Group of TCEH Unsecured Noteholders with Respect to, the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order Authorizing Payment of Fees Under the Postpetition Second Lien Financing Commitment Letter [D.I. 669; filed May 30, 2014]

F.  Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Request for Approval of Alternative Transaction Fee [D.I. 690; filed May 31, 2014]

G.  United States Trustee's Objection to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 721; filed June 2, 2014]

Related Documents:

i.  Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 478; filed May 15, 2014]

ii.  Re-Notice of Motions and Hearing [D.I. 626; filed May 28, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for June 30, 2014 at 9:30 a.m. (EDT).

3.  Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs

3

in the Ordinary Course of Business on a Postpetition Basis [D.I. 468; filed May 15, 2014]

Response/Objection Deadline:        May 29, 2014 at 4:00 p.m. (EDT); extended to June 23, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee for the District of Delaware only

Responses/Objections Received:

A.       Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 644; filed May 29, 2014]

B.       Informal comments from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

Related Documents:

i.       Declaration of Douglas Friske in Support of Debtors' Motion For Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 469; filed May 15, 2014]

ii.      Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 471; filed May 15, 2014]

iii.     Certification of Counsel Concerning First Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 753; filed June 3, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for June 30, 2014 at 9:30 a.m. (EDT) except with respect to certain matters related to the Key Leader Plan and Individual Bonus Payments (each as defined in the Motion)

4.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay [D.I. 505; filed May 16, 2014]

<table>
<tr><td>Response/Objection Deadline:</td><td>May 30, 2014 at 4:00 p.m. (EDT); extended to June 20, 2014 at 4:00 p.m. (EDT) for all parties other than the Office of the United States Trustee for the District of Delaware; extended to June 23, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee for the District of Delaware only</td></tr>
<tr><td>Responses/Objections Received:</td><td>None at this time.</td></tr>
</table>

Related Documents:

i.     Re-Notice of Motions and Hearing [D.I. 626; filed May 28, 2014]

ii.    Letter to the Honorable Christopher S. Sontchi from Edward S. Weisfelner (Redacted) [D.I. 698; filed June 2, 2014]

iii.   Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal [D.I. 699; filed June 2, 2014]

iv.    Letter to the Honorable Christopher S. Sontchi from Christopher Shore, Esq. Regarding Additional Discovery Dispute [D.I. 749; filed June 3, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for June 30, 2014 at 9:30 a.m. (EDT).

## II.    UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL:

5.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Grant Administrative Expense Priority to all Undisputed Obligations for Goods and Services Ordered Prepetition and Delivered Postpetition and Satisfy Such Obligations in the Ordinary Course of Business, and (B) Pay Prepetition Claims of Shippers, Warehousemen, and Materialmen [D.I. 27; filed April 29, 2014]

<table>
<tr><td>Response/Objection Deadline:</td><td>May 29, 2014 at 4:00 p.m. (EDT)</td></tr>
<tr><td>Responses/Objections Received:</td><td>Informal comments/responses from the Official Committee of Unsecured Creditors</td></tr>
</table>

Related Documents:

i.     Interim Order Authorizing the Debtors to (A) Grant Administrative Expense Priority to all Undisputed Obligations for Goods and Services Ordered

RLF1 10364056v.1

Prepetition and Delivered Postpetition and Satisfy Such Obligations in the Ordinary Course of Business and (B) Pay Prepetition Claims of Shippers, Warehousemen, and Materialmen [D.I. 314; filed May 2, 2014]

ii.    Notice of (I) Entry of "Interim Order Authorizing the Debtors to (A) Grant Administrative Expense Priority to all Undisputed Obligations for Goods and Services Ordered Prepetition and Delivered Postpetition and Satisfy Such Obligations in the Ordinary Course of Business and (B) Pay Prepetition Claims of Shippers, Warehousemen, and Materialmen" and (II) Scheduling of a Final Hearing Thereon [D.I. 342; filed May 2, 2014]

iii.   Certification of Counsel Concerning Final Order Authorizing the Debtors to (A) Grant Administrative Expense Priority to all Undisputed Obligations for Goods and Services Ordered Prepetition and Delivered Postpetition and Satisfy Such Obligations in the Ordinary Course of Business and (B) Pay Prepetition Claims of Shippers, Warehousemen, and Materialmen [D.I. 754; filed June 3, 2014]

Status: The hearing on this matter will go forward.

6.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Establishing Procedures to Sell, Transfer, or Abandon Certain *De Minimis* Assets [D.I. 467; filed May 15, 2014]

Response/Objection Deadline:    May 29, 2014 at 4:00 p.m. (EDT); extended to June 2, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee for the District of Delaware only

Responses/Objections Received:    Informal comments of the Office of the United States Trustee for the District of Delaware and the Official Committee of Unsecured Creditors

Related Documents:

i.    Certification of Counsel Concerning Order Establishing Procedures to Sell, Transfer, or Abandon Certain *De Minimis* Assets [D.I. 747; filed June 3, 2014]

Status: The Debtors have received informal comments with respect to this matter from the Office of the United States Trustee for the District of Delaware and the Unsecured Creditors' Committee, all of which have been resolved. The Debtors intend to present a revised form of agreed order to the Court for entry either at or before the hearing.

7.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [D.I. 506; filed May 17, 2014]

<u>Response/Objection Deadline</u>:    May 30, 2014 at 4:00 p.m. (EDT); extended to June 2, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee for the District of Delaware only

<u>Responses/Objections Received</u>:    Informal comments from the Office of the United States Trustee for the District of Delaware and the Official Committee of Unsecured Creditors

<u>Related Documents</u>:

i.    Certification of Counsel Concerning Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [D.I. 751; filed June 3, 2014]

<u>Status</u>: The Debtors have received informal comments with respect to this matter from the Office of the United States Trustee for the District of Delaware and the Official Committee of Unsecured Creditors, all of which have been resolved. The Debtors intend to present a revised form of agreed order to the Court for entry either at or before the hearing.

## III.   **CONTESTED MATTERS GOING FORWARD:**

8.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases [D.I. 17; filed April 29, 2014]

<u>Response/Objection Deadline</u>:    May 29, 2014 at 4:00 p.m. (EDT)

<u>Responses/Objections Received</u>:

A.    Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of the TCEH Debtors for Entry of an Order Directing Joint Administration of their Chapter 11 Cases with Those of the ONCOR Debtors [D.I. 222; filed April 30, 2014]

B.    Supplemental Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of the Energy Future Holdings Corp., *et al.*, for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases [D.I. 680; filed May 30, 2014]

C.    Debtors' Omnibus Reply to the Ad Hoc Group of TCEH Unsecured Noteholders' Remaining Objections to Certain First-Day and Second Day Motions [D.I. 739; filed June 3, 2014]

RLF1 10364056v.1

Related Documents:

i.      Declaration of Jeffrey M. Schlerf, Esq. [D.I. 227; filed April 30, 2014]

ii.     Interim Order Directing Joint Administration of the Debtor's Chapter 11 Cases [D.I. 287; filed May 1, 2014]

iii.    Notice of (A) Entry of "Interim Order Directing Joint Administration of the Debtors' Chapter 11 Cases" and (B) Scheduling of a Final Hearing Thereon [D.I. 296; filed May 1, 2014]

iv.    Notice of Filing of Proposed Form of "Final Order Directing Joint Administration of the Debtors' Chapter 11 Cases" [D.I. 732; filed June 3, 2014]

Status: The hearing on this matter will go forward on a contested basis.

9.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees [D.I. 23; filed April 29, 2014]

Response/Objection Deadline:     May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.     Response of the Public Utility Commission of Texas in Support of Certain First Day Pleadings [D.I. 123; filed April 30, 2014]

B.     Limited Omnibus Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; and (2) Certain Other of the Debtors' Operational First-Day Motions [D.I. 681; filed May 30, 2014]

C.     Informal comments from the Official Committee of Unsecured Creditors and the Office of the United States Trustee

Related Documents:

i.      Interim Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees [D.I. 320; filed May 2, 2014]

ii.     Notice of (A) Entry of "Interim Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees" and (B) Scheduling of a Final Hearing Thereon [D.I. 335; filed May 2, 2014]

iii.     Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File its Limited Omnibus Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; and (2) Certain Other of the Debtors' Operational First-Day Motions and Supporting Declaration Under Seal [D.I. 684; filed May 30, 2014]

iv.     Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to Local Rule 9006-1(c) and 9006-1(e) for an Order Shortening Notice with Respect its Motion Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File its Limited Omnibus Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; and (2) Certain Other of the Debtors' Operational First-Day Motions and Supporting Declaration Under Seal [D.I. 685; filed May 30, 2014]

v.     Declaration of Gregory M. Starner, Esq. [D.I. 686; filed May 30, 2014]

vi.     Certification of Counsel Concerning Final Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees [D.I. 755; filed June 3, 2014]

Status: The Debtors intend to present a revised form of agreed order to the Court for entry either at or before the hearing.

10.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Certain Prepetition Compensation and Reimbursable Employee Expenses, (II) Pay and Honor Employee and Retiree Medical and Similar Benefits, and (III) Continue Employee and Retiree Benefit Programs, and (B) Modifying the Automatic Stay [D.I. 25; filed April 29, 2014]

Response/Objection Deadline:     May 29, 2014 at 4:00 p.m. (EDT)

9

Responses/Objections Received:

A.  Limited Omnibus Objection of the Ad Hoc Group of TCEH Unsecured
    Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for Entry
    of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing
    Cash Management System, (II) Maintain Existing Bank Accounts and Business
    Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing
    Continued Intercompany Transactions and Netting of Intercompany Claims; and
    (C) Granting Postpetition Intercompany Claims Administrative Expense Priority;
    and (2) Certain Other of the Debtors' Operational First-Day Motions [D.I. 681;
    filed May 30, 2014]

B.  Informal comments from the Office of the United States Trustee for the District of
    Delaware

C.  Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i.    Supplemental Declaration of Paul Keglevic, Executive Vice President, Chief
      Financial Officer, and Co-Chief Restructuring Officer of Energy Future
      Holdings Corp., *et al.*, in Support of Wages and Benefits Motion [D.I. 46;
      filed April 29, 2014]

ii.   Interim Order (A) Authorizing the Debtors to (I) Pay Certain Prepetition
      Compensation and Reimbursable Employee Expenses, (II) Pay and Honor
      Employee and Retiree Medical and Similar Benefits, and (III) Continue
      Employee and Retiree Benefit Programs, and (B) Modifying the Automatic
      Stay [D.I. 322; filed May 2, 2014]

iii.  Notice of (A) Entry of "Interim Order (A) Authorizing the Debtors to (I) Pay
      Certain Prepetition Compensation and Reimbursable Employee Expenses, (II)
      Pay and Honor Employee and Retiree Medical and Similar Benefits, and (III)
      Continue Employee and Retiree Benefit Programs, and (B) Modifying the
      Automatic Stay" and (B) Scheduling of a Final Hearing Thereon [D.I. 340;
      filed May 2, 2014]

iv.   Supplement to the Motion of Energy Future Holdings Corp., *et al.*, for Entry
      of Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Certain
      Prepetition Compensation and Reimbursable Employee Expenses, (II) Pay
      and Honor Employee and Retiree Medical and Similar Benefits, and (III)
      Continue Employee and Retiree Benefit Programs, and (B) Modifying the
      Automatic Stay [D.I. 629; filed May 29, 2014]

v.    Declaration of Gregory M. Starner, Esq. [D.I. 686; filed May 30, 2014]

vi.     Supplemental Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al*, in Support of the Customer Programs Motion [D.I. 31], the TDSP Motion [D.I. 38], the Wages Motion [D.I. 25], the Wages Motion Supplement [D.I. 629], and the Cash Management Motion [D.I. 37] [D.I. 756; filed June 3, 2014]

Status: By agreement of the parties, the severance relief and independent director fees relief sought in connection with this matter have been continued to the omnibus hearing scheduled for June 30, 2014 at 9:30 a.m. (EDT). The Debtors intend to present a revised form of agreed order to the Court for entry concerning the balance of the relief requested with respect to these continued matters either at or before the hearing.

11.    Motion of Energy Future Holdings Corp., *et al*., for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [D.I. 26; filed April 29, 2014]

Response/Objection Deadline:        May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.     Limited Objection of AEP Texas Central Company d/b/a American Electric Power Company and AEP Texas North Company d/b/a American Electric Power Company to the Motion of Energy Future Holdings Corp., *et al*., for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [D.I. 621; filed May 28, 2014]

B.     CenterPoint Energy Houston Electric, L.L.C.'s Limited Objection and Joinder in AEP Texas Central Company d/b/a American Electric Power Company and AEP Texas North Company d/b/a American Electric Power Company's Limited Objection to the Motion Energy Future Holdings Corp., *et al*., for Entry of a Final Order Determining Adequate Assurance of Payment for Future Utility Services [D.I. 638; filed May 29, 2014]

C.     Informal comments from the Official Committee of Unsecured Creditors and Ad Hoc Group of TCEH Unsecured Creditors

Related Documents:

i.      Interim Order Determining Adequate Assurance of Payment for Future Utility Services [D.I. 319; filed May 2, 2014]

ii.     Notice of (A) Entry of "Interim Order Determining Adequate Assurance of Payment for Future Utility Services" and (B) Scheduling of a Final Hearing Thereon [D.I. 341; filed May 2, 2014]

Status: The Debtors intend to present a revised form of agreed order to the Court for entry either at or before the hearing.

12.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Critical Vendor Claims [D.I. 29; filed April 29, 2014]

Response/Objection Deadline:          May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of a Final Order Authorizing the TCEH Debtors to Pay Prepetition Critical Vendor Claims [D.I. 679; filed May 30, 2014]

B.    Debtors' Omnibus Reply to the Ad Hoc Group of TCEH Unsecured Noteholders' Remaining Objections to Certain First-Day and Second Day Motions [D.I. 739; filed June 3, 2014]

C.    Informal comments from the Office of the United States Trustee for the District of Delaware

D.    Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i.    Interim Order Authorizing the Debtors to Pay Prepetition Critical Vendor Claims [D.I. 309; filed May 2, 2014]

ii.    Notice of (A) Entry of "Interim Order Authorizing the Debtors to Pay Prepetition Critical Vendor Claims" and (B) Scheduling of a Final Hearing Thereon [D.I. 343; filed May 2, 2014]

Status: The hearing on this matter will go forward.

13.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of (A) an Order Authorizing the Debtors to (I) Maintain and Administer Customer Programs and Customer Agreements, (II) Honor Prepetition Obligations Related Thereto, (III) Pay Certain Expenses on Behalf of Certain Organizations, (IV) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (V) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of Customer Agreements, and the Bar Date for Customer Claims and (B) an Order Authorizing Certain of the Debtors to Assume the Customer Agreements [D.I. 31; filed April 29, 2014]

Response/Objection Deadline:          May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.  Response of the Public Utility Commission of Texas in Support of Certain First Day Pleadings [D.I. 123; filed April 30, 2014]

B.  Limited Omnibus Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; and (2) Certain Other of the Debtors' Operational First-Day Motions [D.I. 681; filed May 30, 2014]

C.  Informal comments from the Official Committee of Unsecured Creditors and the Office of the United States Trustee

Related Documents:

i.  Interim Order Authorizing the Debtors to (A) Maintain and Administer Customer Programs and Customer Agreements, (B) Honor Prepetition Obligations Related Thereto, (C) Pay Certain Expenses on Behalf of Certain Organizations, (D) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (E) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of the Customer Agreements, and the Bar Date for Customer Claims [D.I. 307; filed May 2, 2014]

ii.  Notice of (I) Entry of "Interim Order Authorizing the Debtors to (A) Maintain and Administer Customer Programs and Customer Agreements, (B) Honor Prepetition Obligations Related Thereto, (C) Pay Certain Expenses on Behalf of Certain Organizations, (D) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (E) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of the Customer Agreements, and the Bar Date for Customer Claims" and (II) Scheduling of a Final Hearing Thereon  [D.I. 333; filed May 2, 2014]

iii.  Declaration of Gregory M. Starner, Esq. [D.I. 686; filed May 30, 2014]

iv.  Supplemental Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al*, in Support of the Customer Programs Motion [D.I. 31], the TDSP Motion [D.I. 38], the Wages Motion [D.I. 25], the Wages Motion Supplement [D.I. 629], and the Cash Management Motion [D.I. 37] [D.I. 756; filed June 3, 2014]

Status: The Debtors intend to present a revised form of agreed order to the Court for entry either at or before the hearing.

14. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [D.I. 37; filed April 29, 2014]

Response/Objection Deadline:    May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. Limited Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [D.I. 230; filed May 1, 2014]

B. Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, Regarding the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms; and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [D.I. 677; filed May 30, 2014]

C. Limited Omnibus Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; and (2) Certain Other of the Debtors' Operational First-Day Motions [D.I. 681; filed May 30, 2014]

E. Debtors' Omnibus Reply to the Limited Objections of the Ad Hoc Group of TCEH Unsecured Noteholders and the Unsecured Creditors' Committee to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A)

14

Authorizing the Debtors to (I) Continue Using their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [D.I. 740; filed June 3, 2014]

F.      Informal comments from the Office of the United States Trustee for the District of Delaware

G.      Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i.      Declaration of L. John Bird, Esq. [D.I. 232; filed May 1, 2014]

ii.     Interim Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority [D.I. 304; filed May 2, 2014]

iii.    Notice of (A) Entry of "Interim Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority" and (B) Scheduling of a Final Hearing Thereon [D.I. 334; filed May 2, 2014]

iv.     Declaration of Gregory M. Starner, Esq. [D.I. 686; filed May 30, 2014]

v.      Supplemental Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al*, in Support of the Customer Programs Motion [D.I. 31], the TDSP Motion [D.I. 38], the Wages Motion [D.I. 25], the Wages Motion Supplement [D.I. 629], and the Cash Management Motion [D.I. 37] [D.I. 756; filed June 3, 2014]

Status: The Debtors intend to present a revised form of agreed order to the Court for entry either at or before the hearing.

15.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of (A) an Order Authorizing Certain of the Debtors to Pay Certain Prepetition Transition Charges and Delivery Charges and (B) an Order Authorizing Certain of the Debtors to Assume Transmission and Distribution Service Agreements [D.I. 38; filed April 29, 2014]

Response/Objection Deadline:          May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.   Response of the Public Utility Commission of Texas in Support of Certain First Day Pleadings [D.I. 123; April 30, 2014]

B.   Limited Objection of AEP Texas Central Company d/b/a American Electric Power Company and AEP Texas North Company d/b/a American Electric Power Company to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of (A) an Order Authorizing Certain of the Debtors to Pay Certain Prepetition Transition Changes and Delivery Charges and (B) an Order Authorizing Certain of the Debtors to Assume Transmission and Distribution Service Agreements [D.I. 622; May 28, 2014]

C.   CenterPoint Energy Houston Electric, L.L.C.'s Limited Objection and Joinder in AEP Texas Central Company d/b/a American Electric Power Company and AEP Texas North Company d/b/a American Electric Power Company's Limited Objection to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of a Final Order Determining Adequate Assurance of Payment for Future Utility Services [D.I. 638; May 29, 2014]

D.   Limited Omnibus Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts, (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; and (2) Certain Other of the Debtors' Operational First-Day Motions [D.I. 681; May 30, 2014]

E.   Informal comments from the Official Committee of Unsecured Creditors, from counsel to non-Debtor Oncor Electric Holding Delivery Company LLC and its subsidiaries and the Office of the United States Trustee.

Related Documents:

i.   Interim Order Authorizing Certain of the Debtors to Pay Certain Prepetition Transition Charges and Delivery Charges [D.I. 318; filed May 2, 2014]

ii.   Notice of (A) Entry of "Interim Order Authorizing Certain of the Debtors to Pay Certain Prepetition Transition Charges and Delivery Charges" and (B) Scheduling of a Final Hearing Thereon [D.I. 336; filed May 2, 2014]

iii.   Declaration of Gregory M. Starner, Esq. [D.I. 686; filed May 30, 2014]

iv.   Supplemental Declaration of Paul Keglevic, Executive Vice President, Chief
      Financial Officer, and Co-Chief Restructuring Officer of Energy Future
      Holdings Corp., *et al*, in Support of the Customer Programs Motion [D.I. 31],
      the TDSP Motion [D.I. 38], the Wages Motion [D.I. 25], the Wages Motion
      Supplement [D.I. 629], and the Cash Management Motion [D.I. 37] [D.I. 756;
      filed June 3, 2014]

Status: The Debtors intend to present a revised form of agreed order to the Court for
        entry either at or before the hearing.

16.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing
      Certain of the Debtors to Assume Standard Form Market Participant Agreements
      with ERCOT [D.I. 40; filed April 29, 2014]

      Response/Objection Deadline:        May 29, 2014 at 4:00 p.m. (EDT)

      Responses/Objections Received:

      A.   Response of the Public Utility Commission of Texas in Support of Certain First
           Day Pleadings [D.I. 123; filed April 30, 2014]

      B.   Informal comments from the Official Committee of Unsecured Creditors and
           counsel to the Electric Reliability Counsel of Texas

      Related Documents:

      i.   Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an
           Order Authorizing Certain of the Debtors to Assume Standard Form Market
           Participant Agreements with ERCOT" and Hearing Thereon [D.I. 351; May 5,
           2014]

      ii.  Certification of Counsel Concerning Order Authorizing Certain of the Debtors
           to Assume Standard Form Market Participant Agreements with ERCOT [D.I.
           750; filed June 3, 2014]

      Status: The Debtors intend to present a revised form of agreed order to the Court for
              entry either at or before the hearing.

17.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final
      Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition
      Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations
      Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements
      and New Postpetition Hedging and Trading Arrangements [D.I. 41; filed April 29,
      2014]

      Response/Objection Deadline:        May 29, 2014 at 4:00 p.m. (EDT)

17

Responses/Objections Received:

A.    Response of the Public Utility Commission of Texas in Support of Certain First Day Pleadings [D.I. 123; filed April 30, 2014]

B.    Informal comments of Office of the United States Trustee for the District of Delaware and the Official Committee of Unsecured Creditors

Related Documents:

i.    Declaration of Terry L. Nutt in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements [D.I. 229; filed May 1, 2014]

ii.    Interim Order Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements [D.I. 315; filed May 2, 2014]

iii.    Notice of (I) Entry of "Interim Order Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements" and (II) Scheduling of a Final Hearing Thereon [D.I. 337; filed May 2, 2014]

iv.    Supplement to the Motion of Energy Future Holdings Corp., *et al*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements [D.I. 734; filed June 3, 2014]

Status: By agreement of the parties, the relief sought in this matter related to new, incremental proprietary trading transactions has been continued to the omnibus hearing scheduled for June 30, 2014 at 9:30 a.m. (EDT). The Debtors intend to present a revised form of agreed order to the Court for entry concerning the balance of the relief requested with respect to this continued matter either at or before the hearing.

18.   Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 71; filed April 29, 2014]

Response/Objection Deadline:       May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.   Omnibus Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (I) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (II) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 231; filed May 1, 2014]

B.   Aurelius Capital Management, LP's Limited Objection to the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 632; filed May 29, 2014]

C.   Response of Alcoa Inc. to Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Final Order Authorizing Use of Cash Collateral and Granting Related Relief [D.I. 634; filed May 29, 2014]

D.   Statement and Reservation of Rights of CSC Trust Company of Delaware, as Proposed Successor Indenture Trustee for Certain 7.46% and 7.48% TCEH Secured Facility Bonds, with Respect to the TCEH Debtors' Motions (I) for Entry of a Final Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay, and (II) for Entry of a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, and (C) Modifying the Automatic Stay [D.I. 639; filed May 29, 2014]

E.   Objection of the Official Committee of Unsecured Creditors to the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 641; filed May 29, 2014]

F.    Objection of Law Debenture Trust Company of New York, as Indenture Trustee, to (1) Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of a Final Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection and (C) Modifying the Automatic Stay and (2) Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, for Entry of a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims and (C) Modifying the Automatic Stay [D.I. 648; filed May 29, 2014]

G.    Supplemental Omnibus Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (I) Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (II) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 678; filed May 30, 2014]

H.    Omnibus Reply of the Ad Hoc Committee of TCEH First Lien Creditors to Objections to the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 725; filed June 2, 2014]

I.    Omnibus Response of Wilmington Trust, N.A., in its Capacity as Successor First Lien Collateral Agent, to Objections to the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 731; filed June 3, 2014]

J.    Debtors' Omnibus Reply to the Ad Hoc Group of TCEH Unsecured Noteholders' Remaining Objections to Certain First-Day and Second Day Motions [D.I. 739; filed June 3, 2014]

Related Documents:

i.    Declaration of L. John Bird, Esq. [D.I. 232; filed May 1, 2014]*(see document at agenda item #14i)*

ii.    Interim Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B)

Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 324; filed May 2, 2014]

iii.  Notice of (I) Entry of "Interim Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing" and (II) Scheduling of a Final Hearing Thereon [D.I. 338; filed May 2, 2014]

iv.  Notice of Filing of Proposed Form of "Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay" [D.I. 597; filed May 22, 2014]

v.  Notice of Withdrawal [D.I. 667; filed May 30, 2014]

vi.  Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File its Supplemental Omnibus Objection to (I) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (II) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing and Supporting Declaration Under Seal [D.I. 682; filed May 30, 2014]

vii.  Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening Notice with Respect its Motion Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File its Supplemental Omnibus Objection to (I) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (II) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing and Supporting Declaration Under Seal [D.I. 683; filed May 30, 2014]

viii.  Declaration of Gregory Starner, Esq. [D.I. 688; filed May 30, 2014]

ix.    Ad Hoc Committee of TCEH First Lien Creditors' Motion for Leave to Exceed Page Limit Requirement with Respect to the Omnibus Reply of the Ad Hoc Committee of TCEH First Lien Creditors to Objections to the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 726; filed June 2, 2014]

Status: The hearing on this matter will go forward.

19.    Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 73; filed April 29, 2014]

Response/Objection Deadline:      May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Omnibus Preliminary Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (I) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (II) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 231; filed May 1, 2014]

B.    Objection of the Official Committee of Unsecured Creditors to the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 637; filed May 29, 2014]

C.    Statement and Reservation of Rights of CSC Trust Company of Delaware, as Proposed Successor Indenture Trustee for Certain 7.46% and 7.48% TCEH Secured Facility Bonds, with Respect to the TCEH Debtors' Motions (I) for Entry of a Final Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay, and (II) for Entry of a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, and (C) Modifying the Automatic Stay [D.I. 639; filed May 29, 2014]

D.    Objection of Law Debenture Trust Company of New York, as Indenture Trustee, to (1) Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of a Final Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection and (C) Modifying the Automatic Stay and (2) Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, for Entry of a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims and (C) Modifying the Automatic Stay [D.I. 648; filed May 29, 2014]

E.    Supplemental Omnibus Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to (I) Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (II) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 678; filed May 30, 2014]

F.    TCEH DIP Agent's Reply in Support of the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 722; filed June 2, 2014]

G.    Debtors' Omnibus Reply in Support of the TCEH Debtors' DIP Motion and Cash Collateral Motion and in Response to the Objections Thereto [D.I. 738; filed June 3, 2014]

Related Documents:

i.    Motion Authorizing Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates to File Under Seal the Certain Fee Letter Related to Proposed Debtors-in-Possession Financing [D.I. 36; filed April 29, 2014]

ii.    Supplemental Declaration of Stephen Goldstein in Support of (I) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing and (II) the Motion Authorizing Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates to File Under Seal the Certain Fee Letter Related to Proposed Debtor-in-Possession Financing [D.I. 211; filed April 30, 2014]

23

iii.    Declaration of L. John Bird, Esq. [D.I. 232; filed May 1, 2014] *(see document at agenda item #14i)*

iv.    Order Authorizing Texas Competitive Electric Holdings Company LLC to File Under Seal the Certain Fee Letter Related to Proposed Debtor-in-Possession Financing [D.I. 290; filed May 1, 2014]

v.    Interim Order (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [D.I. 325; filed May 2, 2014]

vi.    Notice of (I) Entry of "Interim Order (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing" and (II) Scheduling of a Final Hearing Thereon [D.I. 339; filed May 2, 2014]

vii.    Notice of Filing of Proposed Form of "Final Order (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, and (C) Modifying the Automatic Stay" [D.I. 598; filed May 22, 2014]

viii.    Notice of Filing of Budget in Connection with the TCEH Debtors' Postpetition Financing [D.I. 599; filed May 22, 2014]

ix.    Notice of Withdrawal of Statement and Reservation of Rights of CSC Trust Company of Delaware, as Proposed Successor Indenture Trustee for Certain 7.46% and 7.48% TCEH Secured Facility Bonds [D.I. 642; filed May 29, 2014]

x.    Declaration of Gregory Starner, Esq. [D.I. 688; filed May 30, 2014]

xi.    Declaration of Chad Husnick in Support of Debtors' Omnibus Reply in Support of the TCEH Debtors' DIP Motion and Cash Collateral Motion and in Response to the Objections Thereto [D.I. 744; filed June 3, 2014]

Status: The hearing on this matter will go forward.

20.    Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First

Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay [D.I. 74; filed April 29, 2014]

Response/Objection Deadline:        May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Preliminary Objection of EFIH 2nd Lien Notes Indenture Trustee and Certain Noteholders to Motion for Interim Order Scheduling Final Hearing on Post-Petition Financing [D.I. 188; filed April 30, 2014]

B.    Preliminary Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Motion to Approve First-Lien Post-Petition Financing, Redeem First Lien and Second Lien Notes, and Determine Secured Claim [D.I. 421; filed May 13, 2014]

C.    EFIH Second Lien Notes Indenture Trustee's (I) Preliminary Response to Debtors' Settlement Motion and (II) Limited Objection and Reservation of Rights to Debtors' Motion Approving First Lien DIP Financing [D.I. 649; filed May 29, 2014]

D.    Limited Objection of the Official Committee of Unsecured Creditor to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay [D.I. 687; filed May 30, 2014]

E.    Limited Objection of CSC Trust Company of Delaware, as Indenture Trustee and as Collateral Trustee, to Motion of EFIH Debtors for Approval of First-Lien Postpetition Financing [D.I. 691; filed May 31, 2014]

F.    EFIH Debtors' Omnibus Reply to Objections to the EFIH Debtors' Motion for Approval of the EFIH First Lien DIP Financing, the EFIH First Lien Repayment, and the Fidelity Funding Fee [D.I. 735; filed June 3, 2014]

G.    Joinder of EFIH First Lien DIP Agent to the EFIH Debtors' Omnibus Reply to Objections to the EFIH Debtors' Motion for Approval of the EFIH First Lien DIP Financing, the EFIH First Lien Repayment, and the Fidelity Funding Fee [D.I. 745; filed June 3, 2014]

RLF1 10364056v.1

Related Documents:

i.  Motion Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal the Certain Fee Letter Related to Proposed Debtor-in-Possession Financing [D.I. 39; filed April 29, 2014]

ii. Supplemental Declaration of Stephen Goldstein in Support of the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay [D.I. 221; filed April 30, 2014]

iii. Order Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal the Certain Fee Letter Related to Proposed Debtor-in-Possession [D.I. 288; filed May 1, 2014]

iv. Order Approving Certain Fees Related to and Scheduling a Final Hearing on the Proposed Postpetition Financing of Energy Future Intermediate Holding Company LLC and EFIH Finance [D.I. 289; filed May 1, 2014]

v.  Notice of (A) Entry of "Order Approving Certain Fees Related to and Scheduling a Final Hearing on the Proposed Postpetition Financing of Energy Future Intermediate Holding Company LLC and EFIH Finance" and (B) Scheduling of a Final Hearing Thereon [D.I. 297; filed May 1, 2014]

vi. Notice of Filing of Proposed Form of "Final Order (A) Approving Postpetition Financing of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Approving the Use of Cash Collateral by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing the EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Order, and (F) Modifying the Automatic Stay" [D.I. 600; filed May 22, 2014]

vii. Debtors' Notice of Filing Supplemental Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of (1) the EFIH First Lien DIP Motion and (2) the EFIH Settlement Motion [D.I. 610; filed May 25, 2014]

Status: The hearing on this matter will go forward.

21.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs [D.I. 466; filed May 15, 2014]

Response/Objection Deadline:        May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.   Reservation of Rights of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.* Regarding the Motion of Energy Future Holdings Corp., *et al.* for Entry of an Order Extending the Debtors' Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs [D.I. 635; filed May 29, 2014]

B.   Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Time to File Schedules of Assets and Liabilities, Schedules of Current Income ad Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs [D.I. 645; filed May 29, 2014]

C.   Debtors' Omnibus Reply to the Ad Hoc Group of TCEH Unsecured Noteholders' Remaining Objections to Certain First-Day and Second Day Motions [D.I. 739; filed June 3, 2014]

Related Documents:

Status: The hearing on this matter will go forward.

22.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 472; filed May 15, 2014]

Response/Objection Deadline:        May 29, 2014 at 4:00 p.m. (EDT); extended to June 20, 2014 at 4:00 p.m. (EDT) for all relief requested except with respect to any relief requested related to the First Lien Settlement (as defined in the motion).

Responses/Objections Received:

A.   Statement of EFIH 2nd Lien Notes Indenture Trustee Concerning Scheduling of Hearing on Debtors' Settlement Motion, 2nd Lien DIP Motion and RSA Assumption Motion [D.I. 562; filed May 21, 2014]

27

B.     EFIH Second Lien Notes Indenture Trustee's (I) Preliminary Response to Debtors' Settlement Motion and (II) Limited Objection and Reservation of Rights to Debtors' Motion Approving First Lien DIP Financing [D.I. 649; filed May 29, 2014]

C.     Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve the "First Lien Settlement" [D.I. 694; filed May 31, 2014]

D.     Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement [D.I. 737; filed June 3, 2014]

Related Documents:

i.     Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C. in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 474; filed May 15, 2014]

ii.     Debtors' Notice of Filing Supplemental Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of (1) the EFIH First Lien DIP Motion and (2) the EFIH Settlement Motion [D.I. 610; filed May 25, 2014]

iii.     Re-Notice of Motions and Hearing [D.I. 626; filed May 28, 2014]

iv.     Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [D.I. 695; filed May 31, 2014]

v.     Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [D.I. 696; filed May 31, 2014]

vi.     Notice of Filing of Proposed Form of Order Approving EFIH First Lien Settlement [D.I. 730; filed June 2, 2014]

Status: The relief requested related to the First Lien Settlement (as defined in the motion) will go forward. By agreement of the parties, the hearing on all other relief requested in the motion has been continued to the omnibus hearing scheduled for June 30, 2014 at 9:30 a.m. (EDT).

## IV.    **STATUS CONFERENCES:**

23.    Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy

Future Holdings Corporation, its Affiliates, and Certain Third Parties (the "2004 Motion") [D.I. 6; filed April 29, 2014]

Response/Objection Deadline:        None has been set/noticed to date

Responses/Objections Received:

A.    Debtors' Response and Partial Opposition to the Motion of Wilmington Savings Fund Society, FSB Pursuant to Rule 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [D.I. 203; filed April 30, 2014]

Related Documents:

i.    Appendix to Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 7; filed April 29, 2014]

ii.    Motion of Wilmington Savings Fund Society, FSB Pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [D.I. 8; filed April 29, 2014]

iii.    Limited Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 226; filed April 30, 2014]

iv.    Notice of Status Conference in Connection with "Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties" [D.I. 417; filed May 12, 2014]

v.    Debtors' Status Report in Reference to Wilmington Savings Fund Society, FSB's Motion for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 537; filed May 20, 2014]

Status: A further status conference only on this matter will go forward.

24.     Letter to the Honorable Christopher S. Sontchi from Edward S. Weisfelner (Redacted) [D.I. 698; filed June 2, 2014]

   <u>Response/Objection Deadline</u>:          June 4, 2014 at 12:00 p.m. (noon) (EDT)

   <u>Responses/Objections Received</u>:      None at this time.[3]

   <u>Related Documents</u>:

   i.     Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal [D.I. 699; filed June 2, 2014]

   ii.    Letter to the Honorable Christopher S. Sontchi from Christopher Shore, Esq. Regarding Additional Discovery Dispute [D.I. 749; filed June 3, 2014]

   <u>Status</u>: A status conference only on this matter will go forward.

---

[3] The Debtors intend to file an objection in connection with this matter on June 4, 2014.

RLF1 10364056v.1

Dated:  June 3, 2014
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:          richard.cieri@kirkland.com
                edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

31