**EXHIBIT 1 to EXHIBIT A**

**Tier 1 Ordinary Course Professionals**

## Tier 1 Ordinary Course Professionals

| OCP | Address | Service Category |
|---|---|---|
| Balch & Bingham LLP | P.O. Box 306, Birmingham, AL 35203 | Environmental Litigation |
| Bracewell & Giuliani LLP | 711 Louisiana Street, Ste. 2900, Houston, TX 77002 | Environmental Advice / Political Consultant |
| Duff & Phelps LLC | 12595 Collection Center Drive Chicago, IL 60693 | Valuation - Impairment; Property Tax |
| Enoch Kever | 600 Congress Avenue, Ste. 2800, Austin, TX 78701 | Regulatory Advice |
| Hawkins Parnell Thackston & Young LLP | 4000 Sun Trust Plaza, Atlanta, GA 3030-3243 | Litigation - Asbestos |
| Hunton & Williams LLP | 2200 Pennsylvania Avenue N.W., Washington, DC 20037 | Benefits-Immigration, Political Consultant |
| Morgan Lewis & Bockius LLP | P.O. Box 8500 S-6050, Philadelphia, PA 19178-6050 | Regulatory (NRC) and Labor |
| Vinson & Elkins LLP | P.O. Box 200113, Houston, TX 77216-0113 | Regulatory, Real Estate Advice |