IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket Nos. 745** |
| | ) |

## AFFIDAVIT OF SERVICE

I, R. Stephen McNeill, hereby certify that on this 3rd day of June 2014, I caused a true and correct copy of the **Joinder of EFIH First Lien DIP Agent to the EFIH Debtors' Omnibus Reply to Objections to the EFIH Debtors' Motion for Approval of the EFIH First Lien DIP Financing, the EFIH First Lien Repayment, and the Fidelity Funding Fee** to be served upon the individual listed below as indicated:

| VIA FIRST-CLASS MAIL | VIA HAND DELIVERY |
|---|---|
| James H. Miller<br>DRINKER BIDDLE & REATH LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>*(Counsel for CSC Trust Company of Delaware, as successor indenture trustee)* | Richard L. Schepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice 844<br>King Street, Suite 2207 Lockbox #35<br>Wilmington, DE 19801<br>richard.schepacarter@usdoj.gov |

| **VIA FIRST-CLASS MAIL**<br><br>Richard M. Cieri<br>Edward O. Sassower<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue New York, NY 10022-4611<br>richard.cieri@kirkland.com<br>stephen.hessler@kirkland.com<br>*(Counsel to the Debtors)* | **VIA HAND DELIVERY**<br><br>Mark D. Collins<br>Daniel J. DeFranceschi<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>collins@RLF.com<br>defranceschi@rlf.com<br>*(Counsel to the Debtors)* |
|---|---|
| **VIA FIRST-CLASS MAIL**<br><br>James H.M. Sprayregen Chad J. Husnick KIRKLAND & ELLIS, LLP 300 North LaSalle Street Chicago, IL 60654<br>chusnick@kirkland.com<br>james.sprayregen@kirkland.com<br>*(Counsel to the Debtors)* | **VIA HAND DELIVERY**<br><br>Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com<br>*(Counsel for The Official Committee of Unsecured Creditors)* |
| **VIA FIRST-CLASS MAIL**<br><br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019-9601<br>jpeck@mofo.com<br>brettmiller@mofo.com<br>lmarinuzzi@mofo.com<br>*(Counsel for The Official Committee of Unsecured Creditors)* | **VIA HAND DELIVERY**<br><br>Laura Davis Jones<br>Robert J. Feinstein<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>*(Counsel for Indenture Trustee and the EFIH 2nd Lien Objectors)* |

| | |
|---|---|
| **VIA FIRST-CLASS MAIL**<br><br>Stephanie Wickouski<br>BRYAN CAVE<br>1290 Avenue of the Americas<br>New York, NY 10104<br>stephanie.wickouski@bryancave.com<br>*(Counsel for Indenture Trustee and the EFIH 2nd Lien Objectors)* | **VIA FIRST-CLASS MAIL**<br><br>Mark R. Somerstein<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>mark.somerstein@ropesgray.com<br>*(Counsel for CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee)* |
| **VIA FIRST-CLASS MAIL**<br><br>D. Ross Martin<br>Andrew G. Devore<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>*(Counsel for CSC Trust Company of Delaware, as successor indenture trustee)* | **VIA HAND DELIVERY**<br><br>William P. Bowden<br>Gregory A. Taylor<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*(Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee)* |
| **VIA FIRST-CLASS MAIL**<br><br>Edward S. Weisfelner<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York 10036<br>*(Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee)* | **VIA FIRST-CLASS MAIL**<br><br>Jeffrey L. Jonas<br>Jeremy B. Coffey<br>One Financial Center<br>Boston, MA 02111<br>*(Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee)* |
| **VIA HAND DELIVERY**<br><br>Norman L. Pernick<br>J. Kate Stickles<br>Nicholas J. Brannick<br>COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>*(Counsel for CSC Trust Company of Delaware, as successor indenture trustee)* | **VIA HAND DELIVERY**<br><br>Jeffrey M. Schlerf<br>John H. Strock<br>L. John Bird<br>FOX ROTHSCHILD LLP<br>919 North Market St., Suite 300<br>Wilmington, DE 19801<br>*(Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders)* |

| | |
|---|---|
| **VIA FIRST-CLASS MAIL**<br><br>Thomas E Lauria<br>Matthew C. Brown<br>WHITE & CASE LLP<br>Southeast Financial Center, Suite 4900<br>200 South Biscayne Blvd.<br>Miami, FL 33131<br>*(Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders)* | **VIA FIRST-CLASS MAIL**<br><br>J. Christopher Shore<br>Gregory M. Starner<br>1155 Avenue of the Americas<br>New York, NY 10036<br>*(Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders)* |
| **VIA HAND DELIVERY**<br><br>Stephen M. Miller<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P. O. Box 2306<br>Wilmington, DE 19899-2306<br>*(Attorneys for Law Denture Trust Company of New York, as Indenture Trustee)* | **VIA FIRST-CLASS MAIL**<br><br>Daniel A. Lowenthal<br>Brian P. Guiney<br>Craig W. Dent<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>*(Attorneys for Law Denture Trust Company of New York, as Indenture Trustee)* |
| **VIA HAND DELIVERY**<br><br>Scott D. Cousins<br>Mark D. Olivere<br>Ann M. Kashishian<br>COUSINS CHIPMAN & BROWN, LLP<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801<br>*(Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders)* | **VIA FIRST-CLASS MAIL**<br><br>Ira S. Dizengoff<br>Stephen M. Baldini<br>Abid Qureshi<br>Robert J. Boller<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>*(Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders)* |
| **VIA FIRST-CLASS MAIL**<br><br>Scott L. Alberino<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Avenue<br>Washington, DC 20036-1564<br>*(Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders)* | **VIA FIRST-CLASS MAIL**<br><br>Warren A. Usatine<br>COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>25 Main Street<br>P. O. Box 800<br>Hackensack, NJ 07602<br>*(Counsel for CSC Trust Company of Delaware, as successor indenture trustee)* |

| **VIA FIRST-CLASS MAIL**<br><br>Keith H. Wofford<br>Mark R. Somerstein<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*(Counsel for CSC Trust Company of Delaware, as successor indenture trustee)* | **VIA FIRST-CLASS MAIL**<br><br>Thomas Moers Mayer<br>Philip Bentley<br>Joshua K. Brody<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
|---|---|

Dated: June 3, 2014                             **POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
Laurie Selber Silverstein (DE Bar No. 2396)
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

**SHEARMAN & STERLING LLP**
Fredric Sosnick
Ned S. Schodek
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: fsosnick@shearman.com
           ned.schodek@shearman.com

*Attorneys for the EFIH First Lien DIP Agent*

1154636

5