IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 31, 307, 333 & 756 |

## CERTIFICATION OF COUNSEL CONCERNING ORDER (A) AUTHORIZING THE DEBTORS TO (I) MAINTAIN AND ADMINISTER CUSTOMER PROGRAMS AND CUSTOMER AGREEMENTS, (II) HONOR PREPETITION OBLIGATIONS RELATED THERETO, (III) PAY CERTAIN EXPENSES ON BEHALF OF CERTAIN ORGANIZATIONS, (IV) FIX THE DEADLINE TO FILE PROOFS OF CLAIM FOR CERTAIN CUSTOMER CLAIMS, AND (V) ESTABLISH PROCEDURES FOR NOTIFYING CUSTOMERS OF COMMENCEMENT OF THE DEBTORS' CHAPTER 11 CASES, ASSUMPTION OF CUSTOMER AGREEMENTS, AND THE BAR DATE FOR CUSTOMER CLAIMS AND (B) AUTHORIZING CERTAIN OF THE DEBTORS TO ASSUME THE CUSTOMER AGREEMENTS

The undersigned hereby certifies as follows:

1. On April 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp.,** *et al.*, **for Entry of (A) an Order Authorizing the Debtors to (I) Maintain and Administer Customer Programs and Customer Agreements, (II) Honor Prepetition Obligations Related Thereto, (III) Pay Certain Expenses on Behalf of Certain Organizations, (IV) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (V) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10360723v.2

Customer Agreements, and the Bar Date for Customer Claims and (B) an Order Authorizing Certain of the Debtors to Assume the Customer Agreements [D.I. 31] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. Pursuant to the **Notice of (I) Entry of "Interim Order Authorizing the Debtors to (A) Maintain and Administer Customer Programs and Customer Agreements, (B) Honor Prepetition Obligations Related Thereto, (C) Pay Certain Expenses on Behalf of Certain Organizations, (D) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (E) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of Customer Agreements, and the Bar Date for Customer Claims" and (II) Scheduling of a Final Hearing Thereon** [D.I. 333], objections or responses to the final relief requested in the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on May 29, 2014 (the "Objection Deadline"),[2] and a hearing to consider the final relief requested in the Motion is currently scheduled to take place on June 5, 2014 at 9:30 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, the official committee of unsecured creditors (the "Committee") and the Office of the United States Trustee (the "U.S. Trustee") provided informal responses to the Motion (collectively, the "Informal Responses"), and the ad hoc group of TCEH unsecured noteholders (the "Ad Hoc Group") filed a limited objection to the Motion [D.I. 681] (the "Objection" and, together with the Informal Responses, the "Responses"). In connection with the Responses, the Debtors filed the **Supplemental Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of**

---

[2] The Debtors extended the Objection Deadline for the Ad Hoc Group and the Committee to May 30, 2014 and for the U.S. Trustee to June 2, 2014.

RLF1 10360723v.2

**Energy Future Holdings Corp., et al., in Support of the Customer Programs Motion [D.I. 31], the TDSP Motion [D.I. 38], the Wages Motion [D.I. 25], the Wages Motion Supplement [D.I. 629] and the Cash Management Motion [D.I. 37]** [D.I. 756]. Other than the Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors, the Committee, the Ad Hoc Group and the U.S. Trustee, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion, which resolves the Responses. A copy of the Revised Order is attached hereto as Exhibit A. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as Exhibit B. The Revised Order has been circulated to, and is acceptable to, the Committee, the U.S. Trustee and the Ad Hoc Group.

4. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: June 3, 2014
       Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com
          semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
          edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession