IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Related to Docket Nos. 678, 681, 686, 688 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE  §
                                    §  SS:
NEW CASTLE COUNTY  §

*Judith B. Wray*, being duly sworn according to law, deposes and says that she is employed by Fox Rothschild LLP, co-counsel to the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned cases, and that on the 2nd day of June, 2014, copies of the unredacted versions of following documents were caused to be served upon the parties listed on the service list attached hereto *via* the manner indicated:

1. Supplemental Omnibus Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To (I) The Motion Of Texas Competitive Electric Holdings Company LLC And Certain Of Its Debtor Affiliates For Entry Of Interim And Final Orders (A) Approving Postpetition Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Modifying The Automatic Stay, And (D) Scheduling A Final Hearing, And (II) The Motion Of Texas Competitive Electric Holdings Company LLC And Certain Of Its Debtor Affiliates For Entry Of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying The Automatic Stay, And (D) Scheduling A Final Hearing [DI 678];

2. Limited Omnibus Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To (1) The Motion Of Energy Future Holdings Corp., Et Al., For Entry Of An Order (A) Authorizing The Debtors To (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts And Business Forms, And (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions And Netting Of Intercompany

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

            Claims; And (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; And (2) Certain Other Of The Debtors' Operational First-Day [DI 681];

3.     Declaration of Gregory Starner, Esq. in support of Limited Omnibus Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To (1) The Motion Of Energy Future Holdings Corp., Et Al., For Entry Of An Order (A) Authorizing The Debtors To (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts And Business Forms, And (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions And Netting Of Intercompany Claims; And (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; And (2) Certain Other Of The Debtors' Operational First-Day [DI 686]; and

4.     Declaration of Gregory Starner, Esq. in support of Supplemental Omnibus Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To (I) The Motion Of Texas Competitive Electric Holdings Company LLC And Certain Of Its Debtor Affiliates For Entry Of Interim And Final Orders (A) Approving Postpetition Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Modifying The Automatic Stay, And (D) Scheduling A Final Hearing, And (II) The Motion Of Texas Competitive Electric Holdings Company LLC And Certain Of Its Debtor Affiliates For Entry Of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying The Automatic Stay, And (D) Scheduling A Final Hearing [DI 688].

_____
Judith B. Wray

**SWORN TO AND SUBSCRIBED** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: June 3, 2014

_____
Notary Public

[Notary Seal: JOAN M. HOFMANN, MY COMMISSION EXPIRES JULY 2, 2017, NOTARY PUBLIC, STATE OF DELAWARE]

**VIA HAND DELIVERY:**

RICHARDS LAYTON & FINGER, P.A.
MARK D. COLLINS, ESQ.
DANIEL DEFRANCESCHI, ESQ.
JASON MADRON, ESQ.
920 N. KING STREET
WILMINGTON, DE 19801

POLSINELLI PC
CHRISTOPHER A. WARD, ESQ.
JUSTIN K. EDELSON, ESQ.
SHANTI M. KATONA, ESQ.
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATE TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

**VIA FIRST CLASS MAIL:**

KIRKLAND & ELLIS LLP
JAMES H.M. SPRAYREGEN, P.C.
ANDREW MCGAAN, ESQ.
CHAD HUSNICK, ESQ.
STEVEN SERAJEDDINI, ESQ.
300 N. LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
RICHARD CIERI, ESQ.
EDWARD SASSOWER PC
STEPHEN HESSLER, ESQ.
BRIAN E SCHARTZ, ESQ.
601 LEXINGTON AVE.
NEW YORK, NY 10022

MORRISON & FOERSTER LLP
JAMES M. PECK, ESQ.
BRETT H. MILLER, ESQ.
LORENZO MARINUZZI, ESQ.
250 WEST 55TH STREET
NEW YORK, NY 10019