IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Related to Docket Nos. 758 and 759 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE § 
§ SS: 
NEW CASTLE COUNTY §

*Judith B. Wray*, being duly sworn according to law, deposes and says that she is employed by Fox Rothschild LLP, co-counsel to the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned cases, and that on the 3rd day of June, 2014, copies of the following Orders were caused to be served upon the parties listed on the service list attached hereto *via* the manner indicated:

1. Order Granting Motion Of The Ad Hoc Group Of TCEH Unsecured Noteholders Pursuant to Shorten Notice With Respect Its Motion Pursuant To 11 U.S.C. § 107(b), Bankruptcy Rule 9018, And Local Rule 9018-1(b) For Authority To File Its Supplemental Omnibus Objection To (I) The Motion Of Texas Competitive Electric Holdings Company LLC And Certain Of Its Debtor Affiliates For Entry Of Interim And Final Orders (A) Approving Postpetition Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Modifying The Automatic Stay, And (D) Scheduling A Final Hearing, And (II) The Motion Of Texas Competitive Electric Holdings Company LLC And Certain Of Its Debtor Affiliates For Entry Of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying The Automatic Stay, And (D) Scheduling A Final Hearing And Supporting Declaration Under Seal [DI 758]; and

2. Order Granting Motion Of The Ad Hoc Group Of TCEH Unsecured Noteholders Pursuant To Local Rules 9006-1(c) And 9006-1(e) For An Order Shortening Notice With Respect Its Motion Pursuant To 11 U.S.C. § 107(b), Bankruptcy

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Rule 9018, And Local Rule 9018-1(b) For Authority To File Its Limited Omnibus Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To (1) The Motion Of Energy Future Holdings Corp., Et Al., For Entry Of An Order (A) Authorizing The Debtors To (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts And Business Forms, And (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions And Netting Of Intercompany Claims; And (C) Granting Postpetition Intercompany Claims Administrative Expense Priority; And (2) Certain Other Of The Debtors' Operational First Day Motions And Supporting Declaration Under Se [DI 759].

_____
Judith B. Wray

**SWORN TO AND SUBSCRIBED** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: June 3, 2014

[Notary signature and seal: Joan M. Hoffmann, Notary Public, State of Delaware, My Commission Expires July 2, 2017]

ASHBY & GEDDES, P.A.
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ
500 DELAWARE AVE
PO BOX 1150
WILMINGTON, DE 19899

VIA HAND DELIVERY

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS
2001 ROSS AVE.
DALLAS, TX 75201-2980

VIA FIRST CLASS MAIL

BINGHAM MCCUTCHEN LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)
ATTNL JULIA FROST-DAVIES ESQ &
CHRISTOPHER L. CARTER ESQ
ONE FEDERAL STREET
BOSTON, MA 02110-1726

VIA FIRST CLASS MAIL

BINGHAM MCCUTCHEN LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP)
ATTN: JEFFREY S. SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-468

VIA FIRST CLASS MAIL

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ & AARON LAUCHHEIMER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY 10036

VIA FIRST CLASS MAIL

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM STREET
HARTFORD, CT 06103

VIA FIRST CLASS MAIL

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

VIA FIRST CLASS MAIL

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548

VIA FIRST CLASS MAIL

CONNOLLY GALLAGHER LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)
ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ
1000 WEST STREET, SUITE 1400
WILMINGTON, DE 19801

VIA HAND DELIVERY

CROSS & SIMON, LLC
(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.)
ATTN: MICHAEL J. JOYCE
913 N. MARKET STREET, 11TH FLOOR
PO BOX 1380
WILMINGTON, DE 19899-1380

VIA HAND DELIVERY

DENTONS US LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ
OSCAR PINKS ESQ
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
VIA FIRST CLASS MAIL

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK, N.A.)
ATTN: HOWARD A. COHEN & ROBERT K. MALONE
222 DELAWARE AVE., STE. 1410
WILMINGTON, DE 19801-1621

VIA HAND DELIVERY

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

VIA FIRST CLASS MAIL

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.)
ATTN: BRAD E. SCHELER, GARY L. KAPLAN &
MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK, NY 10004

VIA FIRST CLASS MAIL

FROST BROWN TODD LLC
(COUNSEL TO SITEL, LLC)
ATTN: EDWARD M. KING, ESQ.
400 W. MARKET STREET, 32ND FLOOR
LOUISVILLE, KY 40202

VIA FIRST CLASS MAIL

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO: AURELIUS)
ATTN: MICHAEL G. BUSENKELL
913 N. MARKET STREET, 10TH FLOOR
WILMINGTON, DE 19801

VIA HAND DELIVERY

KELLY HART & HALLMAN LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH,TX 76102

VIA FIRST CLASS MAIL

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES H.M. SPRAYREGEN, P.C. & & ANDREW MCGAAN ESQ
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO,IL 60654

VIA FIRST CLASS MAIL

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

VIA FIRST CLASS MAIL

LANDIS RATH & COBB LLP
(COUNSEL TO: ALCOA)
ATTN: ADAM G. LANDIS, ESQ.,MATTHEW B. MCGUIRE,ESQ.
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

VIA HAND DELIVERY

LANDIS RATH & COBB LLP
(COUNSEL TO: MARATHON MGMT)
ATTN: ADAM LANDIS ESQ & MATTEW MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

VIA HAND DELIVERY

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ATTN: ELIZABETH WELLER ESQ
1100 COMMERCE ST ROOM 9C60
DALLAS, TX 75242-1496

VIA FIRST CLASS MAIL

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO: HARRIS COUNTY)
ATTN: JOHN P. DILLMAN
P.O. BOX 3064
HOUSTON, TX 77253-3064

VIA FIRST CLASS MAIL

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

VIA FIRST CLASS MAIL

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MARC PHILLIPS ESQ
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801

VIA HAND DELIVERY

MCCREARY, VESELKA, BRAGG & ALLEN, PC
(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680

VIA FIRST CLASS MAIL

MCKOOL SMITH
(COUNSEL TO: ALCOA)
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX 77002

VIA FIRST CLASS MAIL

MCKOOL SMITH
(COUNSEL TO: ALCOA)
ATTN: PETER S. GOODMAN, ESQ.
MICHAEL R. CARNEY, ESQ.
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036

VIA FIRST CLASS MAIL

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK, N.A.)
ATTN: DENNIS F. DUNNE, EVAN R. FLECK &
KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

VIA FIRST CLASS MAIL

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE "INTEREST HOLDERS")
ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

VIA HAND DELIVERY

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659

VIA FIRST CLASS MAIL


MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ERCOT)
ATTN: RUSSELL L MUNSCH ESQ
3050 FROST BANK TOWER
401 CONGRESS AVE
AUSTIN, TX 78701-4071

VIA FIRST CLASS MAIL


OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)
ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

VIA FIRST CLASS MAIL


OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)
ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
VIA FIRST CLASS MAIL


OFFICE OF THE UNITED STATE TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

VIA HAND DELIVERY


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

VIA FIRST CLASS MAIL


PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M. AMADOR, ATTY
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

VIA FIRST CLASS MAIL


PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO GALENA PARK ISD)
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX 77008

VIA FIRST CLASS MAIL


PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO SOMERVELL COUNTY ET AL)
ATTN: ELIZABETH BANDA CALVO ESQ
PO BOX 13430
ARLINGTON, TX 76094-0430

VIA FIRST CLASS MAIL


POTTER ANDERSON & CORROON LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ
1313 N MARKET ST 6TH FL
PO BOX 951
WILMINGTON, DE 19801

VIA HAND DELIVERY

RICHARDS LAYTON & FINGER
(CO-COUNSEL TO EFHC DEBTORS)
ATTN: MARK D COLLINS ESQ, DANIEL DEFRANCESCHI ESQ
JASON MADRON ESQ
920 N KING ST
WILMINGTON, DE 19801

VIA HAND DELIVERY

SAUL EWING LLP
(COUNSEL TO ERCOT)
ATTN: MARK MINUTI ESQ
222 DELAWARE AVE STE 1200
PO BOX 1266
WILMINGTON, DE 19899

VIA HAND DELIVERY

SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

VIA FIRST CLASS MAIL

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON
155 NORTH WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

VIA FIRST CLASS MAIL

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: JAY M. GOFFMAN
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522

VIA FIRST CLASS MAIL

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO
ONE RODNEY SQUARE
PO BOX 636
WILMINGTON, DE 19899-0636

VIA HAND DELIVERY

SNELL & WILMER LLP
(COUNSEL TO HEADWATERS RESOURCES, INC.)
ATTN: DAVID E. LETA
15 WEST SOUTH TEMPLE, SUITE 1200
SALT LAKE CITY, UT 84101

VIA FIRST CLASS MAIL

GOODWIN PROCTER LLP
WILLIAM P. WEINTRAUB, ESQ.
KIZZY L. JARASHOW, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

VIA FIRST CLASS MAIL

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

VIA FIRST CLASS MAIL

WACHTELL, LIPTON, ROSEN & KATZ
(COUNSEL TO THE "INTEREST HOLDERS")
ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT
51 WEST 52ND STREET
NEW YORK, NY 10019

VIA FIRST CLASS MAIL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO ADHOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

VIA HAND DELIVERY

BAILEY BRAUER PLLC
(COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.)
ATTN: BENJAMIN L. STEWART
8350 N. CENTRAL EXPY, SUITE 935
DALLAS, TX 75206

VIA FIRST CLASS MAIL

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS, INC.)
ATTN: JEFFREY R. FINE
1717 MAIN STREET, SUITE 4000
DALLAS, TX 75201

VIA FIRST CLASS MAIL

BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS, INC.)
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

VIA FIRST CLASS MAIL

COUSINS CHIPMAN & BROWN, LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS
ATTN: SCOTT D. COUSINS, MARK D. OLIVERE; ANN M. KASHISHIAN
1007 NORTH ORANGE STREET, SUITE 1110
WILMINGTON, DE 19801

VIA HAND DELIVERY

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS)
ATTN: IRA S. DIZENGOFF; ABID QURESHI; STEPHEN M. BALDINI; MEREDITH A. LAHAIE; ROBERT J. BOLLER; CHRISTOPHER W. CARTY; LINDSAY K. ZAHRADKA
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK, NY 10036
VIA FIRST CLASS MAIL

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS
ATTN: SCOTT L.. ALBERINO; JOANNA F. NEWDECK
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036

VIA FIRST CLASS MAIL

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: THOMAS MOERS MAYER; GREGORY A. HOROWITZ; JOSHUA K. BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

VIA FIRST CLASS MAIL

BRYAN CAVE LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

VIA FIRST CLASS MAIL

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: LAURA DAVIS JONES; ROBERT J. FEINSTEIN
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON, DE 19801

VIA HAND DELIVERY

| | |
|---|---|
| COMPUTERSHARE<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: TINA VITALE<br>480 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07310<br><br>VIA FIRST CLASS MAIL | COMPUTERSHARE TRUST COMPANY OF CANADA<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: ALESSANDRA PANSERA<br>1500 UNIVERSITY STREET, SUITE 700<br>MONTREAL, QUEBEC H3A3S8<br><br>VIA FIRST CLASS MAIL |
| COZEN O'CONNOR<br>(COUNSEL TO J. ARON & COMPANY)<br>ATTN: MARK E. FELGER<br>1201 NORTH MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>(COUNSEL TO J. ARON & COMPANY)<br>ATTN: THOMAS J. MOLONEY; SEAN A. O'NEAL; HUMAYUN KHALID<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006<br><br>VIA FIRST CLASS MAIL |
| WHITE & CASE LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: J. CHRISTOPHER SHORE; GREGORY M. STARNER<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | WHITE & CASE LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: THOMAS E LAURIA; MATTHEW C. BROWN<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>MIAMI, FL 33131<br><br>VIA FIRST CLASS MAIL |
| FOX ROTHSCHILD LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: JEFFREY M. SCHLERF; JOHN H. STROCK; L. JOHN BIRD<br>919 N. MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | CIARDI CIARDI & ASTIN<br>(COUNSEL TO ATMOS ENERGY CORPORATION)<br>ATTN: DANIEL K. ASTIN; JOHN D. MCLAUGHLIN, JR.; JOSEPH J. MCMAHON, JR.<br>1204 N. KING STREET<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| COWLES & THOMPSON<br>(COUNSEL TO ATMOS ENERGY CORPORATION)<br>ATTN: STEPHEN C. STAPLETON<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 3900<br>DALLAS, TX 75202<br><br>VIA FIRST CLASS MAIL | SMITH, KATZENSTEIN & JENKINS LLP<br>(COUNSEL TO AGIRAS USA, LLC)<br>ATTN: KATHLEEN M. MILLER<br>800 DELAWARE AVE., SUITE 1000<br>P.O. BOX 410<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY |

HAYNES AND BOONE LLP
(COUNSEL TO AGIRAS USA, LLC)
ATTN: JONATHAN HOOK
30 ROCKEFELLER CENTER
26TH FLOOR
NEW YORK, NY 10112

VIA FIRST CLASS MAIL

HAYNES AND BOONE LLP
(COUNSEL TO AGIRAS USA, LLC)
ATTN: PATRICK L. HUGHES
1221 MCKINNEY STREET
SUITE 1200
HOUSTON, TX 77010

VIA FIRST CLASS MAIL

VEDDER PRICE P.C.
(COUNSEL TO FIRST UNION RAIL)
ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VIA FIRST CLASS MAIL

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DENTURE TRUST COMPANY OF NEW YORK)
ATTN: STEPHEN M. MILLER
MORRIS JAMES LLP
500 DELAWARE AVE., SUITE 1500
PO BOX 2306
WILMINGTON, DE 19899

VIA HAND DELIVERY

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DENTURE TRUST COMPANY OF NEW YORK)
ATTN: DANIEL A. LOWNTHAL; CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

VIA FIRST CLASS MAIL

QUARLES & BRADY LLP
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
ATTN JOHN A. HARRIS, ESQ; JASON D. CURRY, ESQ;
RENAISSANCE ONE
TWO NORTH CENTRAL AVE.
PHOENIX, AZ 85004

VIA FIRST CLASS MAIL

CIARDI CIARDI & ASTIN
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
ATTN: DANIEL K. ASTIN, ESQ; JOSEPH J. MCMAHON, JR., ESQ
1204 NORTH KING STREET
WILMINGTON, DE 19801

VIA HAND DELIVERY

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
(COUNSEL TO CENTERPOINT)
ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

VIA HAND DELIVERY

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO: MARATHON ASSET MGMT)
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER
250 GREENWICH ST
NEW YORK, NY 10007

VIA FIRST CLASS MAIL

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO: MARATHON ASSET MGMT)
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109

VIA FIRST CLASS MAIL

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: CHES GARRISON<br>1333 NEW HAMPSHIRE AVENUE, N.W.<br>WASHINGTON, DC 20036-1564<br><br>VIA FIRST CLASS MAIL | MCCATHERN, PLLC<br>(COUNSEL TO RED BALL OXYGEN COMPANY)<br>ATTN: JONATHAN L. HOWELL<br>REGENCY PLAZA<br>3710 RAWLINS, SUITE 1600<br>DALLAS, TX 75219<br><br>VIA FIRST CLASS MAIL |
| OFFICE OF THE CHIEF COUNSEL<br>(COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION)<br>ATTN; JON CHATALAIN, ATTORNEY<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026<br><br>VIA FIRST CLASS MAIL | BROWN & CONNERY, LLP<br>(COUNSEL TO SAP INDUSTRIES, INC.)<br>ATTN: DONALD K. LUDMAN<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096<br><br>VIA FIRST CLASS MAIL |
| WINSTON & STRAWN LLP<br>(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br><br>VIA FIRST CLASS MAIL | MYERS-HILL<br>(COUNSEL TO PROPERTY TAX PARTNERS)<br>ATTN: ROBERT J. MYERS<br>2525 RIDGMAR BLVD., STE. 150<br>FORT WORTH, TX 76116<br><br>VIA FIRST CLASS MAIL |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)<br>ATTN: MARK L. DESGROSSEILLIERS<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | JACKSON WALKER, L.L.P.<br>(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)<br>ATTN: MONICA S. BLACKER<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202<br><br>VIA FIRST CLASS MAIL |
| JACKSON WALKER, L.L.P.<br>ATTN: J. SCOTT ROSE<br>(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)<br>WESTON CENTRE<br>112 E. PECAN STREET, SUITE 2400<br>SAN ANTONIO, TX 78205<br><br>VIA FIRST CLASS MAIL | CURTIN & HEEFNER LLP<br>(COUNSEL TO FLSMIDTH INC.)<br>ATTN: ROBERT SZWAJKOS, ESQ.<br>250 PENNSYLVANIA AVENUE<br>MORRISVILLE, PA 19067<br><br>VIA FIRST CLASS MAIL |

POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & RAY, L.L.P.
(COUNSEL TO TARRANT REGIONAL WATER DISTRICT AND NORTHEAST TEXAS MUNICIPAL WATER DISTRICT)
ATTN: MICHAEL L. ATCHLEY & MATTHEW T. TAPLETT
500 WEST 7TH STREET, SUITE 600
FORT WORTH, TX 76102

VIA FIRST CLASS MAIL

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORPORATION)
ATTN: KATHLEEN A. MURPHY, ESQ.
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

VIA HAND DELIVERY

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: MICHAEL B. SCHAEDLE, ESQ.
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103
VIA FIRST CLASS MAIL

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: MICHAEL D. DEBAECKE, ESQ. & STANLEY B. TARR, ESQ.
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

VIA HAND DELIVERY

WILMINGTON TRUST FSB
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: JEFFREY T. ROSE, ESQ., V.P.
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

VIA FIRST CLASS MAIL

SEWARD & KISSEL LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: JOHN R. ASHMEAD; KALYAN DAS; & ARLENE R. ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

VIA FIRST CLASS MAIL

STEPHEN SAKONCHICK II, P.C.
(COUNSEL TO RANGER EXCAVATING LP)
ATTN: STEPHEN SAKONCHICK, II
6502 CANON WREN DRIVE
AUSTIN, TX 78746

VIA FIRST CLASS MAIL

WEINSTEIN RADCLIFF LLP
(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC.)
ATTN: GREGORY M. WEINSTEIN
6688 N. CENTRAL EXPRESSWAY, SUITE 675
DALLAS, TX 75206

VIA FIRST CLASS MAIL

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
(COUNSEL TO ORACLE USA, INC.)
ATTN: SHAWN M. CHRISTIANSON, ESQ.
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

VIA FIRST CLASS MAIL

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO ANGELINA COUNTY; FORT BEND COUNTY; AND HARRIS COUNTY)
ATTN: JOHN F. DILLMAN, ESQ.
P.O. BOX 3064
HOUSTON, TX 77253-3064

VIA FIRST CLASS MAIL

| | |
|---|---|
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>(COUNSEL TO TARGA GAS MARKETING, LLC; KINDER MORGAN TEXAS PIPELINE, LLC AND KINDER MORGAN TEJAS PIPELINE, LLC)<br>ATTN: PATRICIAL WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA, TX 77868<br><br>VIA FIRST CLASS MAIL | NELSON MULLINS RILEY & SCARBOROUGH L.L.P.<br>(COUNSEL TO MICHEL NORTH AMERICA, INC.)<br>ATTN: JODY A. BEDENBAUGH & GEORGE B. CAUTHEN<br>1320 MAIN STREET, 17TH FLOOR<br>P.O. BOX 11070 (29211)<br>COLUMBIA, SC 29201<br><br>VIA FIRST CLASS MAIL |
| WILLIAM T. MEDAILLE, ATTORNEY<br>(COUNSEL TO LOWER COLORADO RIVER AUTHORITY & LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION)<br>LEGAL SERVICES<br>P.O. BOX 220<br>AUSTIN, TX 78767<br><br>VIA FIRST CLASS MAIL | REED SMITH LLP<br>(COUNSEL TO THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK)<br>ATTN: KURT F. GWYNNE, ESQ. & KIMBERLY E.C. LAWSON, ESQ.<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| CROWE & DUNLEVY, P.C.<br>(COUNSEL TO DEVON ENERGY CORPORATION)<br>ATTN; JUDY HAMILTON MORSE<br>20 NORTH BROADWAY, SUITE 1800<br>OKLAHOMA CITY, OK 73102<br><br>VIA FIRST CLASS MAIL | DANIEL F. HOGAN<br>THE HOGAN FIRM<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806<br><br>VIA FIRST CLASS MAIL |
| JAMIE R. WELDON<br>LACKEY HERSHMAN, LLP<br>3102 OAK LAWN AVENUE, SUITE 777<br>DALLAS, TX 75219<br><br>VIA FIRST CLASS MAIL | DIANE WADE SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 17428<br>AUSTIN, TX 78760<br><br>VIA FIRST CLASS MAIL |
| JORDAN S. BLASK, ESQ.<br>LARA E. SHIPKOVITZ, ESQ.<br>TUCKER ARENSBERG, P.C.<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222<br><br>VIA FIRST CLASS MAIL | KEVIN M. CAPUZZI, ESQ.<br>PINCKNEY, WEIDINGER, URBAN & JOYCE LLC<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |

| | |
|---|---|
| JEANMARIE BAER<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>P.O. BOX 8188<br>WICHITA FALLS, TX 76307<br><br>VIA FIRST CLASS MAIL | JOHN P. MELKO<br>MICHAEL K. RIORDAN<br>GARDERE WYNNE SEWELL LLP<br>1000 LOUISIANA, STE. 3400<br>HOUSTON, TX 77002<br><br>VIA FIRST CLASS MAIL |
| CHRISOPHER B. MOSLEY, SENIOR ASST. CITY ATTORNEY<br>CITY OF FORT WORTH<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102<br><br>VIA FIRST CLASS MAIL | JACOB L. NEWTON<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201<br><br>VIA FIRST CLASS MAIL |
| JAMES M. PECK, BRETT H. MILLER, LORENZO MARINUZZI<br>CHARLES KERR; ANTHONY PRINCI; J. ALEXANDER LAWRENCE<br>MORRISON & FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019<br><br>VIA FIRST CLASS MAIL | CHRISTOPHER A. WARD<br>JUSTIN K. EDELSON<br>SHANTI M. KATONA<br>POLSINELLI PC<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| EDWARD FOX<br>POLSINELLI PC<br>900 THIRD AVENUE, 21ST FLOOR<br>NEW YORK, NY 10022<br><br>VIA FIRST CLASS MAIL | MATTHEW J. TROY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>P. O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875<br><br>VIA FIRST CLASS MAIL |
| KATHLEEN M. MILLER<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 DELAWARE AVENUE, SUITE 1000<br>P.O. BOX 410<br>WILMINGTON, DE 19899-0410<br><br>VIA FIRST CLASS MAIL | MICHAEL G. SMITH<br>111 NORTH 6TH STREET<br>P.O. BOX 846<br>CLINTON, OK 73601<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| ARI D. KUNOFSKY<br>W. BRADLEY RUSSELL<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044<br><br>VIA FIRST CLASS MAIL | DANIEL K. ASTIN<br>JOHN D. MCLAUGHLIN, JR.<br>JOSEPH J. MCMAHON, JR.<br>CIARDI CIARDI & ASTIN<br>1204 N. KING STREET<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| GEORGE A. DAVIS, ESQ.<br>O'MELVENY & MYERS LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | WILLIAM E. KELLEHER, JR.<br>COHEN & GRIGSBY, P.C.<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152<br><br>VIA FIRST CLASS MAIL |
| SABRINA L. STREUSAND<br>STREUSAND, LANDON & OZBURN, LLP<br>811 BARTON SPRINGS ROAD, SUITE 811<br>AUSTIN, TX 78704<br><br>VIA FIRST CLASS MAIL | SUNDEEP S. SIDHU<br>ANDREA HARTLEY<br>JULES COHEN<br>AKERMAN LLP<br>420 S. ORANGE AVENUE, SUITE 1200<br>ORLANDO, FL 32801-4904<br><br>VIA FIRST CLASS MAIL |
| KEVIN G. ABRAMS, ESQ.<br>JOHN M. SEAMAN, ESQ.<br>ABRAMS & BAYLISS LLP<br>20 MONTCHANIN ROAD, SUITE 200<br>WILMINGTON, DE 19807<br><br>VIA FIRST CLASS MAIL | BNSF RAILWAY COMPANY<br>ATTN: JASON SPENCER<br>3001 LOU MENK DRIVE<br>FORT WORTH, TX 76131<br><br>VIA FIRST CLASS MAIL |
| MARK R. SOMERSTEIN, ESQ.<br>ROPES AND GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704<br><br>VIA FIRST CLASS MAIL | J. KATE STICKLES, ESQ.<br>COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES ("RMS")
ATTN: RONALD L. ROWLAND, AGENT
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

VIA FIRST CLASS MAIL

THOMAS D. MAXSON
COHEN & GRIGSBY, P.C.
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

VIA FIRST CLASS MAIL

STEPHEN D. LERNER
ANDREW M. SIMON
SQUIRE SANDERS (US) LLP
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

VIA FIRST CLASS MAIL

MARY ANN KILGORE
JENNIE L. ANDERSON
UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS STREET, STOP 1580
OMAHA NE 68179

VIA FIRST CLASS MAIL

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: DAVID R. DEMPSEY & BRIDGET K. O'CONNOR
655 FIFTEENTH STREET, N.W
WASHINGTON, DC 20005

VIA FIRST CLASS MAIL