UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: June 5, 2014 at 9:30 a.m. |

**AURELIUS CAPITAL MANAGEMENT, LP'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO THE OMNIBUS REPLY OF THE AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS TO OBJECTIONS TO THE MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING**

Aurelius Capital Management, LP ("Aurelius"), on behalf of itself and certain of its managed funds, by and through undersigned counsel, hereby moves this Court for leave to file a sur-reply (the "Sur-Reply"), attached hereto as Exhibit A, to the *Omnibus Reply of the Ad Hoc Committee of First Lien Creditors to Objections to the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* (the "Reply"), and, in support thereof, respectfully states as follows:

1.  On April 29, 2014, debtor Texas Competitive Electric Holdings Company LLC and certain other of the above-referenced debtors and debtors-in-possession filed the Motion of Texas Competitive Electric Holdings Company LLC And Certain Of Its Debtor Affiliates For Entry Of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying The Automatic Stay, And (D) Scheduling A Final Hearing (the "Cash Collateral Motion"). (D.I. 71). On May 29, 2014, Aurelius filed a limited objection to the Cash

Collateral Motion (the "Objection") objecting to the Debtors' proposed allocation of the adequate protection payments. (D.I. 632). On June 2, 2014, the Ad Hoc Committee of First Lien Creditors filed the Reply to the objections to the Cash Collateral Motion (the "Reply"). (D.I. 725).

2.	Aurelius requests leave to file the Sur-Reply, attached hereto as Exhibit A, in response to the Reply. Aurelius submits that the Sur-Reply will be helpful to the Court in considering the Cash Collateral Motion and the Objection and addresses certain issues raised by the Reply.

3.	Counsel for Aurelius has conferred with counsel for the Debtors and counsel for the Ad Hoc Committee of TCEH First Lien Creditors regarding the filing of the Sur-Reply. Neither counsel for the Debtors nor counsel for the Ad Hoc Committee of TCEH First Lien Creditors would consent to the filing of a Sur-Reply.

WHEREFORE, Aurelius respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit B, granting Aurelius leave to file the Sur-Reply, attached hereto as Exhibit A, and which was independently filed on June 3, 2014.

**(PAGE LEFT INTENTIONALLY BLANK)**

Dated: June 3, 2014

Respectfully submitted,

**GELLERT SCALI BUSENKELL & BROWN, LLC**

/s/ Michael Busenkell
Michael Busenkell (Del. Bar No. 3933)
913 N. Market St.
Suite 1001
Wilmington, Delaware 19801
Tel.:  302.425.5812
Fax.: 302.425.5814
E-mail:  mbusenkell@gsbblaw.com

and

**GOODWIN PROCTER LLP**
William P. Weintraub
Kizzy L. Jarashow
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: 212.813.8800
Fax.: 212.355.3333
E-mail:  wweintraub@goodwinprocter.com
        kjarashow@goodwinprocter.com

*Counsel to Aurelius Capital Management, LP*