## EXHIBIT B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

ENERGY FUTURE HOLDINGS CORP., *et al.*,

Debtors.

Chapter 11

Case No.: 14-10979 (CSS)

(Jointly Administered)

Related to Docket No. _____

**ORDER GRANTING AURELIUS CAPITAL MANAGEMENT, LP'S MOTION FOR
LEAVE TO FILE A SUR-REPLY IN SUPPORT OF AURELIUS CAPITAL
MANAGEMENT, LP'S LIMITED OBJECTION TO THE MOTION OF TEXAS
COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS
DEBTOR AFFILIATES FOR ENTRY OF INTERIM AND FINAL ORDERS (A)
AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE
PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D)
SCHEDULING A FINAL HEARING**

Upon consideration of Aurelius Capital Management, LP's Motion For Leave

To File A Sur-Reply In Support Of Aurelius Capital Management, LP's Limited

Objection To The Motion Of Texas Competitive Electric Holdings Company LLC

And Certain Of Its Debtor Affiliates For Entry Of Interim And Final Orders (A)

Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C)

Modifying The Automatic Stay, And (D) Scheduling A Final Hearing (the "Motion"),

It is hereby ORDERED that the Motion is GRANTED.

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUTCY JUDGE