# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) Jointly Administered<br>) Related to Docket Nos. 695, 696 and 760<br>) Objection Deadline: June 5, 2014 at 9:30 a.m.<br>) Hearing Date: June 5, 2014 at 9:30 a.m. |

## NOTICE OF HEARING ON MOTION TO FILE OBJECTION OF CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE, TO THE EFIH DEBTORS' MOTION TO APPROVE FIRST LIEN SETTLEMENT UNDER SEAL

**PLEASE TAKE NOTICE** that, on May 31, 2014, CSC Trust Company of Delaware, as Indenture Trustee (the "10% Indenture Trustee") for the 10% Senior Secured Notes Due 2020 issued by EFIH under the Indenture dated as of August 17, 2010 between Energy Future Intermediate Holdings LLC, EFIH Finance Inc. and CSC Trust Company of Delaware, as successor indenture trustee, filed the **Motion to File Objection of the CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal** (the "Motion to Seal") [Docket No. 695], a copy of which was previously served upon you.

PLEASE TAKE FURTHER NOTICE that, on May 31, 2014, the 10% Indenture Trustee also filed the **Motion to Set Expedited Hearing and Shorten Notice Period With Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal** [Docket No. 696], a copy of which was previously served upon you.

PLEASE TAKE FURTHER NOTICE that, on June 3, 2014, the United States Bankruptcy Court for the District of Delaware entered the **Order Setting Expedited Hearing and Shortening Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal** (the "Order") [Docket No. 760].

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, a hearing on the Motion to Seal will be held on **June 5, 2014 at 9:30 a.m. (prevailing Eastern time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

      PLEASE TAKE FURTHER NOTICE that responses or objections to the Motion to Seal, if any, may be presented at the Hearing.

      PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 3, 2014

| | |
|---|---|
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br><br>By: /s/ *signature*<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Nicholas J. Brannick (No. 5721)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302-652-3131<br>Facsimile: 302-652-3117<br><br>Warren A. Usatine<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602<br>Telephone: 201-489-3000<br>Facsimile: 201-489-1536 | ROPES & GRAY LLP<br>Keith H. Wofford<br>Mark R. Somerstein<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: 212-596-9000<br>Facsimile: 212-596-9090<br><br>D. Ross Martin<br>Andrew G. Devore<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: 617-951-7000<br>Facsimile: 617-951-7050<br><br>DRINKER BIDDLE & REATH LLP<br>James H. Millar<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714<br>Telephone: 212-248-3264<br>Facsimile: 212-248-3141 |

*Counsel for CSC Trust Company of Delaware, as successor indenture trustee*