**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. 74, 421, 600, 649, 687, 691, 735** |

**JOINDER OF THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS TO EFIH DEBTORS' OMNIBUS REPLY TO OBJECTIONS TO THE EFIH DEBTORS' MOTION FOR APPROVAL OF THE EFIH FIRST LIEN DIP FINANCING, THE EFIH FIRST LIEN REPAYMENT, AND THE FIDELITY FUNDING FEE**

The ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes due December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "Ad Hoc Committee of EFIH Unsecured Noteholders"), by and through its undersigned counsel, hereby joins (the "Joinder") in the *EFIH Debtors' Omnibus Reply to Objections to the EFIH Debtors' Motion for Approval of the EFIH First Lien DIP Financing, the EFIH First Lien Repayment, and the Fidelity Funding Fee* [D.I. 735] (the "Debtors' Reply").[2]   In support of this Joinder, the Ad Hoc Committee of EFIH Unsecured Noteholders respectfully submits as follows:

**BACKGROUND**

1.      On April 29, 2014, the Debtors filed the EFIH First Lien DIP Motion [D.I. 74].

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not defined in this Joinder shall have the meanings set forth in the Debtors' Reply.

2.      On May 13, 2014, the First Lien Trustee filed the *Preliminary Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Motion to Approve First-Lien Post-Petition Financing, Redeem First Lien and Second Lien Notes, and Determine Secured Claim* [D.I. 421] (the "Preliminary Objection").

3.      On May 22, 2014, the EFIH Debtors filed a proposed form of final order [D.I. 600, Ex. 1] with respect to the relief requested in the EFIH First Lien DIP Motion.

4.      On May 29, 2014, the Second Lien Trustee filed the *EFIH Second Lien Notes Indenture Trustee's (I) Preliminary Response to Debtors' Settlement Motion and (II) Limited Objection and Reservation of Rights to Debtors' Motion Approving First Lien DIP Financing* [D.I. 649] (the "Second Lien Objection").[3]

5.      On May 31, 2014, the First Lien Trustee filed the *Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve the First Lien Settlement* [D.I. 694] (the "First Lien Objection" and, together with the Preliminary Objection and the Second Lien Objection, the "Objections").

6.      On June 3, 2014, the Debtors filed the Debtors' Reply.

## **JOINDER**

7.      Based upon the facts available, the Ad Hoc Committee of EFIH Unsecured Noteholders agrees with the legal arguments set forth in the Debtors' Reply and, accordingly, files this Joinder in support of the Debtors' Reply.  The Ad Hoc Committee of EFIH Unsecured Noteholders reserves the right to amend or supplement this Joinder based upon any facts or arguments that come to light prior to the hearing on June 5, 2014.

---

[3] As relevant to the EFIH First Lien DIP Motion, in the Second Lien Objection, the Second Lien Trustee objects to the Fidelity Funding Fee.

## CONCLUSION

For the reasons stated in the Debtors' Reply, the Ad Hoc Committee of EFIH Unsecured Noteholders respectfully requests that the Court overrule the Objections, approve the EFIH First Lien DIP Motion and grant such other relief as it deems necessary and proper under the circumstances.

Dated: June 3, 2014
       Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
Mark Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:        cousins@ccbllp.com
            olivere@ccbllp.com
            kashishian@ccbllp.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Ira S. Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Lindsay Zahradka
One Bryant Park
New York, New York 10036
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002
Email:        idizengoff@akingump.com
            mlahaie@akingump.com
            lzahradka@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:    (202) 887-4000
Facsimile:    (202) 887-4288
Email:        salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders*

3