IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | ) ) ) | **Re: D.I. 461, 472, 552, 694, 737** |

**JOINDER OF THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS TO DEBTORS' REPLY TO OBJECTION OF CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE, TO THE EFIH DEBTORS' MOTION TO APPROVE PROPOSED FIRST LIEN SETTLEMENT**

The ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes due December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee  (the "Ad Hoc Committee of EFIH Unsecured Noteholders"), by and through its undersigned counsel, hereby joins (the "Joinder") in the *Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement* [D.I. 737] (the "Debtors' Reply").[2]  In support of this Joinder, the Ad Hoc Committee of EFIH Unsecured Noteholders respectfully submits as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this Joinder shall have the meanings set forth in the Debtors' Reply.

**BACKGROUND**

1. On May 15, 2014, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment* [D.I. 472] (the "Settlement Motion").[3]

2. On May 25, 2014, the Debtors filed the *Debtors' Notice of Filing Supplemental Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of (1) the EFIH First Lien DIP Motion and (2) the EFIH Settlement Motion* [D.I. 610].

3. On May 27, 2014, the Debtors filed the *Re-Notice of Motions and Hearing* [D.I. 626], which adjourned the relief sought in the Settlement Motion other than with respect to the First Lien Settlement to June 30, 2014 (the Settlement Motion as modified with respect to the June 5, 2014 hearing, the "First Lien Settlement Motion").

4. On May 31, 2014, the First Lien Trustee filed the *Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve the "First Lien Settlement"* [D.I. 694] (the "First Lien Settlement Objection").

5. On June 3, 2014, the Debtors filed the Debtors' Reply.

**JOINDER**

6. Based upon the facts available, the Ad Hoc Committee of EFIH Unsecured Noteholders agrees with the legal arguments set forth in the Debtors' Reply and, accordingly, files this Joinder in support of the Debtors' Reply. The Ad Hoc Committee of EFIH Unsecured

---

[3] Also on May 15, the First Lien Trustee filed the *Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer* [D.I. 461] (the "Motion to Compel"). On May 20, 2014, the Debtors objected to the Motion to Compel [D.I. 552] and the Ad Hoc Committee of EFIH Unsecured Noteholders joined in the Debtors' objection [D.I. 564]. On May 23, 2014, the First Lien Trustee adjourned the Motion to Compel to the hearing scheduled for June 5, 2014 [D.I. 608].

Noteholders reserves the right to amend or supplement this Joinder based upon any facts or arguments that come to light prior to the hearing on June 5, 2014.

[*remainder of page intentionally left blank*]

## **CONCLUSION**

For the reasons stated in the Debtors' Reply, the Ad Hoc Committee of EFIH Unsecured Noteholders respectfully requests that the Court overrule the First Lien Settlement Objection, approve the First Lien Settlement Motion and grant such other relief as it deems necessary and proper under the circumstances.

Dated: June 3, 2014  
       Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
Mark Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   cousins@ccbllp.com
          olivere@ccbllp.com
          kashishian@ccbllp.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Ira S. Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Lindsay Zahradka
One Bryant Park
New York, New York 10036
Telephone:   (212) 872-1000
Facsimile:   (212) 872-1002
Email:   idizengoff@akingump.com
          mlahaie@akingump.com
          lzahradka@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288
Email:   salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders*