# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

## NOTICE OF DEPOSITION

**TO**:  The Ad Hoc Committee of TCEH First Lien Creditors ("Ad Hoc Committee"), c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attention: Alan Kornberg, 1285 Avenue of the Americas, New York, NY 10019-6064.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors of certain Debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition upon oral examination of the Ad Hoc Committee relating to the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

*Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay*, filed on May 16, 2014 [Docket No. 505] (the "RSA Assumption Motion"), and the relief requested by that motion, on **June 19, 2014**, at **10 a.m.** (Prevailing Eastern Time), at the office of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), the Ad Hoc Committee must designate one or more persons to testify on behalf of the Ad Hoc Committee with regard to all matters known or reasonably available to the Ad Hoc Committee on the following topics:

## RULE 30(b)(6) DEPOSITION TOPICS[2]

1. The RSA Assumption Motion, and the relief requested therein.

2. The Proposed RSA and the Term Sheet.

3. The negotiation of the Proposed RSA and the Term Sheet.

4. Any Alternative Restructuring Transactions considered by the Ad Hoc Committee.

5. The TCEH Tax-Free Spin-Off Transaction.

6. The Ad Hoc Committee's assessment, evaluation, consideration, or analysis of the claims or causes of action that would be compromised or released under the Proposed RSA or transactions contemplated thereunder.

---

[2] Unless otherwise defined, all terms referenced herein shall have the meanings ascribed to them in the Ad Hoc Group of TCEH Unsecured Noteholders' First Set of Requests for Production to the Ad Hoc Committee of TCEH First Lien Creditors Pursuant to Rules 7026 And 7034, dated June 3, 2014, in connection with the RSA Assumption Motion.

7. The Ad Hoc Committee's assessment, evaluation, consideration, or analysis of the tax implications of the transactions contemplated under the Proposed RSA and any Alternative Transactions.

8. The Ad Hoc Committee's assessment, evaluation, consideration, or analysis of the value of the assets comprising the Debtors' estates.

9. Any Documents upon which the Ad Hoc Committee relies or intend to rely in connection with the RSA Assumption Motion.


Dated:   June 3, 2014
         Wilmington, Delaware

FOX ROTHSCHILD LLP

By:   */s/ Jeffrey M. Schlerf*
    Jeffrey M. Schlerf (No. 3047)
    John H. Strock (No. 4965)
    L. John Bird (No. 5310)
    919 North Market St., Suite 300
    Wilmington, DE 19801
    Telephone:  (302) 654-7444
    Facsimile:  (302) 463-4971
    jschlerf@foxrothschild.com
    jstrock@foxrothschild.com
    lbird@foxrothschild.com

    and

    WHITE & CASE LLP
    J. Christopher Shore (admitted *pro hac vice*)
    Gregory M. Starner (admitted *pro hac vice*)
    1155 Avenue of the Americas
    New York, NY 10036
    Telephone:  (212) 819-8200
    Facsimile:  (212) 354-8113
    cshore@whitecase.com
    gstarner@whitecase.com

    Thomas E. Lauria (admitted *pro hac vice*)

Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*