# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## NOTICE OF DEPOSITION OF JOHN L. STUART

**TO:** John L. Stuart, c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of John L. Stuart on **June 4, 2014**, at **6 p.m.** (Prevailing Eastern Time), at the offices of Fox Rothschild

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

LLP, 919 North Market St., Suite 300, Wilmington, DE 19801.  The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated:     June 4, 2014
           Wilmington, Delaware

                                FOX ROTHSCHILD LLP

                  By:    */s/ Jeffrey M. Schlerf*
                        Jeffrey M. Schlerf (No. 3047)
                        John H. Strock (No. 4965)
                        L. John Bird (No. 5310)
                        919 North Market St., Suite 300
                        Wilmington, DE 19801
                        Telephone:  (302) 654-7444
                        Facsimile:  (302) 463-4971
                        jschlerf@foxrothschild.com
                        jstrock@foxrothschild.com
                        lbird@foxrothschild.com

                        and

                        WHITE & CASE LLP
                        J. Christopher Shore (admitted *pro hac vice*)
                        Gregory M. Starner (admitted *pro hac vice*)
                        1155 Avenue of the Americas
                        New York, NY 10036
                        Telephone:  (212) 819-8200
                        Facsimile:  (212) 354-8113
                        cshore@whitecase.com
                        gstarner@whitecase.com

                        Thomas E. Lauria (admitted *pro hac vice*)
                        Matthew C. Brown (admitted *pro hac vice*)
                        Southeast Financial Center, Suite 4900
                        200 South Biscayne Blvd.
                        Miami, FL 33131
                        Telephone:  (305) 371-2700
                        Facsimile:  (305) 358-5744
                        tlauria@whitecase.com
                        mbrown@whitecase.com

                        *Counsel to the Ad Hoc Group of TCEH*
                        *Unsecured Noteholders*