# EXHIBIT 1

**List of Delivery Agreements**

## List of Delivery Agreements

| Debtor | Counterparty | Estimated Cure Amount | Effective Date |
|---|---|---|---|
| 4Change Energy Company | AEP Texas Central Company | $100,000 | 5/4/12 |
| 4Change Energy Company | AEP Texas North Company | $100,000 | 5/4/12 |
| 4Change Energy Company | Centerpoint Energy Houston Electric, LLC | $200,000 | 8/9/13 |
| 4Change Energy Company | Nueces Electric Cooperative, Inc. | $0 | 2/19/13 |
| 4Change Energy Company | Oncor Electric Delivery Company | $700,000 | 5/31/12 |
| 4Change Energy Company | Sharyland Utilities, L.P. | $0 | 9/20/12 |
| 4Change Energy Company | Sharyland Utilities, L.P. (New Service Territory) | $0 | 3/19/14 |
| 4Change Energy Company | Texas-New Mexico Power Company | $100,000 | 4/24/12 |
| Luminant ET Services Company | AEP Texas Central Company | $100,000 | 1/7/10 |
| Luminant ET Services Company | Oncor Electric Delivery Company | $700,000 | 4/11/11 |
| TXU Energy Retail Company LLC (d/b/a Assurance Energy) | AEP Texas Central Company | $0 | 8/11/08 |
| TXU Energy Retail Company LLC (d/b/a Assurance Energy) | AEP Texas North Company | $0 | 8/11/08 |
| TXU Energy Retail Company LLC (d/b/a Assurance Energy) | Centerpoint Energy Houston Electric, LLC | $0 | 6/23/08 |
| TXU Energy Retail Company LLC (d/b/a Assurance Energy) | Oncor Electric Delivery Company | $0 | 6/23/08 |
| TXU Energy Retail Company LLC (d/b/a Assurance Energy) | Sharyland Utilities, L.P. | $0 | 7/13/08 |
| TXU Energy Retail Company LLC (d/b/a Assurance Energy) | Texas-New Mexico Power Company | $0 | 7/3/08 |
| TXU Energy Retail Company LLC | AEP Texas Central Company | $2,700,000 | 8/6/09 |
| TXU Energy Retail Company LLC | AEP Texas North Company | $800,000 | 8/6/09 |
| TXU Energy Retail Company LLC | Centerpoint Energy Houston Electric, LLC | $8,400,000 | 9/3/09 |
| TXU Energy Retail Company LLC | Oncor Electric Delivery Company | $119,300,000 | 9/25/09 |
| TXU Energy Retail Company LLC | Sharyland Utilities, L.P. | $100,000 | 7/23/08 |

| Debtor | Counterparty | Estimated Cure Amount | Effective Date |
|---|---|---|---|
| TXU Energy Retail Company LLC | Sharyland Utilities, L.P. (New Service Territory) | $0 | 10/22/13 |
| TXU Energy Retail Company LLC | Texas-New Mexico Power Company | $1,700,000 | 6/22/09 |