# EXHIBIT 1

**Luminant Customer Agreements**

KE 31613982.2

## Luminant Customer Agreements

| Counterparty | Effective Date | Cure Amount | Luminant Customer Agreement[3] |
|---|---|---|---|
| The City of Goldsmith, Texas | June 15, 1981 | $0 | **Agreement for Electric Service dated May 27, 1981, as amended**<br><br>Luminant Energy sells electricity to The City of Goldsmith. Additionally, Luminant Energy pays The City of Goldsmith's transmission, distribution, and other charges to the applicable utility service provider, and then seeks reimbursement from The City of Goldsmith. |
| Ameripower, LLC | July 1, 2011 | $0 | **Energy Marketing Support Agreement dated June 23, 2011, as amended**<br><br>Luminant Energy sells electricity to, and acts as the Qualified Scheduling Entity for, Ameripower LLC, a competitive REP, to enable Ameripower to supply its customer load in ERCOT. |
| Infinite Electric, LLC and Veteran Energy, LLC | August 1, 2011 | $0 | **Energy Marketing Support Agreement dated July 15, 2011, as amended**<br><br>Luminant Energy sells electricity to, and acts as the Qualified Scheduling Entity for, Infinite Electric and Veteran Energy, each of which is a competitive REP, to enable Infinite and Veteran to supply their customer loads in ERCOT. |
| Clearview Electric, Inc. | October 1, 2012 | $0 | **Energy Marketing Support Agreement dated November 1, 2012, as amended**<br><br>Luminant Energy sells electricity to, and acts as the Qualified Scheduling Entity for, Clearview Electric, Inc., a competitive REP, to enable Clearview to supply its customer load in ERCOT. |

---

[3] Luminant Energy seeks to assume each of the following Luminant Customer Agreements, and, in their sole discretion, any other agreements related thereto or referenced therein, as is necessary to give effect to the assumption of the agreements described herein.

| Counterparty | Effective Date | Cure Amount | Luminant Customer Agreement[3] |
|---|---|---|---|
| WM Renewable Energy, LLC | October 30, 2007 | $0 | **Power Purchase and Sale Agreement** dated October 30, 2007<br><br>Luminant Energy purchases power from a landfill gas facility owned by WM Renewable Energy, LLC, and serves as the "Qualified Scheduling Entity" for the power produced by such landfill. Additionally, pursuant to a separate Customer Agreement, Luminant Energy resells the power produced by the landfill to TXU Energy Retail for a specific TXU Energy Retail retail customer. The Customer Agreement between TXU Energy Retail and its retail customer and the Customer Agreement between Luminant Energy and WM Renewable Energy, LLC are interrelated, including with respect to pricing, indemnification, and the transfer of "renewable energy credits." |