# EXHIBIT E

# Trogdon, Holly

| | |
|---|---|
| **From:** | McKane, Mark E. |
| **Sent:** | Friday, May 30, 2014 9:15 AM |
| **To:** | #EFH Litigation Team; Sassower, Edward O; Hessler, Stephen E.; Cieri, Richard M.; Husnick, Chad J. |
| **Subject:** | Fwd: Texas Competitive Electric Holdings, LLC |

Sent from my iPad

Mark McKane
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
(415) 439-1473
mark.mckane@kirkland.com

Begin forwarded message:

> **From:** "Stoll, James W." <JStoll@brownrudnick.com>
> **Date:** May 30, 2014 at 6:08:37 AM PDT
> **To:** "McKane, Mark E." <mmckane@kirkland.com>, "O'Connor, Bridget K." <boconnor@kirkland.com>
> **Cc:** "Jonas, Jeffrey L." <JJonas@brownrudnick.com>, "Weisfelner, Edward S." <EWeisfelner@brownrudnick.com>, "louis.curcio@dentons.com" <louis.curcio@dentons.com>, "McGaan, Andrew R." <amcgaan@kirkland.com>, "gtaylor@ashby-geddes.com" <gtaylor@ashby-geddes.com>, Bill Bowden <wbowden@ashby-geddes.com>, "Marshall, Jonathan D." <JMarshall@brownrudnick.com>, "Lauchheimer, Aaron B." <ALauchheimer@brownrudnick.com>, "Poddar, Shivani" <SPoddar@brownrudnick.com>, "Dempsey, David R." <ddempsey@kirkland.com>, "Hessler, Stephen E." <shessler@kirkland.com>, "Husnick, Chad J." <chusnick@kirkland.com>, "Schartz, Brian" <bschartz@kirkland.com>, "Serajeddini, Steven N." <steven.serajeddini@kirkland.com>, "*aprinci@mofo.com" <aprinci@mofo.com>, "Sassower, Edward O" <esassower@kirkland.com>, "*ckerr@mofo.com" <ckerr@mofo.com>, "*lmarinuzzi@mofo.com" <lmarinuzzi@mofo.com>, "Coffey, Jeremy B." <JCoffey@brownrudnick.com>, "gstarner@whitecase.com" <gstarner@whitecase.com>, "Lawrence, J. Alexander (ALawrence@mofo.com)" <ALawrence@mofo.com>, "'cshore@whitecase.com' (cshore@whitecase.com) (cshore@whitecase.com)" <cshore@whitecase.com>
> **Subject: RE: Texas Competitive Electric Holdings, LLC**
>
> Mark, Bridgette
>
> I am following up on my e-mail from yesterday evening. The timing pressure created by your RSA Motion requires immediate resolution, either consensually or though the court. I cannot wait beyond the morning to ask for the court's attention.
> Although we did not discuss it directly during the meet and confer yesterday, I am asking that you confirm, that absent a court order requiring the Debtors to produce documents in response to our request, it will be the Debtors' intent to instruct any deposition witnesses, including Mr. Ying, to not testify regarding valuation-related issues, other than process-oriented questions involving interactions with the Board.

Thank you.

---

**From:** Stoll, James W.
**Sent:** Thursday, May 29, 2014 5:48 PM
**To:** McKane, Mark E.; 'O'Connor, Bridget K.'
**Cc:** Jonas, Jeffrey L.; Weisfelner, Edward S.; louis.curcio@dentons.com; McGaan, Andrew R.; gtaylor@ashby-geddes.com; Marshall, Jonathan D.; Lauchheimer, Aaron B.; Poddar, Shivani; Dempsey, David R.; Hessler, Stephen E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; *aprinci@mofo.com; Sassower, Edward O; *ckerr@mofo.com; *lmarinuzzi@mofo.com; Coffey, Jeremy B.; gstarner@whitecase.com; Lawrence, J. Alexander (ALawrence@mofo.com); 'cshore@whitecase.com' (cshore@whitecase.com) (cshore@whitecase.com)
**Subject:** RE: Texas Competitive Electric Holdings, LLC

Mark, Bridget,

At the conclusion of today's call you stated that if we could provide you any authority, even analogous authority, for the proposition that value-related discovery was appropriate at the RSA motion stage you would reconsider your refusal to produce. To that end, we direct you to In re Innkeepers USA Trust, 442 B.R. 227 (Bankr. S.D.N.Y. 2010), In re S.W. Hotel Ventures, LLC, 460 B.R. 4 (Bank. D. Mass. 2011) and In re S.E. Shell Co., No. 00-09225, 2011 WL 1804303 (Bankr. D.S.C. Dec. 7, 2001). After reviewing this authority, please let us know first thing tomorrow whether the Debtors will voluntarily produce the materials requested.

---

**From:** O'Connor, Bridget K. [mailto:boconnor@kirkland.com]
**Sent:** Wednesday, May 28, 2014 8:37 PM
**To:** Coffey, Jeremy B.
**Cc:** Sassower, Edward O; Jonas, Jeffrey L.; Weisfelner, Edward S.; louis.curcio@dentons.com; McKane, Mark E.; McGaan, Andrew R.; gtaylor@ashby-geddes.com; Marshall, Jonathan D.; Lauchheimer, Aaron B.; Stoll, James W.; Poddar, Shivani; Dempsey, David R.; Hessler, Stephen E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; *aprinci@mofo.com; *ckerr@mofo.com; *lmarinuzzi@mofo.com
**Subject:** Re: Texas Competitive Electric Holdings, LLC

Jeremy,
The dial-in for tomorrow's call is:

866-331-1856
Code 2028795048

Talk to you tomorrow.

Thanks

On May 28, 2014, at 5:54 PM, "Coffey, Jeremy B." <JCoffey@brownrudnick.com> wrote:

> Bridget/Edward,
>
> We will plan to participate on the 9:30 call tomorrow morning. Please confirm dial-in coordinates. In advance of that call, we have attempted to further narrow our previously-served

2

requests, as set forth below. We look forward to speaking with you in the morning.

1. Models supporting projections from Form 8-K's filed on 4/15/2013, 8/15/2013 and 4/29/2014.
    a. Supporting data, schedules
    b. Projections beyond 2018, as applicable
    c. Quarterly projections, 2013, 2014, as applicable
2. Cash, Unrestricted and Restricted.
    a. Monthly cash receipts and disbursements with detail for the last twelve months (May to May)
    b. Rolling 3-, 6- or 12-month cash forecasts, as applicable
    c. Breakout between Consolidated TCEH, Luminant, TXU Energy and TCEH Unconsolidated
3. Interim Solution B+ / Capacity Pricing.
    a. Projected impact of Interim Solution B+ and Capacity Pricing, back casts and management presentations / internal documents including analysis of relationship between wholesale spot adder and retail pricing and projections for capacity factors (ratio of actual output to potential output) and unutilized capacity of generating units
    b. Projected wholesale / retail volume split, 2014 – 2018
    c. Projected wholesale / retail power volume sold forward, 2014 – 2018
    d. Purchased power projections, 2014 – 2018
    e. Analysis of the impact of Interim Solution B+ and Capacity Pricing on unutilized or curtailed units
4. Natural Gas.
    a. Natural gas price forecasts and sources
    b. Unhedged generation and hedging program over projection period
    c. ERCOT market heat rate assumptions over projection period
    d. Percent of time natural gas on the margin over projection
5. Board Presentations.
    a. all written presentations made to the Board relating to the RSA
    b. all documents supporting or relating to any oral presentations made to the Board relating to the RSA
    c. all presentations made to the Board relating to the enterprise value of the Company between August 2013 and the present.

6. All Documents produced to any other party in connection with the RSA Assumption Motion.

---

**From:** O'Connor, Bridget K. [mailto:boconnor@kirkland.com]
**Sent:** Wednesday, May 28, 2014 9:18 AM
**To:** Coffey, Jeremy B.; Sassower, Edward O
**Cc:** Jonas, Jeffrey L.; Weisfelner, Edward S.; louis.curcio@dentons.com; McKane, Mark E.; McGaan, Andrew R.; gtaylor@ashby-geddes.com; Marshall, Jonathan D.; Lauchheimer, Aaron B.; Stoll, James W.; Poddar, Shivani; Dempsey, David R.; Hessler, Stephen E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.; APrinci@mofo.com; CKerr@mofo.com; lmarinuzzi@mofo.com
**Subject:** RE: Texas Competitive Electric Holdings, LLC

Jeremy,

As you are likely aware, there is substantial overlap between your RSA Assumption Motion-related requests and those issued by the TCEH Ad Hoc Group. We are already scheduled to meet and confer with the TCEH Ad Hoc Group about those requests, among other topics, tomorrow morning. In order to facilitate the Debtors' prompt and efficient responses to those numerous requests -- many of which actually relate to topics well outside the scope of the RSA Assumption Motion -- we would ask that you coordinate with the Official Committee of Unsecured Creditors, the TCEH Ad Hoc Group and/or any other parties with like requests and we can then meet and confer regarding a single, consolidated set of requests relating to the RSA Assumption Motion.

Thanks,
Bridget

**Bridget K. O'Connor**
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW, Suite 1200
Washington, D.C. 20005
Ph: (202) 879-5048   F: (202) 879-5200

---

**From:** Coffey, Jeremy B. [mailto:JCoffey@brownrudnick.com]
**Sent:** Wednesday, May 28, 2014 7:24 AM
**To:** Sassower, Edward O
**Cc:** Jonas, Jeffrey L.; Weisfelner, Edward S.; louis.curcio@dentons.com; McKane, Mark E.; McGaan, Andrew R.; gtaylor@ashby-geddes.com; Marshall, Jonathan D.; Lauchheimer, Aaron B.; Stoll, James W.; Poddar, Shivani; O'Connor, Bridget K.; Dempsey, David R.; Hessler, Stephen E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.
**Subject:** RE: Texas Competitive Electric Holdings, LLC

Edward,

4

We would like to meet and confer concerning the timing of the debtors' production of documents and the scheduling of depositions related to the RSA assumption motion. Please advise as to the time(s) this afternoon at which you or members of your team would be available for that discussion. We are assuming, per the below, that the objection deadline for the RSA motion will be re-set from May 30, commensurate with the new hearing date for the motion. Please advise immediately if that is not the case. Please also let us know the new objection deadline as soon as possible, as that will drive the discussions as to timing of document production and depositions.

Thank you,

Jeremy B. Coffey
Brown Rudnick LLP
One Financial Center
Boston, MA  02111
Telephone (617) 856-8595
Facsimile (617) 856-8201

- and -

Seven Times Square
New York, NY  10036
Telephone (212) 209-4800

* Admitted in Texas and Massachusetts

---

**From:** Sassower, Edward O [mailto:esassower@kirkland.com]
**Sent:** Friday, May 23, 2014 12:17 PM
**To:** Coffey, Jeremy B.
**Cc:** Jonas, Jeffrey L.; Weisfelner, Edward S.; *brettmiller@mofo.com; louis.curcio@dentons.com; gstarner@whitecase.com; cshore@whitecase.com; aprinci@mofo.com; McKane, Mark E.; McGaan, Andrew R.; Taylor, Greg (GTaylor@ashby-geddes.com); Marshall, Jonathan D.; Lauchheimer, Aaron B.; Stoll, James W.; Poddar, Shivani; O'Connor, Bridget K.; Dempsey, David R.; Hessler, Stephen E.; Husnick, Chad J.; Schartz, Brian; Serajeddini, Steven N.
**Subject:** Re: Texas Competitive Electric Holdings, LLC

We will revert shortly with the new objection deadline. We also need to talk about the scope of your discovery. As Ed noted in court yesterday, the RSA assumption motion is seeking very targeted relief while your discovery requests are "massive." Thank you and have a great weekend.

Edward O. Sassower, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue

5

New York, NY 10022-4675  
Office: 212-446-4733  
Mobile: 917-903-2346  
Fax: 212-446-4900

On May 23, 2014, at 12:09 PM, "Coffey, Jeremy B." <JCoffey@brownrudnick.com> wrote:

> Edward,
>
> Based on the representation that the RSA Assumption motion will be pushed back to the June 30 hearing, we will adjourn the Sawyer and Keglevic depositions (previously noticed for May 27 and 28). We also will agree to push back the production date for documents responsive to our requests. Let's plan to discuss dates for document production and depositions early next week. Please also advise as soon as possible as to the new objection deadline for the RSA Assumption Motion.
>
> Thank you,
>
> Jeremy B. Coffey  
> Brown Rudnick LLP  
> One Financial Center  
> Boston, MA 02111  
> Telephone (617) 856-8595  
> Facsimile (617) 856-8201
>
> - and -
>
> Seven Times Square  
> New York, NY 10036  
> Telephone (212) 209-4800
>
> * Admitted in Texas and Massachusetts
>
>> **From:** Poddar, Shivani  
>> **Sent:** Wednesday, May 21, 2014 11:05 AM  
>> **To:** edward.sassower@kirkland.com  
>> **Cc:** Coffey, Jeremy B.; Jonas, Jeffrey L.; Weisfelner, Edward S.; brettmiller@mofo.com; louis.curcio@dentons.com; gstarner@whitecase.com;

6

cshore@whitecase.com;
aprinci@mofo.com;
mark.mckane@kirkland.com;
andrew.mcgaan@kirkland.com;
Taylor, Greg (GTaylor@ashby-geddes.com); Marshall, Jonathan D.; Lauchheimer, Aaron B.; Stoll, James W.
**Subject:** Texas Competitive Electric Holdings, LLC

Edward,

Please see attached letter and WSFS's Document Request to the Debtors.

Sincerely,
Shivani

<image001.jpg>

**Shivani Poddar**
Litigation Associate

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4941
F: 212.938.2918
spoddar@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

**From:** Poddar, Shivani
**Sent:** Monday, May 19, 2014 8:50 PM
**To:** 'edward.sassower@kirkland.com'
**Cc:** Coffey, Jeremy B.; Jonas, Jeffrey L.; Weisfelner, Edward S.; 'brettmiller@mofo.com'; 'louis.curcio@dentons.com'; 'gstarner@whitecase.com'; 'cshore@whitecase.com'; 'aprinci@mofo.com'; 'mark.mckane@kirkland.com'; 'andrew.mcgaan@kirkland.com'; Taylor, Greg (GTaylor@ashby-geddes.com)
**Subject:** Texas Competitive Electric Holdings, LLC

Edward,

Please see attached letter and accompanying draft document requests, as well as courtesy

7

copies of two filed deposition notices.

Sincerely,
Shivani

<image001.jpg>

**Shivani Poddar**
Litigation Associate

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4941
F: 212.938.2918
spoddar@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

***********************************************************************************

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that:

Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

***********************************************************************************

***********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters

addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*