IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* [1] | ) ) ) ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) ) | |

**NOTICE OF DEPOSITION**

**TO**: Energy Future Holdings Corporation and the above captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors of certain Debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition upon oral examination of the Debtors

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

relating to the *Debtors' Application For Entry of an Order Authorizing the Retention of Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date*, filed on May 29, 2014 [Docket No. 660] (the "K&E Retention Application"), the *Application of Energy Future Holdings Corp., et al. for an Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective Nunc Pro Tunc to the Petition Date*, filed on May 29, 2014 [Docket No. 665] (the "Sidley Retention Application"), and the relief requested by Debtors by those Applications, on **June 11, 2014**, at **10 a.m.** (Prevailing Eastern Time), at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties).  The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

### RULE 30(b)(6) DEPOSITION TOPICS[2]

1. The K&E Retention Application and the relief requested therein
2. The Sidley Retention Application and the relief requested therein
3. The Debtors' decision to engage K&E as primary legal counsel
4. The Debtors' decision to engage Sidley as special legal counsel

---

[2] Unless otherwise defined, all terms referenced herein shall have the meanings ascribed to them in the Ad Hoc Group of TCEH Unsecured Noteholders' Third Set of Requests for Production of Documents to the Debtors Pursuant to Rules 7026 and 7034, dated June 4, 2014, concerning the K&E Retention Application and Sidley Retention Application.

5. The Debtors' assessment, evaluation, consideration, or analysis of any existing or potential conflicts of interest that K&E may have with respect to any individual Debtor(s)

6. The Debtors' assessment, evaluation, consideration, or analysis of any existing or potential conflicts of interest that Sidley may have with respect to any individual Debtor(s)

7. The Debtors' engagement, or consideration thereof, of any alternative counsel

8. Any Documents upon which Debtors rely or intend to rely in connection with the K&E Retention Application or the Sidley Retention Application

Dated: June 4, 2014
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: */s/ L. John Bird*
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

and

Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*