IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) )  Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) )  Case No. 14-10979 (CSS) |
| Debtors. | ) )  (Jointly Administered) ) |

**THE RAILROAD COMMISSION OF TEXAS' RESPONSE TO DEBTOR'S OMNIBUS REPLY IN SUPPORT OF TCEH DEBTORS' DIP MOTION AND CASH COLLATERAL MOTION AND INRESPONSE TTO THE OBEJECTIONS THERETO**
*(Relates to Dkt. 738)*

Comes now the Texas Railroad Commission ("Commission" or as referred to by the debtor "RCT"), by and through the Texas Attorney General's Office and, in response to *Debtor's Omnibus Reply in Support of the TCEH Debtor' Dip Motion and Cash Collateral Motion and in Response to the Objections Thereto* (Dkt. 738) (the "EFH Response") respectfully files this pleading as a courtesy to the Court and to other parties in this case who have inquired as to the Commission's position. The Commission states as follows:

The EFH Response states at para 29 to 30:

29. The TCEH Debtors require the DIP Facility to be approved on a final basis immediately to ensure that they may obtain a ruling from the RCT regarding the RCT Reclamation Support Carve Out and avoid any unnecessary fees to the TCEH Debtors' estates. The Ad Hoc Unsecured Group suggests in a footnote that final approval of the DIP Facility could be delayed until after the RCT has ruled to avoid costs associated with the Delayed Draw Term Loan. *See* Unsecured Ad Hoc Objection, '|[ 21 n.7. This suggestion, however, is not viable and delayed approval will only increase the costs of the DIP Facility.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

30. The RCT has informed the TCEH Debtors that it will not consider the TCEH Debtors' application to submit the RCT Reclamation Support Carve Out in satisfaction of its reclamation bonding obligations until the RCT Reclamation Support Carve Out has been approved by the Bankruptcy Court in a final order. Thus, it is critical that the TCEH Debtors have final approval of the DIP Facility on June 5 or 6.

The Texas Railroad Commission believes the language above accurately describes the Commission's position.  The Commission will not take final action on the proposed alternative financial assurance until it receives a final order from the Bankruptcy Court.

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        JOHN B. SCOTT
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/ Hal F. Morris*
        HAL F. MORRIS
        Texas State Bar No. 14485410
        Direct Dial:  (512) 475-4550
        *hal.morris@texasattorneygeneral.gov*
        ASHLEY F. BARTRAM
        Texas State Bar No. 24045883
        Direct Dial:  (512) 475-4937
        *ashley.bartram@texasattorneygeneral.gov*
        Assistant Attorneys General
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, Texas 78711-2548
        Fax: (512) 482-8341

        ATTORNEYS FOR RAILROAD COMMISSION OF TEXAS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2014, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

                                        */s/ Hal F. Morris*
                                        Hal F. Morris