IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 26, 319 & 341** |

## CERTIFICATION OF COUNSEL CONCERNING FINAL ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

The undersigned hereby certifies as follows:

1. On April 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services** [D.I. 26] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. Pursuant to the **Notice of (A) Entry of "Interim Order Determining Adequate Assurance of Payment for Future Utility Services" and (B) Scheduling of a Final Hearing Thereon** [D.I. 341], objections or responses to the final relief requested in the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on May 29, 2014 (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10361827v.2

"Objection Deadline"),[2] and a hearing to consider the final relief requested in the Motion is currently scheduled to take place on June 5, 2014 at 9:30 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, AEP Texas Central Company and AEP Texas North Company (together, "AEP") and Centerpoint Energy Houston Electric, LLC ("Centerpoint") filed limited objections to the Motion [D.I. 621 & 638] (the "Limited Objections"). Additionally, the official committee of unsecured creditors (the "Committee") and the ad hoc group of TCEH unsecured noteholders (the "Ad Hoc Group") provided informal responses to the Motion (together the "Informal Responses" and, together with the Limited Objections, the "Responses"). Other than the Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors, AEP, Centerpoint, the Committee and the Ad Hoc Group, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion. The Revised Order resolves the Responses, provided that the Court has entered the **Order Authorizing Certain of the Debtors to Assume Transmission and Distribution Service Agreements** [D.I. 784].

4. A copy of the Revised Order is attached hereto as Exhibit A. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as Exhibit B. The Revised Order has been circulated to, and is acceptable to, AEP, Centerpoint, the Committee and the Ad Hoc Group.

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

---

[2] The Debtors extended the Objection Deadline for the Ad Hoc Group and the Committee to May 30, 2014.

Dated: June 4, 2014  
       Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	collins@rlf.com
	defranceschi@rlf.com
	madron@rlf.com
	semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	richard.cieri@kirkland.com
	edward.sassower@kirkland.com
	stephen.hessler@kirkland.com
	brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	james.sprayregen@kirkland.com
	chad.husnick@kirkland.com
	steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession