# Exhibit B

RLF1 10361827v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-~~————(——)~~-10979 (CSS) |
| Debtors. | ) ~~(Joint Administration Requested)~~(Jointly Administered) |
|  | ) Re: Docket No. 26 |

## FINAL ORDER DETERMINING ADEQUATE
## ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of a final order (this "Order"), (a) determining adequate assurance of payment for future Utility Services; (b) prohibiting Utility Providers from altering or discontinuing service on account of outstanding prepetition invoices; and (c) establishing procedures for resolving requests for additional adequate assurance, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered an interim order in respect of the Motion [D.I. 319]; and the Court having found that the relief requested in the Motion as modified

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which ~~the debtors have requested~~ joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' ~~proposed~~ claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the limited objection of AEP Texas Central Company and AEP Texas North Company to the Motion [D.I. 621] and the limited objection of Centerpoint Energy Houston Electric, L.L.C. to the Motion [D.I. 638] (collectively, the "Limited Objections"); and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and the parties having resolved and/or the Court having otherwise overruled the objections raised in the Limited Objections; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted on a final basis as set forth herein.

2. The Proposed Adequate Assurance is hereby approved on a final basis and is deemed adequate assurance of payment as such term is used in section 366 of the Bankruptcy Code.

3. Absent compliance with the following Adequate Assurance Procedures, the Utility Providers are forbidden to alter, refuse, or discontinue service on account of any prepetition amounts outstanding, or require additional assurance of payment other than that provided pursuant to this Order:

> (a) If a Utility Provider seeks additional assurance of payment in the form of deposits, prepayments, or otherwise, it must serve a request (an "Additional Assurance Request") upon: (i) the Debtors at the following address: Energy Future Holdings Corporation, 1601 Bryan Street, 43rd Floor, Dallas, Texas,

75201, Attn: Andrew M. Wright; (ii) proposed co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Brian E. Schartz; (iii) proposed co-counsel to the Debtors, Richards Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. ~~Collins; (iv~~Collins; (iv) proposed co-counsel to the official committee of unsecured creditors appointed in these chapter 11 cases (the "Creditors' Committee"), Morrison & Foerster LLP, 250 West 55th Street, New York, New York 10019, Attn: William H. Hildbold; (v) proposed co-counsel, to the Creditors' Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, Attn: Christopher Ward; (vi) The Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter; (~~v~~vii) Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to the Ad Hoc Committee of TCEH First Lien Creditors, 1285 Avenue of the Americas, New York, New York, 10019, Attn: Jacob A. Adlerstein; (vi~~i~~ii) Akin Gump Strauss Hauer & Feld LLP, counsel to the Ad Hoc Committee of EFIH Unsecured Creditors, One Bryant Park, Bank of America Tower, New York, NY 10036, Attn: Ira S. Dizengoff; (~~vii~~ix) Milbank, Tweed, Hadley & McCloy LLP, counsel to the administrative agent under the TCEH debtor in possession financing facility, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Karen Gartenberg; (~~viii~~and (x) Shearman & Sterling LLP, counsel to the administrative agent under the EFIH first lien debtor in possession financing facility, 599 Lexington Avenue, New York, NY 10022, Attn: Ned S. ~~Schodek (ix) the entities listed on the Consolidated List of Creditors Holding the 50 Largest Unsecured Claims, unless an official committee of unsecured creditors has been formed, in which case, counsel to the official creditors' committee~~Schodek.

(b) Any Additional Assurance Request must: (i) be made in writing; (ii) set forth the location for which Utility Services are provided; (iii) include a summary of the Debtors' payment history relevant to the affected account(s), including any security deposits; (iv) certify the amount that is equal to two weeks of utility service it provides to the Debtors, calculated as a historical average over the past 12 months; (v) certify that the Utility Provider currently is not paid in advance for its services; and (vi) explain why the Utility Provider believes the Debtors' Adequate Assurance is not sufficient adequate assurance of future payment.

(c) Upon the Debtors'-~~timely~~ receipt of an Additional Assurance Request at the addresses set forth above, the Debtors will have 20 days from the receipt of such Additional Assurance Request, or such longer period agreed to among the Debtors and the Utility Provider (the "Resolution Period"), to negotiate with such Utility Provider to resolve such Utility Provider's request for additional assurance of payment.

(d) The Debtors may, in their sole discretion but in consultation with (i) counsel to the Ad Hoc Committee of TCEH First Lien Creditors and (ii) proposed

3

counsel to the Creditors' Committee for Additional Assurance Requests exceeding $5 million, resolve any Additional Assurance Request by mutual agreement with the respective Utility Provider without further order of the Court, and may, in connection with any such agreement, in their sole discretion, provide a Utility Provider with additional adequate assurance of future payment, including cash deposits, prepayments, and other forms of security, without further order of the Court if the Debtors believe such additional assurance is reasonable.

(e) If the Debtors determine that the Additional Assurance Request is not reasonable and are not able to reach an alternative resolution with the Utility Provider during the Resolution Period, the Debtors, during or immediately after the Resolution Period, will request a hearing before the Court to determine the adequacy of assurances of payment with respect to a particular Utility Provider (the "Determination Hearing") pursuant to section 366(c)(3) of the Bankruptcy Code.

(f) Pending resolution of a dispute scheduled for a Determination Hearing, the Utility Provider filing such Additional Assurance Request shall be prohibited from altering, refusing, or discontinuing service to the Debtors on account of unpaid charges for prepetition services or on account of any objections to the Proposed Adequate Assurance.

(g) A Utility Provider that makes an Additional Assurance Request shall be deemed to have adequate assurance of payment unless and until (i) the Debtors agree in writing to (A) an Additional Assurance Request, or (B) a form of alternative adequate assurance with the Utility Provider during the Resolution Period; or (ii) the Court enters an order at any Determination Hearing requiring that additional adequate assurance of payment be provided.

(h) The Debtors may file amendments to the Utility Service List to add or remove any Utility Provider, and this Order shall apply to any subsequently identified Utility Provider, regardless of when the Utility Provider was added to the Utility Service List.

(i) In the event a Utility Provider is removed from the Utility Service List for any reason, including the Debtors' termination of services from such Utility Provider, (i) the Debtors are authorized to reduce the amount of the Adequate Assurance Deposit by the amount that was attributable to the removed Utility Provider and such amount will be promptly returned to the Debtors without further order of the Court, and (ii) if the removed Utility Provider received any value from the Debtors as adequate assurance of payment, the removed Utility Provider shall promptly return such value to the Debtors (but in no event later than five business days after the Utility Provider is removed from the Utility Service List).

4.  The Adequate Assurance Deposit shall be returned to the Debtors upon the earlier of (i) entry of an order of the Court authorizing the return of such Adequate Assurance Deposit to the Debtors or (ii) five business days following the occurrence of the effective date of a chapter 11 plan in the Debtors' chapter 11 cases.

5.  The Debtors shall serve a copy of this Order on each Utility Provider listed on the Utility Service List within two business days of the date of this Order is entered.

6.  In accordance with this Order and any other order of this Court, each of the financial institutions at which the Debtors maintain their accounts relating to the provision of payment of adequate assurance as provided in this Order is authorized to honor checks and electronic payment requests presented for the provision of adequate assurance as provided in this Order and all fund transfer requests made by the Debtors related thereto to the extent that sufficient funds are on deposit in such amounts.

7.  Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any claim against a Debtor entity; (b) a waiver of the <u>rights of the</u> Debtors' ~~rights~~<u>estates</u> to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' ~~rights~~<u>estates</u> under the Bankruptcy Code or any other applicable law; or (g) an admission that a Utility Provider is in fact a utility under section 366 of the Bankruptcy Code. Payments made pursuant to this Order shall not be construed as an admission as to the validity of any claim or a waiver of ~~the Debtors'~~<u>any party in interest's</u> rights to subsequently dispute such claim.

8. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

9. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

12. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: _____, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT C1

**Revised Utility Service List**

**Utility Service List**

| Creditor Name | Classification / Type of Utility | Address |
|---|---|---|
| 1Stel Incorporated | Telephone/Internet/Cable | 205 E. Henderson Street<br>Cleburne, TX 76031 |
| Abilene Regional Landfill | Waste Management/Recycling | FM 3034, Off Highway 277<br>Abilene, TX 79601 |
| Abovenet Communications Incorporated | Telephone/Internet/Cable | 360 Hamilton Avenue<br>7th Floor<br>White Plains, NY 10601-1811 |
| AEP Texas Central Company | TDSP | 1 Riverside Plaza<br>Columbus, OH 43215-2372 |
| AEP Texas North Company | TDSP | 1 Riverside Plaza<br>Columbus, OH 43215-2372 |
| Allied Waste Services #058 | Waste Management/Recycling | 5001 Pine Street<br>Abilene, TX 79601-1028 |
| Allied Waste Services #069 | Waste Management/Recycling | 18500 N. Allied Way, Suite 100<br>Phoenix, AZ 85054 |
| Allied Waste Services #794 | Waste Management/Recycling | 18500 N. Allied Way, Suite 100<br>Phoenix, AZ 85054 |
| American Messaging | Telephone/Internet/Cable | American Messaging<br>1720 Lakepointe Drive<br>Lewisville, TX 75057 |
| Aqua Water Supply Corporation | Water/Sewer | 415 Old Austin Highway<br>Drawer P<br>Bastrop, TX 78602 |
| Atmos Energy Corporation | Natural Gas | P.O. Box 650205<br>Dallas, Texas 75265-0205 |
| AT&T Incorporated | Telephone/Internet/Cable | One AT&T Way<br>Bedminster, NJ 07921-0572 |
| AT&T Internet Services Incorporated | Telephone/Internet/Cable | 208 S. Akard Street<br>Dallas, TX 75202 |
| AT&T Mobility LLC | Telephone/Internet/Cable | 1025 Lenox Park<br>Boulevard NE Room A325<br>Atlanta, GA 30319 |
| AT&T Opus Billing Department | Telephone/Internet/Cable | 10110 Battleview Parkway<br>Manassas, VA 20109 |
| BCS Stop & Go | Portable Waste Management | 8825 Stewarts Meadow<br>College Station, TX 77845 |
| Bi-County Water Supply Incorporated | Water/Sewer | 4094 FM 2254<br>Pittsburgh, TX 75686 |
| Bluebonnet Electric Coop Incorporated | Electric | 155 Electric Avenue<br>Bastrop, TX 78602 |
| Bowie-Cass Electric Cooperative | Electric | 117 North Street<br>Douglassville, TX 75560 |
| Bullard Incorporated | Portable Waste Management | 2000 W. Oak Street<br>Palestine, TX 75801 |
| Cactus Environmental Services | Waste Management/Recycling | 4960 Singleton Boulevard<br>Dallas, TX 75212 |

| Creditor Name | Classification / Type of Utility | Address |
|---|---|---|
| Cellular One | Telephone/Internet/Cable | 2401 W. Jefferson Street<br>Springfield, IL 62702 |
| Centerpoint Energy, Incorporated | TDSP | 1111 Louisiana Street<br>Houston, TX 77002 |
| Century Link | Telephone/Internet/Cable | 100 Centurylink Drive<br>Monroe, LA 71203 |
| City Of Coppell | Water/Sewer | 255 Parkway Boulevard<br>Coppel, TX 75019-9478 |
| City Of Fairfield | Water/Sewer | 222 S. Mount Street<br>Fairfield, TX 75840 |
| City Of Garland | Water/Sewer | 2343 Forest Lane<br>Garland, TX 75042 |
| City Of Glen Rose | Water/Sewer | 201 NE Vernon Street<br>Glen Rose, TX 76043 |
| City Of Graham Water Department | Water/Sewer | 429 4th Street<br>Graham, TX 76450 |
| City Of Granbury Municipal | Water/Sewer | 1800 Waters Edge Drive<br>Granbury, TX 76048 |
| City Of Irving | Water/Sewer | 825 W. Irving Boulevard.<br>Irving, TX 75060 |
| City Of Mesquite | Water/Sewer | 757 N. Galloway Avenue<br>Mesquite, TX 75149 |
| City Of Monahans | Waste Management/Recycling | 112 W. 2nd Street<br>Monahans, TX 79756 |
| City Of Savoy | Water/Sewer | City Hall<br>405 E. Hayes Street<br>Savoy, TX 75479 |
| City Of Sulphur Springs | Water/Sewer | Water Department<br>125 S. Davis Street<br>Sulphur Springs, TX 75482 |
| City Of Sweetwater | Water/Sewer | 200 E. 4th Street<br>Sweetwater, TX 79556 |
| City Of Trinidad | Water/Sewer | 212 Park Street<br>Trinidad, TX 75163 |
| Clean Harbors | Hazardous Waste | 42 Longwater Drive<br>Norwell, MA 02061-9149 |
| Colorado River Municipal Water District | Water/Sewer | 400 E. 24th Street<br>Big Spring, TX 79720 |
| Commercial Metals Company | Waste Management/Recycling | 6565 N. Macarthur Boulevard, Suite 800<br>Irving, TX 75039 |
| Consolidated Communications | Telephone/Internet/Cable | 121 S. 17th Street<br>Mattoon, IL 61938 |
| Crims Chapel Water Supply Corporation | Water/Sewer | 1917 E. Main Street<br>Hendersonville, TX 75652 |
| Dallas Water Utilities | Water/Sewer | 1500 Marilla Suite 1 AN<br>Dallas, TX 75277 |
| Direct Energy Business | Electric | 1001 Liberty Avenue, Suite 1200<br>Pittsburgh, PA 15222 |

| Creditor Name | Classification / Type of Utility | Address |
|---|---|---|
| Dish Network | Telephone/Internet/Cable | 9601 S. Meridian Boulevard Englewood, CO 80112 |
| Duncan Disposal | Waste Management/Recycling | 8820 W. Highway 80 Midland, TX 79706 |
| Eastex Telephone | Telephone/Internet/Cable | 3675 U.S. Highway 79 S Henderson, TX 75654 |
| Effective Environmental Incorporated | Waste Management/Recycling | 2515 South Beltline Road Mesquite, TX 75181-2015 |
| EOL Water Supply Corporation | Water/Sewer | 9226 Elk Road Axtell, TX 76624 |
| ERCOT | Electric | 7620 Metro Center Drive Austin, TX 78744 |
| Fairplay Water Supply Corporation | Water/Sewer | 227 County Road 212 Beckville, TX 75631 |
| FCC Environmental LLC | Waste Management/Recycling | 523 North Sam Houston Parkway E. #400 Houston, TX 77060 |
| Fort Worth Water Department | Water/Sewer | 908 Monroe Street Fort Worth, TX 76161-0003 |
| GLM Incorporated | Waste Management/Recycling | 17300 Preston Road Suite 300 Dallas, TX 75252 |
| Glowpoint Incorporated | Telephone/Internet/Cable | 5740 Ralston Street Suite 304 Ventura, CA 93003 |
| H & H Water Supply Corporation | Water/Sewer | 192 Old Hallsburd Road Riesel, TX 76682 |
| Inter-County Communications Incorporated | Telephone/Internet/Cable | 222 Linda Drive Sulphur Springs, TX 75482 |
| Itasca Landfill | Waste Management/Recycling Service | 2559 FM 66 Itasca, TX 76055 |
| Level 3 Communications LLC | Telephone/Internet/Cable | 1025 Eldorado Boulevard Broomfield, CO 80021 |
| Lower Colorado River Authority | Water/Sewer | 3700 Lake Austin Boulevard Austin, TX 78703 |
| Lubbock Electric Company Incorporated | Electric | 1108 34th Street Lubbock, TX 79411 |
| Mexia Landfill | Waste Management/Recycling Service | 3048 County Road 460 Mexia, TX 76667 |
| ~~Mid East Texas Groundwater Conservation~~ | ~~Water/Sewer~~ | ~~P.O. Box 477 Madisonville, TX 77864~~ |
| Midstate Environmental Services (Or Midstate Environmental United) | Waste Management/Recycling Service | 2203 Tower Road Robstown, TX 78380 |
| Mitchell County Utility Company | Water/Sewer | 5353 Lake County Road 256 Colorado City, TX 79512 |
| Navarro County Electric Coop Incorporated | Electric | 3800 Texas 22 Corsicana, TX 75110 |
| Navasota Valley Electric | Electric | 2281 E. U.S. Highway 79 Franklin, TX 77856 |

| Creditor Name | Classification / Type of Utility | Address |
|---|---|---|
| New Prospect Water Supply Corp | Water/Sewer | 2937 State Highway 43 E. Henderson, TX 75652 |
| Nueces Electric Cooperative | TDSP | 14353 Cooperative Avenue Corpus Christi, TX 78380 |
| Oncor Electric Delivery Company LLC | TDSP | 1616 Woodall Rodgers Freeway Dallas, TX 75202 |
| Pinehill Landfill | Waste Management/Recycling Service | Interstate 20 Kilgore, TX 75662 |
| Pleasant Oaks Landfill TX LP | Waste Management/Recycling Service | 3031 Farm Road 3417 Mt Pleasant, TX 75455 |
| Port-A-Jon | Portable Waste Management | 212 Michael Drive Longview, TX 75602 |
| Progress Energy | Electric | 401 S. Wilmington Street Raleigh, NC 27601 |
| Progressive Waste Solutions | Waste Management/Recycling | 2301 Eagle Parkway Suite 200 Fort Worth, TX 76177 |
| Progressive Water Treatment | Water/Sewer | 2535 E. University Drive McKinney, TX 75069 |
| Republic Services National | Waste Management/Recycling Service | 18500 North Allied Way Phoenix, AZ 85054 |
| Robertson County Water | Water/Sewer | 1418 U.S. Highway 79 Franklin, TX 77856 |
| Rock Hill Water Supply Corporation | Water/Sewer | 227 County Road 212 Beckville, TX 75631 |
| Rusk County Electric Cooperative Incorporated | Electric | 3162 State Highway 43 E. Henderson, TX 75652 |
| Set Environmental Incorporated | Waste Management/Recycling | 450 Sumac Road Wheeling, IL 60090 |
| Sharyland Utilities LP | TDSP | 1807 Ross Avenue, Suite 460 Dallas, TX 75201 |
| Somervell County Water District | Water/Sewer | 2099 County Road 301 Glen Rose, TX 76043 |
| Southwest Fannin County | Water/Sewer | Water Supply Corporation 8046 W. Highway 56 Savoy, TX 75479 |
| Southwestern Bell Telephone | Telephone/Internet/Cable | 1 Bell Centre St. Louis, MO 63101-3004 |
| Southwestern Electric Power Company | Electric | 428 Travis Street Shreveport, LA 71101 |
| Sprint | Telephone/Internet/Cable | 6200 Sprint Parkway Overland Park, KS 66251-4300 |
| Starboard Environmental Audit Services Inc | Hazardous Waste | 3200 Stagecoach Ranch Loop Dripping Springs, TX 78620 |
| Stryker Lake WSC | Water/Sewer | 2761 County Road 4501 New Summerfield, TX 75780 |
| Suddenlink | Telephone/Internet/Cable | 12444 Powerscourt Drive Suite 450 St. Louis, MO 63131 |
| Texas Disposal Services | Waste Management/Recycling | 12200 Carl Road Creedmoor, TX 78610-2184 |

| Creditor Name | Classification / Type of Utility | Address |
| --- | --- | --- |
| Texas-New Mexico Power Company | TDSP | 577 North Garden Ridge Boulevard Lewisville, TX 75067 |
| Time Warner Cable | Telephone/Internet/Cable | 60 Columbus Circle New York, NY 10023 |
| Town Of Sunnyvale | Water/Sewer | 127 N. Collins Road Sunnyvale, TX 75182-9516 |
| Tri Special Utility District | Water/Sewer | 300 W. 16th Street Mt. Pleasant, TX 75455 |
| Tri-County Electric Coop Incorporated | Electric | 600 NW Parkway Azle, TX 76020 |
| United Cooperative Services | Electric | PO Box 290 Stephenville, TX 76401 |
| United Recycler Services Incorporated Midstate Environmental Services | Waste Management/Recycling | 1340 Manufacturing Street Dallas, TX 75207 |
| Universal Recycling Technologies | Waste Management/Recycling | 2535 Beloit Avenue Janesville, WI 53546 |
| Universal Vacuum Services | Waste Management/Recycling | 1602 S. Market Street Hearne, TX 77859 |
| Upshur Rural Electric Co-Op | Electric | 1200 W. Tyler Street Gilmer, TX 75644 |
| Verizon Business | Telephone/Internet/Cable | 22001 Loudoun County Parkway Ashburn, VA 20147-6105 |
| Verizon Southwest | Telephone/Internet/Cable | 600 Hidden Ridge Irving, TX 75038 |
| Verizon Wireless | Telephone/Internet/Cable | 140 West Street New York, NY 10007 |
| Waste Management | Waste Management/Recycling | 1001 Fannin, Suite 4000 Houston, TX 77002 |
| Windstream Communications | Telephone/Internet/Cable | 4001 Rodney Parham Road Building 1 Little Rock, AR 72212 |
| Wood County Electric | Electric | 501 S. Main Street P.O. Box 1827 Quitman, TX 75783 |