## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) Case No. 14-10979-CSS-11 |
| | ) Chapter 11 |
| Debtor(s) | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR PLEADINGS, NOTICES AND DOCUMENTS

The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at deecf@dor.mo.gov or by mail at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: Steven A. Ginther, PO Box 475, Jefferson City, MO 65105-0475.

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

                                          Chris Koster, Attorney General
                                          State of Missouri

                                          By: /s/ Steven A. Ginther
                                          Steven A. Ginther, Mo. Bar #43556
                                          Special Assistant Attorney General
                                          Missouri Department of Revenue
                                          General Counsel's Office
                                          301 W. High Street, Room 670
                                          PO Box 475
                                          Jefferson City, MO 65105-0475
                                          (573) 751-5531  FAX (573) 751-7232
                                          Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request for Pleadings, Notices, and Documents were electronically filed and served upon all those who receive electronic notification on June 4, 2014.

/s/ Steven A. Ginther