IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Related to Docket Nos. 74, 470 and 473 |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>*Plaintiff,*<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) Adversary Proceeding<br>) No. 14-50363 (CSS)<br>) Related to Adversary Docket No. 1<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER WITH
RESPECT TO (A) CONTESTED MATTER MOTION, (B) ADVERSARY
PROCEEDING, AND (C) STAY-APPLICABILITY MOTION**

The undersigned, counsel for CSC Trust Company of Delaware, as Indenture Trustee (the

"10% Trustee") for the 10% Senior Secured Notes Due 2020 issued by certain of the Debtors

under the Indenture dated as of August 17, 2010 between Energy Future Intermediate Holdings

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

and CSC Trust (as successor to The Bank of New York Mellon Trust Company, N.A.), hereby certifies as follows:

1. At the hearing on May 22, 2014, counsel for the above-referenced Debtors and the 10% Trustee (collectively, the "Parties") advised the Court that they would confer and submit a proposed schedule governing the September 10-12, 2014 combined hearing and trial on the following matters:

(a) the contested matter seeking a determination concerning the EFIH First Lien Noteholders' entitlement to a make-whole premium (the "Contested Matter Motion"), which is a portion of the relief sought in the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay (Docket No. 74);

(b) the adversary proceeding filed by CSC Trust Company of Delaware, as Indenture Trustee for declaratory relief on entitlement to a make-whole premium, Adversary Proceeding No. 14-50363 (Docket No. 470) (the "Adversary Proceeding"); and

(c) the Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the

Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration (Docket No. 473) (the "Stay-Applicability Motion").

2. The Parties have conferred and agreed upon a proposed scheduling order subject to the Court's approval. Attached hereto as <u>Exhibit A</u> for the Court's consideration is a proposed Scheduling Order With Respect To (A) Contested Matter Motion, (B) Adversary Proceeding, And (C) Stay-Applicability Motion (the "Scheduling Order").

3. The Parties respectfully request the Court enter the Scheduling Order.

Dated: June 4, 2014

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: 302-652-3131
Facsimile:  302-652-3117

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ  07602
Telephone: 201-489-3000
Facsimile:  201-489-1536

ROPES & GRAY LLP
Keith H. Wofford
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY  10036-8704
Telephone: 212-596-9000
Facsimile:  212-596-9090

D. Ross Martin
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Telephone: 617-951-7000
Facsimile:  617-951-7050

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY  10036-2714
Telephone: 212-248-3264
Facsimile:  212-248-3141

Counsel for CSC Trust Company of Delaware
as successor indenture trustee