# EXHIBIT 1

Revised Utility Service List

## Utility Service List

| Creditor Name | Classification / Type of Utility | Address |
|---|---|---|
| 1Stel Incorporated | Telephone/Internet/Cable | 205 E. Henderson Street<br>Cleburne, TX 76031 |
| Abilene Regional Landfill | Waste Management/Recycling | FM 3034, Off Highway 277<br>Abilene, TX 79601 |
| Abovenet Communications Incorporated | Telephone/Internet/Cable | 360 Hamilton Avenue<br>7th Floor<br>White Plains, NY 10601-1811 |
| AEP Texas Central Company | TDSP | 1 Riverside Plaza<br>Columbus, OH 43215-2372 |
| AEP Texas North Company | TDSP | 1 Riverside Plaza<br>Columbus, OH 43215-2372 |
| Allied Waste Services #058 | Waste Management/Recycling | 5001 Pine Street<br>Abilene, TX 79601-1028 |
| Allied Waste Services #069 | Waste Management/Recycling | 18500 N. Allied Way, Suite 100<br>Phoenix, AZ 85054 |
| Allied Waste Services #794 | Waste Management/Recycling | 18500 N. Allied Way, Suite 100<br>Phoenix, AZ 85054 |
| American Messaging | Telephone/Internet/Cable | American Messaging<br>1720 Lakepointe Drive<br>Lewisville, TX 75057 |
| Aqua Water Supply Corporation | Water/Sewer | 415 Old Austin Highway<br>Drawer P<br>Bastrop, TX 78602 |
| Atmos Energy Corporation | Natural Gas | P.O. Box 650205<br>Dallas, Texas 75265-0205 |
| AT&T Incorporated | Telephone/Internet/Cable | One AT&T Way<br>Bedminster, NJ 07921-0572 |
| AT&T Internet Services Incorporated | Telephone/Internet/Cable | 208 S. Akard Street<br>Dallas, TX 75202 |
| AT&T Mobility LLC | Telephone/Internet/Cable | 1025 Lenox Park<br>Boulevard NE Room A325<br>Atlanta, GA 30319 |
| AT&T Opus Billing Department | Telephone/Internet/Cable | 10110 Battleview Parkway<br>Manassas, VA 20109 |
| BCS Stop & Go | Portable Waste Management | 8825 Stewarts Meadow<br>College Station, TX 77845 |
| Bi-County Water Supply Incorporated | Water/Sewer | 4094 FM 2254<br>Pittsburgh, TX 75686 |
| Bluebonnet Electric Coop Incorporated | Electric | 155 Electric Avenue<br>Bastrop, TX 78602 |
| Bowie-Cass Electric Cooperative | Electric | 117 North Street<br>Douglassville, TX 75560 |
| Bullard Incorporated | Portable Waste Management | 2000 W. Oak Street<br>Palestine, TX 75801 |
| Cactus Environmental Services | Waste Management/Recycling | 4960 Singleton Boulevard<br>Dallas, TX 75212 |

| Creditor Name | Classification / Type of Utility | Address |
| --- | --- | --- |
| Cellular One | Telephone/Internet/Cable | 2401 W. Jefferson Street<br>Springfield, IL 62702 |
| Centerpoint Energy, Incorporated | TDSP | 1111 Louisiana Street<br>Houston, TX 77002 |
| Century Link | Telephone/Internet/Cable | 100 Centurylink Drive<br>Monroe, LA 71203 |
| City Of Coppell | Water/Sewer | 255 Parkway Boulevard<br>Coppel, TX 75019-9478 |
| City Of Fairfield | Water/Sewer | 222 S. Mount Street<br>Fairfield, TX 75840 |
| City Of Garland | Water/Sewer | 2343 Forest Lane<br>Garland, TX 75042 |
| City Of Glen Rose | Water/Sewer | 201 NE Vernon Street<br>Glen Rose, TX 76043 |
| City Of Graham Water Department | Water/Sewer | 429 4th Street<br>Graham, TX 76450 |
| City Of Granbury Municipal | Water/Sewer | 1800 Waters Edge Drive<br>Granbury, TX 76048 |
| City Of Irving | Water/Sewer | 825 W. Irving Boulevard.<br>Irving, TX 75060 |
| City Of Mesquite | Water/Sewer | 757 N. Galloway Avenue<br>Mesquite, TX 75149 |
| City Of Monahans | Waste Management/Recycling | 112 W. 2nd Street<br>Monahans, TX 79756 |
| City Of Savoy | Water/Sewer | City Hall<br>405 E. Hayes Street<br>Savoy, TX 75479 |
| City Of Sulphur Springs | Water/Sewer | Water Department<br>125 S. Davis Street<br>Sulphur Springs, TX 75482 |
| City Of Sweetwater | Water/Sewer | 200 E. 4th Street<br>Sweetwater, TX 79556 |
| City Of Trinidad | Water/Sewer | 212 Park Street<br>Trinidad, TX 75163 |
| Clean Harbors | Hazardous Waste | 42 Longwater Drive<br>Norwell, MA 02061-9149 |
| Colorado River Municipal Water District | Water/Sewer | 400 E. 24th Street<br>Big Spring, TX 79720 |
| Commercial Metals Company | Waste Management/Recycling | 6565 N. Macarthur Boulevard, Suite 800<br>Irving, TX 75039 |
| Consolidated Communications | Telephone/Internet/Cable | 121 S. 17th Street<br>Mattoon, IL 61938 |
| Crims Chapel Water Supply Corporation | Water/Sewer | 1917 E. Main Street<br>Hendersonville, TX 75652 |
| Dallas Water Utilities | Water/Sewer | 1500 Marilla Suite 1 AN<br>Dallas, TX 75277 |
| Direct Energy Business | Electric | 1001 Liberty Avenue, Suite 1200<br>Pittsburgh, PA 15222 |

| Creditor Name | Classification / Type of Utility | Address |
|---|---|---|
| Dish Network | Telephone/Internet/Cable | 9601 S. Meridian Boulevard<br>Englewood, CO 80112 |
| Duncan Disposal | Waste Management/Recycling | 8820 W. Highway 80<br>Midland, TX 79706 |
| Eastex Telephone | Telephone/Internet/Cable | 3675 U.S. Highway 79 S<br>Henderson, TX 75654 |
| Effective Environmental Incorporated | Waste Management/Recycling | 2515 South Beltline Road<br>Mesquite, TX 75181-2015 |
| EOL Water Supply Corporation | Water/Sewer | 9226 Elk Road<br>Axtell, TX 76624 |
| ERCOT | Electric | 7620 Metro Center Drive<br>Austin, TX 78744 |
| Fairplay Water Supply Corporation | Water/Sewer | 227 County Road 212<br>Beckville, TX 75631 |
| FCC Environmental LLC | Waste Management/Recycling | 523 North Sam Houston Parkway E. #400<br>Houston, TX 77060 |
| Fort Worth Water Department | Water/Sewer | 908 Monroe Street<br>Fort Worth, TX 76161-0003 |
| GLM Incorporated | Waste Management/Recycling | 17300 Preston Road Suite 300<br>Dallas, TX 75252 |
| Glowpoint Incorporated | Telephone/Internet/Cable | 5740 Ralston Street Suite 304<br>Ventura, CA 93003 |
| H & H Water Supply Corporation | Water/Sewer | 192 Old Hallsburd Road<br>Riesel, TX 76682 |
| Inter-County Communications Incorporated | Telephone/Internet/Cable | 222 Linda Drive<br>Sulphur Springs, TX 75482 |
| Itasca Landfill | Waste Management/Recycling Service | 2559 FM 66<br>Itasca, TX 76055 |
| Level 3 Communications LLC | Telephone/Internet/Cable | 1025 Eldorado Boulevard<br>Broomfield, CO 80021 |
| Lower Colorado River Authority | Water/Sewer | 3700 Lake Austin Boulevard<br>Austin, TX 78703 |
| Lubbock Electric Company Incorporated | Electric | 1108 34th Street<br>Lubbock, TX 79411 |
| Mexia Landfill | Waste Management/Recycling Service | 3048 County Road 460<br>Mexia, TX 76667 |
| Midstate Environmental Services (Or Midstate Environmental United) | Waste Management/Recycling Service | 2203 Tower Road<br>Robstown, TX 78380 |
| Mitchell County Utility Company | Water/Sewer | 5353 Lake County Road 256<br>Colorado City, TX 79512 |
| Navarro County Electric Coop Incorporated | Electric | 3800 Texas 22<br>Corsicana, TX 75110 |
| Navasota Valley Electric | Electric | 2281 E. U.S. Highway 79<br>Franklin, TX 77856 |
| New Prospect Water Supply Corp | Water/Sewer | 2937 State Highway 43 E.<br>Henderson, TX 75652 |

| Creditor Name | Classification / Type of Utility | Address |
|---|---|---|
| Nueces Electric Cooperative | TDSP | 14353 Cooperative Avenue<br>Corpus Christi, TX 78380 |
| Oncor Electric Delivery Company LLC | TDSP | 1616 Woodall Rodgers Freeway<br>Dallas, TX 75202 |
| Pinehill Landfill | Waste Management/Recycling Service | Interstate 20<br>Kilgore, TX 75662 |
| Pleasant Oaks Landfill TX LP | Waste Management/Recycling Service | 3031 Farm Road 3417<br>Mt Pleasant, TX 75455 |
| Port-A-Jon | Portable Waste Management | 212 Michael Drive<br>Longview, TX 75602 |
| Progress Energy | Electric | 401 S. Wilmington Street<br>Raleigh, NC 27601 |
| Progressive Waste Solutions | Waste Management/Recycling | 2301 Eagle Parkway Suite 200<br>Fort Worth, TX 76177 |
| Progressive Water Treatment | Water/Sewer | 2535 E. University Drive<br>McKinney, TX 75069 |
| Republic Services National | Waste Management/Recycling Service | 18500 North Allied Way<br>Phoenix, AZ 85054 |
| Robertson County Water | Water/Sewer | 1418 U.S. Highway 79<br>Franklin, TX 77856 |
| Rock Hill Water Supply Corporation | Water/Sewer | 227 County Road 212<br>Beckville, TX 75631 |
| Rusk County Electric Cooperative Incorporated | Electric | 3162 State Highway 43 E.<br>Henderson, TX 75652 |
| Set Environmental Incorporated | Waste Management/Recycling | 450 Sumac Road<br>Wheeling, IL 60090 |
| Sharyland Utilities LP | TDSP | 1807 Ross Avenue, Suite 460<br>Dallas, TX 75201 |
| Somervell County Water District | Water/Sewer | 2099 County Road 301<br>Glen Rose, TX 76043 |
| Southwest Fannin County | Water/Sewer | Water Supply Corporation<br>8046 W. Highway 56<br>Savoy, TX 75479 |
| Southwestern Bell Telephone | Telephone/Internet/Cable | 1 Bell Centre<br>St. Louis, MO 63101-3004 |
| Southwestern Electric Power Company | Electric | 428 Travis Street<br>Shreveport, LA 71101 |
| Sprint | Telephone/Internet/Cable | 6200 Sprint Parkway<br>Overland Park, KS 66251-4300 |
| Starboard Environmental Audit Services Inc | Hazardous Waste | 3200 Stagecoach Ranch Loop<br>Dripping Springs, TX 78620 |
| Stryker Lake WSC | Water/Sewer | 2761 County Road 4501<br>New Summerfield, TX 75780 |
| Suddenlink | Telephone/Internet/Cable | 12444 Powerscourt Drive Suite 450<br>St. Louis, MO 63131 |
| Texas Disposal Services | Waste Management/Recycling | 12200 Carl Road<br>Creedmoor, TX 78610-2184 |
| Texas-New Mexico Power Company | TDSP | 577 North Garden Ridge Boulevard<br>Lewisville, TX 75067 |

| Creditor Name | Classification / Type of Utility | Address |
|---|---|---|
| Time Warner Cable | Telephone/Internet/Cable | 60 Columbus Circle<br>New York, NY 10023 |
| Town Of Sunnyvale | Water/Sewer | 127 N. Collins Road<br>Sunnyvale, TX 75182-9516 |
| Tri Special Utility District | Water/Sewer | 300 W. 16th Street<br>Mt. Pleasant, TX 75455 |
| Tri-County Electric Coop Incorporated | Electric | 600 NW Parkway<br>Azle, TX 76020 |
| United Cooperative Services | Electric | PO Box 290<br>Stephenville, TX 76401 |
| United Recycler Services Incorporated Midstate Environmental Services | Waste Management/Recycling | 1340 Manufacturing Street<br>Dallas, TX 75207 |
| Universal Recycling Technologies | Waste Management/Recycling | 2535 Beloit Avenue<br>Janesville, WI 53546 |
| Universal Vacuum Services | Waste Management/Recycling | 1602 S. Market Street<br>Hearne, TX 77859 |
| Upshur Rural Electric Co-Op | Electric | 1200 W. Tyler Street<br>Gilmer, TX 75644 |
| Verizon Business | Telephone/Internet/Cable | 22001 Loudoun County Parkway<br>Ashburn, VA 20147-6105 |
| Verizon Southwest | Telephone/Internet/Cable | 600 Hidden Ridge<br>Irving, TX 75038 |
| Verizon Wireless | Telephone/Internet/Cable | 140 West Street<br>New York, NY 10007 |
| Waste Management | Waste Management/Recycling | 1001 Fannin, Suite 4000<br>Houston, TX 77002 |
| Windstream Communications | Telephone/Internet/Cable | 4001 Rodney Parham Road<br>Building 1<br>Little Rock, AR 72212 |
| Wood County Electric | Electric | 501 S. Main Street<br>P.O. Box 1827<br>Quitman, TX 75783 |