**EXHIBIT 1**

SFAs

**SFAs**

| Contract | Debtor Counterparty[1] | Effective Date | Termination Date |
|---|---|---|---|
| Standard Form Market Participant Agreement | 4Change Energy Company | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Big Brown Power Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Luminant Energy Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Luminant ET Services Company | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Luminant Generation Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Oak Grove Management Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Sandow Power Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Tradinghouse Power Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | TXU Energy Retail Company LLC | January 1, 2014 | December 31, 2014 |
| Standard Form Market Participant Agreement | Valley NG Power Company LLC | January 1, 2014 | December 31, 2014 |

---

[1]    ERCOT is a party to each of the SFAs.