# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, et al., | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF DEPOSITION OF PAUL M. KEGLEVIC

TO: Energy Future Holdings Corporation and the above-captioned debtors (together, the "Debtors"), c/o Richards Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, DE 19801 and Kirkland & Ellis LLP, Attention Richard M. Cieri, 601 Lexington Avenue, New York, NY 10022.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of the United States District Court for the District of Delaware (the "Delaware Rules"), made applicable hereto pursuant to the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens ("WSFS"), by and through their counsel, shall take the deposition upon oral examination of Paul M. Keglevic in connection with the *Motion of Energy Future Holdings Corp., et al., for Entry of an order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay* (the "RSA Assumption Motion") [Docket No. 505], filed May 16, 2014.

{00864698;v1 }

The deposition shall be conducted at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York 10036, on June 17, 2014 at 10:00 a.m. The deposition will be taken before an authorized court reporter or other officer authorized by law to administer oaths, will be recorded by stenographic means and may be videotaped.

Dated: Wilmington, Delaware  
June 4, 2014

Respectfully submitted,

ASHBY & GEDDES, P.A.

By: _____  
William P. Bowden (I.D. No. 2553)  
Gregory A. Taylor (I.D. No. 4008)  
500 Delaware Avenue  
P.O. Box 1150  
Wilmington, Delaware 19899  
Telephone: (302) 654-1888  
Facsimile: (302) 654-2067

- and –

BROWN RUDNICK LLP  
Edward S. Weisfelner (admitted pro hac vice)  
Aaron B. Lauchheimer (admitted pro hac vice)  
Seven Times Square  
New York, New York 10036  
Telephone: (212) 209-4800  
Facsimile: (212) 209-4801

- and –

Jeffrey L. Jonas (admitted pro hac vice)  
Jeremy B. Coffey (admitted pro hac vice)  
One Financial Center  
Boston, Massachusetts 02111  
Telephone: (617) 856-8200  
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*