IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Objection Deadline: June 18, 2014 at 4:00 (EDT) |
| | ) Hearing Date: June 30, 2014 at 9:30 a.m. (EDT) |

## NOTICE OF MOTION

TO: (a) the United States Trustee for the District of Delaware; (b) the Debtors; (c) the Official Committee of Unsecured Creditors; and (d) those parties that have requested service pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1.

On June 3, 2014, FPL Energy Pecos Wind I, LP ("FPL I"), FPL Energy Pecos Wind II, LP ("FPL II"), and NWP Indian Mesa Wind Farm, L.P. ("NWP" and, together with FPL I and FPL II, the "Movants") filed a **Motion of FPL Energy Pecos Wind I, LP ("FPL I"), FPL Energy Pecos Wind II, LP ("FPL II"), and NWP Indian Mesa Wind Farm, L.P. for a Determination that the Automatic Stay does not Prevent Termination of Power Purchase Agreements** (the "Motion").

Objections, if any, to the final relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 18, 2014 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on June 18, 2014**.

A HEARING ON THE MOTION WILL BE HELD ON **JUNE 30, 2014 AT 9:30 A.M. (EDT)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{1016.001-W0031585.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 4, 2014
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com

and

**CHADBOURNE & PARKE LLP**
Howard Seife.
David M. LeMay
Christy Rivera
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: hseife@chadbourne.com
       dlemay@chadbourne.com
       crivera@chadbourne.com

*Counsel to FPL Energy Pecos Wind I, LP,*
*FPL Energy Pecos Wind II, LP, and*
*NWP Indian Mesa Wind Farm, L.P.*