IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

NOTICE IS HEREBY GIVEN pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that the attorneys listed below hereby enter their appearance on behalf of BOKF, NA d/b/a Bank of Arizona, as Successor Trustee under the Indenture dated as of April 19, 2011, by and among, inter alia, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and BOKF, N.A., dba Bank of Arizona, as Trustee (the "First Lien TCEH Notes").

NOTICE IS FURTHER GIVEN that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon the following:

| | |
|---|---|
| Samuel S. Ory, Esquire | Katharine L. Mayer, Esquire |
| FREDERIC DOWART, LAWYERS | McCarter & English, LLP |
| Old City Hall | 405 North King Street, 8th Floor |
| 124 East Fourth Street | Wilmington, Delaware  19801 |
| Tulsa, OK 74103-5027 | Telephone: (302) 984-6300 |
| Telephone: (918) 583-9922 | Facsimile: (302) 984-6399 |
| Facsimile: (918) 583-8251 | kmayer@mccarter.com |
| SOry@fdlaw.com | |

PHIL1 3645242v.1
ME1 18222522v.1

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtor or debtor-in-possession or the property of such debtor or the debtor's case.

| | |
|---|---|
| Dated: June 4, 2014<br>Wilmington, DE | **MCCARTER & ENGLISH, LLP**<br><br>*/s/ Katharine L. Mayer*<br>Katharine L. Mayer (DE Bar I.D. #3758)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399<br>kmayer@mccarter.com<br><br>-and –<br><br>Samuel S. Ory, Esquire<br>FREDERIC DOWART, LAWYERS<br>Old City Hall<br>124 East Fourth Street<br>Tulsa, OK 74103-5027<br>Telephone: (918) 583-9922<br>Facsimile: (918) 583-8251<br>SOry@fdlaw.com<br><br>*Counsel to BOKF, NA d/b/a Bank of Arizona, as Successor Trustee under the Indenture dated as of April 19, 2011, by and among, inter alia, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and BOKF, N.A., dba Bank of Arizona, as Trustee* |