# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***") and the attached certifications, counsel moves the admission *pro hac vice* of Samuel S. Ory of the Frederic Dowart, Lawyers law firm to represent BOKF, NA d/b/a Bank of Arizona, as Successor Trustee under the Indenture dated as of April 19, 2011, by and among, inter alia, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and BOKF, N.A., dba Bank of Arizona, as Trustee.

Dated: June 4, 2014
       Wilmington, DE

**MCCARTER & ENGLISH, LLP**

*/s/ Katharine L. Mayer*
Katharine L. Mayer (DE Bar I.D. #3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
kmayer@mccarter.com

*Counsel to BOKF, NA d/b/a Bank of Arizona, as Successor Trustee under the Indenture dated as of April 19, 2011, by and among, inter alia, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and BOKF, N.A., dba Bank of Arizona, as Trustee*

Local Form 105

ME1 18222530v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Oklahoma and Missouri, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 3, 2014

*/s/ Samuel S. Ory*
Samuel S. Ory, Esquire
Frederic Dowart, Lawyers
Old City Hall
124 East Fourth Street
Tulsa, OK 74103-5027
Telephone: 918-583-9922
Facsimile: 918-583-8251

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2014
      Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

ME1 18222530v.1