UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                       :    **Chapter 11**
                                                             :
ENERGY FUTURE HOLDINGS CORP., *et al.*                       :    **Case No. 14-10979 (CSS)**
                                                             :
                                                             :
                        Debtors.                             :    (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that, Titus County Fresh Water Supply District No. 1. ("TCFWSD"), hereby enters its appearance by and through its counsel, Andrews Kurth LLP, pursuant to Bankruptcy Rules 2002, 2018, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), and requests that copies of all notices and pleadings, including all exhibits, given or filed in this case be given and served upon the persons listed below at the following addresses and telephone/fax numbers (if applicable):

> Andrews Kurth LLP
> Counsel to Titus County Fresh Water Supply District No. 1.
> 111 Congress Avenue Suite 1700
> Austin, Texas 78701
> Telephone: (512) 320-9200
> Fax: (512) 320-9292
> Email: linomendiola@andrewskurth.com
> Attn: Lino Mendiola

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

AUS:678764.2

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be (a) a submission to the jurisdiction of this court by TCFWSD or (b) a waiver of the right of TCFWSD (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest service of process, or (v) to any other rights, claims, actions, setoffs or recoupments to which TCFWSD is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments TCFWSD expressly reserves.

Dated:   June 4, 2014

                                     ANDREWS KURTH LLP

                                     By: */s/ Lino Mendiola*
                                         Lino Mendiola
                                         State Bar No. 00791248
                                         Michael Boldt
                                         State Bar No. 24064918
                                         111 Congress Avenue, Suite 1700
                                         Austin, Texas 78701
                                         512.320.9200
                                         512.320.9292 fax
                                         lmendiola@andrewskurth.com
                                         mboldt@andrewskurth.com

                                     ATTORNEYS FOR TITUS COUNTY FRESH
                                     WATER SUPPLY DISTRICT NO. 1

AUS:678764.2