IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Energy Future Holdings, Inc**., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, hereby certify that on June 4, 2014, I caused to be served a copy of The United States Trustee's Omnibus Objection to the Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File its Supplemental Omnibus Objection to (I) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders Approving Postpetition Financing and Granting Other Related Relief and (II) the Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Granting Other Related Relief and Supporting Declaration under Seal (D. I. 682); Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File its Limited Omnibus Objection to the Motion of Energy Future Holdings Corp., et al, for Entry of Orders Concerning the Debtors' Cash Management and Certain Other Operational First Day Motions and Supporting Declaration under Seal (D. I. 684); and the Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement under Seal (D. I. 695),  *via* email, fax and/or regular mail upon the parties listed below:

| | |
|---|---|
| Richard M. Cieri, Esquire<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler, Esquire<br>Brian E. Schartz, Esquire<br>Chad J. Husnick, Esquire<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>rcieri@kirkland.com<br>esassower@kirkland.com<br>shessler@kirkland.com<br>chusnick@kirkland.com<br>bschartz@kirkland.com | Thomas E. Lauria, Esquire<br>Matthew C. Brown, Esquire<br>White & Case, LLP<br>Southeast Financial Center, Suite 4900<br>200 South Biscayne Blvd.<br>Miami, FL 33131<br>Email: tlauria@whitecase.com<br>Email: mbrown@whitecase.com |

Daniel J. DeFranceschi
Mark A. Collins
Jason M. Madron
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
defranceschi@rlf.com
madron@rlf.com
collins@rlf.com

J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
Email: cshore@whitecase.com
Email: gstarner@whitecase.com

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave.
PO Box 1150
Wilmington, DE 19899
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com

Cole, Schotz, Meisel, Forman & Leonard
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Nicholas J. Brannick, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: Kstickles@coleschotz.com
Email: NBrannick@coleschotz.com
Email: NPernick@coleshotz.com

Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild, LLP
919 North Market St., Suite 300
Wilmington, DE 19801
Email: jschlerf@foxrothschild.com
Email: jstrock@foxrothschild.com
Email: lbird@foxrothschild.com

Cole, Schotz, Meisel, Forman & Leonard
Warren A. Usatine, Esquire
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Email: Wusatine@coleschotz.com

Keith H. Wofford, Esquire
Mark R. Somerstein, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Email: Keith.Wofford@ropesgray.com
Email: Mark.Somerstein@ropesgray.com

D. Ross Martin, Esquire
Andrew G. Devore, Esquire
Ropes & Gray, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Email: Ross.Martin@ropesgray.com
Email: Andrew.Devore@ropesgray.com

James H. Millar, Esquire
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Email: James.Millar@dbr.com
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801
Email: cward@polsinelli.com
Email: jedelson@polsinelli.com
Email: skatona@polsinelli.com

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster
250 W. 55th Street
New York, NY 10019
Email: jpeck@mofo.com
Email: bmiller@mofo.com
Email: lmarinuzzi@mofo.com

/s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney