UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    **Chapter 11**
                                                               :
ENERGY FUTURE HOLDINGS CORP., *et al.*                         :    **Case No. 14-10979 (CSS)**
                                                               :
                                                               :
                  Debtors.                                     :    (Jointly Administered)
---------------------------------------------------------------x

## LOCAL RULE 9010-1 CERTIFICATION OF COUNSEL

Pursuant to Local Rule No. 9010-1(e)(1) the undersigned counsel for local governmental entity Titus County Fresh Water Supply District No. 1, a political subdivision of the State of Texas created pursuant to Article 16, Section 59 of the Texas Constitution, certifies:

(a)    I am admitted to practice before the Supreme Court of the United States, the U.S. Court of Appeals for the Fifth Circuit, U.S. District Courts for Northern, Southern and Western Districts of Texas, and the Supreme Court of Texas.

(b)    I am a member in good standing in all jurisdictions in which I have been admitted.

(c)    I will be bound by the Local Rules of the U.S. Bankruptcy Court for the District of Delaware and I submit to this Court's jurisdiction for disciplinary purposes.

Dated:    June 4, 2014

By: */s/ Lino Mendiola*
Lino Mendiola
State Bar No. 00791248
ANDREWS KURTH LLP
111 Congress Avenue, Suite 1700
Austin, Texas 78701
512.320.9200
512.320.9292 fax
lmendiola@andrewskurth.com

ATTORNEY FOR TITUS COUNTY FRESH
WATER SUPPLY DISTRICT NO. 1

AUS:678835.1