# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 2nd day of June, 2014, a true and correct copy of **The Ad Hoc Committee of EFIH Unsecured Noteholders' Responses and Objections to CSC Trust Company of Delaware's First Set of Document Requests** was served upon the parties listed below *via* electronic mail.

Warren A. Usatine
Cole, Schotz, Meisel, Forman & Leonard, P.A.
P. O. Box 800
Hackensack, NJ 07602
wusatine@coleschotz.com

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com

Nicholas J. Brannick
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
nbrannick@coleschotz.com

Dated: June 4, 2014
Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

_/s/ Scott D. Cousins_
Scott D. Cousins (No. 3079)
Mark D. Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:       cousins@ccbllp.com
             olivere@ccbllp.com
             kashishian@ccbllp.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted _pro hac vice_)
Stephen M. Baldini (admitted _pro hac vice_)
Abid Qureshi (admitted _pro hac vice_)
Robert J. Boller (admitted _pro hac vice_)
Meredith A. Lahaie (admitted _pro hac vice_)
One Bryant Park
New York, New York 10036
Telephone:   (212) 872-1000
Facsimile:   (212) 872-1002
Email:       idizengoff@akingump.com
             sbaldini@akingump.com
             aqureshi@akingump.com
             rboller@akingump.com
             mlahaie@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:     (202) 887-4000
Facsimile:      (202) 887-4288
Email:            salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH
Unsecured Noteholders*

3