IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| **ENERGY FUTURE HOLDINGS, INC.**, *et al.,*[1] | ) ) ) | Case No.: 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF DEPOSITION

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Indenture Trustee**") for $2,156,000,000 aggregate principal amount of 2nd lien notes issued by Energy Future Intermediate Holding Company LLC (the "**EFIH Second Lien Notes**"), and as a creditor of certain Debtors in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through its undersigned counsel, will take the deposition upon oral examination of the Debtors relating to (1) *Motion of Energy Future Holdings Corp., et al., For Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment*, filed May 15, 2014 [Docket No. 472], and (2) *Motion of Energy Future Intermediate Holding Company*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

*LLC and EFIH Finance Inc. For Entry of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter and (F) Modifying the Automatic Stay*, filed May 15, 2014 [Docket No 477] ("**Second Lien DIP Motion**"), on **June 20, 2014**, at 9:30 a.m. (Prevailing Eastern Time), at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties).  The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

### RULE 30(B)(6) DEPOSITION TOPICS

1. The terms and negotiation of each of the EFIH Second Lien DIP Documents (as defined in Paragraph 16(b) of the Second Lien DIP Motion).

2. The terms and negotiation of the Restructuring Support and Lock-Up Agreement (the "RSA") (Exhibit D to the Declaration of Paul Keglevic [Docket No. 98]).

3. The consideration or compensation to be paid to Fidelity (as that term is defined in paragraph 7 of the Second Lien DIP Motion) in connection with the RSA, including the amount, form, nature and timing of any such consideration or compensation.

4. The consideration or compensation to be paid to each of the Commitment Parties for the Investment Commitment (as those terms are defined in paragraph 8 of the Second

2

Lien DIP Motion), including the amount, form, nature, and timing of any such consideration or compensation.

5. The value of the equity of reorganized Energy Future Holdings Corp.

6. The terms and communications concerning the "two alternative proposals" received by the Debtors, including the "lower indicative valuation of EFH Corp. and EFIH," as described in paragraph 37 of the Second Lien DIP Motion.

7. The Debtors' contention that the "proposal may increase the difficulty of establishing the prerequisites to obtaining a private letter ruling from the Internal Revenue Service confirming the tax-free nature of the transaction under the Restructuring Support Agreement," as set forth in paragraph 38 of the Second Lien DIP Motion.

8. The Debtors' attempts to identify alternatives to the EFIH Second Lien DIP Facility, including but not limited to any attempts by the EFIH Debtors to "discover[] any sources of financing on the same or similar terms junior to the EFIH Second Lien DIP facility" (*see* paragraph 39 of the Second Lien DIP Motion).

Dated: June 4, 2014         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
John A. Morris (NY Bar No. 2405397)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@ pszjlaw.com
          rfeinstein@ pszjlaw.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer,
Joshua K. Brody, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
          jbrody@kramerlevin.com

BRYAN CAVE LLP
Stephanie Wickouski, Esq.
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee for the EFIH Second Lien Notes*

4