IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **ENERGY FUTURE HOLDINGS, INC.**, *et al.*,[1] | ) Case No.: 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF DEPOSITION

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Indenture Trustee**") for $2,156,000,000 aggregate principal amount of 2nd lien notes issued by Energy Future Intermediate Holding Company LLC (the "**EFIH Second Lien Notes**"), and as a creditor of certain Debtors in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through its undersigned counsel, will take the deposition upon oral examination of Michael McDougall relating to (1) *Motion of Energy Future Holdings Corp., et al., For Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment*, filed May 15, 2014 [Docket No. 472], and (2) *Motion of Energy Future Intermediate Holding*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

DOCS_NY:31362.1 23731/001

*Company LLC and EFIH Finance Inc. For Entry of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter and (F) Modifying the Automatic Stay*, filed May 15, 2014 [Docket No 477], on **June 16, 2014**, at 9:30 a.m. (Prevailing Eastern Time), at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: June 4, 2014         PACHULSKI STANG ZIEHL & JONES LLP

               */s/ Laura Davis Jones*
               Laura Davis Jones (Bar No. 2436)
               Robert J. Feinstein (NY Bar No. RF-2836)
               John A. Morris (NY Bar No. 2405397)
               919 N. Market Street, 17th Floor
               P.O. Box 8705
               Wilmington, DE 19899-8705 (Courier 19801)
               Telephone: (302) 652-4100
               Facsimile: (302) 652-4400
               Email: ljones@ pszjlaw.com
                  rfeinstein@ pszjlaw.com

               KRAMER LEVIN NAFTALIS & FRANKEL LLP
               Thomas Moers Mayer,
               Joshua K. Brody, Esquire
               Kramer Levin Naftalis & Frankel LLP
               1177 Avenue of the Americas
               New York, New York 10036
               Telephone: (212) 715-9100
               Facsimile: (212) 715-8000
               Email: tmayer@kramerlevin.com
                  jbrody@kramerlevin.com

BRYAN CAVE LLP
Stephanie Wickouski, Esq.
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee for the EFIH Second Lien Notes*

3