IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, et al.,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

**VERIFIED STATEMENT OF BROWN RUDNICK LLP,
COUNSEL TO THE *AD HOC* CONSORTIUM OF TCEH SECOND
LIEN NOTEHOLDERS PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Brown Rudnick LLP ("Brown Rudnick"), counsel to certain unaffiliated holders (each, a "Noteholder," and collectively the "Consortium"), of (i) 15% Senior Secured Second Lien Notes due 2021 (the "TCEH Second Lien Notes") and (ii) 15% Senior Secured Second Lien Notes due 2021 (Series B) (the "TCEH Second Lien Series B Notes" and, collectively with the TCEH Second Lien Notes, the "Notes"), issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., as issuers pursuant to that certain Indenture dated as of October 6, 2010 (as amended, supplemented or modified, the "Indenture"), by and among TCEH, TCEH Finance, Inc., certain affiliates, as guarantors, and Wilmington Savings Fund Society, FSB ("WSFS"), as successor indenture trustee to Bank of New York Mellon Trust

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{00864809;v1 }

Company, N.A., hereby submits this verified statement (this "Statement") and in support thereof states as follows:

1. On or around April 29, 2013, certain members of the Consortium retained Brown Rudnick to represent them in connection with potential restructuring discussions involving the above-captioned debtors and debtors-in-possession (the "Debtors"). From time to time thereafter, certain additional Noteholders have joined the Consortium and certain Noteholders have resigned from the Consortium.

2. As of the date of this Statement, in addition to the Consortium, Brown Rudnick, along with Ashby & Geddes, P.A. and Dentons US LLP (together with Brown Rudnick, "Counsel"), represents WSFS in its capacity as successor trustee under the Indenture. Other than as disclosed herein, Counsel does not represent or purport to represent any other entities with respect to the Debtors' chapter 11 cases.[2] In addition, each member of the Consortium does not purport to act, represent, or speak on behalf of any other entities in connection with the Debtors' chapter 11 cases.

3. The members of the Consortium hold disclosable economic interests, or act as investment advisors or managers to funds and/or accounts of their respective subsidiaries that hold disclosable economic interests in relation to the Debtors. In accordance with Bankruptcy Rule 2019, and based upon information provided to Brown Rudnick by each member of the Consortium, attached hereto as Exhibit A is a list of the names, addresses, and the nature and

---

[2] The Consortium has not taken, and does not currently intend to take, any particular position before the Court. As such, this Statement is filed out of an abundance of caution and to provide the Court and parties in interest notice of the Consortium's existence and Brown Rudnick's prior and continuing representation thereof in addition to its representation of WSFS.

amount of each disclosable economic interest of each present member of the Consortium as of June 4, 2014.

4. Nothing contained in this Statement (or Exhibit A hereto) is intended to, nor should be construed to, constitute: (a) a waiver or release of any claims filed or to be filed against or interests in the Debtors held by an member of the Consortium, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any member of the Consortium to assert, file and/or amend any proof of claim in accordance with applicable law and any Orders entered in these cases.

5. From time to time, additional parties may become members of the Consortium, and certain members of the Consortium may cease to be members in the future. Brown Rudnick reserves the right to amend or supplement this Statement as necessary for that, or any other reason, in accordance with Bankruptcy Rule 2019.

*[Remainder of page intentionally left blank]*

Dated: June 4, 2014
      Wilmington, Delaware

                              **BROWN RUDNICK, LLP**

By: <u>*Jeremy B. Coffey*</u>
     Edward S. Weisfelner (admitted *pro hac vice*)
     Aaron B. Lauchheimer (admitted *pro hac vice*)
     Seven Times Square
     New York, New York 10036
     Telephone: (212) 209-4800
     Facsimile: (212) 209-4801

     - and –

     Jeffrey L. Jonas (admitted *pro hac vice*)
     Jeremy B. Coffey (admitted *pro hac vice*)
     One Financial Center
     Boston, Massachusetts 02111
     Telephone: (617) 856-8200
     Facsimile: (617) 856-8201

     *Co-Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee, and Counsel to the Consortium*

5

**EXHIBIT A**

## Disclosable Economic Interests of the Members of the Consortium[3]

| Name of Noteholder[4] | Address | TCEH First Lien Claims | TCEH Second Lien Claims | TCEH Unsecured Claims | Other |
|---|---|---|---|---|---|
| Appaloosa Management, L.P. | 51 JFK Pkwy Short Hills, NJ 07078 | TCEH First Lien Credit Agreement Claims: $25,000,000 | TCEH Second Lien Notes: $63,900,000<br><br>TCEH Second Lien Series B Notes: $253,599,000 | | |
| Marathon Asset Management, LP, on behalf of certain of its affiliated funds and managed accounts | One Bryant Park 38th Floor New York, NY 10036 | TCEH First Lien Credit Agreement Claims: $238,960,469 | TCEH Second Lien Notes: $53,750,000 | TCEH 10.25% Unsecured Notes: $75,000,000<br><br>TCEH 10.5% Unsecured Notes: $77,016,880<br><br>TCEH Unsecured Pollution Control Bonds: $30,205,000 | EFIH 11% Second Lien Claims: $3,000,000<br><br>EFIH 11.75% Second Lien Claims: $97,600,000<br><br>TCEH First Lien DIP Claims: $10,000,000 |
| Mount Kellett Capital Management LP | 280 Park Avenue, 4th Floor East, New York, NY 10017 | TCEH First Lien Revolver Claims: $100,000,000 | TCEH Second Lien Notes: $262,614,000 | | |

---

[3] To the best of Brown Rudnick's knowledge, the information herein is accurate as of June 4, 2014. The amounts set forth herein include only outstanding principal and do not include accrued or unpaid interest or other amounts that may be owing under the applicable debt documents. In addition, other than certain purchases/trades of TCEH first lien claims (which remain open for reasons beyond the Consortium members' control), the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as of the date hereof.

[4] Each entity on this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the Debtors.