IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF DEPOSITION

TO: Energy Future Holdings Corporation and the above-captioned debtors (together, the "Debtors"), c/o Richards Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, DE 19801 and Kirkland & Ellis LLP, Attention Richard M. Cieri, 601 Lexington Avenue, New York, NY 10022.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of the United States District Court for the District of Delaware (the "Delaware Rules"), made applicable hereto pursuant to the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens ("WSFS"), by and through their counsel, shall take the deposition upon oral examination of the above-captioned Debtors in connection with: (1) the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [Docket No. 660], filed May 29, 2014 (the "K&E Retention Application"); (2) the *Application of Energy Future Holdings Corp., et al.,*

{00864819;v1 }

*for an Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective Nunc Pro Tunc to the Petition Date* [Docket No. 665], filed May 29, 2014 (the "Sidley Retention Application"); and (3) the *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Evercore Group L.L.C. as Investment Banker and Financial Advisor Effective Nunc Pro Tunc to the Petition Date* [Docket No. 651], filed May 29, 2014 (the "Evercore Retention Application")

The deposition shall be conducted at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York 10036, on June 11, 2014 at 10:00 a.m. The deposition will be taken before an authorized court reporter or other officer authorized by law to administer oaths, will be recorded by stenographic means and may be videotaped.

Pursuant to Federal Rule 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

## TOPICS OF INQUIRY

1. The K&E Retention Application and the relief requested therein.

2. The Sidley Retention Application and the relief requested therein.

3. The Evercore Retention Application and the relief requested therein.

4. The Debtors' decision to engage Kirkland & Ellis LLP ("K&E") as primary legal counsel.

5. The Debtors' decision to engage Sidley Austin LLP ("Sidley") as special legal counsel.

6. The Debtors' decision to engage Evercore Group L.L.C. ("Evercore") as investment banker and financial advisor.

7. The Debtors' assessment, evaluation, consideration, or analysis of any existing or potential conflicts of interest that K&E may have with respect to any individual Debtor.

8. The Debtors' assessment, evaluation, consideration, or analysis of any existing or potential conflicts of interest that Sidley may have with respect to any individual Debtor.

9. The Debtors' assessment, evaluation, consideration, or analysis of any existing or potential conflicts of interest that Evercore may have with respect to any individual Debtor.

10. The Debtors' engagement, consideration, or discussions related to engagement of any alternative counsel.

11. The Debtors' engagement, consideration, or discussions related to engagement of any alternative investment banker or financial advisor.

12. Conflicts' waivers executed with K&E in the above captioned chapter 11 cases (the "Chapter 11 Cases").

13. Bills submitted to the Debtors by K&E in connection with these Chapter 11 Cases.

14. Conflicts' waivers executed with Sidley in these Chapter 11 Cases.

15. Bills submitted to the Debtors by Sidley in connection with these Chapter 11 Cases.

16. Bills submitted to the Debtors by Evercore in connections with these Chapter 11 Cases.

Dated: Wilmington, Delaware  
      June 4, 2014

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

By: /s/ *signature*  
William P. Bowden (I.D. No. 2553)  
Gregory A. Taylor (I.D. No. 4008)  
500 Delaware Avenue  
P.O. Box 1150  
Wilmington, Delaware 19899  
Telephone: (302) 654-1888  
Facsimile: (302) 654-2067

- and –

BROWN RUDNICK LLP  
Edward S. Weisfelner (admitted pro hac vice)  
Aaron B. Lauchheimer (admitted pro hac vice)  
Seven Times Square  
New York, New York 10036  
Telephone: (212) 209-4800  
Facsimile: (212) 209-4801

- and –

Jeffrey L. Jonas (admitted pro hac vice)  
Jeremy B. Coffey (admitted pro hac vice)  
One Financial Center  
Boston, Massachusetts 02111  
Telephone: (617) 856-8200  
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*