IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                    :    Chapter 11
                                          :
Energy Future Holdings, Inc., *et al.*,   :    Case No. 14-10979 (CSS)
                                          :
             Debtors.                     :    (Joint Administration Requested)
                                          :
                                          :    **Related to Docket No. 828**
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 4th day of June, 2014, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s), in the manner indicated thereon:

*Notice of Deposition [of Michael McDougall]*

                              /s/ *Laura Davis Jones*
                              Laura Davis Jones (Bar No. 2436)

**EFIH 2nd Lien Notes Indenture Trustee**
**Notices of Deposition Service List**
Case No.: 14-10979 (CSS)
Document No.: 193634
02 – First Class Mail
06 – Email

**First Class Mail**
Energy Future Holdings Corporation
c/o Richards, Layton & Finger
Attention: Mark D. Collins
920 North King Street
Wilmington, DE 19801

**First Class Mail**
(Counsel to the Debtors)
Kirkland & Ellis LLP
Attention: Richard M. Cieri
601 Lexington Avenue
New York, NY 10022-4611

**Email**
(Counsel to the Debtors)
Richard M. Cieri, Esquire
Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
**Email:** richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com

**Email**
(Counsel to the Debtors)
James H.M. Sprayregen, P.C., Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
**Email:** james.sprayregen@kirkland.com

**Email**
(Counsel to the Debtors)
Mark Collins, Esquire
Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
**Email:** collins@rlf.com
defranceschi@rlf.com