# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) Jointly Administered |
| Debtors. | **Related Docket No. 819** |

## NOTICE OF WITHDRAWAL OF
## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

**PLEASE TAKE NOTICE** that the *Motion and Order for Admission pro hac vice* [Docket No. 819], filed on June 4, 2013, is hereby withdrawn.

Dated: June 5, 2014
       Wilmington, DE

**MCCARTER & ENGLISH, LLP**

*/s/ Katharine L. Mayer*
Katharine L. Mayer (DE Bar I.D. #3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
kmayer@mccarter.com

*Counsel to BOKF, NA d/b/a Bank of Arizona, as Successor Trustee under the Indenture dated as of April 19, 2011, by and among, inter alia, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and BOKF, N.A., dba Bank of Arizona, as Trustee*

ME1 18230280v.1