# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 6/5/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGuire | Landis Rath & Cobb | Alcoa |
| Mark Dendsilver | Wachtell | Holt Cat; Centerpoint |
| Norman Pernick | Cole Schotz | CSC |
| Keith Wofford | Ropes & Gray | " |
| Ross Martin | " | " |
| James Miller | Drinker | " |
| Lorenzo Marinuzzi | Morrison & Foerster | Official Committee |
| Todd Goren | " | " |
| Samantha Martin | " | " |
| Jennifer Marines | " | " |
| Andrea B. Schwartz | U.S. Trustee | " |
| Richard Schepacarter | U.S. Trustee | " |
| David T. Klemarczyk | Richards Layton & Finger | Debtor |
| Jason M. Madron | " | Debtor |
| Andrew McGaan | Kirkland & Ellis | Debtor |
| Mark McKane | " | " |
| Roy Lawrence Sr. | Kleh | UMB Bank - Indenture Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 6/5/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | Official Committee |
| Justin Edelson | Polsinelli | of Unsecured Creditors |
| Lorenzo Marinuzzi | Morrison & Foerster | " |
| Todd Goren | Morrison & Foerster | " |
| Sam Martin | Morrison & Foerster | " |
| Dan Harris | Morrison & Foerster | " |
| Brett Marks | Morrison & Foerster | " |
| Alex Saminsky | | |
| Brett Boy | Ashby & Geddes | WSFS |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 6/5/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Josh Brown | Blistrath | Committee |
| Derek Abbott | Morris Nichols | |
| Ricky Mason | Wachtell | EFH Equity Owners |
| Austin Witt | " | " |
| John Lynch | " | " |
| Emil Kleinhaus | " | " |
| Julia Frost-Davies | Bingham McCutchen | PIMCO |
| Jeff Sabin | Bingham McCutchen | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 6/5/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing LLP | ERCOT |
| Kevin Lippman | | " |
| Bryan Stephany | Munsch Hardt | |
| [illegible] Gautier | Kirkland + Ellis | EFH |
| Beth Dalmut | Kirkland + Ellis | EFH |
| | Kirkland + Ellis | EFH |
| Joseph J. McMahon, Jr. | Ciardi Ciardi & Astin | TXU 2007-1 Railcar |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN SHEET**

CASE NAME: Energy Future Holdings Corp.
CASE NOS: 14-1079 (CSS)

COURTROOM LOCATION: 6
DATE: 6/5/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katherine Mayr | McCarter & English | BOKF NA d/b/a Bank of Arizona |
| Samuel Ory | Fredric Dorwart Lawyers | " |
| Alan W. Kornberg, Kelley A. Cornish, Brian Hermann, Jacob Adlerstein, Adam Denhoff, Sarah Harnett | Paul Weiss Rifkind Wharton & Garrison | Ad Hoc Committee of TCEH First Lien Creditors |
| Kevin Meyer, Ryan Bartley | Young Conaway | " |
| Michael DeBaecke | Blank Rome | " |
| John Ashmead / Arlene Alves | Seward & Kissel | Wilmington Trust as First Lien Administrative Agent and Collateral Agent |
| Fredric Sosnick | Shearman & Sterling | Deutsche Bank New York Branch |
| Ned Schodek | " | " |
| Lauren Selzer Silverstein | Potter Anderson | " |
| Michael Doyle | Cross & Simon | Fidelity |
| Matt Roose | Ropes & Gray | " |
| Peter Simmons | Fried Frank | " |
| Scott Cousins | Cousins Chipman & Brown | EFIH Ad Hoc Unsecured Notes |
| Ira Dizengoff | Akin Gump | " |
| Scott Alberino | Akin Gump | " |
| Benjamin Finestone | Quinn Emanuel | Centerbridge |
| Brian Pfeiffer | Schulte Roth | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 6/5/14 at 9:30A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard A. Cohen | Drinker Biddle + Reath | Citibank N.A., DIP Agent |
| Robert K. Malone | " | " |
| Dennis E. Dunne | Milbank | " |
| Evan Fleck | " | " |
| Karen Gartenberg | " | " |
| Bill Weintraub | Goodwin Procter | Aurelius |
| Kizzy Jarashow | " | " |
| Mike Susenko | " | " |
| Betty Suher | Gulet Scoli Rosenwel & Brown | " |
| Christopher Shore | White & Case | Ad Hoc Grp of TCEH NoHolders |
| Gregory Starner | " | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | " |
| Timothy Cairns | Pachulski Stang Ziehl & Jones | Computershare |
| Gregory Horowitz | | Computershare |
| Philip Bentley | Kramer Levin | ad Ingenture Truste |
| Alice Byowitz | | for 2nd lien notes |
| Ben Loveless | Patterson Belknap LLP | Law Debenture of New York Indenture Trustee |
| Stephen Miller | Morris James LLP | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 06/05/2014
Calendar Time: 09:30 AM ET

Amended Calendar 06/05/2014 06:07 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6281210 | Philip Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6286098 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6288651 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6284654 | Jennifer H. Anderson | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6290637 | Paula Anderson | (212) 848-7727 | Shearman & Sterling LLP | Creditor, Duestche Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6282511 | Gaurav Bana | (310) 996-6549 | Capital Research and Management C | Representing, Gaurav Bana / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6288499 | Daniel M. Bardes | 203-542-4225 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6289556 | Ju-Lie Bell | (212) 588-6114 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6291944 | Steven M. Beard | (312) 589-6417 | Pentwater Capital Management | Interested Party, Pentwater Capital Management / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6291144 | Jon Berke | (212) 686-2741 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6284751 | Monica S. Blacker | (214) 953-6000 | Jackson Walker LLP | Interested Party, Holt Cat / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6290441 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Stephen Blauner / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287928 | Jim Bolin | (973) 701-8400 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286192 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6732375 | Elizabeth N. Boydston | (214) 855-7475 | Fulbright & Jaworski LLP | Interested Party, Fulbright & Jaworski, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6284113 | Noah A. Brick | 212-408-5100 | Chadbourne & Parke, LLP | Creditor, NextEra / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287321 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, CitiBank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288674 | Matthew C. Brown | (305) 995-5250 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286289 | Philip E Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286161 | Stephen Burnazian | 212-878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289660 | Michael R. Carney | (212) 402-9400 | McKool Smith | Interested Party, Alcoa / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287085 | Chris Chaice | (212) 745-9700 | Brigade Capital Management | Interested Party, Chris Chaice / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6284630 | Jon Chatalian | (202) 326-4020 ext. 3581 | PBGC | Creditor, PBGC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288518 | Robert W. Claude | 713-207-5603 | Center Point Energy | Interested Party, Center Point Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6283413 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287958 | Jeremy Coffey | 617-856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289668 | Mark Cohen | (212) 250-7942 | Deutsche Bank Securities, Inc. | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6241172 | Kent Collier | 212-257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287102 | Jim Cooper | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291343 | Tyler Cowan | (312) 407-6600 | Lazard Freres & Co., LLC | Interested Party, Tyler Cowan / LISTEN ONLY |

| Case | Case # | Proceeding | Conf ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287218 | Louis A. Curcio | 212-768-6744 | Dentons US LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287369 | Thomas Curtin | (212) 504-6063 | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader, Wickersham & Taft LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288817 | Amanda D. Darwin | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6283399 | Michael L. Davitt | (214) 969-2938 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291932 | Gren Day | (704) 374-0717 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6276117 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289597 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286204 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289679 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren, LLP | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287927 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289549 | James Duplessie | (212) 235-0732 | James Duplessie - In Pro Per/Pro Se | DIP Lender, Napier Park Global Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291940 | Ryan Eckert | (212) 493-4465 | Credit Value Partners | Creditor, Credit Value Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288834 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Trustee, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287695 | Jeffrey Farkas | (614) 577-1120 | RBS Securities, Inc. | Creditor, RBS / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286124 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287095 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |

| Debtor | Case Number | Proceeding | Confirmation Code | Name | Phone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288575 | Mark Flannagan - Client | (312) 832-4364 | Foley & Lardner LLP | Client, Mark Flannagan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288079 | Patrick Fleury (Client) | (302) 295-0193 | Cousins Chipman & Brown, LLP | Interested Party, Cousins Chipman & Brown LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6290186 | Meggie Gilstrap | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289653 | Peter Goodman | 212-402-9408 | McKool Smith, P.C. | Interested Party, Alcoa / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289616 | Matthew R. Gray | (972) 419-2523 | Highland Capital Management | Creditor, Highland Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289516 | John Greene | (212) 303-9455 | Halcyon Asset Management | Interested Party, Halcyon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286174 | Samuel Greene - Client - | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Samuel Greene / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289544 | Peter Gruszka | (312) 416-4215 | Chicago Fundamental Investment Part | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289560 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomas Hals / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291971 | Dan Harrison | (512) 306-5287 | Tejas Securities | Interested Party, Tejas Securities / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288553 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291936 | Marc Heimowitz | (212) 310-5892 | Claren Road Asset Management | Creditor, Claren Road Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286030 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286370 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6245865 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289636 | Marshall Huebner | (212) 450-4099 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289673 | Kelvin Ji | (212) 250-7942 | Deutsche Bank Securities, Inc. | Creditor, Deutsche Bank / LIVE |

| Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291978 | Anna Kalenchits | 212-723-1808 | Citi Group Global Markets | Interested Party, Citi Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291256 | James Katchadurian | 646-282-2549 | Epiq Bankruptcy Solutions, LLC | Interested Party, EPIQ Systems / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6241061 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Interested Party, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286037 | Harold Kim | (212) 390-2847 | Blackstone | Financial Advisor, Blackstone - Harold Kim / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286231 | Matt Kimble (Client) | (302) 295-0193 | Cousins Chipman & Brown, LLP | Interested Party, Cousins Chipman & Brown LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289571 | Geoffrey King | (312) 853-0324 | Sidley Austin LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291926 | Mark D. Kotwick | (212) 574-1545 | Seward & Kissel LLP | Interested Party, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6235734 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6245874 | Steven Krause - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Steven Krause / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289593 | Aaron Krieger | (212) 596-9592 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291415 | Avi Kripalani - Client | (212) 303-9480 | Halcyon Asset Management | Interested Party, Halcyon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291925 | Mark Kronfeld | (212) 905-2186 | BlueMountain Capital Management | Interested Party, BlueMountain Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6282926 | Jon Kurland | (212) 756-2000 | Schulte Roth & Zabel LLP | Interested Party, Schulte Roth & Zabel LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6236706 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286150 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291268 | Frank Larosa | (952) 697-4132 | Waterstone Capital Management, L.P. | Interested Party, Waterstone Capital Management, L.P. / LISTEN ONLY |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6285807 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287722 | Amy Ma | (212) 450-4197 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6284695 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Representing, The Indenture Trustee TCEH Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289781 | Brett H. Miller | (212) 468-8051 | Morrison & Foerster | Representing, Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6268287 | Hanna Morikami | 310-733-7059 | Nomura Securities | Interested Party, Hanna Morikami / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6272711 | Hal F. Morris | (512) 475-4550 | Attorney General Of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287107 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286266 | Jason New | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286140 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291962 | Jerome Noto | (212) 593-1550 | Intermarket Corporation | Interested Party, Intermarket Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6279739 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Representing, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287939 | Michael O'Neill | (212) 588-6132 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286594 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287209 | Benjamin Pedersen | 212-909-6044 | Debevoise & Plimpton LLP | Interested Party, Debevoise & Plimpton LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288830 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287104 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289646 | Jessica S. Pevzner | (212) 859-8000 | Fried Frank | Interested Party, Jessica S. Pevzner / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288184 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6290665 | Addison Pierce | (212) 848-4000 | Shearman & Sterling LLP | Creditor, Duestche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289564 | Daniel Pine | (212) 500-3158 | Marathon Asset Management | Creditor, Marathon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288306 | Jim Prince | 214-953-6612 | Baker Botts LLP | Interested Party, CenterPoint Energy Resources Corp & CenterPoint Energy Houston / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288302 | Ian E. Roberts | 214-953-6719 | Baker Botts LLP | Interested Party, CenterPoint Energy Resources & CenterPoint Energy Houston Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6284477 | Elizabeth Rasskazova | (207) 901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286112 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6290466 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6284522 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288803 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288710 | James Sikes | 214-462-6439 | Dykema Gossett PLLC | Interested Party, Tex La Electric Coop / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289629 | Sunny Singh | (212) 310-8000 | Weil Gotshal & Manges LLP | Interested Party, GSO / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289633 | Matthew Smith | (212) 225-2493 | Cleary Gottlieb Steen & Hamilton | Creditor, J. Aaron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287250 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capitol Holdings / LISTEN ONLY |

| Company | Case | Type | Conf ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6290776 | Andrew Sorkin | 202-601-2298 | The Capitol Forum | Interested Party, The Capitol Forum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287977 | Gregory Taylor | 302-654-1888 | Ashby & Geddes | Interested Party, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6236013 | Andrew M. Thau | 203-862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289596 | Meredith S. Tinkham | (617) 951-7250 ext. 00 | Ropes & Gray, LLP | Creditor, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289586 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6290378 | Sina Toussi | (646) 571-1872 | VR Capital | Creditor, VR Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287280 | Matthew J. Troy | (202) 514-9038 | U.S. Department of Justice - Civil Divi | Creditor, United States / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6290513 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288197 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6284822 | Thomas Vicario | (469) 467-5574 | Beal Bank USA | Creditor, Beal Bank USA / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6283379 | Patricia J Villareal | (214) 969-2973 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6291937 | Michael J. Walsh | (646) 855-8154 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289810 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6254881 | Greg Wilkes | (214) 855-7166 | Fulbright & Jaworski, L.L.P - (HOSTES | Interested Party, Fulbright & Jaworski, L.L.P / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288265 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286394 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6286316 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-11005 | Hearing | 6291355 | Anthony Princi | (212) 468-8051 | Morrison & Foerster | Interested Party, Morrison & Foerster / LIVE |