IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

NOTICE OF WITHDRAWAL
OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES
AS COUNSEL FOR THE INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS, LOCAL 220, LOCAL 2078 AND LOCAL 2337

Loizides, P.A. and Christopher D. Loizides hereby withdraw as counsel for The International Brotherhood of Electrical Workers, Local 220, Local 2078 and Local 2337 in the above-captioned bankruptcy proceeding. Please remove Loizides, P.A. and Mr. Loizides from all service lists in this case, including all electronic service lists and the ECF notification system.

DATED: June 5, 2014

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:        loizides@loizides.com