IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on June 5, 2014, I did cause to be served true and correct copies of the foregoing **NOTICE OF WITHDRAWAL OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES AS COUNSEL FOR THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 220, LOCAL 2078 AND LOCAL 2337** on the parties on the attached service list as indicated thereon.

DATED: June 5, 2014

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

**SERVICE LIST**

**VIA FIRST-CLASS MAIL**

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS LAYTON & FINGER PA
920 N. King Street
Wilmington, DE 19801
*Co-Counsel for Debtors*

Richard M. Cieri, Esquire
Edward O. Sassower, PC
Steven E. Hessler, Esquire
Brian E. Schwartz, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
*Co-Counsel for Debtors*

James H.M. Sprayregen, PC
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
*Co-Counsel for Debtors*

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
ASHBY & GEDDES PA
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899-1150
*Co-Counsel for Wilmington Savings Fund Society, FSB, solely
in its capacity as successor Indenture Trustee for the Second Lien*

Edward S. Weisfelner, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
*Co-Counsel for Wilmington Savings Fund Society, FSB, solely
in its capacity as successor Indenture Trustee for the Second Lien*

Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
*Co-Counsel for Wilmington Savings Fund Society, FSB, solely
in its capacity as successor Indenture Trustee for the Second Lien*

Howard. L. Siegel, Esquire
BROWN RUDNICK LLP
185 Asylum Street
Hartford, CT  06103
*Co-Counsel for Wilmington Savings Fund Society, FSB, solely
in its capacity as successor Indenture Trustee for the Second Lien*