**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORPORATION, *et al.*,<br><br>*Debtors*. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) |

**VERIFIED STATEMENT OF ROPES & GRAY LLP, COLE, SCHOTZ, MEISEL, FORMAN & LEONARD P.A. AND DRINKER BIDDLE & REATH LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

In connection with the chapter 11 cases (the "Chapter 11 Cases") commenced by the above-captioned debtors on April 29, 2014, Ropes & Gray LLP ("Ropes & Gray"), Cole, Schotz, Meisel, Forman & Leonard P.A. ("Cole Schotz") and Drinker Biddle &Reath ("Drinker Biddle" and, together with Ropes & Gray and Cole Schotz, "Counsel") hereby submit this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") in connection with (i) Counsel's representation in the Chapter 11 Cases of CSC Trust Company of Delaware ("CSC") in its capacity as indenture trustee (the "Indenture Trustee") under (A) that certain indenture (as amended, restated, supplemented, or otherwise modified from time to time) by and among the Indenture Trustee, Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, "EFIH") dated as of August 17, 2010, pursuant to which certain 10% Senior Secured Notes Due 2020 (the "10% Notes") were issued, and (B) that certain indenture (as amended, restated, supplemented, or otherwise

41943093_10

modified from time to time) by and among the Indenture Trustee and EFIH dated August 14, 2012, pursuant to which certain 6.875% Senior Secured Notes Due 2017 (the "6.875% Notes" and, together with the 10% Notes, the "First Lien Notes") were issued; and (ii) the representation by Ropes & Gray and Cole Schotz in these Chapter 11 Cases of (A) CSC in its capacity as collateral trustee (the "Collateral Trustee") under that certain Collateral Trust Agreement (as amended, restated, supplemented, or otherwise modified from time to time) by and between EFIH and the Collateral Trustee dated as of November 16, 2009, and (B) a steering committee of holders of the First Lien Notes (the "Steering Committee")[1]; and respectfully state as follows:

1. As of the date of this Statement, in these Chapter 11 Cases, Counsel represents the Indenture Trustee, and Ropes & Gray and Cole Schotz represent the Collateral Trustee and the Steering Committee (each holder in the Steering Committee, a "Member").

2. In or around October 2013, certain holders of First Lien Notes contacted Ropes & Gray to represent a group of holders in connection with a potential restructuring of the First Lien Notes and any Chapter 11 Cases (the "Restructuring"). CSC was appointed Indenture Trustee and Collateral Trustee shortly thereafter, and CSC engaged Ropes & Gray to represent it in such capacities. Within the same time frame, other holders of First Lien Notes independently contacted James H. Millar ("Millar"), then at

---

[1] The Steering Committee members are parties to the *Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration* [D.I. 473] (the "Stay Applicability Motion"). Ropes & Gray also represents and/or shares information on a common interest basis with smaller holders that, together with the Steering Committee, hold in the aggregate more than 50% in principal amount of the 10% Notes. The smaller holders were not parties to the Stay Applicability Motion.

Wilmer Cutler Pickering Hale and Dorr LLP, to represent them in connection with the Restructuring.  In the intervening months before the commencement of the Chapter 11 Cases, the Steering Committee was formed, and certain holders left and/or joined the Steering Committee, including holders formerly represented by Millar.  Millar, now at Drinker Biddle, was subsequently engaged to represent CSC in its capacity as Indenture Trustee.  In or around April 2014, the Indenture Trustee, the Collateral Trustee, and the Steering Committee engaged Cole Schotz for representation in these Chapter 11 Cases.

3. The Steering Committee represents only the interests of its Members and does not represent or purport to represent any other entities in connection with the Chapter 11 Cases.

4. The Members hold, or are the investment advisors or managers of accounts that hold, approximately $1,505,674,000 in aggregate principal amount of the First Lien Notes as of the week of May 19, 2014.  In accordance with Bankruptcy Rule 2019, the address and nature and amount of all disclosable economic interests for each Member is set forth in Exhibit A.  The information contained in Exhibit A is based upon information provided by the Members to Counsel, and is subject to change.

5. Nothing in this Statement, including Exhibit A hereto, should be construed as a limitation upon, or waiver of, any Member's right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

6. The undersigned, who are members and/or partners of Ropes & Gray, Drinker Biddle and Cole Schotz, respectively, verify that the foregoing is true and correct to the best of their knowledge.

-4-

7.  Counsel reserves the right to amend or supplement this verified statement.

[*Remainder of Page Left Intentionally Blank*]

Dated:  May 13, 2014

        COLE, SCHOTZ, MEISEL, FORMAN
        & LEONARD, P.A.

        */s/ Nicholas J. Brannick*
        Norman L. Pernick (DE No. 2290)
        J. Kate Stickles (DE No. 2917)
        Nicholas J. Brannick (DE No. 5721)

| | |
|---|---|
| 500 Delaware Avenue, Suite 1410 | Warren A. Usatine |
| Wilmington, DE  19801 | 25 Main Street |
| Telephone: 302-652-3131 | P.O. Box 800 |
| Facsimile:  302-652-3117 | Hackensack, NJ 07602 |
| npernick@coleschotz.com | Telephone: 201-489-3000 |
| kstickles@coleschotz.com | Facsimile:  201-489-1536 |
| nbrannick@coleschotz.com | wusatine@coleschotz.com |

   --and--

ROPES & GRAY LLP

| | |
|---|---|
| Keith H. Wofford | D. Ross Martin |
| Mark R. Somerstein | Andrew G. Devore |
| 1211 Avenue of the Americas | Prudential Tower |
| New York, NY 10036-8704 | 800 Boylston Street |
| Telephone: 212-596-9000 | Boston, MA  02199-3600 |
| Facsimile:  212-596-9090 | Telephone: 617-951-7000 |
| Keith.Wofford@ropesgray.com | Facsimile:  617-951-7050 |
| Mark.Somerstein@ropesgray.com | Ross.Martin@ropesgray.com |
| | Andrew.Devore@ropesgray.com |

   --and--

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile:  212-248-3141
James.Millar@dbr.com

*Counsel for CSC Trust Company of Delaware,*
*as successor indenture trustee*

**Exhibit A**
**Nature and Amount of Disclosable Economic Interests**

| Name[1] | Address | Nature and Amount of Disclosable Economic Interests | |
|---|---|---|---|
| | | **EFIH Senior Secured Notes** | **Other** |
| BlueMountain Capital Management LLC | 280 Park Avenue, 12th Floor New York, NY 10017 | 10%: $561,874,000 6.875%:None | TCEH 10.25% Senior Notes due 2015: $207,520,000 |
| Cyrus Capital Partners | 399 Park Ave # 3900 New York, NY 10022 | 10%: $299,300,000 6.875%: None | EFIH 11% Second Lien Notes: $15,000,000  EFIH 11.75% Second Lien Notes: $48,250,000  TCEH 10.25% Senior Notes due 2015: $308,150,000  TCEH Term Loan: $ 19,000,000  TCEH Brazos River 5.4% Bonds: $19,480,000 |
| Halcyon Asset Management LLC | 477 Madison Avenue, 8th Floor New York, NY 10022 | 10%:$192,000,000 6.875%: None | |
| Luxor Capital Group, LP | 1114 Avenue of the Americas #29 New York, NY 10036 | 10%: $142,000,000 6.875%: None | |

---

[1] The entities listed are the holders of, or investment advisors or managers of accounts that hold, the listedDisclosable Economic Interests.

41943093_10

-2-

| | | | |
|---|---|---|---|
| Owl Creek Asset Management, L.P. | 640 Fifth Avenue, 20th Floor<br>New York, NY 10019 | 10%: $204,500,000<br>6.875%: None | TCEH Revolving Credit Facility: $95,607,500 |
| Southpaw Credit Opportunity Master Fund LP | 2 Greenwich Office Park, First Floor, Greenwich, CT 06831 | 10%: $41,000,000<br>6.875%: None | TCEH Term Loan due 10/10/2014: $46,234,109 |
| VR Advisory Services Ltd. in its capacity as advisor to VR Global Partners, L.P. | 400 Madison Avenue, 15th Floor<br>New York, New York 10017 | 10%: $65,000,000<br>6.875%: None | TCEH 2nd Lien Notes: $17,000,000 |

Note:  The Steering Committee members are parties to the *Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration* [D.I. 473] (the "Stay Applicability Motion").  Ropes & Gray also represents and/or shares information on a common interest basis with smaller holders that, together with the Steering Committee, hold in the aggregate more than 50% in principal amount of the 10% Notes.  The smaller holders were not parties to the Stay Applicability Motion.