**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
OF AD HOC GROUP OF EFH LEGACY NOTEHOLDERS PURSUANT TO
FED.R.BANKR.P.2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)**

Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9010(b) and Local Rule of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware 2002-1(d), the undersigned counsel enters an appearance for the Ad Hoc Group of EFH Legacy Noteholders, and requests that the Ad Hoc Group of EFH Legacy Noteholders be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the undersigned counsel at the following address or facsimile number:

| | |
|---|---|
| Garvan F. McDaniel, Esq. [DE Bar #4167]<br>THE HOGAN FIRM<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>Email: gfmcdaniel@dkhogan.com | David S. Rosner, Esq.<br>Andrew K. Glenn, Esq.<br>Daniel A. Fliman, Esq.<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800<br>Email: DRosner@kasowitz.com<br>       AGlenn@kasowitz.com<br>       DFliman@kasowitz.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints,

demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Ad Hoc Group of EFH Legacy Noteholders' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Ad Hoc Group of EFH Legacy Noteholders is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 6, 2014
       Wilmington, Delaware

                           THE HOGAN FIRM

                           By: /s/Garvan F. McDaniel
                           Garvan F. McDaniel, Esq. (#4167)
                           1311 Delaware Avenue
                           Wilmington, Delaware 19806
                           Telephone: (302) 656-7540
                           Facsimile: (302) 656-7599
                           Email: gfmcdaniel@dkhogan.com

                                 – and –

                           KASOWITZ, BENSON, TORRES
                             & FRIEDMAN LLP

                           David S. Rosner, Esq.
                           Andrew K. Glenn, Esq.
                           Daniel A. Fliman, Esq.
                           1633 Broadway
                           New York, New York 10019
                           Telephone: (212) 506-1700
                           Facsimile: (212) 506-1800
                           Email: DRosner@kasowitz.com
                                       AGlenn@kasowitz.com
                                       DFliman@kasowitz.com

                           *Counsel to the Ad Hoc Group of EFH Legacy Noteholders*