IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Related to Docket Nos. 694 and 695**<br>) |

**NOTICE OF FILING OF UNREDACTED OBJECTION OF
CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE,
TO THE EFIH DEBTORS' MOTION TO APPROVE FIRST LIEN SETTLEMENT**

**PLEASE TAKE NOTICE** that, on May 31, 2014, CSC Trust Company of Delaware, as Indenture Trustee for the 10% Senior Secured Notes Due 2020 issued by EFIH under the Indenture dated as of August 17, 2010 between Energy Future Intermediate Holdings LLC, EFIH Finance Inc. and CSC Trust Company of Delaware, as successor indenture trustee, (1) publicly filed a redacted copy of the Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement [Docket No. 694] (the "Objection"), (2) filed under seal the unredacted version of the Objection, including as Exhibits two deposition transcripts that the Debtors designated as confidential; and (3) filed the Motion to File Objection of the CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [Docket No. 695].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that, as announced on the record at the June 6, 2014 hearing in the above-referenced cases, the Debtors removed the designation of confidentiality with respect to the portions of the deposition transcripts that were redacted in the publicly filed Objection, but have not removed the confidentiality designation for the entirety of the transcripts that were filed under seal as Exhibits to the Objection. Accordingly, attached hereto as Exhibit 1 is an unredacted copy of the Objection, without Exhibits.

Dated: June 9, 2014

| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | ROPES & GRAY LLP Keith H. Wofford Mark R. Somerstein 1211 Avenue of the Americas |
|---|---|
| By: /s/ J. Kate Stickles | New York, NY 10036-8704 |
| Norman L. Pernick (No. 2290) | Telephone: 212-596-9000 |
| J. Kate Stickles (No. 2917) | Facsimile: 212-596-9090 |
| Nicholas J. Brannick (No. 5721) | |
| 500 Delaware Avenue, Suite 1410 | D. Ross Martin |
| Wilmington, DE 19801 | Andrew G. Devore |
| Telephone: 302-652-3131 | Prudential Tower |
| Facsimile: 302-652-3117 | 800 Boylston Street |
| | Boston, MA 02199-3600 |
| Warren A. Usatine | Telephone: 617-951-7000 |
| 25 Main Street | Facsimile: 617-951-7050 |
| P.O. Box 800 | |
| Hackensack, NJ 07602 | DRINKER BIDDLE & REATH LLP |
| Telephone: 201-489-3000 | James H. Millar |
| Facsimile: 201-489-1536 | 1177 Avenue of the Americas |
| | 41st Floor |
| | New York, NY 10036-2714 |
| | Telephone: 212-248-3264 |
| | Facsimile: 212-248-3141 |

*Counsel for CSC Trust Company of Delaware as successor indenture trustee*