IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves the admission pro hac vice of James W. Stoll, Esquire to represent Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee, in the above-captioned cases.

Dated: June 9, 2014            **ASHBY & GEDDES, P.A.**

/s/ William P. Bowden
William P. Bowden (I.D. #2553)
Gregory A. Taylor (I.D. #4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Co-Counsel to Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2014            _____
                                  The Honorable Christopher S. Sontchi
                                  United States Bankruptcy Court Judge

{00865104;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised on July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

James W. Stoll
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: jstoll@brownrudnick.com