# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 6/6/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| N. Christopher Griffiths | Connolly Gallagher | PIMCO |
| Jeff Sabin | Bingham McCutchen | " |
| Julia Frost-Davies | " | " |
| Chris Carter | " | " |
| Michael DeBaecke | Blank Rome | Wilmington Trust Company as First Lien Administrative Agent and First Lien Collateral Agent |
| John Ashmead / Arlene Alves | Seward + Kissel | " |
| Dan Lowenthal | Patterson Belknap | Law Debenture Indenture Trustee TCEH |
| Steph M. Miller | Morris James LLP | " |
| Norman Pernick | Cole Schotz | CSC |
| Keith Wofford | Ropes + Gray | " |
| Ross Martin | " | " |
| Warren Usatine | Cole Schotz | " |
| Philip Bentley | Kramer Levin Naftalis | Indenture Trustee for EFIH 2nd Lien Notes |
| Alan Kornberg / Kelley Cornish / Jacob Adlerstein / Adam Denhoff | Paul Weiss Rifkind Wharton + Garrison | As the Committee of TCEH Junior Lien Creditors |
| Frederick Morgan / Ryan Bartley | Young Conaway | |
| Mark D. Collins | Richards Layton + Finger | Debtors |
| Jason M. Madron | Richards Layton + Finger | Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 6/6/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | Committee |
| Justin Edelson | Polsinelli | Committee |
| Todd Goren | MoFo | Committee |
| Alex Smersky | MoFo | Committee |
| Samantha Martin | MoFo | Committee |
| Andrew McGaan | K&E | Debtors |
| Keith Wofford | Ropes + Gray LLP | CSC Trust Company |
| Scott Cousins | Cousins Chipman & Brown | EFIH Toggle Notes |
| Scott Alberino | Akin Gump | " " " |
| Ira Dzenrcof | " " | " " " |
| Jeffrey Sabin | Bingham McCutchen, LLP | PIMCO |
| Juli afrost Davis | " " | " |
| Matthew Ward | Womble Carlyle | Holt Cat & Center Point Energy |
| Mark McKane | Kirkland & Ellis | Debtors |
| Edward Sassower | " | " |
| Steve Hessler | " | " |
| Chad Husnick | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 6/6/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard A. Cohen | Drinker Biddle & Reath | Citibank N.A., DIP Agent |
| Robert K. Malone | " | " |
| Evan Fleck | Milbank Tweed | " |
| Karen Gartenberg | " | " |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Colin R. Robinson | Pachulski Stang Ziehl+Jones | Indenture Trustee to EFIH 2nd Lien Notes |
| Laura Davis Jones | Pachulski Stang Ziehl+Jones | Indenture Trustee to Zelluca Noteholders |
| Mike Busenkell | Gellert Scali Busenkell & Brown | Aurelius |
| Mike Taylor | Cassels Brock | Fidelity |
| Matt Roose | [illegible] | Fidelity |
| Gary Kaplan | FHH Frank | Fidelity |
| Katherine Mayer | McCarter & English | BOA/F |
| Laurie Silver Silverstein | Potter Anderson Corroon LLP | Deutsche Bank as NY Branch, as admin and collateral agent |
| Fred Sosnick | Shearman & Sterling LLP | |
| Ned S. Schodek | Shearman & Sterling LLP | ↓ |
| Joshua Brody | Kramer Levin | Indenture Trustee for EFIH 2nd Lien Notes |
| Greg Horowitz | Kramer Levin | Indenture Trustee for EFIH 2nd Lien Notes |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 6/6/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Justin Edelson | Polsinelli | Committee |
| Jack Abbot | MMAT | Equity |
| Anton Witt | Winstead | " |
| Emil Kleinhaus | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NOS:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 6/6/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jonathan Ganter | Kirkland & Ellis | Debtors |
| Joseph J. McMahon, Jr. | Ciardi Ciardi & Astin | TXU 2007-1 Railcar Leasing LLC |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

#6

Calendar Date: 06/06/2014
Calendar Time: 09:30 AM ET

Amended Calendar 06/06/2014 06:14 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6293747 | Omar Alaniz | 214-953-6593 | Baker Botts LLP | Interested Party, CenterPoint Energy Resources Corp / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6294006 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6288665 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6292185 | Jennifer H. Anderson | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6293555 | Paula Anderson | (212) 848-7727 | Shearman & Sterling LLP | Creditor, Duestche Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6283591 | Gaurav Bana | (310) 996-6549 | Capital Research and Management Co | Representing, Gaurav Bana / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6272008 | Daniel M. Bardes | 203-542-4225 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6289557 | Ju-Lie Bell | (212) 588-6114 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6293456 | Monica S. Blacker | (214) 953-6000 | Jackson Walker LLP | Interested Party, Holt Cat / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6290444 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Stephen Blauner / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6287931 | Jim Bolin | (973) 701-8400 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6294005 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294184 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287323 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, CitiBank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288679 | Matthew C. Brown | (305) 995-5250 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293960 | Philip E Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293920 | Stephen Burnazian | 212-878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6292023 | Michael Carley | 203-708-5893 | Jeffries, LLC | Interested Party, Eric Geller / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289661 | Michael R. Carney | (212) 402-9400 | McKool Smith | Interested Party, Alcoa / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294012 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Chris Carty / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293574 | Chris Chaice | (212) 745-9700 | Brigade Capital Management | Interested Party, Chris Chaice / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6283418 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287966 | Jeremy Coffey | 617-856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289670 | Mark Cohen | (212) 250-7942 | Deutsche Bank Securities, Inc. | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6241173 | Kent Collier | 212-257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293989 | Jim Cooper | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293575 | Tyler Cowan | (312) 407-6657 | Lazard Freres & Co., LLC | Interested Party, Tyler Cowan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294179 | Mark A. Crawford | 952-984-4204 | Mark Crawford | Creditor, CarVal Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287221 | Louis A. Curcio | 212-768-6744 | Dentons US LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6283402 | Michael L. Davitt | (214) 969-2938 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294208 | Gren Day | (704) 374-0717 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6276120 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294238 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293585 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, Ephraim Diamond / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293993 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289676 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren, LLP | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293058 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289551 | James Duplessie | (212) 235-0732 | James Duplessie - In Pro Per/Pro Se | DIP Lender, Napier Park Global Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294210 | Ryan Eckert | (212) 493-4465 | Credit Value Partners | Creditor, Credit Value Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6281219 | Philip Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288839 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Trustee, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294202 | Barrett Eynon | (312) 589-6416 | Pentwater Capital | Interested Party, Pentwater Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289665 | Benjamin Feder | 212-808-7925 | Kelley Drye & Warren, LLP | Creditor, Engery Future Holding / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293950 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293982 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288587 | Mark Flannagan - Client | (312) 832-4364 | Foley & Lardner LLP | Client, Mark Flannagan / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293946 | Patrick Fleury (Client) | (302) 295-0193 | Cousins Chipman & Brown, LLP | Interested Party, Cousins Chipman & Brown LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294013 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Charles Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6290197 | Meggie Gilstrap | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289655 | Peter Goodman | 212-402-9408 | McKool Smith, P.C. | Interested Party, Alcoa / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289518 | John Greene | (212) 303-9455 | Halcyon Asset Management | Interested Party, Halcyon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293979 | Samuel Greene - Client - | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Samuel Greene / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289546 | Peter Gruszka | (312) 416-4215 | Chicago Fundamental Investment Part | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289561 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomas Hals / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294209 | Dan Harrison | (512) 306-5287 | Tejas Securities | Interested Party, Tejas Securities / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288595 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294212 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294194 | Kurt Hoffman | (310) 246-3793 | Imperial Capital LLC | Interested Party, Imperial Capital LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293985 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294240 | Sandra Horwitz - Client | (312) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289641 | Marshall Huebner | (212) 450-4099 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6292807 | Kizzy L. Jarashow | (212) 459-7341 | Goodwin Procter LLP | Creditor, Aurelius Capital Management, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289677 | Kelvin Ji | (212) 250-7942 | Deutsche Bank Securites, Inc. | Creditor, Deutsche Bank / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294187 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Interested Party, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6292408 | Harold Kim | (212) 390-2847 | Blackstone | Financial Advisor, Blackstone - Harold Kim / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293924 | Matt Kimble (Client) | (302) 295-0193 | Cousins Chipman & Brown, LLP | Interested Party, Cousins Chipman & Brown LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294181 | Mark D. Kotwick | (212) 574-1545 | Seward & Kissel LLP | Interested Party, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6235735 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294239 | Steven Krause - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Steven Krause / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289595 | Aaron Krieger | (212) 596-9592 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294241 | Mark Kronfeld | (212) 905-2186 | BlueMountain Capital Management | Interested Party, BlueMountain Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293499 | Jon Kurland | (212) 756-2000 | Schulte Roth & Zabel LLP | Interested Party, Schulte Roth & Zabel LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6236711 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293994 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6285814 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293592 | Catherine LoTempio | 212-574-1632 | Catherine LoTempio | Creditor, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6290321 | Amy Ma | (212) 450-4197 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294186 | Luckey McDowell | 214-953-6571 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293295 | Hal F. Morris | (512) 475-4550 | Attorney General Of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294003 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |

| Debtor | Case # | Hearing | Conf # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293953 | Jason New | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294008 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6279743 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Representing, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287947 | Michael O'Neill | (212) 588-6132 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294011 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287211 | Benjamin Pedersen | 212-909-6044 | Debevoise & Plimpton LLP | Interested Party, Debevoise & Plimpton LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6287106 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294182 | Jessica S. Pevzner | (212) 859-8000 | Fried Frank | Interested Party, Jessica S. Pevzner / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288185 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293542 | Addison Pierce | (212) 848-4000 | Shearman & Sterling LLP | Creditor, Duestche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289572 | Daniel Pine | (212) 500-3158 | Marathon Asset Management | Creditor, Marathon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288310 | Jim Prince | 214-953-6612 | Baker Botts LLP | Interested Party, CenterPoint Energy Resources Corp & CenterPoint Energy Houston / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6292051 | Elizabeth Rasskazova | (207) 901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293872 | Erica Richards | (212) 468-8000 | Morrison & Foerster | Creditor, The Creditor's Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6288316 | Ian E. Roberts | 214-953-6719 | Baker Botts LLP | Interested Party, CenterPoint Energy Resources & CenterPoint Energy Houston Electric / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6293080 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Nextera / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6293973 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6290490 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6290038 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6292508 | John N. Schwartz | 214-855-7173 | Fulbright & Jaworski | Interested Party, Fulbright & Jaworski / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6293593 | James Sikes | 214-462-6439 | Dykema Gossett PLLC | Interested Party, Tex La Electric Coop / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6289631 | Sunny Singh | (212) 310-8000 | Weil Gotshal & Manges LLP | Interested Party, GSO / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6289634 | Matthew Smith | (212) 225-2493 | Cleary Gottlieb Steen & Hamilton | Creditor, J. Aaron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6289591 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6294236 | Andrew Sorkin | 202-601-2298 | The Capitol Forum | Interested Party, The Capitol Forum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6287984 | Gregory Taylor | 302-654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6236033 | Andrew M. Thau | 203-862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6289598 | Meredith S. Tinkham | (617) 951-7250 ext. 00 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6289588 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6290385 | Sina Toussi | (646) 571-1872 | VR Capital | Creditor, VR Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6290518 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6284837 | Thomas Vicario | (469) 467-5574 | CSG Investments, Inc. | Interested Party, CSG Investments, Inc. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6283388 | Patricia J Villareal | (214) 969-2973 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6294199 | Michael J. Walsh | (646) 855-8154 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6289823 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293577 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293999 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6293962 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |