# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ENERGY FUTURE HOLDINGS CORP. | | |
| **Case Number:** | 14-10979-CSS | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JUNE 06, 2014 09:30 AM   CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | | |
| **Courtroom Clerk:** | LESLIE MURIN | | |
| **Reporter / ECR:** | N/A | | |

### *Matter:*

2nd Day hearing

**R / M #:**   0 / 0

### *Appearances:*

See Sign In Sheet

### *Proceedings:*

Hearing Matters:
  Agenda Items:
    1-4 Continued to 6/30/14 at 9:30AM
    5-7 CNO, order entered
    8-9 Order signed
    10 Continued to 6/30/14 at 9:30AM
    11 Order signed
    12 Continued to 6/30/14 at 9:30AM
    13-15 Order signed
    16 COC, order entered
    17-22 Order signed
    23, 24 Continued to 6/30/14 at 9:30AM