# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ENERGY FUTURE HOLDINGS CORP. |
| **Case Number:** | 14-10979-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 05, 2014 09:30 AM    CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | LESLIE MURIN |
| **Reporter / ECR:** | N/A |

## *Matter:*

2nd Day hearing

**R / M #:**    0 / 0

## *Appearances:*

See Sign In Sheet

## *Proceedings:*

Hearing Matters:
  Agenda Items:
    1-4 Continued to 6/30/14 at 9:30AM
    5-7 CNO, order entered
    8-9 Order signed
    10 Continued to 6/30/14 at 9:30AM
    11 Order signed
    12 Continued to 6/30/14 at 9:30AM
    13-15 Order signed
    16 COC, order entered
    17-22 Order signed
    23, 24 Continued to 6/30/14 at 9:30AM