IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 858** |

## NOTICE OF APPEAL

CSC Trust Company of Delaware, as indenture trustee, appeals under 28 U.S.C. § 158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware from the *Order Approving EFIH First Lien Settlement* [Docket No. 858], entered in above-captioned bankruptcy case on the 6th day of June, 2014.

The names of all the parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| **Appellant:**<br>CSC Trust Company of Delaware,<br>as indenture trustee | Ropes & Gray LLP<br>Keith H. Wofford, Esquire<br>Michael S. Winograd, Esquire<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: 212.596.9000<br>Facsimile: 212.596.9090<br><br>Ropes & Gray LLP<br>D. Ross Martin, Esquire<br>Andrew G. Devore, Esquire<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: 617.951.7000<br>Facsimile: 617.951.7050 |

| **Appellant:**<br>(*continued*) | Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Nicholas J. Brannick, Esquire<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302.652.3131<br>Facsimile: 302.652.3117<br><br>Drinker Biddle & Reath LLP<br>James H. Millar<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714<br>Telephone: 212.248.3264<br>Facsimile: 212.248.3141 |
|---|---|
| **Appellees:**<br>Energy Future Holdings Corp., *et al.* | Richards, Layton & Finger, P.A.<br>Mark D. Collins, Esquire<br>Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: 302.651.7700<br>Facsimile: 302.651.7701<br><br>Kirkland & Ellis LLP<br>Richard M. Cieri Esquire<br>Edward O. Sassower, P.C., Esquire<br>Stephen E. Hessler, Esquire<br>Brian E Schartz, Esquire<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: 212.446.4800<br>Facsimile: 212.446.4900<br><br>Kirkland & Ellis LLP<br>James H.M. Sprayregen, P.C., Esquire<br>Chad J. Husnick, Esquire<br>Steven N. Serajeddini, Esquire<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: 312.862.2000<br>Facsimile: 312.862.2200 |

Dated: June 9, 2014
       Wilmington, Delaware

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD P.A.

_____
Norman L. Pernick (DE No. 2290)
  npernick@coleschotz.com
J. Kate Stickles (DE No. 2917)
  kstickles@coleschotz.com
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302.652.3131
Facsimile: 302.652.3117

-AND-

ROPES & GRAY LLP
Keith H. Wofford
  keith.wofford@ropesgray.com
Michael S. Winograd
  michael.winograd@ropesgray.com
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212.596.9000
Facsimile: 212.596.9090

-AND-

D. Ross Martin
  ross.martin@ropesgray.com
Andrew G. Devore
  andrew.devore@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617.951.7000
Facsimile: 617.951.7050

-AND-

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141

*Attorneys for CSC Trust Company of Delaware, as indenture trustee*

3