# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 6/9/2014 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Andrea B. Schwartz | US Dept. Of Justice Office    201 Varick Street    Rm. 1006    New York, NY |
| aty | Andrew Glenn Devore | Ropes &Gray LLP    Prudential Tower    800 Boylston Street    Boston, MA 02199−3600 |
| aty | Brian Schartz | c/o Kirkland &Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Chad J. Husnick | Kirkland &Ellis, LLP    300 North LaSalle Street    Chicago, IL 60654 |
| aty | D. Ross Martin | Ropes &Gray LLP    Prudential Tower    800 Boylston Street    Boston, MA 02199−3600 |
| aty | Daniel J. DeFranceschi | Richards, Layton &Finger    One Rodney Square, P.O. Box 551    Wilmington, DE 19899 |
| aty | Edward O. Sassower | Kirkland &Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | James H.M. Sprayregen | Kirkland &Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Jason M. Madron | Richards, Layton &Finger, LLP    One Rodney Square    P.O. Box 551    Wilmington, DE 19899 |
| aty | Keith Howard Wofford | Ropes &Gray LLP    1211 Avenue of the Americas    New York, NY 10036−8704 |
| aty | Mark D. Collins | Richards, Layton &Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 |
| aty | Nicholas J. Brannick | Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | Norman L. Pernick | Cole Schotz Meisel Forman &Leonard, PA    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | Richard L. Schepacarter | Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 |
| aty | Richard M. Cieri | Kirkland &Ellis LLP    601 Lexington Avenue    New York, NY 10022−4611 |
| aty | Stephen E. Hessler | Kirkland &Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Steven N. Serajeddini | Kirkland &Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| | Michael S. Winograd, Esq. | 1211 Avenue Of The Americas    New York, NY 10036−8704 |

TOTAL: 19