# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | CASE NO. 14-10979 |
| | § | (JOINTLY ADMINISTERED) |
| ENERGY FUTURE HOLDINGS CORP. | § | |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |

## TRAVIS COUNTY'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS

Notice is hereby given that Kay D. Brock, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Respectfully submitted,

**DAVID ESCAMILLA**
Travis County Attorney
P.O. Box 1748
Austin, TX  78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier

By: */s/ Kay D. Brock*
**KAY D. BROCK**
Assistant County Attorney
Texas Bar No. 11625100
kay.brock@co.travis.tx.us

311433-1

**CERTIFICATE OF SERVICE**

      I, Kay D. Brock, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this  **9th**  day of **June, 2014** and mailed by United States First Class Mail to any party listed below that is not registered.

                                                */s/ Kay D. Brock*

**DEBTORS**
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, TX 75201

**DEBTORS' ATTORNEY**
Daniel J. DeFranceschi
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**TRUSTEE**
United States Trustee
844 King Street, Ste. 2207, Lockbox 35
Wilmington, DE 19801

311433-1