UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**ENERGY FUTURE HOLDINGS, INC.**, *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>Case No. 14-10979 (CSS) |
| **CSC TRUST CO. OF DELAWARE,**<br><br>Plaintiff,<br><br>-v-<br><br>**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC ET AL.,**<br><br>Defendants. | Adv. Proc. No. 14-50363 (CSS) |

**NOTICE OF SERVICE REGARDING RESPONSES AND OBJECTIONS OF
KOHLBERG KRAVIS & CO., TPG CAPITAL, L.P. AND
GOLDMAN, SACHS & CO., INC. TO SUBPOENAS**

PLEASE TAKE NOTICE that on June 6, 2014, a copy of the **Responses And Objections Of Kohlberg Kravis & Co., TPG Capital, L.P. And Goldman, Sachs & Co., Inc. To Subpoenas** was caused to be served, in the manner indicated, upon the parties on the attached service list.

Wilmington, Delaware
Dated:  June 9, 2014

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware  19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel to Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and Associated Individuals*

-and-

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason (admitted *pro hac vice*)
John F. Lynch (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Counsel to Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Associated Individuals*