


---


Case 14-10979-CSS    Doc 878-1    Filed 06/09/14    Page 1 of 1

## SERVICE LIST

**BY ELECTRONIC MAIL**

Norman L. Pernick
Nicholas J. Brannick
Cole, Schotz, Meisel, Forman & Leonard, PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email:  npernick@coleschotz.com
         nbrannick@coleschotz.com

Warren A. Usatine
Cole, Schotz, Meisel, Forman & Leonard, PA
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Email:  wusatine@coleschotz.com

Keith H. Wofford
Michael S. Winograd
John McClain
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Email:  keith.wofford@ropesgray.com
         michael.winograd@ropesgray.com
         john.mcclain@ropesgray.com

Samuel P. Groner
Fried Frank
One New York Plaza
New York, NY 10004
Email: samuel.groner@friedfrank.com

Robert J. Boller
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Email:  rboller@akingump.com

David R. Dempsey
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
Email:  david.dempsey@kirkland.com