# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> ENERGY FUTURE HOLDINGS CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Carmody MacDonald P.C and Pinckney, Weidinger, Urban & Joyce LLC hereby appear as counsel for Automatic Systems, Inc. ("ASI") pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| Gregory D. Willard, Esq. <br> CARMODY MACDONALD P.C. <br> 120 S. Central Avenue, Suite 1800 <br> St. Louis, MO  63105 <br> Telephone:  (314) 854-8600 <br> Facsimile:  (314) 854-8660 <br> gdw@carmodymacdonald.com | Gregory T. Donilon, Esq. <br> PINCKNEY, WEIDINGER, URBAN & JOYCE LLC <br> 1220 North Market Street, Suite 950 <br> Wilmington, DE  19801 <br> Telephone:  (302) 504-1497 <br> Facsimile:  (302) 442-7046 <br> gdonilon@pwujlaw.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas  75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic mail, facsimile transmission, telegraph, telex, or otherwise, that (i) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned jointly-administered cases (collectively, the "<u>Debtors</u>") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (ii) requires or seeks to require any act or other conduct by a party in interest.

PLEASE TAKE FURTHER NOTICE that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of ASI: (i) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (ii) to have final orders in any non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (iii) to trial by jury in any case, proceeding, matter, or controversy so triable; (iv) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which ASI is or may entitled under agreements, in law, or in

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved. For the avoidance of doubt, the filing of this notice is not intended as, and shall not be, ASI's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of ASI, cannot enter final orders or judgments in any such case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

Dated: June 9, 2014
      Wilmington, Delaware

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC

   */s/ Gregory T. Donilon*
Gregory T. Donilon (DE No. 4244)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
Telephone: (302) 504-1497
Facsimile: (302) 442-7046
gdonilon@pwujlaw.com

- and -

CARMODY MACDONALD P.C.
Gregory D. Willard, Esq.
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
gdw@carmodymacdonald.com

*Counsel for Automatic Systems, Inc.*