## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER AUTHORIZING (A) REJECTION OF CERTAIN
UNEXPIRED LEASES AND (B) ABANDONMENT OF CERTAIN
PERSONAL PROPERTY, EACH EFFECTIVE AS OF THE REJECTION DATES**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") authorizing the Debtors to (a) reject the Leases as set forth in **Exhibit 1** hereto and (b) abandon Personal Property that may be located at the premises of each Lease, each effective as of the date of entry of this Order, all as more fully set forth in the Motion; and upon the *Declaration of Michael Carter in Support of the Motion of Energy Future Holdings Corp., et. al., for Entry of an Order Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property*; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Leases listed on **Exhibit 1** attached hereto are deemed rejected.

3. Pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rule 6007, the Personal Property remaining at the premises of each Lease is deemed abandoned.

4. The counterparties to each Lease must file any proofs of claim relating to the rejection of the Leases by the later of (a) the claims bar date established in these chapter 11 cases, and (b) forty-five (45) days after the date of entry of this Order.

5. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

RLF1 10388534v.1

7. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2014
       Wilmington, Delaware

                                  THE HONORABLE CHRISTOPHER S. SONTCHI
                                  UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1 to EXHIBIT A

**Leases to be Rejected**

## Leases

| Debtor-Lessee | Counterparty-Lessor | Contract Name | Leased Premises |
|---|---|---|---|
| TXU Energy Retail Company LLC | Congress Holdings, Ltd. | Office Lease between Congress Holdings Ltd. (Lessor) and TXU Energy Retail Company LLC (Lessee) | 1005 Congress Ave. Suite 500 Austin, Texas 78701 |
| Energy Future Competitive Holdings Company LLC | Larry Christian | North Texas Commercial Association of Realtors Commercial Lease Agreement | 2021 Postal Way Dallas, Texas 75212 |
| TXU Energy Retail Company LLC | First on 6th, L.P. | Lease Agreement Between First on 6th, L.P., as Landlord, and TXU Energy Retail Company LLC, as Tenant, Dated October 29, 2010: Cantey Hanger Plaza, Fort Worth, Texas | 600 West 6th St Suite 175 Fort Worth, Texas 76102 |

## Subleases

| Debtor-Sublessor | Counterparty-Sublessee | Contract Name | Subleased Premises |
|---|---|---|---|
| TXU Energy Retail Company LLC | Falcon Creek Enterprises LLC | Sublease | 1005 Congress Ave. Suite 500 Austin, Texas 78701 |
| Energy Future Competitive Holdings Company LLC | Harvill Industries Ltd. | Sublease | 2021 Postal Way Dallas, Texas 75212 |
| TXU Energy Retail Company LLC | RSP Architects Ltd. | Sublease | 600 West 6th St. Suite 175 Fort Worth, Texas 76102 |