IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: D.I. 881 |

**DECLARATION OF MICHAEL CARTER IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING (A) REJECTION OF CERTAIN UNEXPIRED LEASES AND (B) ABANDONMENT OF CERTAIN PERSONAL PROPERTY**

Pursuant to 28 U.S.C. § 1746, I, Michael Carter, hereby declare as follows under penalty of perjury:

1. I am the Senior Vice President of Corporate Planning and an Assistant Treasurer of EFH Corporate Services Company, a direct subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are corporations organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH LLC" and, together with EFCH and TCEH LLC's direct and indirect subsidiaries, "TCEH," and the entities composing TCEH that are debtors in these chapter 11 cases, the "TCEH Debtors"), a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

subsidiary, Energy Future Intermediate Holding Company LLC ("EFIH"), a limited liability company organized under the laws of the state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

2. I have worked for the Debtors since 2005. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et. al., for Entry of an Order Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property* [D.I. 881] (the "Motion").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. The Debtors lease office space and other property for their business operations. In connection with these chapter 11 cases, the Debtors began evaluating the current and expected use of their unexpired leases, the ongoing cost of the leases, and the effect on the business of rejecting such leases.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

### I.     The Congress Avenue Lease.

4.     TXU Energy Retail entered into a lease for office space with Congress Holdings, Ltd., as the lessor, for use of the premises located at 1005 Congress Avenue, Suite 500, Austin, TX 78701. The Congress Avenue Lease is not set to expire until August 31, 2015. Due to consolidation of its other office space, TXU Energy Retail has no further need for the office space and subleased the premises to Falcon Creek Enterprises LLC beginning in March 2013 through the term of the Congress Avenue Lease. As of the proposed Rejection Date, the Debtors estimate that the remaining base rent obligation under the Congress Avenue Lease, net of the Falcon Creek Sublease rent income, is approximately $115,000. Additionally, I estimate that TXU Energy Retail's pro-rata portion of the building's operating expenses and taxes through the remaining term of the Congress Avenue Lease is approximately $20,000.

### II.    The Postal Way Lease.

5.     EFCH, as successor-in-interest to TXU Electric Company as lessee, entered into a lease with Larry Christian, as the lessor, for use of the premises at 2021 Postal Way, Dallas, TX 75212. The leased property was used as a mail processing center. After the Debtors outsourced their mail processing, EFCH subleased the space to Harvill Industries, Ltd. beginning in November 2011 for the remaining term of the Postal Way Lease. The Postal Way Lease is not set to expire until June 30, 2021. As of the proposed Rejection Date, the Debtors estimate that the remaining base rent obligation under the Postal Way Lease, net of the Harvill Sublease rent income, is approximately $2.6 million.

### III.   The West 6th Lease.

6.     TXU Energy Retail entered into a lease with First on 6th, L.P., as the lessor, for office space at 600 West 6th Street, Suite 175, Fort Worth TX, 76102. After relocating, TXU Energy Retail subleased the West 6th Lease to RSP Architects, Ltd. beginning in March 2013 for

RLF1 10388540v.1

the remaining term of the West 6th Lease. The West Sixth Lease is not set to expire until January 31, 2016. As of the proposed Rejection Date, the Debtors estimate that the remaining rent obligation under the West 6th Lease, net of the RSP Sublease rent income, is approximately $13,000, plus TXU Energy Retail's pro-rata portion of the building's operating expenses and taxes.

### IV. Summary of the Debtors' Business Decisions Regarding the Leases.

7. The Debtors are currently obligated to pay rent under the Congress Avenue Lease, the Postal Way Lease, and the West 6th Lease, as well as certain property taxes, utilities, insurance, and other related charges. While the Debtors sublease the properties covered by these Leases to third parties, the rent and other payments received under the subleases offset only a portion of the amounts owed by the Debtors under these Leases. The Debtors estimate that their total monthly obligations under the Leases, net of sublease-related income, amount to approximately $43,000 in the aggregate.

8. The Debtors have evaluated the possibility of assigning the Leases and being released from future obligations, but have determined that any potential benefits would be outweighed by the Debtors' ongoing obligations to pay rent and other expenses during the assignment process. By rejecting the Leases, I estimate that the Debtors will save approximately $2.75 million in the aggregate through the remaining Lease terms. Accordingly, I believe the costs of the Leases exceed any marginal benefits from maintaining the Leases.

### V. Personal Property to be Abandoned.

9. The Personal Property remaining at the premises of the Leases includes, but is not limited to, miscellaneous equipment and office, break room, and conference room furniture, which collectively have a book value of approximately $100,000. Furthermore, the Debtors' use

of the majority of the Personal Property was location-specific. Since the Debtors have already vacated and subleased the premises of each Lease, I believe that the Personal Property is no longer necessary for the Debtors' business operations. The Debtors have determined that the cost of removing and/or storing the Personal Property, whether for sale or for future use, exceeds the value of the Personal Property to the Debtors' estates.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: June 9, 2014

_____
Michael Carter
Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company