# EXHIBIT B

## Second Lien Opt-In Supplement

Supplement No. 1
(To Offer to Purchase dated May 9, 2014)

# ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC
# EFIH FINANCE INC.

**Offer to Purchase for Cash Any and All of the Outstanding EFIH Second Lien Notes (as defined below)**

> **The Offer (as defined below) will expire at 5:00 p.m., New York City time, on July 3, 2014, unless extended or earlier terminated by the Company (as defined below) in its sole discretion (the "*Expiration Date*"). Holders of EFIH Second Lien Notes (as defined below) must tender their EFIH Second Lien Notes on or prior to the Expiration Date in order to receive the Tender Consideration (as defined below). In order to receive the Total Consideration (as defined below), holders of EFIH Second Lien Notes must tender their EFIH Second Lien Notes on or prior to 5:00 p.m., New York City time, on June 11, 2014, unless extended at the sole discretion of the Company (the "*Early Participation Date*"). Tenders of EFIH Second Lien Notes may be withdrawn at any time prior to the Early Participation Date but not thereafter, except in certain limited circumstances where withdrawal rights are required by law. The Offer is subject to, among other things, the approval of the Bankruptcy Court, and the Company does not intend to permit the Offer to expire on or prior to the date the EFIH Second Lien Settlement is heard, and approved, by the Bankruptcy Court.**

This Supplement No. 1 is qualified in its entirety by reference to the Offer to Purchase, dated May 9, 2014, including the accompanying Letter of Transmittal and related instruction forms and letters of same date (collectively, the "*Original Offer to Purchase*"), pursuant to which Energy Future Intermediate Holding Company LLC ("*EFIH*") and EFIH Finance Inc. ("*EFIH Finance*" and, together with EFIH, the "*Issuer*," the "*Company*" "*we*," "*us*" or "*our*"), both of which are wholly owned subsidiaries of Energy Future Holdings Corp. ("*EFH Corp.*"), are offering to purchase (the "*Offer*") from the holders (each, a "*Holder*") of our 11% Senior Secured Second Lien Notes due 2021 (the "*11% Second Lien Notes*") and our 11.750% Senior Secured Second Lien Notes due 2022 (the "*11.750% Second Lien Notes*" and collectively with the 11% Second Lien Notes, the "*EFIH Second Lien Notes*") upon certain terms and conditions, all of the EFIH Second Lien Notes held by such Holders. Terms used in this Supplement No. 1 that are not defined herein have the meanings set forth in the Original Offer to Purchase.

**Nothing herein shall constitute or be deemed to constitute a solicitation by any party of votes to approve or reject a Chapter 11 plan of reorganization for any debtor (a "*Chapter 11 Plan*"). A solicitation with respect to votes to approve or reject a Chapter 11 Plan may only be commenced once a disclosure statement that complies with section 1125 of the Bankruptcy Code has been approved by the Bankruptcy Court.**

Questions and requests for assistance or for additional copies of this Supplement No. 1 or the Original Offer to Purchase may be directed to the Dealer Managers or Offer Agent, at their respective address and telephone number set forth on the back cover of this Supplement No. 1.

June 9, 2014

---

Dealer Managers

| | | |
|---|---|---|
| **Citigroup** | **Deutsche Bank Securities** | **BofA Merrill Lynch** |
| **Morgan Stanley** | **Barclays** | **RBC Capital Markets** |
| | **Mitsubishi UFJ Securities** | **Evercore** |

### Prior Amendments

On May 20, 2014, the Company issued a press release and filed with the SEC a Current Report on Form 8-K announcing that the early participation date for the Offer had been extended to 5:00 p.m., New York City time, on May 30, 2014.

On May 27, 2014, the Company issued a press release and filed with the SEC a Current Report on Form 8-K announcing (i) that the early participation date for the Offer had been further extended to 5:00 p.m., New York City time, on June 11, 2014, (ii) that the expiration date for the Offer had been extended to 5:00 p.m., New York City time, on July 3, 2014, (iii) corresponding changes to the Total Consideration and Tender Consideration as a result of extending the assumed Settlement Date from June 11, 2014 to July 9, 2014 and (iv) that tenders of EFIH Second Lien Notes may be withdrawn at any time prior to the Early Participation Date but not thereafter, except in certain limited circumstances where withdrawal rights are required by law.

As a result of the incorporation by reference of such Current Reports on Form 8-K, the terms of the Original Offer to Purchase were amended and are further amended as set forth therein. As of May 27, 2014, $2.0 million in aggregate principal amount of the EFIH Second Lien Notes had been tendered into the Offer.

### Amendments Pursuant to this Supplement No. 1

As set forth in more detail below, this Supplement No. 1 further amends the Original Offer to Purchase to (1) provide that each of the Tender Consideration and the Total Consideration will not be decreased $0.14 per day for each day the actual Settlement Date occurs after the assumed Settlement Date of July 9, 2014, (2) delete and amend certain conditions to the consummation of the Offer in the Original Offer to Purchase such that it will no longer be a condition to the consummation of the Offer that the Company consummate, and receive the net proceeds of, the EFIH Second Lien DIP Notes Financing (although it will still be a condition to the consummation of the Offer that the Bankruptcy Court approve the EFIH Second Lien Settlement and EFIH Second Lien DIP Notes Financing) and (3) disclose that the Company has the right to determine whether or not any of the conditions were satisfied and to terminate or extend the Offer if any condition of the Offer was not satisfied or otherwise will not be satisfied on or prior to the Expiration Date or, with respect to conditions relating to obtaining regulatory approval, on or prior to the Settlement Date.

As a result, the following terms of the Original Offer to Purchase are further amended as follows:

### Deletion of Potential Daily Adjustments of Consideration

The third paragraph of the cover page of the Original Offer to Purchase is deleted in its entirety and replaced with the following:

"Holders who validly tender their EFIH Second Lien Notes in the Offer on or prior to the Early Participation Date will be eligible to receive an amount, paid in cash, equal to $1,119.30 for each $1,000 principal amount of 11% Second Lien Notes tendered and $1,162.30 for each $1,000 principal amount of 11.750% Second Lien Notes tendered (such amounts, the "*Total Consideration*"). The Total Consideration includes an early participation payment (the "*Early Participation Consideration*") of $50.00 per $1,000 principal amount of EFIH Second Lien Notes payable in respect of EFIH Second Lien Notes validly tendered on or prior to the Early Participation Date. **Holders must validly tender their EFIH Second Lien Notes on or prior to the Early Participation Date in order to be eligible to receive the Total Consideration for such EFIH Second Lien Notes purchased in the Offer.** Holders who validly tender their EFIH Second Lien Notes after the Early Participation Date and on or prior to the Expiration Date will be eligible to receive an amount, paid in cash, equal to the Total Consideration less the Early Participation Consideration (the "*Tender Consideration*"). **Neither the Total Consideration nor the Tender Consideration is subject to any adjustment based on the actual date on which the Settlement Date occurs.** The Company will also pay any and all accrued and unpaid interest up to, but not including, the Settlement Date at the rate of 11% with respect to the 11% Second Lien Notes and 12.25% with respect to the 11.750% Second Lien Notes that are accepted for purchase in the Offer (the "*Accrued Interest*"). Such Accrued Interest includes 0.50% of additional interest payable pursuant to the registration rights agreement with respect to the 11.750% Second Lien Notes. The following table sets forth the Tender Consideration and the Total Consideration payable per $1,000 principal amount of EFIH Second Lien Notes tendered pursuant to the Offer:

| Securities | CUSIP Number(s) | Aggregate Principal Amount Outstanding | Tender Consideration(1) | Early Participation Consideration | Total Consideration(1) |
|---|---|---|---|---|---|
| 11% Second Lien Notes | 29269QAB3 | $406,392,000 | $1,069.30 | $50.00 | $1,119.30 |
| 11.750% Second Lien Notes | 29269QAD9 U29197AB3 | $1,750,000,000 | $1,112.30 | $50.00 | $1,162.30 |

(1) Does not include the Accrued Interest, which will be paid on all of the EFIH Second Lien Notes accepted for purchase in the Offer.

The paragraph directly across from the caption "Total Consideration" in the table under the heading "Summary of the Offer" on page 12 of the Original Offer to Purchase is deleted in its entirety and replaced with the following:

"Holders who validly tender their EFIH Second Lien Notes on or prior to the Early Participation Date will be eligible to receive an amount, paid in cash, equal to $1,119.30 for each $1,000 principal amount of 11% Second Lien Notes tendered and $1,162.30 for each $1,000 principal amount of 11.750% Second Lien Notes tendered. See "The Offer—Offer Consideration.""

The second sentence of the first paragraph under the heading "The Offer—Offer Consideration" on page 23 of the Original Offer to Purchase is deleted in its entirety and replaced with the following:

"The Total Consideration will be an amount, paid in cash, equal to $1,119.30 for each $1,000 principal amount of 11% Second Lien Notes tendered and $1,162.30 for each $1,000 principal amount of 11.750% Second Lien Notes tendered."

The fourth paragraph under the heading "The Offer—Offer Consideration" on page 24 of the Original Offer to Purchase is deleted in its entirety.

**Deletion and Amendment of Certain Conditions to the Consummation of the Offer**

The first sentence of paragraph eleven of the cover page of the Original Offer to Purchase is hereby deleted in its entirety and replaced with the following:

"The consummation of the Offer is subject to several conditions, including, among others, the approval by the Bankruptcy Court of (1) the Company's incurrence of indebtedness and granting of second-priority priming liens under the note purchase agreement relating to the EFIH Second Lien DIP Notes Financing (the "*EFIH Second Lien DIP Notes Facility*") and (2) the terms of the Offer and the EFIH Second Lien Settlement."

The second sentence of the second paragraph of "Summary—Recent Developments—EFIH Second Lien DIP Notes Financing" on page 4 of the Original Offer to Purchase is hereby deleted in its entirety and replaced with the following:

"Consummation of the Offer as set forth in this Offer to Purchase is expressly contingent upon, among other things, the Financing Approval Condition and the EFIH Second Lien Settlement Approval Condition."

The first sentence of the paragraph directly across from the caption "Conditions to Consummation of the Offer; Bankruptcy Court Approval" in the table under the heading "Summary of the Offer" on page 14 of the Original Offer to Purchase is hereby deleted in its entirety and replaced with the following:

"The consummation of the Offer is subject to several conditions, including, among others, the approval by the Bankruptcy Court of (1) the Company's incurrence of indebtedness and granting of second-priority priming liens under the EFIH Second Lien DIP Notes Facility and (2) the terms of the Offer and the EFIH Second Lien Settlement."

The first bullet under the risk factor entitled "The consummation of the Offer is subject to several conditions and there is no assurance that we will be able to satisfy those conditions or that we will be able to satisfy

those conditions on the timing contemplated by the Offer" on page 19 of the Original Offer to Purchase is hereby deleted in its entirety, and the second bullet point under such risk factor on page 20 of the Original Offer to Purchase is hereby deleted in its entirety and replaced with the following:

"• the Company will have obtained one or more orders from the Bankruptcy Court to approve the Company's incurrence of indebtedness and granting of second-priority priming liens under the EFIH Second Lien DIP Notes Facility, the EFIH Second Lien Settlement, the Offer and the performance by EFIH and EFIH Finance under the Dealer Manager Agreement between the Company and the Dealer Managers, and such order or orders will be in full force and effect and not subject to any stay; and"

The fourth sentence of the paragraph under the heading "The Offer—Source and Amount of Funds" on page 24 of the Original Offer to Purchase is hereby deleted in its entirety.

The first paragraph under the heading "The Offer—Description of the Financing" on page 26 of the Original Offer to Purchase is hereby deleted in its entirety and replaced with the following:

"In connection with the Offer, the Company intends to consummate the EFIH Second Lien DIP Notes Financing. The consideration payable for tendered EFIH Second Lien Notes, including Accrued Interest, and the costs and expenses of the Offer, are expected to be paid with the proceeds of the EFIH Second Lien DIP Notes Financing together with cash on hand."

The text of section (i) under the heading "The Offer—Conditions to the Consummation of the Offer" on page 30 of the Original Offer to Purchase is hereby deleted in its entirety and replaced with the following:

"(i) the Company will have obtained an order from the Bankruptcy Court to approve the incurrence of indebtedness and granting of second-priority priming liens under the EFIH Second Lien DIP Notes Financing, which will be in full force and effect and not subject to any stay (the "*Financing Approval Condition*");"

The fourth sentence of the first paragraph on page 31 of the Original Offer to Purchase is hereby deleted in its entirety and replaced with the following:

"The Company also has the right to determine whether or not any of the conditions were satisfied and to terminate or extend the Offer if any condition of the Offer was not satisfied or otherwise will not be satisfied on or prior to the Expiration Date or, with respect to conditions relating to obtaining regulatory approval, on or prior to the Settlement Date."

The text of the last sentence under the heading "The Offer—Conditions to the Consummation of the Offer" on page 31 of the Original Offer to Purchase is hereby deleted in its entirety.

**No other amendments to the Original Offer to Purchase have been made by this Supplement No. 1.**

*The Offer Agent and the Depositary Agent for the Offer is:*

**EPIQ SYSTEMS**



| By Registered, Certified or Express mail or Overnight Courier Service | By Electronic Mail in a Portable Document Format (a "pdf file") |
|---|---|
| EFIH Second Lien Offer Processing<br>c/o Epiq Systems<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017<br>Telephone: (646) 282-2500<br>Toll Free: (866) 734-9393<br>(ask for the Solicitation Group) | E-Mail Address:<br><br>tabulation@epiqsystems.com<br><br>With reference to "EFIH Second Lien" in the subject line |

Any questions regarding the terms of the Offer may be directed to the Dealer Managers or Offer Agent, and requests for additional copies of documentation related to the Offer, requests for copies of the Indentures and any questions or requests for assistance in tendering may also be directed to the Offer Agent. Holders of EFIH Second Lien Notes may also contact their brokers, dealers, commercial banks or trust companies for assistance concerning the Offer.

*The Dealer Managers for the Offer are:*

**CITIGROUP**

390 Greenwich Street, 1st Floor
New York, NY 10013
Call Collect: (212) 723-6106
Toll Free: (800) 558-3745
Attn: Liability Management Group

**DEUTSCHE BANK SECURITIES**

60 Wall Street, 2nd Floor
New York, NY 10005
Call Collect: (212) 250-7527
Toll Free: (855) 287-1922
Attn: Liability Management Group

**BofA MERRILL LYNCH**

214 N. Tryon Street, 21st Floor
Charlotte, NC 28255
Call Collect: (646) 855-2464
Toll Free: (888) 292-0070
Attn: Liability Management Group

**MORGAN STANLEY**

1585 Broadway
New York, NY 10036
Call Collect: (212) 761-1057
Toll Free: (800) 624-1808
Attn: Liability Management Group

**BARCLAYS**

745 Seventh Avenue, 5th Floor
New York, NY 10019
Telephone: (212) 528-7581
Toll Free: (800) 438-3242
Attn: Liability Management Group

**RBC CAPITAL MARKETS**

3 World Financial Center
200 Vesey Street, 8th Floor
New York, NY 10281
Call Collect: (212) 618-7822
Toll Free: (877) 381-2099
Attn: Liability Management

**MITSUBISHI UFJ SECURITIES**

1633 Broadway, 29th Floor
New York, NY 10019-6708
Call Collect: (212) 405-7481
Toll Free: (877) 744-4532
Attn: Liability Management Group

**EVERCORE**

55 East 52nd Street
New York, New York 10055
Call Collect: (212) 857-3100
Toll Free: (888) 387-2673
Attn: Chuck McMullan and Jeremy Matican