IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)

COMES NOW Knife River Corporation - South ("Knife River"), and files this Notice pursuant to 11 U.S.C. § 546(b) of the perfection of liens upon road bed and roadway improvements, including significant repair work and improvements to certain real property described herein, and includes truck hauling, labor and related materials furnished pursuant to the laws of the State of Texas. In support of this Notice, Knife River will show the following:

1. <u>Overview</u>.  Knife River furnished labor and materials to construct improvements to certain real property under contract with the Debtors for which Knife River has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Knife River is not less than $387,447.79, exclusive of contractual interest, attorneys' fees and costs. Knife River's claim is secured by the mechanic's liens described below.

2. <u>Texas Mechanic's and Constitutional Liens</u>. Knife River timely filed the below described lien statements (the "Texas Mechanic's and Constitutional Liens") against the following real property and improvements thereof, a copy of which are attached hereto as Exhibit A:

| County | Property | Lien Amount | Date Lien Recorded | Recording Information |
|---|---|---|---|---|
| Freestone | 833 FM 2570, Fairfield, Freestone County, Texas 75840 | $366,244.67 | May 28, 2014 | 01401651, OR, 01632, beginning on page 00620 |
| Robertson | 4731 SH 7 E, Kosse, Robertson County, Texas 76653 | $21,203.12 | May 27, 2014 | Doc. 20141677, BK OR, Vol. 1235, beginning on page 371 |

3. <u>Lien Rights under Texas Law</u>. The Texas Mechanic's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow . . . and . . . each lot of land necessarily connected or reclaimed," and specifically with regard to Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, 4731 SH 7 E, Kosse, Robertson County, Texas 76653 and Big Brown Power Plant and Mine, Luminant Big Brown Mining Company, LLC, 833 FM 2570, Fairfield, Freestone County, Texas 75840 and/or 835 FM 2570, Fairfield, Freestone County, Texas 75840 (collectively, the "Properties"). *See* Tex. Prop. Code § 53.022.

4. <u>Lien Inception</u>. Knife River's Texas Mechanic's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." Tex. Prop. Code § 53.124.

5. _Proceeds_. The Texas Mechanic's and Constitutional Liens attach to and encumber all Properties and the proceeds from the sale therefrom. Knife River has the right to commence a lien foreclosure action under applicable state law. *See* Tex. Prop. Code § 53.154. Further, Knife River has the right to have a receiver appointed to preserve the value of the Properties for the benefit of Knife River pending judicial foreclosure. *See* Tex. Civ. Prac. & Rem. Code § 64.001 et seq.

6. _Notice_. To the extent Knife River is required under applicable state law to file suit or take other actions including the appointment of a receiver to (i) perfect, maintain or continue perfection of its Texas Mechanic's and Constitutional Liens or (ii) to foreclose its Texas Mechanic's and Constitutional Liens/commence action to obtain judgment, Knife River hereby gives notice in lieu of commencement of such actions to perfect, maintain or continue perfection of Knife River's interest in the Properties pursuant to 11 U.S.C. § 546(b), including but not limited to the filing of a lawsuit to enforce and/or foreclose the Texas Mechanic's and Constitutional Liens, and demands adequate protection of its interest in the Properties.

7. _Further Information Available Upon Request_. Any party in interest may obtain further information by contacting:

> Knife River Corporation – South
> c/o Michael Busenkell
> Gellert Scali Busenkell & Brown, LLC
> 913 N. Market Street, 10th Floor
> Wilmington, Delaware 19801
> (302) 425-5800

THIS SPACE INTENTIONALLY LEFT BLANK

8. <u>Reservation of Rights</u>. Knife River reserves the right to supplement and/or amend this Notice. Knife River further reserves all rights under applicable law.

Date: June 10, 2014

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

/s/ Michael Busenkell
Michael Busenkell (DE No. 3933)
913 N. Market Street, 10th Floor
Wilmington, Delaware 425-19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
mbusenkell@gsbblaw.com

Attorney for Knife River Corporation - South