EXHIBIT A

STATE OF TEXAS         §
                       §
COUNTY OF FREESTONE    §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MECHANIC'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared **Robert Kober**, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is **Robert Kober**. I am the **President** for **Knife River Corporation-South** (hereinafter sometimes referred to as 'Claimant'). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this affidavit.

2. "Claimant's physical address is 6301 Highway 21 West, Bryan, Texas 77807 and mailing address is Post Office Drawer 674, Bryan, Texas 77806.

3. "Claimant furnished labor and materials to construct improvements to the real property described herein, including labor and materials to construct improvements pursuant to an agreement (hereinafter referred to as 'Agreement') by and between Claimant and Luminant Generation Company, LLC and/or Luminant Big Brown Mining Company, LLC and/or Energy Future Holdings.

4. "The labor and materials furnished by Claimant and for which a lien is claimed generally consists of road bed and roadway improvements, including significant repair work and improvements to the real property described herein, and includes truck hauling, labor and related materials furnished pursuant to the Agreement. The work and materials were provided to the project during the months of April 2014 through May 2014.

5. "The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the 'Property') is **Big Brown Power Plant and Mine, Luminant Big Brown Mining Company, LLC, 833 FM 2570, Fairfield, Freestone County, Texas 75840 and/or 835 FM 2570, Fairfield, Freestone County, Texas 75840** as further described in the attached and incorporated herein, **Exhibit "A"**.

6. "Claimant is the original contractor as that term is defined in Section 53.001(7) of the *Texas Property Code*, and **Luminant Big Brown Mining Co., LLC** and/or **Luminant Generation Company, LLC** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221 and/or **Energy Future Holdings** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201 are the **owners or reputed owners** of the above-described real property.

7. "The total amount unpaid and reasonable value for labor and material furnished to the Property is $366,244.67. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8. "Claimant claims a lien to secure payment of the total amount of $366,244.67, as set forth above, on the Property. Specifically, Claimant claims a lien under the mechanic's lien provisions of the *Texas Property Code* §§ 53.001 *et seq.*, and pursuant to lien granted by Article 16, Section 37 of the TEXAS CONSTITUTION, and makes this sworn statement in support thereof."

KNIFE RIVER CORPORATION–SOUTH

By: _____
    Robert Kober, President

STATE OF TEXAS §
                §
COUNTY OF BRAZOS §

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Robert Kober, President for Knife River Corporation-South, this the 21st day of May, 2014, to certify which witness my hand and seal of office.



JUANITA E. BROWN
MY COMMISSION EXPIRES
NOVEMBER 7, 2017

_____
NOTARY PUBLIC in and for the
STATE OF TEXAS

After recording, return to:

**J D HERBERGER & ASSOCIATES, PC**
11767 Katy Freeway, Suite 920
Houston, Texas 77079

01401651

EXHIBIT "A"

| | |
|---|---|
| M Riondo | A-25 Tract 62B |
| J Pepi | A-21 |
| M R Palacious | A-20 State Park |
| J Pepi | A-21, Tract 385 |
| J Pepi | A-21, Tract 290 and 290A |
| J Pepi | A-21, Tract 51 |
| J Pepi | A-21, Tract 275, Old FM 2570 |
| J Pepi | A-21, Tract 47 |
| J Pepi | A-21, PT Tract 49 |
| J Pepi | A-21, Tract 49B |
| J Pepi | A-21, Tract 50 |
| J Pepi | A-21, Tract 50A |
| J Pepi | A-21, 72A, 72B, 112C, 112D, 260B, 260C, 268B, 268C, 269A, 270A, 287A, 375A, 419A, 441B, E, F, G |
| J Pepi | A-21, 268A |
| J Pepi | A-21, Tract 48A |
| J Pepi | A-21 |
| J N Acosta | A-1, State Park |
| J N Acosta | A-1, P and A Carries Imp Value |

FILED FOR RECORD IN
Freestone County
Linda Jarvis
COUNTY CLERK
ON: May 28, 2014 AT 12:12P
as Recordings
Document Number: 01401651
Total Fees     :    34.00
Receipt Number - 125396
By: Yvonne Carter, Deputy

THE STATE OF TEXAS
COUNTY OF FREESTONE
I, Linda Jarvis Clerk, of the County Court in and Freestone County, Texas do hereby certify that the instrument was FILED FOR RECORD and RECORDED in the Volume and Page of the Official record and at the time and date stamped before me.

*Linda Jarvis*
County Clerk of Freestone County, Texas

Accepted for Filing in:
Robertson County
On: May 27, 2014 at 01:07P
By: Carol Bancroft

STATE OF TEXAS §
§
COUNTY OF ROBERTSON §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MECHANIC'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared **Robert Kober**, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is **Robert Kober**. I am the **President** for **Knife River Corporation-South** (hereinafter sometimes referred to as 'Claimant'). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this affidavit.

2. "Claimant's physical address is 6301 Highway 21 West, Bryan, Texas 77807 and mailing address is Post Office Drawer 674, Bryan, Texas 77806.

3. "Claimant furnished labor and materials to construct improvements to the real property described herein, including labor and materials to construct improvements pursuant to an agreement (hereinafter referred to as 'Agreement') by and between Claimant and Luminant Generation Company, LLC and/or Oak Grove Management Company and/or Energy Future Holdings.

4. "The labor and materials furnished by Claimant and for which a lien is claimed generally consists of road bed, concrete sand, asphalt sand and roadway improvements, including significant repair work and improvements to the real property described herein, and includes truck hauling, and related labor and materials furnished pursuant to the Agreement. The work and materials were provided to the project during the months of April 2014 through May 2014.

5. "The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the 'Property') is **Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, 4731 SH 7 E, Kosse, Robertson County, Texas 76653** as further described in the attached and incorporated herein, **Exhibit "A"**.

6. "Claimant is the original contractor as that term is defined in Section 53.001(7) of the *Texas Property Code*, and **Luminant Mineral Development Co., LLC** whose mailing address is Post Office Box 219071, Dallas, Texas 75221 and/or **Luminant Mining Company LLC** whose mailing address is Attn: Stephen H. Kopenitz SVP, Energy Plaza, 1601 Bryant Street, Dallas, Texas 75201 and/or **Oak Grove Management Company** and/or **Energy Future Holdings** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201 and /or are the **owners or reputed owners** of the above-described real property.

7. "The total amount unpaid and reasonable value for labor and material furnished to the Property is $21,203.12. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8. "Claimant claims a lien to secure payment of the total amount of $21,203.12, as set forth above, on the Property. Specifically, Claimant claims a lien under the mechanic's lien provisions of the *Texas Property Code* §§ 53.001 *et seq.*, and pursuant to lien granted by Article 16, Section 37 of the TEXAS CONSTITUTION, and makes this sworn statement in support thereof."

KNIFE RIVER CORPORATION–SOUTH

By: /s/ Robert Kober
Robert Kober, President

STATE OF TEXAS §
§
COUNTY OF BRAZOS §

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Robert Kober, President for Knife River Corporation-South, this the 21st day of May, 2014, to certify which witness my hand and seal of office.


JUANITA E. BROWN
MY COMMISSION EXPIRES
NOVEMBER 7, 2017

/s/ Juanita E. Brown
NOTARY PUBLIC in and for the
STATE OF TEXAS

After recording, return to:

J D HERBERGER & ASSOCIATES, PC
11767 Katy Freeway, Suite 920
Houston, Texas 77079

EXHIBIT "A"

TXU 8 W#1, 51261872, O'Benco, Inc./Bald Prairie (CV Conso Ab 129 /Dillard J Sur .009019 R;
TXU 7 W#1, 51261874, O'Benco, Inc./Bald Prairie (CV Conso Ab 336 /Smith W J Sur .060630 R;
TXU 9 W#1, 51262637, O'Benco, Inc./Bald Prairie (CV Conso Ab 336 /Smith W J Sur .023455 R;
TXU 5 W#2, 51262609, O'Benco, Inc./Bald Prairie (CV Conso Ab 57 /Allen E Sur .036889 R;
Shipper Gas Unit W#1, 51196047, XTO Energy Inc/Bald Prairie (CV Conso Ab 312 /Roberts Charles Sur .791302 W;
Shipper Gas Unit W#2, 51203881, Luminant Minn/Bald Prairie (CV Conso Ab 312 /Roberts Charles Sur .791302 W;
Shipper Gas Unit W#3, 51196047, Luminant Minn/Bald Prairie (CV Conso Ab 312 /Roberts Charles Sur .791302 W.

STATE OF TEXAS                COUNTY OF ROBERTSON
    I hereby certify that this instrument was
filed on the date and time stamped hereon by me
and was duly recorded in the volume and page
of the named records of: Robertson County
as stamped hereon by me.

       May 27,2014

       Kathryn N. Brimhall, County Clerk
       Robertson County