<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of June, 2014, in addition to the electronic

notification service provided by the Court's CM/ECF system, I caused true and correct copies of

the foregoing to be served by first class United States mail, postage prepaid, up on the parties

listed on the attached service list.


This 10th day of June, 2014

*/s/ Michael Busenkell*
Michael Busenkell (#3933)
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801
T: 302.425.5812
F. 302.425.5814
mbusenkell@gsbblaw.com

ABRAMS & BAYLISS LLP
(COUNSEL TO GOLDMAN, SACHS & CO.)
KEVIN G. ABRAMS & JOHN M. SEAMAN
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807

ADA CARBON SOLUTIONS
(RED RIVER ENVIRONMENTAL PRODUCTS)
ATTN: PETER O. HANSEN
1460 W. CANAL COURT, SUITE 100
LITTLETON, CO 80120

ADA CARBON SOLUTIONS
(RED RIVER ENVIRONMENTAL PRODUCTS)
ATTN: PETER O. HANSEN
8100 S. PARKWAY #A2
LITTLETON, CO 80120

AEP TEXAS NORTH COMPANY
ATTN: CHARLES R. PATTON
1 RIVERSIDE PLAZA
COLUMBUS, OH 43215-2372

AKERMAN LLP
(COUNSEL TO SIEMENS POWER GENERATION INC.)
ATTN: SUNDEEP S. SIDHU
420 S. ORANGE AVENUE, SUITE 1200
ORLANDO, FL 32801-4904

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI
MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY
LINDSAY ZAHRADKA
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: SCOTT ALBERINO; JOANNA NEWDECK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVENUE, NW
WASHINGTON, DC 20036-1564

ALCOA
ATTN: MAX W LAUN
201 ISABELLA STREET
PITTSBURGH, PA 15219-5858

ALVAREZ & MARSAL
ATTN: PAUL KINEALY
55 WEST MONROE, SUITE 4000
CHICAGO, IL 60603

AMECO INC
ATTN: DEAN SMITH
2106 ANDERSON ROAD
GREENVILLE, SC 29611

AMERICAN STOCK TRANSFER & TRUST CO, LLC
GENERAL COUNSEL
6201 15TH AVENUE
BROOKLYN, NY 11219

AMERICAN STOCK TRANSFER & TRUST COMPANY LLC
ATTN: PAUL KIM
6201 15TH AVENUE
BROOKLYN, NY 11219

ANDREWS KURTH LLP
(COUNSEL TO TITUS COUNTY FRESH WATER
SUPPLY DISTRICT NO. 1)
ATTN: LINO MENDIOLA
111 CONGRESS AVENUE SUITE 1700
AUSTIN, TX 78701

ASHBY & GEDDES, P.A.
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON, DE 19899

ASHER MEDIA INC
ATTN: KALYN ASHER
15303 DALLAS PARKWAY, SUITE 1300
ADDISON, TX 75001

AUTOMATIC SYSTEMS INC
ATTN: MICHAEL HOEHN
9230 EAST 47TH STREET
KANSAS CITY, MO 64133

BAILEY BRAUER PLLC
(COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.)
ATTN: BENJAMIN L. STEWART
CAMPBELL CENTRE I
8350 N. CENTRAL EXPY, SUITE 935
DALLAS, TX 75206

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS
2001 ROSS AVE.
DALLAS, TX 75201-2980

BENCHMARK INDUSTRIAL SERVICES
ATTN: MIKE WILCOX
2100 STATE HIGHWAY 31 E
KILGORE, TX 75662

BENCHMARK INDUSTRIAL SERVICES
ATTN: MIKE WILCOX
PO BOX 931
KILGORE, TX 75663

BINGHAM MCCUTCHEN LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)
ATTN: JULIA FROST-DAVIES ESQ &
CHRISTOPHER L. CARTER ESQ
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP)
ATTN: JEFFREY S. SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689

BLANK ROME
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: MICHAEL DEBAECHE; STANLEY TARR
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BNSF RAILWAY COMPANY
ATTN: JASON SPENCER
3001 LOU MENK DR
FORT WORTH, TX 76131

BNSF RAILWAY COMPANY
ATTN: PETER LEE, SENIOR GENERAL ATTORNEY
2500 LOU MENK DRIVE
FORT WORTH, TX 76131-2828

BNSF RAILWAY COMPANY
C/O HAYNES & BOONE, LLP
ATTN: IAN T. PECK, ESQ.
201 MAIN STREET, SUITE 2200
FORT WORTH, TX 76102-3126

BOKF, NA DBA BANK OF ARIZONA
ATTN: KEN HOFFMAN
VICE PRESIDENT
3001 EAST CAMELBACK ROAD, SUITE 100
PHOENIX, AZ 85016

BOKF, NA DBA BANK OF ARIZONA
ATTN: CYNDI WILKINSON
SENIOR VICE PRESIDENT
3001 EAST CAMELBACK ROAD, SUITE 100
PHOENIX, AZ 85016

BRAKE SUPPLY CO INC
ATTN: DAVID KOCH
5501 FOUNDATION BLVD
EVANSVILLE, IN 47725

BRICKFIELD, BURCHETTE, RITTS & STONE, PC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, NW
WASHINGTON, DC 20007

BROWN & CONNERY, LLP
(COUNSEL TO SAP INDUSTRIES, INC.)
ATTN: DONALD K. LUDMAN
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM STREET
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BRYAN CAVE LLP
ATTN: ROBERT E. PEDERSEN
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-3300

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
(COUNSEL TO ORACLE AMERICA, INC.)
ATTN: SHAWN M. CHRISTIANSON
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.)
ATTN: KATHLEEN A. MURPHY
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

CAPGEMINI NORTH AMERICA INC
ATTN: ISABELLE ROUX-CHENU
623 FIFTH AVE 33RD FLOOR
NEW YORK, NY 10022

CENTERPOINT ENERGY HOUSTON
ROBERT CLAUDE, ESQ., ASSOCIATE GENERAL COUNSEL
1111 LOUISIANA STREET
HOUSTON, TX 77002

CHADBOURNE & PARKE LLP
(COUNSEL TO NEXTERA ENERGY RESOURCES, LLC)
ATTN: HOWARD SEIFE, DAVID M. LEMAY AND
CHRISTY RIVERA
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

CIARDI CIARDI & ASTIN
(COUNSEL TO ATMOS ENERGY CORPORATION; TXU
2007-1 RAILCAR LEASING LLC; RED BALL OXYGEN CO.)
ATTN: DANIEL ASTIN; JOHN MCLAUGHLIN, JR.;
JOSEPH J. MCMAHON JR
1204 N. KING STREET
WILMINGTON, DE 19801

CITIBANK, N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ZORI MIGLIORINI;STANDBY LETTER
OF CREDIT DEPT, AS FRONTING BANK
388 GREENWICH ST, 21ST FL
NEW YORK, NY 10013

CITIBANK, N.A.
ATTN: ERIC O. LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK, NY 10013

CITIBANK, N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ATTN: ANNEMARIE E. PAVCO
SECURITIES PROCESSING SENIOR ANALYST
GLOBAL LOANS, 1615 BRETT RD., OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ATTN: RYAN FALCONE
388 GREENWICH STREET
NEW YORK, NY 10013

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON STREET
FORT WORTH, TX 76102

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO J. ARON & COMPANY)
ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COHEN & GRIGSBY, P.C.
(COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC)
ATTN: WILLIAM E. KELLEHER, JR.
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

COHEN & GRIGSBY, P.C.
(COUNSEL TO NOVA CHEMICALS INC.)
ATTN: THOMAS D. MAXSON
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548

COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
1500, UNIVERSITY ST., SUITE 700
MONTREAL, QC H3A 3S8
CANADA

CONNOLLY GALLAGHER LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)
ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ
1000 WEST STREET, SUITE 1400
WILMINGTON, DE 19801

COURTNEY CONSTRUCTION INC
ATTN: KARLOS COURTNEY
2617 US HWY 79N
CARTHAGE, TX 75633

COUSINS CHIPMAN & BROWN, LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN
1007 NORTH ORANGE STREET, SUITE 1110
WILMINGTON, DE 19801

COWLES & THOMPSON
(COUNSEL TO ATMOS ENERGY CORPORATION)
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

COZEN O'CONNOR
(COUNSEL TO J. ARON & COMPANY)
ATTN: MARK E. FELGER
1201 NORTH MARKET STREET, SUITE 1001
WILMINGTON, DE 19801

CRANE NUCLEAR INC
PRESIDENT OR GENERAL COUNSEL
2825 COBB INTERNATIONAL BLVD NW
KENNESAW, GA 30152

CROSS & SIMON, LLC
(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.)
ATTN: MICHAEL J. JOYCE
PO BOX 1380
WILMINGTON, DE 19899-1380

CROWE & DUNLEVY, PC
(COUNSEL TO DEVON ENERGY CORPORATION)
ATTN: JUDY HAMILTON MORSE
20 NORTH BROADWAY, SUITE 1800
OKLAHOMA CITY, OK 73102

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E. HORWITZ
MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E. HORWITZ
MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

DATA SYSTEMS & SOLUTIONS LLC
(ROLLS ROYCE)
MILES COWDRY,ROLLS-ROYCE CIVIL
NUCLEAR,994-A EXPLORER BLVD
HUNTSVILLE, AL 35806

DAVIS POLK & WARDWELL LLP
(COUNSEL TO GOLDMAN SACHS, ET AL)
ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY;
ELLIOT MOSKOWITZ; DAMON MEYER
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DENTONS US LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ
OSCAR PINKS ESQ
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DEUTSCHE BANK
ATTN: SARA PELTON
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

DEUTSCHE BANK
ATTN: MARCUS M. TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: HOWARD A. COHEN & ROBERT K. MALONE
222 DELAWARE AVE., STE. 1410
WILMINGTON, DE 19801-1621

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: JEFFREY R. FINE
1717 MAIN STREET, SUITE 4000
DALLAS, TX 75201

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN: RONALD L ROWLAND, AGENT
307 INTERNATIONAL CIRCLE STE 270
COCKEYSVILLE, MD 21030

EPIQ BANKRUPTY SOLUTIONS, LLC
(CLAIMS AGENT)
ATTN: JAMES KATCHADURIAN, E.V.P.
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017

FLUOR GLOBAL SERVICES
ATTN: CARLOS M. HERNANDEZ
6700 LAS COLINAS BLVD
IRVING, TX 75039

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FREDERIC DORWART, LAWYERS
(COUNSEL TO FIRST LIEN TCEH NOTES)
ATTN: SAMUEL S. ORY
124 EAST FOURTH STREET
TULSA, OK 74103

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.)
ATTN: BRAD E. SCHELER, GARY L. KAPLAN &
MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRISCO CONSTRUCTION SERVICES
ATTN: CLAY THOMAS
9550 JOHN W. ELLIOTT DRIVE, SUITE 106
FRISCO, TX 75033

FROST BROWN TODD LLC
(COUNSEL TO SITEL, LLC)
ATTN: EDWARD M. KING, ESQ.
400 W. MARKET STREET, 32ND FLOOR
LOUISVILLE, KY 40202

GARDERE WYNNE SEWELL LLP
(COUNSEL TO ROMCO EQUIPMENT CO.)
ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN
1000 LOUISIANA, STE. 3400
HOUSTON, TX 77002

GENERATOR & MOTOR SERVICES INC
ATTN: JOHN POZNICK - CONTROLLER
601 BRADDOCK AVE
TURTLE CREEK, PA 15145

GOODWIN PROCTER LLP
(COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP)
ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

GRAINGER
ATTN: JOHN L. HOWARD
100 GRAINGER PKWY
LAKE FOREST, IL 60045

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA, LLC)
ATTN: JONATHAN HOOK
30 ROCKEFELLER CENTER, 26TH FLOOR
NEW YORK, NY 10112

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA, LLC)
ATTN: PATRICK L. HUGHES
1221 MCKINNEY STREET, SUITE 1200
HOUSTON, TX 77010

HAYNES AND BOONE, LLP
(COUNSEL TO BNSF RAILWAY COMPNAY)
ATTN: IAN T. PECK
201 MAIN STREET, SUITE 2200
FORT WORTH, TX 76102-3126

HCL AMERICA INC
ATTN: RAGHU RAMAN LAKSHMANAN
330 POTRERO AVENUE
SUNNYVALE, CA 94085

HEADWATERS RESOURCES INC
ATTN: HARLAN M. HATFIELD
10701 S RIVER FRONT PARKWAY
SUITE 300
SOUTH JORDAN, UT 84095

HINCKLEY ALLEN
(COUNSEL TO INVENSYS SYSTEMS, INC.)
ATTN: JENNIFER V. DORAN
28 STATE STREET
BOSTON, MA 02109

HOLT TEXAS LTD, D/B/A HOLT CAT
ATTN: MICHAEL PURYEAR, ESQ., GENERAL COUNSEL
3302 SOUTH W.W. WHITE RD
SAN ANTONIO, TX 78222

HYDROCARBON EXCHANGE CORP.
ATTN: R SCOTT HOPKINS
5910 N. CENTRAL EXPY.
STE 1380
DALLAS, TX 75206

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201

J & S CONSTRUCTION LLC
ATTN: JEFF GRODEL
10823 N US HIGHWAY 75
BUFFALO, TX 75831

JACKSON WALKER, LLP
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: MONICA S. BLACKER
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

JACKSON WALKER, LLP
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: J. SCOTT ROSE
WESTON CENTRE
112 E. PECAN STREET, SUITE 2400
SAN ANTONIO, TX 78205

JONES DAY
(COUNSEL TO ONCOR)
ATTN: PATRICIA VILLAREAL
2727 NORTH HARWOOD STREET
DALLAS, TX 75201

JONES DAY
(COUNSEL TO ONCOR)
ATTN: MICHAEL L. DAVITT
2727 NORTH HARWOOD STREET
DALLAS, TX 75201

KANSAS CITY SOUTHERN RAILWAY (KCS)
ATTN: WILLIAM WOCHNER
427 WEST 12TH STREET
KANSAS CITY, MO 64105

KANSAS CITY SOUTHERN RAILWAY (KCS)
ATTN: WILLIAM WOCHNER
PO BOX 219335
KANSAS CITY, MO 64121-9335

KASOWITZ BENSON TORRES & FRIEDMAN LLP
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: DAVID ROSNER ESQ, ANDREW GLENN ESQ &
DANIEL FLIMAN ESQ
1633 BROADWAY
NEW YORK, NY 10019

KELLEY DRYE & WARREN LLP
(COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC
INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED
FACILITY BONDS)
ATTN: JAMES S. CARR, BENJAMINN D. FEDER &
GILBERT R. SAYDAH
101 PARK AVENUE
NEW YORK, NY 10178

KELLY HART & HALLMAN LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES H.M. SPRAYREGEN, P.C.
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE)
ATTN: RAYMOND H. LEMISCH
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ;
JOSHUA BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LACKEY HERSHMAN, LLP
(COUNSEL TO THE RICHARDS GROUP INC)
ATTN: JAMIE R WELTON ESQ
3102 OAK LAWN AVE STE 777
DALLAS, TX 75219

LANDIS RATH & COBB LLP
(COUNSEL TO MARATHON MGMT, ALCOA AND
NEXTERA ENERGY RESOURCES, LLC)
ATTN: ADAM G. LANDIS & MATTHEW B. MCGUIRE
919 MARKET ST STE 1800
WILMINGTON, DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO
VICE PRESIDENT
400 MADISON AVE, STE 4D
NEW YORK, NY 10017

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN
TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FREEWAY, SUITE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES)
ATTN: JOHN P DILLMAN ESQ
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD,
ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY,
ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY)
ATTN: DIANE WADE SANDERS
P.O. BOX 17428
AUSTIN, TX 78760

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

LOWER COLORADO RIVER AUTHORITY
ATTN: PHIL WILSON
TRANSMISSION SERVICES CORP
3700 LAKE AUSTIN BLVD.
AUSTIN, TX 78703

LOWER COLORADO RIVER AUTHORITY
LOWER COLORADO RIVER AUTHORITY TRANSMISSION
SERVICES CORPORATION (LCRA TSC)
LEGAL SERVICES
ATTN: WILLIAM T. MEDAILLE
PO BOX 220
AUSTIN, TX 78767

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801

MARGOLIS EDELSTEIN
(COUNSEL TO URS ENERGY & CONSTRUCTION, INC.)
ATTN: JAMES E. HUGGETT & AMY D. BROWN
300 DELAWARE AVENUE, SUITE 800
WILMINGTON, DE 19801

MCCARTER & ENGLISH, LLP
(COUNSEL TO FIRST LEIN TCEH NOTES)
ATTN: KATHARINE L. MAYER
405 NORTH KING STREET, 8TH FLOOR
WILMINGTON, DE 19801

MCCATHERN, PLLC
(COUNSEL TO RED BALL OXYGEN COMPANY)
ATTN: JONATHAN L. HOWELL
REGENCY PLAZA
3710 RAWLINS, SUITE 1600
DALLAS, TX 75219

MCCREARY, VESELKA, BRAGG & ALLEN, PC
(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX 77002

MERICO ABATEMENT CONTRACTORS INC
ATTN: ATTN: MIKE CROFFLAND - GENERAL MANAGER
201 ESTES DR
LONGVIEW, TX 75602-6100

MICHAEL G. SMITH
(COUNSEL TO VALERO TEXAS POWER MARKETING, INC.)
111 NORTH 6TH STREET
PO BOX 846
CLINTON, OK 73601

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: DENNIS F. DUNNE, EVAN R. FLECK &
KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: JONATHAN BROWN
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MINE SERVICE LTD
ATTN: KEITH DEBAULT
855 E US HIGHWAY 79
ROCKDALE, TX 76567

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MORRIS JAMES LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: STEPHEN M. MILLER
PO BOX 2306
WILMINGTON, DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")
ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
(PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: RUSSELL L MUNSCH ESQ
3050 FROST BANK TOWER
401 CONGRESS AVE
AUSTIN, TX 78701-4071

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659

MYERS HILL
(COUNSEL TO PROPERTY TAX PARTNERS)
ATTN: ROBERT J. MYERS
2525 RIDGMAR BLVD., STE. 150
FORT WORTH, TX 76116

NELSON MULLINS RILEY & SCARBOROUGH LLP
(COUNSEL TO MICHELIN NORTH AMERICA INC.)
ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN
1320 MAIN STREET, 17TH FLOOR
PO BOX 11070 (29211)
COLUMBIA, SC 29201

NIXON PEABODY
(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)
ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN
100 SUMMER STREET
BOSTON, MA 02110

NORTHEAST TEXAS POWER LTD
ATTN: DAVID PETTY, PRESIDENT
102 N IH 30
CUMBY, TX 75433

O'MELVENY & MYERS LLP
(COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC)
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK, NY 10036

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)
ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)
ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: ELLEN SLIGHTS, ESQ.
PO BOX 2046
WILMINGTON, DE 19899-2046

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN
PO BOX 8705
WILMINGTON, DE 19899

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M. AMADOR, ATTY
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
ATTN: ISRAEL GOLDOWITZ
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CRAIG YAMAOKA, SENIOR FINANCIAL ANALYST
1200 K STREET, NW
WASHINGTON, DC 20005

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO SOMERVELL COUNTY ET AL)
ATTN: ELIZABETH BANDA CALVO ESQ
PO BOX 13430
ARLINGTON, TX 76094-0430

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO GALENA PARK ISD)
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX 77008

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.P.
(COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM
HOSPITAL DISTRICT & NORTH CENTRAL TEXAS
COLLEGE DISTRICT)
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX 76307

PERFORMANCE CONTRACTING INC
ATTN: CHUCK WILLIAM
16400 COLLEGE BLVD
LENEXA, KS 66219

PIERCE CONSTRUCTION INC
ATTN: KENNETH PIERCE
4324 STATE HWY 149
BECKVILLE, TX 75631

PIERCE CONSTRUCTION INC
ATTN: KENNETH PIERCE - OWNER
PO BOX 69
BECKVILLE, TX 75631

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS
AFFILIATES AND SUBSIDIARIES)
ATTN: KEVIN M. CAPUZZI
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

POLSINELLI PC
(PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ
SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POLSINELLI PC
(PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: EDWARD FOX ESQ
900 THIRD AVE 21ST FL
NEW YORK, NY 10022

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP
(COUNSEL TO TARRANT REGIONAL WATER DISTRICT &
NORTH TEXAS MUNICIPAL WATER DISTRICT)
ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT
500 WEST 7TH STREET, SUITE 600
FORT WORTH, TX 76102

POTTER ANDERSON & CORROON LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ
PO BOX 951
WILMINGTON, DE 19801

QUARLES & BRADY LLP
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
ATTN: HOHN A. HARRIS; JASON D. CURRY
RENAISSANCE ONE
TWO NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2391

RANGER EXCAVATING LP
ATTN: BRAD MCKENZIE - CONTROLLER
5222 THUNDER CREEK ROAD
AUSTIN, TX 78759

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE
BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS
INDENTURE TRUSTEES)
ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN
ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST)
INDENTURE TRUSTEES)
ATTN: AMY M. TONTI, ESQ.
REED SMITH CENTRE
225 FIFTH AVENUE, SUITE 1200
PITTSBURGH, PA 15222

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY
IN ITS CAPACITY AS TRUSTEE)
ATTN: RICHARD A. ROBINSON
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN
ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST)
INDENTURE TRUSTEES)
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER
(CO-COUNSEL TO EFHC DEBTORS)
ATTN: MARK D COLLINS ESQ, DANIEL DEFRANCESCHI ESQ
JASON MADRON ESQ
920 N KING ST
WILMINGTON, DE 19801

ROPES & GRAY LLP
MARK R. SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

RYAN PARTNERSHIP (FORMERLY SOLUTIONSET)
ATTN: MARY PERRY
440 POLARIS PARKWAY
WESTERVILLE, OH 43082

SAUL EWING LLP
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: MARK MINUTI ESQ
PO BOX 1266
WILMINGTON, DE 19899

SEARCY & SEARCY, P.C.
(COUNSEL TO D.COURTNEY CONSTRUCTION, INC.)
ATTN: JOSHUA R. SEARCY, JOSHUA P. SEARCY &
CALLAN CLARK SEARCY
PO BOX 3929
LONGVIEW, TX 75606

SECURITAS SECURITY SERVICES USA
ATTN: SONIA JASMAN
2 CAMPUS DRIVE
PARSIPPANY, NJ 07054-4400

SECURITAS SECURITY SERVICES USA
ATTN: LEGAL DEPARTMENT
4330 PARK TCE DRIVE
WESTLAKE VILLAGE, CA 91361

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SEWARD & KISSEL LLP
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10014

SHAW MAINTENANCE (CB&I)
ATTN: RICHARD E. CHANDLER, JR.
C/O CB&I - ONE CB&I PLAZA
2103 RESEARCH FOREST DRIVE
THE WOODLANDS, TX 77380

SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

SHEEHY, LOVELACE & MAYFIELD, PC
(COUNSEL TO CENTRAL TEXAS SECURITY & FIRE
EQUIPMENT, INC.)
ATTN: STEVEN M. BURTON
510 N. VALLEY MILLS DR., SUITE 500
WACO, TX 76710

SITEL LLC
ATTN: DAVID BECKMAN
3102 WEST END AVENUE, SUITE 900
NASHVILLE, TN 37203

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO
PO BOX 636
WILMINGTON, DE 19899-0636

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: JAY M. GOFFMAN
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON
155 NORTH WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

SMITH, KATZENSTEIN & JENKINS LLP
(COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER)
ATTN: KATHLEEN M. MILLER
PO BOX 410
WILMINGTON, DE 19899

SNELL & WILMER LLP
(COUNSEL TO HEADWATERS RESOURCES, INC.)
ATTN: DAVID E. LETA
15 WEST SOUTH TEMPLE, SUITE 1200
SALT LAKE CITY, UT 84101

SQUIRE SANDERS (US) LLP
(COUNSEL TO ARCELORMITTLA USA LLC)
ATTN: STEPHEN D. LERNER & ANDREW M. SIMON
221 E. FOURTH ST., SUITE 2900
CINCINNATI, OH 45202

STREUSAND, LANDON & OZBURN, LLP
(COUNSEL TO ALLEN SHRODE)
ATTN: SABRINA L. STREUSAND
811 BARTON SPRINGS RD, STE. 811
AUSTIN, TX 78704

TAGGART GLOBAL LLC
ATTN: JOHN LUKE
C/O FORGE GROUP LTD
4000 TOWN CENTER BLVD., STE 300
CANONSBURG, PA 15317

TEAM EXCAVATING
ATTN: WAYNE YOST, OWNER
815 N MAIN STREET
WRENS, GA 30833

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

TEXAS-NEW MEXICO POWER COMPANY
ATTN: SCOTT SEAMSTER
414 SILVER AVENUE SW
ALBUQUERQUE, NM 87102-3289

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: RAFAEL MARTINEZ,VP - CSM
601 TRAVIS STREET, 16TH FL
HOUSTON, TX 77002

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: THOMAS VLAHAKIS,VP
385 RIFLE CAMP RD, 3RD FL
WOODLAND PARK, NJ 07424

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: DENNIS ROEMLEIN
601 TRAVIS ST, 16TH FLOOR
HOUSTON, TX 77002

THE HOGAN FIRM
(COUNSEL TO THE RICHARDS GROUP INC)
ATTN: DANIEL K HOGAN ESQ
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

THE HOGAN FIRM
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: GARVAN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

TPUSA
ATTN: JOHN WARREN MAY
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104

TRANSACTEL INC
ATTN: GUILLERMO MONTANO
18 CALLE 25-85 Z.10
TORRE TRANSACTEL PRADERA
GUATEMALA CITY,
GUATEMALA

TRAVIS COUNTY
ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY
PO BOX 1748
AUSTIN, TX 78767

TRENT WIND FARM L.P.
ATTN: CHRISTINE MCGARVEY
TRENT WIND FARM
1423 CR 131
TRENT, TX 79561

TRENT WIND FARM LP
ATTN: JAY JADWIN & LISA GROFF
TRENT WIND FARM
155 W. NATIONWIDE BLVD, SUITE 500
COLUMBUS, OH 43215

TUCKER ARENSBERG, P.C.
(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND
AFFILIATES AND SUBSIDIARIES)
ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

UMB BANK, N.A.
ATTN: LAURA ROBERSON
VICE PRESIDENT
2 SOUTH BROADWAY, SUITE 600
ST. LOUIS, MO 63102

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179

UNITED STATES DEPARTMENT OF JUSTICE
(ON BEHALF OF UNITED STATES OF AMERICA, DEPT.
OF AGRICULTURE, RURAL UTILITIES SERVICE)
ATTN: MATTHEW J. TROY
CIVIL DIVISION
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

US DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
ATTN: ARI D KUNOFSKY ESQ & W BRADLEY RUSSELL ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044

VEDDER PRICE PC
(COUNSEL TO FIRST UNION RAIL CORPORATION)
ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

WACHTELL, LIPTON, ROSEN & KATZ
(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")
ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT
51 WEST 52ND STREET
NEW YORK, NY 10019

WARFAB
ATTN: CALVIN GRACE - PRESIDENT & CEO
607 FISHER RD
LONGVIEW, TX 75604

WEINSTEIN RADCLIFF LLP
(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC)
ATTN: GREGORY M. WEINSTEIN
6688 N. CENTRAL EXPRESSWAY, SUITE 675
DALLAS, TX 75206

WESTINGHOUSE ELECTRIC CO LLC
ATTN: MIKE SWEENEY SR VP & GENERAL COUNSEL
LEGAL & CONTRACTS
1000 WESTINGHOUSE DRIVE, SUITE 572A
CRANBERRY TOWNSHIP, PA 16066

WEYERHAEUSER CO.
ATTN: ALEXIS MCDONALD
PO BOX 9777
FEDERAL WAY, WA 98063

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: THOMAS LAURIA; MATTHEW BROWN
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER
250 GREENWICH ST
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109

WILMINGTON SVGS FUND SOCIETY
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE
WILMINGTON, DE 19801

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

WINSTON & STRAWN LLP
(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
(COUNSEL TO CENTERPOINT)
ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: MARK L. DESGROSSEILLIERS ESQ
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801