# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Nii-Amar Amamoo of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, to represent the Ad Hoc Group of EFH Legacy Noteholders in this action.

Dated: June 9, 2014                            **THE HOGAN FIRM**

/s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. #4167)
1311 Delaware Avenue
Wilmington, DE  19806
Telephone:  (302) 656-7540
Fax:  (302) 656-7599
gfmcdaniel@dkhogan.com.com

*Counsel to the Ad Hoc Group of EFH Legacy Noteholders*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice of Nii-Amar Amamoo is granted.

Dated: _____, 2014        _____
                                        United States Bankruptcy Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: June 9, 2014

/s/ Nii-Amar Amamoo
Nii-Amar Amamoo
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019
Telephone:  (212) 506-1933
Fax:  (212) 506-1800
namamoo@kasowitz.com