# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> ENERGY FUTURE HOLDINGS CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, Gregory T. Donilon, a member of the bar of this Court, moves the admission *pro hac vice* of Gregory D. Willard, Esq. of Carmody MacDonald P.C., 120 S. Central Avenue, Suite 1800, St. Louis, Missouri 63015, to represent Automatic Systems, Inc. in the above-captioned cases and any related proceedings.

Dated: June 9, 2014
Wilmington, Delaware

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC

/s/ *Gregory T. Donilon*
Gregory T. Donilon (DE No. 4244)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
Telephone: (302) 504-1497
Facsimile: (302) 442-7046
gdonilon@pwujlaw.com

*Counsel for Automatic Systems, Inc.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

00137280.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, an am admitted, practicing and in good standing as a member of the bars of the State of Missouri, the United States Bankruptcy Court for the Eastern District of Missouri, the United States District Court for the Eastern District of Missouri, the United States Court of Appeals for the Eighth Circuit, and the United States Supreme Court. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 9, 2014

                                          /s/ Gregory D. Willard
                                          Gregory D. Willard
                                          CARMODY MACDONALD P.C.
                                          120 S. Central Avenue, Suite 1800
                                          St. Louis, MO 63105
                                          Telephone: (314) 854-8600
                                          Facsimile: (314) 854-8660
                                          gdw@carmodymacdonald.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: June 10, 2014
Wilmington, Delaware

                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE