IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Related Docket Nos. 832, 833, 834, 835** |

**NOTICE OF ADJOURNMENT OF DEPOSITIONS DIRECTED TO
(I) KIRKLAND & ELLIS LLP; (II) EVERCORE GROUP LLC;
(III) SIDLEY AUSTIN LLP; AND (IV) THE DEBTORS**

**PLEASE TAKE NOTICE** that the depositions of (i) Kirkland & Ellis LLP [Docket No. 832], (ii) Evercore Group LLC [Docket No. 833], (iii) Sidley Austin LLP [Docket No. 834] and (iv) the Debtors [Docket No. 835], which were scheduled by Wilmington Savings Fund Society, FSB to commence on June 11 and/or June 12, 2014, have been adjourned to a date and time to be determined.

Dated: June 10, 2014
       Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ William P. Bowden*
William P. Bowden (I.D. No. 2553)
Gregory A. Taylor (I.D. No. 4008)
Stacy L. Newman (I.D. No. 5044)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and –

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Aaron B. Lauchheimer (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

{00866152;v1 }                                                                1

- and –

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund
Society, FSB, solely in its capacity as successor
Indenture Trustee for the Second Liens*

{00866152;v1 }                                    2