**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 9th day of June, 2014, true and correct copies of Ad Hoc Group of EFH Legacy Noteholders' First Requests for Production of Documents to Fidelity Management & Research Company Pursuant to Rules 7026 and 7034 were served via Electronic Mail upon the following:

CROSS & SIMON, LLC

Michael J. Joyce- mjoyce@crosslaw.com
913 N. Market St., 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Gary L. Kaplan- gary.kaplan@friedfrank.com
Brad Eric Scheler- brad.eric.scheler@friedfrank.com
Matthew M. Roose- matthew.roose@friedfrank.com
One New York Plaza
New York, NY 10004

Dated: June 10, 2014
      Wilmington, Delaware

                              THE HOGAN FIRM

                              By: /s/Garvan F. McDaniel
                              Garvan F. McDaniel, Esq. (#4167)
                              1311 Delaware Avenue
                              Wilmington, Delaware 19806
                              Telephone: (302) 656-7540
                              Facsimile: (302) 656-7599
                              Email: gfmcdaniel@dkhogan.com

                                  – and –

                              KASOWITZ, BENSON, TORRES
                                & FRIEDMAN LLP

                              David S. Rosner, Esq.
                              Andrew K. Glenn, Esq.
                              Daniel A. Fliman, Esq.
                              Nii-Amar Amamoo, Esq.
                              1633 Broadway
                              New York, New York 10019
                              Telephone: (212) 506-1700
                              Facsimile: (212) 506-1800
                              Email: DRosner@kasowitz.com
                                        AGlenn@kasowitz.com
                                        DFliman@kasowitz.com
                                        PAmamoo@kasowitz.com

                              *Counsel to the Ad Hoc Group of EFH Legacy Noteholders*