**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of June, 2014, true and correct copies of Ad Hoc Group of EFH Legacy Noteholders' First Requests for Production of Documents to UMB Bank, N.A. Pursuant to Rules 7026 and 7034 were served via Electronic Mail upon the following:

FOLEY & LARDNER LLP

Mark F. Hebbeln- mhebbeln@foley.com
Harold L. Kaplan- hkaplan@foley.com
Lars A. Peterson- lapeterson@foley.com
321 N. Clark St., Ste. 2800
Chicago, IL 60654


KLEHR HARRISON HARVEY BRANZBURG LLP

Raymond H. Lemisch- rlemisch@klehr.com
919 Market St., Ste. 1000
Wilmington, DE 19801

Dated: June 10, 2014
       Wilmington, Delaware

                THE HOGAN FIRM

                By: /s/Garvan F. McDaniel
                Garvan F. McDaniel, Esq. (#4167)
                1311 Delaware Avenue
                Wilmington, Delaware 19806
                Telephone: (302) 656-7540
                Facsimile: (302) 656-7599
                Email: gfmcdaniel@dkhogan.com

                      – and –

                KASOWITZ, BENSON, TORRES
                  & FRIEDMAN LLP

                David S. Rosner, Esq.
                Andrew K. Glenn, Esq.
                Daniel A. Fliman, Esq.
                Nii-Amar Amamoo, Esq.
                1633 Broadway
                New York, New York 10019
                Telephone: (212) 506-1700
                Facsimile: (212) 506-1800
                Email: DRosner@kasowitz.com
                         AGlenn@kasowitz.com
                         DFliman@kasowitz.com
                         PAmamoo@kasowitz.com

                *Counsel to the Ad Hoc Group of EFH Legacy Noteholders*