**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 9th day of June, 2014, true and correct copies of Ad Hoc Group of EFH Legacy Noteholders' First Requests for Production of Documents to the Debtors Pursuant to Rules 7026 and 7034 were served via Electronic Mail upon the following:

KIRKLAND & ELLIS LLP

Richard M. Cieri- richard.cieri@kirkland.com
Edward O. Sassower- esassower@kirkland.com
Stephen E. Hessler- Stephen.hessler@kirkland.com
Brian Schartz- bschartz@kirkland.com
James H.M. Sprayregen- james.sprayregen.@kirkland.com
601 Lexington Avenue
New York, NY 10022-4611


KIRKLAND & ELLIS LLP

Chad J. Husnick- chusnick@kirkland.com
Steven N. Serajeddini- steven.serajeddini@kirkland.com
300 North LaSalle St.
Chicago, IL 60654

RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins- Collins@rlf.com
Daniel J. DeFranceschi- defranceschi@rlf.com
Jason M. Madron- madron@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Dated: June 10, 2014
       Wilmington, Delaware

         THE HOGAN FIRM

         By: /s/Garvan F. McDaniel
         Garvan F. McDaniel, Esq. (#4167)
         1311 Delaware Avenue
         Wilmington, Delaware 19806
         Telephone: (302) 656-7540
         Facsimile: (302) 656-7599
         Email: gfmcdaniel@dkhogan.com

         – and –

         KASOWITZ, BENSON, TORRES
           & FRIEDMAN LLP

         David S. Rosner, Esq.
         Andrew K. Glenn, Esq.
         Daniel A. Fliman, Esq.
         Nii-Amar Amamoo, Esq.
         1633 Broadway
         New York, New York 10019
         Telephone: (212) 506-1700
         Facsimile: (212) 506-1800
         Email: DRosner@kasowitz.com
                AGlenn@kasowitz.com
                DFliman@kasowitz.com
                PAmamoo@kasowitz

         *Counsel to the Ad Hoc Group of EFH Legacy*
         *Noteholders*