**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of June, 2014, true and correct copies of Ad Hoc Group of EFH Legacy Noteholders' First Requests for Production of Documents to the Ad Hoc Committee of EFIH Unsecured Noteholders Pursuant to Rules 7026 and 7034 were served via Electronic Mail upon the following:

COUSINS CHIPMAN & BROWN, LLP

Scott D. Cousins- cousins@ccbllp.com
Mark D. Olivere- olivere@ccbllp.com
Ann M. Kashishian- kashishian@ccbllp.com
1007 N. Orange St., Ste. 1110
Wilmington, DE 19801

AKIN GUMP STRAUSS HAUER & FELD LLP

Ira S. Dizengoff- idizengoff@akingump.com
Abid Qureshi- aqureshi@akingump.com
Stephen M. Baldini- sbaldini@akingump.com
Meredith A. Lahaie- mlahaie@akingump.com
Robert J. Boller- rboller@akingump.com
Christopher W. Carty- ccarty@akingump.com
Lindsay K. Zahradka- lzahradka@akingump.com
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP

Scott L. Alberino- salberino@akingump.com
Joanna F. Newdeck- jnewdeck@akingump.com
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564


Dated: June 10, 2014
         Wilmington, Delaware

                THE HOGAN FIRM

                By: /s/Garvan F. McDaniel
                Garvan F. McDaniel, Esq. (#4167)
                1311 Delaware Avenue
                Wilmington, Delaware 19806
                Telephone: (302) 656-7540
                Facsimile: (302) 656-7599
                Email: gfmcdaniel@dkhogan.com

                – and –

                KASOWITZ, BENSON, TORRES
                  & FRIEDMAN LLP

                David S. Rosner, Esq.
                Andrew K. Glenn, Esq.
                Daniel A. Fliman, Esq.
                Nii-Amar Amamoo, Esq.
                1633 Broadway
                New York, New York 10019
                Telephone: (212) 506-1700
                Facsimile: (212) 506-1800
                Email: DRosner@kasowitz.com
                        AGlenn@kasowitz.com
                        DFliman@kasowitz.com
                        PAmamoo@kasowitz

                *Counsel to the Ad Hoc Group of EFH Legacy Noteholders*