**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> ENERGY FUTURE HOLDINGS CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

### NOTICE OF SERVICE [RE: D.I. 879]

PLEASE TAKE NOTICE that, on June 10, 2014, I, Gregory T. Donilon, caused copies of the *Notice of Appearance and Request for Service of Papers* (D.I. 879) to be served via First Class U.S. Mail on the parties listed on the attached service list.

Dated: June 10, 2014
      Wilmington, Delaware

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC

   */s/ Gregory T. Donilon*
Gregory T. Donilon (DE No. 4244)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
Telephone: (302) 504-1497
Facsimile: (302) 442-7046
gdonilon@pwujlaw.com

- and -

CARMODY MACDONALD P.C.
Gregory D. Willard, Esq.
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
gdw@carmodymacdonald.com

*Counsel for Automatic Systems, Inc.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## SERVICE LIST

Energy Future Holdings Corp.
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

James H.M. Sprayregen, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

Mark D. Collins, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519