# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Re: Docket Nos. 790; 791; 792; 793** |

## NOTICE OF ADJOURNMENT OF DEPOSITIONS OF (1) STACEY H. DORÉ; (2) EDWARD O. SASSOWER; (3) THE DEBTORS; AND (4) KIRKLAND & ELLIS LLP

**PLEASE TAKE NOTICE** that the depositions of (1) Stacey H. Doré [Docket No. 790]; (2) Edward O. Sassower [Docket No. 791]; (3) the Debtors [Docket No. 792]; and (4) Kirkland & Ellis LLP [Docket No. 793], which were noticed by the Ad Hoc Group of TCEH Unsecured Noteholders to commence on June 11 and/or June 12, 2014, have been adjourned to a date and time to be determined.

Dated:   June 10, 2014
         Wilmington, Delaware

                                    FOX ROTHSCHILD LLP

                                    By:   */s/ L. John Bird*
                                          Jeffrey M. Schlerf (No. 3047)
                                          John H. Strock (No. 4965)
                                          L. John Bird (No. 5310)
                                          919 North Market St., Suite 300
                                          Wilmington, DE 19801
                                          Telephone:  (302) 654-7444
                                          Facsimile:  (302) 463-4971
                                          jschlerf@foxrothschild.com

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

ACTIVE 25952870v1 06/10/2014

jstrock@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*