IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket Nos. 886, 887 |

**NOTICE OF FILING OF EXECUTION VERSION OF SETTLEMENT AGREEMENT IN CONNECTION WITH "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.,* FOR AN ORDER AUTHORIZING (A) ENTRY INTO AND PERFORMANCE UNDER THE CROWSON SETTLEMENT AGREEMENT BETWEEN TXU ENERGY RETAIL COMPANY LLC, AND THE TEXAS COMPTROLLER PURSUANT TO SECTION 363(b) OF THE BANKRUPTCY CODE AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND (B) MODIFYING THE AUTOMATIC STAY" [D.I. 886]**

PLEASE TAKE NOTICE that, on June 9, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing (A) Entry Into and Performance Under the Crowson Settlement Agreement Between TXU Energy Retail Company LLC, and the Texas Comptroller Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, and (B) Modifying the Automatic Stay** [D.I. 886] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2] **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, pursuant to the Motion, the Debtors are seeking entry of an order (a) authorizing and approving the settlement agreement (the "Crowson Settlement Agreement") between TXU Energy Retail Company, LLC and Susan Combs, Comptroller of Public Accounts for the State of Texas, and (b) modifying the automatic stay. Although a substantially agreed copy of the Crowson Settlement Agreement was attached to the Motion as "Exhibit 1" to "Exhibit A" thereto, an executed copy of the Crowson Settlement Agreement was not attached to the Motion.

PLEASE TAKE FURTHER NOTICE that, today, the Debtors have filed the execution version of the Crowson Settlement Agreement in the form attached hereto as **Exhibit A.** The Debtors hereby incorporate the attached execution version of the Crowson Settlement Agreement into the Motion as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE that, pursuant to the **Notice of "Motion of Energy Future Holdings Corp.,** *et al.,* **for an Order Authorizing (A) Entry Into and Performance Under the Crowson Settlement Agreement Between TXU Energy Retail Company LLC, and the Texas Comptroller Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, and (B) Modifying the Automatic Stay" and Hearing Thereon** filed contemporaneously with the Motion, (i) any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824

---

[2] On June 9, 2014, the Debtors also filed the **Declaration of Meagan Horn in Support of the Motion of Energy Future Holdings Corp.,** *et al.,* **for an Order Authorizing (A) Entry into and Performance Under the Crowson Settlement Agreement Between TXU Energy Retail Company LLC, and the Texas Comptroller Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, and (B) Modifying the Automatic Stay [D.I. 887]** (the "Horn Declaration") with the Bankruptcy Court. **You were previously served with a copy of the Horn Declaration.**

North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed co-counsel for the Debtors on or before **June 23, 2014 at 4:00 p.m. (Eastern Daylight Time);** and (ii) a hearing with respect to the Motion and any objections thereto, to the extent one is required, will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 30, 2014 starting at 9:30 a.m. (Eastern Daylight Time).**

Dated: June 10, 2014
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
      edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession