IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) | Case No. 14-10979 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**COMBINED ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

COME NOW David D. Farrell and the law firm of THOMPSON COBURN LLP and hereby enter their appearance on behalf of Martin Engineering Company, a creditor and party-in-interest in these proceedings.

Pursuant to Rules 9007, 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Rules") and L.B.R. 9010-1(A), the undersigned respectfully requests that all notices hereinafter given or required to be given and all papers served or required to be served in these proceedings, be given and served upon:

> David D. Farrell, Esq.
> THOMPSON COBURN LLP
> One US Bank Plaza, Suite 3200
> St. Louis, Missouri 63101
> Telephone: (314) 552-6000
> FAX: (314) 552-7000
> Email: dfarrell@thompsoncoburn.com

PLEASE BE ADVISED AND TAKE NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

5980993

- 2 -

Respectfully submitted,

THOMPSON COBURN LLP


By____/s/ David D. Farrell_____
   David D. Farrell, Esq., EDMO #5048
   One US Bank Plaza, Suite 3200
   St. Louis, Missouri 63101
   314-552-6000
   Fax 314-552-7000

Attorneys for Martin Engineering Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of June, 2014, a true and accurate copy of the foregoing is being served electronically through the Court's ECF System on all of those parties receiving notices through said System.

      _____/s/ David D. Farrell_____