**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Energy Future Holdings, Inc., *et al.*, | : Case No. 14-10979 (CSS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 10th day of June, 2014, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s), in the manner indicated thereon:

> *EIH Second Lien Indenture Trustee's Notice of Deposition and Subpoena Directed to Jeffrey Rosenbaum [including Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding), attached thereto]*


                                                          */s/ Laura Davis Jones*
                                                         Laura Davis Jones (Bar No. 2436)

EFIH Service List re Notice of
Deposition re Jeffrey Rosenbaum
01 - Email Service
01 – Hand Delivery

**By Hand Delivery**
Robert J. Boller, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, Bank of America Tower
New York, NY  10036-6745

**By Email**
Robert J. Boller, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, Bank of America Tower
New York, NY  10036-6745
Email: rboller@akingump.com