
CERTIFIED BY
CIIA


**CST Co.**
INCORPORATED
*KEY TO COLLECTIONS*
**SERVING AMERICAN BUSINESS AND INDUSTRY SINCE 1927**

AREA CODE 214 / 747-9621
FAX 214 / 747-9348
E-MAIL: dalcst@aol.com

P.O. BOX 224768
DALLAS, TEXAS 75222-4768

June 5, 2014

United States Bankruptcy Court
Clerks Office
824 Market St 3rd Floor
Wilmington, DE  19801

Re: 14-10996-CSS

This is a written request that all future notices on this bankruptcy and payments for Thyssenkrupp Elevator, P. O Box 933004 Atlanta, GA  30303, be sent to Thyssenkrupp Elevator in care of CST CO PO Box 224768 Dallas, TX. We also attached a letter from Thyssenkrupp Attorney allowing CST to make address change.

We also attached a letter from Thyssenkrupp allowing CST to make address changes.

Sincerely,

Ed Hackett



April 1, 2014

This Power of Attorney authorizes CST CO INC (CST) as agent for ThyssenKrupp Elevator Americas (ThyssenKrupp) in all bankruptcy filings. Any employee or agent of CST is to act on ThyssenKrupp's behalf in filling Proof of Claims and decisions regarding acceptance or rejection of claims, plan approvals or the like.

A duplicate copy maybe attached to any bankruptcy filing.

Feel free to contact me at 770-799-0460 with any additional questions or concerns.

Sincerely,

*Tim Drake* (signature)

Tim Drake
VP Credit & Collections
ThyssenKrupp Elevator
US Field

Notarized

| Cheryl S. McCain | Cheryl D. McCain | 3-31-14 |
|---|---|---|
| Name | Signature | Date |

(Notary seal: CHERYL S. MCCAIN, NOTARY PUBLIC, CHEROKEE COUNTY, GEORGIA, MY COMMISSION EXPIRES SEPT. 18TH, 2014)

114 Town Park Drive Suite 300 Kennesaw, GA 30144