IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 652** |

### NOTICE OF DEBTORS' ENTRY INTO
### ADDITIONAL STATEMENT OF WORK WITH KPMG LLP

The above-captioned debtors and debtors in possession (the "Debtors"), hereby submit this notice (the "Notice") of the Debtors' entry into the Statement of Work (as defined below) with KPMG LLP ("KPMG") consistent with the terms and conditions set forth in the *Application of Energy Future Holdings, et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective Nunc Pro Tunc to the Petition Date* [D.I. 652] (the "Application") and in the proposed order (the "Proposed Order"), attached as **Exhibit A** to the Application. The Debtors state as follows:

1. On May 29, 2014, the Debtors filed the Application.

2. Submitted with the Application and attached thereto as **Exhibit B**, the Debtors filed the *Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10395516v.1

*LLP as Bankruptcy Accounting and Tax Advisors Effective Nunc Pro Tunc to the Petition Date* [D.I. 652] (the "Declaration").

3.  After the filing of the Application, the Debtors and KPMG entered into a statement of work, effective as of June 3, 2014 (the "Statement of Work"), attached hereto as **Exhibit A**.

4.  The Statement of Work provides that KPMG's shall perform for the Debtors certain services related to the Debtors' Sarbanes-Oxley compliance efforts (the "SOX Services"). The SOX Services are described in paragraph 9 of the Application and in paragraph 6 of the Declaration. Additionally, the fees for such services are described in paragraph 16 of the Application and in paragraph 13 of the Declaration. Because the services to be performed pursuant to the Statement of Work were included in the Application, the Declaration, and the Proposed Order, no supplemental application is being filed.

5.  This Notice shall be served on the date hereof by U.S. first-class mail upon all parties who were served with the Application.

Dated: June 11, 2014
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
  defranceschi@rlf.com
  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
  edward.sassower@kirkland.com
  stephen.hessler@kirkland.com
  brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
  chad.husnick@kirkland.com
  steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession