# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Related to Docket No. 803 |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC.,<br><br>*Defendants*, | Adversary Proceeding<br><br>No. 14-50363 (CSS)<br><br>Related to Adversary Docket No. 10 |

## NOTICE OF INTERVENTION OF THE
## AD HOC GROUP OF EFH LEGACY NOTEHOLDERS

**PLEASE TAKE NOTICE** that, by agreement of the EFIH Debtors[1] and the 10% Trustee, the Ad Hoc Group of EFH Legacy Noteholders hereby intervenes in the Contested Matter Motion, in the Stay-Applicability Motion and in the Adversary Proceeding as defendant in accordance with the *Scheduling Order with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion* [Adv. Proc. Docket No. 10] (the "Scheduling Order") entered on June 4, 2014.

---

[1] Capitalized terms used but not defined herein are given definitions set forth in the Scheduling Order.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that copies of all notices and pleadings given or filed in the Contested Matter Motion, the Stay-Applicability Motion and the Adversary Proceeding be delivered to and served upon the persons set forth below:

Garvan F. McDaniel, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: gfmcdaniel@dkhogan.com

– and –

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email:DRosner@kasowitz.com
Email:AGlenn@kasowitz.com
Email: DFliman@kasowitz.com

Dated: June 11, 2014
      Wilmington, Delaware

                            THE HOGAN FIRM

                            By: /s/ Garvan F. McDaniel
                            Garvan F. McDaniel, Esq.
                            1311 Delaware Avenue
                            Wilmington, Delaware 19806
                            Telephone:  (302) 656-7540
                            Facsimile:  (302) 656-7599
                            Email: gfmcdaniel@dkhogan.com

                                   – and –

                            KASOWITZ, BENSON, TORRES
                              & FRIEDMAN LLP

                            David S. Rosner, Esq.
                            Andrew K. Glenn, Esq.
                            Daniel A. Fliman, Esq.
                            1633 Broadway
                            New York, New York 10019
                            Telephone:  (212) 506-1700
                            Facsimile:  (212) 506-1800
                            Email: DRosner@kasowitz.com
                                       AGlenn@kasowitz.com
                                       DFliman@kasowitz.com

                            *Counsel to the Ad Hoc Group of EFH Legacy*
                            *Noteholders*