IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: D.I. 363, 883 |

## DEBTORS' SECOND NOTICE OF EXTENSION OF FIRST LIEN OPT-IN PERIOD

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] filed their petitions for relief under chapter 11 of title 11 of the United States Code on April 29, 2014, in the United States Bankruptcy Court for the District of Delaware. These chapter 11 cases are being jointly administered pursuant to the *Final Order Directing Joint Administration of the Debtors' Chapter 11 Cases* [D.I. 849]. On May 7, 2014, the Debtors filed the *Notice of Initiation of Opt-In Period for Proposed EFIH First Lien Settlement* [D.I. 363] (the "First Lien Opt-In Notice"). The First Lien Opt-In Notice explained that the Debtors had opened the proposed EFIH First Lien Settlement for participation by any qualified holder of EFIH First Lien Notes on the terms, and for the time periods, set forth in the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this Notice shall have the meanings set forth in the Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions [D.I. 98] (the "First Day Declaration").

relevant offering materials (such opt-in, the "First Lien Opt-In" and, such opt-in period, the "First Lien Opt-In Period"). The ultimate expiration date of the First Lien Opt-In Period was scheduled for June 6, 2014 at 5:00 p.m. (Eastern Daylight Time).

**PLEASE TAKE NOTICE** that consummation of the First Lien Opt-In was expressly conditioned on the Bankruptcy Court's approval of the EFIH First Lien Settlement. On Friday, June 6, 2014, the Bankruptcy Court entered the *Order Approving EFIH First Lien Settlement* [D.I. 858] (the "First Lien Settlement Order"), which by its terms shall become effective on Thursday, June 12, 2014 at 12:01 a.m. (Eastern Daylight Time).[3] On Monday, June 9, 2014, the Debtors filed the *Debtors' Notice of (A) Extension of First Lien Opt-In Period and (B) Amendments to Second Lien Opt-In* [D.I. 883], which among other things provided notice of the extension of the First Lien Opt-In Period to Tuesday, June 10, 2014 at 5:00 p.m. (Eastern Daylight Time).

**PLEASE TAKE NOTICE** that to give holders additional time to consider whether to participate in the First Lien Opt-In and to ensure its consummation promptly after expiration of the First Lien Opt-In Period as required by applicable regulations and guidance of the United States Securities and Exchange Commission, the Debtors have extended the First Lien Opt-In Period to Wednesday, June 11, 2014 at 11:59 p.m. (Eastern Daylight Time). On Wednesday, June 11, 2014, in accordance with applicable securities laws, the Debtors filed a Form 8-K and

---

[3] The Bankruptcy Court expressly denied a stay of the First Lien Settlement Order pending appeal. The indenture trustee under the 10.00% EFIH First Lien Notes has appealed the First Lien Settlement Order to the United States District Court for the District of Delaware and filed a motion in that court seeking a stay pending appeal. *See Emergency Motion of CSC Trust Company of Delaware for Stay Pending Appeal of Bankruptcy Court's Order Approving First Lien Settlement* [Dist. Ct. D.I. 2], *CSC Trust Co. of Del. v. Energy Future Holdings Corp. (In re Energy Future Holdings Corp.)*, No. 1:14-cv-00723-RGA (D. Del. June 9, 2014).

issued a press release (both of which are attached hereto as **Exhibit A**) disclosing, among other things, this extension.

Dated: June 11, 2014
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         richard.cieri@kirkland.com
               edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession