**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------ x
In re:                                               :   Chapter 11
                                                     :
Energy Future Holdings, Inc., et al.,                :   Case No. 14-10979 (CSS)
                                                     :
                      Debtors.                       :   (Jointly Administered)
                                                     :
------------------------------------------------------ x
```

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 11th day of June, 2014, I caused a

copy of the following document(s) to be served on the individual(s) on the attached service

list(s), in the manner indicated thereon:

> *EFIH Second Lien Indenture Trustee's Notice of Deposition*
> *Directed to Nate Van Duzer*

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)

Energy Future Holdings Corp.
Special Service List
Case No. 14-10979 (CSS)
Document No. 193735
01—Email

Samuel.groner@friedfrank.com

Energy Future Holdings Corp. 2002 First
Class Service List
Case No. 14-10979 (CSS)
Document No. 192913
002 – Electronic Delivery
036 – Hand Delivery
114 – First Class Mail

**Email:**
jmelko@gardere.com
(Counsel for ROMCO Equipment Co.)
John P. Melko, Esquire
Gardere Wynne Sewell, LLP
Wells Fargo Plaza, Suite 3400
1000 Louisiana
Houston, TX 77002

**Email:**
bstewart@baileybrauer.com
(Counsel for Pinnacle Technical Resources,
Inc.)
Benjamin L. Stewart
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy, Suite 935
Dallas, TX 75206

**Hand Delivery**
(U.S. Trustee)
Richard Schepacarter, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Mark Collins, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Wilmington Savings Fund
Society)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Marathon Asset Management,
LP; Alcoa Inc., and NextEra Energy
Resources, LLC)
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Deutsche Bank AG New York
Branch)
Laurie Selber Silverstein, Esquire
Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Steering Committee of Cities
Served by Oncor)
Marc J. Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Pacific Investment
Management Co., LLC)
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE  19801

**Hand Delivery**
(Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**Hand Delivery**
(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership)
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Fidelity Management &
Research Company
Michael J. Joyce, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
PO Box 1380
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Borealis Infrastructure
Management Inc.)
Mark S. Chehi, Esquire
Kristhy M. Peguero, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Citibank, N.A.)
Howard A. Cohen, Esquire
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Aurelius Capital Management,
LP)
Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Airgas USA, LLC; Valero
Texas Power Marketing, Inc.; Caterpillar
Financial Services Corp)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
PO Box 410
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Indenture Trustee (Law
Debenture)
Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes))
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
(Counsel for J. Aron & Company)
Mark E. Felger, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801

**Hand Delivery**
(Counsel for TXU 2007-1 Railcar Leasing
LLC; Atmos Energy Corp)
Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
Scott D. Cousins, Esquire
Mark D. Olivere, Esquire
Ann M. Kashishian, Esquire
Cousins Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE

**Hand Delivery**
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Holt Cat)
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Airgas USA, LLC and
Caterpillar Financial Services Corp)
Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for The Bank of New York
Mellon)
Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201jN. Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for The Richards Group, Inc.)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

**Hand Delivery**
(Counsel for Thermo Fisher Scientific Inc.)
Kevin M. Capuzzi, Esquire
Pinckney. Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

**Hand Delivery**
(Counsel for the Official Committee of
Unsecured Creditors)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801

**Hand Delivery**
(Counsel for Red Ball Oxygen Company)
Daniel K. Astin, Esquire
John D. McLaughlin, Jr., Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Aston
1204 N. King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for URS Energy & Construction,
Inc.)
James E. Huggett, Esquire
Amy D. Brown, Esquire
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for The Bank of New York
Mellon)
Richard A. Robinson, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for UMB Bank, N.A.)
Raymond H. Lemisch, Esquire
Klehr Harrison Harvery Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Hand Delivery**
(Counsel for the First Lien TCEH Notes)
Katharine L. Mayer, Esquire
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Ad Hoc Group of EFH Legacy
Noteholders)
Garvan F. McDaniel, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

**Hand Delivery**
(Counsel for Automatic Systems, Inc.)
Gregory T. Donilon, Esquire
Pinckney, Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

**First Class Mail**
(Counsel for EFIH 2nd Lien Notes Indenture
Trustee)
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**First Class Mail**
(Counsel for EFIH 2nd Lien Notes Indenture
Trustee)
Stephanie Wickouski, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**First Class Mail**
Office of the General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Andrew M. Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
(Counsel for Wilmington Savings Fund Society)
Hugh M. McDonald, Esquire
Louis A. Curcio, Esquire
Oscar N. Pinkas, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

**First Class Mail**
(Counsel for Wilmington Savings Fund Society)
Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**First Class Mail**
(Counsel for Wilmington Savings Fund Society)
Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

**First Class Mail**
(Counsel for Wilmington Savings Fund Society)
Howard L. Siegel, Esquire
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103

**First Class Mail**
(Counsel for Comptroller of Public Accounts of State of Texas)
Rachel Obaldo, Esquire, AAG
John Mark Stern, Esquire, AAG
Greg Abbott, Esquire
Office of the Texas Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

**First Class Mail**
(Counsel for Texas Office of Public Utility Counsel)
Jason A. Starks, Esquire
Greg Abbott, Esquire
Daniel T. Hodge, Esquire
John B. Scott, Esquire
Ronald R. DelVento, Esquire
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711

**First Class Mail**
(Counsel for Public Utility Commission of Texas; Texas Commission on Environmental Quality; Railroad Commission of Texas)
Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

**First Class Mail**
(Counsel for Electric Reliability Council of Texas, Inc.)
Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX 78701-4071

**First Class Mail**
(Counsel for Electric Reliability Council of Texas, Inc.)
Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

**First Class Mail**
(Counsel for Somervell County et al.)
Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
PO Box 13430
Arlington, TX  76094-0430

**First Class Mail**
(Counsel for Galena Park Independent
School District)
Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
1235 North Loop West, Suite 600
Houston, TX  77008

**First Class Mail**
(Counsel for Marathon Asset Management,
LP)
Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

**First Class Mail**
(Counsel for Marathon Asset Management,
LP)
Benjamin W. Loveland, Esquire
Wilmer Cutler Pickering Hale and Dorr,
LLP
60 State Street
Boston, MA  02109

**First Class Mail**
(Counsel for Deutsche Bank AG New York
Branch)
Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

**First Class Mail**
(Counsel for Steering Committee of Cities
Served by Oncor)
Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX  76102

**First Class Mail**
(Counsel for Steering Committee of Cities
Served by Oncor)
Geoffrey Gay, Esquire
Lloyd Gosselink Rochelle & Townsend,
P.C.
816 Congress Avenue, Suite 1900
Austin, TX  78701

**First Class Mail**
(Counsel for UMB Bank, N.A.)
Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313

**First Class Mail**
(Counsel for Alcoa Inc.)
Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKool Smith
One Bryant Park, 47th Floor
New York, NY  10036

**First Class Mail**
(Counsel for Alcoa Inc.)
Paul D. Moak, Esquire
McKool Smith
600 Travis Street, Suite 7000
Houston, TX  77002

**First Class Mail**
(Counsel for Pacific Investment
Management Co., LLC)
Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

**First Class Mail**
(Counsel for Pacific Investment
Management Co., LLC)
Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

**First Class Mail**
(Pension Benefit Guaranty Corporation)
Desiree M. Amador, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel to Sitel, LLC)
Edward M. King, Esquire
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202

**First Class Mail**
(Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
James Prince, Esquire
Omar J. Alaniz, Esquire
Ian E. Roberts, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201

**First Class Mail**
(Counsel for Borealis Infrastructure
Management Inc.)
Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**First Class Mail**
(Counsel for Borealis Infrastructure
Management Inc.)
George N. Panagakis, Esquire
Carl T. Tullson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606

**First Class Mail**
(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019

**First Class Mail**
(Counsel for Texas Ad Valorem Taxing
Jurisdictions)
Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680

**First Class Mail**
(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership; certain other
direct or indirect holders of equity interests
in Energy Future Holdings Corp)
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

**First Class Mail**
(Counsel for Headwaters Resource s, Inc.)
David E. Leta, Esquire
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

**First Class Mail**
(Counsel for Harris County; Angelina
County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253

**First Class Mail**
(Counsel for Harris County)
Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**First Class Mail**
(Counsel for certain funds/accounts advised
or sub-advised by Fidelity Management &
Research Company
Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Schriver & Jacobson
LLP
One New York Plaza
New York, NY 10004

**First Class Mail**
(Counsel for Aurelius Capital Management,
LP)
William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

**First Class Mail**
(Counsel for American Stock Transfer &
Trust Co., LLC, as successor trustee to The
Bank of New York Mellon Trust Co., N.A)
Richard C. Pedone, Esquire
Amanda D. Darwin, Esquire
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

**First Class Mail**
(Counsel for GS Cases)
Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**First Class Mail**
(Counsel for Airgas USA, LLC)
Jonathan Hook, Esquire
Haynes and Boone LLP
30 Rockefeller Center, 26th Floor
New York, NY  10112

**First Class Mail**
(Counsel for Airgas USA, LLC)
Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX  77010

**First Class Mail**
(Counsel for First Union Rail Corporation)
Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

**First Class Mail**
(Counsel for Indenture Trustee (Law
Debenture)
Daniel A. Lowenthal, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

**First Class Mail**
(Counsel for TXU 2007-1 Railcar Leasing
LLC)
John A. Harris, Esquire
Jason D. Curry, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

**First Class Mail**
(Counsel for Atmos Energy Corporation)
Stephen C. Stapleton, Esquire
Cowles & Thompson
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX  75202

**First Class Mail**
(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes))
J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036

**First Class Mail**
(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes))
Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL  33131

**First Class Mail**
(Counsel for J. Aron & Company)
Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

**First Class Mail**
(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY  10036

**First Class Mail**
(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036

**First Class Mail**
(Counsel for Law Debenture Trust
Company of New York
Daniel A. Lowenthal, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

**First Class Mail**
(Counsel for Tex-La Electric Cooperative of
Texas, Inc.)
Jeffrey R. Fine, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201

**First Class Mail**
(Counsel for Tex-La Electric Cooperative of
Texas, Inc.)
Christine C. Ryan, Esquire
Brickfield, Burchette, Ritts & Stone, P.C.
1025 Thomas Jefferson Street, N.W.
Washington, DC  20007

**First Class Mail**
(Counsel for Chicago Bridge & Iron
Company N.V.)
David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

**First  Class Mail**
(Counsel for SAP Industries, Inc.)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ  08096

**First Class Mail**
(Counsel for Pension Benefit Guaranty
Corporation)
Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC  20005

**First Class Mail**
(Counsel for Red Ball Oxygen Company)
Jonathan L. Howell, Esquire
McCathern, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX  75219

**First Class Mail**
(Counsel for Ranger Excavating LP)
Stephen Sakonchick, II, Esquire
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, TX  78746

**First Class Mail**
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY  10004

**First Class Mail**
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
Jeffrey T. Rose, Esquire
Vice President
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN  55402

**First Class Mail**
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

**First Class Mail**
(Counsel for Tarrant Regional Water
District, Northeast Texas Municipal Water
District)
Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
Pope, Hardwicke, Christie, Schell, Kelly &
Ray, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, TX  76102

**First Class Mail**
(Counsel for Holt Cat)
Monica S. Blacker, Esquire
Jackson Walker, L.L.P.
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, TX  75202

**First Class Mail**
(Counsel for Holt Cat)
J. Scott Rose, Esquire
Jackson Walker, L.L.P.
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, TX  78205

**First Class Mail**
(Counsel for Property Tax Partners)
Robert J. Myers, Esquire
Myers * Hill
2525 Ridgmar Blvd., Suite 150
Fort Worth, TX  76116

**First Class Mail**
(Counsel for FLSMIDTH Inc. and
FLSMIDTH USA, Inc)
Robert Szwajkos, Esquire
Curtin & Heefner LLP
250 Pennsylvania Avenue
Morrisville, PA  19067

**First Class Mail**
(Counsel for Mario Sinacola & Sons
Excavating, Inc.)
Gregory M. Weinstein, Esquire
Weinstein Radcliff LLP
6688 N. Central Expressway, Suite 675
Dallas, TX  75206

**First Class Mail**
(Counsel for Oracle America, Inc. and
Oracle Credit Corp)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional
Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**First Class Mail**
(Counsel for Targa Gas Marketing, LLC and
Kinder Morgan Texas Pipeline, LLC/Kinder
Morgan Tejas Pipeline, LLC)
Patricia Williams Prewitt
Law office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX  77868

**First Class Mail**
(Counsel for Michelin North America, Inc.)
Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough L.L.P.
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

**First Class Mail**
(Counsel for Lower Colorado River
Authority Transmission Services
Corporation)
William T. Medaille, Esquire
Lower Colorado River Authority
Legal Services
PO Box 220
Austin, TX  78767

**First Class Mail**
(Counsel for Devon Energy Corporation)
Judy Hamilton Morse, Esquire
Crowe & Dunlevy, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK  73102

**First Class Mail**
(Counsel for Walnut Springs ISD; Franklin
ISD; Robertson County; Lee County;
McLennan County; Falls County; Round
Rock ISD; Nueces County; Limestone
County)
Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX  78760

**First Class Mail**
(Counsel for The Richards Group, Inc.)
Jamie R. Welton, Esquire
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX  75219

**First Class Mail**
(Counsel for Thermo Fisher Scientific Inc._
Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222

**First Class Mail**
(Counsel for Young County, Graham ISD,
Graham Hospital, District & North Central
Texas College District)
Jeanmarie Baer, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
PO Box 8188
Wichita Falls, TX  76307

**First Class Mail**
(Counsel for City of Fort Worth)
Christopher B. Mosley, Esquire
Senior Assistant City Attorney
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX  76102

**First Class Mail**
(Counsel for the Official Committee of
Unsecured Creditors)
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019

**First Class Mail**
(Counsel for the Official Committee of
Unsecured Creditors)
Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

**First Class Mail**
(Counsel for Valero Texas Power
Marketing, Inc)
Michael G. Smith
111 North 6th Street
PO Box 846
Clinton, OK 73601

**First Class Mail**
(Counsel for USA; Dept of Agriculture,
Rural Utilities Service)
Matthew J. Troy, Esquire
US Department of Justice
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC 20044-0875

**First Class Mail**
(Westinghouse Electric Company LLC)
William E. Kelleher, Jr., Esquire
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222

**First Class Mail**
(General Counsel for Westinghouse Electric
Company LLC)
Michael T. Sweeney, Esquire
Senior V.P. & General Counsel,
Legal & Contracts
1000 Westinghouse Drive
Cranberry Township, PA 16066

**First Class Mail**
(Counsel for Apollo Global Management,
LLC)
George A. Davis, Esquire
O'Melveny & Myers LLP
7 Times Square
New York, NY 13306

**First Class Mail**
(Counsel for Allen Shrode)
Sabrina L. Streusand, Esquire
Streusand, Landon & Ozburn, LLP
811 Barton Springs Road, Suite 811
Austin, TX 78704

**First Class Mail**
(Counsel for Brake Supply Company, Inc.)
Jacob L. Newton, Esquire
Stutzman, Bromberg, Esserman & Plifka,
PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201

**First Class Mail**
(Counsel for the United States)
Ari D. Kunofsky, Esquire
W. Bradley Russell, Esquire
Trial Attorneys, Tax Division
US Department of Justice
PO Box 227
Washington, DC 20044

**First Class Mail**
(Counsel to the Debtors)
Richard M. Cieri, Esquire
Edward 0. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611

**First Class Mail**
(Counsel to the Debtors)
James H.M. Sprayregen, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

**First Class Mail**
(Agent to EMC Corporation)
Ronald L. Rowland, Agent
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030

**First Class Mail**
(Counsel for Nova Chemicals
Inc.)
Thomas D. Maxson, Esquire
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152

**First Class Mail**
(Counsel for ArcelorMittal USA LLC)
Stephen D. Lerner, Esquire
Andrew M. Simon, Esquire
Squire Sanders (US) LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202

**First Class Mail**
(Counsel for Goldman, Sachs & Co.)
Kevin G. Abrams, Esquire
John M. Seaman, Esquire
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807

**First Class Mail**
(Counsel for Siemens Power Generation
Inc.)
Sundeep S. Sidhu, Esquire
Akerman LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801-4904

**First Class Mail**
(Counsel for Union Pacific Railroad
Company)
Mary Ann Kilgore
Jennie L. Anderson
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, NE 98179

**First Class Mail**
(Counsel for Invensys Systems, Inc.)
Jennifer V. Doran, Esquire
Hinckley Allen
28 State Street
Boston, MA 02109

**First Class Mail**
(Counsel for CSC Trust Company of
Delaware – Indenture Trustee)
James S. Carr, Esquire
Benjamin D. Feder, Esquire
Gilbert R. Saydah, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**First Class Mail**
(Counsel for Central Texas Security & Fire Equipment, Inc.)
Steven M. Burton, Esquire
Sheehy, Lovelace & Mayfiled, P.C.
510 N. Valley Mills Dr., Suite 500
Waco, TX  76710

**First Class Mail**
(Counsel for The Bank of New York Mellon)
Amy M. Tonti, Esquire
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15230-2009

**First Class Mail**
(Counsel for D. Courtney Construction, Inc.)
Joshua P. Searcy, Esquire
Callan Clark Searcy, Esquire
Searcy & Searcy, P.C.
PO Box 3929
Longview, TX  75606

**First Class Mail**
(Counsel for NextEra Energy Resources, LLC)
Howard Seife, Esquire
David M. LeMay, Esquire
Christy Rivera, Esquqire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

**First Class Mail**
(Counsel for Missouri Department of Revenue)
Steven A. Ginther, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

**First Class Mail**
(Counsel for the First Lien TCEH Notes)
Samuel S. Ory, Esquire
Frederic Dowart, Lawyers
Old City Hall
124 East Fourth Street
Tulsa, OK  74103-5027

**First Class Mail**
(Counsel for Titus County Fresh Water Supply District No. 1)
Lino Mendiola, Esquire
Andrews Kurth LLP
111 Congress Avenue, Suite 78701
Austin, TX  78701

**First Class Mail**
(Counsel for Travis County)
David Escamilla, Esquire
Kay D. Brock, Esquire
Travis County
PO Box 1748
Austin, TX  78767

**First Class Mail**
(Counsel for Ad Hoc Group of EFH Legacy Noteholders)
David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Daniel A. Fliman, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

**First Class Mail**
(Counsel for Automatic Systems, Inc.)
Gregory D. Willard, Esquire
Carmody MacDonald P.C.
120 S. Central Avenue, Suite 1800
St. Louis, MO  63105