# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Energy Future Holdings Corp.

**Case No.:** 14–10979–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

                          David D. Bird  
                          CLERK OF COURT

Date: 6/9/14  
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                                              Case No. 14-10979-CSS
Energy Future Holdings Corp.                                                        Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1           User: JudyF              Page 1 of 10             Date Rcvd: Jun 09, 2014
                               Form ID: van440          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2014.
aty        +Andrea B. Schwartz,    US Dept. Of Justice Office,    201 Varick Street,    Rm. 1006,
             New York, NY 10014-9449
aty         Andrew Glenn Devore,    Ropes & Gray LLP,    Prudential Tower,    800 Boylston Street,
             Boston, MA 02199-3600
aty        +Brian Schartz,    c/o Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty        +Chad J. Husnick,    Kirkland & Ellis, LLP,    300 North LaSalle Street,    Chicago, IL 60654-5412
aty         D. Ross Martin,    Ropes & Gray LLP,    Prudential Tower,    800 Boylston Street,
             Boston, MA 02199-3600
aty        +Daniel J. DeFranceschi,    Richards, Layton & Finger,    One Rodney Square, P.O. Box 551,
             Wilmington, DE 19899-0551
aty        +Edward O. Sassower,    Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty        +J. Kate Stickles,    Cole, Schotz, Meisel, Forman & Leonard,,    500 Delaware Avenue, Suite 1410,
             Wilmington, DE 19801-1496
aty        +James H.M. Sprayregen,    Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty        +Jason M. Madron,    Richards, Layton & Finger, LLP,    One Rodney Square,    P.O. Box 551,
             Wilmington, DE 19899-0551
aty         Keith Howard Wofford,    Ropes & Gray LLP,    1211 Avenue of the Americas,
             New York, NY 10036-8704
aty        +Mark D. Collins,    Richards, Layton & Finger, P.A.,    One Rodney Square,    920 North King Street,
             Wilmington, DE 19801-3300
aty        +Nicholas J. Brannick,    Cole, Schotz, Meisel, Forman & Leonard,,
             500 Delaware Avenue, Suite 1410,    Wilmington, DE 19801-1496
aty        +Norman L. Pernick,    Cole Schotz Meisel Forman & Leonard, PA,    500 Delaware Avenue, Suite 1410,
             Wilmington, DE 19801-1496
aty        +Richard L. Schepacarter,    Office of the United States Trustee,    U. S. Department of Justice,
             844 King Street, Suite 2207,    Lockbox #35,    Wilmington, DE 19801-3519
aty        +Richard M. Cieri,    Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty        +Stephen E. Hessler,    Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty        +Steven N. Serajeddini,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
            Michael S. Winograd, Esq.,    1211 Avenue Of The Americas,    New York, NY 10036-8704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2014 at the address(es) listed below:
              Adam G. Landis    on behalf of Creditor    NextEra Energy Resources, LLC landis@lrclaw.com,
               adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis    on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com,
               adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis    on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com,
               adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee andrew.devore@ropesgray.com
              Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
              Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
               ashley.bartram@texasattorneygeneral.gov
              Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas
               ashley.bartram@texasattorneygeneral.gov

```
District/off: 0311-1          User: JudyF              Page 2 of 10            Date Rcvd: Jun 09, 2014
                              Form ID: van440          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Ashley F. Bartram   on behalf of Interested Party   Texas Commission on Environmental Quality ashley.bartram@texasattorneygeneral.gov

        Benjamin Stewart   on behalf of Creditor   Pinnacle Technical Resources, Inc. bstewart@baileybrauer.com

        Brian Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com, bschartz@kirkland.com;robert.gilmore@kirkland.com;savaria.harris@kirkland.com

        Brian S. Hermann   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com;aehrlich@paulweiss.com;mkatz@paulweiss.com;jkandelshein@paulweiss.com

        Chad J. Husnick   on behalf of Debtor   Energy Future Holdings Corp. chusnick@kirkland.com

        Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors cward@polsinelli.com, LSuprum@Polsinelli.com

        Christopher B. Mosley   on behalf of Creditor   City of Fort Worth Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov

        Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC christopher.carter@bingham.com, julia.frost-davies@bingham.com;jeffrey.sabin@bingham.com;alix.brozman@bingham.com

        Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates chayes@mnat.com, aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com

        Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company LLC csimon@crosslaw.com, smacdonald@crosslaw.com;kbevans@crosslaw.com

        D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee rmartin@ropesgray.com

        Daniel J. DeFranceschi   on behalf of Debtor   TXU Retail Services Company rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   DeCordova II Power Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Texas Power & Light Company, Inc. rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   EEC Holdings, Inc. RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse Power Company LLC rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Electric Company, Inc. RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC defranceschi@rlf.com, RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Luminant Renewables Company LLC defranceschi@rlf.com, RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Luminant Holding Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   TCEH Finance, Inc. rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Receivables Company LLC rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Valley Power Company LLC rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   TXU Receivables Company rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mineral Development Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc. defranceschi@rlf.com, RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Big Brown Lignite Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc. RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC defranceschi@rlf.com, RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Luminant ET Services Company RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Holdings Corp. defranceschi@rlf.com, RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   EFIH Finance Inc. defranceschi@rlf.com, RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   LSGT SACROC, Inc. RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Energy Company, Inc. defranceschi@rlf.com, RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Martin Lake 4 Power Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Power Company LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   TXU Electric Company, Inc. rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Holdings LLC RBGroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Texas Energy Industries Company, Inc. rbgroup@rlf.com

        Daniel J. DeFranceschi   on behalf of Debtor   Luminant Generation Company LLC RBGroup@rlf.com

```
District/off: 0311-1           User: JudyF              Page 3 of 10              Date Rcvd: Jun 09, 2014
                               Form ID: van440          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

| | | |
|---|---|---|
| Daniel J. DeFranceschi    rbgroup@rlf.com | on behalf of Debtor | Texas Electric Service Company, Inc. |
| Daniel J. DeFranceschi    RBGroup@rlf.com | on behalf of Debtor | Tradinghouse 3 & 4 Power Company LLC |
| Daniel J. DeFranceschi | on behalf of Debtor | Dallas Power & Light Company, Inc. RBGroup@rlf.com |
| Daniel J. DeFranceschi    RBGroup@rlf.com | on behalf of Debtor | NCA Resources Development Company LLC |
| Daniel J. DeFranceschi | on behalf of Debtor | Luminant Mining Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Sandow Power Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Texas Utilities Company, Inc. RBGroup@rlf.com |
| Daniel J. DeFranceschi    RBGroup@rlf.com | on behalf of Debtor | LSGT Gas Company LLC defranceschi@rlf.com, |
| Daniel J. DeFranceschi | on behalf of Debtor | TXU SEM Company rbgroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Brighten Energy LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi    RBGroup@rlf.com | on behalf of Debtor | EFH CG Management Company LLC defranceschi@rlf.com, |
| Daniel J. DeFranceschi | on behalf of Debtor | NCA Development Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | EECI, Inc. RBGroup@rlf.com |
| Daniel J. DeFranceschi    RBGroup@rlf.com | on behalf of Debtor | Generation SVC Company defranceschi@rlf.com, |
| Daniel J. DeFranceschi | on behalf of Debtor | EFH Corporate Services Company RBGroup@rlf.com |
| Daniel J. DeFranceschi    RBGroup@rlf.com | on behalf of Debtor | Luminant Big Brown Mining Company LLC |
| Daniel J. DeFranceschi    RBGroup@rlf.com | on behalf of Debtor | Generation MT Company LLC defranceschi@rlf.com, |
| Daniel J. DeFranceschi    defranceschi@rlf.com,    RBGroup@rlf.com | on behalf of Debtor | Generation Development Company LLC |
| Daniel J. DeFranceschi    RBGroup@rlf.com | on behalf of Debtor | EFH CG Holdings Company LP defranceschi@rlf.com, |
| Daniel J. DeFranceschi | on behalf of Debtor | EFH FS Holdings Company RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Monticello 4 Power Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi    defranceschi@rlf.com,    RBGroup@rlf.com | on behalf of Debtor | Energy Future Intermediate Holding Company LLC |
| Daniel J. DeFranceschi | on behalf of Debtor | Morgan Creek 7 Power Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Big Brown Power Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | Collin Power Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | 4Change Energy Company RBGroup@rlf.com |
| Daniel J. DeFranceschi    RBGroup@rlf.com | on behalf of Debtor | EFH Australia (No. 2) Holdings Company |
| Daniel J. DeFranceschi | on behalf of Debtor | Oak Grove Management Company LLC RBGroup@rlf.com |
| Daniel J. DeFranceschi | on behalf of Debtor | EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com |
| Daniel J. DeFranceschi    defranceschi@rlf.com,    RBGroup@rlf.com | on behalf of Debtor | Lake Creek 3 Power Company LLC |
| Daniel K. Astin    jmcmahon@ciardilaw.com | on behalf of Creditor | Atmos Energy Corporation dastin@ciardilaw.com, |
| Daniel K. Astin    jmcmahon@ciardilaw.com | on behalf of Creditor | TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com, |
| Daniel K. Hogan    keharvey@dkhogan.com,gpalagruto@dkhogan.com, | on behalf of Interested Party | Brake Supply Company, Inc. dkhogan@dkhogan.com, |
| Daniel K. Hogan    keharvey@dkhogan.com,gpalagruto@dkhogan.com, | on behalf of Interested Party | The Richards Group, Inc. dkhogan@dkhogan.com, |
| Danielle M. Audette    jdisanti@whitecase.com;mco@whitecase.com | on behalf of Interested Party | Ad Hoc Group of TCEH Unsecured Noteholders , |
| David Neier    dcunsolo@winston.com | on behalf of Creditor | Chicago Bridge & Iron Company N.V. dneier@winston.com, |
| David Edward Leta    wkalawaia@swlaw.com | on behalf of Creditor | Headwaters Resources, Inc. dleta@swlaw.com, |
| Dennis Dunne, Esq. | on behalf of Interested Party | CITIBANK, N.A. ddunne@millbank.com |
| Desiree M. Amador    amador.desiree@pbgc.gov,    efile@pbgc.gov | on behalf of Creditor | Pension Benefit Guaranty Corporation |
| Diane W. Sanders | on behalf of Creditor | Nueces County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor | Walnut Springs ISD austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor | Robertson County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor | Limestone County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor | McLennan County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor | Falls County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor | Lee County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor | Franklin ISD austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor | Round Rock ISD austin.bankruptcy@publicans.com |
| Donald K. Ludman | on behalf of Creditor | SAP Industries, Inc. dludman@brownconnery.com |
| Edward M. Fox    efox@polsinelli.com | on behalf of Creditor Committee | The Official Committee of Unsecured Creditors |
| Edward Michael King | on behalf of Creditor | Sitel, LLC tking@fbtlaw.com,    dgioffre@fbtlaw.com |
| Edward O. Sassower    Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam andra@kirkland.com;Michael.esser@kirkland.com;Adrienne.levin@kirkland.com;aaron.slavutin@kirkland .com | on behalf of Debtor | Energy Future Holdings Corp. |

```
District/off: 0311-1          User: JudyF                  Page 4 of 10                  Date Rcvd: Jun 09, 2014
                              Form ID: van440              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Elizabeth Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
          Erica J. Richards    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors erichards@mofo.com
          Erik Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company LLC eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,khouston@nixonpeabody.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC, Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of Equity Interests in Energy Future Holdings Corp. efay@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Interest Holders efay@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Evan R. Fleck    on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com, jostrzega@milbank.com;jbrewster@milbank.com
          Garvan F. McDaniel    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com
          George Davis    on behalf of Creditor    Apollo Global Management, LLC gdavis@omm.com
          Gilbert R. Saydah, Jr.    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
          Gregory Alan Taylor    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
          Gregory M. Starner    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders , jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com
          Gregory M. Weinstein    on behalf of Creditor    Mario Sinacola & Sons Excavating, Inc. gweinstein@weinrad.com, mrawson@weinrad.com;khaley@weinrad.com
          Hal F. Morris    on behalf of Interested Party    Railroad Commission of Texas hal.morris@texasattorneygeneral.gov
          Hal F. Morris    on behalf of Interested Party    Public Utility Commission of Texas hal.morris@texasattorneygeneral.gov
          Hal F. Morris    on behalf of Interested Party    Texas Commission on Environmental Quality hal.morris@texasattorneygeneral.gov
          Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
          Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. howard.cohen@dbr.com
          J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    CSC Trust Company of Delaware, as Indenture Trustee kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors jadlerstein@paulweiss.com
          James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc. jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
          James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors jpeck@mofo.com
          James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
          Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
          Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com, sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
          Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    4Change Energy Company madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Brighten Energy LLC madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com, rbgroup@rlf.com

```
District/off: 0311-1          User: JudyF                 Page 5 of 10                  Date Rcvd: Jun 09, 2014
                              Form ID: van440             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

| | | |
|---|---|---|
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | EFH Finance (No. 2) Holdings Company madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | NCA Resources Development Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | DeCordova Power Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Texas Power & Light Company, Inc. madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Generation Development Company LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | TCEH Finance, Inc. madron@rlf.com,  rbgroup@rlf.com |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Luminant Generation Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Energy Future Holdings Corp. madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Lone Star Energy Company, Inc. madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | Generation MT Company LLC madron@rlf.com,  rbgroup@rlf.com |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Monticello 4 Power Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | EBASCO SERVICES OF CANADA LIMITED madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Tradinghouse 3 & 4 Power Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | TXU Electric Company, Inc. madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | TXU Energy Receivables Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Oak Grove Management Company LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | TXU SEM Company madron@rlf.com,  rbgroup@rlf.com |
| Jason M. Madron  madron@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | Southwestern Electric Service Company, Inc. |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Texas Utilities Company, Inc. madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Texas Energy Industries Company, Inc. madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Texas Electric Service Company, Inc. madron@rlf.com, |
| Jason M. Madron  madron@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | Texas Competitive Electric Holdings Company LLC |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | EFH CG Holdings Company LP madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | EFH Renewables Company LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | Valley Power Company LLC madron@rlf.com,  rbgroup@rlf.com |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Tradinghouse Power Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Lake Creek 3 Power Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | TXU Energy Retail Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | EFH CG Management Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Oak Grove Power Company LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | EFH Corporate Services Company madron@rlf.com, |
| Jason M. Madron  madron@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | Energy Future Intermediate Holding Company LLC |
| Jason M. Madron  madron@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | Energy Future Competitive Holdings Company LLC |
| Jason M. Madron | on behalf of Debtor | EECI, Inc. madron@rlf.com,  rbgroup@rlf.com |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | TXU Retail Services Company madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Big Brown 3 Power Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Luminant Mining Company LLC madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Dallas Power & Light Company, Inc. madron@rlf.com, |
| Jason M. Madron  rbgroup@rlf.com | on behalf of Debtor | Eagle Mountain Power Company LLC madron@rlf.com, |
| Jason M. Madron | on behalf of Debtor | Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | TXU Receivables Company madron@rlf.com,  rbgroup@rlf.com |

```
District/off: 0311-1           User: JudyF                 Page 6 of 10                  Date Rcvd: Jun 09, 2014
                               Form ID: van440             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Jason M. Madron    on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,    rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,    rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com,    rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,    rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
              Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
               Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
               Seidlets jwisler@connollygallagher.com
              Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               jschlerf@foxrothschild.com
              Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               jschlerf@foxrothschild.com
              Jeffrey R. Fine    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
               jfine@dykema.com,    jrf5825@gmail.com,msikes@dykema.com,scompton@dykema.com
              Jeffrey S. Sabin    on behalf of Creditor    Pacific Investment Management Co. LLC
               jeffrey.sabin@bingham.com
              Jennifer Marines    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors JMarines@mofo.com
              Jennifer V. Doran    on behalf of Creditor    Invensys Systems, Inc. jdoran@haslaw.com,
               calirm@haslaw.com
              Jeremy William Ryan    on behalf of Interested Party    Deutsche Bank AG New York Branch
               jryan@potteranderson.com,    bankruptcy@potteranderson.com
              Joanna Flynn Newdeck    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               jnewdeck@akingump.com,    ddunn@akingump.com
              Joanna Flynn Newdeck    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
               Noteholders jnewdeck@akingump.com,    ddunn@akingump.com
              John A. Harris    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
              John A. Morris    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
              John D. Demmy, Esq    on behalf of Creditor    AEP Texas Central Company d/b/a American Electric
               Power Company and AEP Texas North Company d/b/a American Electric Power Company
               jdd@stevenslee.com
              John D. McLaughlin, Jr.    on behalf of Creditor    Atmos Energy Corporation
               jmclaughlin@ciardilaw.com,    mflores@ciardilaw.com
              John H. Strock    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               jstrock@foxrothschild.com,    dkemp@foxrothschild.com
              John M. Seaman    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
               seaman@abramsbayliss.com,    farro@abramsbayliss.com
              John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
               john.stern@texasattorneygeneral.gov,    sherri.simpson@texasattorneygeneral.gov
              John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
              John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
              John P. Melko    on behalf of Creditor    ROMCO Equipment Co. jmelko@gardere.com,
               afothergill@gardere.com
              John R. Ashmead    on behalf of Interested Party    Wilmington Trust, N.A. ashmead@sewkis.com
              Jon M. Chatalian    on behalf of Creditor    Pension Benefit Guaranty Corporation
               chatalian.jon@pbgc.gov,    efile@pbgc.gov
              Jonathan L. Howell    on behalf of Creditor    Red Ball Oxygen Company jhowell@mccathernlaw.com
              Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
               jmcmahon@ciardilaw.com,    mflores@ciardilaw.com
              Joseph J. McMahon, Jr.    on behalf of Creditor    Atmos Energy Corporation jmcmahon@ciardilaw.com,
               mflores@ciardilaw.com
              Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
               mflores@ciardilaw.com

```
District/off: 0311-1          User: JudyF                 Page 7 of 10              Date Rcvd: Jun 09, 2014
                              Form ID: van440             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien Objectors jbrody@kramerlevin.com, edaniels@kramerlevin.com;rschmidt@kramerlevin.com
      Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com, edaniels@kramerlevin.com;rschmidt@kramerlevin.com
      Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc. joshsearcy@jrsearcylaw.com
      Judy Hamilton Morse    on behalf of Creditor    DEVON ENERGY CORPORATION judy.morse@crowedunlevy.com, karen.martin@crowedunlevy.com;ecf@crowedunlevy.com
      Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com
      Karen Gartenberg    on behalf of Interested Party    CITIBANK, N.A. kgartenberg@milbank.com, efleck@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rkazi@milbank.com;bbice@milbank.com
      Karen C Bifferato    on behalf of Creditor    Pacific Investment Management Co. LLC kbifferato@connollygallagher.com
      Katharine L. Mayer    on behalf of Interested Party    BOKF, NA d/b/a Bank of Arizona, as Successor Trustee kmayer@mccarter.com
      Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP. kathleen.murphy@bipc.com, tammy.rogers@bipc.com
      Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com, eys@skjlaw.com
      Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc. kmiller@skjlaw.com, eys@skjlaw.com
      Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee keith.wofford@ropesgray.com, keith.wofford@ropesgray.com
      Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc. klippman@munsch.com, lpannier@munsch.com
      Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@pwujlaw.com
      Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee klawson@reedsmith.com
      Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee klawson@reedsmith.com
      Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP kjarashow@goodwinprocter.com
      Kristhy M. Peguero    on behalf of Interested Party    Borealis Infrastructure Management Inc. kristhy.peguero@skadden.com, debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
      Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee kgwynne@reedsmith.com, llankford@reedsmith.com
      Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee kgwynne@reedsmith.com, llankford@reedsmith.com
      L. John N. Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders jbird@foxrothschild.com, spage@foxrothschild.com
      Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc. lshipkovitz@tuckerlaw.com
      Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com, khall@foley.com
      Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee ljones@pszjlaw.com, efile1@pszyjw.com
      Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien Objectors ljones@pszjlaw.com
      Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com, efile1@pszyjw.com
      Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien Objectors ljones@pszjlaw.com, efile@pszyj.com
      Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee ljones@pszjlaw.com, efile@pszyj.com
      Laurie Selber Silverstein    on behalf of Interested Party    Deutsche Bank AG New York Branch bankruptcy@potteranderson.com
      Lee Harrington    on behalf of Interested Party    American Stock Transfer & Trust Company LLC lharrington@nixonpeabody.com
      Lee B. Gordon    on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions decourts@mvbalaw.com, vickie.covington@mvbalaw.com
      Lindsay Zahradka    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders lzahradka@akingump.com
      Lindsay Zahradka    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties lzahradka@akingump.com
      Lino Mendiola, III    on behalf of Interested Party    Titus County Fresh Water Supply District No. 1 linomendiola@andrewskurth.com
      Lino Mendiola, III    on behalf of Interested Party    Titus County Fresh Waster Supply District No. 1 linomendiola@andrewskurth.com
      Marc J. Phillips    on behalf of Creditor    Steering Committee of Cities Served by Oncor mphillips@mgmlaw.com
      Marc J. Phillips    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc. mphillips@mgmlaw.com

```
District/off: 0311-1           User: JudyF                  Page 8 of 10                  Date Rcvd: Jun 09, 2014
                               Form ID: van440              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Maria A. Bove    on behalf of Interested Party    Computershare Trust Company, N.A., and
Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com

      Mark Minuti    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
mminuti@saul.com, rwarren@saul.com

      Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com

      Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com

      Mark D. Olivere    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
olivere@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com

      Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
olivere@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com

      Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
MBrickley@cozen.com;dabernathy@cozen.com

      Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
opetukhova@foley.com

      Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com

      Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com

      Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
LLC mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com

      Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc.
mchehi@skadden.com, debank@skadden.com

      Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

      Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. mcguire@lrclaw.com,
adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

      Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

      Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

      Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
mbrown@whitecase.com

      Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
mlahaie@akingump.com

      Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
Noteholders mlahaie@akingump.com

      Michael Schein    on behalf of Creditor    First Union Rail Corporation mschein@vedderprice.com,
ecfnydocket@vedderprice.com

      Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
debaecke@blankrome.com

      Michael David Debaecke    on behalf of Interested Party    Wilmington Trust, N.A.
debaecke@blankrome.com, moody@ecf.inforuptcy.com

      Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP
mbusenkell@gsbblaw.com

      Michael Joseph Joyce    on behalf of Creditor    Certain funds and accounts advised or sub-advised
by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
smacdonald@crosslaw.com

      Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District
matchley@popehardwicke.com

      Michael L. Atchley    on behalf of Creditor    Northeast Texas Municipal Water District
matchley@popehardwicke.com

      Michelle McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
Objectors michelle.mcmahon@bryancave.com, dortiz@bryancave.com

      Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
mblacker@jw.com, tsalter@jw.com;vnelson@jw.com

      Nicholas J. Brannick    on behalf of Plaintiff    CSC Trust Company of Delaware, as Indenture
Trustee nbrannick@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com

      Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware, as
successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com

      Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
nicole.mignone@texasattorneygeneral.gove

      Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
indenture trustee and collateral trustee npernick@coleschotz.com,
pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com

      Norman L. Pernick    on behalf of Plaintiff    CSC Trust Company of Delaware, as Indenture Trustee
npernick@coleschotz.com,
pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com

      Owen M. Sonik    on behalf of Creditor    Galena Park Independent School District osonik@pbfcm.com,
tpope@pbfcm.com;osonik@ecf.inforuptcy.com

      Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Texas Pipeline LLC
pwp@pattiprewittlaw.com

      Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Tejas Pipeline LLC
pwp@pattiprewittlaw.com

```
District/off: 0311-1          User: JudyF               Page 9 of 10             Date Rcvd: Jun 09, 2014
                              Form ID: van440          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Patricia Williams Prewitt    on behalf of Creditor    Targa Gas Marketing LLC
          pwp@pattiprewittlaw.com
          Pauline K. Morgan    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
          bankfilings@ycst.com
          R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank AG New York Branch
          bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
          R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank Securities Inc.
          bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
          Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
          bk-robaldo@texasattorneygeneral.gov
          Raymond Howard Lemisch    on behalf of Creditor    UMB Bank, N.A. rlemisch@klehr.com
          Richard A. Robinson    on behalf of Creditor    The Bank of New York Mellon, solely in its capacity
          as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
          Richard G. Mason    on behalf of Interested Party    Interest Holders rcstrauss@wlrk.com
          Richard G. Mason    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC,
          Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
          of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
          Richard L. Schepacarter    on behalf of U.S. Trustee    United States Trustee
          richard.schepacarter@usdoj.gov
          Robert Szwajkos    on behalf of Creditor    FLSmidth Inc. rsz@curtinheefner.com
          Robert Szwajkos    on behalf of Creditor    FLSMIDTH USA INC rsz@curtinheefner.com
          Robert J Myers    on behalf of Interested Party    Property Tax Partners rmyers@myers-hill.com,
          jfletcher@myers-hill.com
          Robert J. Feinstein    on behalf of Interested Party    Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
          Robert K. Malone    on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
          brian.morgan@dbr.com
          Ryan M. Bartley    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
          bankfilings@ycst.com
          Sabrina L. Streusand    on behalf of Interested Party Allen Shrode streusand@slollp.com,
          prentice@slollp.com
          Samuel Ory    on behalf of Interested Party    BOKF, NA d/b/a Bank of Arizona, as Successor
          Trustee sory@fdlaw.com
          Scott D. Cousins    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
          bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com;dero@ccbllp.com
          Scott D. Cousins    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
          bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com;dero@ccbllp.com
          Sean A. O'Neal    on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
          maofiling@cgsh.com;afee@cgsh.com
          Shanti M. Katona    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors skatona@polsinelli.com, docket@polsinelli.com;LSuprum@Polsinelli.com
          Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
          cmcintire@buchalter.com
          Stanley B. Tarr    on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
          moody@ecf.inforuptcy.com
          Stephanie Wickouski    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
          Objectors stephanie.wickouski@bryancave.com, dortiz@bryancave.com
          Stephanie Wickouski    on behalf of Interested Party    Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
          dortiz@bryancave.com
          Stephen C. Stapleton    on behalf of Creditor    Atmos Energy Corporation
          sstapleton@cowlesthompson.com
          Stephen D Lerner    on behalf of Interested Party    ArcelorMittal USA LLC
          stephen.lerner@squiresanders.com
          Stephen M. Miller    on behalf of Creditor    Law Debenture Trust Company of New York, in its
          capacity as Indenture Trustee smiller@morrisjames.com,
          wweller@morrisjames.com;jdawson@morrisjames.com
          Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
          Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC
          skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
          Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Resources Corp.
          skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
          Sundeep S. Sidhu    on behalf of Creditor    Siemens Power Generation Inc. sunny.sidhu@akerman.com,
          ginny.beebe@akerman.com
          Thomas D. Maxson    on behalf of Creditor    NOVA Chemicals Inc. tmaxson@cohenlaw.com,
          mgraeb@cohenlaw.com
          Thomas J. Moloney    on behalf of Interested Party    J. Aron & Company tmoloney@cgsh.com
          Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
          cathlyn.cantelmi@dbr.com
          Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
          rbgroup@rlf.com
          United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
          W. Bradley Russell, Jr.    on behalf of Creditor    UNITED STATES OF AMERICA
          William.B.Russell@usdoj.gov, eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

```
District/off: 0311-1           User: JudyF                 Page 10 of 10                  Date Rcvd: Jun 09, 2014
                               Form ID: van440             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee wusatine@coleschotz.com

          William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. Romanowicz@rlf.com, rbgroup@rlf.com

          William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,

          William M. Hildbold    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors WHildbold@mofo.com

          William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP wweintraub@goodwinproctor.com, zhassoun@fklaw.com

          William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee wbowden@ashby-geddes.com

                                                                                          TOTAL: 355