**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | **CASE NO. 14-10979** |
| ) | **(CSS)** |
| **ENERGY FUTURE HOLDINGS CORP., et al** ) | |
| ) | |
| *Debtors* ) | |
| ) | **CHAPTER 11** |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW INTO COURT comes: the law firm of **Locke Lord LLP** and its designated attorney, C. Davin Boldissar, who files this Notice of Appearance and Request for Service on behalf of BP America Production Company.

Furthermore, we respectfully request that all Notices, Motions, Disclosure Statements, Plans, and all other pleadings, process, and Court filings related to the case be forwarded to the undersigned at the address, and email, listed below:

> C. Davin Boldissar (La. #29094)
> Locke Lord LLP
> 601 Poydras Street, Suite 2660
> New Orleans, Louisiana 70130-6036
> Telephone: (504) 558-5100
> Fax: (504) 558-5200
> nobankecf@lockelord.com

Date: June 12, 2014                Respectfully Submitted,

**LOCKE LORD LLP**

By:  */s/ C. Davin Boldissar*
**C. Davin Boldissar (La. #29094)**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200
**COUNSEL FOR BP AMERICA PRODUCTION COMPANY**