IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF DISINTERESTEDNESS OF HUNTON & WILLIAMS LLP PURSUANT TO THE ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, Joseph C. Stanko, declare under penalty of perjury:

1. I am a partner of Hunton & Williams LLP, with offices located at 2200 Pennsylvania Ave. NW, Washington, DC 20037 (the "Firm").

2. Energy Future Holdings Corporation and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide legal services to the Debtors, namely in the areas of employee benefits and immigration, intellectual property, corporate, environmental and energy regulation, and political consulting, and the Firm has consented to provide such services. The Firm provides one or more of such services to the following Debtor entities: 4Change Energy Holdings LLC, EFH CG Management Company LLC, Energy Future Competitive Holdings Company LLC, Generation MT Company LLC,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Luminant ET Services Company, Luminant Mineral Development Company LLC, TCEH Finance, Inc., Texas Electric Service Company, Inc. and TXU Receivables Company.

3. The Firm may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is proposed to be employed.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these chapter 11 cases.

5. Neither I nor any other partner, counsel, associate, other employee of or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the partners and employees of the Firm.

6. Neither I nor any other partner, counsel, associate, other employee of or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which Firm is to be employed.

7.  The Debtors owe the Firm $134,720.78 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532.[1]

8.  I understand that this Declaration will not suffice as the Firm's proof of claim.

9.  As of April 29, 2014, which was the date on which the Debtors commenced these chapter 11 cases, the Firm was not party to an agreement for indemnification with certain of the Debtors.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 10, 2014

_____
Joseph C. Stanko

---

[1] The Firm is holding a pre-petition advanced payment in the amount of $25,000 provided by the Debtors with respect to a particular matter on which the Debtors have engaged the Firm, and the Firm intends to apply a portion of the advanced payment to the amount owed for pre-petition services with respect to that matter upon the Firm's retention as an ordinary course professional in these bankruptcy cases.