## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, <u>et al.</u>, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 804** |

## <u>AMENDED NOTICE OF DEPOSITION</u>

TO: Energy Future Holdings Corporation and the above-captioned debtors (together, the "Debtors"), c/o Richards Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, DE 19801 and Kirkland & Ellis LLP, Attention Richard M. Cieri, 601 Lexington Avenue, New York, NY 10022.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure (the "<u>Federal Rules</u>"), made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and the Local Rules of the United States District Court for the District of Delaware (the "<u>Delaware Rules</u>"), made applicable hereto pursuant to the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens ("<u>WSFS</u>"), by and through their counsel, shall take the deposition upon oral examination of the above-captioned Debtors in connection with the *Motion of Energy Future Holdings Corp., et al., for Entry of an order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay* (the "<u>RSA Assumption Motion</u>") [Docket No. 505], filed May 16, 2014.

The deposition shall be conducted at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York 10036, on June 25, 2014 at 10:00 a.m. The deposition will be taken before an authorized court reporter or other officer authorized by law to administer oaths, will be recorded by stenographic means and may be videotaped.

Pursuant to Federal Rule 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

### DEPOSITION TOPICS[1]

1.   The RSA Assumption Motion, and the relief requested therein.

2.   The Proposed RSA and the Term Sheet.

3.   The negotiation of the Proposed RSA and the Term Sheet.

4.   Any Alternative Restructuring Transactions considered by the TCEH Debtors.

5.   The TCEH Tax-Free Spin-Off Transaction.

6.   The TCEH Debtors' assessment, evaluation, consideration, or analysis of the claims or causes of action that would be compromised or released under the Proposed RSA or transactions contemplated thereunder.

7.   The TCEH Debtors assessment, evaluation, consideration, or analysis of the tax implications of the transactions contemplated under the Proposed RSA and any Alternative Transaction.

8.   The TCEH Debtors' assertion that assumption of the Proposed RSA is an exercise of reasonable business judgment under Bankruptcy Code Section 365(a).

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Ad Hoc Group of TCEH Unsecured Noteholders' Second Set of Requests for Production to the Debtors Pursuant to Rules 7026 and 7034, dated May 19, 2014, in connection with the RSA Assumption Motion.

{00867023;v1 }                                        2

9.      The TCEH Debtors' assessment, evaluation, consideration, or analysis of the value of the assets comprising the Debtors' estates.

10.     Any Documents upon which Debtors rely or intend to rely in connection with the RSA Assumption Motion.

Dated: Wilmington, Delaware            Respectfully submitted,
        June 13, 2014

                                       **ASHBY & GEDDES, P.A.**

                                       By: _____
                                           William P. Bowden (I.D. No. 2553)
                                           Gregory A. Taylor (I.D. No. 4008)
                                           Stacy L. Newman (I.D. No. 5044)
                                           500 Delaware Avenue
                                           P.O. Box 1150
                                           Wilmington, Delaware 19899
                                           Telephone: (302) 654-1888
                                           Facsimile: (302) 654-2067

                                           - and –

                                           BROWN RUDNICK LLP
                                           Edward S. Weisfelner (admitted pro hac vice)
                                           Aaron B. Lauchheimer (admitted pro hac vice)
                                           Seven Times Square
                                           New York, New York 10036
                                           Telephone: (212) 209-4800
                                           Facsimile: (212) 209-4801

                                           - and –

                                           Jeffrey L. Jonas (admitted pro hac vice)
                                           Jeremy B. Coffey (admitted pro hac vice)
                                           James W. Stoll (admitted pro hac vice)
                                           One Financial Center
                                           Boston, Massachusetts 02111
                                           Telephone: (617) 856-8200
                                           Facsimile: (617) 856-8201

                                           *Counsel to Wilmington Savings Fund
                                           Society, FSB, solely in its capacity as successor
                                           Indenture Trustee for the Second Liens*