IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF SERVICE OF "DEBTORS' FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS TO CSC TRUST COMPANY OF DELAWARE, THE AD HOC GROUP OF EFIH FIRST LIEN NOTEHOLDERS, COMPUTERSHARE TRUST COMPANY, N.A. AND COMPUTERSHARE TRUST COMPANY OF CANADA, AND THE AD HOC GROUP OF SECOND LIEN NOTEHOLDERS CONCERNING THE EFIH SECOND LIEN DIP MOTION AND EFIH SECOND LIEN SETTLEMENT MOTION"**

PLEASE TAKE NOTICE that, on the 11th and 12th days of June, 2014, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a copy of **Debtors' First Set of Interrogatories and Document Requests to CSC Trust Company of Delaware, the Ad Hoc Group of EFIH First Lien Noteholders, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, and the Ad Hoc Group of Second Lien Noteholders Concerning the EFIH Second Lien DIP Motion and EFIH Second Lien Settlement Motion** to be served on the following counsel of record as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10408073v.1

<u>**VIA EMAIL AND FEDERAL EXPRESS**</u>

D. Ross Martin
ROPES & GRAY LLP
800 Boylston Street Prudential Tower
Boston, Massachusetts 02199
E-mail:  Ross.Martin@ropesgray.com

John Morris
PACHULSKI STANG ZIEHL
  & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
E-mail:  jmorris@pszjlaw.com

<u>**VIA EMAIL AND FEDERAL EXPRESS**</u>

Warren A. Usatine
COLE, SHOTZ, MEISEL, FORMAN
  & LEONARD, P.A.
25 Main Street
Hackensack, New Jersey 07601
E-mail:  wusatine@coleschotz.com

Gregory A. Horowitz
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
E-mail:  ghorowitz@kramerlevin.com

Dated:  June 13, 2014
        Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
              edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

3

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession