Jason R. Searcy
SBN 17953500
Joshua P. Searcy
SBN 24053468
Callan Clark Searcy
SBN 24075523
SEARCY & SEARCY, P.C.
P. O. Box 3929
Longview, Texas 75606
Tel. 903/757-3399
Fax. 903/757-9559

Counsel for D. Courtney Construction, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| § | | |
| ENERGY FUTURE HOLDINGS CORP., et al[1] § | | Case No. 14-10979 (CSS) |
| § | | |
| Debtors. § | | (Jointly Administered) |
| § | | |

## WITHDRAWAL OF REQUEST FOR SERVICE OF NOTICES BY PAPER

**TO ALL INTERESTED PARTIES:**

**COMES NOW, D. COURTNEY CONSTRUCTION, INC.** and files this its

WITHDRAWAL of its former Request for Service of Notices [DKT # 728] as a pre-petition

creditor in the above-referenced matter, and pursuant to Bankruptcy Rules 2002 and 3017

respectfully requests that the hereinbelow attorney for D. Courtney Construction, Inc., be

removed from the service list to receive paper notices in these proceedings:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

>D. Courtney Construction, Inc.
>c/o Searcy & Searcy, P.C.
>P. O. Box 3929
>Longview, Texas 75606

DATED June 12, 2014.

>Respectfully submitted,
>
>*SEARCY & SEARCY, P.C.*
>
>/S/ Joshua P. Searcy
>JASON R. SEARCY
>State Bar No. 17953500
>Email: jsearcy@jrsearcylaw.com
>JOSHUA P. SEARCY
>State Bar No. 24053468
>Email: joshsearcy@jrsearcylaw.com
>CALLAN CLARK SEARCY
>State Bar No. 24075523
>Email: ccsearcy@jrsearcylaw.com
>P. O. Box 3929
>Longview, TX  75606
>903/757-3399 PHONE
>903/757-9559 FAX
>
>ATTORNEYS FOR D. COURTNEY CONSTRUCTION, INC.

Searcy & Searcy P.C.
Joshua P. Searcy
P.O. Box 3929
Longview, TX  75606

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  Energy Future Holdings Corp. etal | CASE NO: 14-10979 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 6/13/2014, I did cause a copy of the following documents, described below,

Withdrawal of Request for Service of Notices by Paper,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 6/13/2014

/s/ Joshua P. Searcy
Joshua P. Searcy  24053468
Searcy & Searcy P.C.
P.O. Box 3929
Longview, TX  75606
903 757 3399
dawncs@jrsearcylaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Energy Future Holdings Corp. etal | CASE NO: 14-10979 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 6/13/2014, a copy of the following documents, described below,

Withdrawal of Request for Service of Notices by Paper,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/13/2014

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Searcy & Searcy P.C.
Joshua P. Searcy
P.O. Box 3929
Longview, TX 75606

| LABEL MATRIX FOR LOCAL NOTICING<br>0311-1<br>CASE 14-10979-CSS<br>DISTRICT OF DELAWARE<br>DELAWARE<br>FRI JUN 13 12-41-49 EDT 2014 | AD HOC GROUP OF EFH LEGACY NOTEHOLDERS<br>THE HOGAN FIRM<br>1311 DELAWARE AVENUE<br>WILMINGTON DE 19806-4717 | AMERICAN STOCK TRANSFER & TRUST<br>CO LEE HARRINGTON<br>NIXON PEABODY LLP<br>100 SUMMER ST<br>BOSTON MA 02110-1969 |
| --- | --- | --- |
| ANGELINA COUNTY<br>CO JOHN P. DILLMAN<br>POST OFFICE BOX 3064<br>HOUSTON TX 77253-3064 | AUTOMATIC SYSTEMS INC.<br>9230 E. 47TH STREET<br>KANSAS CITY MO 64133-1897 | BNSF RAILWAY COMPANY<br>ATTN- JASON SPENCER<br>3001 LOU MENK DRIVE<br>FORT WORTH TX 76131-2800 |
| BP AMERICA PRODUCTION COMPANY<br>501 WESTLAKE PARK BLVD.<br>HOUSTON TX 77079-2604 | BRAKE SUPPLY COMPANY INC.<br>THE HOGAN FIRM<br>1311 DELAWARE AVENUE<br>WILMINGTON DE 19806-4717 | CHICAGO BRIDGE & IRON COMPANY N.V.<br>4171 ESSEN LANE<br>BATON ROUGE LA 70809-2157 |
| CITY OF FORT WORTH<br>1000 THROCKMORTON STREET<br>FORT WORTH TX 76102-6311 | D. COURTNEY CONSTRUCTION INC.<br>DBA COURTNEY CONSTRUCTION INC.<br>2617 US HWY 79 N<br>CARTHAGE TX 75633-4466 | DEVON ENERGY CORPORATION<br>CO CROWE & DUNLEVY P.C.<br>20 NORTH BROADWAY<br>SUITE 1800<br>OKLAHOMA CITY OK 73102-9213 |
| DALLAS COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSONLLP<br>CO ELIZABETH WELLER<br>2777 N. STEMMONS FRWY<br>SUITE 1000<br>DALLAS TX 75207-2328 | EMC CORPORATION<br>%RECEIVABLE MANAGEMENT SERVICES<br>ATTN- RONALD ROWLAND ESQ.<br>307 INTERNATIONAL CIRCLE SUITE 270<br>HUNT VALLEY MD 21030-1322 | ENERGY FUTURE HOLDINGS CORP.<br>ENERGY PLAZA<br>1601 BRYAN STREET<br>DALLAS TX 75201-3483 |
| EPIQ BANKRUPTCY SOLUTIONS LLC<br>WWW.EPIQSYSTEMS.COM<br>757 THIRD AVE<br>THIRD FLOOR<br>NEW YORK NY 10017-2013 | FLSMIDTH INC.<br>2040 AVENUE C<br>BETHLEHEM PA 18017-2118 | FORT BEND COUNTY<br>CO JOHN P. DILLMAN<br>POST OFFICE BOX 3064<br>HOUSTON TX 77253-3064 |
| HARRIS & DICKEY LLC<br>4127 WYCLIFF AVE<br>DALLAS TX 75219-3005 | HARRIS COUNTY<br>CO JOHN P. DILLMAN<br>POST OFFICE BOX 3064<br>HOUSTON TX 77253-3064 | KINDER MORGAN TEJAS PIPELINE LLC<br>LAW OFC PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE CT.<br>NAVASOTA TX 77868-6981 |
| KINDER MORGAN TEXAS PIPELINE LLC<br>LAW OFC PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE CT.<br>NAVASOTA TX 77868-6981 | LIQUIDITY SOLUTIONS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK NJ 07601-6205 | LOWER COLORADO RIVER AUTHORITY<br>LEGAL SERVICES<br>P. O. BOX 220<br>AUSTIN TX 78767-0220 |
| LOWER COLORADO RIVER AUTHORITY<br>LEGAL SERVICES<br>P. O. BOX 220<br>AUSTIN TX 78767-0220 | MARTIN ENGINEERING COMPANY<br>CO DAVID D. FARRELL ESQ.<br>THOMPSON COBURN LLP<br>ONE US BANK PLAZA<br>ST. LOUIS MO 63101-1693 | MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 |

| | | |
|---|---|---|
| ORACLE AMERICA INC.<br>BUCHALTER NEMER PC<br>CO SHAWN M. CHRISTIANSON<br>55 2ND ST. 17TH FLOOR<br>SAN FRANCISCO CA 94105-3493 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET NW<br>WASHINGTON DC 20005-4026 | PINNACLE TECHNICAL RESOURCES INC.<br>5501 LYNDON B JOHNSON FWY STE 600<br>DALLAS TX 75240-6343 |
| PROPERTY TAX PARTNERS<br>2525 RIDGMAR BLVD.<br>STE. 150<br>FORT WORTH TX 76116-4513 | PUBLIC UTILITY COMMISSION OF TEXAS<br>ATTORNEY GENERAL OF TEXAS<br>P.O. BOX 12548<br>MC008<br>AUSTIN TX 78711-2548 | ROMCO EQUIPMENT CO.<br>GARDERE WYNNE SEWELL LLP<br>ATTN- JOHN MELKO<br>1000 LOUISIANA STE. 3400<br>HOUSTON TX 77002-5011 |
| RAILROAD COMMISSION OF TEXAS<br>CO TEXAS ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548 MC-008<br>AUSTIN TX 78711-2548 | RANGER EXCAVATING LP<br>CO STEPHEN SAKONCHICK II<br>6502 CANON WREN DRIVE<br>AUSTIN TX 78746-3800 | RED BALL OXYGEN COMPANY<br>CO JONATHAN L. HOWELL<br>REGENCY PLAZA<br>3710 RAWLINS STREET SUITE 1600<br>DALLAS TX 75219-4258 |
| SAP INDUSTRIES INC.<br>CO BROWN & CONNERY LLP<br>ATTN- DONALD K. LUDMAN ESQUIRE<br>6 N. BROAD STREET<br>SUITE 100<br>WOODBURY NJ 08096-4635 | SIEMENS POWER GENERATION INC.<br>CO SUNDEEP S. SIDHU ESQ.<br>420 S. ORANGE AVENUE SUITE 1200<br>ORLANDO FL 32801-4904 | SOMERVELL COUNTY ET AL<br>CO ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER ET AL<br>PO BOX 13430<br>ARLINGTON TX 76094-0430 |
| SONAR CREDIT PARTNERS III LLC<br>200 BUSINESS PARK DRIVE<br>SUITE 201<br>ARMONK NY 10504-1751 | TARGA GAS MARKETING LLC<br>LAW OFC PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE CT.<br>NAVASOTA TX 77868-6981 | TARRANT COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>CO ELIZABETH WELLER<br>2777 N. STEMMONS FRWY<br>SUITE 1000<br>DALLAS TX 75207-2328 |
| TEXAS AD VALOREM TAXING JURISDICTIONS<br>CO LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269 | TEXAS COMMISSION ON ENVIRONMENTAL<br>CO OFFICE OF THE TEXAS ATTORNEY<br>P. O. BOX 12548<br>AUSTIN TX 78711-2548 | THE RICHARDS GROUP INC.<br>CO THE HOGAN FIRM<br>1311 DELAWARE AVENUE<br>WILMINGTON DE 19806-4717 |
| THYSSENKRUPP ELEVATOR CORPORATION<br>CO CST CO<br>POB 224768<br>DALLAS TX 75222-4768 | TITUS COUNTY FRESH WATER SUPPLY<br>ANDREWS KURTH LLP<br>111 CONGRESS AVE.<br>SUITE 1700<br>AUSTIN TX 78701-4069 | TRAVIS COUNTY<br>CO KAY D. BROCK<br>P.O. BOX 1748<br>AUSTIN TX 78767-1748 |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN- JENNIE L. ANDERSON<br>1400 DOUGLAS STREET<br>STOP 1580<br>OMAHA NE 68179-0002 | UNITED STATES (ON BEHALF OF NRC)<br>P.O. BOX 7611<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-7611 | UNITED STATES OF AMERICA<br>U.S. DEP'T OF JUSTICE CIVIL DIVISI<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0875 |
| WESTINGHOUSE ELECTRIC COMPANY LLC<br>1000WESTINGHOUSE DRIVE<br>CRANBERRY TOWNSHIP PA 16066-5228 | ~~U.S. BANKRUPTCY COURT~~<br>~~824 MARKET STREET 3RD FLOOR~~<br>~~WILMINGTON DE 19801~~ | ABB INC.<br>CO GEORGE SANDERSON III<br>ELLIS & WINTERS LLP<br>POST OFFICE BOX 33550<br>RALEIGH NORTH CAROLINA 27636-3550 |

| | | |
|---|---|---|
| ABB INC.<br>CO LAUREN GOLDEN<br>ELLIS & WINTERS LLP<br>POST OFFICE BOX 33550<br>RALEIGH NORTH CAROLINA 27636-3550 | ALLEN SHRODE<br>CO STREUSAND LANDON & OZBURN LLP<br>811 BARTON SPRINGS RD. STE. 811<br>AUSTIN TEXAS 78704-1166 | BNSF RAILWAY COMPANY<br>ATTN- JASON SPENCER<br>3001 LOU MENK DRIVE<br>FORTH WORTH TX 76131-2800 |
| CAM-AIR LLC<br>23210 US HIGHWAY 98<br>SUITE A<br>FAIRHOPE AL 36532-6356 | CON-WAY FREIGHT<br>CO RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM MD 21094-5126 | D. COURTNEY CONSTRUCTION INC.<br>2617 US HWY 79 N<br>CARTHAGE TX 75633-4466 |
| EMC CORPORATION<br>CO RECEIVABLE MANAGEMENT SERVICES<br>ATTN- RONALD L. ROWLAND AGENT<br>307 INTERNATIONAL CIRCLE STE.270<br>HUNT VALLEY MD 21030-1322 | FALLS COUNTY<br>CO DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 | FRANKLIN ISD<br>CO DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 |
| INVENSYS SYSTEMS INC.<br>JENNIFER V. DORAN ESQ.<br>HINCKLEY ALLEN & SNYDER LLP<br>28 STATE STREET<br>BOSTON MA 02109-1776 | LEE COUNTY<br>CO DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 | LIMESTONE COUNTY<br>CO DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 |
| MARTIN ENGINEERING COMPANY<br>CO DAVID D. FARRELL ESQ.<br>THOMPSON COBURN LLP<br>ONE US BANK PLAZA<br>ST. LOUIS MISSOURI 63101-1693 | MCLENNAN COUNTY<br>CO DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 | MECHANICAL DYNAMICS & ANALYSIS LTD.<br>19 BRITISH AMERICAN BLVD.<br>LATHAM NY 12110 |
| NUECES COUNTY<br>CO DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 | RANGER EXCAVATING LP<br>CO STEPHEN SAKONCHICK II P.C.<br>6502 CANON WREN DRIVE<br>AUSTIN TEXAS 78746-3800 | RANGER EXCAVATING LP<br>CO STEPHEN SAKONCHICK II<br>STEPHEN SAKONCHICK II P.C.<br>6502 CANON WREN DRIVE<br>AUSTIN TEXAS 78746-3800 |
| ROBERT'S COFFEE & VENDING SERVICES LLC<br>343 JOHNNY CLARK ROAD<br>LONGVIEW TX 75603-4303 | ROBERTSON COUNTY<br>CO DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 | ROUND ROCK ISD<br>CO DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN- JENNIE L. ANDERSON<br>1400 DOUGLAS STREET STOP 1580<br>OMAHA NEBRASKA 68179-0002 | UNITED STATES TRUSTEE<br>844 KING STREET ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19801-3519 | WALNUT SPRINGS ISD<br>CO DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 |
| WILLIAM E. KELLEHER JR.<br>COHEN & GRIGSBY P.C.<br>625 LIBERTY AVENUE<br>PITTSBURGH PA 15222-3152 | ALLEN SHRODE<br>CO STREUSAND LANDON & OZBURN LLP<br>811 BARTON SPRINGS ROAD<br>SUITE 811<br>AUSTIN TX 78704-1166 | ANDREW MCGAAN<br>KIRKLAND & ELLIS LLP<br>300 NORTH LASALLE<br>CHICAGO IL 60654-5412 |

| | | |
|---|---|---|
| BRIAN SCHARTZ<br>CO KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022-4643 | BRIDGET K. O'CONNOR<br>KIRKLAND & ELLIS LLP<br>655 FIFTEENTH STREET N.W.<br>WASHINGTON DC 20005-5793 | CHAD J. HUSNICK<br>KIRKLAND & ELLIS LLP<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654-5412 |
| DANIEL J. DEFRANCESCHI<br>RICHARDS LAYTON & FINGER<br>ONE RODNEY SQUARE P.O. BOX 551<br>WILMINGTON DE 19899-0551 | DAVID R. DEMPSEY<br>KIRKLAND & ELLIS LLP<br>655 FIFTEENTH STREET N.W.<br>WASHINGTON DC 20005-5793 | EDWARD O. SASSOWER<br>KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022-4643 |
| JAMES H.M. SPRAYREGEN<br>KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022-4643 | JASON M. MADRON<br>RICHARDS LAYTON & FINGER P.A.<br>ONE RODNEY SQUARE<br>P.O. BOX 551<br>WILMINGTON DE 19899-0551 | JASON M. MADRON<br>RICHARDS LAYTON & FINGER LLP<br>ONE RODNEY SQUARE<br>P.O. BOX 551<br>WILMINGTON DE 19899-0551 |
| MARK D. COLLINS<br>RICHARDS LAYTON & FINGER P.A.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801-3300 | MARK E. MCKANE ESQ.<br>KIRKLAND & ELLIS LLP<br>555 CALIFORNIA STREET<br>SAN FRANCISCO CA 94104-1603 | MARY ANN KILGORE<br>UNION PACIFIC RAILROAD COMPANY<br>1400 DOUGLAS STREET<br>STOP 1580<br>OMAHA NB 68179-0002 |
| RICHARD M. CIERI<br>KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022-4643 | STEPHEN E. HESSLER<br>KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022-4643 | STEVEN N. SERAJEDDINI<br>KIRKLAND & ELLIS LLP<br>300 NORTH LASALLE<br>CHICAGO IL 60654-5412 |
| TYLER D. SEMMELMAN<br>RICHARDS LAYTON & FINGER P.A.<br>920 N. KING STREET<br>WILMINGTON DE 19801-3301 | WILLIAM A. ROMANOWICZ<br>RICHARDS LAYTON & FINGER P.A.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON XX 19801-3300 | WILLIAM T. PRUITT<br>KIRKLAND & ELLIS LLP<br>300 NORTH LASALLE<br>CHICAGO IL 60654-5412 |