# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., et al | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors | ) | Jointly Administered |
|  | ) |  |

## NOTICE OF FILING OF CHANGE OF ADDRESS

Please take notice that the address for ConocoPhillips Company and/or ConocoPhillips is:

ConocoPhillips Company
Attn: Renita King
600 N. Dairy Ashford, Suite ML 1080
Houston, Texas 77079
Fax: 281-293-1954

Please update the service list accordingly.

Respectfully submitted,

Melissa G Woods
ConocoPhillips Company, Legal Specialist
600 N. Dairy Ashford, Suite ML 1128
Houston, Texas 77079
Melissa.g.woods@cop.com