IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>　　　　Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) |

## NOTICE OF DEPOSITION OF ANTHONY R. HORTON

**TO:** Anthony R. Horton, Energy Future Holdings Corporation and the above captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801 and Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the above-captioned matter by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, CSC Trust Company of Delaware ("CSC Trust"), as Indenture Trustee (the "10% Indenture Trustee") for the 10% Senior Secured Notes Due 2020 (the "10% First Lien Notes") issued under the Indenture dated as of August 17, 2010 (together with all supplements, amendments, and exhibits, the "10% Indenture") between Energy Future Intermediate Holdings ("EFIH"), EFIH Finance Inc. ("EFIH Finance", and together with EFIH, the "EFIH Debtors") and CSC Trust (as successor to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

The Bank of New York Mellon Trust Company, N.A.), by and through its undersigned counsel, will take the deposition upon oral examination of **Anthony R. Horton** on **June 24, 2014** at **9:30 a.m. (Eastern)** at the offices of Cole, Schotz, Meisel, Forman & Leonard P.A., 900 Third Avenue, 16th Floor, New York, New York 10022 or at such other time and place as may be agreed by counsel. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped and shall continue from day to day until it has been completed.

**PLEASE TAKE FURTHER NOTICE** that the scope of the deposition shall be limited to the relief requested in the motions identified in the May 28, 2014 Re-Notice of Motions and Hearing [D.I. 626] to the extent that such relief is proceeding at the hearing commencing June 30, 2014.

Dated: June 13, 2014

      COLE, SCHOTZ, MEISEL,
      FORMAN & LEONARD, P.A.

| | |
|---|---|
| /s/ *illegible signature* | |
| Norman L. Pernick (No. 2290) | Warren A. Usatine |
| J. Kate Stickles (No. 2917) | 25 Main Street, |
| 500 Delaware Avenue, Suite 1410 | P.O. Box 800 |
| Wilmington, DE 19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile: 302-652-3117 | Facsimile: 201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |
| | |
| ROPES & GRAY LLP | |
| Mark R. Somerstein | D. Ross Martin |
| Keith H. Wofford | Andrew G. Devore |
| 1211 Avenue of the Americas | Prudential Tower |
| New York, NY 10036-8704 | 800 Boylston Street |
| Telephone: 212-596-9000 | Boston, MA 02199-3600 |
| Facsimile: 212-596-9090 | Telephone: 617-951-7000 |
| Mark.Somerstein@ropesgray.com | Facsimile: 617-951-7050 |
| Keith.Wofford@ropesgray.com | Ross.Martin@ropesgray.com |
| | Andrew.Devore@ropesgray.com |

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for CSC Trust Company of Delaware, as successor indenture trustee*

3