## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### NOTICE OF SERVICE OF "DEBTORS' RESPONSES AND OBJECTIONS TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULES 7026 AND 7034"

PLEASE TAKE NOTICE that, on the 13th day of June, 2014, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a copy of **Debtors' Responses and Objections to Ad Hoc Group of TCEH Unsecured Noteholders' Second Set of Requests for Production of Documents Pursuant to Rules 7026 and 7034** to be served on the following counsel of record as follows:

**VIA EMAIL AND FEDERAL EXPRESS**

Gregory M. Starner
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
E-mail:    gstarner@whitecase.com

Anthony Princi
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
E-mail:    aprinci@mofo.com

**VIA EMAIL AND FEDERAL EXPRESS**

Jeffrey M. Schlerf, Esq.
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899
E-mail:    jschlerf@foxrothschild.com

James W. Stoll
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
E-mail:    jstoll@brownrudnick.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated:  June 13, 2014
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
              edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini  (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession