IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Energy Future Holdings Corp., et al.,

Debtors.

Chapter 11

Case No. 14-10979 (CSS)

(Jointly Administered)

### NOTICE OF DEPOSITION

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the Official Committee of Unsecured Creditors (the "Creditors Committee"), through its attorneys, will take the deposition upon oral examination of the Debtors relating to (1) *Motion of Energy Future Holdings Corp., et al., For Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment*, filed May 15, 2014 [Docket No. 472] ("Settlement Motion"), and (2) *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. For Entry of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims,(C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment,(E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter and (F) Modifying the Automatic Stay*, filed May 15, 2014 [Docket No 477] on **June 20, 2014**, at 9:30 a.m. (Prevailing Eastern Time), at the

offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

## RULE 30(B)(6) DEPOSITION TOPICS

1. All topics listed in the Notice of Deposition pursuant served on the Debtors by the Indenture Trustee for the EFIH Second Lien Notes [Docket No. 826].

2. The terms and negotiation of the "Oncor TSA," as that term is defined in paragraph 23 of the Settlement Motion.

3. The terms and negotiation of the "Oncor TSA Amendment", as that term is defined in paragraph 33 of the Settlement Motion.

4. The financial and tax ramifications of the Oncor TSA Amendment.

Dated: Wilmington, Delaware
       June 13, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
Samantha Martin
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
       brettmiller@mofo.com
       lmarinuzzi@mofo.com
       tgoren@mofo.com
       smartin@mofo.com

    -and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
       jedelson@polsinelli.com
       skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*

ny-1146990