IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF DEPOSITION

**TO:** Energy Future Holdings Corporation and the above captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801 and Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the above-captioned matter by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, CSC Trust Company of Delaware ("CSC Trust"), as Indenture Trustee (the "10% Indenture Trustee") for the 10% Senior Secured Notes Due 2020 (the "10% First Lien Notes") issued under the Indenture dated as of August 17, 2010 (together with all supplements, amendments, and exhibits, the "10% Indenture") between Energy Future Intermediate Holdings ("EFIH"), EFIH Finance Inc. ("EFIH Finance", and together with EFIH, the "EFIH Debtors") and CSC Trust (as successor to The Bank of New York Mellon Trust Company, N.A.), by and through its undersigned

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

counsel, will take the deposition upon oral examination of the Debtors on **June 20, 2014** at **9:30 a.m. (Eastern)** at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, relating to the relief requested in the motions identified in the May 28, 2014 Re-Notice of Motions and Hearing [D.I. 626] to the extent that such relief is proceeding at the hearing commencing June 30, 2014. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped and shall continue from day to day until it has been completed.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

## RULE 30(B)(6) TOPICS

1. All topics listed in the Notice of Deposition served on the Debtors by the Indenture Trustee for the EFIH Second Lien Notes [D.I. 826].

2. All topics listed in the Notice of Deposition served on the Debtors by the Official Committee of Unsecured Creditors [D.I. 965].

3. The identity of, and communications with, potential parties that are not signatories to the Restructuring Support and Lock-Up Agreement (the "RSA") that may be assigned EFIH Second Lien DIP Loans and/or equity in EFH as contemplated by the RSA.

4. The mechanics of effectuating (i) the payoff for non-settling holders of EFIH Second Lien Notes, (ii) the tender for settling holders of EFIH Second Lien Notes,

and (iii) payment to parties to the RSA on account of EFIH Second Lien Notes held by such parties.

5. Valuation of, and any alleged setoff claims against, the notes issued by EFH and held by EFIH.

Dated: June 16, 2014

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

/s/ Norman L. Pernick
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
25 Main Street,
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

ROPES & GRAY LLP
Mark R. Somerstein
Keith H. Wofford
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Mark.Somerstein@ropesgray.com
Keith.Wofford@ropesgray.com

D. Ross Martin
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for CSC Trust Company of Delaware, as successor indenture trustee*

3