# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 466, 505, 635, 645, 739, 854, 862 |

## CERTIFICATION OF COUNSEL REGARDING (THIRD) ORDER EXTENDING THE DEBTORS' TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS

The undersigned hereby certifies as follows:

1. On May 14, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs* [D.I. 466] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Pursuant to the Motion, the Debtors requested relief to, among other things, file their schedules of assets and liabilities, schedules of current and income and expenditures, schedules of executory contracts and unexpired leases and statement of financial affairs (collectively, the "Schedules and Statements") on or before June 30, 2014.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10411731v.2

2. Pursuant to the notice filed with the Motion, objections, if any, to the Motion were due by no later than May 29, 2014 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline").

3. On May 29, 2014, prior to the Objection Deadline, the following responsive pleadings were filed: (a) the *Reservation of Rights of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al. Regarding the Motion of Energy Future Holdings Corp., et al. for Entry of an Order Extending the Debtors' Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs* [D.I. 635], filed by the official committee of unsecured creditors appointed in these chapter 11 cases (the "Committee"); and (b) the *Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Time to File Schedules of Assets and Liabilities, Schedules of Current Income ad Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs* [D.I. 645], filed by an ad-hoc group of unsecured noteholders (the "Ad-Hoc TCEH Unsecured Group").

4. On June 3, 2014, the Debtors filed the *Debtors' Omnibus Reply to the Ad Hoc Group of TCEH Unsecured Noteholders' Remaining Objections to Certain First-Day and Second Day Motions* [D.I. 739].

5. On June 6, 2014, the Court held a hearing (the "Hearing") with respect to, among other things, the Motion. At the Hearing, the Court held that, to the extent the Debtors intend to go forward with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the*

*Automatic Stay* [D.I. 505] (the "RSA Assumption Motion") on June 30, 2014, the Debtors are required to file their Schedules and Statements by no later than June 20, 2014. However, the Court also ruled that to the extent consideration of the RSA Assumption Motion is continued to the July 18, 2014 omnibus hearing, the Court will grant the Debtors until June 30, 2014 to file the Schedules and Statements. On June 6, 2014, the Court entered two bridge orders [D.I. 854 & 862] together extending the Debtors' time to file their Schedules and Statements to June 16, 2014.

6. The Debtors have conferred with all parties to the Restructuring Support Agreement (as defined in the RSA Assumption Motion), counsel to the Committee, counsel to the Ad-Hoc TCEH Unsecured Group and the Office of the United States Trustee (the "UST"), and have agreed to adjourn the RSA Assumption Motion to the July 18, 2014 omnibus hearing. Accordingly, consistent with the Court's ruling at the Hearing, the Debtors respectfully request that the Court enter the proposed form of order attached hereto as Exhibit A (the "Revised Order"), extending the deadline by which the Debtors must file the Schedules and Statements through and including June 30, 2014. The Revised Order has been circulated, and is acceptable, to the parties to the Restructuring Support Agreement, the Committee, the Ad-Hoc TCEH Unsecured Group and the UST. For the convenience of the Court and all parties in interest, a blackline of the Revised Order against the proposed form of order attached to the Motion is attached hereto as Exhibit B.

RLF1 10411731v.2

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order, attached hereto as Exhibit A, at the Court's earliest convenience on or before June 16, 2014.

Dated: June 16, 2014
       Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
      edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession