**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) <u>Re: D.I. 466, 635, 645, 739, 854, 862</u> |

<u>(THIRD) ORDER EXTENDING THE DEBTORS' TIME TO FILE SCHEDULES
OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME
AND EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS</u>

Upon the motion, dated May 15, 2014 [D.I. 466] (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") extending the time period to file their Schedules and Statements, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

hearing on the Motion under the circumstances; and the Court having reviewed the limited objection [D.I. 645] of the ad hoc group of TCEH Unsecured Noteholders (the "Limited Objection"); and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the hearing before the Court on the Motion (the "Hearing"); and the Court having previously entered orders (see D.I. 854, 862) together extending the Debtors' deadline to file their Schedules and Statements through and including June 16, 2014; and the Court having reviewed the certifications of counsel set forth in the *Certification of Counsel Regarding (Third) Order Extending the Debtors' Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs* [D.I. 972]; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and the Court having ~~overruled~~ (i) considered the objections raised in the Limited Objection ~~for the reasons stated on the record at the Hearing~~, and (ii) required, as a condition to the granting of the relief requested in the Motion, that the hearing on the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay* [D.I. 505] (originally scheduled for June 30, 2014) be adjourned to a date not earlier than ten (10) days following the date of the filing of the Debtors' Schedules and Statements; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as forth herein.

2. Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rules 1007(c) and 9006(b), the time by which the Debtors shall file their Schedules ~~is extended by an~~

~~additional seven (7) days beyond the 9-day extension provided for pursuant to Local Bankruptcy Rule 1007-1(b), to~~ and Statements is hereby further extended through and including June ~~16~~30, 2014.

3. Such extension is without prejudice to the Debtors' right to request a further extension.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: June _____, 2014
       Wilmington, Delaware

~~Dated: _____, 2014~~

                                                  THE HONORABLE CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE

| Comparison Details | |
|---|---|
| Title | **pdfDocs compareDocs Comparison Results** |
| Date & Time | 6/16/2014 1:07:48 PM |
| Comparison Time | 0.92 seconds |
| compareDocs version | v3.4.4.72 |

| Sources | |
|---|---|
| Original Document | [#10410153] [v1] EFH - Original Order Extending Deadline to File Schedules and Statements.docx |
| Modified Document | [#10411267] [v1] EFH - Revised Order Extending Deadline to File Schedules and Statements.docx |

| Comparison Statistics | |
|---|---|
| Insertions | 6 |
| Deletions | 4 |
| Changes | 11 |
| Moves | 0 |
| TOTAL CHANGES | 21 |

| Word Rendering Set Markup Options | |
|---|---|
| Name | Standard |
| Insertions | |
| ~~Deletions~~ | |
| Moves / ~~Moves~~ | |
| Inserted cells | |
| Deleted cells | |
| Merged cells | |
| Formatting | Color only. |
| Changed lines | Mark left border. |
| Comments color | ByAuthor |
| Balloons | False |

| compareDocs Settings Used | Category | Option Selected |
|---|---|---|
| Open Comparison Report after Saving | General | Always |
| Report Type | Word | Track Changes |
| Character Level | Word | False |
| Include Headers / Footers | Word | True |
| Include Footnotes / Endnotes | Word | True |
| Include List Numbers | Word | True |
| Include Tables | Word | True |
| Include Field Codes | Word | True |
| Include Moves | Word | True |
| Show Track Changes Toolbar | Word | True |
| Show Reviewing Pane | Word | False |
| Update Automatic Links at Open | Word | False |
| Summary Report | Word | End |
| Include Change Detail Report | Word | Separate |
| Document View | Word | Print |
| Remove Personal Information | Word | False |