**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that on the 16th day of June, 2014, true and correct copies of the Responses and Objections of the Ad Hoc Group of EFH Legacy Noteholders' to Debtors' First Set of Interrogatories and Document Requests were served via Electronic Mail upon the following:

KIRKLAND & ELLIS LLP

Richard M. Cieri- richard.cieri@kirkland.com
Edward O. Sassower- esassower@kirkland.com
Stephen E. Hessler- Stephen.hessler@kirkland.com
Brian Schartz- bschartz@kirkland.com
James H.M. Sprayregen- james.sprayregen.@kirkland.com
601 Lexington Avenue
New York, NY 10022-4611

RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins- Collins@rlf.com
Daniel J. DeFranceschi- defranceschi@rlf.com
Jason M. Madron- madron@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

KIRKLAND & ELLIS LLP

Chad J. Husnick- chusnick@kirkland.com
Steven N. Serajeddini- steven.serajeddini@kirkland.com
300 North LaSalle St.
Chicago, IL 60654

Dated: June 16, 2014
      Wilmington, Delaware

                              THE HOGAN FIRM

By:   */s/Garvan F. McDaniel*
       Garvan F. McDaniel, Esq. (DE #4167)
       1311 Delaware Avenue
       Wilmington, Delaware 19806
       Telephone:  (302) 656-7540
       Facsimile:  (302) 656-7599
       Email: gfmcdaniel@dkhogan.com

           – and –

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
Nii-Amar Amamoo, Esq.
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email: DRosner@kasowitz.com
       AGlenn@kasowitz.com
       DFliman@kasowitz.com
       PAmamoo@kasowitz

*Counsel to the Ad Hoc Group of EFH Legacy Noteholders*