**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of June, 2014, a true and correct copy of the foregoing Notice of Deposition was served via CM/ECF on all parties registered for electronic service, and/or by email on the parties listed below:

KIRKLAND & ELLIS LLP

Richard M. Cieri- richard.cieri@kirkland.com
Edward O. Sassower- esassower@kirkland.com
Stephen E. Hessler- Stephen.hessler@kirkland.com
Brian Schartz- bschartz@kirkland.com
James H.M. Sprayregen- james.sprayregen.@kirkland.com
601 Lexington Avenue
New York, NY 10022-4611

RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins- Collins@rlf.com
Daniel J. DeFranceschi- defranceschi@rlf.com
Jason M. Madron- madron@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

KIRKLAND & ELLIS LLP

Chad J. Husnick- chusnick@kirkland.com
Steven N. Serajeddini- steven.serajeddini@kirkland.com
300 North LaSalle St.
Chicago, IL 60654

Dated: June 16, 2014
      Wilmington, Delaware

                                 THE HOGAN FIRM

By:   */s/Garvan F. McDaniel*
       Garvan F. McDaniel, Esq. (DE #4167)
       1311 Delaware Avenue
       Wilmington, Delaware 19806
       Telephone:  (302) 656-7540
       Facsimile:  (302) 656-7599
       Email: gfmcdaniel@dkhogan.com

                – and –

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
Nii-Amar Amamoo, Esq.
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email: DRosner@kasowitz.com
       AGlenn@kasowitz.com
       DFliman@kasowitz.com
       PAmamoo@kasowitz

*Counsel to the Ad Hoc Group of EFH Legacy Noteholders*