**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION OF DAVID YING

**TO:** Energy Future Holdings Corp. and the above-captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of EFH Legacy Noteholders") of 5.55% notes originally due November 15, 2014, 6.50% notes originally due November 15, 2024, and 6.55% notes originally due November 15, 2034, issued by Energy Future Holdings Corp. (collectively, the "EFH Legacy Notes"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of David Ying on **June 20, 2014**, at **9:30 a.m.** (Prevailing Eastern Time), at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be

recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: June 16, 2014
      Wilmington, Delaware

                  THE HOGAN FIRM

                  By: /s/ Garvan F. McDaniel
                  Garvan F. McDaniel, Esq. (DE #4167)
                  1311 Delaware Avenue
                  Wilmington, Delaware 19806
                  Telephone: (302) 656-7540
                  Facsimile: (302) 656-7599
                  Email: gfmcdaniel@dkhogan.com

                       – and –

                  KASOWITZ, BENSON, TORRES
                    & FRIEDMAN LLP

                  David S. Rosner, Esq.
                  Andrew K. Glenn, Esq.
                  Daniel A. Fliman, Esq.
                  1633 Broadway
                  New York, New York 10019
                  Telephone: (212) 506-1700
                  Facsimile: (212) 506-1800
                  Email: DRosner@kasowitz.com
                           AGlenn@kasowitz.com
                           DFliman@kasowitz.com

                  *Counsel to the Ad Hoc Group of EFH Legacy Noteholders*