IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

### NOTICE OF DEPOSITION OF MICHAEL MACDOUGALL

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of EFH Legacy Noteholders") of 5.55% notes originally due November 15, 2014, 6.50% notes originally due November 15, 2024, and 6.55% notes originally due November 15, 2034, issued by Energy Future Holdings Corp. (collectively, the "EFH Legacy Notes"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of Michael MacDougall on **June 24, 2014**, at **10:00 a.m.** (Prevailing Eastern Time), at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will

be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: June 16, 2014
      Wilmington, Delaware

                                        THE HOGAN FIRM

                                        By: /s/ Garvan F. McDaniel
                                        Garvan F. McDaniel, Esq. (DE #4167)
                                        1311 Delaware Avenue
                                        Wilmington, Delaware 19806
                                        Telephone: (302) 656-7540
                                        Facsimile: (302) 656-7599
                                        Email: gfmcdaniel@dkhogan.com

                                        *Counsel to the Ad Hoc Group of EFH Legacy Noteholders*