**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

**NOTICE OF DEPOSITION OF NATE VAN DUZER**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of EFH Legacy Noteholders") of 5.55% notes originally due November 15, 2014, 6.50% notes originally due November 15, 2024, and 6.55% notes originally due November 15, 2034, issued by Energy Future Holdings Corp. (collectively, the "EFH Legacy Notes"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of Nate Van Duzer on **June 23, 2014**, at **2:00 p.m.** (Prevailing Eastern Time), at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: June 16, 2014
      Wilmington, Delaware

                      THE HOGAN FIRM

                      By: /s/ Garvan F. McDaniel
                      Garvan F. McDaniel, Esq. (DE #4167)
                      1311 Delaware Avenue
                      Wilmington, Delaware 19806
                      Telephone: (302) 656-7540
                      Facsimile: (302) 656-7599
                      Email: gfmcdaniel@dkhogan.com

                            – and –

                      KASOWITZ, BENSON, TORRES
                          & FRIEDMAN LLP

                      David S. Rosner, Esq.
                      Andrew K. Glenn, Esq.
                      Daniel A. Fliman, Esq.
                      1633 Broadway
                      New York, New York 10019
                      Telephone: (212) 506-1700
                      Facsimile: (212) 506-1800
                      Email: DRosner@kasowitz.com
                              AGlenn@kasowitz.com
                              DFliman@kasowitz.com

                      *Counsel to the Ad Hoc Group of EFH Legacy Noteholders*