IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### NOTICE OF DEPOSITION OF PAUL KEGLEVIC

**TO:** Energy Future Holdings Corp. and the above-captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of EFH Legacy Noteholders") of 5.55% notes originally due November 15, 2014, 6.50% notes originally due November 15, 2024, and 6.55% notes originally due November 15, 2034, issued by Energy Future Holdings Corp. (collectively, the "EFH Legacy Notes"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of Paul Keglevic on **June 17, 2014** from **3:00 p.m. to 5:00 p.m.** and **June 18, 2014** from **9:30 a.m. to 1:00 p.m.** (Prevailing Eastern Time), at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022-4611 (or such other time and place as may be agreed to by the parties). The deposition will take

place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: June 16, 2014
      Wilmington, Delaware

                                THE HOGAN FIRM

                                By: /s/ Garvan F. McDaniel
                                Garvan F. McDaniel, Esq. (DE #4167)
                                1311 Delaware Avenue
                                Wilmington, Delaware 19806
                                Telephone: (302) 656-7540
                                Facsimile: (302) 656-7599
                                Email: gfmcdaniel@dkhogan.com

                                    – and –

                                KASOWITZ, BENSON, TORRES
                                   &FRIEDMAN LLP

                                David S. Rosner, Esq.
                                Andrew K. Glenn, Esq.
                                Daniel A. Fliman, Esq.
                                1633 Broadway
                                New York, New York 10019
                                Telephone: (212) 506-1700
                                Facsimile: (212) 506-1800
                                Email: DRosner@kasowitz.com
                                          AGlenn@kasowitz.com
                                          DFliman@kasowitz.com

                                *Counsel to the Ad Hoc Group of EFH Legacy Noteholders*