# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, [1] | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket Nos. 778; 779; 780; 781** |
| | ) |

## NOTICE OF ADJOURNMENT OF DEPOSITIONS OF (1) THE DEBTORS; (2) DAVID Y. YING; (3) HUGH E. SAWYER; AND (4) PAUL KEGLEVIC

**PLEASE TAKE NOTICE** that the depositions of (1) the Debtors [Docket No. 778]; (2) David Y. Ying [Docket No. 779]; (3) Hugh E. Sawyer [Docket No. 780]; and (4) Paul Keglevic [Docket No. 781], which were noticed by the Ad Hoc Group of TCEH Unsecured Noteholders to commence on June 17 and/or June 18, 2014, have been adjourned to a date and time to be determined.

Dated:     June 16, 2014
           Wilmington, Delaware

                                FOX ROTHSCHILD LLP

                            By: */s/ L. John Bird*
                                Jeffrey M. Schlerf (No. 3047)
                                John H. Strock (No. 4965)
                                L. John Bird (No. 5310)
                                919 North Market St., Suite 300
                                Wilmington, DE 19801
                                Telephone:  (302) 654-7444
                                Facsimile:  (302) 463-4971
                                jschlerf@foxrothschild.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

jstrock@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*