IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 477, 478, 636, 643, 640, 669, 690, 721 |
| | ) |

**NOTICE OF FILING OF PROPOSED FORM OF "FINAL ORDER
(A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING
LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE
CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL,
(D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING
ENTRY INTO AND PAYMENT OF FEES UNDER THE
COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY"**

PLEASE TAKE NOTICE that, on May 15, 2014, Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. (together with EFIH, the "EFIH Debtors," and collectively with the other above-captioned debtors and debtors in possession, the "Debtors") filed the **Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay** [D.I. 477] (the "Financing Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10416169v.1

Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Financing Motion.**

PLEASE TAKE FURTHER NOTICE that a final hearing with respect to the Financing Motion (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 30, 2014 at 9:30 a.m. (Eastern Daylight Time)** (the "Final Hearing").

PLEASE TAKE FURTHER NOTICE that the EFIH Debtors are hereby filing a form of final debtor in possession financing order in connection with the Financing Motion (the "Proposed DIP Financing Order"). A copy of the Proposed DIP Financing Order is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that the EFIH Debtors are hereby filing a form of note purchasing agreement in connection with the Financing Motion (the "Proposed EFIH Second Lien DIP NPA"). A copy of the Proposed EFIH Second Lien DIP NPA is attached to the Proposed DIP Financing Order as Exhibit A thereto.

PLEASE TAKE FURTHER NOTICE that the EFIH Debtors are hereby filing a form of intercreditor agreement in connection with the Financing Motion (the "Proposed EFIH DIP Intercreditor Agreement"). A copy of the Proposed EFIH DIP Intercreditor Agreement is attached to the Proposed DIP Financing Order as Exhibit B thereto.

PLEASE TAKE FURTHER NOTICE that the EFIH Debtors intend to present the Proposed DIP Financing Order, the Proposed EFIH Second Lien DIP NPA, and the Proposed EFIH Second Lien DIP NPA to the Bankruptcy Court for entry at the Final Hearing. The Proposed DIP Financing Order, the Proposed EFIH Second Lien DIP NPA, and the Proposed EFIH DIP Intercreditor Agreement remain subject to ongoing negotiations among the EFIH

Debtors and certain constituents, including certain lenders and backstop parties under the proposed financing. Additionally, the EFIH Debtors are in continuing negotiations with various parties on potential alternatives to the proposed financing. As a result, all parties' rights are reserved with respect to the Proposed DIP Financing Order, the Proposed EFIH Second Lien DIP NPA, and the Proposed EFIH DIP Intercreditor Agreement and such documents remain subject to change.

Dated: June 16, 2014
      Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
      edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession