# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## TEXAS RAILROAD COMMISSION'S NOTICE OF ACCEPTANCE
## OF DEBTOR'S APPLICATION FOR SUBSTITUTION OF COLLATERAL

Comes now the Texas Railroad Commission ("RRC"), by and through the Texas Attorney General's Office and, as a courtesy to the Court and parties in interest, respectfully files this Notice to apprise the Court, creditors and other parties in interest that on June 17, 2014, the RRC Commissioners met in Open Session in Austin, Texas for their regularly scheduled Open Meeting and approved the application filed by Debtor Luminant Mining Company LLC and styled *Application to Substitute and Replace Reclamation Performance Self-Bonds and for Approval of Blanket Collateral Bond*, filed with the RRC on May 16, 2014 seeking to substitute the collateral posted with the RRC by means of the $1.1 Billion carve out as contained in Final Orders Authorizing Use of Cash Collateral and Approving Postpetition Financing signed by this Honorable Court on June 6, 2014 at Docket Nos. 855 and 856.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

1

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Hal F. Morris*
HAL F. MORRIS
Texas State Bar No. 14485410
Direct Dial: (512) 475-4550
*hal.morris@texasattorneygeneral.gov*
ASHLEY F. BARTRAM
Texas State Bar No. 24045883
Direct Dial: (512) 475-4937
*ashley.bartram@texasattorneygeneral.gov*
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax: (512) 482-8341

ATTORNEYS FOR RAILROAD COMMISSION OF TEXAS

### CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

> */s/ Hal F. Morris*
> Hal F. Morris