## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF SERVICE OF "DEBTORS' FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS TO WILMINGTON SAVINGS FUND SOCIETY, FSB, THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS CONCERNING THE EFIH SECOND LIEN DIP MOTION AND EFIH SECOND LIEN SETTLEMENT MOTION"**

PLEASE TAKE NOTICE that, on the 14th and 16th days of June, 2014, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a copy of **Debtors' First Set of Interrogatories and Document Requests to Wilmington Savings Fund Society, FSB, the Ad Hoc Group of TCEH Unsecured Noteholders, and the Official Committee of Unsecured Creditors Concerning the EFIH Second Lien DIP Motion and EFIH Second Lien Settlement Motion** to be served on the following counsel of record as follows:

| **VIA EMAIL AND FEDERAL EXPRESS** | **VIA EMAIL AND FEDERAL EXPRESS** |
|---|---|
| J. Christopher Shore, Esq.<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>E-mail: cshore@whitecase.com | Jeffrey M. Schlerf, Esq.<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19899<br>E-mail: jschlerf@foxrothschild.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| William P. Bowden, Esq.<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>E-mail:    wbowden@ashby-geddes.com<br><br>Lorenzo Marinuzzi, Esq.<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>E-mail:    lmarinuzzi@mofo.com | Jeffrey L. Jonas, Esq.<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA 02111<br>E-mail:    jjonas@brownrudnick.com<br><br>Christopher A. Ward, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>E-mail:    cward@polsinelli.com |

Dated:  June 17, 2014
             Wilmington, Delaware

/s/ *signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:            collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:            richard.cieri@kirkland.com
                    edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

2

RLF1 10418659v.1

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini  (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession