IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS' RESPONSES AND OBJECTIONS TO THE AD HOC GROUP OF EFH LEGACY NOTEHOLDERS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS PURSUANT TO RULES 7026 AND 7034** was served upon the parties listed below *via* electronic mail on the 16th day of June, 2014 and *via* first class mail on the 17th day of June, 2014:

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
DRosner@kasowitz.com
AGlenn@kasowitz.com
DFliman@kasowitz.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Dated: June 17, 2014  
      Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

/s/ *Scott D. Cousins*
Scott D. Cousins (No. 3079)
Mark D. Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   cousins@ccbllp.com
          olivere@ccbllp.com
          kashishian@ccbllp.com

- and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Stephen M. Baldini (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:   (212) 872-1000
Facsimile:   (212) 872-1002
Email:   idizengoff@akingump.com
          sbaldini@akingump.com
          aqureshi@akingump.com
          rboller@akingump.com
          mlahaie@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288
Email:   salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders*