## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In r: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* [1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that that I, L. John Bird, hereby certify that on this 17th day of June 2014, I caused a true and correct copy of the **Ad Hoc Group Of TCEH Unsecured Noteholders' Responses And Objections To Debtors' First Set Of Interrogatories And Document Requests To Wilmington Savings Fund Society, FSB, The Ad Hoc Group Of TCEH Unsecured Noteholders, And The Official Committee Of Unsecured Creditors Concerning The EFIH Second Lien DIP Motion And EFIH Second Lien Settlement Motion** to be served upon the parties on the attached service list by the electronic mail.

Dated: June 17, 2014  
     Wilmington, Delaware

**FOX ROTHSCHILD LLP**

By:*/s/ L. John Bird*  
    Jeffrey M. Schlerf (No. 3047)  
    John H. Strock (No. 4965)  
    L. John Bird (No. 5310)  
    Citizens Bank Center  
    919 North Market St., Suite 300  
    Wilmington, DE 19801  
    Telephone:  (302) 654-7444  
    Facsimile:  (302) 463-4971

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

-and-

WHITE & CASE LLP
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

-and-

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

Counsel to the Ad Hoc Group of
TCEH Unsecured Noteholders

<u>**Service List**</u>

**Counsel for the Debtors:**

Jason M. Madron, Esq.
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 N. King St.
Wilmington, DE 19801
Email :
madron@rlf.com

William T. Pruitt, Esq.
Chad J. Husnick, Esq.
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
312.862.2000
312.862.2200 (fax)
Emails:
william.pruitt@kirkland.com
chusnick@kirkland.com

Bridget K. O'Connor, Esq.
Mark E. McKane, Esq.
David R. Dempsey, Esq.
Andrew R. McGaan, Esq.
Edward O. Sassower, Esq.
Brian Schartz, Esq.
Richard M. Cieri, Esq.
Stephen E. Hessler, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022-4611
Emails:
boconnor@kirkland.com
mmckane@kirkland.com
ddempsey@kirkland.com
amcgaan@kirland.com
esassower@kirkland.com
bschartz@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com

Jonathan F. Ganter, Esq.
**Kirkland & Ellis LLP**
655 Fifteenth Street, N.W
Washington, D.C. 20005-5793
Email:
jonathan.ganter@kirkland.com

**Counsel for Wilmington Savings Fund Society, FSB,
in its capacity as successor Indenture Trustee:**


Jeffrey L. Jonas, Esq.
Jeremy B. Coffey, Esq.
James W. Stoll, Esq.
**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
Emails:
jjonas@brownrudnick.com
jeoffey@brownrudnick.com
jstoll@brownrudnick.com

Edward S. Weisfelner, Esq.
Aaron B. Lauchheimer, Esq.
**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
Email:
eweisfelner@brownrudnick.com
alauchheimer@brownrudnick.com

**Counsel for Wilmington Savings Fund Society, FSB,
in its capacity as successor Indenture Trustee:**

William Pierce Bowden, Esq.
Gregory A Taylor, Esq.
**Ashby & Geddes**
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, DE 19899
Emails:
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com

**Counsel for the Committee:**
Charles L. Kerr, Esq.
Lorenzo Marinuzzi, Esq.
Anthony Princi, Esq.
**Morrison & Foerster LLP**
250 West 55th Street
New York, NY 10019
Emails:
ckerr@mofo.com
lmarinuzzi@mofo.com
aprinci@mofo.com

Christopher A. Ward, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Email:
cward@polsinelli.com