**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** § | |
| § | **Chapter 11** |
| **Energy Future Holdings Corporation,** § | |
| *et al.,*[1] § | **Case No. 14-10979 (CSS)** |
| **Debtor.** § | |
| § | **Joint Administration Pending** |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS OF NATIONAL FIELD SERVICES**

**PLEASE TAKE NOTICE** that National Field Services ("NFS") hereby enters an appearance through counsel, Bretton C. Gerard, under 11 U.S.C. §1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. NFS requests under Bankruptcy Rules 2002, 3017 and 9007, and under 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings in these cases be given to and served upon the following at the address listed below:

Bretton C. Gerard
111 W. Spring Valley Road, Suite 250
Richardson, Texas 75081
214.373.7788 – Telephone
214.373.7783 – Facsimile
E-Mail: bgerard@bfsnlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Rules cited above but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or

---

[1] The last four digits of Energy Future Holdings Corporation's tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS OF NATIONAL FIELD SERVICES**      Page 1 of 2

demands, whether formal, informal, oral or written, and whether conveyed by mail, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to and shall not be deemed to waive NFS' right to (1) have final orders in non-core matters entered only after de novo review by a district court judge; (2) trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (3) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under any agreement, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby reserved.

Dated: June 13, 2014

                                                  Respectfully submitted,

                                                  /s/  Bretton C. Gerard
                                                  Bretton C. Gerard
                                                  Texas SBN 07813050 (pro hac vice pending)

                                                  111 W. Spring Valley Rd., Ste. 250
                                                  Richardson, Texas 75081
                                                  214-373-7788 - Telephone
                                                  214-373-7783 - Facsimile
                                                  brettongerard@gmail.com

                                                  Counsel for National Field Services