# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 17th day of June, 2014, a true and accurate copy of **i) Responses and Objections to Debtors' First Set of Interrogatories to the Official Committee of Unsecured Creditors Concerning the EFIH Second Lien DIP Motion and EFIH Second Lien Settlement Motion; and ii) Responses and Objections to Debtors' First Set of Document Requests to the Official Committee of Unsecured Creditors Concerning the EFIH Second Lien DIP Motion and EFIH Second Lien Settlement Motion** was caused to be served upon the parties listed below in the manner indicated.

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Jason M. Madron<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Email: madron@rlf.com | Bridget K. O'Connor<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Email: bridget.oconnor@kirkland.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48257915.1

Dated: Wilmington, Delaware
     June 18, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
Samantha Martin
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
     brettmiller@mofo.com
     lmarinuzzi@mofo.com
     tgoren@mofo.com
     smartin@mofo.com

     -and-

*/s/ Justin K. Edelson*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
     jedelson@polsinelli.com
     skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*

48257915.1