IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND DEMAND FOR NOTICES AND PAPERS

Please take notice that the law firms Taylor English Duma LLP and Sullivan Hazeltine Allinson LLC hereby enter their appearances as counsel for Henry Pratt Company, LLC ("Henry Pratt") in the above-captioned case, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

| | |
|---|---|
| Elihu E. Allinson III, Esq. | Stephen C. Greenberg, Esq. |
| SULLIVAN · HAZELTINE · ALLINSON LLC | Taylor English Duma LLP |
| 901 N. Market Street, Suite 1300 | 1600 Parkwood Circle, Suite 400 |
| Wilmington, DE 19801 | Atlanta, GA 30339 |
| Tel: (302) 428-8191 | Tel: (770) 434-6868 |
| Fax: (302) 428-8195 | Fax: (770) 434-7376 |
| zallinson@sha-llc.com | sgreenberg@taylorenglish.com |

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Henry Pratt's rights (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Henry Pratt is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Henry Pratt expressly reserves.

Date:  June 18, 2014
       Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

_/s/ E.E. Allinson III_
Elihu E. Allinson III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

and

Stephen C. Greenberg, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA  30339
Tel: (770) 434-6868
Fax: (770) 434-7376

*Attorneys for Henry Pratt Company, LLC*