IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF DISINTERESTEDNESS OF ANDREW SMITH OF SIMPSON THACHER & BARTLETT LLP PURSUANT TO THE ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, Andrew Smith, declare under penalty of perjury:

1.  I am a member of the firm of Simpson Thacher & Bartlett LLP, located at 425 Lexington Avenue, New York, New York 10017 ("Simpson").

2.  Energy Future Holdings Corp. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have requested that Simpson represents Energy Future Holdings Corp. with respect to certain general corporate, finance, capital markets or other legal matters as Energy Future Holdings Corp. and Simpson may specifically agree to from time to time, but in no event shall Simpson represent the Debtors in connection with conducting these chapter 11 cases (the "Services").

3.  Simpson may have performed services in the past, may currently perform services and may perform services in the future, for persons that are or may become parties in interest in the Debtors' chapter 11 cases. Simpson, however will not perform services for any such person

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

in connection with these chapter 11 cases, nor have any relationship with any such person, their attorneys, or accountants if doing so would cause Simpson to be adverse to the Debtors or their estates with respect to the matter on which Simpson is to be employed.

4. As part of its customary practice, Simpson is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these chapter 11 cases.

5. Neither I nor any principal, partner, director, officer, etc., of or professional employed by, Simpson has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of Simpson.

6. Neither I nor any principal, partner, director, officer, of or professional employed by, Simpson, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which Simpson is to be employed.

7. Prior to the Petition Date, a total of $200,000 in retainer was paid in advance by the Debtors to Simpson. Of that amount, approximately $93,133.10 remains available as of the date hereof to be credited against services and expenses. The Debtors owe Simpson $6,234.00 on account of pre-petition fees and expenses; Simpson will apply the balance of the retainer against any such outstanding pre-petition fees and expenses, subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532.

8. I further understand that this Declaration will not suffice as Simpson's proof of claim.

027141-0004-13730-Active.15906768.306/17/2014 5:36 PM

9. As of April 29, 2014, which was the date on which the Debtors commenced these chapter 11 cases, Simpson was not party to an agreement for indemnification with certain of the Debtors.

10. Simpson is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if Simpson should discover any facts bearing on the matters described herein, Simpson will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 17, 2014

_____

**ANDREW SMITH**

027141-0004-13730-Active.15906768.306/17/2014 5:36 PM