**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>    *Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>    *Plaintiff*,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>    *Defendants*. | Adversary Proceeding<br>No. 14-50363 (CSS)<br><br>**Related to Adv. Pro. DI. 38-45** |

**OMNIBUS NOTICE OF DEPOSITIONS CONCERNING**
**10% FIRST LIEN NOTES REDEMPTION PREMIUM LITIGATION**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26, 30 and 45, made applicable to the above-captioned matter by Federal Rules of Bankruptcy Procedure 7026, 7030, 9014 and 9016, CSC Trust Company of Delaware ("CSC Trust"), as Indenture Trustee (the "10% Indenture Trustee") for the 10% Senior Secured Notes Due 2020 (the "10% First Lien Notes") issued under the Indenture dated as of August 17, 2010 (together with all supplements, amendments, and exhibits, the "10% Indenture") between Energy Future Intermediate Holdings ("EFIH"), EFIH

1

Finance Inc. ("EFIH Finance", and together with EFIH, the "EFIH Debtors") and CSC Trust (as successor to The Bank of New York Mellon Trust Company, N.A.), by and through its undersigned counsel, has noticed the depositions of the persons and parties listed below in connection with the Adversary Proceeding styled *CSC Trust Company of Delaware, as indenture trustee v. Energy Future Intermediate Holdings Company and EFIH Finance Inc.* (Adv. Pro. No. 14-50363) (the "Adversary Proceeding") and all matters included in the *Scheduling Order with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay Applicability Motion* [D.I. 803] (the "Scheduling Order")[1] (such matters, together with the Adversary Proceeding, the "10% First Lien Notes Redemption Premium Litigation") and has filed notices of such depositions and subpoenas on the Adversary Proceeding at the indicated adversary proceeding docket numbers:

| Deponent | Date and Time (ET) of Deposition as Noticed | Adv. Pro. Docket No. |
|---|---|---|
| Anthony R. Horton | Tuesday, July 08, 2014, 9:30 a.m. | 42 |
| EFIH Debtors | Wednesday, July 09, 2014, 9:30 a.m. | 38 |
| Jeffrey Rosenbaum | Wednesday, July 09, 2014, 9:30 a.m. | 39 |
| Paul Keglevic | Wednesday, July 09, 2014, 9:30 a.m. | 41 |
| York Capital Management | Wednesday, July 09, 2014, 9:30 a.m. | 45 |
| Stacey Dore | Thursday, July 10, 2014, 9:30 a.m. | 45 |

---

[1] The 10% Indenture Trustee has served copies of the notices on all parties entitled to be heard in connection with the 10% First Lien Notes Redemption Premium Litigation in accordance with the Scheduling Order, which required any party seeking to be heard on such matters to file notices of intervention in the Adversary Proceeding by June 11, 2014. For the convenience of the Court and the parties, the 10% Indenture Trustee is filing the notices only in the Adversary Proceeding and filing this omnibus notice in the main chapter 11 case to avoid the filing of duplicate notices on both dockets.

| Deponent | Date and Time (ET) of Deposition as Noticed | Adv. Pro. Docket No. |
|---|---|---|
| Avenue Capital Group | Friday, July 11, 2014, 9:30 a.m. | 45 |
| John F. Young | Friday, July 11, 2014, 9:30 a.m. | 43 |
| Stephen Burnazian | Friday, July 11, 2014, 9:30 a.m. | 45 |
| Matthew Kimble | Friday, July 11, 2014, 1:00 p.m. | 45 |
| David Ying | Monday, July 14, 2014, 9:30 a.m. | 44 |
| Joseph Zalewski | Monday, July 14, 2014, 9:30 a.m. | 45 |
| Third Avenue Management | Monday, July 14, 2014, 9:30 a.m. | 45 |
| GSO Capital Partners | Tuesday, July 15, 2014, 9:30 a.m. | 45 |
| Jason New | Tuesday, July 15, 2014, 9:30 a.m. | 45 |
| Stephen Goldstein | Tuesday, July 15, 2014, 9:30 a.m. | 45 |
| Patrick Fleury | Tuesday, July 15, 2014, 1:00 p.m. | 45 |
| P. Schoenfeld Asset Management | Wednesday, July 16, 2014, 9:30 a.m. | 45 |
| Philip Brown | Wednesday, July 16, 2014, 9:30 a.m. | 45 |
| Samuel M. Greene | Friday, July 18, 2014, 9:30 a.m. | 45 |

PLEASE TAKE FURTHER NOTICE THAT any subsequent amended deposition notices for any of the depositions listed above will only be filed on the docket for the Adversary Proceeding.

Date:   June 18, 2014
        Wilmington, Delaware

Respectfully Submitted,

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.


        */s/   J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE  19801
        Telephone: 302-652-3131
        Facsimile:  302-652-3117
        npernick@coleschotz.com
        kstickles@coleschotz.com

        and

        Warren A. Usatine
        25 Main Street
        P.O. Box 800
        Hackensack, NJ 07602
        Telephone: 201-489-3000
        Facsimile:  201-489-1536
        wusatine@coleschotz.com

        *Counsel for CSC Trust Company of Delaware,*
        *as Indenture Trustee*