IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

ENTRY OF APPEARANCE

Please enter the appearance of the undersigned, James F. Bailey, Esq. on behalf of Gabriel Roberson, Movant and Petitioner, in connection with his Motion to Lift Stay.

                          THE BAILEY LAW FIRM

                          /s/ James F. Bailey
                          James F Bailey, Esq.
                          3 Mill Rd., Suite 306A
                          Wilmington DE 19806
                          302-658-5686
                          JBailey@JFBailey.com
                          Attorney for Gabriel Roberson

June 18, 2014