# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 777** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 777

The Ad Hoc Group of TCEH Unsecured Noteholders, by and through its undersigned counsel, hereby withdraws the *Notice of Deposition* to the Ad Hoc Committee of TCEH First Lien Creditors [Docket No. 777], which was filed on June 3, 2014.

Dated:   June 18, 2014
         Wilmington, Delaware

                              FOX ROTHSCHILD LLP

                         By:   */s/ L. John Bird*
                              Jeffrey M. Schlerf (No. 3047)
                              John H. Strock (No. 4965)
                              L. John Bird (No. 5310)
                              919 North Market St., Suite 300
                              Wilmington, DE 19801
                              Telephone:  (302) 654-7444
                              Facsimile:  (302) 463-4971
                              jschlerf@foxrothschild.com
                              jstrock@foxrothschild.com
                              lbird@foxrothschild.com

                              and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

NEWYORK 9234681

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*