IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) ) | |

## AMENDED NOTICE OF DEPOSITION OF DAVID Y. YING

**TO:** David Y. Ying, c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of David Y. Ying in connection with the *Motion of Energy Future Holdings Corp., et al., for Entry of an*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

*Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay* [Docket No. 505] (the "RSA Assumption Motion") on **July 3, 2014**, at **9:00 a.m.** (Prevailing Eastern Time), at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York 10036.  The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated:  June 19, 2014
　　　　Wilmington, Delaware

                          FOX ROTHSCHILD LLP

By:　　　　*/s/ Jeffrey M. Schlerf*
       Jeffrey M. Schlerf (No. 3047)
       John H. Strock (No. 4965)
       L. John Bird (No. 5310)
       919 North Market St., Suite 300
       Wilmington, DE 19801
       Telephone:  (302) 654-7444
       Facsimile:  (302) 463-4971
       jschlerf@foxrothschild.com
       jstrock@foxrothschild.com
       lbird@foxrothschild.com

       and

       WHITE & CASE LLP
       J. Christopher Shore (admitted *pro hac vice*)
       Gregory M. Starner (admitted *pro hac vice*)
       1155 Avenue of the Americas
       New York, NY 10036
       Telephone:  (212) 819-8200
       Facsimile:  (212) 354-8113
       cshore@whitecase.com
       gstarner@whitecase.com

       Thomas E. Lauria (admitted *pro hac vice*)
       Matthew C. Brown (admitted *pro hac vice*)
       Southeast Financial Center, Suite 4900
       200 South Biscayne Blvd.
       Miami, FL 33131
       Telephone:  (305) 371-2700
       Facsimile:  (305) 358-5744
       tlauria@whitecase.com
       mbrown@whitecase.com

       *Counsel to the Ad Hoc Group of TCEH*
       *Unsecured Noteholders*