IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: D.I. 1023 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Stephen C. Greenberg Esq., of Taylor English Duma LLP to represent Henry Pratt Company, LLC in the above-captioned cases.

Dated: June 18, 2014
Wilmington, DE

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ E. Allinson III*

Elihu E. Allinson III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bar of the State of Georgia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 18, 2014
Atlanta, GA

*/s/ Stephen C. Greenberg*

Stephen C. Greenberg
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Tel: (770) 434-6868

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: 6-19, 2014
Wilmington, Delaware

The Honorable Christopher S. Sontchi