UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-10979-11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., et al., | § | CHAPTER 11 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

   PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of GARLAND INDEPENDENT SCHOOL DISTRICT and the CITY OF GARLAND, secured creditors in the above-referenced proceedings.  The undersigned hereby requests notice and copies of all pleadings, motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

   Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below:

**Gay, McCall, Isaacks, Gordon & Roberts, P.C.**
**1919 S. Shiloh Road, Suite 310 LB 40**
**Garland, TX  75042**
E-mail: **SGBankruptcy@ntexas-attorneys.com**

   Respectfully submitted,
   /s/Dustin L. Banks,
   Attorney for Garland ISD and City of Garland

### CERTIFICATE OF SERVICE

   I do hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Pleadings was served today electronically or by U.S. Mail on all parties listed below and all parties that have filed Notices of Appearances at the addresses shown on their Notices of Appearance on file as of June 20, 2014.

   By: /s/  Dustin L. Banks_____
       Dustin L. Banks
       State Bar No. 24064344
       Attorney for Garland ISD and City of Garland

Debtor's Attorney