IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., ET. AL., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

REQUEST FOR STATUS REPORT

1. An action was filed in the above entitled case. Such filing was initially mailed to the Clerk of this Honorable Court.

2. The last communication by the Honorable Court was as noted.

3. Therefore, please advise me as to the 'status of the case,' whether it is or has been acted upon, further docketing and/or hearings, or any other action has been taken with respect to such.

3. Debtor/Petitioner respectfully requests to respond A.S.A.P., so I may proceed in proper judicious manner and in view of the fact that I am incarcerated and unable to communicate with you in any other manner than written correspondence.

THEREFORE, please respond to me as follows:

X Henry Rodriguez
Henry Rodriguez
Reg. No. 34752-379
Federal Prison CAmp
Maxwell Air Force Base
Montgomery, AL  36112

Thank you for your assistance and immediate attention in this matter.

Respectfully submitted on this 12th June, 2014.

*Henry Rodriguez*
Henry Rodriguez
Reg. No. 34752-379

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et. al., | Case No. 14-10979 (SS) |
| Debtors. | (Jointly Administered) |

PRO SE MOTION REQUESTING COPY OF CASE DOCKET SHEET

Comes now, the Debtor Hector Rodriguez, pro se and in forma pauperis and moves this most Honorable head Clerk of the Court to grant him his request for one copy free of charge of the aforementioned case number docket sheet.

Petitioner/Debtor would like to give this most Honorable Court Clerk's Office his advanced thank you, for the professional help and speedy reply that he knows his case will receive form this office.

Respectfully Submitted

Henry Rodriguez
Reg. No. 34752-379
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL  36112