IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> ENERGY FUTURE HOLDINGS CORP., *et al.* ) <br> ) <br> Debtors.[1] ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |
| CSC TRUST COMPANY OF ) <br> DELAWARE, as INDENTURE TRUSTEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENERGY FUTURE INTERMEDIATE ) <br> HOLDING COMPANY LLC and ) <br> EFIH FINANCE, INC., ) <br> ) <br> Defendants. ) | Adv. Proc. No. 14-50363 (CSS) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission pro hac vice of Jonathan H. Friedman, Esquire to represent UMB Bank, N.A., as indenture trustee, in these actions.

Dated: June 16, 2014               KLEHR HARRISON HARVEY BRANZBURG LLP

    */s/ Raymond H. Lemisch*
    Raymond H. Lemisch (DE Bar No. 4204)
    919 Market Street, Suite 1000
    Wilmington, Delaware 19801
    Telephone: (302) 426-1189
    Facsimile: (302) 426-9193

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 16, 2014

Jonathan H. Friedman, Esquire
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 338-3416
jfriedman@foley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 6-20, 2014

United States Bankruptcy Judge

PHIL1 3685251v.1