**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) **Re: D.I. 472, 477** |
|  | ) **Objection Deadline: June 24, 2014 at 12:00 p.m.** |
|  | ) **Hearing Date: June 30, 2014 at 9:30 a.m.** |

**RE-NOTICE OF OBJECTION DEADLINE WITH RESPECT TO (I) "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF ORDERS APPROVING CERTAIN EFIH SETTLEMENTS AND THE ONCOR TSA AMENDMENT" [D.I. 472] SOLELY WITH RESPECT TO THE APPROVAL OF THE SECOND LIEN SETTLEMENT AND (II) "MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENERGY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY" [D.I. 477] AND HEARING THEREON**

PLEASE TAKE NOTICE that, on May 15, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the (i) **Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment** [D.I. 472] (the "Settlement Motion")[2] and (ii) **Motion of Energy**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Settlement Motion.

**Future Intermediate Holding Company LLC and EFIH Finance Inc. for Energy of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay** [D.I. 477] (the "<u>Second Lien DIP Motion</u>" and together with the Settlement Motion, the "<u>Motions</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). **<u>You were previously served with copies of the Motions</u>**.

    PLEASE TAKE FURTHER NOTICE that, **<u>notwithstanding any prior notice to the contrary</u>**, any responses or objections to the Second Lien DIP Motion, or to the Settlement Motion solely with respect to the approval of the Second Lien Settlement, must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed co-counsel for the Debtors on or before **June 24, 2014 at 12:00 p.m. (noon) (Eastern Daylight Time)**.

    PLEASE TAKE FURTHER NOTICE that, if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection, and the Second Lien DIP Motion and the Settlement Motion (the latter solely with respect to the approval of the Second Lien Settlement), will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 30, 2014 starting at 9:30 a.m. (Eastern Daylight Time)**.

    IF NO OBJECTIONS TO THE RELIEF REQUESTED IN THE SECOND LIEN DIP MOTION AND THE SETTLEMENT MOTION (THE LATTER SOLELY WITH RESPECT

TO THE APPROVAL OF THE SECOND LIEN SETTLEMENT) ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE SECOND LIEN DIP MOTION AND THE SETTLEMENT MOTION (THE LATTER SOLELY WITH RESPECT TO THE APPROVAL OF THE SECOND LIEN SETTLEMENT) WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  June 20, 2014<br>         Wilmington, Delaware | */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.** |

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          richard.cieri@kirkland.com
                    edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession