**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of June, 2014, a true and correct copy of the foregoing Notice of Deposition was served via CM/ECF on all parties registered for electronic service, and/or by email on the parties listed below:

| KIRKLAND & ELLIS LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| Richard M. Cieri- richard.cieri@kirkland.com | Mark D. Collins- Collins@rlf.com |
| Edward O. Sassower- esassower@kirkland.com | Daniel J. DeFranceschi- defranceschi@rlf.com |
| Stephen E. Hessler- Stephen.hessler@kirkland.com | Jason M. Madron- madron@rlf.com |
| Brian Schartz- bschartz@kirkland.com | One Rodney Square |
| James H.M. Sprayregen- james.sprayregen.@kirkland.com | P.O. Box 551 |
| 601 Lexington Avenue | Wilmington, DE 19899 |
| New York, NY 10022-4611 | |

KIRKLAND & ELLIS LLP

Chad J. Husnick- chusnick@kirkland.com
Steven N. Serajeddini- steven.serajeddini@kirkland.com
300 North LaSalle St.
Chicago, IL 60654

Dated: June 23, 2014
      Wilmington, Delaware

                      THE HOGAN FIRM

By:   */s/Garvan F. McDaniel*
       Garvan F. McDaniel, Esq. (DE #4167)
       1311 Delaware Avenue
       Wilmington, Delaware 19806
       Telephone:  (302) 656-7540
       Facsimile:  (302) 656-7599
       Email: gfmcdaniel@dkhogan.com

            – and –

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
Nii-Amar Amamoo, Esq.
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email: DRosner@kasowitz.com
       AGlenn@kasowitz.com
       DFliman@kasowitz.com
       PAmamoo@kasowitz

*Counsel to the Ad Hoc Group of EFH Legacy Noteholders*