## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Chapter 11 |
| Debtors. | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of June, 2014, a Subpoena to TPG Capital, along with a true and correct copy of the Ad Hoc Group of EFH Legacy Noteholders' First Requests for Production of Documents to TPG Capital Pursuant to Rules 7026 and 7034, was served via Electronic Mail upon the following:

WACHTELL LIPTON ROSEN & KATZ
Angela K. Herring
51 West 52nd Street
New York, New York 10019
Email: akherring@wlrk.com

Dated: June 23, 2014
      Wilmington, Delaware                       THE HOGAN FIRM

                                      By:    */s/Garvan F. McDaniel*
                                                Garvan F. McDaniel, Esq. (DE #4167)
                                                1311 Delaware Avenue
                                                Wilmington, Delaware 19806
                                                Telephone:  (302) 656-7540
                                                Facsimile:  (302) 656-7599
                                                Email:  gfmcdaniel@dkhogan.com