**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of June, 2014, a true and correct copy of the foregoing Notice of Service of Subpoena was served via CM/ECF on all parties registered for electronic service, and/or by email on the parties listed below:

| | |
|---|---|
| KIRKLAND & ELLIS LLP | RICHARDS, LAYTON & FINGER, P.A. |
| Richard M. Cieri- richard.cieri@kirkland.com<br>Edward O. Sassower- esassower@kirkland.com<br>Stephen E. Hessler- Stephen.hessler@kirkland.com<br>Brian Schartz- bschartz@kirkland.com<br>James H.M. Sprayregen- james.sprayregen.@kirkland.com<br>601 Lexington Avenue<br>New York, NY 10022-4611 | Mark D. Collins- Collins@rlf.com<br>Daniel J. DeFranceschi- defranceschi@rlf.com<br>Jason M. Madron- madron@rlf.com<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| KIRKLAND & ELLIS LLP | |
| Chad J. Husnick- chusnick@kirkland.com<br>Steven N. Serajeddini- steven.serajeddini@kirkland.com<br>300 North LaSalle St.<br>Chicago, IL 60654 | |

Dated: June 23, 2014
      Wilmington, Delaware

                                                THE HOGAN FIRM

By:   */s/Garvan F. McDaniel*
        Garvan F. McDaniel, Esq. (DE #4167)
        1311 Delaware Avenue
        Wilmington, Delaware 19806
        Telephone: (302) 656-7540
        Facsimile: (302) 656-7599
        Email: gfmcdaniel@dkhogan.com