IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.* ) | Case No. 14-10979 (CSS) |
| ) |  |
| *Debtors.*[1] ) | (Jointly Administered) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on June 18, 2014, copies of the OBJECTIONS OF UMB BANK, N.A., AS INDENTURE TRUSTEE, TO AD HOC GROUP OF EFH LEGACY NOTEHOLDERS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULES 7026 AND 7034 were served upon the parties listed on the attached service list via electronic mail.

Dated: Wilmington, DE
June 23, 2014

By: */s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)
KLEHR HARRISON HARVEY
BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Tel: (302) 426-1189
Fax: (302) 426-9193
E-mail: rlemisch@klehr.com

- and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PHIL1 3696381v.1

Harold L. Kaplan
Mark F. Hebbeln
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700

- and

Barry G. Felder
Jonathan H. Friedman
Rebecca A. Hayes
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

Attorneys for UMB BANK, N.A., as indenture trustee

## SERVICE LIST

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Daniel A. Fliman, Esquire
Nii-Amar Amamoo, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
drosner@kasowitz.com
aglenn@kasowitz.com
dfliman@kasowitz.com
pamamoo@kasowitz.com

Garvan F. McDaniel, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19801
gfmcdaniel@dkhogan.com
gdurstein@dkhogan.com
Karen@dkhogan.com