# SERVICE LIST
## ADVERSARY PROCEEDING NO. 14-50363-CSS

### By Electronic Mail

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

*Counsel to the Debtors*

Michael J. Joyce, Esquire
CROSS & SIMON, LLC
913 N. Market Street, 11th Floor
PO Box 1380
Wilmington, DE 19899
mjoyce@crosslaw.com

*Counsel to Fidelity Management & Research Company*

Laura Davis Jones, Esquire
Robert J. Feinstein, Esquire
PACHULSKI STANG
ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
rfeinstein@pszjlaw.com

*Counsel to Computershare Trust Company, N.A., as indenture trustee*

Garvan F. McDaniel, Esquire
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
gfmcdaniel@dkhogan.com

*Counsel to the Ad Hoc Group of EFH Legacy Noteholders*

Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
CONNOLLY GALLAGHER LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
kbifferato@connollygallagher.com
kconlan@connollygallagher.com

*Counsel to Pacific Investment Management Co., LLC*

Scott D. Cousins, Esquire
Mark D. Olivere, Esquire
Ann M. Kashishian, Esquire
COUSINS CHIPMAN & BROWN, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
cousins@ccbllp.com
olivere@ccbllp.com
kashishian@ccbllp.com

*Counsel to the Ad Hoc Committee of EFIH Unsecured Noteholders*

Raymond H. Lemisch, Esquire
KLEHR HARRISON HARVEY
BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
rlemisch@klehr.com

*Counsel to UMB Bank, N.A., as indenture trustee*

James H.M. Sprayregen, P.C.
Chad Husnick, Esquire
Steven Serajeddini, Esquire
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Counsel to the Debtors*

Richard Cieri Esquire
Edward Sassower, Esquire
Stephen Hessler Esquire
Brian E Schartz Esquire
Mark E. McKane, Esquire
David R. Dempsey, Esquire
Jonathan F. Ganter, Esquire
Andrew R. McGaan, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
mmckane@kirkland.com
amcgaan@kirkland.com
ddempsey@kirkland.com
jonathan.ganter@kirkland.com

*Counsel to the Debtors*

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
Nii-Amar Amamoo, Esq.
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
DRosner@kasowitz.com
AGlenn@kasowitz.com
DFliman@kasowitz.com
NAmamoo@kasowitz.com

*Counsel to the Ad Hoc Group of EFH Legacy Noteholders*

Thomas Moers Mayer, Esquire
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
tmayer@kramerlevin.com
ghorowitz@kramerlevin.com
jbrody@kramerlevin.com

*Counsel to Computershare Trust Company, N.A., as indenture trustee*

Stephanie Wickouski, Esquire
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104-3300
stephanie.wickouski@bryancave.com

*Counsel to Computershare Trust Company, N.A., as indenture trustee*

Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
FRIED, FRANK, HARRIS,
SCHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
brad.eric.scheler@friedfrank.com
gary.kaplan@friedfrank.com
matthew.roose@friedfrank.com

*Counsel to Fidelity Management & Research Company*

Jeffrey S. Sabin, Esquire
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
jeffrey.sabin@bingham.com

Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
Julia.frost-davies@bingham.com
chistopher.carter@bingham.com

*Counsel to Pacific Investment Management Co., LLC*

Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Meredith A. Lahaie, Esquire
AKIN GUMP STRAUSS
HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
idizengoff@akingump.com
aqureshi@akingump.com
sbaldini@akingump.com
mlahaie@akingump.com

*Counsel to Ad Hoc Committee of EFIH Unsecured Noteholders*

Scott L. Alberino, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshier Avenue
Washington, DC 20036-1564
salberino@akingump.com

*Counsel to Ad Hoc Committee of EFIH Unsecured Noteholders*

Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
hkaplan@foley.com
mhebbeln@foley.com
lapeterson@foley.com

*Counsel to UMB Bank, N.A., as indenture trustee*

Erika Morabito, Esquire
Brittany Nelson, Esquier
FOLEY & LARDNER LLP
3000 K Street N.W., Suite 600
Washington, DC 20007-5109
emorabito@foley.com
bnelson@foley.com,

*Counsel to UMB Bank, N.A., as indenture trustee*