IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

**VERIFIED STATEMENT OF WOMBLE CARLYLE SANDRIDGE & RICE, LLP
PURSUANT TO FED. R. BANKR. P. 2019**

Womble Carlyle Sandridge & Rice, LLP ("WCSR") makes the following verified statement (the "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and states as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

A.  **Names and Addresses of Creditors Represented**

| <u>Names and Addresses</u> |
|---|
| CenterPoint Energy Houston Electric, L.L.C. and CenterPoint Energy Resources Corp.Attn.: Robert W. Claude, Associate General Counsel<br>Telephone: (713) 207-5603<br>Facsimile: (713) 207-0101<br>robert.claude@CenterPointEnergy.com<br><br>and<br><br>c/o Baker Botts L.L.P.<br>Attn.: Jim Prince<br>2001 Ross Ave.<br>Dallas, TX 75201-2980<br>Telephone: (214) 953-6612<br>Facsimile: (214) 661-4612<br>jim.prince@bakerbotts.com |
| Holt Cat<br>c/o Jackson Walker L.L.P.<br>Attn.: Monica Blacker, Partner<br>901 Main Street Suite 6000<br>Dallas, TX 75202<br>Telephone: (214) 953-5824<br>Facsimile: (214) 661-6647<br>mblacker@jw.com |

1. At the time of the Debtors' bankruptcy filing, CenterPoint Energy Houston Electric, L.L.C. and CenterPoint Energy Resources Corp. had claims against certain of the Debtors arising from their respective provision of transmission and distribution services and gas transportation services to such Debtors. Holt Cat has claims against certain of the Debtors arising from certain purchase orders and other agreements pursuant to which Holt Cat has sold parts or equipment to such Debtors and/or provided services to such Debtors. CenterPoint and HoltCat are in the process of compiling the information regarding their claims and the amounts thereof.

2. Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any of the herein referenced creditors' rights to assert, file, and/or amend their respective claim(s) in accordance with applicable law and any orders entered in this case that establish procedures for filing proofs of claim.

**B.  Pertinent Facts Regarding Employment of WCSR**

3. Each of WCSR's clients engaged the firm independently of one another, in order for the firm to represent each such client in the above-referenced cases and any related proceedings. Each representation is a separate and distinct lawyer-client relationship, with separately maintained work product and attorney-client privileges with respect to each separate client entity.

4. WCSR has advised each of the clients that it represents the others, and all clients have consented to this arrangement. The clients together have not formed an individual "Committee" as that term is used in Bankruptcy Rule 2019.

C. **Amounts of Claims or Interests Held**

5. WCSR does not hold any claim or interest in respect of the Debtors' cases.

The undersigned hereby verifies the foregoing statement under penalty of perjury, to the best of his knowledge and belief, based upon information received from others.

Dated: June 23, 2014

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (DE Bar No. 4083)
Steven K. Kortanek (DE Bar No. 3106)
Matthew P. Ward (DE Bar No.4471)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel.: (302) 252-4320
Fax: (302) 252-4330
E-mail: mdesgrosseilliers@wcsr.com
E-mail: skortanek@wcsr.com
E-mail: maward@wcsr.com