**CERTIFICATE OF SERVICE**

      I, Kathleen Lytle, certify that I am not less than 18 years of age, and that on June 23, 2014, a copy of the foregoing was electronically filed by CM/ECF and I caused a copy to be served upon the parties on the attached service list by U.S. First Class Mail.

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  June 23, 2014　　　　　　　　　　　　　　/s/  Kathleen Lytle　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Kathleen Lytle