# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings, Inc., *et al.*, | : | Case No. 14-10978 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related to Docket No. 477** |

---------------------------------------------------------- x

### PRELIMINARY OBJECTION OF SECOND LIEN NOTES INDENTURE TRUSTEE AND EFIH SECOND LIEN GROUP OF SECOND LIEN NOTEHOLDERS TO DEBTORS' MOTION TO APPROVE SECOND LIEN DIP

Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Indenture Trustee**") for $2,156,392,000 aggregate principal amount of second lien notes (the "**Second Lien Notes**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "**EFIH**"), and certain Second Lien Noteholders (the "**EFIH Second Lien Group**"),[1] by and through their undersigned counsel, hereby file this preliminary objection (the "**Preliminary Objection**") to the motion [Dkt. No. 477] of EFIH to approve, among other things, second lien debtor-in-possession financing (the "**Proposed EFIH Second Lien DIP**").

1. EFIH will be seeking Court approval of the Proposed EFIH Second Lien DIP on Monday, June 30. Although objections are not due until noon on June 24, the Indenture Trustee and the EFIH Second Lien Group believe it is important to inform the Court as early as possible about recent developments. The Indenture Trustee and the EFIH Second Lien Group

---

[1] A 2019 statement for the EFIH Second Lien Group will be filed shortly.

intend to file a full and complete Objection to supplement this Preliminary Objection prior to the objection deadline.

2.     As the Court is aware, on May 12, the EFIH Second Lien Group presented EFIH with a proposal for competing second lien postpetition financing on substantially better terms than the Proposed EFIH Second Lien DIP, including with respect to the interest rate and commitment fees. At the May 22nd hearing, EFIH pledged to negotiate with the EFIH Second Lien Group in good faith regarding its proposal. Instead, shortly after advisors to the EFIH Second Lien Group met with EFIH's management and representatives on May 30 to discuss its proposal, EFIH purported to initiate a "process" asking parties to submit their "best and final" offers for a second-lien DIP. As will be explained in the full Objection to be filed tomorrow by the Indenture Trustee and EFIH Second Lien Group, the Debtors' process for soliciting and evaluating second lien DIP proposals has been deeply flawed.

3.     On Wednesday June 18, the EFIH Second Lien Group submitted a joint proposal with a strategic investor, NextEra Energy, Inc. ("**NextEra**"), regarding the terms of an alternative second lien DIP financing proposal (the "**Strategic DIP**") and an accompanying new restructuring plan (the "**Alternative Restructuring Plan**"). NextEra is one of the largest rate-regulated electric utilities in the United States and is also the largest generator of renewable energy from the wind and sun in North America. NextEra subsidiaries have significant operations and facilities within the Electric Reliability Council of Texas, including electric transmission facilities that are regulated by the Public Utility Commission of Texas. Attached as **Exhibit A** hereto is a letter dated June 18, 2014 addressed to Paul Keglevic, CFO of EFIH, attaching the proposal.

4. Following the initial submission of their Strategic DIP and Alternative Restructuring Plan on June 18, and based on discussions with EFIH and its advisors (but without any counteroffer from EFIH), the EFIH Second Lien Group and NextEra subsequently supplemented and further revised their Strategic DIP and Alternative Restructuring Plan proposal on June 22 to further improve the terms and address the few concerns the Debtors' advisors had mentioned. Attached as **Exhibit B** hereto is an e-mail dated June 22, 2014 from counsel to the EFIH Second Lien Group and the Indenture Trustee to counsel to EFIH describing the improvements made to the proposal between June 18 and June 22 and attaching a summary of the key revised terms.

5. We understand that certain holders (the "**PIK RSA Parties**") of EFIH's unsecured senior toggle notes recently modified their original financing proposal reflected in the Proposed EFIH Second Lien DIP. Notwithstanding the modest changes in the terms of the Proposed EFIH Second Lien DIP by the PIK RSA Parties, the joint proposal for a $2.3 billion second lien DIP from the EFIH Second Lien Group and NextEra is superior both in cost of financing and value to EFIH's estate and its creditors. Specifically, as outlined in Exhibit B, the EFIH Second Lien Group and NextEra proposal has the following benefits: (i) significantly lower interest and rates, (ii) superior enterprise valuation of equity conversion/investment, (iii) enhanced recoveries to all key creditor constituencies, (iv) facilitation of the Debtors' tax strategy, and (v) improved executability.

6. Nonetheless, counsel to the EFIH Second Lien Group and the Indenture Trustee was informed last night that EFIH intends to go forward with the PIK RSA Parties' proposal. As will be described in more detail in the full Objection, EFIH's managing members failed to exercise their business judgment when they selected the inferior PIK RSA Parties'

3

proposal over the economically more favorable and recovery-maximizing proposal submitted by the EFIH Second Lien Group and NextEra.

WHEREFORE, for the reasons set forth above (with additional reasons to be set forth in the full Objection to be filed by tomorrow's deadline), the Indenture Trustee and the EFIH Second Lien Group request that the Motion be denied and that the Court grant such other relief as is just and proper.

Dated: June 23, 2014               PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@ pszjlaw.com
           rfeinstein@ pszjlaw.com

*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Philip Bentley
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
           pbentley@kramerlevin.com
           jbrody@kramerlevin.com

*Counsel to the EFIH Second Lien Group and the Indenture Trustee*

4

*- and -*

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee*