# **Exhibit A**

June 18, 2014

**BY E-MAIL**
Paul Keglevic
Chief Financial Officer
Energy Future Intermediate Holding Company, LLC

      Re:    Second Lien Debtor-in-Possession Financing Proposal for
                Energy Future Intermediate Holding Company LLC

Dear Paul:

      As you know, Kramer Levin represents various entities (collectively the "Ad Hoc Group") who hold 11% Senior Secured Second Lien Notes due 2021 and 11.75% Senior Secured Second Lien Notes due 2022 (collectively, the "Notes") issued by Energy Future Intermediate Holding Company LLC ("EFIH" and, together with Energy Future Holdings Corp., the "Company") and EFIH Finance Inc.

      **NextEra Energy, Inc.** ("NEE") is one of the largest rate-regulated electric utilities in the United States and is also the largest generator of renewable energy in North America. NEE subsidiaries have significant operations and facilities within the Electric Reliability Council of Texas, including substantial electricity transmission facilities that are regulated by the Public Utility Commission of Texas (the "PUCT").

      NEE and the Ad Hoc Group are pleased to present to you this letter of intent describing the terms toward which NEE and the Ad Hoc Group are prepared to work with the Debtors to document a comprehensive restructuring of the Debtors. These terms are set forth in more detail below and on the attached summary of terms. As a first step in such restructuring, and in response to the Debtors' request that the Ad Hoc Group provide the Debtors with a "final and best" DIP financing proposal, NEE and the Ad Hoc Group are prepared to provide a second lien debtor in possession financing facility (the "Ad Hoc Group/NEE Second Lien DIP") of $2.4 billion arranged and agented by J.P. Morgan.[1]

      Like the current second lien DIP being funded by certain holders of the Debtors' PIK notes (the "PIK Holder DIP") and the related Restructuring Support Agreement (the

---

[1] As has been previously discussed with advisors to the Ad Hoc Group, the Debtors' request for a "final and best" DIP financing proposal is part of the Debtors' "process" to obtain the best available financing terms. Notwithstanding the proposal being made, the Ad Hoc Group believes that this "process" is flawed and reserves all of its rights with respect thereto. In addition, although it is clear that the DIP and related transactions described herein provide superior value to the Debtors' estates, to the extent the Debtors reject and/or refuse to move forward on the Ad Hoc Group/NEE Second Lien DIP proposal, the Ad Hoc Group is prepared to stand behind, and is committed to fund, the DIP proposal delivered to the Debtors during the week of May 26.

KL2 2851717.4

"RSA"), the Ad Hoc Group/NEE Second Lien DIP proposal provides for a conversion into equity that preserves the Debtors' ability to maintain the proposed "tax-free spin" of the TCEH Debtors. But the Ad Hoc Group/NEE Second Lien DIP proposal is superior because it:

- Provides a higher recovery for unsecured creditors of both EFH and EFIH than is provided for under the RSA, including payment in full for the EFIH PIK notes;

- Will result in NEE, an entity that has significant subsidiary operations regulated by the PUCT, holding a substantial ownership stake in Oncor, reducing the regulatory risk embedded in the RSA;

- Has a higher implied TEV for Oncor than the implied TEV under the RSA and PIK Holder DIP;

- Provides for a Second Lien DIP facility of $2.4 Billion, to be agented by JP Morgan, at an interest rate of 6% and which includes commitments from the Ad Hoc Group and a minimum $1.0 Billion funding commitment from NEE; and

- Does not require any due diligence.

We understand that the Debtors believe they are working under significant time constraints and NEE and the Ad Hoc Group are prepared to move very quickly to fully document the DIP and related restructuring support agreement over the next few days.

NEE and the Ad Hoc Group look forward to working with you to implement this transaction and look forward to your prompt reply.

Sincerely,

Thomas Moers Mayer
Counsel to the Ad Hoc Group

Mark E. Hickson,
Vice President, Strategy and Corporate Development, NextEra Energy, Inc.

Cc: Charles E. Sieving, Executive Vice President & General Counsel, NextEra Energy, Inc.
Stephen Hessler, Kirkland & Ellis
David Ying, Evercore Partners
Howard Seife, Chadbourne & Parke (counsel to NEE)
David LeMay, Chadbourne & Parke (counsel to NEE)
Joshua Brody, Kramer Levin Naftalis & Frankel

KL2 2851717.4

536758

# Proposed Second Lien DIP Facility

## Key terms

**EFIH Second Lien Noteholders together with NextEra Energy, Inc. ("NextEra") are pleased to provide the following Second Lien DIP Proposal**

| | |
|---|---|
| **Structure** | ■ $2.4 billion Second Lien Convertible DIP Facility (the "DIP Facility") comprised of one or more tranches<br>– Not less than $1.0 billion to be provided by NextEra |
| **Interest** | ■ 6.0% |
| **DIP Equity Conversion** | ■ Pre-conversion splits remain consistent with existing RSA (98.0% to EFIH Unsecured PIK / Toggle, 1.0% EFH Unsecured, 1.0% to Existing Equity)<br>■ DIP shall convert into 68.0% of the fully diluted reorganized EFH equity (implied equity value of $3.6 billion vs. $3.1 billion under RSA) |
| **Use of Funds** | ■ Partial refinancing of EFIH Second Lien Noteholders, including payment of applicable make-whole claim<br>■ General corporate purposes / pre-funding of plan of reorganization |
| **Improved Creditor Treatment** | ■ Payment in full to EFIH PIK / Toggle Noteholders (combination of cash and equity)<br>■ Payment in full to EFIH Second Lien Notes (combination of cash and equity)<br>■ $20 million or greater incremental cash payment (over current expected RSA payment) to EFH Unsecured Noteholders |
| **Fees and Expenses** | ■ PIK Fee of $50 million to new money lenders<br>■ Payment of reasonable professional fees and expenses of the Second Lien Noteholders and NextEra<br>■ Payment of reasonable fees and expenses to J.P. Morgan and Credit Suisse |
| **Tenor** | ■ 24 months<br>– Not callable |
| **Collateral** | ■ All liens securing EFIH First Lien DIP Facility on a second-priority basis |
| **Covenants** | ■ Usual and customary affirmative and negative covenants<br>■ Financial covenants consistent with EFIH First Lien DIP Facility subject to a 15% cushion |

J.P.Morgan    ROTHSCHILD

536758

# Superior value and structure

## Key benefits to the Debtors and creditors

**This proposed Second Lien DIP Facility, and the anticipated Restructuring Support Agreement, is superior in numerous important aspects, both in terms of the economics of the financing as well as the value proposition for the key stakeholders in the bankruptcy:**

1. Significantly lower interest rate and fees

2. Superior enterprise valuation of equity conversion / investment

3. Enhanced recoveries to all key creditor constituencies:
   - EFIH Unsecured PIK / Toggle Noteholders – par recovery
   - EFIH Second Lien Noteholders – resolution of make-whole claim
   - EFH Unsecured Noteholders – $20 million or greater increase in cash distribution over current RSA recovery

4. Facilitates Debtors' tax strategy – accommodates continuity of interest requirements to facilitate TCEH tax-free spin

5. Improved executability – significant investment from NextEra enhances likelihood of obtaining required regulatory approvals

J.P.Morgan        ROTHSCHILD