**Exhibit B**

| From: | Brody, Joshua |
|---|---|
| To: | Stephen E. Hessler; "David Ying"; Stephen Goldstein; Richard M. Cieri |
| Cc: | Mayer, Thomas Moers; todd.snyder@rothschild.com; dustin.mondell@rothschild.com; David LeMay; Charles E. Sieving (charles.sieving@nexteraenergy.com); Howard Seife (hseife@chadbourne.com); Mark Hickson; Marc Roitman; Kevin.glodowski@rothschild.com; bilal.bazzy@rothschild.com |
| Subject: | EFIH - Revised NextEra/Ad Hoc Second Lien Proposal |
| Date: | Sunday, June 22, 2014 4:47:53 PM |
| Attachments: | 2L DIP Business Terms_NextEra (6.22.14).pdf<br>ATT00001.htm<br>2L DIP Sources and Uses (6.22.14).pdf<br>ATT00002.htm |

Steve/David-

Following up on our discussions last week, attached please find a revised proposal that takes into consideration some of the issues raised by the Debtors and their advisors and improves the terms of our proposal. Specifically, we have done the following:

-- Reduced the Optional Prepayment Fee to $160mm.

-- Eliminated any Alternative Transaction Fee.

-- DIP Facility structure revised as follows:
   - $1.6bn new money
   - $700m roll of EFIH 2nd Lien Notes
   - $100m of EFIH 2nd Lien Notes remain outstanding and converted into equity at bankruptcy exit.

-- DIP Facility, along with the $100m of 2nd Lien Notes mentioned above, converts into 68% of pro forma equity (unchanged)
   - Liquidity under the Facility is unchanged from this modification to structure

-- Clarify that Exit Facility will be sized in order to provide desired minimum cash balance upon emergence.

-- Clarification of a potential tax free merger involving Next Era and EFH post-emergence.

We continue to believe that our proposal is superior in value and recovery to creditors than any other proposal the Debtors have received. Please let us know if you have any additional questions or wish to discuss.

-Josh

*****************************************************************

**Joshua Brody** | Partner
**T:** 212-715-9314 **F:** 212-715-8444 **E:** JBrody@KRAMERLEVIN.com
Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, New York 10036
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

# Proposed Second Lien DIP Facility

Key terms

**EFH Second Lien Noteholders together with NextEra Energy, Inc. ("NextEra") are pleased to provide the following Second Lien DIP Proposal**

| | |
|---|---|
| **Structure** | ■ $2.3 billion Second Lien Convertible DIP Facility (the "DIP Facility") comprised of one or more tranches<br>– $1.6 billion to be provided by NextEra |
| **Interest** | ■ 6.0% |
| **DIP Equity Conversion** | ■ Pre-conversion splits remain consistent with existing RSA (98.0% to EFIH Unsecured PIK / Toggle, 1.0% EFH Unsecured, 1.0% to Existing Equity)<br>■ DIP Facility, together with $100 million of retained Second Lien Notes, shall convert into 68.0% of the fully diluted reorganized EFH equity (implied equity value of $3.6 billion vs. [Redacted]) |
| **Use of Funds** | ■ Partial refinancing of EFIH Second Lien Noteholders, including payment of applicable make-whole claim<br>■ General corporate purposes / pre-funding of plan of reorganization |
| **Improved Creditor Treatment** | ■ Payment in full to EFIH PIK / Toggle Noteholders (combination of cash and equity)<br>■ Payment in full to EFIH Second Lien Notes (combination of cash and equity)<br>■ $20 million or greater incremental cash payment (over current expected RSA payment) to EFH Unsecured Noteholders |
| **Fees and Expenses** | ■ No Alternative Transaction Fee<br>■ PIK Fee of $50 million to new money lenders<br>■ Payment of reasonable professional fees and expenses of the Second Lien Noteholders and NextEra<br>■ Payment of reasonable fees and expenses to J.P. Morgan and Credit Suisse |
| **Tenor** | ■ 24 months |

J.P.Morgan          ROTHSCHILD

536758

1

# Proposed Second Lien DIP Facility (cont'd)

## Key terms

**Optional Prepayment**
- $160 million prepayment fee to NextEra, with a 5 business day right for NextEra to negotiate and match or top any alternative proposal

**Exit Facility**
- First Lien Exit Facility to be appropriately sized in order to provide for desired minimum cash balance upon emergence

**Collateral**
- All liens securing EFIH First Lien DIP Facility on a second-priority basis

**Covenants**
- Usual and customary affirmative and negative covenants
- Financial covenants consistent with EFIH First Lien DIP Facility subject to a 15% cushion

**Potential Merger**
- Within 30 days of the issuance of the DIP Facility, NextEra will seek board approval for potential tax free merger of EFH and NextEra post EFH exit from bankruptcy in an all-stock transaction bringing NextEra ownership to 100%
- This Second Lien DIP proposal is not contingent on this potential merger occurring, and all other restructuring transactions would occur irrespective of whether the potential merger occurs
  - If the Debtors have any concern with the inclusion of the potential merger in the restructuring transactions, NextEra and the EFIH Second Lien Noteholders would agree to remove reference to the potential merger from this proposal

J.P.Morgan    ROTHSCHILD

536758

2

# Superior value and structure

## Key benefits to the Debtors and creditors

**This proposed Second Lien DIP Facility, and the anticipated Restructuring Support Agreement, is superior in numerous important aspects, both in terms of the economics of the financing as well as the value proposition for the key stakeholders in the bankruptcy:**

 Significantly lower interest rate and fees

 Superior enterprise valuation of equity conversion / investment

 Enhanced recoveries to all key creditor constituencies:

- EFIH Unsecured PIK / Toggle Noteholders – par recovery
- EFIH Second Lien Noteholders – resolution of make-whole claim
- EFH Unsecured Noteholders – $20 million or greater increase in cash distribution over current RSA recovery

 Facilitates Debtors' tax strategy – accommodates continuity of interest requirements to facilitate TCEH tax-free spin

 Improved executability – significant investment from NextEra enhances likelihood of obtaining required regulatory approvals

J.P.Morgan     ROTHSCHILD