# Exhibit E

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, New York 10022 |  |
|---|---|---|
| Stephen E. Hessler<br>To Call Writer Directly:<br>(212) 446-4974<br>shessler@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

June 21, 2014

Stephen Moeller-Sally, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

      *Re*: Energy Future Holdings Corp., *et al.* (the "Debtors"), No. 14-10979 (CSS) (D. Del).

Dear Stephen:

      On behalf of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC ("EFIH"), and the other Debtors, I write in reference to your letter dated June 18, 2014, regarding EFIH's proposed second lien debtor-in-possession financing (the "Second Lien DIP Financing").

      At this time, it is neither necessary nor productive to respond to each of the baseless assertions in your letter. Suffice to say, your allegation that the Debtors have somehow recently launched a "tardily created bidding process that lacked clear ground rules" in an effort to secure Second Lien DIP Financing rests upon a fundamental mischaracterization of the events at hand.

      From the outset of these chapter 11 cases, the Debtors have transparently reiterated their intent to seek Bankruptcy Court approval of the Second Lien DIP Financing *that was fully negotiated and committed as of the petition date*. Since then, the Debtors have been receptive to consideration of proposals for alternative and competing Second Lien DIP Financing transactions, including a proposal from the ad hoc group of EFIH first lien noteholders that you represent. And in every instance, the Debtors have given thorough and careful review of such proposals and have engaged in good faith negotiations with the relevant professionals—including with Ropes & Gray and Capstone—and the Debtors will continue to do so consistent with their goal of maximizing the value of EFIH for its stakeholders.

## KIRKLAND & ELLIS LLP

Stephen Moeller-Sally, Esq.
June 21, 2014
Page 2

      As always, we are available to discuss further your clients' existing (or potentially further modified) proposal.

                Sincerely,

                /s/ Stephen E. Hessler