**Exhibit 1**

**TODD R. SNYDER**

Todd R. Snyder is an Executive Vice Chairman of North American GFA and Co-Chair of the North American Debt Advisory and Restructuring Group of Rothschild Inc., a leading international investment banking and financial advisory firm.  He is also a Commissioner for The New York Gaming Commission and a member of New York State's Financial Restructuring Board for Local Governments. Todd has been an advisor to companies in restructurings and reorganizations for twenty-six years.  He has been instrumental in a diverse selection of complex transactions including reorganizations, restructurings, financings, spinoffs, workouts, exchange offers, mergers, divestitures and management led buyouts.

Todd has advised companies in a range of industries.  Representative assignments include, advising United Airlines, YRC Worldwide, Solutia, Tronox, Syncora Holdings Ltd., OCA, Comdisco, Security Capital Assurance, Ltd., Tekni-plex, Federal Mogul, AK Steel, The FINOVA Group, Zenith Electronics, Dow Corning, Special Metals Corporation, Visteon Corporation, Emerald Casino, Wheeling Pittsburgh Steel, GAF Corp., Recycling Industries, Great American Recreation, Merrill Corporation, Globe Manufacturing, Global Aviation, Arcapita Bank and Nebraska Book.

In addition, Todd has advised creditors in significant matters including a monoline insurer in the bankruptcy of the City of Detroit, the official committee of trust preferred security holders in First Place Financial Corp., secured creditors of TXU, UBS in the context of Finish Line – Genesco, the bondholders in ORBCOMM Global, the subordinated convertible debtholders in Adelphia Communications, RMBS, municipal and infrastructure holders of financial guaranty claims in FGIC and the official committees of unsecured creditors in Sea Launch and Metromedia International Group as well as the PBGC in Northwest Airlines, Entergy Corporation's proposed nuclear energy spinoff, Tower Automotive and across the auto and healthcare industries.  Todd has also advised two administrations with respect to the reorganization of the automobile industry (including General Motors, Chrysler and Adam Opel) and has been a Global Co-Head of Rothschild's Automotive Industry Sector.  Todd was named co-lead negotiator by Governor Cuomo to lead New York State's renegotiation of its public sector union contracts.  He was named "2009 Rainmaker of the Year" by Institutional Investor and "2010 Restructuring Investment Banker of the Year" by Global M&A Network and was recognized by the Turnaround Management Association (TMA) for Restructuring Deal of the Year 2012.

Before joining Rothschild, Todd was a Managing Director in the Restructuring and Reorganization group at Peter J. Solomon Company.  Prior to joining Peter J. Solomon Company, Todd was a Managing Director at KPMG Peat Marwick in the Corporate Recovery group where he was also National Director of the Corporate Recovery Practice for Government Enterprises (regulated and privatizing industries).  Todd has also run his own advisory and investment firm, Hesperus Advisors, specializing in recapitalizations and workouts.  Prior to his move to investment banking, Todd practiced law in the Business Reorganization department of Weil, Gotshal & Manges.

Todd graduated with honors from Wesleyan University where he serves on the President's Council.  He received a Juris Doctor from the University of Pennsylvania Law School where he was a senior editor of the Journal of International Business Law and a Co-Chairman of the Committee on Academic Responsibility.  He was Co-Chairman of the ABI New York Bankruptcy Conference.  Todd has been an adjunct professor at New York University Law School and New York University Leonard N. Stern School of Business and speaks frequently on reorganization related topics.  He co-authored *The Patronus Technique:  A Practical Proposal for Asbestos Driven Bankruptcies (*Journal of Bankruptcy Law and Practice – Volume 11); *Asbestos Prepackaged Bankruptcies: Apply the Brakes Carefully and Retain Flexibility for Debtors* (ABI Law Review – Volume 13.801) as well as *The busted spinoff:  lessons for directors* (published in Navigating in Today's Environment: The Directors' and Officers' Guide to Restructuring) and has been visiting lecturer at the London Business School in the Masters in Finance Program and the University of Chicago Graduate School of Business.  Todd was a member of the Study Panel on Science, Security and Prosperity in a Changing World at the National Academies of Science. Todd currently serves as a trustee for non-profit organizations BRC (f/k/a Bowery Residents Committee) and Shining Hope for Communities. He also is a member of the steering committee of NYC Bankruptcy Assistance Project (NYC BAP).  Todd formerly served as a director of GenCorp Inc. (NYSE: GY) and AMC Financial, Inc. (NASDAQ)