# Exhibit 2

# EFIH Second Lien DIP

|  | **RSA Second Lien DIP term sheet (4/29/2014)** | **EFIH Second Lien Committee DIP term sheet [DRAFT]** |
|---|---|---|
| **Issuer** | ■ EFIH and EFIH Finance | ■ Same |
| **Guarantors** | ■ Each direct and indirect wholly owned domestic restricted subsidiary of the Company formed or acquired after the Closing Date. There will be no guarantors on the closing date of the EFIH Second Lien DIP Notes Financing | ■ Same |
| **Arranger** |  | ■ JP Morgan |
| **Securities Offered** | ■ $1.9 billion aggregate principal amount in three tranches of <u>8%</u> Convertible Second Lien Subordinated Secured DIP Financing Tranche A Notes due 2016 | ■ $1.9 billion aggregate principal amount of <u>[7]%</u> Convertible Second Lien Subordinated Secured DIP Financing Notes due 2016<br>■ Ability to upsize DIP amount in a manner consistent with the currently proposed Second Lien DIP<br>■ All Second Lien Holders will have the right to participate in the Second Lien DIP financing (including Fidelity) pro rata based on ownership of Second Lien Notes |
| **Automatic Conversion** | ■ The EFIH Second Lien DIP Notes, subject to certain conditions, will automatically convert on the Effective Date into shares of Reorganized EFH Corp. common stock constituting approximately <u>64%</u> of the shares of common stock of Reorganized EFH Corp | ■ The EFIH Second Lien DIP Notes, subject to certain conditions, will automatically convert on the Effective Date into shares of Reorganized EFH Corp. common stock constituting approximately <u>[62]%</u> of the shares of common stock of Reorganized EFH Corp<br>■ Warrants to be issued to EFIH Unsecured Creditors – [TBD] |
| **Interest Rate** | ■ <u>8%</u> per annum, plus:<br>– Additional 4% if the Bankruptcy Court does not approve the Oncor TSA Amendment within 90 days after the commencement of the Chapter 11 cases, or July 28, 2014<br>– Additional 10% PIK fee if the Bankruptcy Court does not approve the Oncor TSA Amendment by April 29, 2015 | ■ <u>[7]%</u> per annum |



1    **Sources** Summary of EFIH Second Lien DIP Notes (Docket No. 363, Exhibit A); Restructuring Support Agreement (Docket No. 98, Exhibit D)

# EFIH Second Lien DIP

|  | RSA Second Lien DIP term sheet (4/29/2014) | EFIH Second Lien Committee DIP term sheet [DRAFT] |
|---|---|---|
| **Interest Payment Dates** | ■ Interest will be payable on the final business day of each fiscal quarter, beginning on the final business day of the fiscal quarter following the closing date of the EFIH Second Lien DIP Notes Financing | ■ Same |
| **Default Interest** | ■ During the continuance of an event of default (as defined in the note purchase agreement), overdue amounts on the EFIH Second Lien DIP Notes will bear interest at an additional 2% per annum | ■ Same |
| **Maturity Date** | ■ The date that is the earliest to occur of (i) the 24-month anniversary of the Closing Date, (ii) the effective date of the Chapter 11 Plan, (iii) the consummation of a sale of substantially all of the Borrowers' assets or stock under section 363 of the Bankruptcy Code or (iv) the acceleration of the Second Lien DIP Notes and termination of any then outstanding commitments in accordance with the terms of the EFIH Second Lien DIP Financing | ■ Same |
| **Optional Prepayment** | ■ The Issuer may prepay the EFIH Second Lien DIP Notes subject to customary notice periods and a prepayment fee of $380 million (which payment may be waived upon the written consent of holders of at least 50.1% of the outstanding commitments and/or exposure under the EFIH Second Lien DIP Notes Financing (the "Required Note Purchasers") in their sole discretion; provided, however, that the Required Note Purchasers may not waive such prepayment fee with respect to the EFIH Second Lien DIP Tranche A-3 Notes) | ■ $[75] million to the Backstop Parties in the event holdings of the Backstop Parties fully prepaid<br>■ No prepayment fee to Non-Backstop Parties |
| **Security and Priority** | ■ The EFIH Second Lien DIP Notes are secured on a second-priority priming basis by EFIH's grant of a lien on the Collateral securing the EFIH First Lien DIP Facility, including all of the membership interests and other investments it owns or holds in Oncor Holdings | ■ The EFIH Second Lien DIP Notes are secured on a second-priority non-priming basis by EFIH's grant of a lien on the Collateral securing the EFIH First Lien DIP Facility, including all of the membership interests and other investments it owns or holds in Oncor Holdings |
| **Representations and Warranties** | ■ Customary representations and warranties (subject to usual exceptions and materiality qualifiers) | ■ Same |



# EFIH Second Lien DIP

|  | **RSA Second Lien DIP term sheet (4/29/2014)** | **EFIH Second Lien Committee DIP term sheet [DRAFT]** |
|---|---|---|
| **Covenants** | ■ Customary affirmative and negative covenants (subject to baskets and materiality exceptions), consistent with those found in the EFIH First Lien DIP Facility including the following covenants:<br>– Covenants restricting intercompany loans or investments by or to the Company or its guarantor subsidiaries to or by other subsidiaries;<br>– Covenants restricting liens, investments, sale leasebacks, restricted payments, asset sales, transactions with affiliates, events and actions in the bankruptcy proceeding and indebtedness, subject to certain baskets;<br>– A financial covenant requiring the Borrowers to have unrestricted cash in excess of $127.5 million at all times | ■ Same |
| **Events of Default** | ■ The note purchase agreement will contain Events of Default (other than cross default to material postpetition indebtedness, but will include a cross acceleration to material post-petition indebtedness), subject to materiality exceptions and qualifications and grace periods, consistent with those found in the EFIH First Lien DIP Facility, subject to a 15% cushion | ■ Same |
| **Oncor TSA Amendment** | ■ Interest Rate subject to incremental step-up based on:<br>– Additional <u>4%</u> if the Bankruptcy Court does not approve the Oncor TSA Amendment within 90 days after the commencement of the Chapter 11 cases, or July 28, 2014<br>– Additional <u>10%</u> PIK fee if the Bankruptcy Court does not approve the Oncor TSA Amendment by April 29, 2015 | ■ Debtor shall have the flexibility, based on exercise of its business judgment and fiduciary duties, to seek approval of the Oncor TSA Amendment or maintain the Oncor TSA as currently in place |
| **Transfer Restrictions** | ■ The Issuer will not register the EFIH Second Lien DIP Notes under the Securities Act or any state or other securities laws. The EFIH Second Lien DIP Notes will be subject to restrictions on transfer and may only be offered or sold in accordance with the terms of the note purchase agreement and in transactions exempt from, or not subject to, the registration requirements of the Securities Act or pursuant to an effective registration statement | ■ Same |

**Sources** Summary of EFIH Second Lien DIP Notes (Docket No. 363, Exhibit A); Restructuring Support Agreement (Docket No. 98, Exhibit D)



# EFIH Second Lien DIP

| | RSA Second Lien DIP term sheet (4/29/2014) | EFIH Second Lien Committee DIP term sheet [DRAFT] |
|---|---|---|
| **Conditions to Consummation** | ■ Various | ■ Same with appropriate adjustments relating to change in financing parties |
| **Alternative Transaction Fee** | ■ Subject to entry of the Approval Order, if EFIH enters into definitive documentation with respect to a reorganization, restructuring, merger, consolidation, share exchange, rights offering, equity investment, business combination, recapitalization or similar transaction (including the sale of all or substantially all of the assets of EFH, EFIH, or any other Debtor) involving EFIH on equal or better terms and conditions for EFIH than those contemplated in the Restructuring Support Agreement and the Term Sheet, the Debtors shall pay an amount in cash equal to <u>3%</u> of $1.9 billion to the Initial Commitment Parties | ■ Same except Debtors shall pay an amount in cash equal to <u>[1.5]%</u> of $1.9 billion to the Backstop Parties |
| **Enhancements to Creditor Settlements** | | ■ First Lien Settlement enhancement [TBD]<br>■ Second Lien Settlement enhancement [TBD] |
| **Modification to Second Lien Tender Offer** | | ■ Eliminate the step-down in consideration for tenders made after the first 10 business days of the tender period<br>■ Hold tender offer open until July 8, 2014<br>■ Eliminate certain additional fees being paid to certain parties that are not being made available to all Second Lien Holders |
| **Additional Financing Fees** | ■ Funding PIK Fee to Commitment Parties: 5.0%<br>■ Execution Fee to Commitment Parties: 0.46%<br>■ Approval Fee to Commitment Parties: 0.54%<br>■ Funding Cash Fee to Commitment Parties: 1.0%<br>■ Participation Rights Fee to Fidelity: $11.25 million (0.59%)<br>■ Arranger fees to GSO and Avenue: $2.0 million (0.11%)<br>■ Settlement Premium to GSO, York and Avenue: $1.57 million (0.08%)<br>■ Arrangement Payment to Centerview Partners: $5.0 million (0.26%)<br>■ Advance Payment to Centerview Partners and Akin Gump: $3.675 million (0.19%) | ■ Funding PIK Fee to Backstop Parties: [4.0]%<br>■ Funding Cash Fee to Backstop Parties: [1.0]%<br>■ Payment of all Second Lien Indenture Trustee professional fees<br>■ Payment of fees to JP Morgan as Agent and Arranger |

4    **Sources** Summary of EFIH Second Lien DIP Notes (Docket No. 363, Exhibit A); Restructuring Support Agreement (Docket No. 98, Exhibit D)

