## Exhibit 5

# Exhibit 5

**Comparison of Second Lien DIP Proposals – Key Terms  ($ in millions)**

|  | Revised PIK Second Lien DIP | NextEra / Ad Hoc Second Lien DIP | NextEra / Ad Hoc Better |
|---|---|---|---|
| Size of Facility [1,2] | $1,900 | $2,300 | ✓ |
| Interest Rate | 6.25% | 6.00% | ✓ |
| Implied Equity Valuation [3] | 3,325 | 3,603 | ✓ |
| **Fees (contingent and non-contingent):** | | | |
| Upfront PIK Fee | 95 | 50 | ✓ |
| Alternative Transaction Fee | – | – | |
| Additional Fees | 69 | 10 | ✓ |
| Total Non-Contingent Fees | 164 | 60 | ✓ |
| Optional Prepayment Premium | 95 | 160 | |
| **Treatment** | | | |
| Payment in Full to EFIH PIK Toggle | NO | YES | ✓ |
| Incremental Recovery to EFH Unsecured vs. RSA | – | 20 | ✓ |

**Notes**
1. Excludes Upfront PIK Fees
2. It is currently anticipated that there will be $100m of retained notes ("Retained Notes") excluded from the proposed NextEra / AD Hoc Second Lien DIP Facility. However such Retained Notes, together with the Second Lien DIP Facility, will convert into 68.0% of the pro forma equity
3. Revised $1.9bn PIK DIP converts into 60.0% of the reorganized EFH. NextEra / Ad Hoc Second Lien DIP ($2.3bn) converts into 68.0% of reorganized EFH equity

