**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re: : Chapter 11
 :
Energy Future Holdings, Inc., *et al.*, : Case No. 14-10978 (CSS)
 :
 Debtors. : (Jointly Administered)
 :
 : **Related to Docket No. ___**
------------------------------------------------------------ x

**ORDER GRANTING MOTION TO FILE UNDER SEAL UNREDACTED VERSIONS OF: (I) OBJECTION TO DEBTORS' MOTION TO APPROVE SECOND LIEN SETTLEMENT; (II) OBJECTION TO DEBTORS' MOTION TO APPROVE SECOND LIEN DIP; AND (III) DECLARATION OF TODD R. SNYDER**

Upon consideration of the Motion (the "<u>Motion</u>") [1] of the Indenture Trustee and EFIH Second Lien Group to file unredacted versions of the following documents under seal: (i) the Indenture Trustee and EFIH Second Lien Group Objection to Debtors' Motion to Approve Second Lien Settlement (the "**Settlement Objection**"); (ii) the Indenture Trustee and EFIH Second Lien Group Objection to Debtors' Motion to Approve the Second Lien DIP (the "**DIP Objection**" and, collectively with the Settlement Objections, the "**Objections**"); and (iii) the Declaration of Todd R. Snyder filed in support of the Objections (the "**Snyder Declaration**") and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2); and it appearing that notice of the Motion has been given as set forth in the Motion and that no further notice need be given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

2

1. The Motion is granted as set forth herein.

2. The Indenture Trustee and EFIH Second Lien Group are hereby authorized to file the unredacted versions of the Objections and the Snyder Declaration under seal.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and implementation of this Order.


Dated: June ____, 2014

                                                    The Honorable Christopher S. Sontchi
                                                    United States Bankruptcy Judge