IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings, Inc., *et al.*, | : | Case No. 14-10978 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
------------------------------------------------------------ x

**MOTION TO FIX HEARING DATE ON AND SHORTEN TIME TO
OBJECT OR RESPOND TO MOTION TO FILE UNDER SEAL UNREDACTED
VERSIONS OF: (I) OBJECTION TO DEBTORS' MOTION TO APPROVE SECOND
LIEN SETTLEMENT; (II) OBJECTION TO DEBTORS' MOTION TO APPROVE
SECOND LIEN DIP; AND (III) DECLARATION OF TODD R. SNYDER**

Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Indenture Trustee**") for $2,156,392,000 aggregate principal amount of second lien notes (the "**Second Lien Notes**" and the holders thereof the "**Second Lien Noteholders**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "**EFIH**"), and certain Second Lien Noteholders (the "**EFIH Second Lien Group**"), by and through their undersigned counsel, hereby moves this Court for the entry of an Order fixing a hearing date and shortening the time to object or respond to the *Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; (III) Declaration of Todd R. Snyder* (the "**Motion**")[1] such that (i) an expedited hearing with respect to the Motion may be held at the hearing currently scheduled for June 30; and (ii) objections to the Motion, if any, be filed by 4:00 p.m. prevailing Eastern time on June 27. In support of this motion (the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

"**Motion to Shorten**"), the Indenture Trustee and EFIH Second Lien Group respectfully state as follows:

Del. Bankr. LR 9006-1 provides that unless the Federal Rules of Bankruptcy Procedure or the Local Rules state otherwise, "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least eighteen (18) days (twenty-one (21) days if service is by first class mail; nineteen (19) days if service is by overnight delivery) prior to the hearing date." Del. Bankr. LR 9006-1(c)(i). Del. Bankr. LR 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. LR 9006-1(e).

The Movants request that an expedited hearing on the Motion be scheduled for hearing on June 30, 2014 at which EFIH and its affiliated debtors (the "**EFIH Debtors**") will present the motion of to approve certain EFIH settlements (the "**Settlement Motion**") [Dkt. No. 472] and the motion to approve, among other things, second lien debtor-in-possession financing (the "**Second Lien DIP Motion**") [Dkt. No. 477]. As set forth in more detail in the Motion, the Objections and the Snyder Declaration include certain information derived from documents that the EFIH Debtors have designated as "confidential." Because the Objections and the Snyder Declaration relate to the motions scheduled for a hearing scheduled on June 30, 2014, the Indenture Trustee and Second Lien Group submit that the Motion should properly be heard at, or prior to, the June 30 hearing.

The Indenture Trustee and EFIH Second Lien Group submit that hearing the Motion on shortened notice will not prejudice any party in interest. In order to allow parties

2

3

additional time to respond, the Motion and this Motion to Shorten will be served by electronic mail, hand delivery, overnight mail, or express mail on(a) the EFIH Debtors; (b) the Office of the U.S. Trustee for the District of Delaware; (c) counsel for the Creditors' Committee; and (d) all parties having requested notice pursuant to Bankruptcy Rule 2002.

      If the Court grants this Motion to Shorten and enters an Order fixing a hearing date and shortening the time to object or respond to the Motion, Indenture Trustee and EFIH Second Lien Group will immediately serve a copy of such Order, and a notice for the Motion, on the same parties who were served with the Motion by facsimile, electronic mail, hand delivery, overnight mail, or express mail.

[*Remainder of page intentionally left blank*]

3

WHEREFORE, for the reasons set forth, Indenture Trustee and EFIH Second Lien Group respectfully request the entry of an Order scheduling the Hearing on the Motion at the hearing currently scheduled for June 30, 2014, and allowing any objections or responses to the Motion to be made no later than 4:00 p.m. on June 27, 2014, and for such other and further relief as the Court may deem appropriate.

Dated: June 24, 2014                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@ pszjlaw.com
          rfeinstein@ pszjlaw.com

  *- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Philip Bentley
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000
Email: tmayer@kramerlevin.com
          pbentley@kramerlevin.com
          jbrody@kramerlevin.com

*Counsel to the EFIH Second Lien Group and the Indenture Trustee*
  *- and -*

4

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee*