IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :    Chapter 11
                                                           :
Energy Future Holdings, Inc., *et al.*,                    :    Case No. 14-10978 (CSS)
                                                           :
                        Debtors.                           :    (Jointly Administered)
                                                           :
                                                           :    **Related to Docket No. ___**
---------------------------------------------------------- x


ORDER FIXING HEARING DATE AND SHORTENING TIME TO
OBJECT OR RESPOND TO MOTION TO FILE UNDER SEAL UNREDACTED
VERSIONS OF: (I) OBJECTION TO DEBTORS' MOTION TO APPROVE SECOND
LIEN SETTLEMENT; (II) OBJECTION TO DEBTORS' MOTION TO APPROVE
SECOND LIEN DIP; AND (III) DECLARATION OF TODD R. SNYDER

Upon the motion (the "**Motion to Shorten**") of Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Indenture Trustee**") for $2,156,392,000 aggregate principal amount of second lien notes (the "**Second Lien Notes**" and the holders thereof the "**Second Lien Noteholders**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "**EFIH**"), and certain Second Lien Noteholders (the "**EFIH Second Lien Group**"), by and through their undersigned counsel, hereby moves this Court for the entry of an Order fixing a hearing date and shortening the time to object or respond to the *Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; (III) Declaration of Todd R. Snyder* (the "**Motion**");[2] and it appearing that the relief sought in the Motion to Shorten is appropriate under the circumstances;

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted;

2. The hearing on the Motion is scheduled for June 30, 2014 at 9:30 a.m. (Eastern time).

3. Any objections or responses to the Motion must be made no later than 4:00 p.m. (Eastern time) on June 27, 2014.

4. Immediately after the entry of this Order, counsel for the Indenture Trustee shall serve a copy of this Order and notice of the Motion on parties originally served with the Motion to Shorten and the Motion in the manner described in the Motion to Shorten.

Dated: June ___, 2014

                                                           The Honorable Christopher S. Sontchi
                                                           United States Bankruptcy Judge