IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: June 30, 2014 at 9:30 a.m.<br><br>Objection Deadline: June 24, 2014 at 12:00 p.m. (Extended By Consent)<br><br>Related Docket No. 472, 477 & 1071 |

**JOINDER OF CAXTON ASSOCIATES LP
TO THE OBJECTION OF THE AD HOC GROUP OF EFH LEGACY NOTEHOLDERS
TO THE APPROVAL OF PROPOSED
SECOND LIEN FINANCING AND MAKEWHOLE SETTLEMENT**

Caxton Associates LP, as trading advisor for a client that holds certain EFH Legacy Notes ("Caxton"),[1] hereby submits this joinder to the objection of the Ad Hoc Group of EFH Legacy Noteholders ("Objection") to above-captioned debtors and debtors in possession's (collectively, the "Debtors") motion (i) to approve postpetition second lien financing [Docket No. 477] (the "Second Lien DIP Motion") and (ii) to approve the second lien note settlement [Docket No. 472] (the "Settlement Motion" and together with the Second Lien DIP Motion, the "Motions"); and respectfully represents as follows:

**JOINDER**

1.    Caxton hereby joins the Objection and submits that the Court should deny the relief sought by the Motions for all the reasons set forth in the Objection.

---

[1]    All capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Objection.

**CONCLUSION**

WHEREFORE, Caxton Associates LP, as trading advisor for a client that holds certain EFH Legacy Notes, joins in the Objection and respectfully requests that this Court deny the relief sought in the Motions.

Dated: June 24, 2014
Wilmington, Delaware

THE HOGAN FIRM

By: _/s/Garvan F. McDaniel_
Garvan F. McDaniel, Esq. (DE #4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: gfmcdaniel@dkhogan.com

– and –

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: drosner@kasowitz.com
       aglenn@kasowitz.com
       dfliman@kasowitz.com

*Counsel to Caxton Associates LP*