## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: Docket No. 477, 1078** |

## DECLARATION OF GREGORY STARNER, ESQ.

**GREGORY M. STARNER,** declares under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1.  I am a partner of the firm White & Case LLP, counsel to the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.74 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"). I submit this Declaration in support of the *Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Superpriority Administrative Expense Claims,*

---

[1] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*(C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve EFIH Second Lien Settlement*, filed June 24, 2014.

    2.    Attached to this Declaration are, to the best of my knowledge, true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Updated Presentation to Boards of Managers and Directors of EFIH and EFIH Finance Inc., Second Lien DIP Facility, June 22, 2014. |
| Exhibit 2 | Excerpts from the June 18, 2014 Deposition of Paul Keglevic. |
| Exhibit 3 | Excerpts from the June 23, 2014 Deposition of David Ying. |
| Exhibit 4 | Excerpts from the June 17, 2014 Deposition of Paul Keglevic. |
| Exhibit 5 | Shared Services Agreement, Schedule 1. |
| Exhibit 6 | Excerpts from the May 29, 2014 Deposition of David Ying. |

    /s/ Gregory M. Starner
    GREGORY M. STARNER