## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 477, 1078, and 1080** |
| | ) | **Proposed Objection Deadline: June 27, 2014 at 4:00 p.m.** |
| | ) | **Proposed Hearing Date: June 30, 2014 at 9:30 a.m.** |
| | ) | |

**MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS PURSUANT TO 11 U.S.C. § 107(b), BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1(B) FOR AUTHORITY TO FILE UNDER SEAL THE OBJECTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY AND LIMITED OBJECTION TO THE RELATED MOTION TO APPROVE EFIH SECOND LIEN SETTLEMENT AND SUPPORTING DECLARATION**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.8 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, hereby files this motion (the "Motion to Seal") for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the

---

[1]     The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

"Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and

Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local

Rules") authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially

redacted form its Objection (the "Objection") to the Motion of Energy Future Intermediate

Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition

Second Lien Financing, (B) Granting Liens and Superpriority Administrative Expense Claims,

(C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment,

(E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F)

Modifying the Automatic Stay [Docket No. 477] (the "EFIH Second Lien DIP Motion") and

Limited Objection to the Related Motion to Approve EFIH Second Lien Settlement, and certain

exhibits to the Declaration of Gregory M. Starner in support of the Objection (the

"Declaration"); and (ii) to file unredacted copies of the Objection and the Declaration under seal.

In support of the Motion to Seal, the Ad Hoc Group of TCEH Unsecured Noteholders

respectfully represents as follows:

## JURISDICTION

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 157

and 1334.  This matter is core proceeding under 28 U.S.C. § 157(b)(2)(P).  Venue is proper

before this Court pursuant to 28 U.S.C. § 1410.

## RELIEF REQUESTED

2.      By this Motion to Seal, the Ad Hoc Group of TCEH Unsecured

Noteholders seeks entry of an order, pursuant to section 107(b) of the Bankruptcy Code,

Bankruptcy Rule 9018, and Local Rule 9018-1(b), permitting the Ad Hoc Group of TCEH

Unsecured Noteholders (i) to file in partially redacted form the Objection and the Declaration,

and (ii) to file unredacted copies of the Objection and the Declaration under seal.

**BASIS FOR RELIEF**

3.    Section 107(b) of the Bankruptcy Code provides bankruptcy courts with

the power to issue orders that will protect entities from potential harm that may result from the

disclosure of certain confidential information.  This section provides, in relevant part:

> On request of a party in interest, the bankruptcy court shall . . .
>
> (1) protect an entity with respect to a trade secret or confidential
> research, development, or commercial information; . . . .

11 U.S.C. § 107(b).

4.    Bankruptcy Rule 9018 sets forth the procedures for application of section

107 of the Bankruptcy Code.  Pursuant to Bankruptcy Rule 9018, the Court, on a motion or upon

its own initiative,

> may make any order which justice requires (1) to protect the estate
> or any entity in respect of a trade secret or other confidential
> research, development, or commercial information, (2) to protect
> any entity against scandalous or defamatory matter contained in
> any paper filed in a case under the Code, or (3) to protect
> governmental matters that are made confidential by statute or
> regulation.

Fed. R. Bankr. P. 9018.  Local Rule 9018-1(b) further provides, in relevant part, that "[a]ny party

who seeks to file documents under seal must file a motion to that effect."  Del. Bankr. L.R. 9018-

1(b).

5.    In the Objection, the Ad Hoc Group of TCEH Unsecured Noteholders

makes reference to certain documents produced by the Debtors to the Ad Hoc Group of TCEH

Unsecured Noteholders, as well as deposition testimony, that the Debtors designated as highly

confidential.  As such, the documents and testimony fall within the scope of section 107(b)(1) of

the Bankruptcy Code.  See, e.g., In re Los Angeles Dodgers LLC, Case No. 11-12010 (KG)

(Bankr. D. Del. Oct. 12, 2011) [Docket No. 613] (allowing movant to file documents that were

provided by the debtor on a confidential basis under seal).  Therefore, it is necessary for the Ad Hoc Group of TCEH Unsecured Noteholders to file a partially redacted form of the Objection and the Declaration to prevent disclosure of the information the Debtors have designated as confidential.[2]

6.       The Ad Hoc Group of TCEH Unsecured Noteholders intends to serve the sealed documents upon proposed counsel for the Debtors and the official committee of unsecured creditors, as well as the Office of the United States Trustee for the District of Delaware.

**<u>NOTICE</u>**

7.       Notice of this Motion to Seal has been provided to (a) the United States Trustee for the District of Delaware; (b) the Debtors; and (C) those parties that have requested service pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1.  The Ad Hoc Group of TCEH Unsecured Noteholders submits that no further notice of this Motion to Seal is required.

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully requests that the Court enter an order substantially in the form annexed hereto as <u>Exhibit A</u> authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted form the Objection and the Declaration, and (ii) to file unredacted copies of the Objection and the Declaration under seal.

---

[2]       By filing this Motion to Seal, the Ad Hoc Group of TCEH Unsecured Noteholders is not agreeing to the Debtors' designations of certain information as confidential, and hereby expressly reserves all rights to object to or otherwise challenge Debtors' confidentiality designations in the future.

Dated: June 24, 2014
      Wilmington, Delaware

FOX ROTHSCHILD LLP

By: */s/ Jeffrey M. Schlerf*
    Jeffrey M. Schlerf (No. 3047)
    John H. Strock (No. 4965)
    L. John Bird (No. 5310)
    919 North Market St., Suite 300
    Wilmington, DE 19801
    Telephone:  (302) 654-7444
    Facsimile:  (302) 463-4971
    jschlerf@foxrothschild.com
    jstrock@foxrothschild.com
    lbird@foxrothschild.com

    and

    WHITE & CASE LLP
    Thomas E Lauria (admitted *pro hac vice*)
    Matthew C. Brown (admitted *pro hac vice*)
    Southeast Financial Center, Suite 4900
    200 South Biscayne Blvd.
    Miami, FL 33131
    Telephone:  (305) 371-2700
    Facsimile:  (305) 358-5744
    tlauria@whitecase.com
    mbrown@whitecase.com

    J. Christopher Shore (admitted *pro hac vice*)
    Gregory M. Starner (admitted *pro hac vice*)
    1155 Avenue of the Americas
    New York, NY 10036
    Telephone:  (212) 819-8200
    Facsimile:  (212) 354-8113
    cshore@whitecase.com
    gstarner@whitecase.com

    *Counsel to the Ad Hoc Group of*
    *TCEH Unsecured Noteholders*