**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) **Re: Docket No. 477** |

**ORDER GRANTING MOTION OF THE AD HOC GROUP OF TCEH
UNSECURED NOTEHOLDERS PURSUANT TO 11 U.S.C. § 107(b),
BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1(B) FOR AUTHORITY
TO FILE UNDER SEAL THE OBJECTION OF THE AD HOC GROUP OF
TCEH UNSECURED NOTEHOLDERS TO THE MOTION OF ENERGY
FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE
INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION
SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING
SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C)
AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING
THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO
AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F)
MODIFYING THE AUTOMATIC STAY AND LIMITED OBJECTION TO THE
RELATED MOTION TO APPROVE EFIH SECOND LIEN SETTLEMENT
<u>AND SUPPORTING DECLARATION</u>**

Upon the motion (the "Motion to Seal"), of the Ad Hoc Group of TCEH Unsecured Noteholders for an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted form its Objection (the "Objection") to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order

---

[1] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [Docket No. 477] (the "EFIH Second Lien DIP Motion") and Limited Objection to the Related Motion to Approve EFIH Second Lien Settlement, and certain exhibits to the Declaration of Gregory M. Starner in support of the Objection (the "Declaration"); and (ii) to file unredacted copies of the Objection and the Declaration under seal, and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Seal as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

        ORDERED that the Motion to Seal is granted; and it is further

        ORDERED that the Ad Hoc Group of TCEH Unsecured Noteholders is authorized (i) to file in partially redacted form the Objection and the Declaration, and (ii) to file unredacted copies of the Objection and the Declaration under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b); and it is further

        ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2014  
      Wilmington, Delaware

                                          _____  
                                          UNITED STATES BANKRUPTCY JUDGE