**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 477, 1078, 1080 and 1081** |
| | ) **Objection Deadline: N/A** |
| | ) **Hearing Date: N/A** |

**MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS PURSUANT TO LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER SHORTENING NOTICE WITH RESPECT ITS MOTION PURSUANT TO 11 U.S.C. § 107(b), BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1(B) FOR AUTHORITY TO FILE UNDER SEAL THE OBJECTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS WITH RESPECT TO THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY AND LIMITED OBJECTION TO THE RELATED MOTION TO APPROVE EFIH SECOND LIEN SETTLEMENT AND SUPPORTING DECLARATION**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of approximately $2.8 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, hereby files this motion (the "Motion to Shorten") shortening the applicable notice period for the Ad Hoc Group of TCEH Unsecured Noteholders'

---

[1] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

motion (the "Motion to Seal") for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Ad Hoc Group of TCEH Unsecured Noteholders (i) to file in partially redacted form its Objection (the "Objection") to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [Docket No. 477] (the "EFIH Second Lien DIP Motion") and Limited Objection to the Related Motion to Approve EFIH Second Lien Settlement, and certain exhibits to the Declaration of Gregory M. Starner in support of the Objection (the "Declaration"); and (ii) to file unredacted copies of the Objection and the Declaration under seal. In support of the Motion to Shorten, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully represents as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334. This matter is core proceeding under 28 U.S.C. § 157(b)(2)(P). Venue is proper before this Court pursuant to 28 U.S.C. § 1410.

### RELIEF REQUESTED

2. By this Motion to Shorten, the Ad Hoc Group of TCEH Unsecured Noteholders requests that the Court shorten the notice period required with respect to the Motion to Seal so that the Motion to Seal may be considered by the Court at or prior to the hearing on

the EFIH Second Lien DIP Motion and Objection, currently scheduled for June 30, 2014 at 9:30 a.m. In addition, it is proposed that the objection deadline be set for June 27, 2014 at 4:00 p.m.

### BASIS FOR RELIEF

3.      Local Rule 9006-1(e) provides for shortened notice "by order of the Court, on written notice (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

4.      Cause exists to consider the Motion to Seal on shortened notice prior to consideration of the EFIH Second Lien DIP. As set forth in the Motion to Seal, in the Objection, the Ad Hoc Group of TCEH Unsecured Noteholders makes reference to certain documents produced by the Debtors to the Ad Hoc Group of TCEH Unsecured Noteholders, as well as deposition testimony, that the Debtors designated as highly confidential. As such, the documents and testimony fall within the scope of section 107(b)(1) of the Bankruptcy Code. See, e.g., In re Los Angeles Dodgers LLC, Case No. 11-12010 (KG) (Bankr. D. Del. Oct. 12, 2011) [Docket No. 613] (allowing movant to file documents that were provided by the debtor on a confidential basis under seal). Therefore, it is necessary for the Ad Hoc Group of TCEH Unsecured Noteholders to file a partially redacted form of the Objection and the Declaration to prevent disclosure of the information the Debtors have designated as confidential.[2]

5.      To prevent the public disclosure of the information the Debtors have designated as confidential, the Motion to Seal must be granted before the Objection and Declaration are filed. Thus, it is necessary for the Court to shorten the notice period with respect

---

[2]      By filing this Motion to Seal, the Ad Hoc Group of TCEH Unsecured Noteholders is not agreeing to the Debtors' designations of certain information as confidential, and hereby expressly reserves all rights to object to or otherwise challenge Debtors' confidentiality designations in the future.

to the Motion to Seal so that the Ad Hoc Group of TCEH Unsecured Noteholders may timely file the Objection and the Declaration.

## NOTICE

6. Notice of this Motion to Shorten has been provided to (a) the United States Trustee for the District of Delaware; (b) the Debtors; and (C) those parties that have requested service pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1. The Ad Hoc Group of TCEH Unsecured Noteholders submits that no further notice of this Motion to Seal is required.

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully requests that the Court enter an order substantially in the form annexed hereto as Exhibit A shortening the notice period with respect to the Motion to Seal and granting such other and further relief as may be just and proper.

Dated: June 24, 2014
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900

200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of*
*TCEH Unsecured Noteholders*