IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING MOTION OF AD HOC GROUP OF EFH LEGACY NOTEHOLDERS FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a) AND DEL. BANKR. L.R. 9018-1 SEEKING AUTHORIZATION TO FILE AN OBJECTION AND RELATED EXHIBITS UNDER SEAL**

Upon the motion, dated June 24, 2014 (the "Motion to Seal") of the Ad Hoc Group of EFH Legacy Noteholders for entry of an order authorizing the Ad Hoc Group of EFH Legacy Noteholders to file an Objection[1] and related exhibits under seal; and due and adequate notice and opportunity for a hearing on the Motion to Seal has been given and no further notice need be given; and the Court having reviewed the Motion to Seal and any written or oral responses thereto, if any; and after due deliberation thereon; and good and sufficient cause appearing thereof,

IT IS HEREBY ORDERED as follows:

1. The Motion to Seal is GRANTED as set forth herein.

2. The Ad Hoc Group of EFH Legacy Noteholders is authorized to file any pleadings and/or documents related to the Objection and/or the Motions and any responsive pleading and/or document related thereto under seal, and the unredacted versions thereof shall not be made available to any party other than the Court or as provided in the Confidentiality Agreement.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion to Seal.

3. This Court retains jurisdiction to enforce this Order and the confidentiality of the pleadings and/or documents filed under seal.

Dated: _____

                                            _____
                                            The Honorable Christopher S. Sontchi
                                            Chief Judge of the United States Bankruptcy Court