IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re Docket Nos. 1071 & 1084 |

**MOTION TO SET EXPEDITED HEARING AND SHORTEN
TIME TO OBJECT OR RESPOND TO AD HOC GROUP OF EFH LEGACY
NOTEHOLDERS MOTION TO SEAL THE OBJECTION TO APPROVAL OF
PROPOSED SECOND LIEN FINANCING AND MAKEWHOLE SETTLEMENT**

The Ad Hoc Group of EFH Legacy Noteholders, by and through its undersigned counsel, hereby submits this motion (the "Motion") for entry of an order setting an expedited hearing for and shortening the notice period on the Motion of Ad Hoc Group of EFH Legacy Noteholders to Seal the Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement (the "Motion to Seal") pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9006-1(c)(i) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). In further support hereof, the AD Hoc Group of EFH Legacy Noteholders respectfully represents as follows:

**Relief Requested and Basis for Relief**

1. By way of this Motion to Shorten, The Ad Hoc Group of EFH Legacy Noteholders requests that the Motion to File Under Seal be heard on June 30, 2010 at 9:30 a.m., and establishing a shortened deadline for responding to the Motion to Seal.

2. Local Rule 9006-1(c) provides, "[u]nless the Fed. R. Bankr. P. or these Local Rules state otherwise, all motion papers shall be filed and served in accordance with Local Rule

2002-1(b) at least eighteen (18) days (twenty-one (21) days if service is by first class mail; nineteen (19) days if service is by overnight delivery) prior to the hearing date." Del. Bankr. L.R. 9006-1(c)(i). Pursuant to Bankruptcy Rule 9006(c)(1), the Court may, for cause shown, shorten the otherwise applicable notice period ("when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced"). This authorization is also expressed in Local Rule 9006-1(e), which provides that the Court may shorten the notice period "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

3. By the Motion to Seal, the Ad Hoc Group of EFH Legacy Noteholders seeks an entry of an order authorizing it to file the unredacted Objection of the Ad Hoc Group of EFH Legacy Noteholders to Approval of Proposed Second Lien Financing and Makewhole Settlement (the "Objection"). Because the Objection relates to motions scheduled for hearing on June 30, 2014 at 9:30 a.m., the Ad Hoc Group of EFH Legacy Noteholders submits that the Motion to Seal should be heard at the June 30 hearing.

2. With respect to the Motion to Seal, the Objection contains information which has been marked confidential by the Debtors and other parties. Therefore pursuant to the Confidentiality Agreement signed by the parties the Objection must be filed under seal.

3. If the Court grants this Motion to Shorten and enters an order fixing a hearing date of June 30, 2014 at 9:30 a.m., prevailing Eastern Time and shortens the time to object or respond to be heard at the hearing, or such other time as set by the Court, the Ad Hoc Group of EFH Legacy Noteholders will serve a copy of such order upon (a) counsel to the Debtors; (b) the Office of the United States Trustee; and (c) counsel to the Official Committee of Unsecured

Creditors and (d) Counsel to parties who have executed the Confidentiality Agreement via either hand delivery, electronic delivery, or overnight delivery.

Dated: June 24, 2014
       Wilmington, Delaware

THE HOGAN FIRM

By:   */s/Garvan F. McDaniel*
Garvan F. McDaniel, Esq. (DE #4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: gfmcdaniel@dkhogan.com

– and –

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: DRosner@kasowitz.com
       AGlenn@kasowitz.com
       DFliman@kasowitz.com

*Counsel to the Ad Hoc Group of EFH Legacy Noteholders*