**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. _____ |

**ORDER SETTING EXPEDITED HEARING AND SHORTENING NOTICE PERIOD WITH RESPECT TO THE MOTION OF AD HOC GROUP OF EFH LEGACY NOTEHOLDERS TO SEAL THE OBJECTION TO APPROVAL OF PROPOSED SECOND LIEN FINANCING AND MAKEWHOLE SETTLEMENT**

Upon the Motion of the Ad Hoc Group of EFH Legacy Noteholders, pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), for entry of an order setting an expedited hearing for and shortening the notice period on the Motion to Seal; and upon consideration of the Motion and all pleadings related thereto; and due and proper notice of the Motion having been given under the circumstances; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and after due deliberation, and sufficient cause appearing therefor,

IT IS HEREBY ORDERED

1. The Motion is granted.

2. The Motion to Seal is set for a hearing on June 30, 2014, at 9:30 a.m. (prevailing Eastern time) (the "Hearing").

3. Responses or objections to the Motion to Seal, if any, may be presented at the Hearing.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of the Order.

Dated: _____, 2014

_____
The Honorable Christopher S. Sontchi
Judge of the United States Bankruptcy Court