# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. 1065 |

## ORDER GRANTING LEAVE TO FILE LATE REPLIES TO ANTICIPATED OBJECTIONS TO CERTAIN MOTIONS SET FOR HEARING ON JUNE 30, 2014

Upon the joint motion (the "Motion for Leave")[2] of the Debtors and the Reply Parties for entry of an order (this "Order") pursuant to Local Rule 9006-1(d), authorizing the Debtors and the Reply Parties to file and serve their Replies; and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion for Leave is granted as set forth herein.

2. The Debtors are granted leave to file and serve Replies to the Motions by June 27, 2014 at 4:00 p.m. (Eastern Time).

3. The Reply Parties are granted leave to file and serve Replies to the Financing Motions by June 27, 2014 at 4:00 p.m. (Eastern Time).

4. The Court may consider the Replies.

Dated: 6/24, 2014
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

RLF1 10425926v.3