IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Energy Future Holdings Corp., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**DECLARATION OF TODD M. GOREN IN SUPPORT OF THE OMNIBUS
OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
(I) THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING
POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND
PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS,
(C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE
EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND
PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND
(F) MODIFYING THE AUTOMATIC STAY AND (II) THE MOTION OF ENERGY
FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF ORDERS APPROVING
CERTAIN EFIH SETTLEMENTS AND THE ONCOR TSA AMENDMENT**

I, Todd M. Goren, declare under penalty of perjury:

1. I am a partner in the law firm of Morrison & Foerster LLP ("Morrison & Foerster"), with offices at 250 West 55th Street, New York, New York 10019, and other locations. I am duly authorized to make this declaration (the "Declaration") on behalf of Morrison & Foerster and in support of the omnibus objection (the "Objection") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") to (i) the motion [Docket No. 477] (the "Financing Motion") of Energy Future Immediate Holding Company LLC and EFIH Finance Inc. (together, the "EFIH Borrowers") for entry of an order authorizing the EFIH Second Lien DIP and (ii) the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

ny-1148144

motion [Docket No. 472] (the "Settlement/TSA Motion" and together with the Financing Motion, the "Motions") of Energy Future Holdings Corp. ("EFH Corp."), *et al.*, for entry of orders approving the Second Lien Settlement and the Oncor TSA Amendment.[2]

2. Attached are true and correct copies of the following documents relied on in connection with the preparation of the Objection:

    (a)    Updated Presentation to Boards of Managers and Directors of EFIH and EFIH Finance, Inc. regarding Second Lien DIP Facility dated June 22, 2014, annexed hereto as Exhibit 1;

    (b)    June 17-18, 2014 Keglevic Deposition Transcript, annexed hereto as Exhibit 2;

    (c)    June 23, 2014 Cremens Deposition Transcript, annexed hereto as Exhibit 3;

    (d)    June 23, 2014 Ying Deposition Transcript, annexed hereto as Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 24, 2014
New York, New York

_____
Todd M. Goren

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection.

ny-1148144

2