# EXHIBIT 1

## FILED UNDER SEAL

# EXHIBIT 2

## FILED UNDER SEAL

# EXHIBIT 3

## FILED UNDER SEAL

# EXHIBIT 4

## FILED UNDER SEAL