IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: N/A |
| | Hearing Date: N/A |
| | RE: Docket No. 1093 |

**MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER UNDER 11 U.S.C. §§ 102 AND 105, BANKRUPTCY RULE 9006(C), AND LOCAL RULE 9006-1(E) TO SHORTEN NOTICE WITH RESPECT TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE CERTAIN EXHIBITS UNDER SEAL PURSUANT TO 11 U.S.C. § 107, FED. R. BANKR. P. 9018, AND DEL. BANKR. L.R. 9018-1 REGARDING THE DECLARATION OF TODD M. GOREN IN SUPPORT OF THE OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY AND (II) THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF ORDERS APPROVING CERTAIN EFIH SETTLEMENTS AND THE ONCOR TSA AMENDMENT**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases of Energy Future Holdings Corp. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") hereby files its motion (the "Motion to Shorten") for entry of an order, under sections 102 and 105 of Title 11 of the United States Code,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

1

48276310.1

11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), providing that the notice period for the *Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, FED. R. BANKR. P. 9018, and DEL. BANKR. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay, and (II) the Motion of Energy Future Holdings Corp. et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment* (the "Motion to Seal") be shortened as permitted by Local Rule 9006-1(e) to permit a hearing on the Motion to Seal on June 30, 2014 at 9:30 a.m. (Eastern). In support of the Motion to Shorten, the Committee respectfully states as follows:

1. In accordance with Local Rule 9006-1, the Committee would generally be required to provide at least eighteen (18) days' advance notice of the Motion to Seal to the necessary parties specified in Local Rule 2002-1(b). However, Local Rule 9006-1(e) provides that the Court may shorten this notice period upon a motion that sets forth the exigencies that justify the shortened notice. See Del. Bankr. L.R. 9006-1(e); see also Fed. R. Bankr. P. 9006(c)(1) (permitting court to shorten notice "for cause shown"). For the reasons set forth

below, the Committee believes that the shortened notice requested by this Motion to Shorten is appropriate and justified under the circumstances.

2. Cause exists to shorten the time for the notice of the Motion to Seal. The Court is currently scheduled to consider the *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay* [Docket No. 477] (the "EFIH Second Lien DIP Motion") on June 30, 2014 at 9:30 a.m. (Eastern).

3. In response to the EFIH Second Lien DIP Motion, the Committee has filed the following documents, each contemporaneously with this Motion to Shorten (collectively, the "Committee Objection"):

- *Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay, and (II) the Motion of Energy Future Holdings Corp. et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment;*

- *Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay, and (II) the Motion of Energy Future Holdings Corp. et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment;* and

- *Declaration of Timothy R. Pohl in Support of Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate*

3

48276310.1

*Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay, and (II) the Motion of Energy Future Holdings Corp. et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment.*

4. The Court will also consider the Committee Objection on June 30, 2014 at 9:30 a.m. (Eastern).

5. Under the current facts and circumstances, the Committee believes that it is appropriate for the Court to consider the Motion to Seal in conjunction with the EFIH Second Lien DIP Motion. The shortened notice requested herein will not unduly prejudice any party in interest. The Committee believes that, in light of the circumstances, the interested parties will receive sufficient notice and have time to object, if necessary, to the relief requested in the Motion to Seal.

6. The Committee submits that, for the foregoing reasons, cause exists to shorten the notice period pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e).

7. The Committee respectfully requests that the hearing on this matter be scheduled for June 30, 2014 at 9:30 a.m. (Eastern).

WHEREFORE, for the foregoing reasons, the Committee respectfully requests that the Court enter an order (i) scheduling a hearing with respect to the Motion to Seal, (ii) scheduling a corresponding objection deadline, and (iii) granting such other and further relief as is just and proper.

48276310.1

Dated: Wilmington, Delaware
       June 24, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Todd M. Goren
Erica J. Richards
Samantha Martin
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
       tgoren@mofo.com
       erichards@mofo.com
       smartin@mofo.com

-and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
       jedelson@polsinelli.com
       skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*

48276310.1