IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Energy Future Holdings Corp., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | RE: Docket No. ____ |

**ORDER UNDER 11 U.S.C. §§ 102 AND 105, BANKRUPTCY RULE 9006(c) AND LOCAL RULE 9006-1(e) SHORTENING NOTICE WITH RESPECT TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE CERTAIN EXHIBITS UNDER SEAL PURSUANT TO 11 U.S.C. § 107, FED. R. BANKR. P. 9018, AND DEL. BANKR. L.R. 9018-1 REGARDING THE DECLARATION OF TODD M. GOREN IN SUPPORT OF THE OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY AND (II) THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF ORDERS APPROVING CERTAIN EFIH SETTLEMENTS AND THE ONCOR TSA AMENDMENT**

Upon the motion (the "Motion to Shorten") of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases of Energy Future Holdings Corp. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") for entry of an order under Bankruptcy Code section 102 and 105, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e), providing that the notice period for the *Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, FED.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48276310.1

*R. BANKR. P. 9018, and DEL. BANKR. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay, and (II) the Motion of Energy Future Holdings Corp. et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment* (the "Motion to Seal") be shortened as permitted by Local Rule 9006-1(e) to permit a hearing on the Motion to Seal on **June 30, 2014 at 9:30 a.m. (Eastern)** with a corresponding objection deadline for any parties wishing to file objections to the Motion to Seal by _____, 2014 at _____ (Eastern); and it appearing that the Court has jurisdiction over this matter; and this Court having fully considered the record before it; and proper and adequate notice of the Motion to Shorten and the Motion to Seal is sufficient under the circumstances; and that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED THAT:

1.  The Motion to Shorten is GRANTED as set forth herein.

2.  The objection deadline for the Motion to Seal will be _____, 2014 at _____ (Eastern).

3.  A hearing on the Motion to Seal is scheduled for June 30, 2014 at 9:30 a.m. (Eastern).

48276310.1

2

4.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon its entry.

5.      This Court shall, and hereby does, retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2

48276310.1