## Exhibit A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 1083 & \_\_\_\_** |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING
WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE UNDER SEAL ITS
JOINDER TO CERTAIN OBJECTIONS TO (I) THE MOTION OF ENERGY FUTURE
INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR
ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN
FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY
ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH
COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT,
(E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE
COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY
AND (II) THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL.,
FOR ENTRY OF ORDERS APPROVING CERTAIN EFIH SETTLEMENTS
AND THE ONCOR TSA AMENDMENT**

Upon consideration of the *Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal* (the "Motion to Seal")[1] its *Joinder to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment* (the "Joinder"); the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion to Seal has been given, and no

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Seal.

{00870259;v3 }

other or further notice is required; the relief requested in the Motion to Seal is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefore; ti is hereby,

**ORDERED**, that the Motion to Seal is **GRANTED**; and it is further,

**ORDERED,** that WSFS is authorized to file its Joinder under seal; and it is further,

**ORDERED**, that unsealed copies of the Joinder shall not be made available to anyone except for this Court, the U.S. Trustee, counsel to the EFIH Debtors, counsel to the Official Committee of Unsecured Creditors, and others only upon further Court order; and it is further,

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

Dated: June ___, 2014
      Wilmington, DE

                                    The Honorable Christopher S. Sontchi
                                    United States Bankruptcy Judge