**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 472, 477, 1078, and 1090**<br><br>Hearing Date: June 30, 2014 at 9:30 a.m.<br>Objection Deadline: June 24, 2014 at 4:00 p.m. |

**JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE, TO (1) OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY AND (II) THE MOTION OF ENERGY FUTURE HOLDINGS CORP.,** *ET AL.***, FOR ENTRY OF ORDERS APPROVING CERTAIN EFIH SETTLEMENTS AND THE ONCOR TSA AMENDMENT AND (2) OBJECTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY AND LIMITED OBJECTION TO THE RELATED MOTION TO APPROVE THE EFIH SECOND LIEN SETTLEMENT**

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture, dated as of October 31, 2007, among Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc. (together, the "Issuers"), certain guarantors that are affiliates of the Issuers, and The Bank Of New York Mellon Trust

7146174

Company, N.A., pursuant to which (i) $2,045,956,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, (ii) $1,441,957,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, Series B and (iii) $1,749,645,671 aggregate principal amount of the Issuers' 10.50%/11.25% Senior Toggle Notes due 2016 were issued and are outstanding as of the date hereof, by and through its attorneys, Patterson Belknap Webb & Tyler LLP and Morris James LLP, hereby files this joinder ("Joinder") to (1) the *Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion Of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment*, dated June 24, 2014 (D.I. 1090) (the "UCC Objection"), and (2) the *Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve EFIH Second Lien Settlement*, dated June 24, 2014 (D.I. 1078) (together with the UCC Objection, the "Objections").[1]

---

[1] The Objections ask the Court to deny approval of (1) the *Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment*, dated May

7146174

**JOINDER**

1.  Law Debenture hereby joins the Objections. The EFIH Second Lien DIP (as defined in the UCC Objection) provides no additional liquidity to the debtor-borrowers. Depending on the length of these cases, Law Debenture understands that the borrowers' liquidity may actually decrease as a result of this proposed financing. In addition, the alleged savings touted in the Motion are largely illusory. The Second Lien DIP Motion would saddle the estates with make whole premiums, interest charges, and exorbitant fees – to the prejudice of the TCEH Debtors and their unsecured creditors. Finally, the "Prepayment Fee" contemplated by the Second Lien DIP Motion will raise the bar to alternative financing transactions, thereby weakening or even nullifying the "fiduciary out" contained in the RSA (as defined in the UCC Objection).[2] For these and the additional reasons set forth in the Objections, the Second Lien Motions should be denied.

2.  The Debtors are not advancing the Second Lien Motions to provide funding or obtain a net cost savings. Rather, these Motions are another step towards consummating a restructuring strategy that is predicated and dependent on approval of the RSA Motion. While the Second Lien Motions could be denied outright for the reasons set forth above and in the Objections, Law Debenture requests in the alternative that consideration of the Second Lien Motions be adjourned until July 18, the hearing date on the RSA Motion. Adjudicating the

---

15, 2014 (D.I. 472) (the "Second Lien Settlement Motion") and (2) the *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay*, dated May 15, 2014 (D.I. 477) (the "Second Lien DIP Motion," and, together with the Second Lien Settlement Motion, the "Second Lien Motions").

[2] Law Debenture reserves all rights with respect to the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay*, dated May 16, 2014 (D.I. 505) (the "RSA Motion").

7146174

Second Lien Motions separately from the RSA Motion is illogical and will result in unnecessary duplication, given the overlapping facts and circumstances related to each motion. Moreover, holding separate hearings on the Second Lien Motions and the RSA Motion risks pre-ordaining the outcome of the RSA Motion on an incomplete record. Thus, in order that the Court may satisfy itself that each component of the RSA was subjected to an appropriate review by an independent fiduciary on behalf of each Debtor, Law Debenture respectfully submits that it would be premature to approve the Second Lien Motions before considering the RSA Motion.

### RESERVATION OF RIGHTS

3.  Law Debenture reserves the right to supplement or amend this Joinder and the right to appear and be heard at the hearing to consider the Second Lien Motions and the RSA Motion.

Dated: June 24, 2014

**MORRIS JAMES LLP**

_____
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
       bguiney@pbwt.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*

7146174

4