IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| ------------------------------------------------ x | | |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 24, 2014, I caused to be served:

**JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE, TO (1) OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY AND (II) THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF ORDERS APPROVING CERTAIN EFIH SETTLEMENTS AND THE ONCOR TSA AMENDMENT AND (2) OBJECTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY AND LIMITED OBJECTION TO THE RELATED MOTION TO APPROVE THE EFIH SECOND LIEN SETTLEMENT**

Service was completed upon the parties on the attached list as indicated thereon.

Date: June 24, 2014

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 24th day of June, 2014.

_____
NOTARY
My commission expires: 9/21/14

ALYSSA STAR DOMOROD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept 21 2014

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Tyler D. Semmelman, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
[Counsel for Debtors and
Debtors in Possession]

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
[Counsel for the Official Committee of
Unsecured Creditors]

Richard L. Schepacarter
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & FACSIMILE**
Richard M. Cieri, Esq.
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: (212) 446-4900
[Counsel for Debtors and
Debtors in Possession]

James H.M. Sprayregen, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Facsimile: (312) 862-2200
[Counsel for Debtors and
Debtors in Possession]

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerester LLP
250 West 55th Street
New York, NY 10019
Facsimile: (212) 468-7900
[Counsel for the Official Committee of
Unsecured Creditors]

Edward Fox, Esq.
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022
Facsimile: (212) 684-0197
[Counsel for the Official Committee of
Unsecured Creditors]