IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br>Re: Docket Nos. 1083 & 1097 |

**WILMINGTON SAVINGS FUND SOCIETY, FSB'S MOTION PURSUANT TO LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER SHORTENING THE TIME TO CONSIDER WILMINGTON SAVINGS FUND SOCIETY FSB'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE UNDER SEAL THE JOINDER OF WILMINGTON SAVINGS FUND SOCIETY, FSB TO CERTAIN OBJECTIONS TO (I) THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY AND (II) THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF ORDERS APPROVING CERTAIN EFIH SETTLEMENTS AND THE ONCOR TSA AMENDMENT**

Wilmington Savings Fund Society, FSB ("WSFS"), by and through its undersigned counsel, respectfully submits this motion (the "Motion to Shorten") for entry of an Order, substantially in the form attached hereto as **Exhibit A**, shortening the applicable notice period for WSFS's Motion to File Under Seal (the "Motion to Seal") the Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense

{00870205;v3 }

Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment (the "Joinder") filed contemporaneously herewith, pursuant to Rules 9006-1(c) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). WSFS proposes that the hearing to consider the Motion to Seal be conducted on June 30, 2014 at 9:30 a.m. (EDT) and that objections to the relief requested, if any, be heard at that time. In support of the Motion to Shorten, WSFS respectfully states as follows:

1. Local Rule 9006-1(c) requires 18 days' notice prior to the hearing date where time for notice and hearing is not otherwise specified in the Local Rules or the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). See Del. Bankr. L.R. 9006-1(c). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice. See Del. Bankr. L.R. 9006-1(e). WSFS submits that there is sufficient cause to justify shortening the notice period for the hearing of the relief requested in the Motion to Seal.

2. As set forth in more detail in the Motion to Seal, WSFS's Joinder to the objections references certain deposition testimony that the Debtors[1] have designated as "confidential." Because WSFS's Joinder relates to the EFIH Debtors' Settlement/TSA Motion

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in WSFS's Joinder.

{00870205;v3}                                                  1

[Docket No. 472] and Financing Motion [Docket No. 477], which are scheduled for hearing on June 30, 2014, WSFS submits that the Motion to Seal should properly be heard at that time.

3. Moreover, hearing the Motion to Seal on shortened notice will not prejudice any party-in-interest. In order to allow parties maximum notice, WSFS's Motion to Shorten and Motion to Seal will be served: (I) by electronic mail, hand delivery, overnight mail, or express mail on (a) the EFIH Debtors; (b) the Office of the U.S. Trustee for the District of Delaware; (c) counsel for the Official Committee of Unsecured Creditors; and (II) by First Class US Mail upon all other parties that have requested notice pursuant to Bankruptcy Rule 2002.

4. If the Motion to Seal is heard on 18 days' notice, pursuant to Local Rule 9006-1(c), the issued raised by WSFS would be mooted. Accordingly, WSFS requests that a hearing on the relief requested by the Motion to Seal be scheduled for the hearing date of June 30, 2014 at 9:30 a.m. (EDT).

## CONCLUSION

For the reasons set forth herein, WSFS respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the Motion to Shorten and granting WSFS such other and further relief as is appropriate under the circumstances.

Dated: June 24, 2014  
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

_/s/ William P. Bowden_  
William P. Bowden [I.D. No. 2553]  
Gregory A. Taylor [I.D. No. 4008]  
500 Delaware Avenue  
P.O. Box 1150  
Wilmington, Delaware 19899  
Telephone: (302) 654-1888  
Facsimile: (302) 654-2067

- and -

{00870205;v3 }    2

3

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee*