IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.* | ) | Case No. 14-10979 (CSS) |
| | ) | |
| *Debtors.*[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: June 30, 2014** |
| | ) | **Objection Deadline: June 24, 2014 at 8:00 p.m. ET** |
| | ) | **(extended by Debtors)** |
| | ) | **Docket Nos. 477 & 472** |

### STATEMENT OF SUPPORT AND LIMITED RESERVATION OF RIGHTS OF UMB BANK, N.A., AS INDENTURE TRUSTEE, WITH RESPECT TO: (1) EFIH DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING SECOND LIEN DIP FINANCING, AND (2) DEBTORS' MOTION FOR ENTRY OF ORDERS APPROVING CERTAIN EFIH SETTLEMENT AGREEMENTS

UMB Bank, N.A., as indenture trustee ("UMB") for over $1.5 billion of unsecured notes issued by EFIH, hereby files this statement of support and limited reservation of rights with respect to (1) the *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay* (the "Second Lien DIP Financing Motion") [Docket No. 477], and (2) the *Motion of Energy Future Holdings Corp., et al. for Entry of Orders Approving Certain EFIH Settlements and the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Oncor TSA Amendment* (collectively with the Second Lien DIP Financing Motion, the "Motions") [Docket No. 472].

## STATEMENT OF SUPPORT AND LIMITED RESERVATION OF RIGHTS

Based on its understanding of, in particular, the terms of the renegotiated second lien debtor-in-possession financing proposal that the EFIH Debtors have indicated they will present to the Court at the June 30 hearing, UMB supports the transactions set forth in the Motions as in the best interests of EFIH and its unsecured noteholders and reserves its right to comment or be heard on the final forms of orders to be presented to the Court.

| | |
|---|---|
| Dated: Wilmington, DE<br>June 24, 2014 | By: */s/ Raymond H. Lemisch*<br>Raymond H. Lemisch (DE Bar No. 4204)<br>KLEHR HARRISON HARVEY<br>BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Tel: (302) 426-1189<br>Fax: (302) 426-9193<br>E-mail: rlemisch@klehr.com<br><br>  -    and<br><br>Harold L. Kaplan<br>Mark F. Hebbeln<br>Lars A. Peterson<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60654-5313<br>Tel: (312) 832-4500<br>Fax: (312) 832-4700<br>E-mail: hkaplan@foley.com<br>         mhebbeln@foley.com<br>         lapeterson@foley.com<br><br>Attorneys for UMB BANK, N.A., as indenture trustee |

2