**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos.: 472, 477, 1083, and 1090**<br>**Hearing Date: June 30, 2014 at 9:30 a.m.** |

**JOINDER OF WILMINGTON SAVINGS FUND SOCIETY, FSB TO OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) THE MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION SECOND LIEN FINANCING, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING THE USE OF CASH COLLATERAL, (D) AUTHORIZING THE EFIH SECOND LIEN REPAYMENT, (E) AUTHORIZING ENTRY INTO AND PAYMENT OF FEES UNDER THE COMMITMENT LETTER, AND (F) MODIFYING THE AUTOMATIC STAY AND (II) THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF ORDERS APPROVING CERTAIN EFIH SETTLEMENTS AND THE ONCOR TSA AMENDMENT**

Wilmington Savings Fund Society, FSB ("WSFS"), as successor trustee under that certain indenture, dated as of October 6, 2010, among Texas Competitive Electric Holdings, LLC, TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee, hereby joins (the "Joinder") in the *Omnibus Objection of the Official Committee of Unsecured Creditors* [Docket No. 1090] (the "Committee's Objection") *to (I) the Motion of Energy Future Intermediate Holdings Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superiority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II)*

*the Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment* (collectively, the "Motions").

**JOINDER**

WSFS joins in the Committee's Objection for the reasons stated therein, and it respectfully requests that the Court deny approval of the Motions for the reasons stated in the Committee's Objection, as well as those stated in the Joinder of WSFS to Certain Objections to the Motions [Docket No. 1083].

**RESERVATION OF RIGHTS**

WSFS reserves its right to supplement this Joinder and otherwise take any additional or further action with respect to the Motions or the matters addressed therein. WSFS further reserves the right to participate in any hearings on the Motions, including to make argument and examine witnesses.

Dated: June 24, 2014
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Aaron Stulman*____________

William P. Bowden (I.D. No. 2553)
Gregory A. Taylor (I.D. No. 4008)
Aaron H. Stulman (I.D. No. 5807)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee*