**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION OF JEFFREY ROSENBAUM

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of EFH Legacy Noteholders") of 5.55% notes originally due November 15, 2014, 6.50% notes originally due November 15, 2024, and 6.55% notes originally due November 15, 2034, issued by Energy Future Holdings Corp. (collectively, the "EFH Legacy Notes"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of Jeffrey Rosenbaum on **June 25, 2014**, at **9:00 a.m.** (Prevailing Eastern Time), at the offices of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: June 24, 2014
       Wilmington, Delaware

                              THE HOGAN FIRM

                              By: /s/ Garvan F. McDaniel
                              Garvan F. McDaniel, Esq. (DE #4167)
                              1311 Delaware Avenue
                              Wilmington, Delaware 19806
                              Telephone:  (302) 656-7540
                              Facsimile:  (302) 656-7599
                              Email: gfmcdaniel@dkhogan.com

                              *Counsel to the Ad Hoc Group of EFH Legacy Noteholders*