IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP AND THE HOGAN FIRM
PURSUANT TO BANKRUPTCY RULE 2019**

Kasowitz, Benson, Torres & Friedman LLP ("KBT&F") and The Hogan Firm ("Hogan") make the following statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in connection with the above-captioned chapter 11 case of Energy Future Holdings Corp. ("EFH").

1. KBT&F is a law firm that maintains its principal office at 1633 Broadway, New York, New York 10019, and has additional offices throughout the United States. Hogan is a law firm that maintains its principal office at 1311 Delaware Avenue, Wilmington, Delaware 19806.

2. KBT&F and Hogan currently represent the Ad Hoc Group of EFH Legacy Noteholders in connection with the above-referenced action.

3. The Ad Hoc Group of EFH Legacy Noteholders is comprised of Contrarian Capital Management, LLC and Deutsche Investment Management Americas Inc., as holders, advisors, or affiliates of advisors to holders, or managers of various accounts with investment authority, contractual authority or voting authority, of or with respect to (i) the 5.55% notes originally due November 15, 2014 (the "5.55% Notes"); (ii) the 6.50% notes originally due November 15, 2024 (the "6.50% Notes"); and (iii) the 6.55% notes originally due November 15, 2034 (the "6.55% Notes," and together with the 5.55% Notes and the 6.50% Notes, the "Legacy

Notes"), issued by EFH pursuant to three separate indentures, each dated November 1, 2004 (as amended modified or supplemented).

4. In May 2014, Ad Hoc Group of EFH Legacy Noteholders was formed and engaged KBT&F to represent it in connection with the Debtors' chapter 11 cases. In June 2014, the Ad Hoc Group of EFH Legacy Noteholders engaged Hogan to serve as Delaware counsel.

5. Counsel has been advised by the members of the Ad Hoc Group of EFH Legacy Noteholders that, as of the date hereof, they or their affiliates are the holders, advisors, or affiliates of advisors to holders, or managers of various accounts with investment authority, contractual authority or voting authority, of or with respect to more than $49 million of the aggregate principal amount of the Legacy Notes. The total aggregate principal amount of Legacy Notes outstanding as of April 29, 2014, was approximately $1.864 billion (including approximately $1.282 billion held by Debtor Energy Future Intermediate Holding Company LLC).

6. In accordance with Bankruptcy Rule 2019 and based upon information provided to counsel by each member of the Ad Hoc Group of EFH Legacy Noteholders, **Exhibit A** hereto, lists the names, addresses and "the nature and amount of all disclosable economic interests" in EFH held or managed by each member of the Ad Hoc Group of EFH Legacy Noteholders. Counsel has been advised that none of the members of the Ad Hoc Group of EFH Legacy Noteholders hold any interests in EFH beyond those disclosed on Exhibit A.[1]

7. Although the Ad Hoc Group of EFH Legacy Noteholders has retained KBT&F and Hogan to represent its interests in EFH collectively as a group, each member of the Ad Hoc

---

[1] Counsel understands that certain members of the Ad Hoc Group of EFH Legacy Noteholders may hold or manage interests in certain other debtors (i.e., not EFH) that are part of these jointly-administered Chapter 11 cases. Counsel does not represent the Ad Hoc Group of EFH Legacy Noteholders or its members with respect to interests in any debtor, other than EFH. As such, this statement only discloses interests that the members of the Ad Hoc Group of EFH Legacy Noteholders have in EFH.

Group of EFH Legacy Noteholders makes its own decisions as to how it wishes to proceed and does not speak for, or on behalf of, any other creditor, including the other members of the Ad Hoc Group of EFH Legacy Noteholders in their individual capacities. In addition, the Ad Hoc Group of EFH Legacy Noteholders does not represent or purport to represent any other entities in connection with these jointly-administered Chapter 11 cases.

8. Nothing contained in this Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against or interests in any of the above-captioned debtors held by any member of the Ad Hoc Group of EFH Legacy Noteholders, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Group of EFH Legacy Noteholders to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these jointly-administered Chapter 11 cases.

9. As of the date hereof, neither KBT&F nor Hogan hold any claims against or interests in EFH or any of the other debtors in these jointly-administered Chapter 11 cases.

10. KBT&F and Hogan reserve the right to revise, supplement and/or amend this Statement as need be, including but not limited to if the holdings set forth herein change in any material respect.

Dated: June 25, 2014
       Wilmington, Delaware

                THE HOGAN FIRM

                By: Garvan F. McDaniel
                Garvan F. McDaniel, Esq. (DE #4167)
                1311 Delaware Avenue
                Wilmington, Delaware 19806
                Telephone: (302) 656-7540
                Facsimile: (302) 656-7599
                Email: gfmcdaniel@dkhogan.com

                     – and –

                KASOWITZ, BENSON, TORRES
                  & FRIEDMAN LLP

                David S. Rosner, Esq.
                Andrew K. Glenn, Esq.
                Daniel A. Fliman, Esq.
                1633 Broadway
                New York, New York 10019
                Telephone: (212) 506-1700
                Facsimile: (212) 506-1800
                Email: drosner@kasowitz.com
                      aglenn@kasowitz.com
                      dfliman@kasowitz.com

                *Counsel to the Ad Hoc Group of EFH Legacy Noteholders*

**Exhibit A**

| Entity[2] | Address | Holdings |
|---|---|---|
| Contrarian Capital Management, LLC | 411 W. Putnam Avenue<br>Suite 425<br>Stamford, CT 06830<br>Attention: Jonathan Neiss | $5,000,000 of 5.55% Notes<br>$33,500,000 of 6.50% Notes<br>$2,500,000 of 6.55% Notes |
| Deutsche Investment Management Americas Inc. | 345 Park Avenue<br>New York, NY 10154<br>Attention: Shameem R Kathiwalla<br>Saurav-N Sen | $8,226,000 of 6.50% Notes |

---

[2] Holds the listed disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold the listed disclosable economic interests.