**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL VERIFIED STATEMENT OF KASOWITZ, BENSON,**
**TORRES & FRIEDMAN LLP AND THE HOGAN FIRM**
**PURSUANT TO BANKRUPTCY RULE 2019**

Kasowitz, Benson, Torres & Friedman LLP ("KBT&F") and The Hogan Firm ("Hogan")

make the following statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), in connection with the above-captioned chapter

11 case of Energy Future Holdings Corp. ("EFH"), supplementing the verified statement that

KBT&F and Hogan filed on June 25, 2014 [Docket No. 1108].

1.      KBT&F is a law firm that maintains its principal office at 1633 Broadway, New

York, New York 10019, and has additional offices throughout the United States.  Hogan is a law

firm that maintains its principal office at 1311 Delaware Avenue, Wilmington, Delaware 19806.

2.      KBT&F and Hogan currently represent Caxton Associates LP ("Caxton

Associates") in connection with certain aspects of the above-referenced action.

3.      Caxton Associates, as trading advisor to a client, has trading and investment

authority with respect to certain 6.55% notes originally due November 15, 2034 (the "6.55%

Notes") issued by EFH pursuant to an indenture, dated November 1, 2004 (as amended

modified or supplemented).[1]

---

[1]      The term "Legacy Notes" as used herein refers collectively to (i) the 5.55% notes originally due
November 15, 2014; (ii) the 6.50% notes originally due November 15, 2024; and/or (iii) the 6.55% Notes.

4.      In May 2014, Caxton Associates engaged KBT&F to represent it in certain specific aspects of the Debtors' chapter 11 cases and in June 2014 it engaged Hogan to serve as Delaware counsel.

5.      Counsel has been advised by Caxton Associates that, as of the date hereof, Caxton Associates is the trading advisor for a client that holds $40 million of the principal amount of certain EFH Legacy Notes.  The total aggregate principal amount of Legacy Notes outstanding as of April 29, 2014, was approximately $1.864 billion (including approximately $1.282 billion held by Debtor Energy Future Intermediate Holding Company LLC).

6.      In accordance with Bankruptcy Rule 2019 and based upon information provided to counsel by Caxton Associates, **Exhibit A** hereto, lists the name, address and "the nature and amount of all disclosable economic interests" in EFH held or managed by Caxton Associates. Counsel has been advised that Caxton Associates does not hold any interests in EFH beyond those disclosed on Exhibit A.[2]

7.      Nothing contained in this Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against or interests in any of the above-captioned debtors held by Caxton Associates, its affiliates or clients, or any other entity, or (b) an admission with respect to any fact or legal theory.  Nothing herein should be construed as a limitation upon, or waiver of, any rights of Caxton Associates to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these jointly-administered Chapter 11 cases.

---

[2]      Counsel understands that clients of Caxton Associates may hold or manage interests in certain other debtors (i.e., not EFH) that are part of these jointly-administered Chapter 11 cases.  Counsel does not represent Caxton Associates or its clients with respect to interests in any debtor, other than EFH.  As such, this statement only discloses interests that Caxton Associates or its clients have in EFH.

8.      As of the date hereof, neither KBT&F nor Hogan hold any claims against or

interests in EFH or any of the other debtors in these jointly-administered Chapter 11 cases.

9.      KBT&F and Hogan reserve the right to revise, supplement and/or amend this

Statement as need be, including but not limited to if the holdings set forth herein change in any

material respect.

Dated: June 25, 2014
       Wilmington, Delaware

THE HOGAN FIRM

By:  Garvan F. McDaniel
Garvan F. McDaniel, Esq. (DE #4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone:  (302) 656-7540
Facsimile:  (302) 656-7599
Email: gfmcdaniel@dkhogan.com

– and –

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email: drosner@kasowitz.com
       aglenn@kasowitz.com
       dfliman@kasowitz.com

*Counsel to Caxton Associates LP*

3

**Exhibit A**

| Entity[3] | Address | Holdings |
|---|---|---|
| Caxton Associates LP | 500 Park Avenue, 10th Floor<br>New York, NY  10022<br>Attention: Anna Stavreska<br>Ajay Mehra | $40,000,000 of 6.55% Notes |

---

[3]  Acts as an investment adviser, trading advisor or manager to a client that holds the listed disclosable economic interest.