**EXHIBIT 1**



# Akin Gump
STRAUSS HAUER & FELD LLP

ROBERT J. BOLLER
+1 212.872.8170/fax: +1 212.872.1002
rboller@akingump.com

May 15, 2014

**BY ELECTRONIC MAIL**

John A. Morris
Pachulski Stang Ziehl & Jones
780 Third Avenue - 36th Floor
New York, NY 10017-2024
jmorris@pszjlaw.com

Gregory A. Horowitz
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
ghorowitz@kramerlevin.com

Warren A. Usatine
Cole Schotz
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, NJ 07602-0800
wusatine@coleshotz.com

    Re:    *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) –
Ad Hoc Committee of EFIH Unsecured Noteholders' and EFIH Second Lien
DIP Commitment Parties' Response to Informal Requests for Production of
Documents

Dear Counsel:

    We represent the ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes due December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "Ad Hoc Committee of EFIH Unsecured Noteholders") and the parties to that certain second lien Commitment Letter, dated April 28, 2014, with Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company, LLC (the "EFIH Second Lien DIP Commitment Parties") in connection with the above-referenced bankruptcy proceeding. We write in response to the informal requests for production of documents served by certain EFIH Second Lien Noteholders, dated May 5, 2014, and CSC Trust Company of Delaware as Indenture Trustee to the EFIH first lien notes, dated May 8, 2014 (collectively, the "Informal Requests").

    We agree to produce documents in response to the Informal Requests pursuant to the meet and confer discussions that the parties have had to date. Due to the informal nature of the



**Akin Gump**
STRAUSS HAUER & FELD LLP

May 15, 2014
Page 2

requests, and in the interest of efficiency, we do not intend to prepare formal responses and objections. As such, we reserve all rights and remedies in connection with this and any subsequent production of documents. Nothing contained in this response or production should be deemed a waiver of any kind or an admission as to the reasonableness or appropriateness of the Informal Requests.

    Per our conversations, we performed a reasonable and diligent search to collect and review documents pursuant to the parameters outlined during the meet and confer discussions. We collected documents from a total of eight custodians from four different entities: Akin Gump (Ira Dizengoff, Scott Alberino); Centerview Partners (Sam Greene, Jeffrey Finger); Avenue Capital Group (Matt Kimble; Steve Burnazian), and GSO Capital Partners (Jason New, Patrick Fleury). As discussed, we applied email domain name restrictions to capture communications between and among the aforementioned and the following entities: Kirkland & Ellis (kirkland.com), Energy Future Holdings (energyfutureholdings.com), Evercore Partners (evercore.com), Fried Frank (friedfrank.com), Perella Weinberg Partners (pwpartners.com), Fidelity (fmr.com), Wachtell Lipton (wlrk.com), Blackstone (blackstone.com), TPG Capital L.P. (tpg.com), and York Capital Management LLC (yorkcapital.com). We reviewed documents from the period between January 28, 2014 and April 29, 2014. We did not apply search terms prior to review.

    In light of and subject to the foregoing, we hereby produce documents bates stamped ADHOC_EFIH-DIP0000001 - ADHOC_EFIH-DIP0012151. You will receive an email containing information on how to download the production via an FTP website. The password is: 3577531599.

    The production of documents made herein is subject to the agreement among the parties referenced in David Dempsey's email of Monday, May 12, 2014, pursuant to which, in the absence of a signed Confidentiality Agreement and Stipulated Protective Order, the parties will treat discovery materials according to the terms of that proposed order until such time as a final order is entered.

    We expect to continue to produce documents on a rolling basis. Please contact us with any questions.

                                        Sincerely,

                                        */s/ Robert J. Boller*
                                        Robert J. Boller



**Akin Gump**
STRAUSS HAUER & FELD LLP

May 15, 2014
Page 3

cc:    Richard M. Cieri
       David R. Dempsey
       Jeffrey S. Sabin
       Patrick Strawbridge
       Richard G. Mason
       Emil A. Kleinhaus
       Gary L. Kaplan
       Samuel P. Groner
       Ira S. Dizengoff
       Scott L. Alberino
       Stephen M. Baldini