**EXHIBIT 2**



# Akin Gump
## STRAUSS HAUER & FELD LLP

ROBERT J. BOLLER
+1 212.872.8170/fax: +1 212.872.1002
rboller@akingump.com

May 20, 2014

**BY ELECTRONIC MAIL**

John A. Morris
Pachulski Stang Ziehl & Jones
780 Third Avenue - 36th Floor
New York, NY 10017-2024
jmorris@pszjlaw.com

Gregory A. Horowitz
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
ghorowitz@kramerlevin.com

Warren A. Usatine
Cole Schotz
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, NJ 07602-0800
wusatine@coleshotz.com

  Re: *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) –
    **Ad Hoc Committee of EFIH Unsecured Noteholders' and EFIH Second Lien**
    **DIP Commitment Parties' Response to Informal Requests for Production of**
    **Documents**

Dear Counsel:

  As you know, we represent the ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes due December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "Ad Hoc Committee of EFIH Unsecured Noteholders") and the parties to that certain second lien Commitment Letter, dated April 28, 2014, with Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company, LLC (the "EFIH Second Lien DIP Commitment Parties") in connection with the above-referenced bankruptcy proceeding. We write in further response to the informal requests for production of documents served by certain EFIH Second Lien Noteholders, dated May 5, 2014, and CSC Trust Company of Delaware as Indenture Trustee to the EFIH first lien notes, dated May 8, 2014 (collectively, the "Informal Requests"). Our previous correspondence, dated May 15, 2014 (the "May 15 Production Cover Letter"), is incorporated herein by reference.



**Akin Gump**
STRAUSS HAUER & FELD LLP

May 20, 2014
Page 2

      In addition to the search parameters described in the May 15 Production Cover Letter, we also conducted a similar search applying email domain name restrictions to capture communications with PIMCO (pimco.com) and/or its outside counsel, Bingham McCutchen (bingham.com).

      We are not producing certain communications between the members of the Ad Hoc Committee of EFIH Unsecured Noteholders / EFIH Second Lien DIP Commitment Parties and their advisors based on attorney-client privilege and the work product doctrine. We are also not producing correspondence between the Debtors, on the one hand, and the Ad Hoc Committee of EFIH Unsecured Noteholders / EFIH Second Lien DIP Commitment Parties, on the other hand, concerning the EFIH First and Second Lienholders' supposed claims to a makewhole premium. On that issue, our clients share a common interest with the Debtors.

      In light of and subject to the foregoing, including the parameters set forth in the May 15 Production Cover Letter, we hereby produce documents bates stamped ADHOC_EFIH-DIP0012152 - ADHOC_EFIH-DIP0017666. You will receive an email containing information on how to download the production via an FTP website. The password is: 3577531599.

      The production of documents made herein is subject to the agreement among the parties referenced in David Dempsey's email of Monday, May 12, 2014, pursuant to which, in the absence of a signed Confidentiality Agreement and Stipulated Protective Order, the parties will treat discovery materials according to the terms of that proposed order until such time as a final order is entered.

      We expect to continue to produce documents on a rolling basis. Please contact us with any questions.

                          Sincerely,

                          */s/ Robert J. Boller*
                          Robert J. Boller

cc:    Richard M. Cieri
       David R. Dempsey
       Jeffrey S. Sabin
       Patrick Strawbridge
       Richard G. Mason
       Emil A. Kleinhaus
       Gary L. Kaplan
       Samuel P. Groner



May 20, 2014
Page 3

    Ira S. Dizengoff
    Scott L. Alberino
    Stephen M. Baldini