VIA EMAIL
Nicholas J. Brannick
Norman Pernick
J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, suite 1410
Wilmington, DE 19801
nbrannick@coleschotz.com
npernick@coleschotz.com
kstickles@coleschotz.com

VIA EMAIL
Michael Joseph Joyce
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801
mjoyce@crosslaw.com

VIA EMAIL
Laura Davis Jones
Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com
rfeinstein@pszjlaw.com

VIA EMAIL
Karen C. Bifferato
Connolly Gallagher
1000 West Street
Wilmington, DE 19801
kbifferato@connollygallagher.com

VIA EMAIL
Garvan F. McDaniel
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

VIA EMAIL
Richard Cieri, Edward Sassower
Stephen Hessler, Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022
Richard.cieri@kirkland.com
Edward.sassower@kirkland.com
brianschartz@kirkland.com
Stephen.hessler@kirkland.com

VIA EMAIL
Brad Eric Scheler
Gary Kaplan
Matthew Roose
Frank Fried
One New York Plaza
New York, New York 10004
brad.eric.scheler@friedfrank.com
gary.kaplan@friedfrank.com
matthew.roose@friedfrank.com

VIA EMAIL
Mark D. Collins
Daniel J. Defranceschi
Jason M. Madron
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Collins@rlf.com
Defranceschi@rlf.com
Madron@rlf.com

VIA EMAIL
James Sprayregen
Chad Husnick
Steven Serajeddini
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
chad.husnick@kirkland.com
Steven.serajeddini@kirkland.com

VIA EMAIL
Raymond H. Lemisch
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
rlemisch@klehr.com

VIA EMAIL
Harold L. Kaplan
Mark F. Hebbeln
Lars A. Peterson
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
hkaplan@foley.com
mhebbeln@foley.com
lapeterson@foley.com

VIA EMAIL
Warren A. Usatine
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
wusatine@coleschotz.com

VIA EMAIL
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
ghorowitz@kramerlevin.com
jbrody@kramerlevin.com

VIA EMAIL
Julie Frost-Davies
Christopher L. Carter
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110
julia.frost-davies@bingham.com
christopher.carter@bingham.com

VIA EMAIL
Erika Morabito
Brittany J. Nelson
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
emorabito@foley.com
bnelson@foley.com

VIA EMAIL
Jeffrey S. Sabin
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
jeffrey.sabin@bingham.com

VIA EMAIL
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
DRosner@kasowitz.com
AGlenn@kasowitz.com
DFliman@kasowitz.com

VIA EMAIL
Stephanie Wickouski
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104-3300
stephanie.wickouski@bryancave.com