...

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MARC B. ROITMAN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Marc B. Roitman, Esquire of Chadbourne & Parke LLP to represent NextEra Energy Resources, LLC in the above captioned cases.

Dated: June 24, 2014
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
         mcguire@lrclaw.com

*Co-Counsel to NextEra Energy Resources, LLC*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0031855.}

DKT. NO. 1088
DT. FILED 6-24-14

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 24, 2014

Marc B. Roitman
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: mroitman@chadbourne.com

*Counsel to NextEra Energy Resources, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: June 25, 2014
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

{932.002-W0031855.}