# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline:  At the hearing** |
| | ) | **Hearing Date:  June 30, 2014 at 9:30 am (ET)** |
| | ) | |
| | ) | **RE:  Docket No. 1093** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on June 24, 2014, the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned cases, filed the *Motion Of The Official Committee Of Unsecured Creditors To File Certain Exhibits Under Seal Pursuant To 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, And Del. Bankr. L.R. 9018-1 Regarding The Declaration Of Todd M. Goren In Support Of The Omnibus Objection Of The Official Committee Of Unsecured Creditors To (I) The Motion Of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. For Entry Of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Authorizing The Use Of Cash Collateral, (D) Authorizing The EFIH Second Lien Repayment, (E) Authorizing Entry Into And Payment Of Fees Under The Commitment Letter, And (F) Modifying The Automatic Stay And (II) The Motion Of Energy Future Holdings Corp., et al., For Entry Of Orders Approving Certain EFIH Settlements And The Oncor TSA Amendment* [Docket No.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48284346.1

1093] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that on June 25, 2014, the Bankruptcy Court entered the *Order Under 11 U.S.C. §§ 102 And 105, Bankruptcy Rule 9006(C) And Local Rule 9006-1(E) Shortening Notice With Respect To The Motion Of The Official Committee Of Unsecured Creditors To File Certain Exhibits Under Seal Pursuant To 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, And Del. Bankr. L.R. 9018-1 Regarding The Declaration Of Todd M. Goren In Support Of The Omnibus Objection Of The Official Committee Of Unsecured Creditors To (I) The Motion Of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. For Entry Of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Authorizing The Use Of Cash Collateral, (D) Authorizing The EFIH Second Lien Repayment, (E) Authorizing Entry Into And Payment Of Fees Under The Commitment Letter, And (F) Modifying The Automatic Stay And (II) The Motion Of Energy Future Holdings Corp., et al., For Entry Of Orders Approving Certain EFIH Settlements And The Oncor TSA Amendment* [Docket No. 1112] (the "**Order**").  Pursuant to the Order, any responses or objections to the entry of an order approving the Motion may be made at the hearing (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **June 30, 2014 at 9:30 a.m. (ET)** before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 N. Market Street, 5th floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
      June 25, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Todd M. Goren
Erica J. Richards
Samantha Martin
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
     tgoren@mofo.com
     erichards@mofo.com
     smartin@mofo.com

-and-

*/s/ Christopher A. Ward* _____
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
     jedelson@polsinelli.com
     skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*