# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: July 9, 2014 at 4:00 p.m.**<br>**Hearing Date: July 18, 2014 at 9:30 a.m.** |

## NOTICE OF MOTION OF CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE, FOR CERTIFICATION OF DIRECT APPEAL UNDER 28 U.S.C. § 158(d)(2)

**TO:** (i) counsel to the Debtors; (ii) the Office of the United States Trustee for the District of Delaware; (iii) counsel to the Official Committee of Unsecured Creditors; and (iv) all parties having requested service under Rule 2002-1(b) of the Local Rules.

**PLEASE TAKE NOTICE** that, on June 25, 2014, CSC Trust Company of Delaware (the "10% Trustee"), as successor indenture trustee for the 10% First Lien Notes issued by Energy Future Intermediate Holdings LLC ("EFIH LLC") and EFIH Finance Inc. ("EFIH Finance," and together with EFIH LLC, "EFIH" or the "EFIH Debtors"), filed the **Motion of CSC Trust Company of Delaware, as Indenture Trustee, for Certification of Direct Appeal Under 28 U.S.C. § 158(d)(2)** (the "Motion"), which seeks entry of an order, pursuant to 28 U.S.C. § 158(d)(2) and Rule 8001(f)(3) of the Federal Rules of Bankruptcy Procedure, for certification of a direct appeal to the United States Court of Appeals for the Third Circuit.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel, **on or before 4:00 p.m. on July 9, 2014 (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received, and the objection is not otherwise timely resolved, a hearing on the Motion will be held on **July 18, 2014 at 9:30 a.m. (Eastern Time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 6, 824 North Market Street, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 25, 2014

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD P.A.

*/s/ Norman L. Pernick*
Norman L. Pernick (DE No. 2290)
   npernick@coleschotz.com
J. Kate Stickles (DE No. 2917)
   kstickles@coleschotz.com
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
Tel: 302.652.3131
Fax: 302.652.3117

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Tel: 201-489-3000
Fax: 201-489-1536

-AND-

ROPES & GRAY LLP
Keith H. Wofford
   keith.wofford@ropesgray.com
Michael S. Winograd
   michael.winograd@ropesgray.com
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: 212.596.9000
Fax: 212.596.9090

D. Ross Martin
   ross.martin@ropesgray.com
Andrew G. Devore
   andrew.devore@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: 617.951.7000
Tel: 617.951.7050

-AND-

DRINKER BIDDLE & REATH LLP
James H. Millar
   James.Millar@dbr.com
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Tel: 212.248.3264
Fax: 212.248.3141

*Counsel for CSC Trust Company of Delaware
as successor indenture trustee*