# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | ) Chapter 11<br>)<br>) Bankr. Case No. 14-10979 (CSS)<br>)<br>) Jointly Administered<br>)<br>) Related to D.I. _____<br>) |

**CERTIFICATION FOR DIRECT APPEAL TO
THE THIRD CIRCUIT COURT OF APPEALS**

This matter coming before the Court on the motion (the "Motion") of the CSC Trust Company of Delaware ("CSC Trust"), for Certification for Direct Appeal to the Third Circuit Court of Appeals (the "Third Circuit") of the pending appeal (the "Appeal") by the CSC Trust from this Court's *Order Approving EFIH First Lien Settlement*; and the Court having jurisdiction over this Motion pursuant to 28 U.S.C. §§ 158(d)(2); and the Court having reviewed the papers filed in support of the Motion and having considered the prior proceedings herein, and finding good cause for the requested certification; and upon due consideration, the court hereby finds:

1. The Appeal presents questions of law, including some questions for which there is no controlling decision of the Third Circuit;

2. The Appeal involves matters of public importance;

3. The Appeal involves a question of law that requires resolution of conflicting decisions of the Second and Fifth Circuits;

3.  A direct determination of the Third Circuit would materially advance the progress of these proceedings; and

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 158(d)(2) and Rule 8001(f) of the Federal Rules of Bankruptcy Procedure, the Appeal (as defined in the Motion) is hereby certified for direct appeal to the United States Court of Appeals for the Third Circuit.

Dated: June ___, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE