IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE | ) | Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, J. Kate Stickles, state that on June 25, 2014, I caused a copy of the **Motion of CSC Trust Company of Delaware, as Indenture Trustee, for Certification of Direct Appeal Under 28 U.S.C. § 158(d)(2)** to be served via First-Class Mail and Electronic Mail on the parties on the attached service list.

                    COLE, SCHOTZ, MEISEL,
                    FORMAN & LEONARD, P.A.

By: */s/ J. Kate Stickles*
     J. Kate Stickles
     500 Delaware Avenue, Suite 1410
     Wilmington, DE 19801
     Telephone: 302.652.3131

52881/0001-10732985v1

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Richard Cieri Esquire
Edward Sassower, Esquire
Stephen Hessler Esquire
Brian E Schartz Esquire
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022

James H.M. Sprayregen, P.C.
Chad Husnick, Esquire
Steven Serajeddini, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

David R. Dempsey, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793

Mark E. McKane, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Richard Schepacarter, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd M. Goren, Esquire
Samantha Martin, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

52881/0001-10732985v1