# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Related to Docket No. 699** |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR ENTRY OF AN ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE JUNE 2, 2014 LETTER UNDER SEAL

I, Gregory A. Taylor, an attorney with the law firm of Ashby & Geddes, P.A., co-counsel to Wilmington Savings Fund Society, FSB ("WSFS"), as successor trustee under that certain indenture, hereby certify the following:

1. On June 2, 2014, WSFS filed the **Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal** [Docket No. 699] (the "Motion").

2. Pursuant to the Notice of Motion, objections or responses, if any, to the Motion were to be filed with the Court and served upon counsel for WSFS by 4:00 p.m. (prevailing Eastern Time) on June 23, 2014.

3. As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

WHEREFORE WSFS respectfully requests that the order approving the Motion be entered at the Court's earliest convenience.

{00870547;v1 }

| | |
|---|---|
| Dated: June 25, 2014<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>/s/ William P. Bowden<br>William P. Bowden (I.D. No. 2553)<br>Gregory A. Taylor (I.D. No. 4008)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>- and -<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner (admitted pro hac vice)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>- and -<br><br>Jeffrey L. Jonas (admitted pro hac vice)<br>Jeremy B. Coffey (admitted pro hac vice)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br><br>*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee* |

{00870547;v1 }    2