IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) Jointly Administered<br>) Related to Docket Nos. 1072, 1074 and 1117<br>) Objection Deadline: June 30, 2014 at 9:30 a.m.<br>) Hearing Date: June 30, 2014 at 9:30 a.m. |

**NOTICE OF HEARING ON MOTION TO FILE OBJECTION OF
CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE
AND COLLATERAL TRUSTEE, TO DEBTORS' (A) MOTION TO APPROVE
SECOND LIEN POST-PETITION FINANCING, REDEEM SECOND LIEN NOTES,
AND DETERMINE SECURED CLAIM AND (B) MOTION TO APPROVE
CERTAIN EFIH SETTLEMENTS UNDER SEAL**

   **PLEASE TAKE NOTICE** that, on June 24, 2014, the **Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal** [Docket No. 1072] (the "Motion to Seal"), was filed with the Court. A copy of Motion to Seal was previously served upon you.

   PLEASE TAKE FURTHER NOTICE that, on June 24, 2014, the **Motion to Set Expedited Hearing and Shorten Notice Period With Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal** [Docket No. 1074] (the "Motion to Shorten"), was also filed with the Court. A copy of the Motion to Shorten was previously served upon you.

   PLEASE TAKE FURTHER NOTICE that, on June 25, 2014, the United States Bankruptcy Court for the District of Delaware entered the **Order Granting Motion to Set Expedited Hearing and Shorten Notice Period With Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal** [Docket No. 1117] (the "Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, a hearing on the Motion to Seal will be held on **June 30, 2014 at 9:30 a.m. (prevailing Eastern time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that responses or objections to the Motion to Seal, if any, may be presented at the Hearing.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 25, 2014

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536

Counsel for CSC Trust Company of
Delaware as successor indenture trustee

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141