IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*[1], | ) ) ) ) | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | ) ) ) ) |  |

### NOTICE OF DEPOSITION

**TO:** Todd R. Snyder, Executive Vice Chairman of North American Global Financial Advisory and Co-Chair of the North American Debt Advisory and Restructuring Group at the financial advisory and investment banking firm of Rothschild Inc., c/o Pachulski Stang Ziehl & Jones LLP, Attention: Laura Davis Jones, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899; Kramer Levin Naftalis & Frankel LLP, Attention: Thomas Moers Mayer, 1177 Avenue of the Americas, New York, New York 10036.

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (the "Debtors"), through their attorneys, will take the deposition upon oral examination of Todd R. Snyder on **June 27, 2014** starting at 8:30 a.m. (Prevailing Eastern Time), at the office of Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, New York 10022. The deposition

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

will take place before a court reporter and will be recorded by stenographic means and videotaped, and shall continue from day to day until it has been completed.

Wilmington, Delaware
Dated:  June 25, 2014

/s/  *David Dempsey*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
 defranceschi@rlf.com
 madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
 edward.sassower@kirkland.com
 stephen.hessler@kirkland.com
 brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
 chad.husnick@kirkland.com
 steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

2