IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | Hearing Date: June 30, 2012 at 9:30 a.m. |
|  | Objection Deadline: June 27, 2014 at 4:00 p.m. |
|  | Related DI 1078, 1080, 1081, 1114 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on June 24, 2014 the Ad Hoc Group of TCEH Unsecured Noteholders, filed the **Motion Of The Ad Hoc Group Of TCEH Unsecured Noteholders Pursuant To 11 U.S.C. § 107(b), Bankruptcy Rule 9018, And Local Rule 9018-1(b) For Authority To File Under Seal The Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To The Motion Of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. For Entry Of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Authorizing The Use Of Cash Collateral, (D) Authorizing The EFIH Second Lien Repayment, (E) Authorizing Entry Into And Payment Of Fees Under The Commitment Letter, And (F) Modifying The Automatic Stay And Limited Objection To The Related Motion To Approve EFIH Second Lien Settlement And Supporting Declaration [DI 1081]** (the "Motion"). A copy of the Motion was previously served upon you.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE THAT responses or objections to the Motion, if any, are to be filed on or before **June 27, 2014 at 4:00 p.m.** (the "Objection Deadline"). At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

PLEASE TAKE FURTHER NOTICE THAT if any responses are timely filed in accordance with this Notice, a hearing on the Motion will be held on **June 30, 2014 at 9:00 a.m.** before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that if no responses or objections are filed by the Objection Deadline, the Court may enter an order granting the relief requested in the Motion without further notice or hearing.

Dated: June 24, 2014
      Wilmington, Delaware

    FOX ROTHSCHILD LLP

By: */s/ L. John Bird*
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131

Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of
TCEH Unsecured Noteholders*

3