## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 25th day of June, 2014, I caused a copy of the **Notice of Hearing** to be served upon the parties listed on the service list attached hereto *via* the manner indicated.

*/s/ L. John Bird*
L. John Bird (No. 5310)

| | |
|---|---|
| ASHBY & GEDDES, P.A.<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ<br>500 DELAWARE AVE<br>PO BOX 1150<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY | BAKER BOTTS LLP<br>(COUNSEL TO CENTERPOINT)<br>ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS<br>2001 ROSS AVE.<br>DALLAS, TX 75201-2980<br><br>VIA FIRST CLASS MAIL |
| BINGHAM MCCUTCHEN LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)<br>ATTNL JULIA FROST-DAVIES ESQ &<br>CHRISTOPHER L. CARTER ESQ<br>ONE FEDERAL STREET<br>BOSTON, MA 02110-1726<br><br>VIA FIRST CLASS MAIL | BINGHAM MCCUTCHEN LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP)<br>ATTN: JEFFREY S. SABIN ESQ<br>399 PARK AVENUE<br>NEW YORK, NY 10022-468<br><br>VIA FIRST CLASS MAIL |
| BROWN RUDNICK LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: EDWARD WEISFELNER ESQ & AARON LAUCHHEIMER ESQ<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | BROWN RUDNICK LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: HOWARD SIEGEL ESQ<br>185 ASYLUM STREET<br>HARTFORD, CT 06103<br><br>VIA FIRST CLASS MAIL |
| BROWN RUDNICK LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ<br>JEREMY COFFEY ESQ<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br><br>VIA FIRST CLASS MAIL | COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: RACHEL OBALDO & JOHN MARK STERN<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| CONNOLLY GALLAGHER LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)<br>ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ<br>1000 WEST STREET, SUITE 1400<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | CROSS & SIMON, LLC<br>(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.)<br>ATTN: MICHAEL J. JOYCE<br>913 N. MARKET STREET, 11TH FLOOR<br>PO BOX 1380<br>WILMINGTON, DE 19899-1380<br><br>VIA HAND DELIVERY |
| DENTONS US LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ<br>OSCAR PINKS ESQ<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br> VIA FIRST CLASS MAIL | DRINKER BIDDLE & REATH LLP<br>(COUNSEL TO CITIBANK, N.A.)<br>ATTN: HOWARD A. COHEN & ROBERT K. MALONE<br>222 DELAWARE AVE., STE. 1410<br>WILMINGTON, DE 19801-1621<br><br>VIA HAND DELIVERY |
| FOLEY & LARDNER LLP<br>(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)<br>ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ<br>LARS PETERSON ESQ<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60654-5313<br><br>VIA FIRST CLASS MAIL | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.)<br>ATTN: BRAD E. SCHELER, GARY L. KAPLAN &<br>MATTHEW M. ROOSE<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br><br>VIA FIRST CLASS MAIL |
| FROST BROWN TODD LLC<br>(COUNSEL TO SITEL, LLC)<br>ATTN: EDWARD M. KING, ESQ.<br>400 W. MARKET STREET, 32ND FLOOR<br>LOUISVILLE, KY 40202<br><br>VIA FIRST CLASS MAIL | GELLERT SCALI BUSENKELL & BROWN, LLC<br>(COUNSEL TO: AURELIUS)<br>ATTN: MICHAEL G. BUSENKELL<br>913 N. MARKET STREET, 10TH FLOOR<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |

| | |
|---|---|
| KELLY HART & HALLMAN LLP<br>(COUNSEL TO ONCOR STEERING COMMITTEE)<br>ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ<br>KATHERINE THOMAS ESQ<br>201 MAIN ST STE 2500<br>FORT WORTH,TX 76102<br><br>VIA FIRST CLASS MAIL | KIRKLAND & ELLIS LLP<br>(COUNSEL TO EFHC DEBTORS)<br>ATTN: JAMES H.M. SPRAYREGEN, P.C. & & ANDREW MCGAAN ESQ<br>CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ<br>300 N LASALLE<br>CHICAGO,IL 60654<br><br>VIA FIRST CLASS MAIL |
| KIRKLAND & ELLIS LLP<br>(COUNSEL TO EFHC DEBTORS)<br>ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC<br>STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>VIA FIRST CLASS MAIL | LANDIS RATH & COBB LLP<br>(COUNSEL TO: ALCOA)<br>ATTN: ADAM G. LANDIS, ESQ.,MATTHEW B. MCGUIRE,ESQ.<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| LANDIS RATH & COBB LLP<br>(COUNSEL TO: MARATHON MGMT)<br>ATTN: ADAM LANDIS ESQ & MATTEW MCGUIRE ESQ<br>919 MARKET ST STE 1800<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>(COUNSEL TO TARRANT & DALLAS COUNTY)<br>ATTN: ELIZABETH WELLER ESQ<br>1100 COMMERCE ST ROOM 9C60<br>DALLAS, TX 75242-1496<br><br>VIA FIRST CLASS MAIL |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>(COUNSEL TO: HARRIS COUNTY)<br>ATTN: JOHN P. DILLMAN<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064<br><br>VIA FIRST CLASS MAIL | LLOYD GOSSELINK ROCHELLE & TOWNSEND PC<br>(COUNSEL TO ONCOR STEERING COMMITTEE)<br>ATTN: GEOFFREY GAY ESQ<br>816 CONGRESS AVE STE 1900<br>AUSTIN, TX 78701<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| MANION GAYNOR & MANNING LLP<br>(COUNSEL TO ONCOR STEERING COMMITTEE)<br>ATTN: MARC PHILLIPS ESQ<br>1007 N ORANGE ST 10TH FL<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)<br>ATTN: LEE GORDON<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>VIA FIRST CLASS MAIL |
| MCKOOL SMITH<br>(COUNSEL TO: ALCOA)<br>ATTN: PAUL D. MOAK, ESQ.<br>600 TRAVIS STREET, SUITE 7000<br>HOUSTON, TX 77002<br><br>VIA FIRST CLASS MAIL | MCKOOL SMITH<br>(COUNSEL TO: ALCOA)<br>ATTN: PETER S. GOODMAN, ESQ.<br>MICHAEL R. CARNEY, ESQ.<br>ONE BRYANT PARK, 47TH FLOOR<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>(COUNSEL TO CITIBANK, N.A.)<br>ATTN: DENNIS F. DUNNE, EVAN R. FLECK &<br>KAREN GARTENBERG<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br><br>VIA FIRST CLASS MAIL | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>(COUNSEL TO THE "INTEREST HOLDERS")<br>ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY<br>1201 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| MUNSCH HARDT KOPF & HARR PC<br>(COUNSEL TO ERCOT)<br>ATTN: KEVIN M LIPPMAN ESQ<br>500 N AKARD ST STE 3800<br>DALLAS, TX 75201-6659<br><br>VIA FIRST CLASS MAIL | MUNSCH HARDT KOPF & HARR PC<br>(COUNSEL TO ERCOT)<br>ATTN: RUSSELL L MUNSCH ESQ<br>3050 FROST BANK TOWER<br>401 CONGRESS AVE<br>AUSTIN, TX 78701-4071<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| OFFICE OF THE TEXAS ATTORNEY GENERAL<br>(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)<br>ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE<br>BANKRUPTCY REGULATORY SECTION<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br><br>VIA FIRST CLASS MAIL | OFFICE OF THE TEXAS ATTORNEY GENERAL<br>(COUNSEL TO TEXAS COMMISSION ON<br>ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)<br>ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ<br>BANKRUPTCY REGULATORY SECTION<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br><br>VIA FIRST CLASS MAIL |
| OFFICE OF THE UNITED STATE TRUSTEE<br>ATTN: RICHARD L. SCHEPACARTER<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207 - LOCKBOX #35<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)<br>ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN<br>JACOB ADLERSTEIN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019<br><br>VIA FIRST CLASS MAIL |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>ATTN: DESIREE M. AMADOR, ATTY<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026<br><br>VIA FIRST CLASS MAIL | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>(COUNSEL TO GALENA PARK ISD)<br>ATTN: OWEN M SONIK ESQ<br>1235 N LOOP WEST STE 600<br>HOUSTON, TX 77008<br><br>VIA FIRST CLASS MAIL |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>(COUNSEL TO SOMERVELL COUNTY ET AL)<br>ATTN: ELIZABETH BANDA CALVO ESQ<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430<br><br>VIA FIRST CLASS MAIL | POTTER ANDERSON & CORROON LLP<br>(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)<br>ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ<br>1313 N MARKET ST 6TH FL<br>PO BOX 951<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |

| | |
|---|---|
| RICHARDS LAYTON & FINGER<br>(CO-COUNSEL TO EFHC DEBTORS)<br>ATTN: MARK D COLLINS ESQ, DANIEL DEFRANCESCHI ESQ<br>JASON MADRON ESQ<br>920 N KING ST<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | SAUL EWING LLP<br>(COUNSEL TO ERCOT)<br>ATTN: MARK MINUTI ESQ<br>222 DELAWARE AVE STE 1200<br>PO BOX 1266<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY |
| SHEARMAN & STERLING LLP<br>(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)<br>ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>VIA FIRST CLASS MAIL | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)<br>ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON<br>155 NORTH WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720<br><br>VIA FIRST CLASS MAIL |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)<br>ATTN: JAY M. GOFFMAN<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036-6522<br><br>VIA FIRST CLASS MAIL | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)<br>ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO<br>ONE RODNEY SQUARE<br>PO BOX 636<br>WILMINGTON, DE 19899-0636<br><br>VIA HAND DELIVERY |
| SNELL & WILMER LLP<br>(COUNSEL TO HEADWATERS RESOURCES, INC.)<br>ATTN: DAVID E. LETA<br>15 WEST SOUTH TEMPLE, SUITE 1200<br>SALT LAKE CITY, UT 84101<br><br>VIA FIRST CLASS MAIL | GOODWIN PROCTER LLP<br>WILLIAM P. WEINTRAUB, ESQ.<br>KIZZY L. JARASHOW, ESQ.<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018<br><br>VIA FIRST CLASS MAIL |

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

VIA FIRST CLASS MAIL

WACHTELL, LIPTON, ROSEN & KATZ
(COUNSEL TO THE "INTEREST HOLDERS")
ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT
51 WEST 52ND STREET
NEW YORK, NY 10019

VIA FIRST CLASS MAIL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO ADHOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

VIA HAND DELIVERY

BAILEY BRAUER PLLC
(COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.)
ATTN: BENJAMIN L. STEWART
8350 N. CENTRAL EXPY, SUITE 935
DALLAS, TX 75206

VIA FIRST CLASS MAIL

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS, INC.)
ATTN: JEFFREY R. FINE
1717 MAIN STREET, SUITE 4000
DALLAS, TX 75201

VIA FIRST CLASS MAIL

BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS, INC.)
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

VIA FIRST CLASS MAIL

COUSINS CHIPMAN & BROWN, LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS
ATTN: SCOTT D. COUSINS, MARK D. OLIVERE; ANN M. KASHISHIAN
1007 NORTH ORANGE STREET, SUITE 1110
WILMINGTON, DE 19801

VIA HAND DELIVERY

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS)
ATTN: IRA S. DIZENGOFF; ABID QURESHI; STEPHEN M. BALDINI;
MEREDITH A. LAHAIE; ROBERT J. BOLLER; CHRISTOPHER W. CARTY;
LINDSAY K. ZAHRADKA
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK, NY 10036
VIA FIRST CLASS MAIL

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS<br>ATTN: SCOTT L.. ALBERINO; JOANNA F. NEWDECK<br>1333 NEW HAMPSHIRE AVENUE, N.W.<br>WASHINGTON, DC 20036<br><br>VIA FIRST CLASS MAIL | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: THOMAS MOERS MAYER; GREGORY A. HOROWITZ; JOSHUA K. BRODY; PHILIP BENTLEY<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL |
| BRYAN CAVE LLP<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104<br><br>VIA FIRST CLASS MAIL | PACHULSKI STANG ZIEHL & JONES LLP<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: LAURA DAVIS JONES; ROBERT J. FEINSTEIN<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| COMPUTERSHARE<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: TINA VITALE<br>480 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07310<br><br>VIA FIRST CLASS MAIL | COMPUTERSHARE TRUST COMPANY OF CANADA<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: ALESSANDRA PANSERA<br>1500 UNIVERSITY STREET, SUITE 700<br>MONTREAL, QUEBEC H3A3S8<br><br>VIA FIRST CLASS MAIL |
| COZEN O'CONNOR<br>(COUNSEL TO J. ARON & COMPANY)<br>ATTN: MARK E. FELGER<br>1201 NORTH MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>(COUNSEL TO J. ARON & COMPANY)<br>ATTN: THOMAS J. MOLONEY; SEAN A. O'NEAL; HUMAYUN KHALID<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| WHITE & CASE LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: J. CHRISTOPHER SHORE; GREGORY M. STARNER<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | WHITE & CASE LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: THOMAS E LAURIA; MATTHEW C. BROWN<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>MIAMI, FL 33131<br><br>VIA FIRST CLASS MAIL |
| FOX ROTHSCHILD LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: JEFFREY M. SCHLERF; JOHN H. STROCK; L. JOHN BIRD<br>919 N. MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | CIARDI CIARDI & ASTIN<br>(COUNSEL TO ATMOS ENERGY CORPORATION)<br>ATTN: DANIEL K. ASTIN; JOHN D. MCLAUGHLIN, JR.; JOSEPH J. MCMAHON, JR.<br>1204 N. KING STREET<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| COWLES & THOMPSON<br>(COUNSEL TO ATMOS ENERGY CORPORATION)<br>ATTN: STEPHEN C. STAPLETON<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 3900<br>DALLAS, TX 75202<br><br>VIA FIRST CLASS MAIL | SMITH, KATZENSTEIN & JENKINS LLP<br>(COUNSEL TO AGIRAS USA, LLC)<br>ATTN: KATHLEEN M. MILLER<br>800 DELAWARE AVE., SUITE 1000<br>P.O. BOX 410<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY |
| HAYNES AND BOONE LLP<br>(COUNSEL TO AGIRAS USA, LLC)<br>ATTN: JONATHAN HOOK<br>30 ROCKEFELLER CENTER<br>26TH FLOOR<br>NEW YORK, NY 10112<br><br>VIA FIRST CLASS MAIL | HAYNES AND BOONE LLP<br>(COUNSEL TO AGIRAS USA, LLC)<br>ATTN: PATRICK L. HUGHES<br>1221 MCKINNEY STREET<br>SUITE 1200<br>HOUSTON, TX 77010<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| VEDDER PRICE P.C.<br>(COUNSEL TO FIRST UNION RAIL)<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019<br><br>VIA FIRST CLASS MAIL | PATTERSON BELKNAP WEBB & TYLER LLP<br>(COUNSEL TO LAW DENTURE TRUST COMPANY OF NEW YORK)<br>ATTN: STEPHEN M. MILLER<br>MORRIS JAMES LLP<br>500 DELAWARE AVE., SUITE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>(COUNSEL TO LAW DENTURE TRUST COMPANY OF NEW YORK)<br>ATTN: DANIEL A. LOWNTHAL; CRAIG W. DENT<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | QUARLES & BRADY LLP<br>(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)<br>ATTN JOHN A. HARRIS, ESQ; JASON D. CURRY, ESQ;<br>RENAISSANCE ONE<br>TWO NORTH CENTRAL AVE.<br>PHOENIX, AZ 85004<br><br>VIA FIRST CLASS MAIL |
| CIARDI CIARDI & ASTIN<br>(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)<br>ATTN: DANIEL K. ASTIN, ESQ; JOSEPH J. MCMAHON, JR., ESQ<br>1204 NORTH KING STREET<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>(COUNSEL TO CENTERPOINT)<br>ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>(COUNSEL TO: MARATHON ASSET MGMT)<br>ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ<br>7 WORLD TRADE CENTER<br>250 GREENWICH ST<br>NEW YORK, NY 10007<br><br>VIA FIRST CLASS MAIL | WILMER CUTLER PICKERING HALE & DORR LLP<br>(COUNSEL TO: MARATHON ASSET MGMT)<br>ATTN: BENJAMIN LOVELAND ESQ<br>60 STATE ST<br>BOSTON, MA 02109<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: CHES GARRISON<br>1333 NEW HAMPSHIRE AVENUE, N.W.<br>WASHINGTON, DC 20036-1564<br><br>VIA FIRST CLASS MAIL | MCCATHERN, PLLC<br>(COUNSEL TO RED BALL OXYGEN COMPANY)<br>ATTN: JONATHAN L. HOWELL<br>REGENCY PLAZA<br>3710 RAWLINS, SUITE 1600<br>DALLAS, TX 75219<br><br>VIA FIRST CLASS MAIL |
| OFFICE OF THE CHIEF COUNSEL<br>(COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION)<br>ATTN; JON CHATALAIN, ATTORNEY<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026<br><br>VIA FIRST CLASS MAIL | BROWN & CONNERY, LLP<br>(COUNSEL TO SAP INDUSTRIES, INC.)<br>ATTN: DONALD K. LUDMAN<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096<br><br>VIA FIRST CLASS MAIL |
| WINSTON & STRAWN LLP<br>(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br><br>VIA FIRST CLASS MAIL | MYERS-HILL<br>(COUNSEL TO PROPERTY TAX PARTNERS)<br>ATTN: ROBERT J. MYERS<br>2525 RIDGMAR BLVD., STE. 150<br>FORT WORTH, TX 76116<br><br>VIA FIRST CLASS MAIL |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)<br>ATTN: MARK L. DESGROSSEILLIERS<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | JACKSON WALKER, L.L.P.<br>(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)<br>ATTN: MONICA S. BLACKER<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202<br><br>VIA FIRST CLASS MAIL |

JACKSON WALKER, L.L.P.
ATTN: J. SCOTT ROSE
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
WESTON CENTRE
112 E. PECAN STREET, SUITE 2400
SAN ANTONIO, TX 78205

VIA FIRST CLASS MAIL

CURTIN & HEEFNER LLP
(COUNSEL TO FLSMIDTH INC.)
ATTN: ROBERT SZWAJKOS, ESQ.
250 PENNSYLVANIA AVENUE
MORRISVILLE, PA 19067

VIA FIRST CLASS MAIL

POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & RAY, L.L.P.
(COUNSEL TO TARRANT REGIONAL WATER DISTRICT AND NORTHEAST TEXAS MUNICIPAL WATER DISTRICT)
ATTN: MICHAEL L. ATCHLEY & MATTHEW T. TAPLETT
500 WEST 7TH STREET, SUITE 600
FORT WORTH, TX 76102

VIA FIRST CLASS MAIL

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORPORATION)
ATTN: KATHLEEN A. MURPHY, ESQ.
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

VIA HAND DELIVERY

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: MICHAEL B. SCHAEDLE, ESQ.
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103
VIA FIRST CLASS MAIL

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: MICHAEL D. DEBAECKE, ESQ. & STANLEY B. TARR, ESQ.
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

VIA HAND DELIVERY

WILMINGTON TRUST FSB
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: JEFFREY T. ROSE, ESQ., V.P.
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

VIA FIRST CLASS MAIL

SEWARD & KISSEL LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: JOHN R. ASHMEAD; KALYAN DAS; & ARLENE R. ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

VIA FIRST CLASS MAIL

STEPHEN SAKONCHICK II, P.C.
(COUNSEL TO RANGER EXCAVATING LP)
ATTN:  STEPHEN SAKONCHICK, II
6502 CANON WREN DRIVE
AUSTIN, TX 78746

VIA FIRST CLASS MAIL

WEINSTEIN RADCLIFF LLP
(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC.)
ATTN: GREGORY M. WEINSTEIN
6688 N. CENTRAL EXPRESSWAY, SUITE 675
DALLAS, TX 75206

VIA FIRST CLASS MAIL

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
(COUNSEL TO ORACLE USA, INC.)
ATTN:  SHAWN M. CHRISTIANSON, ESQ.
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

VIA FIRST CLASS MAIL

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO ANGELINA COUNTY; FORT BEND COUNTY; AND HARRIS COUNTY)
ATTN:  JOHN F. DILLMAN, ESQ.
P.O. BOX 3064
HOUSTON, TX 77253-3064

VIA FIRST CLASS MAIL

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS MARKETING, LLC; KINDER MORGAN TEXAS PIPELINE, LLC AND KINDER MORGAN TEJAS PIPELINE, LLC)
ATTN: PATRICIAL WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868

VIA FIRST CLASS  MAIL

NELSON MULLINS RILEY & SCARBOROUGH L.L.P.
(COUNSEL TO MICHEL NORTH AMERICA, INC.)
ATTN: JODY A. BEDENBAUGH & GEORGE B. CAUTHEN
1320 MAIN STREET, 17TH FLOOR
P.O. BOX 11070 (29211)
COLUMBIA, SC 29201

VIA FIRST CLASS MAIL

WILLIAM T. MEDAILLE, ATTORNEY
(COUNSEL TO LOWER COLORADO RIVER AUTHORITY & LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION)
LEGAL SERVICES
P.O. BOX 220
AUSTIN, TX 78767

VIA FIRST CLASS MAIL

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK)
ATTN:  KURT F. GWYNNE, ESQ. & KIMBERLY E.C. LAWSON, ESQ.
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

VIA HAND DELIVERY

| | |
|---|---|
| CROWE & DUNLEVY, P.C.<br>(COUNSEL TO DEVON ENERGY CORPORATION)<br>ATTN; JUDY HAMILTON MORSE<br>20 NORTH BROADWAY, SUITE 1800<br>OKLAHOMA CITY, OK 73102<br><br>VIA FIRST CLASS MAIL | DANIEL F. HOGAN<br>THE HOGAN FIRM<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806<br><br>VIA FIRST CLASS MAIL |
| JAMIE R. WELDON<br>LACKEY HERSHMAN, LLP<br>3102 OAK LAWN AVENUE, SUITE 777<br>DALLAS, TX 75219<br><br>VIA FIRST CLASS MAIL | DIANE WADE SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 17428<br>AUSTIN, TX 78760<br><br>VIA FIRST CLASS MAIL |
| JORDAN S. BLASK, ESQ.<br>LARA E. SHIPKOVITZ, ESQ.<br>TUCKER ARENSBERG, P.C.<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222<br><br>VIA FIRST CLASS MAIL | KEVIN M. CAPUZZI, ESQ.<br>PINCKNEY, WEIDINGER, URBAN & JOYCE LLC<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| JEANMARIE BAER<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>P.O. BOX 8188<br>WICHITA FALLS, TX 76307<br><br>VIA FIRST CLASS MAIL | JOHN P. MELKO<br>MICHAEL K. RIORDAN<br>GARDERE WYNNE SEWELL LLP<br>1000 LOUISIANA, STE. 3400<br>HOUSTON, TX 77002<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| CHRISOPHER B. MOSLEY, SENIOR ASST. CITY ATTORNEY<br>CITY OF FORT WORTH<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102<br><br>VIA FIRST CLASS MAIL | JACOB L. NEWTON<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201<br><br>VIA FIRST CLASS MAIL |
| JAMES M. PECK, BRETT H. MILLER, LORENZO MARINUZZI<br>CHARLES KERR; ANTHONY PRINCI; J. ALEXANDER LAWRENCE<br>MORRISON & FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019<br><br>VIA FIRST CLASS MAIL | CHRISTOPHER A. WARD<br>JUSTIN K. EDELSON<br>SHANTI M. KATONA<br>POLSINELLI PC<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| EDWARD FOX<br>POLSINELLI PC<br>900 THIRD AVENUE, 21ST FLOOR<br>NEW YORK, NY 10022<br><br>VIA FIRST CLASS MAIL | MATTHEW J. TROY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>P. O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875<br><br>VIA FIRST CLASS MAIL |
| KATHLEEN M. MILLER<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 DELAWARE AVENUE, SUITE 1000<br>P.O. BOX 410<br>WILMINGTON, DE 19899-0410<br><br>VIA FIRST CLASS MAIL | MICHAEL G. SMITH<br>111 NORTH 6TH STREET<br>P.O. BOX 846<br>CLINTON, OK 73601<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| ARI D. KUNOFSKY<br>W. BRADLEY RUSSELL<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044<br><br>VIA FIRST CLASS MAIL | DANIEL K. ASTIN<br>JOHN D. MCLAUGHLIN, JR.<br>JOSEPH J. MCMAHON, JR.<br>CIARDI CIARDI & ASTIN<br>1204 N. KING STREET<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| GEORGE A. DAVIS, ESQ.<br>O'MELVENY & MYERS LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | WILLIAM E. KELLEHER, JR.<br>COHEN & GRIGSBY, P.C.<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152<br><br>VIA FIRST CLASS MAIL |
| SABRINA L. STREUSAND<br>STREUSAND, LANDON & OZBURN, LLP<br>811 BARTON SPRINGS ROAD, SUITE 811<br>AUSTIN, TX 78704<br><br>VIA FIRST CLASS MAIL | SUNDEEP S. SIDHU<br>ANDREA HARTLEY<br>JULES COHEN<br>AKERMAN LLP<br>420 S. ORANGE AVENUE, SUITE 1200<br>ORLANDO, FL 32801-4904<br><br>VIA FIRST CLASS MAIL |
| KEVIN G. ABRAMS, ESQ.<br>JOHN M. SEAMAN, ESQ.<br>ABRAMS & BAYLISS LLP<br>20 MONTCHANIN ROAD, SUITE 200<br>WILMINGTON, DE 19807<br><br>VIA FIRST CLASS MAIL | BNSF RAILWAY COMPANY<br>ATTN: JASON SPENCER<br>3001 LOU MENK DRIVE<br>FORT WORTH, TX 76131<br><br>VIA FIRST CLASS MAIL |

MARK R. SOMERSTEIN, ESQ.
ROPES AND GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

VIA FIRST CLASS MAIL

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

VIA HAND DELIVERY

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES ("RMS")
ATTN:  RONALD L. ROWLAND, AGENT
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

VIA FIRST CLASS MAIL

THOMAS D. MAXSON
COHEN & GRIGSBY, P.C.
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

VIA FIRST CLASS MAIL

STEPHEN D. LERNER
ANDREW M. SIMON
SQUIRE SANDERS (US) LLP
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

VIA FIRST CLASS MAIL

MARY ANN KILGORE
JENNIE L. ANDERSON
UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS STREET, STOP 1580
OMAHA NE 68179

VIA FIRST CLASS MAIL

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: DAVID R. DEMPSEY & BRIDGET K. O'CONNOR
655 FIFTEENTH STREET,  N.W
WASHINGTON, DC 20005

VIA FIRST CLASS MAIL