## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

In re:                               :     Chapter 11

                                   :

Energy Future Holdings, Inc., *et al.*,     :     Case No. 14-10979 (CSS)

                                   :

             Debtors.           :     (Jointly Administered)

                                   :

                                   :     **Related Docket Nos. 1073, 1075, 1116**

------------------------------------------------------- x

**Objection Deadline: June 30, 2014 at 9:30 a.m. (prevailing Eastern time)**
**Hearing Date: June 30, 2014 at 9:30 a.m. (prevailing Eastern time)**

**NOTICE OF ENTRY OF ORDER FIXING HEARING DATE AND SHORTENING
TIME TO OBJECT OR RESPOND TO MOTION TO FILE UNDER SEAL
UNREDACTED VERSIONS OF: (I) OBJECTION TO DEBTORS' MOTION TO
APPROVE SECOND LIEN SETTLEMENT; (II) OBJECTION TO DEBTORS' MOTION
TO APPROVE SECOND LIEN DIP; AND (III) DECLARATION OF TODD R. SNYDER**

TO:     (a) the EFIH Debtors; (b) the Office of the U.S. Trustee for the District of Delaware;
(c) counsel for the Creditors' Committee; and (d) all parties having requested notice pursuant to
Bankruptcy Rule 2002.

         **PLEASE TAKE NOTICE** that on June 24, 2014, the Computershare Trust

Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the

"**Indenture Trustee**") for $2,156,392,000 aggregate principal amount of second lien notes (the

"**Second Lien Notes**" and the holders thereof the "**Second Lien Noteholders**") issued by Energy

Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "**EFIH**"), and

certain Second Lien Noteholders (the "**EFIH Second Lien Group**"), filed the (i) *Motion to*

*File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second*

*Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and*

*(III) Declaration of Todd R. Snyder* (the "**Motion**") [Docket No. 1073] and (ii) *Motion to Fix*

*Hearing Date On and Shorten Time to Object or Respond to Motion to File Under Seal*

*Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement;*

*(II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder* (the "**Motion to Shorten**") [Docket No. 1075] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"). A copy of the Motion and the Motion to Shorten were previously served on you.

PLEASE TAKE FURTHER NOTICE that on June 25, 2014 the Bankruptcy Court entered that certain *Order Fixing Hearing Date and Shortening Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder* (the "**Order Shortening Notice**") [Docket No.1116]. A copy of the Order Shortening Notice is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT in accordance with the Order Shortening Notice, any response or objection to the Motion, if any, may be filed before, or presented at the hearing on **June 30, 2014 at 9:30 a.m.** You must also provide a copy of the response or objection to the undersigned.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,

DOCS_DE:194005.1 23731/001

824 NORTH MARKET STREET, FIFTH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801 ON **JUNE 30, AT 9:30 A.M. (PREVAILING EASTERN TIME).**

Dated: June 25, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@ pszjlaw.com
        rfeinstein@ pszjlaw.com

        - *and* -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Philip Bentley
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
        pbentley@kramerlevin.com
        jbrody@kramerlevin.com

Counsel to the EFIH Second Lien Group and
the Indenture Trustee

        - and -

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee*

DOCS_DE:194005.1 23731/001