IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*[1], | ) ) ) | Case No. 14-10979 (CSS) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) | |

**AMENDED NOTICE OF DEPOSITION**

**TO:** Christopher J. Kearns, Executive Director of Capstone Advisory Group, c/o Cole, Schotz, Meisel, Forman & Leonard, P.A., Attention: Norman L. Pernick, 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801; Ropes & Gray LLP, Attention: Keith H. Wofford, 1211 Avenue of the Americas, New York, New York 10036; Drinker Biddle & Reath LLP, Attention: James H. Millar, 1177 Avenue of the Americas, 41st Floor, New York, New York 10036.

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (the "Debtors"), through their attorneys, will take the deposition upon oral examination of Christopher J. Kearns on **June 27, 2014** starting at 2:00 p.m. (Prevailing Eastern Time), at the office of Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, New York 10022. The

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

deposition will take place before a court reported and will be recorded by stenographic means and videotaped, and shall continue from day to day until it has been completed.

Wilmington, Delaware
Dated:  June 25, 2014                    /s/  *David Dempsey*
                                         **RICHARDS, LAYTON & FINGER, P.A.**
                                         Mark D. Collins (No. 2981)
                                         Daniel J. DeFranceschi (No. 2732)
                                         Jason M. Madron (No. 4431)
                                         920 North King Street
                                         Wilmington, Delaware 19801
                                         Telephone:    (302) 651-7700
                                         Facsimile:    (302) 651-7701
                                         Email:        collins@rlf.com
                                                       defranceschi@rlf.com
                                                       madron@rlf.com

                                         -and-

                                         **KIRKLAND & ELLIS LLP**
                                         Richard M. Cieri
                                         Edward O. Sassower, P.C.
                                         Stephen E. Hessler
                                         Brian E. Schartz
                                         601 Lexington Avenue
                                         New York, New York 10022-4611
                                         Telephone:    (212) 446-4800
                                         Facsimile:    (212) 446-4900
                                         Email:        richard.cieri@kirkland.com
                                                       edward.sassower@kirkland.com
                                                       stephen.hessler@kirkland.com
                                                       brian.schartz@kirkland.com

                                         -and-

                                         James H.M. Sprayregen, P.C.
                                         Chad J. Husnick
                                         Steven N. Serajeddini
                                         300 North LaSalle
                                         Chicago, Illinois 60654
                                         Telephone:    (312) 862-2000
                                         Facsimile:    (312) 862-2200
                                         Email:        james.sprayregen@kirkland.com
                                                       chad.husnick@kirkland.com
                                                       steven.serajeddini@kirkland.com

                                         Proposed Co-Counsel to the Debtors and Debtors in Possession