# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| **ENERGY FUTURE HOLDINGS, INC.**, *et al.,*[1] | Case No.: 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Related to Docket Nos. 914, 1034** |

## EFIH SECOND LIEN INDENTURE TRUSTEE'S
## THIRD AMENDED NOTICE OF DEPOSITION TO NATE VAN DUZER

**PLEASE TAKE NOTICE** that, in accordance with Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings through Rule 7030 of the Federal Rules of Bankruptcy Procedure, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for $2,156,000,000 aggregate principal amount of second lien notes issued by Energy Future Intermediate Holding Company LLC, and as a creditor of certain Debtors in the above-captioned chapter 11 cases, by and through its undersigned counsel, will take the deposition upon oral examination of Nate Van Duzer. The deposition will take place on **June 26, 2014 from 11:00 a.m. (Eastern Time)**, to be continued until completion, at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (or such other time and place as may be agreed to by the parties). The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or by a person appointed by the Court, and will be recorded by stenographic means. You are invited to attend and cross examine.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

Dated: June 25, 2014	PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@ pszjlaw.com
           rfeinstein@ pszjlaw.com
           jmorris@ pszjlaw.com

BRYAN CAVE LLP
Stephanie Wickouski (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Indenture Trustee*