# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ) | Case No. 14-10979 (CSS) |
| *et al.*,[1] ) | |
| Debtors ) | (Joint Administration) |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Rule 9010-2(b), the undersigned hereby withdraws his appearance as counsel for Sitel, LLC ("Sitel"). The undersigned hereby certifies that Sitel has no controversy pending before this Court in these chapter 11 cases and (b) Sitel has consented to this withdrawal of appearance. The undersigned hereby requests removal from all mailing, ECF, fax and email notice lists.

Dated:   June 26, 2014          **FROST BROWN TODD LLC**
         Louisville, Kentucky

                                /s/ Edward M. King
                                Edward M. King
                                400 W. Market Street, 32nd Floor
                                Louisville, KY 40202
                                (502) 589-5400
                                Counsel for Sitel, LLC

0104593.0616833   4818-7800-7066v2

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.