# **Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

ORDER PURSUANT TO BANKRUPTCY RULE
2015.3 (A) MODIFYING BANKRUPTCY RULE 2015.3 REPORTING
REQUIREMENTS FOR CAUSE WITH RESPECT TO CERTAIN ENTITIES
AND (B) FINDING THAT THE DEBTORS DO NOT HAVE A SUBSTANTIAL
OR CONTROLLING INTEREST WITH RESPECT TO CERTAIN ENTITIES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), (a) modifying the Reporting Requirements with respect to certain entities and (b) finding that the Debtors do not have a Substantial or Controlling Interest with respect to the International Entities, as set forth more fully in the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper pursuant to §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

KE 32112617.2

notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to Bankruptcy Rule 2015.3(c), the Court determines that the Debtors do not have a substantial or controlling interest in the International Entities and, accordingly, the Reporting Requirements do not apply to the International Entities.

3. Pursuant to Bankruptcy Rule 2015.3(d), the Reporting Requirements with respect to the Oncor Ring-Fenced Entities shall be satisfied by the continued filing of the SEC Reports; *provided, however, that nothing in this Order shall affect the rights of any party under applicable federal or bankruptcy rules of evidence or any applicable stipulations between any party and the Debtors or orders of the Court*.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: _____, 2014

                                              THE HONORABLE CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE