IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings | ) | Case No. 14-10979(CSS) |
| Corp., et al. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No.: 1113 |
| | ) | |

### ORDER

IT IS HEREBY ORDERED THAT, the Order approving Motion of Ad Hoc Group of EFH Legacy Noteholders for an Order Pursuant to 11 U.S.C. §§ 107(b) and 105(a) and Del. Bankr. L.R. 9018-1 Seeking Authorization to file an Objection and Related Exhibits under Seal [D.I. 1113] filed on June 25, 2014, is hereby Vacated.

Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: June 26, 2014