# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered)<br>) Related to Docket Nos. 1078, 1080, 1081 and 1082 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

*Joan Hofmann*, being duly sworn according to law, deposes and says that she is employed by Fox Rothschild LLP, co-counsel to the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned cases, and that on the 24th day of June, 2014, copies of the following documents were caused to be served upon the parties listed on the service list attached hereto as noted thereon:

1. Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To The Motion Of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. For Entry Of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Authorizing The Use Of Cash Collateral, (D) Authorizing The EFIH Second Lien Repayment, (E) Authorizing Entry Into And Payment Of Fees Under The Commitment Letter, And (F) Modifying The Automatic Stay And Limited Objection To The Related Motion To Approve EFIH Second Lien Settlement **[Redacted]** [DI 1078];

2. Declaration Of Gregory Starner, Esq. **[Exhibits Under Seal]** [DI 1080]

3. Motion Of The Ad Hoc Group Of TCEH Unsecured Noteholders Pursuant To 11 U.S.C. § 107(b), Bankruptcy Rule 9018, And Local Rule 9018-1(b) For Authority To File Under Seal The Objection Of The Ad Hoc Group

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Of TCEH Unsecured Noteholders To The Motion Of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. For Entry Of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Authorizing The Use Of Cash Collateral, (D) Authorizing The EFIH Second Lien Repayment, (E) Authorizing Entry Into And Payment Of Fees Under The Commitment Letter, And (F) Modifying The Automatic Stay And Limited Objection To The Related Motion To Approve EFIH Second Lien Settlement And Supporting Declaration [DI 1081]; and

4. Motion Of The Ad Hoc Group Of TCEH Unsecured Noteholders Pursuant To Local Rules 9006-1(c) And 9006-1(e) For An Order Shortening Notice With Respect Its Motion Pursuant To 11 U.S.C. § 107(b), Bankruptcy Rule 9018, And Local Rule 9018-1(B) For Authority To File Under Seal The Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders With Respect To The Motion Of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. For Entry Of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Authorizing The Use Of Cash Collateral, (D) Authorizing The EFIH Second Lien Repayment, (E) Authorizing Entry Into And Payment Of Fees Under The Commitment Letter, And (F) Modifying The Automatic Stay And Limited Objection To The Related Motion To Approve EFIH Second Lien Settlement And Supporting Declaration [DI 1082].

_____
Joan Hofmann

**SWORN TO AND SUBSCRIBED** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: June 26, 2014

_____
Notary Public

DENISE L. KEMP
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 1, 2015

2

| | |
|---|---|
| ASHBY & GEDDES, P.A.<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ<br>500 DELAWARE AVE<br>PO BOX 1150<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY | BAKER BOTTS LLP<br>(COUNSEL TO CENTERPOINT)<br>ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS<br>2001 ROSS AVE.<br>DALLAS, TX 75201-2980<br><br>VIA FIRST CLASS MAIL |
| BINGHAM MCCUTCHEN LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)<br>ATTNL JULIA FROST-DAVIES ESQ &<br>CHRISTOPHER L. CARTER ESQ<br>ONE FEDERAL STREET<br>BOSTON, MA 02110-1726<br><br>VIA FIRST CLASS MAIL | BINGHAM MCCUTCHEN LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP)<br>ATTN: JEFFREY S. SABIN ESQ<br>399 PARK AVENUE<br>NEW YORK, NY 10022-468<br><br>VIA FIRST CLASS MAIL |
| BROWN RUDNICK LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: EDWARD WEISFELNER ESQ & AARON LAUCHHEIMER ESQ<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | BROWN RUDNICK LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: HOWARD SIEGEL ESQ<br>185 ASYLUM STREET<br>HARTFORD, CT 06103<br><br>VIA FIRST CLASS MAIL |
| BROWN RUDNICK LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ<br>JEREMY COFFEY ESQ<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br><br>VIA FIRST CLASS MAIL | COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: RACHEL OBALDO & JOHN MARK STERN<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| CONNOLLY GALLAGHER LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)<br>ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ<br>1000 WEST STREET, SUITE 1400<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | CROSS & SIMON, LLC<br>(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.)<br>ATTN: MICHAEL J. JOYCE<br>913 N. MARKET STREET, 11TH FLOOR<br>PO BOX 1380<br>WILMINGTON, DE 19899-1380<br><br>VIA HAND DELIVERY |
| DENTONS US LLP<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ<br>OSCAR PINKS ESQ<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br> VIA FIRST CLASS MAIL | DRINKER BIDDLE & REATH LLP<br>(COUNSEL TO CITIBANK, N.A.)<br>ATTN: HOWARD A. COHEN & ROBERT K. MALONE<br>222 DELAWARE AVE., STE. 1410<br>WILMINGTON, DE 19801-1621<br><br>VIA HAND DELIVERY |
| FOLEY & LARDNER LLP<br>(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)<br>ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ<br>LARS PETERSON ESQ<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60654-5313<br><br>VIA FIRST CLASS MAIL | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.)<br>ATTN: BRAD E. SCHELER, GARY L. KAPLAN &<br>MATTHEW M. ROOSE<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br><br>VIA FIRST CLASS MAIL |
| FROST BROWN TODD LLC<br>(COUNSEL TO SITEL, LLC)<br>ATTN: EDWARD M. KING, ESQ.<br>400 W. MARKET STREET, 32ND FLOOR<br>LOUISVILLE, KY 40202<br><br>VIA FIRST CLASS MAIL | GELLERT SCALI BUSENKELL & BROWN, LLC<br>(COUNSEL TO: AURELIUS)<br>ATTN: MICHAEL G. BUSENKELL<br>913 N. MARKET STREET, 10TH FLOOR<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |

KELLY HART & HALLMAN LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH,TX 76102

VIA FIRST CLASS MAIL

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES H.M. SPRAYREGEN, P.C. & & ANDREW MCGAAN ESQ
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO,IL 60654

VIA FIRST CLASS MAIL

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

VIA FIRST CLASS MAIL

LANDIS RATH & COBB LLP
(COUNSEL TO: ALCOA)
ATTN: ADAM G. LANDIS, ESQ.,MATTHEW B. MCGUIRE,ESQ.
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

VIA HAND DELIVERY

LANDIS RATH & COBB LLP
(COUNSEL TO: MARATHON MGMT)
ATTN: ADAM LANDIS ESQ & MATTEW MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

VIA HAND DELIVERY

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ATTN: ELIZABETH WELLER ESQ
1100 COMMERCE ST ROOM 9C60
DALLAS, TX 75242-1496

VIA FIRST CLASS MAIL

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO: HARRIS COUNTY)
ATTN: JOHN P. DILLMAN
P.O. BOX 3064
HOUSTON, TX 77253-3064

VIA FIRST CLASS MAIL

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

VIA FIRST CLASS MAIL

| | |
|---|---|
| MANION GAYNOR & MANNING LLP<br>(COUNSEL TO ONCOR STEERING COMMITTEE)<br>ATTN: MARC PHILLIPS ESQ<br>1007 N ORANGE ST 10TH FL<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)<br>ATTN: LEE GORDON<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>VIA FIRST CLASS MAIL |
| MCKOOL SMITH<br>(COUNSEL TO: ALCOA)<br>ATTN: PAUL D. MOAK, ESQ.<br>600 TRAVIS STREET, SUITE 7000<br>HOUSTON, TX 77002<br><br>VIA FIRST CLASS MAIL | MCKOOL SMITH<br>(COUNSEL TO: ALCOA)<br>ATTN: PETER S. GOODMAN, ESQ.<br>MICHAEL R. CARNEY, ESQ.<br>ONE BRYANT PARK, 47TH FLOOR<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>(COUNSEL TO CITIBANK, N.A.)<br>ATTN: DENNIS F. DUNNE, EVAN R. FLECK &<br>KAREN GARTENBERG<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br><br>VIA FIRST CLASS MAIL | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>(COUNSEL TO THE "INTEREST HOLDERS")<br>ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY<br>1201 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| MUNSCH HARDT KOPF & HARR PC<br>(COUNSEL TO ERCOT)<br>ATTN: KEVIN M LIPPMAN ESQ<br>500 N AKARD ST STE 3800<br>DALLAS, TX 75201-6659<br><br>VIA FIRST CLASS MAIL | MUNSCH HARDT KOPF & HARR PC<br>(COUNSEL TO ERCOT)<br>ATTN: RUSSELL L MUNSCH ESQ<br>3050 FROST BANK TOWER<br>401 CONGRESS AVE<br>AUSTIN, TX 78701-4071<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| OFFICE OF THE TEXAS ATTORNEY GENERAL<br>(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)<br>ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE<br>BANKRUPTCY REGULATORY SECTION<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br><br>VIA FIRST CLASS MAIL | OFFICE OF THE TEXAS ATTORNEY GENERAL<br>(COUNSEL TO TEXAS COMMISSION ON<br>ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)<br>ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ<br>BANKRUPTCY REGULATORY SECTION<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br><br>VIA FIRST CLASS MAIL |
| OFFICE OF THE UNITED STATE TRUSTEE<br>ATTN: RICHARD L. SCHEPACARTER<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207 - LOCKBOX #35<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)<br>ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN<br>JACOB ADLERSTEIN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019<br><br>VIA FIRST CLASS MAIL |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>ATTN: DESIREE M. AMADOR, ATTY<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026<br><br>VIA FIRST CLASS MAIL | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>(COUNSEL TO GALENA PARK ISD)<br>ATTN: OWEN M SONIK ESQ<br>1235 N LOOP WEST STE 600<br>HOUSTON, TX 77008<br><br>VIA FIRST CLASS MAIL |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>(COUNSEL TO SOMERVELL COUNTY ET AL)<br>ATTN: ELIZABETH BANDA CALVO ESQ<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430<br><br>VIA FIRST CLASS MAIL | POTTER ANDERSON & CORROON LLP<br>(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)<br>ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ<br>1313 N MARKET ST 6TH FL<br>PO BOX 951<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |

| | |
|---|---|
| RICHARDS LAYTON & FINGER<br>(CO-COUNSEL TO EFHC DEBTORS)<br>ATTN: MARK D COLLINS ESQ, DANIEL DEFRANCESCHI ESQ<br>JASON MADRON ESQ<br>920 N KING ST<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | SAUL EWING LLP<br>(COUNSEL TO ERCOT)<br>ATTN: MARK MINUTI ESQ<br>222 DELAWARE AVE STE 1200<br>PO BOX 1266<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY |
| SHEARMAN & STERLING LLP<br>(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)<br>ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>VIA FIRST CLASS MAIL | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)<br>ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON<br>155 NORTH WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720<br><br>VIA FIRST CLASS MAIL |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)<br>ATTN: JAY M. GOFFMAN<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036-6522<br><br>VIA FIRST CLASS MAIL | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)<br>ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO<br>ONE RODNEY SQUARE<br>PO BOX 636<br>WILMINGTON, DE 19899-0636<br><br>VIA HAND DELIVERY |
| SNELL & WILMER LLP<br>(COUNSEL TO HEADWATERS RESOURCES, INC.)<br>ATTN: DAVID E. LETA<br>15 WEST SOUTH TEMPLE, SUITE 1200<br>SALT LAKE CITY, UT 84101<br><br>VIA FIRST CLASS MAIL | GOODWIN PROCTER LLP<br>WILLIAM P. WEINTRAUB, ESQ.<br>KIZZY L. JARASHOW, ESQ.<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: JASON A STARKS, ASST ATTORNEY GENERAL<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br><br>VIA FIRST CLASS MAIL | WACHTELL, LIPTON, ROSEN & KATZ<br>(COUNSEL TO THE "INTEREST HOLDERS")<br>ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019<br><br>VIA FIRST CLASS MAIL |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>(COUNSEL TO ADHOC COMMITTEE OF TCEH FIRST LIEN)<br>ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;<br>ANDREW MAGAZINER<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | BAILEY BRAUER PLLC<br>(COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.)<br>ATTN: BENJAMIN L. STEWART<br>8350 N. CENTRAL EXPY, SUITE 935<br>DALLAS, TX 75206<br><br>VIA FIRST CLASS MAIL |
| DYKEMA GOSSETT PLLC<br>(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS, INC.)<br>ATTN: JEFFREY R. FINE<br>1717 MAIN STREET, SUITE 4000<br>DALLAS, TX 75201<br><br>VIA FIRST CLASS MAIL | BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.<br>(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS, INC.)<br>ATTN: CHRISTINE C. RYAN<br>1025 THOMAS JEFFERSON STREET, N.W.<br>WASHINGTON, DC 20007<br><br>VIA FIRST CLASS MAIL |
| COUSINS CHIPMAN & BROWN, LLP<br>(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS<br>ATTN: SCOTT D. COUSINS, MARK D. OLIVERE; ANN M. KASHISHIAN<br>1007 NORTH ORANGE STREET, SUITE 1110<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS)<br>ATTN: IRA S. DIZENGOFF; ABID QURESHI; STEPHEN M. BALDINI; MEREDITH A. LAHAIE; ROBERT J. BOLLER; CHRISTOPHER W. CARTY; LINDSAY K. ZAHRADKA<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK, NY 10036<br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS<br>ATTN: SCOTT L.. ALBERINO; JOANNA F. NEWDECK<br>1333 NEW HAMPSHIRE AVENUE, N.W.<br>WASHINGTON, DC 20036<br><br>VIA FIRST CLASS MAIL | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: THOMAS MOERS MAYER; GREGORY A. HOROWITZ; JOSHUA K. BRODY; PHILIP BENTLEY<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL |
| BRYAN CAVE LLP<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104<br><br>VIA FIRST CLASS MAIL | PACHULSKI STANG ZIEHL & JONES LLP<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: LAURA DAVIS JONES; ROBERT J. FEINSTEIN<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| COMPUTERSHARE<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: TINA VITALE<br>480 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07310<br><br>VIA FIRST CLASS MAIL | COMPUTERSHARE TRUST COMPANY OF CANADA<br>(COUNSEL TO INDENTURE TRUSTEE)<br>ATTN: ALESSANDRA PANSERA<br>1500 UNIVERSITY STREET, SUITE 700<br>MONTREAL, QUEBEC H3A3S8<br><br>VIA FIRST CLASS MAIL |
| COZEN O'CONNOR<br>(COUNSEL TO J. ARON & COMPANY)<br>ATTN: MARK E. FELGER<br>1201 NORTH MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>(COUNSEL TO J. ARON & COMPANY)<br>ATTN: THOMAS J. MOLONEY; SEAN A. O'NEAL; HUMAYUN KHALID<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| WHITE & CASE LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: J. CHRISTOPHER SHORE; GREGORY M. STARNER<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | WHITE & CASE LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: THOMAS E LAURIA; MATTHEW C. BROWN<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>MIAMI, FL 33131<br><br>VIA FIRST CLASS MAIL |
| FOX ROTHSCHILD LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: JEFFREY M. SCHLERF; JOHN H. STROCK; L. JOHN BIRD<br>919 N. MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | CIARDI CIARDI & ASTIN<br>(COUNSEL TO ATMOS ENERGY CORPORATION)<br>ATTN: DANIEL K. ASTIN; JOHN D. MCLAUGHLIN, JR.; JOSEPH J. MCMAHON, JR.<br>1204 N. KING STREET<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| COWLES & THOMPSON<br>(COUNSEL TO ATMOS ENERGY CORPORATION)<br>ATTN: STEPHEN C. STAPLETON<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 3900<br>DALLAS, TX 75202<br><br>VIA FIRST CLASS MAIL | SMITH, KATZENSTEIN & JENKINS LLP<br>(COUNSEL TO AGIRAS USA, LLC)<br>ATTN: KATHLEEN M. MILLER<br>800 DELAWARE AVE., SUITE 1000<br>P.O. BOX 410<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY |
| HAYNES AND BOONE LLP<br>(COUNSEL TO AGIRAS USA, LLC)<br>ATTN: JONATHAN HOOK<br>30 ROCKEFELLER CENTER<br>26TH FLOOR<br>NEW YORK, NY 10112<br><br>VIA FIRST CLASS MAIL | HAYNES AND BOONE LLP<br>(COUNSEL TO AGIRAS USA, LLC)<br>ATTN: PATRICK L. HUGHES<br>1221 MCKINNEY STREET<br>SUITE 1200<br>HOUSTON, TX 77010<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| VEDDER PRICE P.C.<br>(COUNSEL TO FIRST UNION RAIL)<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019<br><br>VIA FIRST CLASS MAIL | PATTERSON BELKNAP WEBB & TYLER LLP<br>(COUNSEL TO LAW DENTURE TRUST COMPANY OF NEW YORK)<br>ATTN: STEPHEN M. MILLER<br>MORRIS JAMES LLP<br>500 DELAWARE AVE., SUITE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19899<br><br>VIA HAND DELIVERY |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>(COUNSEL TO LAW DENTURE TRUST COMPANY OF NEW YORK)<br>ATTN: DANIEL A. LOWNTHAL; CRAIG W. DENT<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | QUARLES & BRADY LLP<br>(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)<br>ATTN JOHN A. HARRIS, ESQ; JASON D. CURRY, ESQ;<br>RENAISSANCE ONE<br>TWO NORTH CENTRAL AVE.<br>PHOENIX, AZ 85004<br><br>VIA FIRST CLASS MAIL |
| CIARDI CIARDI & ASTIN<br>(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)<br>ATTN: DANIEL K. ASTIN, ESQ; JOSEPH J. MCMAHON, JR., ESQ<br>1204 NORTH KING STREET<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>(COUNSEL TO CENTERPOINT)<br>ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>(COUNSEL TO: MARATHON ASSET MGMT)<br>ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ<br>7 WORLD TRADE CENTER<br>250 GREENWICH ST<br>NEW YORK, NY 10007<br><br>VIA FIRST CLASS MAIL | WILMER CUTLER PICKERING HALE & DORR LLP<br>(COUNSEL TO: MARATHON ASSET MGMT)<br>ATTN: BENJAMIN LOVELAND ESQ<br>60 STATE ST<br>BOSTON, MA 02109<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: CHES GARRISON<br>1333 NEW HAMPSHIRE AVENUE, N.W.<br>WASHINGTON, DC 20036-1564<br><br>VIA FIRST CLASS MAIL | MCCATHERN, PLLC<br>(COUNSEL TO RED BALL OXYGEN COMPANY)<br>ATTN: JONATHAN L. HOWELL<br>REGENCY PLAZA<br>3710 RAWLINS, SUITE 1600<br>DALLAS, TX 75219<br><br>VIA FIRST CLASS MAIL |
| OFFICE OF THE CHIEF COUNSEL<br>(COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION)<br>ATTN; JON CHATALAIN, ATTORNEY<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026<br><br>VIA FIRST CLASS MAIL | BROWN & CONNERY, LLP<br>(COUNSEL TO SAP INDUSTRIES, INC.)<br>ATTN: DONALD K. LUDMAN<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096<br><br>VIA FIRST CLASS MAIL |
| WINSTON & STRAWN LLP<br>(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br><br>VIA FIRST CLASS MAIL | MYERS-HILL<br>(COUNSEL TO PROPERTY TAX PARTNERS)<br>ATTN: ROBERT J. MYERS<br>2525 RIDGMAR BLVD., STE. 150<br>FORT WORTH, TX 76116<br><br>VIA FIRST CLASS MAIL |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)<br>ATTN: MARK L. DESGROSSEILLIERS<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY | JACKSON WALKER, L.L.P.<br>(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)<br>ATTN: MONICA S. BLACKER<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202<br><br>VIA FIRST CLASS MAIL |

JACKSON WALKER, L.L.P.
ATTN: J. SCOTT ROSE
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
WESTON CENTRE
112 E. PECAN STREET, SUITE 2400
SAN ANTONIO, TX 78205

VIA FIRST CLASS MAIL

CURTIN & HEEFNER LLP
(COUNSEL TO FLSMIDTH INC.)
ATTN: ROBERT SZWAJKOS, ESQ.
250 PENNSYLVANIA AVENUE
MORRISVILLE, PA 19067

VIA FIRST CLASS MAIL

POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & RAY, L.L.P.
(COUNSEL TO TARRANT REGIONAL WATER DISTRICT AND NORTHEAST TEXAS MUNICIPAL WATER DISTRICT)
ATTN: MICHAEL L. ATCHLEY & MATTHEW T. TAPLETT
500 WEST 7TH STREET, SUITE 600
FORT WORTH, TX 76102

VIA FIRST CLASS MAIL

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORPORATION)
ATTN: KATHLEEN A. MURPHY, ESQ.
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

VIA HAND DELIVERY

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: MICHAEL B. SCHAEDLE, ESQ.
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103
VIA FIRST CLASS MAIL

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: MICHAEL D. DEBAECKE, ESQ. & STANLEY B. TARR, ESQ.
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

VIA HAND DELIVERY

WILMINGTON TRUST FSB
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: JEFFREY T. ROSE, ESQ., V.P.
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

VIA FIRST CLASS MAIL

SEWARD & KISSEL LLP
(COUNSEL TO WILMINGTON TRUST, N.A. IN ITS CAPACITY AS SUCCESSOR FIRST LIEN ADMINISTRATIVE AGENT AND FIRST LIEN COLLATERAL AGENT)
ATTN: JOHN R. ASHMEAD; KALYAN DAS; & ARLENE R. ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

VIA FIRST CLASS MAIL

| | |
|---|---|
| STEPHEN SAKONCHICK II, P.C.<br>(COUNSEL TO RANGER EXCAVATING LP)<br>ATTN: STEPHEN SAKONCHICK, II<br>6502 CANON WREN DRIVE<br>AUSTIN, TX 78746<br><br>VIA FIRST CLASS MAIL | WEINSTEIN RADCLIFF LLP<br>(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC.)<br>ATTN: GREGORY M. WEINSTEIN<br>6688 N. CENTRAL EXPRESSWAY, SUITE 675<br>DALLAS, TX 75206<br><br>VIA FIRST CLASS MAIL |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>(COUNSEL TO ORACLE USA, INC.)<br>ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493<br><br>VIA FIRST CLASS MAIL | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>(COUNSEL TO ANGELINA COUNTY; FORT BEND COUNTY; AND HARRIS COUNTY)<br>ATTN: JOHN F. DILLMAN, ESQ.<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064<br><br>VIA FIRST CLASS MAIL |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>(COUNSEL TO TARGA GAS MARKETING, LLC; KINDER MORGAN TEXAS PIPELINE, LLC AND KINDER MORGAN TEJAS PIPELINE, LLC)<br>ATTN: PATRICIAL WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA, TX 77868<br><br>VIA FIRST CLASS  MAIL | NELSON MULLINS RILEY & SCARBOROUGH L.L.P.<br>(COUNSEL TO MICHEL NORTH AMERICA, INC.)<br>ATTN: JODY A. BEDENBAUGH & GEORGE B. CAUTHEN<br>1320 MAIN STREET, 17TH FLOOR<br>P.O. BOX 11070 (29211)<br>COLUMBIA, SC 29201<br><br>VIA FIRST CLASS MAIL |
| WILLIAM T. MEDAILLE, ATTORNEY<br>(COUNSEL TO LOWER COLORADO RIVER AUTHORITY & LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION)<br>LEGAL SERVICES<br>P.O. BOX 220<br>AUSTIN, TX 78767<br><br>VIA FIRST CLASS MAIL | REED SMITH LLP<br>(COUNSEL TO THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK)<br>ATTN: KURT F. GWYNNE, ESQ. & KIMBERLY E.C. LAWSON, ESQ.<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |

CROWE & DUNLEVY, P.C.
(COUNSEL TO DEVON ENERGY CORPORATION)
ATTN; JUDY HAMILTON MORSE
20 NORTH BROADWAY, SUITE 1800
OKLAHOMA CITY, OK 73102

VIA FIRST CLASS MAIL

DANIEL F. HOGAN
THE HOGAN FIRM
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

VIA FIRST CLASS MAIL

JAMIE R. WELDON
LACKEY HERSHMAN, LLP
3102 OAK LAWN AVENUE, SUITE 777
DALLAS, TX 75219

VIA FIRST CLASS MAIL

DIANE WADE SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. BOX 17428
AUSTIN, TX 78760

VIA FIRST CLASS MAIL

JORDAN S. BLASK, ESQ.
LARA E. SHIPKOVITZ, ESQ.
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

VIA FIRST CLASS MAIL

KEVIN M. CAPUZZI, ESQ.
PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

VIA HAND DELIVERY

JEANMARIE BAER
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
P.O. BOX 8188
WICHITA FALLS, TX 76307

VIA FIRST CLASS MAIL

JOHN P. MELKO
MICHAEL K. RIORDAN
GARDERE WYNNE SEWELL LLP
1000 LOUISIANA, STE. 3400
HOUSTON, TX 77002

VIA FIRST CLASS MAIL

| | |
|---|---|
| CHRISOPHER B. MOSLEY, SENIOR ASST. CITY ATTORNEY<br>CITY OF FORT WORTH<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102<br><br>VIA FIRST CLASS MAIL | JACOB L. NEWTON<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201<br><br>VIA FIRST CLASS MAIL |
| JAMES M. PECK, BRETT H. MILLER, LORENZO MARINUZZI<br>CHARLES KERR; ANTHONY PRINCI; J. ALEXANDER LAWRENCE<br>MORRISON & FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019<br><br>VIA FIRST CLASS MAIL | CHRISTOPHER A. WARD<br>JUSTIN K. EDELSON<br>SHANTI M. KATONA<br>POLSINELLI PC<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| EDWARD FOX<br>POLSINELLI PC<br>900 THIRD AVENUE, 21ST FLOOR<br>NEW YORK, NY 10022<br><br>VIA FIRST CLASS MAIL | MATTHEW J. TROY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>P. O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875<br><br>VIA FIRST CLASS MAIL |
| KATHLEEN M. MILLER<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 DELAWARE AVENUE, SUITE 1000<br>P.O. BOX 410<br>WILMINGTON, DE 19899-0410<br><br>VIA FIRST CLASS MAIL | MICHAEL G. SMITH<br>111 NORTH 6TH STREET<br>P.O. BOX 846<br>CLINTON, OK 73601<br><br>VIA FIRST CLASS MAIL |

| | |
|---|---|
| ARI D. KUNOFSKY<br>W. BRADLEY RUSSELL<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044<br><br>VIA FIRST CLASS MAIL | DANIEL K. ASTIN<br>JOHN D. MCLAUGHLIN, JR.<br>JOSEPH J. MCMAHON, JR.<br>CIARDI CIARDI & ASTIN<br>1204 N. KING STREET<br>WILMINGTON, DE 19801<br><br>VIA HAND DELIVERY |
| GEORGE A. DAVIS, ESQ.<br>O'MELVENY & MYERS LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br><br>VIA FIRST CLASS MAIL | WILLIAM E. KELLEHER, JR.<br>COHEN & GRIGSBY, P.C.<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152<br><br>VIA FIRST CLASS MAIL |
| SABRINA L. STREUSAND<br>STREUSAND, LANDON & OZBURN, LLP<br>811 BARTON SPRINGS ROAD, SUITE 811<br>AUSTIN, TX 78704<br><br>VIA FIRST CLASS MAIL | SUNDEEP S. SIDHU<br>ANDREA HARTLEY<br>JULES COHEN<br>AKERMAN LLP<br>420 S. ORANGE AVENUE, SUITE 1200<br>ORLANDO, FL 32801-4904<br><br>VIA FIRST CLASS MAIL |
| KEVIN G. ABRAMS, ESQ.<br>JOHN M. SEAMAN, ESQ.<br>ABRAMS & BAYLISS LLP<br>20 MONTCHANIN ROAD, SUITE 200<br>WILMINGTON, DE 19807<br><br>VIA FIRST CLASS MAIL | BNSF RAILWAY COMPANY<br>ATTN: JASON SPENCER<br>3001 LOU MENK DRIVE<br>FORT WORTH, TX 76131<br><br>VIA FIRST CLASS MAIL |

MARK R. SOMERSTEIN, ESQ.
ROPES AND GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

VIA FIRST CLASS MAIL

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

VIA HAND DELIVERY

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES ("RMS")
ATTN:  RONALD L. ROWLAND, AGENT
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

VIA FIRST CLASS MAIL

THOMAS D. MAXSON
COHEN & GRIGSBY, P.C.
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

VIA FIRST CLASS MAIL

STEPHEN D. LERNER
ANDREW M. SIMON
SQUIRE SANDERS (US) LLP
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

VIA FIRST CLASS MAIL

MARY ANN KILGORE
JENNIE L. ANDERSON
UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS STREET, STOP 1580
OMAHA NE 68179

VIA FIRST CLASS MAIL

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: DAVID R. DEMPSEY & BRIDGET K. O'CONNOR
655 FIFTEENTH STREET,  N.W
WASHINGTON, DC 20005

VIA FIRST CLASS MAIL