IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Related to Docket Nos. 1078, 1080, 1081, 1082 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  §
                   §  SS:
NEW CASTLE COUNTY  §

*Joan Hofmann*, being duly sworn according to law, deposes and says that she is employed by Fox Rothschild LLP, co-counsel to the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned cases, and that on the 24th day of June, 2014, copies of the **unredacted** versions of following documents were caused to be served upon the parties listed on the service list attached hereto *via* the manner indicated:

1. Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To The Motion Of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. For Entry Of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Authorizing The Use Of Cash Collateral, (D) Authorizing The EFIH Second Lien Repayment, (E) Authorizing Entry Into And Payment Of Fees Under The Commitment Letter, And (F) Modifying The Automatic Stay And Limited Objection To The Related Motion To Approve EFIH Second Lien Settlement [DI 1078];

2. Declaration Of Gregory Starner, Esq. [DI 1080];

3. Motion Of The Ad Hoc Group Of TCEH Unsecured Noteholders Pursuant To 11 U.S.C. § 107(b), Bankruptcy Rule 9018, And Local Rule 9018-1(b) For Authority To File Under Seal The Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To The Motion Of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. For Entry Of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Authorizing The Use Of Cash Collateral, (D) Authorizing The EFIH Second Lien Repayment, (E) Authorizing Entry Into And Payment Of Fees Under The Commitment Letter, And (F) Modifying The Automatic Stay And Limited Objection To The Related Motion To Approve EFIH Second Lien Settlement And Supporting Declaration [DI 1081]; and

4. Motion Of The Ad Hoc Group Of TCEH Unsecured Noteholders Pursuant To Local Rules 9006-1(c) And 9006-1(e) For An Order Shortening Notice With Respect Its Motion Pursuant To 11 U.S.C. § 107(b), Bankruptcy Rule 9018, And Local Rule 9018-1(B) For Authority To File Under Seal The Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders With Respect To The Motion Of Energy Future Intermediate Holding Company LLC And EFIH Finance Inc. For Entry Of An Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens And Providing Superpriority Administrative Expense Claims, (C) Authorizing The Use Of Cash Collateral, (D) Authorizing The EFIH Second Lien Repayment, (E) Authorizing Entry Into And Payment Of Fees Under The Commitment Letter, And (F) Modifying The Automatic Stay And Limited Objection To The Related Motion To Approve EFIH Second Lien Settlement And Supporting Declaration [DI 1082].

_____
Joan Hofmann

**SWORN TO AND SUBSCRIBED** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: June 26, 2014

_____
Denise L. Kemp
Notary Public

DENISE L. KEMP
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 1, 2015

**VIA HAND DELIVERY & EMAIL:**

Mark D. Collins, Esq.
Daniel Defrancheschi, Esq.
Jason M. Madron, Esq.
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 N. King St.
Wilmington, DE 19801
Emails:
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Emails:
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com

**VIA HAND DELIVERY:**

Office Of The United State Trustee
Attn: Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & EMAIL:**

James H.M. Sprayregen, P.C.
Andrew McGaan, Esq.
Chad Husnick, Esq.
Steven Serajeddini, Esq.
Chad J. Husnick, Esq.
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
Emails:
james.sprayregen@kirkland.com

andrew.mcgaan@kirkland.com
chusnick@kirkland.com
steven.serajeddini@kirkland.com

Edward O. Sassower, Esq.
Brian Schartz, Esq.
Richard M. Cieri, Esq.
Stephen E. Hessler, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022-4611
Emails:
esassower@kirkland.com
bschartz@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
**Morrison & Foerster LLP**
250 West 55th Street
New York, NY 10019
Emails:
jpeck@mofo.com
brettmiller@mofo.com
lmarinuzzi@mofo.com