**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et. al.,* | ) Case No. 14-10979 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket Nos. 1071, 1084, 1085 & 1151 |
| | ) |
| | ) **Hearing Date: June 30, 2014 @ 9:30 a.m.** |
| | ) **Objection Deadline: June 27, 2014 @ 4:00pm** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on June 24, 2014, the Ad Hoc Group of EFH Legacy Noteholders filed the **Motion of Ad Hoc Group of EFH Legacy Noteholders to Seal the Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement** (the "Motion"). A copy of the Motion was previously served upon you.

PLEASE TAKE FURTHER NOTICE that responses or objections to the Motion, if any, are to be presented at the hearing on **June 30, 2014 at 9:00 a.m.** before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: June 26, 2014<br>Wilmington, Delaware | THE HOGAN FIRM<br><br>By:  */s/Garvan F. McDaniel*<br>Garvan F. McDaniel, Esq. (DE #4167)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone:  (302) 656-7540<br>Facsimile:  (302) 656-7599<br>Email: gfmcdaniel@dkhogan.com<br><br>– and –<br><br>KASOWITZ, BENSON, TORRES<br>& FRIEDMAN LLP<br><br>David S. Rosner, Esq.<br>Andrew K. Glenn, Esq.<br>Daniel A. Fliman, Esq.<br>1633 Broadway<br>New York, New York 10019<br>Telephone:  (212) 506-1700<br>Facsimile:  (212) 506-1800<br>Email: DRosner@kasowitz.com<br>           AGlenn@kasowitz.com<br>           DFliman@kasowitz.com<br><br>*Counsel to the Ad Hoc Group of EFH Legacy Noteholders* |