**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF KRAMER LEVIN NAFTALIS & FRANKEL LLP
AND PACHULSKI STANG ZIEHL & JONES LLP PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

In connection with the chapter 11 cases (the "Chapter 11 Cases") commenced by the above-captioned debtors on April 29, 2014, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") and Pachulski Stang Ziehl & Jones LLP ("Pachulski" and, together with Kramer Levin, "Counsel") hereby submit this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") in connection with Counsel's representation of (i) Computershare Trust Company, N.A., and Computershare Trust Company of Canada, as indenture trustee (together, "Computershare" or the "Second Lien Indenture Trustee") for the 11% Notes and 11.75% Notes[1] (together, the "Second Lien Notes") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "EFIH") under the Indenture dated as of April 25, 2011, and the First Supplemental Indenture dated as of February 6, 2012, and (ii) the certain holders of the Second Lien Notes (the "EFIH Second Lien Group"); and respectfully states as follows:

---

[1] Note that the 11.75% Second Lien Notes currently accrue interest at 12.25%.

DOCS_DE:194024.1 23731/001

1. As of the date of this Statement, in these Chapter 11 Cases, Counsel represents the Second Lien Indenture Trustee and the EFIH Second Lien Group (each holder in the EFIH Second Lien Group, a "Member").

2. In or around August 2013, certain holders of the Second Lien Notes contacted and then engaged Kramer Levin to represent a group of holders in connection with a potential restructuring of the Second Lien Notes and any Chapter 11 Cases.[2] From time to time thereafter, certain additional holders of the Second Lien Notes have joined the EFIH Second Lien Group. In or around the end of March 2014, certain members of the EFIH Second Lien Group engaged Pachulski for representation in these Chapter 11 Cases. Computershare was appointed the Second Lien Indenture Trustee in April 2014 and Computershare engaged Kramer Levin and Pachulski to represent it in such capacity.

3. The Members hold, or are the investment advisors or managers of accounts that hold, approximately $1,092,818,000 in aggregate principal amount of the Second Lien Notes as of the week of June 16, 2014. In accordance with Bankruptcy Rule 2019, the address and nature and amount of all disclosable economic interests for each Member is set forth in Exhibit A. The information contained in Exhibit A is based upon information provided by the Members to Counsel and is subject to change. Counsel does not represent the Members in connection with any of their non-EFIH Second Lien Notes' holdings.

4. Nothing in this Statement, including Exhibit A hereto, should be construed as a limitation upon, or waiver of, any Member's right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

---

[2] On October 22, 2013, Kramer Levin entered into a fee letter with EFIH under which EFIH agreed to pay Kramer Levin's reasonable fees and expenses on behalf of its services for the EFIH Second Lien Group. EFIH paid Kramer Levin's invoiced fees and expenses from August 8, 2013 through March 31, 2014.

5. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

6. Counsel reserves the right to amend or supplement this Statement.

Dated: June 26, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (admitted *pro hac vice*)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
rfeinstein@pszjlaw.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer (admitted *pro hac vice*)
Joshua K. Brody (admitted *pro hac vice*)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
jbrody@kramerlevin.com

*Counsel to the Second Lien Indenture Trustee and the EFIH Second Lien Group*