**Exhibit A**

DOCS_DE:194024.1 23731/001

| Name | Address | Nature and Amount of Disclosable Economic Interest | |
|---|---|---|---|
| | | EFIH Second Lien Notes | Other |
| **Anchorage Capital Group, LLC** | Anchorage Capital Group, LLC 610 Broadway, 6th Floor New York, NY 10012 | 11.75%: $100,150,000 | $12,500,000.00 of EFH Unsecured Notes $544,668,500.00 of TCEH 10.5% Notes $475,403,000.00 of TCEH 10.25% Notes $20,000,000.00 of TCEH DIP $20,000,000.00 of TCEH Term Loan (non-extended) $8,712,871.29 of TCEH Term Loan (delayed draw) |
| **Archview Investment Group** as Investment Advisor for Archview Fund LP and Archview Master Fund Ltd. | Archview Investment Group 70 East 55th Street, 14th Floor New York, NY 10022 | 11.75%: $27,500,000 | |
| **BlackRock Financial Management, Inc.** on behalf of funds and accounts under management | BlackRock Financial Management, Inc. 40 East 52nd Street New York, NY 10022 | 11.75%: $55,416,000 | $45,000,000 of EFIH 1st Lien DIP $148,500,000 of TCEH DIP $220,655,000 of TCEH Term Loans $872,573,000 of TCEH 10.5% Notes |
| **Cyrus Capital Partners** in its Capacity as Investment Manager to Certain holders of the EFIH Second Lien Notes | Cyrus Capital Partners 399 Park Avenue, 39th Floor New York, NY 10022 | 11%:$15,000,000 11.75%: $38,000,000 | Remaining amounts due on EFIH 1st Lien Notes[3] $6,756,000 of EFIH PIK Notes $100,150,000 in TCEH 10.25% Notes $19,480,000 TCEH Brazos River Bonds |

---

[3] As of the week of June 16, 2014, Cyrus held $297,900,000 of EFIH 1st Lien Notes, the principal of which was paid on or about June 19, 2014. Cyrus continues to hold an interest in additional amounts that may become due on the EFIH 1st Lien Notes.

DOCS_DE:194024.1 23731/001

| Name | Address | Nature and Amount of Disclosable Economic Interest | | |
|---|---|---|---|---|
| | | EFIH Second Lien Notes | Other | |
| Ellis Lake Master Fund, LP | Ellis Lake Master Fund, LP 444 Madison Avenue, 40th Floor New York, NY 10022 | 11.75%: $13,000,000 | $11,000,000 of EFIH PIK Notes $21,000,000 of TCEH Extended 1st Lien TLB $7,000,000 of TCEH Non-Extended 1st Lien TLB | |
| Farmstead Capital Management, LLC and funds managed on behalf of | Farmstead Capital Management 7 North Broad Street, 3rd Floor Ridgewood, NJ 07450 | 11.75%: $23,000,000 | | |
| Grantham, Mayo, Van Otterloo & Co., LLC | Grantham, Mayo, Van Otterloo & Co., LLC 40 Rowes Wharf Boston, MA 02110 | 11.75%: $9,500,000 | | |
| Macquarie Bank Limited | Macquarie Bank Limited 125 West 55th Street, New York, NY 10019 | 11.75%: $52,000,000 | Affiliates of the Member have certain derivatives exposure with Luminant Energy Company which are generally no greater than $500,000 in favor of either party | |
| Magnetar Financial LLC solely in its capacity as investment advisor for funds and managed accounts | Magnetar Financial LLC 500 Park Avenue, 5th Floor New York, NY 10022 | 11%:$38,900,000 11.75%: $77,750,000 | | |
| Manikay Master Fund, L.P. | Manikay Master Fund, L.P. One Bryant Park, 39th Floor New York, NY 10036 | 11.75%: $15,000,000 | | |

2

| Name | Address | Nature and Amount of Disclosable Economic Interest | |
|---|---|---|---|
| | | EFIH Second Lien Notes | Other |
| **Marathon Asset Management LP** solely in its capacity as investment manager to certain funds and accounts | Marathon Asset Management 1 Bryant Park #38 New York, NY 10036 | 11%:$3,000,000 11.75%: $97,600,000 | $2,000,000 of EFIH 1st Lien DIP $10,000,000 of TCEH DIP $244,075,538 of TCEH 1st Lien Credit Agreement Claims $53,750,000 of TCEH 15% Notes $30,205,000 of TCEH Munis $152,016,880 of TCEH Corporate |
| **Morgan Stanley & Co. LLC**[4] | Morgan Stanley & Co. LLC 1585 Broadway, 2nd Floor New York, NY 10036 | 11%: $96,621,000 11.75%: $47,579,000 | $5,500,000 of EFIH 1st Lien Notes $606 of EFIH PIK $3,080,000 of TCEH 11.5% Notes $96,420,490 of TCEH Term Loans[5] |
| **Napier Park Global Capital** | Napier Park Global Capital 280 Park Ave, 3rd Floor New York, NY 10017 | 11.75%: $15,000,000 | $2,500,000 of EFIH 1st Lien DIP $8,000,000 of TCEH DIP $22,108,520.62 of TCEH Term Loan |
| **Oak Hill Advisors, L.P.** on behalf of certain private funds and separate accounts that it manages. | Oak Hill Advisors, L.P. 1114 Avenue of the Americas, 27th Floor New York, NY 10036 | 11.75%:$131,345,000 | $20,300,000 of EFIH 1st Lien DIP |
| **Omega Advisors, Inc.**, on behalf of certain funds and accounts for which it acts as investment manager, and not in its individual corporate capacity | Omega Advisors, Inc. 810 Seventh Avenue, 33rd Fl. New York, NY 10019 | 11%: $10,000,000 11.75%: $119,500,000 | $14,093,086 of TCEH Term Loan |
| **SkyTop Capital Management LLC as Investment Manager** | SkyTop Capital Management LLC 595 Madison Avenue, 16th Floor New York, NY 10022 | 11.75%: $21,457,000 | $6,000,000 of EFIH PIK Notes |

---

[4] These positions are beneficially held by the NY Distressed Debt Trading and Analytics Desk of Morgan Stanley & Co. LLC as of June 19, 2014.

[5] These loans are held by Morgan Stanley Senior Funding, Inc. as of June 19, 2014.

3

DOCS_DE:194024.1 23731/001

| Name | Address | Nature and Amount of Disclosable Economic Interest | |
|---|---|---|---|
| | | EFIH Second Lien Notes | Other |
| **Taconic Capital Advisors LP**, on behalf of one or more private investment funds | Taconic Capital Advisors LP 450 Park Avenue, 9th Floor New York, NY 10022 | 11.75%: $61,000,000 | $15,000,000 of TCEH DIP $30,000,000 of TCEH 11.5% Notes $320,000,000 of TCEH Term Loan $100,000,000 of TCEH 15% Notes |
| **Whippoorwill Associates, Inc.** as agent for its discretionary accounts. | Whippoorwill Associates, Inc. 11 Martine Avenue White Plains, NY 10606 | 11%: $4,500,000 11.75%: $20,000,000 | |

4