IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>    *Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) |

## NOTICE OF DEPOSITION OF TODD R. SNYDER

**TO:** Todd R. Snyder, Executive Vice Chairman of North American Global Financial Advisory and Co-Chair of the North American Debt Advisory and Restructuring Group at the financial advisory and investment banking firm of Rothschild Inc., c/o Pachulski Stang Ziehl & Jones LLP, Attention: Laura Davis Jones, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899; Kramer Levin Naftalis & Frankel LLP, Attention: Thomas Moers Mayer, 1177 Avenue of the Americas, New York, New York 10036.

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the ad hoc committee of holders of 11.25%/12.25% senior unsecured toggle notes due December 1, 2018, issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "Ad Hoc Committee of EFIH Unsecured Noteholders"), through their attorneys, will take the deposition

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

upon oral examination of Todd R. Snyder on **June 27, 2014 starting at 8:30 a.m.** (Prevailing Eastern Time), at the office of Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, New York 10022. The deposition will take place before a court reporter and will be recorded by stenographic means and videotaped, and shall continue from day to day until it has been completed.

[*Remainder of page intentionally left blank*]

Dated: June 26, 2014
       Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

*/s/ Ann Kashishian*

Scott D. Cousins (No. 3079)
Mark Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   cousins@ccbllp.com
       olivere@ccbllp.com
       kashishian@ccbllp.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Stephen M. Baldini (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:   (212) 872-1000
Facsimile:   (212) 872-1002
Email:   idizengoff@akingump.com
       sbaldini@akingump.com
       aqureshi@akingump.com
       rboller@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288
Email:   salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders*