## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| *Debtors.* | (Jointly Administered) |

## NOTICE OF DEPOSITION OF TIMOTHY R. POHL

**TO:**  Timothy R. Pohl, Managing Director of Lazard Frères & Co. LLC, c/o Polsinelli PC, Attention: Christopher A. Ward, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801; Morrison & Foerster LLP, Attention: J. Alexander Lawrence, 250 West 55th Street, New York, New York 10019.

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the ad hoc committee of holders of 11.25%/12.25% senior unsecured toggle notes due December 1, 2018, issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "Ad Hoc Committee of EFIH Unsecured Noteholders"), through their attorneys, will take the deposition upon oral examination of Timothy R. Pohl on **June 29, 2014 starting at 1:30 p.m.** (Prevailing Eastern Time), at the office of Richard, Layton & Finger, 920 North King Street, Wilmington,

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Delaware 19801.  The deposition will take place before a court reporter and will be recorded by stenographic means and videotaped, and shall continue from day to day until it has been completed.

*[Remainder of page intentionally left blank]*

Dated:  June 26, 2014  
       Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

Scott D. Cousins (No. 3079)  
Mark Olivere (No. 4291)  
Ann M. Kashishian (No. 5622)  
1007 North Orange Street, Suite 1110  
Wilmington, Delaware 19801  
Telephone:    (302) 295-0191  
Facsimile:    (302) 295-0199  
Email:        cousins@ccbllp.com  
            olivere@ccbllp.com  
            kashishian@ccbllp.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**  
Ira S. Dizengoff (admitted *pro hac vice*)  
Stephen M. Baldini (admitted *pro hac vice*)  
Robert J. Boller (admitted *pro hac vice*)  
One Bryant Park  
New York, New York 10036  
Telephone:    (212) 872-1000  
Facsimile:    (212) 872-1002  
Email:        idizengoff@akingump.com  
            sbaldini@akingump.com  
            aqureshi@akingump.com  
            rboller@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**  
Scott L. Alberino (admitted *pro hac vice*)  
1333 New Hampshire Avenue  
Washington, DC 20036-1564  
Telephone:    (202) 887-4000  
Facsimile:    (202) 887-4288  
Email:        salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH*  
*Unsecured Noteholders*