## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 26th day of June, 2014, a true and accurate copy of **Official Committee of Unsecured Creditors' First Request for the Production of Documents by Goldman Sachs Capital Markets, L.P. in Connection with the First Lien Investigation** was caused to be served upon the parties listed below in the manner indicated.

### VIA ELECTRONIC MAIL

| | |
|---|---|
| Marshall S. Huebner<br>Benjamin S. Kaminetzky<br>Elliot Moskowitz<br>Damon P. Meyer<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Email: efh.service@davispolk.com | Kevin G. Abrams<br>John M. Seaman<br>ABRAMS & BAYLISS LLP<br>20 Montchanin, Road, Suite 200<br>Wilmington, Delaware 19807<br>Email: Abrams@abramsbayliss.com<br>Email: Seaman@abramsbayliss.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48292822.1

Dated: Wilmington, Delaware
   June 26, 2014       **POLSINELLI PC**

                */s/ Christopher A. Ward*
                Christopher A. Ward (Del. Bar No. 3877)
                Justin K. Edelson (Del. Bar No. 5002)
                Shanti M. Katona (Del. Bar No. 5352)
                222 Delaware Avenue, Suite 1101
                Wilmington, Delaware 19801
                Telephone: (302) 252-0920
                Facsimile:  (302) 252-0921
                E-mail:  cward@polsinelli.com
                    jedelson@polsinelli.com
                    skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*