IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, ) | (Jointly Administered) |
| ) | |
| *Debtors.* ) | Related to Docket No. 1058 |
| ) | |
| CSC TRUST COMPANY OF ) | |
| DELAWARE, as INDENTURE TRUSTEE, ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | Adv. Pro. No. 14-50363 (CSS) |
| ENERGY FUTURE INTERMEDIATE ) | |
| HOLDING COMPANY LLC and ) | Related to Adv. Pro. Docket No. 50 |
| EFIH FINANCE INC., ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, CSC Trust Company of Delaware, as successor indenture trustee for the 10% Senior Secured Notes Due 2020 issued by Energy Future Intermediate Holdings LLC and EFIH Finance Inc., hereby withdraws, without prejudice, the letter, dated June 23, 2014, to the Honorable Christopher S. Sontchi regarding the Ad Hoc Committee of EFIH Unsecured Noteholders discovery deficiencies [Docket No. 1058; Adv. Pro. Docket No. 50].

Dated: June 26, 2014

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ *J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131

1

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264


Counsel for CSC Trust Company of
Delaware as successor indenture trustee