**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
Energy Future Holdings, Inc., *et al.*,             :   Case No. 14-10979 (CSS)
                                                    :
               Debtors.                             :   (Jointly Administered)
                                                    :
                                                    :   **Related Docket Nos. 1066, 1067, 1070**
---------------------------------------------------------------- x

**NOTICE OF FILING OF COMMITMENT LETTER RELATING TO**
**EFIH SECOND LIEN GROUP'S PROPOSED COMPETING SECOND LIEN DIP**

On June 24, 2014, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for $2,156,392,000 aggregate principal amount of second lien notes issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., and certain Second Lien Noteholders (the "**EFIH Second Lien Group**"), filed their objection (the "**DIP Objection**") [Dkt. No. 1066] to the EFIH Debtors' proposed second lien debtor-in-possession financing.

As discussed in the DIP Objection and the accompanying Declaration of Todd R. Snyder [Dkt. No. 1070], on Sunday, June 22, the EFIH Second Lien Group and NextEra Energy, Inc. submitted to the Debtors a joint proposal for a competing second lien DIP (the "**Strategic DIP**"). As noted in the DIP Objection, the Strategic DIP is fully committed. On Thursday, June 26, after the filing of the DIP Objection, the EFIH Second Lien Group and NextEra transmitted to the Debtors documentation reflecting these commitments. The transmittal letter and its accompanying exhibits are attached hereto as **Exhibit** A.

| | |
|---|---|
| Dated: June 27, 2014 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (Bar No. 2436) |
| | Robert J. Feinstein (NY Bar No. RF-2836) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: ljones@ pszjlaw.com |
| |       rfeinstein@ pszjlaw.com |
| | |
| | *- and -* |
| | |
| | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| | Thomas Moers Mayer |
| | Philip Bentley |
| | Joshua K. Brody |
| | Kramer Levin Naftalis & Frankel LLP |
| | 1177 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone:  (212) 715-9100 |
| | Facsimile:   (212) 715-8000 |
| | Email: tmayer@kramerlevin.com |
| |       pbentley@kramerlevin.com |
| |       jbrody@kramerlevin.com |
| | |
| | *Counsel to the EFIH Second Lien Group and the Indenture Trustee* |
| | |
| | *- and -* |
| | |
| | BRYAN CAVE LLP |
| | Stephanie Wickouski |
| | 1290 Avenue of the Americas |
| | New York, New York 10104-3300 |
| | Tel: 212-541-1114 |
| | Fax: 212-904-0514 |
| | Email: stephanie.wickouski@bryancave.com |
| | |
| | *Counsel to the Indenture Trustee* |

2