**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE | ) Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| *Debtors.* | ) |
| | ) **Re: Docket No. 1158** |
| | ) |

**NOTICE OF WITHDRAWAL OF DOCUMENT**
**(RE: DOCKET NO. 1158)**

The ad hoc committee of holders of 11.25%/12.25% senior unsecured toggle notes due December 1, 2018, issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "**Ad Hoc Committee of EFIH Unsecured Noteholders**") hereby withdraws the "Notice of Deposition of Christopher J. Kearns" filed on June 26, 2014 in the above captioned case at docket number 1158.

*Remainder of page intentionally left blank.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated:  June 27, 2014
         Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

_/s/ Scott D. Cousins_
Scott D. Cousins (No. 3079)
Mark Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:      (302) 295-0191
Facsimile:      (302) 295-0199
Email:          cousins@ccbllp.com
                olivere@ccbllp.com
                kashishian@ccbllp.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted _pro hac vice_)
Stephen M. Baldini (admitted _pro hac vice_)
Robert J. Boller (admitted _pro hac vice_)
One Bryant Park
New York, New York 10036
Telephone:      (212) 872-1000
Facsimile:      (212) 872-1002
Email:          idizengoff@akingump.com
                sbaldini@akingump.com
                aqureshi@akingump.com
                rboller@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (admitted _pro hac vice_)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:      (202) 887-4000
Facsimile:      (202) 887-4288
Email:          salberino@akingump.com

_Co-Counsel for the Ad Hoc Committee of EFIH
Unsecured Noteholders_