IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, ) | (Jointly Administered) |
| ) | |
| *Debtors*. ) | Related to Docket Nos. 1058, 1111 and 1161 |
| ) | |
| CSC TRUST COMPANY OF ) | |
| DELAWARE, as INDENTURE TRUSTEE, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | Adv. Pro. No. 14-50363 (CSS) |
| ENERGY FUTURE INTERMEDIATE ) | |
| HOLDING COMPANY LLC and ) | Related to Adv. Pro. Docket Nos. 50, 51 and 55 |
| EFIH FINANCE INC., ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE OF CANCELLATION OF JUNE 27, 2014 TELEPHONIC HEARING

**PLEASE TAKE NOTICE** that the telephonic hearing scheduled for June 27, 2014 at 1:00 p.m. (EDT) before The Honorable Christopher S. Sontchi with respect to a discovery dispute in connection with the above-captioned Adversary Proceeding is cancelled.

Dated: June 27, 2014

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264

Counsel for CSC Trust Company of
Delaware as successor indenture trustee