# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Energy Future Holdings Corp.

**Case No.:** 14−10979−CSS

**Chapter:** 11

**CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL**

Please be advised that CSC Trust Company of Delaware, as indenture trustee filed a Request for Certification of Direct Appeal on 6/25/2014 regarding the Order Approving EFIH First Lien Settlement

The Request may be viewed at docket number 1123. The order on appeal may be viewed at docket number 873. Responses due by 7/9/2014.

David D. Bird
CLERK OF COURT

Date: 6/27/14
(VAN−464)