# Notice Recipients

District/Off: 0311−1 | User: JudyF | Date Created: 6/27/2014
Case: 14−10979−CSS | Form ID: van464 | Total: 18

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Brian Schartz | bschartz@kirkland.com |
| aty | Chad J. Husnick | chusnick@kirkland.com |
| aty | Daniel J. DeFranceschi | defranceschi@rlf.com |
| aty | Edward O. Sassower | esassower@kirkland.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Mark D. Collins | collins@rlf.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty    Richard M. Cieri    Kirkland &Ellis LLP    601 Lexington Avenue    New York, NY 10022−4611
aty    Stephen E. Hessler    Kirkland &Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty    Steven N. Serajeddini    Kirkland &Ellis LLP    300 North LaSalle    Chicago, IL 60654
     Keith H. Wofford, Esq.    1211 Avenue of the Americas    New York, NY 10036−8704
     Michael S. Winograd, Esq.    1211 Avenue of the Americas    New York, NY 10036−8704
     D. Ross Martin, Esq.    Rope &Gray LLP    Prudential Tower    800 Boylston Street    Boston, MA 02199−3600
     Andrew G. Devore, Esq,    Ropes &Gray LLP    Prudential Tower    800 Boylston Street    Boston, MA 02199−3600
     Norman L. Pernick, Esq.    Cole Schotz Meisel Forman &Leonard, PA    500 Delaware Avenue    Suite 1410    Wilmington, DE 19801
     J. Kate Stickles, Esq.    Cole Schotz Meisel Forman &Leonard PA    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
     Nicholas J. Brannick, Esq.    Cole Schotz Meisel Forman &Leonard, PA    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
     James H. Millar, Esq    Drinker Biddle &Reath LLP    1177 Avenue of the Americas    41st Floor    New York, NY 10036−2714
     James H.M. Sprayegen, PC, Esq.    300 North LaSalle    Chicago, IL 60654

TOTAL: 12