IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David S. Rosner of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, to represent the Ad Hoc Group of EFH Legacy Noteholders in this action.

Dated: June 9, 2014

THE HOGAN FIRM

/s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. #4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Fax: (302) 656-7599
gfmcdaniel@dkhogan.com.com

*Counsel to the Ad Hoc Group of EFH Legacy Noteholders*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice of David S. Rosner is granted.

Dated: 6-27, 2014

United States Bankruptcy Judge