IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of James P. Wehner of Caplin & Drysdale, One Thomas Circle N.W., Suite 1100, Washington, DC, 20005, to represent the Ad Hoc Group of EFH Legacy Noteholders as conflict counsel in this action.

Dated: June 24, 2014

THE HOGAN FIRM

/s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. #4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Fax: (302) 656-7599
gfmcdaniel@dkhogan.com.com

*Counsel to the Ad Hoc Group of EFH Legacy Noteholders*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice of James P. Wehner is granted.

Dated: 6-27, 2014

_____
United States Bankruptcy Judge