# Appendix A

## Timeline of Competing DIP Proposals

# EFIH Second Lien DIP Proposals Timeline

