## Exhibit A

**EFH2D10073242 (June 16, 2014 Board deck)**

Presentation to Boards of Managers and Directors of
EFIH and EFIH Finance, Inc.

# Second Lien DIP Facility

June 16, 2014





IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Highly Confidential

# Executive Summary:  Second Lien DIP Proposals

- The boards of EFIH and EFIH Finance (collectively, "EFIH") need to consider *three competing second lien DIP proposals* currently available to EFIH.

- **Unsecured Group Proposal.**

  - On April 29, 2014, immediately before commencing their chapter 11 cases, EFIH and its affiliated debtors (together, the "Debtors") entered into a commitment letter under which an ad hoc group of EFIH unsecured noteholders that are represented by Akin Gump and are parties to the RSA (the "Unsecured Group") agreed to fund a *$1.9 billion* second lien debtor-in-possession financing facility that would mandatorily convert to equity to be issued under parent company Energy Future Holdings Corp.'s ("EFH") plan of reorganization.

  - The motion to approve the Unsecured Group second lien DIP facility is scheduled for hearing before the Bankruptcy Court on *June 30, 2014*.

- **Secured Creditor Proposals.**  Since the petition date, EFIH has received two alternative proposals for second lien DIP facilities from its first and second lien creditors.

  - **Second Lien Group Proposal.**  Redacted

    # Redacted

  - **First Lien Group Proposal.**  Redacted

    # Redacted

    - At present, the First Lien Group has only obtained backstop commitments in the amount of *$1.3 billion*.

- The Debtors and their professionals have, after discussions with the parties, asked that they submit their highest and best offers.

- This presentation summarizes and analyzes the current forms of the three proposals.

Highly Confidential                                                                                                          EFH2D10073243

# Comparison of Key Terms of Proposals

|  | Unsecured Group Proposal | Second Lien Group Proposal | First Lien Group Proposal |
|---|---|---|---|
| **Commitment Parties** | • Select EFIH Unsecured Noteholders (GSO, Avenue, York, Third Avenue, PSAM) – $1.9 billion | • Select EFIH 2nd Lien Noteholders – $1.4 billion<br>• JP Morgan – $0.5 billion | • Select EFIH 1st Lien Noteholders – $1.3 billion<br>• [TBD] – $0.6 billion |
| **Participants** | • EFIH Unsecureds (91%)<br>• Fidelity (9%) | • EFIH 2nd Liens | • Non-Settling EFIH 1st Liens |
| **DIP Size** | • $1,900mm | • $1,900mm<br>• $300mm accordion | • $1,900mm<br>• $300mm accordion |
| **Equity Ownership (Post Conversion)** | • 64% (Including Funding PIK Fee) | • 62% (Including Funding PIK Fee but not accordion) | • 62% (Including Funding PIK Fee but not accordion) |
| **Interest Rate** | • Cash Interest – 8% | • Cash Interest – 7% | • Cash Interest – [6.5]% |
| **Financing Fees** | • Approval and Execution Fee – 0.54%[1]<br>• Funding Cash Fee – 1%<br>• GSO / Avenue Arranger Fee – $2mm<br>• Fidelity Participation Fee – $11.25mm | • Funding Cash Fee – 1%<br>• JP Morgan Arranger Fee – [~$10]mm<br>• | • Funding Cash Fee – None<br>• Arranger Fee – [TBD] |
| **Topping Fees** | • Alternative Transaction Fee – $57mm (3%)<br>• Funding PIK Fee – 5%<br>• Optional Prepayment Fee – $380mm | • Alternative Transaction Fee – $28.5mm (1.5%)<br>• Funding PIK Fee – 4%<br>• Optional Prepayment Fee – $190mm | • Alternative Transaction Fee – $28.5mm (1.5%)<br>• Funding PIK Fee – [5]%<br>• Optional Prepayment Fee – $95mm |
| **TSA Amendment Fees** | • PIK Interest (if TSA not approved within 90 days from filing) – 4%<br>• One-time PIK Fee (if TSA not approved within 1 year from filing) – 10% | | |

(1) Fee does not include 0.46% paid on signing prior to Chapter 11 filing.

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

2

Highly Confidential

EFH2D10073244

# Legal Framework

Highly Confidential

EFH2D10073245

# Fiduciary Duty Framework

- 
- 

# Redacted

- 

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

4

Highly Confidential

# Appropriate Legal Standard for Approval of the DIP Facility

- 

- 

# Redacted

- 

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

Highly Confidential

EFH2D10073247

# Pricing and Financial Analysis

6

EFH2D10073248

# Pricing of the DIP Facilities
## (Based on Unrevised Proposals)

*($ in millions)*

| | Unsecured Group Proposal | Second Lien Group Proposal | First Lien Group Proposal |
|---|---|---|---|
| **Cash Interest (Over 12 Months)** | | | |
| Current Interest Expense[1] | $259 | $259 | $259 |
| Less: DIP Interest[2] | (163) | (144) | (134) |
| Net Interest Savings | $96 | $115 | $125 |
| **Cash Financing Fees (Paid at Funding)** | | | |
| Approval / Funding Cash Fee | $29 | $19 | $-- |
| Arranger Fees[3] | 2 | 10 | 10 |
| Fidelity Participation Rights Fee | 11 | -- | -- |
| Total Cash Financing Fees | $43 | $29 | $10 |
| **Net Cash Savings (Over 12 Months)** | $54 | $87 | $115 |
| **Contingent Fees and Interest** | | | |
| **Topping Fees** | | | |
| Alternative Transaction Fee (Payable Post Approval and Pre-Funding) | $57 | $29 | $29 |
| Funding PIK Fee (Payable in Tranche B Notes) | $95 | $76 | $95 |
| Optional Redemption Fee (Payable in Cash) | 380 | 190 | 75 |
| Total PIK Funding Fee and Optional Redemption Fee | $475 | $266 | $170 |
| **TSA Amendment Fees** | | | |
| PIK Interest (if TSA not approved in 90 days) (11 months) | $70 | $-- | $-- |
| One-Time PIK Fee (if TSA not approved in 1 year) (9 months) | 205 | -- | -- |

(1)   Assumes 12.01% blended average interest applied to $2,156 million 2nd Lien Notes.
(2)   Includes $1,900 million at the proposed cash interest rates plus $256 million of 1st Lien DIP at a 4.25% interest rate that will be used to refinance the remaining portion of 2nd Lien Notes.
(3)   Arranger fees in the First Lien Group proposal assumed to be $10 million.

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

Highly Confidential

EFH2D10073249

# Pricing of the Equity Conversions
## (Based on Unrevised Proposals)

|  | Unsecured Group Proposal | | Second Lien Group Proposal | | First Lien Group Proposal | |
|---|---|---|---|---|---|---|
| Equity Conversion Participants | EFIH Unsecureds | 91.0% | EFIH 2nd Liens | 100.0% | EFIH 1st Liens | 100.0% |
|  | EFH Unsecureds | 9.0% |  |  |  |  |
| Pro Forma Ownership from DIP Conversion to Equity | 64.0% | | 62.0% | | 62.0% | |

|  | % Ownership | | | % Ownership | | | % Ownership | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Equity for Claim | DIP Conversion | Total | Equity for Claim | DIP Conversion | Total | Equity for Claim | DIP Conversion | Total |
| EFIH 1st Liens | --% | --% | --% | --% | --% | --% | --% | 62.0% | 62.0% |
| EFIH 2nd Liens | --% | --% | --% | --% | 62.0% | 62.0% | --% | --% | --% |
| EFIH Unsecureds | 34.0% | 56.4% | 90.4% | 35.9% | --% | 35.9% | 35.9% | --% | 35.9% |
| EFH Unsecureds | 0.3% | 5.0% | 5.3% | 0.3% | --% | 0.3% | 0.3% | --% | 0.3% |
| EFH LBO Notes | 1.3% | 2.6% | 3.9% | 1.4% | --% | 1.4% | 1.4% | --% | 1.4% |
| Sponsors | 0.4% | --% | 0.4% | 0.4% | --% | 0.4% | 0.4% | --% | 0.4% |
| **Total** | **36.0%** | **64.0%** | **100.0%** | **38.0%** | **62.0%** | **100.0%** | **38.0%** | **62.0%** | **100.0%** |

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

Highly Confidential

EFH2D10073250

# Illustrative Recoveries Under a Plan
## (Based on Unrevised Proposals)

*($ in millions)*

| | Unsecured Group Proposal | Second Lien Group Proposal | First Lien Group Proposal |
|---|---|---|---|
| Implied Total EFH Equity Value[1] | $2,969 | $3,065 | $3,065 |
| Implied EFH Equity Value[1] of Non-DIP Conversion Shares | $1,069 | $1,165 | $1,165 |
| Implied Oncor TEV[2] (at Conversion Price) | $16,390 | $16,509 | $16,509 |

| | Oncor TEV | | | Oncor TEV | | | Oncor TEV | | |
|---|---|---|---|---|---|---|---|---|---|
| | $16,500 | $17,000 | $17,500 | $16,500 | $17,000 | $17,500 | $16,500 | $17,000 | $17,500 |
| **Recovery (% of Principal)** | | | | | | | | | |
| EFIH 1st Lien (Excl. MW)[3] | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 111% | 121% |
| EFIH 2nd Lien (Excl. MW) | 100% | 100% | 100% | 100% | 111% | 123% | 100% | 100% | 100% |
| EFIH Unsecureds | 69% | 92% | 115% | 70% | 79% | 88% | 70% | 79% | 88% |
| EFH Unsecureds | 41% | 45% | 49% | 41% | 41% | 41% | 41% | 41% | 41% |

(1) Computes implied equity value by dividing funded DIP amount ($1.9 billion) by conversion ownership.
(2) Assumes $5.35 billion of debt and $204 million cash at emergence.
(3) Recovery for Non-Settling parties in the First Lien Group proposal. Assumes settling parties do not participate in the 2nd Lien DIP.

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

9

Highly Confidential

# Legal Analysis

10

Highly Confidential

EFH2D10073252

# Implementation Issues

- 

-

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

Highly Confidential

EFH2D10073253

# RSA and Related Issues

- 
- 



Highly Confidential / Attorney Work Product / Attorney-Client Privileged

12

Highly Confidential

EFH2D10073254

# RSA and Related Issues (continued)

- 

# Redacted

- 

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

13

Highly Confidential

EFH2D10073255

# Tax Issues

- 

- 

- 

# Redacted

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

Highly Confidential

EFH2D10073256

Confirmation Issues: | **Redacted**

- 

- 



Highly Confidential

Confirmation Issues: | **Redacted** |

- **Redacted**

Highly Confidential

Confirmation Issues: **Redacted**

- 

- 

# Redacted

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

Highly Confidential

Confirmation Issues: **Redacted**

- # Redacted

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

18

Highly Confidential

EFH2D10073260