## Exhibit B

**EFH2D10073528 (June 22, 2014 Board deck)**

Updated Presentation to Boards of Managers and Directors of
EFIH and EFIH Finance, Inc.

# Second Lien DIP Facility

June 22, 2014

**Energy Future Holdings**



IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Confidential

EFH2D10073528

# Executive Summary: EFIH Second Lien DIP Proposals

- The boards of EFIH and EFIH Finance (collectively, "EFIH") need to consider competing second lien DIP proposals currently available to EFIH.

## Unsecured Group Proposal.

- On April 29, 2014, immediately before commencing their chapter 11 cases, EFIH and its affiliated debtors (together, the "Debtors") entered into a commitment letter (the "Commitment Letter") under which an ad hoc group of EFIH unsecured noteholders that are represented by Akin Gump and are parties to the RSA (the "Unsecured Group") agreed to fund a $1.9 billion second lien debtor-in-possession financing facility that would mandatorily convert to equity to be issued under parent company Energy Future Holdings Corp.'s ("EFH") plan of reorganization.

- The motion to approve the Unsecured Group second lien DIP facility is scheduled for hearing before the Bankruptcy Court on June 30.

- On June 17 and June 21, the Unsecured Group submitted to EFIH updated proposals that significantly improved the terms of the Commitment Letter.[1]

(1) Substantive changes from the version of this presentation submitted to the EFIH boards on June 16, 2014, are marked in red.

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

EFH2D10073529

1

# Executive Summary: EFIH Second Lien DIP Proposals (cont'd)

- **Secured Creditor Proposals.** Since the petition date, EFIH has received alternative proposals for second lien DIP facilities from its first and second lien creditors.

- At present, none of those proposals has the support of the Unsecured Group, which holds more than two-thirds in amount of the EFIH unsecured claims—or of Fidelity, which similarly holds more than two-thirds in amount of the EFIH unsecured claims.

- If EFIH were to accept either of the secured creditor proposals without such consents, the RSA will become terminable, and the Debtors would need to renegotiate the support of these and potentially other parties to the RSA.

**Redacted**

- **Second Lien Group Proposal.** An ad hoc group of EFIH second lien noteholders represented by Kramer Levin (the "Second Lien Group") proposed (a) a facility with a similar structure to that set forth in the Commitment Letter and reduced pricing documented through various term sheets and (b) a backstop commitment letter from JPMorgan Chase.

- **June 18.** The Second Lien Group submitted another alternative proposal that improved pricing, increased the size of the facility to $2.4 billion, and included an at least $1 billion commitment from NextEra Energy, Inc., a utility that operates in the ERCOT region (together with the Second Lien Group, the "Second Lien/NextEra Group").

- **June 20.** The Second Lien Group submitted a further revised proposal that deleted a provision that prohibited the cash repayment of the facility and included a $180 million fee in the event of such repayment.

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

# Executive Summary: EFIH Second Lien DIP Proposals (cont'd)

- **First Lien Group Proposal.** An ad hoc group of EFIH first lien noteholders represented by Ropes & Gray (the "First Lien Group") proposed a facility with a similar structure to that set forth in the Commitment Letter and reduced pricing, documented through various term sheets.

- The First Lien Group had until recently only obtained backstop commitments in the amount of $1.3 billion. On June 21, 2014, the First Lien Group submitted a revised proposal to EFIH, which, among other things, indicated that it had since received $350 million of additional commitments, for a total of $1.65 billion.

## Next Steps.

- The Debtors and their professionals have reiterated their request for best and final offers from the Unsecured Group, Second Lien Group, and First Lien Group.

- At this time, this presentation's analysis and recommendation reflect the most current proposals that these parties have submitted to the Debtors.

**Recommendation.** This revised presentation summarizes and analyzes the current terms of the competing proposals—

**Redacted**

**Redacted**

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

# Executive Summary: Key Criteria

| Status of Offer | Unsecured Group Updated Proposal | Second Lien / NextEra Proposal | Second Lien Group Proposal | First Lien Group Proposal |
|---|---|---|---|---|
| **Status of Offer** | ▪ Fully committed and documented | ▪ One page term sheet<br>▪ Additional ~$280mm of cash funding required | ▪ Detailed term sheet<br>▪ Represented fully committed | ▪ Not fully committed |
| **12 Month Interest Savings** | ▪ $129mm | ▪ $115mm | ▪ $115mm | ▪ $126mm |
| **Financing Fees[1]** | ▪ $31mm | ▪ $10mm | ▪ $29mm | ▪ $10mm |
| **Fidelity Fees** | ▪ $11mm | | | |
| **Net Cash Savings** | ▪ $87mm | ▪ $105mm | ▪ $87mm | ▪ $115mm |
| **Funding PIK Fee** | ▪ $95mm | ▪ $50mm | ▪ $76mm | ▪ $95mm |
| **Optional Redemption Fee** | ▪ $95mm | ▪ $180mm | ▪ $190mm | ▪ $95mm |
| **Implied Total EFH Equity Value** | ▪ $3,167 million | ▪ $3,529 million | ▪ $3,065 million | ▪ $3,009 million |
| **2nd Lien / EFH Uns. / EFH Uns. Recoveries[2]** | **Oncor TEV**<br>$16,500 / $17,500<br>115% / 115%<br>75% / 121%<br>41% / 48% | **Oncor TEV**<br>$16,500 / $17,500<br>122% / 131%<br>85% / 100%<br>43% / 44% | **Oncor TEV**<br>$16,500 / $17,500<br>119% / 142%<br>73% / 91%<br>41% / 41% | **Oncor TEV**<br>$16,500 / $17,500<br>115% / 115%<br>71% / 88%<br>41% / 41% |
| **Tax-Free Spin** | | Redacted | | |
| **Confirmation Issues** | ▪ Support by EFIH and EFH Unsecureds | ▪ Not supported by EFIH Unsecureds<br>▪ EFH consent not assured | ▪ Not supported by EFH Unsecureds<br>▪ EFH consent not assured | ▪ Not supported by EFIH Unsecureds<br>▪ EFH consent not assured |

(1) Excludes Fidelity Fees. Arranger fees in the Second Lien / NextEra and First Lien Group proposals assumed to be $10 million for comparability purposes.
(2) Based on principal amount. Recoveries do not include accrued interest.

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

EFH2D10073532

4

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

# Recommendation

- In evaluating the competing EFIH second lien DIP proposals, the Boards should consider the following factors:

**Redacted**

Confidential

# Legal Framework

EFH2D10073534

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

# Fiduciary Duty Framework

# Redacted

EFH2D10073535

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

EFH2D10073536

Appropriate Legal Standard for Approval of the DIP Facility

**Redacted**

8

Confidential

# Pricing and Financial Analysis

EFH2D1007353T

# Comparison of Key Terms of Proposals

| | Unsecured Group Updated Proposal | Second Lien / NextEra Proposal[1] | Second Lien Group Proposal | First Lien Group Proposal |
|---|---|---|---|---|
| **Commitment Parties** | • Select EFIH Unsecured Noteholders (GSO, Avenue, York, Third Avenue, PSAM) – $1.9 billion | • Select EFIH 2nd Lien Noteholders – $0.8 billion<br>• NextEra – $1 billion[2]<br>• J.P. Morgan – $0.6 billion | • Select EFIH 2nd Lien Noteholders – $1.4 billion<br>• J.P. Morgan – $0.5 billion | • Select EFIH 1st Lien Noteholders – $1.65 billion<br>• [TBD] – $0.25 billion |
| **Participants** | • EFIH Unsecureds<br>• Fidelity | • EFIH 2nd Liens<br>• NextEra | • EFIH 2nd Liens | • Non-Settling EFIH 1st Liens |
| **DIP Size** | • $1,900mm | • $2,400mm | • $1,900mm<br>• $300mm accordion | • $1,900mm<br>• $300mm accordion |
| **Equity Ownership (Post Conversion)** | • 60% (including Funding PIK Fee) | • 65% (including Funding PIK Fee) | • 62% (including Funding PIK Fee but not accordion) | • 63% (including Funding PIK Fee but not accordion)<br>• Adjustments if retained make whole claim is paid |
| **Interest Rate** | • Cash Interest – 6.25% | • Cash Interest – 6% | • Cash Interest – 7% | • Cash Interest – 6.5% |
| **Financing Fees** | • Approval and Execution Fee – 0.54%[3]<br>• Funding Cash Fee – 1%<br>• GSO / Avenue Arranger Fee – $22mm<br>• Fidelity Participation Fee – $11.25mm | • Funding Cash Fee – None<br>• Arranger Fee – [$10mm] | • Funding Cash Fee – 1%<br>• JP Morgan Arranger Fee – [~$10]mm | • Funding Cash Fee – None<br>• Arranger Fee – [TBD] |
| **Topping Fees** | • Alternative Transaction Fee – None<br>• Funding PIK Fee – 5% ($95mm)<br>• Optional Prepayment Fee – $95mm | • Alternative Transaction Fee – None<br>• Funding PIK Fee – $50mm<br>• Optional Prepayment Fee – $180mm | • Alternative Transaction Fee – $28.5mm (1.5%)<br>• Funding PIK Fee – 4% ($76mm)<br>• Optional Prepayment Fee – $190mm | • Alternative Transaction Fee – $28.5mm (1.5%)<br>• Funding PIK Fee – 5% ($95mm)<br>• Optional Prepayment Fee – $95mm |
| **Other** | | • Full makewhole payment to 2nd Liens<br>• "Par recovery" in stock and cash to EFIH PIKs<br>• $20mm of additional cash to EFH over current RSA | | |

(1)  The financial analysis of the Second Lien / NextEra proposal includes several assumptions to facilitate the financial comparisons contained in this presentation.
(2)  NextEra may increase allocation to $1.6 billion subject to NextEra Board approval.
(3)  Fee does not include 0.46% paid on signing prior to Chapter 11 filing.

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

Confidential

# Pricing of the DIP Facilities
(Based on Revised Proposals)

*($ in millions)*

| | Unsecured Group Updated Proposal | Second Lien / NextEra Proposal | Unsecured Second Lien Group Proposal | First Lien Group Proposal |
|---|---|---|---|---|
| **Cash Interest (Over 12 Months)** | | | | |
| Current Interest Expense(1) | $259 | $259 | $259 | $259 |
| Less: DIP Interest(2) | (130) | (144)(3) | (144) | (134) |
| **Net Interest Savings** | **$129** | **$115** | **$115** | **$125** |
| **Cash Financing Fees (Paid at Funding)** | | | | |
| Approval / Funding Cash Fee | $29 | $– | $29 | $– |
| Arranger Fees(4) | 2 | 10 | 19 | 10 |
| Fidelity Participation Rights Fee | 11 | – | 10 | 10 |
| **Total Cash Financing Fees** | **$43** | **$10** | **$29** | **$10** |
| **Net Cash Savings (Over 12 Months)** | **$87** | **$105** | **$87** | **$115** |
| **Contingent Fees and Interest** | | | | |
| **Topping Fees** | | | | |
| Alternative Transaction Fee (Payable Post Approval and Pre-Funding) | $– | $– | $29 | $29 |
| Funding PIK Fee (Payable in Tranche B Notes) | $95 | $50 | $76 | $95 |
| Optional Redemption Fee (Payable in Cash) | 95 | 180 | 190 | 95 |
| **Total PIK Funding Fee and Optional Redemption Fee** | **$190** | **$230** | **$266** | **$190** |

(1) Assumes 12% blended average interest applied to $2,156 million 2nd Lien Notes.
(2) Includes $1,900 million at the proposed cash interest rates plus $256 million of 1st Lien DIP at a 4.25% interest rate that will be used to refinance the remaining portion of 2nd Lien Notes.
(3) Based on $2,400 million at the proposed cash interest rate of 6%.
(4) Arranger fees in the 2nd Lien / NextEra and First Lien Group proposal assumed to be $10 million.

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

# Pricing of the Equity Conversions
(Based on Revised Proposals)

| Equity Conversion Participants | Unsecured Group Updated Proposal | Second Lien / NextEra Proposal[1] |
|---|---|---|
| | EFIH Unsecureds  91.0% | EFIH 2nd Liens  33.3% |
| | EFH Unsecureds  9.0% | NextEra[1]  66.7% |
| Pro Forma Ownership from DIP Conversion to Equity | 60.0% | 68.0% |

| | % Ownership | | | | % Ownership | | |
|---|---|---|---|---|---|---|---|
| | Equity for Claim | DIP Conversion | Total | | Equity for Claim | DIP Conversion | Total |
| EFIH 1st Liens | —% | —% | —% | | —% | —% | —% |
| EFIH 2nd Liens | —% | —% | —% | | —% | 22.7% | 22.7% [2] |
| EFIH Unsecureds | 37.7% | 52.9% | 90.7% | | 30.2% | —% | 30.2% [3] |
| EFH Unsecureds | 0.4% | 4.7% | 5.0% | | 0.3% | —% | 0.3% |
| EFH LBO Notes | 1.5% | 2.4% | 3.99% | | 1.2% | —% | 1.2% |
| Sponsors | 0.4% | 0.4% | 0.4% | | 0.3% | —% | 0.3% |
| NextEra | —% | —% | —% | | —% | 45.3% | 45.3% |
| Total | 40.0% | 60.0% | 100.0% | | 32.0% | 68.0% | 100.0% |

(1) Assumes NextEra participates at $1.6 billion.

(2) EFIH 2nd Liens are assumed to receive 100% of their alleged make whole claim in cash plus of their $2,156 million in principal amount, $1,356 million is retired for cash and the remaining $800 million is rolled into the 2L DIP which converts into 22.7% of EFH stock at emergence.

(3) EFIH Unsecureds assumed to receive 30.2% of stock and $585 million of cash.

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

EFH2D10073540

12

# Pricing of the Equity Conversions (continued)
(Based on Revised Proposals)

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

| Equity Conversion Participants | Second Lien Group Proposal | First Lien Group Proposal |
|---|---|---|
| EFIH 2nd Liens | 100.0% | EFIH 1st Liens |

| Pro Forma Ownership from DIP Conversion to Equity | 62.0% | 100.0% | | 63.1% | 100.0% |
|---|---|---|---|---|---|

## Second Lien Group Proposal

% Ownership

| | Equity for Claim | DIP Conversion | Total |
|---|---|---|---|
| EFIH 1st Liens | --% | --% | --% |
| EFIH 2nd Liens | --% | 62.0% | 62.0% |
| EFIH Unsecureds | 35.9% | --% | 35.9% |
| EFH Unsecureds | 0.3% | --% | 0.3% |
| EFH LBO Notes | 1.4% | --% | 1.4% |
| Sponsors | 0.4% | --% | 0.4% |
| NextEra | --% | --% | --% |
| **Total** | **38.0%** | **62.0%** | **100.0%** |

## First Lien Group Proposal

% Ownership

| | Equity for Claim | DIP Conversion | Total |
|---|---|---|---|
| EFIH 1st Liens | --% | 63.1% | 63.1% |
| EFIH 2nd Liens | --% | --% | --% |
| EFIH Unsecureds | 34.8% | --% | 34.8% |
| EFH Unsecureds | 0.3% | --% | 0.3% |
| EFH LBO Notes | 1.4% | --% | 1.4% |
| Sponsors | 0.4% | --% | 0.4% |
| NextEra | --% | --% | --% |
| **Total** | **36.9%** | **63.1%** | **100.0%** |

EFH2D10073541

# Illustrative Recoveries Under a Plan
(Based on Revised Proposals)

($ in millions)

| | Unsecured Group Updated Proposal | | | Second Lien / NextEra Proposal[1] | | |
|---|---|---|---|---|---|---|
| Implied Total EFH Equity Value[2] | $3,167 | | | $3,529 | | |
| Implied EFH Equity Value[1] of Non-DIP Conversion Shares | $1,267 | | | $1,129 | | |
| Exit EFIH Debt | $5,350 | | | $5,400 | | |
| Exit Cash at EFIH / EFH[3] | $298 | | | ($79) | | |
| Implied Value of EFIH / EFH | $8,219 | | | $9,008 | | |
| Implied Oncor TEV (at Conversion Price) | $16,518 | | | $17,505 | | |
| **Recovery (% of Principal)[4]** | **Oncor TEV** | | | **Oncor TEV** | | |
| | $16,500 | $17,000 | $17,500 | $16,500 | $17,000 | $17,500 |
| EFIH 1st Lien (Excl. MW)[5] | 100% | 100% | 100% | 100% | 100% | 100% |
| EFIH 2nd Lien (Excl. MW) | 100% | 100% | 100% | 92% | 96% | 100% |
| EFIH 2nd Lien MW | 15% | 15% | 15% | 31% | 31% | 31% |
| Total EFIH 2nd Lien | 115% | 115% | 115% | 122% | 127% | 131% |
| EFIH Unsecureds | 75% | 98% | 121% | 85% | 92% | 100% |
| EFH Unsecureds | 41% | 44% | 48% | 43% | 43% | 44% |
| NextEra | | | | 77% | 89% | 100% |

(1) The proposal's impact on Company's free cash flows and feasibility of capital structure is unclear.
(2) Computes implied equity value by dividing funded DIP amount by conversion ownership.
(3) Assumes a 12 month bankruptcy case and exit on 4/30/15.
(4) Recoveries exclude accrued interest.
(5) Recovery for Non-Settling parties in the First Lien Group proposal.

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

Confidential

EFH2D10073542

# Illustrative Recoveries Under a Plan (continued)
(Based on Revised Proposals)

($ in millions)

| | Second Lien Group Proposal | First Lien Group Proposal |
|---|---|---|
| Implied Total EFH Equity Value(1) | $3,065 | $3,009 |
| Implied EFH Equity Value(1) of Non-DIP Conversion Shares | $1,165 | $1,109 |
| Exit Cash at EFIH / EFIH(2) | $319 | $327 |
| Exit EFIH Debt | $5,350 | $5,350 |
| Implied Value of EFIH / EFH | $8,095 | $8,032 |
| Implied Oncor TEV (at Conversion Price) | $16,364 | $16,285 |

| Recovery (% of Principal)(3) | Oncor TEV | | | Oncor TEV | | |
|---|---|---|---|---|---|---|
| | $16,500 | $17,000 | $17,500 | $16,500 | $17,000 | $17,500 |
| EFIH 1st Lien (Excl. MW)(4) | 100% | 100% | 100% | 105% | 116% | 127% |
| EFIH 2nd Lien (Excl. MW) | 103% | 115% | 126% | 100% | 100% | 100% |
| EFIH 2nd Lien MW | 15% | 15% | 15% | 15% | 15% | 15% |
| Total EFIH 2nd Lien | 119% | 130% | 142% | 115% | 115% | 115% |
| EFIH Unsecureds | 73% | 82% | 91% | 71% | 79% | 88% |
| EFH Unsecureds | 41% | 41% | 41% | 41% | 41% | 41% |

(1) Computes implied equity value by dividing funded DIP amount by conversion ownership.
(2) Assumes a 12 month bankruptcy case and exit on 4/30/15.
(3) Recoveries exclude accrued interest.
(4) Recovery for Non-Settling parties in the First Lien Group proposal. Assumes settling parties do not participate in the 2nd Lien DIP.

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

EFH2D10073543

Confidential

# Legal Analysis

EFH2D10073544

# Implementation Issues

- The process for documentation and approval of the Unsecured Group proposal is highly advanced.

**Redacted**

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

17

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

# RSA and Related Issues

- The Unsecured Group proposal is part of a fully negotiated RSA with support from key constituencies at EFH, EFIH, and TCEH.

**Redacted**

# RSA and Related Issues (continued)

- **RSA and Other Support.**

- The Unsecured Group proposal is part of a broader series of transactions reflected in the RSA and has the support of Fidelity, a key EFH creditor.

- None of the alternative proposals, on the other hand, currently has the support of the RSA parties.

- In particular, at this time, no alternative proposal has the support of the Unsecured Group or Fidelity, holders of a supermajority in amount of the EFIH and EFH unsecured notes, respectively.

**Redacted**

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

# RSA and Related Issues (continued)

**Redacted**

EFH2D10073548

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

EFH2D10073549

# Tax Issues

# Redacted

21

Confidential

# Confirmation Issues:

## Redacted

- A plan must either have the support of all creditor classes or have *at least one impaired class* that accepts the plan.

- A class is *impaired* when the plan alters the legal rights of the claims in that class.

- A class *accepts* the plan when creditors representing more than half in number and at least two-thirds in amount vote in favor of the plan.

**Redacted**

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

22

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

## Confirmation Issues:

# Redacted

**Redacted**

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

EFH2D10073552

## Confirmation Issues:

### Redacted

# Redacted

24

Confidential

Highly Confidential / Attorney Work Product / Attorney-Client Privileged

# Confirmation Issues:

## Redacted

**Redacted**