IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Ad Hoc Committee of EFIH Unsecured Noteholders,[2] by and through its undersigned counsel, hereby submits this verified statement (the "Verified Statement"), and respectfully states as follows:

1. The Ad Hoc Committee of EFIH Unsecured Noteholders engaged Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") on May 24, 2013 and Cousins Chipman & Brown, LLP ("CCB") on April 24, 2014 to represent it in connection with a potential restructuring of the above-captioned debtors and debtors in possession (the "Debtors").

2. As of the date of this Verified Statement, Akin Gump and CCB represent the Ad Hoc Committee of EFIH Unsecured Noteholders in connection with the Debtors' chapter 11

---

[1] The last four digits of Energy Future Holdings Corp.'s ("EFH") tax identification number are 8810. The location of the above-captioned debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The "Ad Hoc Committee of EFIH Unsecured Noteholders" means the ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes (the "EFIH Senior Toggle Notes") due December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. ("EFIH Finance"), as issuers, and UMB Bank, N.A., as successor trustee.

cases.[3] Akin Gump and CCB do not represent the Ad Hoc Committee of EFIH Unsecured Noteholders as a committee (as such term is employed in the Bankruptcy Code and Bankruptcy Rules) and do not undertake to represent the interests of, and are not fiduciaries for, any creditor, party in interest, or entities other than the Ad Hoc Committee of EFIH Unsecured Noteholders. In addition, the Ad Hoc Committee of EFIH Unsecured Noteholders does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

3. The members of the Ad Hoc Committee of EFIH Unsecured Noteholders either hold claims or manage accounts that hold claims against the Debtors' estates arising from the purchase of the EFIH Senior Toggle Notes. In accordance with Bankruptcy Rule 2019, a list of the names, addresses and the "nature and amount of all disclosable economic interests" in relation to the Debtors reported to Akin Gump and/or CCB to be held as of June 23, 2014 by each member of the Ad Hoc Committee of EFIH Unsecured Noteholders is attached hereto as Exhibit A.[4]

4. Nothing contained in this Verified Statement (or the exhibit hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Committee of EFIH Unsecured Noteholders to assert, file and/or amend their claims in accordance with applicable law and any orders entered in these chapter 11 cases.

5. Additional holders of EFIH Senior Toggle Notes may become members of the Ad Hoc Committee of EFIH Unsecured Noteholders, and certain members of the Ad Hoc Committee of EFIH Unsecured Noteholders may cease to be members in the future. Akin Gump

---

[3] As noted in the *Notice of Entry of Appearance and Demand for Notices and Papers* filed in these chapter 11 cases on behalf of Akin Gump and CCB, [D.I. 164], Akin Gump and CCB are also counsel to those institutions party to that certain second lien Commitment Letter, dated April 28, 2014, with EFH and EFIH in respect of the Debtors' second lien postpetition financing facility.

[4] Nothing in this Verified Statement shall have the effect of or be construed to limit the right of any member of the Ad Hoc Committee of EFIH Unsecured Noteholders from asserting entitlement to any amount in addition to the "disclosable economic interest" set forth on Exhibit A hereto.

and CCB reserve the right to amend and/or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

| | |
|---|---|
| Dated: June 27, 2014<br>Wilmington, Delaware | **COUSINS CHIPMAN & BROWN, LLP**<br><br>/s/ *Scott D. Cousins*<br>Scott D. Cousins (No. 3079)<br>Mark Olivere (No. 4291)<br>Ann M. Kashishian (No. 5622)<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Facsimile:  (302) 295-0199<br>Email:  cousins@ccbllp.com<br>olivere@ccbllp.com<br>kashishian@ccbllp.com<br><br>- and -<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>Ira S. Dizengoff (admitted *pro hac vice*)<br>Meredith A. Lahaie (admitted *pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone:  (212) 872-1000<br>Facsimile:  (212) 872-1002<br>Email:  idizengoff@akingump.com<br>mlahaie@akingump.com<br><br>Scott L. Alberino (admitted *pro hac vice*)<br>1333 New Hampshire Avenue<br>Washington, DC 20036-1564<br>Telephone:  (202) 887-4000<br>Facsimile:  (202) 887-4288<br>Email:  salberino@akingump.com<br><br>*Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders* |