## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979-CSS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 41, 229, 315, 860, 861** |

### SUPPLEMENTAL DECLARATION OF TERRY L. NUTT IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF FINAL ORDER (RE: PROPRIETARY TRADING TRANSACTIONS THAT DO NOT INVOLVE THE DEBTORS' POWER GENERATION AND RETAIL OPERATIONS) AUTHORIZING THE DEBTORS TO (A) CONTINUE PERFORMING UNDER PREPETITION HEDGING AND TRADING ARRANGEMENTS, (B) PLEDGE COLLATERAL AND HONOR OBLIGATIONS THEREUNDER, AND (C) ENTER INTO AND PERFORM UNDER TRADING CONTINUATION AGREEMENTS AND NEW POSTPETITION HEDGING AND TRADING ARRANGEMENTS

I, Terry L. Nutt, declare as follows:

1.      I submit this supplemental declaration (this "Declaration") in support of the *Motion of Energy Future Holdings Corp., et al., for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements* (the "Hedging and Trading Motion").[2] This Declaration addresses the final relief

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]      Capitalized terms used but not otherwise defined herein have the meaning given to them in the Hedging and Trading Motion.

sought in connection with the Hedging and Trading Motion related to proprietary trading transactions. Specifically, this Declaration provides additional support regarding the Debtors' request to continue to enter into and perform under Proprietary Trades and engage in Proprietary Trading Activities (each as defined herein) in the ordinary course of business and consistent with the Risk Management Guidelines.

### Background

2.      I am the Vice President of Risk Management for EFH Corporate Services Company. My current responsibilities include enterprise-wide risk assessment and management, including managing market, credit, and operational risks for the Debtors' trading and marketing operations. I have been with the Debtors since 2007 and have served in my current role for the past three years. I have been employed in various finance and risk management positions in the wholesale energy marketing and trading industry for over 12 years, with the predominant amount of that time spent with firms engaged in wholesale electricity and natural gas marketing and trading activities.

3.      The facts in this Declaration are based on my personal knowledge and review of information, my experience with the Debtors' operations (and specifically, with respect to its Hedging and Trading Entities' operations), and my experience and knowledge of the industry and general market conditions. If called to testify, I would testify to the facts set forth herein.

### Overview of Proprietary Trading

4.      As described in the Hedging and Trading Motion, the power generation, retail electricity businesses, and hedging activities of Texas Competitive Electric Holding Company LLC and its direct and indirect Debtor subsidiaries (collectively, the <u>TCEH Debtors</u>") are closely intertwined and highly integrated. In short, the TCEH Debtors' hedging activities allow the

2

TCEH Debtors to utilize (a) physical commodity transactions to hedge price and delivery risk related to fuel inputs (including natural gas, coal, uranium, and fuel oil) to the TCEH Debtors' power generation and mining operations, (b) physical transactions for electricity and related services produced or procured in their generation and retail operations, and (c) financial derivatives that hedge price risk for both fuels and electricity.

5.     As a complement to these hedging activities, and in a limited and highly controlled environment, the TCEH Debtors also enter into and perform under trading contracts for the purpose of generating profits (each, a "Proprietary Trade" and the activities related thereto, the "Proprietary Trading Activities"). Proprietary Trades also may be contracts entered into for the purpose of limiting losses or locking in profits from existing Proprietary Trades. Consequently, the Proprietary Trades and Proprietary Trading Activities, in some instances, are considered hedging transactions because they limit risks associated with existing transactions.

6.     The Proprietary Trading Activities are limited by two significant factors:

- *Limited Markets*.  The TCEH Debtors only conduct Proprietary Trading Activities in commodities and regions where the TCEH Debtors have pre-existing operations and quality market information (*i.e.*, ERCOT wholesale electricity, natural gas, and solid fuels trading).

- *Risk Management Controls*.  The TCEH Debtors' Risk Management Guidelines govern the execution and terms of the Proprietary Trades. These Risk Management Guidelines are administered, monitored, and enforced by an independent risk management organization that I lead (the "Risk Management Team"). The Risk Management Team provides oversight and governance over the Proprietary Trading Activities and imposes controls over such activities in accordance with the Risk Management Guidelines.

  Importantly, the Risk Management Team, by design, does not contain any personnel that engage in Proprietary Trading Activities, and does not report to the management team directly responsible for the Proprietary Trading Activities but rather reports to the Chief Financial Officer of EFH Corp. The independence of the Risk Management Team from the personnel that enter into the Proprietary Trading Activities creates a rigorous set of checks and balances that safeguard the value of the TCEH Debtors' estates.

3

7.      The Proprietary Trading Activities provide the TCEH Debtors with a number of direct and indirect benefits.  As explained in more detail below, I believe that the Hedging and Trading Entities' inability to enter into the Proprietary Trades and conduct Proprietary Trading Activities could adversely affect the TCEH Debtors' overall revenues and costs directly and indirectly.  The TCEH Debtors' historical Proprietary Trading Activities have regularly provided positive returns to the TCEH Debtors' profitability and if the Hedging and Trading Entities were not able to continue to enter into or perform under Proprietary Trades, the TCEH Debtors' overall profitability would likely be adversely affected.  In addition, if the TCEH Debtors are unable to continue to utilize the Proprietary Trading Activities to obtain market intelligence and capitalize on price discovery opportunities, as they have done historically, they may end up transacting at unfavorable prices in both the electricity and fuel markets. Put another way, the value of the TCEH Debtors' hedged assets (*e.g.*, their power generation assets and retail electricity operations) could decline if the TCEH Debtors are unable to engage in Proprietary Trading Activities to obtain price discovery and market intelligence.

I.      **Proprietary Trading Activities Improve Pricing and Reduce Costs for Hedging Transactions**.

8.      While limited in scope and mitigated by a number of risk control measures, I believe that the Proprietary Trades and Proprietary Trading Activities provide significant benefits to the TCEH Debtors' substantial hedging activities in the form of unique market information and an expanded role in validating and pressure testing the prices offered by other market participants.

A.      **Improved Price Discovery**.

9.      The TCEH Debtors' require effective price discovery tools to properly price their power generation output (approximately 75 million megawatt hours per year) and significant

4

retail customer load (approximately 35 million megawatt hours per year). The TCEH Debtors' ability to both purchase and sell a given commodity at any time as a Proprietary Trade — as opposed to a hedge transaction — allows the TCEH Debtors to obtain price discovery by testing the validity of offered market prices and/or validate existing market pricing information. This allows the TCEH Debtors to ensure they are receiving or paying the most competitive rate for the energy products that they sell or buy.

10.    For example, the TCEH Debtors are commonly asked to offer electricity supply to wholesale counterparties or large commercial or industrial customers under multi-year contracts. Oftentimes, there is limited competitive pricing information for the latter years in such a contract and the TCEH Debtors need to ensure that the proposed pricing that they offer for these types of significant contracts is valid, and they are not offering electricity at too low of a price. In this scenario, the TCEH Debtors will use the Proprietary Trading Activities to assist in price discovery in the latter years of the proposed contract by offering to purchase or sell limited volumes of electricity in the years in which pricing information is not available, which in turn provides critical market information to assist in the overall pricing of the multi-year electricity contract.

11.    If the Hedging and Trading Entities cannot engage in Proprietary Trading Activities, they will lose an essential tool that enables them to effectively obtain price discovery on behalf of the largest power generation operator and retail electricity provider in Texas. I believe that the Hedging and Trading Entities' inability to engage in Proprietary Trading Activities would lead to less effective pricing across the TCEH Debtors' overall operations and increased hedging costs associated with the TCEH Debtors' Hedging and Trading Activities.

**B.      Maintaining Market Integrity.**

12.      The TCEH Debtors also utilize the Proprietary Trading Activities to maintain competitive rates on their hedging transactions by driving other market participants to disclose their true pricing.  In this regard, the Hedging and Trading Entities will often use the Proprietary Trading Activities to take positions in the market that are opposite to their normal hedging positions (*i.e.*, the TCEH Debtors normally *sell* electricity and purchase fuel inputs for their power generation operations or *buy* electricity for their retail operations) *solely* to protect their hedging positions and ensure that market participants are not taking advantage of the large selling or buying activity that the TCEH Debtors must take given the size of their operations.

13.      For example, since the TCEH Debtors generate a significant amount of electricity, market participants are well aware that the TCEH Debtors have a significant amount of electricity that is sold in the wholesale electricity markets on an annual basis.  Consequently, some market participants will try to offer lower prices for electricity to the TCEH Debtors.  On occasions where the TCEH Debtors believe that a price being offered by multiple buyers is lower than expected due to the TCEH Debtors' large position, the Hedging and Trading Entities enter into a Proprietary Trade and become an active buyer at prices at or near the prices recently offered by market participants (*i.e.,* a price the TCEH Debtors believe to be below the actual market price).

14.      The ability to enter into such a Proprietary Trade imposes a certain amount of price integrity for the TCEH Debtors and consistently improves the pricing that the TCEH Debtors receive for electricity sold or fuel commodities purchased in the competitive markets.

**C.      Vital and Unique Market Intelligence.**

15.      To implement successful hedging and trading strategies, the Hedging and Trading

Entities rely on the pool of market information collected from their entire portfolio of Hedging and Trading Activities, including the Proprietary Trading Activities.

16.    Although there are forms of market information in the wholesale energy markets that are produced by print and online publications, reporting agencies, and other media, market information obtained from actual trading activity provides significantly richer, more accurate, and, importantly, real-time market data.  Through the Proprietary Trading Activities, which allow the Hedging and Trading Entities to take positions different from the positions taken in connection with typical hedging activities, the TCEH Debtors are able to see a number of key data points including:

- which market participants are buying or selling certain commodities;

- how transactions are being priced;

- the size of the prevailing bid-ask price spread existing between buyers and sellers;

- which market participants are transacting at large volumes;

- how market participants are responding to news and information reports related to specific commodities or market events; and

- how active or inactive volumes are in certain commodities and other key pieces of information.

17.    If the Hedging and Trading Entities are not allowed to continue their long-standing and historically profitable Proprietary Trading Activities (consistent with the Risk Management Guidelines), the TCEH Debtors will be required to formulate market strategies gleaned from a diminished pool of market information.

## II.    Proprietary Trading Activities Attract and Retain Talented Individuals.

18.    Many people who work in the TCEH Debtors' industry value the opportunity to participate in Proprietary Trading Activities.  As a result, traders who engage in Proprietary

RLF1 10451726v.1

Trading Activities consider their role to be intellectually stimulating and challenging due to the dynamic nature of the markets in which they participate and the in-depth analysis and research required by the role.  Additionally, the ability to engage in Proprietary Trading Activities assists the Debtors in attracting and retaining talented individuals.  Engaging in Proprietary Trading Activities allows a trader to develop a deep base of knowledge regarding the markets in which permitted Proprietary Trades occur and key participants in those markets.

19.    Because of the integrated and complementary nature of the Hedging and Trading Activities, traders who support the Proprietary Trade business also engage and support the hedging activities.  The wealth of knowledge they develop in connection with their Proprietary Trades is critical to the success of the hedging activities and directly affects the incremental EBITDA (earnings before interest, taxes, depreciation and amortization) generated by the hedging activities.

**III.    Controls and Governance Related to Proprietary Trading Activities.**

20.    As detailed in the Hedging and Trading Motion, the TCEH Debtors operate their entire portfolio of Hedging and Trading Activities, including the Proprietary Trading Activities, under the guidance and controls of the Risk Management Guidelines to ensure that risks for the enterprise are mitigated and assets are safeguarded.

21.    In accordance with the Risk Management Guidelines, all of the TCEH Debtors' Hedging and Trading Activities are subject to a number of controls, including, among others: (a) individual trader limits;  (b) daily mark-to-market valuations of all transactions; (c) independent confirmation of transaction details with counterparties; (d) daily position and profit and loss reporting; (e) certain "at risk" measurements; (f) sensitivities/stress testing; and (g) risk/return metrics to measure and control the risks related to the hedging and trading

8

operations (all of which are explained in great detail in the Hedging and Trading Motion).

22.    In addition to these controls, and recognizing the varied risk level associated with the Proprietary Trading Activities, the Proprietary Trading Activities are governed by additional controls that regulate the Debtors' exposure to potential risk of loss related to such transactions. As described below, those controls include:

- *"Value at Risk" Limit*.  The Proprietary Trading Activity is governed by a value at risk measurement ("VaR") that is produced, monitored, and enforced by the Risk Management Team.  The VaR precludes the Hedging and Trading Entities from entering into transactions that would exceed a specific potential loss value.

  This value at risk measure is a daily calculation that (a) takes all existing Proprietary Trading positions (*e.g.*, all purchase and sale positions for all commodities), (b) calculates approximately 1,000 potential price movement scenarios for commodities related to those Proprietary Trading positions based on historical price movements, (c) calculates potential loss scenarios based on the existing positions and the various price scenarios noted above, and (d) derives a final value that is chosen from the 950th worst loss scenario calculated (*i.e.*, 95th percentile of the distribution).  This commonly used energy and financial industry risk measurement allows the TCEH Debtors to impose a conservative limit on their Proprietary Trading Activities since the measurement produces a loss scenario that, by statistical measures, would only have a 5% probability of occurring.

  **Over the past several years, the Hedging and Trading Entities' counterparties historically have permitted the Hedging and Trading Entities to enter into Proprietary Trading Activities while maintaining a VaR limit set in contractual provisions between the parties.  Further, those same counterparties permitted the VaR limit to increase over the length of the contract.  Importantly, the TCEH Debtors' internal risk governance prevents all Proprietary Trading Activities from exceeding an internal VaR limit even where the Hedging and Trading Entities have been contractually permitted to maintain such a higher VaR limit.**  The TCEH Debtors agreed with the ad hoc group of TCEH first lien secured lenders to continue to perform all of the Hedging and Trading Activities of the Debtors, including Proprietary Trading, within the existing Risk Management Guidelines including the existing VaR limitations.[3]

---

[3]    The TCEH Debtors have disclosed the specific VaR limits and the Risk Management Guidelines to advisors to the ad hoc group of TCEH first lien secured lenders, advisors to the Creditors' Committee, and the U.S. Trustee.

- ***Individual Trade Limits and Delegation Authority***.  VaR is measured on an aggregate basis for all of the Proprietary Trading Activities of the Debtors.  However, the Risk Management Team regularly reviews the individual trader transactions that are contributing to the overall VaR measurement.  In instances when an individual trader's transactions are contributing a significant amount to the overall VaR measure, or are driving the level of the overall VaR near the limit, that trader's existing transactions can be unwound or offset to reduce the risk levels in the Proprietary Trading Activity.

  Further, the extent to which an individual trader may engage in a transaction is a function of:  (a) the tenor of the transaction (*e.g.*, the length of the contract), (b) the notional value of the contract (*e.g.*, the face value of the contract) and (c) the individual trader's experience engaging in Hedging and Trading Activities.  For example, certain traders with limited experience are only allowed to transact limited contract types for a tenor of 1 to 35 days, while more experienced traders can transact contracts with tenors up to two years using multiple types of contracts.

  As described in the Hedging and Trading Motion, the Hedging and Trading Entities, may, in controlled situations, engage in Non-Standard Transactions. Standard Transactions generally:  (a) use only products pre-approved by the Risk Management Team; (b) have standard terms and conditions; (c) have specified term limits; (d) are frequently used to mitigate volume and price risk on a regular basis; and (e) operate under industry developed contracts. Non-Standard Transactions are either (a) a combination of Standard Transactions or (b) Standard Transactions with additional complicating and/or unique provisions, such as atypical settlement dates or complex valuation requirements or higher required levels of operational support.

  Four traders are authorized to engage in Non-Standard Contracts under the supervision of the Risk Management Team and subject to rigorous controls.

  These controls limit the risk the Debtors are exposed to by limiting the length and types of Proprietary Trades entered into by the Debtors.  Based on these factors, each individual trader who engages in Proprietary Trading Activities has a unique authority level that is monitored, enforced, and, as required, modified by the Risk Management Team.

- ***Sanctioning Protocols***.  The Risk Management Team performs a number of monitoring and oversight controls to ensure compliance with the Risk Management Guidelines.   In addition, all employees directly and indirectly involved in Hedging and Trading Activities are required to report any known

---

Due to the highly confidential and competitive nature of such information, the TCEH Debtors are not disclosing that information in this Declaration.

or suspected incidents of non-compliance with the Risk Management Guidelines and the additional Proprietary Trade guidelines described herein. The Risk Management Team investigates and reviews the facts and circumstances related to all events of non-compliance. After reviewing the facts associated with the non-compliance events, including among other things, the nature and size of the exposure created by the non-compliance event and the non-complying trader's previous history, the Risk Management Team independently develops and issues a written sanction of non-compliance to the individual trader and notifies such trader's supervisor. In addition, based on these factors, the sanction may consist of any of the following (a) a reminder of the relevant risk policies and further education; (b) suspension or restriction of authority; (c) monetary sanctions; or (d) termination.

- ***Short-Term Position Limits***. An additional set of controls governing the Proprietary Trading Activity relates to restrictions on positions in the short-term electricity market. Specifically, short-term electricity markets (*e.g.*, electricity bought and sold for the remainder of an operating day or for the next operating day) can be affected by significant price movements due to sudden changes in supply and demand and the simple inability of electricity to be stored, which can result in losses on existing positions in a short amount of time. Additionally, the short-term electricity markets provide limited time to unwind or offset existing positions and mitigate losses from severe price movements. To mitigate potential losses, the Risk Management Team monitors and enforces position limits for these short-term markets based on stress-test scenarios related to position and price changes. By precluding traders from taking such potentially risky short-term positions in the first instance, these controls preemptively safeguard against losses that could otherwise arise from Proprietary Trading Activities.

- ***Contractual Limitations***. Further, the Risk Management Guidelines also impose limitations on the types of Proprietary Trades that can be executed. These limitations are imposed on certain instruments that may pose an unacceptable risk to the TCEH Debtors due to lack of market activity needed to unwind or remove the position in the future or the risk profile of the contract having unacceptable loss potential.

## IV.    Controlled Proprietary Trading Activities are Ordinary Course.

23.    Proprietary trading is ordinary course for other firms in the TCEH Debtors' industry. These firms, like the TCEH Debtors, recognize that proprietary trading has the potential to directly increase profitability and indirectly improve profitability by supporting hedging activities. Like the TCEH Debtors, many peer firms in the energy industry engage in proprietary trading activities, under similar risk management control structures, as a complement

11

to their hedging and trading activities and as an independent source of profits. Here, the Proprietary Trading Activities have historically been a part of the Hedging and Trading Activities. As a result, within the framework created by the Risk Management Guidelines and the enforcement power of the Risk Management Team, the Proprietary Trading Activities are ordinary course for the Hedging and Trading Entities.

> **V.    Proprietary Trading Activities Are an Important and Historical Part of the TCEH Debtors' Business Planning.**

24.    The Proprietary Trading Activities have historically been, and continue to be, a component of the TCEH Debtors' annual financial budget targets and projections. In addition, the metrics governing the Hedging and Trading Entities' financial budgets and performance targets include and rely on the earnings and cash flows generated by the Proprietary Trades (on average, approximately $50 million to $70 million in EBITDA compared to TCEH's average annual, forecasted EBITDA of approximately $2.1 billion for 2014). Furthermore, the Proprietary Trading Activities have produced meaningful earnings in the past five years with certain years' results *near or exceeding $100 million*.

25.    In short, I believe that if the TCEH Debtors are unable to continue to enter into Proprietary Trades in the ordinary course, consistent with the Risk Management Guidelines, they will effectively lose the benefit of a historically profitable and important segment of the overall Hedging and Trading Activities. Specifically, I believe that the inability to continue performing under Proprietary Trades or enter into new Proprietary Trades is likely to adversely affect the TCEH Debtors' ability to efficiently transact with other market participants and, going forward, is likely to result in the TCEH Debtors inability to ensure competitive pricing for energy commodities bought and sold in its operations, which could ultimately reduce the value of the TCEH Debtors' operations, to the detriment of their creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June **27**, 2014

Terry L. Nutt
Vice President, Risk Management
EFH Corporate Services Company