IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) <br> ) (Jointly Administered) |
| Debtors. |  |
|  | ) Re: D.I. ___ |

**ORDER GRANTING MOTION OF THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND THE EFIH SECOND LIEN DIP COMMITMENT PARTIES TO SEAL THEIR OMNIBUS REPLY TO OBJECTIONS TO (I) MOTION APPROVING POSTPETITION SECOND LIEN FINANCING AND (II) MOTION APPROVING CERTAIN EFIH SETTLEMENTS AND THE ONCOR TSA AMENDMENT AND JOINDER TO DEBTORS' REPLY TO OBJECTIONS**

Upon consideration of the motion (the "Motion to Seal") of the Ad Hoc Committee of EFIH Unsecured Noteholders[2] and EFIH Second Lien DIP Commitment Parties for entry of an order, pursuant to Bankruptcy Code sections 107(b) and 105(a), Bankruptcy Rule 9018, and Local Rule 9018-1(b), for authority to file under seal the unredacted version of their Reply to various Objections to the Motions, all as more fully set forth in the Motion to Seal; and the Court having jurisdiction to hear the Motion to Seal; and it appearing that sufficient notice of the Motion to Seal has been given; and it appearing that the relief requested by the Motion to Seal is in the best interests of the Ad Hoc Committee of EFIH Unsecured Noteholders, EFIH Second Lien DIP Commitment Parties and other parties-in-interest; and good cause having been shown, it is hereby,

ORDERED that the Motion to Seal is GRANTED; and it is further

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms not herein defined shall have the same meaning as ascribed to them in the Motion to Seal.

ORDERED that the Ad Hoc Committee of EFIH Unsecured Noteholders and EFIH Second Lien DIP Commitment Parties are authorized to file the unredacted version of the Reply under seal; and it is further

ORDERED that the Ad Hoc Committee of EFIH Unsecured Noteholders and EFIH Second Lien DIP Commitment Parties are authorized to redact portions of the Reply containing information subject to an applicable confidentiality agreement; and it is further

ORDERED that the unredacted version of the Reply and redacted portions of the Reply shall remain confidential, protected under seal and not made available to any person or entity other than the Court, the Debtors, the Committee, the parties to whom the Reply responds, the United States Trustee and each of their respective counsel, as applicable, unless otherwise ordered by the Court; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2014
Wilmington, Delaware

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge