# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. \_\_\_\_\_ |

## ORDER FIXING HEARING DATE ON AND SHORTENING TIME TO OBJECT OR RESPOND TO MOTION OF THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND THE EFIH SECOND LIEN DIP COMMITMENT PARTIES TO SEAL THEIR OMNIBUS REPLY TO OBJECTIONS TO (I) MOTION APPROVING POSTPETITION SECOND LIEN FINANCING AND (II) MOTION APPROVING CERTAIN EFIH SETTLEMENTS AND THE ONCOR TSA AMENDMENT AND JOINDER TO DEBTORS' REPLY TO OBJECTIONS

Upon consideration of the motion (the "Motion to Shorten") of the Ad Hoc Committee of EFIH Unsecured Noteholders[2] and EFIH Second Lien DIP Commitment Parties for entry of an order fixing a hearing date and shortening the time to object or respond to the Motion to Seal, all as more fully set forth in the Motion to Shorten; and the Court having jurisdiction to hear the Motion to Shorten; and it appearing that sufficient notice of the Motion to Shorten has been given; and it appearing that the relief requested by the Motion to Shorten is in the best interests of the Ad Hoc Committee of EFIH Unsecured Noteholders, EFIH Second Lien DIP Commitment Parties and other parties-in-interest; and good cause having been shown, it is hereby,

ORDERED that the Motion to Shorten is GRANTED; and it is further

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms not herein defined shall have the same meaning as ascribed to them in the Motion to Shorten.

2

ORDERED that a hearing on the Motion to Shorten is scheduled for June 30, 2014 at 9:30 a.m. (EST); and it is further

ORDERED that any objections or responses to the Motion to Seal must be made no later than on the record at the hearing scheduled for 9:30 a.m. (Eastern time) on June 30, 2014; and it is further

ORDERED that, immediately after the entry of this Order, counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders and EFIH Second Lien DIP Commitment Parties shall serve a copy of this Order and notice of the Motion to Seal on parties originally served with the Motion to Shorten and the Motion to Seal; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2014
      Wilmington, Delaware

                                                                         _____
Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge