IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings, Inc., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket Nos. 1066, 1067, 1070, 1179.** |

------------------------------------------------------------ x

### NOTICE OF ENHANCED TERMS RELATING TO ALTERNATIVE SECOND LIEN DIP FINANCING PROPOSED BY NEXTERA ENERGY, INC. AND EFIH SECOND LIEN GROUP

On June 24, 2014, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for $2,156,392,000 aggregate principal amount of second lien notes issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., and certain Second Lien Noteholders (the "**EFIH Second Lien Group**"), filed their objection (the "**DIP Objection**") [Dkt. No. 1066] to the EFIH Debtors' proposed second lien debtor-in-possession financing.

As discussed in the DIP Objection and the accompanying Declaration of Todd R. Snyder [Dkt. No. 1070], on Sunday, June 22, the EFIH Second Lien Group and NextEra Energy, Inc. ("**NextEra**") submitted to the Debtors a joint proposal for a competing second lien DIP (the "**Strategic DIP**").

As noted in the DIP Objection, the Strategic DIP is fully committed. On Thursday, June 26, the EFIH Second Lien Group and NextEra transmitted to the Debtors documentation reflecting these commitments. The transmittal letter and its accompanying

exhibits were filed as a Notice of Filing of Commitment Letter Relating to the EFIH Second Lien Groups Proposed Competing Second Lien DIP [Dkt. No. 1179].

On Friday, June 27, the EFIH Second Lien Group and NextEra transmitted to the Debtors a letter outlining certain enhanced terms to the Strategic DIP attached hereto as **Exhibit A**.

Dated: June 27, 2014  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@ pszjlaw.com
           rfeinstein@ pszjlaw.com

*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Philip Bentley
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
           pbentley@kramerlevin.com
           jbrody@kramerlevin.com

*Counsel to the EFIH Second Lien Group and the Indenture Trustee*

- and -

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114

Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee*


CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
Marc B. Roitman
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369
Email: hseife@chadbourne.com
          dlemay@chadbourne.com
          mroitman@chadbourne.com

- and -

LANDIS RATH & COBB LLP
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:   (302) 467-4450
Email: landis@lrclaw.com
          mcguire@lrclaw.com

*Counsel to NextEra Energy, Inc.*