# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

JOSHUA BRODY<br>
PARTNER<br>
PHONE 212-715-9314<br>
FAX 212-715-8444<br>
JBRODY@KRAMERLEVIN.COM

June 27, 2014

VIA E-MAIL
Stephen E. Hessler
Kirkland & Ellis
601 Lexington Avenue
New York, New York 10022

   Re: Second Lien Debtor-in-Possession Financing
      Proposal for Energy Future Intermediate Holding
      Company LLC

Dear Steve:

  On June 22, 2014, the EFIH Second Lien Group and NextEra Energy, Inc. ("NextEra") submitted a revised joint proposal for an alternative second lien debtor-in-possession financing (the "Strategic DIP"), and yesterday we provided the commitment letter and related documents that the parties are prepared to execute.

  Following our submission of the joint proposal for the Strategic DIP, you informed us of certain perceived issues the Debtors had regarding the proposal, although the Debtors have thus far refused to engage in meaningful discussions on specific terms of the Strategic DIP. Notwithstanding the lack of an opportunity to engage in substantive negotiations, the proponents of the Strategic DIP are nonetheless willing to incorporate the following enhancements into the previously submitted commitment letter and related documents, all other terms of which remain the same:

- An increase of $50 million in incremental value to the Debtors' estates, comprised of (i) an increase in the cash portion of the Strategic DIP by $25 million, and (ii) a $25 million reduction in the amount of the EFIH Second Lien Makewhole Claim of Participating Holders;

- Elimination of the $160 million Prepayment Fee; and

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000

990 MARSH ROAD   MENLO PARK CA 94025-1949   PHONE 650.752.1700   FAX 650.752.1800

47 AVENUE HOCHE   75008 PARIS FRANCE   PHONE (33-1) 44 09 46 00   FAX (33-1) 44 09 46 01

WWW.KRAMERLEVIN.COM

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

June 27, 2014
Page 2

- The provision of a $150 million exit financing facility, with a second lien on collateral securing the anticipated first lien exit facility of up to $5.5 billion, on customary market terms and subject to customary documentation, the proceeds of which may be used by the Debtors in their discretion.

We look forward to working together with the Debtors to implement the terms of the modified Strategic DIP and achieving a significant milestone in the Debtors' Chapter 11 cases.

Sincerely,

/s/ Joshua K. Brody

Encl.

Cc: Mark E. Hickson, Vice President, Strategy and Corporate Development, NextEra Energy, Inc.
Charles E. Sieving, Executive Vice President & General Counsel, NextEra Energy, Inc.
Thomas Moers Mayer, Kramer Levin Naftalis & Frankel
David Ying, Evercore Partners
Howard Seife, Chadbourne & Parke
David LeMay, Chadbourne & Parke