# **Exhibit 1**

RLF1 10452682v.1

**Exhibit A**

**Organizational Chart**

| Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| EFH President & CEO (EFH Corp.) | Direct Report(s): N/A | | | |
| | EVP & General Counsel (EFH Corporate Services) | Direct Report(s): EFH President & CEO (EFH Corp.) | | |
| | | VP & Special Counsel for Restructuring (EFH Corporate Services) | Direct Report(s): EVP & General Counsel (EFH Corporate Services) | |
| | | VP Assoc General Counsel - Litigation (EFH Corporate Services) | Direct Report(s): EVP & General Counsel (EFH Corporate Services) | |
| | | VP Assoc General Counsel - Corporate & Securities (EFH Corporate Services) | Direct Report(s): EVP & General Counsel (EFH Corporate Services) | |
| | | VP & Deputy General Counsel (EFH Corporate Services) | Direct Report(s): EVP & General Counsel (EFH Corporate Services) | |
| | | VP & Chief Legal Officer Luminant (Luminant Power Services) | Direct Report(s): EVP & General Counsel (EFH Corporate Services), EVP & CEO (Luminant) | |
| | | VP & Chief Legal Officer TXU Energy (TXU Energy Retail) | Direct Report(s): EVP & General Counsel (EFH Corporate Services), EVP & CEO (TXU Energy) | |
| | | VP Regulatory Law & Compliance Luminant Energy (EFH Corporate Services) | Direct Report(s): EVP Public Policy & External Affairs (EFH Corporate Services), EVP & General Counsel (EFH Corporate Services) | |
| | EVP HR & Administration (EFH Corporate Services) | Direct Report(s): EFH President & CEO (EFH Corp.) | | |
| | | VP Total Rewards & HR Services (EFH Corporate Services) | Direct Report(s): EVP HR & Administration (EFH Corporate Services) | |
| | | VP Chief People Officer (Luminant Power Services) | Direct Report(s): EVP HR & Administration (EFH Corporate Services), EVP & CEO (Luminant) | |
| | | VP Chief People Officer (TXU Energy Retail) | Direct Report(s): EVP HR & Administration (EFH Corporate Services), EVP & CEO (TXU Energy) | |
| | EVP Public Policy & External Affairs (EFH Corporate Services) | Direct Report(s): EFH President & CEO (EFH Corp.) | | |
| | | VP Regulatory Law & Compliance Luminant Energy (EFH Corporate Services) | Direct Report(s): EVP Public Policy & External Affairs (EFH Corporate Services), EVP & General Counsel (EFH Corporate Services) | |
| | | VP Regulatory Policy (EFH Corporate Services) | Direct Report(s): EVP Public Policy & External Affairs (EFH Corporate Services), EVP & General Counsel (EFH Corporate Services) | |
| | | SVP State & Local Public Affairs (EFH Corporate Services) | Direct Report(s): EVP Public Policy & External Affairs (EFH Corporate Services) | |
| | | VP Corporate Communications (EFH Corporate Services) | Direct Report(s): EVP Public Policy & External Affairs (EFH Corporate Services) | |
| | | VP Federal Advocacy (EFH Corporate Services) | Direct Report(s): EVP Public Policy & External Affairs (EFH Corporate Services) | |
| | | VP Community Affairs (EFH Corporate Services) | Direct Report(s): EVP Public Policy & External Affairs (EFH Corporate Services) | |
| | | VP Public Policy (EFH Corporate Services) | Direct Report(s): EVP Public Policy & External Affairs (EFH Corporate Services) | |
| | EVP & CFO (EFH Corporate Services) | Direct Report(s): EFH President & CEO (EFH Corp.) | | |
| | | SVP & Corporate Controller (EFH Corporate Services) | Direct Report(s): EVP & CFO (EFH Corporate Services) | |
| | | VP Risk Management (EFH Corporate Services) | Direct Report(s): EVP & CFO (EFH Corporate Services) | |
| | | VP Internal Audit (EFH Corporate Services) | Direct Report(s): EVP & CFO (EFH Corporate Services) | |
| | | SVP & CFO (TXU Energy) | Direct Report(s): EVP & CFO (EFH Corporate Services), EVP & CEO (TXU Energy) | |
| | | SVP & CFO (Luminant) | Direct Report(s): EVP & CFO (EFH Corporate Services), EVP & CEO (Luminant) | |
| | | SVP & Treasurer (EFH Corporate Services) | Direct Report(s): EVP & CFO (EFH Corporate Services) | |
| | | | VP Assistant Treasurer (EFH Corporate Services) | Direct Report(s): SVP & Treasurer (EFH Corporate Services) |
| | | SVP & General Tax Counsel (EFH Corporate Services) | Direct Report(s): EVP & CFO (EFH Corporate Services) | |
| | | | VP Tax Operations (EFH Corporate Services) | Direct Report(s): SVP & General Tax Counsel (EFH Corporate Services) |
| | | SVP Development & Corporate Strategy (EFH Corporate Services) | Direct Report(s): EVP & CFO (EFH Corporate Services) | |
| | | | VP Project Development (EFH Corporate Services) | Direct Report(s): SVP Development & Corporate Strategy (EFH Corporate Services) |
| | | SVP Planning & Assistant Treasurer (EFH Corporate Services) | Direct Report(s): EVP & CFO (EFH Corporate Services) | |
| | | | VP Planning (EFH Corporate Services) | Direct Report(s): SVP Planning & Assistant Treasurer (EFH Corporate Services) |
| | | SVP Chief Information Officer (EFH Corporate Services) | Direct Report(s): EVP & CFO (EFH Corporate Services) | |
| | | | VP Chief Information Security Officer (EFH Corporate Services) | Direct Report(s): SVP Chief Information Officer (EFH Corporate Services) |
| | | | VP IT Applications (EFH Corporate Services) | Direct Report(s): SVP Chief Information Officer (EFH Corporate Services) |
| | | | VP IT Governance & Strategy (EFH Corporate Services) | Direct Report(s): SVP Chief Information Officer (EFH Corporate Services) |
| | | | VP Supply Chain Business Services (EFH Corporate Services) | Direct Report(s): SVP Chief Information Officer (EFH Corporate Services) |
| | | | VP Supplier Diversity (EFH Corporate Services) | Direct Report(s): SVP Chief Information Officer (EFH Corporate Services) |
| | | | VP IT Infrastructure (EFH Corporate Services) | Direct Report(s): SVP Chief Information Officer (EFH Corporate Services) |
| | EVP & CEO (TXU Energy) | Direct Report(s): EFH President & CEO (EFH Corp.) | | |
| | | VP Chief People Officer (TXU Energy Retail) | Direct Report(s): EVP & CEO (TXU Energy), EVP HR & Administration (EFH Corporate Services) | |
| | | VP & Chief Legal Officer TXU Energy (TXU Energy Retail) | Direct Report(s): EVP & CEO (TXU Energy), EVP & General Counsel (EFH Corporate Services) | |
| | | SVP & CFO Energy (TXU Energy Retail) | Direct Report(s): EVP & CEO (TXU Energy), EVP & CFO (EFH Corporate Services) | |
| | | SVP & Chief Operating Officer (TXU Energy Retail) | Direct Report(s): EVP & CEO (TXU Energy) | |
| | | | VP Call Center Ops (TXU Energy Retail) | Direct Report(s): SVP & Chief Operating Officer (TXU Energy) |
| | | | VP Revenue Operations (TXU Energy Retail) | Direct Report(s): SVP & Chief Operating Officer (TXU Energy) |
| | | | VP & Chief Marketing Officer (TXU Energy Retail) | Direct Report(s): SVP & Chief Operating Officer (TXU Energy) |
| | | | VP Pricing & Analytics (TXU Energy Retail) | Direct Report(s): SVP & Chief Operating Officer (TXU Energy) |
| | | | VP Technology (TXU Energy Retail) | Direct Report(s): SVP & Chief Operating Officer (TXU Energy) |
| | | | VP Performance Excellence (TXU Energy Retail) | Direct Report(s): SVP & Chief Operating Officer (TXU Energy) |
| | | | VP Ops Dev & Transformation (TXU Energy Retail) | Direct Report(s): SVP & Chief Operating Officer (TXU Energy) |
| | | | VP Business Markets (TXU Energy Retail) | Direct Report(s): SVP & Chief Operating Officer (TXU Energy) |
| | EVP & CEO (Luminant) | Direct Report(s): EFH President & CEO (EFH Corp.) | | |
| | | VP & Chief Legal Officer (Luminant Power) | Direct Report(s): EVP & CEO (Luminant), EVP & General Counsel (EFH Corporate Services) | |
| | | VP Chief People Officer (Luminant Power) | Direct Report(s): EVP & CEO (Luminant), EVP HR & Administration (EFH Corporate Services) | |
| | | SVP & Chief Nuclear Officer (Luminant Power) | Direct Report(s): EVP & CEO (Luminant) | |
| | | | VP Nuclear Engineering & Support (Luminant Power) | Direct Report(s): SVP & Chief Nuclear Officer (Luminant Power) |
| | | | VP Site - Nuclear (Luminant Power) | Direct Report(s): SVP & Chief Nuclear Officer (Luminant Power) |
| | | SVP & CFO (Luminant) | Direct Report(s): EVP & CEO (Luminant), EVP & CFO (EFH Corporate Services) | |
| | | | VP Luminant Controller - Generation, Mining & Development (Luminant) | Direct Report(s): SVP & CFO (Luminant) |
| | | SVP & Chief Commercial Officer (Luminant Energy) | Direct Report(s): EVP & CEO (Luminant) | |
| | | | VP Fuels Management (Luminant Energy) | Direct Report(s): SVP & Chief Commercial Officer (Luminant) |
| | | | VP Origination (Luminant Energy) | Direct Report(s): SVP & Chief Commercial Officer (Luminant) |
| | | | VP Asset Management (Luminant Energy) | Direct Report(s): SVP & Chief Commercial Officer (Luminant) |
| | | | VP Commercial Pricing (Luminant Energy) | Direct Report(s): SVP & Chief Commercial Officer (Luminant) |
| | | | VP Power Trading & Structuring (Luminant Energy) | Direct Report(s): SVP & Chief Commercial Officer (Luminant) |
| | | | VP Structuring & Fundamentals (Luminant Energy) | Direct Report(s): SVP & Chief Commercial Officer (Luminant) |
| | | SVP Chief Fossil Officer (Luminant) | Direct Report(s): EVP & CEO (Luminant) | |
| | | | SVP Mining (Luminant Mining) | Direct Report(s): SVP Chief Fossil Officer (Luminant) |
| | | | | VP Mining Operations - Southern Region (Luminant Mining)  Direct Report(s): SVP Mining (Luminant Mining) |
| | | | | VP Mining Operations - Northern Region (Luminant Mining)  Direct Report(s): SVP Mining (Luminant Mining) |
| | | | SVP Power Services (Luminant Power) | Direct Report(s): SVP Chief Fossil Officer (Luminant) |
| | | | | VP Environmental (Luminant Power)  Direct Report(s): SVP Power Services (Luminant Power) |
| | | | | VP Construction Management (Luminant Power)  Direct Report(s): SVP Power Services (Luminant Power) |
| | | | SVP Fossil Generation (Luminant Power) | Direct Report(s): SVP Chief Fossil Officer (Luminant) |
| | | | | VP Northern Region - Generation (Luminant Power)  Direct Report(s): SVP Fossil Generation (Luminant Power) |
| | | | | VP Fossil Engineering & Support (Luminant Power)  Direct Report(s): SVP Fossil Generation (Luminant Power) |
| | | | | VP Southern Region - Generation (Luminant Power)  Direct Report(s): SVP Fossil Generation (Luminant Power) |

Note: Shading indicates employee is excluded from the Non-Insider Compensation Programs