# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**

Energy Future Holdings Corp.

**Case No.:**14–10979–CSS

**Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL

Please be advised that CSC Trust Company of Delaware, as indenture trustee filed a Request for Certification of Direct Appeal on 6/25/2014 regarding the Order Approving EFIH First Lien Settlement

The Request may be viewed at docket number 1123. The order on appeal may be viewed at docket number 873. Responses due by 7/9/2014.

David D. Bird
CLERK OF COURT

Date: 6/27/14
(VAN–464)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: JudyF          Page 1 of 10          Date Rcvd: Jun 27, 2014
                             Form ID: van464       Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2014.
aty        +Richard M. Cieri,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty        +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty        +Steven N. Serajeddini,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
            Andrew G. Devore, Esq.,   Ropes & Gray LLP,   Prudential Tower,   800 Boylston Street,
            Boston, MA  02199-3600
            D. Ross Martin, Esq.,   Rope & Gray LLP,   Prudential Tower,   800 Boylston Street,
            Boston, MA  02199-3600
           +J. Kate Stickles, Esq.,   Cole Schotz Meisel Forman & Leonard PA,
            500 Delaware Avenue, Suite 1410,   Wilmington, DE 19801-1496
            James H. Millar, Esq,   Drinker Biddle & Reath LLP,   1177 Avenue of the Americas,   41st Floor,
            New York, NY  10036-2714
           +James H.M. Sprayegen, PC, Esq.,   300 North LaSalle,   Chicago, IL 60654-3406
            Keith H. Wofford, Esq.,   1211 Avenue of the Americas,   New York, NY  10036-8704
            Michael S. Winograd, Esq.,   1211 Avenue of the Americas,   New York, NY  10036-8704
           +Nicholas J. Brannick, Esq.,   Cole Schotz Meisel Forman & Leonard, PA,
            500 Delaware Avenue, Suite 1410,   Wilmington, DE 19801-1496
           +Norman L. Pernick, Esq.,   Cole Schotz Meisel Forman & Leonard, PA,   500 Delaware Avenue,
            Suite 1410,   Wilmington, DE 19801-1496

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2014                          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2014 at the address(es) listed below:
          Aaron H Stulman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
           capacity as successor Indenture Trustee AStulman@ashby-geddes.com
          Adam G. Landis    on behalf of Creditor    NextEra Energy Resources, LLC landis@lrclaw.com,
           adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com,
           adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com,
           adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Ann M Kashishian    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
           kashishian@ccbllp.com,  dero@ccbllp.com;mccloskey@ccbllp.com
          Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders kashishian@ccbllp.com,  dero@ccbllp.com;mccloskey@ccbllp.com
          Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
           eastern.taxcivil@usdoj.gov
          Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
           ashley.bartram@texasattorneygeneral.gov,  Charlie.shelton@texasattorneygeneral.gov
          Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas
           ashley.bartram@texasattorneygeneral.gov,  Charlie.shelton@texasattorneygeneral.gov
          Ashley F. Bartram    on behalf of Interested Party    Texas Commission on Environmental Quality
           ashley.bartram@texasattorneygeneral.gov,  Charlie.shelton@texasattorneygeneral.gov
          Barry G. Felder    on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           bgfelder@foley.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Benjamin  Stewart    on behalf of Creditor   Pinnacle Technical Resources, Inc.
          bstewart@baileybrauer.com
          Brian  Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
          bschartz@kirkland.com;robert.gilmore@kirkland.com;savaria.harris@kirkland.com
          Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
          jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;a
          bernstein@paulweiss.com;aehrlich@paulweiss.com;mkatz@paulweiss.com;jkandelshein@paulweiss.com
          Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
          Christopher A. Ward    on behalf of Creditor    The Official Committee of Unsecured
          Creditors cward@polsinelli.com, LSuprum@Polsinelli.com
          Christopher B. Mosley    on behalf of Creditor    City of Fort Worth
          Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
          Christopher L. Carter    on behalf of Creditor    Pacific Investment Management Co. LLC
          christopher.carter@bingham.com,
          julia.frost-davies@bingham.com;jeffrey.sabin@bingham.com;alix.brozman@bingham.com
          Christopher M Hayes    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
          chayes@mnat.com, aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
          Christopher Page Simon    on behalf of Interested Party    American Stock Transfer & Trust Company
          LLC csimon@crosslaw.com, smacdonald@crosslaw.com;kbevans@crosslaw.com
          Corby Davin Boldissar    on behalf of Interested Party    BP America Production Company
          dboldissar@lockelord.com
          D. Ross Martin    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee rmartin@ropesgray.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Trading California Company
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Utilities Electric Company, Inc.
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
          defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Renewables Company LLC
          defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Valley NG Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Solutions Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown 3 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Finance (No. 2) Holdings Company
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mineral Development Company LLC
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Pipeline Company, Inc.
          defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Southwestern Electric Service Company, Inc.
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
          defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Energy Company, Inc.
          defranceschi@rlf.com, RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Electric Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Energy Industries Company, Inc.
          rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
                  rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
                  RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
                  RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    NCA Resources Development Company LLC
                  RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    LSGT Gas Company LLC defranceschi@rlf.com,
                  RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU SEM Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
                  RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    NCA Development Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EECI, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Big Brown Mining Company LLC
                  RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
                  RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Generation Development Company LLC
                  defranceschi@rlf.com,   RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
                  RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                  defranceschi@rlf.com,   RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                  RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Lake Creek 3 Power Company LLC
                  defranceschi@rlf.com,   RBGroup@rlf.com
              Daniel K. Astin   on behalf of Creditor    Atmos Energy Corporation dastin@ciardilaw.com,
                  jmcmahon@ciardilaw.com
              Daniel K. Astin   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
                  jmcmahon@ciardilaw.com
              Daniel K. Hogan   on behalf of Interested Party    Brake Supply Company, Inc. dkhogan@dkhogan.com,
                  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party    The Richards Group, Inc. dkhogan@dkhogan.com,
                  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Danielle M. Audette   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
                  jdisanti@whitecase.com/mco@whitecase.com
              David  Neier   on behalf of Creditor    Chicago Bridge & Iron Company N.V. dneier@winston.com,
                  dcunsolo@winston.com
              David Daniel Farrell   on behalf of Creditor    Martin Engineering Company
                  dfarrell@thompsoncoburn.com
              David Edward Leta   on behalf of Creditor    Headwaters Resources, Inc. dleta@swlaw.com,
                  wkalawaia@swlaw.com
              Dennis  Dunne, Esq.   on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
              Desiree M. Amador   on behalf of Creditor    Pension Benefit Guaranty Corporation
                  amador.desiree@pbgc.gov,   efile@pbgc.gov
              Diane W. Sanders   on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
              Diane W. Sanders   on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
              Donald K. Ludman   on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
              Edward M. Fox   on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
                  efox@polsinelli.com
              Edward Michael King   on behalf of Creditor    Sitel, LLC tking@fbtlaw.com,  dgioffre@fbtlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Edward O. Sassower   on behalf of Debtor   Energy Future Holdings Corp.
          Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
          andra@kirkland.com;Michael.esser@kirkland.com;Adrienne.levin@kirkland.com;aaron.slavutin@kirkland
          .com
          Elihu Ezekiel Allinson, III   on behalf of Creditor   Henry Pratt Company, LLC
          ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth Banda Calvo   on behalf of Creditor   Somervell County et al rgleason@pbfcm.com,
          ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
          Erica J. Richards   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors erichards@mofo.com
          Erik Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
          eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,khouston@nixonpeabody.com
          Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
          L.P. and Associated Individuals efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
          Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
          Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay   on behalf of Interested Party   Interest Holders efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
          L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
          jostrzega@milbank.com;jbrewster@milbank.com
          Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
          gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;karen@dkhogan.com
          George Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
          Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
          Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
          Gregory Alan Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in
          its capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
          Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
          jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
          artlett@whitecase.com;aaron.colodny@whitecase.com
          Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
          gweinstein@weinrad.com,  mrawson@weinrad.com;khaley@weinrad.com
          Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@phw-law.com
          Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
          hal.morris@texasattorneygeneral.gov
          Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
          hal.morris@texasattorneygeneral.gov
          Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
          hal.morris@texasattorneygeneral.gov
          Helen Elizabeth Weller   on behalf of Creditor   Tarrant County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Howard A. Cohen   on behalf of Interested Party   CITIBANK, N.A. howard.cohen@dbr.com
          J. Kate Stickles   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
          Indenture Trustee kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles   on behalf of Plaintiff   CSC Trust Company of Delaware, as Indenture Trustee
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Jacob A. Adlerstein   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
          Creditors jadlerstein@paulweiss.com
          James E. Huggett   on behalf of Creditor   URS Energy & Construction, Inc.
          jhuggett@margolisedelstein.com,  nvangorder@margolisedelstein.com
          James F. Bailey, Jr   on behalf of Interested Party Gabriel  Roberson jbailey@jfbailey.com,
          lharris@jfbailey.com
          James Halstead Millar   on behalf of Interested Party   CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee james.millar@dbr.com,
          Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
          James Michael Peck   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors jpeck@mofo.com
          James S. Carr   on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
          Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
          Jason A. Starks   on behalf of Creditor   Texas Office of Public Utility Counsel
          bk-jstarks@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
          sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
          Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    4Change Energy Company madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Brighten Energy LLC madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Generation MT Company LLC madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
          madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU SEM Company madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Southwestern Electric Service Company, Inc.
          madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
          madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
          rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| Jason M. Madron | on behalf of Debtor | TXU Energy Retail Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | EFH CG Management Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Oak Grove Power Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Collin Power Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | EEC Holdings, Inc. madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | EFH Corporate Services Company madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Energy Future Intermediate Holding Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Energy Future Competitive Holdings Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | EECI, Inc. madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | TXU Retail Services Company madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Big Brown 3 Power Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Luminant Mining Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Dallas Power & Light Company, Inc. madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Eagle Mountain Power Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Brighten Holdings LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | TXU Receivables Company madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Martin Lake 4 Power Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | EFIH Finance Inc. madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Luminant Holding Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | 4Change Energy Holdings LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | LSGT Gas Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Oak Grove Mining Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Valley NG Power Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Luminant Mineral Development Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | LSGT SACROC, Inc. madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Lone Star Pipeline Company, Inc. madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Big Brown Lignite Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | NCA Development Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | EFH Australia (No. 2) Holdings Company madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Sandow Power Company LLC madron@rlf.com, rbgroup@rlf.com |
| Jason M. Madron | on behalf of Debtor | Texas Utilities Electric Company, Inc. madron@rlf.com, rbgroup@rlf.com |

Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
 Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
 Seidlets jwisler@connollygallagher.com
Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
 jschlerf@foxrothschild.com
Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
 jschlerf@foxrothschild.com
Jeffrey R. Fine    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
 jfine@dykema.com, jrf5825@gmail.com,msikes@dykema.com,scompton@dykema.com
Jeffrey S. Sabin    on behalf of Creditor    Pacific Investment Management Co. LLC
 jeffrey.sabin@bingham.com
Jennifer Marines    on behalf of Creditor Committee    The Official Committee of Unsecured
 Creditors JMarines@mofo.com
Jennifer V. Doran    on behalf of Creditor    Invensys Systems, Inc. jdoran@haslaw.com,
 calirm@haslaw.com
Jeremy William Ryan    on behalf of Interested Party    Deutsche Bank AG New York Branch
 jryan@potteranderson.com, bankruptcy@potteranderson.com
Joanna Flynn Newdeck    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
 jnewdeck@akingump.com, ddunn@akingump.com
Joanna Flynn Newdeck    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
 Noteholders jnewdeck@akingump.com, ddunn@akingump.com
John A. Harris    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
John A. Morris    on behalf of Interested Party    Computershare Trust Company, N.A., and
 Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
 Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John D. Demmy, Esq   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric
          Power Company and AEP Texas North Company d/b/a American Electric Power Company
          jdd@stevenslee.com
          John D. McLaughlin, Jr.   on behalf of Creditor   Atmos Energy Corporation
          jmclaughlin@ciardilaw.com,   mflores@ciardilaw.com
          John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
          jstrock@foxrothschild.com,   dkemp@foxrothschild.com
          John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
          seaman@abramsbayliss.com,   farro@abramsbayliss.com
          John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
          john.stern@texasattorneygeneral.gov,   sherri.simpson@texasattorneygeneral.gov
          John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
          John P. Melko   on behalf of Creditor   ROMCO Equipment Co. jmelko@gardere.com,
          afothergill@gardere.com
          John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
          Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
          chatalian.jon@pbgc.gov,   efile@pbgc.gov
          Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@mccathernlaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC
          jmcmahon@ciardilaw.com,   mflores@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Atmos Energy Corporation jmcmahon@ciardilaw.com,
          mflores@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Red Ball Oxygen Company jmcmahon@ciardilaw.com,
          mflores@ciardilaw.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company of Canada
          jbrody@kramerlevin.com,   edaniels@kramerlevin.com;rschmidt@kramerlevin.com
          Joshua K. Brody   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors jbrody@kramerlevin.com,   edaniels@kramerlevin.com;rschmidt@kramerlevin.com
          Joshua K. Brody   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
          edaniels@kramerlevin.com;rschmidt@kramerlevin.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company, N.A.
          jbrody@kramerlevin.com,   edaniels@kramerlevin.com;rschmidt@kramerlevin.com
          Joshua Powers Searcy   on behalf of Creditor   D. Courtney Construction, Inc.
          joshsearcy@jrsearcylaw.com
          Judy Hamilton Morse   on behalf of Creditor   DEVON ENERGY CORPORATION
          judy.morse@crowedunlevy.com,   karen.martin@crowedunlevy.com/ecf@crowedunlevy.com
          Justin K. Edelson   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors jedelson@polsinelli.com,   LSuprum@Polsinelli.com
          Karen  Gartenberg   on behalf of Interested Party   CITIBANK, N.A. kgartenberg@milbank.com,
          efleck@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rkazi@milbank.com;bbice@milbank.com
          Karen C Bifferato   on behalf of Interested Party   Pacific Investment Management Company LLC
          ("PIMCO") kbifferato@connollygallagher.com
          Karen C Bifferato   on behalf of Creditor   Pacific Investment Management Co. LLC
          kbifferato@connollygallagher.com
          Katharine L. Mayer   on behalf of Interested Party   BOKF, NA d/b/a Bank of Arizona, as Successor
          Trustee kmayer@mccarter.com
          Kathleen A. Murphy   on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORP.
          kathleen.murphy@bipc.com,   tammy.rogers@bipc.com
          Kathleen M. Miller   on behalf of Creditor   Airgas USA, LLC kmiller@skjlaw.com,   eys@skjlaw.com
          Kathleen M. Miller   on behalf of Creditor   Valero Texas Power Marketing, Inc.
          kmiller@skjlaw.com,   eys@skjlaw.com
          Kay Diebel Brock   on behalf of Creditor   Travis County bkecf@co.travis.tx.us
          Keith Howard Wofford   on behalf of Interested Party   CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
          keith.wofford@ropesgray.com
          Kevin M Lippman   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
          klippman@munsch.com,   lpannier@munsch.com
          Kevin M. Capuzzi   on behalf of Creditor   Thermo Fisher Scientific Inc. kcapuzzi@pwujlaw.com
          Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon, as
          Indenture Trustee klawson@reedsmith.com
          Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon Trust
          Company, N.A., as Indenture Trustee klawson@reedsmith.com
          Kizzy Lyn Jarashow   on behalf of Creditor   Aurelius Capital Management, LP
          kjarashow@goodwinprocter.com
          Kristhy M. Peguero   on behalf of Interested Party   Borealis Infrastructure Management Inc.
          kristhy.peguero@skadden.com,
          debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
          Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
          kgwynne@reedsmith.com,   llankford@reedsmith.com
          Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., as
          Indenture Trustee kgwynne@reedsmith.com,   llankford@reedsmith.com
          L. John N. Bird   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
          jbird@foxrothschild.com,   spage@foxrothschild.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
lshipkovitz@tuckerlaw.com

Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com,    khall@foley.com

Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
Second Lien Group ljones@pszjlaw.com

Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
ljones@pszjlaw.com

Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
ljones@pszjlaw.com

Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
Objectors ljones@pszjlaw.com

Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,    efilel@pszyjw.com

Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
EFIH Second Lien Group ljones@pszjlaw.com

Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
Objectors ljones@pszjlaw.com,    efile@pszyj.com

Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
ljones@pszjlaw.com,    efile@pszyj.com

Laurie Selber Silverstein    on behalf of Interested Party    Deutsche Bank AG New York Branch
bankruptcy@potteranderson.com

Lee Harrington    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
lharrington@nixonpeabody.com

Lee B. Gordon    on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
decourts@mvbalaw.com,    vickie.covington@mvbalaw.com

Lindsay Zahradka    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
Noteholders lzahradka@akingump.com

Lindsay Zahradka    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
lzahradka@akingump.com

Lino Mendiola, III    on behalf of Interested Party    Titus County Fresh Water Supply District
No. 1 linomendiola@andrewskurth.com

Lino Mendiola, III    on behalf of Interested Party    Titus County Fresh Water Supply District
No. 1 linomendiola@andrewskurth.com

Marc J. Phillips    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
mphillips@mgmlaw.com

Marc J. Phillips    on behalf of Creditor    Steering Committee of Cities Served by Oncor
mphillips@mgmlaw.com

Maria A. Bove    on behalf of Interested Party    Computershare Trust Company, N.A., and
Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com

Mark Minuti    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
mminuti@saul.com,    rwarren@saul.com

Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com

Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com

Mark D. Olivere    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
olivere@ccbllp.com,    bankruptcyservice@ccbllp.com;dero@ccbllp.com

Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
olivere@ccbllp.com,    bankruptcyservice@ccbllp.com;dero@ccbllp.com

Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
MBrickley@cozen.com;dabernathy@cozen.com

Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com,    jsorrels@foley.com,
opetukhova@foley.com

Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
mdesgrosseilliers@wcsr.com,    klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
mdesgrosseilliers@wcsr.com,    klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
LLC mdesgrosseilliers@wcsr.com,    klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc.
mchehi@skadden.com,    debank@skadden.com

Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
mcguire@lrclaw.com,    adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. mcguire@lrclaw.com,
adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
mbrown@whitecase.com

Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
mlahaie@akingump.com

Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
Noteholders mlahaie@akingump.com

Michael Schein    on behalf of Creditor    First Union Rail Corporation mschein@vedderprice.com,
ecfnydocket@vedderprice.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
          debaecke@blankrome.com
          Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
          debaecke@blankrome.com,  moody@ecf.inforuptcy.com
          Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
          mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
          mbusenkell@gsbblaw.com
          Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
          by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
          smacdonald@crosslaw.com
          Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
          sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
          smacdonald@crosslaw.com
          Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
          matchley@popehardwicke.com
          Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
          matchley@popehardwicke.com
          Michelle McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
          Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
          mblacker@jw.com,  tsalter@jw.com;vnelson@jw.com
          Nicholas J. Brannick   on behalf of Plaintiff   CSC Trust Company of Delaware, as Indenture
          Trustee nbrannick@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
          nicole.mignone@texasattorneygeneral.gove
          Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
          Norman L. Pernick   on behalf of Plaintiff   CSC Trust Company of Delaware, as Indenture Trustee
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
          Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
          Indenture Trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
          Norman L. Pernick   on behalf of Plaintiff   CSC Trust Company of Delaware, as Indenture Trustee
          and Collateral Trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
          Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
          tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
          pwp@pattiprewittlaw.com
          Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
          bankfilings@ycst.com
          R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank AG New York Branch
          bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
          bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-robaldo@texasattorneygeneral.gov
          Raymond Howard Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          rlemisch@klehr.com
          Raymond Howard Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
          Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          rhayes@foley.com
          Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
          Richard A. Robinson   on behalf of Creditor   The Bank of New York Mellon, solely in its capacity
          as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
          Richard G. Mason   on behalf of Interested Party   Interest Holders rcstrauss@wlrk.com
          Richard G. Mason   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC,
          Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
          of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
          Richard L. Schepacarter   on behalf of U.S. Trustee   United States Trustee
          richard.schepacarter@usdoj.gov
          Robert  Szwajkos   on behalf of Creditor   FLSmidth Inc. rsz@curtinheefner.com
          Robert  Szwajkos   on behalf of Creditor   FLSMIDTH USA INC rsz@curtinheefner.com
          Robert J Myers   on behalf of Interested Party   Property Tax Partners rmyers@myers-hill.com,
          jfletcher@myers-hill.com

District/off: 0311-1        User: JudyF              Page 10 of 10            Date Rcvd: Jun 27, 2014
                           Form ID: van464         Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert J. Feinstein   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
          Robert K. Malone   on behalf of Interested Party   CITIBANK, N.A. robert.malone@dbr.com,
           brian.morgan@dbr.com
          Ryan M. Bartley   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
           bankfilings@ycst.com
          Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
           prentice@slollp.com
          Samuel  Ory   on behalf of Interested Party   BOKF, NA d/b/a Bank of Arizona, as Successor
           Trustee sory@fdlaw.com
          Scott D. Cousins   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
           Noteholders bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com;dero@ccbllp.com
          Scott D. Cousins   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
           bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com;dero@ccbllp.com
          Scott D. Cousins   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
           bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com;dero@ccbllp.com
          Sean A. O'Neal   on behalf of Interested Party   J. Aron & Company soneal@cgsh.com,
           maofiling@cgsh.com/afee@cgsh.com
          Shanti M. Katona   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors skatona@polsinelli.com, docket@polsinelli.com/LSuprum@Polsinelli.com
          Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Stacy L. Newman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
           capacity as successor Indenture Trustee snewman@ashby-geddes.com
          Stanley B. Tarr   on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
           moody@ecf.inforuptcy.com
          Stephanie  Wickouski   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
           Objectors stephanie.wickouski@bryancave.com, dortiz@bryancave.com
          Stephanie  Wickouski   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
           dortiz@bryancave.com
          Stephanie  Wickouski   on behalf of Defendant   Computershare Trust Company, N.A.
           stephanie.wickouski@bryancave.com, dortiz@bryancave.com
          Stephanie  Wickouski   on behalf of Defendant   Computershare Trust Company of Canada
           stephanie.wickouski@bryancave.com, dortiz@bryancave.com
          Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
           sstapleton@cowlesthompson.com
          Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
           stephen.lerner@squirepb.com
          Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
           capacity as Indenture Trustee smiller@morrisjames.com,
           wweller@morrisjames.com;jdawson@morrisjames.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
          Steven K. Kortanek   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
           skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
          Steven K. Kortanek   on behalf of Interested Party   CenterPoint Energy Resources Corp.
           skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
          Sundeep S. Sidhu   on behalf of Creditor   Siemens Power Generation Inc. sunny.sidhu@akerman.com,
           ginny.beebe@akerman.com
          Thomas D. Maxson   on behalf of Creditor   NOVA Chemicals Inc. tmaxson@cohenlaw.com,
           mgraeb@cohenlaw.com
          Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
          Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
           cathlyn.cantelmi@dbr.com
          Tyler D. Semmelman   on behalf of Debtor   Energy Future Holdings Corp. semmelman@rlf.com,
           rbgroup@rlf.com
          United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV
          W. Bradley Russell, Jr.   on behalf of Creditor   UNITED STATES OF AMERICA
           William.B.Russell@usdoj.gov, eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Warren A. Usatine   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee wusatine@coleschotz.com
          William A. Romanowicz   on behalf of Debtor   Energy Future Holdings Corp. Romanowicz@rlf.com,
           rbgroup@rlf.com
          William E Kelleher, Jr   on behalf of Creditor   Westinghouse Electric Company LLC
           wkelleher@cohenlaw.com, mgraeb@cohenlaw.com;bfilings@cohenlaw.com
          William M. Hildbold   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors WHildbold@mofo.com
          William P. Weintraub   on behalf of Creditor   Aurelius Capital Management, LP
           wweintraub@goodwinproctor.com, zhassoun@fklaw.com
          William Pierce Bowden   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in
           its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
                                                                                        TOTAL: 390