# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Energy Future Holdings Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), commenced on April 29, 2014 (the "Petition Date") have filed their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Michael L. Carter, Senior Vice President Corporate Planning and Assistant Treasurer of Energy Future Holdings Corp. ("EFH Corp."), in his capacity as an authorized agent at each of the Debtors, has signed the Schedules and Statements for each of the Debtors except (a) Luminant Energy Company LLC, (b) Luminant ET Services Company, and (c) Luminant Energy Trading California Company (collectively, the "Luminant Energy Entities"). Terry L. Nutt, Vice President Risk Management for EFH Corporate Services Company, in his capacity as an authorized agent at each of the Luminant Energy Entities, has signed the Schedules and Statements on behalf of the Luminant Energy Entities. In reviewing and signing the Schedules and Statements, Mr. Carter and Mr. Nutt have necessarily relied upon the efforts, statements, and representations of various personnel of the Debtors. Neither Mr. Carter nor Mr. Nutt has (nor could have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to be fully reconciled to the financial statements. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, the Debtors are unable to warrant or represent that the Schedules and Statements are without inadvertent errors, omissions, or inaccuracies some of which may be material.

### General Disclosures Applicable to Schedules and Statements

1.  <u>General Reservation of Rights</u>. Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission in their chapter 11 cases, including any issues involving substantive consolidation, equitable subordination, defenses, and/or Claims[2] or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2.  <u>References</u>. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

3.  <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4.  <u>Paid Claims</u>. The Bankruptcy Court authorized (but did not direct) the Debtors to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action such as filing Claims objections, as is necessary and appropriate to avoid over payment or duplicate payments for liabilities.

5.  <u>Amendments and Supplements</u>. While the Debtors made reasonable efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.

---

[2]  As used herein, the term "Claim" has the meaning set forth in section 101(5) of the Bankruptcy Code.

The Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

6. <u>Recharacterization</u>.    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.    The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

7. <u>Liabilities</u>.    The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.    As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

8. <u>Insiders</u>.    For purposes of the Schedules and Statements, persons listed as "Insiders" have been included for informational purposes. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.    Amounts paid on behalf of employees for life and disability coverage, which benefit the employees, have not been included.

9. <u>Intercompany Claims</u>.    Receivables and payables among the Debtors in these cases and their affiliates are reported on Schedule B and Schedule F, respectively.    For additional information about the Debtors' intercompany transaction protocols, see *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense* [D.I. 37].

10. <u>Intellectual Property Rights</u>.    Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.    Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.    The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.    Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

11.  Executory Contracts.  The Debtors have not set forth executory contracts as assets in the Schedules and Statements. The Debtors¶ H[HFXWRU\ FRQWUDFWV KDYH Schedule G.  In addition, the businesses of the Debtors are complex ² while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

12.  Setoffs.  The Debtors incur certain setoffs and other similar rights from customers or suppliers in the ordinary course of business.  Setoffs in the ordinary course can result from various items, including, but not limited to, intercompany transactions, pricing discrepancies, returns, refunds, debit memos, credits, and other disputes between the Debtors and their suppliers.  These normal setoffs and other similar rights are consistent with the ordinary course of business in the Debtors¶ LQGXVWULHV DQG FDQ EH SDUWLFXODU burdensome and costly for the Debtors to list such ordinary course setoffs.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, setoffs are not independently accounted for, and as such, certain set offs may be excluded from the Schedules and Statements.

13.  Claims Description.   Any failure to designate a Claim RQ D JLYHQ 'HEWR Sc KHGXOHV DQG 6WDWHPHQWV DV ³GLVSXWHG ´ ³FRQWLQJH DGPLVVLRQ E\ WKH 'HEWRU WKDW VXFK DPRXQW LV QRW The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such ClaimV DV ³GLVSXWHG ´ ³FRQWLQJHQW ´

14.  Excluded Assets and Liabilities.   The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including accrued salaries, employee benefit accruals, certain deposits, and deferred gains.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist.  In addition, certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

15.  Causes of Action.   Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements.  The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

16.  Confidential or Sensitive Information.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third-party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual.  Additionally, employee addresses have been removed from entries listed on the Schedules and Statements, where applicable.

17.  Current Market Value ² Net Book Value.  Unless otherwise indicated, the Schedules and Statements reflect net book values.  The Debtors reserve all rights related to the net book value reflected in the Schedules and Statements.

18. <u>Undetermined Amounts</u>    The description of an amount as "undetermined" is not intended to reflect upon w

19. <u>Totals</u>.    All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records as of the Petition Date. As of To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusiv

20. <u>Mechanic's</u> <u>Liens</u>.    The Inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanic's, materialmen, or similar liens.

21. <u>Letters of Credit</u>.    Amounts due and payable as of the Petition Date as listed herein do not reflect draws on letters of credit unless such draws were made by a third-party, non-Debtor or unless noted otherwise.

## General Disclosures Applicable to Statements

1. <u>Question 1</u>.    The revenue amounts listed in response to Question 1 include amounts received by the Debtors from other Debtors.

2. <u>Question 2</u>.    The amounts listed in response to Question 2 include amounts received by the Debtors from other Debtors.

3. <u>Question 3(b)</u>.    The information provided lists payments made by a Debtor on behalf of itself or on behalf of another Debtor in accordance with routine business practices. The response to Question 3(b) includes any disbursement or other transfer made by the Debtor except for those made to (a) insiders or other Debtors (which payments appear in response to Statement question 3(c)); (b) non-insider employees; and (c) bankruptcy professionals (which payments appear in response to Statement question 9).

4. <u>Question 3(c)</u>.    The amounts listed in response to question 3(c) include payments or transfers (including net allocations associated with the money pool amounts described in the Cash Management Motion) made to or from a Debtor to another Debtor during the one year preceding April 29, 2014.  To the extent the Debtor is a holder of a security issued by another Debtor, the Debtor periodically receives cash or stock distributions, or interest payments, and any such distributions or interest payments made in the one year preceding April 29, 2014 are set forth in the rider attached to Question 3(c).

5. <u>Question 8</u>.    The Debtors occasionally incur losses for a variety of reasons, including theft, bodily injury, and property damage.  Although such losses are tracked internally and subject to internal review processes before payments are authorized, the Debtors, may not have records of all such losses to the extent such losses do not have a material effect on a Debtor's businesses or are not reported for insura

6. <u>Question 9</u>.    The response to Question 9 identifies which Debtor made a payment in the first instance on behalf of professionals the Debtors seek to retain under section 327 of the Bankruptcy Code and does not reflect subsequent intercompany allocations of payments.  In

addition, for any given payment, multiple Debtor entities may have made a partial payment. For a complete analysis of any Debtor entity that may have made a partial payment with respect to any payment obligation, please see collectively the response to Question 9 set forth for EFH Corp., ., EFH Corporate Services Company, Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, Texas Competitive Electric Holdings Company LLC

7.  Question 15.  The Debtors have only listed changes to the address of the corporate headquarters and have excluded any changes of address for ancillary locations or facilities.

8.  Question 20.  Energy Future Holdings Corp. maintains various Sarbanes-Oxley controls related to the various inventories and the inventory measurement processes used by the Debtors. These controls are reviewed on a monthly, quarterly, or annual basis, depending on the specific controls.

9.  Question 21.  Every individual identified on the rider attached to the applicable Debtor in response to Question 21 was formally voted in by vote of the board of directors or board of managers, as applicable.

10.  Question 22.  Any response to Question 22 includes only those individuals that have terminated their relationship with the listed Debtor as either a director or officer, and does not include individuals that have simply changed their title but who have otherwise maintained their relationship as a director or officer.

## General Disclosures Applicable to Schedules

1.  Classifications.  Listing a Claim (a) on Schedule D as "Secured," (b) on Schedule E as "Priority," or (c) on Schedule F as "Unsecured," or for a contract "Unexpired" does not in each case constitute an admission of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

2.  Schedule A.  Except where otherwise noted, the Debtors have included the book value of owned real property assets held by each Debtor on Schedule A. Certain de minimis real property assets that are not reported or tracked centrally may have been excluded.

3.  Schedule B.  Certain of the Debtors' machinery, fixtures, equipment, and supplies used in business are not capitalized in some situations, generally because the related dollar amounts are not material, and, consequently, may not be listed on Schedule B. To the extent a Debtor is party to one or more ISDAs, EEI, and/or master netting agreements that provide for the mutual netting of payment and/or collateral obligations, the amounts listed for such Debtor in Schedule F reflect such mutual netting. Notwithstanding the foregoing, the Debtors reserve all rights related to the netting provisions provided for in such ISDAs, EEIs, and master netting agreements.

4.  Schedule D.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim.

All Claims listed on Schedule D, however, appear to have arisen or were incurred before the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to G L V S X W H   R U   F K D O O H Q J H   W K H   V H F X U L W \   R U   D Q \   V X V W U X F W X U H   R I   D Q \   V X F K   W U D Q V D F W L R Q   R U   D Q \   G R F X P H Q W Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' S U H S H W L W L R Q   V H F X facilities, only the administrative agents have been listed for purposes of Schedule D. The amounts outstanding under the Debtors' prepetition loan facilities reflect approximate amounts as of the Petition Date.

5.    Schedule E. The listing of any Claim on Schedule E does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any Claim on any basis at any time. All Claims listed on the Debtors' Schedule E are Claims owing to various taxing authorities to which the Debtors may potentially be liable. Certain of such Claims, however, may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining Claims listed on Schedule E. Accordingly, the Debtors have listed all such Claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues.

6.    Schedule F. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtors. In addition, certain Claims listed on Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule F contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined," contingent, unliquidated, and disputed in the Schedules and Statements except to the extent such Claims have already escheated to the estate. Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

The Debtors assumed current customer contracts and established October 27, 2014, as the bar date for customer Claims prior to (the "Customer Bar Date"). To others the Debtors' claims and noticing agent, Epiq, completed its service of the Customer Bar Date materials on April 30, 2014 [D.I. 212]. Since the Customer Bar Date was established, approximately 2,100 customer Claims have been filed on the Epiq claims register. Such Claims have not been listed on this Schedule F but may be found on the claims register.

The Debtors are aware that certain customers outside above, may be disputing the rates the Debtors charge or have charged and the services the Debtors is providing or has provided, and the Debtor reserves all rights related to such disputes, whether or not scheduled herein.

Schedule G. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Each unexpired lease listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, subordination, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor to which such executory contracts or unexpired leases. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

In addition, certain of the Debtors, along with other Debtors, are party to a Restructuring Support Agreement with certain of their financial stakeholders. For a full list of the Debtors that are party to each Debtor signatory's (a party to the RSA, please review each Debtor's Schedule G.

Finally, although the Debtors maintain insurance policies for the benefit of every Debtor, the Debtor EFH Corp. is the named insured on each of the insurance policies. As a result, all of

the Debtors' insurance policies are listed on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

7.    Schedule H.    For purposes of Schedule H, only the agent under the prepetition loan facility is listed for Claims arising thereunder.        Instead, all such listings can be found on the applicable Debtor's Schedule H (see Global Note 46).

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

### District Of Delaware

In re    Dallas Power & Light Company, Inc.        ,                    Case No. 14-11000 (CSS)
                         Debtor

                                                                 Chapter 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $         0.00 | | |
| B - Personal Property | | 5 | $         0.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | 1 | | $         0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 2 | | $         0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 98 | | $         0.00 | |
| G - Executory Contracts and Unexpired Leases | | 1 | | | |
| H - Codebtors | | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $         N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $         N/A |
| **TOTAL** | | 111 | $         0.00 | $         0.00 | |

B6A (Official Form 6A) (12/07)

In re   **Dallas Power & Light Company, Inc.**                    ,                    Case No.   14-11000 (CSS)
          **Debtor**                                                                                                    **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ▶ | $ 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Dallas Power & Light Company, Inc.**                    ,          Case No.  **14-11000 (CSS)**
                    **Debtor**                                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached rider | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re   **Dallas Power & Light Company, Inc.**                ,          Case No. **14-11000 (CSS)**
                  **Debtor**                                                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re   Dallas Power & Light Company, Inc.                    ,          Case No. 14-11000 (CSS)
                          Debtor                                                    (If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____2_____ continuation sheets attached     Total ▶     | $ 0.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

**In re: Dallas Power & Light Company, Inc.**        **Case No. 14-11000 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
#### Rider B.9 - Interests In Insurance Policies

| Insurance Company | Type of Policy | Policy Number | Surrender or Refund Value |
|---|---|---|---|
| STARR INDEMNITY AND LIABILITY COMPANY | Auto Liability | SISIPCA08293814 | Undetermined |
| FEDERAL | Crime | 6804-3186 | Undetermined |
| ACE | D&O | DOX G23642554 004 | Undetermined |
| AIG | D&O | 01-310-18-13 | Undetermined |
| ASSOCIATED ELECTRIC AND GAS INSURANCE | D&O | DP5027912P | Undetermined |
| AXIS | D&O | MHN763305/01/2012 | Undetermined |
| BEAZLEY | D&O | BSLX505120706 | Undetermined |
| BEAZLEY | D&O | W15147140101 | Undetermined |
| ENDURANCE | D&O | ADX10003789200 | Undetermined |
| ENERGY INSURANCE MUTUAL (EIM) | D&O | 292730-14DO | Undetermined |
| HCC | D&O | 14-MGU-12-A27765 | Undetermined |
| MONITOR | D&O | 11140872 | Undetermined |
| NAVIGATORS | D&O | SPRDR1200355/SPRDR1200464 | Undetermined |
| RLI | D&O | EPG0010701 | Undetermined |
| RSUI (CRC) | D&O | NHS648633 | Undetermined |
| RSUI (CRC) | D&O | NHS648674 | Undetermined |
| STARR | D&O | SISIXFL21039512 | Undetermined |
| STARR | D&O | SISIXFL21098412 | Undetermined |
| TORUS | D&O | 07081C141ASP | Undetermined |
| XL SPECIALTY INSURANCE COMPANY | D&O | ELU127420-12 | Undetermined |
| FEDERAL | Employed Lawyers | 8225-6974 | Undetermined |
| ARGO RE (BERMUDA) | Excess Liability | ARGO-CAS-CM-000397.3 | Undetermined |
| ASSOCIATED ELECTRIC AND GAS INSURANCE | Excess Liability | XL5147502P | Undetermined |
| CHUBB ATLANTIC INDEMNITY LTD. (BERMUDA) | Excess Liability | 3310-18-72 | Undetermined |
| ENERGY INSURANCE MUTUAL (EIM) | Excess Liability | 252526-13GL | Undetermined |
| OIL CASUALTY INSURANCE, LTD. (OCIL) | Excess Liability | U920340-08163 | Undetermined |
| XL INSURANCE (BERMUDA) LTD. | Excess Liability | BM0027152L and BM0027153L | Undetermined |
| ASSOCIATED ELECTRIC AND GAS INSURANCE | Fiduciary | FP5030512P | Undetermined |
| AXIS | Fiduciary | MHN769835/01/2012 | Undetermined |
| ENERGY INSURANCE MUTUAL (EIM) | Fiduciary | 27274-14FL | Undetermined |
| XL SPECIALTY INSURANCE COMPANY | Fiduciary | ELU127421-12 | Undetermined |
| STARR SURPLUS LINES INS CO. | General Liability | SISINRG00104913 | Undetermined |
| STARR AVIATION ON BEHALF | Non-Owned Aviation | 9958-3119-04 | Undetermined |

**In re: Dallas Power & Light Company, Inc.**                                   **Case No. 14-11000 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.9 - Interests In Insurance Policies

| Insurance Company | Type of Policy | Policy Number | Surrender or Refund Value |
|---|---|---|---|
| NUCLEAR ENERGY LIABILITY INSURANCE ASS | Nuclear Liability | NF-274, N-90, N-119, NW-631, NS-440 | Undetermined |
| EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR | Nuclear Property | A14/57/2012/0 | Undetermined |
| NUCLEAR INSURANCE INSURANCE LIMITED | Nuclear Property | P14-061, X14-062, E14-062,NSIC14-061 | Undetermined |
| ASSOCIATED ELECTRIC AND GAS INSURANCE | Professional Liability | EO5146602P | Undetermined |
| FM GLOBAL | Property / Replacement Power | JV394 (PRE)/JW001 (POST) | Undetermined |
| HCC | Special Crime | | Undetermined |
| LIBERTY MUTUAL/SAFECO | Surety | TB1-691-004224-042 | Undetermined |
| STARR INDEMNITY AND LIABILITY COMPANY | Workers Compensation | 100 0001083-01 | Undetermined |

TOTAL _____ Undetermined

In re   Dallas Power & Light Company, Inc.           ,          Case No. 14-11000 (CSS)
_____          _____
                    **Debtor**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[x]   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_0_ continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal ▶ (Total of this page) | $ 0.00 | $0.00 |
| Total ▶ (Use only on last page) | $ 0.00 | $0.00 |
|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re   **Dallas Power & Light Company, Inc.**                      ,              Case No. **14-11000 (CSS)**
                        **Debtor**                                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[x]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ]    **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]    **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ]    **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]    **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (04/13) – Cont.**

In re  <u>Dallas Power & Light Company, Inc.</u>            ,              Case No. <u>14-11000 (CSS)</u>
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

☐    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**

<u>　0　</u>  **continuation sheets attached**

In re __Dallas Power & Light Company, Inc.__ ,          Case No. __14-11000 (CSS)__
                         Debtor                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A1 ALL AMERICAN SEPTIC SERVICE<br>3142 SPRINGFIELD<br>DALLAS, TX 75232 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ABBOTT LABORATORIES<br>CORPORATION REGULATORY AFFAIRS<br>ABBOTT PARK<br>NORTH CHICAGO, IL 60064 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALCATEL NETWORK SYSTEMS, INC. (ROCKWELL INT. CORP<br>1225 ALMA ROAD<br>RICHARDSON, TX 75081 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| | | | | | Subtotal ▶ | | $ 0.00 |

_97_ continuation sheets attached

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**          ,          Case No.   **14-11000 (CSS)**
 　　　　　　　　 **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ALFORDS WAREHOUSE PO BOX 225088 DALLAS, TX 75265 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  ALLEGHENY INTERNATIONAL LANDSIDE TERMINAL, 4TH FLOOR, MEZZ PO BOX 12370 PITTSBURG, PA 15231-0370 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  ALLIED CHEMICAL COMPANY UNION TEXAS PETROLEUM DIVISION ROUTE2 GAINSVILLE, TX 76240 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  ALLSTATE TRANSMISSION 11571 REEDER ROAD DALLAS, TX 75229 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  AMCHEM PRODUCTS, INC. 1312 EAST 14TH STREET PLANO, TX 75074 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _1_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**          ,          Case No.    **14-11000 (CSS)**
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN ANNUITY GROUP, SUCCESSOR SPRAGUE ELECTRIC 49 E 4TH ST CINCINNATI, OH 45202 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN CYANAMID 600 N. JONES STREE FORT WORTH, TX 76106 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN NORIT, INC. JOHN E. RECTENWALD, MANUFACT DIRECTOR PO BOX 790 MARSHALL, TX 75671 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN SPILL CONTROL,INC. 5419 OWENWOOD DALLAS, TX 75223 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ANADITE, INC. ATTN: D'ANNA SOENGES, VP,AGENT 711 W. HURST BLVD. HURST, TX 76053 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.   2  of   97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**              ,        Case No.   **14-11000 (CSS)**
_____                                      _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ANADITE, INC.<br>10647 GARFIELD AVE<br>SOUTH GATE, CA 90280 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ANDREWS TRANSMISSION<br>F C HEEP,PRESIDENT<br>1606 SOUTH BAARRY AVE<br>DALLAS, TX 75671 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ARATEX SERVICES, INC.<br>8204 ELMBROOK<br>SUITE 255<br>DALLAS, TX 75247 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ARK DELIVERY<br>2306 SPRINGLAKE<br>DALLAS, TX 75234 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ARKLA-TEX WASTE OIL<br>3801 MCCOY DR<br>BOSSIER CITY, LA 71111 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ARMSTRONG WAREHOUSE<br>PO BOX 47131<br>DALLAS, TX 75247 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _3_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**          ,          Case No.   **14-11000 (CSS)**
          Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T<br>J. L. ROBERTSON, JR., AGENT<br>PO BOX 31111<br>SHREVEPORT, LA 71130-1111 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AT&T GLOBAL INFORMATION SOLUTIONS (FNA NCR CORP)<br>3097 SATELLITE BLVD<br>DULUTH, GA 30096 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AT&T GLOBAL INFORMATION SOLUTIONS CO<br>ATTN: KAREN KOWAL, SR. ATTY., AGENT<br>1700 S. PATTERSON BLVD.<br>DAYTON, OH 45479 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ATP RESULTS<br>TODD TURNER,PRESIDENT<br>201 WALNUT ST<br>MONROE, LA 71201 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AXELSON, INC.<br>ATTN: JIM MCMICHAEL,SR.VP,GENL. MGR.<br>PO BOX 2427<br>LONGVIEW, TX 75606 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  4  of  97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**        ,        Case No.   **14-11000 (CSS)**
                        **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AXELSON, INC.<br>8130 INDIAN PEAKS AVE<br>ERIE, CO 80516 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AXELSON, INC.<br>110 INDUSTRIAL BLVD. EAST<br>LONGVIEW, TX 75602 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AZTEC MANUFACTURING CO.<br>PO BOX 668<br>GOWLEY, TX 76036 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>B & M MACHINE CO.<br>3524 RAIDER DRIVE<br>HURST, TX 76053 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>B & M MACHINE COMPANY<br>PO BOX 1528<br>HURST, TX 76053 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BARKER CHEMICAL CO.<br>2500 S. SENOUR AVE.<br>CHICAGO, IL 60608 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _5_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**          ,          Case No.   **14-11000 (CSS)**
_____          _____
Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BARKER CHEMICAL CO.<br>653 EAST 154TH STREET<br>SOUTH HOLLAND, IL 60473 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAXTER OIL SERVICE<br>6454 INDUSTRIAL RD #100<br>BEAUMONT, TX 77705 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BEN E. KEITH<br>ADDRESS ON FILE | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BERGEN BRUNSWIG CORPORATION<br>4000 METROPOLITAN DRIVE<br>ORANGE, CA 92668 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BFI, INC.<br>PO BOX 3151<br>HOUSTON, TX 77001 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BILLY COX TRUCKING<br>ADDRESS ON FILE | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no.   6  of  97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                    ,          Case No.    14-11000 (CSS)
         _____                                     _____
                  Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BIO-ECOLOGY SYSTEMS<br>2775 COOK'S CREEK<br>DALLAS, TX 75234 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BIO-ECOLOGY SYSTEMS, INC.<br>2775 COOKS CREEK<br>DALLAS, TX 75234 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOOTH, INC.<br>2310 MCDANIEL DR.<br>CARROLLTON, TX 75006 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOOTH, INC.<br>1725 SANDY LAKE ROAD<br>CARROLLTON, TX 75006 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOOTH, INC.<br>TOM KELLY, COMPTROLLER, AGENT<br>2007 ROYAL LANE<br>DALLAS, TX 75229 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  7  of  97  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __Dallas Power & Light Company, Inc._____ ,      Case No. __14-11000 (CSS)_____
             Debtor                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BOOTH, INC.<br>PO BOX 17858<br>PORTLAND, MA 04112 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BORDEN CHEMICAL CO.<br>3221 E RANDOLL MILL RD.<br>ARLINGTON, TX 76011 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BORDEN CHEMICAL COMPANY<br>3221 E. RANDOL-MILL RD.<br>ARLINGTON, TX 76011 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BORDEN, INC.<br>277 PARK AVE.<br>NEW YORK, NY 10172 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRIGHT TRUCK LEASING CO.<br>CHARLES LAWSON,PRESIDENT<br>2761 OAKLAND ST.<br>GARLAND, TX 75041 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN & ROOT<br>SUSAN PONCE, SENIOR COUNSEL<br>4100 CLINTON DR.<br>HOUSTON, TX 77020 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. __8_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**              ,       Case No.   **14-11000 (CSS)**
_____Debtor_____                        _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROWNING FERRIS INDUSTRIES<br>757 NORTH ELDRIDGE<br>ATTN: RUFUS WALLINGFORD<br>HOUSTON, TX 77079 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRYAN V. HOLMAN<br>ADDRESS ON FILE | X | | Potential Litigation Claim - Matter Number: 2011-27191, CC-11-02945-A | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BUCKLEY OIL COMPANY OF DALLAS<br>1809 ROCK ISLAND<br>DALLAS, TX 75207 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BURLAND ENTERPRISES,INC.<br>PETER BURLAND,PRESIDENT<br>4605 POST OAK RD. #210<br>HOUSTON, TX 77027 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAMPBELL SOUP CO.<br>PO BOX 116<br>PARIS, TX 75460 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAMPBELL SOUP CO.<br>CAMPBELL PLACE<br>CAMDEN, NJ 08101 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _9_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                    ,          Case No.   **14-11000 (CSS)**
       Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAMPBELL SOUP CO.<br>ATTN: LINDA TOEPL, AGENT<br>CAMPBELL PLACE<br>CAMDEN, NJ 08103 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAMPBELL TAGGART<br>6211 LEMMON<br>DALLAS, TX 75209 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAPSULE PRODUCTS<br>BOX 20431<br>DALLAS, TX 75230 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARL P. WALLACE & COMPANY<br>10742 STEMMONS<br>DALLAS, TX 75220 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARNATION CO.<br>5045 WILSHIRE BLVD.<br>LOS ANGELES, CA 90036 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARNATION CO. (CAN DIVISION)<br>1500 E. BROAD<br>MANSFIELD, TX 76063 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _10_ of  _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**                    ,                    Case No.   **14-11000 (CSS)**
          —————————————————————                                             ——————————————————
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARNATION COMPANY INC.<br>C/O NESTLE FOOD COMPANY INC.<br>800 N. BRAND BOULEVARD<br>GLENDALE, CA 91203 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARRIER AIR CONDITIONING<br>PO BOX 2010<br>TYLER, TX 75710 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARRIER AIR CONDITIONING<br>ROBERT E. GALLI,VP/GENERAL COUNSEL<br>ONE CARRIER PLACE<br>FARMNGTON, CT 06034 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARRIER CORPORATION<br>ROBERT GALLI, AGENT, VP & GENL.CNSEL<br>ONE CARRIER PLACE<br>FARMINGTON, CT 06034 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CARRIER CORPORATION<br>ONE CARRIER PLACE<br>FARMINGTON, CT 06032 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _11_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**           ,                    Case No.   **14-11000 (CSS)**
        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CARVER, INC, (MURRAY-CARVER) <br> ONE LUMMUS DRIVE <br> SAVANNAH, GA 31422 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CARVER, INC. <br> ATTN: JOHN EKE, PRESIDENT <br> 115 COLEMAN BLVD. <br> SAVANNAH, GA 31408 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CENTRAL FREIGHT LINES <br> 1200 EASTSIDE DRIVE <br> WICHITA FALLS, TX 76301 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CENTRAL FREIGHT LINES <br> 1800 EASTSIDE DRIVE <br> WICHITA FALLS, TX 76301 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CENTRAL FREIGHT LINES <br> PO BOX 905 <br> FORT WORTH, TX 76101 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _12_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                    ,          Case No.   **14-11000 (CSS)**
_____                              _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CENTRAL POWER & LIGHT COMPANY RUSSELL W. DRAVES,MGR. WATER QUAL. PO BOX 660164 DALLAS, TX 75266-0164 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. CENTRAL VOLKSWAGON 601 S. CENTRAL EXPRESSWAY RICHARDSON, TX 75201 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. CERTAINTEED 4333 IRVING BLVD. DALLAS, TX 75247 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. CHAMPION INTERNATIONAL CORPORATION ONE CHAMPION PLAZA STAMFORD, CT 06921 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. CHANNEL SHIPYARD MIKE BAILEY,COMPLIANCE MGR. PO BOX 926 HIGHLANDS, TX 77562 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _13_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►     $ 0.00

Total ►     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                    ,        Case No.    **14-11000 (CSS)**
                      **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHAPARRAL STEEL CO.<br>TOMMY A. VALENTA, EXEC.VP<br>300 WARD RD.<br>MIDLOTHIAN, TX 76065 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHEMCENTRAL CORPORATION<br>WILLIAM MULLIKEN, VP &<br>GENL.CNSEL.<br>PO BOX 730<br>BEDFORD PARK, IL 60499 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHEMETRON<br>C/O SUNBEAM-OSTER EQUITIES<br>ONE CITIZENS PLAZA<br>PROVIDENCE, RI 02903 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHEMETRON<br>1233 ROUND TABLE<br>DALLAS, TX 75247 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHEMETRON CORP.<br>JOSEPH BRENDEL, AGENT<br>THORP, REED & ARMSTRONG<br>PITTSBURGH, PA 15222 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _14_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.** _____ ,          Case No.  **14-11000 (CSS)** _____
         **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHEMETRON INVESTMENTS, INC.<br>906 OLIVE ST<br>ST. LOUIS, MO 63101 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHEMICAL EXPRESS<br>4645 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CITY MOTOR SUPPLY ,INC.<br>JOHN GILBERT<br>MCELREATH,PRESIDENT<br>11670 HARRY HINES BLVD<br>DALLAS, TX 75229 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CITY OF DALLAS<br>RONALD STUTES,ASST.CITY ATTORNEY<br>1500 MARILLA<br>DALLAS, TX 75201 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CITY OF JEFFERSON<br>102 NORTH POLK STREET<br>JEFFERSON, TX 75657 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _15_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**          ,          Case No.   **14-11000 (CSS)**
　　　　　　　　**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CITY OF PLANO <br> THOMAS MUEHLENBECK,CITY MGR. <br> 1520 AREK <br> PLANO, TX 75074 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLARKE CHECKS,INC <br> GORDON TATE,SAFETY & ENV. MGR. <br> 5734 FARINON DR. <br> SAN ANTONIO, TX 78249 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CLEMENTS OIL CORPORATION <br> 202 2ND ST <br> ATLANTA, TX 75551 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COLLINS RADIO <br> 1200 N. ALMA ROAD <br> RICHARDSON, TX 75080 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COLLINS RADIO <br> C/O ROCKWELL INTERNATIONAL <br> 2201 SEAL BEACH BOULEVARD <br> SEAL BEACH, CA 90740 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.   16  of   97  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.** ,  Case No. **14-11000 (CSS)**
  Debtor  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CONSOLIDATED CASTING CORP. 11616 HARRY HINES BLVD. DALLAS, TX 75229 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  CONSOLIDATED CASTING CORP. 2425 CAROLINE ST. DALLAS, TX 75201 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  CONTINENTAL CAN CO./CROWN BEVERAGE WILLIAM GALLAGHER,ASST.GENL. COUNSEL 1 CROWN WAY PHILADELPHIA, PA 19154 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  CONTROL DISPOSAL CO. HERMAN GOLDFADDEN 3522 DIVIDEND ST. GARLAND, TX 75042 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  CONVALESCENT CEN 4005 GASTON AVENUE DALLAS, TX 75246 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _17_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                    ,          Case No.    **14-11000 (CSS)**
_____            _____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CONVERTERS INK CO.<br>C/O ICI AMERICAN HOLDINGS, INC.<br>ONE ROLLINS PLAZA<br>WILMINGTON, DE 19897 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CONVERTERS INK CO.<br>THOMAS MCGOWAN,AGENT<br>MCGRATH,NORTH,MULLIN & KRATZ,PC<br>OMAHA, NE 68102 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CONVERTERS INK CO.<br>PO BOX 47765<br>5117 NORWOOD ROAD<br>DALLAS, TX 75247 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COOPER AIRMOTIVE, INC.<br>C/O RYDER-AVIALL INC.<br>9311 REEVES STREET<br>DALLAS, TX 75235 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COOPER AIRMOTIVE, INC.<br>AVIALL OF TEXAS<br>PO BOX 7086<br>DALLAS, TX 75209 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _18_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __Dallas Power & Light Company, Inc._____ ,                    Case No. ___14-11000 (CSS)_____
               Debtor                                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COOPER INDUSTRIES, INC.<br>PO BOX 4446<br>HOUSTON, TX 77210-4446 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COORS DIST.<br>DENNIS NAUSLAR,PRESIDENT<br>2601 COCKRELL<br>DALLAS, TX 75313 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CORE LABORATORIES<br>PO BOX 47547<br>DALLAS, TX 75247 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CORE LABORATORIES<br>C/O WESTERN ATLAS INTERNATIONAL<br>10205 WESTHEIMER<br>HOUSTON, TX 77042 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COSDEN OIL & CHEMICAL COMPANY<br>C/O FINA OIL & CHEMICAL COMPANY<br>8350 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75206 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __19_ of _97__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**    ,                    Case No.  **14-11000 (CSS)**
_____                          _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COSDEN OIL & CHEMICAL COMPANY<br>PO BOX 1311<br>BIG SPRINGS, TX 79720 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CPL INDUSTRIES<br>JAMES SERAFINO,DEPTY.GENL.COUNSEL<br>300 PARK AVENUE<br>NEW YORK, NY 10022 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CTU OF DELEWARE, INC.<br>1215 W. CROSBY RD.<br>CARROLLTON, TX 75006 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CUMMINS SALES & SERVICE<br>C/O CUMMINS SOUTHERN PLAINS<br>600 N. WATSON RD.<br>ARLINGTON, TX 76011 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CUMMINS SALES & SERVICE<br>3707 IRVING BLVD.<br>DALLAS, TX 75247 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __20_of__97__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**          ,          Case No.   **14-11000 (CSS)**
_____Debtor_____                                      _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CUMMINS SALES & SERVICE<br>JOE FREEMAN,REGISTERED AGENT<br>4424 GLEN OAKS DR.<br>FLOWER MOUND, TX 75028 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undermined |
| ACCOUNT NO.<br><br>CUPLEX<br>1500 E. HWY 66<br>GARLAND, TX 75040 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undermined |
| ACCOUNT NO.<br><br>CUPLEX<br>2640 NATIONAL PLACE<br>GARLAND, TX 75041 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undermined |
| ACCOUNT NO.<br><br>CUPLEX, INC.<br>1500 HIGHWAY 66<br>GARLAND, TX 75040 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undermined |
| ACCOUNT NO.<br><br>CUPLEX,INC.<br>JEFF RYNO,EXEC.VP,AGENT<br>1500 E. HIGHWAY 66<br>GARLAND, TX 75040 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undermined |

Sheet no.  _21_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**               ,          Case No.   **14-11000 (CSS)**
_____               _____
                              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> D & D RADIATOR AND MUFFLER <br> JANET BLAKE,OWNER <br> 7022 BRUTON RD. <br> DALLAS, TX 75217 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DAIRY PAK <br> PO BOX 11098 <br> 1901 WINDSOR PL. <br> FT. WORTH, TX 76110 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DAIRY-PAK, A DIVISION OF <br> MELINDA <br> KEMP,AGENT,ENV.PROJ.ADMIN. <br> CHAMPION INTERNATIONAL <br> CORPORATION <br> STANFORD, CT 06921 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DAL-WORTH PAINT MFG. CO. <br> PO BOX 173 <br> MESQUITE, TX 75149 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DAL-WORTH PAINT MFG. CO. <br> 700 W KEARNEY ST <br> MESQUITE, TX 75149 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __22_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  <u>Dallas Power & Light Company, Inc.</u>    ,                    Case No.  <u>14-11000 (CSS)</u>
                  **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DALCHEM CORPORATION<br>1106 N. HWY 360<br>GRAND PRAIRIE, TX 75050 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DALLAS POWER & LIGHT<br>1506 COMMERCE<br>DALLAS, TX 75201 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DALLAS POWER * LIGHT CO.<br>DEBORAH<br>A.BOYLE,ENV.ELECTRIC & GAS<br>OPS.MGR.<br>DALLAS, TX 75201 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DANIEL OIL<br>JO PEASE,PRESIDENT<br>PO BOX 935<br>GREENVILLE, TX 75403-0935 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DART<br>BIAN<br>BEVERLY,ASST.GENL.COUNSEL<br>PO BOX 660163<br>DALLAS, TX 75266=0163 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. <u> 23 </u>of<u> 97 </u>continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**         ,          Case No.   **14-11000 (CSS)**
   **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DELO, INC.<br>ROLAND R. WILSON, AGENT<br>705 GENTILLY<br>LAKE CHARLES, LA 70605 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DELTA CHEMICAL<br>JIM WOLDRIDGE,VP OF OPERATIONS<br>610 FISHER ROAD<br>LONGVIEW, TX 75604-5201 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DISPLAYTEK CORP.<br>RICHARD JOHNSON,AGENT<br>7557 RAMBLER RD. #418<br>DALLAS, TX 75231 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DORCHESTER REFINING CO.<br>PO BOX 31049<br>DALLAS, TX 75231 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DOW CHEMICAL CO.<br>MICHAEL GUJ,AGENT<br>2030 W. H. DOW CENTER<br>MIDLAND, MI 48674 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.   24  of   97  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.          ,                          Case No.   14-11000 (CSS)
              **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DOWELL SCHLUMBERGER, INC.<br>PO BOX 2710<br>TULSA, OK 74101 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DRACKETT CO.<br>2500 CARL ROAD<br>IRVING, TX 75062 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DRACKETT, INC.<br>201 E. FOURTH ST.<br>CINCINNATI, OH 45202 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DRESSER INDUSTRIES, INC.<br>2001 ROSS AVE.<br>DALLAS, TX 75201 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DRESSER INDUSTRIES, INC.<br>1600 PACIFIC AVE.<br>DALLAS, TX 75201 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DUNLAP SWAIN<br>ADDRESS ON FILE | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _25_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                ,          Case No.   14-11000 (CSS)
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> E-SYSTEMS, INC. <br> JAMES CROWLEY,AGENT,VP & GENL CNSEL <br> PO BOX 660248 <br> DALLAS, TX 75266 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> E-SYSTEMS, INC. <br> 112 WEST 34TH ST. <br> 18TH FLOOR <br> NEW YORK, NY 10120 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> E. I. DU PONT DE NEMOURS AND CO. <br> RAYMOND SCHAEFER,AGENT,MGR.REMED. <br> C T CORPORATION <br> HOUSTON, TX 77002 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> E. I. DU PONT DE NEMOURS AND CO., INC. <br> SABINE RIVER WORKS <br> PO BOX 1089 <br> ORANGE, TX 77630 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY <br> 1007 N. MARKET STREET <br> WILMINGTON, DE 19898 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  26  of  97  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.          ,                          Case No.   14-11000 (CSS)
                    Debtor                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>E. SYSTEMS, INC.<br>6250 LBJ FRWY<br>DALLAS, TX 75240 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EAST KELLY AFB<br>500 TAYMAN ST.<br>BLDG. 3050<br>SAN ANTONIO, TX 78241 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EATON CORPORATION<br>THOMAS J. BAECHLE,SENIOR COUNSEL<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44111 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ENVIRONMENTAL AFFAIRS<br>WESTINGHOUSE BLDG,<br>GATEWAY CENTER<br>PITTSBURGH, PA 15222 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EXXON CORPORATION<br>BAYTOWN CHEMICAL PLT.<br>13501 KATY FRWY.<br>HOUSTON, TX 77532 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no.  27  of  97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**              ,          Case No.    **14-11000 (CSS)**
              **Debtor**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EXXONMOBIL<br>5959 LAS COLINAS BOULEVARD<br>IRVING, TX 75039-2298 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FEC LEQUIDATION, INC (FORNEY ENGINEERING COMPANY)<br>16479 N DALLAS PARKWAY<br>STE 600<br>ADDISON, TX 75001 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FEC LIQUIDATION,INC.<br>THOMAS MAZZA,VP,AGENT<br>PERRYVILLE CORPORATE PARK<br>CLINTON, NJ 08809 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FEDERAL PACIFIC ELECTRIC CO.<br>C/O CHALLENGER ELECTRICAL EQUIPMENT CORP<br>508 LAP ROAD<br>MALVERN, PA 19355 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FEDERAL PACIFIC ELECTRIC CO.<br>901 REGAL ROW<br>DALLAS, TX 75247 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __28_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $ 0.00

Total ►
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**          ,          Case No.  **14-11000 (CSS)**
             Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FILTAIR COMPANY, THE<br>411 W. FORK<br>ARLINGTON, TX 76012 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FINANCIAL ADJUSTMENT BUREAU<br>705 E. ABRAM STREET, SUITE 101<br>ARLINGTON, TX 76010 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FIRESIDE ENTERPRISES<br>PO BOX 2622<br>IRVING, TX 75061 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FIRESTONE<br>CHERYL R. JOHNSON<br>50 CENTURY BOULEVARD<br>NASHVILLE, TN 37214 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FITTING VALVE & CONTROL CORP.<br>C/O PRECISION GENERAL INC.<br>16101 VALLEN<br>HOUSTON, TX 77041 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _29_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**            ,                 Case No.    **14-11000 (CSS)**
_____
      Debtor                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FITTING VALVE & CONTROL CORP. (BY SQUIBB-TAYLOR) 10480 SHADY TRAIL SUITE 106 DALLAS, TX 75220 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FITTING, VALVE & CONTROL CORP./ JACK POTTS,AGENT SQUIBB-TAYLOR,INC. DALLAS, TX 75354 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FLO-TEX, INC. PO BOX 3244 IRVING, TX 75061 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FORNEY ENGINEERING C/O FORNEY INTERNATIONAL INC. 3405 WILEY POST RD. CARROLLTON, TX 75006 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FORNEY ENGINEERING C/O FOSTER WHEELER CORPORATION PERRYVILLE CORPORATE PARK CLINTON, NJ 08809 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _30_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  __Dallas Power & Light Company, Inc._____,          Case No.  __14-11000 (CSS)_____
            **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FOSTER & KLEISER<br>3700 EAST RANDOL MILL<br>ARLINGTON, TX 76011 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FOSTER WHEELER ENERGY CORPORATION<br>585 N. DAIRY ASHFORD ST<br>HOUSTON, TX 77079 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FRIGIKING CORPORATION<br>2046 SILVER<br>NEW ALBANY, IN 46516 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FRITO LAY<br>FRITO LAY TOWER<br>DALLAS, TX 75235 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FROZEN FOOD EXPRESS TRUCKERS ASSOCIATION<br>PO BOX 225888<br>DALLAS, TX 75265 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FUDGE OIL SERVICE<br>RT. 5, PO BOX 656<br>GILMER, TX 75644 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _31_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**                    ,          Case No.   **14-11000 (CSS)**
     Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FULLER, H. B.<br>ADDRESS ON FILE | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FULLER, H. B.<br>ADDRESS ON FILE | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>G & G CONSTRUCTION<br>810 SMITH LANE<br>SEAGONVILLE, TX 75159 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GATX CORPORATION<br>222 W. ADAMS STREET; 5TH FL<br>CHICAGO, IL 60606-5314 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GENERAL DYNAMICS<br>3190 FAIRVIEW PARK DR.<br>FALLAS CHURCH, VA 22042 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _32_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  __Dallas Power & Light Company, Inc._____,         Case No.  ___14-11000 (CSS)_____
                          **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GENERAL DYNAMICS CORPORATION <br> 2941 FAIRVIEW PARK DRIVE <br> SUITE 100 <br> FALLS CHURCH, VA 22042-4513 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GENERAL DYNAMICS CORPORATION <br> U.S. CORPORATION COMPANY,AGENT <br> 400 N. ST. PAUL <br> DALLAS, TX 75201 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GENERAL ELECTRIC CO. <br> LARRY G. REYNOLKDS,MGR.GLOBAL REMED. <br> 1635 BROADWAY <br> FORT WAYNE, IN 46801 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GENERAL ELECTRIC CO. <br> C T CORPORATION,AGENT <br> 217 W. MANHATTAN AVE. <br> SANTA FE, NM 87501 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __33_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**          ,          Case No.  **14-11000 (CSS)**
            **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GENERAL ELECTRIC COMPANY<br>ATTN: ALEX DIMITRIEF, SENIOR VICE PRESIDENT & GENERAL COUNSEL<br>3135 EASTON TURNPIKE<br>FAIRFIELD, CT 06828 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GENERAL TELEPHONE CO.<br>JACQUE MCCORMICK,DIR.ENVIRON.AFFAIRS<br>700 HIDDEN RIDGE<br>IRVING, TX 75038 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GENTRY TRUCKING<br>JAMES T. GENTRY,PRESIDENT<br>PO BOX 481<br>GREENWOOD, LA 71033 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GEORGIA-PACIFIC<br>ADDRESS ON FILE | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GIFFORD HILL CEMENT<br>JAMES ABLOWICH,VP<br>PO BOX 190999<br>DALLAS, TX 75219 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _34_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re <u>Dallas Power & Light Company, Inc.</u>          ,          Case No. <u>  14-11000 (CSS)  </u>
                **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GIFFORD HILL READYMIX JAMES ABLOWICH,VP PO BOX 190999 DALLAS, TX 75219 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GLITSCH, INC. JAMES SPAULDING,VP,COMMERCIALON BLVD PO BOX 660053 DALLAS, TX 75212 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GLITSCH, INC. 4900 SINGLETON BLVD DALLAS, TX 75212 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GOODRICH CORPORATION 500 S. MAIN STREET AKRON, OH 44311 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GRAHAM ELECTRONICS 11422 HARRY HINES #114 DALLAS, TX 75234 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __35_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __Dallas Power & Light Company, Inc._____ ,          Case No. ___14-11000 (CSS)_____
　　　　　　　　　　Debtor                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GRAHAM MAGNETICS<br>4001 AIRPORT FREEWAY ST. 400<br>BEDFORD, TX 76021-6125 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GRAHAM MAGNETICS<br>MICHAEL<br>ROBERSON,SR.CORP.CNSEL.<br>CARLISLE COMPANIES,INC.<br>SYRACUSE, NY 13202 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GRAHAM MAGNETICS BY<br>CARLISLE COMPANIES INC.<br>250 S. CLINTON STREET<br>SYRACUSE, NY 13202 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GRANTHAM OIL<br>605 PETERSON AVENUE S<br>DOUGLAS, GA 31533 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GREYHOUND LINES,INC.<br>MICHAEL L. CRIM,CORP.CNSEL.<br>& ASST.SEC<br>15110 NORTH DALLAS PARKWAY<br>DALLAS, TX 75248 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. __36_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**            ,          Case No.   **14-11000 (CSS)**
          **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GROENDYKE TRANSPORT, INC.<br>100 EL PUEBLO ROAD NW<br>ALBUQUERQUE, NM 87114 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GTE<br>JACQUE<br>MCCORMICK,DIR.ENVIRON.AFFAIRS<br>700 HIDDEN RIDGE<br>IRVING, TX 75038 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>H & H OIL SERVICES,INC<br>BILL HUNTER, AGENT<br>RT. 4, PO BOX 211<br>HENDERSON, TX 75652 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>H.B. FULLER<br>1200 WILLOW LAKE BLVD<br>PO BOX 64683<br>ST. PAUL, MN 55164-0683 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>H.B. FULLER CO.<br>ALAN<br>LONGSTREET,VP,GEN.MGR.,<br>STRUCTURAL ADHESIVES<br>GROUP<br>ST.PAUL, MN 55126 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _37_of_97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.** ,          Case No. __14-11000 (CSS)__
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HAC CORP.<br>537 CAMDEN RD<br>GRAND PRAIRIE, TX 75051 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HAC CORP.<br>JOHN HARAN,PRESIDENT<br>537 CAMDEN ST.<br>GRAND PRARIE, TX 75051 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HARRIS BROS.,CO<br>JAMES M. DOYLE,VP<br>1312 INDUSTRIAL BLVD<br>KILGORE, TX 75662 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HARTSELL OIL<br>PO BOX 118<br>RODESSA, LA 71069 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HERCULES, INC.<br>910 MARKET STREET<br>WILMINGTON, DE 19899 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HERTZ-PENSKE LEASING<br>MARK ALTHEN<br>ROUTE 10 - GREEN HILLS<br>READING, PA 19603-0563 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. __38_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► | $ 0.00

Total ► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.** ,          Case No. **14-11000 (CSS)**
_____          _____
                **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HIGHLAND PUMP CO.<br>CURTIS W.HUFF,VP/SECTY.<br>5 POST OAK PARK, STE. 1760<br>HOUSTON, TX 77027 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HONEYWELL,INC.<br>JOHN CAMPION,FACILITIES MGR.<br>HONEYWELL,INC.<br>MINNEAPOLIS, MN 55440 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOOKER CHEMICAL<br>PO BOX 15727<br>DALLAS, TX 75215 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOUSEHOLD INTERNATIONAL<br>2700 SANDERS RD<br>PROSPECT HEIGHTS, IL 60070-2701 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HYDROGRAPHIC<br>2202 UNION BOWER ROAD<br>IRVING, TX 75060 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>INDUST-RI-CHEM<br>PO BOX 1178<br>RICHARDSON, TX 75080 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _39_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                    ,          Case No.   14-11000 (CSS)
_____          _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INDUSTRIAL LUBRICANTS ANTHONY B.CAVENDER,SENR.ATTY. 434 RIVERSIDE DRIVE SAN ANTONIO, TX 78210 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>INDUSTRIAL SOLVENTS DANIEL L. SPARKS,VP 16703 GRANT ROAD CYPRESS, TX 77429 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>INDUSTRIAL SOLVENTS GULF 16703 STEINHAGEN RD. CYPRESS, TX 77429 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>INGERSOLL-RAND CO PATRICIA NACHTIGAL,VP & GENL. COUNSEL 200 CHESTNUT RIDGE ROAD WOODCLIFF LAKE, NJ 07675 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>INLAND CONTAINER CORPORATION STEVEN L. HOUSEHOLDER,VP & ASST.SECTY 4030 VINCENNES ROAD INDIANAPOLIS, IN 46268 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _40_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.** ,  Case No. **14-11000 (CSS)**
_____Debtor_____ _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> INTER-CITY SYSTEMS <br> PO BOX 5005 <br> IRVING, TX 75062 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> INTERCONTINENTAL MANUFACTURING CO. <br> DONALD STEPPE,PRES. <br> PO BOX 461148 <br> GARLAND, TX 75046 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> INTERCONTINENTAL MFG CO. <br> PO BOX 23827 <br> CHAGRIN FALLS, OH 44023 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> INTERNATIONAL PAPER COMPANY <br> F/K/A DAIRYPAK, DIVISION OF CHAMPION INTERNATIONAL CORP <br> 6400 POPLAR AVENUE <br> MEMPHIS, TN 38197 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> J & E DIE CASTING <br> 2713 INDUSTRIAL LANE <br> GARLAND, TX 75046 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _41_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                ,          Case No.    14-11000 (CSS)
                  **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> J. BROWN CO. <br> PO BOX 95608 <br> OKLAHOMA CITY, OK 73143 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> J. C. PENNCO <br> RT. 12, PO BOX 391C <br> SAN ANTONIO, TX 78223 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> J.F. SMITH & SONS <br> 225 EAST 12TH STREET <br> DALLAS, TX 75203 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> JERRY'S GREASE TRAP <br> 1158 NORTH JUSTIN <br> DALLAS, TX 75211 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> JONES & LAUGHLIN STEEL CO. <br> 3 GATEWAY CENTER <br> PITTSBURGH, PA 15263 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _42_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                    ,          Case No.   14-11000 (CSS)
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JONES BLAIR CO. <br> PAUL DAGUE,PRES. <br> PO BOX 35286 - 2728 EMPIRE CENTRAL <br> DALLAS, TX 75235 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> JORGENSEN, EARL M. <br> ADDRESS ON FILE | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> JOSKES <br> 100 NORTHPARK CENTER <br> DALLAS, TX 75225 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> JUBILEE OIL SERVICE | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KELLY'S TRUCK TERMINAL,INC. <br> RONALD O. HICKS,GENERAL MANAGER <br> 8560 GREENWOOD ROAD <br> GREENWOOD, LA 71033 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no.  43 of  97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __Dallas Power & Light Company, Inc._____ ,          Case No. __14-11000 (CSS)_____
     **Debtor**              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KMART<br>LOUIS<br>ZEDNIK,SR.ENVIRONMENTAL ATTY.<br>3100 WEST BIG BEAVER ROAD<br>TROY, MI 48084-3163 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KRAFT FOODS<br>KRAFT FOODS<br>KRAFT CT.<br>GLENVIEW, IL 60025 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KROGER<br>1014 VINE STREET<br>CINCINNATI, OH 45201 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LANCE,INC<br>ROBERT S.<br>CARLES,CORP.SECRETARY<br>PO BOX 32368<br>CHARLOTTE, NC 28232 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LIBERTY WASTE DISPOSAL CO.<br>PO BOX 3370<br>BAYTOWN, TX 77520 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _44_of_97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                    ,          Case No.   **14-11000 (CSS)**
_____          _____
                Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LITTON INDUSTRIES THEODORE CRAVER,VP,DIR.ENV.AFFAIRS 1725 JEFFERSON DAVIS HWY STE 601 ARLINGTON, VA 22202 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LOCKHEED MISSLES & SPACE COMPANY, INC.I 1111 LOCKHEED MARTIN WAY SUNNYVALE, CA 94089 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LONE STAR LOGISTICS JOHN G. SHIVERS,PRESIDENT PO BOX 1000 LONE STAR, TX 75668-1000 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LONE STAR PETERBILT 515 N. LOOP 12 IRVING, TX 75061 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LUBE-O-SEAL DONALD L. LONGHAFER,PRESIDENT PO BOX 246 CYPRESS, TX 77410-0246 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no.  _45_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**                ,               Case No.   **14-11000 (CSS)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LUBRIZOL<br>PHILIP J.<br>BATEMAN,CORP.MGR.,ENV.ASSU R<br>29400 LAKELAND BOULEVARD<br>WICKLIFFE, OH 44092-2298 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LUCENT TECHNOLOGIES<br>600 MOUNTAIN AVE<br>NEW PROVIDENCE, NJ 07974 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>M & M OIL SERVICES COMPANY<br>MARY HELEN MORGAN, AGENT<br>1310 ALPINE ST.<br>LONGVIEW, TX 75601 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>M. LIPSITZ & COMPANY,INC.<br>MELVIN LIPSITZ,VP<br>100 ELM STREET<br>WACO, TX 76703-1175 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MACMILLAN BLOEDEL<br>CONTAINERS<br>4001 CARMICHAEL ROAD, SUITE 300<br>MONTGOMERY, AL 36106-3635 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no.   46  of  97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                    ,          Case No.   14-11000 (CSS)
                        Debtor                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MACY'S F/K/A<br>THE MAY DEPARTMENT STORES<br>COMPANY (RE SANGER-HARRI<br>151 WEST 34TH ST<br>NEW YORK, NY 10001 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MARATHON BATTERY CO.<br>GILBERT H.<br>VANDERWERKEN,MGR.ENV.HLT<br>H<br>8301 IMPERIAL DRIVE<br>WACO, TX 76712 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MATERIAL CONTROL, INC.<br>1121 RIVERSIDE DRIVE<br>PO BOX 7797<br>FORT WORTH, TX 76111 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MATHEWS<br>JAMES E.<br>DAVISON,JR.,PRESIDENT<br>1000 WELLS ISLAND ROAD<br>SHREVEPORT, LA 71137-8134 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MEDICAL CITY HOSPITAL<br>DALLAS<br>7777 FOREST LANE<br>DALLAS, TX 75234 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  47 of  97 continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 0.00

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**            ,            Case No.   **14-11000 (CSS)**
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　　　　　　　　　　MERCHANTS FAST MOTOR LINES 1301 HATTON ROAD WICHITA FALLS, TX 76302 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.　　　　　　　　　　　　　　MERCHANTS FAST MOTOR LINES IRVING BOULEVARD DALLAS, TX 75247 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.　　　　　　　　　　　　　　MERCHANTS FAST MOTOR LINES EAST INTERSTATE 20 BIG SPRING, TX 79720 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.　　　　　　　　　　　　　　MERRICK MONEY ADDRESS ON FILE | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.　　　　　　　　　　　　　　METRO AVIATION MILTON K. GELTZ,CORP.SECTY. PO BOX 7008 SHREVEPORT, LA 71137 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.　　　　　　　　　　　　　　METRO-FORD TRUCK EILEEN BEARD,PRESIDENT 4000 IRVING BOULEVARD DALLAS, TX 75247 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no.  __48_ of __97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**                ,          Case No.    **14-11000 (CSS)**
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> METUCHEN HOLDINGS, INC. (FORMERLY OAKITE PRODUCTS) 114 TIMBER LN HILTON HEAD, SC 29926 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MID SOUTH COMMERCE & INDUSTRIAL DALLAS, TX 75207 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MID-SOUTH WOOD PRODUCTS, INC. COMMERCE & INDUSTRIAL DALLAS, TX 75207 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MIDWEST EMERY 5501 W 79TH ST BURBANK, IL 60459 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MILEY TRAILER CO. 8390 GERBER ROAD SACRAMENTO, CA 95828 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MILEY TRAILER CO. 2180 GARNET AVE. SUITE 3 SAN DIEGO, CA 92109 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _49_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                    ,          Case No.   **14-11000 (CSS)**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MILEY TRAILER COMPANY, INC.<br>2180 GARNET AVE. SUITE 3<br>SAN DIEGO, CA 92109 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MILEY TRAILER COMPANY, INC.<br>PO BOX 4469<br>2701 DECATUR AVE.<br>FT. WORTH, TX 76106 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MISSOURI PACIFIC RAILROAD<br>210 N. 13TH STREET<br>ST. LOUIS, MO 63103 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MITCHELL, MR. JOHN<br>ADDRESS ON FILE | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MOBIL CHEMICAL COMPANY<br>1000 INDUSTRIAL BLVD.<br>TEMPLE, TX 76501 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MOBIL CHEMICAL COMPANY<br>1250 POYDRAS ST.<br>NEW ORLEANS, LA 70113-1892 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no.  _50_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**                ,          Case No.   **14-11000 (CSS)**
_____               _____
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MOBIL OIL <br> 5959 LAS COLINAS BOULEVARD <br> IRVING, TX 75039-2298 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MOBIL OIL CORPORATION <br> J. G. ZABAGA,MGR.SUPERFND. RESPONSE <br> PO BOX 1039 <br> PRINCETON, NJ 08534 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MOBIL RESEARCH & DEVELOPMENT CORP. <br> 3225 GALLOWS ROAD <br> FAIRFAX, VA 22037 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MOBIL RESEARCH AND DEVELOPMENT CORP. <br> 13777 MIDWAY RD. <br> DALLAS, TX 75244 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MOHAWK LABS <br> PO BOX 2115 <br> IRVING, TX 75061 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _51_of_97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**                    ,          Case No.    **14-11000 (CSS)**
                        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MONEY, MERRICK<br>ADDRESS ON FILE | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MONSANTO COMPANY<br>575 MARYVILLE CENTER DRIVE<br>SAINT LOUIS, MO 63141 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MOSTEK CORP.<br>PO BOX 169<br>CARROLLTON, TX 75006 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MURDOCK ENGINEERING CO.<br>ROBERT GUSMAN,ASSTSECTY.,AGENT<br>4500 PARK GRANADA BLVD.<br>CALABASAS, CA 91399 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MURDOCK ENGINEERING COMPANY<br>5100 W. AIRPORT FREEWAY<br>IRVING, TX 75062 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.   52  of   97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**            ,             Case No.    **14-11000 (CSS)**
_____
     **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MURDOCK ENGINEERING COMPANY BY LOCKHEED CORPORATION<br>420 LEXINGTON AVE<br>NEW YORK, NY 10170 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NATIONAL CAR RENTAL<br>7700 FRANCE AVEN SOUTH<br>MINNEAPOLIS, MN 55435 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NATIONAL CASH REGISTER CORP.<br>431 E. HANNA AVE.<br>INDIANAPOLIS, IN 46227 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NATIONAL CHEMSEARCH CORP.<br>2730 CARL ROAD<br>IRVING, TX 75062 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NATIONAL OILWELL<br>10000 RICHMOND AVENUE<br>HOUSTON, TX 77042 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. __53_ of _97__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**         ,                    Case No.   **14-11000 (CSS)**
_____                              _____
            **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NATIONAL SCIENTIFIC BALLOON FACILITY STEPHEN HOTTMAN,PROGRAM MANAGER PO BOX 319 PALESTINE, TX 75802-0319 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NATIONAL STARCH H.E. GRAULICH,DIV.VP,SFTY.& ENV.AFFRS 10 FI NDERNE AVE. BRIDGEWATER, NJ 08807 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NATIONAL STARCH & CHEMICAL CORP. PO BOX 1049 1165 N. GREAT SOUTHWEST PARKWAY GRAND PRAIRIE, TX 75050 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NATIONAL STARCH AND CHEMICAL COMPANY 5 WESTBROOK CORPORATE CENTER WESTCHESTER, IL 60154 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NATIONAL SUPPLY CO. ONE OXFORD CENTRE 301 GRANT STREET PITTSBURG, PA 15219-1415 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _54_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**          ,          Case No.   **14-11000 (CSS)**
   _____Debtor_____                                          _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NCH CORP.<br>DEBORAH<br>CHADBOURNE,REG.AFRS,AGENT<br>2727 CHEMSEARCH BLVD.<br>IRVING, TX 75062 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NCH CORPORATION<br>2727 CHEMSEARCH BLVD.<br>IRVING, TX 75062 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NCR CORP. - SYSTEM MEDIA PLANT<br>PO BOX 5247<br>3000 AVENUE F EAST<br>ARLINGTON, TX 76011 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NCR CORPORATION<br>1700 S. PATTERSON BLVD.<br>DAYTON, OH 45479 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NEAL PLATING CO.<br>BILLY NEAL,JR,AGENT<br>RT 1,BOX 312-5<br>BELLS, TX 75414 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _55_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.** ,                    Case No.    **14-11000 (CSS)**
                    Debtor                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NEAL PLATING CO.<br>R R 1 BOX 312<br>HWY 82 W 3 MI<br>BELLS, TX 75414 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NEAL PLATING COMPANY<br>196 NEAL AVE<br>BELLS, TX 75414 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NEW VALLEY CORPORATION, FORMERLY WESTERN UNION COR<br>100 SE 2ND ST<br>MIAMI, FL 33131 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NL INDUSTRIES<br>3000 N. SAM HOUSTON PARKWAY E.<br>HOUSTON, TX 77032 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NL INDUSTRIES, INC<br>5430 LYNDON B JOHNSON FWY STE 1700<br>DALLAS, TX 75240 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _56_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.** ,                    Case No. **14-11000 (CSS)**
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NL INDUSTRIES, INC.<br>MARCUS MARTIN,COUNSEL<br>BARTLET,BECK,HERMAN,PALEN<br>CHR & SCOT<br>DENVER, CO 80202 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undermined |
| ACCOUNT NO.<br><br>NOBLE'S TRANSMISSIONS/AUTO<br>EDWARD E. NOBLE,OWNER<br>12362 STATE HIGHWAY 64W<br>TYLER, TX 75704 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undermined |
| ACCOUNT NO.<br><br>NORIT AMERICAS, INC.<br>PO BOX 790<br>MARSHALL, TX 75671 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undermined |
| ACCOUNT NO.<br><br>NORTH HIGHLAND MOBIL<br>RODNEY NELSON,OWNER<br>3180 NORTH MARKET<br>SHREVEPORT, LA 71107 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undermined |
| ACCOUNT NO.<br><br>NORTHROP GRUMMAN<br>CORPORATION<br>F/K/A LITTON INDUSTRIES, INC.<br>(CORE LABORATORIES, INC)<br>2980 FAIRVIEW PARK DRIVE<br>FALLS CHURCH, VA 22042 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undermined |

Sheet no. _57_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**          ,          Case No. **14-11000 (CSS)**
          Debtor                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OAKITE PRODUCTS INC.<br>C/O METUCHEN HOLDINGS<br>1001 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20004-2502 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>OAKLEY SERVICE COMPANY<br>10100 HIRSH ROAD<br>HOUSTON, TX 77016 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>OCCIDENTAL ELECTROCHEMICALS CORP.<br>J. ALAN MACK,ASSOC.GENL.COUNSEL<br>5005 LBJ FREEWAY<br>DALLAS, TX 75244 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>OKLAHOMA CITY AIR LOGISTICS CENTER<br>3001 S DOUGLAS BLVD<br>TINKER AIR FORCE BASE, OK 73145 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>OKLAHOMA TANK LINES, INC.<br>4312 S. GEORGIA PLACE<br>OKLAHOMA CITY, OK 73129 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _58_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**              ,          Case No.   **14-11000 (CSS)**
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> OLYMPIC FASTENING SYSTEMS <br> WILLIAM S. SCHULER,VP,FIN. & ADMIN. <br> 4830 NORTH PINE STREET <br> VIVIAN, LA 71082 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> OMEGA OPTICAL <br> 13515 STEMMONS FREEWAY <br> DALLAS, TX 75234 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> OPTOELECTONICS DIVISION <br> C/O TRW INC. <br> 1900 RICHMOND ROAD <br> CLEVELAND, OH 44124 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> OPTRON, INC. <br> 10875 SHADY TRAIL #106 <br> DALLAS, TX 75220 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PARAMOUNT PACKAGING CO. <br> WAYNE MASHE,OPERATIONS MGR. <br> 800 JORDAN VALLEY ROAD <br> LONGVIEW, TX 75604 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no.  _59_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  __Dallas Power & Light Company, Inc._____,          Case No.  __14-11000 (CSS)_____
                  Debtor                                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PARROTT OIL<br>R. J. PARROTT, VP<br>PO BOX 9047<br>DALLAS, TX 75209 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PAUL'S OIL SERVICE<br>1110 SHILOH RD.<br>DALLAS, TX 75228 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PEARL BREWING COMPANY<br>312 PEARL PARKWAY<br>SAN ANTONIO, TX 78296 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PENSION BENEFIT GUARANTY CORPORATION<br>ISRAEL GOLDOWITZ<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 | | | Potential Pension Liability | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PERFORMANCE FRICTION PRODUCTS<br>200 SOUTH MICHIGAN AVENUE<br>CHICAGO, IL 60604 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _60_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**         ,         Case No.   **14-11000 (CSS)**
_____
Debtor                                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PETERBILT MOTORS CO.<br>RICHARD BANGERT,II,VP<br>3200 AIRPORT ROAD<br>DENTON, TX 76207 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PHYSICAL SCIENCE LABORATORY<br>PO BOX 319<br>FM ROAD 3224<br>PALESTINE, TX 75802-0319 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PINATA FOODS, INC.<br>5151 NORWOOD ROAD<br>DALLAS, TX 75247 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PIPES EQUIPMENT<br>WALTER PIPES,PRESIDENT<br>PO BOX 38210<br>SHREVEPORT, LA 71133 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PITTS INDUSTRIES<br>ART JOHNSON,VP,OPERATIONS<br>PO BOX 814649<br>DALLAS, TX 75381-4649 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no.  _61_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**          ,          Case No.   **14-11000 (CSS)**
_____Debtor_____                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PLASTICS MANUFACTURING CO.<br>R.CARTER PATE,PRES.<br>WAYNE SULLIVAN,SR.VP,OPS.,AGENT<br>DALLAS, TX 75233 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PLASTICS MANUFACTURING COMPANY<br>2700 WESTMORELAND AVE.<br>DALLAS, TX 75223 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PREMEIR INDUSTRIES, INC.<br>4415 EUCLID AVENUE<br>CLEVELAND, OH 44103 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PREMIER INDUSTRIAL CORPORATION<br>4500 EUCLID AVENUE<br>CLEVELAND, OH 44103 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PREMIER INDUSTRIAL CORPORATION<br>DEIRDRA DIXON,VP,GENL.COUNSEL<br>HOWARD FRANK,VP & SECTY., AGENT<br>CLEVELAND, OH 44103 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  62  of  97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                    ,          Case No.   14-11000 (CSS)
              Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PREMIER INDUSTRIES INC./KENT INDUSTRIES <br> 3024 E. SEMINARY DR. <br> FT. WORTH, TX 76119 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PRESBYTERIAN HOSPITAL OF DALLAS <br> PAULA HAGAN,ASST SECRETARY <br> 8200 WALNUT HILL LANE <br> DALLAS, TX 75231 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PRESTIGE FORD <br> JERRY REYNOLDS,DEALER OF RECORD <br> 3401 SOUTH GARLAND ROAD <br> GARLAND, TX 75043 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PRINTPACK, INC. <br> AUGUST FRANCHINI,JR.,VP,ENGNRNG. DONALD COOK,AGENT,DIR.ENV.AFRS. <br> ATLANTA, GA 30336 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PROCTOR & GAMBLE CORPORATION <br> ONE PROCTOR & GAMBLE PLAZA <br> CINCINNATI, OH 45201 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.   63  of   97  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                    ,          Case No.   **14-11000 (CSS)**
            **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PROCTOR & GAMBLE MANUFACTURING CO.<br>E. G. NELSON,VP,FINANCE<br>ONE PROCTER & GAMBLE PLAZA<br>CINCINNATI, OH 45202 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PROCTOR & GAMBLE MFG. CO.<br>PO BOX 225118<br>DALLAS, TX 75265 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PUROLATER SECURITY, INC.<br>10 CORPORATE PLACE S.<br>PISCATAWAY, NJ 08854 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>QUADY, MR. STEVE<br>8625 KING GEORGE DR. #315<br>DALLAS, TX 75235 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>QUALITY DELIVERY SERVICE<br>10508 GOODNIGHT<br>DALLAS, TX 75220 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _64_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**            ,            Case No.   **14-11000 (CSS)**
                                 **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RALPH WILSON PLASTICS CO.<br>EMIL STUDINKA,JR.,DIR.REG.& SFTY SVCS.<br>2400 WILSON PLACE<br>TEMPLE, TX 76502 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RECOVERED OIL SERVICES<br>2722 WEST KINGSLEY<br>GARLAND, TX 75041-2407 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>REEVES OIL CO.,INC.<br>DOUG WEBB, VP FINANCE<br>4010 WEST MARSHALL AVENUE<br>LONGVIEW, TX 75604-4915 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RENEWABLE ENERGY CORP.<br>ROY O. BLANKS,OWNER<br>1725 ORCHARD LANE<br>WACO, TX 76705 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RESOURCE REFINNG CO.<br>5857 GESSNER #117<br>HOUSTON, TX 77036 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _65_of_97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.** ,                                    Case No. **14-11000 (CSS)**
           Debtor                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>REXENE POLYMERS<br>C/O EL PASO POLYOLEFINS CO.<br>9802 FAIRMONT PARKWAY<br>PASADENA, TX 77507 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RICHARDS-GEBAUR AFB<br>FEDERAL CENTER<br>74 NORTH WASHINGTON<br>BATTLECREEK, MI 49017-3092 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROCKWELL INTERNATIONAL<br>CORPORATION<br>PO BOX 10462<br>DALLAS, TX 75207 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROCKWELL INTERNATIONAL<br>CORPORATION<br>ALCATEL NETWORK<br>SYSTEMS,INC.,SUCCIN-INT. TO<br>INT.TO ROCKWELL,SUCC-IN-INT<br>TO COLLIN<br>RICHARDSON, TX 75081 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROLLINS LEASING<br>J. CARLISLE PEET,III,VP &<br>GENL.COUNSEL<br>2200 CONCORD PIKE<br>WILMINGTON, DE 19899 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _66_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                ,          Case No.   **14-11000 (CSS)**
                    Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROTO-ROOTER<br>4035 CREST HILL ROAD<br>DALLAS, TX 75227 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RUAN TRUCK LEASE<br>KENNETH L.<br>KESSLER,DIR.,LEGAL SERVICES<br>PO BOX 855<br>DES MOINES, IA 50304 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>S & S DELIVERY<br>1802 N CARRIER<br>PO BOX 912<br>GRAND PRARIE, TX 75051 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SAFETY KLEEN CORPORATION<br>COOPER CREEK RD.<br>DENTON, TX 76201 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SAFETY-KLEEN CORP.<br>SCOTT<br>FORE,SR.VP,ENV.HLTH.,SFTY.<br>BARBARA<br>SIMS,AGENT,VP,ENV.LITIG.<br>ELGIN, IL 60123 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  67  of  97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.** ,                    Case No. **14-11000 (CSS)**
        Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SAFETY-KLEEN CORPORATION 2600 NORTH CENTRAL EXPRESSWAY SUITE 400 RICHARDSON, TX 75080 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SAFEWAY STORES, INC. 9111 GARLAND AVE. DALLAS, TX 75218 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SAFEWAY,INC. MICHAEL J. BOYLAN,ASST.GENL.COUNSEL 5918 STONERIDGE MALL RD. PLEASONTON, CA 94588 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SAN AUGUSTINE ADDRESS ON FILE | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SANDOZ AGRO, INC., SUCCESSOR THURON (ZOECON CORP) 12005 FORD RD DALLAS, TX 75234 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _68_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**           ,         Case No.   **14-11000 (CSS)**
        **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SANTOS RADIATOR<br>JUAN SANTOS,PRESIDENT<br>2000 FORT WORTH AVENUE<br>DALLAS, TX 75208 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SARGENT-SORRELL, INC.<br>1185 108TH STREET<br>GRAND PRARIE, TX 75050 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SBC HOLDINGS<br>300 RIVER PLACE DRIVE<br>#5000<br>DETROIT, MI 48207 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SCHEPPS DAIRY<br>EARL<br>HOLLINGSWORTH,CORP.RISK MGR.<br>3114 S. HASKELL<br>DALLAS, TX 75223 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SCHLITZ BREWERY/STROH BREWERY<br>1400 WEST COTTON ST<br>PO BOX 2709<br>LONGVIEW, TX 75606 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _69_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 0.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**          ,          Case No.  **14-11000 (CSS)**
          **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SCHNEE-MOREHEAD CHEMICAL<br>111 N. NURSERY ROAD<br>IRVING, TX 75060 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SEARS ROEBUCK AND CO<br>STEVE HERRINGTON,DISTRICT SVC.MGR.<br>2270 VALLEY VIEW LANE<br>DALLAS, TX 75234 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SELF SERVE FIXTURE CO.,INC.<br>CHARLES ABERG,VP,GENL.COUNSEL<br>PO BOX 541988<br>DALLAS, TX 75354 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SELF SERVE FIXTURE COMPANY, INC. | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SELF-SERVICE FIXTURE COMPANY<br>10850 HARRY HINES BOULEVARD<br>DALLAS, TX 75220 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _70_of_97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**          ,          Case No.   **14-11000 (CSS)**
_____                    _____
                  Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SHELL OIL CO. <br> THOMAS KEARNS,SENIOR COUNSEL <br> PO BOX 2463 <br> HOUSTON, TX 77252 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SHERATON CORPORATION <br> SHERATON INN <br> 60 STATE STREET <br> BOSTON, MA 02109 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SHIPPER CAR LINE,INC. <br> WINSTON ROBINSON,ADMIN.GENL.FOREM AN <br> 300 STEVENS STREET <br> LONGVIEW, TX 75604-4794 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SILGAN CONTAINERS CORPORATION <br> ROBERT ROBINSON,PGM. MGR. <br> 21800 OXNARD ST. <br> SUITE 600 <br> WOODLAND HILLS, CA 91369 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SILGAN CONTAINERS CORPORATION (CARNATION) <br> 21800 OXNARD ST <br> STE 600 <br> WOODLAND HILLS, CA 91367 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _71_of_97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                    ,          Case No.   14-11000 (CSS)
_____                              _____
                    **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SILVERLEAVES NURSING HOME<br>505 W. CENTERVILLE ROAD<br>GARLAND, TX 75041 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SINCLAIR & VALENTINE<br>3413 ROYALTY ROW<br>IRVING, TX 75062 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SLOAN DELIVERY SERVICE, INC.<br>PO BOX 530912<br>GRAND PRAIRIE, TX 75053 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SMITH JONES, INC.<br>2300 STEMMONS FREEWAY<br>DALLAS, TX 75207 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SMITH JONES, INC.<br>117 WEST 2ND STREET<br>STANBERRY, MO 64489-1105 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SMITH JONES, INC.<br>5620 SMETANA DRIVE<br>MINNETONKA, MN 55343 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _72_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**               ,                    Case No.    **14-11000 (CSS)**
_____
              **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SMITH JONES, INC.<br>7316 ASPEN LANE<br>BROOKLYN PARK, MN 55428 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SMITH OIL CO.<br>W. F. SMITH,JR.,OWNER<br>PO BOX 578<br>SPRINGHILL, LA 71075 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SMITH-JONES, INC.<br>5620 SMETHANA DRIVE<br>MINNETONKA, MN 55343 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SNOW COILS<br>NANCY L. SELMAN,C.P.M.<br>PO BOX 2704<br>LONGVIEW, TX 75606 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOUTH COAST PRODUCTS<br>902 MIDDLE STREET<br>HOUSTON, TX 77003 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOUTHERN BULK SOLVENTS<br>1645 RHOME STREET<br>DALLAS, TX 75229 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __73_ of __97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  __Dallas Power & Light Company, Inc._____ ,                Case No.  __14-11000 (CSS)_____
               **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SOUTHERN BULK SOLVENTS<br>PO BOX 35825<br>DALLAS, TX 75235 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOUTHERN GULF<br>J.D. HAYNES,PRESIDENT<br>PO BOX 7959<br>SHREVEPORT, LA 71137-7959 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOUTHERN PLASTIC<br>JIM EGGERS,PRESIDENT<br>5202 INTERSTATE<br>SHREVEPORT, LA 71109 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOUTHWEST DISPOSAL<br>DONALS SLAGER,PRESIDENT<br>PO BOX 1139<br>KILGORE, TX 75662 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOUTHWEST TRUCKING<br>1403 JONES STREET<br>FORT WORTH, TX 76106 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOUTHWESTERN BELL<br>TELEPHONE<br>PO BOX 225521<br>DALLAS, TX 75265 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __74_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                ,          Case No.  **14-11000 (CSS)**
_____                         _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SOUTHWESTERN DRUG CORPORATION<br>#N/A<br>#N/A<br>#N/A<br>DALLAS, TX | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOUTHWESTERN ELECTRIC POWER CO. (SWEPCO) CENTRAL & SOUTHWEST<br>PO BOX 660164<br>DALLAS, TX 75266-0164 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SPECIALTY OIL/WESTLAND OIL<br>DAVID MYATT, PRES<br>PO BOX 8098<br>SHREVEPORT, LA 71108 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SPECTRONICS<br>HONEYWELL PLAZA<br>MINNEAPOLIS, MN 55408 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SPECTRONICS<br>956 BRUSH HOLLOW RD<br>WESTBURY, NY 11590 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _75_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**                    ,        Case No. __14-11000 (CSS)__
            **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SPECTRONICS<br>830 E. ARAPAHO<br>DALLAS, TX 75248 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SPRAGUE ELECTRIC CO.<br>4 STAMFORD FORUM<br>STAMFORD, CT 06901 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SPRAGUE ELECTRIC CO.<br>32 RIVER STREET<br>NORTH ADAMS, MA 01247 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SPRAGUE ELECTRIC CO.<br>PO BOX 5327<br>WICHITA, TX 76307 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ST. REGIS PAPER COMPANY<br>THOMAS<br>B.ROSS,DIR.ENVIRON.PRODUCTS<br>ONE CHAMPION PLAZA<br>STAMFORD, CT 06921 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. __76_ of _97__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.** ,                    Case No.   **14-11000 (CSS)**
     **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STAR SOLVENTS<br>441 S HIGH ST<br>LONGVIEW, TX 75601 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>STEMCO,INC.<br>CHRISTOPHER B. SHEEHY,DIR.,ENV.AFFRS<br>CHARLOTTE, NC 28217 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SULLIVAN TRANSFER & STORAGE<br>RICKY BYRUM,GENERAL MANAGER<br>3817 IRVING BOULEVARD<br>DALLAS, TX 75247 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SUTTON TERMINAL WAREHOUSE, INC.<br>2930 HANSBORO STREET<br>DALLAS, TX 75224 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TALBOT WASTE OIL<br>813 NORTH CHANDLER STREET<br>FORT WORTH, TX 76111 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _77_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.          ,          Case No.   14-11000 (CSS)
_____                    _____
                    Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TEC<br>R.J. SHORE,PRESIDENT<br>2516 WEST MARSHALL AVENUE<br>LONGVIEW, TX 75604 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TECCOR ELECTRONICS<br>PO BOX 669<br>1101 PAMELA DR.<br>EULESS, TX 76039 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TECCOR ELECTRONICS<br>1801 HURD DR.<br>IRVING, TX 75038 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TECCOR ELECTRONICS, INC.<br>1800 HURD DRIVE<br>IRVING, TX 75038 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TELEDYNE BROWN ENGINEERING<br>JAMES MCGOVERN, PRES.<br>300 SPARKMAN DR.,NW.<br>HUNTSVILLE, AL 35805 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TELEDYNE GEOTECH<br>C/O TELEDYNE INDUSTRIES INC.<br>1901 AVE. OF THE STARS<br>LOS ANGELES, CA 90067 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.   78  of  97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                    ,          Case No.    14-11000 (CSS)
_____                                  _____
                Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TELEDYNE GROTECH<br>PO BOX 28277<br>DALLAS, TX 75228 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXACO, INC.<br>HWY 366 POB 847<br>PORT NECHES, TX 77651 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS AMERICAN PETROCHEMICALS, INC.<br>PO BOX 729<br>MIDLOTHIAN, TX 76065 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS AMERICAN PETROCHEMICALS, INC.<br>376 MAIN STREET<br>BOX 74<br>BEDMINSTER, NJ 07921 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS DEPARTMENT OF AGRICULTURE<br>1700 N. CONGRESS AVE.<br>FLOOR 9<br>AUSTIN, TX 78711 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.   79  of  97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**          ,          Case No.  **14-11000 (CSS)**
　　　　　　　　　 **Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TEXAS DEPARTMENT OF AGRICULTURE<br>PO BOX 12847<br>AUSTIN, TX 78711 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS GAS<br>GARY D. LAUDERDALE,SEN.VP & GENLMGR.<br>3800 FREDEERICA STREET<br>OWENSBORO, KY 42301 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS INSTRUMENTS INC<br>PO BOX 660199<br>DALLAS, TX 75266-0199 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS INSTRUMENTS INC<br>13500 N CENTRAL EXPWY<br>MS 56<br>DALLAS, TX 75243 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS INSTRUMENTS, INC.<br>13532 NORTH CENTRAL EXPWY,<br>MS 56<br>DALLAS, TX 75243 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _80_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　　$ 0.00

Total ▶　　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                ,          Case No.   14-11000 (CSS)
                              Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TEXAS MILL SUPPLY,INC.<br>EDWARD ZUFALL,HR MANAGER<br>PO BOX 564<br>GALENA PARK, TX 77547 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS NAMEPLATE CO., INC.<br>R. DALE CROWNOVER, PRES.<br>1900 S. ERVAY ST.<br>DALLAS, TX 75215 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS SOLVENTS & CHEMICALS CO.<br>2500 VINSON<br>PO BOX 10406<br>DALLAS, TX 75207 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS TEXTURE PAINT<br>13317 ELDER<br>DALLAS, TX 75234 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS TEXTURE PAINT CO.<br>PO BOX 340347<br>FARMERS BRANCH, TX 75234 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  81 of 97  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                         ,        Case No.   **14-11000 (CSS)**
        **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TEXAS UTILITIES ELECTRIC CO.<br>G. A. ENGELLAND, ATTY.<br>400 N. OLIVE, L. B. 81<br>DALLAS, TX 75201 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEXAS UTILITIES GENERATING CO. (TUGCO)<br>8850 FM 2658N<br>PO BOX 651<br>TATUM, TX 75691 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>THE DOW CHEMICAL COMPANY<br>2030 DOW CENTER<br>MIDLAND, MI 48674 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>THE MAY DEPARTMENT STORES COMPANY<br>R.DEAN WOLFE, EXEC. VP<br>611 OLIVE ST.<br>ST. LOUIS, MO 63101 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>THE PROCTER & GAMBLE MANUFACTURING COMPANY<br>1 PROCTER AND GAMBLE PLAZA<br>CINCINNATI, OH 45201 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __82_ of _97__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.          ,                     Case No.   14-11000 (CSS)
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. THOMPSON CAN CO. ON BEHALF OF SELF & OWENS ILLINOIS EDWARD SELF, DIRECTOR BIRMINGHAM, AL 35203 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. THOMPSON CAN COMPANY PREDECESSOR OWENS ILLINOIS, ONE MICHAEL OWENS WAY PERRYSBURG, OH 43551-2999 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. THURAN INDUSTRIES, INC. (ZOECON) THOMPSON & KNIGHT, 2300 REPUBLIC NAT. BK BLDG. DALLAS, TX 75201 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. THURON INDUSTRIES, INC. ZOECON INDUSTRIES 12200 DENTON DR. DALLAS, TX 75234 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. THYROTEK 611 109TH STREET ARLINGTON, TX 76011 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.   83  of   97  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**          ,                    Case No.  **14-11000 (CSS)**
   _____                              _____
                    **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TOWER OIL COMPANY<br>2143 IRVING BLVD.<br>IRVING, TX 75060 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TOWER OIL COMPANY<br>300 W. WASHINGTON<br>CHICAGO, IL 60606 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TRANSCOLD EXPRESS<br>5200 WEST AIRPORT FREEWAY<br>IRVING, TX 75062 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TRINITY INDUSTRIES,INC.<br>DENNIS<br>LENCIONI,CORP.ENV.MGR.<br>2525 STEMMONS FREEWAY<br>DALLAS, TX 75207 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TRUCK STOPS OF AMERICA<br>JAMES R.<br>ROCCO,MGR.,HLTH,SFTY,& ENV.<br>BIG TOWN BOULEVARD<br>MESQUITE, TX 75149 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no.  _84_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                    ,     Case No.   **14-11000 (CSS)**
_____Debtor_____                                                           _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TRUCK/TRAILER EQUIPMENT PO BOX 35488 DALLAS, TX 75235 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  TRUETT LABRATORIES 13450 HARRY HINES BLVD., PO BOX 34029 FARMERS BRANCH, TX 75234 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  TRUMBULL ASPHALT 209 N. NURSERY ROAD IRVING, TX 75061 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  TRW, INC. 12001 TECH CENTER DR LIVONIA, MI 48150 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  TUNEUP MASTERS GEORGE MAYER,DIR.ENV.SAFETY 751 DAILY DRIVE,SUITE 100 CAMARILLO, CA 93010 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.  TWIN CITY TRANSMISSION ANTHONY ARDITO,VP 615 PINE STREET MONROE, LA 71201 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. __85_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**            ,          Case No.   **14-11000 (CSS)**
               **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TXI <br> MEL G. BREKHUS,EXEC.VP <br> 1341 WEST MOCKINGBIRD LANE <br> DALLAS, TX 75247-6913 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TXU ELECTRIC CO <br> 1601 BRYAN ST <br> DALLAS, TX 75201 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> U.S. AIR FORCE <br> HWY 90 & SW MILITARY ROAD <br> SAN ANTONIO, TX 78235 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> U.S. DEPARTMENT OF THE ARMY <br> HQ 5TH INFANTRY DIV(M) AND <br> FT. POLK <br> FT.POLK, LA 71459 | | | Potential Responsible Party - Site: VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> U.S. DRUG ENFORCEMENT ADMINISTRATION <br> 1405 I STREET NW <br> WASHINGTON, DC 20537 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> U.S. DRUG ENFORCEMENT AGENCY <br> CONSTITUTION & 10TH ST. NW <br> WASHINGTON, DC 20530 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _86_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**                      ,          Case No.    **14-11000 (CSS)**
　　　　　　　　Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>U.S. ENVELOPE<br>299 PARK AVENUE<br>NEW YORK, NY 10171 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>U.S. INDUSTRIES(AXELSON)<br>SUSAN PONCE,SENIOR COUNSEL<br>4100 CLINTON DRIVE,BUILDING<br>01-601A<br>HOUSTON, TX 77020 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UNION CARBIDE CORPORATION<br>DENNIS MACAULEY,DIR,ENVIRONMENT<br>ROGER FLORIO,AGENT,ENV.COUNSEL<br>DANBURY, CT 06817 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UNION CARBIDE CORPORATION<br>2526 LONNECKER DR.<br>GARLAND, TX 75041 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UNITED GAS PIPELINE COMPANY<br>ED MCMULLEN,DIV.MGR<br>PO BOX 8288<br>LONGVIEW, TX 75607-8288 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. __87_of_97__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __Dallas Power & Light Company, Inc._____ ,                    Case No. ___14-11000 (CSS)_____
               **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNITED INNS<br>5100 POPLAR AVENUE<br>MEMPHIS, TN 38137 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UNITED STATES BRASS CORP.<br>901 10TH ST<br>PLANO, TX 75074 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UNITED STATES BRASS CORP.<br>17120 DALLAS PARKWAY<br>SUITE 205<br>DALLAS, TX 75248 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UNITED STATES BRASS CORP.<br>EDWARD FORDYCE,JR.,VP<br>MARK RANDALL,AGENT,GENL. COUNSEL<br>DALLAS, TX 75248 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UNITED STATES BRASS CORP.<br>PO BOX 37<br>901 10TH ST.<br>PLANO, TX 75074 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __88_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 0.00

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                ,          Case No.   **14-11000 (CSS)**
_____
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNIVERSITY OF TEXAS - SYSTEMS<br>210 WEST 7TH. ST.<br>AUSTIN, TX 78701 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UNIVERSITY OF TEXAS AT DALLAS<br>2601 N. FLOYD ROAD<br>RICHARDSON, TX 75083 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UNIVERSITY OF TEXAS AT DALLAS<br>BOX 830688<br>RICHARDSON, TX 75083-0688 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>USAF<br>BROOKS AIR FORCE BASE<br>SAN ANTONIO, TX 78235 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VAC-HYD PROCESSING CORP.<br>1177 GREAT SW PKWY<br>GRAND PRARIE, TX 75050 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VALLEY STEEL PRODUCTS<br>900 WALNUT ST.<br>SAINT LOUIS, MO 63102 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. __89_ of __97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                    ,          Case No.    14-11000 (CSS)
_____                              _____
           Debtor                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VALLEY STEEL PRODUCTS<br>5901 S. LAMAR<br>DALLAS, TX 75215 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VALLEY STEEL PRODUCTS CO.<br>PO BOX 503<br>ST. LOUIS, MO 63166 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VAN WATERS & ROGERS INC.<br>WILLIAM BUTLER,VP,SECTY.<br>6100 CARILLON POINT<br>KIRKLAND, WA 98033 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VAN WATERS & ROGERS INC.<br>(SUBSIDIARY OF UNIVAR)<br>RADNOR CORPORATE CENTER,<br>BLDG 1 STE 200<br>100 MATONSFORD ROAD<br>PO BOX 6660<br>RADNOR, PA 19087 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VAN WATERS & ROGERS, INC.<br>6100 CARILLON POINT<br>KIRKLAND, WA 98104 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _90_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  __Dallas Power & Light Company, Inc._____,        Case No. ___14-11000 (CSS)_____
              **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VAREL MANUFACTURING COMPANY<br>BILL HAYS,AGENT,VP,FINANCE<br>9230 DENTON DR.<br>DALLAS, TX 75235 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VICTOR EQUIPMENT CO.<br>2800 AIRPORT RD.<br>DENTON, TX 76205 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VICTOR EQUIPMENT CO.<br>T.E.LEWELLEN,JR.,VP,GEN.OPS.MGR.<br>PO BOX 1007<br>DENTON, TX 76202 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VOUGHT CORP.<br>PO BOX 225907<br>DALLAS, TX 75265 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>W. R. GRACE COMPANY<br>ONE TOWN CENTER ROAD<br>BOCA RATON, FL 33486 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _91_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.                     ,          Case No.    14-11000 (CSS)
_____                                   _____
                        Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>W.R. GRACE & COMPANY CONN.<br>7500 GRACE DRIVE<br>COLUMBIA, MD 21044 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>W.R. GRACE AND COMPANY<br>62 WHITTEMORE AVE.<br>CAMBRIDGE, MA 02146 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WAFFLE HOUSE<br>2880 LBJ FREEWAY<br>#202<br>DALLAS, TX 75234 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WALLACE, CARL P., JR.<br>ADDRESS ON FILE | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WALLACE, DAVID B.<br>ADDRESS ON FILE | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WALLACE, DAVID B.<br>ADDRESS ON FILE | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _92_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Dallas Power & Light Company, Inc.            ,          Case No.   14-11000 (CSS)
_____                              _____
              Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WALLACE, RUTH<br>ADDRESS ON FILE | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WASTE MANAGEMENT OF FORT WORTH<br>1121 RIVERSIDE DR<br>FORT WORTH, TX 76111 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WAUKESHA-PEARCE INDUSTRIES<br>BOX 35068<br>HOUSTON, TX 77235 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WEBEN INDUSTRIES, INC.<br>1616 ANSON ROAD<br>DALLAS, TX 75235 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WEBER INDUSTRIES, INC.<br>MOORE AND PETERSON,<br>2400 ONE DALLAS CTR.<br>DALLAS, TX 75201 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WESTERN ELECTRIC COMPANY, INC.<br>PO BOX 185<br>LOOKOUT MTN, TN 37350 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no.  _93_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Dallas Power & Light Company, Inc.**                ,        Case No. **14-11000 (CSS)**
          **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WESTERN ELECTRIC COMPANY, INC.<br>3000 SKYLINE DR.<br>DEPT. 472<br>MESQUITE, TX 75149 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WESTERN UNION<br>ONE LAKE STREET<br>UPPER SADDLE RIVER, NJ 07458 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WESTINGHOUSE ELECTRIC CORP.<br>SAMUEL PITTS, VP<br>11 STANWIX ST.<br>PITTSBURGH, PA 15222 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WESTINGHOUSE ELECTRIC CORPORATION<br>1000 WESTINGHOUSE DR<br>CRANBERRY TOWNSHIP, PA 16066 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WESTVACO<br>299 PARK AVENUE<br>NEW YORK, NY 10171 | | | Potential Responsible Party - Site: BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _94_ of _97_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.** ,                     Case No.  **14-11000 (CSS)**
_____                     _____
           **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WHITE SEPTIC TANK CO.<br>11465 HARRY HINES<br>DALLAS, TX 75229 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILSON ENGRAVING CO.,INC.<br>ROBERT THOMPSON,SR. VP<br>1702 S. CENTRAL EXPWY.<br>DALLAS, TX 75215 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILSON ENGRAVING COMPANY<br>1702 S. CENTRAL EXPRESSWAY<br>DALLAS, TX 75215 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILSON ENGRAVING COMPANY, INC.<br>1411 CHATTAHOOCHEE AVE NW<br>ATLANTA, GA 30318 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILSON RILEY<br>ADDRESS ON FILE | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WITCO CORPORATION<br>EDGAR J. SMITH,JR., VP<br>ONE AMERICAN LANE<br>GREENWICH, CT 06831-2559 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |

Sheet no. _95_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                ,                      Case No.   **14-11000 (CSS)**
_____
Debtor                                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WITCO CORPORATION<br>520 MADISON AVE.<br>NEW YORK, NY 10022 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WRAY FORD<br>DEANIE W.<br>GALLOWAY,CORP.SECRETARY<br>7300 MANSFIELD<br>SHREVEPORT, LA 71108 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WYATT INDUSTRIES<br>1618 W COMMERCE STREET<br>DALLAS, TX 75208 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WYATT INDUSTRIES<br>GEORGE MACLEAN,ASST.<br>SECTY.<br>99 WOOD AVE. SOUTH<br>ISELIN, NJ 08830 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>XEROX CORP.<br>JAMES<br>MACKENZIE,DIR.ENV.HLTH,SAFTY<br>XEROX SQUARE-021D<br>ROCHESTER, NY 14644 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |

Sheet no. _96_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Dallas Power & Light Company, Inc.**                ,        Case No.   **14-11000 (CSS)**
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>XEROX CORPORATION<br>45 GLOVER AVE<br>PO BOX 4505<br>NORWALK, CT 06850 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>XL OIL & CHEMICAL,INC.<br>PETER D. BURLAND<br>4605 POST OAK PLACE #210<br>HOUSTON, TX 77027 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>XL OIL & CHEMICALS, INC.<br>2600 S. LOOP WEST, SUITE 140<br>HOUSTON, TX 77054 | | | Potential Responsible Party - Site:<br>VODA PETROLEUM, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>YELLOW FREIGHT LINES<br>900 64TH STREET<br>ALBUQUERQUE, NM 87105 | | | Potential Responsible Party - Site:<br>BIO-ECOLOGY SYSTEMS, INC. | X | X | X | Undetermined |
| ACCOUNT NO.<br><br><br> | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | |

Sheet no. _97_ of _97_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $ 0.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re   **Dallas Power & Light Company, Inc.**                     ,          Case No.   **14-11000 (CSS)**
               **Debtor**                                                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

[x]  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re    **Dallas Power & Light Company, Inc.** _____ ,    Case No.  **14-11000 (CSS)** _____
                                              **Debtor**                                                                                  **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
| See attached rider           |                              |

**In re: Dallas Power & Light Company, Inc.**                                           **Case No. 14-11000 (CSS)**

### Schedule H - Co-Debtor Rider

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| CAMERON INTERNATIONAL CORPORATION<br>1333 WEST LOOP SOUTH<br>SUITE 1700<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| CBS CORPORATION<br>LAWRENCE TU, SVP, CHIEF LEGAL OFFICER<br>51 W 52ND STREET<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| CHEVRON USA INC<br>R. HEWITT PATE, VP & GEN. COUN.<br>6001 BOLLINGER CANYON ROAD<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| CHICAGO BRIDGE & IRON DELAWARE<br>ONE CB&I PLAZA - RICHARD E CHANDLER, JR<br>EVP, CHIEF LEGAL OFFICER & SECRETARY,<br>2103 RESEARCH FOREST DRIVE<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| CLEAVER BROOKS INC<br>221 LAW STREET<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| CRANE COMPANY<br>100 FIRST STAMFORD PLACE<br>STAMFORD, CT 06902 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| EL PASO ENERGY E.S.T.<br>1001 LOUISIANA STREET<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| ELLIOTT TURBOMACHINERY COMPANY, INC.<br>ELLIOT GROUP<br>901 N. FOURTH STREET<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| ENTERGY TEXAS INC<br>350 PINE ST.<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| EXXON MOBIL CORPORATION<br>5959 LAS COLINAS BLVD.<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| FOSTER WHEELER ENERGY CORP<br>THOMAS R. O'BRIEN<br>C/O FOSTER WHEELER CORPORATION<br>PERRYVILLE CORPORATE PARK<br>CLINTON, NJ 08809-4000 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| GUARD LINE INC<br>215 S LOUISE ST<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| GULF OIL CORPORATION<br>POST BAG NO.1, SANATNAGAR<br>HYDERABAD<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| INGERSOLL RAND CO<br>800-E BEATY STREET<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| METROPOLITAN LIFE INSURANCE CO<br>LOOPER REED & MCGRAW PC<br>KENNETH D. RHODES<br>1300 POST OAK BOULEVARD, SUITE 2000<br>HOUSTON, TX 77056 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |

**In re: Dallas Power & Light Company, Inc.**                                    **Case No. 14-11000 (CSS)**

**Schedule H - Co-Debtor Rider**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| PEERLESS INDUSTRIES INC<br>2300 WHITE OAK CIRCLE<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| POTLATCH CORPORATION<br>601 WEST FIRST AVE<br>SUITE 1600<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| RAYPAK INC<br>2151 EASTMAN AVE<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| RILEY POWER INC<br>5 NEOPNSET ST.<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| ROHM & HAAS COMPANY<br>100 INDEPENDENCE MALL WEST<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| TEXAS INDUSTRIES INC<br>SOUTH MAIN BAPTIST CHURCH<br>GREGORY GUY FUNDERBURK<br>4100 SOUTH MAIN<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| THE LUBRIZOL CORPORATION<br>377 HOES LN<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| TRANE US INC<br>ONE CENTENNIAL AVENUE<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| ZURN INDUSTRIES LLC<br>DENNIS HAINES, SECRETARY AND GEN. COUN.<br>1801 PITTSBURGH AVE<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| ALCOA INC<br>ALCOA CORPORATE CENTER<br>AUDREY STRAUSS, CHIEF LEGAL OFFICER<br>201 ISABELLA STREET<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| BASF CORPORATION<br>100 CAMPUS DRIVE<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| CARRIER CORPORATION DBA BRYANT HEATING & COOLING<br>SYSTEMS<br>COOLING SYSTEM<br>420 LEXINGTON AVE<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| JOHN CRANE INC<br>227 WEST MONROE STREET, STE 1800<br>HOUSTON, TX 77002 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
| LUMINANT GENERATION COMPANY LLC<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | BRYAN V. HOLMAN<br>ADDRESS ON FILE |
|  |  |

B6 Declaration - Official Form 6 - Declaration (12/07)

In re : Dallas Power & Light Company, Inc                                    Case No. 14-11000 (CSS)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules. consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief

Date _____        Signature: _____
                                                              Debtor

Date _____        Signature: _____
                                                              Joint Debtor, if any)

                                          [If joint case, both spouses must sign ]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section

_____                    _____
Printed or Typed Name and Title, if any,            Social Security No
of Bankruptcy Petition Preparer                     ( Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____                  _____
Signature of Bankruptcy Petition Preparer           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the corporation [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief

Date _____ June 29 , 2014                    Signature: _____

                                                        Michael L. Carter
                                                        [Print or type name of individual signing on behalf of debtor ]

                        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*