# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Energy Future Holdings Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), commenced on April 29, 2014 (the "Petition Date") have filed their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Michael L. Carter, Senior Vice President Corporate Planning and Assistant Treasurer of Energy Future Holdings Corp. ("EFH Corp."), in his capacity as an authorized agent at each of the Debtors, has signed the Schedules and Statements for each of the Debtors except (a) Luminant Energy Company LLC, (b) Luminant ET Services Company, and (c) Luminant Energy Trading California Company (collectively, the "Luminant Energy Entities"). Terry L. Nutt, Vice President Risk Management for EFH Corporate Services Company, in his capacity as an authorized agent at each of the Luminant Energy Entities, has signed the Schedules and Statements on behalf of the Luminant Energy Entities. In reviewing and signing the Schedules and Statements, Mr. Carter and Mr. Nutt have necessarily relied upon the efforts, statements, and representations of various personnel of the Debtors. Neither Mr. Carter nor Mr. Nutt has (nor could have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Schedules and Statements (the "Global Notes") pertain to and are incorporated by reference in and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to be fully reconciled to the financial statements. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, the Debtors are unable to warrant or represent that the Schedules and Statements are without inadvertent errors, omissions, or inaccuracies some of which may be material.

## General Disclosures Applicable to Schedules and Statements

1. _General Reservation of Rights._ Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission in their chapter 11 cases, including any issues involving substantive consolidation, equitable subordination, defenses, and/or Claims[2] or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. _References._ Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

3. _Currency._ Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4. _Paid Claims._ The Bankruptcy Court authorized (but did not direct) the Debtors to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action such as filing Claims objections, as is necessary and appropriate to avoid over payment or duplicate payments for liabilities.

5. _Amendments and Supplements._ While the Debtors made reasonable efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.

---

[2] As used herein, the term "Claim" has the meaning set forth in section 101(5) of the Bankruptcy Code.

The Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

6.    Recharacterization.    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.    The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

7.    Liabilities.    The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.    As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

8.    Insiders.    For purposes of the Schedules and Statements, persons listed as "Insiders" have been included. The Debtors do not take a position with respect to: (a) such person's influence over the affairs of the Debtor; (b) the control of management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.    Amounts paid on behalf of employees for life and and disability coverage while they were employees, have not been included.

9.    Intercompany Claims.    Receivables and payables among the Debtors in these cases and their affiliates are reported on Schedule B and Schedule F, respectively.    For additional information about the Debtors' intercompany transaction and netting protocols, see *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense* [D.I. 37].

10.    Intellectual Property Rights.    Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.    Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.    The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.    Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

11.  <u>Executory Contracts</u>.  The Debtors have not set forth executory contracts as assets in the Schedules and Statements. The Debtors¶ H[HFXWRU\ FRQWUDFWV KDYH Schedule G.  In addition, the businesses of the Debtors are complex ² while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

12.  <u>Setoffs</u>.  The Debtors incur certain setoffs and other similar rights from customers or suppliers in the ordinary course of business.  Setoffs in the ordinary course can result from various items, including, but not limited to, intercompany transactions, pricing discrepancies, returns, refunds, debit memos, credits, and other disputes between the Debtors and their suppliers.  These normal setoffs and other similar rights are consistent with the ordinary course of business in the Debtors¶ LQGXVWULHV DQG FDQ EH SDUWLFXODUO\ burdensome and costly for the Debtors to list such ordinary course setoffs.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, setoffs are not independently accounted for, and as such, certain set offs may be excluded from the Schedules and Statements.

13.  <u>Claims Description</u>.    Any failure to designate a Claim RQ D JLYHQ 'HEWRU Sc KHGXOHV DQG 6WDWHPHQWV DV ³GLVSXWHG ́ ³FRQWLQJHQW DGPLVVLRQ E\ WKH 'HEWRU WKDW VXFK DPRXQW LV QRW The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such ClaimV DV ³GLVSXWHG ́ ³FRQWLQJHQW ́

14.  <u>Excluded Assets and Liabilities</u>.   The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including accrued salaries, employee benefit accruals, certain deposits, and deferred gains.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist.  In addition, certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

15.  <u>Causes of Action</u>.    Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements.  The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

16.  <u>Confidential or Sensitive Information</u>.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third-party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual.  Additionally, employee addresses have been removed from entries listed on the Schedules and Statements, where applicable.

17.  <u>Current Market Value ² Net Book Value</u>.  Unless otherwise indicated, the Schedules and Statements reflect net book values.  The Debtors reserve all rights related to the net book value reflected in the Schedules and Statements.

18.   <u>Undetermined Amounts</u>   7KH GHVFULSWLRQ RI DQ DPRXQW D ³XQGHWHUPLQHG´ LV QRW LQWHQGHG WR UHIOHFW XSRQ W

19.   <u>Totals</u>.   All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors¶ ERRNV DQG UHFRUGV DV RI WKH 3HWLWLRQ 'DWH. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.   To the extent a Debtor is a guarantor of debt held by another Debtor, the DPRXQWV UHIOHFWHG LQ WKHVH 6FKHGXOHV DUH LQFOXVLY

20.   0HFKDQLF·V.¶V   The Inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted PHFKDQLF·V, materialmen, or similar liens.

21.   <u>Letters of Credit</u>.   Amounts due and payable as of the Petition Date as listed herein do not reflect draws on letters of credit unless such draws were made by a third-party, non-Debtor or unless noted otherwise.

## General Disclosures Applicable to Statements

1.   <u>Question 1</u>.   The revenue amounts listed in response to Question 1 include amounts received by the Debtors from other Debtors.

2.   <u>Question 2</u>.   The amounts listed in response to Question 2 include amounts received by the Debtors from other Debtors.

3.   <u>Question 3(b)</u>.   The information provided lists payments made by a Debtor on behalf of itself or on behalf of another Debtor in accordance with routine business practices. The response to Question 3(b) includes any disbursement or other transfer made by the Debtor except for those made to (a) insiders or other Debtors (which payments appear in response to Statement question 3(c)); (b) non-insider employees; and (c) bankruptcy professionals (which payments appear in response to Statement question 9).

4.   <u>Question 3(c)</u>.   The amounts listed in response to question 3(c) include payments or transfers (including net allocations associated with the money pool amounts described in the Cash Management Motion) made to or from a Debtor to another Debtor during the one year preceding April 29, 2014.   To the extent the Debtor is a holder of a security issued by another Debtor, the Debtor periodically receives cash or stock distributions, or interest payments, and any such distributions or interest payments made in the one year preceding April 29, 2014 are set forth in the rider attached to Question 3(c).

5.   <u>Question 8</u>.   The Debtors occasionally incur losses for a variety of reasons, including theft, bodily injury, and property damage.   Although such losses are tracked internally and subject to internal review processes before payments are authorized, the Debtors, may not have records of all such losses to the extent such losses do not have a material effect on a 'HEWRU¶V EXVLQHVVHV RU DUH QRW UHSRUWHG IRU LQVXUD

6.   <u>Question 9</u>.   The response to Question 9 identifies which Debtor made a payment in the first instance on behalf of professionals the Debtors seek to retain under section 327of the Bankruptcy Code and does not reflect subsequent intercompany allocations of payments.   In

addition, for any given payment, multiple Debtor entities may have made a partial payment.  For a complete analysis of any Debtor entity that may have made a partial payment with respect to any payment obligation, please see collectively the response to Question 9 set forth for EFH Corp., ., EFH Corporate Services Company, Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, Texas Competitive Electric Holdings Company LLC

7.      Question 15.      The Debtors have only listed changes to the address of the corporate headquarters and have excluded any changes of address for ancillary locations or facilities.

8.      Question 20.    Energy Future Holdings Corp. maintains various Sarbanes-Oxley controls related to the various inventories and the inventory measurement processes used by the Debtors.  These controls are reviewed on a monthly, quarterly, or annual basis, depending on the specific controls.

9.      Question 21.    Every individual identified on the rider attached to the applicable Debtor in response to Question 21 was formally voted in by vote of the board of directors or board of managers, as applicable.

10.      Question 22.    Any response to Question 22 includes only those individuals that have terminated their relationship with the listed Debtor as either a director or officer, and does not include individuals that have simply changed their title but who have otherwise maintained their relationship as a director or officer.

## General Disclosures Applicable to Schedules

1.      Classifications.  Listing a Claim (a) on Schedule D as "Secured," (b) on Schedule E as "Priority," (c) on Schedule F as "unsecured," or otherwise or (d) listing a contract or "unexpired" does not in each case constitute an acknowledgment by the Claimant or a waiver of the Debtors' rights to contract.

2.      Schedule A.   Except where otherwise noted, the Debtors have included the book value of owned real property assets held by each Debtor on Schedule A.  Certain de minimis real property assets that are not reported or tracked centrally may have been excluded.

3.      Schedule B.   Certain of the Debtors' machinery, fixtures, equipment, and supplies used in business are not capitalized in some situations, generally because the related dollar amounts are not material, and, consequently, may not be listed on Schedule B.  To the extent a Debtor is party to one or more ISDAs, EEI, and/or master netting agreements that provide for the mutual netting of payment and/or collateral obligations, the amounts listed for such Debtor in Schedule F reflect such mutual netting.  Notwithstanding the foregoing, the Debtors reserve all rights related to the netting provisions provided for in such ISDAs, EEIs, and master netting agreements.

4.      Schedule D.   The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included for each Claim.

All Claims listed on Schedule D, however, appear to have arisen or were incurred before the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to G L V S X W H   R U   F K D O O H Q J H   W K H   V H F X U L W \ L Q W H U H V W   L Q   D Q \   V X V W U X F W X U H   R I   D Q \   V X F K   W U D Q V D F W L R Q   R U   D Q \   G R F X P H Q W Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' S U H S H W L W L R Q   V H F X facilities, only the administrative agents have been listed for purposes of Schedule D. The amounts outstanding under the Debtors' prepetition loan facilities reflect approximate amounts as of the Petition Date.

5.     Schedule E.     The listing of any Claim on Schedule E does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any Claim on any basis at any time. All Claims listed on the Debtors' Schedule E are Claims owing to various taxing authorities to which the Debtors may potentially be liable. Certain of such Claims, however, may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining Claims listed on Schedule E. Accordingly, the Debtors have listed all such Claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues.

6.     Schedule F.     The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtors. In addition, certain Claims listed on Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule F contains information regarding pending litigation involving the Debtor.  The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined," contingent, unliquidated, and disputed in the Schedules and Statements except to the extent such Claims have already escheated to the estate.  Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.  Schedule F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

The Debtors assumed current customer contracts and established October 27, 2014, as the bar date for customer Claims (the "Customer Bar Date") to others. The Debtors' claims and noticing agent, Epiq, completed its service of the Customer Bar Date materials on April 30, 2014 [D.I. 212]. Since the Customer Bar Date was established, approximately 2,100 customer Claims have been filed on the Epiq claims register. Such Claims have not been listed on this Schedule F but may be found on the claims register.

The Debtors are aware that certain customers outside those listed above, may be disputing the rates the Debtors charge or have charged and the services the Debtors is providing or has provided, and the Debtor reserves all rights related to such disputes, whether or not scheduled herein.

Schedule G.   While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Each unexpired lease listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, subordination, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements.  Such documents may not be set forth on Schedule G.  Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.  Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance.  In some cases, the same supplier or provider appears multiple times in Schedule G.   This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider.   In such cases, the Debtors made their best efforts to determine the correct Debtor for such executory contracts or unexpired leases.  Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

In addition, certain of the Debtors, along with other Debtors, are party to a Restructuring Support Agreement ("RSA") with certain of their financial stakeholders. For analysis of the Debtors that are party to the RSA, please review each Debtor signatory's Schedule G.

Finally, although the Debtors maintain insurance policies for the benefit of every Debtor, the Debtor EFH Corp. is the named insured on each of the insurance policies.  As a result, all of

the Debtors' insurance policies are listed on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

      7.    <u>Schedule H</u>.  For purposes of Schedule H, only the agent under the prepetition loan facility is listed for Claims arising thereunder.    Instead, all such listings can be found on the applicable Debtor's Schedule H (see General Question 46).

9

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

District Of Delaware

In re    EFH CG Holdings Company LP                    ,          Case No. 14-11047 (CSS)
                           Debtor

                                                                 Chapter 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $      402,169.00 | | |
| B - Personal Property | | 5 | $       -4,467.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | 1 | | $       0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 121 | | $       0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 1 | | $     892.22 | |
| G - Executory Contracts and Unexpired Leases | | 1 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $      N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $      N/A |
| TOTAL | | 131 | $    397,702.00 | $     892.22 | |

B6A (Official Form 6A) (12/07)

In re   **EFH CG Holdings Company LP** _____ ,          Case No.  **14-11047 (CSS)** _____
              **Debtor**                                                                          **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Approximately 2.5 acres of land and improvements at the Mesquite Data Center, 2947 Executive Blvd., Mesquite TX 75149 | Fee Simple | | $402,169.00 (Book Value) | |
| | | Total ▶ | $ 402,169.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **EFH CG Holdings Company LP**                    ,          Case No.  **14-11047 (CSS)**
                    **Debtor**                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or coopratives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached rider | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re   **EFH CG Holdings Company LP**                         ,                     Case No. **14-11047 (CSS)**
                          **Debtor**                                                                           **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Other intangibles | | $0.00 + Undetermined amounts |

**B6B (Official Form 6B) (12/07) – Cont.**

In re  **EFH CG Holdings Company LP**                    ,                           Case No. **14-11047 (CSS)**
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment - Other | | $-4,467.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Deferred tax assets | | $0.00 + Undetermined amounts |

                    2        continuation sheets attached      Total ▶       | $  -4,467.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In re: EFH CG Holdings Company LP**                                    **Case No. 14-11047 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
#### Rider B.9 - Interests In Insurance Policies

| Insurance Company | Type of Policy | Policy Number | Surrender or Refund Value |
|---|---|---|---|
| STARR INDEMNITY AND LIABILITY COMPANY | Auto Liability | SISIPCA08293814 | Undetermined |
| FEDERAL | Crime | 6804-3186 | Undetermined |
| ACE | D&O | DOX G23642554 004 | Undetermined |
| AIG | D&O | 01-310-18-13 | Undetermined |
| ASSOCIATED ELECTRIC AND GAS INSURANCE | D&O | DP5027912P | Undetermined |
| AXIS | D&O | MHN763305/01/2012 | Undetermined |
| BEAZLEY | D&O | BSLX505120706 | Undetermined |
| BEAZLEY | D&O | W15147140101 | Undetermined |
| ENDURANCE | D&O | ADX10003789200 | Undetermined |
| ENERGY INSURANCE MUTUAL (EIM) | D&O | 292730-14DO | Undetermined |
| HCC | D&O | 14-MGU-12-A27765 | Undetermined |
| MONITOR | D&O | 11140872 | Undetermined |
| NAVIGATORS | D&O | SPRDR1200355/SPRDR1200464 | Undetermined |
| RLI | D&O | EPG0010701 | Undetermined |
| RSUI (CRC) | D&O | NHS648633 | Undetermined |
| RSUI (CRC) | D&O | NHS648674 | Undetermined |
| STARR | D&O | SISIXFL21039512 | Undetermined |
| STARR | D&O | SISIXFL21098412 | Undetermined |
| TORUS | D&O | 07081C141ASP | Undetermined |
| XL SPECIALTY INSURANCE COMPANY | D&O | ELU127420-12 | Undetermined |
| FEDERAL | Employed Lawyers | 8225-6974 | Undetermined |
| ARGO RE (BERMUDA) | Excess Liability | ARGO-CAS-CM-000397.3 | Undetermined |
| ASSOCIATED ELECTRIC AND GAS INSURANCE | Excess Liability | XL5147502P | Undetermined |
| CHUBB ATLANTIC INDEMNITY LTD. (BERMUDA) | Excess Liability | 3310-18-72 | Undetermined |
| ENERGY INSURANCE MUTUAL (EIM) | Excess Liability | 252526-13GL | Undetermined |
| OIL CASUALTY INSURANCE, LTD. (OCIL) | Excess Liability | U920340-08163 | Undetermined |
| XL INSURANCE (BERMUDA) LTD. | Excess Liability | BM0027152L and BM0027153L | Undetermined |
| ASSOCIATED ELECTRIC AND GAS INSURANCE | Fiduciary | FP5030512P | Undetermined |
| AXIS | Fiduciary | MHN769835/01/2012 | Undetermined |
| ENERGY INSURANCE MUTUAL (EIM) | Fiduciary | 27274-14FL | Undetermined |
| XL SPECIALTY INSURANCE COMPANY | Fiduciary | ELU127421-12 | Undetermined |
| STARR SURPLUS LINES INS CO. | General Liability | SISINRG00104913 | Undetermined |
| STARR AVIATION ON BEHALF | Non-Owned Aviation | 9958-3119-04 | Undetermined |

**In re: EFH CG Holdings Company LP**                                    **Case No. 14-11047 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.9 - Interests In Insurance Policies

| Insurance Company | Type of Policy | Policy Number | Surrender or Refund Value |
|---|---|---|---|
| NUCLEAR ENERGY LIABILITY INSURANCE ASS | Nuclear Liability | NF-274, N-90, N-119, NW-631, NS-440 | Undetermined |
| EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR | Nuclear Property | A14/57/2012/0 | Undetermined |
| NUCLEAR INSURANCE INSURANCE LIMITED | Nuclear Property | P14-061, X14-062, E14-062,NSIC14-061 | Undetermined |
| ASSOCIATED ELECTRIC AND GAS INSURANCE | Professional Liability | EO5146602P | Undetermined |
| FM GLOBAL | Property / Replacement Power | JV394 (PRE)/JW001 (POST) | Undetermined |
| HCC | Special Crime | | Undetermined |
| LIBERTY MUTUAL/SAFECO | Surety | TB1-691-004224-042 | Undetermined |
| STARR INDEMNITY AND LIABILITY COMPANY | Workers Compensation | 100 0001083-01 | Undetermined |

TOTAL     Undetermined

In re    EFH CG Holdings Company LP                 ,          Case No. 14-11047 (CSS)
_____          _____
         Debtor                                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[x] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_0_ continuation sheets attached

Subtotal ▶
(Total of this page)                    $ 0.00          $0.00

Total ▶
(Use only on last page)                 $ 0.00          $0.00

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re    EFH CG Holdings Company LP                    ,                    Case No.  14-11047 (CSS)
                    **Debtor**                                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (04/13) – Cont.**

In re  **EFH CG Holdings Company LP**                ,                    Case No. **14-11047 (CSS)**
                                    **Debtor**                                                                  **(if known)**

☐    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**

      **119**  **continuation sheets attached**

B6E (Official Form 6E) (04/10) – Cont.

In re  **EFH CG Holdings Company LP**                        ,          Case No.  **14-11047 (CSS)**
_____ Debtor _____                                               _____ (if known) _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> ALLEN ISD <br> 612 E. BETHANY DRIVE <br> ALLEN, TX 75002 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ALLEN, CITY <br> 3RD FLOOR, ALLEN CITY HALL <br> 305 CENTURY PARKWAY <br> ALLEN, TX 75013 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ANDERSON COUNTY <br> COURT HOUSE <br> 500 N. CHURCH ST. <br> PALESTINE, TX 75801 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ANDREWS COUNTY <br> 215 NW 1ST STREET <br> ANDREWS, TX 79714 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. **1** of **119** continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)   $ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____                       _____
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet
_____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>ANDREWS COUNTY HOSPITAL DIST<br>720 HOSPITAL DR<br>ANDREWS, TX 79714-3617 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>ANDREWS ISD<br>405 NW THIRD STREET<br>ANDREWS, TX 79714 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>ANDREWS, CITY<br>CITY HALL<br>111 LOGSDON ST<br>ANDREWS, TX 79714 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>ANGELINA CO. JR. COLLEGE<br>3500 SOUTH FIRST STREET<br>LUFKIN, TX 75904 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   2   of   119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)                         $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                               $               $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____                      _____
      **Debtor**                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> ANGELINA COUNTY <br> 215 EAST LUFKIN AVENUE <br> LUFKIN, TX 75902 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ARCHER CITY ISD <br> 600 S ASH ST <br> ARCHER CITY, TX 76351 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ARCHER COUNTY <br> PO BOX 427 <br> ARCHER CITY, TX 76351 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ARLINGTON ISD <br> 1203 W. PIONEER PKWY <br> ARLINGTON, TX 76013 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  3  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | Subtotals | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| | Total | $ | | |
| | Totals | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
          **Debtor**                                                           **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>ARLINGTON, CITY<br>CITY HALL<br>101 W. ABRAM STREET<br>ARLINGTON, TX 76010 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>ATHENS ISD<br>104 HAWN STREET<br>ATHENS, TX 75751 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>ATHENS MUNICIPAL WATER AUTH<br>ATHENS CITY HALL<br>508 EAST TYLER STREET<br>ATHENS, TX 75751 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>ATHENS, CITY<br>ATHENS CITY HALL<br>508 EAST TYLER STREET<br>ATHENS, TX 75751 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  4  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)    $ 0.00    $ 0.00    $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)    $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    $    $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                        _____
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>AUSTIN COMM. COLLEGE<br>AUSTIN COMMUNITY COLLEGE DISTRICT<br>5930 MIDDLE FISKVILLE RD.<br>AUSTIN, TX 78752 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>AUSTIN COMM. COLLEGE - BASTROP<br>AUSTIN COMMUNITY COLLEGE DISTRICT<br>5930 MIDDLE FISKVILLE RD.<br>AUSTIN, TX 78752 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>AUSTIN COMM. COLLEGE - LEE<br>AUSTIN COMMUNITY COLLEGE DISTRICT<br>5930 MIDDLE FISKVILLE RD.<br>AUSTIN, TX 78752 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>AUSTIN COMM. COLLEGE - TRAVIS CO.<br>AUSTIN COMMUNITY COLLEGE DISTRICT<br>5930 MIDDLE FISKVILLE RD.<br>AUSTIN, TX 78752 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  5  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled |
|---|---|---|---|
| Subtotals | $ 0.00 | $ 0.00 | $ 0.00 |
| Total | $ | | |
| Totals | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,                    Case No.  14-11047 (CSS)
_____                                      _____
                    Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>AUSTIN ISD<br>1111 W 6TH STREET<br>AUSTIN, TX 78703 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>AUSTIN, CITY<br>2006 EAST 4TH STREET<br>AUSTIN, TX 78702 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>AXTELL ISD<br>308 OTTAWA<br>AXTELL, TX 76624 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>AZLE ISD<br>300 ROE STREET<br>AZLE, TX 76020 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  6  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,         Case No.   14-11047 (CSS)
_____                    _____
              **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>BALLINGER ISD<br>802 CONDA AVE<br>BALLINGER, TX 76821 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>BALLINGER MEMORIAL HOSPITAL DIST.<br>BALLINGER MEMORIAL HOSPITAL<br>PO BOX 617<br>BALLINGER, TX 76821 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>BASTROP COUNTY<br>803 PINE, ROOM 112<br>PO BOX 577<br>BASTROP, TX 78602 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>BASTROP ISD<br>906 FARM STREET<br>BASTROP, TX 78602 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  7  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)          $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)          $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)          $          $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                    ,          Case No.  **14-11047 (CSS)**

                **Debtor**                                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>BASTROP-TRAVIS ESD #1<br>214 FOHN RD<br>RED ROCK, TX 78662 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>BAYLOR COUNTY<br>ATTN: JEANETTE HOLUB, COUNTY<br>TAX ASSESSOR - COLLECTOR<br>110 N. WASHINGTON<br>SEYMOUR, TX 76380 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>BAYLOR HOSPITAL DISTRICT<br>120 W MCLAIN STREET<br>SEYMOUR, TX 76380 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>BECKVILLE ISD<br>4398 SH 149<br>BECKVILLE, TX 75631 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Sheet no.  8  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶<br>(Totals of this page) | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                          _____
                    **Debtor**                                           **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_Type of Priority for Claims Listed on This Sheet_

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>BEDFORD, CITY<br>2000 FOREST RIDGE DRIVE<br>BEDFORD, TX 76021 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>BELL CO. ROAD AND BRIDGE DEPARTMENT<br>702 W. AVENUE O<br>BELTON, TX 76513 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>BELL COUNTY<br>101 E. CENTRAL AVENUE<br>PO BOX 768<br>BELTON, TX 76513 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>BELLS ISD<br>1550 OLE AMBROSE ROAD<br>BELLS, TX 75414 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  9  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page) — $ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.) — $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.) — $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>BELTON ISD<br>PO BOX 269<br>400 N. WALL ST.<br>BELTON, TX 76513 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br>BENBROOK, CITY<br>911 WINSCOTT ROAD<br>BENBROOK, TX 76126 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br>BIG SPRING ISD<br>708 EAST 11TH PLACE<br>BIG SPRING, TX 79720 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br>BIG SPRING, CITY<br>310 NOLAN STREET<br>BIG SPRING, TX 79720 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  10  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

|  | Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
|  | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                    **Debtor**                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> BIRDVILLE ISD <br> 6125 EAST BELKNAP ST <br> HALTOM CITY, TX 76117 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BLACKWELL ISD <br> 100 HORNET DR <br> BLACKWELL, TX 79506 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BLUE RIDGE ISD <br> 10688 COUNTY ROAD 504 <br> BLUE RIDGE, TX 75424 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BLUM ISD <br> 310 S. AV 310 S. AVE. FE. F <br> BLUM, TX 76627 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  11  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

| $ | | |
|---|---|---|

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

| | $ | $ |
|---|---|---|

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                        **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> BONHAM ISD <br> 1005 CHESTNUT <br> BONHAM, TX 75418 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BONHAM, CITY <br> 514 CHESTNUT ST. <br> BONHAM, TX 75418-3738 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BOSQUE COUNTY <br> PO BOX 647 <br> MERIDIAN, TX 76665 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BRAZOS COUNTY <br> 300 E. 26TH ST. <br> BRYAN, TX 77803 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   12   of   119   continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)         $ 0.00         $ 0.00         $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)         $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)         $         $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                          ,          Case No.  14-11047 (CSS)
_____                              _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>  Type of Priority for Claims Listed on This Sheet  </u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> BRECKENRIDGE ISD <br> 208 NORTH MILLER STREET <br> BRECKENRIDGE, TX 76424 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BRECKENRIDGE, CITY <br> 100 EAST ELM <br> PO BOX 1466 <br> BRECKENRIDGE, TX 76424 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BREMOND ISD <br> 601 W COLLINS ST <br> BREMOND, TX 76629 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BROOKSHIRE - KATY DRAINAGE DIST. <br> 1111 KENNEY ST <br> BROOKSHIRE, TX 77423 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  13  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,                          Case No.  14-11047 (CSS)
                        **Debtor**                                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

_Type of Priority for Claims Listed on This Sheet_

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> BROWN COUNTY <br> ATTN: CHRISTINE PENTECOST, COUNTY TAX ASSESSOR-COLLECTOR <br> 200 SOUTH BROADWAY, ROOM 105 <br> BROWNWOOD, TX 76801 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BROWNSBORO ISD <br> PO BOX 465 <br> 14134 STATE HWY 31E <br> BROWNSBORO, TX 75756 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BROWNWOOD ISD <br> 2707 SOUTHSIDE DRIVE <br> BROWNWOOD, TX 76801 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. _14_ of _119_ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ | $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                          ,         Case No.   14-11047 (CSS)
                                 **Debtor**                                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> BROWNWOOD, CITY <br> BROWNWOOD CITY HALL <br> 501 CENTER AVE, PO BOX 1389 <br> BROWNWOOD, TX 76804 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BRYAN ISD <br> 101 NORTH TEXAS AVENUE <br> BRYAN, TX 77803 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BRYAN, CITY <br> 300 S. TEXAS AVE <br> BRYAN, TX 77803 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> BRYSON ISD <br> 300 N. MCCLOUD ST. <br> JACKSBORO, TX 76457 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  15  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ►
(Totals of this page) — $ 0.00 | $ 0.00 | $ 0.00

Total ►
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.) — $

Totals ►
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.) — $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,                    Case No.   14-11047 (CSS)
                        **Debtor**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> BUFFALO, CITY <br> 144 AVANT ST. <br> BUFFALO, TX 75831 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br> CALVERT ISD <br> PO BOX 7 <br> 310 HICKORY ST. <br> CALVERT, TX 77837 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br> CAMERON ISD <br> 303 E 12TH ST <br> CAMERON, TX 76520 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br> CAMERON, CITY <br> 100S. HOUSTON AVENUE <br> CAMERON, TX 76520 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  16  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                           ,          Case No.  14-11047 (CSS)
                    **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> CARROLLTON FARMERS BRANCH ISD <br> 1445 N. PERRY RD. <br> CARROLLTON, TX 75006 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CARROLLTON, CITY <br> 1945 E. JACKSON ROAD <br> CARROLLTON, TX 75006 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CARTHAGE ISD <br> #1 BULLDOG DRIVE <br> CARTHAGE, TX 75633 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CAYUGA ISD <br> 17750 N. US HWY. 287 <br> TENNESSEE COLONY, TX 75861 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  17  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00            $ 0.00            $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$            $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                          Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> CENTERVILLE ISD <br> PO BOX 246 <br> CENTERVILLE, TX 75833 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CENTRAL HEIGHTS ISD <br> 10317 HWY 259N <br> NACOGDOCHES, TX 75965 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CENTRAL TEXAS COLLEGE <br> 6200 WEST CENTRAL EXPRESSWAY <br> KILLEEN, TX 76549 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CENTRAL TEXAS COLLEGE DISTRICT <br> CENTRAL TEXAS COLLEGE <br> 6200 WEST CENTRAL EXPRESSWAY <br> KILLEEN, TX 76549 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   18   of   119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)           $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                  $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                  $          $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                        ,                    Case No.   14-11047 (CSS)
_____
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>CHAPEL HILL ISD<br>11134 CR 2249<br>TYLER, TX 75707 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CHEROKEE COUNTY<br>CHEROKEE COUNTY COURTHOUSE<br>520 N MAIN STREET; PO DRAWER 420<br>RUSK, TX 75785 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CHILDRESS CO. HOSP. DIST.<br>901 US HIGHWAY 83 N<br>CHILDRESS, TX 79201 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CHILDRESS COUNTY<br>100 AVE E NW<br>COURTHOUSE BOX 4<br>CHILDRESS, TX 79201 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  19  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |
| $ | | |
| | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                          **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>CHILDRESS ISD<br>308 THIRD STREET NW<br>CHILDRESS, TX 79201 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CHISUM ISD<br>3250 S CHURCH ST<br>PARIS, TX 75462 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CHOCTAW WATERSHED DIST.<br>GRAYSON COUNTY TAX COLLECTOR<br>PO BOX 2107<br>SHERMAN, TX 75091-2107 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CISCO ISD<br>1503 LEGGETT STREET<br>CISCO, TX 76437 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   20   of   119   continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)  $ 0.00  |  $ 0.00  |  $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  |  $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,        Case No.   14-11047 (CSS)
                          **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> CISCO JR. COLLEGE DIST. <br> 101 COLLEGE HEIGHTS <br> CISCO, TX 76437 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CLARENDON COLLEGE <br> 1902 AVE G. NW SUITE I \| <br> CHILDRESS, TX 79201 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CLARKSVILLE ISD <br> 1500 W. MAIN <br> CLARKSVILLE, TX 75426 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CLAY COUNTY <br> 100 N. BRIDGE STREET <br> HENRIETTA, TX 76365 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  21  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                ,          Case No.  14-11047 (CSS)
                          Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>CLEARWATER U.W.C.D.<br>700 KENNEDY CT<br>BELTON, TX 76513 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CLEBURNE ISD<br>505 NORTH  RIDGEWAY DRIVE<br>SUITE 100<br>CLEBURNE, TX 76033 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CLEBURNE, CITY<br>10 N ROBINSON ST<br>CLEBURNE, TX 76031 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CLIFTON ISD<br>1102 KEY AVENUE<br>CLIFTON, TX 76634 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  22  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ► (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                        _____
                        **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>COLLIN CO. JR. COLLEGE DIST.<br>3452 SPUR 399<br>MCKINNEY, TX 75069 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>COLLIN COUNTY<br>COLLIN COUNTY<br>ADMINISTRATION BUILDING<br>2300 BLOOMDALE RD., SUITE 2106<br>MCKINNEY, TX 75071 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>COLORADO ISD<br>534 E. 11TH<br>COLORADO CITY, TX 79512 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>COMANCHE CO. HOSPITAL<br>COMANCHE COUNTY MEDICAL CENTER<br>10201 HWY 16 NORTH<br>COMANCHE, TX 76442 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  23  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                    $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                    $          $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                    ,          Case No.  **14-11047 (CSS)**
_____
Debtor                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> COMANCHE COUNTY ATTN: GAY HORTON GREEN, TAX ASSESSOR - COLLECTOR 101 WEST CENTRAL COMANCHE, TX 76442 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> COMANCHE ISD 1414 N. AUSTIN COMANCHE, TX 76442 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> COMANCHE, CITY 114 W CENTRAL COMANCHE, TX 76442 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> COMMERCE ISD 3315 WASHINGTON ST COMMERCE, TX 75428 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  **24**  of  **119**  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$                  $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                              _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

___Type of Priority for Claims Listed on This Sheet___

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>COMMERCE, CITY<br>1119 ALAMO STREET<br>COMMERCE, TX 75428 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>COMO-PICKTON ISD<br>PO BOX 18<br>13017 TX HWY 11 E.<br>COMO, TX 75431 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>COOKE COUNTY<br>101 SOUTH DIXON<br>GAINESVILLE, TX 76240 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>COPPELL ISD<br>268 SOUTHWESTERN BLVD.<br>COPPELL, TX 75019 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  25  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)          $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)          $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)          $          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
             **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  COPPELL, CITY 255 PARKWAY BOULEVARD PO BOX 9478 COPPELL, TX 75019-9478 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  COPPERAS COVE ISD 703 W AVENUE D. COPPERAS COVE, TX 76522 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  COPPERAS COVE, CITY 914 S. MAIN ST. COPPERAS COVE, TX 76522 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  CORINTH, CITY 3300 CORINTH PARKWAY CORINTH, TX 76208 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  26  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$                $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP_____,          Case No.  14-11047 (CSS)_____
                **Debtor**                                                                       **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>CORSICANA ISD<br>601 NORTH 13TH STREET<br>CORSICANA, TX 75110 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CORSICANA, CITY<br>200 N 12TH ST<br>CORSICANA, TX 75110 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CORYELL COUNTY<br>CORYELL COUNTY COURTHOUSE<br>620 EAST MAIN STREET<br>GATESVILLE, TX 76528 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>CRANE COUNTY<br>PO BOX 578<br>CRANE, TX 79731 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  27  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)     $ 0.00     $ 0.00     $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $     $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                        **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> CRANE HOSPITAL DISTRICT CRANE MEMORIAL HOSPITAL 1310 SOUTH ALFORD STREET CRANE, TX 79731 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CRANE ISD 509 W 8TH ST CRANE, TX 79731 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CRANE, CITY 115 W. 8TH CRANE, TX 79731 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CROCKETT ISD 1400 W. AUSTIN ST. CROCKETT, TX 75835 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  28  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00     $ 0.00     $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$     $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                    ,        Case No.  **14-11047 (CSS)**
_____Debtor_____                                              _____(if known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> CROCKETT, CITY <br> 200 N 5TH ST <br> CROCKETT, TX 75835 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CROSSROADS ISD <br> 14434 59 <br> MALAKOFF, TX 75148 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CULBERSON CO. GWCD <br> JOHN JONES <br> PO BOX 1295 <br> VAN HORN, TX 79855 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CULBERSON CO. HOSP. DIST. <br> CULBERSON HOSPITAL, <br> EISENHOWER & FM 2185 <br> PO BOX 609 <br> VAN HORN, TX 79855 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __29__ of __119__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)           $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                   $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)          $          $

B6E (Official Form 6E) (04/13) – Cont.

In re   **EFH CG Holdings Company LP**                    ,          Case No.   **14-11047 (CSS)**
               **Debtor**                                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> CULBERSON COUNTY <br> PO BOX 158 <br> VAN HORN, TX 79855 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> CULBERSON-ALLAMORE ISD <br> 400 WEST 7TH STREET <br> VAN HORN, TX 79855-0899 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> DALLAS CO. COMM. COLLEGE DIST. <br> 1601 SOUTH LAMAR ST. <br> DALLAS, TX 75215-1816 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> DALLAS CO. HOSPITAL DIST. <br> PARKLAND HEALTH & HOSPITAL SYSTEM <br> 5201 HARRY HINES BOULEVARD <br> DALLAS, TX 75235 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   30   of   119   continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                    ,                    Case No.  **14-11047 (CSS)**
    _____
              **Debtor**                                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> DALLAS COUNTY <br> 509 MAIN ST., SUITE 200 <br> DALLAS, TX 75202 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> DALLAS COUNTY SCHOOLS <br> 612 N ZANG BLVD <br> DALLAS, TX 75208 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> DALLAS ISD <br> 3700 ROSS AVE <br> DALLAS, TX 75204 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> DALLAS, CITY <br> DALLAS CITY HALL <br> 1500 MARILLA STREET <br> DALLAS, TX 75201 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  __31__  of  __119__  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page) .......... $ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.) .......... $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.) .......... $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                              _____
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>DAWSON COUNTY<br>400 S 1ST STREET<br>LAMESA, TX 79331 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>DAWSON COUNTY HOSPITAL DIST<br>MEDICAL ARTS HOSPITAL<br>2200 N BRYAN AVE<br>LAMESA, TX 79331 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>DECATUR ISD<br>501 EAST COLLINS STREET<br>DECATUR, TX 76234 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>DENISON ISD<br>1201 SOUTH RUSK AVENUE<br>DENISON, TX 75020 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   32   of   119   continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)                                                         $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                                                $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                                                               $               $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                              ,            Case No.   14-11047 (CSS)
                                    **Debtor**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> DENISON, CITY <br> 500 W. CHESTNUT ST. <br> PO BOX 347 <br> DENISON, TX 75021 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> DENTON COUNTY <br> CARROLLTON-SANDY JACOBS <br> GOVERNMENT CENTER <br> 1029 W. ROSEMEADE PARKWAY <br> CARROLLTON, TX 75007-6251 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> DENTON ISD <br> 1307 N. LOCUST ST. <br> DENTON, TX 76201 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> DENTON, CITY <br> 215 E. MCKINNEY STREET <br> DENTON, TX 76201 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  33  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                          $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                   $                    $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____          _____
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>DESOTO ISD<br>200 E. BELT LINE ROAD<br>DESOTO, TX 75115 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>DESOTO, CITY<br>211 EAST PLEASANT RUN ROAD<br>DESOTO, TX 75115 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>DOWNTOWN DALLAS IMPROVEMENT DISTRICT<br>1500 MARILLA ST<br>ROOM 5CS<br>DALLAS, TX 75201 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>DUNCANVILLE ISD<br>710 S. CEDAR RIDGE DR<br>DUNCANVILLE, TX 75137 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  34  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

|  | | | | | | Subtotals ▶<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | | | | | | Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____          _____
                        **Debtor**                                           **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> DUNCANVILLE, CITY <br> CITY HALL <br> 203 E. WHEATLAND ROAD <br> DUNCANVILLE, TX 75116 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> EAGLE MOUNTAIN - SAGINAW ISD <br> 1200 OLD DECATUR RD <br> FORT WORTH, TX 76179 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> EARLY ISD <br> 101 TURTLE CREEK <br> PO BOX 3315 <br> EARLY, TX 76803 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> EAST MEMORIAL HOSPITAL DIST. <br> EASTLAND MEMORIAL HOSPITAL <br> 304 S. DAUGHERTY AVE. <br> EASTLAND, TX 76448 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  35  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

| | Subtotals | Total | Totals |
|---|---|---|---|
| AMOUNT OF CLAIM | $ 0.00 | $ | |
| AMOUNT ENTITLED TO PRIORITY | $ 0.00 | | $ |
| AMOUNT NOT ENTITLED TO PRIORITY | $ 0.00 | | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                    **Debtor**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>EASTLAND CITY HALL<br>113 E COMMERCE ST<br>EASTLAND, TX 76448 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>EASTLAND COUNTY<br>100 WEST MAIN<br>EASTLAND, TX 76448 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>EASTLAND ISD<br>900 W. PLUMMER<br>EASTLAND, TX 76448 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>ECTOR CO. HOSPITAL DIST.<br>840 W CLEMENTS ST<br>ODESSA, TX 79763-4601 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  36  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____          _____
                        Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> ECTOR CO. ISD <br> 802 N. SAM HOUSTON <br> ODESSA, TX 79761 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ECTOR COUNTY <br> 300 N. GRANT STREET, ROOM 111 <br> PO BOX 707 <br> ODESSA, TX 79760 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ELECTRA HOSPITAL DIST. <br> ELECTRA MEMORIAL HOSPITAL <br> 1207 S. BAILEY STREET <br> ELECTRA, TX 76360 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ELECTRA ISD <br> 621 N. WAGGONER STREET <br> PO BOX 231 <br> ELECTRA, TX 76360 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   37   of   119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00      $ 0.00      $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                    _____
                    **Debtor**                                                         **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> ELGIN ISD <br> 1002 NORTH AVENUE C <br> ELGIN, TX 78621 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ELLIS COUNTY <br> 109 S. JACKSON <br> WAXAHACHIE, TX 75165 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> EMERGENCY SERVICE DIST. #1 <br> 1000 THROCKMORTON ST. <br> FORT WORTH, TX 76102 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ERATH COUNTY <br> ERATH COUNTY COURTHOUSE <br> 100 W WASHINGTON <br> STEPHENVILLE, TX 76401 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  38  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)  $ 0.00   $ 0.00   $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)   $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____                              _____
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> EULESS, CITY <br> EULESS MUNICIPAL COURT <br> 1102 W. EULESS BLVD. <br> EULESS, TX 76040 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> EVERMAN ISD <br> 608 TOWNLEY DRIVE <br> EVERMAN, TX 76140 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FAIRFIELD HOSPITAL DIST. <br> 734 W COMMERCE ST <br> FAIRFIELD, TX 75840 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FAIRFIELD ISD <br> 615 POST OAK RD <br> FAIRFIELD, TX 75840 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  39  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00    $ 0.00    $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP** _____ ,          Case No.  **14-11047 (CSS)** _____
         **Debtor**                                                                **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> FAITH COMM. HOSP. DIST. <br> 717 MAGNOLIA ST <br> JACKSBORO, TX 76458 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FALLS CO. RFD #1 <br> PO BOX 59 <br> TAX COLLECTOR <br> MARLIN, TX 76661 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FALLS COUNTY <br> ATTN: LINDA WATKINS, COUNTY CLERK <br> PO BOX 458 <br> MARLIN, TX 76661 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FANNIN COUNTY <br> FANNIN COUNTY COURTHOUSE <br> 101 E. SAM RAYBURN DRIVE, #102 <br> BONHAM, TX 75418 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  __40__  of  __119__  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)          $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)          $          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,        Case No.  14-11047 (CSS)
_____        _____
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> FARMERS BRANCH, CITY <br> 13000 WILLIAM DODSON PARKWAY <br> FARMERS BRANCH, TX 75234 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FLOWER MOUND, TOWN <br> 2121 CROSS TIMBERS RD. <br> FLOWER MOUND, TX 75028 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FORNEY ISD <br> 600 S. BOIS D'ARC <br> FORNEY, TX 75126 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FORNEY, CITY <br> 202 E MAIN ST <br> FORNEY, TX 75126 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  41  of  119  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)  |  $ 0.00  |  $ 0.00  |  $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  |  $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  |  $  |  $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP** _____ ,        Case No.  **14-11047 (CSS)** _____
        _____Debtor_____                                              _____(if known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> FORT WORTH ISD <br> 100 N UNIVERSITY DR <br> FORT WORTH, TX 76107 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FORT WORTH, CITY <br> 1000 THROCKMORTON ST. <br> FORT WORTH, TX 76102 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FRANKLIN ISD <br> 1216 W FM 1644 <br> PO BOX 909 <br> FRANKLIN, TX 77856 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FRANKLIN, CITY <br> 319 BREMOND ST <br> FRANKLIN, TX 77856 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  **42**  of  **119**  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)  | $ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)  | $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)  | | $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                ,    Case No.  14-11047 (CSS)
                    Debtor                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> FREESTONE COUNTY <br> 103 E MAIN <br> PO BOX 1010 <br> FAIRFIELD, TX 75840 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FRISCO, CITY <br> GEORGE A. PUREFOY MUNICIPAL CENTER <br> 6101 FRISCO SQUARE BLVD <br> FRISCO, TX 75034 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> FT WORTH PID #01 (DOWNTOWN) <br> 777 TAYLOR STREET <br> SUITE 100 <br> FORT WORTH, TX 76102 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GAINESVILLE HOSPITAL DIST. <br> NORTH TEXAS MEDICAL CENTER <br> 1900 HOSPITAL BOULEVARD <br> GAINESVILLE, TX 76240 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  43  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
|  | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                                        Debtor                                              (if known)
                              
# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_Type of Priority for Claims Listed on This Sheet_

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> GAINESVILLE ISD <br> 800 S. MORRIS <br> GAINESVILLE, TX 76240 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GAINESVILLE, CITY <br> 200 SOUTH RUSK <br> GAINESVILLE, TX 76240 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GARLAND ISD <br> HARRIS HILL ADMINISTRATION BUILDING <br> 501 S. JUPITER <br> GARLAND, TX 75042 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GARLAND, CITY <br> 200 N. FIFTH STREET <br> GARLAND, TX 75040 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  44  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)          $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)          $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)          $          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____              _____
             **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> GATESVILLE ISD <br> 311 S. LOVERS LANE <br> GATESVILLE, TX 76528 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GEORGETOWN ISD <br> 603 LAKEWAY DRIVE <br> GEORGETOWN, TX 78628 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GEORGETOWN, CITY <br> CITY HALL <br> 113 E. 8TH ST. <br> GEORGETOWN, TX 78628 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GILMER ISD <br> 500 SOUTH TRINITY <br> GILMER, TX 75644 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __45__ of __119__ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY |
|---|---|---|---|
| Subtotals | $ 0.00 | $ 0.00 | $ 0.00 |
| Total | $ | | |
| Totals | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
    **Debtor**                     **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>GLASSCOCK CO. ISD<br>PO BOX 9<br>GARDEN CITY, TX 79739 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>GLASSCOCK CO. UWD<br>GLASSCOCK CO. UWD<br>117 E. CURRIE<br>GARDEN CITY, TX 79739 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>GLASSCOCK COUNTY<br>GLASSCOCK COUNTY COURTHOUSE<br>117 E. CURRIE<br>GARDEN CITY, TX 79739 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>GLEN ROSE ISD<br>1102 STADIUM DRIVE<br>GLEN ROSE, TX 76043 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  46  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

             Subtotals ▶
           (Totals of this page)

$ 0.00   $ 0.00   $ 0.00

             Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

             Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$   $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                     ,          Case No.  14-11047 (CSS)
_____                    _____
                         Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> GLEN ROSE, CITY <br> 201 NE VERNON <br> GLEN ROSE, TX 76043 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GRAHAM HOSPITAL DISTRICT <br> GRAHAM REGIONAL MEDICAL CENTER <br> 1301 MONTGOMERY ROAD <br> GRAHAM, TX 76450 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GRAHAM ISD <br> 400 THIRD STREET <br> GRAHAM, TX 76450 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GRAHAM, CITY <br> 429 FOURTH STREET <br> GRAHAM, TX 76450 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  47  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00     $ 0.00     $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$     $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                              _____
              **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet
_____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>GRANBURY ISD<br>600 W. PEARL STREET<br>GRANBURY, TX 76048 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>GRAND PRAIRIE ISD<br>2602 S. BELT LINE ROAD<br>GRAND PRAIRIE, TX 75052 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>GRAND PRAIRIE, CITY<br>317 COLLEGE ST.<br>PO BOX 534045<br>GRAND PRAIRIE, TX 75050 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>GRAPEVINE - COLLEYVILLE ISD<br>3051 IRA E. WOODS AVENUE<br>GRAPEVINE, TX 76051 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   48   of   119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)            | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)            | $ | | |

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)            | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                     ,          Case No.  14-11047 (CSS)
_____                                    _____
              Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> GRAPEVINE, CITY <br> GRAPEVINE CITY HALL <br> 200 S. MAIN ST. <br> GRAPEVINE, TX 76051 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GRAYSON CO. J.C. DIST. <br> 6101 GRAYSON DRIVE (HWY. 691) <br> DENISON, TX 75020 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GRAYSON COUNTY <br> 100 W. HOUSTON <br> SHERMAN, TX 75090 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GREENVILLE ISD <br> 4004 MOULTON STREET <br> GREENVILLE, TX 75401 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  49  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)   $ 0.00     $ 0.00     $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)   $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)   $     $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                        _____
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

_Type of Priority for Claims Listed on This Sheet_

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> GREENVILLE, CITY <br> 2821 WASHINGTON STREET <br> GREENVILLE, TX 75401 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GREGG COUNTY <br> 101 EAST METHVIN <br> LONGVIEW, TX 75601 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> GROESBECK ISD <br> 701 S ELLIS ST <br> GROESBECK, TX 76642 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> HALLSBURG ISD <br> 2313 HALLSBURG RD <br> WACO, TX 76705 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   50   of   119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)                                          $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                                $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                                                $               $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
　　　　　　　　　　　Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> HALLSBURG, CITY <br> 1115 WILBANKS DRIVE <br> HALLSBURG, TX 76705 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> HARMONY ISD <br> 9788 SH 154 W <br> BIG SANDY, TX 75755 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> HARTS BLUFF ISD <br> 3506 FM 1402 <br> MOUNT PLEASANT, TX 75455 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  51  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,        Case No.  14-11047 (CSS)
_____                    _____
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>HASKELL - KNOX - BAYLOR - UGWCD<br>TEXAS WATER DEVELOPMENT BOARD<br>1700 NORTH CONGRESS AVE, PO BOX 13231<br>AUSTIN, TX 78701-3231 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HENDERSON CO. ESD #1<br>125 N PRAIRIEVILLE #103<br>TAX COLLECTOR<br>ATHENS, TX 75751 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HENDERSON CO. ESD #5<br>125 N PRAIRIEVILLE #103<br>TAX COLLECTOR<br>ATHENS, TX 75751 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  52  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP_____ ,          Case No.  14-11047 (CSS)_____
                                    **Debtor**                                                                         **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>HENDERSON COUNTY<br>125 N. PRAIRIEVILLE ST.<br>ROOM 101<br>ATHENS, TX 75751 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HENDERSON COUNTY LID #3<br>125 N PRAIRIEVILLE #103<br>TAX COLLECTOR<br>ATHENS, TX 75751 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HENDERSON ISD<br>200 N. HIGH STREET<br>HENDERSON, TX 75652 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HENRIETTA ISD<br>1801 E. CRAFTON<br>HENRIETTA, TX 76365 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __53__ of __119__ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$                    $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                          ,        Case No.  **14-11047 (CSS)**
_____Debtor_____                                                           _____(if known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>HILL CO. ESD #1<br>PO BOX 412<br>TAX COLLECTOR<br>HILLSBORO, TX 76645 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HILL CO. ESD #2<br>200 E. FRANKLIN STREET<br>HILLSBORO, TX 76645 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HILL COLLEGE - CLEBURNE<br>206 N WILHITE ST<br>CLEBURNE, TX 76031 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HILL COLLEGE - JOSHUA<br>112 LAMAR DR<br>HILLSBORO, TX 76645 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  **54**  of  **119**  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)     $ 0.00     $ 0.00     $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)     $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)     $     $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP                    ,**          Case No.  **14-11047 (CSS)**
          **Debtor**                                                                                 **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>HILL COUNTY<br>80 NORTH WACO STREET, 1ST FLOOR<br>HILLSBORO, TX 76645 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HILL JR. COLLEGE DIST.<br>112 LAMAR DR<br>HILLSBORO, TX 76645 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HILLSBORO ISD<br>121 EAST FRANKLIN STREET<br>HILLSBORO, TX 76645 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HOOD CO. LIBRARY DIST.<br>HOOD COUNTY LIBRARY<br>222 N. TRAVIS ST.<br>GRANBURY, TX 76048 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  **55**  of  **119**  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                                   Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> HOOD COUNTY <br> PO BOX 339 <br> GRANBURY, TX 76048 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> HOPKINS CO. HOSPITAL DIST. <br> 115 AIRPORT ROAD <br> SULPHUR SPRINGS, TX 75482 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> HOPKINS COUNTY <br> HOPKINS COUNTY COURTHOUSE <br> 118 CHURCH ST. <br> SULPHUR SPRINGS, TX 75482 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> HOUSTON CO. ESD 2 <br> PO BOX 941 <br> TAX COLLECTOR <br> CROCKETT, TX 75835 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  56  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)

$ 0.00          $ 0.00          $ 0.00

Total ►
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ►
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____                    _____
              Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

_Type of Priority for Claims Listed on This Sheet_

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> HOUSTON CO. HOSPITAL DIST. <br> 1050 E LOOP 304 # 220 <br> CROCKETT, TX 75835 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> HOUSTON COUNTY <br> 401 EAST GOLIAD <br> CROCKETT, TX 75835 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> HOWARD COUNTY <br> 300 MAIN STREET <br> BIG SPRING, TX 79721 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> HOWARD JR. COLLEGE <br> 1001 BIRDWELL LN <br> BIG SPRING, TX 79721 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  57  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00    $ 0.00    $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                    ,          Case No.  **14-11047 (CSS)**
_____
         **Debtor**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>HUBBARD ISD<br>W. HWY. 31<br>HUBBARD, TX 76648 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HUDSON ISD<br>6735 TED TROUT DRIVE<br>LUFKIN, TX 75904 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HUNT COUNTY<br>2507 LEE STREET<br>GREENVILLE, TX 75401 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>HUNT MEMORIAL HOSPITAL DIST.<br>4215 JOE RAMSEY BLVD E<br>GREENVILLE, TX 75401 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  **58**  of  **119**  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$ | $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,                    Case No.   14-11047 (CSS)
_____                              _____
                        **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> HURST - EULESS - BEDFORD ISD <br> 1849 CENTRAL DR. <br> BEDFORD, TX 76022 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> HURST, CITY <br> CITY HALL <br> 1505 PRECINCT LINE ROAD <br> HURST, TX 76054 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> IOWA PARK CISD <br> 328 EAST HIGHWAY <br> IOWA PARK, TX 76367 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> IRVING ISD <br> 2621 W. AIRPORT FREEWAY <br> IRVING, TX 75062 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  59  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)                                               $ 0.00        $ 0.00        $ 0.00

Total ►
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                                        $

Totals ►
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                                                    $              $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                    ,          Case No.  **14-11047 (CSS)**
                                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>IRVING, CITY<br>825 W. IRVING BLVD<br>IRVING, TX 75060 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>JACK COUNTY<br>100 N. MAIN<br>SUITE 312<br>JACKSBORO, TX 76458 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>JACK WCID #1<br>P. O. BOX 958<br>TAX COLLECTOR<br>JACKSBORO, TX 76458-0958 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>JACKSBORO ISD<br>750 W. BELKNAP<br>JACKSBORO, TX 76458 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __60__ of __119__ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)                     $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                              $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                              $              $

B6E (Official Form 6E) (04/13) – Cont.

In re   **EFH CG Holdings Company LP**                        ,          Case No.   **14-11047 (CSS)**
_____                              _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_Type of Priority for Claims Listed on This Sheet_

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> JACKSONVILLE ISD <br> JISD CENTRAL OFFICE <br> 800 COLLEGE AVE. <br> JACKSONVILLE, TX 75766 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> JACKSONVILLE, CITY <br> 301 E COMMERCE STREET <br> JACKSONVILLE, TX 75766 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> JOHNSON CO ESD #1 <br> 2451 SERVICE DR <br> CLEBURNE, TX 76033 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> JOHNSON COUNTY <br> GUINN JUSTICE CENTER, <br> ATTN: HON. BILL MOORE <br> 204 S. BUFFALO AVE <br> CLEBURNE, TX 76033 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   __61__   of   __119__  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00            $ 0.00            $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$            $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____                    _____
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> JOSHUA ISD <br> 310 E. 18TH STREET <br> JOSHUA, TX 76058 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br> JOSHUA, CITY <br> 101 S MAIN ST <br> JOSHUA, TX 76058 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br> KATY ISD <br> 6301 S. STADIUM LANE <br> KATY, TX 77494 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br> KAUFMAN COUNTY <br> 100 N. WASHINGTON <br> KAUFMAN, TX 75142 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  62  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)   $ 0.00 | $ 0.00 | $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP _____ ,          Case No.  14-11047 (CSS) _____
                                    **Debtor**                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> KAUFMAN RFD #3 - TERRELL <br> PO BOX 339 <br> TAX COLLECTOR <br> KAUFMAN, TX 75142 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> KEECHI WATER DIST. #1 <br> P. O. BOX 958 <br> TAX COLLECTOR <br> JACKSBORO, TX 76458-0958 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> KENNARD ISD <br> 304 STATE HWY 7 EAST <br> KENNARD, TX 75847 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> KILGORE COLLEGE DIST. <br> KILGORE COLLEGE <br> 1100 BROADWAY <br> KILGORE, TX 75662-3204 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __63__ of __119__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page) — $ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP _____ ,          Case No.  14-11047 (CSS) _____
_____
Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>KILGORE ISD<br>301 N. KILGORE STREET<br>KILGORE, TX 75662 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>KILLEEN ISD<br>200 N WS YOUNG DR<br>KILLEEN, TX 76543-4025 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>KILLEEN, CITY<br>101 NORTH COLLEGE STREET<br>KILLEEN, TX 76541 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>LAKE DALLAS ISD<br>104 SWISHER ROAD<br>LAKE DALLAS, TX 75065 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  64  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,                    Case No.  14-11047 (CSS)
                        **Debtor**                                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>LAMAR COUNTY<br>ATTN: HASKELL MARONEY<br>231 LAMAR AVENUE<br>PARIS, TX 75460 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>LAMESA ISD<br>212 N HOUSTON<br>LAMESA, TX 79331 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>LAMESA, CITY<br>LAMESA CITY HALL<br>601 S. 1ST STREET<br>LAMESA, TX 79331 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>LANCASTER ISD<br>422 S. CENTRE AVENUE<br>LANCASTER, TX 75146 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  65  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page) — $ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.) — $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.) — $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,                    Case No.  14-11047 (CSS)
_____
**Debtor**                                                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>LANCASTER, CITY<br>211 N HENRY ST<br>LANCASTER, TX 75146 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>LANEVILLE ISD<br>7415 FM 1798 WEST<br>LANEVILLE, TX 75667 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>LATEXO ISD<br>PO BOX 975<br>LATEXO, TX 75849 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>LEON COUNTY<br>155 N. CASS STREET<br>PO BOX 37<br>CENTERVILLE, TX 75833 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __66__ of __119__ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____
　　　　　　　　Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. LEON ISD 12168 HWY 79 W JEWETT, TX 75846 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. LEWISVILLE ISD 1800 TIMBER CREEK ROAD FLOWER MOUND, TX 75028 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. LIMESTONE CO ESD #1 PO DRAWER 831 GROESBECK, TX 76642-1702 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. LIMESTONE CO ESD #2 PO DRAWER 831 GROESBECK, TX 76642-1702 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  67  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)          $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)          $          $

B6E (Official Form 6E) (04/13) – Cont.

In re __EFH CG Holdings Company LP_____ ,    Case No. __14-11047 (CSS)_____
　　　　　　　　　　　Debtor                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> LIMESTONE COUNTY <br> 200 W STATE ST <br> SUITE G01 <br> GROESBECK, TX 76642 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> LIPAN - KICKAPOO WATER <br> 9538 YORK RD. STE. C. <br> PO BOX 67 <br> VANCOURT, TX 76955 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> LIPAN - KICKAPOO WATER DIST. <br> 9538 YORK RD. STE. C. <br> PO BOX 67 <br> VANCOURT, TX 76955 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> LONE WOLF WATER DIST. <br> 131 W. 5TH <br> PO BOX 1001 <br> COLORADO CITY, TX 79512 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __68__ of __119__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)    $ 0.00    $ 0.00    $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP_____,          Case No.  14-11047 (CSS)_____
                          **Debtor**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> LONGVIEW ISD <br> 1301 EAST YOUNG STREET <br> LONGVIEW, TX 75602 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> LONGVIEW, CITY <br> 300 W. COTTON ST. <br> LONGVIEW, TX 75601 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> LUFKIN ISD <br> 101 COTTON SQUARE <br> LUFKIN, TX 75901 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> LUFKIN, CITY <br> 300 E. SHEPHERD, ROOM 226 <br> LUFKIN, TX 75901 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  69  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)          $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)          $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)          $          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____                              _____
                        Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> MALAKOFF ISD <br> 1308 FM 3062 <br> MALAKOFF, TX 75148 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MALAKOFF, CITY <br> 109 S MELTON DR <br> MALAKOFF, TX 75148 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MANSFIELD ISD <br> 605 EAST BROAD STREET <br> MANSFIELD, TX 76063 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MARLIN ISD <br> 130 COLEMAN ST <br> MARLIN, TX 76661 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  70  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)          $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)          $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)          $          $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                        **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> MARLIN, CITY <br> 101 FORTUNE STREET <br> MARLIN, TX 76661 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MART ISD <br> 700 NAVARRO <br> MART, TX 76664 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MCCAMEY HOSPITAL DIST. <br> 2500 RANCH ROAD 305 <br> MCCAMEY, TX 79752 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MCCAMEY ISD <br> 111 EAST 11TH STREET <br> PO BOX 1069 <br> MCCAMEY, TX 79752 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  71  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)         $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)         $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)         $          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> MCDADE ISD <br> 156 MARLIN ST <br> MCDADE, TX 78650 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MCGREGOR ISD <br> PO BOX 356 <br> MCGREGOR, TX 76657 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MCGREGOR, CITY <br> 302 S. MADISON <br> MCGREGOR, TX 76657 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MCKINNEY ISD <br> ONE DUVALL STREET <br> MCKINNEY, TX 75069 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  72  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$              $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                              Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>MCKINNEY, CITY<br>222 N. TENNESSEE ST.<br>MCKINNEY, TX 75069 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MCLENNAN COMMUNITY COLLEGE<br>1400 COLLEGE DR<br>WACO, TX 76708 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MCLENNAN COUNTY<br>COUNTY RECORDS BLDG.<br>215 N. 5TH ST., SUITE: 118<br>WACO, TX 76701 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MESA UWD<br>LAMESA CITY HALL<br>601 S. 1ST STREET<br>LAMESA, TX 79331 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   73   of   119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00        $ 0.00        $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$              $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP_____,          Case No.   14-11047 (CSS)_____
                        **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>  Type of Priority for Claims Listed on This Sheet  </u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>MESQUITE ISD<br>405 EAST DAVIS STREET<br>MESQUITE, TX 75149 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MESQUITE, CITY<br>757 N. GALLOWAY AVE.<br>MESQUITE, TX 75149 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MEXIA ISD<br>616 N. RED RIVER<br>MEXIA, TX 76667 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MEXIA, CITY<br>101 S MCKINNEY ST<br>MEXIA, TX 76667 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  74  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,                    Case No.  14-11047 (CSS)
                        Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> MIDDLE TRINITY WATER DIST. <br> JOE B. COOPER <br> 930 N. WOLFE NURSERY RD <br> STEPHENVILLE, TX 76401 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MIDLAND CO. JUNIOR COLLEGE DIST. <br> 3600 N. GARFIELD <br> MIDLAND, TX 79705 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MIDLAND COUNTY <br> MIDLAND COUNTY COURTHOUSE <br> 500 NORTH LORAINE STREET <br> MIDLAND, TX 79701 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> MIDLAND ISD <br> 615 W. MISSOURI AVE. <br> MIDLAND, TX 79701 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  75  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                                 ,          Case No.   14-11047 (CSS)
_____                          _____
                    Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet
_____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  MIDLAND MEMORIAL HOSPITAL DIST. 400 ROSALIND REDFERN GROVER PARKWAY MIDLAND, TX 79701 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  MIDLAND, CITY PO BOX 1152 MIDLAND, TX 79701 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  MILAM COUNTY 102 S. FANNIN AVE CAMERON, TX 76520 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  MINERAL WELLS ISD 906 SW 5TH AVE. MINERAL WELLS, TX 76067 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  76  of  119  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$                    $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                        **Debtor**                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  MINERAL WELLS, CITY 211 SW 1ST AVENUE MINERAL WELLS, TX 76067 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  MITCHELL COUNTY COUNTY COURTHOUSE 349 OAK STREET COLORADO CITY, TX 79512 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  MITCHELL HOSPITAL DIST. 997 INTERSTATE 20 COLORADO CITY, TX 79512 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  MONAHANS - WICKETT - PYOTE ISD 606 SOUTH BETTY MONAHANS, TX 79756 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  77  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)                  $ 0.00        $ 0.00        $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                         $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                       $            $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                        **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>MONAHANS, CITY<br>112 WEST. 2ND ST.<br>MONAHANS, TX 79756 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MT. ENTERPRISE ISD<br>301 NW 3RD ST.<br>MT ENTERPRISE, TX 75681 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MT. PLEASANT ISD<br>230 N. EDWARDS<br>MOUNT PLEASANT, TX 75455 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MT. PLEASANT, CITY<br>501 N. MADISON AVE.<br>MOUNT PLEASANT, TX 75455 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  78  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)                                    $ 0.00              $ 0.00              $ 0.00

Total ►
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                           $

Totals ►
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                                               $                   $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP_____,          Case No.  14-11047 (CSS)_____
                        **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>N. E. LEON COUNTY ESD #4<br>PO BOX 37<br>TAX COLLECTOR<br>CENTERVILLE, TX 75833-0037 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>N. W. LEON COUNTY ESD #3<br>PO BOX 37<br>TAX COLLECTOR<br>CENTERVILLE, TX 75833-0037 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>NACOGDOCHES COUNTY<br>101 W MAIN ST #170<br>NACOGDOCHES, TX 75961 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>NACOGDOCHES ESD #3<br>216 WEST HOSPITAL<br>TAX COLLECTOR<br>NACOGDOCHES, TX 75961 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  79  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

|  | Subtotals ▶<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| | Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                          ,          Case No.   14-11047 (CSS)
_____
Debtor                                                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> NACOGDOCHES ISD <br> 420 S. SHAWNEE <br> NACOGDOCHES, TX 75961 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> NACOGDOCHES, CITY <br> 202 E PILLAR ST <br> NACOGDOCHES, TX 75961 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> NAVARRO COLLEGE DIST. <br> 3200 W. 7TH AVENUE <br> CORSICANA, TX 75110 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> NAVARRO COUNTY <br> NAVARRO COUNTY COURTHOUSE <br> 300 WEST 3RD AVENUE <br> CORSICANA, TX 75110 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   80   of   119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$                        $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,        Case No.  14-11047 (CSS)
_____            _____
                    **Debtor**                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>  Type of Priority for Claims Listed on This Sheet  </u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> NE TX COMMUNITY JR. COLLEGE 2886 FARM TO MARKET 1735 MOUNT PLEASANT, TX 75455 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> NOLAN CO. HOSPITAL DIST. 200 EAST ARIZONA SWEETWATER, TX 79556 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> NOLAN COUNTY 100 E 3RD ST # 108 SWEETWATER, TX 79556 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> NORTH CENTRAL COLLEGE DISTRICT NORTH CENTRAL TEXAS COLLEGE 1525 WEST CALIFORNIA STREET GAINESVILLE, TX 76240 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  81  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

|  | Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
|  | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                        **Debtor**                                                           **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>NORTH LAMAR ISD<br>3201 LEWIS LN<br>PARIS, TX 75460 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>NORTH RICHLAND HILLS, CITY<br>NORTH RICHLAND HILLS CITY HALL<br>7301 NE LOOP 820<br>NORTH RICHLAND HILLS, TX 76180 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>NORTHWEST ISD<br>2001 TEXAN DR.<br>JUSTIN, TX 76247 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>ODESSA JR. COLLEGE DIST.<br>ODESSA COLLEGE<br>201 W. UNIVERSITY<br>ODESSA, TX 79764 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  82  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____                         _____
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>ODESSA, CITY<br>411 W. 8TH STREET<br>PO BOX 4398<br>ODESSA, TX 79760 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>OGLESBY ISD<br>125 COLLEGE ST.<br>OGLESBY, TX 76561 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>OVERTON ISD<br>501 E. HENDERSON STREET<br>OVERTON, TX 75684 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>OVERTON, CITY<br>1200 S COMMERCE ST<br>OVERTON, TX 75684 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  83  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,                    Case No.   14-11047 (CSS)
                        Debtor                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

____Type of Priority for Claims Listed on This Sheet____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>PALESTINE ISD<br>1007 E. PARK AVENUE<br>PALESTINE, TX 75801 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>PALESTINE, CITY<br>504 N. QUEEN STREET<br>PALESTINE, TX 75801 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>PALO PINTO CO EMERGENCY DIST<br>109 NORTH OAK<br>MINERAL WELLS, TX 76067 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>PALO PINTO COUNTY<br>PO BOX 160<br>520 OAK STREET ROOM #107<br>PALO PINTO, TX 76484 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   84   of   119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00      $ 0.00      $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$      $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
          **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> PALO PINTO HOSPITAL DIST. <br> 400 SW 25TH AVENUE <br> MINERAL WELLS, TX 76067 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> PANOLA CGWCD <br> 419 W SABINE ST <br> CARTHAGE, TX 75633 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> PANOLA CO. JUNIOR COLLEGE DIST. <br> 1109 W PANOLA ST <br> CARTHAGE, TX 75633 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> PANOLA COUNTY <br> 110 S. SYCAMORE <br> ROOM 211 <br> CARTHAGE, TX 75633 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __85__ of __119__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$                    $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                    **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>PANOLA ESD #1<br>1736 BALLPARK DRIVE<br>CARTHAGE, TX 75633-9998 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>PANTEGO, CITY<br>1614 S BOWEN RD<br>PANTEGO, TX 76013 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>PARIS ISD<br>1920 CLARKSVILLE ST<br>PARIS, TX 75460 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>PARIS JR. COLLEGE<br>2400 CLARKSVILLE ST.<br>PARIS, TX 75460 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  86  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)        $ 0.00        $ 0.00        $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)        $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)        $        $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP_____,        Case No.  14-11047 (CSS)_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  PARIS, CITY  ATTN: KENT MCILYAR, CITY ATTORNEY  125 SE 1ST ST., PO BOX 9037  PARIS, TX 75461 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  PECOS - BARSTOW - TOYAH ISD  1302 SOUTH PARK STREET  PECOS, TX 79772 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  PERMIAN BASIN UWCD  708 WEST ST. PETER STREET  STANTON, TX 79782 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  PERRIN-WHITT ISD  216 NORTH BENSON  PERRIN, TX 76486 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  87  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                   $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)            $                        $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                    **Debtor**                                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>PLANO ISD<br>2700 W. 15TH STREET<br>PLANO, TX 75075 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>PLANO, CITY<br>1520 AVENUE K<br>PLANO, TX 75074 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>PROSPER ISD<br>605 EAST SEVENTH STREET<br>PROSPER, TX 75078 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>RANGER ISD<br>1842 LOOP 254 EAST<br>RANGER, TX 76470 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  88  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)                        $ 0.00         $ 0.00         $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                               $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                              $              $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                     ,          Case No.   **14-11047 (CSS)**
                    **Debtor**                                                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

            **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>RANGER JR. COLLEGE DIST.<br>1100 COLLEGE CIRCLE<br>RANGER, TX 76470 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>RED RIVER COUNTY<br>200 N WALNUT ST<br>CLARKSVILLE, TX 75426 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>REEVES CO. HOSPITAL DIST.<br>2323 TEXAS STREET<br>PECOS, TX 79772 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>REEVES COUNTY<br>ROSEMARY CHABARRIA,<br>TAX ASSESSOR COLLECTOR<br>100 E 4TH STREET ROOM 104, PO BOX 700<br>PECOS, TX 79772 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __89__ of __119__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

        Subtotals ▶
        (Totals of this page)
        $ 0.00      $ 0.00      $ 0.00

        Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)
        $

        Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)
        $      $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                    _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>RICHARDSON ISD<br>400 S. GREENVILLE AVE.<br>RICHARDSON, TX 75081 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>RICHARDSON, CITY<br>411 W. ARAPAHO RD.<br>RICHARDSON, TX 75080-4551 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>RIESEL ISD<br>600 E FREDERICK ST<br>RIESEL, TX 76682 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>RISING STAR ISD<br>905 N MAIN ST<br>RISING STAR, TX 76471 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  90  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | Subtotals | $ 0.00 | $ 0.00 | $ 0.00 |
| Total | $ | | |
| Totals | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                    Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> RIVERCREST ISD <br> 4100 US HIGHWAY 271 SOUTH <br> BOGATA, TX 75417 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ROBERTSON CO. RFD <br> PO BOX 220 <br> TAX COLLECTOR <br> FRANKLIN, TX 77856 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ROBERTSON COUNTY <br> PO BOX 1029 <br> FRANKLIN, TX 77856 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> ROCKDALE ISD <br> PO BOX 632 <br> 520 WEST DAVILLA <br> ROCKDALE, TX 76567 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  91  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$                    $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                ,          Case No.  14-11047 (CSS)
_____                   _____
                    Debtor                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  ROCKWALL COUNTY 1111 E. YELLOWJACKET LANE SUITE 100 ROCKWALL, TX 75087 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  ROCKWALL ISD 1050 WILLIAMS ST. ROCKWALL, TX 75087 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  ROCKWALL, CITY 385 S GOLIAD ROCKWALL, TX 75087 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  ROUND ROCK ISD 1311 ROUND ROCK AVE ROUND ROCK, TX 78681 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  92  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                         $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)             $            $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                              ,          Case No.   14-11047 (CSS)
_____                                    _____
                    Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> ROUND ROCK, CITY <br> 221 EAST MAIN STREET <br> ROUND ROCK, TX 78664 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> RUNNELS COUNTY <br> RUNNELS COUNTY COURTHOUSE <br> 613 HUTCHINGS AVENUE, ROOM 106, BOX 189 <br> BALLINGER, TX 76821 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> RURAL FIRE DIST. #01 <br> GILMER FIRE DEPARTMENT <br> 120 HENDERSON ST <br> GILMER, TX 75644 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> RUSK CO. ESD #1 <br> PO BOX 1911 <br> HENDERSON, TX 75653 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  93  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | |
|---|---|---|

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | $ | $ |
|---|---|---|

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP** ,                                Case No.  **14-11047 (CSS)**
_____                        _____
                          **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>RUSK COUNTY<br>115 NORTH MAIN, SUITE 206<br>PO BOX 758<br>HENDERSON, TX 75653-0758 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>RUSK COUNTY GWC DIST.<br>500 NORTH HIGH STREET<br>HENDERSON, TX 75653 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>RUSK ISD<br>203 EAST 7TH STREET<br>RUSK, TX 75785 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>S. E. LEON COUNTY ESD #1<br>PO BOX 37<br>TAX COLLECTOR<br>CENTERVILLE, TX 75833-0037 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __94__ of __119__ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$ 

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$                    $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                    ,          Case No.  **14-11047 (CSS)**
                              **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>SAN ANGELO ISD<br>1621 UNIVERSITY AVE<br>SAN ANGELO, TX 76904 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>SAN ANGELO, CITY<br>72 W. COLLEGE AVE.<br>SAN ANGELO, TX 76902 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>SAVOY ISD<br>302 W. HAYES<br>SAVOY, TX 75479 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __95__ of __119__ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                          Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>SCURRY CO. HOSPITAL DIST SCURRY COUNTY HOSPITAL DISTRICT DBA COGDELL MEMORIAL HOSPITAL 1700 COGDELL BLVD SNYDER, TX 79549 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>SCURRY COUNTY 1806 25TH STREET, #201 SNYDER, TX 79549-2530 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>SEYMOUR ISD 409 W IDAHO SEYMOUR, TX 76380 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Sheet no. _96_ of _119_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                    ,          Case No.  **14-11047 (CSS)**

              **Debtor**                                                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>SHERMAN ISD<br>2701 LOY LAKE ROAD<br>SHERMAN, TX 75090 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>SHERMAN, CITY<br>220 W MULBERRY ST<br>PO BOX 1106<br>SHERMAN, TX 75090 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>SLOCUM ISD<br>5765 E. STATE HWY 294<br>ELKHART, TX 75839 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>SMITH COUNTY<br>100 N. BROADWAY<br>TYLER, TX 75707 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __97__ of __119__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)  **$ 0.00** | **$ 0.00** | **$ 0.00**

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  **$**

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  **$** | **$**

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____                            _____
                    **Debtor**                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> SNYDER ISD <br> 2901 37TH STREET <br> SNYDER, TX 79549 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> SNYDER, CITY <br> 1925 24TH ST <br> SNYDER, TX 79549 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> SOMERVELL CO. HOSP DIST. <br> GLEN ROSE MEDICAL CENTER <br> 1021 HOLDEN STREET <br> GLEN ROSE, TX 76043 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> SOMERVELL CO. WATER DIST. <br> 2099 COUNTY ROAD 301 <br> PO BOX 1386 <br> GLEN ROSE, TX 76043 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  98  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ <br> (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

| $ | | |

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

| | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,        Case No.   14-11047 (CSS)
_____                      _____
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> SOMERVELL COUNTY <br> 107 N.E. VERNON <br> GLEN ROSE, TX 76043 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> SOUTH LIMESTONE HOSPITAL DIST. <br> 701 MCCLINTIC DR <br> GROESBECK, TX 76642-2128 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> STEPHENS COUNTY <br> STEPHENS COUNTY COURTHOUSE <br> 200 WEST WALKER <br> BRECKENRIDGE, TX 76424 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> STEPHENVILLE ISD <br> 2655 WEST OVERHILL DRIVE <br> STEPHENVILLE, TX 76401 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __99__ of __119__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)    | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    | $ | | |

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                        **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_Type of Priority for Claims Listed on This Sheet_

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. STEPHENVILLE, CITY CITY HALL 298 W. WASHINGTON STEPHENVILLE, TX 76401 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. SULPHUR SPRINGS ISD 631 CONNALLY ST SULPHUR SPRINGS, TX 75482 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. SULPHUR SPRINGS, CITY 125 S. DAVIS ST. SULPHUR SPRINGS, TX 75482 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. SUNNYVALE ISD 417 E. TRIPP ROAD SUNNYVALE, TX 75182 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __100__ of __119__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____                    _____
                        Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet
_____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>SWEETWATER ISD<br>705 EAST 3RD STREET<br>SWEETWATER, TX 79556 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>SWEETWATER, CITY<br>169 COUNTY ROAD 217<br>SWEETWATER, TX 79556 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TARRANT CO. HOSPITAL DIST.<br>1500 S. MAIN ST<br>FORT WORTH, TX 76104 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TARRANT CO. JR. COLLEGE<br>1500 HOUSTON STREET<br>FORT WORTH, TX 76102 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __101__ of __119__ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$                $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP**                              ,          Case No.   **14-11047 (CSS)**
_____                                    _____
                         **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> TARRANT CO. REG. WATER DIST. #1 <br> TRWD ADMINISTRATION <br> 800 EAST NORTHSIDE DRIVE <br> FORT WORTH, TX 76102 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> TARRANT COUNTY <br> 100 E. WEATHERFORD <br> FORT WORTH, TX 76196 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> TATUM ISD <br> PO BOX 808 <br> TATUM, TX 75691 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> TAYLOR ISD <br> 3101 NORTH MAIN, SUITE 104 <br> TAYLOR, TX 76574 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  **102**  of  **119**  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | |
|---|---|---|

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | $ | $ |
|---|---|---|

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                              Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  TAYLOR, CITY CITY HALL 400 PORTER STREET TAYLOR, TX 76574 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  TEAGUE HOSPITAL DIST. 1200 E LOOP 255 TEAGUE, TX 75860 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  TEAGUE ISD 420 N. 10TH AVE. TEAGUE, TX 75860 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.  TEAGUE, CITY 105 S 4TH AVE TEAGUE, TX 75860 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  103  of  119  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ► (Totals of this page)   $ 0.00   $ 0.00   $ 0.00

Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                         ,          Case No.   14-11047 (CSS)
                    **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>TEHUACANA WCID #1<br>PO BOX 412<br>HILLSBORO, TX 76645-2100 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TEMPLE HEALTH & BIOSCIENCE EDD<br>ATTN: JACK D. HART<br>19 NORTH MAIN STREET<br>TEMPLE, TX 76501 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TEMPLE ISD<br>200 NORTH 23RD STREET<br>TEMPLE, TX 76504 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TEMPLE JUNIOR COLLEGE DIST<br>2600 S 1ST ST<br>TEMPLE, TX 76504 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  104  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)     $ 0.00          $ 0.00          $ 0.00

Total ►
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                  $

Totals ►
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)          $               $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                              ,          Case No.   14-11047 (CSS)
                        **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> TEMPLE, CITY <br> 2 NORTH MAIN STREET <br> TEMPLE, TX 76501 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> TERRELL ISD <br> 700 N. CATHERINE <br> TERRELL, TX 75160 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> TERRELL, CITY <br> 201 EAST NASH ST. <br> PO BOX 310 <br> TERRELL, TX 75160 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> THORNDALE ISD <br> 300 NORTH MAIN <br> PO BOX 870 <br> THORNDALE, TX 76577 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __105__ of __119__ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

| $ | | |
|---|---|---|

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

| | $ | $ |
|---|---|---|

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP              ,          Case No.   14-11047 (CSS)
                    **Debtor**                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>TITUS CO. HOSPITAL DIST.<br>TITUS REGIONAL MEDICAL CENTER<br>2001 N. JEFFERSON<br>MOUNT PLEASANT, TX 75455 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TITUS COUNTY<br>100 WEST FIRST STREET<br>MOUNT PLEASANT, TX 75455 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TOLAR ISD<br>215  S. MESQUITE<br>TOLAR, TX 76476 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TOLAR, CITY<br>TOLAR CITY HALL<br>PO BOX 100, 105 PINE LANE<br>TOLAR, TX 76476 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   106   of    119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)        $ 0.00        $ 0.00        $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)           $           $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                    _____
              **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>TOM GREEN COUNTY<br>124 W BEAUREGARD AVE<br>SAN ANGELO, TX 76903 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TOOL, CITY<br>701 S TOOL DR<br>TOOL, TX 75143 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TOWN SUNNYVALE<br>127 COLLINS RD<br>SUNNYVALE, TX 75182 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TRAVIS CO HOSPITAL DISTRICT<br>CENTRAL HEALTH<br>1111 E. CESAR CHAVEZ ST.<br>AUSTIN, TX 78702 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   107   of   119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)                          $ 0.00        $ 0.00        $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                 $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                               $             $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,     Case No.  14-11047 (CSS)
_____                              _____
                Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. TRAVIS COUNTY PO BOX 1748 AUSTIN, TX 78767 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. TRI-COUNTY GW CONS. DIST. TEXAS WATER DEVELOPMENT BOARD 1700 NORTH CONGRESS AVE AUSTIN, TX 78701 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. TRINIDAD ISD 105 W. EATON ST TRINIDAD, TX 75163 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. TRINIDAD, CITY CITY HALL 212 PARK STREET, PO BOX 345 TRINIDAD, TX 75163 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. 108 of 119 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)     $ 0.00   $ 0.00   $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $   $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP          ,          Case No.  14-11047 (CSS)
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>TVCC - HENDERSON TRINITY VALLEY COMMUNITY COLLEGE 500 S PRAIRIEVILLE ST ATHENS, TX 75751 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TVCC - KAUFMAN 800 ED HALL DR. KAUFMAN, TX 75142 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TVCC - PALESTINE 100 CARDINAL DR. ATHENS, TX 75751 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TYLER ISD 1319 EARL CAMPBELL PARKWAY TYLER, TX 75701 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  109  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 0.00     $ 0.00     $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,                    Case No.   14-11047 (CSS)
                        **Debtor**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>TYLER JR. COLLEGE DIST.<br>TYLER JUNIOR COLLEGE<br>PO BOX 9020<br>TYLER, TX 75711-9020 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>TYLER, CITY<br>212 N. BONNER<br>TYLER, TX 75702 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>UPPER BRUSHY CREEK WCID #1A<br>4000 SUNRISE RD #1200<br>ROUND ROCK, TX 78665 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>UPSHUR COUNTY<br>PO BOX 730<br>GILMER, TX 75644 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   110   of   119   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)  | $ 0.00 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)  | $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)  | $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,        Case No.   14-11047 (CSS)
                        **Debtor**                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. #2<br>UPTON CO. FD #2 - MCCAMEY<br>207 E. 6TH ST.<br>MCCAMEY, TX 79752 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br>UPTON CO. WATER DIST.<br>205 E 10TH AVE<br>RANKIN, TX 79778 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br>UPTON COUNTY<br>205 EAST 10TH STREET<br>RANKIN, TX 79778 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br>VALWOOD IMPROVEMENT AUTHORITY<br>1740 BRIERCROFT COURT<br>CARROLLTON, TX 75006 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  111  of  119  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)         $ 0.00    $ 0.00    $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)         $    $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                ,          Case No.  14-11047 (CSS)
                          **Debtor**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>VAN ISD<br>PO BOX 697<br>VAN, TX 75790 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>VAN ZANDT COUNTY<br>121 E. DALLAS ST., ROOM 202<br>CANTON, TX 75103 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>WACO ISD<br>501 FRANKLIN AVENUE<br>PO BOX 27<br>WACO, TX 76703 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>WACO, CITY<br>300 AUSTIN AVE<br>WACO, TX 76702 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __112__ of __119__ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)                                        $ 0.00          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)                                              $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)                                             $               $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
                    **Debtor**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> WALL ISD <br> 8065 LOOP 570 <br> WALL, TX 76957 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> WALLER COUNTY <br> 836 AUSTIN STREET, SUITE 217 <br> HEMPSTEAD, TX 77445 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> WALLER-HARRIS ESD #200 <br> PO BOX 510 <br> WALLER, TX 77484 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> WALNUT SPRINGS ISD <br> 184 AVENUE A <br> WALNUT SPRINGS, TX 76690 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.   113   of   119   continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals ▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| | Total ▶ <br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Totals ▶ <br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____                                 _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>WARD COUNTY<br>400 S ALLEN, SUITE 101<br>MONAHANS, TX 79756 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>WAXAHACHIE ISD<br>411 N. GIBSON ST.<br>WAXAHACHIE, TX 75165-3051 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>WAXAHACHIE, CITY<br>401 S. ROGERS STREET<br>WAXAHACHIE, TX 75165 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>WELLS ISD<br>160 RUSK AVENUE<br>WELLS, TX 75976 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  114  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re   EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
_____          _____
                    Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> WES TEX GROUNDWATER ATTN: DALE ADAMS, GENERAL MANAGER 100 EAST THIRD STREET, SUITE 305B SWEETWATER, TX 79556 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> WESTERN TEXAS COLLEGE DIST. WESTERN TEXAS COLLEGE 6200 COLLEGE AVENUE SNYDER, TX 79549 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> WESTWOOD ISD PO BOX 260 WESTWOOD BUSINESS OFFICE, 4524 WEST OAK PALESTINE, TX 75802 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> WHITEHOUSE ISD 106 WILDCAT DRIVE WHITEHOUSE, TX 75791 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. __115__ of __119__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)   $ 0.00   $ 0.00   $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,          Case No.  14-11047 (CSS)
_____                    _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet
_____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>WHITEHOUSE, CITY<br>101 A BASCOM RD.<br>WHITEHOUSE, TX 75791 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>WICHITA COUNTY<br>WICHITA COUNTY COURTHOUSE<br>900 7TH STREET<br>WICHITA FALLS, TX 76301 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>WICHITA FALLS ISD<br>1104 BROAD STREET<br>WICHITA FALLS, TX 76301 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>WICHITA FALLS, CITY<br>1300 7TH STREET<br>WICHITA FALLS, TX 76307-7531 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  116  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)
$ 0.00       $ 0.00       $ 0.00

Total ►
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)
$

Totals ►
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)
$          $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP** ,                    Case No.  **14-11047 (CSS)**
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> WILLIAMSON COUNTY <br> 405 MARTIN LUTHER KING ST <br> GEORGETOWN, TX 78626-4901 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br> WILLS POINT ISD <br> 338 W. NORTH COMMERCE <br> WILLS POINT, TX 75169 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br> WINFIELD ISD <br> 113 SCHOOL ST <br> WINFIELD, TX 75493 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. <br> WINFIELD, CITY <br> 1 TITUS COUNTY <br> WINFIELD, TX 75493 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no. **117** of **119** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)  $ 0.00  $ 0.00  $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $

B6E (Official Form 6E) (04/13) – Cont.

In re  EFH CG Holdings Company LP                    ,                    Case No.  14-11047 (CSS)
                    Debtor                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

_Type of Priority for Claims Listed on This Sheet_

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>WISE COUNTY<br>PO BOX 359<br>200 N. TRINITY<br>DECATUR, TX 76234 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>WORTHAM ISD<br>201 SOUTH 4TH STREET<br>WORTHAM, TX 76693 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>YOUNG COUNTY<br>516 FOURTH STREET<br>GRAHAM, TX 76450 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>ZAVALA, CITY<br>838 E MAIN ST<br>ZAVALLA, TX 75980 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |

Sheet no.  118  of  119  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$                $

B6E (Official Form 6E) (04/13) – Cont.

In re  **EFH CG Holdings Company LP** ,                    Case No. **14-11047 (CSS)**
_____              _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ZAVALLA ISD 431 EAST MAIN ZAVALLA, TX 75980 | | | Potential Tax Claim | X | X | | Undetermined | Undetermined | Undetermined |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __119__ of __119__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 0.00

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ 0.00    $ 0.00

B6F (Official Form 6F) (12/07)

In re   __EFH CG Holdings Company LP_____,          Case No. __14-11047 (CSS)_____
              **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CORYELL COUNTY<br>PO BOX 6<br>GATESVILLE, TX 76528-0006 | | | Trade Payable | | | | $876.95 |
| ACCOUNT NO.<br><br>FORT BEND COUNTY<br>PO BOX 1028<br>SUGARLAND, TX 77487-1028 | | | Trade Payable | | | | $15.27 |
| ACCOUNT NO.<br><br>PENSION BENEFIT GUARANTY CORPORATION<br>ISRAEL GOLDOWITZ<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 | | | Potential Pension Liability | X | X | X | Undetermined |

_0_  continuation sheets attached

Subtotal ▶   $ 892.22

Total ▶   $ 892.22

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re    EFH CG Holdings Company LP                    ,          Case No.   14-11047 (CSS)
                    **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

x  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re    **EFH CG Holdings Company LP**                                      ,    Case No.   **14-11047 (CSS)**
                              Debtor                                                          (if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

[x]  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re : EFH CG Holdings Company LP                                    Case No. 14-11047 (CSS)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____            Signature _____
                                                                    Debtor

Date _____            Signature _____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                              (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____            _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual.

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the partnership [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ June 29, 2014 _____            Signature: _____

                                                        Michael L. Carter
                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*