# SIGN-IN SHEET

**CASE NAME: Energy Future Holdings Corp., et al.**
**CASE NO: 14-10979 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 6/30/14 at 9:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | The Hogan Firm | Ad Hoc Committee EFH Legacy |
| David Posner | Kasowitz Benson | " |
| Andrew Glenn | " | " |
| Howard Seife | Chadbourne Parke | NextEra Energy |
| David Lemay | " | " |
| Marc Roitman | " | " |
| Kerri Mumford | Landis Rath + Cobb | " |
| Matthew B. McGuire | Landis Rath + Cobb | " |
| Howard A. Cohen | Drinker Biddle + Reath | Citibank N.A. |
| Robert K. Mcleod | " | " |
| Daniel Ziman | Kasowitz Benson | Ad Hoc Committee EFH Legacy |
| Davis Adams | Cross & Simon | Amrris Glett Trustee + Trust - Indenture Trustee |
| Rick Pelone | Nixon Pebody | " |
| Brian Schartz | Kirkland & Ellis | For Debtors |
| Stephanie Wyckowski | Bryan Cave | Computershare Trust Co |
| Richard Pedone | Nixon Pebody | American Stock Transfer as Indenture Trustee as Trustee |
| John Stock | Fox Rothschild M | TECH Unsecured Ad Hoc Group |
| Henry Newman | W.L. + Case | TECH Unsecured Ad Hoc Grp |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN SHEET**

CASE NAME: Energy Future Holdings Corp., et al.

CASE NO: 14-10979 (CSS)

COURTROOM LOCATION: 6

DATE: 6/30/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| Chris Ward | Polsinelli | Committee |
| Justin Edelson | Polsinelli | Committee |
| Jarrett Vine | Polsinelli | Committee |
| Todd Goren | MoFo | Committee |
| Samantha Martin | MoFo | Committee |
| Kayvan Sadeghi | MoFo | Committee |
| Julie Frost-Davies | Bingham | PIMCO |
| Jeffrey S. Sabin | Bingham | PIMCO |
| Joseph Grieco | Reed Smith LLP | Bank of New York Mellon |
| Jeff Sonas | Brown Rudnick | WSFS, Trustee |
| Greg Taylor | Ashby + Geddes | WSFS, Trustee |
| Ryan Bartley | Young Conaway | AHC of TCEH 1st Lien Creditors |
| Brian Hermann | Paul Weiss | " " |
| John Adlestein | Paul Weiss | " " |
| Jim Peck | MoFo | Committee |
| ANDREW McGAAN | K&E | Debtors |
| Billy Vinfeld | MoFo | Committee |
| Drull Avolabe | Whit + Case | TCEH Unsecured Ad Hoc Group |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

**SIGN-IN SHEET**

CASE NAME: Energy Future Holdings Corp., et al.
CASE NO: 14-10979 (CSS)

COURTROOM LOCATION: 6
DATE: 6/30/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang | Computershare Indenture Trustee |
| Timothy Cairns | Ziehl & Jones LLP | Indenture Trustee |
| Tom Mayer | Kramer Lewin | |
| Gregory Horowitz | Kramer Lewin | Computershare Indenture Trustee |
| Alice Byowitz | | |
| John Morris | Pachulski Stang Ziehl & Jones | |
| Joshua Brody | Kramer Lewin | |
| Stephen M. Miller | Morris James LLP | Law Debenture  Indenture Trustee |
| Dan Connolly | Pitterson Belknap | " |
| Ira Dizengoff | Akin Gump | TCEH 2L votes 3 EFIH |
| Scott Alberino | " | " " " |
| Scott Cousins | Cousins Chipman & Brown | " " " |
| Fred Sosnick | Shearman & Sterling | Deutsche Bank   New York |
| Ned Schodek | " | " |
| Laura Selber Silverstein | Potter Anderson & Corroon | " |
| R. Stephen McNeill | | " |
| Thomas Lauria | White & Case | TECH  Unsecure  Ad Hoc |
| Christopher Shore | W & C | TECH  Unsecured  Ad Hoc |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

**SIGN-IN SHEET**

**CASE NAME: Energy Future Holdings Corp., et al.**
**CASE NO: 14-10979 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 6/30/14 at 9:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard L. Schepacarter | USDOJ - OUST | U. S. Trustee |
| Andrea B. Schwartz | " - " | " " |
| Raybais S. | Klehr Harrison | UMB Indenture Trustee |
| Harold Kaplan | Foley Lardner | " |
| Mark Hebbeln | Foley Lardner | " |
| Curtis Miller | Morris Nichols | Equity Sponsors |
| Richard Mason | Wachtell Lipton | " |
| Emil Kleinhaus | " | " |
| Austin Witt | " | " |
| Mike Joyce | Cross & Simon | Fidelity |
| Matt Roose | Ropes Kant | Fidelity |
| Casey Kaplan | Rope Kant | Fidelity |
| Mark McKane | Kirkland & Ellis | Debtors |
| Andy McGaan | " | " |
| David Dempsey | " | " |
| Edward Sassower | | |
| Steve Hessler | | |
| Chad Husnick | Kirkland & Ellis | The Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME: Energy Future Holdings Corp., et al.**
**CASE NO: 14-10979 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 6/30/14 at 9:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | EFIH/CSC |
| Keith Wofford | Ropes & Gray | " |
| Ross Martin | " | " |
| Jim Millar | Drinker | " |
| Warren Usatine | Cole Schotz | " |
| CHARLES PERSONS | Morrison & Foerster | Official Com TCEH UNSECURED |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

## SIGN-IN SHEET

**CASE NAME: Energy Future Holdings Corp., et al.**
**CASE NO: 14-10979 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 6/30/14 at 9:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jonathan Carwer | KLE | Debtors |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

U.S. Bankruptcy Court-Delaware (DE - US)
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

| Calendar Date: | 06/30/2014 |
|---|---|
| Calendar Time: | 09:30 AM ET |

Amended Calendar 06/30/2014 06:13 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6325037 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6329213 | Craig Hart | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6329338 | Howard Jacobson | 202-887-4179 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6329199 | Matthew Kimble | 212-878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6331270 | Michael T. Atkins | (646) 884-5842 | Hudson Bay Capital | Interested Party, Hudson Bay Capital / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6329308 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6329192 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrator Agent / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6331192 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6323757 | Jennifer H. Anderson | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6330589 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6329831 | Daniel M. Bardes | 203-542-4225 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2012

Page 1 of 9

| Debtor | Case | Type | ID | Name | Phone | Firm | Interested Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6325631 | Jon R. Berke | (212) 686-2741 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6322327 | David Bersh | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6320423 | Monica S. Blacker | (214) 953-6000 | Jackson Walker LLP | Interested Party, Holt Cat / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329299 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6273293 | Elizabeth N. Boydston | (214) 855-7475 | Fulbright & Jaworski LLP | Interested Party, Fulbright & Jaworski, L.L.P / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327005 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6324549 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, CitiBank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328262 | Matthew C. Brown | (305) 995-5250 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329249 | Philip E Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329158 | Stephen Burnazian | 212-878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331169 | Michael Carley | 203-708-5893 | Jeffries, LLC | Interested Party, Eric Geller / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6330606 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AdHoc Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6325236 | Brooke Chadeayne | 713-226-1340 | Locke Lord LLP | Interested Party, Locke Lord LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6330291 | Chris Chaice | (212) 745-9700 | Brigade Capital Management | Interested Party, Chris Chaice / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331170 | Nathan Christensen | (212) 735-4935 | Nathan Christensen | Client, Nathan Christensen / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327112 | Richard M. Cieri | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328173 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329758 | Jeremy Coffey | 617-856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |

Peggy Drasal ext. 802

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327771 | Mark Cohen | (212) 250-7942 | Deutsche Bank Securities, Inc. | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6317345 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329277 | Jim Cooper | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327907 | Michael Cordasco | (212) 247-1010 | FTI Consulting, Inc. | Interested Party, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6326445 | Mark A. Crawford | 952-984-4204 | Mark Crawford | Creditor, CarVal Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329238 | Louis A. Curcio | 212-768-6744 | Dentons US LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328466 | Thomas Curtin | (212) 504-6063 | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader, Wickersham & Taft LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6330084 | Gren Day | (704) 374-0717 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327210 | Kelly Desgrosseilliers | (302) 574-2615 | Epiq Bankruptcy Solutions, LLC | Interested Party, Epiq Bankruptcy Solutions, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329280 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329225 | Christopher Dressel | 312-407-0968 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6330208 | David Duback | (952) 476-7220 | Merced Capital, LP | Creditor, Merced Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6326856 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331211 | Ryan Eckert | (212) 493-4465 | Credit Value Partners | Creditor, Credit Value Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331171 | Matthew Farwell | (212) 351-9726 | Imperial Capital LLC | Interested Party, Imperial Capital LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329229 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328337 | Jeffrey R. Fine | 214-462-6455 | Dykema Gossett PLLC | Interested Party, Tex-la Electric / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6329269 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6331168 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6331328 | Michael Finkelberg | 212-763-8026 | Luxor | Interested Party, Michael Finkelberg / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6329152 | Patrick Fitzgerald | (202) 862-9735 | Wallstreet Journal | Interested Party, Patrick Fitzgerald / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6327369 | Mark Flannagan | (816) 860-3009 | UMB Bank Coporate Trust | Creditor, UMB Bank, N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6329237 | Patrick Fleury (Client) | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6330394 | John K Forst | 201-827-2719 | Lord Abbett & Company, LLC | Interested Party, Lord Abbett & Company, LLC / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6329348 | Richard Gadhia | (212) 872-7491 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, ACHEFIH / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6329330 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Charles Garrison / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6304492 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6327083 | Meggie Gilstrap | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6329265 | Samuel Greene - Client - | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Samuel Greene / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6326934 | Peter Gruszka | (312) 416-4215 | Chicago Fundamental Investment Part | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6326849 | Stephen C. Harris | 212-378-0822 | BHR Capital, LLC | Creditor, Stephen Harris / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6331173 | Dan Harrison | (512) 306-5287 | Tejas Securities | Interested Party, Tejas Securities / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6327255 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6331307 | Kurt Hoffman | (310) 246-3793 | Imperial Capital LLC | Interested Party, Imperial Capital LLC / LISTEN ONLY |

| Company | Case | Type | ID | Name | Phone | Firm | Interested Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329274 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Centrview / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6245868 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328666 | Marshall Huebner | (212) 450-4099 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6330206 | Todd Jelen | (952) 893-1554 | Varde Partners, Inc. | Interested Party, Todd Jelen / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329813 | Anna Kalenchits | 212-723-1808 | Citi Group Global Markets | Interested Party, Citi Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328567 | James Katchadurian | 646-282-2549 | Epiq Bankruptcy Solutions, LLC | Interested Party, EPIQ Systems / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6320799 | Michael Katz | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garriso | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329889 | Monty L. Kehl | (312) 595-8566 | Mesirow Financial Consulting | Representing, Indenture Trustee for the EFH Bonds / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6255492 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Interested Party, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331209 | Harold Kim | (212) 390-2847 | Blackstone | Financial Advisor, Blackstone - Harold Kim / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329273 | Geoffrey King | (312) 853-0324 | Sidley Austin LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329275 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6323215 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6324403 | Steven Krause - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Steven Krause / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331227 | Avi Kripalani - Client | (212) 303-9480 | Halcyon Asset Management | Interested Party, Halcyon Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329432 | Jon Kurland | (212) 756-2000 | Schulte Roth & Zabel LLP | Interested Party, Schulte Roth & Zabel LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6302720 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |

| Company | Case | Type | ID | Name | Phone | Firm | Representing / Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329286 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329304 | Fredrick Lee | (212) 872-1034 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6323230 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6326964 | Stephen Lehner | 212-358-4881 | Anchorage Capital Group, LLC | Other Prof... SELF / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329851 | Scott T. McCabe | (212) 754-1613 | Latigo Partners | Representing, Latigo Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327916 | Brett H. Miller | (212) 468-8051 | Morrison & Foerster | Representing, Creditors Committe / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6279663 | Hanna Morikami | 310-733-7059 | Nomura Securities | Interested Party, Hanna Morikami / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6271805 | Hanna Morikami | 310-733-7059 | Nomura Securities | Interested Party, Hanna Morikami / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6324331 | Hal F. Morris | (512) 475-4550 | Attorney General Of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329297 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329245 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329314 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331231 | Eric Newman | (646) 699-3754 | River Birch Capital | Interested Party, River Birch Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329900 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Representing, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6322316 | Michael O'Neill | (212) 588-6132 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327918 | Samuel S. Ory | 918-583-9922 | Frederic Dorwart, Lawyers | Interested Party, BOKF, NA d/b/a Bank of Arizona / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6324554 | Maura O'Sullivan | (212) 848-4000 | Shearman & Sterling LLP | Creditor, Deutsche Bank A.G. / LIVE |

| Debtor | Hearing | Case | ID | Name | Phone | Firm | Interested Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6329344 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6331229 | Amit P. Patel | (612) 253-6078 | Whitebox Advisors LLC | Interested Party, Whitebox Advisors LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6320695 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6331167 | Charles Persons | (214) 746-8223 | Weil Gotshal & Manges LLP | Interested Party, Weil Gotshal & Manges LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6328469 | Jessica S. Pevzner | (212) 859-8000 | Fried Frank | Interested Party, Jessica S. Pevzner / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6327626 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6331191 | Giac Picco | 212-895-2270 | Sound Point Capital Management, LP | Creditor, Sound Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6329242 | Jim Prince | 214-953-6612 | Baker Botts LLP | Interested Party, CenterPoint Energy Resources Corp & CenterPoint Energy Houston / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6329219 | Kiran Ramineni | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6326833 | Elizabeth Rasskazova | 207-901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6322094 | Dennis J Roemlein - Client | (510) 466-6121 | Reed Smith LLP | Client, Dennis Romlein - BNY Mellon / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6329258 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6327191 | Jayne Rothman | 913-621-9981 | Epiq Bankruptcy Solutions, LLC | Interested Party, Epiq Bankruptcy Solutions, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6315358 | Linda Sandler | (212) 617-2398 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6319412 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6325576 | Damian S. Schaible | (212) 450-4580 | Davis Polk & Wardwell LLP | Interested Party, JP Morgan / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 6331228 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6319788 | Matthew Smith | (212) 225-2493 | Cleary Gottlieb Steen & Hamilton | Creditor, J. Aaron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329108 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331234 | Andrew Sorkin | 202-601-2298 | The Capitol Forum | Interested Party, The Capitol Forum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329271 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mohawk Capital LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6330645 | Andrew M. Thau | 203-862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329357 | Meredith S. Tinkham | (617) 951-7250 ext. 00 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328393 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329231 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331176 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328477 | Daniel Vaillant | (212) 859-8234 | Fried Frank | Interested Party, Jessica S. Pevzner / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6330144 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331188 | Michael J. Walsh | (646) 855-8154 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331189 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6325842 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329293 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329252 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6328177 | Kevin M. Lippman | 214-855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6328015 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren, LLP | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6328008 | Benjamin Feder | 212-808-7925 | Kelley Drye & Warren, LLP | Creditor, CSC / LIVE |