# EXHIBIT 1

**Leases to be Rejected**

## Leases

| Debtor-Lessee | Counterparty-Lessor | Contract Name | Leased Premises |
|---|---|---|---|
| TXU Energy Retail Company LLC | Congress Holdings, Ltd. | Office Lease between Congress Holdings Ltd. (Lessor) and TXU Energy Retail Company LLC (Lessee) | 1005 Congress Ave. Suite 500 Austin, Texas 78701 |
| Energy Future Competitive Holdings Company LLC | Larry Christian | North Texas Commercial Association of Realtors Commercial Lease Agreement | 2021 Postal Way Dallas, Texas 75212 |
| TXU Energy Retail Company LLC | First on 6th, L.P. | Lease Agreement Between First on 6th, L.P., as Landlord, and TXU Energy Retail Company LLC, as Tenant, Dated October 29, 2010: Cantey Hanger Plaza, Fort Worth, Texas | 600 West 6th St Suite 175 Fort Worth, Texas 76102 |

## Subleases

| Debtor-Sublessor | Counterparty-Sublessee | Contract Name | Subleased Premises |
|---|---|---|---|
| TXU Energy Retail Company LLC | Falcon Creek Enterprises LLC | Sublease | 1005 Congress Ave. Suite 500 Austin, Texas 78701 |
| Energy Future Competitive Holdings Company LLC | Harvill Industries Ltd. | Sublease | 2021 Postal Way Dallas, Texas 75212 |
| TXU Energy Retail Company LLC | RSP Architects Ltd. | Sublease | 600 West 6th St. Suite 175 Fort Worth, Texas 76102 |