# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Energy Future Holdings Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), commenced on April 29, 2014 (the "Petition Date"), have filed their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Michael L. Carter, Senior Vice President Corporate Planning and Assistant Treasurer of Energy Future Holdings Corp. ("EFH Corp."), , in his capacity as an authorized agent at each of the Debtors, has signed the Schedules and Statements for each of the Debtors except (a) Luminant Energy Company LLC, (b) Luminant ET Services Company, and (c) Luminant Energy Trading California Company (the "Luminant Energy Entities") and Terry L. Nutt, Vice President of Risk Management for EFH Corporate Services Company, in his capacity as an authorized agent at each of the Luminant Energy Entities, has signed the Schedules and Statements on behalf of the Luminant Energy Entities.  In reviewing and signing the Schedules and Statements, Mr. Carter and Mr. Nutt have necessarily relied upon the efforts, statements, and representations of various personnel of the Debtors.  Neither Mr. Carter nor Mr. Nutt has (nor could have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, the Debtors are unable to warrant or represent that the Schedules and Statements are without inadvertent errors, omissions, or inaccuracies some of which may be material.

## General Disclosures Applicable to Schedules and Statements

1.    General Reservation of Rights.    Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving substantive consolidation, equitable subordination, defenses, and/or Claims[2] or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2.    References.    Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

3.    Currency.    Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4.    Paid Claims.    The Bankruptcy Court authorized (but did not direct) the Debtors to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action such as filing Claims objections, as is necessary and appropriate to avoid over payment or duplicate payments for liabilities.

5.    Amendments and Supplements.    While the Debtors made reasonable efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.

---

[2]   As used herein, the term "Claim" has the meaning set forth in section 101(5) of the Bankruptcy Code.

The Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

6.    Recharacterization.    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.    The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

7.    Liabilities.    The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.    As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

8.    Insiders.    For purposes of the Schedules and Statements, persons listed as "insiders" have been included for informational purposes only.    The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or    functions    of    such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.    Amounts paid on behalf of employees for life and and disability coverage, which coverage is provided to all of the Debtors' employees, have not been included.

9.    Intercompany Claims.    Receivables and payables among the Debtors in these cases and their affiliates are reported on Schedule B and Schedule F, respectively.  For additional information about the Debtors' intercompany transactions and related cash management protocols, see *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense* [D.I. 37].

10.    Intellectual Property Rights.    Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

11.    <u>Executory Contracts</u>.    The Debtors have not set forth executory contracts as assets in the Schedules and Statements. The Debtors' executory contracts have been set forth in Schedule G. In addition, the businesses of the Debtors are complex—while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

12.    <u>Setoffs</u>.    The Debtors incur certain setoffs and other similar rights from customers or suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items, including, but not limited to, intercompany transactions, pricing discrepancies, returns, refunds, debit memos, credits, and other disputes between the Debtors and their suppliers. These normal setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industries and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, setoffs are not independently accounted for, and as such, certain set offs may be excluded from the Schedules and Statements.

13.    <u>Claims Description</u>.    Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated."

14.    <u>Excluded Assets and Liabilities</u>.    The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including accrued salaries, employee benefit accruals, certain deposits, and deferred gains. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

15.    <u>Causes of Action</u>.    Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

16.    <u>Confidential or Sensitive Information</u>.    There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third-party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. Additionally, employee addresses have been removed from entries listed on the Schedules and Statements, where applicable.

17.    <u>Current Market Value — Net Book Value</u>.    Unless otherwise indicated, the Schedules and Statements reflect net book values. The Debtors reserve all rights related to the net book value reflected in the Schedules and Statements.

18.    <u>Undetermined Amounts</u>.    The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

19.    <u>Totals</u>.    All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.    To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

20.    <u>Mechanics' Liens</u>.    The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens.

21.    <u>Letters of Credit</u>.    Amounts due and payable as of the Petition Date as listed herein do not reflect draws on letters of credit unless such draws were made by a third-party, non-Debtor or unless noted otherwise.

## <u>General Disclosures Applicable to Statements</u>

1.    <u>Question 1</u>.    The revenue amounts listed in response to Question 1 include amounts received by the Debtors from other Debtors.

2.    <u>Question 2</u>.    The amounts listed in response to Question 2 include amounts received by the Debtors from other Debtors.

3.    <u>Question 3(b)</u>.    The information provided lists payments made by a Debtor on behalf of itself or on behalf of another Debtor in accordance with routine business practices. The response to Question 3(b) includes any disbursement or other transfer made by the Debtor except for those made to (a) insiders or other Debtors (which payments appear in response to Statement question 3(c)); (b) non-insider employees; and (c) bankruptcy professionals (which payments appear in response to Statement question 9).

4.    <u>Question 3(c)</u>.    The amounts listed in response to question 3(c) include payments or transfers (including net allocations associated with the money pool amounts described in the Cash Management Motion) made to or from a Debtor to another Debtor during the one year preceding April 29, 2014.    To the extent the Debtor is a holder of a security issued by another Debtor, the Debtor periodically receives cash or stock distributions, or interest payments, and any such distributions or interest payments made in the one year preceding April 29, 2014 are set forth in the rider attached to Question 3(c).

5.    <u>Question 8</u>.    The Debtors occasionally incur losses for a variety of reasons, including theft, bodily injury, and property damage.    Although such losses are tracked internally and subject to internal review processes before payments are authorized, the Debtors, may not have records of all such losses to the extent such losses do not have a material effect on a Debtor's businesses or are not reported for insurance purposes.

6.    <u>Question 9</u>.    The response to Question 9 identifies which Debtor made a payment in the first instance on behalf of professionals the Debtors seek to retain under section 327of the Bankruptcy Code and does not reflect subsequent intercompany allocations of payments.    In

addition, for any given payment, multiple Debtor entities may have made a partial payment. For a complete analysis of any Debtor entity that may have made a partial payment with respect to any payment obligation, please see collectively the response to Question 9 set forth for EFH Corp., ., EFH Corporate Services Company, Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, Texas Competitive Electric Holdings Company LLC

7.     Question 15.     The Debtors have only listed changes to the address of the corporate headquarters and have excluded any changes of address for ancillary locations or facilities.

8.     Question 20.     Energy Future Holdings Corp. maintains various Sarbanes-Oxley controls related to the various inventories and the inventory measurement processes used by the Debtors. These controls are reviewed on a monthly, quarterly, or annual basis, depending on the specific controls.

9.     Question 21.     Every individual identified on the rider attached to the applicable Debtor in response to Question 21 was formally voted in by vote of the board of directors or board of managers, as applicable.

10.     Question 22.     Any response to Question 22 includes only those individuals that have terminated their relationship with the listed Debtor as either a director or officer, and does not include individuals that have simply changed their title but who have otherwise maintained their relationship as a director or officer.

## General Disclosures Applicable to Schedules

1.     Classifications.     Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

2.     Schedule A.     Except where otherwise noted, the Debtors have included the book value of owned real property assets held by each Debtor on Schedule A. Certain de minimis real property assets that are not reported or tracked centrally may have been excluded.

3.     Schedule B.     Certain of the Debtors' machinery, fixtures, equipment, and supplies used in business are not capitalized in some situations, generally because the related dollar amounts are not material, and, consequently, may not be listed on Schedule B. To the extent a Debtor is party to one or more ISDAs, EEI, and/or master netting agreements that provide for the mutual netting of payment and/or collateral obligations, the amounts listed for such Debtor in Schedule F reflect such mutual netting. Notwithstanding the foregoing, the Debtors reserve all rights related to the netting provisions provided for in such ISDAs, EEIs, and master netting agreements.

4.     Schedule D.     The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim.

All Claims listed on Schedule D, however, appear to have arisen or were incurred before the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities, only the administrative agents have been listed for purposes of Schedule D. The amounts outstanding under the Debtors' prepetition loan facilities reflect approximate amounts as of the Petition Date.

5.      Schedule E. The listing of any Claim on Schedule E does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any Claim on any basis at any time. All Claims listed on the Debtors' Schedule E are Claims owing to various taxing authorities to which the Debtors may potentially be liable. Certain of such Claims, however, may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining Claims listed on Schedule E. Accordingly, the Debtors have listed all such Claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues.

6.      Schedule F. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtors. In addition, certain Claims listed on Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule F contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements except to the extent such Claims have already escheated to the estate. Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

The Debtors assumed current customer contracts and established October 27, 2014, as the bar date for customer Claims pursuant to orders of the Court (the "Customer Bar Date"). The Debtors' claims and noticing agent, Epiq, completed its service of the Customer Bar Date materials on April 30, 2014 [D.I. 212]. Since the Customer Bar Date was established, approximately 2,100 customer Claims have been filed on the Epiq claims register. Such Claims have not been listed on this Schedule F but may be found on the claims register.

The Debtors are aware that certain customers, outside Epiq's claim process described above, may be disputing the rates the Debtors charge or have charged and the services the Debtors is providing or has provided, and the Debtor reserves all rights related to such disputes, whether or not scheduled herein.

Schedule G. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Each unexpired lease listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, subordination, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor's Schedule G on which to list such executory contracts or unexpired leases. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

In addition, certain of the Debtors, along with other Debtors, are party to a Restructuring Support Agreement ("RSA") with certain of their financial stakeholders. The RSA is listed on each Debtor signatory's Schedule G. For a complete analysis of the Debtors that are party to an RSA, please review each Debtor's Schedule G.

Finally, although the Debtors maintain insurance policies for the benefit of every Debtor, the Debtor EFH Corp. is the named insured on each of the insurance policies. As a result, all of

the Debtors' insurance policies are listed on Schedule G for the Debtor EFH Corp. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.   Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

7.      Schedule H.   For purposes of Schedule H, only the agent under the prepetition loan facility is listed for Claims arising thereunder.      Instead, all such listings can be found on the applicable Debtor's Schedule F and Statement Question 4(a).

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### District Of Delaware

In re:   EECI, Inc.                              ,        Case No.    14-10992 (CSS)
  _____               _____
                Debtor                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.   See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

1.   **Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of
☐       the debtor's business, including part-time activities either as an employee or in independent trade or business, from the
        beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the
        **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on
        the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates
        of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing
        under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

AMOUNT                                  SOURCE

$0.00                                   Gross Revenue - 1/1/2014 - 4/28/2014

2

In re:    EECI, Inc.                                        Case No.    14-10992 (CSS)

_____

|  | AMOUNT | SOURCE |
|--|--------|--------|
|  | $0.00 | Gross Revenue - 1/1/2013 - 12/31/2013 |
|  | $0.00 | Gross Revenue - 1/1/2012 - 12/31/2012 |

_____

**2.    Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $25,795.92 | Other Revenue - 1/1/2014 - 4/28/2014 |
| $77,419.54 | Other Revenue - 1/1/2013 - 12/31/2013 |
| $71,026.32 | Other Revenue - 1/1/2012 - 12/31/2012 |

_____

**3.    Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|
| Not applicable | | | |

_____

None

☒

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

3

In re:   EECI, Inc.                                   Case No.    14-10992 (CSS)

---

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

_____

None


c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

_____

**4.      Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See attached rider

_____

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

_____

**5.      Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

In re:   EECI, Inc.                                           Case No.    14-10992 (CSS)

4

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

_____

### 6.    Assignments and receiverships

None


a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

_____

None


b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

_____

### 7.    Gifts

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

_____

### 8.    Losses

In re:    EECI, Inc.                                                Case No.    14-10992 (CSS)

None

[X] List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

_____

**9.    Payments related to debt counseling or bankruptcy**

None

[ ] List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

The response to Question 9 identifies which Debtor made a payment in the first instance and does not reflect intercompany allocations of payments. In addition, for any given payment, multiple Debtor entities may have made a partial payment.   For a complete analysis of any Debtor entity that may have made a partial payment with respect to any payment obligation, please see collectively the response to Question 9 set forth for each of EFH Corporate Services Company, Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC and Texas Competitive Electric Holdings Company LLC.

_____

**10.   Other transfers**

None

[X] a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

_____

None

[X] b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

In re:   EECI, Inc.                                         Case No.     14-10992 (CSS)

---

**11.   Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12.   Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.   Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.   Property held for another person**

None


List all property owned by another person that the debtor holds or controls.

7

In re:    EECI, Inc.                                    Case No.    14-10992 (CSS)

_____

| NAME AND ADDRESS<br>OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |

_____

### 15.    Prior address of debtor

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

_____

### 16.    Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

  Not applicable

_____

### 17.    Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

_____

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |

8

In re:    EECI, Inc.                                                    Case No.    14-10992 (CSS)

_____

None
☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
       Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

_____

None
☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
       respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a
       party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

_____

**18.    Nature, location and name of business**

None
☒    a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses,
       and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
       executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
       other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in
       which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding
       the commencement of this case.

       *If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and
       beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
       voting or equity securities, within **six years** immediately preceding the commencement of this case.

       *If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and
       beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
       voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

_____

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
       U.S.C. § 101.

9

In re:   EECI, Inc.                                        Case No.    14-10992 (CSS)

_____

|  NAME  |  ADDRESS  |

_____

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

      *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

_____

### 19.   Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy

☐     case kept or supervised the keeping of books of account and records of the debtor.

|  NAME AND ADDRESS  |  DATES SERVICES RENDERED  |
|---|---|
| SZLAUDERBACH, STAN<br>1601 BRYAN ST.<br>DALLAS, TX 75201 | 4/30/2012 - 4/29/2014 |

_____

None    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have

☐     audited the books of account and records, or prepared a financial statement of the debtor.

|  NAME  |  ADDRESS  |  DATES SERVICES RENDERED  |
|---|---|---|

    Deloitte LLP completed an annual audit of all of the Debtors' financial statements on a consolidated basis.   There are no outside firms or individuals who, within the two years preceding the filing of this bankruptcy case, have audited the books and records or financial statements of the Debtor.

_____

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of

☐     account and records of the debtor. If any of the books of account and records are not available, explain.

|  NAME  |  ADDRESS  |
|---|---|

In re:    EECI, Inc.                                          Case No.      14-10992 (CSS)

---

|  NAME | ADDRESS |
|---|---|
| SZLAUDERBACH, STAN | 1601 BRYAN ST.<br>DALLAS, TX 75201 |

_____

None  ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                    DATE ISSUED

The Debtor has not issued financial statements to financial institutions, creditors, or any other parties, including mercantile and trade agencies, in the two years preceding April 29, 2014.   However, certain of the other Debtors are registrants with the SEC and file periodic financial reports on a consolidated basis. These reports also contain information about the Debtor's finances.

_____

**20.    Inventories**

None  ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT
                                                         OF INVENTORY
                                                         (Specify cost, market or other basis)

_____

None  ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                                         NAME AND ADDRESSES
                                                         OF CUSTODIAN
DATE OF INVENTORY                                        OF INVENTORY RECORDS

_____

**21.    Current Partners, Officers, Directors and Shareholders**

None  ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

     Not applicable

11

In re:   EECI, Inc.                                        Case No.    14-10992 (CSS)

_____

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☐       indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.


NAME AND ADDRESS              TITLE                        NATURE AND PERCENTAGE
                                                           OF STOCK OWNERSHIP

        See attached rider
                                                           _____

        **22.    Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☐       preceding the commencement of this case.


NAME                          ADDRESS                      DATE OF WITHDRAWAL

        Not applicable

        _____

None    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within
☐       **one year** immediately preceding the commencement of this case.


NAME AND ADDRESS              TITLE                        DATE OF TERMINATION

        See attached rider
                                                           _____

        **23.    Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☒       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
        during **one year** immediately preceding the commencement of this case.


NAME & ADDRESS                                             AMOUNT OF MONEY
OF RECIPIENT,                 DATE AND PURPOSE             OR DESCRIPTION
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL                AND VALUE OF PROPERTY

        _____

        **24.    Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any
☐       consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
        preceding the commencement of the case.

12

In re:    EECI, Inc.                                        Case No.    14-10992 (CSS)

---

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| Energy Future Holdings Corp. | 75-2669310 |
| Energy Future Holdings Corp. | 46-2488810 |

---

**25.  Pension Funds.**

None

☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| EFH Active Retirement Plan | 75-2669310/003 |
| EFH Retirement Plan (f/k/a Texas Utilities Company Employee Retirement Plan) | 75-2669310 |
| Oncor Retirement Plan | 75-2967830 |

---

\*  \*  \*  \*  \*
\*

In re : EECI, Inc.

Case No. 14-10992 (CSS)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____

Signature
of Debtor _____

Date _____

Signature of
Joint Debtor
(if any) _____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___June 29, 2014___

Signature _____

Print Name  Michael L. Carter
And Title ___Authorized Agent___

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

___ continuation sheets attached

*Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 and 3571*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U S C  § 110. (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C  §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C  § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers. I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section

_____

_____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social-Security No  (Required by 11 U S C  § 110 )

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document*

_____

Address

_____

_____

Signature of Bankruptcy Petition Preparer

Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional signed sheets conforming to the Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

In re: EECI, Inc.                                                                                        Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| ADA WOFFORD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LOYD DON WOFFORD, ET AL. V. PHARMACIA LLC, ET AL. INCLUDING EECI, INC. | 2013-48546 | ALLEGED BODILY INJURY | 151ST JUDICIAL DISTRICT, HARRIS COUNTY, TEXAS | PENDING |
| ADRIA DRIVER, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF DARRELL DRIVER, AND CHRISTOPHER DRIVER, STACY DRIVER AND AARON DRIVER V. CF BRAUN & CO., INC., ET AL. (EBASCO SERVICES, INC.) | 2004-73184 | ALLEGED BODILY INJURY | 270TH DISTRICT COURT, HARRIS COUNTY, TX | PENDING |
| ALBERT D. LANGEVIN, JR., AS SURVIVING HEIR OF PAULETTE LANGEVIN, DECEASED, V. A. O. SMITH, ET AL. (EBASCO SERVICES, INC.) | 1122-CC08379 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| ALBERT EDWARD FRIDENSTINE III, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE/SPECIAL ADMINISTRATOR OF THE ESTATE OF ALBERT FRIDENSTINE JR., DECEASED, V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-05 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ALBERT STARK AND FRANCES STARK V. AIR & LIQUID SYSTEMS, A/K/A BUFFALO PUMPS, ET AL. (EBASCO SERVICES, INC.) | 12-L-688 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ALBERT W. OERTEL, SR. AND SHIRLEY OERTEL V. A. W. CHESTERTON, INC., ET AL. (WGI AS SUCCESSOR TO EBASCO SERVICES, INC.) | 10-L-1275 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ALEXANDROS ECONOMOU AND HARIKLIA ECONOMOU V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-822 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ALEXIS CRETELLA, EXECUTRIX OF THE ESTATE OF JOSEPH A. CRETELLA, INDIVIDUALLY AND AS SURVIVING SPOUSE V. AESYS TECHNOLOGIES, LLC, ET AL (WASHINGTON GROUP INTERNATIONAL, INC., F/K/A EBASCO SERVICES, INC.) | SETTLED OUT OF COURT | ALLEGED BODILY INJURY | SUPERIOR COURT, FAIRFIELD DISTRICT, BRIDGEPORT, CT | CLOSED |
| ALICIA RODRIGUEZ  V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-697 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ALISA BUTSCHER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROBERT BUTSCHER, DECEASED, V. ALLIED CRANE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-997 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ALLEN M. MOSKOWITZ V. GENERAL ELECTRIC COMPANY, ET AL. (EBASCO SERVICES, INC.) | 107296-08 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| ALVA JENKINS AND DORIS JENKINS V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1005 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ALVARO MENDOZA AND ISABEL MENDOZA V. ALLIED CRANE, INC., ET AI. (EBASCO SERVICES, INC.) | 12-L-1344 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ANDREW EDWARDS AND MARTHA EDWARDS V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-388 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ANDREW J. VENIER AND PATRICIA VENIER, HIS WIFE, V. GENERAL ELECTRIC COMPANY, ET AL. (EBASCO SERVICES, INC.) | 190145-09 | ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | CLOSED |
| ANDREW T. BRADLEY AND ANNICE BRADLEY V. ALLEN-BRADLEY COMPANY, ET AL. INCLUDING EECI | 140401460 | ALLEGED BODILY INJURY | PHILADELPHIA COUNTY, COURT OF COMMONS PLEAS, PA | PENDING |
| ANN WILLIAMS, AS EXECUTRIX OF THE ESTATE OF WILLIE WILLIAMS V. AMEC CONSTRUCTION MANAGEMENT, INC., ET AL. (EBASCO SERVICES, INC.) | 190037-08 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| ANTHONY BOUBOUIS AND MORPHIA BOUBOUIS V. THE ALLIANCE MACHINE CO., ET AL. (EBASCO SERVICES, INC.) | 12-L-473 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ANTHONY M. ALBERINO AND THOMAS ALBERINO AS CO-ADMINISTRATORS OF THE ESTATE OF ROBERT ALBERINO V. ASBEKA INDUSTRIES OF NEW YORK, INC., ET AL. (WASHINGTON GROUP INTERNATIONAL, INC. - EBASCO DIVISION) | 190093-11 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |

In re: EECI, Inc.

Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| ARLENE GRAYBILL, DANA HUFFMAN, EAVY WILSON, CARI KLEIN, DELMAR GRAYBILL AND DALE GRAYBILL, AS THE SURVIVING HEIRS OF LLOYD GRAYBILL, DECEASED, V. A. W. CHESTERTON COMPANY, ET AL. (INCLUDING EECI, INC. F/K/A ENSERCH E & C, INC.) | 1022-CC10506 | ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | SETTLED |
| ARLENE MUELLER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF RICHARD MUELLER, DECEASED, V. AERCO INTERNATIONAL, INC., ET AL., INCLUDING EECI, INC. | 13-L-348 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ARLETHA HILL, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GREGORY HILL, DECEASED, V. ADVANCE AUTO PARTS, INC., A/K/A ADVANCE STORES, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-627 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ARLON J. HOBBS V. AMEREN INTERNATIONAL CORPORATION, ET AL. INCLUDING EECI, INC. | 13-L-503 | ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | CLOSED |
| ARNOLD HACKLER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LLOYD HACKLER, DECEASED, V. A. W. CHESTERTON, ET AL. (EBASCO SERVICES, INC.) | 12-L-1869 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ARNOLD TICE V. ADVOCATE MINES LTD., ET AL (EECI, INC. F/K/A ENSERCH E & C, INC., SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-755 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| AUGUST LIBERDA V. AERCO INTERNATIONAL, INC., ET AL., INCLUDING EECI, INC., ETC. | 13-L-578 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| BARBARA BROOKS V. ARMSTRONG INTERNATIONAL INC., ET AL. (EBASCO SERVICES, INC.) | ASB-FBT-CV 11-60170878 | ALLEGED BODILY INJURY | SUPERIOR COURT, J.D. FAIRFIELD AT BRIDGEPORT, CT | PENDING |
| BARBARA E. AMICK AND ELDON E. AMICK, HER HUSBAND, V. ALLIED GLOVE CORPORATION, ET AL., INCLUDING EECI, INC., FORMERLY KNOWN AS ENSERCH E&C, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST, PARENT, ALTER EGO, AND EQUITABLE TRUSTEE OF EBASCO SERVICES, INC. | 12-C-711 | ALLEGED BODILY INJURY | CIRCUIT COURT OF KANAWHA COUNTY, WV | CLOSED |
| BARBARA STROM, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ARTHUR STROM, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1009 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| BARBEE JEANSEN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF AVNER COCKROFT, JR., DECEASED, V. AJAX MAGNATHERMIC CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1441 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| BARRY DANNA V. ADVANCE AUTO PARTS, INC., ET AL. INCLUDING EECI, INC. | 1322-CC09780 | ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| BARRY GERENSTEIN V. A. W. CHESTERTON COMPANY, ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 101909-07 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| BATTY RAPLEY, FRANK RAPLEY II AND JANE COTTRELL AS THE SURVIVING HEIRS OF DAVID R. RAPLEY, DECEASED, V. ACME BRICK COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FEATHERLITE, ET AL. (EBASCO SERVICES, INC.) | 1222-CC01313 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| BENJAMIN SCROGUM V. AMERICAN OPTICAL CORPORATION, ET AL. INCLUDING EECI, INC. | 14-L-478 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| BETTIE RUTH RHODES V. ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-12 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| BETTY CHAMLEE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES D. CHAMLEE, DECEASED, V. ABITIBI BOWATER, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1338 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| BETTY JANE TILGHMAN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF COOPER TILGHMAN, DECEASED V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1200 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| BETTY MCNELY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROBERT W. MCNELY, DECEASED V. AERCO INTERNATIONAL, INC., ET AL., INCLUDING EBASCO | 13-L-215 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |

In re: EECI, Inc.                                                                                    Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| BILLIE R. EDWARDS V. 3M COMPANY, ET AL., INCLUDING EBASCO | 1322-CC00347 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| BILLY A. CALCUTT AND RUTH H. CALCUTT V. AMERICAN BRIDGE COMPANY, ET AL. (EBASCO SERVICES, INC.) | 11-L-473 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| BOBBIE E. BRADFORD, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ALLEN J. HALL V. AAF-MCQUAY INC., D/B/A MCQUAY INTERNATIONAL, A DAIKIN INDUSTRIES COMPANY, ET AL. (EECI, INC. F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-823 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| BOBBY J. OWINGS V. 3M COMPANY (INCLUDING URS E&C, AS SUCCESSOR TO EBASCO SERVICES, INC.) | 1322-CC 00078 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| BOBBY J. ROHLETTER AND MILLIE ROHLETTER V. AERCI INTERNATIONAL, ET AL. (INCLUDING EECI, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO SERVICES, INC.)) | 1322-CC01243 | ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| BONNIE LEE PETKOVSEK AND DAVID PETKOVSEK V. AMERICAN BOILER TANK & WELDING CO., INC., ET AL. INCLUDING EECI, INC. | 13-L-1291 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| BRENDA HEDGPETH, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GLADYS ROTHE, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-688 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| BRENDA TYLER V. 3M COMPANY, ET AL. (EBASCO SERVICES, INC.) | 12-L-1408 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| BRIAN KELLY STICKROD V. AFC-HOLCROFT, LLC, ET AL. (EBASCO SERVICES, INC.) | 12-L-852 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CALVIN MILLER AND BETTY MILLER V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC00694 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| CANDACE DRYFKA, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOHN E. DRYFKA, DECEASED, V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-42 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CANDIS EUBANKS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF BRUCE L. EUBANKS, DECEASED, V. 4520 CORP. INC., AS SUCCESSOR-IN-INTEREST TO THE SHAW GROUP, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-386 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CARILION E. THOMAS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LUKE THOMAS, DECEASED, V. AIR & LIQUID SYSTEMS CORP., AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1827 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CARMEN ARMIJO, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HAROLD ARMIJO, DECEASED, V. A. H. BENNETT COMPANY, ET AL. (EECI, INC., F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-950 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CARMINE CERONE V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-796 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CARMINE CERONE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MARGARET CERONE, DECEASED, V. ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES. INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1318 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CAROL SINGLETON AND JAMES SINGLETON V. ALLIED CRANE, INC., ET AL. (INCLUDING ENERGY FUTUER HOLDINGS CORP., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ENSERCH CORPORATION SUCCESSOR IN INTERST TO EBASCO SERVICE, INC.) | 12-L-957 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

In re: EECI, Inc.                                                                                                    Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| CAROLYN J. MERRIT, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WILLIAM THOMAS MERRIT, DECEASED, V. AMERICAN OPTICAL CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1642 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CARSON L. SERVISS AND CANDACE J. SERVISS V. ALFA LAVAL, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1165 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CATHERINE STRAKA AND JOHN STRAKA V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1286 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CATHY BRANSON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GARY D. BRANSON, DECEASED, V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-78 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CATHY MANNING, BRIAN MANNING, AND DARIAN MANNING AS THE SURVIVING HEIRS OF ERNEST MANNING, DECEASED, V. ALABAMA DRY DOCK & SHIPBUILDING, LLC, ET AL., (EBASCO SERVICES, INC.) | 1122-CC10906 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| CECILY HOCKENBURY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HAROLD HOCKENBURY, DECEASED, V. A. W. CHESTERTON, INC., ET AL. ((EECI, INC., F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-809 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CEDRIC CHRISTENSEN AND PATRICIA CHRISTENSEN V. AGCO CORPORATION, F/K/A MASSEY-FERGUSON, ET AL. (EBASCO SERVICES, INC.) | 12-L-668 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CELIA GOMEZ V. AMERICAN OPTICAL CORPORATION, ET AL. INCLUDING EECI, INC. | 13-L-1558 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CHANDRA WILLIAMS, AS THE SURVIVING HEIR OF PERCY JAMES WILLIS, JR., DECEASED, V. AFC-HOLCROFT, LLC, ET AL. (EBASCO SERVICES INC.) | 1222-CC02526 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| CHARLES BAXTER AND ANNA BAXTER V. AMERICAN OPTICAL CORPORATION, ET AL. INCLUDING EECI, INC. | 13-L-1992 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CHARLES FOLSOM, SR. AND MARY FOLSOM, PLAINTIFFS V. AERCO INTERNATIONAL, INC., ET AL., INCLUDING EECI, INC. | 13-L-518 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CHARLES KAISER, SR. V. AERCO INTERNATIONAL, INC., ET AL., INCLUDING EBASCO | 13-L-171 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CHARLES MACK ADAMS AND BETTY ADAMS V. A. O. SMITH CORPORATION, ET AL., INCLUDING ENSERCH E & C, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ELECTRIC BOND AND SHARE CORPORATION) | 12-2-10114-1 SEA | ALLEGED BODILY INJURY | SUPERIOR COURT, KING COUNTY, WA | CLOSED |
| CHARLES MAVRONICLES AND LINDA MAVRONICLES V. AMERICAN BILTRITE, INC., ET AL. INCLUDING EECI, INC. | 13-L-1951 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CHARLES R. GRIFFITHS AND DIANA GRIFFITHS V. AMERON INTERNATIONAL CORPORATION, ET AL. INCLUDING EECI, INC. | 13-L-1774 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CHARLES ZAMATA V. 84 LUMBER COMPANY, ET AL., INCLUDING ENSERCH E&C, INC. | 2012L 001896 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CHERYL DENNISON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JACK DENNISON, DECEASED V. ADELWIGGINS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1443 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CHERYL GANN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GERALD GANN, DECEASED, V. AIR PRODUCTS AND CHEMICALS, INC., ET AL., INCLUDING EECI, INC. | 13-L-469 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CHESTER WEILAND AND JUDY WEILAND V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC09583 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| CHRIS KEAFER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LARRY KEAFER, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-1111 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

In re: EECI, Inc.

Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| CHRISTINA HERRING, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF EDWARD CAMPANA, DECEASED, V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1411 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CHRISTINA KINSLEY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF RICHARD A. SMITH, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-2005 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CHRISTINE HARDY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CAREY R. HICKS, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1071 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CHRISTOPHER BALLARD, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF TAMI BALLARD, DECEASED, V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-15 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CLARENCE AND JULIA COLEMAN V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 08-L-1041 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CLARENCE BURTON AND DEBRA BURTON V. AIR PRODUCTS AND CHEMICALS, INC., ETC., ET AL., INCLUDING EECI, INC., ETC. | 13-L-553 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CLAUDIA GAIL SHREVE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF KENNETH L. SHREVE, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-615 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| CLAYTON RENTMEESTER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF RAPHAEL PLANERT, DECEASED, V. ALLIED MANUFACTURING, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-784 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CLIFFORD G. RADFORD V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC10157 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| CONNIE BRASHER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MACK W. BRASHER V. AIR PRODUCTS AND CHEMICALS, INC., ET. AL., INCLUDING EECI, INC. | 13-L-558 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| COY RITTER AND CAROL RITTER V. AJAX MAGNATHERMIC CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1890 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| CRAIG PHILIPS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JANICE PHILIPS AND CRAIG PHILIPS, INDIVIDUALLY V. 84 LUMBER COMPANY, ET AL. INCLUDING ENSERCH E & C, INC. | N14C-04-100 ASB | ALLEGED BODILY INJURY | SUPERIOR COURT OF DELAWARE - NEW CASTLE COUNTY, DE | PENDING |
| CYNTHIA MCCAIN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF SAMUEL MCCAIN, DECEASED, V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1143 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CYNTHIA MOFFETT, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF THOMAS MOFFITT, DECEASED, V. A. H. BENNETT COMPANY, ET AL. (EECI, INC., F/K/A ENSERCH E&C, INC.) | 13-L-1135 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| CYNTHIA WILSON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GARTRICE TROY THOMAS, DECEASED V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1201 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DALE DIERKSHEIDE AND BERNICE HINESLY V. ADVOCATE MINES LTD., ET AL. INCLUDING EECI, INC., ETC. | 13-L-1042 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DALE LEVITT AND GLORIA LEVITT V. AGCO CORPORATION F/K/A MASSEY-FERGUSON, ET AL. (EBASCO SERVICES, INC.) | 12-L-1927 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DANIEL D. SMITH AND RITA SMITH  V. ADVANCE AUTO PARTS, INC., A/K/A ADVANCE STORES CO., INC., ET AI. (EBASCO SERVICES, INC.) | 12-L-1320 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

In re: EECI, Inc.

Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| DANIEL LEE AND MAE M. LEE V. AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1674 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DARRELL HICKS V. AMERICAN OPTICAL CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1225 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DAVID A. COOTS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LESTER L. COOTS, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-470 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DAVID AND MARGARET KING V. AMERICAN BRIDGE COMPANY, ET AL. (EBASCO SERVICES, INC.) | 10-L-712 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DAVID D. SMITH AND RUTH M. SMITH V. AGCO CORPORATION, F/K/A MASSEY-FERGUSON, ET AL., INCLUDING EBASCO | 13-L-172 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DAVID FORMO AND DEBRA FORMO V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC01183 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| DAVID JOHNSON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF VELMA C. JOHNSON, DECEASED V. ARCHER-DANIELS-MIDLAND COMPANY, ET AL. INCLUDING EECI, INC. | 13-L-1911 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DAVID LAPHAM V. ADVOCATE MINES LTD., ET AL. (EBASCO SERVICES, INC.) | 12-L-956 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DAVID NEAL FLYNN AND CHIEMI FLYNN V. 84 LUMBER COMPANY, ET AL., INCLUDING EBASCO | 13-L-244 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DAVID O'BRIEN AND KAREN O'BRIEN V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1786 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DAVID R. ANDREWS V. AFC HOLCROFT, LLC, ET AL. (EBASCO SERVICES, INC.) | 12-L-883 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DAVID WALTERS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HAROLD WALTERS, DECEASED, V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-806 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DAVID WILLIAM FAHY V. ARMSTRONG INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 190259/2013 | ALLEGED BODILY INJURY | SUPERIOR COURT, J.D. FAIRFIELD AT BRIDGEPORT, CT | PENDING |
| DEANNA GRADY, SHEENA ALVAREZ, MARK GRADY, WALTER P. GRADY, MARLENA GRADY, AND AMY STEUCK AS SURVIVING HEIRS OF WALTER R. GRADY, DECEASED, V. TRANE US INC., F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC10579 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| DEBORAH CUSTER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HAROLD CUSTER, DECEASED V. A.O. SMITH CORPORATION, ET AL. INCLUDING EECI INC. | 13-L-1417 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DEBRA JOHNSON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES H. VERCHER, DECEASED,  V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-202 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DEBRA K. MCCLENDON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JERRY MCCLENDON, DECEASED, V. V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1987 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DEBRA NORRIS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF OTIS H. NORRIS, DECEASED, OTIS N. NORRIS, DEANNA K. NORRIS AND ANGELA L. NORRIS QUALLS V. UNION CARBIDE CORPORATION, ET AL. (ENSERCH E&C, INC., SUCCESSOR TO EBASCO SERVICES) | 2009-56180-ASB | ALLEGED BODILY INJURY | 11TH DISTRICT COURT, HARRIS COUNTY, TX | PENDING |

**In re: EECI, Inc.**

**Case No. 14-10992 (CSS)**

### Statement Question 4a - Suits and Administrative Proceedings Rider

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| DEBRA PAYNE, JORDAN FOSTER, DAWN BROWNING, KEVIN PAYNE, DEREK PAYNE AND ERIK PAYNE, AS THE SURVIVING HEIRS OF ALLEN PAYNE, DECEASED, V. TRANE US INC. FKA AMERICAN STANDARD INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC00968 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| DELBERTA LEAGUE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF STEVEN C. LEAGUE, SR., DECEASED, V. THE ALLIANCE MACHINE CO., ET AL. (EBASCO SERVICES, INC.) | 12-L-248 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| DELLA LITTON AND MICHAEL LITTON V. AMERICAN BOILER TANK & WELDING CO., INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1250 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DELMAR NEILL V. A. W. CHESTERTON, INC., ET AL. (URS ENERGY & CONSTRUCTION, AS SUCCESSOR TO EBASCO SERVICES, INC.) | 11-L-145 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| DELMON CHERRY AND JEAN CHERRY, HIS WIFE, V. A. W. CHESTERTON CO., INC., ET AL. (EBASCO SERVICES, INC.) | 2005-54757 | ALLEGED BODILY INJURY | 11TH DISTRICT COURT, HARRIS COUNTY, TX | PENDING |
| DELVIN SCHUESSLER AND ROSALIE SCHUESSLER V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC09605 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| DENNIS AND RACHEL LANDIS V. A W CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 09-L-1394 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DENNIS DOBSON AND MARIA DUTKOWSKI-DOBSON V. ALCATEL-LUCENT TECHNOLOGIES, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-986 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DENNIS KIMBALL, SR. AND CARLA KIMBALL, HIS WIFE, V. A. H. BENNETT COMPANY, ET AL. (EECI, INC.) | 11-L-743 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DIANE BARGERON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF EPHREM BARGERON, DECEASED, V. AJAX MAGNATHERMIC CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1458 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DIANE MAYNARD, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES KUHN, DECEASED, V. AFC-HOLCROFT, LLC, ET AL. (EBASCO SERVICES, INC.) | 12-L-314 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| DIETER ENGLEHARDT V. A. W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 190064-08 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| DIORO DISANTIS V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-17 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| DON O'NEIL WOODWARD AND ANNA MATLOCK WOODWARD, HIS WIFE, V. AFTON PUMPS INC., ET AL., (INCLUDING EECI, INC., FORMERLY KNOWN AS ENSERCH E&C, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO EBASCO SERVICES, INC.) | 12-L-1965 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DONALD AND RUTH LANINGHAM V. AIRCO, INC., ET AL. (INCLUDING EBASCO SERVICES INCORPORATED; EECI, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO EBASCO SERVICES INCORPORATED; URS ENERGY & CONSTRUCTION, INC. INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO E | 1216-CV14564 | ALLEGED BODILY INJURY | CIRCUIT COURT, JACKSON COUNTY, MO | PENDING |
| DONALD BEUS AND SUSAN BEUS V. ADEL WIGGINS, INC., ET AL., INCLUDING EECI, INC. | 13-L-629 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DONALD D. GREEN AND DONNA LOU GREEN V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-590 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DONALD H. WILDER AND ELOSIA R. WILDER V. 3M COMPANY, ET AL. (EBASCO SERVICES, INC.) | 12-L-1795 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DONALD LUCAS V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1528 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |

In re: EECI, Inc.                                                                                                    Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| DONALD PAFKO, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JEANETTE PAFKO, DECEASED V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1247 | ALLEGED BODILY INJURY | 3RD L COURT, MADISON COUNTY, IL | CLOSED |
| DONALD SHOTTS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HOBERT SHOTTS, DECEASED, V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1347 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DONNIE COLEMAN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HAZEL COLEMAN, DECEASED, V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1415 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DOROTHY IEHLE, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF NORMAN F IEHLE, V CERTAINTEED CORPORATION, ET AL (WASHINGTON GROUP INTERNATIONAL, INC-EBASCO DIVISION) | 116089/06 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| DOROTHY JAMES, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF QUINCY JAMES, DECEASED, AND JANA JAMES PAYNE AND JALA LAVENDER V. EECI, INC. (EBASCO SERVICES, INC.) | DC-11-14089 | ALLEGED BODILY INJURY | 298TH DISTRICT COURT, DALLAS COUNTY, TX | PENDING |
| DOROTHY JAMES, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF QUINCY JAMES, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-425 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DOROTHY KIDDOO, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CLYDE KIDDOO, DECEASED V. AGCO CORPORATION, ET AL. INCLUDING EECI, INC. | 13-L-1441 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DOROTHY KINGMAN AND DAVE KINGMAN V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-374 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DOROTHY LYNCH, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF PAUL LYNCH V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1037 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DOROTHY MOONEY V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-389 | ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | CLOSED |
| DOUGLAS BRADEN AND REGINA BRADEN V. A.O. SMITH CORPORATION, ET AL. INCLUDING EECI, INC., ETC. | 13-L-1111 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DOUGLAS STAGER AND CHARLOTTE STAGER V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1361 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DOWELL DODSON A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-757 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DOYLE BRYANT AND JOYCE BRYANT V. AJAX MAGNATHERMIC CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1996 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| DOYLE R. WOOLARD AND PATRICIA WOOLARD V. AERCO, INTERNATIONAL, INC., ET AL. (EECI, INC., F/K/A ENSERCH E & C, INC., SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-730 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| DUANE YAZZIE V. A. W. CHESTERTON COMPANY, ET AL. (EECI, INC.) | 12-L-1253 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | SETTLED |
| EARL MARSHALL AND BERTHA MARSHALL V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-561 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| EARL WHITE, JR. AND NORMA LEE WHITE V. A.W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 12-C-872 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | CIRCUIT COURT OF KANAWHA COUNTY, WV | PENDING |
| EDWARD CATILLER AND BARBARA CATILLER V. AEROJET GENERAL CORPORATION, ET AL., INCLUDING ENSERCH E & C, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ELECTRIC BOND AND SHARE CORPORATION) | BC492719 | ALLEGED BODILY INJURY | SUPERIOR COURT, LOS ANGELES COUNTY, CA | CLOSED |
| EDWARD EHRET AND ANA EHRET V. ADVANCE AUTO PARTS, INC., ET AL., INCLUDING EECI, INC. | 13-L-463 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

In re: EECI, Inc.                                                                                                    Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| EDWARD ETCHASON V. ADVANCE AUTO PARTS, ET AL. (EBASCO) | 13-L-1305 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| EDWARD HAYES AND IVA HAYES V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-546 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| EDWARD J. GALETTI V. A. O. SMITH, ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION NKA URS ENERGY & CONSTRUCTION, INC.) | 190292-11 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| EDWARD STEWART, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WAYNE LEE STEWART, DECEASED, V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1451 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ELDON DAUGHHETEE AND DOROTHY DAUGHHETEE V. AERCO INTERNATIONAL, INC., ET AL. INCLUDING EECI, INC. | 13-L-1506 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ELISSA SHELTON AND KEVIN SHELTON V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1233 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ELIZABETH ELDRIDGE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DAVID ELDRIDGE, DECEASED, V. TRANE US, INC., F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1321 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ELIZABETH NIELSEN AND ROBERT NIELSEN V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-721 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ELIZABETH PARKE, INDIVIDUALLY AND AS THE SURVIVING HEIR OF WALTER PARKE, DECEASED V. 3M COMPANY, ET AL., INCLUDING EBASCO | 1322-CC00557 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| ELIZABETH POEDTKE, MARK POEDTKE AND DEBRA JEAN KASTE AS THE SURVIVING HEIRS OF EDWARD POEDTKE, DECEASED V. A.O. SMITH CORPORATION, ET AL., INCLUDING EECI, INC. | 1322-CC08791 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ELLEN TRIPP AS THE SURVIVING HEIR OF LARRY HENSON, DECEASED, V. NATIONAL OILWELL VARCO, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO AMERON INTERNATIONAL CORPORATION, AS SUCCESSOR-IN-INTEREST TO BONDSTAND, ET AL. (EBASCO SERVICES, INC.) | 1222-CC09141 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| ELOGIA SANCHEZ, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DAVID SALDANA SANCHEZ SR., DECEASED, V. ALLIED INSULATION SUPPLY COMPANY, INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-68 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ELSA FRANCO AND SAMY GUIRGUIS, V. AMERICAN OPTICAL CORPORATION., ET AL. (EBASCO SERVICES, INC.) | 12-L-1380 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| EMILY HAYHURST V. AMERICAN OPTICAL CORPORATION, ET AL., INCLUDING EBASCO | 13-L-129 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| EMMETT L. DUNN AND ELSIE FAYE DUNN V. 4520 CORP, INC., AS SUCCESSOR-IN-INTEREST TO THE SHAW GROUP, INC., ET AL. (EECI, INC.) | 13-L-894 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ERMINIO L. PASTORE, ET AL. V. A. W. CHESTERTON COMPANY, ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 112882-03 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| ERNEST SZABO V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1037 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ERSKINE DANIEL, JR. AND TRACY DANIEL V. ADVOCATE MINES LTD., ET AL. (EBASCO SERVICES, INC.) | 12-L-463 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | CLOSED |
| ERYLA PALAGALLA, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DAWNA SNYDER, DECEASED V. ALCATEL-LUCENT USA, INC., F/K/A LUCENT TECHNOLOGIES, INC., ET AL., INCLUDING EBASCO | 13-L-311 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |

**In re: EECI, Inc.**                                                    **Case No. 14-10992 (CSS)**

Statement Question 4a - Suits and Administrative Proceedings Rider

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| ETELVERO ZAPATA AND MARIA ZAPATA V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-288 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| EUGENE HOFFMAN AND BEATRICE HOFFMAN, HIS WIFE, V. A. W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 190268/10 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| EVERETT CALVERT AND GWENDOLYN CALVERT V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-46 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| FLORENCE MARSHALL, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF PERCY MARSHALL, DECEASED, V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1838 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| FLORENCE RUSSELL AND THOMAS RUSSELL V. AIR PRODUCTS AND CHEMICAL, INC., ET AL., INCLUDING EECI, INC., ETC. | 13-L-977 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| FLOYD E. SCHEINOST V. ALLIED MANUFACTURING CO., ET AL. (EECI, INC., F/K/A ENSERCH E&C, INC., SUCCESSOR IN INTEREST TO EBASCO CONSTRUCTORS, INC.) | 1216-CV07307 | ALLEGED BODILY INJURY | CIRCUIT COURT, JACKSON COUNTY, MO | SETTLED |
| FRANCIS J WALSH V CARRIER CORPORATION, ET AL (EBASCO SERVICES, INC) | 112363-07 | ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| FRANCISCA SAENZ AND JUAN SAENZ V. AMEREN INTERNATIONAL CORPORATION, ET AL. INCLUDING EECI, INC. | 13-L-1802 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| FRANK AND BARBARA MUSGROVE V. AMEREN ILLINOIS COMPANY, ET AL., (EBASCO SERVICES, INC.) | 12-L-418 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| FRANK CASALE V. A. H. BENNETT COMPANY, ET AL., INCLUDING EECI INC. (AS SUCCESSOR TO EBASCO SERVICES, INC.) | 13-L-188 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| FRANK J. LEIDER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF FRANCIS E. LEIDER, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-196 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| FRANK RABENBURG, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WALLACE RABENBURG, V. ALLIANT TECHSYSTEMS, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-2055 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| FRED GOBLE AND MARY GOBLE, HIS WIFE, V. A. O. SMITH CORPORATION, ET AL. (INCLUDING EECI, INC., INDIVIDUALLY AND AS SUCCESSOR -IN-INTEREST TO EBASCO SERVICES, INC.) | 12-L-971 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| FRED GULBRANDSEN V. A. W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 102145/06 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| FRED SMITH AND SHIRLEY SMITH V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1075 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| FREDRICK KING AND PATRICIA KING V. 3M COMPANY, ET AL., INCLUDING EBASCO | 13-L-186 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| GAIL OQUIST, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LEO RAYMOND OQUIST, DECEDENT, ET AL. V. A.W. CHESTERTON COMPANY, ET AL. INCLUDING EECI, INC. | BC522604 | ALLEGED BODILY INJURY | SUPERIOR COURT, LOS ANGELES COUNTY, CA | PENDING |
| GARY HECKER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALEXANDER J. HECKER, DECEASED, V. AIR & LIQUID SYSTEMS CORPORATION, A/K/A BUFFALO PUMPS, INC., ET AL., (INCLUDING ENSERCH E&C, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ELECTRIC BOND AND SHARE COMPANY) | 190427/2013 | ALLEGED BODILY INJURY | NEW YORK SUPREME COURT, NEW YORK, NY | PENDING |
| GARY TERRILL AND SANDY TERRILL V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-466 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| GEFFERY BERGSTROM, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF FLOYD L. BERGSTROM, SR., DECEASED VS. AERCO INTERNATIONAL, INC., ET AL. INCLUDING EECI, INC. | 13-L-1646 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

In re: EECI, Inc.

Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| GENE MARSH AND KARLA MARSH V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC10126 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| GEORGE CORDES AND KAREN CORDES V. ENTERGY NEW ORLEANS, INC., ET AL., INCLUDING EECI, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO EBASCO SERVICES, INC. AND AMERICAN MOTORISTS INSURANCE COMPANY (AS THE INSURER OF EBASCO SERVICES, INC.) | 2005 -00875 | ALLEGED BODILY INJURY | CIVIL DISTRICT COURT, ORLEANS PARISH, NEW ORLEANS, LA | CLOSED |
| GEORGE GROVE AND YVONNE GROVE V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC01199 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| GEORGE J. CLARK AND DARLENE CLARK V. AMERICAN BOILER TANK & WELDING CO., INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1319 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| GEORGE JACQUES, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WALTER JACQUES, DECEASED, V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-798 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| GEORGE MORELAND AND CHARLOTTE MORELAND V. AMEREN MISSOURI COMPANY, ET AL. (EBASCO SERVICES, INC.) | 1222-CC00949 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| GEORGE PANARO V. A. W. CHESTERTON COMPANY, ET AL. (INCLUDING WASHINGTON GROUP INTERNATIONAL, INC. - EBASCO DIVISION | 190184-13 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| GEORGE PRIDMORE, INDIVIDUALLY AND AS THE SURVIVING HEIR AND DAVID PRIDMORE, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF MARY PRIDMORE, DECEASED, V. 4520 CORP., INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BENJAMIN F. SHAW. CO., ET AL. (EBASCO) | 1322-CC08951 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| GEORGE ROUTHIER AND VERONICA ROUTHIER, HIS WIFE, V. BEAZER EAST INC., ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 115679-06 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| GEORGE T. VENNER V. A. C. & S., INC., ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 111306-95 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | CLOSED |
| GERALD A. PORTA V. 3M COMPANY, ET AL. (EBASCO SERVICES, INC.) | 12-L-1643 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| GERALD CAMPBELL V. AMETEK, INC. ET AL. (INCLUDING EBASCO SERVICES, INC.) | 12-L-560 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| GERALD NECHODOMU AND TERRY NECHODOMU V. AAMCO TRANSMISSIONS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1991 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| GERALD R. KIND V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 09-L-1135 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| GERALD TODD VS. AKZO NOBEL PAINTS LLC, ET AL. INCLUDING ENSERCH E & C, INC. | 13L1605 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| GERALDINE BROWN V. ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-280 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| GILBERT GONZALEZ AND PATRICIA GONZALEZ V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-329 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| GIUSTO MISS AND MASSIMILIANA MISS, HIS WIFE, V. A. W. CHESTERTON COMPANY, ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 107295-08 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| GLEN PEOTTER AND NANCY PEOTTER V. AFC-HOLCROFT, LLC, ET AL. (EBASCO SERVICES, INC.) | 12-L-1222 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| GLENN MOTT V. AMERICAN OPTICAL CORPORATION, ET AL. INCLUDING EECI, INC. | 13-L-1708 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| GLENN MURRAY V. A.W. CHESTERTON, INC., ET AL. INCLUDING EECI, INC. | 14-L-284 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |

In re: EECI, Inc.

Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| GLENNA PRICE V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-774 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| GLORIA HILL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE HEIRS AND ESTATE OF WALTER HILL, DECEASED, V. ALLIEN MANUFACTURING, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-336 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| GRACIE J. GREENE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROBERT L. GREENE, DECEASED V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1754 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| GREGORY WIBLE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GEORGE WIBLE, DECEASED, V. ALLIED MINERALS, INC., ET AL. (ENSERCH E & C, INC.) | 12-L-562 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| GUS MAVRONICLES, JR., AND JEANETTE MAVRONICLES V. ALLIED CRANE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-985 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| HAROLD DOYLE V. ALLIS-CHALMERS CORPORATION PRODUCTS LIABILITY TRUST, ET AL. (EBASCO SERVICES, INC.) | 12-L-1237 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| HAROLD HACKNEY AND LINDA HACKNEY V. AMEREN ILLINOIS COMPANY, ET AL. (EBASCO SERVICES, INC.) | 11-L-1195 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| HAROLD MAHAFFEY AND GORDANA MAHAFFEY V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC10122 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| HAROLD PALMER AND CAROL PALMER V. AIR LIQUID SYSTEMS CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 1122-CC08815 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| HAROLD VAN WINKLE V. A.O. SMITH CORPORATION, ET AL. INCLUDING EECI INC. | 14-L-130 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| HAROLD WEBSTER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GERALD WEBSTER, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-635 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| HARVEY KEMPER AND KATHLEEN KEMPER V. ASBESTOS CORPORATION LTD., ET AL. INCLUDING EECI, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO EBASCO SERVICES, INC. | 13-L-257 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| HARVEY L HAYCOOK AND CAROLYN HAYCOOK V.  A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC09280 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| HARVEY SOIFERMAN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF NANCY B. SOIFERMAN, DECEASED, V. ALLIED MANUFACTURING, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-593 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| HARVEY WINDER AND ELDA WINDER V. AMERICAN OPTICAL CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-249 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| HELEN M. BANACH AND GORDON BANACH V. ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-14 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| HELEN SOLOMONS V. ACCELERATED MEMORY PRODUCTION, INC., ET AL. INCLUDING EECI, INC. | 1322-CC09082 | ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| HENRY LEE THOMAS AND GARDENIA THOMAS V. 3M COMPANY, ET AL. INCLUDING EECI, INC. | 2014L 000052 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| HENRY M. DEMPSEY V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1418 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, ILLINOIS | PENDING |
| HERBERT HARSHBARGER AND LORRAINE HARSHBARGER V. TRANE US INC., AT AL. (EBASCO SERVICES, INC.) | 10-L-685 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| HERBERT LAPOINTE V.  A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 190278/11 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |

In re: EECI, Inc.                                                                                                      Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| HERMAN KENNEDY VS. ACE HARDWARE CORPORATION, ET AL. INCLUDING ENSERCH E & C, INC., AS SUCCESSOR TO ELECTRIC BOND AND SHARE COMPANY | N13C-07-384 ASB | ALLEGED BODILY INJURY | SUPERIOR COURT, NEW CASTLE COUNTY, DE | PENDING |
| HERMAN LAURENS AND ROSA LAURENS V. ALCATEL-LUCENT USA, INC. F/K/A LUCENT TECHNOLOGIES INS., ET AL. (EBASCO SERVICES, INC.) | 11-L-1404 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| HERMAN LEAMONS AND DOROTHY LEAMONS V. TRANE US, INC., F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-352 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| HERMAN RALPH JESTES AND OPEL JESTES V. 4250 CORP., INT., ET AL. INCLUDING EECI, INC. | 13-L-2117 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| HERMAN STURM, JR. AND PAULINE STURM V. ALCOA, INC., ET AL., INCLUDING EECI, INC., F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO. | 13-L-1142 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| HORST K. MEISTER AND NORMA MEISTER V. AJAX MAGNATHERMIC CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1396 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| HUGH STRIFFLER V. A. W. CHESTERTON COMPANY, ET AL. (INCLUDING WASHINGTON GROUP INTERNATIONAL, INC.- EBASCO DIVISION) | 190411-12 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| IMELDA C. SNYDER V ADVANCE AUTO PARTS, INC., A/K/A ADVANCE STORES CO., ET AL. (EBASCO SERVICES, INC.) | 12-L-65 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| IMOGENE MARSHALL V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-2062 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| IVA J. VINSON AND HENRY VINSON V. ALLIED MINERALS, INC., ET AL., INCLUDING ENSERCH E&C, INC. | 13-L-210 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| IVAN CHESTNUTT AND JUDITH CHESTNUTT V. AIRCO, INC., ET AL. INCLUDING EECI, INC. | 13-L-1377 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JACKIE D. CHAMPION, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JACK CHAMPION, DECEASED, V. AMERICAN BILTRITE, INC., ET AI. (EBASCO SERVICES, INC.) | 12-L-1170 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JACKSON ARCHER V. AIRCO, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-761 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JACQUELINE O'GORMAN, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF JOHN J. O'GORMAN, JR., DECEASED, V. A. W. CHESTERTON, INC., ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 190004-09 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| JACQUELYN REED, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JACKIE REED, DECEASED, V. AFTON CHEMICAL CORPORATION F/K/A EDWIN COOPER, INC., ET AL. (INCLUDING EECI, INC., F/K/A  ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO) | 14-L-106 | ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| JAMES C. MILLER AND MARY ANN MILLER V. ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES, INC., ET AI. (EBASCO SERVICES, INC.) | 12-L-1291 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JAMES CHINNIS V. AIR PRODUCTS AND CHEMICALS, INC., ET AL., INCLUDING EECI, INC. | 13-L-638 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JAMES E. BURCH AND DORIS BURCH V. THE ALLIANCE MACHINE CO., ET AL. (EBASCO SERVICES, INC.) | 12-L-555 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JAMES E. DYER, JEFFREY E. DYER, AND JAMES B. DYER, AS THE SURVIVING HEIRS OF JUDITH F. DYER, DECEASED, V. ALLIED PLANT MAINTENANCE COMPANY OF OKLAHOMA, INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC01933 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| JAMES F. KAY AND MARIANNE KAY V. ALLIED INSULATION SUPPLY CO., INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-11 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JAMES FAIRBANKS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DELPHINE FAIRBANKS V. A.W. CHESTERTON, INC., ET AL. INCLUDING EECI, INC. | 13-L-978 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

**In re: EECI, Inc.**

**Case No. 14-10992 (CSS)**

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| JAMES KENDALL AND ANNA MARIE KENDALL, HIS WIFE, V. A.W. CHESTERTON COMPANY, ET AL. (EECI, INC., F/K/A ENSERCH E&C, INC.) | 13-L-1265 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JAMES L. HAYS AND CAROL HAYS V. AMEREN ILLINOIS COMPANY, ET AL. INCLUDING EECI, INC. | 13-L-606 | ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| JAMES M. BRANNIGAN AND CHRISTINE BRANNIGAN V. ACF INDUSTRIES, ET AI. (EBASCO SERVICES, INC.) | 12-L-1313 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JAMES MACCASKILL V. AERCO INTERNATIONAL, INC., ET AL. INCLUDING EECI, INC. | 13-L-1549 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JAMES MICHAEL HOSKINS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF JAMES PRESTON HOSKINS, DECEASED, V. 4520 CORP., INC., F/K/A BENJAMIN F. SHAW COMPANY, ET AL. (INCLUDING TXU GAS CAPITAL 1, D/B/A GAS CAPITAL 1, LLC) | 13-L-1036 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JAMES NOBLE AND BARBARA NOBLE V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC01952 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| JAMES NYARADY V. A. W. CHESTERTON COMPANY, ET AL. (INCLUDING WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 103070-07 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| JAMES PARYS AND CAROLINE PARYS V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-623 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JAMES R. KIRKLAND V. AERCO INTERNATIONAL, INC., ET AL. INCLUDING EECI, INC. | 13-L-575 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JAMES T. HILTZ, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES R. HILTZ, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-937 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JAMES TOSCANO AND JEANETTE TOSCANO V CONTROL COMPONENTS, INC, ET AL (EBASCO SERVICES, INC.) | 190375-11 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| JANE COLLINS, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF PAUL COLLINS V. A. W. CHESTERTON, INC., ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 190099-08 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| JANELLE RODRIGUE SCHEXNAYDER, MELISSA SCHEXNAYDER BENIOT, RYAN SCHEXNAYDER AND SHERI SCHEXNAYDER GUILLOT V. AVONDALE INDUSTRIES, INC., F/K/A NOTHROP GRUMMAN SHIP SYSTEMS, INC., N/K/A HUNTINGTON INGALLS INCORPORATED, ET AL. (INCLUDING URS ENERGY & CONSTRUC | 2013-04499 | ALLEGED BODILY INJURY | CIVIL DISTRICT COURT, DIVISION C, ORLEANS PARISH, NEW ORLEANS, LA | PENDING |
| JANET GASPARD, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROLAND GASPARD, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-917 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JASMINE HAMILTON, INDIVIDUALLY AND AS THE SPECIAL ADMINISTRATOR OF THE ESTATE OF MARIAN HAMILTON, DECEASED, V. AIR & LIQUID SYSTEMS CORP., ET AL. (EBASCO) | 13-L-1837 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JASON BODE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DAVID L. BODE, DECEASED V. AERCO INTERNATIONAL, INC., ET AL., INCLUDING EECI, INC., ETC. | 13-L-495 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JEAN DOBSON AND LESTER DOBSON V. ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1447 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JEANETTE HAVENS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF JAMES G. HAVENS, SR., DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-979 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JEANETTE JOHNSON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LAWRENCE JOHNSON, DECEASED, V. TRANE US, INC., F/K/A AMERICAN STANDARD INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-183 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |

In re: EECI, Inc.                                                                              Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| JEFFREY L. HOSELTON, INDIVIDUALLY AND AS THE SPECIAL ADMINISTRATOR OF THE ESTATE OF ROBERT D. HOSELTON, DECEASED V. 4520 CORP, INC., ET AL. (EBASCO) | 13-L-1578 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JESSIE CHAPMAN AND BARBARA CHAPMAN V CHEMTURA CORPORATION, ET AL (EBASCO SERVICES, INC) | 2008-21063 | ALLEGED BODILY INJURY | 13TH CIRCUIT COURT, HILLSBOROUGH COUNTY, FL | CLOSED |
| JESSIE EDWARDS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CHARLES R. EDWARDS, DECEASED, V. ACE HARDWARE CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 11-L-1210 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JIMMIE AVERY V. ALLIED CRANE, INC.,. ET AL. (EBASCO SERVICES, INC.) | 12-L-995 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JO ANN PEPPERS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WILLIAM PEPPERS, DECEASED, V. AJAX MAGNATHERMIC CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1964 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JOAN TAYLOR, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOSEPH N. TAYLOR, DECEASED, V. AMEREN ILLINOIS COMPANY, ET AL. (EBASCO SERVICES, INC.) | 12-L-41 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JOANN TURNER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MELVIN E. TURNER, JR. V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-822 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JOANNE ZYWICKI, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOHN ZYWICKI, DECEASED, V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-49 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| JOE C. DRAKE, JR. AND ELIZABETH DRAKE V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-43 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JOHN A. PINTO AND JANICE PINTO, HIS WIFE, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 190091-10 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| JOHN B. PARKER AND DOROTHY PARKER V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1097 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JOHN C. SMITH AND JANET SMITH V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-659 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JOHN CADIZ V. CIRCOR INTERNATIONAL, INC., ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 111624/06 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | CLOSED |
| JOHN DICKERSON AND MARTHA DICKERSON V. GEORGIA-PACIFIC, LLC, ET AL. (INCLUDING EECI, INC., AS SUCCESSOR TO EBASCO SERVICES, INC.) | 12A43265 | ALLEGED BODILY INJURY | STATE COURT OF DEKALB COUNTY, GA | PENDING |
| JOHN E. COLLINS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JUANITA C. COLLINS, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-492 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| JOHN E. THOMAS AND JOYCE THOMAS V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-2006 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JOHN F. MAJORS, SR., AND DORIS MAJORS  V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-1190 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JOHN H. ROBINSON, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF ROBERT R. ROBINSON, DECEASED, ET AL. V. NATKIN & COMPANY, ET AL. (EECI, INC., AS SUCCESSOR IN INTEREST TO EBASCO SERVICES, INC.) | DC-12-03930 | ALLEGED BODILY INJURY | 95TH DISTRICT COURT, DALLAS COUNTY, TX | PENDING |
| JOHN H. TIE AND MARYLIN TIE V. ABB, INC., ET AL. INCLUDING ENSERCH E & C, INC. | 190483/2013 | ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK COUNTY | PENDING |
| JOHN HUGHES AND ELIZABETH HUGHES, HIS WIFE, V. BEAZER EAST, INC., ET AL. (EBASCO SERVICES, INC.) | 109756/06 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |

In re: EECI, Inc.                                                                                           Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| JOHN LOPEZ AND MARILYN LOPEZ V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. (INCLUDING EECI, INC.) | 13-L-373 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JOHN MCKENNA, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HELEN MCKENNA, DECEASED, V. 4520 CORP. F/K/A BENJAMIN F. SHAW COMPANY, ET AL. (EBASCO SERVICES, INC.) | 12-L-411 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JOHN P. EGAN AND EILEEN EGAN, HIS WIFE, V. AMEC CONSTRUCTION MANAGEMENT, INC., ET AL. (WGI-EBASCO DIVISION) | 190100-08 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | CLOSED |
| JOHN P. MCGINLEY AND MARIE MCGINLEY, HIS WIFE, V. A. O. SMITH CORPORATION, ET. AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 106244-08 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | CLOSED |
| JOHN R. POWELL, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MICHAEL POWELL, DECEASED, V. AERCO INTERNATIONAL, INC. ET AL., INCLUDING EECI, INC. | 13-L-347 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JOHN REGAN V. A. W. CHESTERTON, INC., ET AL. (WASHINGTON GROUP INTERNATIONAL, INC. - EBASCO DIVISION NKA URS ENERGY & CONSTRUCTION, INC.) | 190169/11 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| JOHN T. ROBERTS V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-180 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JOHN VERRENGIA AND FLORENCE VERRENGIA V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1190 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JOHN W. HINDMAN AND VIRGINIA M. STRENGER V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1889 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JOHNIE BATES AND DORIS BATES VS. ALCATEL LUCENT USA, INC., ET AL., INCLUDING EECI, INC. | 13-L-1550 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JOHNNIE AULT, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF BRYAN W. AULT, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-804 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JOHNNY PADGETT, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF TED PADGETT, DECEASED, V. AMERICAN BILTRITE, INC., ET Al. (EBASCO SERVICES, INC.) | 12-L-1126 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JOSEPH CHRISMAN V. ADVANCE AUTO PARTS, INC., ET AL. INCLUDING ENSERCH E&C, INC. | 12-L-1112 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JOSEPH F. VOIGHT AND CONNIE VOIGHT V. ALBANY INTERNATIONAL CORP., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ALBANY FELTS AND APPLETON WIRE WORKS, INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-147 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| JOSEPH JASPER AND DIANE JASPER V. AIRCO, INC., ET AL. INCLUDING EECI, INC. | 13-L-1319 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JOSEPH L. PULEO V. A. W. CHESTERTON COMPANY, ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 108261/07 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| JOSEPH LENZ AND HELENE M. LENZ V. A. W. CHESTERTON COMPANY, ET AL. (WASHINGTON GROUP INTERNATIONAL, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO SERVICES, INC.) | 109644-04 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | CLOSED |
| JOSEPH SULLIVAN AND CONSTANCE SULLIVAN, HIS WIFE, V. CBS CORPORATION, ET AL. (INCLUDING WASHINGTON GROUP INTERNATIONAL, INC. - EBASCO DIVISION) | 190044-13 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| JOSEPH ZAHRA V. A. W. CHESTERTON COMPANY, ET AL. (WASHINGTON GROUP INTERNATIONAL, INC. - EBASCO DIVISION | 190015-12 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| JOY ROSTANKOYSKI AND KIM PICHLER, AS THE SURVIVING HEIRS OF MARGIE PICHLER, DECEASED, V. ALLIED CRANE, INC., ET Al. (EBASCO SERVICES, INC.) | 1222-CC09512 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |

In re: EECI, Inc.                                                                   Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| JOYCE A. MULLENS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BURNEY B. MULLENS, DECEASED, ET AL. V. GENCORP, INC., ET AL. (EECI, INC., F/K/A ENSERCH E&C, INC., SUCCESSOR IN INTEREST TO EBASCO SERVICES, INC.) | 2012-32915 | ALLEGED BODILY INJURY | 11TH DISTRICT COURT, HARRIS COUNTY, TX | PENDING |
| JOYCE BYRNE AND JOHN BYRNE VS. AIR PRODUCTS AND CHEMICALS, INC., ETC. ET AL. INCLUDING EECI, INC., ETC. | 13-L-1001 | ALLEGED BODILY INJURY | 3RD COURT, MADISON COUNTY, IL | CLOSED |
| JOYCE MULLENS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BURNEY B. MULLENS, DECEASED V. GENCORP, INC., ET AL. | DC-12-03243 | ALLEGED BODILY INJURY | DC-12-03243; 193RD DISTRICT COURT, DALLAS COUNTY, TX | PENDING |
| JOYCE PROFFITT, INDIVIDUALLY AND AS THE SPECIAL ADMINISTRATOR OF THE ESTATE OF MARTIN PROFFITT V. AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR IN INTEREST TO BUFFALO PUMPS, INC., ET AL. (INCLUDING EBASCO) | 13-L-1451 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD COURT, MADISON COUNTY, IL | PENDING |
| JUANITA GARRETT V. ADVANCED COMPOSITES GROUP INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1392 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD COURT, MADISON COUNTY, IL | CLOSED |
| JUDITH WOLFGANG, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES WOLFGANG, SR., DECEASED V. AJAX MAGNATHERMIC CORPORATION, ET AL., INCLUDING EBASCO | 13-L-243 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JULIAN SERZYNSKI V. AMERICAN OPTICAL CORPORATION, ET AL. INCLUDING EECI, INC. | 14-L-484 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| JUNIOR RICCI, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DOROTHY RICCI, DECEASED, V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1529 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| KAREN DANZ, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROBERT DANZ, DECEASED V. AIR PRODUCTS AND CHEMICALS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO STEARNS-ROGERS CORP., ET AL. INCLUDING EECI, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO | 13-L-1375 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| KAREN GUNERMAN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HENRY BOETTCHER, DECEASED, V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-649 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| KAREN SELLGREN AS THE SURVIVING HEIR OF PAUL E. SELLGREN, DECEASED, V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC01364 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| KATHRYN KISER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MERLE KISER, DECEASED VS. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1444 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| KAYCEE YARBROUGH, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF JAMES YARBROUGH, DECEASED V. 3M COMPANY, ET AL., INCLUDING EBASCO | 1322-CC01061 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| KEE LITTLEMAN AND IRENE VICTOR-LITTLEMAN V. A. W. CHESTERTON COMPANY, ET AL., INCLUDING EECI INC., | 13-L-436 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | SETTLED |
| KEITH HEAD AND IONE HEAD V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-969 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| KENNETH HAGAN AND JANET HAGAN V. AIR CONDUIT, LLC, ET AL. (EBASCO SERVICES, INC.) | 12-L-1872 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| KENNETH JENNINGS AND JEAN JENNINGS V. AGCO CORPORATION F/K/A MASSEY FERGUSON, ET AL. | 12-L-1677 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| KENNETH JOHN MARTIN, JR. V. ADVOCATE MINES LTD., ET AL., INCLUDING EECI, INC. | 13-L-452 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| KENNETH SYLVESTER AND SHARON SYLVESTER V. A.W. CHESTERTON COMPANY, ET AL. INCLUDING EECI INC. | 13-L-1650 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

In re: EECI, Inc.                                                                     Case No. 14-10992 (CSS)

### Statement Question 4a - Suits and Administrative Proceedings Rider

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| KIM GALLE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MARIANNE CLANCY, DECEASED, V. ALCOA, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1582 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| KRISTIN SUE AND JEFFREY SUE V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-820 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| LARRY BYERS AND DELBERTA BYERS VS. AMEREN CORPORATION, ET AL. INCLUDING ENSERCH E & C, INC., AS SUCCESSOR TO ELECTRIC BOND AND SHARE COMPANY | 13-L-1711 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| LAURA A. RAWLS AND JOHN F. RAWLS V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-752 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| LAVERNE CLARK AND ROSEMARY CLARK V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1123 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| LAWRENCE K. LOWERY V. AFTON PUMPS, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-1150 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| LAWRENCE LEBROCG AND MARIE LEBROCG V. A. W. CHESTERTON COMPANY, ET AL. (WASHINGTON GROUP INTERNATIONAL, INC. -EBASCO DIVISION) | 105719-06 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | CLOSED |
| LAWRENCE VARRICCHIO (ANTHONY MAROLDO), ET AL., V. A. C. & S., INC., ET AL. (EBASCO SERVICES, INC.) | 125099-94 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| LAWRENCE WADEKING AND LILIAN WADEKING V. AECOM USA INC., ET AL. INCLUDING EECI, INC. | 13-L-2194 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| LENA SOUTHWORTH, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MERLE SEIGWORTH, DECEASED V. AIR PRODUCTS AND CHEMICALS, INC., ET AL., INCLUDING EECI, INC. | 13-L-610 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| LEON ZBIGNIEWICZ AND CATHERINE ZBIGNIEWICZ V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-499 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| LEONARD M. LUST AND JOSEPHINE LUST V. A. W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 190009-08 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| LEONORE HALL, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LEON HENAGER, DECEASED, V. ALCOA, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-14 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| LESTER STRICKLAND AND PATSY STRICKLAND V. AIR PRODUCTS AND CHEMICALS, INC., ET AL., INCLUDING EECI, INC. | 13-L-432 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| LEWIS MARQUEZ V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-166 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| LILLIAN PIENIOZEK, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF EDWARD PIENIOZEK, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-780 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| LINDA ADDISON AND JOHN ADDISON V. ALCATEL-LUCENT USA INC., ET AL. EECI, INC. | 13-L-1703 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| LINDA BAILY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES BAILY, DECEASED V. AIR PRODUCTS AND CHEMICALS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO STEARNS-ROGERS CORP., ET AL. INCLUDING EECI, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO | 13-L-681 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| LINDA BLOCKER, CONNIE SPEARS, AND DONALD KEITH BLOCKER AS THE SURVIVING HEIRS OF DONALD RAY BLOCKER, DECEASED, V. AMETEK INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO HAVEG INDUSTRIES, INC. (EBASCO SERVICES, INC.) | 1222-CC10835 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |

In re: EECI, Inc.

Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| LINDA CABELL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHELTON SPAIN V. ASBESTOS CORPORATION LTD., ET AL. (INCLUDING ENSERCH E&C, INC. AS SUCCESSOR-IN-INTEREST TO ELECTRIC BOND AND SHARE COMPANY) | N13C-10-157 ASB | ALLEGED BODILY INJURY | NEW CASTLE COUNTY SUPERIOR COURT, WILMINGTON, DE | PENDING |
| LINDA ELLE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROBERT ELLE, DECEASED, V. ALLIED CRANE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1687 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| LINDA HILL, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF RICHARD PIKE, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-895 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| LINDA J. STERLING, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF , RICHARD J. STERLING, DECEASED, V. ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-432 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| LINDA R. MEYERS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOHN G. MEYERS, DECEASED V. AERCO INTERNATIONAL, INC., ET AL. INCLUDING EECI, INC. | 13-L-1600 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| LLOYD CROWE V. A. W. CHESTERTON COMPANY, ET AL. (INCLUDING EECI, INC. F/K/A ENSERCH E&C, INC.) | 13-L-74 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| LOTHERINE HOLMES, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HOLLIS H. HOLMES, DECEASED, V. AMERICAN OPTICAL CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-346 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| LOUIS K. WEAVER V. A. W. CHESTERTON, INC., ET AL. (URS ENERGY & CONSTRUCTION, AS SUCCESSOR TO EBASCO SERVICES, INC.) | 11-L-142 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| LOUIS LATUDA V. A. W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 190063-08 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| LOUISE FOUNTAIN, INDIVIDUALLY AND AS ANTICIPATED PERSONAL REPRESENTATIVE OF THE ESTATE OF DONALD FOUNTAIN, DECEASED, MYRON FOUNTAIN, CANDACE WARNER AND MARC FOUNTAIN, VS. AES ALAMITOS, L.L.C., ET AL., (INCLUDING URS CORPORATION) | BC462828 | ALLEGED BODILY INJURY | SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, CA | SETTLED |
| LUIGI CERRETA AND KAREN CERRETA, HIS WIFE, V. GENERAL ELECTRIC COMPANY, ET AL. (WASHINGTON GROUP INTERNATIONAL/RAYTHEON/EBASCO) | 107024-08 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | CLOSED |
| LUTHER P. SMITH, JR. V. AFC-HOLCROFT, LLC, ET AL. (EBASCO SERVICES, INC.) | 12-L-974 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MADONNA WALLACE V. AFC-HOLCROFT, LLC , ET AI. (EBASCO SERVICES, INC.) | 12-L-1379 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MARGARET BELCHER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF BILLY BELCHER, DECEASED, V. AJAX MAGNATHERMIC CORPORATION, ET AI. (EBASCO SERVICES, INC.) | 12-L-1362 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MARGARET JEWELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF VIRGIL JEWELL, DECEASED, V. NRG TEXAS POWER, LLC AS SUCCESSOR IN INTEREST TO HOUSTON LIGHT & POWER; EECI, INC. AS SUCCESSOR TO THE LIABILITY OF EBASCO SERVICES, INC.; AND TXU GAS CAPITAL I, LLC D/B/A GAS CAPITAL I, LLC, ET AL. | 2013-07707 | ALLEGED BODILY INJURY | 151ST DISTRICT COURT, HARRIS COUNTY, TX | PENDING |
| MARGARET STEIN, AS EXECUTRIX OF THE ESTATE OF FREDERICK STEIN V. A. W. CHESTERTON COMPANY, INC., ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 115680/06 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| MARGUERITE STEWART, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE HEIRS AND ESTATE OF PATRICK K. STEWART V. AGCO CORPORATION D/B/A AGCO FARM EQUIPMENT, INC., ET AL., INCLUDING EECI | 12-L-1089 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |

In re: EECI, Inc.                                                                                    Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| MARILYN KARLICH, INDIVIDUALLY AND AS ADMINISTRATIX OF THE ESTATE OF MARIO KARLICH V. ARGO INTERNATIONAL CORP.; ET AL. (EBASCO SERVICES, INC.) | 190406-11 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| MARJORIE EASTER, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HARRY EASTER, DECEASED, V. ALLIED MANUFACTURING CORPORATION, ET AL., INCLUDING ENSERCH E & C, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ELECTRIC BOND AND SHARE CORPORATION) | 12-L-1742 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MARK ANGELO, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROBERT M. ANGELO, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-601 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MARK NOSKO, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF STEPHEN NOSKO, DECEASED, V. AMERICAN BOILER TANK & WELDING CO., ET AL. (EBASCO SERVICES, INC.) | 12-L-47 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| MARTHA PERKINS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF BILLY L. PERKINS, DECEASED, V. AMERICAN OPTICAL CORPORATION, ET AL., (EBASCO SERVICES, INC.) | 12-L-1419 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MARTIN PARATORE V. ADVANCE AUTO PARTS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1965 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MARVIN G. DAVIS V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1760 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MARVIN W. HART AND IRENE A. HART V. AMETEK, INC., ET AL. (ENSERCH E&C, INC., INDIVIDUALLY AND AS SUCCESSOR TO EBASCO SERVICES, INC.) | 2011-11323 | ALLEGED BODILY INJURY | 11TH DISTRICT COURT, HARRIS COUNTY, TX | PENDING |
| MARY BELJAN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROY HUTSLAR, DECEASED, V. AMERICAN OPTICAL CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1593 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MARY CASE AND RICHARD CASE V. AECOM USA INC., ET AL. INCLUDING EECI, INC. | 13-L-1571 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MARY DYBZINSKI, INDIVIDUALLY AND AS THE SPECIAL ADMINISTRATOR OF THE ESTATE OF LEONARD W. DYBZINSKI, DECEASED, V. ALBERICI CONSTRUCTORS, INC., ET AL. (INCLUDING URS CORPORATION, ULTIMATE PARENT OF URS ENERGY & CONSTRUCTION, INC., F/K/A WASHINGTON GROUP INTERNATIONAL, INC., F/K/A MORRISON KNUDSEN CORPORATION, AS SUCCESSOR-IN-INTEREST TO UNITED ENGINEERS & CONSTRUCTORS, STEARNS-ROGER, EBASCO, LITWIN, H.K. FERGUSON, AND RAYTHEON ENGINEERING & CONSTRUCTORS) | 13-L-1985 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MARY ELLEN LEE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MARION STORVES, DECEASED, V. ADVANCED COMPOSITES, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1209 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MARY ELLEN VANZLER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF TYLL VANZLER, DECEASED V. AJAX MAGNATHERMIC CORPORATION, ET AL., INCLUDING EBASCO | 13-L-194 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MARY JOANNE ZOZGORNIK, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CHARLES R. ZOZGORNIK, JR., DECEASED V. AIR PRODUCTS AND CHEMICALS, INC., ET AL., INCLUDING EECI, INC. | 13-L-615 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MARY PHILLIPS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GERTHA PHILLIPS, DECEASED, V. ALLIS-CHALMERS CORPORATION PRODUCTS LIABILITY TRUST, ET AL. (EBASCO SERVICES, INC.) | 10-L-49 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MARY RAMSEY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES RAMSEY, DECEDENT, V. ADVOCATE MINES, LTD., ET AL. (EBASCO SERVICES, INC.) | 10-L-51 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

In re: EECI, Inc.

Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| MARY WALKER, AS ADMINISTRATOR OF THE ESTATE OF THERESE BLUHM V. ARMSTRONG INTERNATIONAL, INC., ET AL. INCLUDING ENSERCH E & C, INC. | 2013L 002111 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MARY WILLIAMS V. ALFA LAVAL, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1164 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MARYGLEN GILI V. A.W. CHESTERTON COMPANY, ET AL., INCLUDING WASHINGTON GROUP INTERNATIONAL, INC. - EBASCO DIVISION | 190289-12 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| MATTHEW CANFIELD AND JUDY CANFIELD V. AGCO CORPORATION F/K/A MASSEY-FERGUSON, ET AL. (EBASCO SERVICES, INC.) | 12-L-914 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MAURICE FOGEL AND MALPHINE FOGEL V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-868 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, | CLOSED |
| MELANIE MCGHEE, INDIVIDUALLY AND A SPECIAL ADMINISTRATOR OF THE ESTATE OF RAYMOND MCGHEE, DECEASED V. ADVANCE AUTO PARTS, ET AL. INCLUDING EECI, INC. | 13-L-1718 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MELINDA A. NYE AND DAVID T. NYE V. A.W. CHESTERTON COMPANY, ET AL. (EBASCO) | 13-L-1907 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MELVIN C. MILLER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF THELMA J. MILLER, DECEASED, V. TRANE US INC., F/K/A AMERICAN STANDARD INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-184 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| MELVIN WOODSON & REGINA BROOKS-WOODSON V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1226 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MICHAEL D'ONOFRIO & LEONARD D'ONOFRIO V. EBASCO SERVICES, INC. | FBT-CV12-6029086-S | ALLEGED BODILY INJURY | SUPERIOR COURT, FAIRFIELD DISTRICT, BRIDGEPORT, CT | CLOSED |
| MICHAEL G. NOONAN AND HELEN NOONAN, HIS WIFE, V. A. W. CHESTERTON COMPANY, ET AL. (INCLUDING WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 108097/06 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| MICHAEL HEDRICK, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF LARRY HEDRICK, DECEASED, AND PHYLLIS HEDRICK V. A.W. CHESTERTON COMPANY, ET AL. INCLUDING EECI, INC. | 14-L-104 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MICHAEL MANN AND ALLISON MANN V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-782 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MICHAEL O'DONOHOE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOSEPH O'DONOHOE, DECEASED, V. AMERICAN OPTICAL CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 10-L-106 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| MICHELE TEMPERINO AND ROSALIA TEMPERINO V. A. O. SMITH CORPORATION, ET AL. (WASHINGTON GROUP INTERNATIONAL, INC., AS SUCCESSOR TO EBASCO SERVICES, INC.) | 116824-03 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| MICHELLE WAGNER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GALEN F. WAGNER II, DECEASED V. AMETEK, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO HAVEG INDUSTRIES, INC., ET AL., INCLUDING EBASCO | 13-L-206 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MILLARD DAVID ROBERSON AND JUDITH ROBERSON V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1509 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| MILTON R. COX AND JOANN COX V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1022-CC-11879 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| MYKOLA PUNDOR AND LYDIA PUNDOR V. A. O. SMITH CORPORATION, ET AL. (EECI, INC., F/K/A ENSERCH E&C, INC.) | 12-L-1157 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

**In re: EECI, Inc.**

**Case No. 14-10992 (CSS)**

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| MYRNA JEFFREY, JOELLEN LUGENE KLIAFIS, JOLENE JOY FOUST, JOHN MICHAEL JEFFREY, AND RICKY MARCEL JEFFREY AS THE SURVIVING HEIRS OF JOEL JEFFREY, DECEASED, V. AMERICAN BOILER TANK & WELDING CO., INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC02331 | ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| NANCY BECK, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF VERNON BECK, DECEASED V. A.W. CHESTERTON COMPANY, ET AL. INCLUDING EECI INC. | 13-L-1272 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| NANCY E. MYERS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF KEITH R. MYERS, DECEASED, V. AERCO INTERNATIONAL, INC., ET AL. INCLUDING EECI, INC. | 13-L-1192 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| NAOMI J. SIMPSON, INDIVIDUALLY AND AS THE SURVIVING HEIR OF WILLIAM SIMPSON, DECEASED, V. 4520 CORP., INC., ET A., (INCLUDING URS CORPORATION, ULTIMATE PARENT OF URS ENERGY & CONSTRUCTION, INC., F/K/A WASHINGTON GROUP INTERNATIONAL, INC., F/K/A MORRISON KNUDSEN CORPORATION, AS SUCCESSOR-IN-INTEREST TO UNITED ENGINEERS & CONSTRUCTORS, STEARNS-ROGER, EBASCO, LITWIN, H.K. FERGUSON, AND RAYTHEON ENGINEERING & CONSTRUCTORS) | 1322-CC09891 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| NEDA FLAKE - MAYS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOHN MAYS, DECEASED, V. ACH FOOD COMPANIES, INC., ET AL. INCLUDING EECI, INC. | 13-L-178 | ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | CLOSED |
| NEDRA TOSH AND BOYD TOSH V. AIR PRODUCTS AND CHEMICALS, INC., ET AL., INCLUDING EECI, INC. | 13-L-633 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| NEIL WARDLE AND KAREN WARDLE VS. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1376 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| NOLAN MADERE AND ESSIE MADERE V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC01365 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| OSCAR MCPHERSON V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1189 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| PAMELA TURNER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LINDA CATO, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-681 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| PATRICIA ANDERSON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF PATRICK ANDERSON, DECEASED, V. ACDELCO, A BRAND OF GM SERVICE AND PARTS OPERATIONS, A DIVISION OF GENERAL MOTORS, ET AL. (EBASCO SERVICES, INC.) | 12-L-955 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| PATRICIA COLLINS V. ALLIED CRANE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-996 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| PATRICIA YOUNG AND BETTY LOU YOUNG IRVINE, SCOTT DOUGLAS YOUNG AS THE SURVIVING HEIRS OF WILLARD YOUNG, DECEASED, V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC09805 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| PATRICK E. CARPENTER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF REBECCA D. CARPENTER, DECEASED, V. ALLIANCE LAUNDRY HOLDINGS, LLC, ET AL. (EBASCO SERVICES, INC.) | 12-L-1429 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| PATRICK FLANNERY, ET AL. (WILLIAM PORTER) V. A. C. & S. , INC., ET AL., (INCLUDING WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 101537/94 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| PATTI HICKS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES FRAZEE, DECEASED, V. ALLIED CRANE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-941 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |

In re: EECI, Inc.                                                                                    Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| PAUL LEDALE MARTIN AND IONA JAMES MARTIN, HIS WIFE, V. AES CORPORATION, ET AL., INCLUDING ENSERCH E&C, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO EBASCO SERVICES, INC. | 2012-15569 | ALLEGED BODILY INJURY | 11TH DISTRICT COURT, HARRIS COUNTY, TX | PENDING |
| PAUL MORBITZER AND NANCY MORBITZER V. ABBOTT LABORATORIES, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ROSS LABORATORIES, ET AL. (EBASCO SERVICES, INC.) | 12-L-1810 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| PERRY L. JOHNSON AND DEBRA JOHNSON V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-845 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| PERRY SHOCKLEY AND DORA SHOCKLEY V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-560 | ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | CLOSED |
| PETER C. MONGAN AND SARAH MONGAN, HIS WIFE, V. A. W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 190407-09 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| PETER STANLEY ET AL V. AMEREN ILLINOIS COMPANY ET. AL. | 12-CV-06073 | ALLEGED BODILY INJURY | U. S. DISTRICT COURT FOR THE NORTHERN DIVISION OF ILLINOIS, WESTERN DIVISION | CLOSED |
| PHILIP L. ZIEBARTH V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-512 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| PHOEBE SIMMONS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JACKIE DEAN SIMMONS, DECEASED, V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1416 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| QUEENIE HAMPTON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOHNNIE L. HAMPTON, DECEASED, V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-811 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RAFAEL CASANOVA V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 09-L-286 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RALPH JONES, JR. AND KATHLEEN JONES V. AK STEEL CORPORATION, F/K/A ARMCO STEEL CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 11-L-1446 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RALPH R. VANBEBBER, JR., ET AL. V. ALLIED MANUFACTURING, INC., ET AL (EECI, INC. F/K/A ENSERCH E&C, INC., SUCCESSOR IN INTEREST TO EBASCO SERVICES, INC.) | 1216-CV03811 | ALLEGED BODILY INJURY | CIRCUIT COURT, JACKSON COUNTY, MO | SETTLED |
| RANDALL ARENS AND SHERYL ARENS V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-28 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| RAYMOND DURBIN AND SYLVIA DURBIN V. A. W. CHESTERTON, INC., ET A (EBASCO SERVICES, INC.) | 11-L-437 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| RAYMOND KAMINSKI AND SUE KAMINSKI V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-769 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RAYMOND STADLER AND MILLIE STADLER V. AGCO CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 1022-CC09540 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| RICHARD ADLOF AND CLARICE ADLOF V. ADELWIGGINS, INC., ET AL. (EECI, INC.) | 13-L-822 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RICHARD BROOKS (EBASCO CONNECTICUT WC CLAIM) | 200144910 & 200147880 | CONTRIBUTION CLAIM | CONNECTICUT WORKERS' COMPENSATION COMMISSION | PENDING |
| RICHARD CAPEK AND BRENDA CAPEK V. AGCO CORPORATION F/K/A MASSEY-FERGUSON, ET AL. (EBASCO SERVICES, INC.) | 12-L-1919 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| RICHARD DEGREGORIO AND JOAN DEGREGORIO V. AERCO INTERNATIONAL, INC., (INCLUDING EECI, INC., F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-1901 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| RICHARD EVANS V. AERCO INTERNATIONAL, INC., ET AL. INCLUDING EECI, INC. | 14-L-345 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| RICHARD J. CALDWELL AND JUDITH CALDWELL, HIS WIFE, V. A. W. CHESTERTON COMPANY, ET AL. (WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 117941/06 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |

**In re: EECI, Inc.**                                                    **Case No. 14-10992 (CSS)**

### Statement Question 4a - Suits and Administrative Proceedings Rider

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| RICHARD KANOSKI AND VIVIAN KANOSKI V. A. W. CHESTERTON, INC., ET AL. INCLUDING EECI, INC. | 13-L-1220 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RICHARD LAMARTINA AND PEGGY LAMARTINA V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-818 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| RICHARD PIVETZ AND ILGA PIVETZ V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1116 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RITA HANNEMAN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DENNIS HANNEMAN, DECEASED, V. AMERICAN OPTICAL CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 11-L-1124 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ROBERT A. LANSDALE V. AIR & LIQUID SYSTEMS CORPORATION SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC., ET AL. (EBASCO) | 13-L-1396 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROBERT COPELAND AND MARY COPELAND V. A.O. SMITH CORPORATION, ET AL. INCLUDING EECI, INC., | 13-L-1335 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ROBERT DAN ADAMS, SR., ROBERT DAN ADAMS, JR. AND DAWN PIZZILLO, INDIVIDUALLY AND AS SURVIVING HEIRS OF THE ESTATE OF RUBY NELL ADAMS, DECEASED V. ANCO INSULATIONS, INC., ET AL. (EBASCO) | 1322-CC09072 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| ROBERT FRAZIOR DENTON V. AIR & LIQUID SYSTEMS CORP., ETC., ET AL. INCLUDING EECI, INC. | 13-L-1736 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROBERT HERNDON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JESSE STOVALL, JR., DECEASED, V. 3M COMPANY, ET AL., INCLUDING EBASCO | 13-L-110 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROBERT HOPE V.  A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 190250/11 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| ROBERT JOURDAIN AND SHARON JOURDAIN V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-264 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROBERT L. MACK, SR. AND MARY MACK V. A.W. CHESTERTON, INC., ET AL. INCLUDING EECI, INC. | 13-L-1219 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ROBERT LEE WALTERS AND MYRNA WALTERS V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1382 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, ILLINOIS | CLOSED |
| ROBERT MARSHALL AND CAROLY MARSHALL V. AUTOZONE, INC., ET AL., INCLUDING ENSERCH E&C, INC., (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ELECTRIC BOND AND SHARE COMPANY) | MDL-L-007096 12AS | ALLEGED BODILY INJURY | SUPERIOR COURT OF NEW JERSEY, MIDDLESEX COUNTY, NJ | PENDING |
| ROBERT MAZENKO AND DARLA MAZENKO V. AMERICAN BOILER TANK & WELDING CO., INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-622 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| ROBERT MELSON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GEORGE MELSON, JR., DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-490 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST CLAIR COUNTY, IL | CLOSED |
| ROBERT R. REINKE AND DEBBIE A. REINKE V. ADVANCE AUTO PARTS, INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-873 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ROBERT T. SAVAGE, JR. V. 4520 CORP., ET AL. (INCLUDING URS CORPORATION, ULTIMATE PARENT OF URS ENERGY & CONSTRUCTION, INC., F/K/A WASHINGTON GROUP INTERNATIONAL, INC., F/K/A MORRISON KNUDSEN CORPORATION, AS SUCCESSOR-IN-INTEREST TO UNITED ENGINEERS & CONSTRUCTORS, STEARNS-ROGER, EBASCO, LITWIN, H.K. FERGUSON, AND RAYTHEON ENGINEERING & CONSTRUCTORS) | 13-L-1980 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROBERT WHITE AND MARY WHITE, HIS WIFE, V. A. H. BENNETT COMPANY, ET AL. (EBASCO SERVICES, INC.) | 10-L-816 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ROBERT YAROS V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1179 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |

In re: EECI, Inc.                                                                                          Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| ROBERTA MILES AND ROBERT MILES V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1381 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ROBERTA SHUMAN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF SALOMON SHUMAN, DECEASED, V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-984 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROBIN FLORES, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF KENNETH L. DRAKE, SR., DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-926 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROGER BLEDSOE AND YOLANDA BLEDSOE V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC00005 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| ROGER GOOD V. AGCO CORPORATION, ET AL. (INCLUDING EECI, INC., F/K/A ENSERCH E&C, AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-1856 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ROGER K. GRIFFEY AND JOYCE GRIFFEY V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1534 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROGER STINSON AND MARGARET STINSON V. ALABAMA POWER COMPANY, ET AL., INCLUDING ENSERCH E & C, INC. | N13C-09-127 ASB | ALLEGED BODILY INJURY | SUPERIOR COURT, NEW CASTLE COUNTY, DE | PENDING |
| ROGER W. GEORGE AND CHARLENE GEORGE, V. A. W. CHESTERTON, INC., ET AL. (URS ENERGY & CONSTRUCTION, AS SUCCESSOR TO EBASCO SERVICES, INC.) | 11-L-360 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROGER W. MILLER V. AFTERMARKET AUTO PARTS ALLIANCE, INC..,ETC., ET AL. INCLUDING EECI, INC., ETC. | 13-L-1052 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RONALD ANDREW MCCOLLEY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF RONALD AUGUSTA MCCOLLEY, DECEASED, V. AFC-HOLCROFT, LLC, ET AL. (EBASCO SERVICES, INC.) | 12-L-1048 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| RONALD DUPRIEST AND BARBARA DUPRIEST V. BECHTEL CORPORATION, ET AL. (INCLUDING ENSERCH E&C, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO EBASCO SERVICES, INC.) | CV-09-1779 | ALLEGED BODILY INJURY | 9TH CIRCUIT COURT, PULASKI COUNTY, AR | PENDING |
| RONALD HERTLEIN AND MARGARET HERTLEIN V. AIR PRODUCTS AND CHEMICALS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO STEARNS-ROGER CORP., ET AL., INCLUDING EECI, INC., F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO | 13-L-526 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RONALD R. REED AND FRANCES REED V. A.W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-624 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ROSE SHORES V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1087 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROSENDA FAWCETT, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES FAWCETT, DECEASED, V. AIR PRODUCTS & CHEMICALS, INC., ET. AI. (EBASCO SERVICES, INC.) | 12-L-1260 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| ROSIE MAE SOLZE RANKIN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JACK RANKIN, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 08-L-906 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| ROY J. RICHARDS AND GAIL RICHARDS, PLTFS. VS AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1237 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RUBY LITTRELL, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF CLYDE LITTRELL, DECEASED V. A.W. CHESTERTON COMPANY, ET AL. INCLUDING EECI INC. | 14-L-346 | ALLEGED BODILY INJURY | MADISON COUNTY - 3RD JUDICIAL CIRCUIT COURT, IL | PENDING |
| RUDOLPH DANNER V.  A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-741 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

In re: EECI, Inc.

Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| RUSSELL PARKER V. AERCO INTERNATIONAL, INC., ET AL. (EECI, INC., F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-1153 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| RUSSO, MARY V. EBASCO SERVICES, INC. | FBT-CV11-6021941-S | ALLEGED BODILY INJURY | SUPERIOR COURT, FAIRFIELD DISTRICT, BRIDGEPORT, CT | CLOSED |
| RUTH SCIVICQUE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CARL SCIVICQUE, DECEASED, V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1871 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| S. D. SMITH AND SAMMIE L. SMITH V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1773 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SAMUELLA BARNUM, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF SAMUEL LEE BARNUM, DECEASED,  V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 08-L-664 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SANDRA BARTLETT, MELISSA BROCK, TODD BARTLETT, AND NATHAN BARTLETT AS THE SURVIVING HEIRS OF WILLIAM E. BARTLETT, DECEASED V. A. W. CHESTERTON, INC., ET AL. INCLUDING EECI, INC. | 1322-CC08968 | ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MISSOURI | CLOSED |
| SANDRA HUCK, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROGER HUCK, DECEASED, V. ADVANCE AUTO PARTS, INC., A/K/A ADVANCE STORES CO., INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-966 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SANDRA MANCHESTER, AS THE SURVIVING HEIR OF WALLACE H. MANCHESTER, JR., DECEASED, V. ALLIED CRANE, INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC09305 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| SANDRA RICHARDSON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF BILLY RICHARDSON, DECEASED V. AMERICAN OPTICAL CORPORATION, ET AL. INCLUDING EECI, INC. | 14-L-356 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SARA KOCH, JACK L. KOCH, JR. AND FREDERICK KOCH, AS THE SURVIVING HEIRS OF JACK L. KOCH, SR., DECEASED, V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC00362 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| SERGIO MARTINEZ AND ROSA SALAZAR V. AJAX MAGNATHERMIC CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1469 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SHARON CHISHOLM, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CECIL CHISHOLM, JR., DECEASED, V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. (EBASCO SERVICES, INC.) | 13-L-770 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SHARON SCANLON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ARDIS GRAHAM, DECEASED, V. A. W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 12-L-1052 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | SETTLED |
| SHERRY MACE LUCAS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LEE E. LUCAS, DECEASED, V. AIR & LIQUID SYSTEMS CORP., AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1828 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SHIRLENE WHITT, KIMBERLY SLUTZ, STONEY WHITT AND ANTHONY WHITT, AS THE SURVIVING HEIRS OF JD WHITT, DECEASED, VS. AMERICAN BOILER TANK & WELDING CO., INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC09142 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| SHIRLEY FENICLE, MARK FENICLE, LAURA MONTGOMERY AND PAULINE MARIE, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THE ESTATE OF GEORGE H FENICLE, DECEASED, V. ALLIED PACKING & SUPPLY, INC., ET AL. (EECI, INC. F/K/A ENSERCH E&C, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST, PARENT, ALTER EGO AND EQUITABLE TRUSTEE OF EBASCO SERVICES, INC.) | RG12629390 | ALLEGED BODILY INJURY | SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY, CA | PENDING |
| SHIRLEY LIEBAU, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF RALPH LIEBAU, DECEASED, V. A. W. CHESTERTON CO., ET AL. (EBASCO SERVICES, INC.) | C200600276 | ALLEGED BODILY INJURY | 249TH DISTRICT COURT, JOHNSON COUNTY, TX | PENDING |

In re: EECI, Inc.                                                                                    Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| SHIRLEY TERBUSH AND FRANKLIN TERBUSH V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. (EECI, INC. F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-695 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| SHONA JEAN BASCOB, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE HEIRS AND ESTATE OF EUGENE M. SINISI, DECEASED AND NUALA SINISI, ETHNA PAIZZA, AND STUART SINISI, INDIVIDUALLY, V. AECOM USA INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-143 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SIDNEY MCCLINTON AND GWENDOLYN MCCLINTON V. AIR & LIQUID SYSTEMS, A/K/A BUFFALO PUMPS, ET AL., (EBASCO SERVICES, INC.) | 12-L-895 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| STANLEY GADE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MARGARET GADE, DECEASED, V. AMERICAN BOILER TANK & WELDING CO., INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1320 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| STEPHEN B. FEINBERG AND PHYLLIS FEINBERG  V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-284 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| STEPHEN CARR AND CECILLIA CARR V. ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1274 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| STEPHEN PRESLEY V. ADVANCE AUTO PARTS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1746 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| STEVEN HOOKS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DONALD HOOKS, DECEASED, V. AIR PRODUCTS AND CHEMICALS, INC., ET AL., INCLUDING EECI, INC. | 13-L-470 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| SUE DARR, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WILLIAM DARR, DECEASED, V. 3M COMPANY, ET AL., INCLUDING EBASCO | 13-L-245 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SUSAN BYERLY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROBERT M. BYERLY, SR., DECEASED, V. ALCO DIVISION OF NITRAM ENERGY, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-660 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SUSAN DICKMAN AND WESLEY DICKMAN V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1599 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| SUSAN DOMINO V. ASBESTOS CORPORATION LTD., ET AL. INCLUDING ENSERCH E & C, INC. | N13C-09-111 ASB | ALLEGED BODILY INJURY | SUPERIOR COURT, NEW CASTLE COUNTY, DE | PENDING |
| SUSAN F. ANDREWS V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. INCLUDING EECI, INC. | 13-L-1547 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SUSAN KAPP, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CRAIG E. CAPP, DECEASED, V. TRANE US, INC. F/K/A AMERICAN STANDARD, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1276 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| SUZANNE SPRAGUE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF SCOTT D. SPRAGUE, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1010 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| SYLVESTER TYSON AND PAMELA TYSON V. AJAX MAGNATHERMIC CORPORATION, ET AL., INCLUDING EBASCO | 1322-CC00381 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| SYLVIA LAUBECHER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF RALPH LAUBECHER , DECEASED, V. 3M COMPANY, ET AL. (EBASCO SERVICES, INC.) | 12-L-531 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| TAMMY THAXTON JONES AND TERESA LYNN JONES AS SURVIVING HEIRS OF JOHN HENRY JONES, JR. V. AMERICAN BILTRITE, INC., ET AL., INCLUDING EECI, ETC. | 1322-CC08618 | ALLEGED BODILY INJURY | 22ND JUDICIAL CIRCUIT, ST. LOUIS, MO | PENDING |
| TERESA PUGH, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROBERT C. WYATT, SR., DECEASED, V. AMERICAN BOILER TANK & WELDING CO., INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1238 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |

In re: EECI, Inc.                                                                                    Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| TERRY BROWN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MARION BROWN, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-446 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| TERRY L. BROWN, JEANETTE BROWN, ANNETTE K. BROWN CHILDERS AND SUSAN WHITSELL AS THE SURVIVING HEIRS OF MARION E. BROWN, DECEASED V. A.W. CHESTERTON, INC., ET AL., INCLUDING EBASCO | 1322-CC00281 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| TERRY L. HARRIS AND LULU HARRIS V. AERCO INTERNATIONAL, INC., ET AL., INCLUDING EBASCO | 13-L-191 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| TERRY STEWART V. A.W. CHESTERTON, INC., ET AL. INCLUDING EBASCO | 1222-CC10738 | ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| TERRY TORGERSON V. ADVANCE AUTO PARTS, INC., ET AL. INCLUDING EECI, INC. | 14-L-451 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| THEODORE FRALEY AND SHIRLEY FRALEY V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 1122-CC09663 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| THEODORE OTTO AND DORIS OTTO V. AGCO CORPORATION, F/K/A MASSEY-FERGUSON, ET AL. (EBASCO SERVICES, INC.) | 12-L-2097 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| THERESA CAUSEY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF THOMAS GRIFFITH, DECEASED V. A.W. CHESTERTON, INC., ET AL. INCLUDING EECI, INC. | 13-L-1401 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| THERESA GARZILLO, AS ADMINISTRATIX OF THE ESTATE OF ANTHONY GARZILLO V. A. W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 101992/05 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| THOMAS C. FIGURA, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE HEIRS AND ESTATE OF DARLENE J. FIGURA, DECEASED V. AKER SOLUTIONS AMERICA'S, INC., ET AL. INCLUDING ENSERCH E&C, INC. | 14-L-542 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| THOMAS CRITTENDEN AND GERALDINE CRITTENDEN, HIS WIFE V. 3M COMPANY, ET AL. (EBASCO SERVICES, INC.) | 13-L-101 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| THOMAS ENGBERG, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GLEN ENGBERG, DECEASED, V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.). | 10-L-196 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| THOMAS REINDL (V. EBASCO SERVICES, INC.) | 09-1424 | ALLEGED BODILY INJURY | SUPERIOR COURT, PROVIDENCE COUNTY, RI | CLOSED |
| THOMAS RUSSELL AND FLORENCE RUSSELL V. AMERON INTERNATIONAL CORPORATION, ET AL. INCLUDING EECI, INC. | 13-L-1668 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| THOMAS WILLIAMS AND KATHLEEN WILLIAMS V. A. W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 190350-09 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | CLOSED |
| TOMMIE BLANKINCHIP, JR. V. AAF-MCQUAY INC., ET AL. INCLUDING EECI, INC. | 13-L-1246 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| TOMMIE H. HOOKS V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1006 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| TOMMY AYERS V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-191 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| TONYA COATS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF BOBBY D. COATS, SR., DECEASED, V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. (EECI, INC., F/K/A ENSERCH E&C, AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-371 | ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | CLOSED |
| TRACY LIPINIS AND PAUL LIPINIS V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 10-L-1217 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |

**In re: EECI, Inc.**                                                                                     **Case No. 14-10992 (CSS)**

### Statement Question 4a - Suits and Administrative Proceedings Rider

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| TRAVIS WARD AND MARY WARD V. AGCO CORPORATION D/B/A AGCO FARM EQUIPMENT, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MASSEY FERGUSON AND AS SUCCESSOR-IN-INTEREST TO WHITE MOTOR CO., AND AS SUCCESSOR-IN-INTEREST TO MINNEAPOLIS MOLINE, ET AL. (EBASCO SERVICES, INC.) | 12-L-1820 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| TROVILLO WEDDELL AND ELEANOR WEDDELL V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-1734 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| TROY J. O'DONNELL, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF BARBARA J. MCGAHA V. AIR PRODUCTS AND CHEMICAL, INC., ET AL., INCLUDING EECI, INC., ETC. | 13-L-942 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| TROY PERRY, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF VIRA PERRY V. ASBESTOS CORPORATION LTD., ET AL., INCLUDING ENSERCH E&C, INC. | 13L1391 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| UGO TOMASI AND VICKEY TOMASI V. AIR PRODUCTS AND CHEMICALS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO STEARNS-ROGER CORP., ET AL.  (EECI, INC., F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-935 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| VALERIE WEST, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JERRY A. WEST, SR., DECEASED, V. 3M COMPANY, ET AL., INCLUDING EBASCO | 13-L-109 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| VERNON TRIPLETT V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 08-L-1042 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| VEVA PURVIS V. AGCO CORPORATION, F/K/A MASSEY-FERGUSON, AND WHITE-NEW IDEA COMPANY, ET AL. (EBASCO SERVICES, INC.) | 13-L-67 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| VICBRAZIL WILLIAMS, WOODY WILLIAMS, JR., AND CLARENCE WILLIAMS, AS THE SURVIVING HEIRS OF GLADYS WILLIAMS, DECEASED, V. TRANE US INC. FKA AMERICAN STANDARD INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC00969 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| VICKI HALL, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ORVAL REED, V. AERCO INTERNATIONAL, INC., ET AL., INCLUDING EECI, INC., ETC. | 13-L-956 | ALLEGED BODILY INJURY | 3RD CIRCUIT, MADISON COUNTY, IL | PENDING |
| VICKI HALL, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF TACY REED, DECEASED V. AERCO INTERNATIONAL, INC., ET AL. INCLUDING EECI, INC. | 13-L-1402 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| VICKI L POUNDERS SURVIVING WIFE OF DUDLEY W POUNDERS DECEASED INDIVIDUALLY AND ON BEHALF OF THEIR SURVIVING CHILDREN V BW/IP INC ET AL (EBASCO SERVICES INC) | CV2008-014007 | ALLEGED BODILY INJURY | SUPERIOR COURT OF ARIZONA MARICOPA COUNTY AZ | CLOSED |
| VIRGINIA A. SMITH AND ERNEST SMITH V. AGCO CORPORATION, F/K/A MASSEY-FERGUSON, ET AL. (EBASCO SERVICES, INC.) | 12-L-480 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| VIRGINIA FURLONG, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WILLIAM FURLONG, DECEASED, V. AMERICAN OPTICAL CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1821 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| VIVIAN GOW AND GEORGE GOW V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-257 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| WALLACE DASH V. A.W. CHESTERTON COMPANY, ET AL. INCLUDING EECI INC., ETC. | 2013L 001110 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| WALLACE DEREUISSEAUX AND LOIS DEREUISSEAUX V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-714 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| WALLACE MORGAN AND LORI MORGAN V. AIR PRODUCTS AND CHEMICALS, INC., ET AL. (INCLUDING EECI, INC.) | 1322-CC01167 | ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |

In re: EECI, Inc.                                                                                            Case No. 14-10992 (CSS)

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| WALTER FORD AND JUNE FORD V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1093 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| WALTER JENKINS V. AMERICAN OPTICAL CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1574 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| WENDELL SCROGGINS, SR. AND BILLIE SCROGGINS V. AMERICAN BILTRITE, INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-622 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| WILLA MAYE SHEPHERD, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF THOMAS SHEPHERD V. 4520 CORP., INC., ET AL. (INCLUDING EECI, INC.) | 13-L-2051 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | MADISON COUNTY - 3RD JUDICIAL CIRCUIT COURT, IL | PENDING |
| WILLIAM AHLFELD, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CLYDE AHLFELD, DECEASED, V. A.W. CHESTERTON COMPANY, ET AL. (EBASCO SERVICES, INC.) | 12-L-1930 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | SETTLED |
| WILLIAM CRONIN V. A. W. CHESTERTON COMPANY, ET AL. (WASHINGTON GROUP INTERNATIONAL-EBASCO DIVISION) | 114802/04 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| WILLIAM DEYTENS AND BEVERLY DEYTENS V. AERCO INTERNATIONAL, INC., ET AL. (EBASCO SERVICES, INC.) | 1222-CC09140 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | PENDING |
| WILLIAM DIXON AND PATRICIA DIXON V. A. H. BENNETT COMPANY, ET AL. (EECI, INC. F/K/A ENSERCH E & C, INC.) | 11-L-885 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| WILLIAM E. PFINGSTEN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WILLIAM F. PFINGSTEN, DECEASED, V. AMEREN ILLINOIS COMPANY, ET AL. (EBASCO SERVICES, INC.) | 12-L-48 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 20TH CIRCUIT COURT, ST. CLAIR COUNTY, IL | PENDING |
| WILLIAM ELBERSON AND DIANA ELBERSON V. ADEL WIGGINS GROUP, ET AL. (EBASCO SERVICES, INC.) | 1222-CC09181 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 22ND CIRCUIT COURT, ST. LOUIS, MO | CLOSED |
| WILLIAM F. DODGE V. ALFA LAVAL, INC., F/K/A DELAVAL, ET AL. (EBASCO SERVICES, INC.) | 11-L-1264 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| WILLIAM FITCH AND GLENDA FITCH V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-967 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| WILLIAM FUQUA, SR. AND JENNIE FUQUA V. ADVANCED COMPOSITES GROUP, INC., ET AL. (EECI, INC., F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-1166 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| WILLIAM HUBER, ET AL. V. ABB LUMMUS CREST, INC., ET AL (RAYTHEON ENGINEERS & CONSTRUCTORS-EBASCO DIVISION) | 122147-02 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |
| WILLIAM HUMPHREYS AND MARGARET HUMPHREYS V. ADVANCE AUTO PARTS, INC., A/K/A ADVANCE STORES CO., INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DISCOUNT AUTO PARTS, INC., INC., ET AL. (EBASCO SERVICES, INC.) | 12-L-2035 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| WILLIAM J. SCHAFFER, JR., AND SALLY A. MEISNER V. ACME BOILER COMPANY, ET AL. INCLUDING ENSERCH E & C, INC. | 140102795 | ALLEGED BODILY INJURY | PHILADELPHIA COUNTY, COURT OF COMMONS PLEAS, PA | PENDING |
| WILLIAM JUSTICE AND BARBARA JUSTICE, HIS WIFE, V. 4520 CORP., ET AL. (INCLUDING URS CORPORATION, ULTIMATE PARENT OF URS ENERGY & CONSTRUCTION, INC., F/K/A WASHINGTON GROUP INTERNATIONAL, INC., F/K/A MORRISON KNUDSEN CORPORATION, AS SUCCESSOR-IN-INTEREST TO UNITED ENGINEERS & CONSTRUCTORS, STEARNS-ROGER, EBASCO, LITWIN, H.K. FERGUSON, AND RAYTHEON ENGINEERING & CONSTRUCTORS) | 13-L-1940 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| WILLIAM K. HACK V. AJAX MAGNATHERMIC CORPORATION, ET AL. (EBASCO SERVICES, INC.) | 12-L-1794 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| WILLIAM LOUGHLIN V. GENERAL ELECTRIC COMPANY, ET AL., (INCLUDING WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 115660/05 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | PENDING |

**In re: EECI, Inc.**                                                                                                           **Case No. 14-10992 (CSS)**

**Statement Question 4a - Suits and Administrative Proceedings Rider**

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| WILLIAM M. TATE V. AGCO CORPORATION, F/K/A MASSEY-FERGUSON, ET AL. (EBASCO SERVICES, INC.) | 13-L-47 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| WILLIAM MEYER AND DONNA MEYER, HIS WIFE, V. ASBEKA INDUSTRIES OF NEW YORK (INCLUDING WASHINGTON GROUP INTERNATIONAL, INC.-EBASCO DIVISION) | 109117/06 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | SUPREME COURT OF NEW YORK, NEW YORK, NY | CLOSED |
| WILLIAM MICHAEL ELLIOTT V. AMCORD, INC., ET AL. (INCLUDING EECI, INC., F/K/A ENSERCH E&C, INC.) | BC512245 | ALLEGED BODILY INJURY | SUPERIOR COURT, LOS ANGELES COUNTY, CA | CLOSED |
| WILLIAM REKOW AND SOMCHAN REKOW V. ADELWIGGINS, INC., A/K/A ADEL WIGGINS GROUP, ET AL. (INCLUDING EECI, INC., F/K/A ENSERCH E&C, INC., AS SUCCESSOR-IN-INTEREST TO EBASCO) | 13-L-346 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| WILLIAM WALLACE AND NORMA WALLACE V. ADVOCATE MINES LTD., ET AL. INCLUDING EECI, INC. | 13-L-1599 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | CLOSED |
| WILLIE R. BATES AND DOROTHY BATES V. A. W. CHESTERTON, INC., ET AL. (EBASCO SERVICES, INC.) | 11-L-1007 | INDEMNITY DEMAND RELATED TO ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |
| WILMA HOUSTON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LAMAR HOUSTON V. ALCATEL-LUCENT USA INC., ET AL. INCLUDING EECI, INC. | 13-L-1902 | ALLEGED BODILY INJURY | 3RD CIRCUIT COURT, MADISON COUNTY, IL | PENDING |

**In re: EECI, Inc.**                                             **Case No. 14-10992 (CSS)**

### SOFA 21b - Current Partners, Officers, Directors and Shareholders (Corporations)

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| ASHBY, KEVIN M.<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | Tax Signing Officer | N/A |
| EEC HOLDINGS, INC.<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | Shareholder | 100% |
| HORTON, ANTHONY R.<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | President, Treasurer and Director | N/A |
| MOLDOVAN, KRISTOPHER E.<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | Assistant Treasurer and Director | N/A |
| WALKER, JEFFREY J.<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | Vice President and Secretary | N/A |

**In re: EECI, Inc.**                                                              **Case No. 14-10992 (CSS)**

### SOFA 22b - Former Partners, Officers, Directors and Shareholders (Corporations)

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| FLESHMAN, BETTY R.<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | Assistant Secretary | 02/03/2014 |
| HOWARD, CARLA A.<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | Senior Vice President | 02/03/2014 |
| KEGLEVIC, PAUL M.<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | President and Director | 02/03/2014 |
| SZLAUDERBACH, STANLEY J.<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | Senior Vice President | 02/03/2014 |