June 23, 2014

Epiq Systems
757 Third Avenue
New York, NY 10017

Good Morning,

Please withdraw my claim against TXU Energy Retail Company (EFH). The case number is 14-10997 and claim number is 542. This was incorrectly submitted.

I do have a claim against Nortel Networks which I want to continue.

Thank you,

*Martha Royer*
Martha Royer
11022 Fernald Ave
Dallas, Texas 75218

FILED / RECEIVED
JUN 3 0 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC