IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>            *Debtors.* | )<br>)  Chapter 11<br>)<br>)  Case No. 14-10979 (CSS)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Re: D.I. 1225** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on June 27, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, but not Requiring, the TCEH Debtors (A) To Participate in a Competitive Auction, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition** [D.I. 1225] (the "Motion"). Attached to the Motion was the **Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, but not Requiring, the TCEH Debtors (A) To Participate in a Competitive Auction, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition"** (the "Notice").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraw the Notice but not the Motion. The Debtors are filing a corrected notice with respect to the Motion contemporaneously herewith.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: June 30, 2014
    Wilmington, Delaware

/s/ Tyler D. Semmelman
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	collins@rlf.com
	defranceschi@rlf.com
	madron@rlf.com
	semmelman@rlf.com

-and-

KIRKLAND & ELLIS LLP
Richard M. Cieri (admitted pro hac vice)
Edward O. Sassower, P.C. (admitted pro hac vice)
Stephen E. Hessler (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	richard.cieri@kirkland.com
	edward.sassower@kirkland.com
	stephen.hessler@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted pro hac vice)
Chad J. Husnick (admitted pro hac vice)
Steven N. Serajeddini (admitted pro hac vice)
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	james.sprayregen@kirkland.com
	chad.husnick@kirkland.com
	steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession