IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SECOND FINAL ORDER AUTHORIZING THE DEBTORS
TO (A) PAY CERTAIN PREPETITION AMOUNTS
ON ACCOUNT OF NON-INSIDER COMPENSATION PROGRAMS
AND (B) CONTINUE THE NON-INSIDER COMPENSATION PROGRAMS
IN THE ORDINARY COURSE OF BUSINESS ON A POSTPETITION BASIS**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") authorizing the Debtors to: (a) pay certain prepetition amounts owed under the Debtors' Non-Insider Compensation Programs; and (b) continue the Non-Insider Compensation Programs in the ordinary course of business on a postpetition basis, all as more fully set forth in the Motion; and upon the Friske Declaration, the Keglevic Declaration, the *Supplemental Declaration of Douglas Friske in Support of the Non-Insider Compensation Programs Motion* (the "Supplemental Friske Declaration" and, together with the Friske Declaration, the "Friske Declarations")), and the *Declaration of Carrie Kirby, Executive Vice President of Human Resources and Administration of Energy Future Holdings Corp., et al., in Support of the Non-Insider Compensation Programs*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

KE 32257731.9

*Motion and the Severance Relief Requested in the Wages Motion* (the "Kirby Declaration"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion as modified herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Debtors having engaged in numerous discussions with the U.S. Trustee through counsel relating to objections and comments raised informally and resulting in the filing of the Supplemental Friske Declaration and the Kirby Declaration; and the Court having reviewed the limited objection of the ad hoc group of TCEH unsecured noteholders to the Motion [D.I. 644] (the "Limited Objection"); and the Court having reviewed the Motion, the Keglevic Declaration, the Friske Declarations, and the Kirby Declaration, and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion, the Friske Declarations, and the Kirby Declaration, and at the Hearing establish just cause for the relief granted herein and the parties having resolved the objections raised in the Limited Objection as to the relief granted in this Order; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

    1.      The Motion, as modified, is granted on a final basis as set forth herein.

2. The Debtors are authorized to make the payments under the 2014 AIP, 2014 EAIP, the Owner/Operator Plan, the 2014 Key Leader Program, the Luminant Developer Incentive Plan, the Luminant Commercial Incentive Plan, and the Individual Bonus Payments; provided, however, that the Debtors shall not make payments pursuant to this Order to those individuals identified on **Exhibit A** to the Kirby Declaration.

3. Notwithstanding the foregoing, nothing in this Order shall constitute a determination by the Court as to whether the employees subject of this Order are or are not "insiders", as that term is defined in section 101(31) of the Bankruptcy Code; provided, however, that payments actually made under the Non-Insider Compensation Programs pursuant to paragraph 2 above are expressly authorized by this Court and shall not be subject to disgorgement or avoidance actions commenced after such payments have been made on the basis that the employees were insiders.

4. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by such notice.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

KE 32257731.9

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: 6/30, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

KE 32257731.9