UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ENERGY FUTURE HOLDINGS CORPORATION, et al.,**<br><br>Debtors.<br><br>**Tax ID/EIN: XX-XXX8810** | Chapter 11<br><br>Case No. 14-10979-CSS |

## APPEARANCE AND REQUEST TO RECEIVE NOTICES

To:   The Clerk of the Above Named Court

Please enter my appearance as counsel for The Taubman Company LLC and the Taubman Landlords,[1] as Creditors in the above named action. This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be mailed or electronically delivered to creditors under Bankruptcy Rule 2002 be mailed to the following address:

>   Andrew S. Conway, Esq.
>   200 East Long Lake Road, Suite 300
>   Bloomfield Hills, Michigan 48304
>   Email address: Aconway@taubman.com

Dated: June 30, 2014

>   Andrew S. Conway
>   Attorney for the Taubman Landlords
>
>   By:   /s/ Andrew S. Conway
>   Andrew S. Conway
>   (248) 258-7427

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following: Willow Bend Shopping Center Limited Partnership, commonly known as The Shops as Willow Bend, located in Plano, Texas.

21431(0.2)                                                              1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| **ENERGY FUTURE HOLDINGS** | ) |
| **CORPORATION, et al.,** | ) Case No. 14-10979-CSS |
| | ) |
| Debtors. | ) |
| | ) |
| <u>Tax ID/EIN: XX-XXX8810</u> | ) |

### NOTICE OF FILING OF GENERAL POWER OF ATTORNEY

To: Clerk of the Above Named Court:

Please take notice that the undersigned has been authorized to vote on any questions that may be lawfully submitted to creditors of the debtor in the above-entitled case; to vote for a trustee of the estate of the debtor and for a committee of creditors to execute in the name of The Taubman Company LLC and the Taubman Landlords[1] (the "Claimants"), and on their behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any acts for the claimants in all matters arising in this case, pursuant to a General Power of Attorney, dated January 13, 2014 (a copy of which is attached hereto as Exhibit A).

Dated: June 30, 2014

                                                  Andrew S. Conway
                                                  Attorney for the Taubman Landlords

                                        By:      /s/ Andrew S. Conway
                                                        Andrew S. Conway
                                                        200 East Long Lake Road, Suite 300
                                                        Bloomfield Hills, Michigan 48304
                                                        (248) 258-7427

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following: Willow Bend Shopping Center Limited Partnership, commonly known as The Shops as Willow Bend, located in Plano, Texas.