UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | |
| CORPORATION, et al., ) | Case No. 14-10979-CSS |
| ) | |
| Debtors. ) | |
| ) | |
| **Tax ID/EIN: XX-XXX8810** ) | |

## CERTIFICATE OF SERVICE

Susan K. Link, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on June 30, 2014, she served a copy of the **Appearance and Request to Receive Notices, Notice of Filing of General Power of Attorney, and this Certificate of Service** via Notice of Electronic Filing and/or by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

Richard M. Cieri, Esq.
David R. Dempsey, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

US Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

/s/ Susan K. Link
Susan K. Link

Subscribed and sworn to before me,
on this 30th day of June, 2014
    /s/ Kathy L. Plafchan
Kathy L. Plafchan, Notary Public
Oakland County, Michigan
My commission expires: 6/1/20
Acting in Oakland County, MI

21431(0.2)                                3