# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp., et al.
**CASE NO:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 7/1/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| MARK HEBBELN | FOLEY & LARDNER LLP | UMB Bank, N.A., as indenture trustee |
| Ray Lemisch | Klehr Harrison | " |
| Harold Kaplan | Foley & Lardner LLP | " |
| Jeff Sabin | Bingham | PIMCO |
| Julia Frost Davies | " | " |
| Chris Carter | " | " |
| Jason Ballerah | Carroll Gallagher | " |
| Austin Witt | Wachtell Lipton | Equity sponsors |
| Richard Moot | " | " |
| Emil Kleinhaus | " | " |
| Kate Scherling | Quinn Emanuel | Centerbridge |
| Joseph Smith | Reed Smith | Bank of New York Mellon |
| Mitchell Moss | Lord Abbett | " |
| Richard Pedone | Nixon Peabody | American Stock Transfer as Trustee |
| Daniel Lowenthal | Patterson Belknap | Law Debenture |
| Stephen Tuttle | Morris James | " |
| Howard A. Cohen | Drinker Biddle & Reath | Citibank, N.A. |
| Robert K. Malone | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp., et al.
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 7/1/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | Committee |
| Justin Edelson | Polsinelli | Committee |
| Jami Peck | MoFo | Committee |
| Anaxson Friday | MoFo | Committee |
| Samantha Martin | MoFo | Committee |
| Erica Richards | MoFo | Committee |
| Todd Goren | MoFo | Committee |
| Jeff Jonas | Brown Rudnick | WSFS Trustee |
| Greg Taylor | Ashby + Geddes | WSFS Trustee |
| Richard Morton | Wachtell | Texas Energy Future Cap Holdings LP (EFH and owng) |
| Emil Kleinhaus | " | |
| Curtis Miller | Morris Nichols | [signature] |
| Michael Boyce | Cross & Simon | Fidelity |
| Matt Rooso | [illegible] | Fidelity |
| Cory Kaplan | [illegible] | Fidelity |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp., et al.
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 7/1/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | CSC |
| Warren Usatine | " | " |
| Keith Wofford | Ropes & Gray | " |
| Ross Martin | " | " |
| James Millar | Drinker | " |
| Andrew McGaan | Kirkland & Ellis | Debtor |
| Fred Sosnick | Sherman & Sterling | Deutsche Bank New York Branch |
| Ned Schodek | " | " |
| Laurie Selber Silverstein | Potter Anderson & Corroon | " |
| Charles Kerr | Morrison & Foerster | Committee |
| Ira Dizengoff | Akin Gump | EFIH Toggle Notes |
| Scott Alberino | " " | " |
| Scott Cousins? | Cousins Chipman & Brown | " |
| Richard L. Schepacarter | USDOJ-OUST | U.S. Trustee |
| Gregory Horowitz | Kramer Levin | EFH 2nd lien Trustee & Holders |
| Monica Vargas Mayer | " | " |
| Joshua K. Brody | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp., et al.
**CASE NO:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 7/1/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | The Hogan Firm | Ad Committee of EFH Legacy |
| Andrew Glenn | Kasowitz, Benson | " " |
| David Rosner | " " | " " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

2nd Revision 06/30/2014 03:45 PM

Calendar Date: 07/01/2014
Calendar Time: 09:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10479 | Hearing | 6333431 | Enrquie A Viciana | (646) 482-8852 | The Blackstone Group | Interested Party, The Blackstone Group / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6332989 | Craig Hart | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6332980 | Matthew Kimble | 212-878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6332886 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6332850 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6332480 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6332859 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6333332 | Jon R. Berke | (212) 686-2741 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6322332 | David Bersh | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6332917 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6327833 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, City Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6328264 | Matthew C. Brown | (305) 995-5250 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |

| Debtor | Case Number | Type | ID | Name | Phone | Firm | Client / Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333035 | Philip E Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332944 | Stephen Burnazian | 212-878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333287 | Michael Carley | 203-708-5893 | Jeffries, LLC | Interested Party, Eric Geller / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332863 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AdHoc Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333288 | Chris Chaice | (212) 745-9700 | Brigade Capital Management | Interested Party, Chris Chaice / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332566 | Nathan Christensen | (212) 735-4935 | Nathan Christensen | Client, Nathan Christensen / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331943 | Richard M. Cieri | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328251 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329765 | Jeremy Coffey | 617-856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327776 | Mark Cohen | (212) 250-7942 | Deutsche Bank Securities, Inc. | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6324456 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333029 | Jim Cooper | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329239 | Louis A. Curcio | 212-768-6744 | Dentons US LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328467 | Thomas Curtin | (212) 504-6063 | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader, Wickersham & Taft LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328435 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332975 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332066 | Christopher Dressel | 312-407-0968 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333281 | David Duback | Merced Capital, LP | (952) 476-7220 | Creditor, Merced Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333015 | Bradley Feingerts | GSO Capital Partners | (302) 651-7886 | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333340 | Jeffrey R. Fine | Dykema Gossett PLLC | 214-462-6455 | Interested Party, Tex-la Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333042 | Jeff Finger | Centerview Partners | (212) 429-2279 | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327381 | Mark Flannagan | UMB Bank Coporate Trust | (816) 860-3009 | Creditor, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333025 | Patrick Fleury (Client) | GSO Capital Partners | (302) 571-6727 | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333253 | Daniel Fliman | Kasowitz Benson Torres & Friedman | (212) 506-1713 | Interested Party, The Ad Hoc EFH Legacy Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332866 | Richard Gadhia | Akin Gump Strauss Hauer & Feld LLP | (212) 872-7491 | Interested Party, ACHEFIH / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332999 | Charles Garrison | Akin Gump Strauss Hauer & Feld LLP | (202) 887-4561 | Interested Party, Charles Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333416 | Meggie Gilstrap | Baker Botts LLP | (214) 953-6500 | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333052 | Samuel Greene - Client - | Akin Gump Strauss Hauer & Feld LLP | (202) 887-4000 | Interested Party, Samuel Greene / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6326938 | Peter Gruszka | Chicago Fundamental Investment Part | (312) 416-4215 | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332908 | Thomas Hals | Thomson & Reuters | (610) 544-2712 | Interested Party, Thomas Hals / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333256 | Stephen C. Harris | BHR Capital, LLC | 212-378-0822 | Creditor, Stephen Harris / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328081 | Angela K. Herring | Wachtell, Lipton, Rosen & Katz | (212) 403-1141 | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333038 | Ian Holmes | Akin Gump Strauss Hauer & Feld LLP | (212) 872-7419 | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329107 | Sandra Horwitz - Client | Ropes & Gray LLP | (212) 841-8704 | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328668 | Marshall Huebner | Davis Polk & Wardwell LLP | (212) 450-4099 | Interested Party, Goldman Sachs / LISTEN ONLY |

| Case | Type | Case# | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329821 | Anna Kalenchits | 212-723-1808 | Citi Group Global Markets | Interested Party, Citi Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333276 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Interested Party, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333413 | Geoffrey King | (312) 853-0324 | Sidley Austin LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6303594 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329439 | Jon Kurland | (212) 756-2000 | Schulte Roth & Zabel LLP | Interested Party, Schulte Roth & Zabel LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6302724 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332940 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332901 | Fredrick Lee | (212) 872-1034 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328209 | Kevin M. Lippman | 214-855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332482 | Scott T. McCabe | (212) 754-1613 | Latigo Partners | Representing, Latigo Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6330130 | Hal F. Morris | (512) 475-4550 | Attorney General Of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332928 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333031 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332879 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6322320 | Michael O'Neill | (212) 588-6132 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327933 | Samuel S. Ory | 918-583-9922 | Frederic Dorwart, Lawyers | Interested Party, BOKF, NA d/b/a Bank of Arizona / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327785 | Maura O'Sullivan | (212) 848-4000 | Shearman & Sterling LLP | Creditor, Deutsche Bank A.G. / LIVE |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333018 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6320703 | Tuvia Peretz | | | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332556 | Charles Persons | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Weil Gotshal & Manges LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6327630 | Meredith Pfister | (214) 746-8223 | Weil Gotshal & Manges LLP | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333145 | Jim Prince | (212) 412-1368 | Barclays Bank PLC | Interested Party, CenterPoint Energy Resources Corp & CenterPoint Energy Houston / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333002 | Kiran Ramineni | 214-953-6612 | Baker Botts LLP | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6326834 | Elizabeth Rasskazova | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333046 | Jeff Rosenbaum | 207-901-8380 | Polygon Global Partners | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331968 | Jayne Rothman | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Epiq Bankruptcy Solutions, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6319414 | Ravi Sarawgi | 913-621-9981 | Epiq Bankruptcy Solutions, LLC | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329615 | Damian S. Schaible | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JP Morgan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331233 | Erik Schneider | (212) 450-4580 | Davis Polk & Wardwell LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331494 | John N. Schwartz | (617) 345-1112 | Nixon Peabody LLP | Interested Party, Fulbright & Jaworski / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331563 | Matthew Smith | (214) 855-7131 | Fulbright & Jaworski - Dallas Office | Creditor, J. Aaron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329109 | Mark Somerstein | (212) 225-2493 | Cleary Gottlieb Steen & Hamilton | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333274 | Mark Taub | (212) 841-8814 | Ropes & Gray LLP | Interested Party, Mohawk Capital LLC / LISTEN ONLY |
| | | | | | (917) 597-8954 | Mohawk Capital, LLC | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6330647 | Andrew M. Thau | 203-862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6329360 | Meredith S. Tinkham | (617) 951-7250 ext. 00 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6328396 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332049 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333385 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6331190 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332121 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6332933 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6333041 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6328017 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren, LLP | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6328012 | Benjamin Feder | 212-808-7925 | Kelley Drye & Warren, LLP | Creditor, CSC / LIVE |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

*2nd Revision 06/30/2014 03:45 PM*

Calendar Date: 07/01/2014
Calendar Time: 01:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | NE Opco, Inc. | 13-11483 | Hearing | 6316052 | Scott R. Ames | (310) 478-2500 | Law Office of Scott R. Ames | Plaintiff(s), Paul Torres / LIVE |
| | | Ne Opco | 13-11483 | Hearing | 6332468 | Christopher Gartman | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Creditor, CENVEO / LISTEN ONLY |
| | | NE Opco, Inc. | 13-11483 | Hearing | 6329594 | Brian Zollinger | (302) 651-7700 | NE Opco | Debtor, NE Opco / LIVE |

Peggy Drasal ext. 802