# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## DECLARATION OF DISINTERESTEDNESS OF PILLSBURY WINTHROP SHAW PITTMAN LLP PURSUANT TO THE ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS

I, Charles H. Peterson, declare under penalty of perjury:

1.  I am a Partner of Pillsbury Winthrop Shaw Pittman LLP, located at 2300 N Street, NW, Washington DC 20037 (the "Firm").

2.  Energy Future Holdings Corporation and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm represent the Debtors, namely Luminant Holding Company, LLC, in connection with litigation involving Industrias Nucleares do Brasil, and the Firm has consented to provide such services.

3.  The Firm may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

relationship with any such person, their attorneys, or accountants, that would be adverse to the Debtors or their estates with respect to the matter on which the Firm is proposed to be employed.

4. Out of an abundance of caution, the Firm hereby discloses that since 2008 (and pursuant to conflicts waivers and consents) the Firm has represented Mitsubishi Heavy Industries Ltd. and certain of its affiliates (collectively, "MHI") regarding a joint venture with Luminant Generation Company LLC and certain of its debtor and non-debtor affiliates. The Firm currently performs services for MHI regarding that joint venture, including with respect to the Debtors' chapter 11 cases, unrelated to the matter on which the Firm is proposed to be employed. The Firm's professionals who work on the MHI matter do not, have not and, unless otherwise agreed in the future, will not work on the matter for which the Firm is proposed to be employed, and the Firm maintains a screen with respect to its professionals working on the two matters.

5. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc., of or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

7. Neither I nor any principal, partner, director, officer, of or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

8. The Debtors do not owe the Firm any amounts for prepetition services.

9. I further understand that this Declaration will not suffice as the Firm's proof of claim.

10. As of April 29, 2014, which was the date on which the Debtors commenced these chapter 11 cases, the Firm was not party to an agreement for indemnification with certain of the Debtors.

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: July 1, 2014     */s/ Charles H. Peterson*
    Charles H. Peterson