IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Re:  D.I. 29, 309, 343, 739** |

## CERTIFICATION OF COUNSEL CONCERNING FINAL ORDER AUTHORIZING THE DEBTORS TO PAY PREPETITION CRITICAL VENDOR CLAIMS

The undersigned hereby certifies as follows:

1. On April 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Critical Vendor Claims* [D.I. 29] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. Pursuant to the *Notice of (A) Entry of "Interim Order Authorizing the Debtors to Pay Prepetition Critical Vendor Claims" and (B) Scheduling of a Final Hearing Thereon* [D.I. 343], objections or responses to the final relief requested in the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on May 29, 2014 (the "Objection Deadline").[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Debtors extended the Objection Deadline for the U.S. Trustee to June 23, 2014.

RLF1 10444364v.1

3.     Prior to the Objection Deadline, the Ad Hoc Group of TCEH Unsecured Noteholders (the "Ad Hoc TCEH Group") filed a limited objection to the Motion [D.I. 679] (the "Limited Objection").  Additionally, the official committee of unsecured creditors appointed in these chapter 11 cases (the "Committee") and the Office of the United States Trustee (the "U.S. Trustee") provided informal comments to the Motion (together with the Limited Objection, the "Responses").

4.     Other than the Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.  Based on various communications by and between the Debtors, the Ad Hoc TCEH Group, the Committee and the U.S. Trustee, the Debtors have prepared a revised form of order (the "Revised Order") and a limited order providing relief under Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "2004 Order" and, together with the Revised Order, the "Orders") in connection with the Motion, which resolves the Responses.  A copy of the Revised Order is attached hereto as Exhibit A and a copy of the 2004 Order is attached hereto as Exhibit B.  A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as Exhibit C.  The Revised Order has been circulated to, and is acceptable to, the Ad Hoc TCEH Group, the Committee and the U.S. Trustee.

5.     The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order and the 2004 Order, substantially in the forms attached hereto as Exhibit A and Exhibit B, respectively, at its earliest convenience.

Dated: July 2, 2014
      Wilmington, Delaware        */s/ Tyler D. Semmelman*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession