## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 812-814** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK  )

SIDNEY GARABATO, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 13, 2014, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B." I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C."

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

    Sidney Garabato

Sworn to before me this
19th day of June, 2014

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2019

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  CAM-AIR LLC
               C/O CHRIS THOMPSON
               23210 US HWY 98 - SUITE A
               FAIRHOPE, AL 36532

Please note that your claim # 190 in the above referenced case and in the amount of
          $784.00 has been transferred **(unless previously expunged by court order)** to:

          SONAR CREDIT PARTNERS III, LLC
          TRANSFEROR: CAM-AIR LLC
          200 BUSINESS PARK DRIVE, SUITE 201
          ARMONK, NY 10504

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               DISTRICT OF DELAWARE
               824 NORTH MARKET STREET, 3RD FLOOR
               WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 814        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/13/2014                              David D. Bird, Clerk of Court


                                             /s/ Sidney Garabato
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 13, 2014.

**EXHIBIT B**

TIME: 14:22:45
DATE: 06/13/14

TXU ENERGY
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| CAM-AIR LLC | C/O CHRIS THOMPSON 23210 US HWY 98 - SUITE A FAIRHOPE AL 36532 |
| CAM-AIR, LLC | ATTN: CHRIS THOMPSON 23210 US HWY 98 - SUITE A FAIRHOPE AL 36532 |
| ROBERT'S COFFEE & VENDING SERVICES, LLC | 343 JOHNNY CLARK RD. LONGVIEW TX 75603 |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: CAM-AIR LLC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504 |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: CAM-AIR, LLC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504 |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: ROBERT'S COFFEE & VENDING SERVICES, LLC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504 |

Total Number of Records Printed          6

EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT C

*EFH_NTC OF TRANSFER_6-13-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801