# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 29** |

## ORDER FOR LEAVE TO CONDUCT LIMITED DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE OF THE DEBTORS IN CONNECTION WITH THE CRITICAL VENDORS MOTION [D.I. 29]

Upon consideration of the limited objection [D.I. 679] (the "Limited Objection")[2] of the Ad Hoc Group of TCEH Unsecured Noteholders to certain of the final relief requested by the above captioned debtors and debtors in possession (collectively the "Debtors") in the Critical Vendor Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding, the Critical Vendor Motion, and the Limited Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered an interim order in respect of the Critical Vendor Motion [D.I. 309]; and the Court having reviewed the Limited Objection; and the Court having reviewed statements made on the record by the Office of the United States Trustee and the official committee of unsecured creditors appointed in these chapter 11 cases (the "Creditors'

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Limited Objection.

Committee"); and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, if any employee or agent of a member of the Creditors' Committee (a "Member") requests of any employee or agent of one or more of the Debtors that such Debtor or Debtors pay all or any portion of such Member's prepetition claim (as defined in section 101(5) of the Bankruptcy Code) as a Critical Vendor Claim (as defined in the Critical Vendor Motion) as a condition to continued performance with the Debtors, the Debtors shall provide prompt notice of such request to counsel to the Ad Hoc Group of TCEH Unsecured Noteholders; *provided, however*, that with respect to a request made prior to the date hereof, the TCEH Debtors shall only be required to provide notice of such request to the extent such request was elevated to the vendor review committee of the Debtors.

2. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: July 2, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE