## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re:  D.I. 400, 555, 612, 883** |

## DEBTORS' THIRD NOTICE OF EXTENSION OF OPT-IN PERIOD FOR PROPOSED EFIH SECOND LIEN SETTLEMENT

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their petitions for relief under chapter 11 of title 11 of the United States Code on April 29, 2014, in the United States Bankruptcy Court for the District of Delaware.  These chapter 11 cases are being jointly administered pursuant to the *Final Order Directing Joint Administration of the Debtors' Chapter 11 Cases* [D.I. 849].  On May 9, 2014, the Debtors filed the *Notice of Initiation of Opt-In Period for Proposed EFIH Second Lien Settlement* [D.I. 400] (the "Second Lien Opt-In Notice").[2]  The Second Lien Opt-In Notice explained that the Debtors had opened the proposed EFIH Second Lien Settlement for participation by any Holder of EFIH Second Lien Notes on the terms, and for the time periods, set forth in the Offer Memorandum, including, specifically, that Holders of EFIH Second Lien Notes would receive greater consideration if they opted into the proposed EFIH Second Lien

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not defined in this Notice shall have the meanings set forth in the Second Lien Opt-In Notice.

Settlement within a primary opt-in period scheduled to conclude on May 23, 2014 at 5:00 p.m. (Eastern Daylight Time) (the "Primary Opt-In Period").

PLEASE TAKE NOTICE that, on May 27, 2014, the Debtors filed the *Debtors' Second Notice of Extension of Primary Opt-In Period for Proposed EFIH Second Lien Settlement* [D.I. 612], which provided notice that the Debtors had extended the Primary Opt-In Period to Wednesday, June 11, 2014 at 5:00 p.m. (Eastern Daylight Time) and extended the Second Lien Opt-In Period to Thursday, July 3, 2014 at 5:00 p.m. (Eastern Daylight Time).  The Primary Opt-In Period expired on June 11, 2014.

PLEASE TAKE NOTICE that the Debtors have further extended the Second Lien Opt-In Period to Friday, July 11, 2014 at 5:00 p.m. (Eastern Daylight Time), unless otherwise extended by the Debtors (upon notice to the Bankruptcy Court, the U.S. Trustee, the Creditors' Committee, and all other parties in interest).  On July 7, 2014, in accordance with applicable securities laws, the Debtors filed a Form 8-K and issued a press release (both of which are attached hereto as **Exhibit A**) disclosing this extension.

**PLEASE TAKE NOTICE THAT, AS STATED IN THE RESTRUCTURING SUPPORT AGREEMENT, AS DISCUSSED AT THE FIRST DAY HEARINGS, AND AS DESCRIBED WITHIN SUBSEQUENTLY FILED PLEADINGS, THE COMPROMISE OF THE EFIH SECOND LIEN NOTE CLAIMS IS SUBJECT TO BANKRUPTCY COURT APPROVAL, AND WILL NOT BE CONSUMMATED UNLESS AND UNTIL THE BANKRUPTCY COURT PROVIDES SUCH AUTHORIZATION. THE COMPROMISE OF THE EFIH SECOND LIEN NOTE CLAIMS IS ALSO CONDITIONED ON BANKRUPTCY COURT APPROVAL OF THE EFIH SECOND**

**LIEN DIP FACILITY AND WILL NOT BE CONSUMMATED UNLESS AND UNTIL THE BANKRUPTCY COURT PROVIDES SUCH AUTHORIZATION.**

[*Remainder of page intentionally left blank*]

RLF1 10490358v.1

Dated:  July 7, 2014
       Wilmington, Delaware

*/s/ Jason M. Madron*
_____

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          richard.cieri@kirkland.com
                edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession