## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 1193, 1196, 1198. 1199** |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS |
| NEW CASTLE COUNTY | ) | |

Kristin McCloskey, being duly sworn according to law, deposes and says that she is employed by the law firm of Cousins Chipman & Brown, LLP, Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders in the above referenced case, and on the 27th day of June, 2014, she caused copies of the following documents to be served upon the parties on the attached service via email, first class mail and/or hand delivery:

    1.    *Verified Statement of the Ad Hoc Committee of EFIH Unsecured Noteholders Pursuant to Rule 2019* (Docket No. 1193)

    2.    *Omnibus Reply of the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Second Lien DIP Commitment Parties to Objections to (I) Motion Approving Postpetition Second Lien Financing and (II) Motion Approving Certain EFIH Settlement and the Oncor TSA Amendment and Joinder to Debtors' Reply to Objections (with Schedule 1)*(Docket No. 1196)

    3.    *Motion to File Under Seal of the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Second Lien DIP Committment Parties to Seal Their Omnibus Reply to Objections to (I) Motion Approving Postpetition Second Lien Financing and (II) Motion Approving Certain EFIH Settlement and the Oncor TSA Amendment and Joinder to Debtors' Reply to Objections* (Docket No. 1198)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of such federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

4.      *Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Second Lien DIP Committment Parties to Seal THeir Omnibus Reply to Objections to (I) Motion Approving Postpetition Second Lien Financing and (II) Motion Approving Certain EFIH Settlement and the Oncor TSA Amendment and Joinder to Debtors' Reply to Objection* (Docket No. 1199)

Kristin McCloskey

SWORN TO AND SUBCRIBED before me this 8th day of July, 2014.

Notary Public

ALISON ELISE PRZYBYLEK
MY COMMISSION
EXPIRES
Nov. 19, 2016
NOTARY PUBLIC
STATE OF DELAWARE

ABRAMS & BAYLISS LLP

(COUNSEL TO GOLDMAN, SACHS & CO.)

KEVIN G. ABRAMS & JOHN M. SEAMAN

20 MONTCHANIN ROAD, SUITE 200

WILMINGTON, DE 19807

abrams@abramsbayliss.com; seaman@abramsbayliss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)

ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN

JACOB ADLERSTEIN

1285 AVENUE OF THE AMERICAS

NEW YORK, NY 10019

akornberg@paulweiss.com; kcornish@paulweiss.com;
bhermann@paulweiss.com; jadlerstein@paulweiss.com

COMPUTERSHARE TRUST COMPANY OF CANADA

ATTN: ALESSANDRA PANSERA

1500, UNIVERSITY ST., SUITE 700

MONTREAL, QC H3A 3S8 CANADA

alessandra.pansersa@computershare.com

WEYERHAEUSER CO.

ATTN: ALEXIS MCDONALD

PO BOX 9777

FEDERAL WAY, WA 98063

alexis.mcdonald@weyerhaeuser.com

PENSION BENEFIT GUARANTY CORPORATION

OFFICE OF THE CHIEF COUNSEL

ATTN: DESIREE M. AMADOR, ATTY

1200 K STREET, N.W.

WASHINGTON, DC 20005-4026

amador.desiree@pbgc.gov; efile@pbgc.gov

CITIBANK, N.A.

ATTN: ANNEMARIE E. PAVCO

SECURITIES PROCESSING SENIOR ANALYST

GLOBAL LOANS, 1615 BRETT RD., OPS III

NEW CASTLE, DE 19720

ANNEMARIE.E.PAVCO@CITI.COM

SEWARD & KISSEL LLP

(COUNSEL TO WILMINGTON TRUST, NA)

ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES

ONE BATTERY PARK PLAZA

NEW YORK, NY 10014

ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com

REED SMITH LLP

(COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN

ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST)

INDENTURE TRUSTEES)

ATTN: AMY M. TONTI, ESQ.

REED SMITH CENTRE

225 FIFTH AVENUE, SUITE 1200

PITTSBURGH, PA 15222

atonti@reedsmith.com

WILMER CUTLER PICKERING HALE & DORR LLP

(COUNSEL TO MARATHON ASSET MGMT)

ATTN: BENJAMIN LOVELAND ESQ

60 STATE ST

BOSTON, MA 02109

benjamin.loveland@wilmerhale.com

BLUME, FAULKNER, SKEEN & NORTHAM, PLLC

(COUNSEL TO NATIONAL FIELD SERVICES)

ATTN: BRETTON C. GERARD

111 W. SPRING VALLEY ROAD, SUITE 250

RICHARDSON, TX 75081

bgerard@bfsnlaw.com

LOWER COLORADO RIVER AUTHORITY
LOWER COLORADO RIVER AUTHORITY TRANSMISSION
SERVICES CORPORATION (LCRA TSC)
LEGAL SERVICES
ATTN: WILLIAM T. MEDAILLE
PO BOX 220
AUSTIN, TX 78767
bill.medaille@lcra.org

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.)
ATTN: BRAD E. SCHELER, GARY L. KAPLAN &
MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK, NY 10004
brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com;
matthew.roose@friedfrank.com

BAILEY BRAUER PLLC
(COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.)
ATTN: BENJAMIN L. STEWART
CAMPBELL CENTRE I
8350 N. CENTRAL EXPY, SUITE 935
DALLAS, TX 75206
bstewart@baileybrauer.com

FLUOR GLOBAL SERVICES
ATTN: CARLOS M. HERNANDEZ
6700 LAS COLINAS BLVD
IRVING, TX 75039
CARLOS.HERNANDEZ@FLUOR.COM

WARFAB
ATTN: CALVIN GRACE - PRESIDENT & CEO
607 FISHER RD
LONGVIEW, TX 75604
cgrace@warfabinc.com

PENSION BENEFIT GUARANTY CORPORATION
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026
chatalian.jon@pbgc.gov; efile@pbgc.gov

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON STREET
FORT WORTH, TX 76102
chris.mosley@fortworthtexas.gov

BRICKFIELD, BURCHETTE, RITTS & STONE, PC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, NW
WASHINGTON, DC 20007
christine.ryan@bbrslaw.com

CRANE NUCLEAR INC
PRESIDENT OR GENERAL COUNSEL
2825 COBB INTERNATIONAL BLVD NW
KENNESAW, GA 30152
CINFO@CRANEVS.COM

COURTNEY CONSTRUCTION INC
ATTN: KARLOS COURTNEY
2617 US HWY 79N
CARTHAGE, TX 75633
codycourtney@courtneyconstruction.com

RICHARDS LAYTON & FINGER
(CO-COUNSEL TO EFHC DEBTORS)
ATTN: MARK D COLLINS ESQ
DANIEL J DEFRANCESCHI ESQ
JASON M MADRON ESQ
920 N KING ST
WILMINGTON, DE 19801
collins@rlf.com; defranceschi@rlf.com; madron@rlf.com

SECURITAS SECURITY SERVICES USA
ATTN: SONIA JASMAN
2 CAMPUS DRIVE
PARSIPPANY, NJ 07054-4400
CONTACT@SECURITASINC.COM

COUSINS CHIPMAN & BROWN, LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN
1007 NORTH ORANGE STREET, SUITE 1110
WILMINGTON, DE 19801
cousins@ccbllp.com; olivere@ccbllp.com; kashishian@ccbllp.com

AEP TEXAS NORTH COMPANY
ATTN: CHARLES R. PATTON
1 RIVERSIDE PLAZA
COLUMBUS, OH 43215-2372
CRPATTON@AEP.COM

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
cshore@whitecase.com; gstarner@whitecase.com

FRISCO CONSTRUCTION SERVICES
ATTN: CLAY THOMAS
9550 JOHN W. ELLIOTT DRIVE, SUITE 106
FRISCO, TX 75033
CTHOMAS@FRISCOCS.COM

POLSINELLI PC
(PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ
SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801
cward@polsinelli.com; jedelson@polsinelli.com; skatona@polsinelli.com

BOKF, NA DBA BANK OF ARIZONA
ATTN: CYNDI WILKINSON
SENIOR VICE PRESIDENT
3001 EAST CAMELBACK ROAD, SUITE 100
PHOENIX, AZ 85016
CWILKINSON@BOKF.COM

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")
ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801
dabbott@mnat.com; aremming@mnat.com; efay@mnat.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FREEWAY, SUITE 1000
DALLAS, TX 75207
dallas.bankruptcy@publicans.com

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
dalowenthal@pbwt.com; cdent@pbwt.com

SITEL LLC
ATTN: DAVID BECKMAN, CHIEF LEGAL OFFICER
3102 WEST END AVENUE, SUITE 900
NASHVILLE, TN 37203
DAVID.BECKMAN@SITEL.COM

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: DENNIS F. DUNNE, EVAN R. FLECK &
KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
ddunne@milbank.com; efleck@milbank.com; kgartenberg@milbank.com

AMECO INC
ATTN: DEAN SMITH
2106 ANDERSON ROAD
GREENVILLE, SC 29611
dean.smith@ameco.com

BLANK ROME
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: MICHAEL DEBAECHE; STANLEY TARR
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801
debaecke@blankrome.com; tarr@blankrome.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475
deecf@dor.mo.gov

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: DENNIS ROEMLEIN
601 TRAVIS ST, 16TH FLOOR
HOUSTON, TX 77002
dennis.roemlein@bnymellon.com

THOMPSON COBURN LLP
(COUNSEL TO MARTIN ENGINEERING COMPANY)
ATTN: DAVID D. FARRELL
ONE US BANK PLAZA, SUITE 3200
SAINT LOUIS, MO 63101
dfarrell@thompsoncoburn.com

THE HOGAN FIRM
ATTN: DANIEL K HOGAN ESQ GARVAN F MCDANIEL ESQ
1311 DELAWARE AVENUE
WILMINGTON, DE 19806
dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com

SNELL & WILMER LLP
(COUNSEL TO HEADWATERS RESOURCES, INC.)
ATTN: DAVID E. LETA
15 WEST SOUTH TEMPLE, SUITE 1200
SALT LAKE CITY, UT 84101
dleta@swlaw.com

BROWN & CONNERY, LLP

(COUNSEL TO SAP INDUSTRIES, INC.)

ATTN: DONALD K. LUDMAN

6 NORTH BROAD STREET, SUITE 100

WOODBURY, NJ 08096

dludman@brownconnery.com


WINSTON & STRAWN LLP

(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)

ATTN: DAVID NEIER, ESQ.

200 PARK AVENUE

NEW YORK, NY 10166

dneier@winston.com


KASOWITZ BENSON TORRES & FRIEDMAN LLP

(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)

ATTN: DAVID ROSNER ESQ, ANDREW GLENN ESQ &

DANIEL FLIMAN ESQ

1633 BROADWAY

NEW YORK, NY 10019

DRosner@kasowitz.com; AGlenn@kasowitz.com; DFliman@kasowitz.com


PERDUE BRANDON FIELDER COLLINS & MOTT LLP

(COUNSEL TO SOMERVELL COUNTY ET AL)

ATTN: ELIZABETH BANDA CALVO ESQ

PO BOX 13430

ARLINGTON, TX 76094-0430

ebcalvo@pbfcm.com


DAVIS POLK & WARDWELL LLP

(COUNSEL TO GOLDMAN SACHS, ET AL)

ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY;

ELLIOT MOSKOWITZ; DAMON MEYER

450 LEXINGTON AVENUE

NEW YORK, NY 10017

efh.service@davispolk.com


POLSINELLI PC

(PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE)

ATTN: EDWARD FOX ESQ

900 THIRD AVE 21ST FL

NEW YORK, NY 10022

efox@polsinelli.com


CITIBANK, N.A.

ATTN: ERIC O. LIGAN, VICE PRESIDENT

388 GREENWICH ST 32ND FL

NEW YORK, NY 10013

ERIC.LIGAN@CITI.COM


BROWN RUDNICK LLP

(COUNSEL TO WILMINGTON SAVINGS/WSFS)

ATTN: EDWARD WEISFELNER ESQ

SEVEN TIMES SQUARE

NEW YORK, NY 10036

eweisfelner@brownrudnick.com


LAW DEBENTURE TRUST COMPANY OF NEW YORK

ATTN: FRANK GODINO

VICE PRESIDENT

400 MADISON AVE, STE 4D

NEW YORK, NY 10017

FRANK.GODINO@LAWDEB.COM


SHEARMAN & STERLING LLP

(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)

ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ

599 LEXINGTON AVE

NEW YORK, NY 10022

fsosnick@shearman.com; ned.schodek@shearman.com

O'MELVENY & MYERS LLP
(COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC)
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK, NY 10036
gdavis@omm.com

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS
AFFILIATES AND SUBSIDIARIES) (COUNSEL TO AUTOMATIC SYSTEMS, INC.)
ATTN: KEVIN M. CAPUZZI GREGORY T. DONILON, ESQ.
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801
gdonilon@pwujlaw.com; kcapuzzi@pwujlaw.com

CARMODY MACDONALD P.C.
(COUNSEL TO AUTOMATIC SYSTEMS, INC.)
ATTN: GREGORY D. WILLARD
120 S. CENTRAL AVENUE, SUITE 1800
SAINT LOUIS, MO 63105
gdw@carmodymacdonald.com

LOWER COLORADO RIVER AUTHORITY
ATTN: PHIL WILSON
TRANSMISSION SERVICES CORP
3700 LAKE AUSTIN BLVD.
AUSTIN, TX 78703
GENERAL.MANAGER@LCRA.ORG

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701
ggay@lglawfirm.com

CITIBANK, N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720
GLAGENTOFFICEOPS@CITI.COM

TRANSACTEL INC
ATTN: GUILLERMO MONTANO
18 CALLE 25-85 Z.10
TORRE TRANSACTEL PRADERA
GUATEMALA CITY,   GUATEMALA
GMONTANO@TRANSACTEL.NET

WEINSTEIN RADCLIFF LLP
(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC)
ATTN: GREGORY M. WEINSTEIN
6688 N. CENTRAL EXPRESSWAY, SUITE 675
DALLAS, TX 75206
gweinstein@weinrad.com

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)
ATTN: HAL MORRIS & ASHLEY BARTRAM
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)
ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
hal.morris@texasattorneygeneral.gov;
ashley.bartram@texasattorneygeneral.gov

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.P.

(COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM

HOSPITAL DISTRICT & NORTH CENTRAL TEXAS

COLLEGE DISTRICT)

ATTN: JEANMARIE BAER

PO BOX 8188

WICHITA FALLS, TX 76307

hbky@pbfcm.com

HEADWATERS RESOURCES INC

ATTN: HARLAN M. HATFIELD

10701 S RIVER FRONT PARKWAY

SUITE 300

SOUTH JORDAN, UT 84095

HHATFIELD@HEADWATERS.COM

FOLEY & LARDNER LLP

(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)

ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ

LARS PETERSON ESQ

321 N CLARK ST STE 2800

CHICAGO, IL 60654-5313

hkaplan@foley.com; mhebbeln@foley.com;
lapeterson@foley.com

PERDUE BRANDON FIELDER COLLINS & MOTT LLP

(COUNSEL TO GALENA PARK ISD)

ATTN: OWEN M SONIK ESQ

1235 N LOOP WEST STE 600

HOUSTON, TX 77008

houbank@pbfcm.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

(COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES)

ATTN: JOHN P DILLMAN ESQ

PO BOX 3064

HOUSTON, TX 77253-3064

houston_bankruptcy@publicans.com

DRINKER BIDDLE & REATH LLP

(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)

ATTN: HOWARD A. COHEN & ROBERT K. MALONE

222 DELAWARE AVE., STE. 1410

WILMINGTON, DE 19801-1621

howard.cohen@dbr.com; robert.malone@dbr.com

CHADBOURNE & PARKE LLP

(COUNSEL TO NEXTERA ENERGY RESOURCES, LLC)

ATTN: HOWARD SEIFE, DAVID M. LEMAY AND

CHRISTY RIVERA

30 ROCKEFELLER PLAZA

NEW YORK, NY 10112

hseife@chadbourne.com; dlemay@chadbourne.com;
crivera@chadbourne.com

BROWN RUDNICK LLP

(COUNSEL TO WILMINGTON SAVINGS/WSFS)

ATTN: HOWARD SIEGEL ESQ

185 ASYLUM STREET

HARTFORD, CT 06103

hsiegel@brownrudnick.com

DENTONS US LLP

(COUNSEL TO WILMINGTON SAVINGS/WSFS)

ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ

OSCAR PINKS ESQ

1221 AVENUE OF THE AMERICAS

NEW YORK, NY 10020

hugh.mcdonald@dentons.com; louis.curcio@dentons.com;
oscar.pinkas@dentons.com

BNSF RAILWAY COMPANY

ATTN: PETER LEE, SENIOR GENERAL ATTORNEY

2500 LOU MENK DRIVE

FORT WORTH, TX 76131-2828

ian.peck@haynesboone.com

HAYNES AND BOONE, LLP

(COUNSEL TO BNSF RAILWAY COMPNAY)

ATTN: IAN T. PECK

201 MAIN STREET, SUITE 2200

FORT WORTH, TX 76102-3126

ian.peck@haynesboone.com

AKIN GUMP STRAUSS HAUER & FELD LLP

(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED

NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)

ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI

MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY

LINDSAY ZAHRADKA

ONE BRYANT PARK, BANK OF AMERICA TOWER

NEW YORK, NY 10036-6745

idizengoff@akingump.com; aqureshi@akingump.com; sbaldini@akingump.com;
mlahaie@akingump.com; rboller@akingump.com; ccarty@akingump.com;
lzahradka@akingump.com

TAGGART GLOBAL LLC

ATTN: JOHN LUKE

C/O FORGE GROUP LTD

4000 TOWN CENTER BLVD., STE 300

CANONSBURG, PA 15317

INFO@FORGEGROUP.COM

PERFORMANCE CONTRACTING INC

ATTN: CHUCK WILLIAM

16400 COLLEGE BLVD

LENEXA, KS 66219

INFO@PCG.COM

CAPGEMINI NORTH AMERICA INC

ATTN: ISABELLE ROUX-CHENU

623 FIFTH AVE 33RD FLOOR

NEW YORK, NY 10022

ISABELLE.ROUX-CHENU@CAPGEMINI.COM

RANGER EXCAVATING LP

ATTN: BRAD MCKENZIE - CONTROLLER

5222 THUNDER CREEK ROAD

AUSTIN, TX 78759

JACK.CARMODY@RANGEREXCAVATING.COM

KIRKLAND & ELLIS LLP

(COUNSEL TO EFHC DEBTORS)

ATTN: JAMES H.M. SPRAYREGEN, P.C.

CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ

300 N LASALLE

CHICAGO, IL 60654

james.sprayregen@kirkland.com; chad.husnick@kirkland.com;
steven.serajeddini@kirkland.com

BNSF RAILWAY COMPANY

ATTN: JASON SPENCER

3001 LOU MENK DR

FORT WORTH, TX 76131

jason.spencer2@bnsf.com

THE BAILEY LAW FIRM

(COUNSEL TO GABRIEL ROBERSON)

ATTN: JAMES F. BAILEY

3 MILL RD, SUITE 306A

WILMINGTON, DE 19806

jbailey@jfbailey.com

TUCKER ARENSBERG, P.C.

(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND

AFFILIATES AND SUBSIDIARIES)

ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ

1500 ONE PPG PLACE

PITTSBURGH, PA 15222

jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: JONATHAN BROWN
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
JBROWN@MILBANK.COM

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY 10036
JCOFFEY@BROWNRUDNICK.COM

HINCKLEY ALLEN
(COUNSEL TO INVENSYS SYSTEMS, INC.)
ATTN: JENNIFER V. DORAN
28 STATE STREET
BOSTON, MA 02109
jdoran@hinckleyallen.com

BINGHAM MCCUTCHEN LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP)
ATTN: JEFFREY S. SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689
jeffrey.sabin@bingham.com

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: JEFFREY R. FINE
1717 MAIN STREET, SUITE 4000
DALLAS, TX 75201
jfine@dykema.com

MCCATHERN, PLLC
(COUNSEL TO RED BALL OXYGEN COMPANY)
ATTN: JONATHAN L. HOWELL
REGENCY PLAZA
3710 RAWLINS, SUITE 1600
DALLAS, TX 75219
jhowell@mccathernlaw.com

MARGOLIS EDELSTEIN
(COUNSEL TO URS ENERGY & CONSTRUCTION, INC.)
ATTN: JAMES E. HUGGETT & AMY D. BROWN
300 DELAWARE AVENUE, SUITE 800
WILMINGTON, DE 19801
jhuggett@margolisedelstein.com;
abrown@margolisedelstein.com

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS
2001 ROSS AVE.
DALLAS, TX 75201-2980
jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com;
ian.roberts@bakerbotts.com

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402
jjankiewicz@wilmingtontrust.com

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111
jjonas@brownrudnick.com; astrehle@brownrudnick.com;
jcoffey@brownrudnick.com

EPIQ BANKRUPTY SOLUTIONS, LLC

(CLAIMS AGENT)

ATTN: JAMES KATCHADURIAN, E.V.P.

757 THIRD AVENUE, 3RD FLOOR

NEW YORK, NY 10017

jkatchadurian@epiqsystems.com; sgarabato@epiqsystems.com


CIARDI CIARDI & ASTIN

(COUNSEL TO ATMOS ENERGY CORPORATION; TXU

2007-1 RAILCAR LEASING LLC; RED BALL OXYGEN CO.)

ATTN: DANIEL ASTIN; JOHN MCLAUGHLIN, JR.;

JOSEPH J. MCMAHON JR

1204 N. KING STREET

WILMINGTON, DE 19801

jmcmahon@ciardilaw.com


GARDERE WYNNE SEWELL LLP

(COUNSEL TO ROMCO EQUIPMENT CO.)

ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN

1000 LOUISIANA, STE. 3400

HOUSTON, TX 77002

jmelko@gardere.com; mriordan@gardere.com


NELSON MULLINS RILEY & SCARBOROUGH LLP

(COUNSEL TO MICHELIN NORTH AMERICA INC.)

ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN

1320 MAIN STREET, 17TH FLOOR

PO BOX 11070 (29211)

COLUMBIA, SC 29201

jody.bedenbaugh@nelsonmullins.com;
george.cauthen@nelsonmullins.com


QUARLES & BRADY LLP

(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)

ATTN: HOHN A. HARRIS; JASON D. CURRY

RENAISSANCE ONE

TWO NORTH CENTRAL AVENUE

PHOENIX, AZ 85004-2391

john.harris@quarles.com; jason.curry@quarles.com


GRAINGER

ATTN: JOHN L. HOWARD

100 GRAINGER PKWY

LAKE FOREST, IL 60045

JOHN.HOWARD@GRAINGER.COM


TPUSA

ATTN: JOHN WARREN MAY

1991 SOUTH 4650 WEST

SALT LAKE CITY, UT 84104

JOHN.MAY@TELEPERFORMANCE.COM


HAYNES AND BOONE LLP

(COUNSEL TO AIRGAS USA, LLC)

ATTN: JONATHAN HOOK

30 ROCKEFELLER CENTER, 26TH FLOOR

NEW YORK, NY 10112

jonathan.hook@haynesboone.com


SEARCY & SEARCY, P.C.

(COUNSEL TO D.COURTNEY CONSTRUCTION, INC.)

ATTN: JOSHUA R. SEARCY, JOSHUA P. SEARCY &

CALLAN CLARK SEARCY

PO BOX 3929

LONGVIEW, TX 75606

joshsearcy@jsearcylaw.com; jrspc@jrsearcylaw.com


MORRISON & FOERSTER LLP

(PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE)

ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ

LORENZO MARINUZZI ESQ

250 W 55TH ST

NEW YORK, NY 10019

jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com

LACKEY HERSHMAN, LLP

(COUNSEL TO THE RICHARDS GROUP INC)

ATTN: JAMIE R WELTON ESQ

3102 OAK LAWN AVE STE 777

DALLAS, TX 75219

jrw@lhlaw.net

FOX ROTHSCHILD LLP

(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)

ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD

919 NORTH MARKET STREET, SUITE 300

WILMINGTON, DE 19801

jschlerf@foxrothschild.com; jstrock@foxrothschild.com; jbird@foxrothschild.com

CROWE & DUNLEVY, PC

(COUNSEL TO DEVON ENERGY CORPORATION)

ATTN: JUDY HAMILTON MORSE

20 NORTH BROADWAY, SUITE 1800

OKLAHOMA CITY, OK 73102

judy.morse@crowedunlevy.com

BINGHAM MCCUTCHEN LLP

(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)

ATTN: JULIA FROST-DAVIES ESQ &

CHRISTOPHER L. CARTER ESQ

ONE FEDERAL STREET

BOSTON, MA 02110-1726

julia.frost-davies@bingham.com; christopher.carter@bingham.com

ASHER MEDIA INC

ATTN: KALYN ASHER

15303 DALLAS PARKWAY, SUITE 1300

ADDISON, TX 75001

KALYN@ASHERMEDIA.COM

BUCHANAN INGERSOLL & ROONEY PC

(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.)

ATTN: KATHLEEN A. MURPHY

919 NORTH MARKET STREET, SUITE 1500

WILMINGTON, DE 19801

kathleen.murphy@bipc.com

TRAVIS COUNTY

ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY

PO BOX 1748

AUSTIN, TX 78767

kay.brock@co.travis.tx.us

CONNOLLY GALLAGHER LLP

(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)

ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ

1000 WEST STREET, SUITE 1400

WILMINGTON, DE 19801

kbifferato@connollygallagher.com; kconlan@connollygallagher.com

KELLEY DRYE & WARREN LLP

(COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS)

ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH

101 PARK AVENUE

NEW YORK, NY 10178

REED SMITH LLP

ATTN: RICHARD A. ROBINSON

ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON

1201 MARKET STREET, SUITE 1500

ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON

1201 MARKET STREET, SUITE 1500

WILMINGTON, DE 19801

kgwynne@reedsmith.com; klawson@reedsmith.com; rrobinson@reedsmith.com

BOKF, NA DBA BANK OF ARIZONA
ATTN: KEN HOFFMAN
VICE PRESIDENT
3001 EAST CAMELBACK ROAD, SUITE 100
PHOENIX, AZ 85016
KHOFFMAN@BOKF.COM

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659
klippman@munsch.com

MCCARTER & ENGLISH, LLP
(COUNSEL TO FIRST LEIN TCEH NOTES)
ATTN: KATHARINE L. MAYER
405 NORTH KING STREET, 8TH FLOOR
WILMINGTON, DE 19801
kmayer@mccarter.com

SMITH, KATZENSTEIN & JENKINS LLP
(COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER)
ATTN: KATHLEEN M. MILLER
PO BOX 410
WILMINGTON, DE 19899
kmiller@skjlaw.com

PIERCE CONSTRUCTION INC
ATTN: KENNETH PIERCE
4324 STATE HWY 149
BECKVILLE, TX 75631
kpierce@piercecons.com

LANDIS RATH & COBB LLP
(COUNSEL TO MARATHON MGMT, ALCOA AND
NEXTERA ENERGY RESOURCES, LLC)
ATTN: ADAM G. LANDIS & MATTHEW B. MCGUIRE
919 MARKET ST STE 1800
WILMINGTON, DE 19801
landis@lrclaw.com; mcguire@lrclaw.com

MINE SERVICE LTD
ATTN: KEITH DEBAULT
855 E US HIGHWAY 79
ROCKDALE, TX 76567
langedebault@msirockdale.com; eddienoak@msirockdale.com;
lindahicks@msirockdale.com

UMB BANK, N.A.
ATTN: LAURA ROBERSON
VICE PRESIDENT
2 SOUTH BROADWAY, SUITE 600
ST. LOUIS, MO 63102
LAURA.ROBERSON@UMB.COM

ANDREWS KURTH LLP
(COUNSEL TO TITUS COUNTY FRESH WATER
SUPPLY DISTRICT NO. 1)
ATTN: LINO MENDIOLA
111 CONGRESS AVENUE SUITE 1700
AUSTIN, TX 78701
linomendiola@andrewskurth.com

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN
PO BOX 8705
WILMINGTON, DE 19899
ljones@pszjlaw.com; rfeinstein@pszjlaw.com

POTTER ANDERSON & CORROON LLP

(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)

ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ

PO BOX 951

WILMINGTON, DE 19801

lsilverstein@potteranderson.com; jryan@potteranderson.com

DEUTSCHE BANK

ATTN: MARCUS M. TARKINGTON

60 WALL STREET (NYCC60-0266)

NEW YORK, NY 10005-2836

MARCUS.TARKINGTON@DB.COM;
AGENCY.TRANSACTIONS@DB.COM

ROPES & GRAY LLP

MARK R. SOMERSTEIN

1211 AVENUE OF THE AMERICAS

NEW YORK, NY 10036-8704

MARK.SOMERSTEIN@ROPESGRAY.COM

RYAN PARTNERSHIP (FORMERLY SOLUTIONSET)

ATTN: MARY PERRY

440 POLARIS PARKWAY

WESTERVILLE, OH 43082

MARY.PERRY@RYANPARTNERSHIP.COM

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP

(COUNSEL TO TARRANT REGIONAL WATER DISTRICT &

NORTH TEXAS MUNICIPAL WATER DISTRICT)

ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT

500 WEST 7TH STREET, SUITE 600

FORT WORTH, TX 76102

matchley@popehardwicke.com; mtaplett@popehardwicke.com

ALCOA

ATTN: MAX W LAUN

201 ISABELLA STREET

PITTSBURGH, PA 15219-5858

MAX.LAUN@ALCOA.COM

JACKSON WALKER, LLP

(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)

ATTN: MONICA S. BLACKER

901 MAIN STREET, SUITE 6000

DALLAS, TX 75202

mblacker@jw.com

GELLERT SCALI BUSENKELL & BROWN, LLC

(COUNSEL TO AURELIUS)

ATTN: MICHAEL G. BUSENKELL

913 N. MARKET STREET, 10TH FLOOR

WILMINGTON, DE 19801

mbusenkell@gsbblaw.com

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

(COUNSEL TO CENTERPOINT) (COUNSEL TO HOLT TEXAS, LTD.
D/B/A HOLT CAT)

ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS

222 DELAWARE AVENUE, SUITE 1501

WILMINGTON, DE 19801

mdesgrosseilliers@wcsr.com

COZEN O'CONNOR

(COUNSEL TO J. ARON & COMPANY)

ATTN: MARK E. FELGER

1201 NORTH MARKET STREET, SUITE 1001

WILMINGTON, DE 19801

mfelger@cozen.com

AUTOMATIC SYSTEMS INC
ATTN: MICHAEL HOEHN
9230 EAST 47TH STREET
KANSAS CITY, MO 64133
MICHAEL.HOEHN@ASI.COM

KELLY HART & HALLMAN LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102
michael.mcconnell@kellyhart.com;
katherine.thomas@kellyhart.com

HOLT TEXAS LTD, D/B/A HOLT CAT
ATTN: MICHAEL PURYEAR, ESQ., GENERAL COUNSEL
3302 SOUTH W.W. WHITE RD
SAN ANTONIO, TX 78222
MICHAEL.PURYEAR@HOLTCAT.COM

MERICO ABATEMENT CONTRACTORS INC
ATTN: ATTN: MIKE CROFFLAND - GENERAL MANAGER
201 ESTES DR
LONGVIEW, TX 75602-6100
MIKE@MERRITT.NET

MICHAEL G. SMITH
(COUNSEL TO VALERO TEXAS POWER MARKETING, INC.)
111 NORTH 6TH STREET
PO BOX 846
CLINTON, OK 73601
mikesmith1973@sbcglobal.net

DATA SYSTEMS & SOLUTIONS LLC
(ROLLS ROYCE)
MILES COWDRY,ROLLS-ROYCE CIVIL
NUCLEAR,994-A EXPLORER BLVD
HUNTSVILLE, AL 35806
MILES.COWDRY@ROLLS-ROYCE.COM

CROSS & SIMON, LLC
(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.)
ATTN: MICHAEL J. JOYCE
PO BOX 1380
WILMINGTON, DE 19899-1380
mjoyce@crosslaw.com

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
mkilgore@up.com; jlanderso1@up.com

JONES DAY
(COUNSEL TO ONCOR)
ATTN: MICHAEL L. DAVITT
2727 NORTH HARWOOD STREET
DALLAS, TX 75201
MLDAVITT@JONESDAY.COM

SAUL EWING LLP
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: MARK MINUTI ESQ
PO BOX 1266
WILMINGTON, DE 19899
mminuti@saul.com

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801
mphillips@mgmlaw.com

HYDROCARBON EXCHANGE CORP.
ATTN: R SCOTT HOPKINS
5910 N. CENTRAL EXPY.
STE 1380
DALLAS, TX 75206
MSAVAGE@HYDROCARBONEXCHANGE.COM

VEDDER PRICE PC
(COUNSEL TO FIRST UNION RAIL CORPORATION)
ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
mschein@vedderprice.com

BENCHMARK INDUSTRIAL SERVICES
ATTN: MIKE WILCOX
2100 STATE HIGHWAY 31 E
KILGORE, TX 75662
MWILCOX@BENCHMARKISI.COM

LOCKE LORD LLP
(COUNSEL TO BP AMERICA PRODUCTION COMPANY)
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS, LA 70130-6036
nobankecf@lockelord.com

CITIBANK, N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720
OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM;
KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM;
CHIDO.UGOCHUKWU@CITI.COM

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA, LLC)
ATTN: PATRICK L. HUGHES
1221 MCKINNEY STREET, SUITE 1200
HOUSTON, TX 77010
patrick.hughes@haynesboone.com

ADA CARBON SOLUTIONS
(RED RIVER ENVIRONMENTAL PRODUCTS)
ATTN: PETER O. HANSEN
1460 W. CANAL COURT, SUITE 100
LITTLETON, CO 80120
PETER.HANSEN@ADA-CS.COM; INFO@ADA-CS.COM

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036
pgoodman@mckoolsmith.com;mcarney@mckoolsmith.com

WILMINGTON SVGS FUND SOCIETY
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE
WILMINGTON, DE 19801
PHEALY@CHRISTIANATRUST.COM

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER
250 GREENWICH ST
NEW YORK, NY 10007
philip.anker@wilmerhale.com; george.shuster@wilmerhale.com

JONES DAY
(COUNSEL TO ONCOR)
ATTN: PATRICIA VILLAREAL
2727 NORTH HARWOOD STREET
DALLAS, TX 75201
PJVILLAREAL@JONESDAY.COM

AMERICAN STOCK TRANSFER & TRUST CO, LLC
GENERAL COUNSEL
6201 15TH AVENUE
BROOKLYN, NY 11219
PKIM@AMSTOCK.COM

AMERICAN STOCK TRANSFER & TRUST COMPANY LLC
ATTN: PAUL KIM
6201 15TH AVENUE
BROOKLYN, NY 11219
PKIM@AMSTOCK.COM

ALVAREZ & MARSAL
ATTN: PAUL KINEALY
55 WEST MONROE, SUITE 4000
CHICAGO, IL 60603
pkinealy@alvarezandmarsal.com

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX 77002
pmoak@mckoolsmith.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801
pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN
TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868
pwp@pattiprewittlaw.com

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: RAFAEL MARTINEZ,VP - CSM
601 TRAVIS STREET, 16TH FL
HOUSTON, TX 77002
RAFAEL.MARTINEZ@BNYMELLON.COM

SHAW MAINTENANCE (CB&I)
ATTN: RICHARD E. CHANDLER, JR.
C/O CB&I - ONE CB&I PLAZA
2103 RESEARCH FOREST DRIVE
THE WOODLANDS, TX 77380
rchandler@cbi.com

BRYAN CAVE LLP

ATTN: ROBERT E. PEDERSEN

1290 AVENUE OF THE AMERICAS

NEW YORK, NY 10104-3300

REPEDERSEN@BRYANCAVE.COM

WACHTELL, LIPTON, ROSEN & KATZ

(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")

ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT

51 WEST 52ND STREET

NEW YORK, NY 10019

rgmason@wlrk.com; ekleinhaus@wlrk.com; awitt@wlrk.com

KIRKLAND & ELLIS LLP

(COUNSEL TO EFHC DEBTORS)

ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC

STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ

601 LEXINGTON AVE

NEW YORK, NY 10022

richard.cieri@kirkland.com; edward.sassower@kirkland.com;
stephen.hessler@kirkland.com; brian.schartz@kirkland.com

OFFICE OF THE UNITED STATES TRUSTEE

ATTN: RICHARD L. SCHEPACARTER

J. CALEB BOGGS FEDERAL BUILDING

844 KING STREET, SUITE 2207 - LOCKBOX #35

WILMINGTON, DE 19801

richard.schepacarter@usdoj.gov

HCL AMERICA INC

ATTN: RAGHU RAMAN LAKSHMANAN

330 POTRERO AVENUE

SUNNYVALE, CA 94085

RLAKSHMANAN@HCL.COM

KLEHR HARRISON HARVEY BRANZBURG LLP

(COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE)

ATTN: RAYMOND H. LEMISCH

919 MARKET STREET, SUITE 1000

WILMINGTON, DE 19801

rlemisch@klehr.com

MUNSCH HARDT KOPF & HARR PC

(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)

ATTN: RUSSELL L MUNSCH ESQ

3050 FROST BANK TOWER

401 CONGRESS AVE

AUSTIN, TX 78701-4071

rmunsch@munsch.com

MYERS HILL

(COUNSEL TO PROPERTY TAX PARTNERS)

ATTN: ROBERT J. MYERS

2525 RIDGMAR BLVD., STE. 150

FORT WORTH, TX 76116

rmyers@myers-hill.com

CENTERPOINT ENERGY HOUSTON

ROBERT CLAUDE, ESQ., ASSOCIATE GENERAL COUNSEL

1111 LOUISIANA STREET

HOUSTON, TX 77002

Robert.Claude@CenterPointEnergy.com

EMC CORPORATION

C/O RECEIVABLE MANAGEMENT SERVICES (RMS)

ATTN: RONALD L ROWLAND, AGENT

307 INTERNATIONAL CIRCLE STE 270

COCKEYSVILLE, MD 21030

Ronald.Rowland@rms-iqor.com

NIXON PEABODY
(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)
ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN
100 SUMMER STREET
BOSTON, MA 02110
rpedone@nixonpeabody.com; adarwin@nixonpeabody.com

CITIBANK, N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY 10013
RYAN.FALCONER@CITI.COM

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: SCOTT ALBERINO; JOANNA NEWDECK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVENUE, NW
WASHINGTON, DC 20036-1564
salberino@akingump.com; jnewdeck@akingump.com

BRAKE SUPPLY CO INC
ATTN: DAVID KOCH
5501 FOUNDATION BLVD
EVANSVILLE, IN 47725
SALES@BRAKE.COM

WESTINGHOUSE ELECTRIC CO LLC
ATTN: MIKE SWEENEY SR VP & GENERAL COUNSEL
LEGAL & CONTRACTS
1000 WESTINGHOUSE DRIVE, SUITE 572A
CRANBERRY TOWNSHIP, PA 16066
salvucc@westinghouse.com

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E. HORWITZ
MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808
SANDRA.HORWITZ@CSCGLOBAL.COM

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103
schaedle@blankrome.com

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
(COUNSEL TO ORACLE AMERICA, INC.)
ATTN: SHAWN M. CHRISTIANSON
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493
schristianson@buchalter.com

TEXAS-NEW MEXICO POWER COMPANY
ATTN: SCOTT SEAMSTER
414 SILVER AVENUE SW
ALBUQUERQUE, NM 87102-3289
scott.seamster@pnmresources.com

GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C.
(COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT &
CITY OF GARLAND)
ATTN: DUSTIN L. BANKS
1919 S. SHILOH ROAD, SUITE 310 LB 40
GARLAND, TX 75042
sgbankruptcy@ntexas-attorneys.com

TAYLOR ENGLISH DUMA LLP

(COUNSEL TO HENRY PRATT COMPANY, LLC)

ATTN: STEPHEN C. GREENBERG

1600 PARKWOOD CIRCLE, SUITE 400

ATLANTA, GA 30339

sgreenberg@taylorenglish.com


MORRIS JAMES LLP

(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)

ATTN: STEPHEN M. MILLER

PO BOX 2306

WILMINGTON, DE 19899-2306

smiller@morrisjames.com


FREDERIC DORWART, LAWYERS

(COUNSEL TO FIRST LIEN TCEH NOTES)

ATTN: SAMUEL S. ORY

124 EAST FOURTH STREET

TULSA, OK 74103

sory@fdlaw.com


JACKSON WALKER, LLP

(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)

ATTN: J. SCOTT ROSE

WESTON CENTRE

112 E. PECAN STREET, SUITE 2400

SAN ANTONIO, TX 78205

srose@jw.com


COWLES & THOMPSON

(COUNSEL TO ATMOS ENERGY CORPORATION)

ATTN: STEPHEN C. STAPLETON

BANK OF AMERICA PLAZA

901 MAIN STREET, SUITE 3900

DALLAS, TX 75202

sstapleton@cowlesthompson.com


BRYAN CAVE LLP

(COUNSEL TO INDENTURE TRUSTEE)

ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON

1290 AVENUE OF THE AMERICAS

NEW YORK, NY 10104

stephanie.wickouski@bryancave.com;
michelle.mcmahon@bryancave.com


SQUIRE SANDERS (US) LLP

(COUNSEL TO ARCELORMITTLA USA LLC)

ATTN: STEPHEN D. LERNER & ANDREW M. SIMON

221 E. FOURTH ST., SUITE 2900

CINCINNATI, OH 45202

stephen.lerner@squiresanders.com;
andrew.simon@squiresanders.com


STREUSAND, LANDON & OZBURN, LLP

(COUNSEL TO ALLEN SHRODE)

ATTN: SABRINA L. STREUSAND

811 BARTON SPRINGS RD, STE. 811

AUSTIN, TX 78704

streusand@slollp.com


AKERMAN LLP

(COUNSEL TO SIEMENS POWER GENERATION INC.)

ATTN: SUNDEEP S. SIDHU

420 S. ORANGE AVENUE, SUITE 1200

ORLANDO, FL 32801-4904

sunny.sidhu@akerman.com; andrea.hartley@akerman.com;
jules.cohen@akerman.com


THE BANK OF NEW YORK MELLON

TRUST COMPANY

ATTN: THOMAS VLAHAKIS,VP

385 RIFLE CAMP RD, 3RD FL

WOODLAND PARK, NJ 07424

THOMAS.VLAHAKIS@BNYMELLON.COM

COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310
tina.vitale@computershare.com

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: THOMAS LAURIA; MATTHEW BROWN
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131
tlauria@whitecase.com; mbrown@whitecase.com

COHEN & GRIGSBY, P.C.
(COUNSEL TO NOVA CHEMICALS INC.)
ATTN: THOMAS D. MAXSON
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152
tmaxson@cohenlaw.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE)
ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ;
JOSHUA BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
tmayer@kramerlevin.com; ghorowitz@kramerlevin.com;
jbrody@kramerlevin.com; pbentley@kramerlevin.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO J. ARON & COMPANY)
ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006
tmoloney@cgsh.com; soneal@cgsh.com; hkhalid@cgsh.com

ASHBY & GEDDES, P.A.
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON, DE 19899
wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201
wbowden@ashby-geddes.com;gtaylor@ashby-geddes.com

COHEN & GRIGSBY, P.C.
(COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC)
ATTN: WILLIAM E. KELLEHER, JR.
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152
wkelleher@cohenlaw.com

GOODWIN PROCTER LLP
(COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP)
ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
wweintraub@goodwinprocter.com; kjarashow@goodwinprocter.com

TEAM EXCAVATING
ATTN: WAYNE YOST, OWNER
815 N MAIN STREET
WRENS, GA 30833
WYOST@TEAMEXCAVATINGCO.COM

SULLIVAN HAZELTINE ALLINSON LLC
(COUNSEL TO HENRY PRATT COMPANY, LLC)
ATTN: ELIHU E. ALLINSON, III
901 N. MARKET STREET, SUITE 1300
WILMINGTON, DE 19801
zallinson@sha-llc.com

CITIBANK, N.A.
ZORI MIGLIORINI,STANDBY LETTER
OF CREDIT DEPT, AS FRONTING BANK
388 GREENWICH ST, 21ST FL
NEW YORK, NY 10013
ZORIJANA.MIGLIORINI@CITI.COM

ADA CARBON SOLUTIONS
(RED RIVER ENVIRONMENTAL PRODUCTS)
ATTN: PETER O. HANSEN
8100 S. PARKWAY #A2
LITTLETON, CO 80120

BENCHMARK INDUSTRIAL SERVICES
ATTN: MIKE WILCOX
PO BOX 931
KILGORE, TX 75663

BNSF RAILWAY COMPANY
C/O HAYNES & BOONE, LLP
ATTN: IAN T. PECK, ESQ.
201 MAIN STREET, SUITE 2200
FORT WORTH, TX 76102-3126

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548

GENERATOR & MOTOR SERVICES INC
ATTN: JOHN POZNICK - CONTROLLER
601 BRADDOCK AVE
TURTLE CREEK, PA 15145

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201

J & S CONSTRUCTION LLC
ATTN: JEFF GRODEL
PO BOX 400
BUFFALO, TX 75831

KANSAS CITY SOUTHERN RAILWAY (KCS)

ATTN: WILLIAM WOCHNER

427 WEST 12TH STREET

KANSAS CITY, MO 64105


KANSAS CITY SOUTHERN RAILWAY (KCS)

ATTN: WILLIAM WOCHNER

PO BOX 219335

KANSAS CITY, MO 64121-9335


LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD,

ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY,

ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY)

ATTN: DIANE WADE SANDERS

P.O. BOX 17428

AUSTIN, TX 78760


MCCREARY, VESELKA, BRAGG & ALLEN, PC

(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)

ATTN: LEE GORDON

PO BOX 1269

ROUND ROCK, TX 78680


NORTHEAST TEXAS POWER LTD

ATTN: DAVID PETTY, PRESIDENT

PO BOX 557

CUMBY, TX 75433


OFFICE OF THE UNITED STATES ATTORNEY

ATTN: ELLEN SLIGHTS, ESQ.

PO BOX 2046

WILMINGTON, DE 19899-2046


OFFICE OF THE UNITED STATES TRUSTEE

U.S. FEDERAL OFFICE BUILDING

ATTN: ANDREA SCHWARTZ

201 VARICK STREET, SUITE 1006

NEW YORK, NY 10014


PENSION BENEFIT GUARANTY CORPORATION

ATTN: CRAIG YAMAOKA, SENIOR FINANCIAL ANALYST

1200 K STREET, NW

WASHINGTON, DC 20005


PIERCE CONSTRUCTION INC

ATTN: KENNETH PIERCE - OWNER

PO BOX 69

BECKVILLE, TX 75631


SECURITAS SECURITY SERVICES USA

ATTN: LEGAL DEPARTMENT

4330 PARK TCE DRIVE

WESTLAKE VILLAGE, CA 91361

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SHEEHY, LOVELACE & MAYFIELD, PC
(COUNSEL TO CENTRAL TEXAS SECURITY & FIRE
EQUIPMENT, INC.)
ATTN: STEVEN M. BURTON
510 N. VALLEY MILLS DR., SUITE 500
WACO, TX 76710

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO
PO BOX 636
WILMINGTON, DE 19899-0636

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON
155 NORTH WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: JAY M. GOFFMAN
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

TRENT WIND FARM L.P.
ATTN: CHRISTINE MCGARVEY
TRENT WIND FARM
1423 CR 131
TRENT, TX 79561

TRENT WIND FARM LP
ATTN: JAY JADWIN & LISA GROFF
TRENT WIND FARM
155 W. NATIONWIDE BLVD, SUITE 500
COLUMBUS, OH 43215

UNITED STATES DEPARTMENT OF JUSTICE
(ON BEHALF OF UNITED STATES OF AMERICA, DEPT.
OF AGRICULTURE, RURAL UTILITIES SERVICE)
ATTN: MATTHEW J. TROY
CIVIL DIVISION
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

US DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
ATTN: ARI D KUNOFSKY ESQ & W BRADLEY RUSSELL ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044