## Exhibit A

## Proposed Order

{00874073;v1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>**Related Docket No. \_\_\_\_** |

## ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE (I) REDACTED VERSION OF ITS JULY 8, 2014 LETTER AND (II) CERTAIN EXHIBITS TO THE LETTER UNDER SEAL

Upon consideration of the *Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal* (the "Motion")[1] filed by Wilmington Savings Fund Society, FSB ("WSFS"), as successor trustee under that certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas Competitive Electric Holdings, LLC ("TCEH"), TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee (the "Indenture"), the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion has been given, and no other or further notice is required; the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. WSFS is authorized to file a redacted version of the Letter.

3. WSFS is authorized to file Exhibits B and C to the Letter under seal.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{00874073;v1 }   1

2

4. Unredacted copies of the Letter along with the unsealed exhibits thereto shall not be made available to anyone except for this Court, the U.S. Trustee, counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors, counsel to the Ad Hoc Group of TCEH Unsecured Noteholders and others upon further Court Order.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
      July _____, 2014

                              THE HONORABLE CHRISTOPHER S. SONTCHI
                              UNITED STATES BANKRUPTCY JUDGE