**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Sills Cummis & Gross P.C. ("Sills Cummis") appears herein as attorneys for Benbrooke Electric Partners, LLC ("Benbrooke"), which is a party in interest in the above-captioned bankruptcy case pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to, *inter alia*, section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Sills Cummis requests, on behalf of Benbrooke, that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon Sills Cummis, at the office, address and telephone number set forth below and that Sills Cummis be added to the respective electronic notice and mailing matrixes on file with the Clerk of the Bankruptcy Court, as set forth below:

> Valerie A. Hamilton, Esq.
> Sills Cummis & Gross P.C.
> 600 College Road East
> Princeton, New Jersey 08540
> Tel: (609) 227-4600
> Fax: (609) 227-4646
> E-mail: vhamilton@sillscummis.com

**PLEASE TAKE FURTHER NOTICE**, that under section 1109(b) of the Bankruptcy Code, this request includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of and all orders, applications, motions, petitions,

pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, or otherwise that (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in these cases with respect to: (a) the captioned debtor; (b) property of the estate or alleged property of the estate, of the captioned debtor; or (c) property or proceeds thereof in the possession, custody, or control of others that the captioned debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the captioned debtor.

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance includes and constitutes a request pursuant to Bankruptcy Rule 3017 to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any later appearance, pleading, claim or suit waives (1) the right to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any rights, claims, actions, defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

Dated:  July 8, 2014                **SILLS CUMMIS & GROSS P.C.**
*Attorneys for Benbrooke Electric Partners, LLC*

By: */s/ Valerie A. Hamilton*
      Valerie A. Hamilton

600 College Road East
Princeton, NJ  08540
Tel: (609) 227-4600
Fax: (609) 227-4646
Email:  vhamilton@sillscummis.com