IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) Re: D.I. 472, 477, 505 |
| | ) Objection Deadline: To be determined |
| | ) Hearing Date: To be determined |

## NOTICE OF ADJOURNMENT OF CERTAIN MOTIONS AND HEARINGS

PLEASE TAKE NOTICE that, as more fully set forth below, the above-captioned debtors and debtors in possession (collectively, the "Debtors") are adjourning the EFIH Second Lien DIP Motion and the EFIH Settlement Motion (each of which was previously scheduled to proceed on July 10 and 11, 2014) and the Restructuring Support Agreement Assumption Motion (which was previously scheduled to proceed on July 18, 2014). The Debtors are doing so to provide the time needed to address with RSA counterparties and others postpetition developments potentially beneficial to the estates, to continue discussions among certain creditors and third parties, and to respond constructively to the Bankruptcy Court's observations at the close of the July 1, 2014 hearing. The Debtors remain committed to the value-maximizing goals embodied in the RSA transactions and are working with their stakeholders to address the timing and form of these transactions. The Debtors look forward to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

providing a comprehensive status report at the start of the omnibus hearing scheduled for July 18, 2014.[2]

PLEASE TAKE FURTHER NOTICE that the Debtors previously filed the following motions with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"):

1. **Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment** [D.I. 472], filed May 15, 2014 (with respect to all of the remaining relief requested therein, including with respect to approval of the Oncor TSA Amendment (as defined therein), the "EFIH Settlement Motion");

2. **Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay** [D.I. 477], filed May 15, 2014 (the "EFIH Second Lien DIP Motion"); and

3. **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay** [D.I. 505], filed May 16, 2014 (the "Restructuring Support Agreement Assumption Motion" and, together with

---

[2] Concurrently with the filing of this Notice, proposed counsel for the Debtors are also reaching out to and coordinating directly with the proponents of and objectors to the EFIH Second Lien DIP Motion, the EFIH Settlement Motion, and the Restructuring Support Agreement Assumption Motion.

the EFIH Settlement Motion and the EFIH Second Lien DIP Motion, the "Motions").

**You were previously served with copies of the Motions.**

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, one or more hearings to consider approval of the Motions (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on a **date and at a time to be determined. You will receive further notice of the Motions once one or more hearing dates and times to consider the Motions have been established.**

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, any responses or objections to the Motions must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed co-counsel for the Debtors on or before one or more **dates and times to be determined** (the "Objection Deadlines"). **You will receive further notice of the Objection Deadlines once they have been established.**

*[Remainder of page intentionally left blank.]*

Dated: July 8, 2014
      Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
       edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession