# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)

COMES NOW Red Ball Oxygen Company ("Red Ball"), and files this Notice pursuant to 11 U.S.C. § 546(b) of the perfection of liens upon real property and improvements, including significant repair work and improvements to certain real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the laws of the State of Texas. In support of this Notice, Red Ball will show the following:

1. **Overview.** Red Ball furnished, during the period spanning March 18, 2014 and April 8, 2014, labor and materials for construction or repair to certain real property and improvements pursuant to contractual agreements with one or more of the Debtors for which Red Ball has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Red Ball is not less than $47,025.22, exclusive of contractual interest, attorneys' fees, and costs. Red Ball's claims in the aforementioned aggregate amount are secured by the materialman's liens described below.

2. **Texas Materialman's and Constitutional Liens.** Red Ball timely filed the lien statements (the "Texas Materialman's and Constitutional Liens") against the real property and improvements described in the affidavits filed with the applicable Texas clerk's office, true and correct copies of which are attached as Exhibit "A" and are incorporated herein by reference.

3. **Lien Rights under Texas Law.** The Texas Materialman's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow . . . and . . . each lot of land necessarily connected or reclaimed," and specifically with regard to (i) Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas, (ii) Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas, (iii) Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas, (iv) Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC and/or Luminant Generation Company LLC, Rockdale, Milam County, Texas, (v) Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, Franklin, Robertson County, Texas, and (vi) Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas (collectively, the "Properties"). *See* Tex. Prop. Code § 53.022.

4. **Lien Inception.** Red Ball's Texas Materialman's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." Tex. Prop. Code § 53.124; *see also* 11 U.S.C. §§ 362(b)(3), 546(b)(1) (2014).

5. **Further Information Available Upon Request.** Any party-in-interest may obtain further information by contacting:

Red Ball Oxygen Company
c/o Jonathan L. Howell
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

(214) 741-2662
jhowell@mccathernlaw.com

6. **Reservation of Rights**. Red Ball reserves the right to supplement and/or amend this Notice. Red Ball further reserves all rights under title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, and other applicable federal or state laws. Nothing in this Notice shall be construed as a waiver of Red Ball's rights to assert any other claims against one or more of the Debtors pursuant to the Bankruptcy Code or applicable federal or state law, including, but not limited to, any administrative expense claim, priority claim, general unsecured claim, or other secured claim.

Date: July 8, 2014
   Wilmington, Delaware

Respectfully submitted,

CIARDI CIARDI & ASTIN

Daniel K. Astin, Esq. (No. 4068)
John D. McLaughlin, Jr., Esq. (No. 4123)
Joseph J. McMahon, Jr., Esq. (No. 4819)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
Email: jmcmahon@ciardilaw.com

-and-

Jonathan L. Howell (*admitted pro hac vice*)
MCCATHERN, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219
Telephone: (214) 741-2662
Email: jhowell@mccathernlaw.com

Attorneys for Red Ball Oxygen Company