# Exhibit "A"

STATE OF TEXAS     §
                   §
BASTROP COUNTY     §



AFT LIE
201407985
3 PGS

### AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
### MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason  Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.     "My name is _Jason  Kirby_. I am the _Vice President--North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.     Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.     Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, and/or Energy Future Holdings Corp.

4.     The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.     The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.     Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.     The total amount unpaid and reasonable value for labor and material furnished to the Property is $3,069.71. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

8.      Claimant claims a lien to secure payment of the total amount of $3,069.71, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 3⁰th day of June 2014, to certify which witness my hand and seal of office.

**SUSAN M HOWARTH**
**My Commission Expires**
**April 12, 2018**

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

## EXHIBIT "A"

**Legal Description:** DRAGLINES AND EQUIPMENT AT THREE OAKS MINE
(LUMINANT MINE, ELGIN)
**Bastrop Central Appraisal District Property I.D.:** P113762

**Legal Description:** (LIGNITE RESERVES) AT THREE OAKS MINE
**Bastrop Central Appraisal District Property I.D.:** P113763

**Legal Description:** LIGNITE RESERVES @ THREE OAKS MINE (MCDADE)
**Bastrop Central Appraisal District Property I.D.:** P113764

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Rose Pietsch*

July 01, 2014  10:18:15 AM
MARYC FEE: $24.00  BOOK:2331 PAGE:373-375
ROSE PIETSCH, County Clerk
Bastrop, Texas
AFT LIE         **201407985**

---



01402109

STATE OF TEXAS        §
                      §
FREESTONE COUNTY      §

A CERTIFIED COPY
Attest
LINDA JARVIS, County Clerk
Freestone County, Texas
By

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared ___Jason Kirby___, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is ___Jason Kirby___. I am the ___Vice President - North Texas___ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221 and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $14,838.87. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

01402109

8.      Claimant claims a lien to secure payment of the total amount of $14,838.87, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason  L.  Kirby_

Title: _Vice  President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

01402109

## EXHIBIT "A"

**Legal Description:** J N ACOSTA, A-1
**Freestone Central Appraisal District Property I.D.:** 924

**Legal Description:** J N ACOSTA , A-1, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 926

**Legal Description:** J N ACOSTA, A-1, P AND A CARRIES IMP VALUE
**Freestone Central Appraisal District Property I.D.:** 927

**Legal Description:** M R PALACIOUS, A-20, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 5091

**Legal Description:** S P FLINT, A-229, TU RR TR  NO. 39
**Freestone Central Appraisal District Property I.D.:** 11073

**Legal Description:** J PEPI, A-21,
**Freestone Central Appraisal District Property I.D.:** 52724



FILED FOR RECORD IN
Freestone County
Linda Jarvis
COUNTY CLERK
ON: Jul 01,2014 AT 02:10P
as Recordings
Document Number:   01402109
Total Fees   :     34.00
Receipt Number - 125945
By, Penny Stewart, Deputy



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

20142470

STATE OF TEXAS      §
                      §
LIMESTONE COUNTY    §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason  Kirby_ , hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason  Kirby_ . I am the _Vice  President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas 76653**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, **Luminant Holding Company LLC** and **Oak Grove Management Company LLC,** whose mailing address is c/o Property Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.**, whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.      The total amount unpaid and reasonable value for labor and material furnished to the Property is $1,659.96. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

20142470

8.      Claimant claims a lien to secure payment of the total amount of $1,659.96, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219



A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

20142470

## EXHIBIT "A"

**Legal Description:** A240 C.J. HEDDENBERG, ACRES 116.55
**Limestone County Appraisal District Property I.D.:** R60932

**Legal Description:** A326 J. E. Lewis, ACRES 71.314
**Limestone County Appraisal District Property I.D.:** R12135

**Legal Description:** Lease # 9900030 PRODUCING LIGNITE KOSSE MINE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N359204

**Legal Description:** Lease # 9900010 KOSSE MINING, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N334051

**Legal Description:** Lease # 9900020 LIGNITE STOCKPILE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N271609

Filed for Record in:
Limestone County

On: Jul 01,2014 at 11:22A

By,Lederle Salazar

STATE OF TEXAS                 COUNTY OF LIMESTONE
I hereby certify that this instrument was
filed on the date and time stamped hereon by me and
was duly recorded in the named records of:
Limestone County as stamped hereon by me.

Jul 01,2014

Peggy Beck, County Clerk
Limestone County

I, Peggy Beck, County Clerk,
Limestone County, Texas, do hereby certify
that this is a true and correct copy as the
same appears of record in my office.
Witness my hand and Seal of Office
on ___7-1-14___
Peggy Beck, County Clerk
By_____
Deputy



A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

VOL. __1230__ PAGE_217_
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

STATE OF TEXAS      §
                     §   *16506*

MILAM COUNTY    §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2. Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3. Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4. The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5. The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC** and/or **Luminant Generation Company LLC, Rockdale, Milam County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6. Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, **Luminant Generation Company LLC**, whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN – Page 1

CERTIFIED TO BE A TRUE AND CORRECT COPY

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $11,857.89. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $11,857.89, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason  L.  Kirby_

Title: _Vice  President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this __th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

VOL.___1230___PAGE218
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

CERTIFIED TO BE A TRUE AND CORRECT COPY
___ DAY OF ___ July ___ 20 14
PAGE___ OF ___

## EXHIBIT "A"

**Legal Description:** SANDOW 5-FLUIDIZED BED-LIGNITE STATIONARY BOILER POWER PLANT
**Milam County Appraisal District Property I.D.:** 76976

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 11-15323
**Milam County Appraisal District Property I.D.:** 20512603

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 07-11851
**Milam County Appraisal District Property I.D.:** 77750

**Legal Description:** SANDOW 5 POLLUTION CONTROL
**Milam County Appraisal District Property I.D.:** 20510500

**Legal Description:** SANDOW 5 POLLUTION CONTROL 2010 APPROVED TCEQ
**Milam County Appraisal District Property I.D.:** 20511598

**Legal Description:** MINE IMPROVEMENTS ROCKDALE
**Milam County Appraisal District Property I.D.:** 20512604

CLERK'S NOTICE: ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE, IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

FILED
AT _2:55_ O'CLOCK _P_ M
ON THE _1_ DAY OF _July_
A.D., 20 _14_

Barbara Vansa
COUNTY CLERK, MILAM COUNTY, TEXAS
BY _Linda Hall_ DEPUTY

STATE OF TEXAS
COUNTY OF MILAM
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Records of Milam County, Texas.

Barbara Vansa
County Clerk, Milam County, Texas
VOL _1230_ PAGE _217_
RECORDED _7-1-14 @ 5P_
BY _Linda Hall_ DEPUTY

34 K 3Pgp

VOL: ___1230___ PAGE _219_
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

CERTIFIED TO BE A TRUE AND CORRECT COPY
_2_ DAY OF _July_ 20_14_

STATE OF TEXAS          §
                        §
ROBERTSON COUNTY        §

Accepted for Filing in:
Robertson County
On: Jul 01,2014 at 02:12P
By: Carol Bancroft

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company LLC, Franklin, Robertson County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Oak Grove Management Company LLC,** whose mailing addresses are P.O. Box 681, Fairfield, Texas 75840, 500 N. Akard Street, 14th Floor, Dallas, Texas 75201 and c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

Doc          Bk      Vol        Pg
    20142113  OR          1239        116

7.     The total amount unpaid and reasonable value for labor and material furnished to the Property is $5,629.00.  This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.     Claimant claims a lien to secure payment of the total amount of $5,629.00, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this _30_th day of June 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

```
Doc        Bk      Vol       Pg
  20142113  OR        1239       117
```

## EXHIBIT "A"

**Legal Description:** OAK GROVE SES UNITS 1 & 2
**Robertson County Appraisal District Account Number:** 2-001265-000020 (46098-1/34636)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000025 (46100-1/34636)

**Legal Description:** AB 174 J HENSLEY, M 8 QD#7, 1140/647, 15.2 ACRES
**Robertson County Appraisal District Account Number:** 000174-000080 (5842-1/27599)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000030 (51812/36758)

**Legal Description:** AB 174TR, 11J HENSLEY, 1148/346, 46.08 ACRES
**Robertson County Appraisal District Account Number:** 000174-000110 (5845-1/11709)

**Legal Description:**  AB 158 W F GRAY TR 2 972/369, 1135/67, 17 ACRES
**Robertson County Appraisal District Account Number:** 000158-000051 (5638-1/16518)

Doc             Bk        Vol          Pg
    20142113   OR         1239         118

STATE OF TEXAS                    COUNTY OF ROBERTSON
        I hereby certify that this instrument was
filed on the date and time stamped hereon by me
and was duly recorded in the volume and page
of the named records of: Robertson County
as stamped hereon by me.

        Jul 01,2014

        Kathryn N. Brimhall, County Clerk
        Robertson County

00144192 VOL: 3304 PG: 621

STATE OF TEXAS          §
                        §
RUSK COUNTY             §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "<u>Claimant</u>"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "<u>Agreement</u>") by and between Claimant and Luminant Holding Company LLC, Luminant Mining Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "<u>Property</u>") is the **Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Mining Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.      The total amount unpaid and reasonable value for labor and material furnished to the Property is $9,969.79. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.



00144192 VOL: 3304 PG: 622

8.    Claimant claims a lien to secure payment of the total amount of $9,969.79, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this _30_ th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018



NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

00144192 VOL: 3304 PG: 623

## EXHIBIT "A"

**Legal Description:** AB 160 D CORTINAS SUR, 2.52 AC AND 7.50 AC FIELD OFFICE, TU
TR NO. 1284 AREA 361, DAVIDSON DAVID CLAY
**Rusk County Appraisal District Property I.D.:** 49282

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1214 AREA 361, SMITH PAUL
**Rusk County Appraisal District Property I.D.:** 54445

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1343 AREA 361, SMITH EMMA
JEAN TRIMBLE
**Rusk County Appraisal District Property I.D.:** 24372

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1341 AREA 361, BARR
NETTIE JAN
**Rusk County Appraisal District Property I.D.:** 1840

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 596 AREA 361, EPPS LOVIA
DELOIS, HSE NTV
**Rusk County Appraisal District Property I.D.:** 21048

**Legal Description:** AB 160 D CORTINAS SUR, TU TR 1308 AREA 361, ANTHONY MARY,
GONE 1/23/2012
**Rusk County Appraisal District Property I.D.:** 14921

**Legal Description:** AB 160 D CORTINAS SUR, TR NO. 1222/AREA 271, FITZGERALD
DAN
**Rusk County Appraisal District Property I.D.:** 35522

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1213 AREA 361, RIFE
MYRTLE TODD AND GROVER, EUGENE RILEY
**Rusk County Appraisal District Property I.D.:** 37842

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1281 AREA 361, GONZALEZ
JOSE ISABEL, HSE GONE 8/22/2013
**Rusk County Appraisal District Property I.D.:** 41433

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1250 AREA 361, WALLACE
RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63992

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1249 ARE 361, WALLACE
RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63947

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

00144192 VOL: 3304 PG: 624

STATE OF TEXAS                    COUNTY OF RUSK
I hereby certify that this instrument was filed on
the date and time stamped hereon  by me  and
was duly recorded  in the volume  and page of the
named records  of  Rusk County, Texas  as stamped
hereon by me.              OFFICIAL PUBLIC RECORDS

        Jul 01,2014 01:03P

JOYCE LEWIS-KUGLE, COUNTY CLERK

RUSK COUNTY, TEXAS

FILED FOR RECORD

Jul 01,2014 01:03P

JOYCE LEWIS-KUGLE,
COUNTY CLERK
RUSK COUNTY, TEXAS

By:

Esther Mawa
DEPUTY



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

*THE STATE OF TEXAS:*

 *COUNTY OF RUSK: I, JOYCE LEWIS-KUGLE*, County Clerk of Rusk County, Texas, do hereby certify that the above and foregoing instrument is a true and correct copy of the original instrument filed in this office on the ___ day of _____ A.D. ____, at ____ o'clock ___ M, as the same appears of record in Vol. ____ Page ____ thru Page ____ of the _____ Records of Rusk County, Texas.

Given Under My Hand and Seal of Office this ___ day of _____ A.D. ____.

JOYCE LEWIS-KUGLE, County Clerk of the County Court of Rusk County, Texas

By: _____ Deputy

