# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) <br> ) **Related to Docket No. 1506** <br> ) |

### MOTION FOR AN ORDER SHORTENING NOTICE PERIOD IN CONNECTION WITH MOTION FOR ENTRY OF AN ORDER DETERMINING APPLICABILITY OF THE AUTOMATIC STAY TO NON-BANKRUPTCY LITIGATION INVOLVING CERTAIN OF THE DEBTORS AND FIXING HEARING DATE AND OBJECTION DEADLINE

Sierra Club, by and through undersigned counsel, respectfully requests that this Court enter an order in the form attached shortening the notice period applicable under the Court's Local Rules in connection with the *Motion for Entry of an Order Determining Applicability of the Automatic Stay to Non-Bankruptcy Litigation Involving Certain of the Debtors* (the "*Underlying Motion*"), setting the Underlying Motion for hearing, and fixing a deadline for objections to the Underlying Motion. In support of this Motion, Sierra Club respectively states as follows:

1. On April 29, 2014 (the "*Petition Date*"), each of the Debtors, including the Defendants, filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware thus commencing the

2. Prior to the Petition Date, Sierra Club had brought a citizen-enforcement suit (the "*Enforcement Suit*") in the United States District Court for the Western District of Texas (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' services address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claim and noticing agent at http://www.efhcaseinfo.com.

"*District Court*") against Debtors Energy Future Holdings Corp. ("*EFH Corp.*") and Luminant Generation Company LLC ("*Luminant*," and together with EFH Corp., the "*Defendants,*" and collectively with Sierra Club, the "*Parties*"), alleging violations of the Clean Air Act, 42 U.S.C. § 7604.

3. The District Court entered a final order in the Enforcement Suit on March 28, 2014 (the "*Final Order*"). The Defendants thereafter submitted a post-judgment motion for fees and costs pursuant to Fed. R. Civ. P. 54(d) on April 9, 2014 (the "*Fee Motion*"). On April 16, 2014, pursuant to Fed. R. Civ. P. 59(e) and 52(b), Sierra Club moved the District Court to amend the Final Order (the "*Motion to Amend*") on the grounds that an award of fees to the Defendants would be manifestly contrary to settled law.

4. Sierra Club's Opposition to the Fee Motion is currently due to be filed with the District Court by August 5, 2014, and its Reply in Support of the Motion to Amend is currently due by August 8, 2014 (collectively, the "*Responsive Pleadings*").

5. Upon commencement of the Chapter 11 Cases, the automatic bankruptcy stay went into effect. The Defendants have expressed their position that the automatic bankruptcy stay in the Chapter 11 Cases applies to all proceedings in the District Court except for the Fee Motion, suggesting that by filing the Responsive Pleadings, Sierra Club may violate the Debtors' automatic stay.

6. Sierra Club filed the Underlying Motion requesting a determination as to the applicability of the automatic stay. Specifically, Sierra Club requires guidance on the issues of (1) whether the Fee Motion is also stayed by the Bankruptcy Code and (2) whether Sierra Club may file the Responsive Pleadings with the District Court without violating the Debtors' automatic stay.

7. The Underlying Motion is necessary to avoid the immediate and irreparable harm that it will suffer if it is unable to meet the deadlines imposed by the District Court for filing the Responsive Pleadings (the "*Response Deadlines*"). Without an expedited hearing, Sierra Club would not be able to obtain the relief it requests until the next omnibus hearing date of August 11, 2014, by which time, the Response Deadlines will have passed.

8. Sierra Club has worked diligently to come to an agreement with the Defendants to resolve these issues, but recent attempts by Sierra Club to postpone the Response Deadlines or otherwise stay the Fee Motion by agreement with the Defendants have been unsuccessful.

9. So that Sierra Club may obtain a ruling on these matters before the Response Deadlines expire, it is vital that the Underlying Motion be heard at the upcoming hearing on July 18, 2014 at 9:30 a.m., and Sierra Club respectfully requests that the Court shorten the applicable notice period and expedite the hearing with respect to the Underlying Motion.

10. Sierra Club submits that shortening the notice periods for the Underlying Motion and fixing the proposed hearing date and objection deadline do not create any prejudice to the parties involved. Both sides have exchanged their arguments and are fully aware of the limited issues involved.

**WHEREFORE,** the Sierra Club respectfully requests that this Court enter an order shortening the notice period for the Underlying Motion, setting the Underlying Motion for hearing on **July 18, 2014, at 9:30 a.m.**, and setting an objection deadline with respect to the Underlying Motion for **July 16, 2014, at 12:00 noon**.

Respectfully submitted,

Dated:  July 8, 2014　　　　　　　　　　**GOLDSTEIN & MCCLINTOCK LLLP**

　　　　　　　　　　　　　　　　　*/s/Maria Aprile Sawczuk*
　　　　　　　　　　　　　　　　　Maria Aprile Sawczuk (DE. Bar No. 3320)
　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 7380
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　Tel. (302) 444-6710
　　　　　　　　　　　　　　　　　Fax (302) 444-6709
　　　　　　　　　　　　　　　　　Email: marias@restructuringshop.com

　　　　　　　　　　　　　　　　　*Counsel for Sierra Club*