IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. _____** |
| | ) | |

**ORDER SHORTENING NOTICE PERIOD IN CONNECTION WITH MOTION FOR ENTRY OF AN ORDER DETERMINING APPLICABILITY OF THE AUTOMATIC STAY TO NON-BANKRUPTCY LITIGATION INVOLVING CERTAIN OF THE DEBTORS AND FIXING HEARING DATE AND OBJECTION DEADLINE**

Upon consideration of the motion (the "*Motion to Shorten*") of Sierra Club for entry of an order shortening the notice period in connection with the Underlying Motion[2] and fixing a hearing date and objection deadline for the Underlying Motion; and it appearing that sufficient notice of the Motion to Shorten has been given; and it appearing that the relief requested by the Motion to Shorten is necessary to avoid irreparable harm to Sierra Club; and good cause have been shown, it is hereby

ORDERED that the Motion to Shorten is GRANTED; and it is further

ORDERED that a hearing on the Underlying Motion is scheduled for July 18, 2014, at 9:30 a.m. (Eastern Time); and it is further

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' services address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claim and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms not herein defined shall have the meanings ascribed to them in the Motion to Shorten.

ORDERED that any objections or responses to the Underlying Motion must be filed with the Clerk of the Bankruptcy Court for the District of Delaware no later than noon on July 16, 2014, and it is further

ORDERED that immediately after the entry of this Order, counsel for Sierra Club shall serve a copy of this Order and notice of the Underlying Motion on the parties specified in the Underlying Motion; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: July __, 2014
       Wilmington, Delaware

                                           Honorable Christopher S. Sontchi
                                           United States Bankruptcy Court Judge