Philip D. Anker
Charles C. Platt
Dennis L. Jenkins
George W. Shuster, Jr.
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for CSC Trust Company of Delaware
as Indenture Trustee and Collateral Trustee
for the EFIH 10% Senior Secured Notes Due 2020*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>*Plaintiff,*<br>v.<br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>*Defendants.* | Adversary Proceeding<br>No. 14-50363 (CSS) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), attorneys for CSC Trust Company of Delaware as Indenture Trustee and Collateral Trustee (the "Trustee") for the 10% Senior Secured Notes Due 2020 (the "10% Notes") issued pursuant to the Indenture dated as of August 17, 2010 (as amended or supplemented from time to time, the "10% Indenture") between (i) Energy Future Intermediate

Holdings LLC and EFIH Finance Inc. (the "EFIH Debtors") and (ii) the Trustee, in its capacity as successor indenture trustee, files this Notice of Appearance and Request for Service of Papers, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"),[1] and requests that copies of all notices and pleadings given or required to be given in this case, be given to and served upon:

>Philip D. Anker
>Charles C. Platt
>Dennis L. Jenkins
>George W. Shuster, Jr.
>Wilmer Cutler Pickering Hale and Dorr LLP
>7 World Trade Center
>250 Greenwich Street
>New York, New York 10007
>Telephone: (212) 230-8800
>Facsimile: (212) 230-8888
>E-mails: philip.anker@wilmerhale.com
>charles.platt@wilmerhale.com
>dennis.jenkins@wilmerhale.com
>george.shuster@wilmerhale.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, and section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

---

[1] WilmerHale does not believe that any statement pursuant to Bankruptcy Rule 2019, or any supplement to the Verified Statement of Ropes & Gray LLP, Cole, Schotz, Meisel, Forman & Leonard P.A. and Drinker Biddle & Reath LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019, dated June 5, 2014 [Docket No. 850], is necessary in connection with this appearance, but, to the extent any such statement or supplement is required, WilmerHale submits that the information provided herein and therein is sufficient.

mail, hand delivery, telephone, facsimile, telecopy or otherwise filed with regard to this case and any proceedings thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be (i) a consent to the jurisdiction of the Bankruptcy Court, (ii) a waiver of the Trustee's rights (a) to have final orders entered only after de novo review by a district court, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases, (c) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to object to the to the jurisdiction or venue of the Court or venue of these cases, or (iii) a waiver of any other rights, remedies, claims, actions, defenses, setoffs or recoupments, as appropriate, to which the Trustee is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Trustee expressly reserves.

Dated: July 8, 2014
Wilmington, Delaware

/s/ Norman L. Pernick
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Nicholas J. Brannick (No. 5721)
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: 302-652-3131
Facsimile:  302-652-3117

and

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536

and

- 4 -

      /s/ Philip D. Anker
Philip D. Anker
Charles C. Platt
Dennis L. Jenkins
George W. Shuster, Jr.
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for CSC Trust Company of Delaware as Indenture Trustee and Collateral Trustee for the EFIH 10% Senior Secured Notes Due 2020*