IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATION OF COUNSEL CONCERNING ORDER EXTENDING DEBTORS' TIME TO COMPLY WITH "GENERAL ORDER RE: FEE EXAMINERS IN CHAPTER 11 CASES WITH COMBINED ASSETS AND/OR LIABILITIES IN EXCESS OF $100,000,000 BEFORE JUDGE CHRISTOPHER S. SONTCHI"**

The undersigned hereby certifies as follows:

1. On April 29, 2014 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced cases (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Bankruptcy Code for the District of Delaware (the "Court").

2. On March 13, 2014, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") in the Chapter 11 Cases [D.I. 420].

3. Pursuant to the *General Order Re: Fee Examiners in Chapter 11 Cases with Combined Assets and/or Liabilities in Excess of $100,000,000 Before Judge Christopher S. Sontchi* (the "Standing Order"), the Debtors have until no later than seventy (70) days after the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10495220v.2

Petition Date — *i.e.,* today, July 8, 2014 — to, among other things, submit under certification of counsel, a proposed order regarding the appointment of a fee examiner.

4. Since the appointment of the Creditors' Committee, the Debtors have diligently worked with the Creditors' Committee and the U.S. Trustee concerning their proposed compliance with the Standing Order. As a result of those discussions, the parties have reached an agreement in principle with respect to the appointment of a fee review committee in the Chapter 11 Cases to, among other things, comply with the Standing Order. To that end, the Debtors are informed that the U.S. Trustee is in the process of preparing a motion seeking the approval of certain protocols and procedures to govern the appointment and operation of the proposed fee committee. At the same time, however, the Debtors are informed that the U.S. Trustee requires up to an additional thirty (30) days to finalize and file its proposed motion. As a result of the foregoing, and in light of the pending deadline set forth in the Standing Order, the Debtors are hereby requesting entry of an order extending the Debtors' time to comply with the Standing Order by a period of thirty (30) days.

5. Attached hereto as <u>Exhibit A</u> is a proposed order (the "<u>Proposed Order</u>") extending the time by which the Debtors must comply with the Standing Order by thirty (30) days through and including August 7, 2014. This certification of counsel and the Proposed Order were circulated to the U.S. Trustee and the Creditors' Committee and neither party has any objection to the entry of the Proposed Order.

6. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order extending the time by which the Debtors must comply with the Standing Order, substantially in the form attached hereto as <u>Exhibit A</u>, at the Court's earliest convenience.

RLF1 10495220v.2

Dated: July 8, 2014
      Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession