# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 1500, 1501 & 1502 |

## ORDER GRANTING WILMINGTON SAVINGS FUND SOCIETY, FSB'S MOTION PURSUANT TO LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER SHORTENING THE TIME TO CONSIDER WILMINGTON SAVINGS FUND SOCIETY FSB'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE (I) REDACTED VERSION OF ITS JULY 8, 2014 LETTER AND (II) CERTAIN EXHIBITS TO THE LETTER UNDER SEAL

Upon consideration of the motion (the "Motion to Shorten")[1] of Wilmington Savings Fund Society, FSB ("WSFS") for entry of an Order providing that the applicable notice period for the relief requested in WSFS's *Motion for Entry of an Order Authorizing WSFS to File (I) Redacted Version of its July 8, 2014 Letter And (II) Certain Exhibits to the Letter Under Seal* (the "Motion to Seal"), be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Seal and the Motion to Shorten has been given, and after due deliberation and sufficient cause appearing therefore, it is hereby,

**ORDERED**, that the Motion to Shorten is granted; and it is further,

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

{00874087;v1 }

**ORDERED,** that the Motion to Seal shall be heard on July 10, 2014 at 9:30 a.m. (EDT), and that any objections to the relief requested in the Motion to Seal shall be heard at the hearing; and it is further,

**ORDERED,** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

Dated: July 9, 2014
Wilmington, DE

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

{00874087;v1 }