IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Objection Deadline: July 11, 2014 @ 9:30 a.m.<br>Hearing Date: July 11, 2014 @ 9:30 a.m.<br>Related to Docket No. 1501 |

## NOTICE OF HEARING REGARDING MOTION FOR ENTRY OF AN ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE (I) REDACTED VERSION OF ITS JULY 8, 2014 LETTER AND (II) CERTAIN EXHIBITS TO THE LETTER UNDER SEAL

**PLEASE TAKE NOTICE** that, on July 8, 2014, Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Lien (the "Trustee"), filed and served the **Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of Its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal** [Docket No. 1501] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon, so as to be received by, the undersigned counsel on or before **July 11, 2014 at 9:30 a.m. (prevailing Eastern Time)**. Only properly and timely filed objections or responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that the Motion is scheduled to be heard by the Bankruptcy Court on **July 11, 2014 at 9:30 a.m. (prevailing Eastern Time)** before The Honorable Christopher S. Sontchi, Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

{00874476;v1 }

| | |
|---|---|
| Dated: July 9, 2014<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>/s/ Gregory A. Taylor<br>William P. Bowden [I.D. No. 2553]<br>Gregory A. Taylor [I.D. No. 4008]<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>- and -<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner (admitted pro hac vice)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>- and –<br><br>Jeffrey L. Jonas (admitted pro hac vice)<br>Jeremy B. Coffey (admitted pro hac vice)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br><br>*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee* |

{00874476;v1 }