IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| *et al.*,[1] | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** U.S. Bank National Association ("U.S. Bank"), in its capacity as (a) indirect successor in interest to The Connecticut National Bank, in its capacity as Owner Trustee under that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1987, as amended and supplemented by Supplement No. 1, dated as of May 1, 1998; Supplement No. 2 and No. 3 dated as of August 1, 1988; and Supplement No. 4 dated as of July 1, 1993; (b) indirect successor in interest to The Connecticut National Bank, in its capacity as Owner Trustee under that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1989, as amended and supplemented by Supplement No. 1, dated as of October 25, 1995; (c) successor Security Trustee to Fleet National Bank under the Security Agreement-Trust Deed dated November 1, 1996; and (d) successor Indenture Trustee to The Bank of New York under the Trust Indenture and Security Agreement (TXU Railcar Trust 2005-A) dated September 30, 2005, as supplemented by that certain Indenture Supplement No. 1 (TXU Railcar Trust 2005-A), hereby appears in the above-captioned case by its counsel, Maslon Edelman Borman & Brand, LLP, and Dorsey & Whitney Delaware LLP, and such counsel hereby enter their appearances pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby request, pursuant to Fed.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

R. Bankr. P. 2002, 3017 and 9007, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

| | |
|---|---|
| Eric Lopez Schnabel, Esq.<br>Robert W. Mallard, Esq.<br>Alessandra Glorioso, Esq.<br>Dorsey & Whitney Delaware LLP<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>Phone: (302) 425-7171<br>Facsimile: (302) 425-7177<br>E-mail: schnabel.eric@dorsey.com<br>E-mail: mallard.robert@dorsey.com<br>E-mail: glorioso.alessandra@dorsey.com | Clark T. Whitmore, Esq.<br>Ana Chilingarishvili, Esq.<br>Korey G. Kallstrom, Esq.<br>Maslon Edelman Borman & Brand, LLP<br>90 South Seventh Street, Suite 3300<br>Minneapolis, MN  55402<br>Telephone: (612) 672-8200<br>Facsimile:  (612) 642-8342<br>E-mail: clark.whitmore@maslon.com<br>E-mail:  ana.chilingarishvili@maslon.com<br>E-mail: korey.kallstrom@maslon.com |

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) U.S. Bank's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) U.S. Bank's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) U.S. Bank's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction,

setoffs, or recoupments to which U.S. Bank may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments U.S. Bank expressly reserves.

Dated: July 9, 2014

Wilmington, Delaware

DORSEY & WHITNEY DELAWARE LLP

 /s/  Robert W. Mallard
Eric Lopez Schnabel, Esq. (DE No. 3672)
Robert W. Mallard, Esq. (DE No. 4279)
Alessandra Glorioso, Esq. (DE No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Phone:  (302) 425-7171
Facsimile:  (302) 425-7177

-and-

**MASLON EDELMAN BORMAN & BRAND, LLP**

Clark T. Whitmore (MN #181699)
Ana Chilingarishvili (MN #0391057)
Korey G. Kallstrom (#0391276)
90 S. Seventh Street, Suite 3300
Minneapolis, MN 55402-4140
Telephone:     612-672-8200
Facsimile:     612-642-8342

*Attorneys for U.S. Bank National Association*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9TH day of July, 2014, I caused a copy of the above **Notice of Appearance and Request for Service of Notices and Documents** to be served through the ECF system, and that copies will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date herein.

/s/ Alessandra Glorioso, Esq.

#1047551