# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ) | Case No. 14-10979 (CSS) |
| *et al.*,[1] ) | |
| Debtors. ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Korey G. Kallstrom, Esquire, of the law firm Maslon Edelman Borman and Brand, LLP, 90 South Seventh Street, Minneapolis, MN 55402 (the "Admittee"), as counsel to U.S. Bank National Association ("U.S. Bank"), in its capacity as (a) indirect successor in interest to The Connecticut National Bank, in its capacity as Owner Trustee under that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1987, as amended and supplemented by Supplement No. 1, dated as of May 1, 1998; Supplement No. 2 and No. 3 dated as of August 1, 1988; and Supplement No. 4 dated as of July 1, 1993; (b) indirect successor in interest to The Connecticut National Bank, in its capacity as Owner Trustee under that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1989, as amended and supplemented by Supplement No. 1, dated as of October 25, 1995; (c) successor Security Trustee to Fleet National Bank under the Security Agreement-Trust Deed dated November 1, 1996; and (d) successor Indenture Trustee to The Bank of New York under the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

Trust Indenture and Security Agreement (TXU Railcar Trust 2005-A) dated September 30, 2005, as supplemented by that certain Indenture Supplement No. 1 (TXU Railcar Trust 2005-A).

The Admittee is admitted, practicing, and in good standing in the State of Minnesota.

Dated: July 8, 2014

Wilmington, Delaware

DORSEY & WHITNEY DELAWARE LLP

/s/ Alessandra Glorioso, Esq. (DE No. 5757)
Eric Lopez Schnabel, Esq. (DE No. 3672)
Robert W. Mallard, Esq. (DE No. 4279)
Alessandra Glorioso, Esq. (DE No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Phone: (302) 425-7171
Facsimile: (302) 425-7177

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Bankruptcy Court Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and the United States District Court for the District of Minnesota, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court revised July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 8, 2014

Korey G. Kallstrom (MN Atty. #0391276)
Maslon Edelman Borman and Brand, LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Telephone:    612-672-8315
Facsimile:    612-642-8315
E-mail:    korey.kallstrom@maslon.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2014
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

DM #1046169    2