# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Energy Future Holdings Corp., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 27th day of June, 2014, a true and accurate copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)** was caused to be served upon the party listed below in the manner indicated. A copy of the Affidavit of Service is attached hereto.

### VIA PROCESS SERVER

Credit Suisse International LLC
11 Madison Avenue
New York, New York 10010

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48380519.1

Dated: Wilmington, Delaware
      July 9, 2014

**POLSINELLI PC**

/s/ *Justin K. Edelson*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
        jedelson@polsinelli.com
        skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
----------------------------------------------------------------X

In re: Energy Future Holdings Corp., et al.,

                Debtor,

----------------------------------------------------------------X

Chapter 11

Case No. 14-10979 (CSS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
            S.S.:
COUNTY OF NEW YORK)

      **ROBERT MILLS,** being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 27th day of June, 2014, at approximately 4:06pm, deponent served a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)** upon **CREDIT SUISSE INTERNATIONAL – SECURITIES (USA LLC)** at 11 Madison Avenue, New York, NY by personally delivering and leaving the same with **JANINE SCHAMPIER**, who informed deponent that she holds the position of Legal Assistant – LIT with that company and is authorized by appointment to receive service at that address.

      **JANINE SCHAMPIER** is a white female, approximately 38 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 160 pounds with brown hair and blue eyes.

*[signature]*
**ROBERT MILLS, #1004298**

Sworn to before me this
1st day of July, 2014

*[notary signature]*
NOTARY PUBLIC

JONATHAN  RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com