**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979-CSS<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 1225** |

**NOTICE OF DISCLOSURE OF BID CAP IN ACCORDANCE
WITH BIDDING AND ACQUISITION PROCEDURES SET FORTH IN THE**
*MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN
ORDER AUTHORIZING, BUT NOT REQUIRING, THE TCEH DEBTORS (A) TO
PARTICIPATE IN A COMPETITIVE AUCTION, AND (B) IF SELECTED AS THE
WINNING BIDDER, CONSUMMATE A PROPOSED ACQUISITION*

PLEASE TAKE NOTICE that, as more fully set forth below, and as set forth in the *Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order Authorizing, but not Requiring the TCEH Debtors (A) To Participate in a Competitive Auction, and (B) If Selected as the Winning Bidder, Consummate a Proposed Acquisition* [D.I. 1225] (the "Bid Motion"),[2] the TCEH Debtors are providing notice (the "Notice") of their intent to potentially file a bid for the Assets in an amount not to exceed $87.5 million in accordance with the Bidding and Acquisition Procedures (the "Bid Cap").

PLEASE TAKE FURTHER NOTICE THAT objections to the Bid Cap must be filed with the United States Bankruptcy Court for the District of Delaware (the "Court") and served upon (a) the TCEH Debtors and their undersigned counsel, (b) counsel to the Creditors'

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bid Motion.

Committee, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines, and (c) counsel to the ad hoc committee of TCEH first lien creditors, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, Attn: Jacob A. Adlerstein (collectively, the "Notice Parties") so as to be received no later than **July 15th at 12:00 P.M. (prevailing Eastern Time)**.  If no objections are received, the TCEH Debtors will be authorized to submit a bid in an amount not to exceed the Bid Cap (subject to Court approval of the relief requested in the Bid Motion) without further order of the Court or further consent of any party.

PLEASE TAKE FURTHER NOTICE THAT nothing in this Notice shall obligate the TCEH Debtors to submit a bid for the purchase of the Assets.  In addition, the TCEH Debtors reserve all rights to exercise the Enhanced Bid Approval Procedures at a later date in accordance with the relief granted with respect to the Bid Motion.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: Wilmington, DE<br>July 9, 2014 | BIFFERATO LLC<br><br>/s/ Thomas F. Driscoll III<br>Ian Connor Bifferato (#3273)<br>Thomas F. Driscoll III (#4703)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>Telephone: (302) 225-7600<br>Facsimile: (302) 254-5383<br><br>- and -<br><br>Michael A. Rosenthal (*pro hac vice* pending)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>47th Floor<br>New York, New York 10166<br>Telephone:  (212) 351-3969<br>Facsimile:  (212) 351-6258<br><br>*Proposed Special Counsel to the Debtors* |