UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979 CSS        BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order (WITH REVISIONS MADE BY THE COURT) Approving EFIH First Lien Settlement

**Docket #:** 858        **Date Entered:** 6/6/2014

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 873 | Date Filed: 6/9/2014 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

CSC Trust Company of Delaware, as indenture Trustee

**Appellee/Cross Appellee**

Energy Future Holdings Corp, et al

**Counsel for Appellant/Cross Appellant:**

Norman L. Pernick, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

See attachment for additional counsel

**Counsel for Appellee/Cross Appellee:**

Mark D. Collins, Esq.
920 N. King Street
Wilmington, DE  19801

See attachment for additional counsel

| | | |
|---|---|---|
| **Filing fee paid?** | Yes ● | No ○ |
| **IFP application filed by applicant?** | Yes ○ | No ● |
| **Have additional appeals of the same order been filed?** | Yes ○ | No ● |
| ***If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: CA#14-723 | Yes ○ | No ● |
| **Record on Appeal** | Yes ○ | No ● |

*(continued on next page)*

**Notes:** Motion of CSC Trust Company Of Delaware, As Indenture Trustee, For Certification Of Direct Appeal under 28 U.S.C. section 158(d)(2)

Docket #1123 Filed on 6/25/2014

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 7/10/2014          by: ___Judy Fisher_____
                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: BAP-14-024


"*Attachment*"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |

| Party | Attorneys |
|---|---|
| **Appellant:**<br>CSC Trust Company of Delaware, as indenture trustee | Ropes & Gray LLP<br>Keith H. Wofford, Esquire<br>Michael S. Winograd, Esquire<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: 212.596.9000<br>Facsimile: 212.596.9090<br><br>Ropes & Gray LLP<br>D. Ross Martin, Esquire<br>Andrew G. Devore, Esquire<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: 617.951.7000<br>Facsimile: 617.951.7050 |

| | |
|---|---|
| **Appellant:** (*continued*) | Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Nicholas J. Brannick, Esquire<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302.652.3131<br>Facsimile: 302.652.3117<br><br>Drinker Biddle & Reath LLP<br>James H. Millar<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714<br>Telephone: 212.248.3264<br>Facsimile: 212.248.3141 |
| **Appellees:**<br>Energy Future Holdings Corp., *et al.* | Richards, Layton & Finger, P.A.<br>Mark D. Collins, Esquire<br>Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: 302.651.7700<br>Facsimile: 302.651.7701<br><br>Kirkland & Ellis LLP<br>Richard M. Cieri Esquire<br>Edward O. Sassower, P.C., Esquire<br>Stephen E. Hessler, Esquire<br>Brian E Schartz, Esquire<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: 212.446.4800<br>Facsimile: 212.446.4900<br><br>Kirkland & Ellis LLP<br>James H.M. Sprayregen, P.C., Esquire<br>Chad J. Husnick, Esquire<br>Steven N. Serajeddini, Esquire<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: 312.862.2000<br>Facsimile: 312.862.2200 |