IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | ) Chapter 11<br>)<br>) Bankr. Case No. 14-10979 (CSS)<br>)<br>) Jointly Administered<br>)<br>) Related to Docket No. 873<br>) BAP-14-024 |

**STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL
OF CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE**

CSC Trust Company of Delaware, as Indenture Trustee (the "10% Indenture Trustee") for the 10% Senior Secured Notes Due 2020 issued by EFIH under the Indenture dated as of August 17, 2010 between Energy Future Intermediate Holdings LLC ("EFIH LLC"), EFIH Finance Inc. ("EFIH Finance" and, together with EFIH LLC, "EFIH" or "EFIH Debtors") and CSC Trust Company of Delaware, as successor indenture trustee, hereby provides, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, its (i) statement of issues to be presented on appeal and (ii) designation of the items to be included in the record on appeal, in connection with its appeal to the United States District Court for the District of Delaware from the *Order Approving the EFIH First Lien Settlement* [Docket No. 858] (the "Order").

**I.     Statement of Issues on Appeal from the Order**

1.     Whether a debtor in possession under chapter 11 of the Bankruptcy Code may conduct a tender offer for its own securities, and whether it can do so without prior bankruptcy court approval.

2.     Whether such a tender offer, when made as part of a proposed class-wide settlement in a chapter 11 case, proposed at the very outset of the case and not as part of a plan of reorganization, can provide different recovery to identically situated creditors, in a manner such

that one set of creditors receives less than half of the other group measured as a percentage of their settled claims even though such disparities would be impermissible as part of a court-approved plan.

        3.      Whether this class-wide settlement, at this stage of the Debtors' global restructuring program, constitutes a *sub rosa* plan?

        4.      If permissible as a pre-plan transaction, must the settlement comply with plan requirements, including protection against disparate treatment of creditors within the same class, *United States v. AWECO, Inc. (In re AWECO, Inc.)*, 725 F.2d 293 (5th Cir. 1984), or if deviation from plan requirements is permitted, *Motorola, Inc. v. Off. Comm. of Unsecured Creditors (In re Iridium Operating LLC)*, 478 F.3d 452 (2d Cir. 2007), was the standard satisfied?

## II.   Designation of Record on Appeal

Appellant hereby designates the following items to be included in the record on appeal, together with all exhibits, attachments and documents incorporated by reference therein:

|   | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 1 | 74 | 04/29/2014 | Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) An Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay |

| 2 | 98 | 4/29/14 | Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructurin Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions |
|---|---|---|---|
| 3 | 363 | 05/07/2014 | Notice of Initiation of Opt-In Period for Proposed EFIH First Lien Settlement |
| 4 | 421 | 05/13/2014 | Preliminary Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Motion to Approve First–Lien Post-Petition Financing, Redeem First Lien and Second Lien Notes, and Determine Secured Claim |
| 5 | 441 | 05/14/2014 | Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien Tender Offer |
| 6 | 461 | 05/15/2014 | Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer |
| 7 | 472 | 05/15/2014 | Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment |
| 8 | 552 | 05/20/2014 | Debtors' Objection to (A) Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer and (B) Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing their EFIH 2nd Lien Tender Offer |
| 9 | 554 | 05/20/2014 | Declaration of Anthony R. Horton in Support of the Debtors' Objection to (A) Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer and (B) Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien Tender Offer |

| | | | |
|---|---|---|---|
| 10 | 558 | 05/21/2014 | Joinder of the Ad Hoc Committee of EFIH Unsecured Noteholders to Debtors' Objection to (A) Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer and (B) Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien Tender Offer |
| 11 | 559 | 05/21/2014 | Limited Response of the Ad Hoc Group of TCEH Unsecured Noteholders to (I) the Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing their EFIH 2nd Lien Tender Offer and (II) the Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel, the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer |
| 12 | 566 | 05/21/2014 | Joinder of Wilmington Savings Fund Society, FSB to the Limited Response of the *Ad Hoc* Group of TCEH Unsecured Noteholders to (I) the Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien Tender Offer; and (II) the Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer |
| 13 | 600 | 05/22/2014 | Notice of Filing of Proposed form of "Final Order (A) Approving Postpetition Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Approving the Use of Cash Collateral by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing the EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Order, and (F) Modifying the Automatic Stay" |

| | | | |
|---|---|---|---|
| 14 | 610 | 05/25/2014 | Debtors' Notice of Filing Supplemental Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of (1) the EFIH First Lien DIP Motion and (2) the EFIH Settlement Motion |
| 15 | 649 | 05/29/2014 | EFIH Second Lien Notes Indenture Trustee's (I) Preliminary Response to Debtors' Settlement Motion and (II) Limited Objection and Reservation of Rights to Debtors' Motion Approving First Lien DIP Financing |
| 16 | 687 | 05/30/2014 | Limited Objection of the Official Committee of Unsecured Creditors to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay |
| 17 | 694 | 05/31/2014 | Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve the "First Lien Settlement" |
| 18 | 696 | 05/31/2014 | Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal |
| 19 | 730 | 06/02/2014 | Notice of Filing of Proposed Form of Order Approving EFIH First Lien Settlement |
| 20 | 735 | 06/03/2014 | EFIH Debtors' Omnibus Reply to Objections to the EFIH Debtors' Motion for Approval of the EFIH First Lien DIP Financing, the EFIH First Lien Repayment, and the Fidelity Funding Fee |

| | | | |
|---|---|---|---|
| 21 | 737 | 06/03/2014 | Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement |
| 22 | 745 | 06/03/2014 | Joinder of EFIH First Lien DIP Agent to the EFIH Debtors' Omnibus Reply to Objections to the EFIH Debtors' Motion for Approval of the EFIH First Lien DIP Financing, the EFIH First Lien Repayment, and the Fidelity Funding Fee |
| 23 | 760 | 06/03/2014 | Order Setting Expedited Hearing and Shortening Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal |
| 24 | 774 | 06/03/2014 | Notice of Hearing on Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal |
| 25 | 776 | 06/03/2014 | Joinder of the Ad Hoc Committee of EFIH Unsecured Noteholders to Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement |
| 26 | 858 | 06/06/2014 | Order Approving EFIH First Lien Settlement |

Appellant additionally designates as part of the record on appeal (1) the transcript from the June 6, 2014 hearing before the Honorable Judge Sontchi; and (2) all exhibits admitted in evidence at the hearing including (i) the Restructuring Support and Lock-Up Agreement, (ii) the Indenture dated August 14, 2012 pursuant to which the EFIH 6 7/8% Senior Secured Notes Due 2017 were issued, and (iii) the Indenture dated August 17, 2010 pursuant to which the EFIH 10% Senior Secured Notes Due 2020 were issued.

[REMAINDER INTENTIONALLY BLANK]

Dated: June 23, 2014
    Wilmington, Delaware

        Respectfully submitted,

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD P.A.

        */s/ Norman L. Pernick*
        Norman L. Pernick (DE No. 2290)
          npernick@coleschotz.com
        500 Delaware Avenue
        Suite 1410
        Wilmington, DE 19801
        Tel:  302.652.3131
        Fax: 302.652.3117

          -AND-

ROPES & GRAY LLP
Keith H. Wofford
   keith.wofford@ropesgray.com
Michael S. Winograd
   michael.winograd@ropesgray.com
1211 Avenue of the Americas
New York, NY 10036-8704
Tel:  212.596.9000
Fax: 212.596.9090

D. Ross Martin
   ross.martin@ropesgray.com
Andrew G. Devore
   andrew.devore@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  617.951.7000
Tel:  617.951.7050

          -AND-

DRINKER BIDDLE & REATH LLP
James H. Millar
   James.Millar@dbr.com
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Tel:  212.248.3264
Fax: 212.248.3141

*Counsel for CSC Trust Company of Delaware
as successor indenture trustee*