```
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 873, 1061 |

## APPELLEES' DESIGNATION OF ADDITIONAL
## ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8006 and Del. Bankr. L.R. 8006-1, appellees, the above captioned debtors in possession (collectively, the "Debtors"), respectfully submit this designation of additional items to be included in the record on appeal in connection with the appeal of CSC Trust Company of Delaware, as Indenture Trustee of the 10% Senior Secured Notes Due 2020 (the "First Lien Trustee"), from the Bankruptcy Court's *Order Approving the EFIH First Lien Settlement* [D.I. 858].

### Designation of Additional Items to be Included in the Record on Appeal[2]

In addition to the items designated for the record by the First Lien Trustee, the Debtors designate the following:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All items designated herein by the Debtors include all exhibits, schedules, attachments and other documents included within each docket entry for such item. The Debtors reserve the right to amend this designation of additional items to be included in the record on appeal. It is the Debtors' understanding and belief that all items designated by the First Lien Trustee include all exhibits and other documents included within each entry for such item. If this is incorrect, the Debtors hereby designate to be included in the record on appeal all exhibits and other documents related to the documents Designated by the First Lien Trustee.

(a)  **Bankruptcy Court Proceedings**

| Docket Number | Date | Description |
|---|---|---|
| 188 | 4/30/14 | Preliminary Objection of EFIH 2nd Lien Notes Indenture Trustee and Certain Noteholders to Motion for Interim Order Scheduling Final Hearing on Post-Petition Financing |
| 221 | 4/30/14 | Supplemental Declaration of Stephen Goldstein in Support of the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay |
| 289 | 5/1/14 | Order Approving Certain Fees Related to and Scheduling a Final Hearing on the Proposed Postpetition Financing of Energy Future Intermediate Holding Company LLC and EFIH Finance |
| 400 | 5/9/14 | Notice of Initiation of Opt-In Period for Proposed EFIH Second-Lien Settlement |
| 442 | 5/14/14 | Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Approval of Procedures Governing the 2nd Lien Tender Offer |
| 462 | 5/15/14 | Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer |
| 474 | 5/15/14 | Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C. in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment |
| 496 | 5/16/14 | Debtors' Response to EFIH First and Second Lien Trustees' Motions to Shorten |
| 555 | 5/20/14 | Notice of Extension of Primary Opt-In Period for Proposed EFIH Second Lien Settlement |

| Docket Number | Date | Description |
|---|---|---|
| 564 | 5/20/14 | Joinder of the Ad Hoc Committee of EFIH Unsecured Noteholders to Debtors' Objection to (A) Emergency Motion of CSC Trust Company of Delaware, as Indenture Trustee, to Compel the Debtors to Obtain Approval of Procedures Governing the EFIH First Lien Tender Offer and (B) Emergency Motion of EFIH 2nd Lien Notes Indenture Trustee to Compel Debtors to Obtain Prior Approval of Procedures Governing Their EFIH 2nd Lien Tender Offer |
| 609 | 5/23/14 | Notice of Withdrawal of Docket No. 441 |
| 612 | 5/27/14 | Debtors' Second Notice of Extension of Primary Opt-In Period for Proposed EFIH Second Lien Settlement |
| 626 | 5/28/14 | Re-Notice of Motions and Hearing |
| 691 | 5/31/14 | Limited Objection of CSC Trust Company of Delaware, as Indenture Trustee and as Collateral Trustee, to Motion of EFIH Debtors for Approval of First-Lien Postpetition Financing |
| 745 | 6/3/14 | Joinder of EFIH First Lien DIP Agent to the EFIH Debtors Omnibus Reply to Objections to the EFIH Debtors Motion for Approval of the EFIH First Lien DIP Financing, the EFIH First Lien Repayment, and the Fidelity Funding Fee |
| 775 | 6/3/14 | Joinder of the Ad Hoc Committee of EFIH Unsecured Noteholders to EFIH Debtors' Omnibus Reply to Objections to the EFIH Debtors' Motion for Approval of the EFIH First Lien DIP Financing, the EFIH First Lien Repayment, and the Fidelity Funding Fee |
| 853 | 6/5/14 | Notice of Filing of Proposed Form of Final Order (A) Approving Postpetition Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Approving the Use of Cash Collateral by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing the EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Orders, and (F) Modifying the Automatic Stay |

RLF1 10490153v.1

| Docket Number | Date | Description |
|---|---|---|
| 859 | 6/6/14 | Final Order (A) Approving Postpetition Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Approving the Use of Cash Collateral by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing the EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Orders, and (F) Modifying the Automatic Stay |
| 873 | 6/9/14 | Notice of Appeal |
| 883 | 6/9/14 | Debtors' Notice of (A) Extension of First Lien Opt-In Period and (B) Amendments to Second Lien Opt-In |
| 912 | 6/11/14 | Debtors' Second Notice of Extension of First Lien Opt-In Period |

The Debtors also designate as part of the record on appeal the indicated portions of the transcripts from the following hearings held before the Honorable Judge Sontchi: May 22, 2014 (Hr'g Tr. at 216:11–234:21), June 30, 2014 (Hr'g Tr. at 15:1–16:12), and July 1, 2014 (Hr'g Tr. at 22:9–12; 54:10–20; 111:2–5; 115:16–24).

### (b) District Court Proceedings

The First Lien Trustee appealed the Bankruptcy Court's denial of its motion for a stay pending appeal. The Emergency Motion for Stay Pending Appeal was decided by the United States District Court for the District of Delaware in **Civil Action No. 14-cv-723-RGA**. The Debtors designate the following items from the District Court proceedings:

| Docket Number | Date | Description |
|---|---|---|
| 2 | 6/9/14 | Emergency Motion of CSC Trust Company of Delaware for Stay Pending Appeal of Bankruptcy Court's Order Approving First Lien Settlement |
| 3 | 6/9/14 | Affidavit of Norman L. Pernick in Support of Emergency Motion of CSC Trust Company of Delaware for Stay Pending Appeal of Bankruptcy Court's Order Approving First Lien Settlement |

| Docket Number | Date | Description |
|---|---|---|
| 4 | 6/9/14 | Declaration of Norman L. Pernick with Respect to Exhibits Filed in Support of Emergency Motion of CSC Trust Company of Delaware for Stay Pending Appeal of Bankruptcy Court's Order Approving First Lien Settlement |
| 5 | 6/10/14 | Debtors' Memorandum in Opposition to CSC Trust Company's Emergency Motion to Stay the Order Approving the EFIH First Lien Settlement Pending Appeal |
| 6 | 6/11/14 | Reply of CSC Trust Company of Delaware in Support of Emergency Motion for Stay Pending Appeal of Bankruptcy Court's Order Approving First Lien Settlement |
| 8 | 6/11/14 | Joinder of EFIH First Lien DIP Agent to the Debtors' Memorandum in Opposition to CSC Trust Company's Emergency Motion to Stay the Order Approving the EFIH First Lien Settlement Pending Appeal |
| 10 | 6/11/14 | Joinder of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or Its Affiliates to the Debtors' Memorandum in Opposition to CSC Trust Company's Emergency Motion to Stay the Order Approving the EFIH First Lien Settlement Pending Appeal |
| 11 | 6/12/14 | Order Denying Emergency Motion to Stay |

## Counterstatement of Issues to Be Presented On Appeal

Pursuant to Fed. R. Bankr. P. 8010(a)(2), the Debtors reserve the right to present a counterstatement of the issues on appeal in their appellate brief.

*[Remainder of page intentionally left blank]*

Dated: July 7, 2014
Wilmington, Delaware

/s/ _____
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
          edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession