## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Energy Future Holdings, Inc**., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, hereby certify that on July 10, 2014, I caused to be served a copy of The United States Trustee's Objection to the Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Redacted Version of its July 8, 2014 Letter and  Certain Exhibits to the Letter under Seal Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 (D. I. 1539), *via* email, fax and/or regular mail upon the parties listed below:

Richard M. Cieri, Esquire
Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Chad J. Husnick, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
rcieri@kirkland.com
esassower@kirkland.com
shessler@kirkland.com
chusnick@kirkland.com
bschartz@kirkland.com

Daniel J. DeFranceschi
Mark A. Collins
Jason M. Madron
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
defranceschi@rlf.com
madron@rlf.com
collins@rlf.com

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave.
PO Box 1150
Wilmington, DE 19899
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com

Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild, LLP
919 North Market St., Suite 300
Wilmington, DE 19801
Email: jschlerf@foxrothschild.com
Email: jstrock@foxrothschild.com
Email: lbird@foxrothschild.com

Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
White & Case, LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Email: tlauria@whitecase.com
Email: mbrown@whitecase.com

J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
Email: cshore@whitecase.com
Email: gstarner@whitecase.com

Cole, Schotz, Meisel, Forman & Leonard
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Nicholas J. Brannick, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: Kstickles@coleschotz.com
Email: NBrannick@coleschotz.com
Email: NPernick@coleshotz.com

Cole, Schotz, Meisel, Forman & Leonard
Warren A. Usatine, Esquire
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Email: Wusatine@coleschotz.com

Keith H. Wofford, Esquire
Mark R. Somerstein, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Email: Keith.Wofford@ropesgray.com
Email: Mark.Somerstein@ropesgray.com

D. Ross Martin, Esquire
Andrew G. Devore, Esquire
Ropes & Gray, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Email: Ross.Martin@ropesgray.com
Email: Andrew.Devore@ropesgray.com

James H. Millar, Esquire
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Email: James.Millar@dbr.com
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801
Email: cward@polsinelli.com
Email: jedelson@polsinelli.com
Email: skatona@polsinelli.com

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster
250 W. 55th Street
New York, NY 10019
Email: jpeck@mofo.com
Email: bmiller@mofo.com
Email: lmarinuzzi@mofo.com

Laura Davis Jones, Esquire
Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: ljones@ pszjlaw.com
Email: rfeinstein@ pszjlaw.com

Thomas Moers Mayer, Esquire
Philip Bentley, Esquire
Joshua K. Brody, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Email: tmayer@kramerlevin.com
Email: pbentley@kramerlevin.com
Email: jbrody@kramerlevin.com

Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: Pmorgan@ycst.com
Email: JWaite@ycst.com
Email: RBartley@ycst.com
Email: AMagaziner@ycst.com

Alan W. Kornberg, Esquire
Kelley A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, New York 10019
Email: Akornberg@PaulWeiss.com
Email: KCornish@PaulWeiss.com
Email: BHermann@PaulWeiss.com
Email: JAdlerstein@PaulWeiss.com

Stephanie Wickouski, Esquire
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Email:
Stephanie.wickouski@bryancave.com

Garvan F. McDaniel, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
Email: gfmcdaniel@dkhogan.com

David S. Rosner, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1726
Email: drosner@kasowitz.com

Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Email: hal.morris@texasattorneygeneral.gov
Email:
ashley.bartram@texasattorneygeneral.gov

/s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney