## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | |
| | ) | |
| | ) | |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 14-50363 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 11, 2014[3] AT 9:30 A.M. (EDT)[4]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] No matters are scheduled to take place on July 10, 2014 at 9:30 a.m. (EDT) (see D.I. 1540) and, consequently, the July 10, 2014 hearing date has been cancelled.

[4] The July 11, 2014 hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EDT). Any person who wishes to appear telephonically at such hearings must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Thursday, July 10, 2014 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

I.      **MATTER GOING FORWARD:**

1.      Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1501; filed July 8, 2014] (the "Motion to Seal")

   Response/Objection Deadline:        July 11, 2014 at 9:30 a.m. (EDT)

   Responses/Objections Responses:     None at this time.

   Related Documents:

   i.      Letter to Judge Sontchi from James W. Stoll Regarding Discovery Dispute Concerning Debtors Motion to Assume the Restructuring Support Agreement (Redacted) [D.I. 1500; filed July 8, 2014] (the "Discovery Dispute Letter")

   ii.     Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1502; filed July 8, 2014]

   iii.    Order Granting Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1511; filed July 9, 2014]

   iv.     Notice of Hearing Regarding Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1515; filed July 9, 2014]

   Status: **By agreement of the movant and the Debtors, and with permission from Chambers,** the hearing on the Motion to Seal and the subject matter set forth in the Discovery Dispute Letter **is continued to the hearing scheduled to take place on July 18, 2014 starting at 9:30 a.m. (EDT).**

II.     **PRE-TRIAL CONFERENCE IN ADV. 14-50363:**

2.      Complaint for Declaratory Relief [D.I. 470/Adv. D.I. 1; filed May 15, 2014]

   Response/Objection Deadline:        June 13, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:     None at this time.

Related Documents:

i.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 4; filed May 19, 2014]

ii.     Scheduling Order with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [Adv. D.I. 10; filed June 4, 2014]

iii.    Notice of Intervention [Adv. D.I. 13; filed June 11, 2014]

iv.     Notice of Intervention of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates [Adv. D.I. 14; filed June 11, 2014]

v.      Notice of Intervention of the Ad Hoc Committee of EFIH Unsecured Noteholders [Adv. D.I. 15; filed June 11, 2014]

vi.     Notice of Intervention [Adv. D.I. 16; filed June 11, 2014]

vii.    Notice of Intervention of the Ad Hoc Group of EFH Legacy Noteholders [Adv. D.I. 18; filed June 11, 2014]

viii.   Notice of Intervention with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [Adv. D.I. 19; filed June 11, 2014]

ix.     Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer [Adv. D.I. 27; filed June 13, 2014]

x.      Ad Hoc Group of EFH Legacy Noteholders' Answer to Complaint for Declaratory Relief Against Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. [Adv. D.I. 33; filed June 13, 2014]

xi.     Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc Committee of EFIH Unsecured Noteholders' Discovery Deficiencies [Adv. D.I. 50; filed June 23, 2014]

xii.    Letter to the Honorable Christopher S. Sontchi in Response to First Lien Trustee's June 23 Letter Regarding Discovery [Adv. D.I. 51; filed June 25, 2014]

xiii.   Notice of Withdrawal re: Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc Committee of EFIH Unsecured Noteholders' Discovery Deficiencies (Docket No. 50) [Adv. D.I. 55; filed June 26, 2014]

Status: A status/pre-trial conference on the adversary proceeding will go forward.

## III.    STATUS CONFERENCE MATTER:

3.    Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 6; filed April 29, 2014]

Response/Objection Deadline:          None has been set/noticed to date

Responses/Objections Responses:

A.    Debtors' Response and Partial Opposition to the Motion of Wilmington Savings Fund Society, FSB Pursuant to Rule 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [D.I. 203; filed April 30, 2014]

B.    EFH Equity Owners' Objection and Reservation of Rights in Response to Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 [D.I. 523; filed May 19, 2014]

Related Documents:

i.    Appendix to Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 7; filed April 29, 2014]

ii.    Motion of Wilmington Savings Fund Society, FSB Pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [D.I. 8; filed April 29, 2014]

iii.    Limited Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 226; filed April 30, 2014]

iv.    Notice of Status Conference in Connection with "Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties" [D.I. 417; filed May 12, 2014]

v.     Debtors' Status Report in Reference to Wilmington Savings Fund Society, FSB's Motion for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 537; filed May 20, 2014]

vi.    Status Report of the Official Committee of Unsecured Creditors Concerning Discovery [D.I. 1496; filed July 8, 2014]

vii.   **Debtors' Response to the Status Report of the Official Committee of Unsecured Creditors Concerning Discovery [D.I. 1538; filed July 10, 2014]**

Status: A further status conference only on this matter will go forward.

Dated:  July **10**, 2014
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          richard.cieri@kirkland.com
                edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

5

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

RLF1 10500252v.1