# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979-CSS |
| | ) (Jointly Administered) |
| Debtors. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael L. Raiff, Esquire of Gibson, Dunn & Crutcher LLP to represent the above-captioned debtors and debtors-in-possession in the above-captioned matter.

Dated: July 10, 2014
       Wilmington, DE

BIFFERATO LLC

/s/ Thomas F. Driscoll III
Ian Connor Bifferato (#3273)
Thomas F. Driscoll III (#4703)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 225-7600
Fax: (302) 254-5386

*Proposed Special Counsel to the Debtors*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 10, 2014               /s/ Michael L. Raiff
                                   Michael L. Raiff, Esq.
                                   GIBSON, DUNN & CRUTCHER LLP
                                   2100 McKinney Avenue
                                   Dallas, TX 75201
                                   Tel: (214) 698-3350


**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                     The Honorable Christopher S. Sontchi
                                     United States Bankruptcy Judge