**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) Related to Docket Nos. 1506, 1507 and 1546 |
|  | ) **Objection deadline: July 16, 2014 at 12:00 noon** |
|  | ) **Hearing Date:  July 18, 2014, at 9:30 a.m.** |

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that on July 8, 2014, Sierra Club filed the attached *Emergency Motion for Entry of an Order Determining Applicability of the Automatic Stay to Non-Bankruptcy Litigation Involving Certain Of The Debtors* [Docket No. 1506] (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion has been served upon you previously.[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Order Shortening Notice Period in Connection with Motion for Entry of an Order Determining Applicability of the Automatic Stay to Non-Bankruptcy Litigation Involving Certain of the Debtors and Fixing Hearing Date and Objection Deadline* [Docket No. 1546; entered July 10, 2014], any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by counsel for the Debtor on or before **July 16, 2014 at 12:00 noon (Eastern Time)**.

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' services address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claim and noticing agent at http://www.efhcaseinfo.com.

[2]     If you wish to receive another copy of the Motion, please contact undersigned counsel.

PLEASE TAKE FURTHER NOTICE that the Motion shall be considered at the hearing scheduled in the above-captioned cases for **July 18, 2012** at **9:30 a.m. (Eastern Time)** before the Honorable Christopher S. Sontchi, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  July 10, 2014

GOLDSTEIN & MCCLINTOCK LLLP

By:    */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
1201 North Orange Street, Suite 7380
Wilmington, DE 19801
(302) 444-6710
(302) 444-6709 (fax0
marias@restructuringshop.com

*Counsel for Sierra Club*