IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy

Procedure, the United States of America, Federal Communications Commission, a party-

in-interest and creditor herein, hereby appears through the United States Department of

Justice, Civil Division, and requests service of all notices and papers herein upon:

Matthew J. Troy
United States Department of Justice
Civil Division

via regular mail
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

and

via overnight delivery
1100 L Street, N.W.
Room 10030
Washington, DC 20530

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

Please take notice that this demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtors, their property, or their estates.    Please take further notice that neither this notice nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to these chapter 11cases, (iii) the right to have the United States District Court for the District of Delaware withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) any election of remedy, and (vi) any other rights, claims, actions, defenses, set offs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses set offs and recoupments are expressly reserved.

This 9th day of July 2014.


Respectfully submitted,

> STUART F. DELERY
> Assistant Attorney General
> CHARLES M. OBERLY, III
> United States Attorney
> ELLEN W. SLIGHTS
> Assistant U.S. Attorney
> /s/ Matthew J. Troy
> TRACY J. WHITAKER
> MATTHEW J. TROY
> Attorneys, Civil Division
> U.S. Department of Justice
> P.O. Box 875
> Ben Franklin Station

Washington, D.C. 20044
(202) 514-9038 (o)
(202) 307-0494 (f)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July 2014, I caused a true and correct copy of foregoing Notice of Appearance to be served upon the following via first class, U.S. Mail:

Richard M. Cieri
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801


/s/ Matthew J. Troy
Matthew J. Troy