# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NO:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 7/11/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laurie Selber Silverstein | Potter Anderson + Corroon | Deutsche Bank New York |
| R. Stephen McNeill | " | " |
| John B. it | Fox Rothschild | Ad-hoc Unsecured noteholders |
| Jeffrey Sabin | Bingham McCutchen | PIMCO |
| Kate Scherling | Quinn Emanuel | Centerbridge |
| Joseph Wright | Landis Rath & Cobb | NextEra |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 07/11/2014
Calendar Time: 09:30 AM ET

2nd Revision 07/11/2014 06:03 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10479 | Hearing | 6336116 | Enrique A. Viciana | (646) 482-8852 | The Blackstone Group | Interested Party, The Blackstone Group / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6349981 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6336034 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6334334 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6348280 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6347447 | Jennifer H. Anderson | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6334365 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Creditor, First Lien Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6336007 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6348211 | Corinne Ball | (212) 326-3657 | Jones Day | Representing, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6348344 | Daniel M. Bardes | 203-542-4225 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351237 | Ryan Bartley | (302) 571-5007 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348257 | Philip Bentley | (212) 715-9505 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Indenture Trustee for the 11% Senior Secured Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351094 | Jon R. Berke | (212) 686-2741 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334404 | David Bersh | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336027 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334340 | Casey Boyle | (212) 808-7925 | Kelley Drye & Warren, LLP | Creditor, Engery Future Holding / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6350293 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334256 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, City Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6350234 | Matthew C. Brown | (305) 995-5250 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335993 | Philip E Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335811 | Stephen Burnazian | 212-878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334684 | Justin Carroll | (212) 326-3939 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336045 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AdHoc Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6347643 | Richard M. Cieri | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348190 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334380 | Jeremy Coffey | 617-856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351441 | Howard Cohen | Drinker Biddle & Reath LLP | (302) 467-4200 | Creditor, CitiBank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6341888 | Kent Collier | Reorg Research, Inc. | (212) 257-4383 | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336011 | Jim Cooper | Centerview Partners | (212) 429-2279 | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351473 | Scott D. Cousins | Cousins Chipman & Brown, LLP | (302) 295-0192 | Representing, EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334394 | Louis A. Curcio | Dentons US LLP | 212-768-6744 | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348534 | Amanda D. Darwin | Nixon Peabody LLP | (617) 345-6139 | Creditor, American Stock Transfer and Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348176 | Michael L. Davitt | Jones Day | (214) 969-2938 | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348528 | Daniel DeFranceschi | Richards, Layton & Finger, P.A. | (302) 651-7700 | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351551 | David Dempsey | Kirkland & Ellis LLP - Washington Offic | (202) 879-5127 ext. 00 | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336859 | Adam M. Denhoff | Paul Weiss Rifkind Wharton & Garrison | 212-373-3000 ext. 3471 | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6350238 | Harrison Denman | White & Case LLP | (212) 819-2567 | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6349867 | Andrew Devore | Ropes & Gray LLP | (617) 951-7618 | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336017 | Ira Dizengoff | Akin Gump Strauss Hauer & Feld LLP | (212) 872-1000 | Representing, EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334438 | Christopher Dressel | Skadden Arps Slate Meagher & Flom ( | 312-407-0968 | Interested Party, Borealis Infrastructure Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335917 | David Duback | Merced Capital, LP | (952) 476-7220 | Creditor, Merced Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6352094 | David M. Dunn | Arrowgrass Capital Partners U.S. LP | (212) 584-5946 | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351638 | Justin Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348486 | Philip Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6350104 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Representing, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335980 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6350970 | Jeffrey R. Fine | 214-462-6455 | Dykema Gossett PLLC | Interested Party, Tex-la Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336008 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334406 | Mark Flannagan | (816) 860-3009 | UMB Bank Coporate Trust | Creditor, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348784 | Mark Flannagan - Client | (312) 832-4364 | Foley & Lardner LLP | Trustee, Mark Flannagan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335983 | Patrick Fleury (Client) | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336038 | Richard Gadhia | (212) 872-7491 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, ACHEFIH / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336039 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Charles Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6350114 | Meggie Gilstrap | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6350998 | Samuel Greene - Client - | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Samuel Greene / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6338498 | Peter T. Gruszka | (312) 416-4215 | Chicago Fundamental Investment Part | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335715 | Daniel J. Harris | (212) 468-4292 | Morrison & Foerster | Creditor, Creditors Committe / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335962 | Craig Hart | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334401 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6349977 | Brian Hermann | 212-373-3545 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |

Peggy Drasal ext. 802　　　　CourtConfCal2012　　　　Page 4 of 9

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335132 | Robert S. Hertzberg | (248) 359-7300 | Pepper Hamilton LLP | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336010 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334946 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6343820 | Marshall Huebner | (212) 450-4099 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348564 | Todd Jelen | (952) 646-2076 | Varde Partners, Inc. | Interested Party, Todd Jelen / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334370 | Dennis L. Jenkins | 617-526-6491 | Wilmer Cutler Pickering Hale & Dorr, L | Creditor, First Lien Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351241 | Jeffrey L. Jonas | 617-856-8577 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6352113 | Laura D. Jones | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Trustee, Indenture Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351325 | Michael J. Joyce | 302-777-4200 | Cross & Simon | Interested Party, Fidelity Management & Research Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348666 | Harold Kaplan | 312-832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6347274 | James Katchadurian | 646-282-2549 | Epiq Bankruptcy Solutions, LLC | Interested Party, EPIQ Systems / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334964 | Christopher Kearns | (312) 588-7100 | Capstone Advisory Group, LLC | Client, Christopher Kearns / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6350424 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Interested Party, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335895 | Matthew Kimble | 212-878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335386 | Geoffrey King | (312) 853-0324 | Sidley Austin LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336018 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334526 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334940 | Steven Krause - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Steven Krause / LISTEN ONLY |

| Case | Type | Case # | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6350837 | Aaron Krieger | (212) 596-9592 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6349847 | Avi Kripalani - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Avi Kripalani / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6334412 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6336016 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6336028 | Fredrick Lee | (212) 872-1034 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6348185 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6348403 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenturer / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6351534 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6351023 | Lorenzo Marinuzzi | (212) 468-8000 | Morrison & Foerster | Creditor, Creditors Committee / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6351528 | D. Ross Martin | (617) 951-7000 | Ropes & Gray LLP | Creditor, CSC Trust Company of Delware / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6335065 | Richard G Mason | 212-403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding LLC & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6334486 | Scott T. McCabe | (212) 754-1613 | Latigo Partners | Representing, Latigo Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6352096 | Garvan McDaniel | (302) 656-7540 | The Hogan Firm | Interested Party, The Ad Hoc EFH Legacy Note Holders / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6351559 | Andy McGaan | (202) 879-5082 ext. 00 | Kirkland & Ellis LLP - Washington Office | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6349866 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb LLP | Interested Party, Nextera Energy Resources / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6342430 | Hal F. Morris | (512) 475-4550 | Attorney General Of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6336022 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335985 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336033 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334413 | Michael O'Neill | (212) 588-6132 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335288 | Samuel S. Ory | 918-583-9922 | Frederic Dorwart, Lawyers | Interested Party, BOKF, NA d/b/a Bank of Arizona / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334575 | Maura O'Sullivan | (212) 848-4000 | Shearman & Sterling LLP | Creditor, Deutsche Bank A.G. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6337627 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348551 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348266 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351512 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335331 | Charles Persons | (214) 746-8223 | Weil Gotshal & Manges LLP | Interested Party, Weil Gotshal & Manges LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6349905 | Jessica S. Pevzner | (212) 859-8000 | Fried Frank | Interested Party, Jessica S. Pevzner / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6345976 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335971 | Kiran Ramineni | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334400 | Elizabeth Rasskazova | 207-901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348857 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336000 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6338427 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335448 | Damian S. Schaible | (212) 450-4580 | Davis Polk & Wardwell LLP | Interested Party, JP Morgan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348525 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6349774 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6352084 | Andrea B. Schwartz | (212) 510-0500 | Office of the United States Trustee | U.S. Trustee, U.S Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6343051 | John N. Schwartz | (214) 855-7131 | Fulbright & Jaworski - Dallas Office | Interested Party, Fulbright & Jaworski / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335281 | Howard Seife | (212) 408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334359 | George W. Shuster, Jr. | 617-526-6572 | Wilmer Cutler Pickering Hale & Dorr, L | Creditor, First Lien Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335292 | Charles Sieving | (561) 691-7575 | NextEra Energy Resources | Creditor, Nextera Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336779 | Matthew Smith | (212) 225-2493 | Cleary Gottlieb Steen & Hamilton | Creditor, J. Aaron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334959 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336659 | Andrew Sorkin | 202-601-2298 | The Capitol Forum | Interested Party, The Capitol Forum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351516 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351339 | Patrick Strawbridge | (617) 951-8230 | Bingham McCutchen, LLP | Creditor, Pacific Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6350581 | Joshua Sturm | (212) 841-8704 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351246 | Gregory Taylor | 302-654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334251 | Andrew M. Thau | 203-862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351532 | Meredith S. Tinkham | (617) 951-7250 ext. 00 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334431 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351522 | Warren Usatine | 201-525-6233 | Cole, Schotz, Meisel, Forman & Leona Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6350339 | Frank F. Velocci | (973) 549-7078 | Drinker Biddle & Reath LLP Creditor, CSC Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348168 | Patricia J Villareal | (214) 969-2973 | Jones Day Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351423 | Michael J. Walsh | (646) 855-8154 | Bank of America Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6343907 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC Representing, Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334387 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6343045 | Greg Wilkes | (214) 855-7166 | Fulbright & Jaworski, L.L.P. - (HOSTES Interested Party, Fulbright & Jaworski, L.L.P / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6351542 | Keith Wofford | (212) 596-9000 | Ropes & Gray LLP Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6347645 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6336023 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6335998 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6351699 | Sean M. Brennecke | (302) 426-1189 | Klehr Harrison Harvey Branzburg LLP Interested Party, UMB Bank / LIVE |