# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 14-10979-CSS |
| Energy Future Holdings, Corp., et al., | Ch. 11 |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE THAT Microsoft Corporation and Microsoft Licensing, GP, a subsidiary of Microsoft Corporation (collectively "Microsoft"), by the undersigned counsel, enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon them as follows:

> Joseph E. Shickich, Jr., Esq.
> Hilary B. Mohr, Esq.
> RIDDELL WILLIAMS P.S.
> 1001 - 4th Avenue, Suite 4500
> Seattle WA  98154
> Telephone:  (206) 624-3600
> Facsimile:  (206) 389-1708
> Email: jshickich@riddellwilliams.com
> Email: hmohr@riddellwilliams.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

4835-5717-9163.01
20363.00446

Microsoft's right (i) to have final orders in non-core and certain core matters entered by an Article III judge or only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Microsoft is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DATED this 11th day of July, 2014.

                RIDDELL WILLIAMS P.S.


                By: /s/ Hilary B. Mohr
                    Joseph E. Shickich, Jr. WSBA # 8751
                    Hilary B. Mohr, WSBA #40005
                    Attorneys for Microsoft Corporation and
                    Microsoft Licensing GP