# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: **D.I. 1044, 1121** |

## CERTIFICATION OF COUNSEL REGARDING AGREED ORDER GRANTING MOTION OF GABRIEL ROBERSON FOR RELIEF FROM THE AUTOMATIC STAY

The undersigned hereby certifies as follows:

1. On June 25, 2014, Gabriel Roberson (the "Movant") filed the *Amended Motion of Gabriel Roberson for Relief From Automatic Stay* [D.I. 1121] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). By the Motion, the Movant is seeking entry of an order granting him relief from the automatic stay imposed by 11 U.S.C. § 362 with respect to certain prepetition litigation as discussed in greater detail in the Motion.

2. Pursuant to the notice filed with the Motion, objections, if any, to the Motion are due by no later than July 15, 2014 at 5:00 p.m. (Eastern Daylight Time) (the "Objection Deadline").

3. Prior to the Objection Deadline, proposed counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") contacted counsel to the Movant in response to the Motion. Based on discussions by and between proposed counsel to the Debtors and counsel to the Movant, the parties have agreed upon the form of a revised order (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A

RLF1 10507518v.1

2

"Revised Order") in connection with, and resolution of, the Motion on the terms set forth in the Revised Order. A copy of the Revised Order is attached hereto as Exhibit A. The Revised Order has been circulated, and is acceptable, to (i) proposed counsel to the Official Committee of Unsecured Creditors; (ii) the Office of the United States Trustee for the District of Delaware; (iii) counsel to the Movant; and (iv) proposed counsel to the Debtors.

---

complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order, attached hereto as <u>Exhibit A</u>, at the Court's earliest convenience.

Dated: July 11, 2014
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
              edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession