**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979-CSS<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 1225** |

**NOTICE OF WITHDRAWAL OF** *MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN ORDER AUTHORIZING, BUT NOT REQUIRING, THE TCEH DEBTORS (A) TO PARTICIPATE IN A COMPETITIVE AUCTION, AND (B) IF SELECTED AS THE WINNING BIDDER, CONSUMMATE A PROPOSED ACQUISITION*

PLEASE TAKE NOTICE that the Debtors hereby withdraw the *Motion of Energy Future Holdings Corp.,* et al., *for Entry of an Order Authorizing, but not Requiring the TCEH Debtors (A) To Participate in a Competitive Auction, and (B) If Selected as the Winning Bidder, Consummate a Proposed Acquisition* [D.I. 1225] (the "Bid Motion").[2]

PLEASE TAKE FURTHER NOTICE that the Debtors reserve their right to file a new motion seeking substantially the same relief sought in the Bid Motion at a later date.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bid Motion.

Dated: Wilmington, DE  
      July 14, 2014

BIFFERATO LLC

/s/ Thomas F. Driscoll III  
Ian Connor Bifferato (#3273)  
Thomas F. Driscoll III (#4703)  
800 N. King Street, Plaza Level  
Wilmington, Delaware 19801  
Telephone: (302) 225-7600  
Facsimile: (302) 254-5383  
cbifferato@bifferato.com  
tdriscoll@bifferato.com

- and -

Michael A. Rosenthal (admitted *pro hac vice*)  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
47th Floor  
New York, New York 10166  
Telephone: (212) 351-3969  
Facsimile: (212) 351-6258  
MRosenthal@gibsondunn.com

*Proposed Special Counsel to the Debtors*