# EXHIBIT J

# Loveland, Benjamin

**Subject:** FW: In re EFH:  First Lien Makewhole Litigation [COLESCHOTZ-CSDOCS.FID1688482]

---

**From:** Usatine, Warren <WUsatine@coleschotz.com>
**Sent:** Saturday, July 5, 2014 3:46 PM
**To:** Anker, Phil
**Subject:** Fwd: In re EFH: First Lien Makewhole Litigation [COLESCHOTZ-CSDOCS.FID1688482]

FYI

**Warren A. Usatine**
**Cole, Schotz, Meisel, Forman & Leonard, P.A. |www.coleschotz.com**
25 Main Street |Hackensack, New Jersey | 07601
Direct 201.525.6233 | Firm201.489.3000 | Fax201.678.6233 |wusatine@coleschotz.com


Begin forwarded message:

> **From:** "Boller, Robert" <rboller@akingump.com>
> **Date:** July 5, 2014 at 12:28:41 PM EDT
> **To:** "Usatine, Warren" <WUsatine@coleschotz.com>, "'ddempsey@kirkland.com'" <ddempsey@kirkland.com>
> **Cc:** "Baldini, Stephen" <sbaldini@AkinGump.com>, "'michael.winograd@ropesgray.com'" <michael.winograd@ropesgray.com>, "Martin, D. Ross (External)" <ross.martin@ropesgray.com>, "'keith.wofford@ropesgray.com'" <keith.wofford@ropesgray.com>, "'amcgaan@kirkland.com'" <amcgaan@kirkland.com>, "'arjun.garg@kirkland.com'" <arjun.garg@kirkland.com>, "Stickles, Kate" <KStickles@coleschotz.com>, "Pernick, Norman" <NPernick@coleschotz.com>, "Carty, Chris" <ccarty@AKINGUMP.com>
> **Subject: Re: In re EFH:  First Lien Makewhole Litigation [COLESCHOTZ-CSDOCS.FID1688482]**
>
>
> Warren,
>
> We agree that adjourning these depo dates makes sense for several reasons. I'm around Monday and I think we should discuss. Let me know what times work for the firms on your side.
>
> We reserve all rights with respect to the discovery dispute and the noticed depositions, including the right to re-raise the objections that were previously tabled, the right to raise new objections, etc.
>
> Enjoy the rest of the long weekend.
>
>
> **From**: Usatine, Warren [mailto:WUsatine@coleschotz.com]
> **Sent**: Friday, July 04, 2014 07:03 PM Eastern Standard Time
> **To**: 'Dempsey, David R.' <ddempsey@kirkland.com>
> **Cc**: Baldini, Stephen; Boller, Robert; '*Winograd,Michael' <michael.winograd@ropesgray.com>; Martin, D. Ross (External); '*keith.wofford@ropesgray.com' <keith.wofford@ropesgray.com>; 'McGaan, Andrew R.' <amcgaan@kirkland.com>; 'Garg, Arjun' <arjun.garg@kirkland.com>; Stickles, Kate <KStickles@coleschotz.com>; Pernick, Norman <NPernick@coleschotz.com>

1

**Subject**: RE: In re EFH: First Lien Makewhole Litigation [COLESCHOTZ-CSDOCS.FID1688482]

Steve and Rob:

In light of: (a) the continuance of the hearing to next week on the 2L DIP and Settlement motions, (b) the Debtors' decision to push off the depositions of its witnesses scheduled for next week in the make whole litigation (per David's email below), and (c) our pending discovery dispute, we think it makes sense also to adjourn the depositions of the EFIH PIK witnesses scheduled for next week on Wednesday and Friday (see below).

We will be in touch shortly to discuss new dates for the depositions that are mutually convenient. Thanks.



**Warren A. Usatine**
**Member**
25 Main Street | Hackensack, NJ | 07601
Direct 201.525.6233 | Firm 201.489.3000 | Fax 201.678.6233 | Cell 201.755.1532 |
wusatine@coleschotz.com
New Jersey    |    New York    |    Delaware    |    Maryland    |    Texas
vCard    |    bio    |    website

Legal Secretary: Caroline DeCourcey-Côte | 201.489.3000 x5020 | CDeCourcey-Cote@coleschotz.com

---

**From:** Usatine, Warren [mailto:WUsatine@coleschotz.com]
**Sent:** Thursday, July 03, 2014 1:23 PM
**To:** 'Dempsey, David R.'
**Cc:** 'Baldini, Stephen'; '*rboller@akingump.com'; '*Winograd,Michael'; '*ross.martin@ropesgray.com'; '*keith.wofford@ropesgray.com'; 'McGaan, Andrew R.'; 'Garg, Arjun'; Stickles, Kate; Pernick, Norman
**Subject:** RE: In re EFH: First Lien Makewhole Litigation [COLESCHOTZ-CSDOCS.FID1688482]

OK, thanks for the response.

**Warren A. Usatine**
**Member**
25 Main Street | Hackensack, NJ | 07601
Direct 201.525.6233 | Firm 201.489.3000 | Fax 201.678.6233 | Cell 201.755.1532 |
wusatine@coleschotz.com
New Jersey    |    New York    |    Delaware    |    Maryland    |    Texas
vCard    |    bio    |    website

Legal Secretary: Caroline DeCourcey-Côte | 201.489.3000 x5020 | CDeCourcey-Cote@coleschotz.com

**From:** Dempsey, David R. [mailto:ddempsey@kirkland.com]
**Sent:** Thursday, July 03, 2014 12:12 PM
**To:** Usatine, Warren
**Cc:** Baldini, Stephen; *rboller@akingump.com; *Winograd,Michael; *ross.martin@ropesgray.com; *keith.wofford@ropesgray.com; McGaan, Andrew R.; Garg, Arjun
**Subject:** In re EFH: First Lien Makewhole Litigation

Warren, I spoke yesterday evening with Keith and Ross about the makewhole litigation and schedule.  We are in the process of producing documents, and so it doesn't make sense to proceed with the Debtors' depositions next week.  We are working on dates for Messrs. Horton and Keglevic, whom I understand from Ross would be on your list even if you're limited to 10 deponents.  Ross suggested that you might also seek to depose Mr. Ying and someone from Simpson Thacher, which we are considering.

Regards,
David

David Dempsey | Kirkland & Ellis LLP
655 15th Street N.W.  | Washington D.C. 20005
(202) 879-5127 Direct | (202) 654-9471 Fax

**From:** Usatine, Warren [mailto:WUsatine@coleschotz.com]
**Sent:** Thursday, July 03, 2014 12:06 PM
**To:** Dempsey, David R.
**Cc:** Baldini, Stephen; *rboller@akingump.com; *Winograd,Michael
**Subject:** RE: In re EFH: Depositions of Messrs. Ying & Keglevic [COLESCHOTZ-CSDOCS.FID1688482]


David - Based on your email below, I assume you also are seeking to adjourn the depositions scheduled for next week in the make whole litigation.  According to our notices they are the follwing:

Horton Tuesday;
Debtors, Rosenbaum, Keglevic and York on Weds;
Dore on Thursday
Avenue, Young, Burnazian and Kimble on Friday.

Please confirm. Copying Steve and Rob because their clients are on the schedule as well.



**Warren A. Usatine**
Member
25 Main Street | Hackensack, NJ | 07601
Direct 201.525.6233 | Firm 201.489.3000 | Fax 201.678.6233 | Cell 201.755.1532 |
wusatine@coleschotz.com
New Jersey    |    New York    |    Delaware    |    Maryland    |    Texas
vCard    |    bio    |    website

Legal Secretary: Caroline DeCourcey-Côte | 201.489.3000 x5020 | CDeCourcey-Cote@coleschotz.com

---

**From:** Dempsey, David R. [mailto:ddempsey@kirkland.com]
**Sent:** Thursday, July 03, 2014 9:44 AM
**To:** #EFH Debtors & Creditors Service
**Subject:** In re EFH: Depositions of Messrs. Ying & Keglevic

In light of the continuation of the EFIH Second Lien DIP hearing to July 10 and 11, the depositions of Messrs. Ying and Keglevic scheduled for next week are off and will be rescheduled.

Regards,
David

David Dempsey | Kirkland & Ellis LLP
655 15th Street N.W.  | Washington D.C. 20005
(202) 879-5127 Direct | (202) 654-9471 Fax


************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************


* * * * * *

This e-mail message from Cole, Schotz, Meisel, Forman & Leonard, P.A. is private and may contain privileged information. If you are not the intended recipient, please do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all

attachments.
***********************************************************

_____

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.