# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Related to Docket No. __ |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>*Defendants*. | Adv. Pro. No. 14-50363 (CSS)<br><br>Related to Adv. Pro. Docket No. __ |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING
CSC TRUST COMPANY OF DELAWARE, AS INDENTURE TRUSTEE AND
COLLATERAL TRUSTEE, TO FILE (I) AN UNREDACTED VERSION OF ITS JULY
15, 2014 LETTER AND (II) CERTAIN EXHIBITS TO THE LETTER UNDER SEAL**

Upon consideration of the Motion for Entry of an Order Authorizing CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to File (I) an Unredacted Version of its July 15, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal (the "Motion");[1] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2); and it appearing that notice of the Motion has been given as set forth in the

---

[1] Capitalized terms not defined in this Order shall have the meaning given to them in the Motion.

Motion and that no further notice need be given; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED that:

    1.    The Motion is granted.

    2.    CSC Trust is hereby authorized to file the unredacted Letter and the Exhibits under seal.

    3.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

    4.    This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and implementation of this Order.

Dated: July ___, 2014

                                                            _____  
                                                           THE HONORABLE CHRISTOPHER S. SONTCHI  
                                                           UNITED STATES BANKRUPTCY JUDGE