**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE | ) Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, | ) |
| | ) (Jointly Administered) |
| *Debtors.* | ) |
| | ) Related to Docket No. __ |

|  |  |
|---|---|
| CSC TRUST COMPANY OF | ) |
| DELAWARE, as INDENTURE TRUSTEE, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Adv. Pro. No. 14-50363 (CSS) |
| v. | ) |
| | ) Related to Adv. Pro. Docket No. __ |
| ENERGY FUTURE INTERMEDIATE | ) |
| HOLDING COMPANY LLC and | ) |
| EFIH FINANCE INC., | ) |
| | ) |
| *Defendants.* | ) |

**ORDER GRANTING MOTION TO SET EXPEDITED HEARING AND**
**SHORTEN NOTICE PERIOD WITH RESPECT TO MOTION FOR ENTRY**
**OF AN ORDER AUTHORIZING CSC TRUST COMPANY OF DELAWARE,**
**AS INDENTURE TRUSTEE AND COLLATERAL TRUSTEE, TO FILE**
**(I) AN UNREDACTED VERSION OF ITS JULY 15, 2014 LETTER AND**
**(II) CERTAIN EXHIBITS TO THE LETTER UNDER SEAL**

Upon the Motion[1] of CSC Trust, pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule

9006-1(e), for entry of an order setting an expedited hearing for and shortening the notice period

on the Motion to Seal; and upon consideration of the Motion and all pleadings related thereto;

and due and proper notice of the Motion having been given under the circumstances; and it

appearing that no other or further notice is required; and it appearing that the Court has

---

[1]  Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion or
Motion to Seal, as applicable.

52881/0001-10801806v1

jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and after due deliberation, and sufficient cause appearing therefor,

IT IS HEREBY ORDERED

1.      The Motion is granted.

2.      The Motion to Seal is set for a hearing on July 18, 2014 at 9:30 a.m. (prevailing Eastern time) (the "Hearing").

3.      Responses or objections to the Motion to Seal, if any, may be presented at the Hearing.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: July ____, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE