# Exhibit A

RLF1 10517556v.1

**Description of the Asset:**  Pad F - Northlake property 1,050,885 square feet (~24 acres)

**Debtor Selling the Asset:**  Luminant Generation Company LLC

**Purchaser Buying the Asset:**  Trammel Crow Company No. 43

**Purchase Price/Terms of Payment:** $2,017,699.20 ($1.92 per square foot)

- $500,000 paid at closing, with the balance due no later than three years from closing with an interest rate tied to the 10 year treasury rate and secured by a first lien deed of trust and vendors lien.

**Book Value of the Asset:**  $358,272.00

**Marketing/Sales Process:**

- The sales process for this tract is defined by the prepetition Settlement Agreement, Release, Restrictive Covenants, Put and Right of First Refusal Agreement (the "Settlement Agreement") entered into between Luminant Generation Company LLC and the Billingsley Parties[1] on August 2, 2013.  The Settlement Agreement contains a put-option, giving Luminant Generation the right to sell the tract to Trammel Crow Company No. 43.

- Luminant Generation Company LLC's ability to use or develop the ~24 acre south drill pad is restricted by the covenants of the Settlement Agreement.  These covenants run with the land, and only terminate upon the purchase of the property by one of the Billingsley Parties or their related parties or successors under the Settlement Agreement.  Essentially, these covenants severely hinder the marketability of this property to anyone other than a Billingsley Party, and operate to preclude Luminant Generation Company LLC's use and/or development of the surface of the property to mineral exploration only.  In December 2013, the Dallas City Council adopted changes to the Dallas County Drilling Ordinance which require a minimum of a 1500' setback from the property line of any tract of land designated as protected use site.  There are multiple buildings under construction on the adjacent properties which meet the protected use criteria, essentially making the property of no value to Luminant Generation Company LLC.

**Significant Terms of the Sale:**  Closing shall occur no later than 60 days following the delivery of the put notice.

---

[1] Crow-Billingsley Investment Company, CBIC Coppell Land, LLC, Cypress Waters Land A, Ltd., Cypress Waters Land B, Ltd., Cypress Waters Land C, Ltd., and Trammell Crow Company No. 43, Ltd.

**Encumbered by:**

- Right of First Refusal (Trammell Crow Company No. 43)
- DIP Liens under the TCEH DIP Credit Agreement[2]

**Identities of Lien Holders:**
- Trammel Crow Company No. 43
  One Arts Plaza
  1722 Routh Street, Suite 1313
  Dallas, Texas 75205
  Attention: Henry Billingsley
  With a copy to Kimberly Meyer (same address as above)

- Citibank, N.A.
  1615 Brett Road, Building III
  New Castle, DE 19720
  Attn: Bank Loan Syndications Department
  With a copy to Owen Coyle (same address as above)

- Dallas County Tax Assessor/Collector Property Ownership & Liens
  500 Elm Street
  Dallas, TX 75202

**Affected or Interested Governmental Entities or Regulatory Bodies:**
- Dallas County Tax Assessor/Collector Property Ownership & Liens
  500 Elm Street
  Dallas, TX 75202

---

[2] The terms "DIP Liens" and the "TCEH DIP Credit Agreement" are defined in the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, For Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [D.I. 73].