## EXHIBIT A

A-1

RLF1 10517352v.1

Energy Future Holdings et. al
De Minimis Asset Sales Motion Reporting
For the Period April 29, 2014 to June 30, 2014

### *De Minimis Asset sales with a sales price less than $250,000*

| General description of asset sold | Name of purchasing parties incl. details of relationship with TCEH Debtors and their estates | Sales price | Details (incl. amount) of third parties receiving commission |
|---|---|---|---|
| None recorded during the period April 29, 2014 to June 30, 2014 | | | |

### *De Minimis Asset sales / transfers with a sales price greater than $250,000*

| General description of asset sold | Name of purchasing parties incl. details of relationship with TCEH Debtors and their estates | Sales price | Details (incl. amount) of third parties receiving commission |
|---|---|---|---|
| None recorded during the period April 29, 2014 to June 30, 2014 | | | |

### *De Minimis Asset Abandonments with an estimated book value less than $250,000*

| General description of asset abandoned | Abandonee / estimated book value of abandonment | | |
|---|---|---|---|
| None recorded during the period April 29, 2014 to June 30, 2014 | | | |

### *De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| General description of asset abandoned | Estimated book value | | |
|---|---|---|---|
| None recorded during the period April 29, 2014 to June 30, 2014 | | | |