**EXHIBIT A**

**Energy Future Holdings et. al**
**De Minimis Asset Sales Motion Reporting**
**For the Period April 29, 2014 to June 30, 2014**

*De Minimis Asset sales with a sales price less than $250,000*

| Aggregate net sales price |
| --- |
| None recorded during the period April 29, 2014 to June 30, 2014 |

*De Minimis Asset sales / transfers with a sales price greater than $250,000*

| General description of asset sold | Name of purchasing parties incl. details of relationship with TCEH Debtors and their estates | Sales price | Details (incl. amount) of third parties receiving commission |
| --- | --- | --- | --- |
| None recorded during the period April 29, 2014 to June 30, 2014 | | | |

*De Minimis Asset Abandonments with an estimated book value less than $250,000*

| Aggregate estimated book value of abandonments |
| --- |
| None recorded during the period April 29, 2014 to June 30, 2014 |

*De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| General description of asset abandoned | Estimated book value |
| --- | --- |
| None recorded during the period April 29, 2014 to June 30, 2014 | |