**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Case No. 14-10979-CSS |
| | ) | |
| Energy Future Holdings, Corp., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND DEMAND
## FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE THAT AppLabs Technologies PVT Ltd. ("AppLabs"), by the undersigned counsel, enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given as follows:

> Mary Kay Shaver, Esq.
> Varnum LLP
> Bridgewater Place
> P.O. Box 352
> Grand Rapids, MI 49501-0352
> Telephone: 616/336-6555
> Facsimile: 616/336-7000
> E-Mail: mkshaver@varnumlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, is intended or shall be deemed to waive AppLabs' right (i) to have final orders in non-core and certain core matters entered by an Article III judge or only after the novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defense, setoffs or recoupments to which AppLabs is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment expressly are reserved.

Dated this 15th day of July, 2014.

VARNUM LLP


By:   /s/ Mary Kay Shaver
      Mary Kay Shaver (MI-P60411)
      Attorneys for AppLabs Technologies PVT Ltd.

#8576201