

U.S. Department of Justice

Office of the United States Trustee

*District of Delaware*

---

*844 King Street, Suite 2207*  *(302) 573-6491*
*Wilmington, DE  19801*  *fax (302) 573-6497*

July 16, 2014

**VIA HAND DELIVERY**
Honorable Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court
District of Delaware
842 Market Street, 5th Floor
Wilmington, DE 19801

    Re:   *In re Energy Future Holding Corp.* – Bankr. Case No. 14-10979-CSS
           *CSC Trust Company of Delaware v. Energy Future Holding Corp., et al*
           Adversary Proceeding No. 14-50363-CSS

Dear Judge Sontchi:

      Please accept this letter in lieu of a formal objection to the Motion for Entry of an Order Authorizing CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee ("CSCS"), to File (i) an Unredacted Version of its July 15, 2014 Letter and (ii) Certain Exhibits to the Letter under Seal (D. I. 1573) filed on July 15, 2014.

      In its Motion, CSC asks this Court for authority to file (i) an unredacted version of its July 15, 2014 letter to the Court (the "Letter") regarding current discovery disputes between CSC Trust and the Ad Hoc Committee of EFIH Unsecured Noteholders concerning the Makewhole Litigation and (ii) Exhibits D through I to the Letter under seal. CSC asserts that the reason for requesting such relief is because the information sought to be filed under seal has been designated as confidential or marked as "confidential" or "highly confidential."

      For the same reasons that the U. S. Trustee has previously objected to various motions to file objections, exhibits, documents and letters under seal pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 (D. I. 1072, 1073, 1081, 1084, 1093, 1097 and 1501), the U. S. Trustee asserts that the relief requested in the Motion (i) reaches beyond the scope of 11 U.S.C. § 107 and the relevant case law, (ii) violates the policy of public access to bankruptcy proceedings and records, and that (ii) the information sought to be sealed should be narrowly tailored to comply with 11 U.S.C. § 107.

Honorable Christopher S. Sontchi
United States Bankruptcy Judge
July 16, 2014
Page 2

    Accordingly, the U. S. Trustee requests that the Motion be denied and reserves any and all rights, remedies and obligations found under law, equity or otherwise. Thank you for your consideration.

Respectfully yours,

Richard L. Schepacarter<br>
Trial Attorney

cc: Parties on the attached service list (via email)