# EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court
District of Delaware
Attn: Clerk

AND TO:    Energy Future Holdings Corp., et al., Jointly Administered
Case No. 14-10979

Claim #:_____ / Schedule ☒

**RAILROAD FRICTION PRODUCTS CORP**, its successors and assigns ("Assignor"), for good and valuation consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TANNOR PARTNERS CREDIT FUND, LP**
150 Grand Street, Suite 401
White Plains, NY 10601
Attn: Robert Tannor

its successors and assigns ("Assignee"), all rights title and interest in and to the administrative expense claim or cure claim of Assignor pursuant to section 503(b)(9) of the United States Bankruptcy Code, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of not less than $5,323.76 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee or the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer by its duly authorized representative dated this _29_ day of _MAY_, 2014.

**RAILROAD FRICTION PRODUCTS CORP**    **TANNOR PARTNERS CREDIT FUND, LP**

By: _/s/ James B. Rudy_    By: /s/ Robert J. Tannor

B6F (Official Form 6F) (12/07) – Cont.

In re **Luminant Mining Company LLC**,                    Case No. **14-11042 (CSS)**
　　　　　　Debtor                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RAILROAD FRICTION PRODUCTS CORP<br>13601 AIRPORT RD<br>MAXTON, NC 28364 | | | Trade Payable | | | | $3,566.96 |
| ACCOUNT NO.<br>RAILROAD FRICTION PRODUCTS CORP<br>PO BOX 360479<br>PITTSBURGH, PA 15251-6479 | | | Trade Payable | | | | $1,756.80 |
| ACCOUNT NO.<br>RAILWORKS TRACK SYSTEMS INC<br>TREASURY CENTER<br>CHICAGO, IL 60694-9500 | | | Trade Payable | | | | $529,234.00 |
| ACCOUNT NO.<br>RANDALL PAUL & AUDREY SUE HAMPTON<br>ADDRESS ON FILE | | | Trade Payable | | | | $15.16 |
| ACCOUNT NO.<br>RANDOLPH M & DOROTHY ALLEN<br>ADDRESS ON FILE | | | Trade Payable | | | | $3.57 |
| ACCOUNT NO.<br>RANGER EXCAVATING LP<br>5222 THUNDER CREEK ROAD<br>SUITE B1<br>AUSTIN, TX 78759 | | | Trade Payable | | | | $68,781.64 |

Sheet no. **192** of **248** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 603,358.13

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

