# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SIERRA CLUB, <br><br> Plaintiff, <br><br> v. <br><br> ENERGY FUTURE HOLDINGS CORPORATION, ET AL., <br><br> Defendants. | CIVIL ACTION 6:12-cv-108 |

## JOINT MOTION TO POSTPONE DEADLINES BY AN ADDITIONAL 60 DAYS

Plaintiff Sierra Club and Defendants Energy Future Holdings Corp. and Luminant Generation Company LLC file this Joint Motion to Postpone Deadlines by an additional 60 Days.

1. On April 29, 2014, Energy Future Holdings Corp. and certain of its subsidiaries and affiliates, including Luminant Generation Company LLC, filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. *In re Energy Future Holdings Corp.*, Case No. 14-10979.

2. The parties disagree as to whether and the extent to which the automatic stay applies, including with respect to the Court's determination of fees and costs and the appeal. Sierra Club believes that to the extent the automatic stay applies, it applies to both the remaining proceedings in this Court (the Court's determination of fees and costs and resolution of Plaintiff's motion to amend the final order) and the appeal. Defendants do not believe the stay applies to the Court's determination of fees and costs (including the motion to amend that relates only to the fees and costs).

1

3. To avoid expending additional time and expense on briefing in this litigation while the parties seek to resolve that issue, the parties have agreed that it would be prudent to extend the deadlines to Sierra Club's response to Defendants' motion for fees and its reply brief in support of its motion to amend. By agreement of the parties, and order of this Court dated May 6, 2014, the Briefing Deadlines were originally extended by 30 days. The parties expect that further time will be required to resolve the issue and have agreed that it would be prudent to extend the Briefing Deadlines by an additional 60 days. Accordingly, the parties request that the Court postpone by 60 additional days Sierra Club's response to Defendant's motion for fees and Sierra Club's reply brief in support of its motion to amend.

Dated: May 19, 2014                                                Respectfully submitted,

| /s/ Mike Raiff | /s/ Elena Saxonhouse |
|---|---|
| William B. Dawson | Elena Saxonhouse* |
| SBN 05606300 | SBN 235139 |
| Michael L. Raiff | Sanjay Narayan* |
| SBN 00784803 | SBN 183227 |
| Russell H. Falconer | SIERRA CLUB |
| SBN 24069695 | 85 Second Street, 2nd Floor |
| Gibson, Dunn & Crutcher LLP | San Francisco, CA 94105 |
| 2100 McKinney Avenue | Telephone: (415) 977-5765 |
| Suite 1100 | |
| Dallas, Texas 75201-6912 | Ilan Levin* |
| Telephone:   (214) 698-3100 | SBN 00798328 |
| | Environmental Integrity Project |
| P. Stephen Gidiere III | 1303 San Antonio Street, Suite 200 |
| SBN 24077984 | Austin, Texas 78701 |
| Thomas L. Casey, III | Telephone: (512) 637-9479 |
| Balch & Bingham LLP | |
| 1901 Sixth Avenue North, Suite 1500 | Patton Dycus* |
| Birmingham, Alabama 35203 | SBN 236636 |
| Telephone: (205) 251-8100 | Environmental Integrity Project |
| | 1000 Vermont Avenue, NW, Suite 1100 |
| | Washington, DC 20005 |
| | Telephone: (202) 263-4455 |

Charles D. Olson
SBN 15273200
Michael W. Dixon
SBN 05912100
Haley & Olson PC
510 North Valley Mills Drive, Suite 600
Waco, Texas 76710-6078
Telephone: (254) 776-3336

Daniel J. Kelly
SBN 24041229
Associate General Counsel
Energy Future Holdings Corp.
1601 Bryan Street, 43rd Floor
Dallas, Texas 75201
Telephone: (214) 812-7182

*ATTORNEYS FOR DEFENDANTS*

Charles McPhedran*
SBN 60123
Mary Whittle*
SBN 24033336
EarthJustice
1617 JFK Boulevard, Suite 1675
Philadelphia, PA 19103
Telephone: (215) 717-4521

Aubrey Williams
SBN 21512500
Montez & Williams, PC
3809 West Waco Drive
Waco, TX 76710
Telephone: (254) 759-8600

*ATTORNEYS FOR PLAINTIFF*
*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on May 19, 2014, via CM/ECF, on all counsel of record.

/s/ Mike Raiff
Michael L. Raiff

101733858.1