# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SIERRA CLUB, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 6:12-cv-00108-WSS |
| ENERGY FUTURE HOLDINGS § | |
| CORPORATION and LUMINANT § | |
| GENERATION COMPANY LLC, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING JOINT MOTION TO POSTPONE DEADLINES BY AN ADDITIONAL 60 DAYS

CAME ON for consideration the parties request that the Court postpone by 60 days Sierra Club's response to Defendants' motion for fees and Sierra Club's reply brief in support of its motion to amend.

The Court hereby grants the motion and extends those two deadlines by 60 days. Sierra Club's response to Defendants' motion for fees is now due August 5, 2014. Sierra Club's reply brief in support of its motion to amend is now due by August 8, 2014.

SO ORDERED.

Signed this 21 day of May, 2014.

_____
The Honorable Walter S. Smith, Jr.
United States District Judge

101725222.1