IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings, Inc., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket Nos. 1070, 1179, 1224, 1504.** |

------------------------------------------------------------ x

## NOTICE OF STRATEGIC PROPOSAL BY
## NEXTERA ENERGY, INC. AND EFIH SECOND LIEN GROUP

Certain Second Lien Noteholders (the "**EFIH Second Lien Group**") and NextEra Energy, Inc., ("**NextEra**") previously submitted a joint proposal for a competing second lien DIP (the "**Strategic DIP**"). See Declaration of Todd R. Snyder [Dkt. No. 1070]. On June 26, 2014, NextEra and the Second Lien Group transmitted to the Debtors documentation reflecting these commitments. The transmittal letter and its accompanying exhibits were filed as a Notice of Filing of Commitment Letter Relating to the Second Lien Groups Proposed Competing Second Lien DIP [Dkt. No. 1179].

On June 27, 2014, NextEra and the EFIH Second Lien Group transmitted to the Debtors a letter outlining certain enhanced terms to the Strategic DIP. The transmittal letter was filed as a Notice of Enhanced Terms Relating to the Alternative Second Lien DIP Financing Proposed by NextEra Energy, Inc. and the EFIH Second Lien Group [Dkt. No. 1224].

On July 8, 2014, the Debtors filed a Notice of Adjournment of the hearings on the EFIH Second Lien DIP Motion, the EFIH Settlement Motion and the Restructuring Support Agreement Assumption Motion (the "**Notice of Adjournment**") [Dkt. No. 1504]. One of the

stated purposes of the adjournment was to allow the Debtors sufficient time to continue to engage in discussions with creditors with the goal of maximizing estate value.

To that end, on July 16, 2014, the EFIH Second Lien Group and NextEra transmitted to the Debtors a letter and a term sheet relating to a comprehensive restructuring designed to maximize value for all of the Debtors' creditors, attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: July 16, 2014 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@ pszjlaw.com
            rfeinstein@ pszjlaw.com

- and -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Philip Bentley
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
            pbentley@kramerlevin.com
            jbrody@kramerlevin.com

*Counsel to the EFIH Second Lien Group and the Indenture Trustee*

- and -

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114

        Fax: 212-904-0514
        Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee*

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
Marc B. Roitman
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369
Email: hseife@chadbourne.com
       dlemay@chadbourne.com
       mroitman@chadbourne.com

      - and -

LANDIS RATH & COBB LLP
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:   (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com

*Counsel to NextEra Energy, Inc.*