### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, [1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 1200-1220** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 27, 2014, I caused to be served the:

   i.   "Declaration of Disinterestedness of Bracewell & Giuliani LLP Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business," dated June 26, 2014 [Docket No. 1200],

   ii.  "Declaration of Disinterestedness of Law Offices of Dan Gus, P.C. Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business," dated June 27, 2014 [Docket No. 1201],

   iii. "Declaration of Disinterestedness of Duff & Phelps LLC Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business," dated June 26, 2014 [Docket No. 1202],

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

iv.   "Declaration of Disinterestedness of Enoch Kever, P.L.L.C. Pursuant to the Order
      Authorizing the Retention and Compensation of Certain Professionals Utilized in the
      Ordinary Course of Business," dated June 26, 2014 [Docket No. 1203],

v.    "Declaration of Disinterestedness of [Entity] Pursuant to the Order Authorizing the
      Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of
      Business," relating to Fish & Richardson P.C., dated June 26, 2014 [Docket No. 1204],

vi.   "Declaration of Disinterestedness of Ireland Carroll and Kelley, P.C. Pursuant to the
      Order Authorizing the Retention and Compensation of Certain Professionals Utilized in
      the Ordinary Course of Business," dated June 27, 2014 [Docket No. 1205],

vii.  "Declaration of Disinterestedness of LeClairRyan Pursuant to the Order Authorizing the
      Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of
      Business," dated June 27, 2014 [Docket No. 1206],

viii. "Declaration of Disinterestedness of Locke Lord LLP Pursuant to the Order Authorizing
      the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course
      of Business," dated June 26, 2014 [Docket No. 1207],

ix.   "Declaration of Disinterestedness of The Madison Group, LLC Pursuant to the Order
      Authorizing the Retention and Compensation of Certain Professionals Utilized in the
      Ordinary Course of Business," dated June 25, 2014 [Docket No. 1208],

x.    "Declaration of Disinterestedness of McConnell & Jones LLP Pursuant to the Order
      Authorizing the Retention and Compensation of Certain Professionals Utilized in the
      Ordinary Course of Business," dated June 25, 2014 [Docket No. 1209],

xi.   "Declaration of Disinterestedness of McGlinchey Stafford, PLLC Pursuant to the Order
      Authorizing the Retention and Compensation of Certain Professionals Utilized in the
      Ordinary Course of Business," dated June 17, 2014 [Docket No. 1210],

xii.  "Declaration of Disinterestedness of McGuireWoods Consulting, LLC, Pursuant to the
      Order Authorizing the Retention and Compensation of Certain Professionals Utilized in
      the Ordinary Course of Business," dated June 27, 2014 [Docket No. 1211],

xiii. "Declaration of Disinterestedness of Mercer (US) Inc. Pursuant to the Order Authorizing
      the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course
      of Business," dated June 27, 2014 [Docket No. 1212],

xiv.  "Declaration of Disinterestedness of Morgan, Lewis & Bockius LLP Pursuant to the
      Order Authorizing the Retention and Compensation of Certain Professionals Utilized in
      the Ordinary Course of Business," dated June 25, 2014 [Docket No. 1213],

xv.     "Declaration of Disinterestedness of RH Sweeney Associates Pursuant to the Order
        Authorizing the Retention and Compensation of Certain Professionals Utilized in the
        Ordinary Course of Business," dated June 23, 2014 [Docket No. 1214],

xvi.    "Declaration of Disinterestedness of Ryan, LLC Pursuant to the Order Authorizing the
        Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of
        Business," dated June 26, 2014 [Docket No. 1215],

xvii.   "Declaration of Disinterestedness of Scheef & Stone, L.L.P. Pursuant to the Order
        Authorizing the Retention and Compensation of Certain Professionals Utilized in the
        Ordinary Course of Business," dated June 27, 2014 [Docket No. 1216],

xviii.  "Declaration of Disinterestedness of the Beshear Group Pursuant to the Order
        Authorizing the Retention and Compensation of Certain Professionals Utilized in the
        Ordinary Course of Business," dated June 26, 2014 [Docket No. 1217],

xix.    "Declaration of Disinterestedness of EOP Group, Inc. Pursuant to the Order Authorizing
        the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course
        of Business," dated June 26, 2014 [Docket No. 1218],

xx.     "Declaration of Disinterestedness of Thomas, Niesen & Thomas, LLC Pursuant to the
        Order Authorizing the Retention and Compensation of Certain Professionals Utilized in
        the Ordinary Course of Business," dated June 26, 2014 [Docket No. 1219], and

xxi.    "Declaration of Disinterestedness of Vinson & Elkins LLP Pursuant to the Order
        Authorizing the Retention and Compensation of Certain Professionals Utilized in the
        Ordinary Course of Business," dated June 25, 2014 [Docket No. 1220],

by causing true and correct copies to be enclosed securely in separate postage pre-paid
envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Carol Zhang

Sworn to before me this
2nd day of July, 2014

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

# EXHIBIT A

ENERGY FUTURE HOLDINGS CORP., ET AL.
OCP NOTICE PARTIES

EFH_(LIST2002.DBF, REC2002) *** 29 ***
ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

EFH_(LIST2002.DBF, REC2002) *** 1 ***
KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: RICHARD CIERI ESQ,EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

EFH_(LIST2002.DBF, REC2002) *** 2 ***
KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES HM SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

EFH_(LIST2002.DBF, REC2002) *** 239 ***
MORRISON & FOERSTER LLP
(COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019

EFH_(LIST2002.DBF, REC2002) *** 4 ***
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
WILMINGTON, DE 19801

EFH_(LIST2002.DBF, REC2002) *** 234 ***
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

EFH_(LIST2002.DBF, REC2002) *** 23 ***
SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO EFIH
FIRST LIEN DIP FINANCING)
ATTN: FREDERICK SOSNICK ESQ &
NED SHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022