## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 1229, 1471, 1472, 1605** |

## CERTIFICATION OF COUNSEL CONCERNING ORDER
## AUTHORIZING THE DEBTORS TO EXECUTE THE 401(k) PLAN SEPARATION

The undersigned hereby certifies as follows:

1.      On June 27, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for an Order Authorizing the Debtors to Execute the 401(k) Plan Separation* [D.I. 1229] (as amended by D.I. 1471, the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2.      Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for an Order Authorizing the Debtors to Execute the 401(k) Plan Separation" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on July 11, 2014 (the

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

"Objection Deadline").[2]  A hearing to consider the relief requested in the Motion is currently scheduled to take place on July 18, 2014 at 9:30 a.m. (Eastern Daylight Time).

3.    Prior to the Objection Deadline, the official committee of unsecured creditors (the "Committee") provided informal comments to the Motion (the "Informal Response").  Other than the Informal Response, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.  Based on various communications by and between the Debtors and the Committee, the Debtors have prepared a revised form of order (the "Revised Order") and filed the *Supplemental Declaration of Carrie Kirby, the Executive Vice President of Human Resources in Support of Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Execute the 401(k) Plan Separation*, dated July 17, 2014 [D.I. 1605] both in connection with the Motion, which together resolve the Informal Response.  A copy of the Revised Order is attached hereto as Exhibit A.  A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as Exhibit B.  The Revised Order has been circulated to, and is acceptable to, the Committee.

4.    The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

---

[2]    The Debtors extended the Objection Deadline for the Committee to July 14, 2014.

Dated:  July 17, 2014
         Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:        (302) 651-7700
Facsimile:         (302) 651-7701
Email:             collins@rlf.com
                   defranceschi@rlf.com
                   madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:        (212) 446-4800
Facsimile:         (212) 446-4900
Email:             richard.cieri@kirkland.com
                   edward.sassower@kirkland.com
                   stephen.hessler@kirkland.com
                   brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:         (312) 862-2200
Email:             james.sprayregen@kirkland.com
                   chad.husnick@kirkland.com
                   steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession