# EXHIBIT 4

# In The Matter Of:

## ENERGY FUTURE HOLDINGS CORPORATION, ET. AL.

_____

## JEFFREY ROSENBAUM - Vol. 2
### June 26, 2014

_____

## CONFIDENTIAL

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

```
IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Chapter 11
Case No. 14-10979 (CSS)
Jointly Administered
on an Interim Basis
----------------------------------x
In re:

ENERGY FUTURE HOLDINGS CORPORATION,
et al.,

            Debtors.
----------------------------------x
            June 26, 2014

            2:11 p.m.

            VOLUME II


      *** C O N F I D E N T I A L ***


    Continued Videotaped Deposition of

JEFFREY ROSENBAUM, at the offices of AKIN GUMP

STRAUSS HAUER & FELD LLP, One Bryant Park, New

York, New York, before Frank J. Bas, a

Registered Professional Reporter, Certified

Realtime Reporter and Notary Public within and

for the State of New York.
```

```
 1   A P P E A R A N C E S:
 2
 3   BROWN RUDNICK LLP
 4   Attorneys for Wilmington Savings Fund Society,
 5   FSB, solely in its capacity as successor
 6   Indenture Trustee for the Second Liens
 7         Seven Times Square
 8         New York, New York 10036
 9   BY:   JONATHAN D. MARSHALL, ESQ. (Via Phone)
10         jdmarshall@brownrudnick.com
11
12
13   VINSON & ELKINS LLP
14   Observing on Behalf of Oncor Electric
15   Delivery Company
16         2001 Ross Avenue, Suite 3700
17         Dallas, Texas 75201-2975
18   BY:   MATTHEW C. HENRY, ESQ.  (Via Phone)
19         mhenry@velaw.com
20         JO ANN BIGGS, ESQ.  (Via Phone)
21         jbiggs@velaw.com
22
23
24
25
```

```
 1    A P P E A R A N C E S   C O N T I N U E D
 2
 3    FOLEY & LARDNER LLP
 4    Attorneys for UMB Bank as Indenture Trustee
 5    for EFIH Unsecured Notes
 6         90 Park Avenue
 7         New York, New York  10016-1314
 8    BY:  MELISSA R. DEAN, Law Graduate (Via Phone)
 9         mdean@foley.com
10
11    WHITE & CASE LLP
12    Attorneys for Ad Hoc Group of Unsecured
13    Noteholders
14         1155 Avenue of the Americas
15         New York, New York 10036-2787
16    BY:  JASON A. BARTLETT, ESQ.  (Via Phone)
17         jbartlett@whitecase.com
18
19    MORRISON & FOERSTER LLP
20    Attorneys for the Official Committee of
21    Unsecured Creditors
22         250 West 55th Street
23         New York, New York  10019-9601
24    BY:  JOSEPH ALEXANDER LAWRENCE, ESQ.  (Via Phone)
25         alawrence@mofo.com
```

```
 1    A P P E A R A N C E S    C O N T I N U E D

 2

 3    AKIN GUMP STRAUSS HAUER & FELD LLP

 4    Attorneys for the Witness

 5         One Bryant Park

 6         Bank of America Tower

 7         New York, New York  10036-6745

 8    BY:  STEPHEN M. BALDINI, ESQ.

 9         sbaldini@akingump.com

10

11    BINGHAM McCUTCHEN LLP

12    Attorneys for Pacific Investment

13    Management Company

14         399 Park Avenue

15         New York, New York  10022-4689

16    BY:  JEFFREY S. SABIN, ESQ.

17         jeffrey.sabin@bingham.com

18              -and-

19    BINGHAM McCUTCHEN LLP

20         One Federal Street

21         Boston, Massachusetts 02110-1726

22    BY:  CHRISTOPHER L. CARTER, ESQ.  (Via Phone)

23         christopher.carter@bingham.com

24

25
```

```
 1   A P P E A R A N C E S    C O N T I N U E D
 2
 3   KIRKLAND & ELLIS LLP
 4   Attorneys for the Debtors
 5        655 Fifteenth Street, N.W.
 6        Washington, D.C. 20005
 7   BY:  JONATHAN F. GANTER, ESQ.
 8        jonathan.ganter@kirkland.com
 9
10   RICHARD P. SWANSON
11   Attorney for the Witness
12   General Counsel/Managing Director
13   York Capital Management
14        767 Fifth Avenue, 17th Floor
15        New York, New York 10153
16
17   PACHULSKI STANG ZIEHL & JONES LLP
18   Attorneys for EFIH Second Lien Trustee
19        780 Third Avenue
20        36th Floor
21        New York, New York 10017-2024
22   BY:  BETH LEVINE, ESQ.
23        blevine@pszjlaw.com
24
25
```

CONFIDENTIAL
JEFFREY ROSENBAUM - 6/26/2014

Page 287

```
 1   A P P E A R A N C E S   C O N T I N U E D
 2
 3   FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
 4   Attorneys for Fidelity
 5       One New York Plaza
 6       New York, New York  10004-1980
 7   BY:  JESSICA PEVZNER, ESQ.
 8        jessica.pevzner@friedfrank.com
 9
10   WACHTELL LIPTON ROSEN & KATZ LLP
11   Attorneys for the EFH Equity Owners
12       51 West 52nd Street
13       New York, New York 10019
14   BY:  EMIL A. KLEINHAUS, ESQ.  (Via Phone)
15        eakleinhaus@wlrk.com
16
17   DRINKER BIDDLE & REATH LLP
18   Attorneys for CSC Trust Company of Delaware
19   as Successor Trustee for the
20   First Lien Notes Issued by EFIH
21       1177 Avenue of the Americas
22       41st Floor
23       New York, New York 10036-2714
24   BY:  JAMES H. MILLAR, ESQ.
25        james.millar@dbr.com
```

```
 1   A P P E A R A N C E S   C O N T I N U E D
 2
 3   SHEARMAN & STERLING LLP
 4   Attorneys for Deutsche Bank
 5        599 Lexington Avenue
 6        New York, New York 10022-6069
 7   BY:  NED S. SCHODEK, ESQ.
 8        ned.schodek@shearman.com
 9
10   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
11   Attorneys for the Ad Hoc Group of Legacy
12   Noteholders
13        1633 Broadway
14        New York, New York  10019-6799
15   BY:  DAVID S. ROSNER, ESQ.
16        drosner@kasowitz.com
17        RYAN P. MONTEFUSCO, ESQ.
18        rmontefusco@kasowitz.com
19
20
21
22   ALSO PRESENT:
23        William Pace, Videographer, Merrill
24
25
```

| | | |
|---|---|---|
| 1 | Q.    What's stopping you? | 15:13:04 |
| 2 | MR. BALDINI:  To the extent | 15:13:14 |
| 3 | that you can answer the question without | 15:13:14 |
| 4 | revealing conversations you had with counsel, | 15:13:16 |
| 5 | feel free.  If that's -- if your issue is you | 15:13:19 |
| 6 | can't answer the question without revealing | 15:13:22 |
| 7 | the substance of conversations with counsel, | 15:13:24 |
| 8 | please say so. | 15:13:26 |
| 9 | A.    My view is consistent with one | 15:13:30 |
| 10 | of the exhibits yesterday, I think we talked | 15:13:31 |
| 11 | about, the make-whole being worth 30 cents, or | 15:13:35 |
| 12 | 30 percent. | 15:13:39 |
| 13 | Q.    At best? | 15:13:39 |
| 14 | A.    Whatever the language exactly | 15:13:41 |
| 15 | is stated in that e-mail.  For the second | 15:13:44 |
| 16 | liens. | 15:13:47 |
| 17 | Q.    So what was your reaction to | 15:13:47 |
| 18 | Fidelity, based upon that understanding? | 15:13:51 |
| 19 | A.    "No." | 15:13:56 |
| 20 | Q.    And how did the negotiations | 15:14:00 |
| 21 | proceed from there? | 15:14:02 |
| 22 | A.    There were a variety of | 15:14:03 |
| 23 | negotiations, some of which -- excuse me -- | 15:14:07 |
| 24 | some of which took place with myself and Matt | 15:14:10 |
| 25 | Kimble and Jason New, some of which took place | 15:14:14 |

|  |  |  |
|---|---|---|
| 1 | with subsets of the three of us. | 15:14:19 |
| 2 | Party to those conversations at | 15:14:22 |
| 3 | times were Michael MacDougall and Paul | 15:14:23 |
| 4 | Keglevic. | 15:14:24 |
| 5 | Parties to those discussions at | 15:14:26 |
| 6 | times were Nate Van Duzer. | 15:14:28 |
| 7 | Parties to those discussions at | 15:14:33 |
| 8 | times were Magnetar, Oak Hill and Morgan | 15:14:34 |
| 9 | Stanley, and all of their collective advisors. | 15:14:41 |
| 10 | You know, it was a variety of | 15:14:45 |
| 11 | direct and indirect phone conversations, | 15:14:47 |
| 12 | e-mails, and meetings. | 15:14:50 |
| 13 | Q.   And remind me again why | 15:14:53 |
| 14 | Magnetar and Oak Hill and Morgan Stanley were | 15:14:54 |
| 15 | involved? | 15:14:56 |
| 16 | A.   It's my understanding that, at | 15:14:58 |
| 17 | least at the initial phases, that Fidelity had | 15:15:02 |
| 18 | conversations with -- with the group | 15:15:05 |
| 19 | represented by Tom Mayer on kind of a | 15:15:11 |
| 20 | potential collective -- collective settlement, | 15:15:14 |
| 21 | and I think those three firms are three of the | 15:15:19 |
| 22 | prominent members of that group. | 15:15:21 |
| 23 | Q.   Would you view the make-whole | 15:15:23 |
| 24 | negotiation as separate from the discussion, | 15:15:28 |
| 25 | if any, on the 64 percent conversion, | 15:15:30 |