# **EXHIBIT 5**

## Carty, Chris

|  |  |
|---|---|
| **From:** | Boller, Robert |
| **Sent:** | Tuesday, June 24, 2014 11:47 PM |
| **To:** | KStickles@coleschotz.com |
| **Cc:** | Baldini, Stephen; Carty, Chris; Tizravesh, Roxanne |
| **Subject:** | FW: EFIH - Subpoenas (York Capital Management, Rosenbaum, Avenue Capital Group, Burnazian, Kimble, Third Avenue Management, Zalewski, GSO Capital Partners, New, Fleury, P. Schoenfeld Asset Management, Brown and Greene) |
| **Attachments:** | ATT00001.htm; ATT00002.htm; ATT00003.htm; ATT00004.htm; ATT00005.htm; ATT00006.htm; ATT00007.htm; ATT00008.htm; ATT00009.htm; ATT00010.htm; ATT00011.htm; ATT00012.htm; ATT00013.htm; Subpoena for Avenue Capital.pdf; Subpoena for Burnazian.pdf; Subpoena for Zalewski.pdf; Subpoena for Rosenbaum.pdf; Subpoena for Kimble.pdf; Subpoena for Greene.pdf; Subpoena for Brown.pdf; Subpoena for Fleury.pdf; Subpoena for New.pdf; Subpoena for York Capital.pdf; Subpoena for PSAM.pdf; Subpoena for GSO Capital.pdf; Subpoena for 3rd Avenue Management.pdf |

Kate,

We will accept service of each of the subpoenas except those for Third Avenue Capital and Joseph Zalewski. Those must be served via traditional means.

Note that our acceptance of service is a courtesy and is not meant to waive any and rights in connection with the subpoenas, including the right to move to quash same. All such rights are expressly reserved.

Please call me if you'd like to discuss further.

Regards,

Robert Boller

**Robert J. Boller**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8170 | Internal: 38170
Fax: +1 212.872.1002 | rboller@akingump.com | akingump.com | Bio

**From:** "Stickles, Kate" <KStickles@coleschotz.com>
**To:** "Dizengoff, Ira" <idizengoff@AkinGump.com>, "Qureshi, Abid" <aqureshi@AkinGump.com>, "Baldini, Stephen" <sbaldini@AkinGump.com>, "Lahaie, Meredith" <mlahaie@akingump.com>, "Alberino, Scott L." <SAlberino@AKINGUMP.com>, "Cousins, Scott (External)" <cousins@ccbllp.com>, "Olivere, Mark (External)" <olivere@ccbllp.com>, "kashishian@ccbllp.com" <kashishian@ccbllp.com>
**Cc:** "Pernick, Norman" <NPernick@coleschotz.com>, "Usatine, Warren" <WUsatine@coleschotz.com>, "Karstetter, Kimberly" <KKarstetter@coleschotz.com>
**Subject: EFIH - Subpoenas (York Capital Management, Rosenbaum, Avenue Capital**

**Group, Burnazian, Kimble, Third Avenue Management, Zalewski, GSO Capital Partners, New, Fleury, P. Schoenfeld Asset Management, Brown and Greene)**

RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)
CSC Trust Company of Delaware v. Energy Future Intermediate Holding Co. LLC, et al.
Adv. Pro. No. 14-50363 (CSS)

Dear Counsel:

Attached please find subpoenas issued on behalf of CSC Trust Company, as Indenture for the 10% Senior Secured Notes Due 2020 issued by Energy Future Intermediate Holdings LLC and EFIH Finance Inc., to the following, in the In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS) and the CSC Trust Company of Delaware v. Energy Future Intermediate Holding Company LLC, et al., Adv. Pro. No. 14-50363 (CSS) matters:

- York Capital Management
- Jeffrey Rosenbaum
- Avenue Capital Group
- Stephen Burnazian
- Matthew Kimble
- Third Avenue Management
- Joseph Zalewski
- GSO Capital Partners
- Jason New
- Patrick Fleury
- P. Schoenfeld Asset Management
- Philip Brown
- Samuel M. Greene

Please confirm that you will accept service of the subpoenas on behalf of York Capital Management, Jeffrey Rosenbaum, Avenue Capital Group, Stephen Burnazian, Matthew Kimble, Third Avenue Management, Joseph Zalewski, GSO Capital Partners, Jason New, Patrick Fleury, P. Schoenfeld Asset Management, Philip Brown, and Samuel M. Greene.

Regards,

[http://www.coleschotz.com/2B7963/images/email_logo.gif]
Kate Stickles
Member
500 Delaware Avenue | Ste 1410 | Wilmington, DE | 19801
Direct 302.651.2001 | Firm 302.652.3131 | Fax 302.574.2101 | Cell 302.668.7417 |
kstickles@coleschotz.com <mailto:kstickles@coleschotz.com>
New Jersey <http://www.coleschotz.com/?t=10&L=219&format=xml&p=5995> | New York <http://www.coleschotz.com/?t=10&L=220&format=xml&p=5995> | Delaware <http://www.coleschotz.com/?t=10&L=221&format=xml&p=5995> | Maryland <http://www.coleschotz.com/?t=10&L=222&format=xml&p=5995> | Texas <http://www.coleschotz.com/?t=10&L=223&format=xml&p=5995>
vCard <http://www.coleschotz.com/2B7963/assets/files/members/jks/jks.vcf> | bio <http://www.coleschotz.com/?t=3&A=4906&format=xml&p=5997> | website <http://www.coleschotz.com/>

Legal Secretary: Susan Williams | 302.652.3131 x2501 | SWilliams@coleschotz.com <mailto:SWilliams@coleschotz.com>

* * * * * *
This e-mail message from Cole, Schotz, Meisel, Forman & Leonard, P.A. is private and may contain privileged information. If you are not the intended recipient, please do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.