# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 7/18/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Moers Mayer | Kramer Levin Naftalis & Frankel | EFH 2nd Lien Group / Trustee |
| Gregory Horowitz | " | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | " |
| Adam Landis | Landis Rath & Cobb LLP | NextEra Energy Inc. |
| Howard Seife | Chadbourne & Parke LLP | " |
| Michael Boyce | Cross & Simon | |
| Gary Kaplan | | |
| Jeffrey Sabin | Bingham McCutchen LLP | Pimco |
| Ira Dizengoff | Akin Gump | TCEH Ad Hoc Group |
| Arik Qureshi | " | Senior Toggle Notes |
| Robert Boller | " | " |
| Scott Alberino | " | " |
| Scott Cousins | Cousins Chapman & Brown | " |
| Ann Kashishian | " | " |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Jeff Jonas | Brown Rudnick | WSFS, Trustee |
| Greg Taylor | Ashby + Geddes | WSFS, Trustee |
| John Stout | Fox Rothschild | TCEH Ad Hoc Group |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

| | | |
|---|---|---|
| Maria Aprile Sawczuk | Goldstein & McClintock LLP | Sierra Club |
| Daniel T. [illegible] | Richards Layton & Finger | Debtors |
| [illegible] DeFrancechi | " | Debtors |

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.
**CASE NO:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 7/18/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laurie Selber Silverstein | Potter Anderson & Corroon | Deutsche Bank New York |
| Fred Sosnick | Shearman & Sterling | " |
| Ned Schodek | " | " |
| Ryan Bartley | Young Conaway Stargatt & Taylor | Ad Hoc Comm. of First Lien Creditors |
| Jake Adlerstein | Paul Weiss Rifkind Wharton & Garrison | " |
| CHET KERR | MORRIS & FORSTER | OFFICIAL COMMITTEE |
| ANDREW McGAAN | Kirkland & Ellis LLP | Debtors |
| Emil Kleinhaus | Wachtell Lipton | EFH Study Group |
| Angela Herring | " | " |
| Erin Fay | Morris Nichols Arsht & Tunnell | |
| Richard Pedone | Nixon Peabody | American Stock Transfer as Indenture Trustee |
| Rey Lenisch | Clark Hill | UMB Bank Indenture Trustee |
| David Rosner | Kasowitz Benson | Ad Hoc Committee of EFIH Legacy |
| Garvan McDaniel | The Hogan Firm | " |
| Edward Sassower | Kirkland Ellis | Debtors |
| Mark McKane | " | " |
| Andy McGaan | " | " |
| KEITH WOFFORD | ROPES & GRAY | CSC Trust Co. of DEL |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Philip Anker — Wilmer Cutler Pickering Hale and Dorr — CSC Trust Co. of Delaware
Lorenzo Marinuzzi — Morrison & Foerster, LLP — Official Committee of Unsecured Creditors
David Dunn — Richards Layton & Finger — Debtors

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**

## Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
### #6

Calendar Date: 07/18/2014
Calendar Time: 09:30 AM ET

2nd Revision 07/18/2014 06:08 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID^ | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6362315 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6353382 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6360520 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6363363 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6364990 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Creditor, Adhoc Group of EFH Legacy Notes / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6353324 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6360876 | Daniel M. Bardes | 203-542-4225 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6363610 | Jon R. Berke | (212) 686-2741 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6362336 | Monica S. Blacker | (214) 953-6000 | Jackson Walker LLP | Interested Party, Holt Cat / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6353371 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6362424 | Alexander Bongartz | (212) 318-6000 | Paul Hastings LLP | Interested Party, Paul Hastings LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6350297 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |

| Debtor | Case | Type | Conf # | Name | Phone | Firm | Party Represented |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362403 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, City Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362573 | Matthew C. Brown | (305) 995-5250 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353309 | Philip E Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353265 | Stephen Burnazian | 212-878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6364997 | Michael Carley | 203-708-5893 | Jeffries, LLC | Interested Party, Michael Carley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6359947 | Justin Carroll | (212) 326-3939 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353415 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AdHoc Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6365013 | Chris Chaice | (212) 745-9706 | Brigade Capital Management | Interested Party, Chris Chaice / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362499 | Richard M. Cieri | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6359956 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361547 | Jeremy Coffey | 617-856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361050 | Mark Cohen | (212) 250-7942 | Deutsche Bank Securites, Inc. | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362477 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353338 | Jim Cooper | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362987 | Tyler Cowan | (312) 407-6657 | Lazard Freres & Co., LLC | Interested Party, Tyler Cowan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6360615 | Louis A. Curcio | 212-768-6744 | Dentons US LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362632 | Gren Day | (704) 374-0717 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |

| Case | Type | Case # | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6361139 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6360883 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6362788 | Matthew Diaz | 212-499-3611 | FTI Consulting, Inc. | Financial Advisor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6353343 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6360817 | Christopher Dressel | 312-407-0968 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6359979 | David Duback | (952) 476-7220 | Merced Capital, LP | Creditor, Merced Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6363601 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6364993 | Ryan Eckert | (212) 493-4465 | Credit Value Partners | Creditor, Credit Value Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6362314 | Andrew Ehrlich | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6364996 | Jon Emswiler | (203) 717-6588 | Stifel Financial | Interested Party, Stifel Financial / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6362935 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Representing, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6360412 | Benjamin Feder | 212-808-7925 | Kelley Drye & Warren, LLP | Creditor, Energy Future Holding / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6353296 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6361698 | Jeffrey R. Fine | 214-462-6455 | Dykema Gossett PLLC | Interested Party, Tex-la Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6353329 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6362546 | Mark Flannagan | (816) 860-3009 | UMB Bank Coporate Trust | Creditor, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6353301 | Patrick Fleury (Client) | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6354432 | Scott Friedman | (516) 558-7220 | Claims Recovery Group, LLC. | Interested Party, Claims Recovery Group, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353410 | Richard Gadhia | (212) 872-7491 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, ACHEFIH / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353398 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Charles Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362746 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362649 | Matthew R. Gray | (972) 419-2523 | Highland Capital Management | Creditor, Highland Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6360037 | Sam Greene - Client | (302) 295-0191 | Cousins Chipman & Brown, LLP | Interested Party, AHG / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6338508 | Peter T. Gruszka | (312) 416-4215 | Chicago Fundamental Investment Part | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6360024 | Xiaoyu Gu | 952-984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6349914 | Will Guerrant | 512-744-9300 | Duggins Wren Mann & Romero, LLP | Creditor, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6349790 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomas Hals / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362780 | Daniel J. Harris | (212) 468-4292 | Morrison & Foerster | Creditor, Creditors Committe / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353277 | Craig Hart | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361610 | Rebecca Hayes | (212) 338-3583 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362542 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6364989 | Marc Heimowitz | (212) 310-5892 | Claren Road Asset Management | Creditor, Claren Road Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362313 | Brian Hermann | 212-373-3545 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6359921 | Robert S. Hertzberg | (248) 359-7300 | Pepper Hamilton LLP | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353334 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6245873 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361442 | Marshall Huebner | (212) 450-4099 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362367 | Anna Kalenchits | 212-723-1808 | Citi Group Global Markets | Interested Party, Citi Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362537 | Harold Kaplan | 312-832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361597 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Interested Party, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353271 | Matthew Kimble | 212-878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362525 | Geoffrey King | (312) 853-0324 | Sidley Austin LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6303597 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362376 | Steven Krause - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Steven Krause / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6363531 | Aaron Krieger | (212) 596-9592 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6302714 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353350 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353376 | Fredrick Lee | (212) 872-1034 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6348189 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6358045 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Nextera Energy Resources / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353472 | Michael Linn | 415-421-2132 | Farallon Capital Management | Interested Party, Michael Linn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361252 | Benjamin Loveland | (617) 526-6641 | Wilmer Cutler Pickering Hale & Dorr, L | Representing, CSC Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362372 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debentuer / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361312 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6355016 | Scott T. McCabe | (212) 754-1613 | Latigo Partners | Representing, Latigo Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6360633 | Hugh McDonald | 212-768-6876 | Dentons US LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362479 | Luckey McDowell | 214-953-6571 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6334209 | Hanna Morikami | 310-733-7059 | Nomura Securities | Interested Party, hanna morikami / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6352952 | Hal F. Morris | (512) 475-4550 | Attorney General Of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353363 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353305 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361553 | Michael O'Neill | (212) 588-6132 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6359954 | Samuel S. Ory | (918) 583-9922 | Frederic Dorwart, Lawyers | Interested Party, BOKF, NA d/b/a Bank of Arizona / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353402 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362408 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362404 | Charles Persons | (214) 746-8223 | Weil Gotshal & Manges LLP | Interested Party, Weil Gotshal & Manges LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6363863 | Jessica S. Pevzner | (212) 859-8000 | Fried Frank | Interested Party, Jessica S. Pevzner / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6364994 | Giac Picco | 212-895-2270 | Sound Point Capital Management, LP | Creditor, Sound Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362416 | Daniel Pine | (212) 500-3158 | Marathon Asset Management | Creditor, Marathon Asset Management / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361051 | Jim Prince | 214-953-6612 | Baker Botts LLP | Interested Party, CenterPoint Energy Resources Corp & CenterPoint Energy Houston / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353282 | Kiran Ramineni | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362302 | Elizabeth Rasskazova | 207-901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362711 | Matthew Roose | (212) 859-8000 | Fried Frank | Interested Party, Fidelity Management & Research Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353318 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6346358 | Jayne Rothman | 913-621-9981 | Epiq Bankruptcy Solutions, LLC | Interested Party, Epiq Bankruptcy Solutions, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353062 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6363301 | Elena K. Saxonhouse | (415) 977-5765 | Sierra Club Environmental Law Progra | Creditor, Sierra Club / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6354512 | Damian S. Schaible | (212) 450-4580 | Davis Polk & Wardwell LLP | Interested Party, JP Morgan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362436 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6360777 | Andrea Schwartz | (302) 573-6491 | Office of the United States Trustee | Interested Party, Office of the United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6360318 | Andrea B. Schwartz | (212) 510-0500 | Office of the United States Trustee | U.S. Trustee, United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6358041 | Howard Seife | (212) 408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Nextera Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362407 | George W. Shuster, Jr. | 617-526-6572 | Wilmer Cutler Pickering Hale & Dorr, L | Creditor, First Lien Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353249 | Matthew Smith | (212) 225-2493 | Cleary Gottlieb Steen & Hamilton | Creditor, J. Aaron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361346 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362544 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mohawk Capital LLC / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6248272 | Andrew M. Thau | 203-862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6361424 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353391 | Jack Tracy | (212) 872-7439 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6360809 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6364728 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6364068 | Michael J. Walsh | (646) 855-8154 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6362335 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6360000 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353355 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6353312 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6363107 | Alan Zimmerman | (646) 415-8143 | S&P Capital IQ | Non-Party, LCD S&P Capital IQ / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-50363) | Hearing | 6361609 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-11005) | Hearing | 6360299 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-50363) | Hearing | 6361711 | Kevin M. Lippman | (214) 855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |

Peggy Drasal ext. 802    CourtConfCal2012    Page 8 of 8