IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 17th day of July, 2014, a true and accurate copy of **Evercore Group L.L.C.'s Response and Objection to Wilmington Savings Fund Society, FSB's Notice of Deposition and Subpoena Duces Tecum Directed to Evercore Group L.L.C.** was caused to be served upon the parties listed below in the manner indicated.

**VIA ELECTRONIC MAIL**

Aaron Lauchheimer
Brown Rudnick
Seven Times Square
New York, NY 10036
Email: alauchheimer@brownrudnick.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

New York, New York
Dated: July 17, 2014

/s/ Wendy B. Reilly
_____

**DEBEVOISE & PLIMPTON LLP**
Wendy B. Reilly
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7317

*Counsel to Evercore Group L.L.C.*