## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF RESCHEDULED HEARING DATE

PLEASE TAKE NOTICE that, as set forth on the record of the July 18, 2014

omnibus hearing (the "July 18th Hearing") in the above-captioned chapter 11 cases (the "Chapter

11 Cases"), the date of the omnibus hearing scheduled to be held in the Chapter 11 Cases on

**August 11, 2014 at 9:30 a.m. (Eastern Daylight Time)** (the "August 2014 Omnibus Hearing")

at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street,

Wilmington, Delaware, 19801 (the "Bankruptcy Court") has been rescheduled.

PLEASE TAKE FURTHER NOTICE that, as set forth on the record of the July

18th Hearing, the August 2014 Omnibus Hearing will now take place starting at **9:30 a.m.**

**(Eastern Daylight Time) on August 13, 2014** and will continue, as necessary, starting at **9:30**

**a.m. (Eastern Daylight Time) on August 14, 2014.**

PLEASE TAKE FURTHER NOTICE that, as a result of the rescheduling of the

August 2014 Omnibus Hearing, any and all matters previously scheduled to be heard on **August**

**11, 2014 at 9:30 a.m. (Eastern Daylight Time)** will now be heard before The Honorable

Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

6, Wilmington, Delaware 19801 starting at **9:30 a.m. (Eastern Daylight Time) on August 13,**

**2014** and will continue, as necessary, starting at **9:30 a.m. (Eastern Daylight Time) on August**

**14, 2014.**

Dated:  July 18, 2014
          Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:            collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            richard.cieri@kirkland.com
                     edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            james.sprayregen@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession