IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 978, 1394, 1395, 1396, 1397, 1398, 1399, 1423, 1426, 1434, 1455, 1491, 1513** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2014, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B." I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C."

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
9th day of July, 2014

_____
Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  AGI INDUSTRIES INC
     PO BOX 53905
     LAFAYETTE, LA 70505-3905

Please note that your schedule in the above referenced case and in the amount of $4,094.00 has been transferred **(unless previously expunged by court order)** to:

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: AGI INDUSTRIES INC
92 UNION AVENUE
CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 1455 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/09/2014                         David D. Bird, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 9, 2014.

# EXHIBIT B

```
TIME: 22:35:54                                                    TXU ENERGY                                                          PAGE:      1
DATE: 07/09/14                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| AGI INDUSTRIES INC | PO BOX 53905 LAFAYETTE LA 70505-3905 |
| BUCKMAN LABORATORIES INC | PO BOX 845676 DALLAS TX 75284-5676 |
| C L SMITH INDUSTRIAL CO | 2972 ARNOLD TENBROOK RD ARNOLD MO 63010 |
| C L SMITH INDUSTRIAL COMPANY | PO BOX 841155 KANSAS CITY MO 64184-1155 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: AGI INDUSTRIES INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| DECAL SHOP, THE | 515 E 16TH ST MOUNT PLEASANT TX 75455 |
| FOSSIL POWER SYSTEMS INC | 10 MOSHER DR BURNSIDE INDUSTRIAL PARK DARTMOUTH NS B3B 1N5 CANADA |
| HATFIELD & COMPANY INC | PO BOX 910862 DALLAS TX 75391-0862 |
| INDUSTRIAL SPECIALTY CHEMICALS | 16880 S LATHROP AVE HARVEY IL 60426 |
| JAMES C WHITE CO INC | PO BOX 5495 GREENVILLE SC 29606-5495 |
| LEICA GEOSYSTEMS MINING | 600 S COUNTRY CLUB RD TUCSON AZ 85716 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: C L SMITH INDUSTRIAL CO ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: C L SMITH INDUSTRIAL COMPANY ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PRIEFERT MFG. CO., INC. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: REPUBLIC SHEET METAL AND MANUFACTURING ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| PRIEFERT MFG. CO., INC. | PO BOX 1540 MOUNT PLEASANT TX 75456-1540 |
| REPUBLIC SHEET METAL AND MANUFACTURING | 5131 CASH RD DALLAS TX 75247-5805 |
| RIVER TECHNOLOGIES LLC | PO BOX 822 FOREST VA 24551 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: DECAL SHOP, THE 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: HATFIELD & COMPANY INC 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: INDUSTRIAL SPECIALTY CHEMICALS 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: JAMES C WHITE CO INC 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: RIVER TECHNOLOGIES LLC 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: VELOCITY INDUSTRIAL LLC 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: BUCKMAN LABORATORIES INC ATTN: ROBERT TANNOR 150 GRAND STREET, SUITE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: FOSSIL POWER SYSTEMS INC ATTN: ROBERT TANNOR 150 GRAND STREET, SUITE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: LEICA GEOSYSTEMS MINING ATTN: ROBERT TANNOR 150 GRAND STREET, SUITE 401 WHITE PLAINS NY 10601 |
| VELOCITY INDUSTRIAL LLC | 17300 HWY 205 TERRELL TX 75160 |

Total Number of Records Printed     28

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

*EFH_NTC OF TRANSFER_7-9-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801