IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 1428, 1429** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
____ day of July, 2014

_____
Notary Public

> SAMUEL DEJESUS GARCIA
> NOTARY PUBLIC STATE OF NEW YORK
> NEW YORK COUNTY
> LIC. #01GA6237514
> COMM. EXP. MARCH 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  RAILROAD FRICTION PRODUCTS CORP
            13601 AIRPORT RD
            MAXTON NC 28364

Transferee:  TANNOR PARTNERS CREDIT FUND, LP
            ATTN: ROBERT TANNOR
            150 GRAND STREET, SUITE 401
            WHITE PLAINS NY 10601

**Your transfer** of schedule # 504264500    is defective for the reason(s) checked below:

Amount On Transfer Agreement Does Not Match

Docket Number 1428            Date 07/01/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 9, 2014.

# EXHIBIT B

```
TIME: 22:28:46                              TXU ENERGY                                           PAGE:    1
DATE: 07/09/14                           CREDITOR LISTING
```

| Name | Address |
|---|---|
| EADS COMPANY, THE | 3004 W MARSHALL AVE 102 LONGVIEW TX 75604 |
| RAILROAD FRICTION PRODUCTS CORP | 13601 AIRPORT RD MAXTON NC 28364 |
| TANNOR PARTNERS CREDIT FUND, LP | ATTN: ROBERT TANNOR 150 GRAND STREET, SUITE 401 WHITE PLAINS NY 10601 |

Total Number of Records Printed    3

**EXHIBIT C**

*EFH_NTC OF TRANSFER_7-9-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801