IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Related to Docket No. 1556** |

**NOTICE OF ADJOURNMENT OF DEPOSITION DIRECTED TO
<u>EVERCORE GROUP LLC</u>**

**PLEASE TAKE NOTICE** that the deposition from a representative of Evercore Group LLC ("<u>Evercore</u>") in connection with the above captioned chapter 11 cases [Docket No. 1556], which was scheduled by Wilmington Savings Fund Society, FSB to commence on July 23, 2014, has been adjourned to a date and time to be determined.

Dated: July 21, 2014
　　　　Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
William P. Bowden (I.D. No. 2553)
Gregory A. Taylor (I.D. No. 4008)
Aaron H. Stulman (I.D. No. 5807)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Aaron B. Lauchheimer (admitted pro hac vice)
Seven Times Square
New York, New York 10036

{00877999;v1 }

Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and –

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*