**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket No. 1563** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 16, 2014, I caused to be served:

    a)  the "Re-Notice of 'Amended Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit Programs' [D.I. 1441] and Hearing Thereon," dated July 14, 2014 [Docket No. 1563], and

    b)  *a letter from Carrie Lee Kirby, EVP, Human Resources of Energy Future Holdings, to EFH Non-Qualified Plan Participants, regarding the date of the hearing on the Motion with the U.S. Bankruptcy Court requesting authorization to continue honoring non-qualified benefit programs for "non-insiders", will be scheduled for Monday, August 11, 2014*, dated July 16, 2014, annexed hereto as Exhibit A,

---

1   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Carol Zhang

Sworn to before me this
17th day of July, 2014

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

T:\Clients\TXUENERG\Affidavits\Benefit Progams Re-Ntc & Cover Letter_DI 1563_SUPP AFF_7-16-14_REDACTED.docx

**EXHIBIT A**

**Energy Future Holdings**

July 16, 2014

Dear EFH Non-Qualified Plan Participants,

Since you receive benefits through a "non-qualified" program, we are following up about a recent mailing you received about the continuation of these programs.

Energy Future Holdings and certain of its subsidiaries have filed a motion with the U.S. Bankruptcy Court requesting authorization to continue honoring non-qualified benefit programs for "non-insiders" (that is, all employees and retiree plan participants with the exception of certain current senior executives) during our Chapter 11 reorganization. Recently, you should have received in the mail two copies of this motion, one as it was originally filed and one as it was subsequently amended, along with my supporting declaration.

The enclosed notice is intended to inform you that the date of the hearing at which this motion will be considered is now scheduled for Monday, August 11, 2014. We requested this change in order to allow additional time to continue discussions with certain interested parties. We will continue, to the best of our ability, to keep you informed as to the status of this motion.

Should you have any questions, please do not hesitate to contact me or your HR leader.

Thank you for your support.

Sincerely,

Carrie Lee Kirby
EVP, Human Resources
Energy Future Holdings

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |

| Claim Name | Address Information |
|---|---|
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |

| Claim Name | Address Information |
| --- | --- |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |

| Claim Name | Address Information |
| --- | --- |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |

| Claim Name | Address Information |
|---|---|
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |

| Claim Name | Address Information |
|---|---|
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |

| Claim Name | Address Information |
|---|---|
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |

**Total Creditor count  335**