IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1575** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 15, 2014, I caused to be served the "Notice of Sale," *relating to the Order Establishing Procedures to Sell, Transfer, or Abandon Certain De Minimis Assets*, dated July 15, 2014 [Docket No. 1575], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
16th day of July, 2014

/s/ Notary Public
Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CITIBANK NA | ATTN: BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT RD BLDG III NEW CASTLE DE 19720 |
| CITIBANK NA | ATTN: OWEN COYLE 1615 BRETT RD BLDG III NEW CASTLE DE 19720 |
| DALLAS COUNTY TAX ASSESSOR | COLLECTOR PROPERTY OWNERSHIP & LIENS 500 ELM ST DALLAS TX 75202 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: D. DUNNE, E. FLECK, & K GARTENBERG 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | (COUNSEL TO THE EFH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ 250 W 55TH ST NEW YORK NY 10019 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE 844 KING STREET SUITE 2207 WILMINGTON DE 19801 |
| PAUL, WEISS RIFKIND WHARTON & GARRISON | ATTN: A. KORNBERG; K. CORNISH; B. HERMANN & J. ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TRAMMEL CROW COMPANY NO 43 | ATTN: HENRY BILLINGSLEY ONE ARTS PLAZA 1722 ROUTH ST STE 1313 DALLAS TX 75205 |
| TRAMMEL CROW COMPANY NO 43 | ATTN: KIMBERLY MEYER ONE ARTS PLAZA 1722 ROUTH ST STE 1313 DALLAS TX 75205 |

**Total Creditor count  9**