**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br> Jointly Administered <br><br> **Related Docket No. 818** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX**

PLEASE TAKE NOTICE that BOKF, NA[1], and BOKF NA's counsel McCarter & English LLP and Frederic Dowalt, Lawyers (the "Parties) hereby withdraw their appearance in the above-captioned matter.  The Parties do hereby withdraw their request for receipt of all notices including electronic notices of documents in the above-captioned matter.  The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove them from the electronic noticing matrix for the above-captioned bankruptcy cases.

Dated: July 23, 2014
       Wilmington, DE

**MCCARTER & ENGLISH, LLP**

*/s/ Katharine L. Mayer*
Katharine L. Mayer (DE Bar I.D. #3758)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
kmayer@mccarter.com

-and –

**FREDERIC DOWART, LAWYERS**
Samuel S. Ory, Esquire
Old City Hall
124 East Fourth Street
Tulsa, OK 74103-5027
Telephone: (918) 583-9922
SOry@fdlaw.com

*Counsel to BOKF, NA*

---

[1] BOKF, NA is no longer the Successor Trustee under the Indenture dated as of April 19, 2011, by and among, inter alia, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and BOKF, N.A., dba Bank of Arizona, as Trustee.

ME1 18539708v.1