**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
----------------------------------------------------------------x
                                           :
In re:                                     :   Chapter 11
                                           :
ENERGY FUTURE HOLDINGS CORP., et al.,      :   Case No. 14-10979 (CSS)
                                           :
            Debtors.¹                      :   Jointly Administered
                                           :
----------------------------------------------------------------x
```

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

   PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b)

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Bayard, P.A. and Paul

Hastings, LLP hereby enter their appearance as counsel to CSC Trust Company of Delaware

("CSC"), as Successor Trustee under the Indenture dated as of April 19, 2011 (the "TCEH 11.5%

Senior Secured Notes Indenture"), by and among by and among Texas Competitive Electric

Holdings Company LLC and TCEH Finance, Inc., the Guarantors (as defined therein), and The

Bank of New York Mellon Trust Company, N.A., as predecessor trustee; and such counsel

hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and

1109(b), that copies of all notices and pleadings given or filed in the above-captioned chapter 11

cases be given and served upon the parties listed below at the following addresses and telephone

numbers:

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Neil B. Glassman, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: nglassman@bayardlaw.com

Luc A. Despins, Esq.
Andrew V. Tenzer, Esq.
G. Alexander Bongartz, Esq.
Paul Hastings, LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
            andrewtenzer@paulhastings.com
            alexbongartz@paulhastings.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit, is intended or shall be deemed or construed as a waiver of CSC's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which CSC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

[*Remainder of Page Intentionally Left Blank.*]

Dated: July 23, 2014
       Wilmington, Delaware

                                _____/s/ *Neil B. Glassman*_____

                                Neil B. Glassman (No. 2087)
                                BAYARD, P.A.
                                222 Delaware Avenue, Suite 900
                                Wilmington, Delaware 19801
                                Telephone: (302) 655-5000
                                Facsimile: (302) 658-6395
                                nglassman@bayardlaw.com

                                -and-

                                Luc A. Despins (Pro Hac Vice Pending)
                                Andrew V. Tenzer (Pro Hac Vice Pending)
                                G. Alexander Bongartz (Pro Hac Vice Pending)
                                PAUL HASTINGS LLP
                                Park Avenue Tower
                                75 East 55th Street, First Floor
                                New York, New York 10022
                                Telephone: (212) 318-6000
                                Facsimile: (212) 319-4090

                                *Attorneys for CSC Trust Company of Delaware,*
                                *as Successor Trustee under the TCEH 11.5% Senior*
                                *Secured Notes Indenture*