IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Debtors.[1] | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Joint Administrated) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Luc A. Despins, Esquire to represent CSC Trust Company of Delaware, as Successor Trustee under the Indenture dated as of April 19, 2011, pursuant to which Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc. issued the 11.5% Senior Secured Notes due 2020, in the above-captioned cases.

Dated: July 23, 2014  
    Wilmington, Delaware

        /s/ GianClaudio Finizio  
Neil B. Glassman (No. 2087)  
GianClaudio Finizio (No. 4253)  
BAYARD, P.A.  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19801

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

        /s/ Luc A. Despins  
Luc A. Despins, Esq.  
PAUL HASTINGS, LLP  
75 East 55th Street  
New York, New York 10022

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: July ___, 2014

    The Honorable Christopher S. Sontchi  
    United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.