**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* | (Jointly Administered) |
| Debtors.[1] | **Hearing Date: August 13, 2014 @ 9:30 a.m.**<br>**Objection Deadline: August 6, 2014 @ 4:00 p.m.** |

**NOTICE OF MOTION OF EFH NOTES INDENTURE TRUSTEE PURSUANT TO 11 U.S.C. §§ 1102(A)(1) AND 105 FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENERGY FUTURE HOLDINGS CORP.**

PLEASE TAKE NOTICE that on July 23, 2014, American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "Indenture Trustee") under the Indentures (as described on the attached Schedule 1),[2] filed the motion for an entry of order requiring the appointment of an official committee of unsecured creditors for the debtor Energy Future Holdings Corp. pursuant to 11 U.S.C. §§ 1102(a)(1) and 105 (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be filed on or before **August 6, 2014 at 4:00 p.m.** (the "Objection Deadline") with the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801. At the same time, you must

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms not defined herein shall have the meaning ascribed to them in the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions* [D.I. 98.]

serve a copy of the response upon the undersigned counsel to the Indenture Trustee so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **August 13, 2014 at 9:30 a.m.** before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 23, 2014                    **CROSS & SIMON, LLC**

By: */s/ Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
913 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1300
Facsimile: (855) 739-9081
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

*Counsel to American Stock Transfer and Trust Company, LLC, as Indenture Trustee*