**Exhibit A**
**[Proposed Order]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP. *et. al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Re: D.I. _____<br>)<br>) |

**[PROPOSED] ORDER DIRECTING THE UNITED STATES TRUSTEE PURSUANT TO 11 U.S.C. §§ 1102(A)(1) AND 105 TO APPOINT AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENERGY FUTURE HOLDINGS CORP.**

Upon consideration of the motion (the "Motion") of the Indenture Trustee[2] for an entry of order requiring the appointment of an official committee of unsecured creditors (the "EFH Committee") for the debtor Energy Future Holdings Corp. ("EFH") pursuant to 11 U.S.C. §§ 1102(a)(1) and 105, all as more fully set forth in the Motion; and the Court having jurisdiction to hear the Motion; and it appearing that sufficient notice of the Motion has been given; and it appearing that the relief requested by the Motion is in the best interests of the Debtor EFH's estate, its creditors and other parties in interest; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the hearing, if any, before the court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause having been shown, and it is hereby ORDERED that,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.v

[2] Capitalized terms not defined herein shall have the means ascribed to them in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The United States Trustee is directed to promptly to take all steps necessary to appoint an EFH Committee, including, without limitation, using all practicable means to solicit unsecured creditors qualified and willing to serve on an EFH Committee, and, if necessary, convening a meeting of unsecured creditors of EFH.

3. This Court shall retain jurisdiction over all matters related to or arising from or related to the implementation of this Order.

Dated: August ___, 2014

_____
The Honorable Christopher Sontchi
United States Bankruptcy Judge