IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: D.I. 1506 & 1592 |

**CERTIFICATION OF COUNSEL CONCERNING ORDER DETERMINING APPLICABILITY OF THE AUTOMATIC STAY TO NON-BANKRUPTCY LITIGATION INVOLVING CERTAIN OF THE DEBTORS**

_____

The undersigned hereby certifies as follows:

1. On July 8, 2014, Sierra Club filed the *Emergency Motion for Entry of an Order Determining Applicability of the Automatic Stay to Non-Bankruptcy Litigation Involving Certain of the Debtors* [D.I. 1506] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On July 16, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors" and together with Sierra Club, the "Parties") filed the *Debtors' Objection to Sierra Club's Motion for Entry of an Order Determining Applicability of the Automatic Stay to the Attorneys' Fees Claim Asserted by Debtors in Non-Bankruptcy Litigation* [D.I. 1592] (the "Objection").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10535426v.1

3.     On July 18, 2014, the Bankruptcy Court held a hearing (the "Hearing") with respect to, *inter alia*, the Motion and the Objection. At the Hearing, the Bankruptcy Court made a ruling regarding the Motion and the Objection and directed the Parties to submit a proposed form of order under certification of counsel reflecting that ruling.

4.     The Parties have prepared a form of order (the "Proposed Order"), attached hereto as Exhibit A, reflecting the Bankruptcy Court's ruling on the record at the Hearing. The Proposed Order has been circulated to and is acceptable to Sierra Club and the Debtors.

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

Dated: July 23, 2014
       Wilmington, Delaware

*/s/ Tyler D. Semmelman*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	collins@rlf.com
	defranceschi@rlf.com
	madron@rlf.com
	semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	richard.cieri@kirkland.com
	edward.sassower@kirkland.com
	stephen.hessler@kirkland.com
	brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

-and-

Michael L. Raiff (admitted *pro hac vice*)
Texas State Bar 00784803
GIBSON, DUNN & CRUTCHER LLP
100 McKinney Avenue, Suite 1100
Dallas, Texas 75201-6912
Telephone:     (214) 698-3100

Proposed Special Litigation and Corporate Counsel to the Debtors and Debtors in Possession

4