IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | Objection Deadline: August 6, 2014 at 4:00 p.m. (ET) |
| | Hearing Date: August 13, 2014 at 9:30 a.m. (ET) |

### DEBTORS' MOTION FOR ENTRY OF A CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER

Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned proposed co-counsel, and pursuant to Rule 26 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to the Debtors' chapter 11 cases by Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 7026-1 and 9006-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware(the "Local Rules"), and section 107(b) of the United States Code, §§ 101-1532 (the "Bankruptcy Code"), respectfully move this Court (the "Motion") for entry of a Confidentiality Agreement and Stipulated Protective Order (the "Protective Order") in the form attached hereto as Exhibit 1. In support of this Motion, the Debtors respectfully represent as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10543414v.1

## BACKGROUND

1. Various parties in these chapter 11 cases are currently undergoing discovery. Parties have sought or may continue to seek certain discovery from one another with respect to one or more Disputes (as defined in the proposed Protective Order, attached hereto as Exhibit 1), including through informal requests, Bankruptcy Rule 2004 motions, or service of document requests, interrogatories, depositions, and other discovery requests (collectively "Discovery Requests") as provided by the Federal Rules, the Bankruptcy Rules, and the Local Rules.

2. As of the filing of this Motion, the Debtors alone have received numerous Discovery Requests, including formal and informal document requests and notices of deposition. In that regard, to date, the Debtors have made significant document productions, and presented witnesses for deposition, and will continue to produce responsive documents and respond to Discovery Requests throughout the pendency of their chapter 11 cases. Other parties have also been served with, or may be served with, requests for documents and discovery.

3. Many of the documents and other discovery sought in these chapter 11 cases may contain propriety and sensitive information, including information pertaining to the Debtors or other parties, the public release of which could cause substantial competitive harm.

4. Discovery continues to progress in these jointly administered chapter 11 cases, and the parties have met and conferred regarding the production of documents containing confidential and proprietary information. Multiple versions of the proposed Protective Order have been shared with the various creditor constituents, many of whom have provided feedback and suggested edits. Specifically, the Debtors, the Office of the United States Trustee (the "U.S. Trustee"), and proposed counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") have engaged in extensive negotiations regarding the Protective Order.

5. Those discussions culminated in the drafting of the proposed Protective Order attached hereto as <u>Exhibit 1</u>, which reflects terms agreed to by the Debtors, the U.S. Trustee and the Creditors' Committee.  In advance of the August 13, 2014 hearing date for this Motion, the Debtors will seek and work to obtain final consent and approval from all the creditor constituents reflected in the signature pages of the proposed Protective Order.

### RELIEF REQUESTED

6. By this Motion, the Debtors seek entry of the Protective Order in the form attached hereto as <u>Exhibit 1</u>.

### BASIS FOR RELIEF REQUESTED

7. Under Federal Rule 26(c), made applicable to these chapter 11 cases by Bankruptcy Rule 7026, a party from whom discovery is sought may move for a protective order and the court, for good cause, may issue an order to protect a party from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of eight (8) reasons enunciated in the rule.  *See* Fed. R. Civ. P. 26(c)(1)(A)-(H).

8. Specifically in the context of a bankruptcy proceeding, section 107(b) of the Bankruptcy Code expressly provides this Court with the authority to afford a party in interest protection from open disclosure of, among other things, "trade secret or confidential research, development, or commercial information."  11 U.S.C. § 107(b)(1).

9. During the discovery process in these jointly administered chapter 11 cases, the signatories to the Protective Order discussed, among other things, the process through which potential proprietary, trade secret, or financial or confidential information could or would be produced.  The fruit of those discussions is the proposed Protective Order attached hereto as <u>Exhibit 1</u>.

10. The Protective Order is designed to govern the production of Designated Material (as defined in the Protective Order), and avoid harm to any person who produces potential proprietary, trade secret, or financial or confidential information in connection with Discovery Requests in these chapter 11 cases. Among other things, the proposed Protective Order provides for the good-faith designation of documents and other information as "Confidential Material" or "Highly Confidential Material" and outlines the parameters, requirements, and protections attendant to such designations.

11. For the foregoing reasons, the Parties respectfully request that the Court enter the Protective Order in the form attached hereto as Exhibit 1.

**CERTIFICATION OF COUNSEL PURSUANT TO DEL. BANKR. L.R. 7026-1(c)**

12. Pursuant to Local Rule 7026-1(c), all counsel for the parties reflected in the signature pages of the proposed Protective Order met and conferred and engaged in extensive negotiations regarding the terms of the proposed Protective Order attached hereto as Exhibit 1. The Debtors obtained consent from the U.S. Trustee and the Creditors' Committee.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Debtors respectfully move this Court for entry of the Protective Order, attached hereto as <u>Exhibit 1</u>, and for such other and further relief as this Court deems appropriate.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: July 23, 2014 | */s/ William A. Romanowicz*<br>**Richards, Layton & Finger, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>William A. Romanowicz (No. 5794)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and-<br><br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>Richard M. Cieri (admitted *pro hac vice*)<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Andrew McGaan (admitted *pro hac vice*)<br>William T. Pruitt (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>-and-<br><br>Bridget O'Connor (admitted *pro hac vice*)<br>David R. Dempsey (admitted *pro hac vice*)<br>655 15th St NW<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 |

-and-

Mark E. McKane (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Proposed Counsel to the Debtors and Debtors in Possession