IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered)<br>**Re:  D.I. 1680** |

**DECLARATION OF MICHAEL CARTER IN SUPPORT OF
THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET
AL.*, FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 365(d)(4)
OF THE BANKRUPTCY CODE, EXTENDING THEIR TIME TO ASSUME
OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

Pursuant to 28 U.S.C. § 1746, I, Michael Carter, hereby declare as follows under penalty of perjury:

1. I am the Senior Vice President of Corporate Planning and an Assistant Treasurer of EFH Corporate Services Company, a direct subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are corporations organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH LLC" and, together with EFCH and TCEH LLC's direct and indirect subsidiaries, "TCEH," and the entities composing TCEH that are debtors in these chapter 11 cases, the "TCEH Debtors"), a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

subsidiary, Energy Future Intermediate Holding Company LLC ("EFIH"), a limited liability company organized under the laws of the state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

2. I have worked for the Debtors since 2005. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp.,* et. al*, for Entry of an Order, Pursuant To Section 365(d)(4) of the Bankruptcy Code, Extending Their Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* (the "Motion").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. As of the date hereof, the Debtors are parties to approximately 6,000 Unexpired Leases. The Unexpired Leases include oil and gas leases, building leases, agricultural leases, lignite leases, and certain other leases. These Unexpired Leases, in total, are critical to the operation of the Debtors' businesses. Certain of the Unexpired Leases are sources of revenue, act as accommodation agreements between the Debtors and their business partners, and support the Debtors' energy production business (for example, the lignite leases are necessary to produce lignite coal required for the continued operation of the Debtors' fleet of power generation

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

facilities). Accordingly, I believe that the Unexpired Leases, taken as a whole, are valuable assets of the Debtors' estates and are integral to the continued operation of the Debtors' businesses.

4. In connection with the Debtors' chapter 11 cases, the Debtors are undertaking a comprehensive review of the Unexpired Leases. Given the number of Unexpired Leases, the Debtors have not had the opportunity to fully assess their re-negotiation, assumption, and rejection options with respect to the entire pool of Unexpired Leases. Pending the Debtors' decisions to assume or reject each Unexpired Lease, the Debtors will perform all of their undisputed obligations arising from and after the Petition Date, in a timely fashion, to the extent required by section 365(d)(4) of the Bankruptcy Code, including the payment of postpetition rent obligations

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: July 23, 2014

*/s/ Michael Carter*
Michael Carter
Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company