IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 1506, 1592 & 1678 |

## ORDER DETERMINING APPLICABILITY OF THE AUTOMATIC STAY TO NONBANKRUPTCY LITIGATION INVOLVING CERTAIN OF THE DEBTORS

Upon consideration of the motion (the "Motion") of Sierra Club for entry of an order determining the applicability of the automatic stay imposed under section 362(a)(1) of the Bankruptcy Code with respect to litigation currently pending in both the District Court[2] (titled *Sierra Club v. Energy Future Holdings Corp. and Luminant Generation Company LLC*, Case No. 6:12-cv-00108-WSS (W.D. Tex.)); and in the United States Court of Appeals for the Fifth Circuit (Case No. 14-50400), involving Sierra Club as Plaintiff and certain of the Debtors as Defendants [D.I. 1506]; and the objection of the Debtors to the Motion [D.I. 1592]; and the Court finding that the automatic stay applies to the Appeal of the District Court litigation currently pending in the United States Court of Appeals for the Fifth Circuit (Case No. 14-50400), which relates to claims by Sierra Club against the Debtor defendant entities, but does not apply to the Fee Motion currently pending in the District Court (Case No. 6:12-cv-00108-WSS),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms have the meanings ascribed to them in the Motion.

a claim filed by the Debtors against Sierra Club, or to the related Motion to Amend or Motion to Postpone or any potential appeal of the District Court's ruling on the Fee Motion or the related Motion to Amend or Motion to Postpone; it is hereby

ORDERED that all proceedings in the pending Appeal of the District Court litigation (Case No. 14-50400) are stayed until such time that the automatic stay is lifted; and it is further

ORDERED that the automatic stay does not apply to the Fee Motion currently pending in the District Court (Case No. 6:12-cv-00108-WSS), or to the related Motion to Amend or Motion to Postpone or to any appeal or motion filed by either party regarding the District Court's rulings on the Fee Motion or the related Motion to Amend or Motion to Postpone; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: July 24, 2014
Wilmington, Delaware

Honorable Christopher S. Sontchi
United States Bankruptcy Judge