# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) ) | |

## SECOND AMENDED NOTICE OF DEPOSITION

**TO**: Energy Future Holdings Corporation and the above captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors of certain Debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition upon oral examination of the Debtors

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

relating to (1) the *Debtors' Application For Entry of an Order Authorizing the Retention of Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date*, filed on May 29, 2014 [Docket No. 660] (the "K&E Retention Application"); (2) the *Application of Energy Future Holdings Corp., et al. for an Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective Nunc Pro Tunc to the Petition Date*, filed on May 29, 2014 [Docket No. 665] (the "Sidley Retention Application"); and (3) the *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Evercore Group L.L.C. as Investment Banker and Financial Advisor Effective Nunc Pro Tunc to the Petition Date*, filed on May 29, 2014 [Docket No. 651] (the "Evercore Retention Application") and the relief requested by Debtors by those Applications, on **July 30, 2014**, at **9:00 a.m.** (Prevailing Eastern Time), at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

## RULE 30(b)(6) DEPOSITION TOPICS[2]

1. The Kirkland & Ellis ("K&E") Retention Application and the relief requested therein.

2. The Sidley Austin LLP ("Sidley") Retention Application and the relief requested therein.

3. The Evercore Group L.L.C. ("Evercore") Retention Application and the relief requested therein.

4. The Debtors' decision to engage "K&E" as primary legal counsel.

5. The Debtors' decision to engage Sidley as special legal counsel.

6. The Debtors' decision to engage Evercore as investment banker and financial advisor.

7. The Debtors' assessment, evaluation, consideration, or analysis of any existing or potential conflicts of interest that K&E may have with respect to any individual Debtor(s), including actual or potential conflicts between and among individual Debtors and/or actual or potential conflicts between any of the Debtors and any creditor of any of the Debtor Estates.

8. The Debtors' assessment, evaluation, consideration, or analysis of any existing or potential conflicts of interest that K&E's representation of the Debtors may implicate with respect to Goldman Sachs & Co., GS Capital Partners, Kohlberg Kravis Roberts & Co., KKR Asset Management LLC, and/or TPG Global, LLC (and its affiliates) (collectively, the "Sponsors," each individually, a "Sponsor").

---

[2] Unless otherwise defined, all terms referenced herein shall have the meanings ascribed to them in the Ad Hoc Group of TCEH Unsecured Noteholders' Third Set of Requests for Production of Documents to the Debtors Pursuant to Rules 7026 and 7034, dated June 4, 2014, concerning the K&E Retention Application and Sidley Retention Application.

9. The Debtors' assessment, evaluation, consideration, or analysis of any existing or potential conflicts of interest that Sidley may have with respect to any individual Debtor(s), including actual or potential conflicts between and among individual Debtors and/or actual or potential conflicts between any of the Debtors and any creditor of any of the Debtor Estates.

10. The Debtors' assessment, evaluation, consideration, or analysis of any existing or potential conflicts of interest that Sidley may have with respect to any of the Sponsors.

11. The Debtors' assessment, evaluation, consideration, or analysis of any existing or potential conflicts of interest that Evercore may have with respect to any individual Debtor, including actual or potential conflicts between and among individual Debtors and/or actual or potential conflicts between any of the Debtors and any creditor of any of the Debtor Estates.

12. The Debtors' assessments, considerations, or discussions related to engagement of any alternative counsel.

13. The Debtors' assessments, considerations, or discussions related to engagement of any alternative investment banker or financial advisor.

14. Conflicts' waivers executed with K&E in the above captioned chapter 11 cases (the "Chapter 11 Cases") by any party, including but not limited to, any of the Debtors or their non-debtor affiliates, and any creditor, Sponsor or other party.

15. Any and all conflict letters transmitted by K&E to any party in connection with these Chapter 11 Cases, including but not limited to, any conflict letters addressed to any of the Debtors or their non-debtor affiliates, and/or any creditor, Sponsor or other party.

16. Conflicts' waivers executed with Sidley in these Chapter 11 Cases by any party, including but not limited to, any of the Debtors or their non-debtor affiliates, and any creditor, Sponsor or other party.

17. Any and all conflict letters transmitted by Sidley to any party in connection with these Chapter 11 Cases, including but not limited to, any conflict letters addressed to any of the Debtors or their non-debtor affiliates, and/or any creditor, Sponsor or other party.

18. The Debtors' determination to retain Richards, Layton & Finger as co-counsel in these Chapter 11 cases.

19. Conflicts' waivers executed with Evercore in these Chapter 11 Cases by any party, including but not limited to, any of the Debtors or their non-debtor affiliates, and any creditor, Sponsor or other party.

20. Any and all conflict letters transmitted by Evercore to any party in connection with these Chapter 11 Cases, including but not limited to, any conflict letters addressed to any of the Debtors or their non-debtor affiliates, and/or any creditor, Sponsor or other party.

21. Any Documents upon which Debtors rely or intend to rely in connection with the K&E Retention Application, the Sidley Retention Application, or the Evercore Retention Application.

Dated:      July 24, 2014
            Wilmington, Delaware

                          FOX ROTHSCHILD LLP

                By:  /s/ *L. John Bird*
                          Jeffrey M. Schlerf (No. 3047)
                          John H. Strock (No. 4965)
                          L. John Bird (No. 5310)
                          919 North Market St., Suite 300
                          Wilmington, DE 19801
                          Telephone:  (302) 654-7444
                          Facsimile:  (302) 463-4971
                          jschlerf@foxrothschild.com
                          jstrock@foxrothschild.com
                          lbird@foxrothschild.com

                          and

                          WHITE & CASE LLP
                          J. Christopher Shore (admitted *pro hac vice*)
                          Gregory M. Starner (admitted *pro hac vice*)
                          1155 Avenue of the Americas
                          New York, NY 10036
                          Telephone:  (212) 819-8200
                          Facsimile:  (212) 354-8113
                          cshore@whitecase.com
                          gstarner@whitecase.com

                          Thomas E. Lauria (admitted *pro hac vice*)
                          Matthew C. Brown (admitted *pro hac vice*)
                          Southeast Financial Center, Suite 4900
                          200 South Biscayne Blvd.
                          Miami, FL 33131
                          Telephone:  (305) 371-2700
                          Facsimile:  (305) 358-5744
                          tlauria@whitecase.com
                          mbrown@whitecase.com


                          *Counsel to the Ad Hoc Group of TCEH*
                          *Unsecured Noteholders*