MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi

*Proposed Counsel for the Official
Committee of Unsecured Creditors of
Energy Future Holdings Corp., et al.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | Jointly Administered |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN
ORDER PURSUANT TO SECTIONS 328(a) AND 1103(a) OF THE BANKRUPTCY
CODE AND FED. R. BANKR. P. 2014 FOR AUTHORITY TO RETAIN AND EMPLOY
<u>MORRISON & FOERSTER LLP EFFECTIVE AS OF MAY 12, 2014</u>**

TO THE HONORABLE CHRISTOPHER S. SONTCHI,
UNITED STATES BANKRUPTCY JUDGE

The Official Committee of Unsecured Creditors (the "**Committee**") of Energy Future

Holdings Corp., *et al.* (the "**Debtors**"), by its Co-Chairperson, Holt Texas, Ltd. d/b/a Holt CAT,

hereby applies to the Court (the "**Application**") for an order, the proposed form of which is

attached as <u>Exhibit A</u>, pursuant to 11 U.S.C. §§ 328(a) and 1103(a) of title 11 of the United

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

ny-1143947

States Code (the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") authorizing the employment and retention of Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Firm**") effective as of May 12, 2014, as counsel to the Committee.  In support of the Application, the Committee relies upon the Declaration of Michael Puryear (the "**Puryear Declaration**"), attached hereto as Exhibit B, and the Declaration of Brett H. Miller (the "**Miller Declaration**"), attached hereto as Exhibit C, each incorporated herein by reference, and respectfully represents as follows:

### JURISDICTION, VENUE, AND STATUTORY PREDICATE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory predicates for the relief requested herein are sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1.

### BACKGROUND

2. On April 29, 2014, each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Court has entered an interim order for joint administration of these chapter 11 cases.  The Court has not appointed a trustee.  Further information regarding the Debtors' business operations and capital structure is set forth in the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions* [Docket No. 98].

ny-1143947

3. On May 12, 2014, the United States Trustee for the District of Delaware selected a seven (7) member Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. Also on May 12, 2014, the Committee selected Holt Texas, Ltd. d/b/a Holt CAT and Law Debenture as its Co-Chairpersons. Thereafter, the Committee selected Morrison & Foerster to serve as its lead counsel and Polsinelli PC ("**Polsinelli**") to serve as its Delaware co-counsel.

## RELIEF REQUESTED

4. Subject to this Court's approval, the Committee seeks to employ Morrison & Foerster as its lead counsel in connection with the Debtors' chapter 11 cases and all related matters, effective as of May 12, 2014. Pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1, the Committee respectfully requests that the Court enter an order authorizing the Committee to employ and retain Morrison & Foerster as its counsel, effective as of May 12, 2014, to perform the legal services that will be necessary during these chapter 11 cases.

5. With offices in New York, Los Angeles, San Francisco, Sacramento, San Diego, and Washington, D.C., among other locations both domestic and worldwide, Morrison & Foerster is an internationally-recognized law firm with extensive experience and expertise in the field of debtors' and creditors' rights, business reorganizations and liquidations under chapter 11 of the Bankruptcy Code. The Committee seeks the employment of Morrison & Foerster to represent it and to perform services for the Committee in connection with carrying out its duties and responsibilities under the Bankruptcy Code consistent with section 1103 and other provisions of the Bankruptcy Code.

6. Morrison & Foerster's attorneys have broad-based experience and a national reputation in bankruptcy and reorganization proceedings as well as extensive experience and knowledge practicing before this Court. Additionally, as set forth in the Miller Declaration, the

Morrison & Foerster attorneys who will be working on these chapter 11 cases have broad experience representing official creditor committees. Through Morrison & Foerster, the Committee will have the benefit of such knowledge and experience, as well as the ability to call upon the attorneys within Morrison & Foerster with expertise in other specialized areas of law as may be needed.

### A. Services to be Provided

7. The Committee believes Morrison & Foerster is qualified to represent it in these cases in a cost-effective, efficient and timely manner. The Committee anticipates that Morrison & Foerster will provide, in connection with these chapter 11 cases and subject to orders of this Court, the following services to the Committee, among others:

> (a) advise the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules and the Local Rules;
>
> (b) assist and advise the Committee in its consultation with the Debtors relative to the administration of these cases;
>
> (c) attend meetings and negotiate with the representatives of the Debtors and other parties in interest;
>
> (d) assist and advise the Committee in its examination and analysis of the conduct of the Debtors' affairs;
>
> (e) assist and advise the Committee in connection with any sale of the Debtors' assets pursuant to Section 363 of the Bankruptcy Code;
>
> (f) assist the Committee in the review, analysis and negotiation of any chapter 11 plan(s) of reorganization or liquidation that may be filed and assist the Committee in the review, analysis and negotiation of the disclosure statement accompanying any such plan(s);
>
> (g) take all necessary action to protect and preserve the interests of the Committee, including (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the Debtors are involved; and (iii) if appropriate, review and analysis of claims filed against the Debtors' estates;

ny-1143947

    (h)    generally prepare on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses and papers in support of positions taken by the Committee;

    (i)    appear, as appropriate, before this Court, the appellate courts, and the United States Trustee, and protect the interests of the Committee before those courts and before the United States Trustee; and

    (j)    perform all other necessary legal services in these cases.

8. Morrison & Foerster intends to work closely with the Debtors' representatives and the other professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

9. Morrison & Foerster has indicated a willingness to act on behalf of the Committee.

10. The Committee believes Morrison & Foerster has the necessary background to deal effectively and efficiently with any potential legal issues that arise in the context of these cases.

    **B.**    **Professional Compensation**

11. Morrison & Foerster intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to the Court's approval, and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the fee guidelines established by the Executive Office of the United States Trustee (the "**U.S. Trustee Fee Guidelines**") and the Court's orders, plus seek reimbursement of actual, necessary expenses and other charges that Morrison & Foerster incurs.

12. Morrison & Foerster proposes to charge the Committee for its legal services on an hourly basis in accordance with its ordinary and customary rates, which are in effect on the day the services are rendered. In particular, Morrison & Foerster's hourly rates for matters implicated in the chapter 11 cases range as follows:

ny-1143947

(a) the hourly rates for partners and senior counsel range from $705 per hour to $1,250 per hour, based upon a variety of factors, including seniority and distinction and expertise in one's field;

(b) the hourly rates for "of counsel" range from $595 per hour to $975 per hour;

(c) the hourly rates for associates range from $280 per hour to $750 per hour, based upon year of graduation from law school; and

(d) the hourly rates for paraprofessionals range from $185 per hour to $410 per hour.

13. These hourly rates are subject to periodic adjustment to reflect economic and other conditions and are consistent with the rates charged elsewhere.[2]

14. The Committee believes that these rates, and the terms and conditions of Morrison & Foerster's employment, are reasonable.

15. In addition, from time to time, as these chapter 11 cases proceed, it is likely that Morrison & Foerster's representation of the Committee will require the active participation of attorneys and paraprofessionals from other departments, in addition to the attorneys and paraprofessionals assigned to these chapter 11 cases and listed above.

16. Morrison & Foerster will also seek reimbursement for all actual out-of-pocket expenses incurred by Morrison & Foerster on the Committee's behalf, such as copying, long distance telephone, travel expenses, overnight courier expenses, computer research and other disbursements, as more fully set forth in the Miller Declaration. All requests for reimbursement of expenses will be consistent with guidelines established by the Bankruptcy Court and/or the U.S. Trustee Fee Guidelines.

---

[2] In the event the hourly rates set forth herein are adjusted during the pendency of the Chapter 11 cases, Morrison & Foerster will provide the Bankruptcy Court and the Office of the United States Trustee with written notice of such new hourly rates.

17. The Committee has been advised that Morrison & Foerster will use every effort to staff the engagement in a cost-effective manner, including utilizing the Firm's legal assistants to handle those aspects of these cases that can best be managed by a legal assistant.

### C. Morrison & Foerster's Disinterestedness

18. To the best of the Committee's knowledge, information, and belief, based on the annexed Miller Declaration, Morrison & Foerster does not hold or represent an interest adverse to the Committee and, except as disclosed in the Miller Declaration, does not have any "connections" to the Debtors, their creditors or other parties-in-interest in these chapter 11 cases. Accordingly, the Committee believes that Morrison & Foerster is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code and as used in section 328(c) of the Bankruptcy Code. To the extent that Morrison & Foerster is determined to have a conflict with respect to a particular client or matter, the Committee will utilize Polsinelli, or, if necessary, the Committee will retain conflicts counsel.

19. The Committee believes that the employment of Morrison & Foerster is necessary and in the best interests of the estates, and enables the Committee to carry out its fiduciary duties owed to creditors under the Bankruptcy Code.

20. As set forth in the Miller Declaration, Morrison & Foerster has represented, currently represents and will in the future likely represent certain parties-in-interest or potential parties-in-interest in these chapter 11 cases in matters unrelated to either the chapter 11 cases, or such entities' claims against the Debtors. Further, as part of its customary practice, Morrison & Foerster is retained in cases, proceedings, and transactions involving many different parties throughout the United States and worldwide, some of whom may represent or be employed by claimants, and some of whom may be parties-in-interest in these chapter 11 cases.

21. Morrison & Foerster advised the Committee that it will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new, relevant facts or relationships are discovered or arise, Morrison & Foerster will use reasonable efforts to identify and disclose such further developments by filing a supplemental declaration.

22. Therefore, the relief requested in the Application is appropriate and should be granted by this Court.

## NOTICE

23. Notice of this Motion has been provided by electronic transmission, overnight delivery or hand delivery to: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtors; and (c) all parties who have filed a notice of appearance in these cases. In light of the nature of the relief requested, the Committee submits that no other or further notice is necessary.

[*Remainder of Page Intentionally Left Blank*]

## NO PRIOR REQUEST

24.     No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, the Committee respectfully requests that the Court: (a) enter an order substantially in the form annexed hereto as Exhibit A, granting the relief requested herein; and (b) grant such other and further relief as the Court may deem just and proper.

Dated: July 21, 2014

Respectfully submitted,

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
Energy Future Holdings Corp., *et al.*

By: /s/ Michael Puryear

Michael Puryear, Esq.
General Counsel
Holt Texas, Ltd. d/b/a Holt CAT
Co-Chairperson of the Committee