**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) Jointly Administered |

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., *ET AL*., TO RETAIN AND EMPLOY MORRISON & FOERSTER LLP EFFECTIVE AS OF MAY 12, 2014**

UPON THE APPLICATION of the Official Committee of Unsecured Creditors (the "**Committee**") of Energy Future Holdings Corp., *et al.* (the "**Debtors**") pursuant to Fed. R. Bankr. P. 2014(a) for an order under sections 328(a) and 1103(a) of Title 11 of the United States Code (the "**Bankruptcy Code**") authorizing the employment and retention of Morrison & Foerster LLP ("**Morrison & Foerster**") as counsel to the Committee in the above-captioned chapter 11 cases (the "**Cases**") effective as of May 12, 2014 (the "**Application**");[2] and upon the declaration of Michael Puryear in support of the Application; and upon the declaration of Brett H. Miller in support of the Application; and this Court having jurisdiction to consider the Application; and venue being proper; and upon the Court finding that Morrison & Foerster represents no adverse interests in connection with these cases and that it is a "disinterested" person as that term is defined in section 101(14) of the Bankruptcy Code and as used in section 328(c) of the Bankruptcy Code; and upon further finding that the employment of Morrison &

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Application.

ny-1143947

2

Foerster effective as of May 12, 2014, is necessary and is in the best interests of the Committee; and notice of the Application having been proper; and the relief requested in the Application being warranted, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. In accordance with Bankruptcy Code sections 328(a) and 1103(a), the Committee is hereby authorized to employ and retain Morrison & Foerster as counsel in the Debtors' chapter 11 cases effective as of May 12, 2014 upon the terms and conditions set forth in the Application and Miller Declaration, and Morrison & Foerster is authorized to perform the services set forth in the Application.

3. Morrison & Foerster shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the representation of the Committee in the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules and any other applicable procedures and orders of the Court. Morrison & Foerster also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases Effective as of November 1, 2013* (the "**Revised UST Guidelines**"), both in connection with this Application and the interim and final fee applications to be filed by Morrison & Foerster in these chapter 11 cases.

4. Morrison & Foerster shall not charge a markup to the Debtors with respect to fees billed by contract attorneys who are hired by Morrison & Foerster to provide services to the Committee and shall ensure that any such contract attorneys are subject to conflicts checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

2

ny-1143947

3

5.      Morrison & Foerster shall provide ten business days' notice to the Debtors, the Committee and the U.S. Trustee before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court.  The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      The Committee and Morrison & Foerster are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

7.      Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

8.      To the extent the Application, the Puryear Declaration or the Miller Declaration is inconsistent with this Order; the terms of this Order shall govern.

9.      The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

10.     This Court shall retain exclusive jurisdiction over all matters pertaining to this Order and the Application.

Dated: _____, 2014            _____
       Wilmington, DE              THE HON. CHRISTOPHER S. SONTCHI
                                   UNITED STATES BANKRUPTCY JUDGE