**EXHIBIT B**

ny-1143947

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) |
|  | )   Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | )   Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | )   Jointly Administered |
|  | ) |

**DECLARATION OF MICHAEL PURYEAR IN SUPPORT OF APPLICATIONS OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE
HOLDINGS CORP., *et al.*, FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS
328(a) AND 1103(a) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 FOR
AUTHORITY TO RETAIN AND EMPLOY MORRISON & FOERSTER LLP AND
<u>POLSINELLI PC EFFECTIVE AS OF MAY 12, 2014</u>**

Pursuant to 28 U.S.C § 1746, I, Michael Puryear, hereby submit this declaration (the

"**Declaration**") under penalty of perjury:

1.      I am the General Counsel of Holt Texas Ltd. d/b/a/ Holt CAT ("**Holt CAT**"). Holt

CAT is an unsecured creditor of one of the debtors in the above-captioned cases of Energy

Future Holdings Corp. and certain of its affiliates (collectively, the "**Debtors**").  I was named to

the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al* (the

"**Committee**") as representative for Holt CAT.  In such capacity, I was part of the process and

involved in selecting and engaging counsel for the Committee.

2.      I have reviewed and am familiar with the contents of the *Application of the*

*Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al for Entry of*

*an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the
debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these
chapter 11 cases, for which joint administration has been granted on a final basis, a complete list of the debtors and
the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such
information may be obtained on the website of the debtors' claims and noticing agent at
http://www.efhcaseinfo.com.

*2014 for Authority to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014*

(the "**M&F Application**").[2]  In support of the M&F Application, the Committee relies upon the

Declaration of Brett H. Miller, which is attached to the M&F Application as <u>Exhibit C</u>.

3.      I have also reviewed and am familiar with the contents of the *Application of the*

*Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections*

*328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and*

*Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official*

*Committee of Unsecured Creditors* (the "**Polsinelli Application**").  In support of the Polsinelli

Application, the Committee relies upon the *Declaration of Christopher A. Ward, Esq. in Support*

*of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy*

*Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the*

*Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to*

*the Official Committee of Unsecured Creditors*, which is attached to the Polsinelli Application as

<u>Exhibit A</u>.

4.      At least 12 law firms appeared at the Committee formation meeting held on May

12, 2014 seeking to represent the Committee as lead bankruptcy counsel.  The Committee

considered the materials provided by each of these law firms, as well as certain of the firms

making presentations to the Committee, prior to selecting Morrison & Foerster as its counsel.

The Committee selected Morrison & Foerster because of Morrison & Foerster's extensive

general legal experience and knowledge, and in particular, its knowledge in practicing before the

United States Bankruptcy Court for the District of Delaware and its recognized expertise in the

field of creditors' rights and business reorganization under chapter 11 of the Bankruptcy Code,

---

[2] Capitalized terms used and not otherwise defined herein have the meaning ascribed to them in the M&F Application.

ny-1143947

specifically in representing official creditor committees in bankruptcy cases.  For example, the

professionals that will be primarily responsible for this engagement have represented official

creditor committees in the bankruptcies of:  Ambac Financial Group, Inc., FGIC Corp., Global

Aviation Holdings, Inc., Innkeepers USA Trust, Los Angeles Dodgers LLC, Mesa Air Group,

Inc., Pinnacle Airlines Corp., and Skybus Airlines, among others.  The members of the

Committee reviewed Morrison & Foerster's rates for bankruptcy services as set forth in the M&F

Application.  Based upon representations made to the Committee by Morrison & Foerster, I

understand that those rates are generally consistent with Morrison & Foerster's comparable non-

bankruptcy engagements and the billing rates and terms of other comparably skilled firms for

providing similar services.  Based on these representations and the Committee members'

experience in both the bankruptcy and aviation fields, the Committee believes these rates are

reasonable.

5.      Thereafter, the Committee considered potential candidates to serve as local

bankruptcy counsel, and selected Polsinelli to serve in that capacity based on the

recommendations and advice of Committee members and Morrison & Foerster.  The Committee

also understands that Polsinelli has extensive experience in numerous other chapter 11

bankruptcy cases, including most recently:  Delaware bankruptcy counsel to Creditors

Committee in chapter 11 case of Simplexity, LLC; Delaware bankruptcy counsel to chapter 11

debtors in Global Aviation Holdings Inc., *et al.*; lead counsel to chapter 11 debtors in Marinas

International Consolidated, LP, *et al.*; lead counsel to Creditors Committee in Chapter 11 and

special litigation counsel to Chapter 7 trustee in Open Range Communications, Inc.; lead counsel

to Creditors Committee of Revel Casino chapter 11; special litigation counsel in Indianapolis

Downs, LLC chapter 11; conflicts counsel and Delaware bankruptcy counsel in Coach America

chapter 11; lead counsel to chapter 11 debtors in Signature Styles, LLC; lead counsel to

ny-1143947

Creditors Committee and Plan Administrator in Crossroads Wireless chapter 11; lead counsel to

Creditors Committee and Plan Administrator in Ultimate Escapes chapter 11; Delaware

bankruptcy counsel to petitioning creditors in involuntary chapter 11 case, Creditors Committee

in chapter 11 case, and Liquidating Trustee Saab Cars of North America; conflicts counsel and

Delaware bankruptcy counsel in Palm Harbor Homes chapter 11; and Delaware bankruptcy

counsel to the Examiner in SemCrude chapter 11.  Polsinelli was recommended to the committee

by one of the committee members and their retention was supported by Morrison & Foerster.

The members of the Committee reviewed Polsinelli's rates and terms for bankruptcy services as

set forth in the Polsinelli Application, and, based on representations made to the Committee by

Polsinelli, I understand those rates and terms to be generally consistent with Polsinelli's

comparable non-bankruptcy engagements and the billing rates and terms of other comparably

skilled Delaware firms for providing similar services, including the firms used by the Debtors.

Based on these representations and the Committee members' experience in bankruptcy cases, the

Committee believes these rates are reasonable.

6.    Based on my review of *the Declaration of Stacey H. Doré in Support of the*

*Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of*

*Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro*

*Tunc to the Petition Date* [Docket No. 660-4], which was attached to the *Debtors' Application*

*for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as*

*Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition*

*Date* [Docket No. 660], I understand that the Debtors supervise closely all legal fees and

expenses in order to manage costs.  I further understand that the Debtors have procedures and

policies for reviewing fees, and the Debtors intend to review fees in the bankruptcy cases in

accordance with such policies.  Based on representations made to the Committee by their

4

ny-1143947

proposed advisors, each Committee member will receive copies of such advisors' monthly invoices and fee applications, and will have a full opportunity to review those fees to ensure they are reasonable.  In addition, I understand that certain matters as identified in the Polsinelli Application will be delegated to local counsel to save costs, as appropriate.

7.       The facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, information provided to me or verified by other executives or employees, and my personal opinion based upon my experience, knowledge, and information provided to me.  I am authorized to submit this Declaration on behalf of the Committee, and if called upon to testify, I would testify competently to the facts set forth herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: July 21, 2014

Respectfully submitted,

Michael Puryear
General Counsel
Holt Texas, Ltd. d/b/a Holt CAT

5