IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 400, 472, 477, 505** |

**DEBTORS' NOTICE OF (A) TERMINATION OF
RESTRUCTURING SUPPORT AGREEMENT, (B) WITHDRAWAL
OF SECOND LIEN OPT-IN, AND (C) WITHDRAWAL OF
EFIH SETTLEMENT MOTION, EFIH SECOND LIEN DIP MOTION,
AND RESTRUCTURING SUPPORT AGREEMENT ASSUMPTION MOTION**

PLEASE TAKE NOTICE that, on July 23, 2014, certain of the Debtors held meetings of their boards of directors or managers, which each determined, based on the advice of counsel, to terminate the Restructuring Support Agreement pursuant to section 8.06(c) thereof.[2] On July 24, 2014, the Debtors distributed a notice of termination to all of the parties to the Restructuring Support Agreement. The Debtors also filed a Form 8-K that, among other things, provided notice of the Debtors' intent not to consummate the Second Lien Opt-In (as defined herein). Lastly, as set forth more fully below, the Debtors hereby withdraw the EFIH Settlement Motion, the EFIH Second Lien DIP Motion, and the Restructuring Support Agreement Assumption Motion (each as defined herein).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this Notice shall have the meanings set forth in the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions* [D.I. 98].

RLF1 10555631v.1

PLEASE TAKE FURTHER NOTICE that the Debtors believe that the Restructuring Support Agreement has provided significant benefit to the Debtors and these chapter 11 cases. Among other things, it allowed the Debtors to obtain the support of the ad hoc committee of holders of TCEH First Lien Notes (the "TCEH First Lien Committee") for approval of the TCEH DIP Facility and for 18 months of cash collateral use with no milestones. And it provided the framework for a restructuring transaction at EFIH and EFH Corp., which has prompted an alternative restructuring proposal from NextEra Energy, Inc., among other proposals. Moreover, the TCEH First Lien Committee has agreed to continue to work cooperatively with the Debtors and other parties in interest toward a value-maximizing TCEH restructuring transaction, including a possible tax-free spinoff of TCEH. Going forward, the Debtors plan to continue to focus on formulating and implementing an effective and efficient plan of reorganization that maximizes the value of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that, on May 9, 2014, in connection with the Restructuring Support Agreement, the Debtors opened the proposed EFIH Second Lien Settlement for participation by all holders of EFIH Second Lien Notes (the "Second Lien Opt-In"). *See Notice of Initiation of Opt-In Period for Proposed EFIH Second Lien Settlement* [D.I. 400]. Given the termination of the Restructuring Support Agreement, the Debtors will not consummate the Second Lien Opt-In after it expires as scheduled at 5:00 p.m. (Eastern Daylight Time) on July 25, 2014. Consistent with applicable securities laws, on July 24, 2014, the Debtors filed a Form 8-K disclosing the termination of the Restructuring Support Agreement and the withdrawal of the Second Lien Opt-In.

PLEASE TAKE FURTHER NOTICE that the Debtors, by and through their undersigned proposed co-counsel, hereby withdraw the following:

1. **Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment** [D.I. 472], filed May 15, 2014, but only with respect to the relief requested therein other than approval of the First Lien Settlement and First Lien Opt-In (each as defined therein) (the "EFIH Settlement Motion");[3]

2. **Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay** [D.I. 477], filed May 15, 2014 (the "EFIH Second Lien DIP Motion"); and

3. **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay** [D.I. 505], filed May 16, 2014 (the "Restructuring Support Agreement Assumption Motion").

*[Remainder of page intentionally left blank.]*

---

[3] The withdrawal of the EFIH Settlement Motion does not affect, and is entirely without prejudice to, the relief granted in the *Order Approving EFIH First Lien Settlement* [D.I. 858].

Dated: July 25, 2014
       Wilmington, Delaware

/s/ Daniel J. DeFranceschi

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
              edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

RLF1 10555631v.1