IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Energy Future Holdings Corp., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Objection Deadline: August 6, 2014 at 4:00 p.m.** |
| ) | **Hearing Date: August 13, 2014 at 9:30 a.m.** |
| ) | |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "**Committee**") of Energy Future Holdings Corp., *et al.*, has filed the *Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be filed on or before **August 6, 2014 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the objection upon the undersigned counsel.  Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48488664.1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **August 13, 2014 at 9:30 a.m. (ET)** before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 N. Market Street, 5th floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
July 25, 2014

    **MORRISON & FOERSTER LLP**
James M. Peck
Todd M. Goren
Erica J. Richards
Samantha Martin
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
    tgoren@mofo.com
    erichards@mofo.com
    smartin@mofo.com

    -and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
    jedelson@polsinelli.com
    skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*

48488664.1