# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF CHRISTOPHER A. WARD, ESQ. IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MAY 13, 2014, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Christopher A. Ward, Esq., a shareholder of POLSINELLI PC, makes this Declaration pursuant to 28 U.S.C. § 1746 and states:

1.　　I am the Managing Shareholder of the Wilmington, Delaware office of POLSINELLI PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among 17 other locations. I also serve as Co-Chair of Polsinelli's Bankruptcy and Financial Restructuring Practice. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

---

[1]　　The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

2.     Polsinelli is an AmLaw 100 national full-service law firm with over 725 lawyers and 19 offices that is a recognized leader in the areas of health care, financial services (including all aspects of debt from origination through enforcement), real estate, litigation, and business.  Polsinelli has approximately 30 lawyers dedicated to its national bankruptcy and financial restructuring practice and was recently recognized by Chambers USA in Band 3 for Delaware Bankruptcy/Restructuring as well as individual attorney recognition in Delaware, Chicago, and Los Angeles.

3.     Polsinelli has extensive experience in numerous other chapter 11 bankruptcy cases in including most recently:  Delaware bankruptcy counsel to Creditors Committee in chapter 11 case of Simplexity, LLC; Delaware bankruptcy counsel to chapter 11 debtors in Global Aviation Holdings Inc., et al.; lead counsel to chapter 11 debtors in Marinas International Consolidated, LP, et al.; lead counsel to Creditors Committee in Chapter 11 and special litigation counsel to Chapter 7 Trustee in Open Range Communications, Inc.; lead counsel to Creditors Committee of Revel Casino chapter 11; special litigation counsel in Indianapolis Downs, LLC chapter 11; conflicts counsel and Delaware bankruptcy counsel in Coach America chapter 11; lead counsel to chapter 11 debtors in Signature Styles, LLC; lead counsel to Creditors Committee and Plan Administrator in Crossroads Wireless chapter 11; lead counsel to Creditors Committee and Plan Administrator in Ultimate Escapes chapter 11; Delaware bankruptcy counsel to petitioning creditors in involuntary chapter 11 case, Creditors Committee in chapter 11 case, and Liquidating Trustee Saab Cars of North America; conflicts counsel and Delaware bankruptcy counsel in Palm Harbor Homes chapter 11; and Delaware bankruptcy counsel to the Examiner in SemCrude chapter 11.

48140591.3

4.      I submit this declaration (the "**Declaration**") in connection with the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**Creditors' Committee**")[2] appointed on May 13, 2014, in the above-captioned chapter 11 cases of Energy Future Holdings Corp. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") for an order approving the retention of Polsinelli as co-counsel to the Creditors' Committee *nunc pro tunc* to May 13, 2014 (the "**Formation Date**"), and to provide the disclosures required under section 1103 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

5.      I hereby incorporate by reference the Application as if it were set forth in full herein.

6.      All terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

7.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth.  To the extent that any information disclosed herein requires amendment or modification upon Polsinelli's completion of further analysis or as additional creditor information becomes available to Polsinelli, a supplemental declaration will be submitted to this Court.

---

[2]       The Creditors' Committee is composed of creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH LLC**" and, together with EFCH and TCEH LLC's direct and indirect subsidiaries, the "**TCEH Debtors**") and EFH Corporate Services Company.  The Creditors' Committee represents the interests of the unsecured creditors of only the TCEH Debtors and EFH Corporate Services Company and of no other debtors.

8.      In connection with the proposed retention by the Creditors' Committee in these Chapter 11 Cases, Polsinelli received a list identifying more than 10,000 parties-in-interest from the Debtors.[3]  Insofar as I have been able to ascertain, neither I, nor Polsinelli, nor any shareholder, counsel, of counsel, senior partner, or associate of Polsinelli, represents any other party-in-interest in these Cases, or their attorneys or accountants, except as hereinafter set forth.  Further, Polsinelli has no connection (as such term is used in § 101(14) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) with the Debtors, their creditors, any other party-in-interest herein, the Debtors' current respective attorneys or professionals, the United States Trustee, or any person employed in the Office of the United States Trustee, nor does Polsinelli hold any adverse interest or represent any entity having an adverse interest in connection with the Cases except as disclosed herein.

9.      There are four parties on the attached Disclosures that are clients of Polsinelli that comprise more than one percent (1%) of Polsinelli's annual revenue.  Of the four clients, two are co-defendants in asbestos lawsuits, one is an equipment lending finance company, and one is a health care network.  Polsinelli does not expect any of these four parties to play a prominent role in these Cases.

10.     To the extent set forth on the Disclosures attached hereto, I, Polsinelli, and certain of its shareholders, counsel, of counsel, senior partners, and associates may currently represent, or may have previously represented, and may in the future represent, persons, entities, and their affiliates that are claimants, interest holders, other parties-in-

---

[3]        Due to the voluminous nature of the list of parties-in-interest, it is not attached to the Application but is available upon request to counsel to the Creditors' Committee.

interest, or professionals of the Debtors (and other professionals to be retained in these Cases) in matters totally unrelated to the Debtors or these Cases.

11.     Attached hereto as <u>Exhibit 1</u> is a list of parties that Polsinelli has represented in the past, currently represents, or may in the future continue to represent in matters wholly unrelated to the Cases.

12.     Polsinelli maintains an office in Dallas, Texas with approximately thirty (30) attorneys.  Most, if not all, of Polsinelli's Dallas employees are customers of the Debtors or their subsidiaries, and some may actually be creditors of the Debtors at the time of the filing.  As the Debtors do not intend to affect the actual operations of the business, the Polsinelli employees that are customers of the Debtors should not be adversely affected by the bankruptcy filing.  I disclose this information out of an abudance of caution and this does not present a conflict for Polsinelli.

13.     Polsinelli is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code in that Polsinelli, its shareholders, counsel, and associates:

     a.  are not creditors, equity security holders, or insiders;

     b.  are not and were not, within two (2) years before the date of the filing of the petitions, directors, officers, or employees of the Debtors; and

     c.  do not have interests materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

11 U.S.C. § 101(14).

14.     By reason of the foregoing, I believe that Polsinelli is eligible for employment and retention by the Creditors' Committee pursuant to the Bankruptcy Code and the applicable Bankruptcy Rules.

15.     In conjunction with its co-counsel and in order to avoid duplication of services rendered, the professional services that Polsinelli has rendered and may be required to render for the Creditors' Committee include, without limitation, the following:

(a)     in conjunction with co-counsel, providing legal advice with respect to the powers and duties available to the Creditors' Committee, an official committee appointed under section 1102 of the Bankruptcy Code;

(b)     assisting co-counsel in the investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors, the operation of the Debtors' businesses, and any other matter relevant to these cases or to the formulation of a plan or plans of reorganization or liquidation;

(c)     assisting co-counsel in preparing on behalf of the Creditors' Committee necessary applications, motions, complaints, answers, orders, agreements and other legal papers;

(d)     reviewing, analyzing and assisting co-counsel in responding to all pleadings filed by the Debtors or other parties-in-interest in these Cases and appearing in Court to present necessary motions, applications and pleadings and to otherwise protect the interest of the Creditors' Committee;

(e)     consulting with the Debtors and their professionals, other parties-in-interest and their professionals, and the United States Trustee concerning the administration of the Debtors' respective estates;

(f)     representing the Creditors' Committee in hearings and other judicial proceedings;

(g)     advising the Creditors' Committee on practice and procedure in the United States Bankruptcy Court for the District of Delaware and with respect to the Local Rules and local practice; and

(h)     performing all other legal services for the Creditors' Committee in connection with these chapter 11 cases.

16.     Polsinelli has advised the Creditors' Committee that Polsinelli's hourly rates for professionals that will be primarily responsible for this matter range from $300 to $1,000 per hour for shareholders, from $200 to $400 per hour for associates and senior counsel, and from $100 to $250 per hour for paraprofessionals.  The primary attorneys and paralegals expected to represent the Creditors' Committee, and their respective hourly rates are:

| | | |
|---|---|---|
| (a) | Christopher A. Ward (Delaware shareholder) | $620 per hour |
| (b) | Justin K. Edelson (Delaware associate) | $385 per hour |
| (c) | Shanti M. Katona (Delaware associate) | $385 per hour |
| (d) | Jarrett K. Vine (Delaware associate) | $340 per hour |
| (e) | Lindsey M. Suprum (Delaware paralegal) | $245 per hour |

Other attorneys and paralegals will render services to the Creditors' Committee as needed.  These rates are the standard national hourly rates charged by Polsinelli to other

7

similarily situated clients and on similar matters.  The hourly rates set forth above are subject to periodic adjustment to reflect economic and other conditions.

17.    These rates are set at a level designed to fairly compensate Polsinelli for the work of its attorneys and paralegals, and to cover fixed and routine overhead expenses.  It is Polsinelli's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier charges, printing and scanning charges, toll charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff.  Polsinelli will charge for these expenses in a manner and at rates consistent with charges made generally to the firm's other clients and with the Local Rules.

18.    No promises have been received by Polsinelli or by any shareholder, counsel, of counsel, or associate thereof as to payment or compensation in connection with these Cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  Polsinelli has no agreement with any other entity to share with such entity any compensation received by Polsinelli in connection with these Cases, other than with the shareholders, counsel, and associates of Polsinelli.

19.    By reason of the foregoing, I believe Polsinelli is eligible for employment and retention by the Creditors' Committee pursuant to sections 328 and 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated:  July 17, 2014

_____*/s/  Christopher A. Ward*_____
Christopher A. Ward (Del. Bar No. 3877)

48140591.3

# EXHIBIT 1

### POLSINELLI PC DISCLOSURES

1.   **84 Lumber Company** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent 84 Lumber Company in certain matters completely unrelated to the Debtors.

2.   **ABB Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent ABB Inc. in certain matters completely unrelated to the Debtors.

3.   **Abbott Laboratories** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Abbot Laboratories in certain matters completely unrelated to the Debtors.

4.   **Aegis and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Aegis and its related entities in certain matters completely unrelated to the Debtors.

5.   **AES Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent AES Corp. in certain matters completely unrelated to the Debtors.

6.   **AGCO Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent AGCO Corp. in certain matters completely unrelated to the Debtors.

7.   **AIMCO** – In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent AIMCO in certain matters completely unrelated to the Debtors.

8.   **Airgas and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Airgas and its related entities in certain matters completely unrelated to the Debtors.

9.   **Air Liquide and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Air Liquide and its related entities in certain matters completely unrelated to the Debtors.

10.   **Alcatel Lucent USA Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Alcatel Lucent USA Inc. in certain matters completely unrelated to the Debtors.

11.   **ALCOA Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent ALCOA Inc. in certain matters completely unrelated to the Debtors.

1

## EXHIBIT 1

### POLSINELLI PC DISCLOSURES

12. **Allied Waste Services** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Allied Waste Services in certain matters completely unrelated to the Debtors.

13. **AlliedSignal Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent AlliedSignal Inc. in certain matters completely unrelated to the Debtors.

14. **Alloy Casting Co. Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Alloy Casting Co. Inc. in certain matters completely unrelated to the Debtors.

15. **American College of Chest Physicians** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent American College of Chest Physicians in certain matters completely unrelated to the Debtors.

16. **American Crane & Equipment Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent American Crane & Equipment Corp. in certain matters completely unrelated to the Debtors.

17. **American Honda Motor Company Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent American Honda Motor Company Inc. in certain matters completely unrelated to the Debtors.

18. **Anchor Packing Co. Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Anchor Packing Co. Inc. in certain matters completely unrelated to the Debtors.

19. **Angelo Gordon & Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Angelo Gordon & Co. in certain matters completely unrelated to the Debtors.

20. **Ascension Health** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Ascension Health in certain matters completely unrelated to the Debtors.

21. **Atlas Copco North America, LLC and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Atlas Copco North America, LLC and its related entities in certain matters completely unrelated to the Debtors.

22. **Automation Technology Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Automation Technology Inc. in certain matters completely unrelated to the Debtors.

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

23. **Autozone Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Autozone Inc. in certain matters completely unrelated to the Debtors.

24. **Bank of New York Mellon and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Bank of New York Mellon and its related entities in certain matters completely unrelated to the Debtors.

25. **Bank of Nova Scotia** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Bank of Nova Scotia in certain matters completely unrelated to the Debtors.

26. **Bank of Tokyo – Mitsubishi UFJ Ltd.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Bank of Tokyo – Mitsubishi UFJ Ltd. in certain matters completely unrelated to the Debtors.

27. **Baptist Health South Florida Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Baptist Health South Florida Inc. in certain matters completely unrelated to the Debtors.

28. **Barclays Bank PLC and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Barclays Bank PLC and its related entities in certain matters completely unrelated to the Debtors.

29. **Baylor Medical Center and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Baylor Medical Center and its related entities in certain matters completely unrelated to the Debtors.

30. **Bechtel Corporation** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Bechtel Corporation in certain matters completely unrelated to the Debtors.

31. **Berkshire Hathaway Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Berkshire Hathaway Inc. in certain matters completely unrelated to the Debtors.

32. **BF Goodrich Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent BF Goodrich Co. in certain matters completely unrelated to the Debtors.

33. **BHP Billiton and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent BHP Billiton and its related entities in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

### POLSINELLI PC DISCLOSURES

34.  **Black and Veatch Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Black and Veatch Corp. in certain matters completely unrelated to the Debtors.

35.  **Blue Cross & Blue Shield and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Blue Cross & Blue Shield and its related entities in certain matters completely unrelated to the Debtors.

36.  **Blue Flame** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Blue Flame in certain matters completely unrelated to the Debtors.

37.  **BMO Asset Management Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent BMO Asset Management Inc. in certain matters completely unrelated to the Debtors.

38.  **BNSF Railway Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent BNSF Railway Co. in certain matters completely unrelated to the Debtors.

39.  **Bondex International Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Bondex International Inc. in certain matters completely unrelated to the Debtors.

40.  **BorgWarner Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent BorgWarner Inc. and its related entities in certain matters completely unrelated to the Debtors.

41.  **Boy Scouts of America** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Boy Scouts of America in certain matters completely unrelated to the Debtors.

42.  **BP Energy Co. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent BP Energy Co. and its related entities in certain matters completely unrelated to the Debtors.

43.  **BP Products North America Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent BP Products North America Inc. in certain matters completely unrelated to the Debtors.

44.  **Brake Supply Co., Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Brake Supply Co., Inc. in certain matters completely unrelated to the Debtors.

4

# EXHIBIT 1

### POLSINELLI PC DISCLOSURES

45.   **Breck Operating Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Breck Operating Corp. in certain matters completely unrelated to the Debtors.

46.   **Brownstone Investment Group LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Brownstone Investment Group LLC in certain matters completely unrelated to the Debtors.

47.   **Buffalo Pumps, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Buffalo Pumps, Inc. in certain matters completely unrelated to the Debtors.

48.   **Burns & McDonnell Engineering Co. Inc.** – In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Burns & McDonnell Engineering Co. Inc. in certain matters completely unrelated to the Debtors.

49.   **California (state of)** – In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent California (state of) in certain matters completely unrelated to the Debtors.

50.   **California Public Employees Retirement System** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent California Public Employees Retirement System in certain matters completely unrelated to the Debtors.

51.   **Capital One NA and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Capital One NA and its related entities in certain matters completely unrelated to the Debtors.

52.   **Carborundum Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Carborundum Co. in certain matters completely unrelated to the Debtors.

53.   **Caterpillar Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Caterpillar Inc. and its related entities in certain matters completely unrelated to the Debtors.

54.   **CBRE** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent CBRE in certain matters completely unrelated to the Debtors.

55.   **CBS Corporation** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent CBS Corporation in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

### POLSINELLI PC DISCLOSURES

56. **Centerpoint Energy Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Centerpoint Energy Inc. and its related entities in certain matters completely unrelated to the Debtors.

57. **Chevron USA, Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Chevron USA, Inc. and its related entities in certain matters completely unrelated to the Debtors.

58. **Christus Health and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Christus Health and its related entities in certain matters completely unrelated to the Debtors.

59. **Chubb Insurance Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Chubb Insurance Co. in certain matters completely unrelated to the Debtors.

60. **Citigroup and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Citigroup and its related entities in certain matters completely unrelated to the Debtors.

61. **City and County of San Francisco, CA** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent City and County of San Francisco, CA in certain matters completely unrelated to the Debtors.

62. **Clean Energy and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Clean Energy and its related entities in certain matters completely unrelated to the Debtors.

63. **Computer Sciences Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Computer Sciences Corp. in certain matters completely unrelated to the Debtors.

64. **ConocoPhillips Co. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent ConocoPhillips Co. and its related entities in certain matters completely unrelated to the Debtors.

65. **Contech Construction** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Contech Construction in certain matters completely unrelated to the Debtors.

66. **Cooper Clinic PA** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Cooper Clinic PA in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

67.   **Crane Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Crane Co. in certain matters completely unrelated to the Debtors.

68.   **Credit Suisse and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Credit Suisse and its related entities in certain matters completely unrelated to the Debtors.

69.   **Crestwood Midstream Partners LP** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Crestwood Midstream Partners LP in certain matters completely unrelated to the Debtors.

70.   **Crosby Valve, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Crosby Valve, Inc. in certain matters completely unrelated to the Debtors.

71.   **CSC Credit Services Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent CSC Credit Services Inc. in certain matters completely unrelated to the Debtors.

72.   **CT Corporation System** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent CT Corporation System in certain matters completely unrelated to the Debtors.

73.   **CVS Caremark and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent CVS Caremark and its related entities in certain matters completely unrelated to the Debtors.

74.   **D.R. Horton Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent D.R. Horton Inc. in certain matters completely unrelated to the Debtors.

75.   **DAP Products Inc.** – In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent DAP Products Inc. in certain matters completely unrelated to the Debtors.

76.   **Dartmouth College -** In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Dartmouth College in certain matters completely unrelated to the Debtors.

77.   **DB Energy Trading** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent DB Energy Trading in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

78.  **Dell Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Dell Inc. and its related entities in certain matters completely unrelated to the Debtors.

79.  **Denbury Resources Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Denbury Resources Inc. and its related entities in certain matters completely unrelated to the Debtors.

80.  **Deutsche Asset Management** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Deutsche Asset Management in certain matters completely unrelated to the Debtors.

81.  **Deutsche Bank and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Deutsche Bank and its related entities in certain matters completely unrelated to the Debtors.

82.  **Doral Bank, N.A.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Doral Bank, N.A. in certain matters completely unrelated to the Debtors.

83.  **Dover Corporation** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Dover Corporation in certain matters completely unrelated to the Debtors.

84.  **DST Output** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent DST Output in certain matters completely unrelated to the Debtors.

85.  **Duff & Phelps** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Duff & Phelps in certain matters completely unrelated to the Debtors.

86.  **Duke Energy Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Duke Energy Corp. in certain matters completely unrelated to the Debtors.

87.  **Eaton Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Eaton Corp. in certain matters completely unrelated to the Debtors.

88.  **EMC Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent EMC Corp. in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

89. **Energy Transfer** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Energy Transfer in certain matters completely unrelated to the Debtors.

90. **Epiq Systems, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Epiq Systems, Inc. in certain matters completely unrelated to the Debtors.

91. **Equifax Information Services LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Equifax Information Services LLC in certain matters completely unrelated to the Debtors.

92. **Ernst & Young, LLP** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Ernst & Young, LLP in certain matters completely unrelated to the Debtors.

93. **Essilor International and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Essilor International and its related entities in certain matters completely unrelated to the Debtors.

94. **Experian** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Experian in certain matters completely unrelated to the Debtors.

95. **Farm Bureau Life Insurance Company of Michigan** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Farm Bureau Life Insurance Company of Michigan in certain matters completely unrelated to the Debtors.

96. **Federal Home Loan Bank and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Federal Home Loan Bank and its related entities in certain matters completely unrelated to the Debtors.

97. **First Co. Bancorp Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent First Co. Bancorp Inc. and its related entities in certain matters completely unrelated to the Debtors.

98. **Florida Power & Light Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Florida Power & Light Co. in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

### POLSINELLI PC DISCLOSURES

99.     **Flowserve Corp. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Flowserve Corp. and its related entities in certain matters completely unrelated to the Debtors.

100.    **FMC Corporation** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent FMC Corporation in certain matters completely unrelated to the Debtors.

101.    **Four Corners Capital Management** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Four Corners Capital Management in certain matters completely unrelated to the Debtors.

102.    **Frontier General Insurance Agency** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Frontier General Insurance Agency in certain matters completely unrelated to the Debtors.

103.    **Frost National Bank** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Frost National Bank in certain matters completely unrelated to the Debtors.

104.    **Gencorp Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Gencorp Inc. in certain matters completely unrelated to the Debtors.

105.    **General Electric and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent General Electric and its related entities in certain matters completely unrelated to the Debtors.

106.    **General Motors and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent General Motors and its related entities in certain matters completely unrelated to the Debtors.

107.    **GIC Special Investments Pte Ltd.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent GIC Special Investments Pte Ltd. in certain matters completely unrelated to the Debtors.

108.    **Government of Singapore Investment Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Government of Singapore Investment Corp. in certain matters completely unrelated to the Debtors.

109.    **Great American Insurance Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Great American Insurance Co. in certain matters completely unrelated to the Debtors.

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

110.  **Great American Life Insurance Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Great American Life Insurance Co. in certain matters completely unrelated to the Debtors.

111.  **Great Plains Energy Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Great Plains Energy Inc. in certain matters completely unrelated to the Debtors.

112.  **Group 1 Automotive, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Group 1 Automotive, Inc. in certain matters completely unrelated to the Debtors.

113.  **Gulf Power Company** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Gulf Power Company in certain matters completely unrelated to the Debtors.

114.  **Harvest Management Sub LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Harvest Management Sub LLC in certain matters completely unrelated to the Debtors.

115.  **Haynes & Boone, LLP** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Haynes & Boone, LLP in certain matters completely unrelated to the Debtors.

116.  **HDR Engineering Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent HDR Engineering Inc. in certain matters completely unrelated to the Debtors.

117.  **HealthSouth Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent HealthSouth Corp. in certain matters completely unrelated to the Debtors.

118.  **HealthTrust Purchasing Group LP** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent HealthTrust Purchasing Group LP in certain matters completely unrelated to the Debtors.

119.  **Highbridge Capital Management, LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Highbridge Capital Management, LLC in certain matters completely unrelated to the Debtors.

120.  **Highland Capital** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Highland Capital in certain matters completely unrelated to the Debtors.

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

121. **Honeywell International Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Honeywell International Inc. in certain matters completely unrelated to the Debtors.

122. **Howden North America Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Howden North America Inc. in certain matters completely unrelated to the Debtors.

123. **Hydrovac Industrial Services, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Hydrovac Industrial Services, Inc. in certain matters completely unrelated to the Debtors.

124. **IBM Corp. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent IBM Corp. and its related entities in certain matters completely unrelated to the Debtors.

125. **IDS Life Insurance Company** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent IDS Life Insurance Company in certain matters completely unrelated to the Debtors.

126. **IHS Global Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent IHS Global Inc. in certain matters completely unrelated to the Debtors.

127. **Invenergy LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Invenergy LLC in certain matters completely unrelated to the Debtors.

128. **Jackson National Life Insurance Company** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Jackson National Life Insurance Company in certain matters completely unrelated to the Debtors.

129. **Jefferies & Co., Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Jefferies & Co., Inc. in certain matters completely unrelated to the Debtors.

130. **Johnson Controls Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Johnson Controls Inc. in certain matters completely unrelated to the Debtors.

131. **Kansas City Southern Railway Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Kansas City Southern Railway Co. in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

132. **KCP&L** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent KCP&L in certain matters completely unrelated to the Debtors.

133. **Key Equipment Finance** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Key Equipment Finance in certain matters completely unrelated to the Debtors.

134. **KSB, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent KSB, Inc. in certain matters completely unrelated to the Debtors.

135. **Kvaerner US Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Kvaerner US Inc. in certain matters completely unrelated to the Debtors.

136. **L-3 Communications Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent L-3 Communications Corp. in certain matters completely unrelated to the Debtors.

137. **LaSalle Bank NA** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent LaSalle Bank NA in certain matters completely unrelated to the Debtors.

138. **Layne Christensen Company** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Layne Christensen Company in certain matters completely unrelated to the Debtors.

139. **Leggett & Platt Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Leggett & Platt Inc. in certain matters completely unrelated to the Debtors.

140. **Level 3 Communications LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Level 3 Communications LLC in certain matters completely unrelated to the Debtors.

141. **Lin R. Rogers Electrical Contractors, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Lin R. Rogers Electrical Contractors, Inc. in certain matters completely unrelated to the Debtors.

142. **Lincoln National Life Insurance Company** – In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Lincoln National Life Insurance Company in certain matters completely unrelated to the Debtors.

13

# EXHIBIT 1

### POLSINELLI PC DISCLOSURES

143. **Locke, Lord, Bissell & Liddell LLP** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Locke, Lord, Bissell & Liddell LLP in certain matters completely unrelated to the Debtors.

144. **Lockton, Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Lockton Inc. and its related entities in certain matters completely unrelated to the Debtors.

145. **Locomotive Services, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Locomotive Services, Inc. in certain matters completely unrelated to the Debtors.

146. **Lone Star Industries, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Lone Star Industries, Inc. in certain matters completely unrelated to the Debtors.

147. **Lucent Technologies, Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Lucent Technologies, Inc. and its related entities in certain matters completely unrelated to the Debtors.

148. **M&T Bank Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent M&T Bank Corp. in certain matters completely unrelated to the Debtors.

149. **Mason Capital Management LLC** – In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Mason Capital Management LLC in certain matters completely unrelated to the Debtors.

150. **McguireWoods LLP** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent McguireWoods LLP in certain matters completely unrelated to the Debtors.

151. **McJunkin Red Man Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent McJunkin Red Man Corp. in certain matters completely unrelated to the Debtors.

152. **Mechanical Dynamics & Analysis Ltd.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Mechanical Dynamics & Analysis Ltd. in certain matters completely unrelated to the Debtors.

153. **Merrill Lynch and its related entities** – In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Merrill Lynch and its related entities in certain matters completely unrelated to the Debtors.

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

154. **Methodist Hospital and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Methodist Hospital and its related entities in certain matters completely unrelated to the Debtors.

155. **Mid-Valley, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Mid-Valley, Inc. in certain matters completely unrelated to the Debtors.

156. **Miller Electric Co.** – In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Miller Electric Co. in certain matters completely unrelated to the Debtors.

157. **Monsanto Company** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Monsanto Company in certain matters completely unrelated to the Debtors.

158. **Morgan Stanley and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Morgan Stanley and its related entities in certain matters completely unrelated to the Debtors.

159. **Murray Energy Corporation** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Murray Energy Corporation in certain matters completely unrelated to the Debtors.

160. **National Oilwell Varco Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent National Oilwell Varco Inc. in certain matters completely unrelated to the Debtors.

161. **Navistar, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Navistar, Inc. in certain matters completely unrelated to the Debtors.

162. **New York Life Insurance Company** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent New York Life Insurance Company in certain matters completely unrelated to the Debtors.

163. **Newell Rubbermaid Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Newell Rubbermaid Inc. in certain matters completely unrelated to the Debtors.

164. **NextEra Energy Power Marketing** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent NextEra Energy Power Marketing in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

165. **NFM Services, LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent NFM Services, LLC in certain matters completely unrelated to the Debtors.

166. **Northern Trust Company of New York** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Northern Trust Company of New York in certain matters completely unrelated to the Debtors.

167. **Northpark Partners LP** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Northpark Partners LP in certain matters completely unrelated to the Debtors.

168. **Northwestern Mutual Life Insurance Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Northwestern Mutual Life Insurance Co. in certain matters completely unrelated to the Debtors.

169. **Occidental Chemical Corporation** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Occidental Chemical Corporation in certain matters completely unrelated to the Debtors.

170. **Oracle America, Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Oracle America, Inc. and its related entities in certain matters completely unrelated to the Debtors.

171. **Owens-Illinois, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Owens-Illinois, Inc. in certain matters completely unrelated to the Debtors.

172. **Peabody Energy Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Peabody Energy Corp. in certain matters completely unrelated to the Debtors.

173. **Peerless Pump Company, Inc** . - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Peerless Pump Company, Inc. in certain matters completely unrelated to the Debtors.

174. **Pentair Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Pentair Inc. and its related entities in certain matters completely unrelated to the Debtors.

175. **PepsiCo Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent PepsiCo Inc. and its related entities in certain matters completely unrelated to the Debtors.

16

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

176.  **Pharmacia LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Pharmacia LLC in certain matters completely unrelated to the Debtors.

177.  **Pine River Capital Management LP** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Pine River Capital Management LP in certain matters completely unrelated to the Debtors.

178.  **Poly-America LP** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Poly-America LP in certain matters completely unrelated to the Debtors.

179.  **PPG Architectural Finishes Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent PPG Architectural Finishes Inc. in certain matters completely unrelated to the Debtors.

180.  **Premium Waters, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Premium Waters, Inc. in certain matters completely unrelated to the Debtors.

181.  **Principal Financial Group** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Principal Financial Group in certain matters completely unrelated to the Debtors.

182.  **Protective Life Insurance Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Protective Life Insurance Co. in certain matters completely unrelated to the Debtors.

183.  **Prudential Insurance Co. of America and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Prudential Insurance Co. of America and its related entities in certain matters completely unrelated to the Debtors.

184.  **Quaker Oats Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Quaker Oats Co. in certain matters completely unrelated to the Debtors.

185.  **RBS Securities Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent RBS Securities Inc. in certain matters completely unrelated to the Debtors.

186.  **Regents of the University of California** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Regents of the University of California in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

187.  **Republic Services, Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Republic Services, Inc. and its related entities in certain matters completely unrelated to the Debtors.

188.  **Rexnord Corporation** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Rexnord Corporation in certain matters completely unrelated to the Debtors.

189.  **Rice Hospital District** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Rice  Hospital District in certain matters completely unrelated to the Debtors.

190.  **Riley Power, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Riley Power, Inc. in certain matters completely unrelated to the Debtors.

191.  **Rinker Materials** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Rinker Materials in certain matters completely unrelated to the Debtors.

192.  **Royal Bank of Scotland Group and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Royal Bank of Scotland Group and its related entities in certain matters completely unrelated to the Debtors.

193.  **RSC Equipment Rental Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent RSC Equipment Rental Inc. in certain matters completely unrelated to the Debtors.

194.  **Ryan Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Ryan Inc. in certain matters completely unrelated to the Debtors.

195.  **Safety National Casualty Corporation** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Safety National Casualty Corporation in certain matters completely unrelated to the Debtors.

196.  **Schneider Electric** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Schneider Electric in certain matters completely unrelated to the Debtors.

197.  **Scientech** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Scientech in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

### POLSINELLI PC DISCLOSURES

198. **Sempra Energy and its related entities** – In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Sempra Energy and its related entities in certain matters completely unrelated to the Debtors.

199. **Sheraton Hotel** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Sheraton Hotel in certain matters completely unrelated to the Debtors.

200. **Silver Point Capital** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Silver Point Capital in certain matters completely unrelated to the Debtors.

201. **Sonoco Products Company** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Sonoco Products Company in certain matters completely unrelated to the Debtors.

202. **Southern California Gas Company** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Southern California Gas Company in certain matters completely unrelated to the Debtors.

203. **Sprint and its related entities** – In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Sprint and its related entities in certain matters completely unrelated to the Debtors.

204. **St. Joseph Regional Health Center** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent St. Joseph Regional Health Center in certain matters completely unrelated to the Debtors.

205. **Stanley Black & Decker Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Stanley Black & Decker Inc. in certain matters completely unrelated to the Debtors.

206. **Starwood Hotels & Resorts Worldwide, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Starwood Hotels & Resorts Worldwide, Inc. in certain matters completely unrelated to the Debtors.

207. **Stock Equipment Co. Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Stock Equipment Co. Inc. in certain matters completely unrelated to the Debtors.

208. **StonCor Group Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent StonCor Group Inc. in certain matters completely unrelated to the Debtors.

# EXHIBIT 1

### POLSINELLI PC DISCLOSURES

209. **Suddenlink Communications** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Suddenlink Communications in certain matters completely unrelated to the Debtors.

210. **Sylvania Industrial Park Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Sylvania Industrial Park Inc. in certain matters completely unrelated to the Debtors.

211. **Tenet Healthcare Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Tenet Healthcare Corp. in certain matters completely unrelated to the Debtors.

212. **Texaco Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Texaco Inc. and its related entities in certain matters completely unrelated to the Debtors.

213. **Texas Health Presbyterian Hospital** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Texas Health Presbyterian Hospital in certain matters completely unrelated to the Debtors.

214. **Texas Health Resources** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Texas Health Resources in certain matters completely unrelated to the Debtors.

215. **The Atkins Companies LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent The Atkins Companies LLC in certain matters completely unrelated to the Debtors.

216. **The Salvation Army** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent The Salvation Army in certain matters completely unrelated to the Debtors.

217. **Towers Watson and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Towers Watson and its related entities in certain matters completely unrelated to the Debtors.

218. **TPG Capital** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent TPG Capital in certain matters completely unrelated to the Debtors.

219. **TransUnion Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent TransUnion Corp. in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

### POLSINELLI PC DISCLOSURES

220. **Trinity Industries Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Trinity Industries Inc. in certain matters completely unrelated to the Debtors.

221. **TrueNorth Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent TrueNorth Inc. and its related entities in certain matters completely unrelated to the Debtors.

222. **TYCO International Management Co.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent TYCO International Management Co. in certain matters completely unrelated to the Debtors.

223. **U.S. Bank National Association and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent U.S. Bank National Association and its related entities in certain matters completely unrelated to the Debtors.

224. **UMB Bank N.A.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent UMB Bank N.A. in certain matters completely unrelated to the Debtors.

225. **Unified Government of Wyandotte County, KS** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Unified Government of Wyandotte County, KS in certain matters completely unrelated to the Debtors.

226. **Unilever and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Unilever and its related entities in certain matters completely unrelated to the Debtors.

227. **Unimin Corporation** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Unimin Corporation in certain matters completely unrelated to the Debtors.

228. **Union Pacific** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Union Pacific in certain matters completely unrelated to the Debtors.

229. **United Regional Health Care Systems Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent United Regional Health Care Systems Inc. in certain matters completely unrelated to the Debtors.

230. **United States Department of Energy** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent United States Department of Energy in certain matters completely unrelated to the Debtors.

48125452.5

# EXHIBIT 1

### POLSINELLI PC DISCLOSURES

231. **URS Corporation** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent URS Corporation in certain matters completely unrelated to the Debtors.

232. **US Bank NA and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent US Bank NA and its related entities in certain matters completely unrelated to the Debtors.

233. **USAA and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent USAA and its related entities in certain matters completely unrelated to the Debtors.

234. **USMD Inc. and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent USMD Inc. and its related entities in certain matters completely unrelated to the Debtors.

235. **V&M Star** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent V&M Star in certain matters completely unrelated to the Debtors.

236. **VAM Drilling USA Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent VAM Drilling USA Inc. in certain matters completely unrelated to the Debtors.

237. **VAM USA, LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent VAM USA, LLC in certain matters completely unrelated to the Debtors.

238. **Veolia Environmental Services and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Veolia Environmental Services and its related entities in certain matters completely unrelated to the Debtors.

239. **Verizon and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Verizon and its related entities in certain matters completely unrelated to the Debtors.

240. **Viacom Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Viacom Inc. in certain matters completely unrelated to the Debtors.

241. **VM Ware Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent VM Ware Inc. in certain matters completely unrelated to the Debtors.

# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

242.  **Wageworks Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Wageworks Inc. in certain matters completely unrelated to the Debtors.

243.  **Warren Pumps LLC** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Warren Pumps LLC in certain matters completely unrelated to the Debtors.

244.  **Watco Companies Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Watco Companies Inc. in certain matters completely unrelated to the Debtors.

245.  **Weatherford International Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Weatherford International Inc. in certain matters completely unrelated to the Debtors.

246.  **Wells Fargo Bank and its related entities** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Wells Fargo Bank and its related entities in certain matters completely unrelated to the Debtors.

247.  **Wesco Distribution Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Wesco Distribution Inc. in certain matters completely unrelated to the Debtors.

248.  **Western Container Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Western Container Corp. in certain matters completely unrelated to the Debtors.

249.  **Wilmington Trust Company** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Wilmington Trust Company in certain matters completely unrelated to the Debtors.

250.  **Wilsonart International, Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent Wilsonart International, Inc. in certain matters completely unrelated to the Debtors.

251.  **York International Corp.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent York International Corp. in certain matters completely unrelated to the Debtors.

252.  **YRC Enterprise Services Inc.** - In the past, currently and in the future, Polsinelli PC has represented, represents and will continue to represent YRC Enterprise Services Inc. in certain matters completely unrelated to the Debtors.