**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | RE:  Docket No. ____ |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MAY 13, 2014, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the application of the official committee of unsecured creditors (the "**Creditors' Committee**") appointed in the chapter 11 cases of Energy Future Holdings Corp. and its affiliated debtors and debtors and debtors in possession (collectively, the "**Debtors**") for an order, pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "**Bankruptcy Code**"), authorizing the Creditors' Committee to employ and retain Polsinelli PC ("**Polsinelli**") as the Creditors' Committee's co-counsel in these cases, *nunc pro tunc* to May 13, 2014 (the "**Application**"); and upon the declaration of Christopher A. Ward (the "**Ward Declaration**"), a shareholder of Polsinelli, which is annexed to the Application; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefore; it is hereby

ORDERED that the Application is approved as set forth herein; and it is further

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48140591.3

2

ORDERED that pursuant to sections 328 and 1103 of the Bankruptcy Code, the Creditors' Committee is hereby authorized and empowered to employ Polsinelli as its co-counsel in these chapter 11 cases, *nunc pro tunc* to May 13, 2014, and Polsinelli is authorized to perform the services set forth in the Application and the Ward Declaration; and it is further

ORDERED that Polsinelli shall be compensated in accordance with the procedures set forth in sections 328, 330, and 331 of the Bankruptcy Code, and applicable Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

48140591.3