IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | ) ) ) | Case No. 14-10979 (CSS) |
| Debtor. | ) ) ) ) |  |

**NOTICE OF FILING OF NON-CONSOLIDATED CREDITOR MATRIX
OF ENERGY FUTURE HOLDINGS CORP. (CASE NO. 14-10979)**

PLEASE TAKE NOTICE that, on April 29, 2014 (the "Petition Date"), Energy Future Holdings Corp. and 70 of its affiliates (each, a "Debtor" and collectively, the "Debtors") filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court") under chapter 11 of the United States Code, §§ 101-1532.

PLEASE TAKE FURTHER NOTICE that, on May 2, 2014, the Bankruptcy Court entered its **Order Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor** [D.I. 323] (the "Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the Debtors were granted until the later of (a) 90 days following the Petition Date (*i.e.,* July 28, 2014) or (b) the date on which the Debtors filed their schedules and statements of financial affairs (*i.e.,* June 30, 2014) to file a creditor matrix for each Debtor.

PLEASE TAKE FURTHER NOTICE that, in accordance with the terms of the Order, the above-captioned Debtor hereby files the attached non-consolidated creditor matrix (the "Matrix") specific to such Debtor.  A copy of the Matrix is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that the Debtors have undertaken all reasonable efforts to identify the specific Debtor against whom any specific potential creditor may have a claim and has included creditors in the individual matrix of the appropriate Debtor or Debtors. The inclusion or exclusion of a creditor from any individual Debtor's matrix is not an admission or denial of any claim or creditor relationship with respect to that individual Debtor. Certain potential creditors cannot be associated with any particular Debtor and have accordingly been added to each individual Debtor's matrix.

[*Remainder of page intentionally left blank.*]

Dated: July 28, 2014
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession