IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| *Debtors.* | ) (Jointly Administered) |
| | ) **Re: D.I. 74, 470, 473, 797, 803** |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE | ) |
| *Plaintiff,* | ) |
| v. | ) Adversary Proceeding |
| | ) No. 14-50363 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | ) |
| | ) **Re: Adv. D.I. 1, 9, 10** |
| *Defendants.* | ) |

**CERTIFICATION OF COUNSEL REGARDING JOINT STIPULATION
AND ORDER REGARDING SCHEDULING WITH RESPECT TO
(A) CONTESTED MATTER MOTION, (B) ADVERSARY
PROCEEDING, AND (C) STAY-APPLICABILITY MOTION**

In connection with the judicial disposition of (a) the contested matter whereby CSC Trust Company of Delaware, as Indenture Trustee (the "10% Trustee") for the 10% Senior Secured Notes Due 2020 issued by certain of the above-captioned debtors (collectively, the "Debtors" and together with the 10% Trustee, the "Parties") under the Indenture dated as of August 17,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2010 by and between Energy Future Intermediate Holdings and CSC Trust (as successor to The Bank of New York Mellon Trust Company, N.A.) is seeking a determination concerning the alleged entitlement of the holders of the 10% Senior Secured Notes Due 2020 (the "EFIH First Lien Noteholders") to a "make-whole" premium (the "Contested Matter Motion"), which is a portion of the relief that this Court granted in connection with the *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay* [D.I. 74] (the "EFIH First Lien DIP Financing Motion"[2]); (b) the adversary proceeding commenced by the 10% Trustee seeking declaratory relief concerning the EFIH First Lien Noteholders' alleged entitlement to a make-whole premium, Adv. Proc. No. 14-50363 (D.I. 470; Adv. D.I. 1) (the "Adversary Proceeding"); and (c) the *Joint Motion of CSC Trust Company of Delaware as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay does not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration* [D.I. 473], filed on May 15, 2014 (the "Stay-Applicability Motion"), on June 4, 2014, this Court entered its *Scheduling Order With Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion* [D.I. 803; Adv. D.I. 10] (the "Scheduling Order") pursuant to which,

---

[2] On June 6, 2014, this Court entered an order (*see* D.I. 858) granting the EFIH First Lien DIP Financing Motion; the 10% Trustee has taken an appeal of that order, which is now pending in the United

among other things, the Court approved a schedule concerning the litigation and judicial disposition of all of the Contested Matter Motion, the Adversary Proceeding and the Stay-Applicability Motion.

In light of this Court's bench ruling at the hearing held on July 18, 2014 and the Court's anticipated forthcoming ruling concerning a discovery issue, the Parties are in the process of meeting and conferring about a revised schedule to govern the litigation of the Parties' various disputes still pending before this Court. Among other deadlines, the Scheduling Order currently provides for briefing deadlines of Wednesday, July 30, 2014 and Friday, August 15, 2014, and a combined hearing and trial from Wednesday, September 10, 2014 through Friday, September 12, 2014. In light of the foregoing, the Parties are in agreement that the summary judgment briefing deadlines of July 30, 2014 and August 15, 2014 under the Scheduling Order should be adjourned to August 29, 2014 and September 15, 2014, respectively, pending further negotiations of the Parties and order of the Court. Additionally, the Parties anticipate that the trial dates set forth in the Scheduling Order will be the subject of further negotiations and coordination with the Court's schedule. Consequently, the Parties have prepared a form of amendment (the "Amended Scheduling Order") to the Scheduling Order to memorialize their current agreements on scheduling in connection with the aforementioned summary judgment briefing deadlines. A copy of the Amended Scheduling Order is attached hereto as **Exhibit A.**

A copy of the Amended Scheduling Order has been circulated, and is acceptable, to (i) counsel to the 10% Trustee, and (ii) proposed counsel to the Debtors. Additionally, proposed co-counsel to the Debtors circulated a copy of the Amended Scheduling Order to counsel to each of the parties who have intervened (collectively, the "Intervenors") in the Adversary Proceeding

---

States District Court for the District of Delaware as Civil Action No. 14-723 (RGA).

RLF1 10581412v.1

(*see* Adv. D.I. 13, 14, 15, 16, 18, 19), and none of the Intervenors has expressed any objection to entry of the Amended Scheduling Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Amended Scheduling Order, attached hereto as **Exhibit A,** at the Court's earliest convenience **on or before July 30, 2014**.

Dated: July 29, 2014
       Wilmington, Delaware

/s/ _____

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
              edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession