# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| *Debtors.* | ) (Jointly Administered) |
| | ) **Re: D.I. 74, 470, 473, 797, 803** |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE | ) |
| *Plaintiff,* | ) |
| v. | ) Adversary Proceeding |
| | ) No. 14-50363 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | ) |
| | ) **Re: Adv. D.I. 1, 9, 10** |
| *Defendants.* | ) |

**JOINT STIPULATION AND ORDER REGARDING SCHEDULING
WITH RESPECT TO (A) CONTESTED MATTER MOTION, (B) ADVERSARY
PROCEEDING, AND (C) STAY-APPLICABILITY MOTION**

In light of this Court's ruling from the bench on July 18, 2014 and the forthcoming ruling concerning discovery, the above-referenced Debtors and CSC Trust Company of Delaware, as Indenture Trustee (the "10% Trustee") for the 10% Senior Secured Notes Due 2020 issued by certain of the Debtors under the Indenture dated as of August 17, 2010 between Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and CSC Trust (as successor to The

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10581392v.1

2

Bank of New York Mellon Trust Company, N.A.) (collectively, the "Parties") are in the process of meeting and conferring about the schedule that shall govern litigation of (a) the contested matter seeking a determination concerning the EFIH First Lien Noteholders' entitlement to a makewhole premium, which is a portion of the relief sought in the *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay* (D.I. 74); (b) the adversary proceeding filed by CSC Trust Company of Delaware, as 10% Trustee for (among other relief) declaratory relief on entitlement to a make-whole premium, Adversary Case No. 14-50363 (D.I. 470); and (c) the *Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration* (D.I. 473).

The June 4, 2014 Scheduling Order provided for briefing deadlines on Wednesday, July 30, 2014 and Friday, August 15, 2014, and a combined hearing and trial from Wednesday, September 10, 2014 through Friday, September 12, 2014. (Adv. D.I. 10.) Sufficient cause appearing for entry of this Order to allow the Parties to meet-and-confer regarding adjustments to the existing schedule, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

The summary judgment and other deadlines falling on July 30, 2014 and August 15, 2014 under the existing Scheduling Order (Adv. D.I. 10) are at this time **ADJOURNED** to August 29, 2014 and September 15, 2014, respectively, pending further negotiations of the Parties and order of the Court. The trial dates shall be the subject of further negotiations and coordination with the Court's schedule.

Dated: July _____, 2014
       Wilmington, Delaware

                        THE HONORABLE CHRISTOPHER S. SONTCHI
                        UNITED STATES BANKRUPTCY JUDGE

**AGREED:**

| /s/ Jason M. Madron | /s/ Norman L. Pernick |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** |
| Mark D. Collins (No. 2981) | Norman L. Pernick (No. 2290) |
| Daniel J. DeFranceschi (No. 2732) | J. Kate Stickles (No. 2917) |
| Jason M. Madron (No. 4431) | Nicolas J. Brannick (No. 5721) |
| 920 North King Street | 500 Delaware Avenue, Suite 1410 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 651-7700 | Telephone: 302-652-3131 |
| Facsimile: (302) 651-7701 | Facsimile: 302-652-3117 |
| Email: collins@rlf.com | npernick@coleschotz.com |
| defranceschi@rlf.com | kstickles@coleschotz.com |
| madron@rlf.com | nbrannick@coleschotz.com |
| | |
| -and- | Warren A. Usatine (admitted *pro hac vice*) |
| | 25 Main Street, |
| **KIRKLAND & ELLIS LLP** | P.O. Box 800 |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Hackensack, NJ 07602 |
| Richard M. Cieri (admitted *pro hac vice*) | Telephone: 201-489-3000 |
| Edward O. Sassower, P.C. (admitted *pro hac vice*) | Facsimile: 201-489-1536 |
| Stephen E. Hessler (admitted *pro hac vice*) | wusatine@coleschotz.com |
| Brian E. Schartz (admitted *pro hac vice*) | |
| 601 Lexington Avenue | -and- |
| New York, NY 10022-4611 | |
| Telephone: (212) 446-4800 | |
| Facsimile: (212) 446-4900 | |
| Email: richard.cieri@kirkland.com | |
| edward.sassower@kirkland.com | |
| stephen.hessler@kirkland.com | |
| brian.schartz@kirkland.com | |

3

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	james.sprayregen@kirkland.com
	chad.husnick@kirkland.com
	steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors
and Debtors in Possession

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
Philip D. Anker (admitted *pro hac vice*)
Charles C. Platt (admitted *pro hac vice*)
Dennis L. Jenkins (admitted *pro hac vice*)
George W. Shuster, Jr. (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
Philip.anker@wilmerhale.com
Charles.platt@wilmerhale.com
Dennis.jenkins@wilmerhale.com
George.shuster@wilmerhale.com

-and-

**DRINKER BIDDLE & REATH LLP**
James H. Millar (admitted *pro hac vice*)
1177 A venue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

-and-

**ROPES & GRAY LLP**
Keith H. Wofford
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

Counsel for CSC Trust Company of Delaware,
as successor indenture trustee

4