# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 1690** |

## NOTICE OF ADJOURNMENT OF DEPOSITION OF THE DEBTORS

**PLEASE TAKE NOTICE** that the deposition of the Debtors [Docket No. 1690], which was noticed by the Ad Hoc Group of TCEH Unsecured Noteholders to be conducted on July 30, 2014, has been adjourned to a date and time to be determined.

Dated:      July 29, 2014
            Wilmington, Delaware

                              FOX ROTHSCHILD LLP

                    By:   */s/ L. John Bird*
                          Jeffrey M. Schlerf (No. 3047)
                          John H. Strock (No. 4965)
                          L. John Bird (No. 5310)
                          919 North Market St., Suite 300
                          Wilmington, DE 19801
                          Telephone: (302) 654-7444
                          Facsimile: (302) 463-4971
                          jschlerf@foxrothschild.com
                          jstrock@foxrothschild.com
                          lbird@foxrothschild.com

                          and

---

[1] The last four digits of Energy Future Holdings Corp.'s federal tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

ACTIVE 26461372v1 07/29/2014

WHITE & CASE LLP
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of
TCEH Unsecured Noteholders*