IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| ENERGY FUTURE HOLDINGS CORP., | § | CASE NO. 14-10979-CSS |
| A/K/A TXU CORP., A/K/A TXU CORP, | § | |
| A/K/A TEXAS UTILITIES, | § | |
| DEBTOR | § | CHAPTER 11 |

NOTICE OF APPEARANCE
AND REQUEST FOR NOTIFICATION

NOW COMES Naman, Howell, Smith & Lee, PLLC, pursuant to Bankruptcy Rules 9010(b), 2002(a),(b), and 9007, and files this Notice of Appearance and Request for Notification as counsel for Buffalo Industrial Supply, Inc. and shows the following:

1. Buffalo Industrial Supply, Inc. is a creditor and party in interest in this case and, as such, is entitled to receive notice of any and all proceedings in this case. Those proceedings include contested, non-contested and adversary proceedings, whether or not Buffalo Industrial Supply, Inc. is named as party in interest in those proceedings.

2. Buffalo Industrial Supply, Inc. hereby requests that notice of such proceedings be sent, preferably by electronic mail, to its undersigned attorney as follows:

> **Kerry L. Haliburton**
> **NAMAN, HOWELL, SMITH & LEE, PLLC**
> **P. O. Box 1470**
> **Waco, Texas 76703-1470**
> **Telephone: (254) 755-4100**
> **Facsimile: (254) 754-6331**
> **E-mail: Haliburton@namanhowell.com**

3. Buffalo Industrial Supply, Inc. also requests that the name and address of the attorney of record described above be added to the matrix presently filed in this case so that such attorney receives notice of all contested, non-contested and adversary proceedings filed in this case.

Respectfully submitted,

_____
Kerry L. Haliburton
State Bar No. 08743400
of
NAMAN, HOWELL, SMITH & LEE, PLLC
P.O. Box 1470
Waco, Texas 76703-1470
Telephone: (254) 755-4100
Facsimile:  (254) 754-6331
Email: Haliburton@namanhowell.com

ATTORNEYS FOR
BUFFALO INDUSTRIAL SUPPLY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notification was served via electronic means, unless not available, otherwise by first class U.S. mail, postage prepaid, on July 29, 2014 to the parties listed below and to all registered ECF users in this case.

_Kerry L. Haliburton_

**DEBTOR'S ATTORNEY:**
Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**DEBTOR:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, TX 75201

**U.S. TRUSTEE:**
Richard L. Schepacarter
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**CLAIMS AGENT:**
Epiq Bankruptcy Solutions LLC
757 Third Avenue
Third Floor
New York, NY 10017