# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Ref. Docket Nos. 1586, 1608, 1610, 1611, 1646, 1654, 1657, 1659** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 22, 2014, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B." I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C."

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
23rd day of July, 2014

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BNL INDUSTRIES INC
      30 INDUSTRIAL PARK RD
      VERNON, CT 06066-2560
```

Please note that your schedule in the above referenced case and in the amount of $10,327.00 has been transferred (unless previously expunged by court order) to:

```
      TRC MASTER FUND LLC
      TRANSFEROR: BNL INDUSTRIES INC
      ATTN: TERREL ROSS
      PO BOX 633
      EAST ROCKAWAY, NY 11518
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 1657 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/22/2014                          David D. Bird, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 22, 2014.

# EXHIBIT B

```
TIME: 17:08:08                                               TXU ENERGY                                                            PAGE:   1
DATE: 07/22/14                                            CREDITOR LISTING

Name                                    Address
ASM CAPITAL IV, L.P.                    TRANSFEROR: INDUSTRIAL NETWORKING SOLUTIONS 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
BNL INDUSTRIES INC                      30 INDUSTRIAL PARK RD VERNON CT 06066-2560
BNL INDUSTRIES, INC.                    30 INDUSTRIAL PARK RD. VERNON CT 06066
CUSTOM CAKES                            C/O CINDY SWILLEY 1209 BERKLEY DR GRAPEVINE TX 76051
INDUSTRIAL NETWORKING SOLUTIONS         PO BOX 540 ADDISON TX 75001
LIQUIDITY SOLUTIONS, INC.               TRANSFEROR: REDDY ICE CORPORATION ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MATEX WIRE ROPE CO INC                  1215 INDUSTRIAL BLVD KILGORE TX 75662
RAILROAD FRICTION PRODUCTS CORP         13601 AIRPORT RD MAXTON NC 28364
RAILROAD FRICTION PRODUCTS CORP         PO BOX 360479 PITTSBURGH PA 15251-6479
REDDY ICE CORPORATION                   8750 NORTH CENTRAL EXPRESSWAY SUITE 1800 DALLAS TX 75231
SIERRA LIQUIDITY FUND, LLC              TRANSFEROR: CUSTOM CAKES 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612
SIERRA LIQUIDITY FUND, LLC              TRANSFEROR: MATEX WIRE ROPE CO INC 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: RAILROAD FRICTION PRODUCTS CORP. - ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: TOWNLEY ENGINEERING & MFG CO INC - ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TOWNLEY ENGINEERING & MFG CO INC        PO BOX 221 CANDLER FL 32111-0221
TRC MASTER FUND LLC                     TRANSFEROR: BNL INDUSTRIES INC ATTN: TERREL ROSS PO BOX 633 EAST ROCKAWAY NY 11518
TRC MASTER FUND LLC                     TRANSFEROR: BNL INDUSTRIES, INC. ATTN: TERREL ROSS PO BOX 633 WOODMERE NY 11598

Total Number of Records Printed         17
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

*EFH_NTC OF TRANSFER_7-22-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801