IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> ENERGY FUTURE HOLDINGS CORP., et al. ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Jeffrey S. Cianciulli, Esquire and Weir & Partners LLP hereby appear as counsel to Evercore Group L.L.C. in the above-captioned case, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and hereby request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d) and (f) and 3017(a) including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in this case. All such notices should be addressed as follows:

Jeffrey S. Cianciulli, Esquire
Weir & Partners LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
P: (302) 652-8181
F: (302) 652-8909
jcianciulli@weirpartners.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or

information, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

                                    WEIR & PARTNERS LLP

Dated: July 30, 2014                  By: /s/ Jeffrey S. Cianciulli, Esquire
                                              Jeffrey S. Cianciulli, Esq. (#4369)
                                              Weir & Partners LLP
                                              824 N. Market Street, Suite 800
                                              Wilmington, DE 19801
                                              P: (302) 652-8181
                                              F: (302) 652-8909
                                              jcianciulli@weirpartners.com
                                              Attorneys for Evercore Group L.L.C.