IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., et al. ) | Case No. 14-10979 (CSS) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

I, Jeffrey S. Cianciulli, do hereby certify that on July 30, 2014, a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** was served via electronic means by the Court's ECF/CM System to all registered ECF users in this case and via U.S. First Class Mail, postage prepaid, to the parties listed below:

Debtor's Attorney:
Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

U.S. Trustee:
Richard L. Schepacarter
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19801

Claims Agent:
Epiq Bankruptcy Solutions, LLC
757 Third Avenue
Third Floor
New York, NY  10017

/s/ Jeffrey S. Cianciulli, Esquire
Jeffrey S. Cianciulli, Esquire

Dated: July 30, 2014

455835_1