**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corp., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline: 8/4/2014<br>Hearing Date: 8/13/2014 |

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB FOR LEAVE
TO CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE OF ENERGY FUTURE HOLDINGS
CORPORATION, ITS AFFILIATES, AND CERTAIN THIRD PARTIES AND
STATEMENT IN SUPPORT OF ENTRY OF PROPOSED DISCOVERY PROTOCOL**

The Official Committee of Unsecured Creditors (the "Committee") of Energy Future

Holdings Corp., *et al.* (collectively, the "Debtors"), by and through its undersigned counsel,

hereby: (a) joins the *Motion of Wilmington Savings Fund Society, FSB For Leave to Conduct*

*Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy*

*Future Holdings Corporation, its Affiliates, and Certain Third Parties*, dated April 29, 2014

(Docket No. 6) (the "Rule 2004 Motion"), filed in the above-captioned chapter 11 cases, and (b)

submits this statement in support of entry of a proposed discovery protocol agreed to among the

Debtors, the Committee, Wilmington Savings Fund Society, FSB, as successor trustee under that

certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas

Competitive Electric Holdings, LLC ("TCEH"), TCEH Finance, Inc., the guarantor parties

thereof, and The Bank of New York Mellon Trust Co., N.A., as trustee (as amended or

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

ny-1152424

supplemented) ("WSFS" or "Movant"), the ad hoc group of certain holders of approximately

$2.74 billion aggregate principal amount of 10.25% Fixed Senior Notes due 2015 (including

Series B) and 10.50%/1.25% Senior Toggle Notes due 2016 issued by TCEH and TCEH

Finance, Inc. (the "Ad Hoc Group of TCEH Unsecured Noteholders"), and the Office of the

United States Trustee (the "U.S. Trustee").

In support of this Joinder and statement in support of entry of the proposed discovery

protocol, annexed hereto as Exhibit 1 (the "Discovery Protocol"), the Committee respectfully

represents and sets forth as follows:

## JOINDER

1.      By the Rule 2004 Motion, Movant requests entry of an order compelling the

Debtors, the Debtors' boards of directors, the members of the Sponsor Group[2], and certain

holders of the Debtors' First Lien debt to produce documents and designate person(s) most

knowledgeable for depositions on a number of relevant topics identified in the discovery requests

attached to the Rule 2004 Motion.   Subject to the terms of the Discovery Protocol, the

Committee believes that the topics identified in the Rule 2004 Motion, as well as others

identified in the Discovery Protocol (collectively, the "Legacy Discovery"), are ripe for

discovery by the Committee and other parties in interest.

2.      For the reasons set forth in the Rule 2004 Motion, which the Committee concurs

with and joins, the Committee requests that this Court exercise its discretion to grant the relief

requested in the Rule 2004 Motion.

---

[2] Capitalized terms used by not otherwise defined herein shall have the meanings ascribed to such terms in the Rule 2004 Motion.

ny-1152424

## STATEMENT IN SUPPORT OF DISCOVERY PROTOCOL

3.      As the Court is aware, the Committee has been working diligently with the Debtors, WSFS, the Ad Hoc Group of TCEH Unsecured Noteholders, the U.S. Trustee and other parties-in-interest on a discovery protocol to establish appropriate procedures for obtaining the Legacy Discovery requested in the Rule 2004 Motion.  After multiple rounds of review by all parties-in-interest, the Committee, the Movant, the Debtors, the Ad Hoc Group of TCEH Unsecured Noteholders, and the U.S. Trustee have agreed to the Discovery Protocol, which the Committee believes is the most efficient and effective approach for organizing and administering the process for obtaining the Legacy Discovery in these chapter 11 cases.  Moreover, this Court's approval of the Discovery Protocol would obviate the need for a contested hearing on the Rule 2004 Motion and permit the discovery process to proceed without Court intervention.

4.      The Committee remains hopeful that it will be able to obtain the consent of all parties-in-interest, including the members of the Sponsor Group and certain holders of the Debtors' First Lien debt, between the date hereof and the hearing on the Rule 2004 Motion on August 13th.  However, if full consensus cannot be reached, the Committee respectfully requests that the Court enter the Discovery Protocol as currently proposed.

[*Remainder of Page Intentionally Left Blank*]

ny-1152424

**WHEREFORE**, the Committee respectfully requests that this Court enter the Discovery

Protocol annexed hereto as <u>Exhibit 1</u>.

Dated: Wilmington, Delaware
      July 30, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
Charles L. Kerr
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
       brettmiller@mofo.com
       lmarinuzzi@mofo.com
       tgoren@mofo.com
       ckerr@mofo.com

     -and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
       jedelson@polsinelli.com
       skatona@polsinelli.com

*Proposed Counsel for The Official
Committee of Unsecured Creditors of
Energy Future Holdings Corp., et al.*