# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 764, 1575 |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER AUTHORIZING SALE OF NORTHLAKE PROPERTY

The undersigned hereby certifies as follows:

1. On June 3, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Establishing Procedures to Sell, Transfer, or Abandon Certain De Minimis Assets* [D.I. 764] (the "Sale Order"), whereby the Court authorized the above-captioned debtors and debtors in possession (collectively, the "Debtors") to sell certain surplus, obsolete, non-core, unused, or burdensome assets (collectively, the "*De Minimis* Assets") subject to the procedures set forth therein.

2. In accordance with the procedures set forth in the Sale Order, on July 15, 2014, the Debtors filed and served the *Notice of Sale* [D.I. 1575] (the "Sale Notice") pursuant to which the Debtors provided notice of their intention to sell the *De Minimis* Assets as set forth and described on "Exhibit A" attached to the Sale Notice.

3. As described in the Sale Notice (and consistent with the requirements of the Sale Order), parties-in-interest had ten calendar days (*i.e.*, until July 25, 2014) (the "Objection

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A

Deadline") to file and serve any responses or objections to the proposed sale of *De Minimis* Assets disclosed in the Sale Notice.

4. Prior to the Objection Deadline, proposed counsel to the Debtors received informal comments in connection with the proposed sale of *De Minimis* Assets described in the Sale Notice from (i) proposed counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee"), (ii) counsel to the Ad Hoc Committee of TCEH First Lien Creditors (the "TCEH First Lien Creditors"), (iii) counsel to the TCEH Second Lien Creditors (the "TCEH Second Lien Creditors"), and (iv) Dallas County (the "County" and together with the Creditors' Committee, the TCEH First Lien Creditors, and the TCEH Second Lien Creditors, the "Informal Responding Parties"). Other than the responses of the Informal Responding Parties, as of the date hereof, the Debtors have received no other responses or objections in connection with the Sale Notice nor do any other objections thereto appear on the Court's docket in the Debtors' chapter 11 cases. Based on discussions by and between proposed counsel to the Debtors and the Informal Responding Parties, the parties have agreed upon a form of proposed order (the "Agreed Order") approving the sale of *De Minimis* Assets described in the Sale Notice. A copy of the Agreed Order is attached hereto as Exhibit A. The Agreed Order has been circulated, and is acceptable, to (i) the Informal Responding Parties; and (ii) the Debtors.

---

complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

WHEREFORE, the Debtors respectfully request that the Court enter the Agreed Order, attached hereto as <u>Exhibit A</u>, at the Court's earliest convenience.

Dated: July 30, 2014
Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         richard.cieri@kirkland.com
               edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession