IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> ENERGY FUTURE HOLDINGS CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

**NOTICE OF PERFECTION OF LIENS PURSUANT TO 11 U.S.C. § 546**

Automatic Systems, Inc. ("ASI"),[2] by and through its undersigned counsel, hereby (i) gives notice (the "Notice") pursuant to section 546(b) of title 11 of the United States Code (the "Bankruptcy Code") of the perfection of its (a) statutory and constitutional mechanic's and materialman's liens against certain real property (including any and all improvements thereon and as described more fully below) and (b) lien against certain mineral property (as described more fully below) under the laws of the State of Texas and (ii) perfects, maintains and continues its liens pursuant to sections 362(b)(3) and 546(b)(2) of the Bankruptcy Code. In support of this Notice, ASI states and shows the following:

1. **Overview.** Pursuant to a contract (the "Contract") between ASI and Luminant Mining Company LLC, one of the debtors and debtors-in-possession in the above-captioned, jointly-administered chapter 11 cases, ASI furnished labor, materials and equipment at the Liberty Loading Station and Support Facilities Construction, Luminant Liberty Mine Site, 12006

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] ASI is a Missouri corporation and its address is 9230 E. 47th Street, Kansas City, Missouri 64133.

County Road 2144 East, Tatum, Rusk County, Texas 75691 (including any and all improvements thereon, the "Property").[3]

2. ASI is the original contractor for the improvements for which the liens herein are claimed. After allowing all just credits, offsets, and payments, the amount of $1,638,207.08,[4] including, but not limited to, withheld retainage for the full term of the Contract, remains unpaid and is due and owing to ASI. ASI's claim is secured by the Texas statutory and constitutional mechanic's liens and statutory mineral lien described below.

3. Texas Mechanic's and Constitutional Liens. ASI timely filed the below-described lien statement entitled *Affidavit for Mechanic's and Materialman's Lien and Constitutional Lien* (the "Texas Mechanic's and Constitutional Liens") against the Property (including any and all improvements thereon), a copy of which is attached to this Notice as **Exhibit A** and incorporated herein:

| COUNTY | PROPERTY | LIEN AMOUNT | DATE LIEN RECORDED | RECORDING INFO. |
|---|---|---|---|---|
| Rusk (TX) | Liberty Loading Station and Support Facilities Construction<br><br>Luminant Liberty Mine Site<br><br>12006 County Road 2144 East Tatum, Rusk County, Texas 75692<br><br>(as more specifically described in Exhibit A) | $1,638,207.08 | June 13, 2014 | Doc. No.: 00143571<br><br>Vol.: 3300<br><br>Pages: 768 - 774 |

---

[3]    The owner, or reputed owner, of the Property (including any and all improvements thereon) is Luminant Mining Company LLC, whose last known address is 1601 Bryan Street, Dallas, Texas 75201.

[4]    This amount does not include any attorneys' fees, interest or costs, which may be recovered under applicable law.

4.  Under Texas law, the Texas Mechanic's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow…and to each lot of land necessarily connected or reclaimed," and specifically to Property (including any and all improvements thereon). TEX. PROP. CODE § 53.022. The Texas Mechanic's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." *Id.* at § 53.124. Additionally, the Texas Constitution provides that "[m]echanics, artisans and material men, of every class, shall have a lien upon the buildings and articles made or repaired by them for the value of their labor done thereon…." Tex. Const., art. 16, § 37.

5.  ASI intends to enforce its interests in the Property secured by its Texas Mechanic's and Constitutional Liens. ASI claims and reserves all rights concerning the tolling of applicable statutes of limitation.

6.  <u>Texas Mineral Lien</u>. ASI timely filed the below-described lien statement entitled *Affidavit for Lien against Mineral Property* (the "<u>Texas Mineral Lien</u>") against the Property (including any and all improvements thereon), a copy of which is attached to this Notice as **Exhibit B** and incorporated herein:

| COUNTY | PROPERTY | LIEN AMOUNT | DATE LIEN RECORDED | RECORDING INFO. |
|---|---|---|---|---|
| Rusk (TX) | Luminant Liberty Mine Site<br><br>12006 County Road 2144 East Tatum, Rusk County, Texas 75692<br><br>(as more specifically described in Exhibit B) | $1,638,207.08 | June 13, 2014 | Doc. No.: 00143572<br><br>Vol.: 3300<br><br>Pages: 775 - 784 |

7. Under Texas law, a lien such as the Texas Mineral Lien attaches to the following property: (a) the material, machinery, and supplies furnished or hauled by the lien claimant; (b) the land, leasehold, oil or gas well, water well, oil or gas pipeline and its right-of-way, and lease for oil and gas purposes for which the labor was performed or material, machinery, or supplies were furnished or hauled, and the buildings and appurtenances on this property; (c) other material, machinery, and supplies used for mineral activities and owned by the owner of the property listed in [b]; and (d) other wells and pipelines used in operations related to oil, gas, and minerals and located on property listed in [b]. TEX. PROP. CODE § 56.003.

8. ASI intends to enforce its interests in the Property secured by its Texas Mineral Lien. ASI claims and reserves all rights concerning the tolling of applicable statutes of limitation.

9. Notice. ASI gives notice that, to the extent it does not under applicable law already possess a perfected interest in the Property, ASI hereby perfects its interest pursuant to applicable provisions of the Bankruptcy Code, including, but not limited to, sections 362(b)(3) and 546(b)(2) of the Bankruptcy Code. This Notice is in lieu of seizure of property or commencement of an action to accomplish such perfection of ASI's rights to the Property which is the subject of ASI's Texas Mechanic's and Constitutional Liens and Texas Mineral Lien. To the extent ASI is required under applicable state law to file suit or take other actions, including the appointment of a receiver, to (a) perfect, maintain or continue perfection of its Texas Mechanic's and Constitutional Liens and/or Texas Mineral Lien or (b) foreclose its Texas Mechanic's and Constitution Liens and/or Texas Mineral Lien and commence an action to obtain judgment, ASI hereby gives notice in lieu of commencement of such actions to perfect, maintain or continue perfection of ASI's interest in the Property pursuant to section 546(b)(2) of the

Bankruptcy Code, including, but not limited to, the filing of a lawsuit to enforce and/or foreclose its Texas Mechanic's and Constitutional Liens and/or Texas Mineral Lien, and demands adequate protection of its interest in the Property.

10. <u>Further Information Available Upon Request</u>. Any party in interest may obtain further information by contacting:

> Automatic Systems, Inc.
> c/o Gregory D. Willard, Esq.
> CARMODY MACDONALD P.C.
> 120 S. Central Avenue, Suite 1800
> St. Louis, MO  63105
> (314) 854-8600

11. <u>Reservation of Rights</u>. ASI reserves the right to supplement and/or amend this Notice, and further reserves all rights with respect to its Texas Mechanic's and Constitutional Liens and Texas Mineral Lien under applicable law, including, but not limited to, the right to seek relief from the automatic stay under section 362 of the Bankruptcy Code.  Nothing in this Notice shall be construed as a waiver of ASI's rights to assert any other claims against one or more of the Debtors pursuant to the Bankruptcy Code or applicable federal or state law, including, but not limited to, any administrative expense claim, priority claim, general unsecured claim, or other secured claim.

Dated:  July 31, 2014
         Wilmington, Delaware

| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | CARMODY MACDONALD P.C. |
|---|---|
|  /s/ Gregory T. Donilon         | Gregory D. Willard, Esq. |
| Gregory T. Donilon (DE No. 4244) | 120 S. Central Avenue, Suite 1800 |
| 1220 North Market Street, Suite 950 | St. Louis, Missouri  63105 |
| Wilmington, Delaware  19801 | Telephone:  (314) 854-8600 |
| Telephone:  (302) 504-1497 | Facsimile:  (314) 854-8660 |
| Facsimile:  (302) 442-7046 | gdw@carmodymacdonald.com |
| gdonilon@pwujlaw.com | |

*Counsel to Automatic Systems, Inc.*