# EXHIBIT A

# AFFIDAVIT FOR MECHANIC'S AND MATERIALMAN'S LIEN
# AND CONSTITUTIONAL LIEN

STATE OF TEXAS § 
 § 
COUNTY OF RUSK §

BEFORE ME, the undersigned authority, personally appeared MICHAEL HOEHN who, under oath, stated the following:

1. "I am the President for Automatic Systems, Inc. ('Claimant'). I have personal knowledge of the facts set forth below, and I am competent and authorized to make this affidavit on behalf of Claimant.

2. Claimant's address is 9230 E. 47th Street, Kansas City, Missouri 64133.

3. The real property and improvements thereon sought to be charged with a lien by Claimant is the real property and improvements known as the Liberty Loading Station and Support Facilities Construction, Luminant Liberty Mine Site, 12006 County Road 2144 East, Tatum, Rusk County, Texas 75691, more specifically described and identified in the attached **Exhibits A-1, A-2 and A-3**, which are incorporated herein by reference.

4. Pursuant to a contract between Claimant and Luminant Mining Company LLC, Claimant furnished labor, materials and equipment for the supply relocation, construction including, but not limited to, maintenance building, warehouse, office and change-house, truck wash, communication tower, guard shack and foundation, gas fueling station, diesel fueling station, helipad, service water tanks, bucket repair building, packaged sewage plant, tire change-out pad, roads/parking lot, facility lighting, power and control module foundation, transformer foundation, Stamler foundations and equipment, lignite conveyor, lignite silo, load-out station lighting, process integration and other miscellaneous items at the Liberty Loading Station and Support Facilities Construction, Luminant Liberty Mine Site, 12006 County Road 2144 East, Tatum, Rusk County, Texas 75691.

5. The owner, or reputed owner, of the above-described real property and improvements located thereon is Luminant Mining Company LLC, whose last known address is 1601 Bryan Street, Dallas, Texas 75201.

6. Claimant is the original contractor for the improvements for which a lien is claimed.

7. After allowing all just credits, offsets, and payments, the amount of $1,638,207.08, including, but not limited to, withheld retainage for the full term of the contract, remains unpaid and is due and owing to Claimant. Claimant hereby asserts a

00143571 VOL: 3300 PG: 769

lien on the above-described property and improvements under the provisions of TEXAS PROPERTY CODE § 53.001 *et seq.* to secure payment of said amount.

   8.   Claimant also claims a constitutional lien on such property and improvements pursuant to the provisions of Article 16, Section 37 of the Texas Constitution."

**[THIS SECTION INTENTIONALLY LEFT BLANK –**

**SIGNATURE BLOCK APPEARS ON NEXT PAGE]**

4821-4649-9867, v. 1
9999.0

AUTOMATIC SYSTEMS, INC.

By: _____
Michael Hoehn
President

| | |
|---|---|
| THE STATE OF MISSOURI | § |
| | § |
| COUNTY OF JACKSON | § |

BEFORE ME the undersigned authority on the 11th day of June, 2014 personally appeared Michael Hoehn, President of Automatic Systems, Inc. who stated that he is an authorized representative of Automatic Systems, Inc. and that the information contained herein is within his knowledge and is true and correct.

CAROL A. SHUMATE
Notary Public-Notary Seal
STATE OF MISSOURI
Commissioned for Jackson County
My Commission Expires: Dec. 20, 2015
Commission # 11416253

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF MISSOURI

| | |
|---|---|
| THE STATE OF MISSOURI | § |
| | § |
| COUNTY OF JACKSON | § |

This instrument was SUBSCRIBED AND SWORN TO before me on June 11, _____, 2014, by Michael Hoehn, President of Automatic Systems, Inc., a Missouri corporation, on behalf of said corporation, to certify which witness my hand and seal of office.

CAROL A. SHUMATE
Notary Public-Notary Seal
STATE OF MISSOURI
Commissioned for Jackson County
My Commission Expires: Dec. 20, 2015
Commission # 11416253

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF MISSOURI

00143571 VOL: 3300 PG: 771



EXHIBIT A-1

EXHIBIT A-2



00143571 VOL: 3300 PG: 774

After Recording Return To:

W. Jason Walker
ANDREWS MYERS, P.C.
3900 Essex Lane, Suite 800
Houston, Texas  77027

STATE OF TEXAS                    COUNTY OF RUSK        FILED FOR RECORD
I hereby certify that this instrument was filed on
the date and time stamped hereon  by me and            Jun 13,2014 01:29P
was duly recorded  in the volume  and page of the
named  records  of  Rusk County, Texas  as stamped     JOYCE LEWIS-KUGLE,
hereon by me.              OFFICIAL PUBLIC RECORDS     COUNTY CLERK
                                                       RUSK COUNTY, TEXAS

         Jun 13,2014 01:29P                            By:

JOYCE LEWIS-KUGLE, COUNTY CLERK                        Brenda Shankles
                                                        DEPUTY
RUSK COUNTY, TEXAS

4821-4649-9867, v. 1
9999.0