# EXHIBIT B

00140623.

00143572 VOL: 3300 PG: 775

## AFFIDAVIT FOR LIEN AGAINST MINERAL PROPERTY

THE STATE OF TEXAS §
§
COUNTY OF RUSK §

BEFORE ME, the undersigned authority, on this day personally appeared Michael Hoehn, who upon his oath did depose and state as follows:

"My name is Michael Hoehn, and I am the President for **Automatic Systems, Inc.**, hereinafter sometimes referred to as ('Claimant'). I am over 21 years of age, have personal knowledge of the facts set forth below and am competent and authorized to make this Affidavit.

Claimant is a Missouri corporation whose principal place of business is located in Missouri. Claimant's address is 9230 E. 47th Street, Kansas City, Missouri 64133.

Pursuant to a Contract by and between Claimant and **Luminant Mining Company, LLC,** whose last known address is 1601 Bryan Street, Dallas, Texas 75201, Claimant has provided material, equipment and labor generally described as but not limited to, maintenance building, warehouse, office and change-house, truck wash, communication tower, guard shack and foundation, gas fueling station, diesel fueling station, helipad, service water tanks, bucket repair building, packaged sewage plant, tire change-out pad, roads/parking lot, facility lighting, power and control module foundation, transformer foundation, Stamler foundations and equipment, lignite conveyor, lignite silo, load-out station lighting, process integration and other miscellaneous items on the property described herein.

**Luminant Mining Company, LLC** (Owner) is the owner or reputed owner of the Project. The last known address of the Owner or reputed owner is 1601 Bryan Street, Dallas, Texas 75201.

After allowing all just credits, offsets and payments, the amount of **$1,638,207.08** remains unpaid and said sum is due and owing to Claimant under said Contract with Owner. Claimant claims a lien under the provisions of Chapter 56 of the Texas Property Code to secure payment of the above amount. This amount does not include any attorneys' fees, interest or costs, which may be recovered at law.

4840-4225-9739, v. 1
9999.0

00143572 VOL: 3300 PG: 776

Claimant provided the unpaid materials to the Project during the months of April and May, 2014, including, but not limited to, withheld retainage for the full term of the contract.

An itemized list of the amounts claimed includes:

Invoice No. 9773 for $456,028.84

Invoice No. 9791 for $48,406.00

Contract Retainage in the amount of $1,123,772.24

As further identified in **Exhibit A** attached hereto and incorporated by reference herein.

The real property sought to be charged with such lien by Claimant is more commonly known as the Luminant Liberty Mine Site 12006 County Road 2144 East, Tatum, Rusk County, Texas 75691, more specifically described and identified in the attached **Exhibits B-1, B-2** and **B-3**, which are incorporated herein by reference.

The Claimant sent timely Notice(s) of the Claim to the Owner or the One (1) copy of this Affidavit is being sent by certified mail, return receipt requested to the Owner described above, addressed to the Owner's last known address as described above."

SWORN AND EXECUTED on this the 11th day of June, 2014.

# [THIS SECTION INTENTIONALLY LEFT BLANK –

# SIGNATURE BLOCK APPEARS ON NEXT PAGE]

4840-4225-9739, v. 1
9999.0

AUTOMATIC SYSTEMS, INC.

By: _____
Michael Hoehn
President

THE STATE OF MISSOURI    §
                         §
COUNTY OF JACKSON        §

BEFORE ME the undersigned authority on the 11 th day of June, 2014 personally appeared Michael Hoehn, President of Automatic Systems, Inc. who stated that he is an authorized representative of Automatic Systems, Inc. and that the information contained herein is within his knowledge and is true and correct.

CAROL A. SHUMATE
Notary Public-Notary Seal
STATE OF MISSOURI
Commissioned for Jackson County
My Commission Expires: Dec. 20, 2015
Commission # 11416253

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF MISSOURI

THE STATE OF MISSOURI    §
                         §
COUNTY OF JACKSON        §

This instrument was SUBSCRIBED AND SWORN TO before me on June 11 _____, 2014, by Michael Hoehn, President of Automatic Systems, Inc., a Missouri corporation, on behalf of said corporation, to certify which witness my hand and seal of office.

CAROL A. SHUMATE
Notary Public-Notary Seal
STATE OF MISSOURI
Commissioned for Jackson County
My Commission Expires: Dec. 20, 2015
Commission # 11416253

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF MISSOURI

4840-4225-9739, v. 1
9999.0



# INVOICE

AUTOMATIC SYSTEMS, INC.
9230 E 47TH ST
KANSAS CITY, MO  64133
Ph:(816) 356-0660 Fx:(816) 356-9416

**INVOICE NO:** 9773
**INVOICE DATE:** 04/25/2014
**SALESPERSON:** BRIAN PETRIE

| BILL TO: LUMINANT | SHIP TO: LUMINANT |
|---|---|
| LUMINANT MINING CO. LLC | LINCOLN PLAZA |
| P.O. BOX 20 | 500 N. AKARD |
| DALLAS, TX  75221-0020 | DALLAS, TX  75201 |
| USA | USA |

| CUSTOMER PO | TERMS | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|
| C0777129C | NET 30 | BEST WAY | |

| LN | ORDERED U/M | INVOICED | BACKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0.00 | 1.00 | 0.00 | **LIBERTY MINE SITE CONSTRUCTION MATERIALS**<br>ORDER: 6669<br>OFFICE & SHOP   $309,526.83<br>LOADING STATION   $197,171.88<br><br>PAYMENT DISCOUNT PER CONTRACT.<br>DEDUCT ($13,224.84) IF INVOICE IS PAID ON OR BEFORE 05/05/14. | 506,698.71 | 506,698.71 |
| 2 | 0.00 | 1.00 | 0.00 | **Retention LIBERTY MINE SITE CONSTRUCTION MATERIALS**<br>ORDER: 6669 | -50,669.87 | -50,669.87 |

Tax Codes                                     Tax Amt

| | |
|---|---|
| SUBTOTAL | 456,028.84 |
| PREPAID | 0.00 |
| FREIGHT | 0.00 |
| MISC. CHARGES | 0.00 |
| SALES TAX | 0.00 |
| BALANCE DUE | 456,028.84  USD |

**Remittance Information:**

REMIT TO:
Automatic Systems, Inc.
PO Box 870900
Kansas City, MO 64187-0900



** REPRINT **

Page 1



# INVOICE

AUTOMATIC SYSTEMS, INC.
9230 E 47TH ST
KANSAS CITY, MO 64133
Ph:(816) 356-0660 Fx:(816) 356-9416

**INVOICE NO:** 9791
**INVOICE DATE:** 05/02/2014
**SALESPERSON:** BRIAN PETRIE

| BILL TO: LUMINANT | SHIP TO: |
|---|---|
| LUMINANT MINING CO. LLC | LUMINANT |
| P.O. BOX 20 | LINCOLN PLAZA |
| DALLAS, TX 75221-0020 | 500 N. AKARD |
| USA | DALLAS, TX 75201 |
|  | USA |

| CUSTOMER PO | TERMS | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|
| C0777129C | NET 30 | BEST WAY | |

| LN | ORDERED U/M | INVOICED | BACKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0.00 | 1.00 | 0.00 | **LIBERTY MINE SITE CONSTRUCTION** MATERIALS<br>   **ORDER:** 6669<br>OFFICE & SHOP $96,754.52<br>LOADING STATION $43,280.80<br><br>PAYMENT DISCOUNT PER CONTRACT.<br>DEDUCT ($3,654.92) IF INVOICE IS PAID ON OR BEFORE 05/12/14. | 140,035.32 | 140,035.32 |
| 2 | 0.00 | 1.00 | 0.00 | **Retention LIBERTY MINE SITE CONSTRUCTION** MATERIALS<br>   **ORDER:** 6669 | -14,003.53 | -14,003.53 |

Tax Codes _____ Tax Amt _____

| | |
|---|---|
| SUBTOTAL | 126,031.79 |
| PREPAID | 0.00 |
| FREIGHT | 0.00 |
| MISC. CHARGES | 0.00 |
| SALES TAX | 0.00 |
| **BALANCE DUE** | **126,031.79 USD** |

Remittance Information: _____

REMIT TO:
Automatic Systems, Inc.
PO Box 870900
Kansas City, MO 64187-0900

> May 19th Recieved  $77,625.79
> 77625.79/126031.79 = .61592
> Assume this is pre/post split with no early pay discount.  Assume that full retention is still accrued but no payment discount is accrued.
> Unpaid balance due = $ 48,406

** REPRINT **                                                                                              Page 1

| CONTRACT | | AUTOMATIC SYSTEMS INC INVOICE #20 | | | | | | DATE: 05_30_14 | |
|---|---|---|---|---|---|---|---|---|---|

**BASE PROPOSAL PRICE** ***LIBERTY Contract*** ___ ***— Offeror will complete the Work in accordance with the Contract

Documents for the lump sum price of $15,102,241

| | | | | | | | | Contracted Price |
|---|---|---|---|---|---|---|---|---|
| | | | | | LIBERTY Office & Shop Base | | | $8,361,956 |
| | | | | | Approved Change Orders | | | $431,069 |
| | | | | | LIBERTY Load Out Station Base | | | $6,740,284 |
| | | | | | Approved Change Orders | | | ($326,809.00) |
| | | | | | Analyzer 63312L03 | | | 16,913.00 |
| | | | | | TOTAL | | | $15,223,414 |

| | | | | | | | $8,793,025 | Sub total Facilities | 63310L03 |
| | | | | | | | $6,413,475 | Sub total Loading | 63310L02 |
| | | | | | | | | | 63312L03 |

EARLY PAYMENT TRACKING

| Ref # | Invoice Date | Office & Shop 63310L03 | Load out Station 63310L02 | Coal Analyzer Install 63312L03 | Total Invoiced | Retention 10% Accrual | Payment Due | Amount Paid | Early Payment savings taken (CREDIT) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | April 14th, 2013 | | $662,417 | | $662,417.02 | $66,241.70 | $596,175.32 | $596,175.30 | |
| 2 | June 29, 2013 | $0 | $270,752 | | $270,752.25 | $27,075.23 | $243,677.03 | $243,676.80 | |
| 3 | August 29, 2013 | $767,943 | $200,540 | | $968,483.00 | $96,848.00 | $871,635.00 | $871,635.60 | |
| 4 | September 16th, 2013 | $467,068 | $0 | | $467,068.20 | $46,706.82 | $420,361.38 | | |
| | October 2013 | $0 | $0 | | $0.00 | | | | |
| 5 | November 2013 | $706,339 | $180,661 | | $887,000.65 | $88,700.07 | $798,300.59 | $798,300.90 | |
| 6 | December 2013 | $252,408 | $63,664 | | $316,071.44 | $31,607.14 | $284,464.29 | $284,463.90 | |
| 7 | January 2014 | $767,991 | $907,607 | | $1,675,598.16 | $167,559.82 | $1,508,038.35 | $1,481,949.14 | (26,089.21) |
| 8 | February 28 2014 | $856,391.41 | $1,144,766.48 | | $2,001,157.89 | $200,115.79 | $1,801,042.10 | $1,748,811.88 | (52,230.22) |
| 9 | March 7th 2014 | $213,366.62 | $276,978.86 | | $490,345.48 | $49,034.55 | $441,310.93 | $428,512.91 | (12,798.02) |
| 10 | March 14th 2014 | $338,733.78 | $64,254.71 | | $402,988.48 | $40,298.85 | $362,689.64 | $362,689.64 | |
| 11 | March 21th 2014 | $306,561.03 | $130,521.73 | | $437,082.76 | $43,708.28 | $393,374.48 | $381,966.62 | (11,407.86) |
| 12 | March 28th 2014 | $323,283.03 | $303,728.48 | | $627,011.51 | $62,701.15 | $564,310.36 | $547,945.36 | (16,365.00) |
| 13 | April 4, 2014 | $146,764.42 | $652,270.64 | | $799,035.06 | $79,903.51 | $719,131.56 | $698,276.74 | (20,854.82) |
| 14 | April 11, 2014 | $188,593.23 | $101,616.83 | | $290,210.06 | $29,021.01 | $261,189.05 | $253,614.57 | (7,574.48) |
| 15 | April 18, 2014 | $298,081.18 | $83,939.11 | | $382,020.30 | $38,202.03 | $343,818.27 | $333,847.53 | (9,970.74) |
| 16 | April 24, 2014 | $309,526.83 | $197,171.88 | | $506,698.71 | $50,669.87 | $456,028.84 | | |
| 17-PRE | May 2,2014 | $37,161.25 | $16,623.19 | | $53,784.44 | $5,378.44 | $48,406.00 | | |
| | Subtotals | | | | | $1,123,772.24 | $504,434.84 | $1,628,207.08 | |
| | | | | | | POTENTIAL $$ | ACTUAL $$ | | |
| 17-POST | May 2,2014 | $59,593.27 | $26,657.61 | | $86,250.88 | $8,625.09 | $77,625.79 | $77,625.79 | 0.00 |
| 18 | May 9,2014 | $339,213.91 | $173,166.66 | | $512,380.56 | $51,238.06 | $461,142.51 | $461,152.50 | |
| 19 | May 16,2014 | $284,527.16 | $60,424.87 | | $344,952.03 | $34,495.20 | $310,456.82 | $310,456.83 | |
| 20 | May 23,2014 | $388,777.37 | $83,940.36 | | $472,717.74 | $47,271.77 | $425,445.96 | $0 | |
| 21 | May 30th, 2014 | $289,496.60 | $146,053.45 | | $435,550.05 | $43,555.00 | $391,995.04 | $0 | |
| | | $0 | $0 | | $0 | $0 | $0 | $0 | |

$0.00



EXHIBIT B-1



N 22,500
N 22,000
N 21,500
N 21,000
N 20,500
N 20,000
N 19,500
N 19,000
N 18,500
N 18,000
E 36,500
E 37,000
E 37,500
E 38,000
E 38,500
E 39,000
E 39,500
E 40,000
E 40,500
E 41,000
E 41,500
E 42,000
E 42,500
E 43,000
EXISTING OAK HILL RAILROAD
CL RAILROAD
CR-2138
5' CONTOURS FROM LIBERTY AND A4SW TRANSPORTATION.DWG
5' CONTOURS FROM AERO-METRIC LIDAR
CONNECTION ROAD 1
OVERPASS ROAD
CORRUGATED STEEL ROUND STRUCTURE (BY OTHERS)
ENTRANCE ROAD
GUARD HOUSE
CONNECTION ROAD 2
CR-2144
BUCKET REPAIR SHELTER
FACILITY AREA 1 (DWG LB-CP003)
POTABLE WATER
OFFICE
MAINTENANCE BUILDING AND SLABS
LUBRICANT STORAGE
CONNECTION ROAD 3
CHANGE AREA
CONNECTION ROAD 7
GASOLINE/ON-ROAD FUELING STATION
WAREHOUSE
TIRE CHANGE
UNLOADING AREA 1 (DWG LB-CP004)
SERVICE WATER TANK/PUMPS
TRUCK WASH PUMP
FACILITY AREA 3 (DWG LB-CP003)
LIGNITE SILO
CONVEYOR
FACILITY AREA 2 (DWG LB-CP003)
TRUCK WASH
CONNECTION ROAD 4
LIGNITE STORAGE
STAMLER
MATERIAL HANDLING PCM
TRANSFORMER
ACCESS ROAD
CR-2145
UNLOADING AREA 2 (DWG LB-CP004)
CONNECTION ROAD 6
CONNECTION ROAD 5
DIESEL FUELING
HAUL ROAD
EXISTING 345kV LINES
JP HAUL ROAD (BY OTHERS)
MINING LIMIT
600' MINING LIMIT OFFSET

## BENCHMARK SCHEDULE

| GRID | STATE PLANE | | | PLAN | | |
|---|---|---|---|---|---|---|
| BM NO | NORTHING | EASTING | ELEVATION | NORTHING | EASTING | ELEVATION |
| BM-1 | 224,017.92 | 2,893,642.75 | 368.37 | 19,066.32 | 39,078.64 | 368.37 |
| BM-2 | 224,475.63 | 2,894,518.36 | 413.02 | 18,205.88 | 40,606.94 | 413.02 |
| BM-3 | 226,219.66 | 2,891,351.34 | 376.93 | 21,581.70 | 39,512.53 | 376.93 |
| P'A-4 | 227,042.48 | 2,891,183.31 | 388.77 | 22,318.76 | 39,915.03 | 388.77 |
| BM-5 | 225,527.79 | 2,894,415.83 | 391.00 | 19,075.90 | 41,497.46 | 391.00 |
| BM-15 | 224,664.52 | 2,893,522.17 | 369.92 | 18,983.01 | 40,167.77 | 369.92 |
| BM-18 | 225,810.55 | 2,891,814.41 | 371.38 | 21,099.40 | 39,449.56 | 371.38 |
| BM-401 | 226,838.86 | 2,894,357.00 | 391.67 | 20,115.53 | 42,208.42 | 391.67 |
| BM-402 | 226,381.54 | 2,892,780.58 | 386.10 | 20,783.24 | 40,758.94 | 386.10 |

NOTES:

1. COMPANY SHALL FURNISH BENCHMARKS PRIOR TO THE MOBILIZATION OF THIS CONTRACT.

TRUE NORTH
PLAN NORTH
40°10'49.51813436"
NORTH
0 200' 400'
SCALE IN FEET

Oct 21 2013 8:17 AM

| no. | date | by | chd | description |
|---|---|---|---|---|
| 0 | 01/18/12 | DWK | VWL | ISSUED FOR BID |
| 1 | 02/01/13 | CRA | | REVISED FACILITY & UNLOADING AREAS |
| | 03/01/13 | DWK | BL | ISSUED FOR CONSTRUCTION |
| 2 | 10/04/13 | AMS | | REVISED DITCH & BACKGROUND |
| | 10/04/13 | DWK | BL | ISSUED FOR CONSTRUCTION |

EXHIBIT
B-2

[redacted]

Texas Registered Engineering Firm F-845

date: SEPTEMBER 20, 2010
detailed: C. ALTES
designed: D. KUNSTEL
checked: V. LARSON

Luminant
MARTIN LAKE
LIBERTY MINE CONSTRUCTION

GENERAL CONSTRUCTION
CIVIL PAVING
SITE ARRANGEMENT

project: 57262
contract: 013
drawing: LB-CP002
rev: 2
sheet of sheets
file: 57262LB-CP002.DWG

COPYRIGHT © 2012 BURNS & McDONNELL ENGINEERING COMPANY, INC.

00143572 VOL: 3300 PG: 784

AFTER RECORDING RETURN TO:

W. Jason Walker
Andrews Myers, P.C.
3900 Essex Lane, Suite 800
Houston, Texas 77027

STATE OF TEXAS                COUNTY OF RUSK        FILED FOR RECORD
I hereby certify that this instrument was filed on
the date and time stamped hereon by me and        Jun 13, 2014 01:29P
was duly recorded in the volume and page of the
named records of Rusk County, Texas as stamped    JOYCE LEWIS-KUGLE,
hereon by me.              OFFICIAL PUBLIC RECORDS  COUNTY CLERK
                                                    RUSK COUNTY, TEXAS

       Jun 13, 2014 01:29P                          By:

JOYCE LEWIS-KUGLE, COUNTY CLERK                     Brenda Shankles
                                                    DEPUTY
RUSK COUNTY, TEXAS

4840-4225-9739, v. 1
9999.0