# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) Case No. 14-10979(CSS) |
| Debtors. | ) (Jointly Administered) |

## ORDER GRANTING MOTION

And now, this 31st day of July, 2014, **IT IS HEREBY ORDERED** that counsel's Motion for Admission *Pro Hac Vice* of Michael E. Wiles is GRANTED.

BY THE COURT:

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

455718_1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) Case No. 14-10979(CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                DEBEVOISE & PLIMPTON LLP

                By: /s/ Michael E. Wiles /MR
                Michael E. Wiles, Esquire
                Debevoise & Plimpton LLP
                919 Third Avenue
                New York, NY 10022
                T: (212) 909-6653
                F: (212) 521-7653
                mewiles@debevoise.com
                *Attorneys for Evercore Group L.L.C.*

Date: July 29, 2014

455718_1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) Case No. 14-10979(CSS) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the Admission *Pro Hac Vice* of Michael E. Wiles, Esquire to represent Evercore Group L.L.C. in this action.

WEIR & PARTNERS LLP

By: /s/ *Jeffrey S. Cianciulli*
Jeffrey S. Cianciulli, Esquire (#4369)
824 N. Market Street, Suite 800
Wilmington, Delaware 19801
T: (302) 652-8181
F: (302) 652-8909
jcianciulli@weirpartners.com

Dated: July 30, 2014