# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 1512**<br>) |

## SECOND ORDER FURTHER EXTENDING DEBTORS' TIME TO COMPLY WITH "GENERAL ORDER RE: FEE EXAMINERS IN CHAPTER 11 CASES WITH COMBINED ASSETS AND/OR LIABILITIES IN EXCESS OF $100,000,000 BEFORE JUDGE CHRISTOPHER S. SONTCHI"

Upon the certification of counsel, dated August 1, 2014 (the "COC")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") further extending the Debtors' time to comply with the Standing Order; and the Court having reviewed and considered the COC; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the COC in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having previously entered its *Order Extending Debtors' Time to Comply With "General Order re: Fee Examiners in Chapter 11 Cases With Combined Assets and/or Liabilities in Excess of $100,000,000 Before Judge Christopher S. Sontchi"*, dated July 9, 2014

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the COC.

RLF1 10587713v.1

[D.I. 1512] whereby the Court extended the Debtors' time to comply with the Standing Order through and including August 7, 2014; and the Court having found that the relief requested in the COC is in the best interests of the Debtors' estates, their creditors and other parties in interest and is appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtors' time to comply with the Standing Order is further extended by forty-one (41) days through and including September 17, 2014.

2. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August _____, 2014
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE