IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., ) | Case No. 14-10979(CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the Admission *Pro Hac Vice* of Bonnie R. Golub, Esquire to represent Evercore Group L.L.C. in this action.

WEIR & PARTNERS LLP

By: /s/ Jeffrey S. Cianciulli
    Jeffrey S. Cianciulli, Esquire (#4369)
    824 N. Market Street, Suite 800
    Wilmington, Delaware 19801
    T: (302) 652-8181
    F: (302) 652-8909
    jcianciulli@weirpartners.com

Dated: August 1, 2014

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., ) | Case No. 14-10979(CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## ORDER GRANTING MOTION

And now, this _____ day of _____, 2014, **IT IS HEREBY ORDERED** that counsel's Motion for Admission *Pro Hac Vice* of Bonnie R. Golub is GRANTED.

BY THE COURT:

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

456032_1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) Case No. 14-10979(CSS) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, State of New Jersey and State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

WEIR & PARTNERS LLP

By: _____
Bonnie R. Golub, Esquire
Weir & Partners LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
T: (215) 665-8181
F: (215) 665-8464
bgolub@weirpartners.com
*Attorneys for Evercore Group L.L.C.*

Date: August 1, 2014

456032_1