IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 1694, 1701, 1702, 1710** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
31st day of July, 2014

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 14

T:\Clients\TXUENERG\Affidavits\Defective Transfers 1694, 1701, 1702, 1710_AFF_7-30-14.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  C L SMITH INDUSTRIAL COMPANY
             PO BOX 841155
             KANSAS CITY MO 64184-1155

Transferee:  LIQUIDITY SOLUTIONS, INC.
             ONE UNIVERSITY PLAZA
             SUITE 312
             HACKENSACK NJ 07601

**Your transfer**   of schedule #  503206240    is defective for the reason(s) checked below:

Other                              AMOUNT IS SCHEDULED AS UNSECURED

Docket Number 1694                 Date 07/25/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 30, 2014.

# EXHIBIT B

```
TIME: 16:56:39                                         TXU ENERGY                                         PAGE:  1
DATE: 07/30/14                                      CREDITOR LISTING

Name                            Address
C L SMITH INDUSTRIAL COMPANY    PO BOX 841155 KANSAS CITY MO 64184-1155
KENCO GOLF CARS                 5231 SOUTH ST NACOGDOCHES TX 75964
KENCO GOLF CARS                 5231 SOUTH US 59 NACOGDOCHES TX 75964
LIQUIDITY SOLUTIONS, INC.       ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
SONAR CREDIT PARTNERS III, LLC  200 BUSINESS PARK DRIVE, SUITE 201 ARMONK, NY 10504
WESTERN FILTER CO INC           10702 EAST 11TH STREET TULSA OK 74128

Total Number of Records Printed        6
```

**EXHIBIT C**

*EFH_NTC OF TRANSFER_7-30-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801