# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: Energy Future Holding Corp., et al.  Case No. 14-10979

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC | TDC Filter Manufacturing, Inc. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 3468 |
| | Amount of Claim: USD$119,228.35 |
| | **Administrative Claim** |
| | **Amount being transferred:** **USD$33,950.00** |
| TRC MASTER FUND LLC | Date Claim Filed: 08/01/2014 |
| Attn: Terrel Ross | |
| PO BOX 633 | Phone: (847) 966-1000 |
| Woodmere, NY 11598 | Last four digits of Acct.# N/A |
| | |
| Phone: 516-255-1801 | Name and Current Address of Transferor: |
| Last four digits of Acct#: N/A | |
| | TDC Filter Manufacturing, Inc. |
| Name and address where transferee payments should be sent (if different from above): | 2 Territorial Court |
| | Bolingbrook, IL 60440 |
| Phone: N/A | |
| Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                                                                     Date: August 4, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market St. 3rd FL
Wilmington, DE 19801
Attention: Clerk

AND TO: Luminant Generation Company LLC ("Debtor")
Case No. 14-11032
(Jointly Administered under Energy Future Holdings Corp., et al.,
Case No. 14-10979)

Claim # 3469
Transferring the USD$33,950.00 Administrative Expense Amount Only

**TDC Filter Manufacturing, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Administrative Expense Claim in the amount of **USD$33,950.00** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 29 DAY OF July, 2014.

**ASSIGNOR: TDC Filter Manufacturing, Inc.**

_James E. DeSalvo_
(Signature)

_JAMES E DESALVO_
(Print Name)

_CREDIT MGR._
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_[signature]_
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)