IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
                                                    : Case No. 14-10979 (CSS)
ENERGY FUTURE HOLDINGS CORP., *et al.*,             :
                                                    : (Jointly Administered)
      Debtors.                                      :
---------------------------------------------------------------x

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), the undersigned counsel hereby enters his appearance for **Louisiana Energy Services, LLC and URENCO, Inc.** (collectively "URENCO") and requests that URENCO be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

        Matthew G. Summers, Esquire
        Ballard Spahr LLP
        919 North Market Street, 11th Floor
        Wilmington, Delaware 19801
        Telephone:  (302) 252-4465
        Facsimile:  (302) 252-4466
        E-mail: summersm@ballardspahr.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal,

and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive URENCO's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which URENCO is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 4, 2014
Wilmington, Delaware

/s/ Matthew G. Summers
Matthew G. Summers, Esquire (No. 3939)
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com

*Counsel for Louisiana Energy Services, LLC and URENCO, Inc.*