July 29-2014

Chapter 11
Case No. — 14-10979 (CSS)

We do not have a lease. We do not own the land and lease.

Decease = Joe + Myrtle Lee Lovelace

By Eileen Lovelace
502 Fricke St.
Mt. Pleasant, Texas
903-572-3922