IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) Case No. 14-10979(CSS) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

### ORDER GRANTING MOTION

And now, this 4th day of August, 2014, **IT IS HEREBY ORDERED** that counsel's Motion for Admission *Pro Hac Vice* of Bonnie R. Golub is GRANTED.

BY THE COURT:

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

456032_1