# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) ) |  |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE, | ) ) ) |  |
| Plaintiff, | ) ) | Adversary Proceeding |
| v. | ) ) | No. 14-50363 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | ) ) ) ) |  |
| Defendants. | ) ) |  |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Cross & Simon, LLC, co-counsel for certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates ("Fidelity"), has relocated and requests that copies of all pleadings and other papers filed in the above-captioned cases and any related adversary proceeding, as well as notices given or required to be given to Fidelity, be given to and served upon the undersigned attorney at the address listed below:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been provided, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Michael J. Joyce, Esquire  
CROSS & SIMON, LLC  
1105 North Market Street  
Suite 901  
Wilmington, DE 19801  

Dated:  August 5, 2014                      CROSS & SIMON, LLC
       Wilmington, Delaware

                                         */s/ Michael J. Joyce*  
                                         Michael J. Joyce (No. 4563)  
                                         1105 North Market Street  
                                         Suite 901  
                                         Wilmington, Delaware 19801  
                                         Telephone: (302) 777-4200  
                                         Facsimile: (302) 777-4224  
                                         Email: mjoyce@crosslaw.com

*Co-counsel for certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates*