IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., ) | Case No. 14-10979 (CSS) |
| Deptors. ) | (Jointly Administered) |

### NOTICE OF CLAIM OF LIEN

Notice is hereby given that Henry Rodriguez, et. al., are ownwer(s) of the following property(s).

**Cause No. DC-07-347,** In the District Court of 229th Judicial Court of Starr County, Texas, **Porcion 58** later confirmed by the State of Texas, **Abstract No. 289**; (See **Exhibit A**);

**Cause No. DC-07-481,** In the District Court of 381st Judicial Court of Starr, County, Texas, **Porcion 93** later confirmed by the State of Texas; (See **Exhibit B**);

**Cause No. 3062,** In the District Court 229th Judicial Court of Starr, County, Texas, **Porcion 73 & 74** later confirmed by the State of Texas, (See **Exhibit C**);

Nor has conveyed any Gas, Oil or Mineral right to the above and to any entity or individual and any written or recorded transfer dated after September 2011, is invalid.

**Respectfully submitted on this 30th day of July, 2014.**

Henry Rodriguez
Reg. No. 34752-379
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL  36112

**cc.**

Patricia Rodriguez
3015 S. Flores #4
San Antonio, Texas 78204

Rudolfo Rodriguez
3015 S. Flores #4
San Antonio, Texas 78204

Joshua Lee Rodriguez
3015 S. Flores #4
San Antonio, Texas 78204

Juan Carlos Rodriguez
108 Lirio Drive
San Antonio, Texas 78204

Maria Elena Rodriguez
108 Lirio Drive
San Antonio, Texas 78204

Juan Antonio Rodriguez
108 Lirio Drive
San Antonio, Texas 78204

George Rodriguez
108 Lirio Drive
San Antonio, Texas 78204

CERTIFICATE OF SERVICE

I, Henry Rodriguez, hereby certify that I have sent a true and correct copy of the foregoing NOTICE OF LIEN by prepaid U.S. Postage to:

Honorable Christopher S. Sontchi, Judge
United States Bankruptcy Court for
the District of Delaware
824 North Market Street
5th Floor, Courtroom #6
Wilmington, Delaware 19801

Clerk of the Court
United States Bankruptcy Court
P.O. BOX 1150
Wilmington, Delaware 19899

Further, I certify that under the penalty of perjury pursuant to Title 28 United States Code Section 1746 that the foregoing is true and correct.

*[signature]*
Henry Rodriguez
Reg. No. 34752-879
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112

CAUSE NO. DC-07-347

IN THE ESTATE OF ORALIA VILLARREAL

ACUNA, DECEASED

IN THE DISTRICT COURT

229TH JUDICIAL COURT

OF STARR COUNTY, TEXAS

FILED AT 9:30 O'CLOCK A M
MAR 24 2008
ELOY R. GARCIA
DISTRICT CLERK STARR CO. TX
BY _____ DEPUTY

UNKNOWN HEAIRS OF ORALIA VILLARREAL ACUNA

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the unknown heir(s) at law of Oralia Villlarreal Acuna, Deceased, the original grantee of Porcion 58, Starr County, Texas later confirmed by the State of Texas.

Unknown heirs as listed above Pro-se, seek a declaration of their interest in the estate, lands and property of their ancestors. Oralia Villarreal Acuna, and respectfully shows the court as follows the unknown heirs pro-se, herein being.

Respondent

Thank You!

Patricia Rodriguez
3015 S. Flores #4
San Antonio TX 78204
210-777-8442

Rudolfo Rodriguez
3015 S. Flores #4
San Antonio TX 78204

HENRY Rodriguez
3015 S. Flores #4
San Antonio TX 78204

JOSHUA LEE Rodriguez
3015 S. Flores #4
San Antonio TX ___

/s/ Patricia Rodriguez

CAUSE NO. DC-07-481

RE:  THE ESTATE OF                              { IN THE DISTRICT COURT
     RAMON LONGORIA (DECEASED)        { 381ST JUDICIAL DISTRICT
                                                              { STARR COUNTY, TEXAS

UNKNOWN HEIRS OF RAMON LONGORIA
REGARDING PRO-SE

To The Honorable Judge of Said Court:

   Now comes the unknown heir(s) at law of Ramon Longoria- being the son and legatee of Matias Longoria, the original grantee of Porcion 93, Starr County, Texas later confirmed by the State of Texas.

   Unknown heirs as listed above Pro-se, seek a declaration of their interest in the estate, lands and property of their ancestors. Ramon and Matias Longoria, and respectfully shows the court as follows the unknown heirs pro-se, herein being.

Respondent

Patricia Rodriguez
3015 S. Flores #4
San Antonio TX 78204
210-777-8442

Rudolfo Rodriguez
3015 S. Flores #4
San Antonio TX 78204

Henry Rodriguez
3015 S. Flores #4
San Antonio TX 78204

Joshua Lee Rodriguez
3015 S. Flores #4
San Antonio TX 78204

Cause #3062

RE: The Estate of ET. AL                 }        In the District Court
Porciones 73 & 74                        }        229th Judicial District
                                                  Starr County, Texas

FILED AT 8:10 O'CLOCK A M
FEB 2 5 2008
ELOY R. GARCIA
DISTRICT CLERK STARR CO. TX
BY _____ DEPUTY

Unknown Heir's of ET.AL Porcions 73 & 74
Regarding PRO-SE

To The Honorable Judge of Said Court:

Now comes the unknown heirs at Law of ET.AL Porcion(s) 73 & 74, Starr County, Texas, later confirmed by the State of Texas.

Unknown heir's as listed above pro-se, seeks a declaration of their interest in the estate and property of their ancestors, ET AL porcion(s) 73 & 74 and respectfully shows the court as follows the unknown heir's pro-se, hereby being.

Respondent:

Juan Carlos Rodriguez
108 Lirio Drive
San Antonio, TX. 78207
210-772-9397

Juan Antonio Rodriguez
108 Lirio Dr.
San Antonio TX. 78207

Rudolfo Rodriguez
108 Lirio Dr.
San Antonio, TX. 78207

Patricia Rodriguez
108 Lirio Dr.
San Antonio, TX. 78207

Thank you

Juan Carlos Rodriguez

George Rodriguez
108 Lirio Dr.
San Antonio, TX. 78207

Maria Elena Rodriguez
108 Lirio Dr.
San Antonio, TX. 78207

Jose Luis Rodriguez
108 Lirio Dr.
San Antonio TX. 78207

Henry Rodriguez
108 Lirio Dr.
San Antonio, TX. 78207

July 30, 2014.

Clerk of the Bankruptcy Court
United States Bankruptcy Court
for the District of Delaware
8324 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE: ENERGY FUTURE HOLDINGS CORP., et al.
Chapter 11/Case No. 14-10979(CSS)

Dear Clerk of the Court.

Enclosed please find a Notice of Lien which I sent filing contemporaneously with this letter.
Please be advised that any payments to be made are to be divided as follows:

Henry Rodriguez
Reg. No. 34752-379
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL   36112

Patricia Rodriguez
3015 S. Flores #4
San Antonio, Texas 78204

Rudolfo Rodriguez
3015 S. Flores #4
San Antonio, Texas 78204

Joshua Lee Rodriguez
3015 S. Flores #4
San Antonio, Texas 78204

Juan Carlos Rodriguez
108 Lirio Drive
San Antonio, Texas 78204

Maria Elena Rodriguez
108 Lirio Drive
San Antonio, Texas 78204

Juan Antonio Rodriguez
108 Lirio Drive
San Antonio, Texas 78204

George Rodriguez
108 Lirio Drive
San Antonio, Texas 78204

To this date I have not received any payments nor signed any contracts with my brothers of the aforementioned.

Respectfully submitted on this 30th day of July, 2014.

Henry Rodriguez
Reg. No. 34752-379
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112