# CERTIFICATE OF SERVICE

I, Erin R. Fay, certify that I am not less than 18 years of age, and that service of the foregoing **EFH Equity Owners' Supplemental Objection And Reservation Of Rights In Response To Rule 2004 Motion And Proposed Discovery Protocol** was caused to be made on August 6, 2014, in the manner indicated, upon the entities identified on the attached service list.

Date: August 6, 2014

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)