# SERVICE LIST

**BY HAND DELIVERY**

Attn: William Bowden Esq
Gregory Taylor Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19899

Attn: Michael Debaeche
Stanley Tarr
Blank Rome
1201 Market Street Suite 800
Wilmington, DE  19801

Attn: Kathleen A. Murphy
Buchanan Ingersoll & Rooney PC
919 North Market Street Suite 1500
Wilmington, DE  19801

Attn: Daniel Astin
John Mclaughlin Jr.
Joseph J. McMahon Jr.
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE  19801

Attn: Karen C. Bifferato Esq
Kelly M. Conlan Esq
Connolly Gallagher LLP
1000 West Street Suite 1400
Wilmington, DE  19801

Attn: Scott Cousins
Mark Olivere
Ann Kashishian
Cousins Chipman & Brown LLP
1007 North Orange Street Suite 1110
Wilmington, DE  19801

Attn: Mark E. Felger
Cozen O'connor
1201 North Market Street Suite 1001
Wilmington, DE  19801

Attn: Michael J. Joyce
Cross & Simon LLC
913 N. Market Street 11th Floor
Wilmington, DE  19899-1380

Attn: Jeffrey Schlerf
John Strock
L. John Bird
Fox Rothschild LLP
919 North Market Street Suite 300
Wilmington, DE  19801

Attn: Michael G. Busenkell
Gellert Scali Busenkell & Brown LLC
913 N. Market Street 10th Floor
Wilmington, DE  19801

Attn: Adam Landis Esq
Mattew Mcguire Esq
Landis Rath & Cobb LLP
919 Market St Ste 1800
Wilmington, DE  19801

Attn: Marc Phillips Esq
Manion Gaynor & Manning LLP
The Nemours Building
1007 N Orange St 10th Fl
Wilmington, DE  19801

Attn: Ellen Slights Esq.
Office Of The United States Attorney
1007 Orange Street Suite 700
Wilmington, DE  19899-2046

Attn: Richard L. Schepacarter
Office Of The United States Trustee
J. Caleb Boggs Federal Building
Wilmington, DE  19801

Attn: Laura Davis Jones
Robert Feinstein
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street 17th Floor
Wilmington, DE  19899

Attn: Kevin M. Capuzzi
Pinckney Weidinger Urban & Joyce LLC
1220 North Market Street Suite 950
Wilmington, DE  19801

Attn: Christopher Ward Esq
Justin Edelson Esq
Shanti Katona Esq
Polsinelli PC
222 Delaware Ave Ste 1101
Wilmington, DE  19801

Attn: Laurie Silverstein Esq
Jeremy Ryan Esq
Potter Anderson & Corroon LLP
1313 N Market St 6th Fl
Wilmington, DE  19801

Attn: Kurt F. Gwyne
Kimberly E.C. Lawson
Reed Smith LLP
1201 Market Street Suite 1500
Wilmington, DE  19801

Attn: Mark D Collins Esq
Daniel Defranceschi Esq
Jason Madron Esq
Richards Layton & Finger
920 N King St
Wilmington, DE  19801

Attn: Mark S. Chehi
Kristhy M. Peguero
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19899-0636

Attn: Pauline Morgan
Joel Waite
Ryan Bartley
Andrew Magaziner
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

**BY FIRST CLASS MAIL**

Attn: Alessandra Pansera
Computershare Trust Company Of Canada
1500 University St. Suite 700
Montreal, QC  H3A 3S8
CANADA

Attn: Mike Wilcox
Benchmark Industrial Services
P.O. Box 931
Kilgore, TX  75663

Attn: Rachel Obaldo
John Mark Stern
Comptroller Of Public Accounts Of The State Of TX
Office Of The Texas Attorney General
P.O. Box 12548
Austin, TX  78711-2548

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Attn: William Wochner
Kansas City Southern Railway (KCS)
P.O. Box 219335
Kansas City, MO  64121-9335

Attn: John P Dillman Esq
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Attn: Diane Wade Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX  78760

Attn: William T Medaille Esq
Lower Colorado River Authority
Legal Services
P.O. Box 220
Austin, TX  78767

Attn: Lee Gordon
Mccreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, TX  78680

Michael G. Smith
P.O. Box 846
Clinton, OK  73601

Attn: David Petty President
Northeast Texas Power Ltd
P.O. Box 553
Cumby, TX  75433

Attn: Hal Morris
Ashley Bartram
Nicole Mignone
Office Of The Texas Attorney General
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Attn: Elizabeth Banda Calvo Esq
Perdue Brandon Fielder Collins & Mott LLP
P.O. Box 13430
Arlington, TX  76094-0430

Attn: Jeanmarie Baer
Perdue Brandon Fielder Collins & Mott L.P.
P.O. Box 8188
Wichita Falls, TX  76307

Attn: Kenneth Pierce - Owner
Pierce Construction Inc
P.O. Box 69
Beckville, TX  75631

Attn: Jason A Starks
Asst Attorney General
Texas Office Of Public Utility Counsel (Opuc)
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Attn: Matthew J. Troy
United States Department Of Justice
Civil Division P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

Attn: Ari D Kunofsky Esq & W Bradley
Russell Esq
US Department Of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC  20044

Attn: Alexis McDonald
Weyerhaeuser Co.
P.O. Box 9777
Federal Way, WA  98063

Attn: Peter O. Hansen
ADA Carbon Solutions
1460 W. Canal Court Suite 100
Littleton, CO  80120

Attn: Peter O. Hansen
ADA Carbon Solutions
8100 S. Parkway #A2
Littleton, CO  80120

Attn: Charles R. Patton
AEP Texas North Company
1 Riverside Plaza
Columbus, OH  43215-2372

Attn: Ira Dizengoff
Abid Qureshi
Stephen Baldini
Meredith Lahaie
Robert Boller
Christopher Carty
Lindsay Zahradka
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY  10036-6745

Attn: Scott Alberino
Joanna Newdeck
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue NW
Washington, DC  20036-1564

Attn: Max W Laun
ALCOA
201 Isabella Street
Pittsburgh, PA  15219-5858

Attn: Dean Smith
Ameco Inc
2106 Anderson Road
Greenville, SC  29611

American Stock Transfer & Trust Co LLC
6201 15th Avenue
Brooklyn, NY  11219

Attn: Paul Kim
American Stock Transfer & Trust Company
LLC
6201 15th Avenue
Brooklyn, NY  11219

Attn: Kalyn Asher
Asher Media Inc
15303 Dallas Parkway Suite 1300
Addison, TX  75001

Attn: Michael Hoehn
Automatic Systems Inc
9230 East 47th Street
Kansas City, MO  64133

Attn: Benjamin L. Stewart
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy Suite 935
Dallas, TX  75206

Attn: James Prince
Omar J. Alaniz
Ian E. Roberts
Baker Botts LLP
2001 Ross Ave.
Dallas, TX  75201-2980

Attn: Mike Wilcox
Benchmark Industrial Services
2100 State Highway 31 E
Kilgore, TX  75662

Attn: Julia Frost-Davies Esq
Christopher L. Carter Esq.
Bingham Mccutchen LLP
One Federal Street
Boston, MA  02110-1726

Attn: Jeffrey S. Sabin Esq
Bingham Mccutchen LLP
399 Park Avenue
New York, NY  10022-4689

Attn: Michael B. Schaedle
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA   19103

Attn: Peter Lee
Senior General Attorney
Bnsf Railway Company
2500 Lou Menk Drive
Fort Worth, TX   76131-2828

Attn: Ian T. Peck Esq.
Bnsf Railway Company
c/o Haynes & Boone LLP
201 Main Street Suite 2200
Fort Worth, TX   76102-3126

Attn: Ken Hoffman
Vice President
BOKF DBA Bank Of Arizona
3001 East Camelback Road Suite 100
Phoenix, AZ   85016

Attn:  Cyndi Wilkinson
Senior Vice President
BOKF DBA Bank Of Arizona
3001 East Camelback Road Suite 100
Phoenix, AZ   85016

Attn:  David Koch
Brake Supply Co Inc
5501 Foundation Blvd
Evansville, IN   47725

Attn: Christine C. Ryan
Brickfield Burchette Ritts & Stone Pc
1025 Thomas Jefferson Street Nw
Washington, DC   20007

Attn: Donald K. Ludman
Brown & Connery LLP
6 North Broad Street Suite 100
Woodbury, NJ   08096

Attn: Edward Weisfelner Esq
Brown Rudnick LLP
Seven Times Square
New York, NY   10036

Attn: Jeffrey Jonas Esq
Andrew Strehle Esq
Jeremy Coffey Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA   02111

Attn: Howard Siegel Esq
Brown Rudnick LLP
185 Asylum Street
Hartford, CT   06103

Attn: Jeremy B. Coffey
Brown Rudnick LLP
Seven Times Square
New York, NY   10036

Attn: Stephanie Wickouski
Michelle McMahon
Bryan Cave LLP
1290 Avenue Of The Americas
New York, NY   10104

Attn: Robert E. Pedersen
Bryan Cave LLP
1290 Avenue Of The Americas
New York, NY   10104-3300

Attn: Shawn M. Christianson
Buchalter Nemer A Professional
Corporation
55 Second Street 17th Floor
San Francisco, CA   94105-3493

Attn: Isabelle Roux-Chenu
Capgemini North America Inc
623 Fifth Ave 33rd Floor
New York, NY   10022

Robert Claude Esq.
Associate General Counsel
Centerpoint Energy Houston
1111 Louisiana Street
Houston, TX   77002

Attn: Owen Coyle
Citibank N.A.
1615 Brett Road Ops III
New Castle, DE   19720

Citibank N.A.
388 Greenwich St 21st Fl
New York, NY   10013

Attn:  Eric O. Ligan
Vice President
Citibank N.A.
388 Greenwich St 32nd Fl
New York, NY   10013

Citibank N.A.
Bank Loan Syndications Department
1615 Brett Road Building III
New Castle, DE   19720

- 4 -

Attn:  Annemarie E. Pavco  
Securities Processing Senior Analyst  
Citibank N.A.  
Global Loans 1615 Brett Rd. OPS III  
New Castle, DE  19720  

Attn: Ryan Falcone  
Citibank N.A.  
388 Greenwich Street  
New York, NY  10013  

Attn: Christopher B. Mosley  
City Of Fort Worth  
1000 Throckmorton Street  
Fort Worth, TX  76102  

Attn: Thomas Moloney  
Sean O'Neal  
Humayun Khalid  
Cleary Gottlieb Steen & Hamilton LLP  
One Liberty Plaza  
New York, NY  10006  

Attn: William E. Kelleher Jr.  
Cohen & Grigsby P.C.  
625 Liberty Avenue  
Pittsburgh, PA  15222-3152  

Attn: Tina Vitale Ba LI.B.  
Computershare  
480 Washington Blvd  
Jersey City, NJ  07310  

Attn: Karlos Courtney  
Courtney Construction Inc  
2617 Us Hwy 79n  
Carthage, TX  75633  

Attn: Stephen C. Stapleton  
Cowles & Thompson  
Bank Of America Plaza  
901 Main Street Suite 3900  
Dallas, TX  75202  

President or General Counsel  
Crane Nuclear Inc  
2825 Cobb International Blvd Nw  
Kennesaw, GA  30152  

Attn: Judy Hamilton Morse  
Crowe & Dunlevy PC  
20 North Broadway Suite 1800  
Oklahoma City, OK  73102  

Attn:  Sandra E. Horwitz  
Managing Director  
CSC Trust Company Of Delaware  
2711 Centerville Rd Ste 400  
Wilmington, DE  19808  

Attn: Robert Szwajkos  
Curtin & Heefner LLP  
250 Pennsylvania Ave.  
Morrisville, PA  19067  

Miles Cowdry  
Data Systems & Solutions LLC  
Rolls-Royce Civil Nuclear  
Huntsville, AL  35806  

Attn: Marshall Huebner  
Benjamin Kaminetzky  
Elliot Moskowitz  
Damon Meyer  
Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY  10017  

Attn: Hugh Mcdonald Esq  
Louis Curcio Esq  
Oscar Pinks Esq  
Dentons US LLP  
1221 Avenue Of The Americas  
New York, NY  10020  

Attn: Sara Pelton  
Deutsche Bank  
60 Wall Street (Nycc60-0266)  
New York, NY  10005-2836  

Attn: Marcus M. Tarkington  
Deutsche Bank  
60 Wall Street (Nycc60-0266)  
New York, NY  10005-2836  

Attn: Howard A. Cohen  
Robert K. Malone  
Drinker Biddle & Reath LLP  
222 Delaware Ave. Ste. 1410  
Wilmington, DE  19801-1621  

Attn: Jeffrey R. Fine  
Dykema Gossett PLLC  
1717 Main Street Suite 4000  
Dallas, TX  75201  

Attn: James Katchadurian E.V.P.  
Epiq Bankrupty Solutions LLC  
757 Third Avenue 3rd Floor  
New York, NY  10017

Attn: Mark Brancato
Cement Projects Americas
2040 Avenue C
Bethlehem, PA   18017

Attn: Carlos M. Hernandez
Fluor Global Services
6700 Las Colinas Blvd
Irving, TX   75039

Attn: Harold Kaplan Esq
Mark Hebbeln Esq
Lars Peterson Esq
Foley & Lardner LLP
321 N Clark St Ste 2800
Chicago, IL   60654-5313

Attn: Samuel S. Ory
Frederic Dorwart Lawyers
124 East Fourth Street
Tulsa, OK   74103

Attn: Brad E. Scheler
Gary L. Kaplan
Matthew M. Roose
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY   10004

Attn: Clay Thomas
Frisco Construction Services
9550 John W. Elliott Drive Suite 106
Frisco, TX   75033

Attn: Edward M. King Esq.
Frost Brown Todd LLC
400 W. Market Street 32nd Floor
Louisville, KY   40202

Attn: John P. Melko
Michael K. Riordan
Gardere Wynne Sewell LLP
1000 Louisiana Ste. 3400
Houston, TX   77002

Attn: John Poznick - Controller
Generator & Motor Services Inc
601 Braddock Ave
Turtle Creek, PA   15145

Attn: John L. Howard
Grainger
100 Grainger Pkwy
Lake Forest, IL   60045

Attn: Jonathan Hook
Haynes And Boone LLP
30 Rockefeller Center 26th Floor
New York, NY   10112

Attn: Patrick L. Hughes
Haynes And Boone LLP
1221 Mckinney Street Suite 1200
Houston, TX   77010

Attn: Ian T. Peck
Haynes And Boone LLP
201 Main Street Suite 2200
Fort Worth, TX   76102-3126

Attn: Raghu Raman Lakshmanan
HCL America Inc
330 Potrero Avenue
Sunnyvale, CA   94085

Attn: Harlan M. Hatfield
Headwaters Resources Inc
10701 S River Front Parkway Ste 300
South Jordan, UT   84095

Attn: Michael Puryear Esq.
General Counsel
Holt Texas Ltd D/B/A Holt Cat
3302 South W.W. White Rd
San Antonio, TX   78222

Attn: R Scott Hopkins
Hydrocarbon Exchange Corp.
5910 N. Central Expy. Ste 1380
Dallas, TX   75206

Internal Revenue Service
Department Of The Treasury
324 E. 2500 S
Ogden, UT   84201

Attn: Jeff Grodel
J & S Construction LLC
10823 N US Highway 75
Buffalo, TX   75831

Attn: Monica S. Blacker
Jackson Walker LLP
901 Main Street Suite 6000
Dallas, TX   75202

Attn: J. Scott Rose
Jackson Walker LLP
Weston Centre
112 E. Pecan Street Suite 2400
San Antonio, TX   78205

Attn: Patricia Villareal  
Jones Day  
2727 North Harwood Street  
Dallas, TX  75201  

Attn: Michael L. Davitt  
Jones Day  
2727 North Harwood Street  
Dallas, TX  75201  

Attn: William Wochner  
Kansas City Southern Railway (KCS)  
427 West 12th Street  
Kansas City, MO  64105  

Attn: Michael Mcconnell Esq  
Clay Taylor Esq  
Katherine Thomas Esq  
Kelly Hart & Hallman LLP  
201 Main St Ste 2500  
Fort Worth, TX  76102  

Attn: Richard Cieri Esq  
Edward Sassower PC  
Stephen Hessler Esq  
Brian E. Schartz Esq  
Kirkland & Ellis LLP  
601 Lexington Ave  
New York, NY  10022  

Attn: James H.M. Sprayregen P.C.  
Chad Husnick Esq  
Steven Serajeddini Esq  
Kirkland & Ellis LLP  
300 N Lasalle  
Chicago, IL  60654  

Attn: Thomas Moers Mayer  
Gregory Horowitz  
Joshua Brody  
Philip Bentley  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue Of The Americas  
New York, NY  10036  

Attn: Jamie R Welton Esq  
Lackey Hershman LLP  
3102 Oak Lawn Ave Ste 777  
Dallas, TX  75219  

Attn:  Frank Godino  
Vice President  
Law Debenture Trust Company Of New York  
400 Madison Ave Ste 4D  
New York, NY  10017  

Attn: Patricia Williams Prewitt  
Law Office Of Patricia Williams Prewitt  
10953 Vista Lake Court  
Navasota, TX  77868  

Attn: Elizabeth Weller Esq  
Linebarger Goggan Blair & Sampson LLP  
2777 N Stemmons Freeway Suite 1000  
Dallas, TX  75207  

Attn: Geoffrey Gay Esq  
Lloyd Gosselink Rochelle & Townsend PC  
816 Congress Ave Ste 1900  
Austin, TX  78701  

Attn: Phil Wilson  
Transmission Services Corp  
Lower Colorado River Authority  
Austin, TX  78703  

Attn: Jonathan L. Howell  
Mccathern PLLC  
Regency Plaza  
3710 Rawlins Suite 1600  
Dallas, TX  75219  

Attn: Peter S. Goodman  
Michael R. Carney  
Mckool Smith  
One Bryant Park 47th Floor  
New York, NY  10036  

Attn: Paul D. Moak Esq.  
Mckool Smith  
600 Travis Street Suite 7000  
Houston, TX  77002  

Attn:  Mike Croffland  
General Manager  
Merico Abatement Contractors Inc  
201 Estes Dr  
Longview, TX  75602-6100  

Attn: Dennis F. Dunne  
Evan R. Fleck  
Karen Gartenberg  
Milbank Tweed Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, NY  10005  

Attn: Karen Gartenberg  
Milbank Tweed Hadley & McCloy LLP  
1 Chase Manhatten Plaza  
New York, NY  10005

Attn: Jonathan Brown  
Milbank Tweed Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, NY  10005  

Attn: Keith Debault  
Mine Service Ltd  
855 E Us Highway 79  
Rockdale, TX  76567  

Attn: Stephen M. Miller  
Morris James LLP  
500 Delaware Avenue Suite 1500  
P.O. Box 2306  
Wilmington, DE  19899-2306  

Attn: James Peck Esq Brett H Miller Esq  
Lorenzo Marinuzzi Esq  
Morrison & Foerster LLP  
250 W 55th St  
New York, NY  10019  

Attn: Russell L Munsch Esq  
Munsch Hardt Kopf & Harr PC  
3050 Frost Bank Tower  
401 Congress Ave  
Austin, TX  78701-4071  

Attn: Kevin M Lippman Esq  
Munsch Hardt Kopf & Harr PC  
500 N Akard St Ste 3800  
Dallas, TX  75201-6659  

Attn: Robert J. Myers  
Myers Hill  
2525 Ridgmar Blvd. Ste. 150  
Fort Worth, TX  76116  

Attn: Jody A. Bedenbaugh And George B. Cauthen  
Nelson Mullins Riley & Scarborough LLP  
1320 Main Street 17th Floor  
P.O. Box 11070 (29211)  
Columbia, SC  29201  

Attn: Richard C. Pedone; Amanda D. Darwin  
Nixon Peabody  
100 Summer Street  
Boston, MA  02110  

Attn: David Petty  
Northeast Texas Power Ltd  
102 N Ih 30  
Cumby, TX  75433  

Attn: George A. Davis  
O'melveny & Myers LLP  
7 Times Square  
New York, NY  10036  

Office Of The United States Trustee  
U.S. Federal Office Building  
201 Varick Street Suite 1006  
New York, NY  10014  

Attn: Daniel A. Lowenthal; Craig W. Dent  
Patterson Belknap Webb & Tyler LLP  
1133 Avenue Of The Americas  
New York, NY  10036-6710  

Attn: Alan Kornberg; Kelley Cornish; Brian Hermann  
Jacob Adlerstein  
Paul Weiss Rifkind Wharton & Garrison LLP  
1285 Avenue Of The Americas  
New York, NY  10019  

Attn: Desiree M. Amador Atty  
Pension Benefit Guaranty Corporation  
Office Of The Chief Counsel  
1200 K Street N.W.  
Washington, DC  20005-4026  

Attn: Israel Goldowitz  
Pension Benefit Guaranty Corporation  
1200 K Street Nw  
Washington, DC  20005-4026  

Attn:  Jon Chatalian  
Office Of The Chief Counsel  
Pension Benefit Guaranty Corporation  
1200 K Street Nw  
Washington, DC  20005-4026  

Attn: Craig Yamaoka Senior Financial Analyst  
Pension Benefit Guaranty Corporation  
1200 K Street Nw  
Washington, DC  20005  

Attn: Owen M Sonik Esq  
Perdue Brandon Fielder Collins & Mott LLP  
1235 N Loop West Ste 600  
Houston, TX  77008  

Attn: Chuck William  
Performance Contracting Inc  
16400 College Blvd  
Lenexa, KS  66219

Attn: Kenneth Pierce
Pierce Construction Inc
4324 State Hwy 149
Beckville, TX   75631

Attn: Edward Fox Esq
Polsinelli PC
900 Third Ave 21st Fl
New York, NY   10022

Attn: Michael L. Atchley; Matthew T. Taplett
Pope Hardwicke Christie Schell Kelly & Ray LLP
500 West 7th Street Suite 600
Fort Worth, TX   76102

Attn: Hohn A. Harris; Jason D. Curry
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ   85004-2391

Attn: Brad Mckenzie - Controller
Ranger Excavating LP
5222 Thunder Creek Road
Austin, TX   78759

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue Of The Americas
New York, NY   10036-8704

Attn: Mary Perry
Ryan Partnership (Formerly Solutionset)
440 Polaris Parkway
Westerville, OH   43082

Attn: Mark Minuti Esq
Saul Ewing LLP
222 Delaware Ave Ste 1200
Wilmington, DE   19899

Attn: Sonia Jasman
Securitas Security Services USA
2 Campus Drive
Parsippany, NJ   07054-4400

Attn: Legal Department
Securitas Security Services USA
4330 Park Tce Drive
Westlake Village, CA   91361

Securities And Exchange Commission
100 F Street NE
Washington, DC   20549

Attn: John Ashmead; Kalyan Das; Arlene Alves
Seward & Kissel LLP
One Battery Park Plaza
New York, NY   10014

Attn: Richard E. Chandler Jr.
Shaw Maintenance (CC&I)
C/O Cb&I - One Cb&I Plaza
The Woodlands, TX   77380

Attn: Frederic Sosnick Esq & Ned Schodek Esq
Shearman & Sterling LLP
599 Lexington Ave
New York, NY   10022

Attn: Ann Fairchild
Siemens Power Generation Inc
4400 N Alafaya Trl
Orlando, FL   32826

Attn: David Beckman
Sitel LLC
3102 West End Avenue Suite 900
Nashville, TN   37203

Attn: Jay M. Goffman
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY   10036-6522

Attn: George N. Panagakis; Carl T. Tullson
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive Suite 2700
Chicago, IL   60606-1720

Attn: Kathleen M. Miller
Smith Katzenstein & Jenkins LLP
800 Delaware Avenue Suite 1000
Wilmington, DE   19899

Attn: David E. Leta
Snell & Wilmer LLP
15 West South Temple Suite 1200
Salt Lake City, UT   84101

Attn:  John Luke
c/o Forge Group Ltd
Taggart Global LLC
4000 Town Center Blvd. Ste 300
Canonsburg, PA   15317

Attn: Wayne Yost Owner
Team Excavating
815 N Main Street
Wrens, GA   30833

Attn: Patrick Apodaca
Texas-New Mexico Power Company
414 Silver Avenue Sw
Albuquerque, NM   87102-3289

Attn: Rafael MartinezVp - Csm
The Bank Of New York Mellon Trust Company
601 Travis Street 16th Fl
Houston, TX   77002

Attn: Thomas Vlahakis VP
The Bank Of New York Mellon Trust Company
385 Rifle Camp Rd 3rd Fl
Woodland Park, NJ   07424

Attn: Dennis Roemlein
The Bank Of New York Mellon Trust Company
601 Travis St 16th Floor
Houston, TX   77002

Attn: Thomas Vlahakis Vice President
The Bank Of New York Mellon Trust Company
385 Rifle Camp Rd.3rd Floor
Woodland Park, NJ   07424

Attn: Daniel K Hogan Esq
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE   19806

Attn: John Warren May
TPUSA
1991 South 4650 West
Salt Lake City, UT   84104

Attn: Guillermo Montano
Transactel Inc
18 Calle 25-85 Z.10
Guatemala City,

Attn:  Christine McGarvey
Trent Wind Farm
Trent Wind Farm L.P.
1423 Cr 131
Trent, TX   79561

Attn:  Jay Jadwin & Lisa Groff
Trent Wind Farm
Trent Wind Farm LP
155 W. Nationwide Blvd Suite 500
Columbus, OH   43215

Attn: Jordan S. Blask Lara E. Shipkovitz
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA   15222

Attn:  Laura Roberson
Vice President
Umb Bank N.A.
2 South Broadway Suite 600
St. Louis, MO   63102

Attn: Michael L. Schein Esq.
Vedder Price Pc
1633 Broadway 47th Floor
New York, NY   10019

Attn: Richard Mason; Emil Kleinhaus; Austin Witt
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY   10019

Attn: Calvin Grace - President & Ceo
Warfab
607 Fisher Rd
Longview, TX   75604

Attn: Gregory M. Weinstein
Weinstein Radcliff LLP
6688 N. Central Expressway Suite 675
Dallas, TX   75206

Attn: Mike Sweeney Sr Vp & General Counsel
Westinghouse Electric Co LLC
Legal & Contracts
Cranberry Township, PA   16066

Attn: J. Christopher Shore; Gregory Starner
White & Case LLP
1155 Avenue Of The Americas
New York, NY   10036

Attn: Thomas Lauria; Matthew Brown
White & Case LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL   33131

Attn: Philip Anker Esq & George Shuster Esq
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich St
New York, NY   10007

Attn: Benjamin Loveland Esq
Wilmer Cutler Pickering Hale & Dorr LLP
60 State St
Boston, MA  02109

Attn: Patrick J. Healy
Wilmington Savings Fund Society
500 Delaware Avenue
Wilmington, DE  19801

Attn: Jeffrey T. Rose
Wilmington Trust FSB
50 South Sixth Street Suite 1290
Minneapolis, MN  55402

Attn: David Neier Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

Attn: Steven K. Kortanek; Mark L. Desgrosseilliers
Womble Carlyle Sandridge & Rice LLP
222 Delaware Avenue Suite 1501
Wilmington, DE  19801

Attn: Mark L. Desgrosseilliers Esq
Womble Carlyle Sandridge & Rice LLP
222 Delaware Ave Ste 1501
Wilmington, DE  19801

Attn: William P. Weintraub; Kizzy L. Jarashow
Woodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

Matthew G. Summers
Ballard Spahr LLP
919 North Market Street
11th Floor
Wilmington, DE  19801