# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2014, copy of the *Statement of UMB Bank, N.A., as Indenture Trustee, Regarding Motion of EFH Notes Indenture Trustee for Appointment of an Official Committee of Unsecured Creditors for Energy Future Holdings Corp.* was served upon the parties listed on the attached service list via first class mail.

By: /s/ Raymond H. Lemisch
Raymond H. Lemisch (DE Bar No. 4204)
KLEHR HARRISON HARVEY
BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Tel: (302) 426-1189
Fax: (302) 426-9193
E-mail: rlemisch@klehr.com

Attorneys for UMB BANK, N.A., as indenture trustee

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PHIL1 3786896v.1

**SERVICE LIST**

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Daniel A. Fliman, Esquire
Nii-Amar Amamoo, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Garvan F. McDaniel, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19801

Mark D. Collins, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard M. Cieri, Esquire
James H.M. Sprayregen, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Richard L. Schepacarter, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Andrea Beth Schwartz, Esquire
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Rm 1006
New York, NY 10065

Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Edward M. Fox, Esquire
Polsinelli Shughart PC
805 Third Avenue
Suite 2020
New York, NY 10022

Christopher Simon, Esquire
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

Amanda D. Darwin, Esquire
Richard C. Pedone, Esquire
Erik Schneider, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110

Scott Cousins, Esquire
Cousins Chipman & Brown LLP
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

PHIL1 3786896v.1