IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 1679 and 1762** |

**JOINDER OF THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS TO THE LIMITED OBJECTION OF THE AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS TO THE DEBTORS' MOTION FOR ENTRY OF A CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER**

The ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes due December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "Ad Hoc Committee of EFIH Unsecured Noteholders"), by and through its undersigned counsel, hereby joins (the "Joinder") in the *Limited Objection of the Ad Hoc Committee of TCEH First Lien Creditors to the Debtors' Motion for Entry of a Confidentiality Agreement and Stipulated Protective Order* (the "TCEH First Liens' Limited Objection"), [D.I. 1762]. In support of this Joinder, the Ad Hoc Committee of EFIH Unsecured Noteholders respectfully submits as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

## BACKGROUND

1. On July 23, 2014, Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), filed *Debtors' Motion for Entry of a Confidentiality Agreement and Stipulated Protective Order* [D.I. 1679] (the "Motion").

2. On August 6, 2014, the Ad Hoc Committee of TCEH First Lien Creditors filed the TCEH First Liens' Limited Objection.

## JOINDER

3. The Ad Hoc Committee of EFIH Unsecured Noteholders agrees with the proposed modifications to the Confidentiality Agreement and Stipulated Protective Order set forth in the TCEH First Liens' Limited Objection and, accordingly, files this Joinder in support of the TCEH First Liens' Limited Objection. The Ad Hoc Committee of EFIH Unsecured Noteholders reserves the right to amend or supplement this Joinder based upon any facts or arguments that come to light prior to the hearing on the August 13, 2014.

## CONCLUSION

For the reasons stated in the TCEH First Liens' Limited Objection, the Ad Hoc Committee of EFIH Unsecured Noteholders respectfully requests that the Court (i) grant the Motion with certain modifications described in the TCEH First Liens' Limited Objection, and (ii) grant such other relief as it deems just and proper.

*[Signature Block to Follow]*

| | |
|---|---|
| Dated: August 6, 2014<br>Wilmington, Delaware | **COUSINS CHIPMAN & BROWN, LLP**<br><br>*/s/ Ann Kashishian*<br>Scott D. Cousins (No. 3079)<br>Mark Olivere (No. 4291)<br>Ann M. Kashishian (No. 5622)<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Facsimile:   (302) 295-0199<br>Email:   cousins@ccbllp.com<br>   olivere@ccbllp.com<br>   kashishian@ccbllp.com |

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Stephen M. Baldini (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:   (212) 872-1000
Facsimile:   (212) 872-1002
Email:   idizengoff@akingump.com
   aqureshi@akingump.com
   sbaldini@akingump.com
   mlahaie@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288
Email:   salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders*