**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1763** |

<u>**AFFIDAVIT OF SERVICE**</u>

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS |
| NEW CASTLE COUNTY | ) | |

Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Cousins Chipman & Brown, LLP, counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders in the above referenced case, and on the 6th day of August, 2014, she caused a copy of the **JOINDER OF THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS TO THE LIMITED OBJECTION OF THE AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS TO THE DEBTORS' MOTION FOR ENTRY OF A CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER** to be served upon the parties on the attached service in the manner indicated.

_____
Michelle M. Dero

SWORN TO AND SUBCRIBED before me this 7th day of August, 2014.

_____
Notary Public

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

BALLARD SPAHR LLP
(COUNSEL TO LOUISIANA ENERGY & URENCO)
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON DE 19801

BAYARD PA
(COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE
UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE)
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON DE 19801

BLANK ROME
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: MICHAEL DEBAECHE; STANLEY TARR
1201 MARKET STREET, SUITE 800
WILMINGTON DE 19801

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.)
ATTN: KATHLEEN A. MURPHY
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON DE 19801

CIARDI CIARDI & ASTIN
(COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR,
& RED BALL OXYGEN)
ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR
1204 N KING STREET
WILMINGTON DE 19801

CONNOLLY GALLAGHER LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)
ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ
1000 WEST STREET, SUITE 1400
WILMINGTON DE 19801

COUSINS CHIPMAN & BROWN, LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN
1007 NORTH ORANGE STREET, SUITE 1110
WILMINGTON DE 19801

COZEN O'CONNOR
(COUNSEL TO J. ARON & COMPANY)
ATTN: MARK E. FELGER
1201 NORTH MARKET STREET, SUITE 1001
WILMINGTON DE 19801

DORSEY & WHITNEY DELAWARE LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD &
ALESSANDRA GLORIOSO
300 DELAWARE AVENUE, SUTIE 1010
WILMINGTON DE 19801

FOX ROTHSCHILD LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD
919 NORTH MARKET STREET, SUITE 300
WILMINGTON DE 19801

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO AURELIUS)
ATTN: MICHAEL G. BUSENKELL
913 N. MARKET STREET, 10TH FLOOR
WILMINGTON DE 19801

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE)
ATTN: RAYMOND H. LEMISCH
919 MARKET STREET, SUITE 1000
WILMINGTON DE 19801

LANDIS RATH & COBB LLP
(COUNSEL TO MARATHON MGMT, ALCOA AND
NEXTERA ENERGY RESOURCES, LLC)
ATTN: ADAM G. LANDIS & MATTHEW B. MCGUIRE
919 MARKET ST STE 1800
WILMINGTON DE 19801

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON DE 19801

MARGOLIS EDELSTEIN
(COUNSEL TO URS ENERGY & CONSTRUCTION, INC.)
ATTN: JAMES E. HUGGETT & AMY D. BROWN
300 DELAWARE AVENUE, SUITE 800
WILMINGTON DE 19801

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")
ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON DE 19801

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS
AFFILIATES AND SUBSIDIARIES)
ATTN: KEVIN M. CAPUZZI
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON DE 19801

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
(COUNSEL TO AUTOMATIC SYSTEMS, INC.)
ATTN: GREGORY T. DONILON, ESQ.
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON DE 19801

POLSINELLI PC
(PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ
SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON DE 19801

POTTER ANDERSON & CORROON LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ
PO BOX 951
WILMINGTON DE 19801

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE
BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS
INDENTURE TRUSTEES)
ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON
1201 MARKET STREET, SUITE 1500
WILMINGTON DE 19801

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY
IN ITS CAPACITY AS TRUSTEE)
ATTN: RICHARD A. ROBINSON
1201 MARKET STREET, SUITE 1500
WILMINGTON DE 19801

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN
ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST)
INDENTURE TRUSTEES)
ATTN: ELIHU E. ALLINSON, III
1201 MARKET STREET, SUITE 1500
WILMINGTON DE 19801

RICHARDS LAYTON & FINGER
(CO-COUNSEL TO EFHC DEBTORS)
ATTN: MARK D COLLINS ESQ
DANIEL J DEFRANCESCHI ESQ
JASON M MADRON ESQ
920 N KING ST
WILMINGTON DE 19801

SULLIVAN HAZELTINE ALLINSON LLC
(COUNSEL TO HENRY PRATT COMPANY, LLC)
ATTN: ELIHU E. ALLINSON, III
901 N. MARKET STREET, SUITE 1300
WILMINGTON DE 19801

WEIR & PARTNERS LLP
(COUNSEL TO EVERCORE GROUP LLC)
ATTN: JEFFREY S CIANCIULLI ESQ
824 N MARKET ST STE 800
WILMINGTON DE 19801

WILMINGTON SAVINGS FUND SOCIETY
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE
WILMINGTON DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
(COUNSEL TO CENTERPOINT)
ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: MARK L. DESGROSSEILLIERS ESQ
222 DELAWARE AVE STE 1501
WILMINGTON DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON DE 19801

ASHBY & GEDDES, P.A.
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON DE 19899

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN
PO BOX 8705
WILMINGTON DE 19899

SAUL EWING LLP
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: MARK MINUTI ESQ
PO BOX 1266
WILMINGTON DE 19899

SMITH, KATZENSTEIN & JENKINS LLP
(COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER)
ATTN: KATHLEEN M. MILLER
PO BOX 410
WILMINGTON DE 19899

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: HOWARD A. COHEN & ROBERT K. MALONE
222 DELAWARE AVE., STE. 1410
WILMINGTON DE 19801-1621

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO
PO BOX 636
WILMINGTON DE 19899-0636

CROSS & SIMON, LLC
(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.)
ATTN: MICHAEL J. JOYCE
PO BOX 1380
WILMINGTON DE 19899-1380

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: ELLEN SLIGHTS, ESQ.
PO BOX 2046
WILMINGTON DE 19899-2046

MORRIS JAMES LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: STEPHEN M. MILLER
PO BOX 2306
WILMINGTON DE 19899-2306

ABRAMS & BAYLISS LLP
(COUNSEL TO GOLDMAN, SACHS & CO.)
KEVIN G. ABRAMS & JOHN M. SEAMAN
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON DE 19807

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E. HORWITZ
MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON DE 19808

THE HOGAN FIRM
(COUNSEL TO THE RICHARDS GROUP INC)
ATTN: DANIEL K HOGAN ESQ
1311 DELAWARE AVENUE
WILMINGTON DE 19806

THE HOGAN FIRM
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: GARVAN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON DE 19806

TRANSACTEL INC
ATTN: GUILLERMO MONTANO
18 CALLE 25-85 Z.10
TORRE TRANSACTEL PRADERA
GUATEMALA CITY
GUATEMALA

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
1500, UNIVERSITY ST., SUITE 700
MONTREAL QC H3A 3S8
CANADA

DATA SYSTEMS & SOLUTIONS LLC
(ROLLS ROYCE)
MILES COWDRY,ROLLS-ROYCE CIVIL
NUCLEAR,994-A EXPLORER BLVD
HUNTSVILLE AL 35806

QUARLES & BRADY LLP
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
ATTN: HOHN A. HARRIS; JASON D. CURRY
RENAISSANCE ONE
TWO NORTH CENTRAL AVENUE
PHOENIX AZ 85004-2391

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
(COUNSEL TO ORACLE AMERICA, INC.)
ATTN: SHAWN M. CHRISTIANSON
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO CA 94105-3493

HCL AMERICA INC
ATTN: RAGHU RAMAN LAKSHMANAN
330 POTRERO AVENUE
SUNNYVALE CA 94085

SECURITAS SECURITY SERVICES USA
ATTN: LEGAL DEPARTMENT
4330 PARK TCE DRIVE
WESTLAKE VILLAGE CA 91361

ADA CARBON SOLUTIONS
(RED RIVER ENVIRONMENTAL PRODUCTS)
ATTN: PETER O. HANSEN
8100 S. PARKWAY #A2
LITTLETON CO 80120

TW TELECOM INC
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR #400
LITTLETON CO 80124

ADA CARBON SOLUTIONS (RED RIVER ENVIRON. PRODUCTS)
ATTN: PETER O HANSEN
1460 W CANAL CT
LITTLETON CO 80120-5632

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM STREET
HARTFORD CT 06103

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
ATTN: CRAIG YAMAOKA, SENIOR FINANCIAL ANALYST
1200 K STREET, NW
WASHINGTON DC 20005

BRICKFIELD, BURCHETTE, RITTS & STONE, PC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, NW
WASHINGTON DC 20007

US DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
ATTN: ARI D KUNOFSKY ESQ & W BRADLEY RUSSELL ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC 20549

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M. AMADOR, ATTY
1200 K STREET, N.W.
WASHINGTON DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON DC 20005-4026

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: SCOTT ALBERINO; JOANNA NEWDECK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVENUE, NW
WASHINGTON DC 20036-1564

UNITED STATES DEPARTMENT OF JUSTICE
(ON BEHALF OF UNITED STATES OF AMERICA, DEPT.
OF AGRICULTURE, RURAL UTILITIES SERVICE)
ATTN: MATTHEW J. TROY
CIVIL DIVISION
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON DC 20044-0875

UNITED STATES OF AMERICA
FEDERAL COMMUNICATIONS COMMISSION
UNITED STATES DEPARTMENT OF JUSTICE
ATTN: MATTHEW J TROY, CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON DC 20044-0875

CITIBANK, N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE DE 19720

CITIBANK, N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE DE 19720

CITIBANK, N.A.
ATTN: ANNEMARIE E. PAVCO
SECURITIES PROCESSING SENIOR ANALYST
GLOBAL LOANS, 1615 BRETT RD., OPS III
NEW CASTLE DE 19720

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: THOMAS LAURIA; MATTHEW BROWN
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI FL 33131

AKERMAN LLP
(COUNSEL TO SIEMENS POWER GENERATION INC.)
ATTN: SUNDEEP S. SIDHU
420 S. ORANGE AVENUE, SUITE 1200
ORLANDO FL 32801-4904

TAYLOR ENGLISH DUMA LLP
(COUNSEL TO HENRY PRATT COMPANY, LLC)
ATTN: STEPHEN C. GREENBERG
1600 PARKWOOD CIRCLE, SUITE 400
ATLANTA GA 30339

CRANE NUCLEAR INC
PRESIDENT OR GENERAL COUNSEL
2825 COBB INTERNATIONAL BLVD NW
KENNESAW GA 30152

TEAM EXCAVATING
ATTN: WAYNE YOST, OWNER
815 N MAIN STREET
WRENS GA 30833

ALVAREZ & MARSAL
ATTN: PAUL KINEALY
55 WEST MONROE, SUITE 4000
CHICAGO IL 60603

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES H.M. SPRAYREGEN, P.C.
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO IL 60654

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON
155 NORTH WACKER DRIVE, SUITE 2700
CHICAGO IL 60606-1720

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO IL 60654-5313

GRAINGER
ATTN: JOHN L. HOWARD
100 GRAINGER PKWY
LAKE FOREST IL 60045

BRAKE SUPPLY CO INC
ATTN: DAVID KOCH
5501 FOUNDATION BLVD
EVANSVILLE IN 47725

PERFORMANCE CONTRACTING INC
ATTN: CHUCK WILLIAM
16400 COLLEGE BLVD
LENEXA KS 66219

LOCKE LORD LLP
(COUNSEL TO BP AMERICA PRODUCTION COMPANY)
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS LA 70130-6036

HINCKLEY ALLEN
(COUNSEL TO INVENSYS SYSTEMS, INC.)
ATTN: JENNIFER V. DORAN
28 STATE STREET
BOSTON MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON MA 02109

NIXON PEABODY
(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)
ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN
100 SUMMER STREET
BOSTON MA 02110

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON MA 02111

BINGHAM MCCUTCHEN LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)
ATTN: JULIA FROST-DAVIES ESQ &
CHRISTOPHER L. CARTER ESQ
ONE FEDERAL STREET
BOSTON MA 02110-1726

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN: RONALD L ROWLAND, AGENT
307 INTERNATIONAL CIRCLE STE 270
COCKEYSVILLE MD 21030

THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS
ATTN: ANDREW S CONWAY ESQ
200 EAST LONG LAKE RD STE 300
BLOOMFIELD HILLS MI 48304

VARNUM LLP
(COUNSEL TO APPLABS)
ATTN: MARY KAY SHAVER ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-0352

MASLON EDELMAN BORMAN & BRAND, LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI &
KOREY G. KALLSTROM
90 SOUTH SEVENTH STREET, SUITE 3300
MINNEAPOLIS MN 55402

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS MN 55402

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475

KANSAS CITY SOUTHERN RAILWAY (KCS)
ATTN: WILLIAM WOCHNER
427 WEST 12TH STREET
KANSAS CITY MO 64105

AUTOMATIC SYSTEMS INC
ATTN: MICHAEL HOEHN
9230 EAST 47TH STREET
KANSAS CITY MO 64133

KANSAS CITY SOUTHERN RAILWAY (KCS)
ATTN: WILLIAM WOCHNER
PO BOX 219335
KANSAS CITY MO 64121-9335

THOMPSON COBURN LLP
(COUNSEL TO MARTIN ENGINEERING COMPANY)
ATTN: DAVID D. FARRELL
ONE US BANK PLAZA, SUITE 3200
SAINT LOUIS MO 63101

CARMODY MACDONALD P.C.
(COUNSEL TO AUTOMATIC SYSTEMS, INC.)
ATTN: GREGORY D. WILLARD
120 S. CENTRAL AVENUE, SUITE 1800
SAINT LOUIS MO 63105

UMB BANK, N.A.
ATTN: LAURA ROBERSON
VICE PRESIDENT
2 SOUTH BROADWAY, SUITE 600
ST. LOUIS MO 63102

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON
1400 DOUGLAS STREET, STOP 1580
OMAHA NE 68179

COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY NJ 07310

SECURITAS SECURITY SERVICES USA
ATTN: SONIA JASMAN
2 CAMPUS DRIVE
PARSIPPANY NJ 07054-4400

SILLS CUMMIS & GROSS P.C.
(COUNSEL TO BENBROOK ELECTRIC PARTNERS, LLC)
ATTN: VALERIE A. HAMILTON, ESQ.
600 COLLEGE ROAD EAST
PRINCETON NJ 08540

BROWN & CONNERY, LLP
(COUNSEL TO SAP INDUSTRIES, INC.)
ATTN: DONALD K. LUDMAN
6 NORTH BROAD STREET, SUITE 100
WOODBURY NJ 08096

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: THOMAS VLAHAKIS,VP
385 RIFLE CAMP RD, 3RD FL
WOODLAND PARK NJ 07424

TEXAS-NEW MEXICO POWER COMPANY
ATTN: SCOTT SEAMSTER
414 SILVER AVENUE SW
ALBUQUERQUE NM 87102-3289

AMERICAN STOCK TRANSFER & TRUST CO, LLC
GENERAL COUNSEL
6201 15TH AVENUE
BROOKLYN NY 11219

AMERICAN STOCK TRANSFER & TRUST COMPANY LLC
ATTN: PAUL KIM
6201 15TH AVENUE
BROOKLYN NY 11219

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.)
ATTN: BRAD E. SCHELER, GARY L. KAPLAN &
MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK NY 10004

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: DENNIS F. DUNNE, EVAN R. FLECK &
KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: JONATHAN BROWN
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO J. ARON & COMPANY)
ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK NY 10006

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK NY 10007

WILMER CUTLER PICKERING HALE AND DORR LLP
(COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND.
& COLLATERAL TTEE FOR 10% SR. SEC. NOTES DUE 2020)
ATTN: PHILIP D. ANKER; CHARLES C. PLATT;
DENNIS L. JENKINS & GEORGE W. SHUSTER, JR.
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK NY 10007

CITIBANK, N.A.
ZORI MIGLIORINI,STANDBY LETTER
OF CREDIT DEPT, AS FRONTING BANK
388 GREENWICH ST, 21ST FL
NEW YORK NY 10013

CITIBANK, N.A.
ATTN: ERIC O. LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK NY 10013

CITIBANK, N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK NY 10013

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK NY 10014

SEWARD & KISSEL LLP
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES
ONE BATTERY PARK PLAZA
NEW YORK NY 10014

DAVIS POLK & WARDWELL LLP
(COUNSEL TO GOLDMAN SACHS, ET AL)
ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY;
ELLIOT MOSKOWITZ; DAMON MEYER
450 LEXINGTON AVENUE
NEW YORK NY 10017

EPIQ BANKRUPTY SOLUTIONS, LLC
(CLAIMS AGENT)
ATTN: JAMES KATCHADURIAN, E.V.P.
757 THIRD AVENUE, 3RD FLOOR
NEW YORK NY 10017

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
400 MADISON AVE STE 4D
NEW YORK NY 10017

GOODWIN PROCTER LLP
(COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP)
ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK NY 10018

KASOWITZ BENSON TORRES & FRIEDMAN LLP
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: DAVID ROSNER ESQ, ANDREW GLENN ESQ &
DANIEL FLIMAN ESQ
1633 BROADWAY
NEW YORK NY 10019

MORRISON & FOERSTER LLP
(PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK NY 10019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

VEDDER PRICE PC
(COUNSEL TO FIRST UNION RAIL CORPORATION)
ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK NY 10019

WACHTELL, LIPTON, ROSEN & KATZ
(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")
ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT
51 WEST 52ND STREET
NEW YORK NY 10019

DENTONS US LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ
OSCAR PINKS ESQ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

CAPGEMINI NORTH AMERICA INC
ATTN: ISABELLE ROUX-CHENU
623 FIFTH AVE 33RD FLOOR
NEW YORK NY 10022

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK NY 10022

PAUL HASTINGS LLP
(COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE
UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE)
ATTN: LUC A DESPINS ESQ, ANDREW V TENZER ESQ
G. ALEXANDER BONGARTZ ESQ
75 EAST 55TH STREET 1ST FL
NEW YORK NY 10022

POLSINELLI PC
(PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: EDWARD FOX ESQ
900 THIRD AVE 21ST FL
NEW YORK NY 10022

SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK NY 10022

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK NY 10036

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ;
JOSHUA BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY
ONE BRYANT PARK, 47TH FLOOR
NEW YORK NY 10036

O'MELVENY & MYERS LLP
(COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC)
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK NY 10036

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK NY 10036

BRYAN CAVE LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

CHADBOURNE & PARKE LLP
(COUNSEL TO NEXTERA ENERGY RESOURCES, LLC)
ATTN: HOWARD SEIFE, DAVID M. LEMAY AND
CHRISTY RIVERA
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA, LLC)
ATTN: JONATHAN HOOK
30 ROCKEFELLER CENTER, 26TH FLOOR
NEW YORK NY 10112

WINSTON & STRAWN LLP
(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK NY 10166

KELLEY DRYE & WARREN LLP
(COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC
INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED
FACILITY BONDS)
ATTN: JAMES S. CARR, BENJAMINN D. FEDER &
GILBERT R. SAYDAH
101 PARK AVENUE
NEW YORK NY 10178

DEUTSCHE BANK
ATTN: MARCUS M. TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK NY 10005-2836

BINGHAM MCCUTCHEN LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP)
ATTN: JEFFREY S. SABIN ESQ
399 PARK AVENUE
NEW YORK NY 10022-4689

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.)
ATTN: JAY M. GOFFMAN
FOUR TIMES SQUARE
NEW YORK NY 10036-6522

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI
MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY
LINDSAY ZAHRADKA
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK NY 10036-6745

ROPES & GRAY LLP
MARK R. SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704

BRYAN CAVE LLP
ATTN: ROBERT E. PEDERSEN
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104-3300

SQUIRE SANDERS (US) LLP
(COUNSEL TO ARCELORMITTLA USA LLC)
ATTN: STEPHEN D. LERNER & ANDREW M. SIMON
221 E. FOURTH ST., SUITE 2900
CINCINNATI OH 45202

TRENT WIND FARM LP
ATTN: JAY JADWIN & LISA GROFF
TRENT WIND FARM
155 W. NATIONWIDE BLVD, SUITE 500
COLUMBUS OH 43215

AEP TEXAS NORTH COMPANY
ATTN: CHARLES R. PATTON
1 RIVERSIDE PLAZA
COLUMBUS OH 43215-2372

RYAN PARTNERSHIP (FORMERLY SOLUTIONSET)
ATTN: MARY PERRY
440 POLARIS PARKWAY
WESTERVILLE OH 43082

MICHAEL G. SMITH
(COUNSEL TO VALERO TEXAS POWER MARKETING, INC.)
111 NORTH 6TH STREET
PO BOX 846
CLINTON OK 73601

CROWE & DUNLEVY, PC
(COUNSEL TO DEVON ENERGY CORPORATION)
ATTN: JUDY HAMILTON MORSE
20 NORTH BROADWAY, SUITE 1800
OKLAHOMA CITY OK 73102

TAGGART GLOBAL LLC
ATTN: JOHN LUKE
C/O FORGE GROUP LTD
4000 TOWN CENTER BLVD., STE 300
CANONSBURG PA 15317

WESTINGHOUSE ELECTRIC CO LLC
ATTN: MIKE SWEENEY SR VP & GENERAL COUNSEL
LEGAL & CONTRACTS
1000 WESTINGHOUSE DRIVE, SUITE 572A
CRANBERRY TOWNSHIP PA 16066

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA PA 19103

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN
ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST)
INDENTURE TRUSTEES)
ATTN: AMY M. TONTI, ESQ.
REED SMITH CENTRE
225 FIFTH AVENUE, SUITE 1200
PITTSBURGH PA 15222

TUCKER ARENSBERG, P.C.
(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND
AFFILIATES AND SUBSIDIARIES)
ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ
1500 ONE PPG PLACE
PITTSBURGH PA 15222

ALCOA
ATTN: MAX W LAUN
201 ISABELLA STREET
PITTSBURGH PA 15219-5858

COHEN & GRIGSBY, P.C.
(COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC)
ATTN: WILLIAM E. KELLEHER, JR.
625 LIBERTY AVENUE
PITTSBURGH PA 15222-3152

COHEN & GRIGSBY, P.C.
(COUNSEL TO NOVA CHEMICALS INC.)
ATTN: THOMAS D. MAXSON
625 LIBERTY AVENUE
PITTSBURGH PA 15222-3152

NELSON MULLINS RILEY & SCARBOROUGH LLP
(COUNSEL TO MICHELIN NORTH AMERICA INC.)
ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN
1320 MAIN STREET, 17TH FLOOR
PO BOX 11070 (29211)
COLUMBIA SC 29201

AMECO INC
ATTN: DEAN SMITH
2106 ANDERSON ROAD
GREENVILLE SC 29611

SITEL LLC
ATTN: DAVID BECKMAN, CHIEF LEGAL OFFICER
3102 WEST END AVENUE, SUITE 900
NASHVILLE TN 37203

ASHER MEDIA INC
ATTN: KALYN ASHER
15303 DALLAS PARKWAY, SUITE 1300
ADDISON TX 75001

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO SOMERVELL COUNTY ET AL)
ATTN: ELIZABETH BANDA CALVO ESQ
PO BOX 13430
ARLINGTON TX 76094-0430

ANDREWS KURTH LLP
(COUNSEL TO TITUS COUNTY FRESH WATER
SUPPLY DISTRICT NO. 1)
ATTN: LINO MENDIOLA
111 CONGRESS AVENUE SUITE 1700
AUSTIN TX 78701

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN TX 78701

LOWER COLORADO RIVER AUTHORITY
ATTN: PHIL WILSON
TRANSMISSION SERVICES CORP
3700 LAKE AUSTIN BLVD.
AUSTIN TX 78703

STREUSAND, LANDON & OZBURN, LLP
(COUNSEL TO ALLEN SHRODE)
ATTN: SABRINA L. STREUSAND
811 BARTON SPRINGS RD, STE. 811
AUSTIN TX 78704

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO CAMERON ISD, THORNDALE ISD
BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD,
HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1)
ATTN: JOHN T BANKS ESQ
3301 NORTHLAND DR STE 505
AUSTIN TX 78731

RANGER EXCAVATING LP
ATTN: BRAD MCKENZIE - CONTROLLER
5222 THUNDER CREEK ROAD
AUSTIN TX 78759

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD,
ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY,
ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY)
ATTN: DIANE WADE SANDERS
P.O. BOX 17428
AUSTIN TX 78760

LOWER COLORADO RIVER AUTHORITY
LOWER COLORADO RIVER AUTHORITY TRANSMISSION
SERVICES CORPORATION (LCRA TSC)
LEGAL SERVICES
ATTN: WILLIAM T. MEDAILLE
PO BOX 220
AUSTIN TX 78767

TRAVIS COUNTY
ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY
PO BOX 1748
AUSTIN TX 78767

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: RUSSELL L MUNSCH ESQ
3050 FROST BANK TOWER
401 CONGRESS AVE
AUSTIN TX 78701-4071

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)
ATTN: HAL MORRIS & ASHLEY BARTRAM
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)
ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN TX 78711-2548

PIERCE CONSTRUCTION INC
ATTN: KENNETH PIERCE - OWNER
PO BOX 69
BECKVILLE TX 75631

J & S CONSTRUCTION LLC
ATTN: JEFF GRODEL
PO BOX 400
BUFFALO TX 75831

COURTNEY CONSTRUCTION INC
ATTN: KARLOS COURTNEY
2617 US HWY 79N
CARTHAGE TX 75633

NORTHEAST TEXAS POWER LTD
ATTN: DAVID PETTY, PRESIDENT
PO BOX 557
CUMBY TX 75433

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: JEFFREY R. FINE
1717 MAIN STREET, SUITE 4000
DALLAS TX 75201

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS TX 75201

JONES DAY
(COUNSEL TO ONCOR)
ATTN: PATRICIA VILLAREAL
2727 NORTH HARWOOD STREET
DALLAS TX 75201

JONES DAY
(COUNSEL TO ONCOR)
ATTN: MICHAEL L. DAVITT
2727 NORTH HARWOOD STREET
DALLAS TX 75201

COWLES & THOMPSON
(COUNSEL TO ATMOS ENERGY CORPORATION)
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN STREET, SUITE 3900
DALLAS TX 75202

JACKSON WALKER, LLP
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: MONICA S. BLACKER
901 MAIN STREET, SUITE 6000
DALLAS TX 75202

BAILEY BRAUER PLLC
(COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.)
ATTN: BENJAMIN L. STEWART
CAMPBELL CENTRE I
8350 N. CENTRAL EXPY, SUITE 935
DALLAS TX 75206

HYDROCARBON EXCHANGE CORP.
ATTN: R SCOTT HOPKINS
5910 N. CENTRAL EXPY.
STE 1380
DALLAS TX 75206

WEINSTEIN RADCLIFF LLP
(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC)
ATTN: GREGORY M. WEINSTEIN
6688 N. CENTRAL EXPRESSWAY, SUITE 675
DALLAS TX 75206

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FREEWAY, SUITE 1000
DALLAS TX 75207

LACKEY HERSHMAN, LLP
(COUNSEL TO THE RICHARDS GROUP INC)
ATTN: JAMIE R WELTON ESQ
3102 OAK LAWN AVE STE 777
DALLAS TX 75219

MCCATHERN, PLLC
(COUNSEL TO RED BALL OXYGEN COMPANY)
ATTN: JONATHAN L. HOWELL
REGENCY PLAZA
3710 RAWLINS, SUITE 1600
DALLAS TX 75219

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS
2001 ROSS AVE.
DALLAS TX 75201-2980

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS TX 75201-6659

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON STREET
FORT WORTH TX 76102

KELLY HART & HALLMAN LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH TX 76102

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP
(COUNSEL TO TARRANT REGIONAL WATER DISTRICT &
NORTH TEXAS MUNICIPAL WATER DISTRICT)
ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT
500 WEST 7TH STREET, SUITE 600
FORT WORTH TX 76102

MYERS HILL
(COUNSEL TO PROPERTY TAX PARTNERS)
ATTN: ROBERT J. MYERS
2525 RIDGMAR BLVD., STE. 150
FORT WORTH TX 76116

BNSF RAILWAY COMPANY
ATTN: JASON SPENCER
3001 LOU MENK DR
FORT WORTH TX 76131

BNSF RAILWAY COMPANY
C/O HAYNES & BOONE, LLP
ATTN: IAN T. PECK, ESQ.
201 MAIN STREET, SUITE 2200
FORT WORTH TX 76102-3126

HAYNES AND BOONE, LLP
(COUNSEL TO BNSF RAILWAY COMPNAY)
ATTN: IAN T. PECK
201 MAIN STREET, SUITE 2200
FORT WORTH TX 76102-3126

BNSF RAILWAY COMPANY
ATTN: PETER LEE, SENIOR GENERAL ATTORNEY
2500 LOU MENK DRIVE
FORT WORTH TX 76131-2828

FRISCO CONSTRUCTION SERVICES
ATTN: CLAY THOMAS
9550 JOHN W. ELLIOTT DRIVE, SUITE 106
FRISCO TX 75033

GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C.
(COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT &
CITY OF GARLAND)
ATTN: DUSTIN L. BANKS
1919 S. SHILOH ROAD, SUITE 310 LB 40
GARLAND TX 75042

CENTERPOINT ENERGY HOUSTON
ROBERT CLAUDE, ESQ., ASSOCIATE GENERAL COUNSEL
1111 LOUISIANA STREET
HOUSTON TX 77002

GARDERE WYNNE SEWELL LLP
(COUNSEL TO ROMCO EQUIPMENT CO.)
ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN
1000 LOUISIANA, STE. 3400
HOUSTON TX 77002

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS STREET, SUITE 7000
HOUSTON TX 77002

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: RAFAEL MARTINEZ, VP - CSM
601 TRAVIS STREET, 16TH FL
HOUSTON TX 77002

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: DENNIS ROEMLEIN
601 TRAVIS ST, 16TH FLOOR
HOUSTON TX 77002

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO GALENA PARK ISD)
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON TX 77008

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA, LLC)
ATTN: PATRICK L. HUGHES
1221 MCKINNEY ST STE 2100
HOUSTON TX 77010

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: COURTENEY F HARRIS, ESQ
14910 ALDINE WESTFIELD RD
HOUSTON TX 77032

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES)
ATTN: JOHN P DILLMAN ESQ
PO BOX 3064
HOUSTON TX 77253-3064

FLUOR GLOBAL SERVICES
ATTN: CARLOS M. HERNANDEZ
6700 LAS COLINAS BLVD
IRVING TX 75039

BENCHMARK INDUSTRIAL SERVICES
ATTN: MIKE WILCOX
2100 STATE HIGHWAY 31 E
KILGORE TX 75662

BENCHMARK INDUSTRIAL SERVICES
ATTN: MIKE WILCOX
PO BOX 931
KILGORE TX 75663

WARFAB
ATTN: CALVIN GRACE - PRESIDENT & CEO
607 FISHER RD
LONGVIEW TX 75604

SEARCY & SEARCY, P.C.
(COUNSEL TO D.COURTNEY CONSTRUCTION, INC.)
ATTN: JOSHUA R. SEARCY, JOSHUA P. SEARCY &
CALLAN CLARK SEARCY
PO BOX 3929
LONGVIEW TX 75606

MERICO ABATEMENT CONTRACTORS INC
ATTN: ATTN: MIKE CROFFLAND - GENERAL MANAGER
201 ESTES DR
LONGVIEW TX 75602-6100

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN
TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS;
NATURAL GAS PIPELINE COMPANY OF AMERICA; EL PASO
NATURAL GAS)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA TX 77868

BLUME  FAULKNER  SKEEN & NORTHAM PLLC
(COUNSEL TO NATIONAL FIELD SERVICES)
ATTN: BRETTON C. GERARD
111 W. SPRING VALLEY ROAD, SUITE 250
RICHARDSON TX 75081

MINE SERVICE LTD
ATTN: KEITH DEBAULT
855 E US HIGHWAY 79
ROCKDALE TX 76567

MCCREARY, VESELKA, BRAGG & ALLEN, PC
(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK TX 78680

JACKSON WALKER, LLP
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: J. SCOTT ROSE
WESTON CENTRE
112 E. PECAN STREET, SUITE 2400
SAN ANTONIO TX 78205

HOLT TEXAS LTD, D/B/A HOLT CAT
ATTN: MICHAEL PURYEAR, ESQ., GENERAL COUNSEL
3302 SOUTH W.W. WHITE RD
SAN ANTONIO TX 78222

SHAW MAINTENANCE (CB&I)
ATTN: RICHARD E. CHANDLER, JR.
C/O CB&I - ONE CB&I PLAZA
2103 RESEARCH FOREST DRIVE
THE WOODLANDS TX 77380

TRENT WIND FARM L.P.
ATTN: CHRISTINE MCGARVEY
TRENT WIND FARM
1423 CR 131
TRENT TX 79561

SHEEHY, LOVELACE & MAYFIELD, PC
(COUNSEL TO CENTRAL TEXAS SECURITY & FIRE
EQUIPMENT, INC.)
ATTN: STEVEN M. BURTON
510 N. VALLEY MILLS DR., SUITE 500
WACO TX 76710

NAMAN HOWELL SMITH & LEE PLLC
(COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC)
ATTN: KERRY L HALIBURTON ESQ
PO BOX 1470
WACO TX 76703-1470

PERDUE BRANDON FIELDER COLLINS & MOTT LP
(COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM
HOSPITAL DISTRICT & NORTH CENTRAL TEXAS
COLLEGE DISTRICT)
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS TX 76307

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN UT 84201

SNELL & WILMER LLP
(COUNSEL TO HEADWATERS RESOURCES, INC.)
ATTN: DAVID E. LETA
15 WEST SOUTH TEMPLE, SUITE 1200
SALT LAKE CITY UT 84101

TPUSA
ATTN: JOHN WARREN MAY
1991 SOUTH 4650 WEST
SALT LAKE CITY UT 84104

HEADWATERS RESOURCES INC
ATTN: HARLAN M. HATFIELD
10701 S RIVER FRONT PARKWAY
SUITE 300
SOUTH JORDAN UT 84095

WEYERHAEUSER CO.
ATTN: ALEXIS MCDONALD
PO BOX 9777
FEDERAL WAY WA 98063

RIDDELL WILLIAMS P.S.
(COUNSEL TO MICROSOFT CORPORATION & MICROSOFT
LICENSING, GP)
ATTN: JOSEPH E. SHICKICH, JR. & HILARY B. MOHR
1001 - 4TH AVENUE, SUITE 4500
SEATTLE WA 98154