IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP. et. al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: TBD**<br>) **Objection Deadline: TBD**<br>)<br>) Re: D.I. No. 1676 |

## MOTION OF EFH NOTES INDENTURE TRUSTEE FOR LEAVE TO FILE LATE REPLY IN SUPPORT OF MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENERGY FUTURE HOLDINGS CORP.

American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "Indenture Trustee") under the Indentures (as described on Schedule 1 to D.I. No. 1676),[2] by and through its undersigned counsel, respectfully submits this motion (the "Motion for Leave") for leave to file a reply or replies pursuant to the Local Rules of Bankruptcy Practice and Procedure of the United States District Court for the District of Delaware after the deadline set forth in Local Rule 9006-1(d) in response to any objections, and in support of its motion for entry of order requiring the appointment of an official committee of unsecured creditors (the "EFH Committee Motion") [D.I. No. 1676] for the debtor Energy Future Holdings Corp. ("EFH") pursuant to 11 U.S.C. §§

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.v

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions* [D.I. 98.]

1

1102(a)(1) and 105. In support of this Motion for Leave, the Indenture Trustee respectfully represents as follows:

1.  On July 23, 2014, the Indenture Trustee filed the EFH Committee Motion. [D.I. No. 1676] Pursuant to Bankr. LR 9006-1(c), the Indenture Trustee set 4:00 p.m. EDT on August 6, 2014 as the deadline for parties to respond to the EFH Committee Motion. Likewise, the Indenture Trustee set August 13, 2014 at 9:30 a.m. EDT as the hearing date for consideration of the EFH Committee Motion. Pursuant to Bankr. LR 9006-1(d), the deadline for the Indenture Trustee to file a reply or replies, if any, in response to any objection, and in support of the EFH Committee Motion is August 8, 2014 at 4:00 p.m. EDT.

2.  Thereafter, the Office of the United States Trustee, counsel for Fidelity Management and Research Company ("Fidelity"), and counsel for the Debtors sought extensions of time to review and respond to the EFH Committee Motion. In order to avoid undue litigation, and in an attempt to resolve issues arising from the EFH Committee Motion, and in accordance with Bankr. LR 9006-1(c)(ii), the Indenture Trustee agreed to extend the deadline for the Office of the United States Trustee to respond to the EFH Committee Motion to August 7, 2014. Further, the Indenture Trustee granted the Debtors and Fidelity until August 8, 2014 at 4:00 p.m. to respond to EFH Committee Motion. Both the Debtors and Fidelity have consented and agreed that the Indenture Trustee may, subject to approval of this Court, file replies in response to any objection, and in support of the EFH Committee Motion, on or before Monday, August 11, 2014 at 11:00 a.m. EDT.

### RELIEF REQUESTED

3.  The Indenture Trustee respectfully requests leave to file and serve replies, if necessary, in response to any objections to, and in support of the EFH Committee Motion, on or

2

before August 11, 2014 at 11:00 a.m. EDT. In attempting to resolve issues arising from the EFH Committee Motion, in the interest of preventing undue litigation and expense, and in accordance with the Local Rules, the Indenture Trustee granted certain parties extensions of time to file objections. The Indenture Trustee hopes these extensions will be fruitful in resolving any objections to the EFH Committee Motion. If issues are not resolved, however, and parties granted extensions file objections, the Indenture Trustee respectfully submits that replies in response to objections, and in support of the EFH Committee Motion, will be helpful to resolving any issues and streamlining argument for consideration of the Court at the hearing scheduled for August 13, 2014.

## NO PRIOR REQUEST

4. No prior request for the relief sought herein has been made by the Indenture Trustee.

## NOTICE

5. Notice of this Motion is being provided to: (a) counsel to the Debtors; (b) the Office of the United States Trustee for the District of Delaware; (c) and counsel to Fidelity. In light of the nature of the relief requested herein, the Indenture Trustee submits that no other or further notice is necessary.

## CONCLUSION

WHEREFORE, the Indenture Trustee respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit A: (i) granting the Indenture Trustee leave to file replies in support of the EFH Committee Motion on or before August 11, 2014 at 11:00 a.m. EDT, and (ii) granting such other and further relief as it deems just and proper.

3

Dated: Wilmington, Delaware
August 7, 2014

**CROSS & SIMON, LLC**

By: _____
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin (*admitted pro hac vice*)
Richard C. Pedone (*admitted pro hac vice*)
Erik Schneider (*admitted pro hac vice*)
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

*Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*