**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on August 7, 2014, I caused a true and correct copy of the *Motion of EFH Indenture Trustee for Leave to File Late Reply In Support of Motion for Appointment of an Official Committee of Unsecured Creditors for Energy Future Holdings Corp.* to be served on the parties listed on the attached service list via CM/ECF and as otherwise indicated.

                                                    Christopher P. Simon (No. 3697)

## Service List

**VIA FIRST CLASS MAIL**
Richard M. Cieri, Esq.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Brad Eric Scheler
Gary L. Kaplan
Matthew M. Roose
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

**VIA FIRST CLASS MAIL**
James H.M. Sprayregen, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

**VIA HAND DELIVERY**
Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801