# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP. *et. al.*,[1] | ) ) (Jointly Administered) ) |
| Debtors. | ) **Hearing Date: TBD** ) **Objection Deadline: TBD** ) ) Re: D.I. No. *1767* |

## ORDER GANTING EFH NOTES INDENTURE TRUSTEE LEAVE TO FILE LATE REPLY IN SUPPORT OF MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENERGY FUTURE HOLDINGS CORP.

UPON CONSIDERATION of the motion of American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "Indenture Trustee") for leave to file a reply or replies pursuant to the Local Rules of Bankruptcy Practice and Procedure of the United States District Court for the District of Delaware after the deadline set forth in Local Rule 9006-1(d) in response to any objections, and in support of its motion for entry of order requiring the appointment of an official committee of unsecured creditors (the "EFH Committee Motion") [D.I. No. 1676] for the debtor Energy Future Holdings Corp. ("EFH") pursuant to 11 U.S.C. §§ 1102(a)(1) and 105,

IT IS HEREBY ORDREED THAT:

1. The Motion for Leave is GRANTED as set forth herein.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.v

1

2. The Indenture Trustee is granted leave to file and serve replies (the "<u>Replies</u>") in response to any objection to, and in support of the EFH Committee Motion by August 11, 2014 at 11:00 a.m.

3. The Court may consider the Replies.

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY COURT

August 7, 2014