IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' MOTION FOR LEAVE TO FILE AND SERVE A LATE
REPLY IN RESPONSE TO ANY OBJECTION OF A GROUP OF PURPORTED
ASBESTOS CLAIMANTS REPRESENTED BY MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP TO THE "MOTION OF ENERGY FUTURE HOLDINGS
CORP., *ET AL.*, FOR ENTRY OF AN ORDER (A) SETTING BAR DATES FOR
FILING NON-CUSTOMER PROOFS OF CLAIM AND REQUESTS FOR PAYMENT
UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, (B) APPROVING
THE FORM OF AND MANNER FOR FILING NON-CUSTOMER PROOFS OF
CLAIM AND REQUESTS FOR PAYMENT UNDER SECTION 503(b)(9) OF THE
BANKRUPTCY CODE, AND (C) APPROVING NOTICE THEREOF" [D.I. 1682]**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby file this motion for leave (the "**Motion for Leave**"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), to file and serve a reply (the "**Reply**"), beyond the deadline set forth in Local Rule 9006-1(d), in response to any objection (the "**Objections**") that might be filed by a group of purported asbestos claimants represented by Montgomery, McCracken, Walker & Rhoads, LLP (the "**Asbestos Claimants**") to the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof,* dated July 23, 2014 [D.I. 1682] (the "**Bar Date Motion**"). In support of this Motion for Leave, the Debtors respectfully represent as follows:

## JURISDICTION

1.  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.[2]

## BACKGROUND

2.  On July 23, 2014, the Debtors filed the Bar Date Motion. Pursuant to the Bar Date Motion, the Debtors are seeking entry of an order of this Court (a) setting October 27, 2014 as the bar date for filing proofs of claim and requests for payment under 11 U.S.C. § 503(b)(9) to the extent they have not already been established by the *Interim Order Authorizing the Debtors to (A) Maintain and Administer Customer Programs and Customer Agreements, (B) Honor Prepetition Obligations Related Thereto, (C) Pay Certain Expenses on Behalf of Certain Organizations, (D) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (E) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of the Customer Agreements and the Bar Date for Customer Claims* [D.I. 307]; (b) establishing the bar date for the filing of proofs of claim by claimants affected by any amendments to the Debtors' Schedules (as defined in the Bar Date Motion) (the "**Amended Schedules Bar Date**" and, together with the General Bar Date (as defined in the Bar Date Motion), the "**Bar Dates**"); (c) approving the

---

[2] Pursuant to Local Rule 9013-1(f), the Debtors hereby confirm their consent to the entry of a final order by this Court in connection with this Motion for Leave if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

form of and manner for filing proofs of claim and section 503(b)(9) requests for payment; and (d) approving the form of notice for the Bar Dates.

3. Among other matters, the Bar Date Motion is scheduled to be heard at the hearing scheduled to take place before the Court on August 13, 2014 starting at 9:30 a.m. (Eastern Daylight Time) (the "**Hearing**"). Pursuant to the Notice of Motion filed and served contemporaneously with the Bar Date Motion, the deadline for parties to file responses or objections to the relief requested in the Bar Date Motion was 4:00 p.m. (Eastern Daylight Time) on August 6, 2014 (the "**Objection Deadline**").

4. The Debtors, however, agreed to extend the Objection Deadline for the Asbestos Claimants to August 8, 2014 at 6:00 p.m. (Eastern Daylight Time). Pursuant to Local Rule 9006-1(d), the Debtors' deadline for filing a reply to any Objections is 4:00 p.m. (Eastern Daylight Time) on August 8, 2014 (*i.e.*, the same date and two hours before the Asbestos Claimants' extended deadline to file an objection to the Bar Date Motion). By this Motion for Leave, the Debtors seek permission to file and serve the Reply after the deadline afforded under Local Rule 9006-1(d).

## RELIEF REQUESTED

5. By this Motion for Leave, the Debtors seek authority, pursuant to Local Rule 9006-1(d), to file and serve the Reply on or before 4:00 p.m. (Eastern Daylight Time) on August 11, 2014.[3]

## BASIS FOR RELIEF

6. Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." See Del. Bankr. L.R. 9006-1(d).

---

[3] Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply, rather than a deadline for *filing* a reply, the Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

7. The agenda for the Hearing (currently set for August 13, 2014 at 9:30 a.m. (Eastern Daylight Time)) is due to be filed with the Court by 12:00 p.m. (noon) (Eastern Daylight Time) on August 11, 2014. As noted above, Local Rule 9006-1(d) therefore requires that the Debtors file any reply with the Court on or before 4:00 p.m. (Eastern Daylight Time) on August 8, 2014. However, the Debtors' extension of the Objection Deadline for the Asbestos Claimants does not permit them to file a reply to any objection that may be filed by the Asbestos Claimants within the time frame provided by Local Rule 9006-1(d). Accordingly, absent leave of Court, the Debtors would be unable to file and serve the Reply in full compliance with Local Rule 9006-1(d).

8. The Debtors submit, however, that the Court should grant an extension of the time in which to file the Reply under Local Rule 9006-1(d). As a result of the extension of the Objection Deadline for the Asbestos Claimants, absent leave of Court, the Debtors would be precluded from filing a reply to any objection that the Asbestos Claimants might file in response to the Bar Date Motion. At the same time, the Debtors respectfully submit that the Reply will assist the Court in its consideration of the issues raised in any objection that might be filed by the Asbestos Claimants. Absent leave of Court to file the Reply, the Debtors will have submitted no written response to any objection that the Asbestos Claimants might file, putting the Court in the difficult position of hearing the Debtors' reply arguments for the first time at the Hearing. In contrast, the Debtors believe that the Reply will (i) fully inform the Court of the Debtors' arguments regarding the issues presented in any objection that the Asbestos Claimants might file; (ii) assist the Court in deciding the merits of any objection that the Asbestos Claimants might file and is otherwise necessary to the consideration of the Bar Date Motion; and (iii) otherwise help narrow the issues addressed in any objection that the Asbestos Claimants might file, thereby serving to streamline the Hearing.

**CONSENT TO RELIEF**

9. Proposed counsel to the Debtors conferred with counsel to the Asbestos Claimants

concerning the relief requested in the Motion for Leave prior to its filing, and are informed that counsel to the Asbestos Claimants consent to the extension of the Debtors' deadline to file the Reply as requested in this Motion for Leave.

WHEREFORE the Debtors respectfully request that the Court enter an order, substantially in the form attached as **Exhibit A,** authorizing the Debtors to file and serve the Reply on or before August 11, 2014 at 4:00 p.m. (Eastern Daylight Time).

Dated: August 8, 2014
       Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  richard.cieri@kirkland.com
      edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:             james.sprayregen@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession