# **EXHIBIT A**

**Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**ORDER GRANTING LEAVE TO LEAVE TO FILE AND SERVE A LATE
REPLY IN RESPONSE TO ANY OBJECTION OF A GROUP OF PURPORTED
ASBESTOS CLAIMANTS REPRESENTED BY MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP TO "MOTION OF ENERGY FUTURE HOLDINGS
CORP., *ET AL.*, FOR ENTRY OF AN ORDER (A) SETTING BAR DATES FOR
FILING NON-CUSTOMER PROOFS OF CLAIM AND REQUESTS FOR PAYMENT
UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, (B) APPROVING
THE FORM OF AND MANNER FOR FILING NON-CUSTOMER PROOFS OF
CLAIM AND REQUESTS FOR PAYMENT UNDER SECTION 503(b)(9) OF THE
BANKRUPTCY CODE, AND (C) APPROVING NOTICE THEREOF" [D.I. 1682]**

Upon consideration of the motion for leave, dated August 8, 2014 (the "**Motion for Leave**"),[2] seeking entry of an order, pursuant to Local Rule 9006-1(d), authorizing the Debtors to file and serve the Reply; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED that the Debtors are granted leave to file and serve the Reply by August 11, 2014 at 4:00 p.m. (Eastern Daylight Time); and it is further

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

RLF1 10655950v.1

ORDERED that the Court will consider the Reply.

Dated: August _____, 2014
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE