**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | Re: Docket Nos. 6; 226; 1719; 1759; 1761; and 1784 |
| | ) | |

**JOINDER OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO THE OMNBIBUS REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO OBJECTIONS TO THE ENTRY OF PROPOSED DISCOVERY PROTOCOL**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, hereby joins in the *Omnibus Reply of The Official Committee of Unsecured Creditors to Objections to Entry of Proposed Discovery Protocol* (the "Committee's Omnibus Reply") [Docket No. 1784]. In support of this Joinder, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully represents as follows:

**JOINDER**

The Ad Hoc Group of TCEH Unsecured Noteholders agrees that the proposed Discovery Protocol[2] is the most efficient and effective approach for organizing and administering the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

ACTIVE 26605812v1 08/08/2014

process for obtaining the Legacy Discovery in the above-captioned chapter 11 cases. For the reasons set forth in the Committee's Omnibus Reply, the Objections of the Ad Hoc Committee of TCEH First Lien Creditors and the EFH Equity Owners are without merit. The Ad Hoc Group of TCEH Unsecured Noteholders, accordingly, join in the Committee's request that the Court overrule the Objections and enter the Discovery Protocol as proposed so that the parties can commence the discovery process in an orderly and efficient manner.

## CONCLUSION

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders joins in Committee's Omnibus Reply and respectfully requests that the Court overrule the Objections, approve the Discovery Protocol as proposed, and grant such further relief the Court deems just and proper.

Dated:  August 8, 2014
        Wilmington, Delaware

FOX ROTHSCHILD LLP

By:  */s/ Jeffrey M. Schlerf*
     Jeffrey M. Schlerf (No. 3047)
     John H. Strock (No. 4965)
     L. John Bird (No. 5310)
     919 North Market St., Suite 300
     Wilmington, DE 19801
     Telephone: (302) 654-7444
     Facsimile: (302) 463-4971
     jschlerf@foxrothschild.com
     jstrock@foxrothschild.com
     lbird@foxrothschild.com

     and

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Committee's Omnibus Reply or the proposed Discovery Protocol, as applicable.

ACTIVE 26605812v1 08/08/2014

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*