## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of August, 2014, I caused a copy of the foregoing **Joinder of the Legacy SERP Retiree Group in the Motion of Energy Future Holdings Corp., *et al.* for Entry of an Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit Programs** to be served in the manner indicated on the following parties.

**BY HAND DELIVERY**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
William A. Romanowicz, Esq.
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801

Richard L. Schepacarter, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

**BY TELEFAX AND FIRST CLASS MAIL**

Richard M. Cieri, Esq.
Edward O. Sassover, Esq.
Stephen E. Hessler, Esq.
Brian E. Shartz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022-4611

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Charles L. Kerr, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019

James H.M. Sprayregen, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

_____
Jeffrey C. Wisler (#2795)

#05119942