IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Energy Future Holdings, Inc., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Related Documents: 1676 and 1773 |
| | ) Hearing Date: August 13, 2014 at 9:30 a.m. |

**JOINDER OF CERTAIN FUNDS AND ACCOUNTS ADVISED OR SUB-ADVISED BY FIDELITY MANAGEMENT & RESEARCH COMPANY OR ITS AFFILIATES TO THE DEBTORS' OBJECTION TO THE MOTION OF EFH NOTES INDENTURE TRUSTEE PURSUANT TO 11 U.S.C. §§ 1102(A)(1) AND 105 FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENERGY FUTURE HOLDINGS CORP.**

Certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates (collectively, "Fidelity") file this Joinder to the objection (the "Objection") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") to the Motion of EFH Notes Indenture Trustee Pursuant to 11 U.S.C. §§ 1102(A)(1) and 105 for Appointment of an Official Committee of Unsecured Creditors for Energy Future Holdings Corp. (the "Motion").[2] In support of the Joinder, Fidelity respectfully states as follows:

**JOINDER**

Fidelity joins in and adopts the arguments set forth by the Debtors in the Objection to the Motion.

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://ww.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

The appointment of an EFH Committee is not necessary given that the interests of unsecured creditors of EFH are adequately represented in the Debtors' chapter 11 cases. Specifically, Fidelity holds approximately 72% in aggregate principal amount of the unsecured notes issued by EFH (the "EFH Unsecured Notes")[3] and is represented by counsel and a financial advisor in the Debtors' chapter 11 cases. In addition, other entities holding approximately 13% of the EFH Unsecured Notes are also represented by counsel and have been actively participating in the chapter 11 cases.[4]

Given that the holders of nearly 90% of the EFH Unsecured Notes (which are the principal claims against EFH) are represented by advisors and have been actively participating in the chapter 11 cases, there is no need for the appointment of an EFH Committee. Creating such a committee would simply add significant unnecessary cost and expense in these chapter 11 cases.

## CONCLUSION

For the reasons set forth above and in the Objection, Fidelity respectfully requests that this Court deny the Motion and grant such other relief as is just and proper.

---

[3] The EFH Unsecured Notes include the following: (i) the 5.55% notes originally due November 15, 2014; (ii) the 6.50% notes originally due November 15, 2024; (iii) the 6.55% notes originally due November 15, 2034; (iv) the 10.00% unexchanged notes originally due January 2020; and (v) the 9.75% unexchanged notes originally due October 2019.

[4] See Rule 2019 Statement of Kasowitz, Benson, Torres & Friedman and The Hogan Firm Filed by Ad Hoc Group of EFH Legacy Noteholders [D.I. 1108] and Rule 2019 Statement of Kasowitz, Benson, Torres & Friedman and The Hogan Firm Filed by Caxton Associates LP [D.I. 1109].

Dated: August 8, 2014  
       Wilmington, Delaware

CROSS & SIMON, LLC

_____
Michael J. Joyce (No. 4563)  
Cross & Simon, LLC  
913 N. Market Street, 11th Floor  
P.O. Box 1380  
Wilmington, Delaware 19899-1380  
Telephone: (302) 777-4200  
Facsimile: (302) 777-4224  
E-mail: mjoyce@crosslaw.com

      -and-

Brad Eric Scheler  
Gary L. Kaplan  
Matthew M. Roose  
Fried, Frank, Harris, Shriver & Jacobson LLP  
One New York Plaza  
New York, New York 10004  
Telephone: (212) 859-8000  
Facsimile: (212) 859-4000  
Email: brad.eric.scheler@friedfrank.com  
      gary.kaplan@friedfrank.com  
      matthew.roose@friedfrank.com

*Counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates*