# EXHIBIT B

## Summary of Insider Compensation Programs

| Program Name | Program Description | Number of Participants | Performance Metrics | Prepetition Amounts Sought to be Paid by the Debtors | Potential Remainder of 2014 Cost |
|---|---|---|---|---|---|
| 2014 Executive Annual Incentive Plan[1] | Incentive program for senior employees with target payments for participants based on achievement of certain performance metrics | 26 employees | Company and individual performance metrics<br><br>See Filsinger Declaration at Table 1-4. | $0 | $7.93 million (at target)[2] |
| 2014 Key Leader Performance Program | Incentive program with target payments based on the achievement of certain performance metrics over quarterly period | 19 employees | Company and individual performance metrics<br><br>See Filsinger Declaration at Table 1-4. | $0 | $2.56 million (at target) |
| 2014 Luminant Commercial Incentive Plan | Incentive program based on the aggregate incremental value that Luminant achieves on all commercial trading transactions for that year | One employee | Payments contingent on achievement of incremental value by Luminant on commercial trading transactions | $0 | ▆▆▆▆ (2013 actual cost) |
| SPC Long-Term Incentive Plan[3] | Incentive program for SPC members with target payments for participants based on achievement of certain performance metrics over multi-year periods | Two employees[4] | Company and individual performance metrics<br><br>See Filsinger Declaration at Table 1-4. | ▆▆▆▆ | ▆▆▆▆ (inclusive of ▆▆ of prepetition amounts) |

---

[1]  The Debtors also seek approval of the Annual Incentive Plan for a single employee who may be an insider because the employee is married to a member of senior management  The employee is included in the Executive Annual Incentive Plan numbers, but participates only in the Annual Incentive Plan  Those two plans have basically identical terms, and the amounts for the Executive Annual Incentive Plan set forth in this table include the employee's potential AIP award

[2]  If the Debtors satisfy the "superior" targets under each applicable metric contained in the EAIP (i.e., the highest possible targets), the maximum amount payable under the 2014 Executive Annual Incentive Plan would be $15,861,322

[3]  Amounts not funded by letters of credit

[4]  There are two participants in the SPC LTIP with potential payments that are not funded by letters of credit  Including those two participants, there are seven total participants in the SPC LTIP