**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF TODD W. FILSINGER IN SUPPORT OF
MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN
ORDER AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN PREPETITION
AMOUNTS ON ACCOUNT OF THE INSIDER COMPENSATION PROGRAMS AND
(B) CONTINUE THE INSIDER COMPENSATION PROGRAMS IN THE ORDINARY
COURSE OF BUSINESS ON A POSTPETITION BASIS**

I, Todd W. Filsinger, declare as follows:

1. I am a Senior Managing Director of Filsinger Energy Partners, an energy advisory firm that provides high-level strategy, economic and market evaluation, corporate budget development, compensation program design, gross margin forecasting, power and fuel price forecasting, risk management, independent engineering, expert testimony, and complete interim management solutions to energy, industrial, and manufacturing companies and their stakeholders.

2. I developed the attached declaration in connection with the Debtors' *Motion of Energy Future Holdings Corp., et al., for Entry of AN Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on account of the Insider Compensation*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

KE 31384885.2

*Programs and (B) Continue the Insider Compensation Programs In The Ordinary Course of Business On a Postpetition Basis.*

3. I have reviewed documents made available to me by counsel of record for the Debtors in this Action, and performed other investigations in order to determine the facts and circumstances in my declaration. This declaration are based on personal knowledge and a review of relevant documents and, if called as a witness, I could and would testify competently thereto.

4. My declaration contains detailed information about the Debtors' confidential internal business strategy and budgeting thresholds as well as nonpublic details of employee compensation. For example, the section of my report assessing the metrics that trigger bonuses under the Incentive Compensation Plans draws directly upon reports provided to me by the Debtors analyzing Luminant and TXU Energy's projected performance compared to their competitors. Other sections incorporate information about the Debtors' long-range planning, business risks, proprietary customer pricing and margins, and other performance challenges. I was advised by the Debtors that given their strong interest in keeping this information from public disclosure, I was to keep confidential the documents provided to me for use in the preparation of my report. Based on my experience in the industry, I believe that the public disclosure of the information in my attached declaration has the potential to competitively harm the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 8, 2014

_____
Todd W. Filsinger
Senior Managing Director
Filsinger Energy Partners

**<u>Attachment</u>**

# REDACTED