# EXHIBIT 2



U.S. Department of Justice

Office of the United States Trustee

*District of Delaware*

844 King Street, Suite 2207    (302) 573-6491
Wilmington, DE  19801    fax (302) 573-6497

July 30, 2014

**VIA REGULAR MAIL AND EMAIL**
Richard Pedone, Esquire
Nixon Peabody, LLP
100 Sumer Street
Boston, MA 02110

    Re:    In re Energy Future Holdings Corp. – Lead Case No. 14-10979(CSS)

Dear Mr. Pedone:

    Thank you for your interest in the above-referenced matter.

    After consideration of your July 17, 2014 letter and July 23, 2014 Motion, on behalf of American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A., ("Indenture Trustee Motion"), seeking the appointment an official committee of unsecured creditors for Energy Future Holdings Corporation, the U. S. Trustee has decided to solicit further for such a committee.

    In order to facilitate the U. S. Trustee's solicitation, kindly provide us with a list, along with addresses and contact information, of the beneficial holders and/or owners of the EFH Unsecured Legacy Notes, the EFH Unexchanged Notes and the EFH LBO Notes, excluding any insiders. To the extent that you do not have and cannot obtain a comprehensive list, please provide whatever information you do have, so as to facilitate the appointment of such a committee that is representative of the interest of the various unsecured creditors of EFH.

    We also request that you adjourn or continue the Indenture Trustee's Motion to the September 16, 2014 omnibus hearing in light of the U. S. Trustee's further solicitation for an EFH committee. Thank you for your anticipated cooperation. Please call me with any questions you may have.

Very truly yours,

Richard L. Schepacarter
Trial Attorney