# EXHIBIT 4



**NIXON PEABODY**

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

**Richard C. Pedone**
T 617-345-1305
rpedone@nixonpeabody.com

100 Summer Street
Boston, MA 02110-2131
617-345-1000

August 3, 2014

*FEDERAL EXPRESS AND ELECTRONIC MAIL*

Roberta A. DeAngelis
United States Trustee
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Attention: Andrea B. Schwartz, Trial Attorney
  Richard L. Schepacarter, Trial Attorney

**RE: In re Energy Future Holdings Corp. Case No 14-10979 (CSS) - Official Committee of Unsecured Creditors**

Dear Andrea and Richard:

Thank you for your letter dated July 30, 2014, indicating that the Office of the United States Trustee is conducting a solicitation for creditors so that it can evaluate the formation of a committee for Energy Future Holdings Corporation. Your continued consideration of our request is greatly appreciated.

We are aware of the following individuals or entities that are beneficial holders under the issuance(s) indicated below:

| Name | Holding | Contact Information |
|------|---------|---------------------|
| ■■■■■ | EFH Un-Exchanged Notes | ■■■■■ |

15081970.1

Andrea B. Schwartz
Richard L. Schepacarter
August 3, 2014
Page 2

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

| **Name** | **Holding** | **Contact Information** |
|---|---|---|
| ▮ | EFH Un-Exchanged Notes | ▮ |
| Contrarian Capital Management LLC | EFH Legacy Notes | 411 W. Putnam Avenue<br>Suite 425<br>Stamford, CT 06830<br>Attn: Jonathan Neiss |
| Deutsche Investments Management Americas Inc. | EFH Legacy Notes | 345 Park Avenue<br>New York, NY 10154<br>Attn: Shameen R Kathiwalla<br>Saurav-N Sen |
| Caxton Associates LP | EFH Legacy Notes | 500 Park Avenue, 10th Floor<br>New York, NY 1022<br>Attn: Anna Stavreska,<br>Ajay Mehra |
| Fidelity Investments | One or more issuances of the EFH Notes | 82 Devonshire Street<br>Boston, MA 02109<br>Attn: Nate Van Duzer |

As we discussed in our recent conversations prior to your letter dated July 30, 2014, the registered Holder of each of the notes is DTC or its nominee. We have not yet sought to identify additional beneficial holders.

We hereby request that the Office of United States Trustee file a notice of the solicitation that it may be undertaking on the Court Docket so that the widest possible audience will be made aware of the process that the Office of United States Trustee is undertaking. In addition, if such a notice is filed we plan on sending a notice of such filing to all beneficial holders, through DTC.

Sincerely,

/s/ Richard C. Pedone

Richard C. Pedone

15081970.1