## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on August 11, 2014, I caused a true and correct copy of the *Reply in Support of Motion of EFH Notes Indenture Trustee Pursuant to 11 U.S.C. §§ 1102(a)(1) and 105 for Appointment of an Official Committee of Unsecured Creditors for Energy Future Holdings Corp.* to be served on all parties registered to receive CM/ECF notice in the case captioned, *Energy Future Holdings Corp., et al.* (Case No. 14-10979 (CSS)) and the parties listed on the attached service list via CM/ECF and as otherwise indicated.

                                                                                         Christopher P. Simon (No. 3697)

## Service List

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Richard M. Cieri, Esq.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com

**VIA ELECTRONIC MAIL**
**& HAND DELIVERY**
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
Brad Eric Scheler
Gary L. Kaplan
Matthew M. Roose
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
brad.scheler@friedfrank.com
gary.kaplan@friedfrank.com
matthew.roose@friedfrank.com

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
James H.M. Sprayregen, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

**VIA ELECTRONIC MAIL**
**& HAND DELIVERY**
Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov