IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: **D.I. 1683, 1684** |

**CERTIFICATION OF COUNSEL CONCERNING
FIRST ORDER EXTENDING THE DEBTORS' EXCLUSIVE
PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES
THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

The undersigned hereby certifies as follows:

1. On July 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* [D.I. 1683] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code"*, filed and served

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

contemporaneously with the Motion, objections or responses to the relief requested in the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on August 6, 2014 (the "Objection Deadline"), and a hearing to consider the relief requested in the Motion is currently scheduled to take place on August 13, 2014 at 9:30 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, the U.S. Trustee, the Creditors' Committee, the Ad Hoc TCEH Unsecured Group, and Wilmington Savings Fund Society, FSB, successor trustee for the TCEH second lien notes (the "Ad Hoc TCEH Second Lien Group") provided informal comments to the Motion (the "Informal Responses") and the indenture trustee for the 10% senior secured notes due 2020, issued by Energy Future Intermediate Holdings LLC ("EFIH") and EFIH Finance, Inc. (the "EFIH First Lien Trustee") filed a limited objection to the Motion (the "Limited Objection"). Other than the Informal Responses and the Limited Objection, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

4. Based on various communications by and between the Debtors, the U.S. Trustee, the Creditors' Committee, the Ad Hoc TCEH Unsecured Group, the Ad Hoc TCEH Second Lien Group, and the EFIH First Lien Trustee, the Debtors have adjourned the relief requested in the Motion to the hearing scheduled for September 16, 2014 at 11:00 a.m. (Eastern Daylight Time), except with respect to a limited extension of the Exclusivity Periods (such limited relief, the "Limited Relief"). To that end, the Debtors prepared a bridge order (the "Bridge Order") in connection with the Limited Relief, which resolves the Informal Responses as they relate to the Limited Relief. A copy of the Bridge Order is attached hereto as Exhibit A. The Bridge Order has been circulated to, and is acceptable to, the U.S. Trustee, the Creditors' Committee, the Ad

Hoc TCEH Unsecured Group, the Ad Hoc TCEH Second Lien Group, and the EFIH First Lien Trustee.

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Bridge Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated:  August 11, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            richard.cieri@kirkland.com
                     edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession