# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 1683, 1684** |

## BRIDGE ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (the "Final Order") extending the periods during which the Debtors have the exclusive right to file a chapter 11 plan and solicit votes thereon, all as more fully set forth in the Motion; and the Debtors, the U.S. Trustee, the Creditors Committee, the Ad Hoc TCEH Unsecured Group, Wilmington Savings Fund Society, FSB, successor trustee for the TCEH second lien notes, and the indenture trustee for the 10% senior secured notes due 2020, issued by Energy Future Intermediate Holdings LLC ("EFIH") and EFIH Finance, Inc. having agreed to an adjournment of the hearing on the Motion to September 16, 2014 to provide the Debtors and other parties in interest additional time to further discuss the relief requested in the Final Order; and the Debtors seeking the relief requested in this

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Bridge Order out of an abundance of caution notwithstanding Local Bankruptcy Rule 9006-2; it is HEREBY ORDERED THAT:

1. Until such time as the Final Order is entered by the Court, the exclusive period to file a chapter 11 plan for each Debtor is extended through and including September 18, 2014, and the exclusive period to solicit acceptances of a chapter 11 plan of each Debtor is extended through and including November 18, 2014.

2. The deadline by which any objections to the Motion must be filed with the Court and served upon counsel for the Debtors is September 5, 2014 at 4:00 p.m. (Eastern Daylight Time). The hearing on the Motion will be held on September 16, 2014 at 11:00 a.m. (Eastern Daylight Time). If no objections are filed to the Motion, the Court may enter the Final Order without further notice or hearing.

3. The terms and conditions of this Bridge Order shall be immediately effective and enforceable upon its entry.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Bridge Order.

Dated: August _____, 2014
       Wilmington, Delaware     _____
                                                THE HONORABLE CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE