IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for: (1) Gori Julian & Associates, P.C.; (2) Simmons Hanley Conroy; (3) Paul Reich & Meyers, P.C.; (4) Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation; and (5) Early, Lucarelli, Sweeney & Meisenkothen (collectively, the "PI Law Firms"), each of which is a party in interest herein under 11 U.S.C. §1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the above-captioned jointly administered cases. Pursuant to 11 U.S.C. §§ 102(1) and 342, and Rules 2002 and 9007 of the Bankruptcy Rules, undersigned counsel hereby requests copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon the following:

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3736404v2

Natalie D. Ramsey, Esquire
nramsey@mmwr.com
Montgomery, McCracken, Walker & Rhoads, LLP
1105 N. Market Street, Suite 1500
Wilmington, Delaware
(302) 504-7800
(302) 504 -7820 (facsimile)

- and -

Davis Lee Wright, Esquire
dwright@mmwr.com
Montgomery, McCracken, Walker & Rhoads, LLP
1105 N. Market Street, Suite 1500
Wilmington, Delaware
(302) 504-7800
(302) 504 -7820 (facsimile)

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by United States, overnight or electronic mail, hand delivery, telephone, telex, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 3017(a), the PI Law Firms request that their undersigned counsel be provided with copies of any disclosures statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of the PI Law Firms to (i) have final orders in noncore matters entered only after de novo review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the

3736404v2

District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which they may be entitled, which rights they expressly reserve.

Dated:  Wilmington, Delaware
August 11, 2014

           Respectfully submitted,

           **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

           */s/ Natalie D. Ramsey*
           Natalie D. Ramsey, Esquire (DE Bar No. 5378)
           Davis Lee Wright, Esquire (DE Bar No. 4324)
           1105 North Market Street, Suite 1500
           Wilmington, DE  19801
           (302) 504-7800

           *Counsel for Gori Julian & Associates, P.C.; Simmons Hanley Conroy; Paul Reich & Meyers, P.C.; Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and Early, Lucarelli, Sweeney & Meisenkothen*