# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Natalie D. Ramsey, certify on August 11, 2014, I caused to be filed and served via the CM/ECF system an **Entry of Appearance and Request for Notices and Documents** (the "**Entry of Appearance**") in the above-captioned adversary proceeding. I further certify that a true and correct copy of the **Entry of Appearance** was also served *via* U.S. First Class Mail, postage prepaid, to the parties listed below:

| | |
|---|---|
| Mark D. Collins, Esq.<br>Daniel J. DeFranceschi<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Richard M. Cieri, Esq.<br>David R. Dempsey, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611 |
| Richard L. Schepacarter<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801 | |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-2-

Dated: Wilmington, Delaware
August 11, 2014

        Respectfully submitted,

        **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

        */s/ Natalie D. Ramsey*
        Natalie D. Ramsey, Esquire (DE Bar No. 5378)
        1105 North Market Street, Suite 1500
        Wilmington, DE  19801
        (302) 504-7800

        *Counsel for Gori Julian & Associates, P.C.; Simmons Hanley Conroy; Paul Reich & Meyers, P.C.; Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and Early, Lucarelli, Sweeney & Meisenkothen*