IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP. *et. al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, pursuant to Bankr. D. Del. LR 7026-2(b), on August 11, 2014, undersigned counsel caused to be served a true and correct copy of *Responses and Objections of American Stock Transfer & Trust Company, LLC to the Debtors' Request for Production of Documents and Interrogatories* on the parties on the attached service list as indicated thereon.

Dated: August 11, 2014

**CROSS & SIMON, LLC**

/s/ CPS

Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

*Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

## SERVICE LIST

**VIA ELECTRONIC MAIL**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Bridget O'Connor, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**

Richard M. Cieri, Esq.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022

**VIA ELECTRONIC MAIL**

James H.M. Sprayregen, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654