IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                                        :    Chapter 11
                                                              :
                                                              :
ENERGY FUTURE HOLDINGS CORP., et al.,                         :    Case No. 14-10979 (CSS)
                                                              :    (Jointly Administered)
                                                              :
            Debtors.                                          :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Dentons US LLP hereby withdraws its appearance as co-counsel of record for Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee ("WSFS") in the above-captioned case, and requests that the Clerk's Office remove Oscar N. Pinkas (Oscar.Pinkas@dentons.com); Hugh McDonald (Hugh.McDonald@dentons.com), Louis A. Curcio (Louis.Curcio@dentons.com) from the mailing and electronic notice matrix maintained in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Troutman Sanders LLP hereby enters its appearance in place of Dentons US LLP as co-counsel for WSFS, and requests, pursuant to, inter alia, Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon Troutman Sanders LLP as follows:

> Hugh McDonald
> Louis A. Curcio
> Brett D. Goodman
> TROUTMAN SANDERS LLP
> The Chrysler Building
> 405 Lexington Avenue
> New York, New York 10174

Active 22678398v1 999900.945237

Telephone: (212) 704-6000
Telecopier: (212) 704-6288
E-mail: hugh.mcdonald@troutmansanders.com
louis.curcio@troutmansanders.com
brett.goodman@troutmansanders.com

**PLEASE TAKE FURTHER NOTICE** that Brown Rudnick LLP and Ashby & Geddes, P.A. remain as co-counsel of record for WSFS and should continue to be served as set forth in the Notice of Appearance and Demand for Notices and Papers filed on April 29, 2014 at Docket No. 9.

*[Signature page follows]*

2

Dated: August 7, 2014
Wilmington, Delaware

ASHBY & GEDDES, P.A.

By: /s/ William P. Bowden
William P. Bowden (I.D. No. 2553)
Gregory A. Taylor (I.D. No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

TROUTMAN SANDERS LLP

By: /s/ Hugh McDonald
Hugh McDonald (admitted *pro hac vice*)
Louis A. Curcio (admitted *pro hac vice*)
Brett D. Goodman (*pro hac vice* pending)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704-6000

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*

DENTONS US LLP

By: /s/ Oscar N. Pinkas
Oscar N. Pinkas (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700

*Outgoing counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*

3