# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 1441, 1442, 1563, 1787 |

## CERTIFICATION OF COUNSEL CONCERNING ORDER AUTHORIZING CERTAIN OF THE DEBTORS TO CONTINUE HONORING OBLIGATIONS TO RETIREES AND NON-INSIDER EMPLOYEES ON ACCOUNT OF NON-QUALIFIED BENEFIT PROGRAMS

The undersigned hereby certifies as follows:

1. On July 1, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Amended Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit Programs* [D.I. 1441] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. Pursuant to the *Re-Notice of "Amended Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*Programs"*, filed and served on July 14, 2014 [D.I. 1563], objections or responses to the relief requested in the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on July 30, 2014 (the "Objection Deadline"),[3] and a hearing to consider the relief requested in the Motion is currently scheduled to take place on August 13, 2014 at 9:30 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, the U.S. Trustee, the Creditors' Committee, the ad hoc group of TCEH unsecured noteholders (the "Ad Hoc TCEH Unsecured Group"), and the ad hoc group of legacy SSRP retirees (the "Legacy SSRP Retiree Group") provided informal comments to the Motion (the "Informal Responses"). Other than the Informal Responses, as of the date hereof, the Debtors have received no other responses in connection with the Motion nor do any objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

4. Based on various communications by and between the Debtors, the U.S. Trustee, the Creditors' Committee, the Ad Hoc TCEH Unsecured Group, and the Legacy SSRP Retiree Group, the Debtors have prepared a revised form of order (the "Revised Order") which reflects these communications. A copy of the Revised Order is attached hereto as Exhibit A. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as Exhibit B. The Revised Order has been circulated to, and is acceptable to, the U.S. Trustee, the Creditors' Committee, the Ad Hoc TCEH Unsecured Group, and the Legacy SSRP Retiree Group.

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

---

[3] The Debtors extended the Objection Deadline for certain parties to August 9, 2014 at 12:00 a.m. (Eastern Daylight Time).

Dated: August 12, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          richard.cieri@kirkland.com
                    edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession