IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| *Debtors.* | ) (Jointly Administered) |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE | ) |
| *Plaintiff,* | ) |
| v. | ) Adversary Proceeding |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | ) No. 14-50363 (CSS) |
| *Defendants.* | ) |

**NOTICE OF *TELEPHONIC* STATUS CONFERENCE**

PLEASE TAKE NOTICE that, in connection with the judicial disposition of (a) the contested matter whereby CSC Trust Company of Delaware, as Indenture Trustee (the "10% Trustee") for the 10% Senior Secured Notes Due 2020 issued by certain of the above-captioned debtors (collectively, the "Debtors" and together with the 10% Trustee, the "Parties") under the Indenture dated as of August 17, 2010 by and between Energy Future Intermediate Holdings and CSC Trust (as successor to The Bank of New York Mellon Trust Company, N.A.) is seeking a determination concerning the alleged entitlement of the holders of the 10% Senior Secured Notes

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10686984v.1

Due 2020 (the "EFIH First Lien Noteholders") to a "make-whole" premium (the "Contested Matter Motion"), which is a portion of the relief that the United States Bankruptcy Court for the District of Delaware (the "Court") granted in connection with the *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) an Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) a Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay* [D.I. 74] (the "EFIH First Lien DIP Financing Motion"[2]); (b) the adversary proceeding commenced by the 10% Trustee seeking declaratory relief concerning the EFIH First Lien Noteholders' alleged entitlement to a make-whole premium, Adv. Proc. No. 14-50363 (D.I. 470; Adv. D.I. 1) (the "Adversary Proceeding"); and (c) the *Joint Motion of CSC Trust Company of Delaware as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay does not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration* [D.I. 473], filed on May 15, 2014 (the "Stay-Applicability Motion" and, together with the contest in connection with the EFIH First Lien DIP Financing Motion and the Adversary Proceeding, the "Contested Matters"), the Court entered its *Opinion*, dated August 5, 2014 [D.I. 1751; Adv. D.I. 105] (the "Opinion") concerning a discovery dispute in connection with the litigation of the Contested Matters that was briefed and argued before the Court at a hearing on July 18, 2014.

---

[2] On June 6, 2014, the Court entered an order (*see* D.I. 858) granting the EFIH First Lien DIP Financing Motion; the 10% Trustee has taken an appeal of that order, which is now pending in the United States District Court for the District of Delaware as Civil Action No. 14-723 (RGA).

PLEASE TAKE FURTHER NOTICE that the Opinion provides, among other things, that:

> The parties are directed to submit a proposed order consistent with this opinion under certification of counsel. In the event the parties are unable to agree on a form of order the Court will conduct a status conference solely for the purpose of determining the content of an appropriate order.

See Opinion at p. 25.

PLEASE TAKE FURTHER NOTICE that, in accordance with the terms of the Opinion, the Parties have conferred concerning the content of an appropriate order, however, have been unable to agree upon the form of an appropriate order for submission to the Court as provided for in the Opinion.

PLEASE TAKE FURTHER NOTICE that consequently (and consistent with the terms of the Opinion), at the request of the Debtors, the Court has scheduled a *telephonic only* status conference concerning the content of an appropriate order that should be entered consistent with the Opinion for **August 19, 2014 at 11:00 a.m. (Eastern Daylight Time)** (the "Telephonic Status Conference"), to be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court.

PLEASE TAKE FURTHER NOTICE that all parties wishing to appear at the Telephonic Status Conference must, in accordance with the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **12:00 p.m. (noon) (Eastern Daylight Time) on August 15, 2014** to register their telephonic appearances.

Dated: August 12, 2014
Wilmington, Delaware

*/s/ signature/*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  richard.cieri@kirkland.com
        edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession