# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 8/13/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Scott Alberino | Akin Gump | EFIH Toggle Notes |
| Scott Cousins | Covington/Chipman & Brown | " " |
| Amy Harbison | " " | " " |
| Chris Shore | White & Case | Ad-Hoc committee of TCEH Noteholders |
| Jeffrey Schlerf | Fox Rothschild | " |
| Howard Cohen | Drinker Biddle & Reath | Citibank, N.A. (DIP Agent) |
| Norman Pernick | Cole Schotz | CSC |
| Warren Usatine | " | " |
| Ross Martin | Ropes & Gray | " |
| Meredith Mitcham | " | " |
| Jennifer Sharret | Kramer Levin Naftalis + Frankel | EFH 2nd Lien Group |
| Laurel Davis Jones | Pachulski Stang Ziehl + Jones | " |
| Stephen Miller | Morris James LLP | Law Debenture (Trustee) |
| Gary Dent | Patterson Belknap | " |
| Gianclaudio Finizio | Bayard | CSC Indenture Trustee TCEH 11.5 Senior Secured |
| Andrea B. Schwartz | U.S.T. | U.S.T. |
| Richard L. Schepacarter | U.S.T. | U.S.T. |
| Daniel J. DeFranceschi | Richards Layton Finger | Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 8/13/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Sosnick | Shearman & Sterling | Deutsche Bank New York Branch |
| Julie Fleschman | " | " |
| Laurie Sillas Silverstein | Potter Anderson | " |
| R. Stephen McNeill | " | " |
| Chris Ward | Polsinelli | Committee |
| Shanti Katona | Polsinelli | Committee |
| Brett Miller | MoFo | Committee |
| Chet Kerr | MoFo | Committee |
| Richard Pedone | Nixon Peabody | American Stock Transfer as Indenture Trustee |
| George Skelly | Nixon Peabody | " " Trustee |
| Mark Hebbeln | Foley & Lardner LLP | UMB Bank, N.A., as Indenture Trustee |
| Michael Joyce | Cross & Simon | Fidelity |
| Gary Kaplan | Fried Frank | Fidelity |
| Matt Roose | Fried Frank | Fidelity |
| Christopher Simon | Cross & Simon | American Stock Transfer as Indenture Trustee |
| Jeffrey S. Sabin | Bingham McCutchen LLP | PIMCO |
| Charles Rear | Morrison & Foerster | Officer Guarantee |
| Arlene Alves | Seward & Kissel | Wilmington Trust as First Lien Collateral Agent & Administrative Agent |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/13/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ryan Bartley | Young Conaway Stargatt & Taylor | Ad Hoc Comm of TCEH First Lien Creditors |
| Andrew Ehrlich | Paul Weiss Rifkind Wharton & Garrison | " |
| Jake Adlerstein | " | " |
| Adam Bernstein | " | " |
| Derek Abbott | Morris Nichols | Equity Sponsors |
| Emil Kleinhaus | Wachtell | " |
| John Lynch | " | " |
| Bill Bowden | Ashby Geddes | Christiana Trust |
| Ed Weisfelner | Brown Rudnick | " |
| Jeffrey Jonas | " | " |
| (signature) | Kelley Drye | UMB Indenture Trustee |
| Edmondo Sassower | Kirkland Ellis | The Debtors |
| Steve Hessler | " | ↓ |
| Mark McKane | " | |
| Chad Husnick | " | |
| Brian Schartz | ↓ | |
| David Dempsey | | |
| Bridget O'Connor | ↓ | ↓ |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/13/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason M. Madron | Richards Layton + Finger | Debtors |
| Garvan McDaniel | The Hogan Firm | Ad Hoc Committee of EFH |
| Daniel Flinn | Kasowitz Benson | " |
| Natalie D Ramsey | Montgomery, McCracken, Walker + Rhoads LLP | Asbestos PI Firms |
| Davis Lee Wright | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 08/13/2014
Calendar Time: 09:30 AM ET

Amended Calendar 08/12/2014 05:04 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6410631 | Sam Greene - Client | (302) 295-0191 | Cousins Chipman & Brown, LLP | Interested Party, AHG / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6410810 | Howard Jacobson | 202-887-4179 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6410715 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6406185 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6406969 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6408749 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Creditor, CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6410948 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6408675 | Ju-Lie Bell | (212) 588-6114 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6409844 | Jon R. Berke | (212) 686-2741 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6410942 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6404065 | Alexander Bongartz | (212) 318-6000 | Paul Hastings LLP | Interested Party, Paul Hastings LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6408610 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6406694 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, City Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6406174 | Matthew C. Brown | (305) 995-5250 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410945 | Nicholas P. Brown | (646) 223-8579 | Thomson & Reuters | Interested Party, Nicholas P. Brown / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410378 | Philip E Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410485 | Stephen Burnazian | 212-878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410934 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AdHoc Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407263 | Richard M. Cieri | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407577 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6406004 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410660 | Jim Cooper | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6403319 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6409902 | Amanda D. Darwin | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6375467 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6405893 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410669 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407276 | Stacey Dore | (214) 875-8651 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |

| Debtor | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408701 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren, LLP | Client, Michelle Dreyer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410165 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410242 | Philip Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407839 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Representing, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408698 | Benjamin Feder | 212-808-7925 | Kelley Drye & Warren, LLP | Creditor, CSC Trust Company of Delaware, Proposed Successor Indenture Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410357 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407829 | Jeffrey R. Fine | 214-462-6455 | Dykema Gossett PLLC | Interested Party, Tex-la Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410645 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6406035 | Mark Flannagan | (816) 860-3009 | UMB Bank Coporate Trust | Creditor, UMB Bank Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410366 | Patrick Fleury (Client) | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410520 | Beret Flom | 212-408-5239 | Chadbourne & Parke, LLP | Interested Party, NextEra / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408726 | Sarah Foss | (212) 294-6810 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6406751 | Julia Frost-Davies | (617) 951-8422 | Bingham McCutchen, LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410754 | Ches Garrison | (302) 295-0197 | Cousins Chipman & Brown, LLP | Interested Party, Cousins Chipman & Brown, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6406191 | Neil Glassman | 302-429-4224 | Bayard P.A. | Interested Party, Bayard P.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6403322 | Brett D. Goodman | 212-704-6170 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6406069 | Xiaoyu Gu | 952-984-4078 | CarVal Investors | Creditor, CarVal Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408817 | Daniel J. Harris | (212) 468-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410337 | Craig Hart | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408830 | Scott Hazan | (212) 905-3625 | Otterbourg P.C. | Interested Party, Scott Hazan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410651 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6403554 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407287 | Marshall Huebner | (212) 450-4099 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410870 | Steve Kahn | (302) 295-0197 | Cousins Chipman & Brown, LLP | Interested Party, Cousins Chipman & Brown, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408824 | Harold Kaplan | 312-832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408681 | Monty L. Kehl | (312) 595-8566 | Mesirow Financial Consulting | Representing, Indenture Trustee for the EFH Bonds / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6409509 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Creditor, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410311 | Matthew Kimble | 212-878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6403591 | Geoffrey King | (312) 853-0324 | Sidley Austin LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410570 | Nathaniel Kirk | (302) 295-0197 | Cousins Chipman & Brown, LLP | Interested Party, Cousins Chipman & Brown, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408740 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411077 | Mark D. Kotwick | (212) 574-1545 | Seward & Kissel LLP | Interested Party, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6405898 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 6403543 | Steven C. Krause | 212-688-2550 | Owl Creek Asset Management LP | Client, Steven C. Krause / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410046 | Aaron Krieger | (212) 596-9592 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6403829 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410707 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410793 | Katie Yochun Lee | (310) 728-3322 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6402489 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408854 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Nextera Energy Resources / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410596 | Brian Lennon | (212) 906-0279 | Third Avenue Management | Interested Party, Third Avenue Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407835 | John Lynch | (212) 403-1373 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6406877 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410316 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408814 | Lorenzo Marinuzzi | (212) 468-8000 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407813 | Richard G Mason | 212-403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding LLC & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407053 | Scott T. McCabe | (212) 754-1613 | Latigo Partners | Representing, Latigo Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6409904 | Luckey McDowell | 214-953-6571 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410832 | Allison Miller | (302) 295-0197 | Cousins Chipman & Brown, LLP | Interested Party, Cousins Chipman & Brown, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408842 | Hanna Morikami | 310-733-7059 | Nomura Securities | Interested Party, Hanna Morikami / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410730 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410371 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410849 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6403893 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6409962 | Charles Persons | (214) 746-8223 | Weil Gotshal & Manges LLP | Interested Party, Weil Gotshal & Manges LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407894 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408821 | Timothy Pohl | (312) 407-6629 | Lazard Investment Bank | Creditor, Investment Banker to the Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6368073 | Jason T Prager | 203-542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410956 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408857 | Tom Radionov | 212-984-3850 | Fore Research & Management | Creditor, Fore Research & Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410347 | Kiran Ramineni | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6393370 | Elizabeth Rasskazova | 207-901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410617 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407024 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410414 | Vick Sandhu | (212) 649-9535 | PSAM, LP | Interested Party, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6406002 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6406088 | Damian S. Schaible | Davis Polk & Wardwell LLP | (212) 450-4580 | Interested Party, JP Morgan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408919 | Howard Seife | Chadbourne & Parke, LLP | (212) 408-5361 ext. 00 | Creditor, Nextera Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6408827 | Steven Simms | FTI Consulting, Inc. | 212-841-9369 | Interested Party, FTI Consulting, Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6380848 | Matthew Smith | Cleary Gottlieb Steen & Hamilton | (212) 225-2493 | Creditor, J. Aaron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6403557 | Mark Somerstein | Ropes & Gray LLP | (212) 841-8814 | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410490 | Andrew Sorkin | The Capitol Forum | 202-601-2298 | Interested Party, The Capitol Forum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410525 | Edwin Tai | Cousins Chipman & Brown, LLP | (302) 295-0197 | Interested Party, Cousins Chipman & Brown, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6409112 | Mark Taub | Mohawk Capital, LLC | (917) 597-8954 | Interested Party, Mohawk Capital LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6365545 | Andrew M. Thau | Southpaw Asset Management | 203-862-6231 | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410024 | Amer Tiwana | CRT Capital Group, LLC | (203) 569-4318 | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410735 | Jack Tracy | Akin Gump Strauss Hauer & Feld LLP | (212) 872-7439 | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6404321 | Matthew Underwood | HBK Capital | 212-588-5148 | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410144 | Daniel Vaillant | Fried Frank | (212) 859-8234 | Interested Party, Fried Frank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407423 | Patricia J Villareal | Jones Day | (214) 969-2973 | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410565 | Michael J. Walsh | Bank of America | (646) 855-8154 | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410516 | Edward Weisfelner | Brown Rudnick LLP | 212-209-4900 | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6388312 | Brady C. Williamson | Godfrey & Kahn, S. C. | 608-284-2636 | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6407269 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410721 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6410609 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |