**Exhibit A**

Notice of Intent

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., et al., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF INTENT TO PARTICIPATE IN
LEGACY DISCOVERY**

NOTICE IS HEREBY GIVEN that _____, represented by _____, is a party of interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

Attached hereto is a list of all proof(s) of claim filed by this Proposed Participant, <u>provided</u> there have not been any material changes to such proof(s) of claim since their filing, or a statement setting forth the types and aggregate amount(s) of claim(s) currently held by this Proposed Participant as against each of the Debtors.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party in interest and its counsel intends to participate as follows in Legacy Discovery, as defined in the Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties and Other Related Matters, entered by the Court on _____ [Docket No. \_\_\_]:

Dated: _____        _____

**Contact Information for Party in Interest (address, phone and email):**

_____
_____
_____

**Contact Information for Attorneys for Party in Interest (address, phone and email):**

_____
_____

1

ny-1148279

_____
_____
_____

**Contact Information for Advisors for Party in Interest (address, phone and email):**

_____
_____
_____


**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order (address, phone and email):**

_____
_____
_____
_____

By serving a Notice of Intent, I hereby confirm that I have read and agreed to abide by the terms of the Confidentiality Agreement and Stipulated Protective Order, in the form as approved by the Court.

I further hereby confirm that I will provide the Protective Order to any person that I employ or engage who is given access to Legacy Discovery.