IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE:  Docket No. 1698** |

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER A. WARD, ESQ. IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MAY 13, 2014, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Christopher A. Ward, Esq., a shareholder of POLSINELLI PC, makes this Declaration pursuant to 28 U.S.C. § 1746 and states:

1. I am the Managing Shareholder of the Wilmington, Delaware office of POLSINELLI PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among 18 other locations. I also serve as Co-Chair of Polsinelli's Bankruptcy and Financial Restructuring Practice. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48622299.4

2. On July 25, 2014, the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "**Committee**") filed an application (the "**Application**") for an order approving the employment and retention of Polsinelli as co-counsel to the Committee *nunc pro tunc* to May 13, 2014.  I submitted a declaration (the "**Original Declaration**") in support of the Application for the purpose of complying with § 327(a) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide the disclosures required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  I hereby incorporate by reference the Application as if it were set forth in full herein.

3. I submit this supplemental declaration (the "**Supplement**") to provide the Court, the United States Trustee, the debtors and debtors in possession (the "**Debtors**"), and other interested parties with additional information related to Polsinelli's retention.

4. The Office of the U.S. Trustee recently adopted new Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 USC § 330 by Attorneys in Larger Chapter 11 Cases (the "**UST Guidelines**").  The UST Guidelines apply to the U.S. Trustee's review of applications for compensation filed by attorneys in larger chapter 11 cases and are intended as an update to the original guidelines adopted in 1996.  A purpose of this Supplement is to disclose Polsinelli's responses to the questions in the UST Guidelines in compliance with paragraph D, section 1.

5. Polsinelli responds to the following questions in the UST Guidelines in compliance with paragraph D, section 1 as follows:

   a. **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
      **Response**: No.

   b. **Question**: Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
      **Response**: No, however, Polsinelli does maintain different rates for its professionals but those rates are not based on the geographic location of the bankruptcy case or the client.

   c. **Question**: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.
      **Response**: Polsinelli did not represent the client prepetition.

   d. **Question**: Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?
      **Response**: The Committee, Morrison & Foerster, and Polsinelli expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court for the period from May 12, 2014 to the conclusion of the first interim fee period in these cases, recognizing that in

the course of these massive chapter 11 cases there may be unforeseeable fees and expenses that will need to be addressed by the Committee, Morrison & Foerster, and Polsinelli.

6. In addition, and as generally disclosed in the Application, in the ordinary course of the firm's business, Polsinelli adjusts its billing rates on September 1st of each calendar year. By way of this Supplement, Polsinelli hereby advises the Court, the United States Trustee, the Debtors, and other interested parties of Polsinelli's new hourly rate structure that will go into effect on September 1, 2014 and remain in effect until at least August 31, 2015.

7. In general, the new hourly rates for professionals that may be responsible for this matter range from $300 to $1,100 per hour for shareholders, from $200 to $550 per hour for associates and senior counsel, and from $100 to $300 per hour for paraprofessionals. The primary attorneys and paralegals responsible for this representation of the Committee, and their respective new hourly rates are:

(a) Christopher A. Ward (Delaware shareholder)   $650 per hour
(b) Justin K. Edelson (Delaware associate)       $420 per hour
(c) Shanti M. Katona (Delaware associate)        $420 per hour
(d) Jarrett K. Vine (Delaware associate)         $360 per hour
(e) Lindsey M. Suprum (Delaware paralegal)       $265 per hour

Other attorneys and paralegals will render services to the Committee as needed. These rates are the standard national hourly rates charged by Polsinelli to other similarly situated clients and on similar matters. The hourly rates set forth above are subject to periodic adjustment to reflect economic and other conditions, which typically occurs on September 1 of each calendar year.

8. These rates are set at a level designed to fairly compensate Polsinelli for the work of its attorneys and paralegals, and to cover fixed and routine overhead expenses. It is Polsinelli's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier charges, printing and scanning charges, toll charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff. Polsinelli will charge for these expenses in a manner and at rates consistent with charges made generally to the firm's other clients and with the Local Rules. The foregoing supplements the Original Declaration.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: August 14, 2014

                                           */s/ Christopher A. Ward*
                                           Christopher A. Ward (Del. Bar No. 3877)