## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 661** |

**FIRST SUPPLEMENTAL DECLARATION OF JEFFERY J. STEGENGA IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY ALVAREZ & MARSAL NORTH AMERICA, LLC AS RESTRUCTURING ADVISOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Jeffrey J. Stegenga, being duly sworn, hereby depose and say:

1.    I am a Managing Director of Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees) and its wholly owned subsidiaries, "A&M"), whose principal office is located at 600 Madison Avenue, New York, NY 10022. I submit this declaration (the "First Supplemental Declaration") to supplement my prior declaration that was submitted in connection with A&M's proposed retention in these chapter 11 cases. Unless otherwise stated in this First Supplemental Declaration, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals of A&M.  To the extent any information disclosed herein requires amendment or modification upon

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

A&M's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

2.    On April 29, 2014, Energy Future Holdings Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

3.    On May 29, 2014 the Debtors filed their *Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 661] (the "Retention Application").    In support of the Retention Application, A&M filed the *Declaration of Jeffery J. Stegenga in Support of the Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date*, attached as Exhibit B to the Retention Application (the "Stegenga Declaration").

4.    I submit this First Supplemental Declaration to disclose certain additional information that has become available to A&M since the filing of the Stegenga Declaration.

## Additional Potential Parties in Interest

5.    As set forth in the Stegenga Declaration, and in connection with its proposed retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether it has any conflicts or other relationships that might affect

A&M's status as a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code or cause A&M to hold or represent interest adverse to the Debtors.

6.    Specifically, A&M has received from the Debtors and/or their representatives, a list of the names of additional individuals and entities that may be parties-in-interest in these chapter 11 cases (the "<u>Additional Potential Parties in Interest</u>") which names were not included on the original list of entities reviewed by A&M in connection with the Stegenga Declaration.

7.    The Additional Potential Parties in Interest provided to A&M are listed on **<u>Schedule A</u>** to this First Supplemental Declaration.  In connection with the preparation of this First Supplemental Declaration, A&M conducted a review of the Additional Potential Parties in Interest consistent with the procedures described in paragraph 11 of the Stegenga Declaration.  A summary of any relationships A&M has with the Additional Potential Parties in Interest is set forth on **<u>Schedule B</u>** hereto.

8.    Based on the results of its review, to be best of my knowledge A&M does not have an active relationship with any of the Additional Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases.

9.    Insofar as I have been able to ascertain and except as specifically disclosed herein and in the Stegenga Declaration, A&M does not hold or represent any interests adverse to the Debtors' estates and, to the best of my knowledge, remains a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, of the Bankruptcy Code.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: August 14, 2014
       Wilmington, Delaware

*/s/ Jeffery J. Stegenga*
Jeffery J. Stegenga
Alvarez and Marsal North America, LLC
Managing Director

4

## SCHEDULE A

### Additional Parties-in-Interest

**ADVISORS**
AKIN GUMP STRAUSS HAUER & FELD LLP
BROWN RUDNICK
CADWALADER, WICKERSHAM & TAFT
CHADBOURNE & PARK
COUSINS, CHIPMAN & BROWN LLP
DAVIDSON KEMPNER
DAVIS POLK
DO S1 LIMITED
FAIRWAY FUND LIMITED
FARMSTEAD CAPITAL MANAGEMENT
FOLEY & LARDNER
FORE ERISA
FORE MULTI STRATEGY FUND, LTD.
FRIED FRANK
FTI CONSULTING
GAVIN SOLMONESE
GRANTHAM, MAYO, VAN OTTERLOO & CO.,
    LLC
HALCYON ASSET MANAGEMENT LLC
JEFFERIES
KASOWITZ BENSON TORRES & FRIEDMAN
KING STREET CAPITAL MANAGEMENT, L.P.
KRAMER LEVIN
LAZARD FRERES & CO. LLC
LMA SPC (FOR AND ON BEHALF OF MAP 89
    SEGREGATED PORTFOLIO)
LUXOR CAPITAL GROUP, LP
MORRIS, NICHOLS, ARSHT & TUNNELL
MORRISON & FOERSTER
O'MELVENY & MYERS
OCH-ZIFF CAPITAL MANAGEMENT, ON
    BEHALF OF CERTAIN FUNDS
P. SCHOENFELD ASSET MANAGEMENT L.P.
PACHULSKI STANG ZIEHL & JONES
PAUL, WEISS
PERELLA WEINBERG
PETER J. SOLOMON
POLSINELLI
ROPES & GRAY
SCHULTE, ROTH & ZABEL
SKYTOP CAPITAL MANAGEMENT LLC
THIRD AVENUE TRUST ON BEHALF OF THIRD
    AVENUE FOCUSED CREDIT FUND
VR ADVISORY SERVICES LTD
WACHTELL, LIPTON
WHITE & CASE
WILLKIE FARR
YOUNG CONAWAY STARGATT & TAYLOR,
    LLP
I&O COMMUNICATIONS
MESIROW FINANCIAL

**EFIH DIP HOLDERS**
CHASE LINCOLN FIRST COMMERCIAL
    CORPORATION
DB PORTFOLIO
QPB HOLDINGS LTD.
THE BLACK ANT VALUE MASTER FUND
OCH-ZIFF CAPITAL MANAGEMENT
CANYON CAPITAL ADVISORS
JNL/PPM AMERICA HIGH YIELD BOND FUND
NEW YORK LIFE INSURANCE

**OTHER PARTIES OF INTEREST**
NEXTERA ENERGY RESOURCES LLC
AD HOC COMMITTEE OF EFIH UNSECURED
    NOTEHOLDERS AND EFIH SECOND LIEN
    DIP COMMITMENT PARTIES
AD HOC COMMITTEE OF TCEH FIRST LIEN
    CREDITORS
AD HOC GROUP OF EFH LEGACY
    NOTEHOLDERS
AD HOC GROUP OF TCEH UNSECURED
    NOTEHOLDERS

**TCEH DIP**
BEAL BANK
SUMITOMO MITSUI BANKING CORP
OCH ZIFF - OZ MGMT
CVC CAPITAL PARTNERS LIMITED
SOROS FUND MANAGEMENT
TRUST COMPANY OF THE WEST
AXA INVESTMENT MANAGERS
ABRY PARTNERS, LLC
OCTAGON ADVISORY GROUP LLC
PEAK 6 INVESTMENTS
VULCAN CREDIT

**SCHEDULE B**

**Known Connections to Additional Potential Parties in Interest in Unrelated Matters**

**Current and Former Clients of A&M and/or its Affiliates** [1]
AXA INVESTMENT MANAGERS
CANYON CAPITAL ADVISORS
CVC CAPITAL PARTNERS LIMITED
DAVIDSON KEMPNER
FORE MULTI STRATEGY FUND, LTD.
FTI CONSULTING
HALCYON ASSET MANAGEMENT LLC
JEFFERIES
LAZARD FRERES & CO. LLC
NEXTERA ENERGY RESOURCES LLC
OCH-ZIFF CAPITAL MANAGEMENT
P. SCHOENFELD ASSET MANAGEMENT LP
PERELLA WEINBERG
SUMITOMO MITSUI BANKING CORP.

**Significant Equity Holders of Current and Former A&M Clients** [2]
AXA INVESTMENT MANAGERS
CANYON CAPITAL ADVISORS
CVC CAPITAL PARTNERS LIMITED
DAVIDSON KEMPNER
DO S1 LIMITED (CQS)
JEFFERIES
JNL/PPM AMERICA HIGH YIELD BOND FUND
KING STREET CAPITAL MANAGEMENT, LP
LAZARD FRERES & CO. LLC
LUXOR CAPITAL GROUP, LP
NEW YORK LIFE INSURANCE
MESIROW FINANCIAL
PERELLA WEINBERG
SOROS FUND MANAGEMENT

SUMITOMO MITSUI BANKING CORP.

**Creditors in A&M Engagements** [3]
AKIN GUMP STRAUSS HAUER & FELD LLP
CANYON CAPITAL ADVISORS
JEFFERIES
LUXOR CAPITAL GROUP, LP
NEW YORK LIFE INSURANCE
OCTAGON ADVISORY GROUP LLC

**Members of Noteholders Group** [4]
CANYON CAPITAL ADVISORS

---

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters..

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] A&M is currently advising or has previously advised these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) as creditors or various official creditors' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

[4] A&M is currently advising or has previously advised various official or unofficial noteholders' committees in which these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) were members or which represented the interests of these parties or their affiliates.

**Professionals & Advisors**[5]
AKIN GUMP STRAUSS HAUER & FELD LLP
BROWN RUDNICK
CADWALADER, WICKERSHAM & TAFT
CHADBOURNE & PARK LLP
DAVIS POLK & WARDELL LLP
FOLEY & LARDNER
FRIED FRANK
FTI CONSULTING
KASOWITZ BENSON TORRES & FRIEDMAN
KRAMER LEVIN
MORRIS, NICHOLS, ARSHT & TUNNELL
MORRISON & FOERSTER LLP
PACHULSKI STANG ZIEHL & JONES
PAUL WEISS RIFKIND WHARTON &
   GARRISON
POLSINELLI SHUGHART PC
ROPES & GRAY
SCHULTE ROTH & ZABEL
WACHTELL LIPTON
WHITE & CASE
WILLKIE FARR & GALLAGHER LLP
YOUNG CONAWAY STARGATT & TAYLOR
   LLP

**A&M Vendors**[6]
AKIN GUMP STRAUSS HAUER & FELD LLP
AXA INVESTMENT MANAGERS
CADWALADER, WICKERSHAM & TAFT
CANYON CAPITAL ADVISORS
DAVIS POLK & WARDELL LLP
FOLEY & LARDNER
KRAMER LEVIN

NEW YORK LIFE INSURANCE
PERELLA WEINBERG
PACHULSKI STANG ZIEHL & JONES
PAUL WEISS RIFKIND WHARTON &
   GARRISON
ROPES & GRAY
WHITE & CASE
WILLKIE FARR & GALLAGHER LLP
YOUNG CONAWAY STARGATT & TAYLOR
   LLP

**A&M Capital Partners Investor**[7]
New York Life Insurance

---

[5] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[6] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates

[7] An affiliate of A&M is the general partner of an investment partnership in which an affiliate of New York Life Insurance is an investor.