IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE,<br><br>*Plaintiff,*<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC.,<br><br>*Defendants.* | Adversary Proceeding<br>No. 14-50363 (CSS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR TELEPHONIC HEARING ON AUGUST 19, 2014 AT 11:00 A.M. (EDT)[2]

> *APPEARANCES AT THE AUGUST 19, 2014 HEARING*
> *ARE BY TELEPHONE ONLY; NO IN PERSON ATTENDANCE*
> *(INCLUDING OF DELAWARE COUNSEL) IS PERMITTED*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Any person (including Delaware counsel)** who wishes to appear at the August 19, 2014 telephonic hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Monday, August 18, 2014** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

I. **STATUS CONFERENCE IN ADV. 14-50363:**

1. Complaint for Declaratory Relief [D.I. 470/Adv. D.I. 1; filed May 15, 2014]

   Response/Objection Deadline:    June 13, 2014 at 4:00 p.m. (EDT)

   Related Documents:

   i. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 4; filed May 19, 2014]

   ii. Scheduling Order with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [D.I. 803/Adv. D.I. 10; filed June 4, 2014]

   iii. Notice of Intervention [Adv. D.I. 13; filed June 11, 2014]

   iv. Notice of Intervention of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates [Adv. D.I. 14; filed June 11, 2014]

   v. Notice of Intervention of the Ad Hoc Committee of EFIH Unsecured Noteholders [Adv. D.I. 15; filed June 11, 2014]

   vi. Notice of Intervention [Adv. D.I. 16; filed June 11, 2014]

   vii. Notice of Intervention of the Ad Hoc Group of EFH Legacy Noteholders [Adv. D.I. 18; filed June 11, 2014]

   viii. Notice of Intervention with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [Adv. D.I. 19; filed June 11, 2014]

   ix. Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer [Adv. D.I. 27; filed June 13, 2014]

   x. Ad Hoc Group of EFH Legacy Noteholders' Answer to Complaint for Declaratory Relief Against Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. [Adv. D.I. 33; filed June 13, 2014]

   xi. Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc Committee of EFIH Unsecured Noteholders' Discovery Deficiencies [D.I. 1058/Adv. D.I. 50; filed June 23, 2014]

   xii. Letter to the Honorable Christopher S. Sontchi in Response to First Lien Trustee's June 23 Letter Regarding Discovery [D.I. 1111/Adv. D.I. 51; filed June 25, 2014]

xiii. Notice of Withdrawal re: Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc Committee of EFIH Unsecured Noteholders' Discovery Deficiencies (Docket No. 50) [D.I. 1161/Adv. D.I. 55; filed June 26, 2014]

xiv. Letter to the Honorable Christopher S. Sontchi Regarding Discovery Dispute [D.I. 1572/Adv. D.I. 80; filed July 15, 2014]

xv. Motion for Entry of an Order Authorizing CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to File (I) an Unredacted Version of its July 15, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1573/Adv. D.I. 81; filed July 15, 2014]

xvi. Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion for Entry of an Order Authorizing CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to File (I) an Unredacted Version of its July 15, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1574/Adv. D.I. 82; filed July 15, 2014]

xvii. Objection (Letter) to the Motion for Entry of an Order Authorizing CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, To File (i) an Unredacted Version of its July 15, 2014 Letter and (ii) Certain Exhibits to the Letter Under Seal [D.I. 1585; filed July 16, 2014]

xviii. Letter to the Honorable Christopher S. Sontchi Regarding Certain Discovery Disputes [D.I. 1614/Adv. D.I. 89; filed July 17, 2014]

xix. Letter from Andrew R. McGaan, P.C. to the Honorable Christopher S. Sontchi Responding to First Lien Trustees July 15, 2014 Discovery Dispute Letter [D.I. 1615/Adv. D.I. 90; filed July 17, 2014]

xx. Exhibit 3 to Letter to the Honorable Christopher S. Sontchi Regarding Certain Discovery Disputes [D.I. 1617/Adv. D.I. 91; filed July 17, 2014]

xxi. Letter from Andrew R. McGaan, P.C. to the Honorable Christopher S. Sontchi Clarifying Record of July 18, 2014 Continued Pre-Trial Conference in CSC Trust Company of Delaware Adversary Proceeding [D.I. 1648/Adv. D.I. 94; filed July 21, 2014]

xxii. Letter to the Honorable Christopher S. Sontchi in Response to Letter from Andrew R. McGaan, P.C. to The Honorable Christopher S. Sontchi Clarifying Record of July 18, 2014 Continued Pre-Trial Conference in CSC Trust Company of Delaware Adversary Proceeding [D.I. 1656/Adv. D.I. 97; filed July 22, 2014]

xxiii. Exhibit B to Letter to the Honorable Christopher S. Sontchi in Response to Letter from Andrew R. McGaan, P.C. to The Honorable Christopher S. Sontchi Clarifying Record of July 18, 2014 Continued Pre-Trial

RLF1 10707387v.1

    Conference in CSC Trust Company of Delaware Adversary Proceeding [Adv. D.I. 99; filed July 23, 2014]

xxiv. Joint Stipulation and Order Regarding Scheduling with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [D.I. 1713/Adv. D.I. 102; filed July 29, 2014]

xxv. Opinion [D.I. 1751/Adv. D.I. 105; filed August 5, 2014] (the "August 5th Opinion")

xxvi. Notice of Telephonic Status Conference [D.I. 1827/Adv. D.I. 107; filed August 12, 2014] (the "Notice of Telephonic Status Hearing")

xxvii. Letter to The Honorable Christopher S. Sontchi from Andrew R. McGaan, P.C. in Contemplation of August 19, 2014 Teleconference Proposing Bifurcation of Makewhole Litigation in Response to the Court's August 5, 2014 Opinion [D.I. 1835/Adv. D.I. 108; filed August 13, 2014]

xxviii. Letter to The Honorable Christopher S. Sontchi from Philip D. Anker in Response to August 13, 2014 Letter regarding Bifurcation of Makewhole Litigation [D.I. 1839/Adv. D.I. 109; filed August 15, 2014]

Status: As set forth in the Notice of Telephonic Status Hearing, the Court shall hold a telephonic status conference in connection with this matter for the limited purpose of determining the contents of an appropriate order that should be entered consistent with its August 5th Opinion.

RLF1 10707387v.1

Dated: August 15, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession