IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket No. 1570** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 14, 2014, I caused to be served the "Statement of Amounts Paid by the Debtors to Ordinary Course Professionals From April 29, 2014 Through June 30, 2014," dated July 14, 2014 [Docket No. 1570], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Konstantina Haidopoulos

Sworn to before me this
15th day of July, 2014

/s/ Carol Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Statement of Amounts Paid OCP_DI 1570_AFF_7-15-14.docx

**EXHIBIT A**

```
                EFH_(LIST2002.DBF, REC2002) *** 29 ***
ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201
```

```
                EFH_(LIST2002.DBF, REC2002) *** 1 ***
KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: RICHARD CIERI ESQ,EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022
```

```
                EFH_(LIST2002.DBF, REC2002) *** 2 ***
KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES HM SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654
```

```
                EFH_(LIST2002.DBF, REC2002) *** 239 ***
MORRISON & FOERSTER LLP
(COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019
```

```
                EFH_(LIST2002.DBF, REC2002) *** 4 ***
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
WILMINGTON, DE 19801
```

```
                EFH_(LIST2002.DBF, REC2002) *** 234 ***
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014
```

```
                EFH_(LIST2002.DBF, REC2002) *** 23 ***
SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO EFIH
FIRST LIEN DIP FINANCING)
ATTN: FREDERICK SOSNICK ESQ &
NED SHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022
```