# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 1682, 1791, 1796, 1804 |

## CERTIFICATION OF COUNSEL CONCERNING ORDER (A) SETTING BAR DATES FOR FILING NON-CUSTOMER PROOFS OF CLAIM AND REQUESTS FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, (B) APPROVING THE FORM OF AND MANNER FOR FILING NON-CUSTOMER PROOFS OF CLAIM AND REQUESTS FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, AND (C) APPROVING NOTICE THEREOF

The undersigned hereby certifies as follows:

1. On July 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1682] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing

RLF1 10709394v.1

*for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof"*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on August 6, 2014 (the "Objection Deadline"),[2] and a hearing to consider the relief requested in the Motion was scheduled to (and did) take place on August 13, 2014 at 9:30 a.m. (Eastern Daylight Time) (the "August 13th Hearing").

3.  Prior to the Objection Deadline, the official committee of unsecured creditors appointed in these chapter 11 cases (the "Creditors' Committee"), counsel to the Pension Benefit Guaranty Corporation, counsel to the lenders under the EFIH First Lien DIP Facility, counsel to Pacific Investment Management Co. LLC, and counsel to the indenture trustee for the TCEH Unsecured Notes provided informal comments to the Motion (each an "Informal Response" and collectively, the "Informal Responses"[3]) and certain purported asbestos claimants represented by Montgomery, McCracken, Walker & Rhoads, LLP (the "Asbestos Claimants") filed a written objection to the Motion (D.I. 1791, as amended by D.I. 1796, the "Objection").  Other than the Informal Responses and the Objection, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

---

agent at http://www.efhcaseinfo.com.

[2] The Debtors extended the Objection Deadline to August 8, 2014 at 6:00 p.m. (Eastern Daylight Time) for the Asbestos Claimants (as defined herein).

[3] All of the Informal Responses were resolved prior to the commencement of the August 13th Hearing by, among other things, revisions to the Revised Order (as defined herein).

4. On August 11, 2014, the Debtors filed the *Debtors' Reply in Support of Bar Date With Respect to Asbestos Claims* [D.I. 1804] (the "Reply") in response to the Objection and in further support of the Motion.

5. At the August 13th Hearing the Bankruptcy Court considered, among other matters, the Motion, the Objection and the Reply. Based on the Bankruptcy Court's rulings made on the record at the August 13th Hearing, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion. A copy of the Revised Order is attached hereto as Exhibit A. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as Exhibit B.

6. The Revised Order has been circulated to counsel to the Creditors' Committee, counsel to the Pension Benefit Guaranty Corporation, counsel to the lenders under the EFIH First Lien DIP Facility, counsel to Pacific Investment Management Co. LLC, counsel to the indenture trustee for the TCEH Unsecured Notes and counsel to the Asbestos Claimants, none of whom have any objection to its entry. Additionally, the Debtors believe that the Revised Order is acceptable to each party who submitted an Informal Response. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: August 15, 2014
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
         edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

RLF1 10709394v.1