IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that James F. Bailey and The Bailey Law Firm hereby withdraw their appearances as counsel to Gabriel Roberson in the above-captioned case, the sole matter for which representation was afforded having been entirely resolved, and request that they be removed from the CM-ECF noticing list and any other service list in this case.

Dated: August 18, 2014
Wilmington, Delaware

THE BAILEY LAW FIRM

/s/ James F. Bailey
James F Bailey, Esq.
3 Mill Rd., Suite 306A
Wilmington DE 19806
302-658-5686
JBailey@JFBailey.com
Attorney for Gabriel Roberson

August 18, 2014