# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Amended Calendar 08/19/2014 07:41 AM

| Calendar Date: | 08/19/2014 |
| Calendar Time: | 11:00 AM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6411826 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6412681 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6416929 | Scott Ameen | (212) 688-2550 | Owl Creek Asset Management LP | Client, Scott Ameen / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6415357 | Paula Anderson | (212) 848-7727 | Shearman & Sterling LLP | Representing, The Lender / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6415917 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Creditor, CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6412641 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6415582 | Ryan Bartley | (302) 571-5007 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6416972 | Jon R. Berke | (212) 686-2741 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6412658 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6422205 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6413560 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, Citi Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6411802 | Timothy P. Cairns | (302) 778-6443 | Pachulski Stang Ziehl & Jones | Representing, Indenture Trustee & EFIH Second Lien Group / LIVE |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6412663 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AdHoc Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415539 | Richard M. Cieri | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6419344 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6417528 | Jeremy Coffey | 617-856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411718 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6412715 | Scott D. Cousins | (302) 295-0192 | Cousins Chipman & Brown, LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6419350 | Michael L. Davitt | (214) 969-2938 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6414958 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415910 | David Dempsey | (202) 879-5127 ext. 00 | Kirkland & Ellis LLP - Washington Offic | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6413338 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6420709 | Andrew Devore | (617) 951-7618 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6412695 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6417283 | Stacey Dore | (214) 875-8651 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6420213 | Justin Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415961 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Representing, CSC Trust Co. of Delaware / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411828 | Erin Fay | (302) 351-9668 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6419410 | Michael Finkelberg | 212-763-8026 | Luxor | Interested Party, Michael Finkelberg / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415694 | Sarah Foss | (212) 294-6810 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6414679 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, J. Aron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6421697 | Meggie Gilstrap | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415949 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr, L | Representing, CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411621 | Xiaoyu Gu | 952-984-4078 | CarVal Investors | Creditor, CarVal Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6418167 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415092 | Steve Hessler | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6414189 | Gregory Horowitz | (212) 715-9571 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Indenture Trustee for the 11% Senior Secured Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6419313 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6418172 | Marshall Huebner | (212) 450-4099 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411796 | Laura D. Jones | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Representing, Indenture Trustee & EFIH Second Lien Group / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6413125 | Adam L. Kaplan | 312-780-7476 | Gavin/ Solmonese LLC | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6412742 | Ann M. Kashishian | (302) 295-0191 | Cousins Chipman & Brown, LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411832 | Emil Kleinhaus | 212-403-1252 ext. 00 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411906 | Mark D. Kotwick | (212) 574-1545 | Seward & Kissel LLP | Interested Party, Wilmington Trust N.A. / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6416920 | Steven C. Krause | 212-688-2550 | Owl Creek Asset Management LP | Client, Steven C. Krause / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6418089 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6412701 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6414947 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411816 | Kevin S. Mann | (302) 777-4200 | Cross & Simon | Interested Party, Fidelity Management & Research Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415908 | David Mark | (212) 506-1990 | Kasowitz Benson Torres & Friedman | Interested Party, The Ad Hoc Group of EFH Legacy Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415984 | D. Ross Martin | (617) 951-7000 | Ropes & Gray LLP | Creditor, CSC Trust Company of Delaware / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411839 | Richard G Mason | 212-403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding LLC & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6419322 | Garvan McDaniel | (302) 656-7540 | The Hogan Firm | Interested Party, The Ad Hoc EFH Legacy Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415062 | Andrew McGaan | 312-861-2183 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415087 | Mark E. McKane | 415-439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6417045 | R. Stephen McNeill | (302) 984-6067 | Potter Anderson & Corroon LLP | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6416910 | Ceki A. Medina | (203) 862-6228 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415976 | James Millar | (973) 549-7000 | Drinker Biddle & Reath LLP | Representing, CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411974 | Hanna Morikami | 310-733-7059 | Nomura Securities | Interested Party, Hanna Morikami / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6419278 | Amit P. Patel | (612) 253-6078 | Whitebox Advisors LLC | Interested Party, Whitebox Advisors LLC / LISTEN ONLY |

| Case | Type | Case # | | Name | Phone | Firm | Representation |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6417404 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6413354 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6415894 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6415081 | Michael Petrino | (202) 879-5175 ext. 00 | Kirkland & Ellis LLP - Washington Offic | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6418148 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6415927 | Charlie Platt | (212) 230-8800 | Wilmer Cutler Pickering Hale & Dorr, L | Representing, CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6412987 | Jason T Prager | 203-542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6412672 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6417469 | Matthew Roose | (212) 859-8000 | Fried Frank | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6411742 | Jeffrey S. Sabin | (212) 705-7747 | Bingham McCutchen, LLP | Creditor, Pacific Investment Management Company / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6419341 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6417209 | Richard Schepacarter | (302) 573-6491 | Office of the United States Trustee | U.S. Trustee, Office of the United States Trustee / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6417059 | Michael Shepherd | (305) 371-2700 | White & Case LLP | Creditor, Ad Hoc TCEH Home Secured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6417039 | Laurie S. Silverstein | 302-984-6033 | Potter Anderson & Corroon LLP | Creditor, Deutsched Bank / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6412479 | Matthew Smith | (212) 225-2493 | Cleary Gottlieb Steen & Hamilton | Creditor, J. Aaron / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6415335 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Representing, Lender / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6415911 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LIVE |

| Debtor | Case | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411325 | Andrew M. Thau | 203-862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415628 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411835 | Austin Witt | (212) 403-1152 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6415571 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6412709 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6412889 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Client, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6412814 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6422076 | Sean M. Brennecke | (302) 426-1189 | Klehr Harrison Harvey Branzburg LLP | Interested Party, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6411925 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6411928 | Jonathan Friedman | (212) 682-7474 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6417455 | Neil Glassman | 302-429-4224 | Bayard P.A. | Interested Party, Bayard P.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6411914 | Rebecca Hayes | (212) 338-3583 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6416974 | William Hildbold | (212) 336-4063 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6419257 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |