United States Bankruptcy Court for the District of Delaware



## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP. 14-10979 |
|---|---|
| Creditor Name and Address: | HOFMEISTER, CHARLES<br>106 RESACA RETREAT DR<br>LOS FRESNOS, TX 78566-4322 |
| Court Claim Number (if known): | 1039 |
| Date Claim Filed: | 6/3/2014 |
| Total Amount of Claim Filed: | $141.08 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 8/13/14

Signature

Print Name: Charles Hofmeister

Title (if applicable): N/A

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

---

This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com

MCALLEN TX
13 AUG 2014 PM

ZIP 10017
02 1W
0001389108

FILED / RECEIVED
AUG 18 2014
EPIQ SYSTEMS

Energy Future Holdings Corp.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

10017$2015