**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF STEPHEN A. THIEL IN SUPPORT OF THE SUPPLEMENT TO THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY ERNST & YOUNG LLP AS PROVIDERS OF TAX ADVISORY AND INFORMATION TECHNOLOGY SERVICES EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Stephen A. Thiel, under penalty of perjury, declare as follows:

1.      I am a Principal at Ernst & Young LLP ("EY").

2.      I provide this Declaration on behalf of EY in support of the Supplement to the Application[2] of Energy Future Holdings Corp, *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date (the "Supplement").

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms not otherwise defined in this Declaration shall have the meanings ascribed to them in the *Application of Energy Future Holdings Corp,* et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 655].

3.     The facts set forth in this Declaration are based upon my personal knowledge, information, and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY under my supervision and direction.

## Scope of Services

4.     As set forth in further detail in the Master Services Agreement, by and between EY and EFH Corporate Services Company, dated June 10, 2010, as amended (the "MSA"), the related statement of work, by and between EY and EFH Corporate Services Company, dated July 24, 2014 (the "July Information Security, Risk, and Compliance SOW"), attached as **Exhibit H** to the Supplement, and the related statement of work, by and between EY and EFH Corporate Services Company, dated August 6, 2014 (the "August Information Security, Risk, and Compliance SOW"), attached as **Exhibit I** to the Supplement, EY has agreed to provide certain information security, risk, and compliance services in connection with these chapter 11 cases (the "Information Security, Risk, and Compliance Services"), subject to approval by the Court of the *Application of Energy Future Holdings Corp,* et al*., for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 655], the Supplement, and the terms and conditions of the MSA, the July Information Security, Risk, and Compliance SOW, and the August Information Security, Risk, and Compliance SOW.[3] Subject to the detailed description in the MSA, the July Information Security, Risk, and Compliance SOW, and the August Information Security, Risk, and Compliance SOW, a

---

[3]     To the extent that this Declaration and the terms of the MSA, the July Information Security, Risk, and Compliance SOW, and/or the August Information Security, Risk, and Compliance SOW are inconsistent, the terms of the MSA, the July Information Security, Risk, and Compliance SOW, and/or the August Information Security, Risk, and Compliance SOW shall control.

LA\3627620.2

summary description of the Information Security, Risk, and Compliance Services is set forth below.

5.     As set forth in detail in the MSA, EY will perform certain services as set forth in specific statements of work executed pursuant to the MSA.

6.     As set forth in detail in the July Information Security, Risk, and Compliance SOW, EY will advise EFH Corporate Services Company in connection with certain information security, risk, and compliance activities.   EY may provide certain advisory services and deliverables relating to IT Security & Risk Strategy, IT Security Organization Development, IT Security Architecture & Operations, IT Risk Management & Business Continuity, and IT Regulatory & Compliance.  Such advisory services may include:

   a.     Collaborating with a variety of internal and external strategic thought leaders and intelligence organizations, in order to assist EFH with refining the enterprise IT Security & Risk Strategy, and assist EFH in protecting its critical data, assets and infrastructure. The EY Resource (as defined in the July Information Security, Risk, and Compliance SOW) will work in collaboration with the EFH IT executive team working to keep cyber defenses, operations and the overall organization prepared for current and ongoing threats. The IT Security & Risk Strategy should align with business strategy/priorities and be communicated on a regular basis to executives and other stakeholders across EFH, Luminant and TXU Energy. The EY Resource is expected to periodically communicate strategy, critical updates, and measurable progress against industry cyber maturity level targets to EFH IT senior leadership. Additionally, the EY Resource is expected to provide recommendations if/when cyber security breaches occur.

   b.     Making recommendations regarding the development and growth of the IT Security, Risk and Compliance organization, focused on employee development and creating a clear vision/roadmap for the organization. EFH will be responsible for final decisions regarding EFH personnel and organizational changes.

   c.     Assisting EFH and providing recommendations, in collaboration with EFH's infrastructure, application and operational technology teams, for the direction of and delivery of the overall IT Security Architecture for EFH, Luminant, and TXU. The road map is to be aligned with the needs,

3

priorities and strategies of the business while incorporating and leveraging new security technologies to drive an appropriate and secure operating environment.

d.    Providing recommendations for the definition, development, and management of the enterprise IT/OT Security Operations function. This includes: 1) an internal operational organization, 2) a new 24x7 onshore IT/OT Cyber Security Operations Center, 3) aligning with Luminant operational technology asset monitoring requirements, 4) the interface with 3rd party Managed Security Services Provider for external network monitoring and cyber intelligence, 5) measurement of incident handling performance, and 6) working closely with external entities (industry, government) regarding current threats, indicators of compromise, or other intelligence.

e.    Collaborating with Legal, Physical Security and HR organizations, and provide recommendations to the Cyber Security Incident Response Team (CSIRT) and IT Security & Technology Forensics Team.

f.    Providing recommendations to the EFH team managing a multi-vendor team in the design, development, deployment and support of many critical security related projects (e.g. enterprise identity and access management system) as part of achieving overall improved maturity of IT security capabilities.

g.    Working with the infrastructure, application and operational technology teams to provide recommendations to define risk measurement standards and repeatable NIST or equivalent framework for key components of IT risk, including vendor, cloud, stability, supportability, regulatory, disaster preparedness, and security. The EFH team will perform ongoing risk assessments and provide executive updates/escalation as necessary. The EY Resource will interface and seek to align with the VP, Corporate Risk Management, representing IT in Risk Management Forums with each part of the organization on a periodic basis.

h.    Providing recommendations to the EFH team managing and improving the enterprise-wide Business Continuity function as well as the IT Disaster Recovery function.

i.    Providing recommendations and advisory services to the EFH team responsible for defining, measuring and driving ITGC compliance including but not limited to defining regulatory requirements PCI, SOX and HIPAA. The EY Resource will help support EFH with Luminant stakeholders to assist them in addressing their compliance to NERC CIP, NEI 08-09, and other standards. The EY Resource will also provide recommendations to the EFH primary interface to the Internal Audit

4

organization, including review of IT-related audit findings, follow-ups and management response commitments.

j.     Keeping EFH apprised of key developments with regulatory and industry-specific organizations, including Edison Electric Institute (EEI), Utility IT Benchmarking (Unite), regulatory working groups and other relevant industry information as facilitated by EFH.

7.     EY's project deliverables under the July Information Security, Risk, and Compliance SOW include an updated security and risk strategy based on the existing EFH security strategy and roadmap, weekly status reports, an updated security, risk, and compliance organizational chart, an updated security architecture roadmap, and achievement of the identity and access management milestones.

8.     As set forth in detail in the August Information Security, Risk, and Compliance SOW, EY will advise EFH Corporate Services Company in connection with certain additional information security, risk, and compliance activities.   EY may provide advisory services to relating to (i) Luminant Energy security architecture support areas and (ii) Comanche Peak Nuclear Power security architecture support areas.   Services relating to the former will include network segmentation enhancements, generation plant control system upgrades, TIBCO upgrade (and other efforts/projects as mutually agreed), industry standards for security practices in the operational technology environment, Luminant architecture review board requirements, and general security related reviews, observations, and recommendations that may be directed by EFH.   Services relating to the latter will include network segmentation and zoned architecture enhancements, firewall architecture, patch management program development, generation plant control system upgrade (and other efforts/projects as mutually agreed), industry standards for security practices in the operational technology environment, and general security related reviews, observations, and recommendations that may be directed by EFH.

5

9.      EY's project deliverables under the August Information Security, Risk, and Compliance SOW include bi-weekly status updates, point of view presentations and white papers, and architecture standards, patterns, or reference architecture and recommendations.

**Professional Compensation**

10.      The July Information Security, Risk, and Compliance SOW is a Time and Materials – Not to Exceed ("NTE") Statement of Work.  Pursuant and subject to the detailed descriptions contained in the July Information Security, Risk, and Compliance SOW, EY intends to charge EFH Corporate Services Company for the services rendered in connection with the July Information Security, Risk, and Compliance SOW as follows:

|  | NTE Fees |
|---|---|
| Eric Trapp Professional Services at $250 per hour (48 hours per week) | $468,000 |
| Eric Kim Professional Services at $250 per hour (48 hours per week) | $444,000 |
| Travel and Expense | $136,800 |
| Total | $1,048,800 |

11.      The period of performance for Eric Trapp under the July Information Security, Risk, and Compliance SOW is from July 7, 2014 to March 31, 2015.  The period of performance for Eric Kim under the July Information Security, Risk, and Compliance SOW is from July 23, 2014 to March 31, 2015.

12.      The August Information Security, Risk, and Compliance SOW is a Time and Materials – Not to Exceed Statement of Work.  Pursuant and subject to the detailed descriptions contained in the August Information Security, Risk, and Compliance SOW, EY intends to charge

6

EFH Corporate Services Company for the services rendered in connection with the August

Information Security, Risk, and Compliance SOW as follows:

|  | NTE Fees |
|---|---|
| Joshua Axelrod Professional Services at $300 per hour (8 hours per week average) | $50,400 |
| Sunil Parameswaran Professional Services at $225 per hour (40 hours per week average) | $198,000 |
| Ryan Kimmitt Professional Services at $225 per hour (40 hours per week average) | $198,000 |
| Travel and Expense | $66,960 |
| Total NTE Price | $513,360 |

13.     The period of performance for Joshua Axelrod, Sunil Parameswaran, and Ryan

Kimmitt under the August Information Security, Risk, and Compliance SOW is from August 6,

2014 to January 2, 2015.

14.     EY's hourly rates are subject to annual adjustment each July 1.

15.     In addition to the fees set forth above, the Debtors shall reimburse EY for any

direct expenses incurred in connection with EY's retention in these chapter 11 cases and the

performance of the Information Security, Risk, and Compliance Services set forth in the MSA,

the July Information Security, Risk, and Compliance SOW, and the August Information Security,

Risk, and Compliance SOW.   EY's direct expenses shall include, but not be limited to,

reasonable and customary out-of-pocket expenses for items such as travel, meals,

accommodations, and other expenses specifically related to this engagement.

16.     The MSA also includes language substantially similar to the following:

7

> If we are required by applicable law, legal process or government action to produce information or personnel as witnesses with respect to the Services or this Agreement, you shall reimburse us for any professional time and expenses (including reasonable external and internal legal costs) incurred to respond to the request, unless we are a party to the proceeding or the subject of the investigation.

### Terms of Engagement

17.    EY's provision of the Information Security, Risk, and Compliance Services to the Debtors is contingent upon the Court's approval of the terms and conditions set forth in the MSA, the July Information Security, Risk, and Compliance SOW, and the August Information Security, Risk, and Compliance SOW.

### Disclosure of Connections

18.    On May 30, 2014, Ernst & Young U.S. LLP, an affiliate of EY, acquired all of the outstanding membership interests of Five Point Partners, LLC ("Five Point").  Prior to the acquisition, Five Point provided consulting services to Oncor Electric Delivery Co. LLC ("Oncor"), a non-Debtor affiliate of the Debtors.  EY and/or its affiliates will continue to provide services to Oncor during these chapter 11 cases.

19.    EY has provided tax and other services to Hunt Consolidated, Inc. and its affiliates for a number of years.  In that regard, EY has recently begun to assist Hunt Consolidated, Inc. and its affiliates to preliminarily evaluate certain federal income tax issues related to a potential investment in EFH.

20.    Subject to EY's compliance with applicable professional standards in its performance of services for the Debtors, EY shall use reasonable efforts to comply with clear and reasonable instructions of the Debtors in avoiding duplication of services provided by the Debtors' other retained professionals in these chapter 11 cases.

8

21.     EY and the professionals that it employs are qualified to represent the Debtors in the matters for which EY is proposed to be employed.

22.     Except as otherwise set forth herein, EY has not shared or agreed to share any of its compensation in connection with this matter with any other person.

23.     To the best of my knowledge, information, and belief formed after reasonable inquiry, EY does not hold nor represent any interest materially adverse to the Debtors in the matters for which EY is proposed to be retained.  The proposed employment of EY is not prohibited by or improper under Bankruptcy Rule 5002.  Accordingly, I believe that EY is eligible for retention by the Debtors under the Bankruptcy Code.

24.     At the Debtors' request, following the Petition Date and prior to Court approval of EY's engagement in these cases, EY has provided, and may continue to provide in its sole discretion, certain of the Information Security, Risk, and Compliance Services described in the MSA, the July Information Security, Risk, and Compliance SOW and/or the August Information Security, Risk, and Compliance SOW.  Thus, EY requests that this retention be authorized *nunc pro tunc* to the Petition Date, the date on which EY began providing postpetition services to the Debtors.

25.     EY intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the MSA, the July Information Security, Risk, and Compliance SOW, and the August Information Security, Risk, and Compliance SOW, and pursuant to any additional orders or procedures that may be established by the Court in these chapter 11 cases.

*[Signature Page Follows]*

9

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 18, 2014

Stephen A. Thiel
**Principal, Ernst & Young LLP**