GODFREY & KAHN, S.C.
1 East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler, *admission pro hac vice pending*

*Proposed Attorneys for the Fee Committee, Richard Gitlin, Chairman*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ | x | |
| In re: | : | **Chapter 11** |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.*, | : | **Case No. 14-10979  (CSS)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| ‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ | x | |

## <u>DECLARATION OF RICHARD GITLIN</u>

Richard Gitlin declares as follows:

1.      I work as an independent consultant through my company, Gitlin & Company, LLC.  Gitlin & Company, LLC is a single-member Florida LLC, of which I am the sole member, officer, and director.  Gitlin & Company, LLC does not provide legal services.

2.      I am a former partner of the Bingham McCutchen law firm.  I retired in 2002.  I have not received any compensation from the Bingham McCutchen firm since my retirement.

3.      I make this Declaration in support of my anticipated appointment as an independent member and chair of a court-appointed Fee Committee in these cases.

4.      This Declaration is based on my personal knowledge and if called to testify, I could and would testify competently to the written statements I have made in this declaration.

5.      The Debtors have provided a 134-page list of the names of individuals and entities (collectively, the "Interested Parties"), organized by category, of individuals and entities that may have an interest in these cases.  *See* Appendix A (identifying the categories of Interested Parties).

6.      I have reviewed the names of the Interested Parties, and except as disclosed and explained below and to the best of my knowledge and belief based on a reasonable inquiry, I do not have any connections with any Interested Parties.

7.      I am an Independent Advisor to Marathon Asset Management, which holds positions in Energy Future Holdings Corp.  My role is as an independent advisor, however, and does not include providing any advice or services related to specific investments.

8.      I have a number of commercial relationships with insurance companies, financial institutions and others that may be creditors in these cases.

9.      Finally, two of my adult children are affiliated with entities that have a relationship to the Debtors.

10.     One of my adult children is a partner at PricewaterhouseCoopers ("PWC"), where he works as a consultant in matters unrelated to this proceeding.  PWC has submitted the *Application/Motion to Employ/Retain PricewaterhouseCoopers LLP as*

*Internal Audit, Information Security, and Tax Consultants Effective Nunc Pro Tunc to the*
*Petition Date* [Docket No. 645]. No retention order for PWC has yet been entered.

11.     Another of my adult children is the head of the fixed income division of T.
Rowe Price, a debtholder in these cases. I am unaware of the nature of T. Rowe Price's
holdings in the Debtors, as my son and I do not discuss the details of T. Rowe Price's
fixed income business or my consulting work through Gitlin & Company, LLC.

12.     To the best of my knowledge, this Declaration discloses all connections
between me and the Interested Parties known to me as of the date below. However, due
to the size of the Debtors and the complexity of these cases, I cannot state with certainty
that I have identified and disclosed every single connection I have with each Interested
Party. I will promptly file supplemental disclosures of connections if any additional
relevant information comes to my attention.

13.     To the best of my knowledge and belief, insofar as I have been able to
ascertain after reasonable inquiry:

A.     I do not hold or represent an interest adverse to the Debtors or their
respective estates except as disclosed.

B.     I am not connected with the United States Trustee for Region 3,
any persons employed by the United States Trustee's office for Region 3, or any
Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware.

14.     This declaration constitutes the personal statement referred to in
sections 327(a), 328(a) and 504 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

Dated this 19th day of August, 2014.

Richard Gitlin
7836 Montecito Place
Delray Beach, FL 33446
Telephone:  860-559-5108
Facsimile:  860-295-0617
E-mail:  rgitlin@gitlinco.com

4

**APPENDIX A**

**<u>Categories of Interested Parties, as provided by the Debtor</u>**

- Debtor Affiliates
- Joint Venture Parties
- Current and Former Officers and Directors
- Banks
- Bondholders (secured)
- Bondholders (unsecured)
- Contractual Counterparties
- Debtholders
- DIP Parties
- Indenture Trustees
- Insurers
- Investment Banks
- Landlords
- Letters of Credit
- Lienholders
- Litigants
- Litigants (Asbestos)
- Potentially Responsible Parties
- Professionals
- Shareholders
- Significant Customers
- Significant Vendors
- Surety Bonds
- Taxing Authorities
- Top 50 Unsecured Creditors
- Unions
- United States Trustee, Judges, and Court Contacts for the District of Delaware (and Key Staff Members)
- Utilities

11992775.1