GODFREY & KAHN, S.C.
One East Main Street
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice* Pending)

*Proposed Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP. *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| Debtor-in-Possession. | : | (Jointly Administered) |

Objection deadline: September 9, 2014 at
4:00 p.m. (Prevailing Eastern Time)
Hearing date: September 16, 2014 at
11:00 a.m. (Prevailing Eastern Time)

**NOTICE OF APPLICATION OF FEE COMMITTEE**
**FOR AUTHORIZATION TO EMPLOY AND RETAIN GODFREY & KAHN, S.C.,**
**AS COUNSEL TO THE FEE COMMITTEE**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed application

(the "**Application**") of the Fee Committee anticipated to be appointed in Energy Future Holdings

Corp. ("**EFH**") with its affiliated debtors in possession (together, the "**Debtors**"), to employ and

retain Godfrey & Kahn, S.C. ("**Godfrey & Kahn**" or the "**Firm**") as its counsel effective as of

the date of the Fee Committee's appointment, all as more fully described in the Application, to

the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**") on September 16, 2014, at 11:00 a.m. **(Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the Local Rules of the Bankruptcy Court for the District of Delaware (the "**Local Rules**"), shall set forth the name of the objecting party, the basis for the objection and specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with Local Rule 5005-4 (which can be found at www.deb.uscourts.gov ) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest in Portable Document Format (PDF) and shall be served upon: (i) the chambers of the Honorable Christopher S. Sontchi, the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; (ii) Kirkland & Ellis, LLP, Attn: Richard M. Cieri, 601 Lexington Avenue, New York, NY 10022 and Richards, Layton & Finger, P.A., Attn: Mark D. Collins, One Rodney Square, 920 North King Street, Wilmington, DE 19801, attorneys for the Debtors; (iii) the Office of the United States Trustee for the District of Delaware, Attn: Richard L. Schepacarter, 844 King Street, Suite 2207 – Lockbox #35, Wilmington, DE 19801; (iv) Polsinelli PC, Attn: Justin Edelson, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 and Morrison & Foerster LLP, Attn: Todd Goren, 250 West 55th Street, New York, NY 10019, attorneys for the Official Committee of Unsecured Creditors appointed in these cases; and (v) Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler, proposed attorneys for the Fee Committee, **so as to be so filed and received by no later than September 9, 2014, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is filed and served and if the Court so directs, a hearing may be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct.

Dated: Madison, Wisconsin
August 19, 2014.

GODFREY & KAHN, S.C.

By:    /s/Katherine Stadler
Katherine Stadler (KS 6831)

GODFREY & KAHN, S.C.[2]
One East Main Street
Madison, WI  53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609
E-mail: kstadler@gklaw.com

*Proposed Attorneys for the Fee Committee*

---

[2] Applications for admission, *pro hac vice,* will be submitted within 30 days of the date of this filing, pursuant to Local Rule 9010-1, unless otherwise ordered by the Court.