# EXHIBIT A

## (Affidavit of Katherine Stadler)

GODFREY & KAHN, S.C.
1 E. Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice* Pending)

*Proposed Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| **In re** | : | **Chapter 11** |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.,* | : | **Case No. 14-10979 (CSS)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | x | |

## AFFIDAVIT OF KATHERINE STADLER

STATE OF WISCONSIN )
                      ) SS.
COUNTY OF DANE )

       Katherine Stadler, being duly sworn and on oath, states that:

       1.      I am a shareholder with Godfrey & Kahn, S.C. ("**Godfrey & Kahn**"), a law firm with its principal offices at 780 North Water Street in Milwaukee, Wisconsin, and One East Main Street in Madison, Wisconsin, and other offices in Wisconsin and in Washington, D.C. I am authorized to make this Affidavit on behalf of Godfrey & Kahn and in support of the *Application of Fee Committee for Authorization to Employ and Retain Godfrey & Kahn, S.C. as Counsel to the Fee Committee, Nunc Pro Tunc to the*

*Fee Committee's Appointment* (the "**Godfrey & Kahn Retention Application**"). The Affidavit is based on my personal knowledge and if called to testify, I could and would testify competently to the written statements I have made in this Affidavit.

2.      I am licensed to practice law in Wisconsin and New York, and I am a member in good standing of the Bar of the State of Wisconsin and the State of New York. I am admitted to practice before the United States Supreme Court, United States Courts of Appeal for the First, Second, and Seventh Circuits, and the United States District Courts for the Eastern and Western Districts of Wisconsin, Northern District of Illinois, Eastern District of Michigan, and Southern District of New York.

3.      Godfrey & Kahn, which employs 180 attorneys, has a large and diverse legal practice that primarily, though not exclusively, represents corporate and association clients based in Wisconsin. Among these clients are financial institutions, insurance companies, public utilities, manufacturers, business and industry groups, and others that may have a direct or indirect interest in these proceedings. However, except as otherwise noted in Appendix C, and as further discussed below, Godfrey & Kahn does not represent any entity in connection with these proceedings or hold any interest adverse to the Debtors or their estates.

4.      Godfrey & Kahn has established procedures for reviewing possible conflicts and for determining connections between Godfrey & Kahn, or Godfrey & Kahn attorneys, and outside entities. Pursuant to those procedures, I performed, or caused to be performed, the following actions to identify for disclosure any parties relevant to this Affidavit and to determine Godfrey & Kahn's connection to each such party.

A.      The Debtors (collectively, "**EFH**") have provided a 137-page list of the names of individuals and entities (collectively, the "**Interested Parties**"), organized by category, of individuals and entities that may have an interest in these cases. *See* Appendix A (identifying the categories of Interested Parties).

B.      Godfrey & Kahn entered the names of the Interested Parties into its conflicts check database, which contains the names of all of its clients and conflict information concerning each such client, as well as the names of entities with which Godfrey & Kahn attorneys have formal relationships, such as a position on a board of directors.  As a result, Godfrey & Kahn obtained a list of names from the conflicts check database that matched or that appeared similar to the name of an Interested Party.  That list has been reviewed by Godfrey & Kahn attorneys.

C.      Godfrey & Kahn additionally sent an inquiry to all Godfrey & Kahn attorneys to determine whether any such attorney (a) owns any interest in EFH stock or debt instruments; (b) has any pending claims against EFH; (c) is, or has a relative who is, a current officer or director of EFH; (d) has any immediate family member who has been employed by, or has been an officer or director of, EFH; or (e) has any other significant connections with EFH.

D.      Godfrey & Kahn also has inquired within the firm about connections with the United States Trustee program or any person employed in the office of the U.S. Trustee.

5.      Based on the procedures described above, Godfrey & Kahn, has determined that it does not currently represent any of the Debtors or Debtor Affiliates,

and that it has not represented any of the Debtors or Debtor Affiliates in at least five years. *See* Appendix B (identifying Debtors and Debtor Affiliates).

6.      Based on its procedures described above, Godfrey & Kahn has also determined that it has not represented and does not represent—nor will it—any party other than the Fee Committee in connection with these proceedings

7.      A Godfrey & Kahn shareholder, Douglas Poland, currently represents an individual partner of one of the firms seeking retention in these cases in personal Wisconsin real estate matters wholly unrelated to these cases.  Aggregate billings to the client in the last 12 months have totaled less than $25,000, less than one percent of Godfrey & Kahn's annual revenue.  Consistent with Godfrey & Kahn's ethical screening procedures, the following procedures will be put in place:

A.      Mr. Poland will play no role in the representation of the Fee Committee in these cases;

B.      Mr. Poland will have no contact with or access to physical or electronic files regarding Godfrey & Kahn's Fee Committee representation.  All such files will be physically segregated and physically or electronically labeled:

> **\*\*\*\*\*\*\*\*\*\*\*ETHICAL SCREEN WARNING\*\*\*\*\*\*\*\*\*\***
> ACCESS TO THIS FILE IS EXCLUSIVELY LIMITED TO: BRADY WILLIAMSON, KATHERINE STADLER, AND ATTORNEYS AND STAFF UNDER THEIR DIRECTION AND CONTROL WORKING ON THE REPRESENTATION OF THE FEE COMMITTEE IN THE ENERGY FUTURE HOLDINGS INC. BANKRUPTCY CASE. STAFF MEMBERS WHO HAVE ACCESS TO THIS FILE SHALL REVIEW THE ETHICS AND LOSS PREVENTION COMMITTEE MEMORANDUM RELATING TO THE FILE DATED _____ BEFORE ACCESSING THE FILE TO ASSURE COMPLIANCE.  SEE KATHERINE STADLER

OR A MEMBER OF THE ETHICS AND LOSS PREVENTION COMMITTEE WITH ANY QUESTIONS.

8.      Godfrey & Kahn can and will represent the Fee Committee in a capacity that is adverse to any or all of the professionals retained in these cases (the "**Retained Professionals**").

9.      A list of Interested Parties with which Godfrey & Kahn has a current relationship or has had a recent relationship—all wholly unrelated to these cases—is attached to this Affidavit as Appendix C.  For purposes of this disclosure, representation of third parties who are adverse to Interested Parties in unrelated matters—other than Debtors, Officers, Directors, and Professionals—are not "relationships."

10.     Despite occasional prior co-counsel or local counsel relationships with various Retained Professionals—all in wholly unrelated matters—Godfrey & Kahn's approach to and review of the applications of such Retained Professionals will be consistent with and subject to the same standards—including the standards for the filing of objections—applicable to all other Retained Professionals.

11.     Godfrey & Kahn served as counsel to the Fee Examiner in *In re Motors Liquidation Company*, No. 09-50026 (Bankr. S.D.N.Y.) (Gerber, J.), and counsel to the Fee Committee in *In re Lehman Brothers Holdings, Inc.*, No. 08-13555 (Peck, J.).  In those capacities, Godfrey & Kahn has submitted reports and recommendations—some adverse—with respect to applications for compensation filed by some of the Retained Professionals.

12.     To the best of my knowledge, this Affidavit discloses all connections between Godfrey & Kahn with the Interested Parties known to Godfrey & Kahn as of

today's date.  Due to the size of the Debtors and the complexity of these cases, Godfrey & Kahn cannot state with absolute certainty that, at this time, it has identified and disclosed every single connection it has with each Interested Party.  However, Godfrey & Kahn will promptly file supplemental disclosures of any such connections if any additional relevant information comes to my or Godfrey & Kahn's attention.

13.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, including the information in Godfrey & Kahn's conflicts check database and direct inquiry of Godfrey & Kahn attorneys and except as otherwise disclosed herein:

A.     Godfrey & Kahn does not hold or represent an interest adverse to the Debtors, the Debtor Affiliates, or their respective estates.

B.     Neither Godfrey & Kahn nor its attorneys are connected with the United States Trustee for Region 3, any persons employed by the United States Trustee's office for Region 3, or any Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware.

14.     Godfrey & Kahn has performed work in good faith, beginning on August 19, 2014 (and earlier) in anticipation of the commencement of the Fee Committee's work.  Godfrey & Kahn performed all of this work at the direction of the proposed Independent Member, Richard Gitlin.  Accordingly, it is appropriate that Godfrey & Kahn's retention be effective *nunc pro tunc* to the date of the Fee Committee's appointment by the Court.

Dated this 19th day of August, 2014.

_Katherine Stadler_
Katherine Stadler
One East Main Street, Suite 500
Madison, Wisconsin 53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609
E-mail:  kstadler@gklaw.com

Subscribed and sworn to before me
this 19th day of August, 2014.

_Ann E. Grote_
Ann E. Grote
Notary Public, State of Wisconsin
My Commission Expires:  August 2, 2015

## APPENDIX A

### Categories of Interested Parties, as provided by the Debtors

- Debtor Affiliates
- Joint Venture Parties
- Current and Recent Former Officers and Directors
- Banks
- Bondholders (Secured)
- Bondholders (Unsecured)
- Contractual Counterparties
- Debtholders
- DIP Parties
- Indenture Trustees
- Insurers
- Investment Banks
- Landlords
- Letters of Credit
- Lienholders
- Litigants
- Litigants (Asbestos)
- Potentially Responsible Parties
- Professionals
- Shareholders
- Significant Customers
- Significant Vendors
- Surety Bonds
- Taxing Authorities
- Top 50 Unsecured Creditors
- Unions
- United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members)
- Unsecured Creditors' Committee Members and proposed Advisors
- Utilities

## APPENDIX B

## <u>List of Debtors and Debtor Affiliates</u>

1. 4Change Energy Company
2. 4Change Energy Holdings LLC
3. Basic Resources, Inc.
4. Big Brown 3 Power Company LLC
5. Big Brown Lignite Company LLC
6. Big Brown Power Company LLC
7. Brighten Energy LLC
8. Brighten Holdings LLC
9. Collin Power Company LLC
10. Comanche Peak Nuclear Power Co. LLC
11. Dallas Power & Light Company
12. DeCordova II Power Company LLC
13. DeCordova Power Company LLC
14. Eagle Mountain Power Company LLC
15. Ebasco Services of Canada Limited
16. EEC Holdings, Inc.
17. EECI, Inc.
18. EFH Australia (No. 2) Holdings Company
19. EFH FS Holdings Company
20. EFH properties Company
21. EFH Renewables Company LLC
22. EFH Vermont Insurance Company
23. EFIH Finance Inc.
24. Energy Future Competitive Holdings Company LLC
25. Energy Future Holdings Corp.
26. Energy Future Intermediate Holding Company LLC
27. Generation Development Company LLC
28. Generation MT Company LLC
29. Generation SVC Company
30. Greenway Development Holding Co.
31. Humphreys & Glasgow Limited
32. Lake Creek 3 Power Company LLC
33. Lone Star Energy Company, Inc.
34. Lone Star Pipeline Company, Inc.
35. LSGT Gas Company LLC
36. LSGT SACROC, Inc.
37. Luminant Big Brown Mining Company LLC
38. Luminant Energy Company LLC
39. Luminant Energy Trading California Company
40. Luminant ET Services Company
41. Luminant Generation Company LLC
42. Luminant Holding Company LLC
43. Luminant Mineral Development Company LLC
44. Luminant Mining Company LLC
45. Luminant Renewables Company LLC

46. Martin Lake 4 Power Company LLC
47. Monticello 4 Power Company LLC
48. Morgan Creek 7 Power Company LLC
49. NCA Development Company LLC
50. NCA Resources Development Company LLC
51. Nuclear Energy Future Holdings II LLC
52. Nuclear Energy Future Holdings LLC
53. Oak Grove Management Company LLC
54. Oak Grove Mining Company LLC
55. Oak Grove Power Company LLC
56. Oncor Communications Holdings Company LLC
57. Oncor Electric Delivery Administration Corporation
58. Oncor Electric Delivery Company LLC
59. Oncor Electric Delivery Holdings Company LLC
60. Oncor Electric Delivery Transition Bond Company LLC
61. Oncor License Holdings company LLC
62. Oncor Management Investment LLC
63. Sandow Power Company LLC
64. Southwestern Electric Service Company, Inc.
65. TCEH Finance, Inc.
66. Texas Competitive Electric Holdings Company LLC
67. Texas Electric Service Company, Inc.
68. Texas Power & Light Company, Inc.
69. Texas Utilities Company, Inc.
70. Texas Power & Light Company, Inc.
71. Texas Utilities Company, Inc.
72. Texas Utilities Electric Company, Inc.
73. Tradinghouse 3 & 4 Power Company LLC
74. Tradinghouse Power Company LLC
75. TXU Eastern Finance (A) Ltd.
76. TXU Eastern Finance (B) Ltd.
77. TXU Eastern Funding Co.
78. TXU Electric Company, Inc.
79. TXU Electric Delivery Company
80. TXU Energy Receivables Company
81. TXU Energy Retail Company LLC
82. TXU Energy Solutions Company LLC
83. TXU Europe CP Inc.
84. TXU Europe Ltd.
85. TXU Finance (No. 2) Ltd.
86. TXU Receivables Company
87. TXU Retail Services Company
88. TXU SEM Company
89. Valley NG Power Company LLC
90. Valley Power Company LLC.

# APPENDIX C

## LIST OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED[1] GODFREY & KAHN, S.C. IN MATTERS UNRELATED TO THE DEBTORS OR THESE CHAPTER 11 CASES

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| AllianceBernstein LP (US) | Bondholders (Secured) | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| Alliant Energy Corporate Services Inc. | Significant Vendor | Current client on unrelated matter. |
| Alvarez & Marsal LLC | Significant Vendor<br><br>Professionals | Alvarez and Marsal is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc. United States Bankruptcy Court for the District of Delaware, Case No. 13-10125. Godfrey & Kahn served as an ordinary course professional for the debtor in that case, providing corporate and securities services not directly related to the Chapter 11 case.<br>Alvarez and Marsal is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, Allens, Inc., United States Bankruptcy Court for the Western District of Arkansas, Case No. 137-3597. Godfrey & Kahn served as an ordinary course professional for the debtor in that case, providing representation in Wisconsin consumer and regulatory matters unrelated to the Chapter 11 case.<br>Alvarez and Marsal served as a retained professional in *Lehman Brothers Holdings, Inc.*, United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 ("*Lehman*"). Godfrey & Kahn served as counsel to the Fee Committee in Lehman. |

---

[1] Only client relationships for which there has been any billing since 2012 are included in this Appendix.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Amerequip Corporation | | Previous co-defendant with Godfrey & Kahn client in unrelated asbestos litigation. No current pending litigation. |
| American Legislative Exchange Council | Significant Vendors | Current client on unrelated matters. |
| Angelo, Gordon & Co., L.P. | Bondholders (secured) Debtholders | Angelo, Gordon & Co., L.P. is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[2] |
| A.O. Smith | Litigants (Asbestos) | Current client on unrelated Wisconsin regulatory matters. |
| Aon Investment Consulting Inc. | Debtholders | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| Apollo Global Management LLC Apollo Management Holdings LP | Debtholders | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Artco-Bell Corp. | Contractual Counterparties | Artco-Bell Corp. is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc. United States Bankruptcy Court for the District of Delaware, Case No. 13-10125.[3] |
| Asbestos Removal, Inc. | Significant Vendor | Current client on unrelated matter. |
| Babcock & Wilcox | Contractual Counterparties Significant Vendor | Current client on unrelated matters. |
| Babson Capital Management LLC | Bondholders (secured) Debtholders | Currently adverse to Godfrey & Kahn client on unrelated acquisition matter. |
| Bank of America NA | Banks | Current client on unrelated matters. |
| Bank of New York Mellon, The | Banks | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Barclays Capital Inc. Barclays Bank PLC | Bondholders (secured) Contractual Counterparties Significant Customer | Current client on unrelated matter. |

---

[2] *See* Alvarez & Marsal disclosure at p. 4.

[3] *See* Alvarez & Marsal disclosure at p. 4.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Baycare Health System | Debtholders | Current client on unrelated matter. |
| BlackRock BlackRock Advisors LLC | Bondholders (secured) | Blackrock Inc. is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[4] |
| BMO Asset Management Inc. | Bondholders (Secured) | Currently adverse to Godfrey & Kahn client on unrelated banking matters. |
| Capital Research | Debtholders | Capital Research Global Investors is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[5] |
| Capstone Advisory Group, LLC | Professionals | Currently adverse to Godfrey & Kahn client on acquisition of manufacturing facility located in Wisconsin. |
| Cooper Industries, Inc. | Litigants (Asbestos) | Current client on unrelated litigation matters, including one asbestos matter. |
| Crane Co. | Litigants (Asbestos) | Current client in five (5) unrelated asbestos litigation matters. |
| Credit Suisse Securities (USA) LLC | Bondholders (Secured) | Currently adverse to Godfrey & Kahn client on unrelated banking and financing matters. |
| Dell Computer Corp. Dell Inc. Dell Marketing LP Dell USA LP | Contractual Counterparties  Significant Vendors | Current client on unrelated matters. |
| Design Assistance Corp. | Significant Vendors | Current client on unrelated matters. |

---

[4] *See* Alvarez & Marsal disclosure at p. 5.

[5] *See* Alvarez & Marsal disclosure at p. 5.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Deutsche Bank AG New York Branch<br>Deutsche Bank Securities Inc.<br>Deutsche Investment Management Americas Inc.<br>Deutsche Bank Trust Co. America<br>Deutsche Bank Trust Co. Americas | Bondholders (secured)<br><br>Banks<br><br>Litigants<br><br>Professionals | Deutsche Bank is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[6]<br>Deutsche Bank Securities Inc. is currently adverse to a Godfrey & Kahn client in an unrelated real estate matter.  Godfrey & Kahn serves only as local counsel in this engagement. |
| Enbridge Energy Partners LP | Contractual Counterparties | Current client on unrelated matter. |
| Ernst & Young LLP | Professionals | Ernst & Young LLP was adverse to Godfrey & Kahn client, BMO Financial Group in unrelated Texas litigation involving the Petters Ponzi scheme.  Ernst & Young is also adverse to Godfrey & Kahn clients in connection with financial institution matters. |
| Evercore Group | Professionals | Evercore Group served as a retained professional in Motors Liquidation Corporation, United States Bankruptcy Court for the Southern District of New York Case No. 09-50026 ("MLC"), with Godfrey & Kahn serving as counsel to the Fee Examiner. |
| Exxon Mobil Corp. | Litigants (Asbestos) | Current client on unrelated matters. |
| Federal Deposit Insurance Corp. (FDIC) | Significant Customer | Current client on unrelated matter. |
| Fidelity Management & Research Co. | Bondholder (Secured) | Currently adverse to Godfrey & Kahn client on unrelated pension plan matter. |
| First Tennessee Bank National | Contractual Counterparties | Current client on unrelated matters. |
| Garlock Sealing Technologies Inc.<br>Garlock Sealing Technologies LLC | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated asbestos matters. |

---

[6] *See* Alvarez & Marsal disclosure at p. 5.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| General Motors LLC | Contractual Counterparties | Current client on unrelated matter. |
| General Refractories Co. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| Gibson Dunn & Crutcher | Professionals | Gibson Dunn & Crutcher served as a retained professional in Lehman Brothers Holdings, Inc., United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 ("Lehman"). Godfrey & Kahn served as counsel to the Fee Committee in Lehman. |
| Goodrich Corp. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters, some asbestos. |
| Goodyear Tire & Rubber Co. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Goulds Pumps Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Greene Tweed & Co. Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Highbridge Capital | Debtholders | Highbridge Capital Management, LLC is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc. [7] |
| Honeywell Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters, some asbestos. |
| Husch Blackwell LLP | Significant Vendors | Current client on unrelated matter. |
| IMO Delaval Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| IMO Industries Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| ING Financial Markets, LLC | Bondholder (Secured) | Currently adverse to Godfrey & Kahn client on unrelated corporate matter. |
| ING Investment Management LLC | Bondholder (Secured) | Currently adverse to Godfrey & Kahn client on unrelated refinancing matter. |
| Ingersoll Rand Corp. Ingersoll-Rand Co. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters, some asbestos. |
| ITT Corp. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters, some asbestos. |

---

[7] *See* Alvarez & Marsal disclosure at p. 5.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| John Crane Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Johnson, David | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| Jones Day | Professionals | Jones Day served as a retained professional in Motors Liquidation Corporation, United States Bankruptcy Court for the Southern District of New York Case No. 09-50026 ("MLC"), with Godfrey & Kahn serving as counsel to the Fee Examiner. Jones Day served as a retained professional in Lehman Brothers Holdings, Inc., United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 ("Lehman"). Godfrey & Kahn served as counsel to the Fee Committee in Lehman. |
| Jones, Tammy Thaxton | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| JP Morgan Chase Bank NA JPMorgan Chase Bank NA (IL) JPMorgan Chase Bank (NY) JPMorgan Chase Bank (OH) JPMorgan Chase Bank NA (TX) JPMorgan Chase through Met Life | Bondholders (Secured and unsecured) Banks | Current client on unrelated matter. |
| Kimberly-Clark Corp. | Contractual Counterparties | Current client on unrelated matters. |
| Kirkland & Ellis | Professionals | Godfrey & Kahn has served as local or co-counsel with Kirkland & Ellis on unrelated matters. Godfrey & Kahn shareholder, Douglas Poland, was a Kirkland & Ellis employee until January 2005. |

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| KKR Asset Management LLC | Debtholder | KKR Asset Management LLC is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[8] |
| Kramer Levin Naftalis & Frankel LLP | Professionals | Kramer Levin served as a retained professional in Motors Liquidation Corporation, United States Bankruptcy Court for the Southern District of New York Case No. 09-50026 ("*MLC*"), with Godfrey & Kahn serving as counsel to the Fee Examiner. |
| Lennox Industries Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| Lucent Technologies Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| Magnetar Financial LLC | Bondholder (Secured) | Currently adverse to Godfrey & Kahn client on unrelated residential special asset matter. |
| McDermott Will & Emery | Professional | McDermott Will & Emery currently represents Godfrey & Kahn in unrelated professional liability matters. |
| Memorial Medical Center | Contractual Counterparties | Current client on unrelated matters. |
| Merrill Lynch Pierce Fenner & Smith Inc. | DIP Parties Bondholder (Secured) | Currently adverse to Godfrey & Kahn client on unrelated finance and banking matters. |
| Metropolitan Life Insurance Co. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matter, some asbestos. |
| Mine Safety & Appliances Co. | Litigants (Asbestos) | Current client on unrelated matters. |
| Monsanto Co. | Litigants (Asbestos) Potentially Responsible Parties | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| Morgan Stanley | Shareholder | Current client on unrelated matter. |
| MSD Capital, LP | Bondholders (Secured) | MSD Capital, LP is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[9] |

[8] *See* Alvarez & Marsal disclosure at p. 5.

[9] *See* Alvarez & Marsal disclosure at p. 5.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| National Oilwell Varco Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| Navigant Consulting Inc. | Professionals | Currently adverse to Godfrey & Kahn financial institutions client in unrelated bank regulatory matters. |
| Navistar Inc | Contractual Counterparties | Current client on unrelated matter. |
| Nuveen Asset Management LLC | Bondholder (Secured) | Currently adverse to Godfrey & Kahn client on unrelated leasing matter. |
| Oaktree Capital Management LP | Bondholder (Secured) | Currently adverse to Godfrey & Kahn client on unrelated banking matters. |
| Owens Illinois Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| Parker-Hannifin Corp. | Contractual Counterparties<br><br>Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters, some asbestos. |
| Paul Weiss Rifkind Wharton & Garrison LLP | Professionals | Paul Weiss Rifkind Wharton & Garrison is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[10] Paul Weiss also served as counsel to one of the retained professionals in *Lehman*. |
| Pepsico Inc. | Contractual Counterparties | Current client on unrelated matter. |
| Perella Weinberg Partners | Professionals<br><br>Debtholders | Perella Weinberg Partners LP is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc..[11] |
| Pharmacia Corp. | Litigants (Asbestos) Potentially Responsible Parties | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Philips Electronics North America Corp. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |

---

[10] *See* Alvarez & Marsal disclosure at p. 5.

[11] *See* Alvarez & Marsal disclosure at p. 5.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| PricewaterhouseCoopers, LLP | Professional | PrecewaterhouseCoopers, LLP served as a retained professional in Motors Liquidation Corporation, United States Bankruptcy Court for the Southern District of New York Case No. 09-50026 ("MLC"), with Godfrey & Kahn serving as counsel to the Fee Examiner. PricewaterhouseCoopers, LLP served as a retained professional in Lehman Brothers Holdings, Inc., United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 ("Lehman"). Godfrey & Kahn served as counsel to the Fee Committee in Lehman. PricewaterhouseCoopers, LLP is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, Allens, Inc., United States Bankruptcy Court for the Western District of Arkansas, Case No. 137-3597. Godfrey & Kahn served as an ordinary course professional for the debtor in that case, providing representation in Wisconsin consumer and regulatory matters unrelated to the Chapter 11 case. |
| Principal Life Insurance Co. | Debtholders | Current client on unrelated matter. |
| Prudential Investment Management Inc. | Bondholder (Secured) | Currently adverse to Godfrey & Kahn client in unrelated Wisconsin financing opinion matter. |
| Rapid-American Corp. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated asbestos matter. |
| RBC Capital Markets LLC | Bondholders (Secured) | Currently adverse to Godfrey & Kahn client on unrelated banking and financing matters. |
| RBS Securities Inc. | Bondholders (Secured) | Current client on unrelated matter. |
| Salvation Army, The | Significant Vendors | Current client on unrelated matter. |

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Scoggin Capital Management II LLC | Debtholders | Scoggin Capital Management II LLC is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[12] |
| Scoggin International Fund Ltd. | Debtholders | Scoggin International Fund, Ltd. is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[13] |
| Scoggin Worldwide Fund Ltd. | Debtholders | Scoggin Worldwide Fund, Ltd. is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[14] |
| Sidley & Austin | Professional | Godfrey & Kahn served as co-counsel with Sidley & Austin on unrelated matters. |
| Smith, David D. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matter. |
| Sprint | Significant Vendors | Current client on unrelated matter. |
| SPX Corporation SPX Corp. | Contractual Counterparties Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Survey Sampling International | Significant Vendors | Current client on unrelated matter. |
| Texas Instruments, Inc. | Contractual Counterparties Potentially Responsible Parties | Texas Instruments, Inc. is or was an interested party in the Chapter 11 bankruptcy case of Godfrey & Kahn client, School Specialty, Inc.[15] |
| Total Petrochemicals USA Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Towers Watson | Professionals | Towers Watson is currently adverse to a Godfrey & Kahn health care client. Godfrey & Kahn serves only as local counsel in this engagement. |

---

[12] *See* Alvarez & Marsal disclosure at p. 5.

[13] *See* Alvarez & Marsal disclosure at p. 5.

[14] *See* Alvarez & Marsal disclosure at p. 5.

[15] *See* Alvarez & Marsal disclosure at p. 5.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Trane Co. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Trane US Inc. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| UBS AG<br>UBS AG – Stamford Branch TRS | Contractual Counterparties<br><br>Debtholders | Current client on unrelated matters. |
| Union Bank NA | DIP Parties | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Union Carbide Corp. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| United Conveyor Corp. | Litigants (Asbestos) Claimants (Asbestos) | Current client on unrelated matters. |
| United States Steel Corp. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| U.S. Bank N.A. | Contractual Counterparties | Current client on unrelated matters. |
| Valero Energy Corp. | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |
| Wachovia Bank NA | Lienholders | Currently adverse to Godfrey & Kahn client on unrelated corporate matters. |
| Walker, Mary | Litigants (Asbestos) | Current client on unrelated matter. |
| Warren Pumps LLC | Litigants (Asbestos) | Currently adverse to Godfrey & Kahn client on unrelated matters. |

11995665.1