**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 2019 BY
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Montgomery, McCracken, Walker & Rhoads, LLP ("MMW&R") hereby submits the following verified statement (the "Statement"), and represents as follows:

1.      MMW&R currently represents the following asbestos personal injury law firms (the "Clients") in connection with the asbestos issues presented in the above-captioned bankruptcy cases:

        (a)      Gori Julian & Associates, P.C.
                 156 North Main Street
                 Edwardsville, IL 62025

        (b)      Simmons Hanley Conroy
                 112 Madison Avenue
                 New York, NY 10016

        (c)      Paul, Reich & Myers, P.C.
                 1608 Walnut Street, Suite 500
                 Philadelphia, PA 19103

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

      (d)      Kazan McClain Satterley & Greenwood, A Professional Law Corporation
                 55 Harrison Street, Suite 400
                 Oakland, CA 94607

      (e)      Early, Lucarelli, Sweeney & Meisenkothen
                 360 Lexington Avenue, 20th Floor
                 New York, NY 10017

2.      The terms of MMW&R's engagement for each of these Clients is set forth in separate communications, which will not be filed with the Court due to confidentiality concerns, but are available from MMW&R.

3.      MMW&R does not hold any claim against, or own any interest in, the Debtors nor has it at any time held any such claim or owned any such interest.

4.      To the extent necessary or required, MMW&R reserves the right to amend, modify, and/or supplement this verified statement under Federal Rule of Bankruptcy Procedure 2019.

5.      I, Natalie D. Ramsey, declare under penalty of perjury that I am an attorney at MMW&R and that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Dated: Wilmington, Delaware
       August 20, 2014

                       **MONTGOMERY McCRACKEN WALKER &**
                       **RHOADS, LLP**

                       */s/ Natalie D. Ramsey*
                       Natalie D. Ramsey, Esquire (DE Bar No. 5378)
                       1105 North Market Street, Suite 1500
                       Wilmington, DE  19801
                       (302) 504-7800

                       *Counsel for Gori Julian & Associates, P.C.;*
                       *Simmons Hanley Conroy; Paul Reich & Meyers, P.C.;*
                       *Kazan, McClain, Satterley & Greenwood, a Professional*
                       *Law Corporation, and Early, Lucarelli, Sweeney &*
                       *Meisenkothen*