**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Natalie D. Ramsey, certify that on August 20, 2014, I caused to be filed and served via the CM/ECF system a **Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Montgomery, McCracken, Walker & Rhoads, LLP** (the "Statement") in the above-captioned adversary proceeding. I further certify that a true and correct copy of the **Statement** was also served *via* U.S. First Class Mail, postage prepaid, upon the parties on the attached service list.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-2-

Dated: Wilmington, Delaware
August 20, 2014

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
1105 North Market Street, Suite 1500
Wilmington, DE  19801
(302) 504-7800

*Counsel for Gori Julian & Associates, P.C.; Simmons Hanley Conroy; Paul Reich & Meyers, P.C.; Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and Early, Lucarelli, Sweeney & Meisenkothen*

-2-