IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### CERTIFICATION OF COUNSEL CONCERNING
### STIPULATION AND ORDER APPOINTING A FEE COMMITTEE

The undersigned hereby certifies as follows:

1. On April 29, 2014 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced cases (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Bankruptcy Code for the District of Delaware (the "Court").

2. On May 13, 2014, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") in the Chapter 11 Cases [D.I. 420].

3. Pursuant to the *General Order Re: Fee Examiners in Chapter 11 Cases with Combined Assets and/or Liabilities in Excess of $100,000,000 Before Judge Christopher S. Sontchi* (the "Standing Order"), the Debtors initially had until no later than seventy (70) days after the Petition Date -- *i.e.* July 8, 2014 -- to, among other things, submit under certification of counsel a proposed order regarding the appointment of a fee examiner.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4.     On July 9, 2014 the Court entered its *Order Extending Debtors' Time to Comply With "General Order Re: Fee Examiners in Chapter 11 Cases With Combined Assets and/or Liabilities in Excess of $100,000,000 Before Judge Christopher S. Sontchi"* [D.I. 1512] (the "Initial Extension Order").  Pursuant to the Initial Extension Order, the Court extended the Debtors' deadline to comply with the Standing Order through and including August 7, 2014.

5.     Following entry of the Initial Extension Order, on August 4, 2014, the Court entered its *Second Order Further Extending Debtors' Time to Comply With "General Order Re: Fee Examiners in Chapter 11 Cases With Combined Assets and/or Liabilities in Excess of $100,000,000 Before Judge Christopher S. Sontchi"* [D.I. 1744] (the "Second Extension Order"). Pursuant to the Second Extension Order, the Court extended the Debtors' deadline to comply with the Standing Order through and including September 17, 2014.

6.     Given the size and complexity of these Chapter 11 Cases, the U.S. Trustee proposed, and the Debtors and the Creditors' Committee agreed, to recommend that the Court appoint a committee (the "Fee Committee") to, among other things, review and report as appropriate on monthly fee statements submitted in accordance with any order regarding interim compensation of professionals, and all interim and final fee applications filed by professionals retained under 11 U.S.C. §§ 105, 327, 363 or 1103 or similar authority.

7.     The U.S. Trustee, in consultation with the Debtors and the Creditors' Committee and pursuant to the Standing Order, has prepared the *Stipulation and Order Appointing a Fee Committee* (the "Proposed Order"), appointing a Fee Committee.  A copy of the Proposed Order is attached hereto as Exhibit A.  The Proposed Order has been circulated to, and is acceptable to, the Debtors, the U.S. Trustee and the Creditors' Committee.

8. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit A, at the Court's earliest convenience.

Dated: August 20, 2014
      Wilmington, Delaware        /s/ *Tyler D. Semmelman*
                                    **RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com
          semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
          edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession