IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### SECOND SUPPLEMENTAL VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain unaffiliated holders (the "Ad Hoc Committee of TCEH First Lien Creditors") of indebtedness issued pursuant to, *inter alia*, (i) that certain Credit Agreement, dated as of October 10, 2007 (as amended, modified or supplemented from time to time, the "TCEH First Lien Credit Agreement"), by and among, *inter alia*, Texas Competitive Electric Holdings Company LLC ("TCEH"), as Borrower, Energy Future Competitive Holdings Company ("EFCH") and certain of its subsidiaries, as Guarantors, Wilmington Trust, N.A., as successor Administrative Agent and Collateral Agent, and the lenders from time to time party thereto (the loans and other obligations incurred thereunder, the "TCEH First Lien Credit Agreement Claims,") and (ii) that certain Indenture, dated as of April 19, 2011, by and among, *inter alia*, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and CSC Trust Company of Delaware, as successor Trustee (the notes and other obligations incurred thereunder, the "TCEH First Lien Note Claims", and together with the TCEH First Lien Credit Agreement Claims, the "TCEH First Lien Claims"), hereby submit this second supplemental verified statement (this "Second Supplemental Rule 2019 Statement") and in support thereof state as follows:

1.  In or around February 2013, certain members of the Ad Hoc Committee of TCEH First Lien Creditors retained Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), to represent them in connection with potential restructuring discussions involving the above-captioned debtors and debtors-in-possession (the "Debtors"). From time to time thereafter, certain additional holders of TCEH First Lien Claims have joined the Ad Hoc Committee of TCEH First Lien Creditors. In October 2013, the Ad Hoc Committee of TCEH First Lien Creditors retained Young Conaway Stargatt & Taylor, LLP, as its Delaware counsel (together with Paul, Weiss, "Counsel").

2.  On May 21, 2014, Counsel filed its *Verified Statement of the Ad Hoc Committee of TCEH First Lien Creditors Pursuant to Bankruptcy Rule 2019* [Docket No. 579] (the "Initial Rule 2019 Statement"), which listed the nature and amounts of all "disclosable economic interests" (as defined by Bankruptcy Rule 2019(a)(1)) in relation to the Debtors held or managed by each member of the Ad Hoc Committee of TCEH First Lien Creditors as of the date set forth therein. On May 23, 2014, Counsel filed its *Amended Verified Statement of the Ad Hoc Committee of TCEH First Lien Creditors Pursuant to Bankruptcy Rule 2019* [Docket No. 607] (together with the Initial Rule 2019 Statement, the "Original Rule 2019 Statement"). On August 11, 2014, Counsel filed its *First Supplemental Verified Statement of the Ad Hoc Committee of TCEH First Lien Creditors Pursuant to Bankruptcy Rule 2019* [Docket No. 1807] (the "First Supplemental 2019 Statement", and together with the Original Rule 2019 Statement, the "Prior Rule 2019 Statements"). Counsel incorporates by reference herein the facts and background set forth in the Prior Rule 2019 Statements.

3.  Since Counsel filed the First Supplemental Rule 2019 Statement, Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. has become a

member of the Ad Hoc Committee of TCEH First Lien Creditors. Accordingly, in accordance with Bankruptcy Rule 2019(d), Counsel submits this Second Supplemental Rule 2019 Statement to update and supplement the Prior Rule 2019 Statements.

4. As of the date of this Second Supplemental Rule 2019 Statement, Counsel represents only the Ad Hoc Committee of TCEH First Lien Creditors and does not represent or purport to represent any other entities with respect to the Debtors' chapter 11 cases. In addition, each member of the Ad Hoc Committee of TCEH First Lien Creditors does not purport to act, represent or speak on behalf of any other entities in connection with the Debtors' chapter 11 cases.

5. The members of the Ad Hoc Committee of TCEH First Lien Creditors hold disclosable economic interests, or act as investment advisors or managers to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests in relation to the Debtors. In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each member of the Ad Hoc Committee of TCEH First Lien Creditors, attached hereto as Exhibit A is a list of the names, addresses and nature and amount of each disclosable economic interest of each present member of the Ad Hoc Committee of TCEH First Lien Creditors as of August 20, 2014.[1]

6. Nothing contained in this Second Supplemental Rule 2019 Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against or interests in the Debtors held by any member of the Ad Hoc Committee of TCEH First Lien Creditors, its affiliates or any other entity, or (b) an

---

[1] Individuals associated with members of the Ad Hoc Committee of TCEH First Lien Creditors may own debt or equity securities of the Debtors in their individual capacities, but Counsel does not represent such individuals in such capacities.

admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Committee of TCEH First Lien Creditors to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these cases.

7. Additional holders of TCEH First Lien Claims may become members of the Ad Hoc Committee of TCEH First Lien Creditors, and certain members of the Ad Hoc Committee of TCEH First Lien Creditors may cease to be members in the future. Counsel reserves the right to amend or supplement this Second Supplemental Rule 2019 Statement as necessary for that, or any other reason, in accordance with Bankruptcy Rule 2019.

*[remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: August 21, 2014<br>Wilmington, Delaware | /s/ Ryan M. Bartley |

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Pauline K. Morgan (Bar No. 3650)
Ryan M. Bartley (Bar No. 4985)
Andrew Magaziner (Bar No. 5426)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Alan W. Kornberg (admitted *pro hac vice*)
Brian S. Hermann (admitted *pro hac vice*)
Jacob A. Adlerstein (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Ad Hoc Committee of TCEH First Lien Creditors*

**EXHIBIT A**

**Disclosable Economic Interests of the Members of the Ad Hoc Committee of TCEH First Lien Creditors**[1]

| Name of Creditor[2] | Address | TCEH First Lien Claims | TCEH Second Lien Claims | TCEH Unsecured Claims | Other |
|---|---|---|---|---|---|
| Angelo Gordon & Co., L.P. | 245 Park Av., 26 Fl. New York, NY, 10167 | TCEH First Lien Credit Agreement Claims: $933,918,700 | TCEH 15% Note Claims:[3] $52,893,000 | | TCEH Debtor-in-Possession Financing Claims:[4] $18,730,526 |
| Apollo Management Holdings L.P. | 9 W. 57th St., 48 Fl. New York, NY, 10019 | TCEH First Lien Credit Agreement Claims: $2,502,430,417 | | | TCEH Debtor-in-Possession Financing Claims: $127,395,668 |
| Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. | 181 Bay Street, Suite 300. Toronto, ON, Canada | TCEH First Lien Credit Agreement Claims: $1,376,479,591<br><br>Other TCEH First Lien Obligations:[5] $853,564,826 | | | |

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of August 20, 2014. The amounts set forth herein include only outstanding principal and do not include accrued and unpaid interest or other amounts that may be owing under the applicable debt documents. In addition, the amounts set forth herein include, in certain circumstances, disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as of the date hereof.

[2] Each entity on this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests in relation to the Debtors.

[3] "TCEH 15% Note Claims" means those notes and other obligations arising under that certain Indenture, dated as of October 6, 2010 (as amended, modified or supplemented from time to time), by and among, *inter alia*, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and Wilmington Savings Fund Society, FSB, as successor Trustee.

[4] "TCEH Debtor-in-Possession Financing Claims" means those loans and other obligations arising under that certain Debtor-in-Possession Credit Agreement, dated as of May 5, 2014, by and among, *inter alia*, TCEH, as Borrower, EFCH and certain of its subsidiaries, as Guarantors, Citibank, N.A., as Administrative Agent and Collateral Agent, and the Lenders from time to time party thereto.

[5] "Other TCEH First Lien Obligations" means claims, interests and other obligations arising under or related to certain First Lien Commodity Hedges and First Lien Interest Rate Swaps (as such terms are defined in the *Final*

| Name of Creditor[2] | Address | TCEH First Lien Claims | TCEH Second Lien Claims | TCEH Unsecured Claims | Other |
|---|---|---|---|---|---|
| Centerbridge Partners, L.P. | 375 Park Av., 12 Fl. New York, NY, 10152 | TCEH First Lien Credit Agreement Claims: $935,031,116<br><br>TCEH First Lien Note Claims: $21,800,000 | | TCEH Unsecured Note Claims:[6] $432,000,000 | |
| Fortress Credit Opportunities, Advisers LLC | 1345 Avenue of the Americas, 46th Fl. New York, NY, 10105 | TCEH First Lien Credit Agreement Claims: $1,178,093,545 | | | TCEH Debtor-in-Possession Financing Claims: $21,277,228<br><br>EFIH First Lien Debtor-in-Possession Financing Claims:[7] $30,000,000 |
| Franklin Advisers, Inc. | 1 Franklin Parkway, San Mateo CA, 94403 | TCEH First Lien Credit Agreement Claims: $22,988,785<br><br>TCEH First Lien Note Claims: $215,100,000 | | | |

---

*Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* [Docket No. 855]).

[6]  "TCEH Unsecured Note Claims" means those notes and other obligations arising under that certain Indenture, dated as of October 31, 2007 (as amended modified or supplemented from time to time), by and among, *inter alia*, TCEH and TCEH Finance, Inc., as Issuers, EFCH and certain of its subsidiaries, as Guarantors, and Law Debenture Trust Company of New York, as Trustee.

[7]  "EFIH First Lien Debtor-in-Possession Financing Claims" means those loans and other obligations arising under that certain Senior Secured Superpriority Debtor-in-Possession Credit Agreement, by and among, *inter alia*, Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., as Borrowers, the lending institutions from time to time party thereto, and Deutsche Bank AG New York Branch, as Administrative Agent and Collateral Agent.

| Name of Creditor[2] | Address | TCEH First Lien Claims | TCEH Second Lien Claims | TCEH Unsecured Claims | Other |
|---|---|---|---|---|---|
| Franklin Mutual Advisers, LLC | 101 JFK Parkway, Short Hills, NJ, 07078 | TCEH First Lien Credit Agreement Claims: $658,852,419<br><br>TCEH First Lien Note Claims: $363,107,000 | | | |
| King Street Capital Management, L.P. | 65 E. 55th St., 30 Fl. New York, NY, 10022 | TCEH First Lien Credit Agreement Claims: $1,422,492,842 | TCEH 15% Note Claims: $62,000,000 | TCEH Unsecured Note Claims: $315,129,000<br><br>Pollution Control Bond Claims:[8] $28,615,000 | TCEH Debtor-in-Possession Financing Claims: $95,940,594 |
| Oaktree Capital Management, L.P. | 333 South Grand Av., Los Angeles, CA, 90071 | TCEH First Lien Credit Agreement Claims: $2,744,444,323 | TCEH 15% Note Claims: $90,841,000 | | TCEH Debtor-in-Possession Financing Claims: $39,504,951 |
| OZ Management LP | 9 W. 57th St., 13Fl. New York, NY, 10019 | TCEH First Lien Credit Agreement Claims: $648,175,197 | TCEH 15% Note Claims: $72,100,000 | TCEH Unsecured Note Claims: $70,000,000<br><br>Pollution Control Bond Claims: $20,000,000 | TCEH Debtor-in-Possession Financing Claims: $11,287,129<br><br>EFIH First Lien Debtor-in-Possession Financing Claims: $20,000,000 |

---

[8] "Pollution Control Bond Claims" means those notes and other obligations relating to various TCEH pollution control revenue bonds.

| **Name of Creditor[2]** | **Address** | **TCEH First Lien Claims** | **TCEH Second Lien Claims** | **TCEH Unsecured Claims** | **Other** |
|---|---|---|---|---|---|
| Paulson & Co., Inc. | 1251 Avenue of the Americas, New York, NY, 10023 | <u>TCEH First Lien Credit Agreement Claims</u>: $549,691,000<br><br><u>TCEH First Lien Note Claims</u>: $140,309,000 | | | |