**United States Bankruptcy Court**
**For the District of Delaware**

| | |
|---|---|
| Luminant Generation Company LLC | } |
| | } |
| | } Case No. 14-11032 |
| | } |
| Debtor | } Amount $85,866.50 |

*JOINTLY ADMINISTERED UNDER LEAD CASE NO. 14-10979 - ENERGY FUTURE HOLDINGS CORP., ET AL.*

**Amended Notice to transfer Partial Amount of Claim pursuant to Bankruptcy Rule 3001(e)(1)**

**To: Transferor (Related Docket No. 1513),**

**C L SMITH INDUSTRIAL COMPANY**
**PO BOX 841155**
**KANSAS CITY, MO 64184-1155**

The transfer of your claim as shown above in the partial amount of **$85,866.50** amends a previously filed notice of transfer of claim that was filed on 07/09/2014. The portion of the claim has been transferred to:

> Liquidity Solutions, Inc.
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the partial transfer of your claim.

By:/s/ Michael Handler
Liquidity Solutions, Inc.
(201) 968-0001

**TRANSFER NOTICE**

C.L. Smith Industrial Company ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the administrative Claim of Assignor as set forth in the Agreement against Energy Future Holdings Corporation, et al. ("Debtors"), in the aggregate amount of $85,866.50 [struck through; handwritten: $85,866.50 p] representing all administrative claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 14-10979.

IN WITNESS WHEREOF, Assignor has signed below as of the 9th day of July, 2014.

C.L. Smith Industrial Company , LIQUIDITY SOLUTIONS, INC

_____     _____
(Signature)                          (Signature)

Don Landy / Vice President           Michael Handler
(Print Name and Title)               (Print Name and Title)

In re **Luminant Generation Company LLC**,     Case No. **14-11032 (CSS)**
            **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>C & H DISTRIBUTORS LLC<br>770 S 70TH ST<br>MILWAUKEE, WI 53214 | | | Trade Payable | | | | $367.20 |
| ACCOUNT NO.<br>C I ACTUATION<br>PO BOX 842348<br>DALLAS, TX 75284-2348 | | | Trade Payable | | | | $990.60 |
| ACCOUNT NO.<br>C L SMITH INDUSTRIAL CO<br>2972 ARNOLD TENBROOK RD<br>ARNOLD, MO 63010 | | | Trade Payable | | | | $5,302.50 |
| ACCOUNT NO.<br>C L SMITH INDUSTRIAL COMPANY<br>PO BOX 841155<br>KANSAS CITY, MO 64184-1155 | | | Trade Payable | | | | $141,065.00 |
| ACCOUNT NO.<br>C-L RESINS,INC<br>287 NW GROVETON<br>GROVETON, TX 75845 | | | Potential Responsible Party - Site: MALONE SERVICE CO - SWAN LAKE PLANT | X | X | X | Undetermined |
| ACCOUNT NO.<br>CACTUS ENVIRONMENTAL SERVICES<br>4960 SINGLETON BLVD<br>DALLAS, TX 75212 | | | Trade Payable | | | | $4,467.40 |
| Sheet no. __54__ of __388__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal ▶ | $ 152,192.70 |
| | | | | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |