## Exhibit A - The Retention Applications

1. *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Filsinger Energy Partners as Energy Consultant Effective Nunc Pro Tunc to the Petition Date* [D.I. 650]

2. *Application of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Employment and Retention of Epiq Bankruptcy Solutions, LLC as the Administrative Advisor for the Debtors, Effective Nunc Pro Tunc to the Petition Date* [D.I. 663]

3. *Application of Energy Future Holdings Corp., et al., for an Order Authorizing the Debtors to Retain and Employ McDermott Will & Emery LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective Nunc Pro Tunc to the Petition Date* [D.I. 664]