IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 1729, 1730, 1739, 1740, 1753, 1754** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2014, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B." I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C."

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
21st day of August, 2014

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 20__

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: 5DT INC.
    15375 BARRANCA PKWY, G-103
    IRVINE, CA 92618
```

Please note that your claim # 3429 in the above referenced case and in the amount of $49,840.00 has been transferred **(unless previously expunged by court order)** to:

```
TRC MASTER FUND LLC
TRANSFEROR: 5DT INC.
ATTN: TERREL ROSS
PO BOX 633
WOODMERE, NY 11598
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 1739 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/07/2014                             David D. Bird, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 7, 2014.

# EXHIBIT B

```
TIME: 17:41:20                                              TXU ENERGY
DATE: 08/07/14                                           CREDITOR LISTING                                                    PAGE:      1

Name                                Address
5DT INC.                            15375 BARRANCA PKWY, G-103 IRVINE CA 92618
NEW PIG CORPORATION                 ONE PORK AVE TIPTON PA 16684-0304
SIERRA LIQUIDITY FUND, LLC          TRANSFEROR: NEW PIG CORPORATION 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612
SIERRA LIQUIDITY FUND, LLC          TRANSFEROR: STANSELL PEST CONTROL CO 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612
SIERRA LIQUIDITY FUND, LLC          TRANSFEROR: TODD'S A/C INC 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612
STANSELL PEST CONTROL CO            PO BOX 1853 MOUNT PLEASANT TX 75456-1853
TDC FILTER MANUFACTURING, INC.      2 TERRITORIAL COURT BOLINGBROOK IL 60440
TODD'S A/C INC                      6865 HIGHLAND ROAD GILMER TX 75645
TRC MASTER FUND LLC                 TRANSFEROR: 5DT INC. ATTN: TERREL ROSS PO BOX 633 WOODMERE NY 11598
TRC MASTER FUND LLC                 TRANSFEROR: TDC FILTER MANUFACTURING INC ATTN: TERREL ROSS PO BOX 663 WOODMERE NY 11598


Total Number of Records Printed          10
```

**EXHIBIT C**

*EFH_NTC OF TRANSFER_8-7-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801