**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, [1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 1774, 1776, 1777, 1780** |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2014, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B." I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C."

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
21st day of August, 2014

_____
Notary Public

**SIDNEY J. GARABATO**
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

-2-

T:\Clients\TXUENERG\Affidavits\Transfers 1774, 1776, 1777, 1780_AFF_8-15-14.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                              Chapter 11

ENERGY FUTURE HOLDINGS CORP., et al.                Case No. 14-10979 (CSS)

                        Debtors.                    (Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ALLIANCE OF DIVERSITY PRINTERS LLC
             (ADP-LLC)
             3030 LBJ FREEWAY
             SUITE 1130
             DALLAS, TX 75234

Please note that your claim # 1019 in the above referenced case and in the amount of
     $5,591.78 has been transferred (**unless previously expunged by court order**) to:

        SONAR CREDIT PARTNERS III, LLC
        TRANSFEROR: ALLIANCE OF DIVERSITY
        PRINTERS, LLC
        200 BUSINESS PARK DRIVE, SUITE 201
        ARMONK, NY 10504

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

                        UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE
                        824 NORTH MARKET STREET, 3RD FLOOR
                        WILMINGTON,DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 1774      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/15/2014                          David D. Bird, Clerk of Court


                                          /s/ Lauren Rodriguez

                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on August 15, 2014.

# EXHIBIT B

```
TIME: 17:14:10                                          TXU ENERGY
DATE: 08/15/14                                        CREDITOR LISTING                                                PAGE:      1
```

| Name | Address |
| --- | --- |
| ALLIANCE OF DIVERSITY PRINTERS LLC | (ADP-LLC) 3030 LBJ FREEWAY SUITE 1130 DALLAS TX 75234 |
| ARGO INTERNATIONAL CORP | 125 CHUBB AVE LYNDHURST NJ 07071 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: FOSSIL POWER SYSTEMS INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ARGO INTERNATIONAL CORP ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: MIRION TECHNOLOGIES (MGPI) INC. - ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FOSSIL POWER SYSTEMS INC | 10 MOSHER DR BURNSIDE INDUSTRIAL PARK DARTMOUTH NS B3B 1N5 CANADA |
| MIRION TECHNOLOGIES (MGPI) INC | PO BOX 732079 DALLAS TX 75373-2079 |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: ALLIANCE OF DIVERSITY PRINTERS, LLC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504 |

```
Total Number of Records Printed        8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

*EFH_NTC OF TRANSFER_8-15-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801