IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 1808, 1810, 1822** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
21st day of August, 2014

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 20__

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   CONTINENTAL WIRELESS INC
              10455 VISTA PARK RD
              DALLAS TX 75238-1645

Transferee:   TANNOR PARTNERS CREDIT FUND II, LP
              150 GRAND STREET, SUITE 401
              WHITE PLAINS NY 10601

**Your transfer   of claim #   2139   is defective for the reason(s) checked below:**

Other                                          CLAIMED AMOUNT IS UNSECURED, NOT ADMINISTRATIVE

Docket Number 1810                    Date 08/11/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 15, 2014.

# EXHIBIT B

```
TIME: 17:07:52                                    TXU ENERGY
DATE: 08/15/14                                 CREDITOR LISTING                                          PAGE:      1
```

| Name | Address |
|---|---|
| CONTINENTAL WIRELESS INC | 10455 VISTA PARK RD DALLAS TX 75238-1645 |
| POWERRAIL DISTRIBUTION INC | 205 CLARK ROAD DURYEA PA 18642 |
| TANNOR PARTNERS CREDIT FUND II, LP | 150 GRAND STREET, SUITE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | ATTN: ROBERT TANNOR 150 GRAND STREET, SUITE 401 WHITE PLAINS NY 10601 |
| WIREROPE WORKS, INC. | ATTN: HAROLD KROPP 100 MAYNARD STREET WILLIAMSPORT PA 17701 |

Total Number of Records Printed        6

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

*EFH_NTC OF TRANSFER_8-15-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801