**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** | |
| **ENERGY FUTURE HOLDINGS CORP., ET AL.** | **CASE NO. 14-10979-CSS** |
| **DEBTOR** | **CHAPTER 11** |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Noel Steffes Melancon of the law firm of Steffes, Vingiello & McKenzie, LLC, has been retained as counsel to represent Setpoint Integrated Solutions, a creditor in the matter styled *In Re Luminant Generation Company, LLC, Case No. 14-11032*, which matter is jointly administered with the above captioned bankruptcy case, and pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all Notices given and required to be served in this case be given to and served upon the following:

Noel Steffes Melancon
Steffes, Vingiello & McKenzie, LLC
13702 Coursey Boulevard, Building 3
Baton Rouge, LA 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: nmelancon@steffeslaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the U. S. Bankruptcy Code, the foregoing request includes the notice and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes without limitation, and notice of any orders, pleadings, motions, applications, complaints, demand, hearings, answers, responses, memorandum of briefs in support of the foregoing and any other documents brought before the Court with respect to these pleadings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, email or otherwise which affects or seeks to affect the above case.

Respectfully Submitted:

By:   /s/ Noel Steffes Melancon
STEFFES, VINGIELLO & McKENZIE, LLC
Noel Steffes Melancon (#30072)
Steffes, Vingiello & McKenzie, L.L.C.
13702 Coursey Boulevard, Building 3
Baton Rouge, Louisiana 70817
Telephone:  (225) 751-1751
Fax:  (225) 751-1998
E-mail:  nmelancon@steffeslaw.com

*Attorneys for Creditor Setpoint Integrated Solutions*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel for the i) Debtor; ii) Office of the US Trustee; and, iii) Official Committee of Unsecured Creditors, as listed below, by depositing same in the U.S. Mail, postage prepaid and properly addressed:

| | |
|---|---|
| Energy Future Holdings Corp.<br>Energy Plaza<br>1601 Bryan Street<br>Dallas, TX 75201<br><br>Richard M. Cieri<br>Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611<br><br>Office of the US Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Mark D. Collins<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>Justin K. Edelson<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |

Baton Rouge, Louisiana, this 25th day of August, 2014.

    /s/ Noel Steffes Melancon
Noel Steffes Melancon (#30072)