## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### DEBTORS' NOTICE REGARDING MARKETING PROCESS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their petitions for relief under chapter 11 of title 11 of the United States Code on April 29, 2014, in the United States Bankruptcy Court for the District of Delaware.[2] These chapter 11 cases are being jointly administered pursuant to the *Final Order Directing Joint Administration of the Debtors' Chapter 11 Cases* [D.I. 849].

**PLEASE TAKE FURTHER NOTICE** that, as discussed at the July 18 and August 13, 2014 omnibus hearings before the Court, the Debtors have been engaged in ongoing discussions with potential bidders for the equity to be issued by reorganized EFH Corp. ("Reorganized EFH") under the Debtors' chapter 11 plan of reorganization.

**PLEASE TAKE FURTHER NOTICE** that, given the interest in Reorganized EFH expressed by potential strategic and financial bidders, the Debtors have decided to extend the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this Notice have the meanings ascribed to them in the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp.*, et al., *in Support of First Day Motions* [D.I. 98].

time frame for determining the highest and otherwise best bid for Reorganized EFH <u>and seek early Court approval of the process for doing so</u>. This decision is based on extensive consultations with potential bidders and key creditor constituencies. The Debtors believe that an extended, transparent, <u>and Court-supervised</u> marketing process will maximize the value of their assets.

**PLEASE TAKE FURTHER NOTICE** that, in September, the Debtors intend to file a motion seeking approval for the procedures and deadlines that will govern the marketing process. The Debtors believe that these proposed procedures will help ensure that they obtain the highest or otherwise best bid for Reorganized EFH. During the marketing process, the Debtors also intend to further advance their ongoing discussions with creditors groups regarding a value-maximizing plan of reorganization. The Debtors believe that these two initiatives, among others, will serve as the platform for their successful emergence from chapter 11.

*[Remainder of page intentionally left blank]*

RLF1 10746334v.1

Dated:  August 26, 2014
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:          richard.cieri@kirkland.com
                edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession