IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
Energy Future Holdings Corp., *et al.*,         : Case No. 14-10979 (CSS)
                                                :
Debtors.                                        : (Jointly Administered)
                                                :
                                                : **Related Docket No.: 1593**
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF
## STRATEGIC PROPOSAL BY NEXTERA ENERGY, INC.

On July 16, 2014, NextEra Energy, Inc. ("**NextEra**") submitted a joint proposal (the "**Strategic Proposal**") for a comprehensive restructuring of Energy Future Holdings Corp. ("**EFH**"), including (i) a cash contribution by NextEra, and (ii) a tax-free merger of reorganized EFH with a subsidiary of NextEra in an all-stock merger in which NextEra would acquire 100% of reorganized EFH common stock in exchange for NextEra common stock. *See* Notice of Strategic Proposal by NextEra Energy, Inc. and EFIH Second Lien Group [Docket No. 1593].

After submitting the Strategic Proposal, NextEra and EFH engaged in discussions regarding the terms on which NextEra would serve as the stalking horse bidder in an auction process for the equity of reorganized EFH. Today, the Debtors filed with the Court their plan to run an auction process for the equity of reorganized EFH. As a result, NextEra hereby withdraws the Strategic Proposal.

Dated: August 26, 2014
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com

- _and_ –

**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
Marc B. Roitman
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: hseife@chadbourne.com
       dlemay@chadbourne.com
       mroitman@chadbourne.com

_Counsel to NextEra Energy, Inc._

2