IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) In re: Docket No. 1925 |

**DECLARATION OF MICHAEL CARTER, SENIOR VICE PRESIDENT OF CORPORATE PLANNING AND ASSISTANT TREASURER OF EFH CORPORATE SERVICES IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES TO MAKE CERTAIN CAPITAL INVESTMENTS AND PURCHASES**

Pursuant to 28 U.S.C. § 1746, I, Michael Carter, hereby declare as follows under penalty of perjury:

1. I am the Senior Vice President of Corporate Planning and an Assistant Treasurer of EFH Corporate Services Company, a direct subsidiary of Energy Future Holdings Corp., both of which are corporations organized under the laws of the state of Texas. I have worked for the Debtors since 2005. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et. al, for Entry of an Order Establishing Procedures to Make Certain Capital Investments and Purchases* (the "Motion").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

I.  **Investments and Purchases.**

2.  As part of their ongoing businesses, from time to time, the TCEH Debtors need to make, and explore opportunities to make, relatively small investments in business lines and purchases of and investments in assets, goods, and services related to their core power generation and wholesale and retail electricity operations. I believe these Investments and Purchases are necessary to stay competitive in an ever-changing, dynamic, and competitive electricity market. I believe that these opportunities will continue to present themselves, sometimes on short notice with a limited window. To capitalize on such value creating opportunities, I believe that the TCEH Debtors require the flexibility to react quickly and efficiently; otherwise, they will likely have to forego such opportunities.

II. **The Investment and Purchase Procedures.**

3.  I believe that the TCEH Debtors will continue to encounter the need to explore or invest in advantageous opportunities related to their existing businesses or new business lines, or opportunities to purchase assets, goods, and/or services. I also believe that the Investments and Purchases are of low relative cost when compared to the size of the TCEH Debtors' operations as a whole, and yet they are expected to be beneficial to the TCEH Debtors' business and accretive to the value of their estates.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

4. I believe the TCEH Debtors anticipate making certain relatively small Investments and Purchases in efforts to explore and/or invest in business lines related to power generation and wholesale and retail electricity operations, grow their customer base, and to consummate transactions which are in the best interests of their estates. Without the ability to move quickly, I believe that the TCEH Debtors would be at a considerable disadvantage, allowing competitors to complete transactions while the TCEH Debtors wait for noticing periods or court approval. I believe the Investment and Purchase Procedures will enable the TCEH Debtors to act quickly on other small, time-sensitive transactions that management believes are in the best interests of the TCEH Debtors' estates. Moreover, I believe the Investment and Purchase Procedures provide comfort to potential counterparties by providing them with assurance that the TCEH Debtors will have the requisite authority to consummate the Investments and Purchases.

5. Given the small cost of the Investments and Purchases in relation to the magnitude of the TCEH Debtors' overall operations, I believe it would be an inefficient use of resources to file individual motions with the Court seeking approval for each of these individual Investments and Purchases. Moreover, I believe the cost and delay associated with seeking individual Court approval of each Investment and Purchase could substantially diminish the economic benefits of the transactions or cause the TCEH Debtors to miss a window of opportunity to complete certain transactions.

6. Finally, I believe that disclosure of certain Notice information could result in an unfair advantage to competitors, as the content of such Notice could alert the TCEH Debtors' competitors of ripe business opportunities. Accordingly, I believe the Investment and Purchase

Procedures are in the best interests of the TCEH Debtors' estates, their creditors, and other parties in interest and should be approved under section 363 of the Bankruptcy Code.

[*Remainder of page intentionally left blank.*]

RLF1 10749265v.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: August 26, 2014

Michael Carter
Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company