**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | In re: Docket No. 1928 |

**DECLARATION OF ROBERT FRENZEL, SENIOR VICE PRESIDENT AND CHIEF FINANCIAL OFFICER OF LUMINANT GENERATION COMPANY LLC IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.,* APPROVING THE STIPULATION BY AND AMONG LUMINANT GENERATION COMPANY LLC, LUMINANT MINING COMPANY LLC, SANDOW POWER COMPANY LLC, AND ALCOA INC.**

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, declare as follows:

1. I am Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC, ("Luminant Generation"), Luminant Mining Company LLC ("Luminant Mining"), and Sandow Power Company LLC ("SPC" and, together with Luminant Generation and Luminant Mining, the "Debtor Parties"). Each of the Debtor Parties is an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp.").

2. I have worked for EFH Corp. since 2009 and each of the Debtor Parties since 2012. I am generally familiar with the Debtor Parties' day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtor Parties' business, operations, and related financial information gathered from my review of their books and records, relevant

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

documents, and information supplied to me by members of the Debtor Parties' management teams and advisors. I am over the age of 18 and duly authorized to execute this declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp.*, et al., *to Approve the Stipulation by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC and Alcoa Inc.* (the "Motion"),[2] filed contemporaneously herewith.

3. This declaration addresses the facts surrounding entry into the stipulation by and among the Debtor Parties and Alcoa (the "Stipulation").

4. Alcoa, a corporation organized under the laws of the Commonwealth of Pennsylvania, has a primary aluminum smelter facility located at Rockdale, Texas (the "Rockdale Facility"), which, when operating, required approximately 535 megawatts of energy to operate at full capacity. In connection with supplying the energy needed for this facility, Luminant Generation, Luminant Mining, SPC, and Alcoa are each party to one or more of the following prepetition agreements relevant to the Stipulation (collectively, the "Alcoa Agreements"):

- ***Contract Mining Agreement*** dated August 31, 2007, as amended from time to time (the "CMA"), between Alcoa, SPC and Luminant Mining under which Luminant Mining acts as a contract miner to mine lignite coal reserves at a lignite mine known as the "Three Oaks Mine" and mines and supplies lignite coal (a) to Alcoa to meet Alcoa's obligation to supply 100% of the fuel for an electric generation unit known as Sandow Unit 4 ("Unit 4") and (b) to SPC for use by SPC as fuel for an electric generation unit known as Sandow Unit 5 ("Unit 5"). Under the CMA, Luminant Mining invoices Alcoa for the cost of mining lignite at the Three Oaks Mine, including the cost of capital and depreciation (the "Mining Operation Costs").[3]

2 Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

3 Pursuant to the Parties' historical practices, Alcoa invoices Luminant Mining for power used in Luminant Mining's lignite mining operations at the Three Oaks Mine (the "Mining Power Costs").

- ***Ground Lease*** dated August 31, 2007 (the "Ground Lease"), between Alcoa and Luminant Mining. The Ground Lease is a non-royalty bearing real property ground lease under which Alcoa leases certain real property to Luminant Mining in connection with the CMA, and charges Luminant Mining for use of the leased premises (the "Ground Lease Obligations").

- ***Sandow Unit 4 Agreement*** dated August 13, 1976, as amended from time to time and together with various related agreements and amendments thereto (the "Unit 4 Agreement"), between Alcoa and Luminant Generation, under which Alcoa supplies lignite coal to Luminant Generation, and Luminant Generation converts the lignite coal into electricity. Under the Unit 4 Agreement, Alcoa invoices Luminant Generation for the cost of lignite used to generate Luminant Generation's portion of the power (the "Lignite Costs"), and Luminant Generation invoices Alcoa for Alcoa's portion of the expenses incurred by Luminant Generation in operating Unit 4 (the "Operating Expenses"). Additionally, Alcoa is required to pay Luminant Generation an operating fee and certain other fees for the cost of capital and depreciation (the "Luminant Fees"), and Luminant Generation is required to pay Alcoa for surplus power sold into the grid, as well as other fees based upon cost of capital and other specific items as set forth in the applicable agreements (the "Alcoa Fees").

- ***Amended and Restated Common Facilities Agreement*** dated August 10, 2012, as amended from time to time (the "CFA"), between Alcoa, Luminant Generation, and SPC, clarifying the ownership and duties of the parties with respect to various common areas. Under the CFA, Luminant Generation and SPC are required to pay Alcoa certain amounts for use of the common areas and facilities (the "CFA Obligations").

- ***Letter Agreement - Sandow Building 200 Rental*** dated January 31, 2009 (the "Building 200 Lease") between Alcoa and SPC. Under the Building 200 Lease, SPC is required to pay Alcoa for the rental of Building 200 for use as office space and related uses in support of SPC's power generation operations (the "Building 200 Obligations").

- ***Agreement Regarding Ownership of Lignite Interest*** dated August 15, 2007 (the "Lignite Agreement"), between Alcoa and SPC, establishing the ownership of certain lignite interests. Under the Lignite Agreement, Alcoa pays certain lignite royalties to SPC (the "Lignite Royalties").

- ***Lignite Mining Lease*** dated August 31, 2007 (the "Mining Lease"), between Alcoa and SPC, pursuant to which SPC leases Alcoa's interest in certain lignite that is subject to the Lignite Agreement. Under the Mining Lease, SPC is obligated to pay certain lignite mining royalties to Alcoa (the "Mining Royalties").[4]

---

[4] Pursuant to the Parties' historical practices, Luminant Mining pays the Mining Royalties to Alcoa on behalf of SPC, and seeks reimbursement from SPC through the "TCEH Money Pool," as defined in the *Motion of Energy Future Holdings Corp.*, et al., *for Entry of an Order (A) Authorizing the Debtors to (I) Continue Using their Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Continue Using Certain Investment Accounts; (B) Authorizing Continued Intercompany Transactions and*

5. I understand that, prior to the Petition Date, in the ordinary course of business, the Debtor Parties and Alcoa regularly netted amounts the Parties agreed were due and owing by and among the Debtor Parties and Alcoa under the Alcoa Agreements. By the Stipulation, the Debtor Parties seek to allow Alcoa to net and set off certain of the agreed, undisputed prepetition amounts that each of the Debtor Parties owe to Alcoa, against amounts that Alcoa owes to each of the Debtor Parties under the Alcoa Agreements (each, a "Prepetition Setoff" and collectively, the "Prepetition Setoffs"), resulting in a total net payable from Alcoa to the Debtors of approximately $4.96 million. I understand that (a) the Prepetition Setoff amounts are based on certain debts that arose before the commencement of the case, and (b) Alcoa and Luminant Generation are indebted to one another, Alcoa and Luminant Mining are indebted to one another, and the same is true for Alcoa and SPC.

6. With respect to undisputed prepetition amounts, pursuant to the Stipulation, the Debtor Parties and Alcoa agree that the total net payable owing from Alcoa to the Debtor Parties on account of Prepetition Setoffs is approximately $4.96 million, which includes:

(1) a total net payable of approximately $4,592,541 owed by Alcoa to Luminant Mining (the "Alcoa/Mining Net Payable") resulting from the set off of (i) the amounts Alcoa owes Luminant Mining for Mining Operation Costs against (ii) amounts Alcoa owes Luminant Mining for Mining Power Costs, and Ground Lease Obligations;

(2) a total net payable of approximately $371,457 owed by Alcoa to Luminant Generation (the "Alcoa/Generation Net Payable") resulting from the set off of (i) the amounts Alcoa owes Luminant Generation for Operating Expenses and Luminant Fees against (ii) the amounts Luminant Generation owes Alcoa for Lignite Costs, Alcoa Fees, and CFA Obligations; and

---

*Netting of Intercompany Claims; and (C) Granting Postpetition Intercompany Claims Administrative Expense Priority* [D.I. 37].

(3) the netting and setoff (the "Alcoa/SPC Setoff") of (i) amounts Alcoa owes SPC for Lignite Royalties against (ii) amounts SPC owes Alcoa for CFA Obligations, Building 200 Obligations, and Mining Royalties, up to Alcoa's prepetition exposure to SPC for Lignite Royalties, resulting in a net prepetition claim against SPC of approximately $16,496 (the "Alcoa/SPC Net Claim").

7. Specifically, the Prepetition Setoff amounts owing by and among the Debtor Parties and Alcoa, the nature of the obligations, and the relevant prepetition periods are listed in the following chart:

| *Debtor* | *Agreement* | *Obligation* | *Payor* | *Payee* | *Period* | *Amount* |
|---|---|---|---|---|---|---|
| Luminant Mining | CMA | Mining Operation Costs | Alcoa | Luminant Mining | April 1 - April 28 | $5,168,320 |
| | Historical Practices | Mining Power Costs | Luminant Mining | Alcoa | April 1 - April 28 | $(486,435) |
| | Ground Lease | Ground Lease Obligations | Luminant Mining | Alcoa | April 1 - April 28 | $(89,344) |
| | | | | | ***Alcoa/Mining Net Payable*** | **$4,592,541** |
| Luminant Generation | Sandow Unit 4 Agreement | Operating Expenses | Alcoa | Luminant Generation | April 1 - April 28 | $3,886,989 |
| | | Luminant Fees | Alcoa | Luminant Generation | April 1 - April 28 | $7,530,674 |
| | | Lignite Costs | Luminant Generation | Alcoa | April 1 - April 28 | $(1,140,904) |
| | | Alcoa Fees | Luminant Generation | Alcoa | April 1 - April 28 | $(9,688,654) |
| | CFA | CFA Obligations | Luminant Generation | Alcoa | April 1 - April 28 | $(216,648) |
| | | | | | ***Alcoa/Generation Net Payable*** | **$371,457** |
| SPC | Lignite Agreement | Lignite Royalties | Alcoa | SPC | April 1 - April 28 | $329,188 |
| | CFA | CFA Obligations | SPC | Alcoa | April 1 - April 28 | $(227,552) |
| | Building 200 Lease | Building 200 Obligations | SPC | Alcoa | April 1 - April 28 | $(7,467) |
| | Mining Lease | Mining Royalties | SPC | Alcoa | March 1 - April 28 | $(110,665) |
| | | | | | ***Alcoa/SPC Net Claim*** | **$(16,496)** |

8. Pursuant to the Stipulation, Alcoa will pay the Alcoa/Mining Net Payable and the Alcoa/Generation Net Payable to the applicable Debtor Parties, by a single consolidated wire transfer, within five (5) Business Days of the Effective Date. The Debtor Parties and Alcoa agree that Alcoa's prepetition entitlements that are subject to the Prepetition Setoffs may only be satisfied by set off against the amounts owed to Luminant Mining, Luminant Generation and SPC, respectively and that payment of the Alcoa/Mining Net Payable and Alcoa/Generation Net Payable, and setoff of the amounts subject to the Alcoa/SPC Setoff, shall constitute the full and final satisfaction of such prepetition claims. Following the Prepetition Setoffs, Alcoa shall not assert any claim in the Debtors' chapter 11 cases or otherwise against Luminant Mining, Luminant Generation, SPC, or any other Debtor or Debtor affiliate relating to any of the Prepetition Setoff claims, and neither Luminant Mining, Luminant Generation nor any other Debtor shall have any obligation to make any payment or satisfy any claim on account of any such Prepetition Setoff claims.

9. Additionally, the Debtor Parties seek to net and set off accrued, outstanding postpetition claims owing by and among the Debtor Parties and Alcoa under the Alcoa Agreements (each, a "Postpetition Transaction" and collectively, the "Postpetition Transactions"). For the postpetition period beginning April 29, 2014 through June 30, 2014, this will result in a total net payable from Alcoa to the Debtors of approximately $4.05 million. For undisputed postpetition amounts that have accrued since July 1, 2014, and for amounts that will come due thereafter, the Debtor Parties and Alcoa will net, set off, and pay postpetition claims arising under the Alcoa Agreements on the terms described in the Stipulation.

10. With respect to postpetition amounts, the Debtor Parties and Alcoa seek authority to continue to net their postpetition debts on a monthly basis, and to pay and settle all

outstanding postpetition amounts owing among the Parties, in the ordinary course of business, according to historical practices. Specifically, the Debtor Parties and Alcoa agree that:

(1) Luminant Mining and Alcoa will net and/or set off postpetition amounts Luminant Mining owes to Alcoa for Mining Power Costs, and Ground Lease Obligations, against the postpetition amounts Alcoa owes Luminant Mining for Mining Operation Costs (each such net amount, an "Alcoa/Mining Postpetition Net Payable");

(2) Luminant Generation and Alcoa will net and/or set off the postpetition amounts Luminant Generation owes to Alcoa for Lignite Costs, Alcoa Fees, and CFA Obligations, against the postpetition amounts Alcoa owes Luminant Generation for Operating Expenses and Luminant Fees (each such net amount, an "Alcoa/Generation Postpetition Net Payable"); and

(3) Alcoa and SPC will net and/or set off the postpetition amount SPC owes to Alcoa for CFA Obligations, Building 200 Obligations, and Mining Royalties against the postpetition amount Alcoa owes SPC for Lignite Royalties (each such net amount, an "Alcoa/SPC Postpetition Net Payable").

11. For the postpetition periods of April 29 to May 31, 2014 and June 1 to June 30, 2014, the Alcoa/Mining Postpetition Net Payables, Alcoa/Generation Postpetition Net Payables, and Alcoa/SPC Postpetition Net Payables owing by and among the Debtor Parties and Alcoa under the applicable Alcoa Agreements are listed in the following chart:

| *Debtor* | *Payor* | *Payee* | *Period* | *Amount* |
|---|---|---|---|---|
| Luminant Mining | Alcoa | Luminant Mining | April 29 - May 31 | $11,163,994 |
| | Alcoa | Luminant Mining | June 1 - June 30 | $7,250,092 |
| | | ***Alcoa/Mining Postpetition Net Payable*** | | **$18,414,086** |
| Luminant Generation | Luminant Generation | Alcoa | April 29 - May 31 | $(7,759,354) |
| | Luminant Generation | Alcoa | June 1 - June 30 | $(6,438,480) |
| | | ***Alcoa/Generation Postpetition Net Payable*** | | **$(14,197,834)** |
| SPC | Alcoa | SPC | April 29 - May 31 | $33,878 |
| | SPC | Alcoa | June 1 - June 30 | $(202,679) |



RLF1 10749258v.1

| *Debtor* | *Payor* | *Payee* | *Period* | *Amount* |
|---|---|---|---|---|
| | | *Alcoa/SPC Postpetition Net Payable* | | **$(168,801)** |

12. Pursuant to the Stipulation, Alcoa will pay the April/May and June Alcoa/Mining Postpetition Net Payables and April/May Alcoa/SPC Postpetition Net Payable, net of the April/May and June Alcoa/Generation Postpetition Net Payables and June Alcoa/SPC Postpetition Net Payable by a single consolidated wire transfer within five (5) Business Days of the Effective Date.

13. For amounts that have accrued during postpetition months commencing July 1, 2014, the Debtor Parties and Alcoa will net, settle, and pay such amounts (a) with respect to Alcoa/Mining Postpetition Net Payables, on the 4th Business Day of the following month, and (b) with respect to Alcoa/Generation Postpetition Net Payables or Alcoa/SPC Postpetition Net Payables, on the 15th of the following month.

14. The arrangements contemplated by the Stipulation reflect the Debtor Parties' ordinary course business operations—for convenience, the Debtor Parties regularly aggregated the amounts the Parties agreed were owed under the various Alcoa Agreements, and settled net payables on a monthly basis. The Stipulation was negotiated at arm's length, in good faith, and achieves a result that is in the best interests of the Debtors' estate because the Stipulation would, if approved, prevent further disruption to the Debtors' billing practices and result in the payment to the Debtors by Alcoa of approximately $4.96 million on account of prepetition net payables as well as approximately $4.05 million on account of postpetition net payables outstanding as of June 30, 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 26, 2014

Respectfully submitted,

*/s/ Robert Frenzel*

Robert Frenzel
Senior Vice President and Chief Financial Officer
Luminant Generation Company LLC