# Exhibit B

## Proposed Individual Rejection Notice

RLF1 10749278v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

INDIVIDUAL NOTICE OF REJECTION OF
EXECUTORY CONTRACT OR UNEXPIRED LEASE

Re:   [Parties (and counsel if known)]
      [Contract/Lease Subject Matter, Date, Parties] (the "Contract/Lease")]
      [Rejection Date]

**PLEASE TAKE NOTICE** that on [_____], 2014 the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order on the motion of debtors and debtors in possession (the "Debtors"), pursuant to Sections 363, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, and 6007 approving expedited procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases and granting related relief [D.I. ____] (the "Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby provide this "Individual Notice of Rejection of Unexpired Lease or Executory Contract" (the "Notice") of their intent to reject the above-referenced [Contract/Lease]. Pursuant to the terms of the Procedures Order, the

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

RLF1 10749278v.1

[Contract/Lease] shall be deemed rejected effective as of the date set forth above (the "Rejection Date").

[**PLEASE TAKE FURTHER NOTICE** that, the Debtors intend to abandon the personal property remaining in or on the property that is the subject of the above-referenced Lease as described in the schedule attached hereto as **Attachment I**.[2]  Pursuant to the terms of the Procedures Order, upon entry of the Rejection Order (defined below), the landlord shall be entitled to dispose of such abandoned personal property without further notice or order from this Court and without liability for such disposal.]

**PLEASE TAKE FURTHER NOTICE** that, should you object to the Debtors' rejection of the above-referenced [Contract/Lease], [and the abandonment of the above-described personal property,] you must file and serve a written objection so that such objection is filed with the Court and **actually received** no later than fourteen (14) days after the date that the Debtors served this Notice by the following parties: (i) proposed co-counsel to the Debtors, Kirkland & Ellis, LLP, 601 Lexington Ave., New York, New York, 10022, Attention: Brian E. Schartz, Esq. and Brett W. Murray, Esq.; and (ii) proposed co-counsel to the Debtors, Richards, Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, Attention: Mark D. Collins, Esq.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if no objection is filed and served in accordance with the above procedures, the Debtors will include and file with the Court the above-described [Contract/Lease] in a rejection schedule

---

[2]  If the Rejection Date on this Notice predates the removal of any property not otherwise generally described in the abandonment schedule, the Rejection Date will not become effective until such date the property is removed from the premises.

3

RLF1 10749278v.1

attached to the proposed form of order under a certificate of no objection, substantially in the form attached hereto as **Exhibit 1** (the "Rejection Order").

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served on the Debtors, as specified above, unless such parties agree otherwise in writing, a hearing will be scheduled to consider that objection. The [Contract/Lease] will only be deemed rejected upon entry by the Court of a consensual form of Rejection Order filed under certificate of counsel resolving the objection as between the objecting party and the Debtors, or upon further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a landlord pursuant to a security deposit or otherwise, the landlord holding such monies may not set-off or recoup or otherwise use such monies without prior approval of the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, should you have a claim for any damages as a result of the Debtors' rejection of the above-referenced [Contract/Lease], [or the abandonment of the above-described personal property,] you must submit a proof of claim to Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4613, New York, NY 10163-4613, on or before the later of (i) the date that is 30 days after entry of the applicable Rejection Order, or (ii) October 27, 2014, the bar date established by this Court pursuant to the *Order (A) Setting Bar Dates For Filing Non-Customer Proofs Of Claim And Request For Payment, (B) Approving The Form Of And Manner For Filing Non-Customer Proofs Of Claim And Request For Payment. And (C) Approving The Notice* (D.I. 1866). If you do not properly

and timely file such proof of claim, you shall be forever barred from asserting any claims for such rejection damages.

[*Remainder of page intentionally left blank.*]

Wilmington, Delaware  
Dated: [___], 2014

Respectfully Submitted

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         richard.cieri@kirkland.com
               edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

<u>Attachment I</u>

Description of Abandoned Property

**[TO BE CUSTOMIZED TO EACH INDIVIDUAL REJECTION NOTICE]**

<u>Exhibit 1</u>

Proposed Rejection Order

RLF1 10749278v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**[NUMBER] ORDER APPROVING THE ABANDONMENT OF
CERTAIN PROPERTY AND THE REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases, and granting related relief (the "Procedures Order")[2] [D.I. ___]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served an Individual Rejection Notice to each applicable party as set forth in the Amended Rejection Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the rejection of such Contracts and/or Leases; and due and proper notice of the Procedures Order and Individual Rejection

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

RLF1 10749278v.1

Notice having been provided to each applicable counterparty as set forth in the Amended Rejection Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The rejection of the Contracts and/or Leases as set forth in the Amended Rejection Schedule is hereby approved.

2. The Debtors are authorized to abandon any personal property remaining on the leased premises, and the landlord may dispose of such abandoned property free of liability, *provided that* such property has been reasonably described in the applicable Rejection Schedule and Individual Rejection Notices served upon the Rejection Counterparties.

3. Any claims against the Debtors arising from the rejection of the Contracts and/or Leases as set forth in the Amended Rejection Schedule must be filed no later than _____, 2014.

4. The Debtors are authorized to take any action necessary to implement the terms of this Order and the rejection without further order from this Court.

5. The rejection of the Contracts and/or Leases as set forth in the Amended Rejection Schedule shall be effective as of the date set forth in the Amended Rejection Schedule, *provided that*, if a Lease, any and all property not otherwise generally described in the abandonment schedule of an Individual Rejection Notice shall be removed from the premises.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
       Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2