<u>**Exhibit C**</u>

**Proposed Individual Notice of Assumption**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## INDIVIDUAL NOTICE OF ASSUMPTION [AND ASSIGNMENT] OF UNEXPIRED LEASE OR EXECUTORY CONTRACT

Re: [Parties (and counsel if known)]
[Contract/Lease Subject Matter, Date] (the "[Contract/Lease]")
[Contract/Lease Term, Monthly Obligations]
[Assignee]
[Assumption Date]

**PLEASE TAKE NOTICE** that on [_____], 2014 the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order on the motion of the debtors and debtors in possession (the "Debtors"), pursuant to sections 363, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, and 6007, approving expedited procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases and granting related relief [D.I. ____] (the "Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide this "Individual Notice of Assumption and Assignment of Unexpired Lease or Executory Contract" (the "Notice") of their intent to assume [and assign] the above-referenced [Contract/Lease].    [The Debtors intend to assume and assign the

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[Contract/Lease] to [Assignee] (the "Assignee").  The Assignee intends to use the premises that are the subject of the Lease for _____.]

      **PLEASE TAKE FURTHER NOTICE** that, the [Debtor/Assignee], has the financial wherewithal to meet all future obligations under the [Contract/Lease] and may be evidenced upon written request by the counterparty to the [Contract/Lease], thereby demonstrating that the [Debtor/Assignee] has the ability to comply with the requirements of adequate assurance of future performance.[2]

      **PLEASE TAKE FURTHER NOTICE** that, should you object to the Debtors' assumption [and assignment] of the above-referenced [Contract/Lease], you must file and serve a written objection so that such objection is filed with the Court and *actually received* no later than fourteen (14) days after the date that the Debtors served this Notice (the "Assumption Objection Deadline") by the following parties:  (i) proposed co-counsel to the Debtors, Kirkland & Ellis, LLP, 601 Lexington Ave., New York, New York, 10022, Attention: Brian E. Schartz, Esq. and Brett W. Murray, Esq.; and (ii) proposed co-counsel to the Debtors, Richards, Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, Attention: Jason Madron, Esq.

      **PLEASE TAKE FURTHER NOTICE** that, the proposed cure amount under the [Contract/Lease] is $[_____].  If a written objection to the proposed cure amount is not filed and served in accordance with the same procedures and deadlines for objections above, then the cure amount shall be binding on all parties and no amount in excess thereof shall be paid for cure purposes.

---

[2]     The Debtors shall serve the counterparty to the [Contract/Lease] with evidence of adequate assurance upon such counterparty's written request to Debtors' counsel.

[**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Attachment I** is a schedule of the material amendments to the [Contract/Lease] consensually agreed to by the Debtors and the [Contract/Lease] counterparty.  If a written objection to the proposed amendments is not filed and served in accordance with the same procedures and deadlines for objections above, then the amendments shall be binding on all parties.]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if an objection is properly filed and served on the Debtors, as specified above, unless such parties agree otherwise in writing, a hearing will be scheduled to consider that objection.  Such [Contract/Lease] will only be deemed assumed upon entry by the Court of a consensual form of Assumption Order resolving the objection as between the objecting party and the Debtors, or upon further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if no objection is filed and served in accordance with the above procedures, the Debtors will include and file with the Court the above-described [Contract/Lease] in an assumption schedule attached to the proposed form of order under a certificate of no objection, substantially in the form attached hereto as **Exhibit 1**.

*[Remainder of page intentionally left blank.]*

Wilmington, Delaware
Dated: [＿＿], 2014

Respectfully Submitted,

/s/

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
              edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

**Attachment I**

**[Contract/Lease] Amendment Schedule**

**[TO BE CUSTOMIZED TO EACH INDIVIDUAL ASSUMPTION NOTICE]**

## Exhibit 1

**Proposed Assumption Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**[NUMBER] ORDER APPROVING THE ASSUMPTION,
AMENDMENT, AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. ___]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served an Individual Assumption Notice to each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Assumption of such Contracts and/or Leases; and due and proper notice of the Procedures Order and Individual

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

Assumption Notice having been provided to each applicable counterparty as set forth in the Amended Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The assumption of the Contracts and/or Leases as set forth in the Amended Assumption Schedule is hereby approved.

2.      The Debtors are authorized to assign the Contracts and/or Leases as set forth in the Amended Assumption Schedule to their respective Assignee, where applicable, free and clear of all liens and claims and interests of any kind or nature, pursuant to sections 105(a), 363(f) and 365 of the Bankruptcy Code.

3.      The Debtors are authorized to take any action necessary to implement the terms of this Order and the assignment without further order from this Court.

4.      The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and/or Leases is hereby final as set forth in the Amended Assumption Schedule and any claims for any additional amounts as a cure obligation with respect to the Contracts and/or Leases is forever barred.

5.      Any amendments to a Contract or Lease as set forth in an Individual Assumption Notice are hereby approved pursuant section 363(b) of the Bankruptcy Code.

6.      The 14-day stay required of any assignment of any Contract or Lease pursuant to Bankruptcy Rule 6006(d) is hereby waived.

2

7.    This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
          Wilmington, Delaware


THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3