<u>**Exhibit D**</u>

**Carter Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF MICHAEL CARTER, SENIOR VICE PRESIDENT, CORPORATE PLANNING, AND ASSISTANT TREASURER OF EFH CORPORATE SERVICES COMPANY IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR THE ENTRY OF AN ORDER AUTHORIZING AND APPROVING EXPEDITED PROCEDURES TO REJECT OR ASSUME EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Pursuant to 28 U.S.C. § 1746, I, Michael Carter, declare as follows:

1.  I am Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company ("EFH Corporate Services"). EFH Corporate Services, its parent Energy Future Holding Corporation, and its direct and indirect subsidiaries are collectively referred to as the "Debtors" in this declaration.

2.  I have worked for EFH Corporate Services and its Debtor affiliates since 2005. I am generally familiar with the Debtors' day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

am over the age of 18 and duly authorized to execute this declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et al., for the Entry of an Order Authorizing and Approving Expedited Procedures to Reject or Assume Executory Contracts and Unexpired Leases* (the "Motion"),[2] filed contemporaneously herewith.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. This declaration addresses the facts surrounding the procedures to reject or assume the Debtors' Contracts and Leases, as set forth in the Motion.

4. The Debtors are currently party to over 12,000 Contracts and Leases, which include, but are not limited to, agreements with vendors for the supply of goods and services and leases for real and personal property.

5. The Debtors are in the process of evaluating all of their Contracts and Leases to determine (a) whether such Contracts and Leases should be rejected as unfavorable to the Debtors, or (b) whether such Contracts and Leases should be assumed or assumed and assigned, including those Contracts and Leases to be assumed as amended through consensual negotiations with the relevant counterparties.

6. As set forth in the Motion, the Debtors now seek the authority to enter into the Contract and Lease Procedures to reject and assume Contracts and Leases.  It is my belief that the Debtors' ability to reject and assume the Contract and Leases through the Contract and Lease Procedures described in the Motion, as opposed to by separate motions, will significantly reduce costs to, and administrative burdens on, the Debtors' estates.  Accordingly, I believe that the Court should enter the Order authorizing the Debtors' use of the Contract and Lease Procedures to assume and reject their Contracts and Leases together with the related relief provided therein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 26, 2014

Respectfully submitted,

Michael Carter
Senior Vice President, Corporate Planning,
and Assistant Treasurer of EFH Corporate
Services Company