# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No.: 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 BY GELLERT SCALI BUSENKELL & BROWN, LLC

Pursuant to rule 2019 of the Federal Rules of Bankruptcy Procedure, Gellert, Scali, Busenkell, and Brown, LLC ("GSBB") hereby submits the following verified statement (the "Statement"), and represents as follows:

1. GSBB currently represents the following corporate entities (the "Clients") in connection with above-captioned bankruptcy cases:

    (a) Aurelieus Capital Management, LP
    535 Madison Avenue, 22nd Floor
    New York, NY 10022

    (b) Knife River Corporation – South
    c/o Karl Leipitz
    Senior Attorney
    MDU Resources Group, Inc.
    1200 West Century Ave.
    Bismarck, ND 58503

2. The terms of GSBB's engagement for each of these Clients is set forth in separate communications, which will not be filed with the Court due to confidentiality concerns, but are available from GSBB.

3. GSBB does not hold any claim against, or own any interest in, the Debtors nor has it at any time held such claim or owned any such interest.

4. To the extent necessary or required, GSBB reserves the right to amend, modify, and/or supplement this verified statement under Federal Rule of Bankruptcy Procedure 2019.

5. I, Michael G. Busenkell, declare under penalty of penalty of perjury that I am an attorney at GSBB and that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Wilmington, Delaware
      August 28, 2014

Respectfully submitted,

**GELLERT SCALI BUSENKELL & BROWN, LLC**

_/s/ Michael Busenkell_
Michael Busenkell (Del. Bar No. 3933)
913 N. Market St.
Suite 1001
Wilmington, Delaware 19801
Tel.: 302.425.5812
Fax.: 302.425.5814
E-mail: mbusenkell@gsbblaw.com

2