# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 8/29/2014 |
| Case: 14−10979−CSS | Form ID: ntcBK | Total: 34 |

**Recipients of Notice of Electronic Filing:**
```
ust    United States Trustee         USTPREGION03.WL.ECF@USDOJ.GOV
aty    Andrea Beth Schwartz          andrea.b.schwartz@usdoj.gov
aty    Brian Schartz                 bschartz@kirkland.com
aty    Chad J. Husnick               chusnick@kirkland.com
aty    Daniel J. DeFranceschi        defranceschi@rlf.com
aty    Edward O. Sassower            esassower@kirkland.com
aty    Jason M. Madron               madron@rlf.com
aty    Jason M. Madron               madron@rlf.com
aty    Jason M. Madron               madron@rlf.com
aty    Jason M. Madron               madron@rlf.com
aty    Mark D. Collins               collins@RLF.com
aty    Mark D. Collins               collins@rlf.com
aty    Michael A. Rosenthal          mrosenthal@gibsondunn.com
aty    Richard L. Schepacarter       richard.schepacarter@usdoj.gov
aty    Thomas F. Driscoll, III       tdriscoll@bifferato.com
aty    Tyler D. Semmelman            semmelman@rlf.com
aty    Tyler D. Semmelman            semmelman@rlf.com
aty    Tyler D. Semmelman            semmelman@rlf.com
aty    William A. Romanowicz         Romanowicz@rlf.com
```
                                                                                        TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db     Energy Future Holdings Corp.     Energy Plaza      1601 Bryan Street       Dallas, TX 75201
aty    Andrew McGaan        Kirkland & Ellis LLP      300 North LaSalle      Chicago, IL 60654
aty    Anthony V. Sexton    Kirkland & Ellis LLP      300 North LaSalle      Chicago, IL 60654
aty    Bridget K. O'Connor  Kirkland & Ellis LLP      655 Fifteenth Street, N.W.   Washington, DC 20005
aty    David R. Dempsey     Kirkland & Ellis LLP      655 Fifteenth Street, N.W.   Washington, DC 20005
aty    James H.M. Sprayregen     Kirkland & Ellis LLP      601 Lexington Avenue    New York, NY 10022
aty    Jeremy L. Graves     GIBSON DUNN & CRUTCHER LLP       1801 California Street     Suite 4200       Denver, CO 80202−2642
aty    Mark E. McKane, Esq.      Kirkland & Ellis LLP      555 California Street      San Francisco, CA 94104
aty    Michael L. Raiff     Gibson Dunn & Crutcher LLP       2100 McKinney Avenue      Dallas, TX 75201
aty    Michael P. Esser     Kirkland & Ellis LP       555 California Street      San Francisco, CA 94104
aty    Richard M. Cieri     Kirkland & Ellis LLP      601 Lexington Avenue      New York, NY 10022−4611
aty    Stephen E. Hessler   Kirkland & Ellis LLP      601 Lexington Avenue      New York, NY 10022
aty    Steven N. Serajeddini     Kirkland & Ellis LLP      300 North LaSalle      Chicago, IL 60654
aty    William Guerrieri    Kirkland & Ellie LLP      300 North LaSalle      Chicago, IL 60654
aty    William T. Pruitt    Kirkland & Ellis LLP      300 North LaSalle      Chicago, IL 60654
```
                                                                                        TOTAL: 15