Henry Rodriguez
Reg. No. 34752-379
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL   36112

August 20, 2014

Court Clerk's Office
United States Bankruptcy Court
8324 Market Street
3rd Floor
Wilmington, DE   19801

RE: Chapter 11/ Case No. 14-10979 (CSS)

Dear Clerk of the Court,

I am receiving a considerable amount of mail from several law firms in reference to the above cited case. I have no knowledge of what transpired with this action. Please send me a docket sheet for this case so I can hopefully make a little sense out of what is going on.

Thank you for your valuable time.

Best Regards,



Henry Rodriguez

cc: file