# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket Nos. 790; 791; 793; 1690; and 1947** |
| | ) |

## NOTICE OF WITHDRAWAL OF DEPOSITION NOTICES AND DISCOVERY REQUESTS

The Ad Hoc Group of TCEH Unsecured Noteholders, by and through its undersigned counsel, hereby withdraws the following deposition notices based on the agreements with the Debtors concerning the retention applications to which the deposition notices pertain:

1. *Second Amended Notice of Deposition* of the Debtors [Docket No. 1690], filed July 24, 2014;

2. *Notice of Deposition* of Kirkland & Ellis LLP [Docket No. 793], filed June 4, 2014;

3. *Notice of Deposition of Edward O. Sassower* [Docket No. 791], filed June 4, 2014; and

4. *Notice of Deposition of Stacey H. Doré* [Docket No. 790], filed June 4, 2014.

The Ad Hoc Group of TCEH Unsecured Noteholders also hereby withdraws:

5. *Ad Hoc Group of TCEH Unsecured Noteholders' Third Set of Requests for Production of Documents to the Debtors Pursuant to Rules 7026 and 7034*, served June 4, 2014; and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

NEWYORK 9321702

6. *Ad Hoc Group of TCEH Unsecured Noteholders' First Set of Requests for Production of Documents to Kirkland & Ellis LLP Pursuant to Rules 7026 and 7034*, served June 4, 2014.

Dated: August 29, 2014
Wilmington, Delaware

            FOX ROTHSCHILD LLP

By: */s/ John H. Strock*
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

and

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*