## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 832, 833, 834, 835, 894, 1555, 1556, 1557, 1649, 1650, 1651, & 1932** |

## NOTICE OF WITHDRAWAL OF DEPOSITION NOTICES
## AND DISCOVERY REQUESTS

**PLEASE TAKE NOTICE** that Wilmington Savings Fund Society, FSB ("WSFS"), by and through its undersigned counsel, hereby withdraws the following deposition notices relating to the Debtors' retention applications based on an agreement with the Debtors:

1. *Notice Of Deposition And Subpoena Duces Tecum Directed To Kirkland & Ellis LLP* [Docket No. 832];

2. *Notice Of Deposition And Subpoena Duces Tecum Directed To Evercore Group LLC* [Docket No. 833];

3. *Notice Of Deposition And Subpoena Duces Tecum Directed To Sidley Austin LLP* [Docket No. 834];

4. *Notice Of Deposition Of The Debtors* [Docket No. 835];

5. *Notice Of Adjournment Of Depositions Directed To (I) Kirkland & Ellis LLP; (II) Evercore Group LLC; (III) Sidley Austin LLP; And (IV) The Debtors* [Docket No. 894];

6. *Amended Notice Of Deposition And Subpoena Directed To Kirkland & Ellis LLP* [Docket No. 1555];

{00888949;v1 }

7.  *Amended Notice Of Deposition And Subpoena Directed To Evercore Group LLC* [Docket No. 1556];

8.  *Amended Notice Of Deposition And Subpoena Directed To Sidley Austin LLP* [Docket No. 1557];

9.  *Notice Of Adjournment Of Deposition Directed To Kirkland & Ellis LLP* [Docket No. 1649];

10. *Notice Of Adjournment Of Deposition Directed To Evercore Group LLC* [Docket No. 1650];

11. *Notice Of Adjournment Of Deposition Directed To Sidley Austin LLP* [Docket No. 1651];

12. *Amended Notice of Deposition of Debtors* [Docket No. 1932].

WSFS also hereby withdraws *Wilmington Savings Fund Society, FSB's First Set Of Requests For Production Of Documents To The Debtors Pursuant To Federal Rules Of Civil Procedure 26 And 34*, served on June 4, 2014.

Dated: August 29, 2014            **ASHBY & GEDDES, P.A.**
      Wilmington, Delaware

                                        William P. Bowden (I.D. No. 2553)
                                        Gregory A. Taylor (I.D. No. 4008)
                                        Aaron H. Stulman (I.D. No. 5807)
                                        500 Delaware Avenue
                                        P.O. Box 1150
                                        Wilmington, Delaware 19899
                                        Telephone: (302) 654-1888
                                        Facsimile: (302) 654-2067

                                        - and -

                                        BROWN RUDNICK LLP
                                        Edward S. Weisfelner (admitted pro hac vice)
                                        Aaron B. Lauchheimer (admitted pro hac vice)
                                        Seven Times Square

New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and –

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB,
solely in its capacity as successor Indenture Trustee
for the Second Liens*