## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, <u>et al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Related to Docket No. 1949** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                               ) SS
COUNTY OF NEW CASTLE    )

       Chris Warnick, being duly sworn according to law, deposes and says that he is a paralegal employed by the law firm of Ashby & Geddes, P.A., co-counsel to Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee, and that on September 2, 2014 he caused a true and correct copy of the document referenced below to be served upon the parties on the attached list via first class mail.

- **Notice of Withdrawal of Deposition Notices and Discovery Requests [Docket No. 1949]**

_Chris Warnick_
Chris Warnick

SWORN TO AND SUBSCRIBED before me this 2nd day of September, 2014.

_Katina L. Tsagaros_
Notary Public

*(Notary Seal: KATINA L. TSAGAROS — MY COMMISSION EXPIRES May 16, 2015 — NOTARY PUBLIC — STATE OF DELAWARE)*

Richard M. Cieri
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022

James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, IL  60654

Mark D. Collins
RICHARDS LAYTON & FINGER
920 North King Street
Wilmington, DE  19801

Counsel to Atmos Energy Corporation
Daniel K. Astin
John D. McLaughlin, Jr.
Joseph J. McMahon, Jr.
CIARDI CIARDI & ASTIN
1204 N. King Street
Wilmington, DE  19801

Counsel to Atmos Energy Corporation
Stephen C. Stapleton
COWLES & THOMPSON
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX  72505

Richard L. Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox #35
Wilmington, DE  19801

Counsel to Texas Comptroller of Public Accounts
Rachel Obaldo, Assistant Attorney General
John Mark Stern, Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Counsel to Texas Office of Public Utility Counsel
Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

2002 SERVICE LIST

\0853702;v1 }

Counsel to Texas Commission on Environmental Quality
Mark Minuti, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Counsel to Texas Commission on Environmental Quality
Russell L. Munsch, Esquire
MUNSCH HARDT KOPF & HARR, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin TX 78701-4071

Counsel to Texas Commission on Environmental Quality
Kevin M. Lippman, Esquire
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street
Suite 3800
Dallas TX 75201-6659

Hal F. Morris
Ashley F. Bartram
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Somervell County et al.
c/o Elizabeth Banda Calvo
PERDUE, BRANDON, FIELDER, COLLINS
& MOTT, LLP
P.O. Box 13430
Arlington, Texas 76094-0430

Galena Park Independent School District
c/o Owen M. Sonik
PERDUE, BRANDON, FIELDER, COLLINS
& MOTT, LLP
1235 North Loop West
Suite 600
Houston, TX 77008

Counsel to Young County, Graham ISD,
Graham Hospital District & North
Central Texas College District
c/o Jeanmarie Baer
PERDUE, BRANDON, FIELDER, COLLINS
& MOTT, L.L.P.
P. 0. BOX 8188
Wichita Falls, TX 76307

Counsel to Red Ball Oxygen Company
Daniel K. Astin
John D. McLaughlin, Jr.
Joseph J. McMahon, Jr.
CIARDI, CIARDI & ASTIN
1204 N. King Street
Wilmington, Delaware 19801

0853702;v1 }

| | |
|---|---|
| Counsel to Marathon Asset Management, LP<br>Philip D. Anker, Esquire<br>George W. Shuster, Jr., Esquire<br>WILMER CUTLER PICKERING HALE<br>ANDDORRLLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007 | Counsel to Marathon Asset Management, LP<br>Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801 |
| Counsel to Marathon Asset Management, LP<br>Benjamin W. Loveland, Esquire<br>WILMER CUTLER PICKERING HALE<br>ANDDORRLLP<br>60 State Street<br>Boston, Massachusetts 02109 | Counsel to Deutsche Bank AG New York Branch<br>Laurie Seiber Silverstein, Esquire<br>Jeremy W. Ryan, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801 |
| Counsel to Deutsche Bank AG New York Branch<br>Fredric Sosnick, Esquire<br>Ned S. Schodek, Esquire<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Counsel to Tarrant County, Dallas County<br>Elizabeth Weller<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>DALLAS, TX 75207 |
| Counsel to Steering Committee of<br>Cities Served by Oncor<br>Michael A. McConnell<br>Clay Taylor<br>Katherine Thomas<br>KELLY HART & HALLMAN LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102 | Counsel to Steering Committee of<br>Cities Served by Oncor<br>Geoffrey Gay<br>LLOYD GOSSELINK ROCHELLE<br>& TOWNSEND PC<br>816 Congress Avenue, Suite 1900<br>Austin, TX 78701 |

Counsel to Steering Committee of Cities Served by Oncor
Marc J. Phillips
MANION GAYNOR & MANNING LLP
The NeMours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801

Counsel to UMB Bank, NA
Harold L. Kaplan
Mark F. Hebbeln
Lars A. Peterson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Counsel to Alcoa Inc.
Peter S. Goodman, Esquire
Michael R. Carney, Esquire
MCKOOL SMITH
One Bryant Park
47th Floor
New York, New York 10036

Counsel to Alcoa Inc.
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Counsel to Pacific Investment Management Co. LLC
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

Counsel to Pacific Investment Management Co. LLC
Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Counsel to Pacific Investment Management Co. LLC
JeffreyS. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Desiree M. Amador
Jon Chatalian
Israel Goldowitz
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Counsel to Aurelius Capital Management LP
Michael G. Busenkell
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

Counsel to Aurelius Capital Management LP
William P. Weintraub
Kizzy L. Jarashow
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
USA

Counsel to Fidelity Management & Research Company
Michael J. Joyce
Cross & Simon, LLC
1105 North Market Street
Suite 901
Wilmington, Delaware 19801

Counsel to Fidelity Management & Research Company
Brad Eric Scheler
Gary L. Kaplan
Matthew M. Roose
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Counsel to Citibank, NA
Howard A. Cohen
Robert K. Malone
Drinker Biddle & Reath LLP
222 Delaware Ave., Ste. 1410
Wilmington, Delaware 19801-1621

Counsel to Citibank, NA
Dennis F. Dunne
Evan R. Fleck
Karen Gartenberg
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Counsel to Angelina County,
Fort Bend County and Harris County
John P. Dillman
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 3064
Houston, TX 77253-3064

Counsel to BP America Production Company
C. Davin Boldissar
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036

\0853702;v1 }

Counsel to Texas Energy Future Capital Holdings LLC
Texas Energy Future Holdings Limited Partnership
MORRIS NICHOLS ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Erin R. Fay (No. 5268)
1201 North Market Street, Suite 1600
Wilmington, DE 19801

Counsel to Texas Energy Future Capital Holdings LLC
Texas Energy Future Holdings Limited Partnership
WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
51 West 52nd Street
New York, NY 10019

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for the Texas Ad Valorem Taxing Jurisdictions
Lee Gordon
State Bar Number 08212500
P.O. Box 1269
Round Rock, Texas 78680

Counsel to Ad Hoc Committee of TCEH First Lien Creditors
Pauline K. Morgan
Joel A. Waite
Ryan M. Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801

Counsel to Ad Hoc Committee of TCEH First Lien Creditors
Alan W. Kornberg
Kelley A. Cornish
Brian S. Hermann
Jacob A. Adlerstein
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019

Counsel to Borealis Infrastructure Management, Inc.
Mark S. Chehi, Esq.
Kristhy M. Peguero, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Counsel to Borealis Infrastructure Management, Inc.
Jay M. Goffman, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522

Counsel to Borealis Infrastructure Management, Inc.
George N. Panagakis, Esq.
Carl T. Tullson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, Illinois 60606-1720

\0853702;v1 }

Counsel to CenterPoint Energy Resources Corp.
CenterPoint Energy Houston Electric
Steven K. Kortanek
Mark L. Desgrosseilliers
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Counsel to CenterPoint Energy Resources Corp.
CenterPoint Energy Houston Electric
James Prince
Omar J. Alaniz
Ian E. Roberts
BAKER BOTTS L.L.P.
2001 Ross Ave.
Dallas, TX 75201-2980

Counsel to Taubman Landlords
Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304

Counsel to Alcoa Inc.
Paul D. Moak
MCKOOL SMITH
600 Travis Street, Suite 7000
Houston, TX 77002

Counsel to Indenture Trustee and the EFIH 2nd Lien
Objectors
Stephanie Wickouski, Esq.
Michelle McMahon, Esq.
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104

Counsel to Indenture Trustee and the EFIH 2nd Lien
Objectors
Tina Vitale, B.A.; LL.B.
Senior VP, Corporate Trust
Computershare
480 Washington Blvd.
Jersey City NJ 07310

Counsel to Indenture Trustee and the EFIH 2nd Lien
Objectors
Thomas Moers Mayer, Esq.
Gregory A. Horowitz, Esq.
Joshua K. Brody, Esq.
Philip Bentley, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Counsel to Indenture Trustee and the EFIH 2nd Lien
Objectors
Laura Davis Jones, Esq.
Robert J. Feinstein, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

2002 SERVICE LIST

\0853702;v1 }

| | |
|---|---|
| Counsel to Tex-La Electric Cooperative of Texas, Inc.<br>Jeffrey R. Fine<br>DYKEMA GOSSETT PLLC<br>1717 Main Street, Suite 4000<br>Dallas, Texas 75201 | Counsel to Tex-La Electric Cooperative of Texas, Inc.<br>Christine C. Ryan<br>BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.<br>1025 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 |
| Counsel to EFIH Second Lien DIP Commitment Parties,<br>Ad Hoc Committee of EFIH Unsecured Noteholders<br>Scott D. Cousins<br>Mark D. Olivere<br>Ann M. Kashishian<br>COUSINS CHIPMAN & BROWN, LLP<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801 | Counsel to EFIH Second Lien DIP Commitment Parties,<br>Ad Hoc Committee of EFIH Unsecured Noteholders<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff, Abid Qureshi, Stephen M. Baldini,<br>Meredith A. Lahaie, Robert J. Boller, Christoppher W.<br>Carty & Lindsay K. Zahradka<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 |
| Counsel to EFIH Second Lien DIP Commitment Parties,<br>Ad Hoc Committee of EFIH Unsecured Noteholders<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Scott L. Alberino<br>Joanna F. Newdeck<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 | Counsel to J. Aron & Company<br>Mark E. Felger<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801 |
| Counsel to J. Aron & Company<br>Sean A. O'Neal<br>Humayun Khalid<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006 | Counsel to Ad Hoc Group of TCEH Unsecured<br>Noteholders<br>Jeffrey M. Schlerf<br>John H. Strock<br>L. John Bird<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801 |

\0853702;v1 }

Counsel to Ad Hoc Group of TCEH Unsecured
Noteholders
J. Christopher Shore
Gregory M.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036

Counsel to Ad Hoc Group of TCEH Unsecured
Noteholders
Thomas E Lauria Matthew C.
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131

Counsel to Goldman, Sachs & Co.
Kevin G. Abrams, Esq.
John M. Seaman, Esq.
ABRAMS & BAYLISS LLP
20 Montchanin, Road, Suite 200
Wilmington, Delaware 19807

Counsel to TXU 2007-1 Railcar Leasing LLC
John A. Harris
Jason D. Curry
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Counsel to TXU 2007-1 Railcar Leasing LLC
Daniel K. Astin
Joseph J. McMahon, Jr.
CIARDI CIARDI & ASTIN
1204 North King Street
Wilmington, DE  19801

Counsel to Airgas USA, LLC
Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue
Suite 1000
PO Box 410
Wilmington, DE  19899

Counsel to Airgas USA, LLC
Jonathan Hook
HAYNES AND BOONE LLP
30 Rockefeller Center
26th Floor
New York, NY  10112

Counsel to Airgas USA, LLC
Patrick L. Hughes
HAYNES AND BOONE LLP
1221McKinney Street
Suite 1200
Houston, TX  77010

\0853702;v1 }

Counsel to Law Debenture Trust Company of New York,
in its capacity as Indenture Trustee
Daniel A. Lowenthal
Craig W. Dent
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Counsel to Law Debenture Trust Company of New York,
in its capacity as Indenture Trustee
Stephen M. Miller
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Counsel to First Union Rail Corporation
Michael L. Schein, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Counsel to American Stock Transfer & Trust
Company, LLC
Lee Harrington
Richard C. Pedone
Amanda D. Darwin
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110

Westinghouse Electric Company LLC
Attention: Michael T. Sweeney
Senior Vice President & General Counsel
Legal & Contracts
1000 Westinghouse Drive
Cranberry Township, PA 16066 USA

Counsel to SAP Industries, Inc.
Donald K. Ludman
BROWN & CONNERY, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

Counsel to Chicago Bridge & Iron Company N.V.
David Neier, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Counsel to Property Tax Partners
Robert J. Myers
MYERS ★ HILL
2525 Ridgmar Blvd., Ste. 150
Fort Worth, TX 76116

2002 SERVICE LIST

Counsel to HOLT Texas, Ltd. d/b/a Holt Cat
J. Scott Rose
JACKSON WALKER, L.L.P.
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205

Counsel to HOLT Texas, Ltd. d/b/a Holt Cat
Monica S. Blacker
JACKSON WALKER, L.L.P.
Bank of America Plaza
901 Main Street
Suite 6000
Dallas, TX 75202

Counsel to HOLT Texas, Ltd. d/b/a Holt Cat
Mark L. Desgrosseilliers
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Counsel to FLSMIDTH INC., f/d/b/a/ FLSmidth Airtech
Inc. and FLSMIDTH USA INC., f/k/a FLSmidth Salt Lake
City, Inc.
Robert Szwajkos, Esquire
CURTIN & HEEFNER LLP
250 Pennsylvania Ave.
Morrisville, PA 19067

Counsel to Tarrant Regional Water District
Michael L. Atchley
Matthew T. Taplett
POPE, HARDWICKE, CHRISTIE,
SCHELL, KELLY & RAY, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, Texas 76102

Counsel to Caterpillar Financial Services Corporation
Kathleen A. Murphy, Esquire
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 1500
Wilmington, DE 19801

Counsel to Wilmington Trust, N.A., in its capacity as
Successor First Lien Administrative Agent and First Lien
Collateral Agent
Jeffrey T. Rose, Esquire
Vice President
WILMINGTON TRUST FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Counsel to Wilmington Trust, N.A., in its capacity as
Successor First Lien Administrative Agent and First Lien
Collateral Agent
Michael B. Schaedle, Esquire
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

\0853702;v1 }

Counsel to Wilmington Trust, N.A., in its capacity as
Successor First Lien Administrative Agent and First Lien
Collateral Agent
Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Counsel to Wilmington Trust, N.A., in its capacity as
Successor First Lien Administrative Agent and First Lien
Collateral Agent
John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004

Counsel to Ranger Excavating LP
Stephen Sakonchick, II
STEPHEN SAKONCHICK II, P.C.
6502 Canon Wren Drive
Austin, Texas 78746

Counsel to Mario Sinacola & Sons Excavating, Inc.
Gregory M. Weinstein
WEINSTEIN RADCLIFF LLP
6688 N. Central Expressway, Suite 675
Dallas, Texas 75206

Counsel to Creditors, Oracle America, Inc.
and Oracle Credit Corporation
Shawn M. Christianson, Esq.
BUCHALTER NEMER, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, California 94105-3493

Counsel to Targa Gas Marketing, LLC, Kinder Morgan
Texas Pipeline, LLC, Kinder Morgan Tejas Pipeline, LLC
and Kinder Morgan Texas Pipeline, LLC
Patricia Williams Prewitt
LAW OFFICE OF PATRICIA WILLIAMS PREWITT
10953 Vista Lake Court
Navasota, Texas 77868

Counsel to Michelin North America Inc.
Jody A. Bedenbaugh
George B. Cauthen
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
P.O. Box 11070 (29211)
Columbia, SC 29201

Counsel to Lower Colorado River Authority
William T. Medaille
Lower Colorado River Authority
Legal Services
P. O. Box 220
Austin, Texas 78767

Counsel to The Bank of New York Mellon Trust
Company, N.A., as Indenture Trustee, The Bank of New
York Mellon, as Indenture Trustee
Kurt F. Gwynne Esquire
Kimberly E.C. Lawson, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Counsel to Devon Energy Corporation
Judy Hamilton Morse
CROWE & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102

Daniel K. Hogan
Garvan F. McDaniel
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

Counsel to The Richards Group, Inc.
Jamie R. Welton
LACKEY HERSHMAN, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219

Counsel to Thermo Fisher Scientific Inc.
Jordan S. Blask, Esq.
Lara E. Shipkovitz, Esq.
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Counsel to Thermo Fisher Scientific Inc.
Kevin M. Capuzzi, Esq.
PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
1220 North Market Street, Suite 950
Wilmington, Delaware 19801

Counsel to Limestone County, Falls County, Robertson
County, Nueces County, McLennan County, Franklin ISD,
Round Rock ISD, Lee County, Walnut Springs ISD
Diane Wade Sanders
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760

Counsel to ROMCO Equipment Co
John P. Melko
Michael K. Riordan
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Ste. 3400
Houston, Texas 77002

\0853702;v1 }

Counsel to City of Fort Worth
Christopher B. Mosley
Senior Assistant City Attorney
CITY OF FORT WORTH
1000 Throckmorton Street
Fort Worth, Texas 76102

Counsel to
The Official Committee of Unsecured Creditors
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019

Counsel to
The Official Committee of Unsecured Creditors
Christopher A. Ward
Justin K. Edelson
Shanti M. Katona
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Counsel to the United States of America,
Department of Agriculture, Rural Utilities Service
Matthew J. Troy
United States Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Counsel to Valero Texas Power Marketing, Inc.
Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899

Counsel to Valero Texas Power Marketing, Inc.
Michael G. Smith
111 North 6th Street
P.O. Box 846
Clinton, OK  73601

Counsel to United States Of America
Ari D. Kunofsky
W. Bradley Russell
Trial Attorneys, Tax Division
U.S. DEPARTMENT OF JUSTICE
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

Counsel to Apollo Global Management, LLC
O'MELVENY & MYERS LLP
Attn:  George A. Davis, Esq.
7 Times Square
New York, New York 10036

Counsel to Allen Shrode
Sabrina L. Streusand
STREUSAND, LANDON & OZBURN, LLP
811 Barton Springs Road
Suite 811
Austin, Texas 78704

Counsel to Siemens Power Generation Inc.
Sundeep S. Sidhu, Esq.
AKERMAN LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801-4904

BNSF RAILWAY COMPANY
Attn: Jason Spencer
3001 Lou Menk Dr.
Fort Worth, TX 76131

EMC Corporation
c/o Receivable Management Services ("RMS")
Attn.: Ronald L. Rowland, Agent
307 International Circle, Ste. 270
Hunt Valley, MD 21030

Counsel to NOVA Chemicals Inc.
Thomas D. Maxson
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, Pennsylvania 15222-3152

Counsel to ArcelorMittal USA LLC
Stephen D. Lerner
Andrew M. Simon
SQUIRE SANDERS (US) LLP
221 E. Fourth St., Suite 2900
Cincinnati, Ohio 45202

Counsel to Northeast Texas Municipal Water District
Michael L. Atchley
Matthew T. Taplett
POPE, HARDWICKE, CHRISTIE,
SCHELL, KELLY & RAY, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, Texas 76102

William T. Medaille
LOWER COLORADO RIVER AUTHORITY
Legal Services
P. O. Box 220
Austin, Texas 78767

\0853702;v1 }

Mary Ann Kilgore
Jennie L. Anderson
UNION PACIFIC RAILROAD COMPANY
1400 Douglas Street, STOP 1580
Omaha, Nebraska  68179

Counsel to URS Energy & Construction, Inc.
James E. Huggett
Amy D. Brown
MARGOLIS EDELSTEIN
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801

Counsel to Invensys Systems, Inc.
Jennifer V. Doran, Esq.
HINCKLEY ALLEN
28 State Street
Boston, MA 02109

Counsel to CSC Trust Company of Delaware, Proposed
Successor Indenture Trustee
James S. Carr, Esq.
Benjamin D. Feder, Esq.
Gilbert R. Saydah, Esq.
KELLEY DRYE &WARREN LLP
101 Park Avenue
New York, New York 10178

Counsel to Central Texas Security & Fire Equipment, Inc.
Steven M. Burton
SHEEHY, LOVELACE & MAYFIELD, P.C.
510 N. Valley Mills Dr., Suite 500
Waco, Texas  76710

Counsel to The Bank of New York Mellon,
solely in its capacity as Trustee under
the Enumerated Trust Agreements
Amy M. Tonti, Esquire
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15230-2009

Counsel to The Bank of New York Mellon,
solely in its capacity as Trustee under
the Enumerated Trust Agreements
Richard A. Robinson, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Counsel to UMB Bank, N.A.
Mark F. Hebbeln
Harold L. Kaplan
Lars A. Peterson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654

\0853702;v1 }

Counsel to UMB Bank, N.A.
Raymond H. Lemisch, Esq.
KLEHR HARRISON HARVEY BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

ConocoPhillips Company
Attn: Renita King
600 N. Dairy Ashford,Suite ML1080
Houston, Texas 77079

Steven A. Ginther
Special Assistant Attorney General
MISSOURI DEPARTMENT OF REVENUE
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

Counsel to NextEra Energy Resources, LLC
Howard Seife
David M. LeMay
Christy Rivera
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, NY 10019-6022

Counsel to NextEra Energy Resources, LLC
Adam G. Landis
Matthew B. McGuire
LANDIS RATH & COBB
919 Market Street, Suite 1800
Wilmington, DE 19801

Counsel to CSC Trust Company of Delaware,
as Successor Trustee under the TCEH 11.5% Senior
Secured Notes Indenture
Neil B. Glassman, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801

Counsel to CSC Trust Company of Delaware,
as Successor Trustee under the TCEH 11.5% Senior
Secured Notes Indenture
Luc A. Despins, Esq.
Andrew V. Tenzer, Esq.
G. Alexander Bongartz, Esq.
Paul Hastings, LLP
75 East 55th Street
New York, New York 10022

Counsel to Titus County Fresh
Waste Supply District No. 1
Lino Mendiola
Michael Boldt
ANDREWS KURTH LLP
111 Congress Avenue, Suite 1700
Austin, Texas 78701

\0853702;v1 }

Counsel to Ad Hoc Group of EFH Legacy Noteholders
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019

Counsel to Travis County
KAY D. BROCK
Assistant County Attorney
P.O. Box 1748
Austin, TX 78767

Counsel to Automatic Systems, Inc.
Gregory D. Willard, Esq.
CARMODY MACDONALD P.C.
120 S. Central Avenue, Suite 1800
St. Louis, MO 63105

Counsel to Automatic Systems, Inc.
Gregory T. Donilon, Esq.
PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

Counsel to Martin Engineering Company
David D. Farrell
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3200
St. Louis, Missouri 63101

Counsel to National Field Services
Bretton C. Gerard
111 W. Spring Valley Road, Suite 250
Richardson, Texas 75081

Counsel to Henry Pratt Company, LLC
Stephen C. Greenberg, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339

Counsel to Henry Pratt Company, LLC
Elihu E. Allinson III, Esq.
SULLIVAN · HAZELTINE · ALLINSON LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

\0853702;v1 }

| | |
|---|---|
| Counsel to Gabriel Roberson<br>James F Bailey<br>The Law Office of James Bailey<br>3 Mill Rd., Suite 306A<br>Wilmington DE 19806 | Counsel to Garland Independent School District, City of Garland<br>Dustin L. Banks<br>Gay, McCall, Isaacks, Gordon & Roberts, P.C.<br>1919 S. Shiloh Road, Suite 310 LB 40<br>Garland, TX 75042 |
| Henry Rodriquez<br>Reg. No. 34752-379<br>Federal Prison Camp<br>Maxwell Air Force Base<br>Montgomery, AL  36112 | Counsel to El Paso Natural Gas Company<br>Patricia Williams Prewitt<br>Law Office of Patricia Williams Prewitt<br>10953 Vista Lake Court<br>Navasota, Texas 77868 |
| Counsel to Benbrooke Electric Partners, LLC<br>Valerie A. Hamilton, Esq.<br>SILLS CUMMIS & GROSS P.C.<br>600 College Road East<br>Princeton, New Jersey 08540 | Counsel to CSC Trust Company of Delaware as Indenture Trustee and Collateral Trustee<br>Philip D. Anker, Charles C. Platt,<br>Dennis L. Jenkins, George W. Shuster, Jr.<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007 |
| Counsel to U.S. BANK NATIONAL ASSOCIATION<br>Clark T. Whitmore, Esq.<br>Ana Chilingarishvili, Esq.<br>Korey G. Kallstrom, Esq.<br>Maslon Edelman Borman & Brand, LLP<br>90 South Seventh Street, Suite 3300<br>Minneapolis, MN 55402 | Counsel to U.S. BANK NATIONAL ASSOCIATION<br>Eric Lopez Schnabel, Esq.<br>Robert W. Mallard, Esq.<br>Alessandra Glorioso, Esq.<br>Dorsey & Whitney Delaware LLP<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801 |

\0853702;v1 }

Counsel to Aldine Independent School District
Courteney F. Harris
14910 Aldine-Westfield Road
Houston, Texas 77032

Counsel to Microsoft Corporation and Microsoft
Licensing, GP
Joseph E. Shickich, Jr., Esq.
Hilary B. Mohr, Esq.
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle WA 98154

Counsel to AppLabs Technologies PVT Ltd.
Mary Kay Shaver, Esq.
Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352

Counsel to Buffalo Industrial Supply, Inc.
Kerry L. Haliburton
Naman, Howell, Smith & Lee, PLLC
P.O. Box 1470
Waco, TX 76703-1470

Counsel to Evercore Group, L.L.C.
Jeffrey S. Cianciulli
Weir & Partners LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801

Counsel for Louisiana Energy Services, LLC and
URENCO, Inc.
Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801

Counsel to tw telecom inc.
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

Counsel to PI Law Firms
Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
1105 N. Market Street, Suite 1500
Wilmington, Delaware

| | |
|---|---|
| Counsel to PI Law Firms | Counsel to Setpoint Integrated Solutions |
| Davis Lee Wright, Esquire | Noel Steffes Melancon |
| Montgomery, McCracken, Walker & Rhoads, LLP | Steffes, Vingiello & McKenzie, LLC |
| 1105 N. Market Street, Suite 1500 | 13702 Coursey Boulevard, Building 3 |
| Wilmington, Delaware | Baton Rouge, LA 70817 |