## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) <br> ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 4, 2014 AT 9:30 A.M. (EDT)[2]

## I.    CONTINUED MATTERS:

1.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1682; filed July 23, 2014]

Response/Objection Deadline:          August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Objection of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The September 4, 2014 hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EDT). Any person who wishes to appear telephonically at the September 4, 2014 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Wednesday, September 3, 2014** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1791; filed August 8, 2014]

B.   Corrected Objection of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1796; filed August 11, 2014]

C.   Debtors' Reply in Support of Bar Date With Respect to Asbestos Claims [D.I. 1804; filed August 11, 2014]

Related Documents:

i.   Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof" [D.I. 1772; filed August 8, 2014]

ii.   Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof" [D.I. 1782; filed August 8, 2014]

iii.   Notice of Filing of Revised Proposed Form of "Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof" [D.I. 1828; filed August 12, 2014]

iv.   Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs

2

of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1866; filed August 18, 2014] (the "General Non-Asbestos Bar Date Order")

Status: On August 18, 2014, the Court entered the General Non-Asbestos Bar Date Order approving and fixing October 27, 2014 at 5:00 p.m. (EDT) as the general bar date for filing proofs of claim in the Debtors' chapter 11 cases. Consideration of this matter solely as it relates to fixing a separate bar date applicable to any entity holding a claim relating to asbestos that is not a property damage claim or a claim for contractual or common law indemnification or contribution is continued, at the direction of the Court, to September 16, 2014 at 11:00 a.m. (EDT)

2.     Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 for Authority to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014 [D.I. 1696; filed July 25, 2014]

Response/Objection Deadline:          August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on September 16, 2014 at 11:00 a.m. (EDT).

3.     Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 1698; filed July 25, 2014]

Response/Objection Deadline:          August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.     Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 1836; filed August 14, 2014]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on September 16, 2014 at 11:00 a.m. (EDT).

4.    Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective as of May 19, 2014 [D.I. 1699; filed July 25, 2014]

> Response/Objection Deadline:          August 6, 2014 at 4:00 p.m. (EDT)

> Responses/Objections Received:        None.

> Status: The hearing on this matter is adjourned to the hearing scheduled to take place on September 16, 2014 at 11:00 a.m. (EDT).

5.    Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Employment and Retention of Lazard Frères & Co. LLC as Investment Banker Effective as of May 14, 2014, (B) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (C) Granting Related Relief [D.I. 1700; filed July 25, 2014]

> Response/Objection Deadline:          August 6, 2014 at 4:00 p.m. (EDT)

> Responses/Objections Received:        None.

> Status: The hearing on this matter is adjourned to the hearing scheduled to take place on September 16, 2014 at 11:00 a.m. (EDT).

## II.    UNCONTESTED MATTER GOING FORWARD:

6.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Establishing Procedures for the Liquidation by Third Parties of Claims on Account of Certain Hedging and Trading Arrangements [D.I. 1838; filed August 14, 2014]

> Response/Objection Deadline:          August 28, 2014 at 4:00 p.m. (EDT)

> Responses/Objections Received:        Informal comments from the Official Committee of Unsecured Creditors (the "Creditors' Committee")

> Related Documents:

> i.    Declaration of Joseph Ho, Senior Vice President of Enterprise Risk Management, in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Establishing Procedures for the Liquidation by Third Parties of Claims on Account of Certain Hedging and Trading Arrangements [D.I. 1927; filed August 26, 2014]

4

Status: The Debtors have resolved the informal comments of the Creditors' Committee and anticipate submitting a revised form of agreed order to the Court for entry under a certification of counsel prior to the hearing.

Dated: September 2, 2014
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:        (302) 651-7700
Facsimile:        (302) 651-7701
Email:            collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900
Email:            richard.cieri@kirkland.com
                  edward.sassower@kirkland.com
                  stephen.hessler@kirkland.com
                  brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200
Email:            james.sprayregen@kirkland.com
                  chad.husnick@kirkland.com
                  steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

5