IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 1838 |

**CERTIFICATION OF COUNSEL CONCERNING ORDER ESTABLISHING
PROCEDURES FOR THE LIQUIDATION BY THIRD PARTIES OF CLAIMS
ON ACCOUNT OF CERTAIN HEDGING AND TRADING ARRANGEMENTS**

The undersigned hereby certifies as follows:

1. On August 14, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Establishing Procedures for the Liquidation By Third Parties of Claims on Account of Certain Hedging and Trading Arrangements* [D.I. 1838] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Establishing Procedures for the Liquidation By Third Parties of Claims on Account of Certain Hedging and Trading Arrangements" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on August 28, 2014 (the "Objection

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10765968v.1

Deadline"). A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on September 4, 2014 at 9:30 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, the official committee of unsecured creditors (the "Committee") and the Ad Hoc Committee of TCEH First Lien Creditors (the "TCEH First Lien Ad Hoc Committee") provided informal comments to the Motion (the "Informal Responses").

4. Other than the Informal Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors, the Committee and the TCEH First Lien Ad Hoc Committee, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion, which resolves the Informal Responses. A copy of the Revised Order is attached hereto as Exhibit A. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as Exhibit B. The Revised Order has been circulated to, and is acceptable to, the Committee and the TCEH First Lien Ad Hoc Committee.

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: September 3, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         richard.cieri@kirkland.com
               edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession