IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| § | | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, § | | Case No. 14-10979 (CSS) |
| § | | |
| Debtors. § | | (Jointly Administered) |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICES

TO THE HONORABLE BANKRUPTCY JUDGE OF SAID COURT:

This is to notify the Court and parties pursuant to Bankruptcy Rule 9010(b) that the undersigned attorneys represents 2603 AUGUSTA INVESTORS, LP, a creditor in this proceeding.

Counsel for 2603 AUGUSTA INVESTORS, LP., request that all copies of all notices on all matters and all papers served or required to be served in this case, including all documents required to be served upon all creditors, pursuant to Bankruptcy Rules 2002 and 3017, be given to and served upon the undersigned counsel as follows:

Brian D. Womac
Stacey L. Kremling
Womac Law
8301 Katy Freeway
Houston, Texas 77024
(713) 751-9200 - Telephone
(713) 751-0808 - Facsimile
Email: brian@womaclaw.com
Email: stacey@womaclaw.com

PLEASE TAKE FURTHER NOTICE that 2603 AUGUSTA INVESTORS, LP requests that the Debtor and the Clerk of the Court place the names and addresses of the undersigned attorneys on any mailing matrix to be prepared or existing in this cause, and on any list of creditors or service list to be prepared or existing in this cause.

Respectfully submitted,

By: /s/ Stacey L. Kremling
    Brian D. Womac
    State Bar No. 21873600
    Stacey L. Kremling
    State Bar No. 24035527
    Womac Law
    8301 Katy Freeway
    Houston, Texas 77024
    (713) 751-9200 - Telephone
    (713) 751-0808 - Facsimile
    Email: brian@womaclaw.com
    Email: stacey@womaclaw.com

    ATTORNEYS FOR CREDITOR,
    2603 AUGUSTA INVESTORS, LP

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appearance of Counsel and Request for Notices has been served via electronic service through the Court's ECF noticing system and/or by U.S. First Class Mail, on this the 3rd day of September, 2014.

**DEBTORS**

Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

TXU Energy Retail Company LLC
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

**ATTORNEY FOR DEBTORS**

Daniel J. DeFranceschi
Jason M. Madron
Tyler D. Semmelman
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**UNITED STATES TRUSTEE**

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**CLAIMS AGENT**

Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
757 Third Avenue
Third Floor
New York, NY 10017

/s/ Stacey L. Kremling
Stacey L. Kremling

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICES - Page 3 of 3**