IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | | **Docket Ref. No. 1792** |

**STATEMENT OF THE AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN PREPETITION AMOUNTS ON ACCOUNT OF THE INSIDER COMPENSATION PROGRAMS AND (B) CONTINUE THE INSIDER COMPENSATION PROGRAMS IN THE <u>ORDINARY COURSE OF BUSINESS ON A POSTPETITION BASIS</u>**

The ad hoc committee of certain unaffiliated holders of first lien senior secured claims against the TCEH Debtors[1] (the "<u>Ad Hoc Committee of TCEH First Lien Creditors</u>"), by and through its undersigned counsel, hereby files this statement in support of the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis* [Docket No. 1792] (the "<u>Insider Compensation Motion</u>") and respectfully represents as follows:[2]

---

[1]  As used herein, the term "<u>TCEH Debtors</u>" means, collectively, Texas Competitive Electric Holdings Company LLC ("<u>TCEH</u>"), Energy Future Competitive Holdings Company LLC, and TCEH's direct and indirect subsidiaries that are debtors and debtors-in-possession in the above-captioned cases.

[2]  Capitalized terms used and not defined herein shall have the meanings ascribed to such terms in the Insider Compensation Motion.

## **STATEMENT IN SUPPORT**

1. The Ad Hoc Committee of TCEH First Lien Creditors supports the Debtors' Insider Compensation Motion and respectfully requests that the Court grant the relief sought therein.

2. The Ad Hoc Committee agrees that the relief sought in the Insider Compensation Motion is necessary to properly incentivize the Debtors' leadership team and will be critical to driving the overall success of the Debtors' restructuring and maximizing the value of their estates.

3. Notwithstanding the foregoing, the Ad Hoc Committee of TCEH First Lien Creditors expressly reserves all rights to object to relief sought by the Debtors in connection with any other compensation plans, including variable compensation programs for 2015 and beyond.

*[remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: September 5, 2014<br>Wilmington, Delaware | */s/ Andrew L. Magaziner* |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Pauline K. Morgan (Bar No. 3650)
Ryan M. Bartley (Bar No. 4985)
Andrew L. Magaziner (Bar No. 5426)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Alan W. Kornberg (admitted *pro hac vice*)
Kelley A. Cornish (admitted *pro hac vice*)
Brian S. Hermann (admitted *pro hac vice*)
Jacob A. Adlerstein (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Ad Hoc Committee of TCEH First Lien Creditors*

01:15963329.1