C 0631124 C

limited internal search for relationships on those organizations. If identified, KPMG will advise COMPANY of the general nature of any services provided to those organizations (i.e. audit, tax and/or advisory).

If COMPANY fails to promptly notify KPMG of its objection to the identified relationship(s), COMPANY agrees that KPMG's professional relationship with an organization does not impact KPMG's engagement to perform the services under this Schedule A-18 for COMPANY.

KPMG reserves the right to resign from this engagement at any time if a conflict, as contemplated by the professional standards of the AICPA, law or regulation, arises or becomes known to KPMG that prohibits KPMG from conducting this engagement, or in KPMG's judgment, would impair KPMG's ability to perform objectively. If KPMG serves as independent auditors of an organization, KPMG may require consent from the organization, which will be determined on a case-by-case basis.

KPMG will take all reasonable steps to prevent the disclosure of confidential information between the KPMG team serving COMPANY and the KPMG teams serving the identified organizations. COMPANY hereby also acknowledges and agrees that KPMG may be in possession of confidential information concerning these organizations that may be relevant to COMPANY'S procedures and that such information will not be disclosed to COMPANY unless the organization provides written consent to such disclosure in advance.

Where KPMG provides audit services to an organization, our professional responsibilities may require that we inform the KPMG team serving that organization about information coming to our attention that affects KPMG's engagement to audit COMPANY'S consolidated financial statements. By your signature below you acknowledge that such communication, if deemed necessary in our sole judgment, will require no approval or communication with you on this matter.

## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in the Dallas, TX area.

## TIMING

The engagement will commence on or around June 16, 2014 and conclude by August 15, 2014.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-18, COMPANY will compensate CONTRACTOR as follows.

### PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Estimated Hours | Rate |
|---|---|---|
| **Partner / Managing Director** | 300-325 | $325/hr |
| **Director / Senior Manager** | | $290/hr |
| **Manager** | 450-500 | $250/hr |
| **Senior Associate** | 1,050-1,100 | $190/hr |
| **Associate** | | $125/hr |

The estimated fees for this effort are $370,000-$400,000 and this project is not authorized to exceed $400,000. The expected blended rate is approximately $205/hr, and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require amendment to this Schedule A-18. If travel is required, normal and reasonable travel expenses

C 0631124 C

will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). We anticipate that these expenses will not exceed 10% of total fees.

The rates specified in this Schedule A-18 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-18.

All invoices shall be sent to:

> Mr. Harvey Ewing
> Vice President & Chief Information Security Officer
> EFH Corporate Services Company
> 1601 Bryan St
> Dallas, TX 75201

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

### KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing efforts under this Schedule A-18 will have adequate qualifications to perform the work described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-18, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-18 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-18:

> **David Cargile:** Managing Director
> **Nick Seeman:** Manager
> **David Costar:** Director
> **Peju Adepeji:** Manager (Sub-contractor)

For any personnel identified as a Key Personnel, CONTRACTOR will not replace such Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced. The parties' objective is to minimize any adverse impact to the services being provided to COMPANY hereunder.

C 0631124 C

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

    **Tate Anderson:** Partner
    **Matt Smith:** Partner
    **Susan Garcia:** Managing Director

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

  \_\_\_\_\_ ATTORNEY-CLIENT COMMUNICATION

  \_\_\_\_\_ ATTORNEY WORK PRODUCT

  \_\_\_\_\_ TAX ADVISOR

  \_\_\_\_\_ OTHER:_____

### LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

    No attachments noted.

Work not specified above may be authorized only through a separate Schedule A-X, or through an amendment or supplement to this Schedule A-18.

| KPMG LLP | EFH CORPORATE SERVICES COMPANY |
|---|---|
| By: _[signature]_ <br> Signature | By: _[signature]_ <br> Signature |
| Name: David Cargile | Name: Kolt Sarver |
| Title: Managing Director | Title: VP IT Gov. & Strategy |
| Date: June 11, 2014 | Date: 6-17-2014 |

7

## Exhibit I

**Service Costing SOW**

C 0631124 C

## SCHEDULE A-20

Following the Parties' execution of this Schedule A-20, KPMG LLP (CONTRACTOR") is authorized to perform the Work as identified below on behalf of EFH Corporate Services Company (the "COMPANY") pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 1, 2009, as amended.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY'S Contract Coordinator as identified herein. The Assessment will be performed over a three to four week duration of time.

### SCOPE OF WORK AND APPROACH

CONTRACTOR will work closely with COMPANY to assess the current Service Costing processes, governance, data and systems. Specifically, CONTRACTOR will review the Apptio model designs, allocation strategies and evaluate the processes to:

- Load and reconcile data,
- Allocate costs, and
- Reconcile the existing Excel spreadsheet model to the Apptio model(s)

CONTRACTOR will also review the custom report structures and validate the design against the enhancements identified during COMPANY Apptio training this past Spring.

The scope of work will include the following activities:

| Task Area | Key Tasks | Deliverables |
|---|---|---|
| Service Costing Assessment | • Conduct interviews with key stakeholders on the current processes, governance, data and reporting<br>• Validate monthly data load and reconciliation process<br>• Benchmark allocation strategies, KPIs and definitions against leading and industry standards as well as Apptio Architecture<br>• Present service costing leading practices as part of the review of COMPANY allocation strategies<br>• Evaluate Apptio models designs and validate them against the Apptio standard architecture (Unified Model design) and leading practices<br>• Review current documentation | • Service Costing Assessment<br>• High-Level Service Costing Process Flow |
| Model Reconciliation Process | • Participate in a review for the current service costing model with key stakeholders including data sources, assumptions, calculations, etc.<br>• Review the Apptio models to understand how the costs are loaded, transformed and allocated within the model<br>• Walk-thru the COMPANY model reconciliation process with key stakeholders to reconcile the Apptio model(s) to the existing Excel spreadsheet service costing model using the month of July 2014 | • Model Reconciliation GAP Analysis<br>• Model Reconciliation Remediation Plan |

| Task Area | Key Tasks | Deliverables |
|---|---|---|
| | • Identify the GAPs and issues contributing to the reconciliation delta problem<br>• Design a new model reconciliation process for COMPANY to complete the model reconciliations going forward | |
| Report Fixes & Enhancements | • Review the custom report structures and validate the design against the Apptio Architecture (Unified Model)<br>• Identify GAPs that will prevent COMPANY to leverage OOB features and functions<br>• Validate the report development complexity table in Exhibit B based on the current COMPANY model(s).<br>• Evaluate the list of fixes and enhancements in Exhibit A and determine the level of effort required compared to the allocation of 80 hours included in this SOW.<br>• **Assumption:** Commencement of report fixes and enhancements are expected to start in week 3 or 4 of this project after the Apptio model(s) are evaluated. | • Report fixes and enhancements up to 80 hours |

**COMPANY Key Stakeholder Roles:**

| Role | Responsibility |
|---|---|
| IT Finance Team (SMEs) | • Review the Service Costing processes, goals and objectives<br>• Confirm the definitions, KPIs and benchmarks<br>• Provide input into the custom reporting layer<br>• Validate the observations and recommendations of this engagement |
| Source Data Owners | • Review the current Governance Model and Processes<br>• Walk-thru current data models, data inter-relationships with other source systems, data dictionary and any other metadata artifacts that are relevant for the current Service Costing solution<br>• Confirm the current Data Architecture Design<br>• Validate the observations and recommendations of this engagement |
| TBMA | • Review the Service Costing processes, goals and objectives<br>• Validate assessment results with Service Owners and IT Operations stakeholders that will use the Service Costing solution<br>• Confirm the definitions, KPIs and benchmarks<br>• Provide input into the custom reporting layer<br>• Validate the observations and recommendations of this engagement |

**CONTRACTOR Project Roles:**

| Role | Responsibility | Resources |
|---|---|---|
| Engagement Lead | • Provides Project Oversight, Leadership, and Quality Assurance<br>• Is the escalation project escalation point for COMPANY<br>• CONTRACTOR Resource Management and Project Coordination | Denis Berry, |
| Engagement Manager | • Overall project management teaming with client Project Manager<br>• Provide project status and timely identification of risks, issues and mitigation steps<br>• Manage quality assurance process for deliverables<br>• Conduct assessment meetings/interviews<br>• Validates deliverables with stakeholders and incorporates feedback | Maria Potter, |
| Apptio SME | • Review Apptio and Manual Cost models and reconciliation process<br>• Participate in the assessment meetings/interviews, analysis and data analysis workshops<br>• Generate Assessment Results<br>• Identify GAPs and provide recommendations<br>• Develop model reconciliation improvement recommendations | Nancy Braun, |
| Data Analyst | • Participate in the review of Apptio and Manual Cost models and reconciliation process<br>• Develop High-Level Service Costing Process Flow<br>• Participate in the interviews and assessment<br>• Conduct Data Workshops<br>• Build Prioritized Data Quality Improvement Plan | Chris Hayes, |

## DELIVERABLES

The following is a description of key Deliverables to be produced by CONTRACTOR through the delivery of the services described in this statement of work.

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 1 | Model Reconciliation GAP Analysis and Remediation Plan | Identification of the data and allocation/calculation gaps between the current spreadsheet model and Apptio model(s). Set of recommendations to resolve the gaps. Redesign of the current reconciliation process. |
| 2 | Service Costing Assessment | Observations and proposed recommendations documenting CONTRACTOR's findings and recommendations for COMPANY 's consideration for implementation. Documented list of process, data, governance and system gaps with recommendations to resolve them. The recommendations options for resolution with pros and cons to assist COMPANY in selecting the best option. The recommendations may include Apptio model enhancements, model process and governance improvements, additional technology enablers, and process and tool enablers for communicating with the business. A high-level service costing process flow will also be included. |

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 3 | Report fixes/enhancements | Report fixes and enhancements that can be delivered within the 80 hour budget. Any work that exceeds the 80 hours will be reviewed with COMPANY and an addendum to this SOW signed prior to work commencing. This work will <u>not commence</u> until the model(s) assessment is complete to avoid rework. |

The deliverables do not include:
- Full reconciliation of the existing model to the Apptio model(s) to date
- Development and documentation of the Service Costing processes and governance.
- Implementation of Recommendations – i.e. documentation (process models, Apptio application user instructions, governance documentation) and implementation of the new Service Costing function.

The deliverables presented as part of this engagement are for the internal use of COMPANY management, the Audit Committee and Board of Directors. CONTRACTOR disclaims any intention or obligation to update or revise the observations whether as a result of new information, future events or otherwise. Should additional documentation or other information become available which impacts upon the observations reached in the deliverables, CONTRACTOR reserves the right to amend the observations and summary documents accordingly.

The primary deliverable for this phase will be a documented set of planned activities and related resource estimates for consideration in the Phase 1 remediation effort.

The draft deliverables will be provided to the Project Sponsor for review, comment and approval prior to final delivery.

Contract Coordinator: Kolt Sarver                Phone Number: (214) 812-2018

- Deliverables will not be prepared on CONTRACTOR letterhead or contain the CONTRACTOR logo or other references to CONTRACTOR. These deliverables may be prepared on COMPANY letterhead or contain the COMPANY logo, if instructed by the Project Sponsor.
- CONTRACTOR may attach a transmittal communication to each deliverable, or provide a periodic transmittal communications referring to the deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or deliverables are shared externally, such transmittal letter may not indicate that the report or deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR. Further CONTRACTOR's role in supporting COMPANY internal audit function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## COMPANY PARTICIPATION AND RESPONSIBILITIES

During the development of this Schedule A, CONTRACTOR has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control structure. CONTRACTOR's assistance is intended to help management in fulfilling these responsibilities.