COMPANY's Audit Committee will review and approve the internal audit plan and provide final oversight for all testing activities.

COMPANY's management will designate a Project Sponsor, a senior member of management who has the requisite skills and competencies for overseeing the services being provided. The Project Sponsor is responsible for establishing the objectives and scope and determining the nature, timing, and extent of testing procedures; for approving, in conjunction with the Audit Committee, the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing and approving engagement deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- Appropriate access to Apptio and relevant documentation and resources regarding the Apptio environment
- Appropriate access to relevant documentation and resources regarding the IT environment and processes in scope
- COMPANY project staff accessible to CONTRACTOR project team in a timely manner. Timely access to COMPANY personnel and stakeholders for workshops and meetings. These resources will be identified early in the project based on the activities in scope.
- Responsiveness - COMPANY will respond to CONTRACTOR's requests for information, documentation, clarification, or assistance in a timely and adequate manner.
- COMPANY to provide a point of contact with access to COMPANY resource calendars to help CONTRACTOR with scheduling of meetings and workshops.
- COMPANY will ensure that all reviews and approvals of work products are conducted within a reasonable timeframe allowing for timely completion of work products. Any delays impacting the ability to review and approve work products on time will result in change orders
- Any activities or work products outside the listed scope will require assessment and written approval by both COMPANY and CONTRACTOR

## OTHER MATTERS

CONTRACTOR will provide their services in accordance with the terms and conditions of this Schedule A-20 and the Agreement. CONTRACTOR services as outlined in this letter constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

**Sarbanes-Oxley Act of 2002**

The following paragraph supersedes Article 43(a) of the Agreement

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S

responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in the Dallas, TX area. It is estimated that the project team will be on-site 50% over the 6 week duration.

## TIMING

The engagement will commence on or around August 11, 2014 and conclude by September 26, 2014. The project will run approximately six (6) weeks.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-20, COMPANY will compensate CONTRACTOR as follows.

### PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Estimated Hours | Rate |
|---|---|---|
| Principal | 16 | $350/hr |
| Director | 144 | $340/hr |
| Apptio SME | 240 | $185/hr |
| Data SME | 240 | $155/hr |

The estimated fees for this effort are $136,160 and this project is not authorized to exceed $136,160. The expected blended rate is $213/hr, and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require an amendment to this Schedule A-20. The project team will be on site for the first 2 weeks of the project. Travel will be estimated at 50% over the 6 weeks engagement. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). Only actual expenses will be billed.

The rates specified in this Schedule A-20 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-20.

All invoices shall be sent to:

Kolt Sarver
VP of IT Governance and Strategy
EFH Corporate Services Company
1601 Bryan St
Dallas, TX 75201

## RESEVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the

compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing efforts under this Schedule A-20 will have adequate qualifications to perform the work described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-20, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-20 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-20:

**Principal:** Denis Berry
**Director:** Maria Potter

For any personnel identified as a Key Personnel, CONTRACTOR will not replace such Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced. The parties' objective is to minimize any adverse impact to the services being provided to COMPANY hereunder.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

**Denis Berry**
**Maria Potter**
**Susan Garcia**

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____ ATTORNEY-CLIENT COMMUNICATION

_____ ATTORNEY WORK PRODUCT

_____ TAX ADVISOR

_____ OTHER:______________________________________________

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

1. Exhibit A – Apptio Report Fixes/Enhancements
2. Exhibit B - Report development complexity table

C 0631124 C

Work not specified above may be authorized only through a separate Schedule A-X, or through an amendment or supplement to this Schedule A-2.

| **KPMG LLP** | **EFH CORPORATE SERVICES COMPANY** |
|---|---|
| By: ______________________ Signature | By: ______________________ Signature |
| Name: Denis Berry | Name: Kolt Sarver |
| Title: Principal | Title: VP of IT Governance and Strategy |
| Date: August 11, 2014 | Date: August ~~XX~~ 11, 2014 |

**Exhibit A – Apptio Report fixes and Enhancements**

**To Be Added**

C 0631124 C

**Exhibit B - Report development complexity table:**

| | # of Reports | | | Sample Estimate of Hours | | |
|---|---|---|---|---|---|---|
| Item Type | Simple | Medium | Complex | Simple | Medium | Complex |
| | | | | | | |
| Report | 1 | 2 | 1 | 8 | 48 | 40 |

| | | Metrics Table | | |
|---|---|---|---|---|
| | | Simple | Medium | Complex |
| | | | | |
| Reports | Hours | 8 | 24 | 40 |

# **Exhibit J**

## **Technology Business Management SOW**

C 0631124 C

## SCHEDULE A-21

Following the Parties' execution of this Schedule A-21, KPMG LLP (also referred as "CONTRACTOR") is authorized to perform the Work as identified below on behalf of EFH Corporate Services Company (the" COMPANY") pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 1, 2009, as amended.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY'S Contract Coordinator as identified herein.

### SCOPE OF WORK AND APPROACH

CONTRACTOR will assist COMPANY personnel in further building out COMPANY's Technology Business Management (TBM) capabilities including IT Asset Management and Software Asset Management. Specifically, CONTRACTOR will assist in the analysis of ITAM and data consumer requirements, review of various foundational technologies and key integration sources including asset request and procurement tools, inventory and discovery tools, HR (Human Resources) and IAM (Identity Access Management) systems, financial systems, as well as their underlying functions in order to propose a data architecture that supports ongoing data capture and ITAM reporting needs.

The following specific process areas are in scope of this work:

- Hardware Asset Management
- Software Asset Management

The following target-state tools are in scope of this work:

- IT Asset Management – SNOW and integrations to ServiceNow and existing COMPANY systems with focus on in-scope physical asset and related financial and contractual reporting requirements
- Software Asset Management – SNOW and integrations to ServiceNow and existing COMPANY systems with focus on software assets and related financial and contractual reporting requirements
- External ITAM data producers and consumers – Identify and document data requirements, flow, triggers into golden source data feeds to support the ITAM lifecycle process management as well as external financial reporting requirements for various tools including: Apptio (IT cost management), PeopleSoft FIM (IT financial actuals), and Hyperion (IT financial budgets/plans), and Ariba (IT contracts management) with integration to ServiceNow for select functions
- Software and Hardware discovery and inventory tools that collect information regarding the deployment and use of IT assets within the COMPANY environment

For this engagement CONTRACTOR will work with key COMPANY stakeholders to collect information on current state environment to understand gaps, drivers, and priorities in order for COMPANY to establish an end-state ITAM architecture and roadmap for the in-scope areas. The roadmap will establish target state architecture, defined list of in-scope systems and interfaces, and sequenced phases for execution and deployment based on considerations such as current state findings and gaps, prioritization principles identified by COMPANY, and CONTRACTOR industry experience with implementing ITAM.

C 0631124 C

The scope of work will include the following activities:

- Determine existing and potential integration points / attributes and analyze data from various sources including Procurement, HR, Finance, Inventory, Discovery and other sources.
- Identify the authoritative data sources, unique identifiers, and data collection mechanism for the systems publishing data to ITAM repository in order to maintain a data consistency.
- Analyze existing manual imports and identify whether tool capability / functionality can reduce manual efforts through workflow, alerts, notifications, etc.
- Determine gaps, roadblocks, dependencies across integration points
- Develop KPI / CSI's and determine feasibility of implementing a reporting capability to automate collection
- Document end-state solution architecture based on above assessment activities and subsequent COMPANY decisions
- Document a comprehensive roadmap that accounts for all in-scope systems as well as the determined integration points that will cover multiple applications

The scope of work does not include:

- Core ITSM processes and tools (with the exception of ITAM), such as incident, problem, change, knowledge, configuration management, etc.
- IT Service Strategy, Design, and Deployment ( IT Service Portfolio Management)
- ROI and cost benefit analysis

Four (4) phases of work will be executed in order to produce and the target state architecture and roadmap.

| | Phase | Activity | Outcome |
|---|---|---|---|
| 1 | MOBILIZATION & KICK OFF | Meet with key project stakeholders to confirm project goals and objectives<br>Provide a clear picture of the current inputs/outputs, stakeholders, roles, approach and timeline<br>Confirm scope and identify/address any known issues, constraints or challenges<br>Identify key client roles for interviews and information contribution | ▪ Understanding of project goals and objectives<br>▪ Confirm and communicate scope<br>▪ Confirm and communicate approach and schedule for this Work |
| 2 | HIGH LEVEL CURRENT STATE REVIEW | ▪ Asses proposed ITAM tools and planned integration points / attributes and analyze data from various sources<br>▪ Identify the authoritative data sources, unique identifiers, and data collection mechanism<br>▪ Identify gaps and recommendations for existing processes across the ITAM life-cycle | ▪ ITAM Current State Report.<br>▪ Assessment of planned ITAM solution<br>▪ Key design principles for target state architecture |

C 0631124 C

| | | | |
|---|---|---|---|
| | | ▪ Analyze existing manual imports and identify whether tool capability / functionality can reduce manual efforts through workflow, alerts, notifications, etc.<br>Determine gaps, roadblocks, dependencies across integration points | |
| 3 | TARGET STATE ROADMAP | ▪ Develop KPI / CSI's and determine feasibility of automating the KPI and CSI reporting function<br>▪ Assess program scope and determine key software products based on audit risk, spend, deployment, and other variables in order to prioritize vendor inclusion and determine gaps / needs<br>▪ Determine capability and gaps within data producer systems and feasibility, gaps, and dependencies for ITAM repository to provide data to consumer systems | ITAM Target State Report:<br>▪ Proposed ITAM reporting requirements<br>▪ Proposed field level data model per asset class<br>▪ Proposed target state conceptual architecture<br>▪ Proposed integration strategy<br>▪ Proposed implementation roadmap<br>▪ High-level timeline estimate |
| 4 | EXECUTIVE SUMMARY | ▪ Summarize key findings and recommendations for IT and business leadership<br>▪ Provide background on current state analysis results, prioritization, and design making processes | ▪ Executive Summary Report of the target state roadmap, prioritization of effort / work streams, benefits, gaps, and estimated cost to implement |

**DELIVERABLES**

The following is a description of key Deliverables to be produced by CONTRACTOR through the delivery of the services described in this statement of work.

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 1 | Proposed ITAM Data Architecture | Proposed graphical data architecture that identifies all in-scope ITAM integration points, golden source systems, data flow, primary keys to support the physical, financial, and contractual management of IT assets (for in-scope hardware and software) |
| 2 | ITAM Target State Roadmap | Detailed roadmap for implementation of proposed ITAM Data Architecture with defined and sequenced phases of work for each work stream with projected cost, timelines, dependencies and benefits for each phase.<br>Worskstreams will be divided into Governance, Process, and Technology functions |
| 3 | ITAM Executive Summary | Summary of the target state roadmap's key findings and recommendations to be used for broader stakeholder and leadership communications for each work stream. |