C 0631124 C

The draft deliverables will be provided to the Project Sponsor for review, comment and approval prior to final delivery.

Contract Coordinator(s):

| | |
|---|---|
| Delana Nading: | Phone Number: (214) 812-4190 |
| Kolt Sarver: | Phone Number: (214) 812-2018 |

- Deliverables will not be prepared on CONTRACTOR letterhead or contain the CONTRACTOR logo or other references to CONTRACTOR. These deliverables may be prepared on COMPANY letterhead or contain the COMPANY logo, if instructed by the Project Sponsor.

- CONTRACTOR may attach a transmittal communication to each deliverable, or provide a periodic transmittal communications referring to the deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or deliverables are shared externally, such transmittal letter may not indicate that the report or deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR. Further CONTRACTOR's role in supporting COMPANY internal audit function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this Schedule, CONTRACTOR hasbeen guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management will designate a Project Sponsor, a senior member of management who has the requisite skills and competencies for overseeing the services being provided. The Project Sponsor is responsible for establishing the objectives and scope and determining the nature, timing, and extent of testing procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing and approving engagement deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- Appropriate access to relevant documentation and resources regarding the IT environment and processes in scope
- COMPANY project staff accessible to CONTRACTOR project team in a timely manner. Timely access to COMPANY personnel and stakeholders for workshops and meetings. These resources will be identified early in the project based on the activities in scope.
- Responsiveness - COMPANY will respond to Consultant's requests for information, documentation, clarification, or assistance in a timely and adequate manner.
- COMPANY to provide a point of contact with access to COMPANY resource calendars to help CONTRACTOR with scheduling of meetings and workshops.
- COMPANY will ensure that all reviews and approvals of work products are conducted within a reasonable timeframe allowing for timely completion of work products. Any delays impacting the ability to review and approve work products on time will result in change orders

C 0631124 C

- Any activities or work products outside the listed scope will require assessment and approval by both COMPANY and CONTRACTOR

## OTHER MATTERS

CONTRACTOR will provide their services in accordance with the terms and conditions of this Schedule. CONTRACTOR's services as outlined in this Schedule constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

Sarbanes-Oxley Act of 2002

The following paragraph supersedes Article 43(a) of the Agreement

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in the Dallas, TX area.

## TIMING

The engagement will commence on or around August 1, 2014 and conclude by October 10, 2014.

**Proposed Timeline**

CONTRACTOR proposes to execute on the desired services over a period of 10 weeks.

| Phase | Weeks | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Mobilization & Kick off | ■ | | | | | | | | | |
| High-Level Current State Review | ■ | ■ | ■ | ■ | | | | | | |
| Target State & Roadmap Definition | | | ■ | ■ | ■ | ■ | ■ | ■ | | |
| Executive Summary | | | | | | | | | ■ | ■ |

## COMPENSATION, INVOICES AND PAYMENT

C 0631124 C

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-21, COMPANY will compensate CONTRACTOR as follows.

PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Estimated Hours | Rate |
|---|---|---|
| Partner / Managing Director | 12 | $325/hr |
| Director | 48 | $295/hr |
| Sr. Associate | 400 | $190/hr |

The total estimated fees for this effort are $94,060 and this project is not authorized to exceed $125,000.00 in fees. The expected blended rate is $204/hr, and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require amendment to this Schedule A-21. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy).

The rates specified in this Schedule A-21 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-21.

All invoices shall be sent via email with all supporting documentation to:

**EFH IT Accounts Payable**
1601 Bryan Street
Dallas, Texas 75201
efhitap@energyfutureholdings.com

Invoices should be emailed along with all supporting documentation to
EFHITAP@energyfutureholdings.com

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing efforts under this Schedule A-21 will have adequate qualifications to perform the work described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-21, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-21 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-21:

C 0631124 C

    **Susan Garcia:** Managing Director

For any personnel identified as a Key Personnel, CONTRACTOR will not replace such Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced. The parties' objective is to minimize any adverse impact to the services being provided to COMPANY hereunder.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

    **Tate Anderson:** Partner
    **Matt Smith:** Partner
    **Susan Garcia:** Managing Director
    **Ross Rexer:** Managing Director

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____ ATTORNEY-CLIENT COMMUNICATION

_____ ATTORNEY WORK PRODUCT

_____ TAX ADVISOR

_____ OTHER:_____

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

    None noted

Work not specified above may be authorized only through a separate Schedule A-X, or through an amendment or supplement to this Schedule A-21.

| **KPMG LLP** | **EFH CORPORATE SERVICES COMPANY** |
|---|---|
| By: _[Signature: Susan B. Garcia]_ | By: _[Signature]_ |
| Signature | Signature |
| Name: Susan Garcia | Name: Kolt Sarver |
| Title: Managing Director | Title: VP, IT Governance & Strategy |
| Date: August 13, 2014 | Date: August 15, 2014 |

C 0631124 C

EFH – KPMG SCHEDULE A -21

8