## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENTAL DECLARATION OF THOMAS D. BIBBY IN SUPPORT OF
THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP.,
*ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS
TO RETAIN AND EMPLOY KPMG LLP AS BANKRUPTCY ACCOUNTING
AND TAX ADVISORS EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Thomas D. Bibby, being duly sworn, state the following under penalty of perjury:

1.      I am a Partner of KPMG LLP ("KPMG"), which has a place of business at 717 North Harwood Street, Dallas, Texas 75201-6585 (the "Company").  KPMG is the United States member firm of KPMG International, a Swiss cooperative. I submit this supplemental declaration on behalf of KPMG (the "Supplemental Declaration") in support of the *Supplement to the Application of Energy Future Holdings Corp, et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* (the "Supplement"), filed contemporaneously herewith.  I have personal knowledge of the matters set forth herein, although certain of the disclosures relate to matters within the knowledge of other professionals of KPMG.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Background**

2.      On May 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Application of Energy Future Holdings Corp.* et al*., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 652] (the "Original Application").

3.      On June 11, 2014, the Debtors filed a *Settlement Notice of Debtors' Entry into Additional Statement of Work with KPMG LLP* [D.I. 910] (the "Notice" and together with the Original Application, the "Application")[2] to supplement the Application with respect to an additional statement of work entered into between the Debtors and KPMG on June 3, 2014.

**Scope of Services**

4.      Since the Application was filed, the Debtors and KPMG have entered into certain additional statements of work regarding services for the Debtors, as follows:

      a.      that certain statement of work, by and between KPMG and EFH Corporate Services Company, dated June 17, 2014 (the "Tax Loan Services SOW") attached hereto as **Exhibit E**;

      b.      that certain statement of work, by and between KPMG and EFH Corporate Services Company, dated July 2, 2014 (the "EFH Services SOW") attached hereto as **Exhibit F**;

      c.      that certain statement of work, by and between KPMG and EFH Corporate Services Company, dated July 15, 2014 (the "Oncor Services SOW" and, together with the EFH Services SOW, the "EFH and Oncor Services SOWs"), attached hereto as **Exhibit G**;

      d.      that certain statement of work, by and between KPMG and EFH Corporate Services Company, dated June 17, 2014 (the "SOX Compliance SOW") attached hereto as **Exhibit H**;

---

2      Capitalized terms used but not otherwise defined herein are used as defined in the Application.

e.      that certain statement of work, by and between KPMG and EFH Corporate Services Company, dated August 11, 2014 (the "Service Costing SOW") attached hereto as **Exhibit I**; and

f.      that certain statement of work, by and between KPMG and EFH Corporate Services Company, dated August 15, 2014 (the "Technology Business Management SOW" and, collectively with the Tax Loan Services SOW, the EFH and Oncor Services SOW, the Service Costing SOW, and the Technology Business Management SOW, the "Additional SOWs") attached hereto as **Exhibit J**.

5.      As set forth in further detail in the Engagement Letter, the MSA, and the Additional SOWs, KPMG has agreed to provide certain additional services in connection with these chapter 11 cases, subject to approval by the Court of the Application, the Supplement, and the terms and conditions of the Engagement Letter, the MSA, and the Additional SOWs. Subject to the detailed description in the Engagement Letter, the MSA, and the Additional SOWs, a summary description of these additional services is set forth below.

## The Tax Loan Services SOW

6.      As set forth in detail in the Tax Loan Services SOW, KPMG has agreed to assist the Debtors with respect to its property tax accounts in the state of Texas (the "Tax Loan Services"). Specifically, KPMG has agreed to perform services in the following manner:

a. Review property tax notices and bills sent from local jurisdictions;
b. Assist Debtors' personnel with mechanical assistance in the processing of property tax forms and payments;
c. Populating spreadsheets and/or forms; and
d. Comparing to client provided data to determine accuracy.

7.      Pursuant to the Tax Loan Services SOW, KPMG will bill the Debtors at an Associate rate of $175 per hour.

## The EFH and Oncor Services SOWs

8.      As set forth in detail in the EFH and Oncor Services SOWs, KPMG has agreed to perform limited review procedures (respectively, the "EFH Services" and the "Oncor Services")

3

with respect to federal income tax returns prepared by the Debtors (Form 1120 and Form 1065)

for the Debtors and for Oncor Electric Delivery Company LLC ("<u>Oncor</u>") for the taxable year

ended December 31, 2013, including the following procedures:

a. Perform a high-level review of transactional data contained in the Debtors' and Oncor's consolidated 2013 Form 10-Ks and compare with draft tax elections, statements and disclosures prepared by the Debtors and included in the 2013 tax return;

b. Consult with subject matter professionals regarding new tax developments relevant within the Debtors' and Oncor's industry that may affect the 2013 consolidated federal income tax return;

c. Present to the Debtors for consideration new tax developments identified by KPMG;

d. Review a comparison of the Debtors' and Oncor's 2012 tax returns with draft current year return including elections, statements, and disclosures prepared by the Debtors;

e. Identify any inconsistencies in the elections, statements, and disclosures, and gain an understanding of the reasons for these inconsistencies;

f. Perform a high-level review of and Oncor's Internal Revenue Code Section 704(c) partnership allocation calculation prepared by the Debtors (task only to be performed for Oncor Electric Delivery Company LLC);

g. The Debtors will complete an AICPA Form 1120 and Form 1065 checklist for KPMG to review for which KPMG will review for reasonableness;

h. Consulting services for which the Debtors may seek KPMG's advice, both written and oral.

9.    The fees charged pursuant to the Oncor Services SOW are based on the actual

time incurred to complete the work, not to exceed $40,000.  The hourly rates for the Oncor

Services rendered by KPMG are as follows:

| Oncor Services | Hourly Rate |
|:---:|:---:|
| Partners & Principals | $545 |
| Directors | $490 |
| Senior Managers | $450 |
| Managers | $370 |
| Senior Associates | $260 |
| Associates | $210 |

10.     The fees charged pursuant to the EFH Services SOW are based on the actual time incurred to complete the work, not to exceed $55,000.  The hourly rates for the EFH Services rendered by KPMG are as follows:

| EFH Services | Hourly Rate |
|---|---|
| Partners & Principals | $575 |
| Tax Managing Directors | $515 |
| Senior Managers | $465 |
| Managers | $385 |
| Senior Associates | $275 |
| Associates | $210 |

### The SOX Compliance SOW

11.     As set forth in detail in the SOX Compliance SOW, KPMG will assist in the next phase of the Debtors' Sarbanes-Oxley compliance efforts (the "SOX Services").  This next phase will consist of KPMG assisting the Debtors with respect to the TXU Energy ("TXUE"), Luminant, and EFH Corporate Services control environments, including but not limited to:

    a.  Assist in the implementation of revised SOX primary IT General Controls ("ITGC") by performing the following key activities.  SOX ITGC's include access control, program change control, program development, and computer operations areas;

       i.  Assess and evaluate existing control framework and improvement recommendations for new proposed SOX ITGC controls framework including recommendations for disposition of controls that will no longer be part of the new proposed SOX ITGC framework.

     ii.  Work with control owners to establish control activities and requirements for minimum standards of evidence;

   iii.  Build and deliver control owner training sessions to establish responsibility, capability, and expectations related to ongoing performance of controls and controls certifications;

   iv.  Update / build process and policy documentation as necessary to reflect revised controls;

    v.  Support control performance by control owners through real time coaching and review;

   vi.  Collaboratively define criteria to demonstrate IT SOX transition progress to Debtors management;

      vii.  Assess available supporting documentation evidence to confirm conformity with newly established control requirements; and

    viii.  Update SOX Primary ITGC controls matrix template in format necessary to upload new revised SOX Primary ITGCs into the template to be provided by the Debtors.

b.  Assist in the risk management efforts associated with key SOX-relevant system implementation efforts by performing the following key activities;

      i.  Review project implementation plans, timelines, and communications scheduled for go-live in 2014;

     ii.  Participate in the evaluation and determination of potential impact to SOX compliance efforts; and

    iii.  Establish plan for real time involvement in critical implementation efforts to monitor and support program development control objectives.

c.  Assist in the definition and planning for Debtors' desired overall IT Compliance function by performing the following activities;

      i.  Meet with Debtors' IT management to share understanding of leading practices for compliance management and the compliance function's performance of monitoring and testing activities;

     ii.  Understand Debtors' IT management objectives for compliance management; and

    iii.  Establish implementation plans related to people, process, and technology components of compliance function.

d.  Assist with significant people change management impacts by performing the following activities;

      i.  Participate in the vision setting effort for the transformation effort, contributing to the establishment of the desired outcome;

     ii.  Understand cultural attributes and define the actionable behaviors that will support the effective transformation process;

    iii.  Identify key communication elements regarding strategy, management objectives, and control performance that are intended to improve adoption and understanding by control owners;

    iv.  Identify and propose opportunities to align and drive toward the new culture and behaviors;

     v.  Identify stakeholders impacted by the defined changes and analyze current level of awareness, buy-in, and commitment;

    vi.  Engage stakeholders throughout the transformation effort to facilitate their ownership;

    vii.  Periodically monitor stakeholder expectations and involvement; and

    viii.  Develop training materials to support training sessions noted previously which incorporate these key messaging elements and techniques.

e.  Incorporate various project management activities such as:

      i.  Develop meeting and status communication materials for the project team and Debtors;

     ii.  Support IT Compliance in meetings with external and internal audit teams as requested to discuss control concepts, plans and progress; and

        iii.   Assist in the preparation of relevant data points for the July Audit Committee meeting, as requested.

    f.   The intended deliverables include:

       i.   Observations related to identified Internal control improvement recommendations;

       ii.   Defined activity plans to support the implementation of control remediation;

       iii.   Updated SOX Primary ITGC controls matrix template in format necessary to upload new revised SOX Primary ITGCs into the CMT tool;

       iv.   Training materials and supporting reference materials intended for control owners;

       v.   Summary log of personnel trained through various training sessions;

       vi.   Recommendations related to change communication strategies;

       vii.   Process and policy documentation updates;

       viii.   Plan for integrated control performance assistance in critical system implementation efforts;

       ix.   Recommendations related to improved sustainability capabilities for ongoing IT compliance efforts; and

       x.   Status reports and communication materials.

12.    The fees charged pursuant to the SOX Compliance SOW are based on the actual time incurred to complete the work, not to exceed $400,000.  The hourly rates for the SOX Services rendered by KPMG are as follows:

| EFH Services | Hourly Rate |
|---|---|
| Partners & Managing Directors | $325 |
| Directors & Senior Managers | $290 |
| Managers | $250 |
| Senior Associates | $190 |
| Associates | $125 |

## The Service Costing SOW

13.    As set forth in detail in the Service Costing SOW, KPMG will assist and work closely with the Debtors to assess the current service costing processes, governance, data and systems (the "Service Costing Services").  Specifically, KPMG will review the Apptio model designs, allocation strategies and evaluate the process to (a) load and reconcile data; (b) allocate costs, and (c) reconcile the existing Excel spreadsheet mode to the Apptio model(s).  KPMG will

also review the custom report structures and validate the design against the enhancements identified during the Debtors' Apptio training earlier in the spring of 2014.  Specifically, the scope of work includes the following activities:

    a. Service Costing Assessment:
        i. Conduct interviews with key stakeholders on the current processes, governance, data and reporting;
        ii. Validate monthly data load and reconciliation process;
        iii. Benchmark allocation strategies, key performance indicators ("KPIs") and definitions against leading and industry standards as well as Apptio Architecture;
        iv. Present service costing leading practices as part of the review of Debtors' allocation strategies;
        v. Evaluate Apptio models designs and validate them against the Apptio standard architecture and leading practices;
        vi. Review current documentation; and
        vii. Provide deliverables around service costing assessment and high-level service costing process flow.

    b. Model Reconciliation Process
        i. Participate in a review for the current service costing model with key stakeholders including data sources, assumptions, calculations, etc.;
        ii. Review the Apptio models to understand how the costs are loaded, transformed and allocated within the model;
        iii. Walk-thru the Debtors' model reconciliation process with key stakeholders to reconcile the Apptio model(s) to the existing Excel spreadsheet service costing model using the month of July 2014;
        iv. Provide deliverables around model reconciliation GAP analysis and model reconciliation remediation plan; and
        v. Design a new model reconciliation process for Debtors to complete the model reconciliations going forward.

    c. Report Fixes and Enhancements
        i. Review the custom report structures and validate the design against the Apptio Architecture (unified model);
        ii. Identify GAPs that will prevent Debtors to leverage out-of-the-box features and functions;
        iii. Validate the report development complexity table in exhibit B of the Service Costing SOW – schedule A-20 attached based on the Debtors' model(s);
        iv. Evaluate the list of fixes and enhancements and determine the level of effort required compared to the allocation of 80 hours included in the the Service Costing SOW; and
        v. Provide deliverables around report fixes and enhancements that can be delivered within the 80 hour budget.

14.    The fees charged pursuant to the Service Costing SOW are based on the actual time incurred to complete the work, not to exceed $136,160.  The hourly rates for the Service Costing Services rendered by KPMG are as follows:

| Service Costing Services | Hourly Rate |
|---|---|
| Principals | $350 |
| Directors | $340 |
| Apptio SME | $185 |
| Data SME | $155 |

**The Technology Business Management SOW**

15.    As set forth in detail in the Technology Business Management SOW, KPMG will assist the Debtors' personnel in further building out the Debtors' technology business management ("TBM") capabilities including information technology asset management ("ITAM") and software asset management ("SAM") specifically assisting in the analysis of ITAM and data consumer requirements, review of various foundational technologies and key integration sources including asset request and procurement tools, inventory and discovery tools, human resources ("HR") and identity access management ("IAM") systems, financial systems, as well as other underlying functions in order to propose a data architecture that supports ongoing data capture and ITAM reporting needs (collectively, the "TBM Services").  The scope of work will include the following activities:

    a.  Determine existing and potential integration points/attributes and analyze data from various sources including procurement, HR, Finance Inventory, Discovery and other sources;
    b.  Identify the authoritative, data sources, unique identifiers, and data collection mechanism for the systems publishing data to ITAM repository in order to maintain a data consistency;
    c.  Analyze existing manual imports and identify whether tool capability/functionality can reduce manual efforts through workflow, alerts, notifications, etc.;
    d.  Determine gaps, roadblocks, dependencies across integration points;

> e. Develop KPIs/CSIs ("Critical Success Indicators") and determine feasibility of implementing a reporting capability to automate collection;
> f. Document end-state solution architecture based on above assessment activities and subsequent Debtors' decisions;
> g. Document a comprehensive roadmap that accounts for all in-scope systems as well as the determined integration points that will cover multiple applications; and
> h. Provide deliverables around proposed ITAM architecture, ITAM target state roadmap, and ITAM executive summary.

16.    The fees charged for pursuant to the Technology Business Management SOW are based on the actual time incurred to complete the work, not to exceed $125,000.00.  The hourly rates for the TBM Services rendered by KPMG are as follows:

| TBM Services | Hourly Rate |
|---|---|
| Partner/Managing Directors | $325 |
| Directors | $295 |
| Senior Associates | $190 |

17.    KPMG also will seek reimbursement for reasonable, documented, and necessary expenses incurred, including, but not limited to meals, lodging, travel, photocopying, delivery service, postage, vendor charges, and other out-of-pocket expenses incurred in providing professional services.

**<u>Disclosure of Connections</u>**

18.    KPMG has supplemented the list attached as Schedule 1 to the Bibby Declaration with the names attached as **<u>Schedule 1</u>** to this Declaration.  KPMG currently performs, has previously performed or may have performed such services for the entities listed in **<u>Schedule 2</u>**, however, except as disclosed herein, such services, to the extent performed by KPMG, are unrelated to the Debtors or their chapter 11 cases.

19.    KPMG supplements its disclosure concerning its relationships with certain interested parties as follows:

a.  As set forth in the Bibby Declaration, KPMG is the United States member firm of KPMG International, a Swiss cooperative of member firms, each a separate legal entity, located worldwide.  Only KPMG is being retained in these matters.  This Supplemental Declaration is submitted in order to provide information that relates solely to engagements by other member firms of KPMG International.  KPMG is not engaged or participating in any of these engagements.

b.  Since filing the Bibby Declaration, I have learned that the partners with the member firm of KPMG International located in the United Kingdom (KPMG-UK), and a partner with the member firm located in Bermuda (KPMG-Bermuda), have been acting as either Administrators or Liquidators of the companies which principally formed the holding company structure of the Debtors' former European businesses, since those businesses were placed in formal insolvency proceeding in late 2002.  A list of those companies is attached as Exhibit 1 hereto.

c.  In addition, KPMG-UK and the member firm of KPMG International firm located in the Lower Gulf states ("KPMG-LG") provided services to a third party which is or may be participating in debtor-in-possession financing.  Their services were limited to advising the third party on the different tax consequences of participating through different investment vehicles.  The engagement has terminated.

d.  In addition, the member firm of KPMG International located in Canada ("KPMG-Canada") has been contacted by a party that is interested in

purchasing some or all of the Debtors' assets ("Purchaser A").  Purchaser A wishes to retain and employ KPMG-Canada to assist in the review, due diligence, and evaluation of the Debtors' assets that may be subject to a possible sale.  At this time, due to the competitive nature of the bidding process and the number of interested parties, Purchaser A has requested that KPMG and KPMG-Canada not disclose its specific identity.  To the extent that the identity of Purchaser A becomes public information, KPMG will file a supplemental disclosure and declaration at that time.  If and when the identity of the Purchaser A is disclosed, and if there are material facts that differ from the representations set forth herein, the Office of the United States Trustee shall retain the right to object to such supplemental disclosure and declaration.

20.    No professional associated with KPMG-UK, KPMG-Bermuda, KPMG-LG or KPMG-Canada will provide services to the Debtors, and no professional providing services to the Debtors will provide services in connection with the KPMG-UK, KPMG-Bermuda, KPMG-LG or KPMG-Canada engagements.

21.    KPMG has not provided, and will not provide, any professional services to any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases.

22.    KPMG is using the services of an individual who is a former KPMG employee, and who provides services in connection with the SOX Services.  The services of this individual have been approved by the Debtors.  She is not representing any interest adverse to the Debtors, and any relationship she may have with parties in interest is unrelated to the Debtors or this

proceeding.  A declaration to that effect is attached hereto.  In connection with the Apptio engagement, KPMG also is using the services of a technical specialist in technology costs.  The services of this specialist have been approved by the Debtors.  It is not representing any interest adverse to the Debtors, and any relationship it may have with parties in interest is unrelated to the Debtors or this bankruptcy proceeding.  A declaration to that effect is attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 4, 2014

Thomas D. Bibby
Partner, KPMG LLP

# SCHEDULE 1

**United States Trustee, Judges, and Court Contacts for the District of Delaware (and Key Staff Members)**

Attix, Lauren
Buchbinder, David
Carey, Kevin J.
Dortch, Shakima L.
Giordano, Diane
Green, Christine
Gross, Kevin
Hackman, Benjamin
Heck, Jeffrey
Kenney, Mark
Fox, Jr., Timothy J.
Leamy, Jane
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Shannon, Brendan L.
Sontchi, Christopher S.
Tinker, T. Patrick
Vinson, Ramona
Walrath, Mary F.
Walsh, Peter J.
West, Michael
Wynn, Dion

**Bondholders**

Aegon
Allianz Global Investors
Allstate
Angelo Gordon
Ares
Arrowgrass
Aurelius
Avenue
Babson Capital
Bank of America Merrill Lynch
Barclays
Benida Group

Black Diamond
Blackstone / GSO
Bluecrest Capital Management
Brigade Capital
Brookfield Investment
BTG Pactual
Carlyle
Castle Hill
Centerbridge
Chou Associates
Claren Road
Columbia Management
Cortland Capital
Crescent Capital
Danske Bank
Ensign Peak
Footprints Asset Management
Franklin
Gruss
Halcyon
Highbridge
Highland Capital
ING Investments
Janus Capital
Kilimanjaro
KKR
LibertyView Capital Management
Logan Circle
Mariner
MatlinPatterson Capital
Mount Kellett
Owl Creek Asset Management
Panning Capital
Phoenix
Pinebridge
Post Advisory
Principal Financial
Protective Life
Providence Equity Partners
Prudential
PSAM
Putnam
RBC

1

# SCHEDULE 1

RBS
Regiment Capital
Sankaty
Scoggin Capital
Seix Advisors
Senator Investment
Shenkman
Silvermine Capital
Sound Point Capital
Standard Life Investments
State Street Global Advisors
Taconic Capital Partners
Third Avenue
Titan Investment Holdings
Trimaran Advisors
UBS
Vanguard
Venor Capital Management
Watershed Asset Management
York Capital

**Debtholders**
Halcyon Asset Management LLC
Manikay Master Fund LP

**DIP Lenders**
4086 Advisors
Aberdeen Asset Management (US)
Abry Capital
Abry Partners LLC
Aegon Funding Corp.
All Pensions Group (APG) / Stichting
Pensioenfonds ABP
AllianceBernstein
Allstate Insurance
Apidos Capital
Apollo Capital Management
Ares Management LP
Arrowpoint Asset Management LLC
AXA Investment Managers
Bank of Tokyo-Mitsubishi UFJ
Beach Point Capital Management LP
Bennett Management
Black Diamond Capital

BMO Capital Markets
Brigade
Canaras Capital Management LLC
Caspian Capital Management
Castle Hill Asset Management LLC
Constellation Capital Management
Credit Suisse Alternative Investments
CVC Capital Partners Ltd.
Cyrus Capital LP
Dimaio Ahmad Partners
Federated Investors
Fidelity
Fonds Voor Gemene Rekening Beroepsvervoer –
HYBO: Stichting Bedrijfstakpensioenfonds Voor
Het Beroepsvervoer Over De Weg
Fortress
Franklin Custodian Funds - Franklin Utilities
Fund
Fraser Sullivan
Fraser Sullivan Investment
GIC (Government Investment Corporation of
Singapore)
GreyWolf Capital
GSO
GSO Capital Partners LP
HBK Global Securities LP
HBK Master Fund LP (HBK)
Hillmark Capital Management LP
HSBC Securities USA Inc.
ICE Canyon LLC
ING Capital Market LLC
ING Investments LLC (Arizona)
Invesco
Invesco - NAM (National Asset Management)
Jefferies LLC
JMP Group Inc.
JPMorgan Asset Management - US
King Street Capital LLP
Kingsland Capital
KS Capital
Magnetar Capital
Manulife Financial
Marathon Asset Management LLC (NY)
Matlin Patterson Capital Management LP

# SCHEDULE 1

Metropolitan Life Investment Ltd.
Moore Capital Management LP
Napier Park
Neuberger & Berman
New York Life Insurance
Nomura
Oak Hill
Och Ziff - OZ Management
Onex Corp.
Oppenheimer
Orix
Pacific Investment Management - PIMCO
Peak 6 Investments
Pioneer Investment Management USA
Princeton Advisory Group
Providence Equity Partners Inc
Redwood Capital
Saratoga
Shenkman Capital
Silver Rock
Silverpoint
Solus
Sound Point
Sumitomo Mitsui Banking Corp.
T. Rowe Price Associates Inc.
TPG Inc.
Wells Fargo
West Gate Horizons Advsrs LLC
Western Asset Management US -WAMCO
Whitehorse Capital Partners LP

**Lenders**
HIG Whitehorse

**Professionals**
Blackstone Advisory Group
Cadwalader Wickersham & Taft (CWT)
FTI Consulting
I&O Communications
Lazard
Schulte, Roth & Zabel
Wachtell Lipton Rosen & Katz
Wilkie Farr

**SoFAS**
Advanced Analytical Laboratories LLC
Aegis Communications Group Inc.
AEP-Texas Central Co.
AEP-Texas North Co.
Aero-Metric Inc.
Air Liquide America Specialty
Airgas Safety Inc.
Airgas Southwest Inc.
Airgas Specialty Products Inc.
Ametek Canada Inc.
Angelina & Nacogdoches Water Control &
Improvement District #1
Argo Turboserve Corp.
Ascend Performance Materials LLC
Atlas Copco Comptec LLC
BHP Billiton Olympic Dam
Bingham McCutchen LLP
Bloomberg Finance  LP
BNY Mellon Asset Servicing
Bob Lilly Professional Promo
Caterpillar Inc.
Centerpoint Energy Gas
Century Link
CH2M Hill Engineers Inc.
Chemtex Industrial Inc.
Citi Prepaid Services
Coastal Chemical Co. LLC
Cohesive Information Solutions Inc.
Computershare Trust Company NA
Contech Engineered Solutions
Cousins Chipman & Brown LLP
Custom Hose
Dallas Area Rapid Transit
Danaher Industrial Controls
Dell Software Inc.
Delta Airlines
Duke Energy Corp.
Dun & Bradstreet Inc.
Electric Reliability Countil of Texas Inc.
EMC Corp.
Emerson Network Power Liebert
Experian

# SCHEDULE 1

F.E. Hill Co. LLP
Flowserve Corp. - Lynchburg
Flowserve US Inc.
FLSmidth Salt Lake City Inc.
Fox Scientific Inc.
G2 Electrical Testing
Gartner Inc.
GE Infrastructure Sensing Inc.
General Atomic Technologies Corp.
Genesys Telecommunications Labs Inc.
Hanes Geo Components
Hawkins Parnell Thackston & Young LLP
Holliday Fenoglio Fowler
Honeywell International Inc.
IBEW Local 2337
IBEW Local Union No 220
ICF Resources LLC
Infogroup
Jackson Sjoberg McCarthy & Townsend LLP
Jackson, Lisa, as Administrator of the U.S. Environmental Protection Agency
Jani-King National Accounts Division
Johnson Matthey LLC
Kelly Hart & Hallman LLP
Koetter Fire Protection of Austin LLC
Koetter Fire Protection of Longview LLC
Kria Systems Inc./Maptek
LauckGroup, The
Leica Geosystems Mining
Mastercraft Printed Products
MECO Inc. Maintenance Engineering
Microsoft Services
Miller Electric Co.
Mirion Technologies (GDS) Inc.
Mitsubishi Electric Power
Morris Nichols Arsht & Tunnell LLP
National Oilwell
Nuclear Electric Insurance
PEICO
Platts
Preferred Pump
Ray W. Davis Consulting
Raytheon Engineering & Constructors

Robert Half Finance & Accounting
Robert Half Legal
Salvation Army Garland
Schlumberger Canada Ltd.
Schneider Electric Buildings
Schneider Electric USA Inc.
Scientech
Senior Flexonics Inc. Pathway
Senior Flexonics Pathway Inc.
SHI International Corp.
Siemens Demag Delaval
Southern Crane & Elevator Service Inc.
State Street Bank & Trust Co. of Connecticut NA
Sungard Treasury Systems
Teledyne Brown Engineering
Telvent DTN  LLC
Templeton Air Conditioning
Thomson Reuters (Markets) LLC
Timsco Texas Industrial
Toledo Automotive
Triple J SA Construction Inc.
UniFirst Holdings Inc.
United States Department of Treasury
USPS PERMIT 1906 TXU ENERGY
UT Dallas Accounts Receivable
Weyerhaeuser NR Co.
Williams Patent Crusher
Wolters Kluwer Financial Services Inc.
Wood County Electric
Xylem Dewatering Solutions Inc.
Young Conaway Stargatt & Taylor LLP

**SoALs**
ACT Independent Turbo Services Inc.
ADP Taxware Division of ADP Inc.
AEC Powerflow LLC
AER Manufacturing II Inc.
AER Manufacturing Inc.
AES Ironwood LLC
AES Southland LLC
Air Liquide America Corp.
Airgas Refrigerants Inc.

# SCHEDULE 1

Airgas Specialty Products

Akzo Nobel Chemicals Inc.

Alcatel-Lucent

Alstom Inc.

American Crane & Equipment

American Equipment Co. Inc.

Ametek Power Instruments - Rochester

Ametek/Process & Analytical Instruments
Division

Amsted Rail Inc.

Anadarko Energy Services Co.

Anadarko Petroleum Corp.

Analysis & Measurement Corp. (AMS)

Angelina & Nacogdoches Counties Water
Control & Improvement District

Aon Hewitt

Aramark Refreshment Services

Aramark Services Inc.

Arbill

Areva Solar Inc.

Areva T&D Inc.

AT&T Global Information Solutions

Atlas Copco Industrial Compressors Inc.

Atmos Energy Marketing LLC

Atmos Pipeline - Texas

Atmos Pipeline - Texas, a Division of Atmos
Energy Corp.

Austin Community College (TX)

Babcock & Wilcox Construction Co. Inc.

Baker Hughes

Bank of New York as Indenture Trustee, The

Bastrop-Travis Emergency Services District #1
(TX)

Baughman, William E.

Bell County Road & Bridge Department

Bloomberg

BNP Paribas

Bob Lilly Professional Marketing Group Inc.

Borden Chemical Co.

BorgWarner Inc.

Boswell, Barry

Boy Scouts of America Pack #790

BP America Inc.

BP Canada Energy Marketing Corp.

BP Corp. North America Inc.

Bridgestone Firestone North American Tire
LLC

Brooks, Mark E.

Bys, Jay

Calpine Corp.

Camp, Jeffrey

Capgemini Energy LP

Capgemini US LLC

Caraway, Shannon

CaremarkPCS Health LLC

Carter, Michael

Casey, Roy

Cassidy Turley Commercial Real Estate
Services Inc.

Caterpillar Global Mining

Cattron-Theimeg International Ltd.

Chambers-Liberty County Navigation

Chevron Corp.

Chevron Natural Gas

Chevron Pipeline Co.

Chevron/Texaco

Cintas Document Management

CIT Group, The

Click2Learn Inc.

Collins, John

Condit, a Fluid Flow Products Co.

Conoco Inc.

Control System & Instrumentation Consultants
Ltd. (CSI)

Cooper Industries Inc. (Cooper Airmotive)

Cremens, Charles

Dairy Pak

DairyPak

Dairy-Pak, a Division of Champion
International Corp.

Darr Equipment Co.

Darr Lift Truck Co.

DART

Davis, Douglas

Degeyter, Brock

Delaware Public Utility Commission, State of

Deutsche Bank Trust Co. Americas, Admin

Diamond Shamrock Consumer Relations

# SCHEDULE 1

Diamond Shamrock Corp.
Diermann, Scott
Dore, Stacey
Dresser Inc.-Masoneilan
DTE Energy
Duessel, John
Duke Energy Carolinas LLC
Duke Energy Ohio Inc.
Duncan Disposal #688
E.I. Du Pont de Nemours & Co.
Eastland City Hall (TX)
EIS Inc.
Ellis, Stephen
Emerson Electric Co.
Emerson Network Power Lierber Services Inc.
Energy Services Group International Inc.
Engineered Casting Repair Services Inc.
Entergy Operations Inc.
Entergy Power Marketing Corp.
Enze, Charles
Esource Holdings LLC
Evans, Donald
Ewert, Cynthia
Exelon Corp.
Exelon Powerlabs
Experian Marketing Services
Experian Marketing Solutions Inc.
Exxon Corp.
ExxonMobil
F.E. Moran Inc. Special Hazard
Faranetta, David
Federwisch, Richard
Ferguson Waterworks #1105
Fisher Controls
Fisher Scientific Co. LLC
FL Smidth Inc. - AFT Division
Fleshman, Betty
Flowserve Corp. FCD
FLSmidth Inc. Airtech Division
Four Seasons
Foxworth-Galbraith Lumber Co.
Franklin County Water District (TX)
Franklin Covey Client Sales Inc.

Frenzel, Robert
Futurecom
G2 Electrical Testing & Consulting Inc.
Gardner Denver Nash LLC
GE Analytical Instruments Business Group
GE Analytical Instruments Inc.
GE Betz Inc.
GE Energy Management Services Inc.
GE Energy Services
GE Industrial Systems
GE Multilin
GE Nuclear Energy
GE Transportation System
Geary, John
General Atomics Systems
General Motors Fleet & Commercial
Georgia-Pacific
Georgia-Pacific Chemicals Inc.
GFI Group Inc.
Goering, Matthew
Gooch, Cecily
Goodwin, Ricky
Grace, Tommy
Grasso, Michael
Griffin, Mark
GTTSI
Guillory, Angela Yvonne
Halliburton
Hancock, Counce Harrison
Harris, Terry Lynn
Harris, Wayne
Hicks, Daniel B.
Higdon, Charles
Higginbotham, Theron
Hitachi Data Systems Corp.
Ho, Joseph
Hogan, Timothy
Holman Boiler
Honeywell Optoelectronics Division
Horn, Stephen
Horton, Anthony
Howard, Carla
Hudson, Scott

# SCHEDULE 1

Hydradyne Hydraulics LLC
Ingersoll Rand Industrial Technologies
Integrated Power Services
Jackson, David
Jarrell, Freeman
Jeanes, Ricky
Johnson Controls
Johnson Controls Inc.
Kelly, Gregory
Kerrville Public Utility Board
Kirby, Carrie
Kirk & Blum Manufacturing Co. Inc.
Koenig, Allan
Kopenitz, Stephen
Kroger
Kross, David
Law Offices of John Charles Sherwood, The
Lee-Sethi, Jennifer Marie
Lehman Brothers Commodity Services Inc.
Leonard, Scott
Lightle, Curtis
Lone Star Railroad Contractors Inc.
Lucas, Mitchell
Lynch, David
Mammoet USA South Inc.
Mohawk Labs
Moore, William
Muscato, Stephen
N.E. Leon County ESD #4
NAES Corp. Turbine Services Division
Nalco
Napa Auto Parts Store
Nasdaq OMX Commodities Clearing Co.
Nasdaq OMX Corp. Solutions LLC
Nasdaq OMX Group Inc., The
Nationwide Insurance
NCH Corp.
Netco Co Inc.
Nickerson, Floyd
NRG Energy Inc.
NRG EV Services LLC
Nuclear Energy Liability Insurance Association
NWS Technologies

O'Brien, John
Oracle USA Inc.
Owen-Illinois
Palco Engineering & Construction Services
Peabody Coal Sales Co.
Peabody Coal Trade Inc.
Pearson, Gerry
Pentair Valves & Controls US LP
Philadelphia Gear Corp.
Pitney Bowes Inc.
Provisional Safety Management & Consultants
Railworks Track Systems Texas Inc.
Reilly, William
Reliance National Risk Specialists
Republic Services National Accounts
Rickey Bradley Feed & Fertilizer
Rives, Johnny
Robert Half International Inc.
Rod, Kelli
Rolls Royce Civil Nuclear
Rufus, Estelle C.
Saint-Gobain Performance Plastics Corp.
Schneider Electric It USA Inc.
SGS
Shapard, Robert Sumner
Shell Chemical Co.
Shell Oil Co.
Shell Oil Products Co.
Shell Pipeline Corp.
Siemens Rail Automation Corp.
Smith, Russell
Smith, Stephen
Southwestern Electric Power Co. (Swepco)
Stewart & Stevenson Services
Sunoco Inc.
T.H. Agriculture & Nutrition Co. Inc.
Tec Trading Inc.
Teledyne Instruments - Test Services
Telvent Dtn Corp. Office
Templeton Electrical Air Conditioning & Refrigeration
Texas Department of Aging & Disability Services, State of

# SCHEDULE 1

Texas Department of Agriculture

Texas Department of Motor Vehicles

Texas Department of Public Safety

Texas Department of Transportation

Texas Inter-Faith Housing Corp

Texas Public Utility Commission, State of

Texas Railroad Commission, State of

Texas Scottish Rite Hospital

Texas Scottish Rite Hospital for Crippled
Children

Texas Secretary of State

Tex-La Electric Coop. of Texas Inc.

TFS Energy Solutions LLC

Thermal Specialties Technology Inc.

Thompson, Molly

Time Warner Cable Business Class

Timken Co., The

Total Petroleum

TPG Global LLC

Transwestern Pipeline Co.

Trimble, Barry

Trimble, Roxanne

Tulloh, Brian

US Internal Revenue Service

Walker, Jeffrey

Warfab Field Machining & Erection Corp.

Waste Water Solutions

Watson, Clifford

Wells Fargo Bank Northwest NA

West Tennessee Communications

Westinghouse Electric Co. - NS Field Services

Whipple, John

Young, Willie Mae

YRC Inc.

Zee Medical Service Co

# SCHEDULE 2

**United States Trustee, Judges, and Court Contacts for the District of Delaware (and Key Staff Members)**
N/A

**Bondholders**
Aegon
Allianz Global Investors
Allstate
Angelo Gordon
Ares
Arrowgrass
Aurelius
Avenue
Babson Capital
Bank of America Merrill Lynch
Barclays
Benida Group
Black Diamond
Blackstone / GSO
Bluecrest Capital Management
Brigade Capital
Brookfield Investment
BTG Pactual
Carlyle
Castle Hill
Centerbridge
Chou Associates
Claren Road
Columbia Management
Cortland Capital
Crescent Capital
Danske Bank
Ensign Peak
Franklin
Gruss
Halcyon
Highbridge
Highland Capital
ING Investments
Janus Capital
Kilimanjaro
KKR

LibertyView Capital Management
Logan Circle
Mariner
MatlinPatterson Capital
Mount Kellett
Owl Creek Asset Management
Panning Capital
Phoenix
Pinebridge
Post Advisory
Principal Financial
Protective Life
Providence Equity Partners
Prudential
PSAM
Putnam
RBC
RBS
Regiment Capital
Sankaty
Scoggin Capital
Seix Advisors
Senator Investment
Shenkman
Silvermine Capital
Sound Point Capital
Standard Life Investments
State Street Global Advisors
Taconic Capital Partners
Third Avenue
Trimaran Advisors
UBS
Vanguard
Venor Capital Management
Watershed Asset Management
York Capital

**Debtholders**
Halcyon Asset Management LLC
Manikay Master Fund LP

**DIP Lenders**
4086 Advisors

1

# SCHEDULE 2

Abry Capital

Aegon Funding Corp.

All Pensions Group (APG) / Stichting
Pensioenfonds ABP

Allstate Insurance

Apidos Capital

Beach Point Capital Management LP

Black Diamond Capital

Brigade

Caspian Capital Management

Dimaio Ahmad Partners

Federated Investors

Fidelity

Fonds Voor Gemene Rekening Beroepsvervoer –
HYBO: Stichting Bedrijfstakpensioenfonds Voor
Het Beroepsvervoer Over De Weg

Fortress

Franklin Custodian Funds - Franklin Utilities
Fund

Fraser Sullivan

GSO

GSO Capital Partners LP

HBK Master Fund LP (HBK)

HSBC Securities USA Inc.

ING Capital Market LLC

Invesco

Jefferies LLC

JMP Group Inc.

Kingsland Capital

Magnetar Capital

Moore Capital Management LP

Neuberger & Berman

New York Life Insurance

Nomura

Oak Hill

Oppenheimer

Princeton Advisory Group

Shenkman Capital

Silver Rock

Silverpoint

Solus

Sound Point

T. Rowe Price Associates Inc.

TPG Inc.

Wells Fargo

Whitehorse Capital Partners LP

Aberdeen Asset Management (US)

Abry Partners LLC

AllianceBernstein

AXA Investment Managers

Apollo Capital Management

Ares Management LP

Arrowpoint Asset Management LLC

Bank of Tokyo-Mitsubishi UFJ

BMO Capital Markets

Canaras Capital Management LLC

Castle Hill Asset Management LLC

Constellation Capital Management

Credit Suisse Alternative Investments

CVC Capital Partners Ltd.

Cyrus Capital LP

Fraser Sullivan Investment

GIC (Government Investment Corporation of
Singapore)

GreyWolf Capital

ICE Canyon LLC

ING Investments LLC (Arizona)

Invesco - NAM (National Asset Management)

JPMorgan Asset Management - US

King Street Capital LLP

KS Capital

Manulife Financial

Marathon Asset Management LLC (NY)

Matlin Patterson Capital Management LP

Metropolitan Life Investment Ltd.

Napier Park

Och Ziff - OZ Management

Onex Corp.

Orix

Pacific Investment Management - PIMCO

Pioneer Investment Management USA

Providence Equity Partners Inc

Redwood Capital

Saratoga

Sumitomo Mitsui Banking Corp.

West Gate Horizons Advsrs LLC

Western Asset Management US -WAMCO

# SCHEDULE 2

**Lenders**
HIG Whitehorse

**Professionals**
Blackstone Advisory Group
Cadwalader Wickersham & Taft (CWT)
FTI Consulting
Lazard
Schulte, Roth & Zabel
Wachtell Lipton Rosen & Katz
Wilkie Farr

**SoFAS**
Advanced Analytical Laboratories LLC
Aegis Communications Group Inc.
AEP-Texas Central Co.
AEP-Texas North Co.
Aero-Metric Inc.
Air Liquide America Specialty
Airgas Safety Inc.
Airgas Southwest Inc.
Airgas Specialty Products Inc.
Ametek Canada Inc.
Argo Turboserve Corp.
Ascend Performance Materials LLC
Atlas Copco Comptec LLC
BHP Billiton Olympic Dam
Bingham McCutchen LLP
Bloomberg Finance  LP
BNY Mellon Asset Servicing
Caterpillar Inc.
Centerpoint Energy Gas
Century Link
CH2M Hill Engineers Inc.
Citi Prepaid Services
Coastal Chemical Co. LLC
Computershare Trust Company NA
Contech Engineered Solutions
Dallas Area Rapid Transit
Danaher Industrial Controls
Dell Software Inc.
Duke Energy Corp.
Dun & Bradstreet Inc.

Electric Reliability Countil of Texas Inc.
EMC Corp.
Emerson Network Power Liebert
Experian
Flowserve Corp. - Lynchburg
Flowserve US Inc.
FLSmidth Salt Lake City Inc.
Gartner Inc.
GE Infrastructure Sensing Inc.
General Atomic Technologies Corp.
Genesys Telecommunications Labs Inc.
Hawkins Parnell Thackston & Young LLP
Holliday Fenoglio Fowler
Honeywell International Inc.
IBEW Local Union No 220
ICF Resources LLC
Infogroup
James Mintz Group Inc.
Jani-King National Accounts Division
Johnson Matthey LLC
Kelly Hart & Hallman LLP
Leica Geosystems Mining
MECO Inc. Maintenance Engineering
Microsoft Services
Miller Electric Co.
Mirion Technologies (GDS) Inc.
Mitsubishi Electric Power
Morris Nichols Arsht & Tunnell LLP
National Oilwell
Nuclear Electric Insurance
Oklahoma State Treasurer
PEICO
Platts
Robert Half Finance & Accounting
Robert Half Legal
Salvation Army Garland
Schlumberger Canada Ltd.
Schneider Electric Buildings
Schneider Electric USA Inc.
Scientech
Senior Flexonics Inc. Pathway
Senior Flexonics Pathway Inc.
SHI International Corp.

# SCHEDULE 2

Siemens Demag Delaval
Sungard Treasury Systems
Teledyne Brown Engineering
Telvent DTN  LLC
Thomson Reuters (Markets) LLC
UniFirst Holdings Inc.
United States Department of Treasury
USPS PERMIT 1906 TXU ENERGY
UT Dallas Accounts Receivable
Weyerhaeuser NR Co.
Wolters Kluwer Financial Services Inc.
Xylem Dewatering Solutions Inc.
Young Conaway Stargatt & Taylor LLP
Delta Airlines
IBEW Local 2337
Jackson, Lisa, as Administrator of the U.S. Environmental Protection Agency
Raytheon Engineering & Constructors
State Street Bank & Trust Co. of Connecticut NA

## SoALs

Austin Community College (TX)
Bastrop-Travis Emergency Services District #1 (TX)
Chambers-Liberty County Navigation
US Internal Revenue Service
ACT Independent Turbo Services Inc.
AEC Powerflow LLC
Air Liquide America Corp.
Airgas Refrigerants Inc.
Airgas Specialty Products
Akzo Nobel Chemicals Inc.
Ametek Power Instruments - Rochester
Ametek/Process & Analytical Instruments Division
Amsted Rail Inc.
Anadarko Petroleum Corp.
Aramark Refreshment Services
AT&T Global Information Solutions
Baker Hughes
Bank of New York as Indenture Trustee, The

Borden Chemical Co.
Boy Scouts of America Pack #790
BP America Inc.
Bridgestone Firestone North American Tire LLC
Brooks, Mark E.
Cassidy Turley Commercial Real Estate Services Inc.
Chevron Corp.
Chevron Natural Gas
Chevron Pipeline Co.
Chevron/Texaco
Cintas Document Management
Collins, John
Conoco Inc.
Cooper Industries Inc. (Cooper Airmotive)
Darr Equipment Co.
DART
Delaware Public Utility Commission, State of
Deutsche Bank Trust Co. Americas, Admin
Diamond Shamrock Consumer Relations
Diamond Shamrock Corp.
Dresser Inc.-Masoneilan
Duncan Disposal #688
E.I. Du Pont de Nemours & Co.
EIS Inc.
Ellis, Stephen
Emerson Electric Co.
Exelon Corp.
Exxon Corp.
ExxonMobil
Ferguson Waterworks #1105
Fisher Scientific Co. LLC
FL Smidth Inc. - AFT Division
Gardner Denver Nash LLC
GE Analytical Instruments Business Group
GE Analytical Instruments Inc.
GE Betz Inc.
GE Energy Services
GE Multilin

## SCHEDULE 2

Georgia-Pacific
Georgia-Pacific Chemicals Inc.
Grace, Tommy
Halliburton
Harris, Wayne
Holman Boiler
Honeywell Optoelectronics Division
Hydradyne Hydraulics LLC
Ingersoll Rand Industrial Technologies
Integrated Power Services
Jackson, David
Johnson Controls
Johnson Controls Inc.
Kelly, Gregory
Kirk & Blum Manufacturing Co. Inc.
Kroger
Leonard, Scott
Mammoet USA South Inc.
Mohawk Labs
Moore, William
Napa Auto Parts Store
Nationwide Insurance
NCH Corp.
O'Brien, John
Peabody Coal Sales Co.
Peabody Coal Trade Inc.
Pentair Valves & Controls US LP
Philadelphia Gear Corp.
Pitney Bowes Inc.
Republic Services National Accounts
Rolls Royce Civil Nuclear
Saint-Gobain Performance Plastics Corp.
Schneider Electric It USA Inc.
SGS
Shell Chemical Co.
Shell Oil Co.
Shell Oil Products Co.
Shell Pipeline Corp.
Siemens Rail Automation Corp.
Smith, Russell
Smith, Stephen
Southwestern Electric Power Co. (Swepco)

Stewart & Stevenson Services
Sunoco Inc.
T.H. Agriculture & Nutrition Co. Inc.
Texas Department of Aging & Disability Services, State of
Texas Department of Agriculture
Texas Department of Motor Vehicles
Texas Department of Public Safety
Texas Department of Transportation
Texas Public Utility Commission, State of
Texas Railroad Commission, State of
Texas Secretary of State
TFS Energy Solutions LLC
Thompson, Molly
Total Petroleum
YRC Inc.
ADP Taxware Division of ADP Inc.
AES Ironwood LLC
AES Southland LLC
Alcatel-Lucent
Alstom Inc.
American Equipment Co. Inc.
Anadarko Energy Services Co.
Analysis & Measurement Corp. (AMS)
Aon Hewitt
Aramark Services Inc.
Areva Solar Inc.
Areva T&D Inc.
Atlas Copco Industrial Compressors Inc.
Atmos Energy Marketing LLC
Atmos Pipeline - Texas
Atmos Pipeline - Texas, a Division of Atmos Energy Corp.
Babcock & Wilcox Construction Co. Inc.
Bloomberg
BNP Paribas
BorgWarner Inc.
BP Canada Energy Marketing Corp.
BP Corp. North America Inc.
Calpine Corp.
Camp, Jeffrey
Capgemini Energy LP
Capgemini US LLC

## SCHEDULE 2

CaremarkPCS Health LLC
Carter, Michael
Caterpillar Global Mining
Cattron-Theimeg International Ltd.
CIT Group, The
Click2Learn Inc.
Davis, Douglas
DTE Energy
Duke Energy Carolinas LLC
Duke Energy Ohio Inc.
Emerson Network Power Lierber Services Inc.
Energy Services Group International Inc.
Entergy Operations Inc.
Entergy Power Marketing Corp.
Evans, Donald
Exelon Powerlabs
Experian Marketing Services
Experian Marketing Solutions Inc.
Fisher Controls
Flowserve Corp. FCD
FLSmidth Inc. Airtech Division
Four Seasons
Foxworth-Galbraith Lumber Co.
Franklin Covey Client Sales Inc.
Frenzel, Robert
Futurecom
GE Energy Management Services Inc.
GE Industrial Systems
GE Nuclear Energy
GE Transportation System
Geary, John
General Atomics Systems
General Motors Fleet & Commercial
GFI Group Inc.
Griffin, Mark
Hitachi Data Systems Corp.
Ho, Joseph
Hudson, Scott
Lehman Brothers Commodity Services Inc.
Lynch, David
NAES Corp. Turbine Services Division

Nalco
Nasdaq OMX Commodities Clearing Co.
Nasdaq OMX Corp. Solutions LLC
Nasdaq OMX Group Inc., The
Netco Co Inc.
NRG Energy Inc.
NRG EV Services LLC
Oracle USA Inc.
Reilly, William
Robert Half International Inc.
Teledyne Instruments - Test Services
Telvent Dtn Corp. Office
Texas Scottish Rite Hospital
Texas Scottish Rite Hospital for Crippled Children
Time Warner Cable Business Class
Timken Co., The
TPG Global LLC
Transwestern Pipeline Co.
Walker, Jeffrey
Wells Fargo Bank Northwest NA
Westinghouse Electric Co. - NS Field Services

**Schedule I**
**Parties in Interest**

| **Debtors** | **Officers and Directors** |
|---|---|
| Texas Competitive Electric Holdings Company LLC | Acosta, Arcilia C. |
| 4Change Energy Company | Adams, Robert |
| 4Change Energy Holdings LLC | Ashby, Kevin M. |
| Big Brown 3 Power Company LLC | Austin, Joel S. |
| Big Brown Lignite Company LLC | Baker, Robert |
| Big Brown Power Company LLC | Blevins, Michael R. |
| Collin Power Company LLC | Blocker, Sano |
| Decordova Power Company LLC | Bonderman, David |
| Decordova II Power Company LLC | Boswell, Barry T. |
| Energy Future Competitive Holdings LLC | Boyle, Deborah A. |
| Generation MT Company LLC | Brownell, Nora Mead |
| Generation SVC Company | Burke, James A. |
| Lake Creek 3 Power Company LLC | Burton, Ashley A. |
| Luminant Big Brown Mining Company LLC | Byers, Richard C. |
| Luminant Energy Company LLC | Bys, Jay Allen |
| Luminant Energy Trading California Company | Cameron, Andrew A. |
| | Camp, Jeffrey S. |
| Luminant ET Services Company | Campbell, David A. |
| Luminant Generation Company LLC | Caraway, Shannon Wade |
| Luminant Holding Company LLC | Carpenter, Walter Mark |
| Luminant Mineral Development Company LLC | Carter, Michael L. |
| | Casarez, Richard |
| Luminant Renewables Company LLC | Casey, John M. |
| Martin Lake 4 Power Company LLC | Castro, Gabriel R. |
| Monticello 4 Power Company LLC | Chase, Patrick Kevin |
| Morgan Creek 7 Power Company | Clevenger, Don J. |
| NCA Resources Development Company LLC | Cremens, Charles H. |
| | Davis, David M |
| Oak Grove Management Company LLC | Dennis, Deborah L. |
| Oak Grove Mining Company LLC | Dore, Stacey H. |
| Oak Grove Power Company LLC | Duessel, John S. |
| Sandow Power Company LLC | Dunning, Thomas M. |
| TCEH Finance, Inc. | Elk, Charles W. |
| Tradinghouse 3 & 4 Power Company LLC | Elmer, Debra L. |
| Tradinghouse Power Company LLC | Enze, Charles R. |
| TXU Energy Retail Company LLC | Estrada, Robert A. |
| TXU Energy Solutions Company LLC | Evans, Donald L. |
| TXU Retail Services Company | Ewert, Cynthia L. |
| TXU SEM Company | Ewing, Harvey P. |
| Valley NG Power Company LLC | Faranetta, David D. |
| Valley Power Company LLC | Federwisch, Richard R. |
| | Ferguson, Thomas D. |
| | Fischer, Michael |
| | Fleshman, Betty R. |
| | Flores, Rafael |

Ford, Monte E.
Freiman, Brandon A.
Frenzel, Robert C.
Gary, Printice L.
Geary, John William
Gillespie, Frank P.
Glacken, Shawn
Goering, Matthew A.
Goltz, Frederick M.
Gooch, Cecily Small
Grasso, Michael Paul
Greer, James A.
Guillory, Angela Yvonne Williams
Guyton, Michael E.
Hays, Richard C.
Higginbotham, Theron Dale, Jr.
"Dale"
Hill, William T., Jr.
Ho, Joseph C.
Hogan, Timothy Ross "Tim"
Horn, Stephen G.
Horton, Anthony R.
Howard, Carla A.
Hudson, Scott A.
Huffines, James R.
Hull, Leslie Keith
Ingerto, Craig W.
Isaac, Carlos
Jackson, Brenda L.
Jenkins, Charles W., III
Johnson, Keith
Jones, Bradley C.
Jordan, Walter E.
Kaniewski, Zbigniew
Keeter, Aden P.
Keglevic, Paul M.
Kelly, Daniel
Kelly, Gregory B.
Kerber, Kevin H.
Kirby, Carrie L.
Klein, Robert A.
Klumpp, Richard F.
Koenig, Allan J.
Kopenitz, Stephen John
Kubin, Diane J.
Landy, Richard J.

Lebovitz, Scott
Lee-Sethi, Jennifer M.
Leonard, Scott E.
Liaw, Jeffrey
Lidster, Robert J.
Lipschultz, Marc S.
Lovelace, D. Boyd
Lucas, Mitchell L.
Lynch, David Alan
MacDougall, Michael
Mack, Timothy A.
Malick, Aaron Ravi
Matsuda, Hiroshi
Mays, Russell B.
McCool, Thomas P.
McFarland, M. A.
McKaig, Paul T.
Mireles, Kimberly D.
Moldovan, Kristopher E.
Moor, Gary Lee
Moore, Stephanie Zapata
Moore, William A.
Morrissey, John L.
Morrow, Claudia
Muscato, Stephen J.
Neubecker, Greg
Nickerson, Floyd W.
Nutt, Terry
Nye, E. Allen, Jr.
O'Brien, John D.
Olson, Lyndon L., Jr.
Oney, Thomas
Oswalt, Vicki
Pallito, Patti
Pearson, Gerry Lee
Perry, Nancy F.
Peters, Kenneth J.
Peterson, M. M.
Phillips, Buckler
Pontarelli, Kenneth
Pulis, Brenda J.
Quinn, Timothy Michael
Ragland, Stephen N.
Ranger, Rheal R.
Reilly, William K.
Reyes, Paul H

Ridloff, Jason
Rod, Kelli A.
Saito, Kano
Sarich, Gregory S.
Sarver, Kolten
Sawyer, Hugh E.
Sen, Samudra
Shapard, Robert S.
Shibata, Yoshinobu
Smidt, Jonathan D.
Smith, Donald B.
Smith, Ken
Speed, Wesley R.
Spence, Norman C.
Stengel, Amy
Stevens, Cheryl B.
Stewart, John C.
Strauss, Thomas M.
Stuckey, Shawn
Suzuki, Shigemitsu
Szlauderbach, Stanley J.
Taccino, Michael, Jr.
Thompson, Von Wade
Trimble, R.D.
Tulloh, Brian T.
Vazquez, Gabriel V.
Walker, Jeffrey J.
Warren, Autry L.
Watson, Clifford A.
Wentzell, David G.
Williams, C. Michael
Williams, E. Michael
Williams, Glenn W.
Williams, Michael E.
Williams, Patrick
Williamson, Billie Ida
Winston, Lisa M.
Wortham, Richard W., III
Wright, Andrew M.
Young, John F.
Youngblood, Kneeland
Zucchet, Steven J.

## Banks

Bank of America NA
Bank of New York Mellon, The
Bank of Oklahoma
Bank of Texas
Chase Investments
Citibank
Deutsche Bank
Fidelity Institutional Money Market
Funds - Government Portfolio
First National Bank of Granbury
Goldman Sachs Financial Square
Government Fund
Invesco ATST Premier U.S.
Government Money Portfolio
JPMorgan Chase Bank NA
JPMorgan Chase Bank NA (IL)
JPMorgan Chase Bank NA (NY)
JPMorgan Chase Bank NA (OH)
JPMorgan Chase Bank NA (TX)
JPMorgan Chase through Met Life
M&T Bank
Morgan Stanley Government
Portfolio
Western Asset Institutional
Government Fund

### Bondholders

Anchorage Capital Group LLC
Angelo Gordon & Co.
Apollo Management Holdings LP
Appaloosa Management LP
Arrowgrass Capital Partners (US) LP
Avenue Investments LP
Blackrock
Blue Mountain Capital Management LLC
BlueCrest Multi Strategy Credit Master
Fund Ltd.
CCP Credit Acquisition Holdings LLC
Centerbridge Partners
Claren Road Credit Master Fund Ltd.
Claren Road Credit Opportunities Master
Fund Ltd.
Cyrus Capital Partners LP
Davidson Kempner Partners

Deutsche Bank AG, New York Branch
DO S1 Ltd.
Fairway Fund Ltd.
Fidelity Management & Research Company
Fore ERISA
Fore Multi Strategy Fund Ltd.
Fortress Investment Group LLC
Franklin Advisors Inc.
Goldman Sachs
GSO Capital Partners LP
JP Morgan
JP Morgan Securities LLC
KKR & Co. LP
LMA SPC
Magnetar Financial LLC
MAP 89 Segregated Portfolio
Marathon Asset Management
Mason Capital
Oak Hill Advisors LP
Oaktree Capital Management LP
Och-Ziff Capital Management
P. Schoenfeld Asset Management LP
PIMCO
Pine River Credit Relative Value Master Fund Ltd.
Pine River Fixed Income Master Fund Ltd.
Pine River Master Fund Ltd.
Pine River Opportunistic Credit Master Fund LP
Third Avenue Focused Credit Fund
Third Avenue Trust
TPG
WAMCO
York Capital Management Global Advisors LLC

**Indenture Trustees**

American Stock Transfer & Trust Co.
Bank of New Mellon, The
Bank of New York Mellon Trust Co., The
Barclays Bank
BOKF, N.A. dba Bank of Arizona
Christiana Trust
Citibank
Citigroup
Computershare Trust Co. of Canada
Credit Suisse

CSC Trust Co. of Delaware
Deutsche Bank
J.Aron/Goldman Sachs
Law Debenture Trust Co. of New York
Merrill Lynch/Bank of America
Morgan Stanley
North American Coal Royalty Co.
UMB, N.A.
US Bank NA
Wilmington Savings Fund Society FSB
Arizona Bank

**Insurers**

ACE
AIG
American Nuclear Insurers
Argo Re (Bermuda)
Associated Electric & Gas Insurance Services (AEGIS)
Axis
Beazley
Chubb Atlantic Indemnity Ltd. (Bermuda)
Endurance
Energy Insurance Mutual (EIM)
European Mutual Association for Nuclear Insurance (EMANI)
Federal Insurance Co.
FM Global
HCC
Liberty Mutual/Safeco
Monitor
Navigators
Nuclear Electric Insurance Ltd. (NEIL)
Nuclear Energy Liability Insurance Association (NELIA)
Oil Casualty Insurance Ltd. (OCIL)
RLI
RSUI (CRC)
Starr Aviation
Starr Cos.
Starr Surplus Lines Insurance Co.
Torus

XL Insurance (Bermuda) Ltd.

**Investment Banks**

BofA Merrill Lynch
Citigroup
Credit Suisse
Goldman Sachs
JP Morgan
KKR Capital Markets
Lehman
Morgan Stanley
Williams Capital Group

**Landlords**

6555 Sierra
Advantus Capital Management Inc.
AIG Rail Services Inc.
Alford, Landon
American Public Insurance Co.
Bank of New York Mellon Trust
Co., The
Bank of New York, The
Blue Cross and Blue Shield of
Florida Inc.
CALSTRS Lincoln Plaza
CapGemini America Inc.
Catholic Aid Association
Christian, Larry
Clark, Jack
Clearview
Comerica Bank
Congress Holdings Ltd.
Connell Equipment Leasing Co.
CP Fort Worth LP
Daffan, Ron
Dallas, City of (TX)
Farm Bureau Life Insurance Co. of
Michigan
First on 6th LP
First Union Rail Corp, a Wells
Fargo Co.
Flagship Rail Services Inc.
GATX Corp.
Great Western Insurance Co.
Greensport/Ship Channel Partners

LP
Guaranty Title Co. of Robertson
County Inc.
Hamilton Fidelity LP
Hamilton, Barry
Hill, Bobby
Jackson National Life Insurance Co.
Jaggi, Robbye Oram
John Hancock Life Insurance Co.
John Hancock Variable Life
Insurance Co.
Key Equipment Finance Inc.
Kokel-Oberrender-Wood Appraisal
Ltd.
Lafayette Life Insurance Co., The
LaSalle Bank NA
Lawler, Harry
Lexington Acquiport Colinas LP
Lionstone CFO Two LP
Manufacturers Life Insurance Co.
Manulife Insurance Co.
Microsoft Corp.
MTL Insurance Co.
Nichimen America Capital Corp.
Northern Trust Co. of New York
PPM America Inc.
Sanderson, Charles
Saul Subsidiary II LP
SMBC Rail Services LLC
Sojitz American Capital Corp.
State Farm Life Insurance Co.
Texas Life Insurance Co.
Thorne, Elizabeth Oram
Tyler Junior College
US Bank Global Trust Services
US Bank NA
Wells Fargo Bank Northwest NA
Western United Life Assurance Co.
Wilmington Trust Co.

**Significant Customers**

ALCOA
Barclays Bank PLC
BP Energy
Citigroup Energy Inc
Credit Suisse Energy LLC

DB Energy Trading
EDF Trading North America LLC
ERCOT (Electric Reliability
Counsel of Texas)
Federal Deposit Insurance Corp.
(FDIC)
J Aron Co.
Natural Gas Exchange Inc.
NextEra Energy Power Marketing
Shell Energy
Valero Texas Power Marketing, Inc.

## Secured Bondholders

A.J. Sloane & Co.
Ahab Capital Management Inc.
AllianceBernstein LP (US)
Allianz Global Investors US LLC
American Century Investment
Management Inc.
Angelo Gordon & Co. LP - Private
Account
Archview Investment Group LP
Arrowgrass Capital Partners (US)
LP
Artio Global Management LLC
Avenue Capital Management II LP
Aviary Capital Enterprises Inc.
Aviva Investors North America Inc.
Babson Capital Management LLC
Bank of Oklahoma
Barclays Capital Inc.
Benefit Street Partners LLC
Benida Group LLC, The
BlackRock Advisors LLC
BlueCrest Capital Management
(New York) LP
BMO Asset Management Inc.
Brigade Capital Management LLC
Brownstone Investment Group LLC
Candlewood Investment Group LP
Citi Private Bank
Claren Road Asset Management
LLC
Credit Suisse Securities (USA) LLC
Credit Value Partners LP
CSS LLC

Cyrus Capital Partners LP (US)
Danske Bank A/S (Asset
Management)
DDJ Capital Management LLC
Deutsche Bank Securities Inc.
Deutsche Investment Management
Americas Inc.
DuPont Capital Management Corp.
Eaton Vance Management Inc.
Ellis Lake Capital LLC
Euroclear Bank
Federated Investment Management
Co.
Fidelity Management & Research
Co.
Fifth Street Capital LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Fubon Asset Management Co. Ltd.
Global Credit Advisers LLC
GoldenTree Asset Management LP
(US)
Gracie Asset Management
GSO Capital Partners LP
Hartford Investment Management
Co.
Hotchkis & Wiley Capital
Management LLC
HSBC Wealth Management
Services (Private Account)
ING Financial Markets LLC
ING Investment Management LLC
Intermarket Corp.
Invesco PowerShares Capital
Management LLC
JP Morgan Investment Management
Inc.
JP Morgan Private Bank
JP Morgan Securities LLC (Broker)
JP Morgan Whitefriars Inc.
KS Management Corp.
Logan Circle Partners LP
Loomis Sayles & Co. LP
Lord Abbett & Co. LLC
MacKay Shields LLC
Magnetar Financial LLC

Marathon Asset Management LP
Mariner Investment Group LLC
Merrill Lynch Pierce Fenner &
Smith Inc. (Broker)
MetLife Investment Advisors Co.
LLC
MFS Investment Management
Morgan Stanley & Co. LLC
Mount Kellett Capital Management
LP
MSD Capital LP
Muzinich & Co. Inc.
Nomura Corporate Research &
Asset Management Inc. (US)
Nomura Securities International Inc.
Nuveen Asset Management LLC
Oaktree Capital Management LP
Omega Advisors Inc.
Onex Credit Partners LLC
OppenheimerFunds Inc.
Otlet Capital Management LP
OZ Management LP
Pacific Life Fund Advisors LLC
Phoenix Investment Adviser LLC
PIMCO - Pacific Investment
Management Co.
Pine River Capital Management LP
Pioneer Investment Management
Inc.
PPM America Inc.
Principal Global Investors LLC
ProFund Advisors LLC
Prudential Investment Management
Inc.
Putnam Investment Management
LLC
RBC Capital Markets LLC
RBS Securities Inc.
Redwood Capital Management LLC
Regiment Capital Advisors
Salient Advisors LP
Scottish Widows Investment
Partnership Ltd.
Seix Investment Advisors LLC
Solus Alternative Asset
Management LP

Standard Life Investments (USA)
Ltd.
State Street Global Advisors (SSgA)
Strategic Income Management LLC
Susquehanna Capital Group
Symphony Asset Management LLC
Taconic Capital Advisors LP
Talamod Asset Management LLC
Third Avenue Management LLC
Thrivent Asset Management LLC
UBS Global Asset Management
(Americas) Inc.
UBS O'Connor LLC
UBS Securities LLC
Van Eck Associates Corp.
Vanguard Group Inc., The
Walnut Street Associates
Water Island Capital LLC
Waterstone Capital Management LP
Wells Capital Management Inc.
Western Asset Management Co.
York Capital Management Global
Advisors LLC
Ziff Brothers Investments LLC

## Professionals

Akin Gump Strauss Hauer & Feld
LLP
Alvarez & Marsal
Balch & Bingham
Blackstone Advisory Partners LP
Brown Rudnick LLP
Cadwalader Wickersham & Taft
LLP
Capstone Advisory Group LLC
Centerview Partners LLC
Citigroup Global Markets Inc.
Concentric Energy Advisors
Davis Polk & Wardwell LLP
Deloite & Touche
Deutsche Bank Securities Inc.
Enoch Kever
Epiq Bankruptcy Solutions
Ernst & Young LLP
Evercore Group
Filsinger Energy Partners

Franklin Advisors Inc.
Fried Frank Harris Shriver &
Jacobson LLP
Furr, Robert
Gibson Dunn & Crutcher
Hawkins Parnell
Houlihan Lokey Capital Inc.
Hunton & Williams
ICF Resources LLC
Jackson Sjoberg McCarthy &
Townsend LLP
Jones Day
JP Morgan Securities LLC
Kramer Levin Naftalis & Frankel
LLP
Loop Capital Markets LLC
McDermott Will & Emery
Miller Buckfire & Co LLC
Millstein & Co.
Moelis & Co. LLC
Morgan Lewis & Bockius
Navigant Consulting Inc.
O'Melveny & Myers LLP
Paul Weiss Rifkind Wharton &
Garrison LLP
Perella Weinberg Partners
Peter J. Solomon Co.
PricewaterhouseCoopers LLP
Richards Layton & Finger
Ropes & Gray LLP
Rothschild Inc.
SAIC Energy Environment &
Infrastructure LLC
Schulte Roth & Zabel LLP
Shearman & Sterling LLP
Sidley Austin LLP
Simpson Thacher
Stratus Energy Group
Towers Watson
Vinson & Elkins
Wachtell Lipton Rosen & Katz
White & Case LLP
Wilkie Farr & Gallagher LLP
Williams Capital Group LP, The
Winstead PC
Zolfo Cooper LLC

## Shareholders

Abu Dhabi Investment Authority
ACA Family LP (Acosta Trust)
Acosta, Arcilia C.
AlpInvest Partners Co-Investments
2007 CV
Alvaro
AP TXU Holdings LLC
ASF Park Sub 2 LP
AXA Capital America LP
AXA CDP Co-Investment Fund
FCPR
AXA Co-Investment Fund II FCPR
Baker, Thomas
Bank of Nova Scotia, The
bcIMC (WCBAF) Private
Placement (2006) Investment Corp.
bcIMC Private Placement (2006)
Investment Corp.
Bird, Robert D., Jr.
Black Canyon Direct Investment
Fund LP
Blevins, Michael R.
Bosecker, Brian Timothy
Burton Hills Limited LP
California Public Employees'
Retirement System
California State Teachers'
Retirement System
Canyon Balanced Equity Master
Fund Ltd.
Canyon TXU LP
Canyon Value Realization Fund LP
Centaurus Capital LLC
Centaurus TEF LP
Citigroup
Citigroup Alternative Investments
Corp.
Citigroup Alternative Investments
LLC
Co-Investment Capital Partners LP
Co-Investment Partners (NY) LP
(Lexington Partners)
Co-Investment Partners 2005 LP
(Lexington Partners)

CPP Investment Board (USRE II)
Inc.
Cumbria LP
Davis, Douglas L.
Degeyter, Brock M.
Dick, Ralph L.
Diermann, Scott L.
Ecofin Co-Investment LP
Ecofin TXU LP
ECP I (NE Energy IP) LP
Elliott Associates LP
Elliott International LP
Ellis, Stephen L.
Energy Capital Partners I LP
Energy Capital Partners I-A LP
Evans, Donald L.
Federwisch, Richard R.
FinVest Capital Ltd.
Frier, Harry Leonard, Jr.
Geary, John William
Goldman Sachs & Co.
Gooch, Cecily Small
Goodwin, Ricky Bob
Grace, Tommy Glen, Jr.
Greene, M.S.
Griffin, Mark John
GS Capital Partners
GS Capital Partners VI Fund LP
GS Capital Partners VI Parallel LP
GS Global Infrastructure Partners I
LP
GS Infrastructure Offshore TXU
Holdings LP
GS Instituuional Infrastructure
PArtners I LP
GSCP VI Germany TXU Holdings
LP
GSCP VI Offshore TXU Holdings
LP
Guillory, Angela Yvonne Williams
Hamilton Lane Co-Investment Fund
LP
Harris, Wayne L.
Higdon, Charles A.
Higginbotham, Theron Dale, Jr.
"Dale"

Hogan, Timothy Ross "Tim"
HRJ Growth Capital II (NQ) LP
HRJ Growth Capital II LP
HVB Capital Partners AG
Institutional Benchmark (Master
Feeder) Ltd.
Institutional Benchmarks Series
(Master Feeder) in respect of the
Jarrell, Freeman, Jr.
Jeanes, Ricky L.
KKR 2006 Fund LP
KKR Associates Reserve LLC
KKR Partners III LP
KKR PEI Investments LP
Kohlberg Kravis Roberts & Co. LP
Koonce, Kimmy Sue
Kopenitz, Stephen John
Kross, David Christopher
Kuwait Investment Authority
Lehman Brothers
LGT Capital Invest Ltd.
Lightle, Curtis L.
MacVest 1 Ltd.
Madden, Fred Webster, Jr.
Mason Capital SPV I LLC
Mason Capital SPV I LP
McBay, Michael Raymond
McCabe, Del Andrew
Meserve, Richard A., Dr.
Meyers, Anthony Michael
Moor, Gary Lee
Moore, Stephanie Zapata
Moore, William A.
Morgan Stanley
Morgan Stanley & Co. Inc.
Morley Investments Ltd.
NB Co-Investment Group LP
NB Co-Investment Partners LP
NB Fund of Funds XVIII – Co-
Investment Holding LP
NB PEP Investments I LP (Inc.)
NB Secondary Opportunities
Pooling LP
NB Tangible Assets Fund LP
Neuberger Berman
New York Life Capital Partners III

LP
New York Life Capital Partners III-A LP
Norinchukin Bank, The
Northwestern Mutual Life Insurance Co., The
OPERF Co-Investment LLC
OPTrust Private Equity Direct NA I Inc.
Pearson, Gerry Lee
PI Co-Invest LLC
Quintana Energy Fund-FI LP
Quintana Energy Fund-TE LP
Quintana Energy Partners LP
Quiram, David
Reilly, William K.
Rose, Thomas Wayne
Rosemont Solebury Co-Investment Fund (Offshore) LP
Rosemont Solebury Co-Investment Fund LP
Sageview Capital LP
Savina, James J.
Skidd, Stephen N.
Smith, Donald B.
Smith, Russell Alan
Smith, Stephen L.
Speedy Investment Pte Ltd.
State Street
Stockwell Fund LP
Stonger, D. Frank
Strategic Co-Investment Partners LP
Teachers Insurance & Annuity Association of America
Texas Energy Future Capital Holdings LLC
Texas Energy Future Co-Invest LP
Thompson, Molly M.
Thompson, Von Wade
TPG FOF V-A LP
TPG FOF V-B LP
TPG Management L.P
TPG Partners IV LP
TPG Partners V LP
TPG Partners V LP

Tulloh, Brian T.
Whipple, John Christopher
Wilks, Douglas Greg
Williamson, Billie Ida
Young, John F.
Youngblood, Kneeland

**Significant Vendors**

3B Dozer Service
3E Energy Inc.
4-L Engineering Co. Inc.
4-Star Hose & Supply Inc.
5DT Inc.
6 Stones
7-Eleven Inc.
A&E Machine Shop Inc.
A&K Railroad Materials Inc.
A.B. Erwin Welding
A.L. Helmcamp Inc.
A+ Fabrication
AAF International
Aaxion
Abasco LLC
ABB Inc.
ABC Auto
ABL Services Inc.
Able Communications Inc.
AboveNet Communications Inc.
Abresist Corp.
Absolute Consulting Inc.
Academy of Medicine Engineering & Science of Texas
ACAP Health
Accenture LLP
Access Industrial Maintenance Inc.
Accretive Solutions-Dallas LP
Ace Welding & Fabrication
ACFM Inc.
ACM Global High Yield Offshore
Acosta, Arcilia
ACT Independent Turbo Services
ACT Pipe & Supply Inc.
Action Cleaning Systems
Action Stainless & Alloys Inc.
Acuity Specialty Products Inc.
Acuren Inspection Inc.

Ad Gifts Co. Inc.
Ada Carbon Solutions (Red River) LLC
Ada Carbon Solutions LLC
Ada Environmental Solutions
Ada ES Inc.
ADM Investor Services Inc.
ADP Inc.
Advanced Analytical Laboratories
Advanced Industries Inc.
Advanced Technologies Consultants
AEC Powerflow
Aecom Technical Services Inc.
Aegis
Aegis Insurance Services
Aeon PEC
AEP Energy Partners Inc.
AEP Southwestern Electric Power Co.
AEP Texas Central Co.
AEP Texas North Co.
Aequity Holdings LLC
Aerometrics Inc.
Aerovironment Inc.
Aerzen USA
Aetna
Aetna Hartford
Aetna Inc.
Agency/Medium Term Finance
Aggreko Inc.
Aggreko LLC
Agilent Technologies
AGT Services
Air Hygiene International Inc.
Air Liquide America Specialty Gases LLC
Air Mac Inc.
Air Power Sales & Service
Airgas
Airgas Safety
Airgas Specialty Products
Akin Gump Strauss Hauer & Feld LLP
Akron Consulting LLC
Albemarle Corp.
Alcoa

Alden Research Laboratory Inc.
Alecom Metal Works Inc.
Alimak Hek Inc.
Alin Machining Co. Inc.
All Pro Automotive
All State Industries Inc.
Allen Machine & Equipment
Allen Sherman Hoff
Allen Systems Group Inc.
Allen's Electric Motor Service
Allen's Electric Motors
Alliance Power Group
Alliant Energy Corporate Services Inc.
Allied Electronics Inc.
Alloys & Components Southwest
All-State Belting LLC
Allstate Groundwater Control
All-Tex Pipe & Supply Inc.
Allums, Ramona
Alman Construction Services
Alman Electric Inc.
Alpha Coal Sales Co. LLC
Alpha Erosion Products
Alpha Natural Resources
Alpha Services
Alstom Power
Altran
Aluminum Co. of American (Alcoa)
Alvarez & Marsal LLC
Amber L. York Trust
Ameco
Ameralloy Steel Corp.
Amercable
Ameren Energy Generating Co.
Amerex Brokers LLC-Emissions
Amerex Brokers LLC-Gas
Amerex Brokers LLC-Power
Amerex Brokers LLC-Retail
American Air Filter
American Airlines Center
American Coalition For Clean Coal Electricity
American Corporate Partners Inc.
American Crane & Equipment Corp.

American Efficiency Services LLC
American Electric Power Inc.
American Elevator Technologies
American Gear & Pump
American Hydraulics
American International Group
American Legislative Exchange
Council
American List Counsel
American Multi-Cinema Inc.
American Nuclear Insurers
American Power Services Inc.
American Red Cross
American Red Cross - Dallas Area
Chapter
American Trainco Inc.
Ameritek
Ameritek Plant Services LLC
Ametek Solidstate Controls
Amplifinity Inc.
Amsted Rail
Anadarko E&P Onshore LLC
Analysis of Measurement Services
Corp.
Analytic Partners Inc.
Ancira Ford
Ancira Winton Chevrolet Inc.
Anderson County (TX)
Anderson Fertilizer
Anderson Greenwood Crosby Valve
Andrews Transport Inc.
Anixter-Dallas
Ann Mcgee Cooper & Associates
Inc.
Anthony Mechanical Services Inc.
Aon (Bermuda) Ltd.
Aon eSolutions Inc.
Aon Risk Services Southwest Inc.
AP Services LLC
Apache Corp.
Apex Geoscience Inc.
APG Consulting Inc.
API Systems Group Inc.
Applabs Tech Pvt Ltd.
Applegate Commodities LLC
Applied Energy Co. LLC

Applied Industrial Technologies
Inc.
Apptio Inc.
Apptricity
APS America LLC
Aramark Uniform Services
Arbill Industries Inc.
Arborgen LLC Livingston
Arch Coal Sales Co. Inc.
Archon Resources LLC
Areva Inc.
Areva NC Inc.
Areva NP Inc.
Argo Power Services Ltd.
Ariba Inc.
Arinc Inc.
Arkansas Industrial Machinery Inc.
Arkansas Oklahoma Railroad Co.
Inc.
Arlington Urban Ministries
Armstrong International Inc.
Arnold & Porter LLP
Arrow Geomatics Inc.
Arrowhead Contractor Supply Inc.
Arthur Temple College of Forestry
Asbestos Removal Inc.
Ascend Performance Materials
Asgco Manufacturing Inc.
Asher Media Inc.
Assistance Center of Collin County
(TX)
Association of Electric Cos. of
Texas
AT&T
AT&T Corp.
AT&T Internet Services Inc.
AT&T Opus
ATC Nuclear
Atkins North America Inc.
Atlas Commodities LLC
Atlas Copco
Atlas Copco Compressors LLC
Atlas Manufacturing Co. Inc.
ATR Inc.
Atwood, Sarah
Aumund Corp.

12

Austin White Lime Co.
Automatic Systems Inc.
Automation Service
Automation Technology Inc.
Autonomy Inc.
Avenue Omnibus Account LLC
AWC Inc.
Axon Solutions Inc.
Ayco Co. LP
Azima DLI
Azima Inc.
B&D Industrial & Mining Services
Inc.
B&G Machine Inc.
B&K Services
B&W Power Generation Group Inc.
B.E. Consulting Inc.
B3 Systems Inc.
Babcock & Wilcox
Babcock & Wilcox Power
Generation Group Inc.
Bait Barn Fisheries, The
Baker Botts LLP
Baker Hughes Inc.
Baker, James A., III
Baker, Thomas L.
Balch & Bingham LLP
Baldwin Metals Co. Inc.
Bamert Seed
Bank of New York Corporate Trust
Admin Support, The
Bank of New York Mellon
Corporate Trust Municipal, The
Bank of New York Mellon
Corporate Trust, The
Bank of New York Mellon, The
Bank of New York Trustee, The
Bank of New York, The
Bank One Purchasing Card
Bank One Travel Card
Barclays Bank
Barco Inc.
Barlett Nuclear Inc.
Baro Cos.
Baro Holdings Inc.
Barr Engineering Co.

Barry Sibul Co.
Barsco
Bartley, Jimmy
Bartley, Virginia
Basis Technologies Inc.
Bass Engineering Co. Inc.
Bastrop County Tax Office (TX)
Bay Area/General Crane Service
Bayless Auto Supply
Baylor Health Care System
Bazaarvoice Inc.
BCS Stop & Go Potties
Beach Street Consulting Inc.
Beacon Aviation Inc.
Beacon Training Services Inc.
Becht Engineering Co. Inc.
Bechtel Power Corp.
Beckville Independent School
District (TX)
Bell Helicopter Textron Inc.
Bellomy Research
Benchmark Industrial Services
Bendco
Benetech Inc.
Bentley Systems Inc.
Bently Nevada Corp.
Beshear Group Inc.
Best Mechanical Inc.
Best Pump Works
Best Pumpworks
Bete Fog Nozzle Inc.
Beveridge & Diamond PC
BFI Pumps Inc.
BFI Waste Systems of North
America LLA
BG Construction
BHP Billiton Olympic Dam Corp.
Pty Ltd.
BI Inform Global
Bibb, Kyle
Big Dumpster, The
Bipartisan Policy Center
Bi-State Rubber Inc.
Black & Veatch Corp.
Blackstone Advisory Partners LP
Bland Construction Co.

Blevins, Michael R.
Bloomberg LP
Blue & Silver Energy
Blue Cross Blue Shield Health Care
Services Corp.
Blue Flame
Bluewater Strategies LLC
BMT WBM Inc.
BNL Industries Inc.
BNSF Railway Co.
BNY Mellon
Bob Lilly Professional Marketing
Bolin Construction Inc.
Bolttech Mannings
Boomi Inc.
Boral Material Technologies Inc.
Border States Electric Supply
Boron Products LLC
BOSC Mutual Fund
Boston Consulting Group Inc.
Boston Mutual Life
Bowdens Guaranteed Hydromulch
Box Inc.
Boy Scouts of America
BP America Production Co.
BP Energy Co.
Bracewell & Giuliani LLP
Brahmtex Inc.
Brake Supply Co.
Brake Supply-Southwest Inc.
Brazos Mag LLC
Brazos River Authority (TX)
Brazos Valley Parts Co.
Brazos Wind LP
Breaktime Solutions
Brenntag Southwest Inc.
Brian Kelly Glass & Mirror Co. Inc.
Bridgeline Digital
Bridgestone Americas Tire
Operations
Brighter Tomorrows Inc.
Britjon Co. LLC
Broadspire Services Inc.
Brooks, Johnny Earl
Brooks, Mark Edward
Brown McCarroll LLP

Bryan & Bryan Asphalt Road Oil
Co.
Bryan Cave LLP
Bryan Hose & Gasket - Rockdale
Bryan Hose & Gasket Inc.
BSG TPV LLC
BTU Brokers Inc.
Buckman Laboratories Inc.
Buffalo Industrial Supply Inc.
Build Computer Products
Bullard Inc.
Burns & McDonnell
Burns & McDonnell Engineering
Co.
Business Imaging Systems Inc.
Business Interiors
Business Wire
Butler & Land Inc.
Butler Materials
BWF America Inc.
BWM Services
C&E Air Conditioning Services
C.L. Smith Industrial Co.
Cactus Environmental Service
Cadwalader Wickersham & Taft
LLP
CAFCO
Calder Testers Inc.
Call Center Concepts Inc.
Call Communications Inc.
Camcorp Inc.
Cameco Corp.
Cameco Inc.
Camelot Communications Ltd.
Cameron Compression Systems
Cameron International Corp.
Cameron Technologies
Camp Central Appraisal District
(TX)
Camp County Land & Title Co.
Campbell, David
Canberra Industries Inc.
Cantu Foods & Marketing Corp.
Capco Contractors Inc.
Capco Fabricators Inc.
Capco Supply

Capcorp Inc.
CapGemini America Inc.
Capgemini North America Inc
Capital City Janitorial Inc.
Capps True Value Hardware & Ag
Center
Capstone Advisory Group LLC
Caremark
Cargill Inc.
Cargill Salt
Carl White Chevrolet
Carlson Software
Carrollton Farmers Branch
Independent School District (TX)
Carry The Load
Carthage Machine & Welding Inc.
Carver PA Corp.
Case M&I LLC
Cassidy Turley
Cassidy Turley Midwest Inc.
Castell Interlocks Inc.
Castro Roofing of Texas
Cat Financial Capital Solutions
Caterpillar Financial Corp.
Caterpillar Financial Services Inc.
Caterpillar Global Mining Field
Services LLC
Caterpillar Global Mining LLC
Catholic Charities Diocese of Fort
Worth
Cattron Group International
Cavazos, Eddie
Cayuga Independent School District
(TX)
CBP Engineering Corp.
CBRE Investors AAF Strategic
Partners US Value 5
CBREI ITF Calstrs-Dallas Tower
CBS Roofing Services
CCC Group Inc.
CDF Services Inc.
Ceco Sales Corp.
CED Consolidated Electrical
Distributors Inc.
CED Fort Worth Credit
CED/Interstate Electric Co.

Cedar Hill Food Pantry
Celanese
Celanese Chemicals
Cellular One
Cellxion LLC
Celtex Industries
CEMS Professional Services LLC
Cemspro
Center Operating Co. LP
Centerpoint Energy
Centerpoint Energy Gas
Receivables LLC
Centerpoint Energy Houston
Electric LLC
Centerview Partners LLC
Central Marketing
Central Texas Security & Fire
Century Geophysical Corp.
Century Weatherproofing Inc.
CenturyLink
Certrec Corp.
Cervantes Delgado Inc.
Cesco Inc.
CFC Cleaning & Security Service
CFJ Manufacturing
CGS Brokerage LLC
CH2M Hill Inc.
Chapman Construction Co. LP
Checkpoint Consulting LLC
Chemical Lime Co. of Texas
Chemical Lime Inc.
Chemical Weed Control Inc.
Chemtex
Cherokee Central Appraisal District
(TX)
Cherokee County (TX)
Chesapeake Energy Corp.
Childrens Medical Center
Choice Energy Services Retail LP
Choice Natural Gas LP
Choose Energy LLC
Christian Information & Services
Center
Chubb & Son
Chuck Ward & Associates Inc.
Chumley, Brenda Joyce

CI Actuation
CIO Executive Council
Circuit Breaker Sales & Repair Inc.
Cistera Networks
Cit Group/Equipment Financing
Inc.
Citibank NA
Citibank NA Corporate Asset
Citibank New York
Citigroup Energy Inc.
Citigroup Global Markets Inc.
Citrix Systems Inc.
Cladtec (Texas)
Claren Road Credit Master Fund
Ltd.
Clark Welding Services
Clary E&I Services LLC
Clay Cooley Nissan
Clearview International LLC
Click2learn.com Inc.
Cloud Peak Energy LLC
Clowers Co.
Clyde Bergemann Inc.
Coal Combustion Inc.
Coalfire Systems Inc.
Coastal Chemical LLC
Coffield, H.H., Estate of, Deceased
Cohesive Solutions
Collin County (TX)
Colloid Environmental Tech LLC
Commiato's Machine & Repair
Service Inc.
Communications Direct Inc.
Community National Bank & Trust
Community Services Inc.
Commvault Systems Inc.
Como-Pickton Independent School
District (TX)
Compass Professional Health
Services
Compass Royalty Management
LLC
Compete
Competitive Cleaning
Competitive Cleaning Services
Compressor Controls Corp.

Computer Associates
Computer Associates International
Inc.
Computer Engineering Services
Computershare
Comverge Inc.
Concentra Health Services Inc.
Conco Services Corp.
Conco Systems Inc.
Condit Co. Inc.
Conference Board
Congress Holdings Ltd.
Connell Equipment Leasing Co.
Consolidated Communications
Consolidated Mine Service Inc.
Constellation Energy
Constellation Energy Commodities
Group Inc.
Construction Industry Solutions
Corp.
Container Products Corp.
Contech Construction
Contech Construction Products
Continental Field Systems
Continuant
Contractor's Supplies Inc.
Control Components Inc.
Control System & Instrumentation
Consultants Ltd.
Control Systems Co.
Controlled Fluids Inc.
ConverDyn
Conveying Solutions LLC
Cooling Tower Maintenance &
Repair
Cooper Clinic PA
Coppell, City of - Coppell
Independent School District (TX)
Coquest Energy Services Inc.
Core Visual Inspection Services
Corporate Executive Board
Corporate Green Inc.
Corporate Trust Agency
Corporate Trust Clearing
Corptax LLC
Corrosion Control Services

Corrosion Eliminators Inc.
Corrpro Cos. Inc.
Cosa Instrument Corp.
Cosa Xentaur Corp.
Courtney Construction Inc.
Cover-Tek Inc.
Covington & Burling
Coyote Designs
CP Fort Worth LP
Crane Environmental
Crane Nuclear
Crawford & Co.
Crawford Electric Supply
CRC Group Inc.
Credit Suisse Energy LLC
Credit Suisse International
Credit Suisse Securities USA LLC
Credit Systems International Inc.
Crimson Engineered Solutions LLC
Crisp Industries Inc.
Critical Assets
Critical Power Exchange LLC
Crocker Reclamation
Croft, Warner B.
Cross Cleaning Solutions LLC
Cross Country Home Services Inc.
Crowe Horwath LLP
Crown Products Inc.
CSC Communications Supply Corp.
CSC Engineering & Environmental
Consulting
CSC Trust Co. of Delaware
CSI
CSI Global Deposition Services
CSS Direct Inc.
CSW Superiorcorp
CT Corp. System
CTI
Cummins Southern Plains Inc.
Cummins Southern Plains LLC
Cummins Southern Plains Ltd.
Curtis-McKinley Roofing & Sheet
Metal Inc.
Custforth Inc.
Custom Hose & Supply
CVMS Waco Data Partners LLC

Cyara Solutions Corp.
Cypress Fairbanks Independent
School District (TX)
D&B - Dun & Bradstreet
D&C Cleaning Inc.
Dakota Distributing LP
Dallas Aerial Surveys Inc.
Dallas Arboretum
Dallas Convention Center Hotel
Development Corp.
Dallas County (TX)
Dallas County Health & Human
Services (TX)
Dallas County Tax Office (TX)
Dallas Film Society Inc.
Dallas Regional Chamber
Dallas Stars
Dallas USCM Event Host
Committee
Dallas Water Utilities (TX)
Dallas, City of (TX)
Damper Co. of America
Darchem Engineering Ltd.
Darr Equipment LP
Darr Lift
DART Revenue Department
Dashiell LLC
Data Exchange
Data Systems & Solutions
Dauplaise, Catherine E.
David Round Co., The
Davis Motor Crane Service
DB Energy Trading LLC
DCI Group LLC
Dealers Electrical Supply
Deatech Consulting Co.
Debault Welding
Deepdive Networking Inc.
Defrance, Kenneth
Defrance, Ronald Joseph
Delek Refining Ltd.
Dell Computer Corp.
Dell Marketing LP
Dell USA LP
Deloitte & Touche
Delta Fabrication & Machine

Delta Rigging & Tools Inc.
Denbury Resources Inc.
Dennis Cameron Construction &
Equipment LLC
Depend-A-Can Co.
Depository Trust Co.
Derek Scott's Auto Park
Design Assistance Corp.
Detroit Edison Co.
Devonway Inc.
Dezurik Inc.
DFW Communications
DFW Minority Supplier
Development Council
DHL Analytical
Diamond Power
Diamond Power International Inc.
Diamond Power Specialty
Diamond Systems
Dick & Sons Diving Service
Didrikson Associates Inc.
Diesel Power Supply Co.
Dieste Inc.
Directory Concepts
Dirgin Water Supply Corp.
Diversified Drilling Services Inc.
Dixie Equipment LLC
DMC Carter Chambers Inc.
Dodson Trucking Inc.
Don Drive Interiors Inc.
Doyenne Constructors LLC
DPC Industries Inc.
Drake Controls
Dresser Direct
Dresser Inc.
Dresser-Rand Co.
Dresser-Rand/Leading Edge
DSS Fire Inc.
DST Output Central LLC
DTE Energy Trading Inc.
Duff & Phelps LLC
Duggins Wren Mann & Romero
LLP
Duncanville Independent School
District (TX)
Duncanville Outreach Ministry

DV Studios
DXP Enterprises Inc.
Dynamic Equipment & Systems
Inc.
Dynamo Suite LLC
EADS Co., The
Eagle Burgmann Industries LP
Earth Technology Pty Ltd.
East Baton Rouge Parish (LA)
East Texas Seed Co.
East Texas Wildlife Damage
Control
Eastern Instruments
Eastern Technologies Inc.
Eastex Telephone
Eastex Telephone Coop Inc.
Eaton Corp.
ECE Consulting Group Inc.
Ecochem Analytics
Ecova Inc.
EDF Trading North America LLC
Edge Energy LLC
EDH Electric Inc.
Edison Electric Institute
Edko LLC
Effective Environmental Inc.
Efficient Attic Systems LP
Effox Inc.
Effox-Flextor
EFH Active Retirement Plan Trust
EFH Corp.
EFH Corporate Services Co.
EFJHC
EIS
Ekato Corp.
El Campo Spraying Inc.
Electrical Builders Inc.
Electrical Controller Products
Electrico Inc.
Electromark Co.
Electro-Motive Diesel Inc.
Elk Engineering Associates Inc.
Elliott Electric Supply
Emani
EMC Corp.
Emerson Network Power

Emerson Process Management
Power & Water Solutions Inc.
Empirix Inc.
Employment Learning Innovations
Inc.
Empower Software Solutions
Enduro Composites Inc.
Enercon Services Inc.
Enerflex Energy Systems Inc.
Energy & Process Corp.
Energy Edge Consulting LLC
Energy Federation Inc.
Energy Insurance Mutual Ltd.
Energy Laboratories
Energy Link LLC, The
Energy Northwest
Energy Pac
Energy Portfolio Associates LLC
Energy Services Group Inc.
Energy Steel & Supply Co.
Energy Transfer Fuel LP
EnergySolutions Services Inc.
Enertech Unit of Curtiss-Wright
Flow Control Co.
Enertechnix
Engine Systems Inc.
Engineered Casting Repair
Engineering Consultants Group Inc.
Engineering Resources LLC
Enkitec LP
Enoch Kever
Enrich Consulting, Inc.
Enserco Energy Inc.
Ensuren Corp.
Entech Sales & Service Inc.
Entergy Operation Inc.
Enviance Inc.
Environment/One Corp.
Environmental Systems Corp.
Enze, Charles Ray
EOAC
E-On Climate & Renewables
EOP Group, The
EOX Holdings LLC
Epiq Bankruptcy Solutions LLC
Episcopal Foundation of Texas

EPM Power & Water Solutions Inc.
EPRI
EPS LLC
Equifax Information Services LLC
Equipment Depot
Equipment Imaging & Solutions
Inc.
Equivalent Data
ER Solutions Inc.
ERCOT
E-Rewards
Ernst & Young LLP
Esco Corp.
EscoSupply
E-Source Cos. LLC
E-Source Holdings LLC
ESP - Energy Systems Products Inc.
EST Group Inc.
Estes Okon Thorne & Carr Pllc
Etherios Inc.
Ettl Engineers & Consultants Inc.
Eubanks Auto Electric Inc.
Eubanks, Cindy Marie
Eubanks, Herbert E., Jr.
Evans, Donald L.
Evercore Group LLC
Everest Dallas Channels Inc.
Evolution Markets Inc.
Evolve Research
Excel Carbon & Alloy Corp.
Excel Foundry & Machine Inc.
Exec Security Services Co.
Exelon Generation Co.
Experian Business Information
Solutions Inc.
Explosive Professionals Inc.
Exponent Inc.
Expro Specialized Services Inc.
Extend Health Inc.
Ezell Construction
F.E. Hill Co Ranch Ltd.
F.E. Moran Inc.
Factory Mutual Insurance Co.
Falkenberg Construction
Family Resource Center
Fannin Central Appraisal District

(TX)
Fastenal Co.
FBE Construction Ltd.
FCC Environmental LLC
FCX Performance Inc.
Federal Signal Corp.
Feedback Plus Inc.
FEMA
Ferguson Enterprises
Ferguson Waterworks
FFG Enterprises Inc.
Fidelity Employer Services Co.
LLC
Fidelity Investments Treasury Fund
Fidelity National Title Insurance
Co.
Filsinger Energy Partners
Fina, Michael C.
Financial Engineering Associates
Firehost Inc.
Firetrol Protection Systems Inc.
First Acquisition Republic Group
First On 6th LP
Fiserv Inc.
Fish & Richardson PC
Fisher Controls / IVS
Fisher It Inc.
Fisher Scientific
Fitch Inc.
Flagship Rail Services Inc.
Flanders Electric Inc.
Flanders Electric Ltd.
Flexco
Flint Hills Resources LP
Flir Commercial Systems Inc.
Floresville Ford Mercury Ltd.
Flow Solutions Inc.
Flowmatics Inc.
Flowserve Corp.
Flowserve Pump Division
Flowserve US Inc.
Flowserve USA
FLSmidth Airtech
FLSmidth Airtech AFT Division
FLSmidth Inc.
FLSmidth Krebs Inc.

Fluid Engineering
Fluor Enterprises Inc.
Fluor Global Services
Foresee Results Inc.
Forrester Research Inc.
Forsythe Solutions Group Inc.
Fort Bend Independent School
District (TX)
Fort Worth Gasket & Supply
Fort Worth, City of (TX)
Forward Energy Group LLC
Foster Wheeler North America
Corp.
Four States Petroleum Transport
Inc.
Fox Scientific Supplies &
Equipment
Foxworth Galbraith
FPL Energy Pecos Wind I LP
FPL Energy Pecos Wind II LP
Franklin Auto Supply
Franklin Covey Co.
Franklin Independent School
District (TX)
Freepoint Commodities LLC
Freese & Nichols Inc.
Freestone County (TX)
Freestone County Title Co.
Frham Safety Products Inc.
Fried Frank Harris Shriver &
Jacobson
Frisco Construction Services
Frisco Stadium LLC
Fronek Power Systems LLC
Frontier Associates LLC
Frontier Surveying
Frontier Trading Co. Inc.
Frost Crushed Stone
Fuel Exchange LLC
Fuel Tech Inc.
Fulbright & Jaworski LLP
Furmanite America
Furmanite Inc.
Future Com Corp.
G&K Services
G&L Mechanical Contractor LP

G2 Electrical Testing & Consulting LLC
Gajeske Inc.
Galaxytech
Gamble, Phil, Attorney at Law
Gardner Denver Nash
Garland Independent School District (TX)
Gartner Group
GATX Corp.
GBT Steel Group
GC Services LP
GCP Americas LLC
GCR Truck Tire Centers Inc.
GE Analytical Instruments
GE Capital
GE Control Solutions
GE Energy
GE Energy Control Solutions Inc.
GE Energy Motors
GE Energy Parts
GE Inspection Technologies LP
GE Intelligent Platforms Inc.
GE International Inc.
GE Mobile Water Inc.
GE Technology Finance
GE Transportation Finance
Gel Laboratories LLC
Gem-Trim LLC
General Atomics
General Datatech LP
General Electric Co.
General Electric International Inc.
General Insulation
General Physics Corp.
Generator & Motor Services Inc.
Genesis Systems Inc.
Genesys Telecommunications Laboratories Inc.
Genilogix LLC
Genscape Inc.
Georgetown Railroad Co.
Georgia Western
Geo-Solutions Inc.
Gexpro
GFI
GFS Texas
Gibson Dunn & Crutcher LLP
Gimmal Group Inc.
Gimmal LLC
GK Techstar LLC
Glacken, Pamela Shawn
Glacken, Shawn
Gleason Reel
Glen Rose Independent School District (TX)
Glen Rose Medical Clinic
GLM DFW Inc.
Global Bondholder Services Corp.
Global Consulting Partners
Global Energy Decisions Inc.
Global Ice Blasting Inc.
Global Rail Systems Inc.
Glowpoint Inc.
Goddard Enterprises
Godwin Pumps of America
GOH Medical PA
Golder Associates Inc.
Goldman Sachs & Co.
Goldman Sachs Fund Group
Good Samaritan Ministries
Good Shepherd Medical Center
Goodall Rubber Co.
Google Inc.
Gorrondona & Associates Inc.
Gosdin's Dozer Service
GP Strategies Corp.
Grace - Grapevine Relief and Community Exchange
Graebel
Grainger
Grand Prairie United Charities
Graphic Products
Grasslander
Graver Technologies
Great Place to Work Institute
Great Southwestern Fire & Safety
Greater East Texas Community Action Program
Greenberg Grant & Richards Inc.
Greenbrier Rail Services
Greene, M.S.

Green's Custom Services
Greens Port Ship Channel Partners
Gregg County (TX)
Gregg Industrial Insulators Inc.
Greg's Overhead Door Services Inc.
Griffin Restoration Inc.
Groppe Long & Littell
GTTSI - Global Technical Training
Services Inc.
Guaranty Title Co.
Gulf States Toyota Inc.
Gurrola, Juan
Guy Brown Management LLC
Guy Brown Medical
Guy Brown Products
GXS
H&E Equipment Services
H.E. Spann Co. Inc.
H.H. Howard & Sons Inc.
H5 Farms LLC
Hach Co.
Hagemeyer North America
Haggin Marketing
Haldor Topsoe Inc.
Hamon Custodis Inc.
Hanes Geo Co.
Hanning, Pamela D.
Hanning, Rickey L.
Hannon Hydraulics
Hanson Aggregate
Harlow Filter Supply Inc.
Harold Beck & Sons Inc.
Harris County Community Services
(TX)
Harris Industries Inc.
Harrison County Glass Co.
Hatfield & Co.
Hawk Installation & Construction
Inc.
Hawkins & Parnell
Hawkins Parnell Thackston &
Young LLP
Haynes & Boone LLP
Hayward Tyler Inc.
HCL America Inc.
HD Supply Construction Ltd.

HD Supply Utilities Ltd.
HDR Engineering Inc.
Headwaters Resources Inc.
Health Testing Solutions LP
Helmick Corp.
Helmsbriscoe Performance Group
LLC
HELP Center Community
HELP Center of Temple
Helwig Carbon Products Inc.
Henderson County (TX)
Henry Pratt Co.
Henson Motor Co.
Heritage Title & Abstract
Hertz Equipment Rental
Hesse & Associates Inc.
Hewitt Associates LLC
Hewlett Packard
Hewlett Packard Financial Services
Co.
HF & Associates Inc.
High Temperature Technologies
High Voltage Inc.
Highway Machine Co. Inc.
Hildreth, John
Hill + Knowlton Strategies
Hillhouse Power Solutions Inc.
HireRight Inc.
Hitachi Data Systems
Hitachi Data Systems Credit Corp.
Hitachi Power Systems America
Hi-Tech Testing Service Inc.
Hoist & Crane Service Group
Holliday Fenoglio Fowler LP
Holman Boiler Works Inc.
Holmes Murphy & Associates Inc.
Holt Cat
Holt Cat Rental
Holtec International
Honeywell Inc.
Honeywell Industry Solutions
Hood Central Appraisal District
(TX)
Hood County (TX)
Hooper, Christine P.
Hopkins County Tax Office (TX)

Hopson Services Co. Inc.
Horiba Instruments Inc.
Houlihan Lokey Capital Inc.
Houston Zoo Inc.
Howden Buffalo Inc.
Howden North America
Howser, Virginia P.
Hrchitect Inc.
HRWK Inc.
Hubbell Power Systems
Huffines, James R.
Humphrey & Associates Inc.
Hunter Office Furniture
Hunton & Williams LLP
Husch Blackwell LLP
Husch Blackwell Sanders LLP
Hydradyne Hydraulics
Hydroaire Service Inc.
Hydrotex Dynamics Inc.
Hydrovac Services Inc.
Hyperspring LLC
I&O Communications
IBEW Local Union #2078
IBEW Local Union #2078 Dues
IBEW Local Union #220
IBEW Local Union #2337
IBEW Local Union #2337 Dues
IBM Corp.
Icap Energy LLC
Icap United Inc.
ICE US OTC Commodity LLC
iCrossing Inc.
Ideal Direct Marketing Execution
I-Deal LLC
IEX Corp.
IHS Global Inc.
Ikard Wynne LLP
ILRT Inc.
Imagemaker Post Inc.
Imagination Branding
IMG College LLC
Imperium Public Affairs
Independent Air Brake Service
Industrial Electric Motor Co
Industrial Electronic Supply Inc.
Industrial Lubricant Co.

Industrial Refractory Services
Industrial Silo Source Inc.
Industrial Supply Solutions Inc.
Industry Services Group Inc.
Inficon Inc.
Infogroup Enterprise Solutions
Information Alliance
Ingersoll-Rand Air Center
Ingersoll-Rand Co.
Ingram Enterprises Inc.
Inmotion Scales
Innis Co., The
Innovative Control Solutions
Innovative Millwork Systems Inc.
Inolect LLC
Instine, Jacquelyn Louise
Instine, Russell Doyle
Institute of Nuclear Power
Operations
Instrument & Valve Services Co.
Intec Communications LLC
Intech Inc.
Integrated Global Services Inc.
Integrated Power Services LLC
Integrity Integration Resources
Intella Sales LLC
Interactions Corp.
Intercontinental Exchange Inc.
Interface Flooring Systems Inc.
Interim Management Group Inc.
Intermountain Electronics Inc.
Internal Revenue Service
International Business Machines
Corp.
International Exterminator
International Quality Consultants
Inc.
Intertek AIM
Intralinks Inc.
Invensys
Invensys Process Systems
Invensys Systems Inc.
Invesco Aim Investment Services
IPC Systems Inc.
Ipsos ASI
Ireland Carroll & Kelley PC

Iris Power LP
Irving Cares
Irving Independent School District
(TX)
Irving Independent School District
(TX) Tax Office
Irving, City of (TX)
ISC Constructors LLC
Isco Industries Inc.
Isco Industries LLC
ista North America Inc.
ITC Nuclear Fuel Services
(Cayman) Ltd.
Itron Inc.
ITT Engineered Valves
IVG Energy Ltd.
J Aron & Co.
J Conly & Associates Inc.
J Givoo Consultants Inc.
J Sugar Co. Inc.
J&S Construction LLC
Jack Central Appraisal District (TX)
Jack County (TX)
Jack W Gullahorn PC
Jackson Kelly Pllc
Jackson Pipe & Steel
Jackson Sjoberg McCarthy &
Wilson LP
Jackson Walker LLP
James A. Baker Production Fund
Jani-King DFW
Jani-King Inc.
Jaster-Quintanilla Dallas LLP
Jay Martin Co. Inc.
JD's Babbitt Bearings LLC
Jellyvision Lab Inc.
Jenfitch LLC
Jernigan, Travis Eugene
Jerry Lang Combustion Consulting
JF Services Inc.
Jimmie Deal Inc.
Jim's Rental Services
JJA Inc.
JK-Co. LLC
JLCC Inc.
JLP Credit Opportunity Master

Fund Ltd.
JMEG LP
Joel Wink Equipment Services LLC
John Crane Inc.
Johnson & Pace Inc.
Johnson Controls/York
Johnson Matthey Catalysts LLC
Johnson Matthey Inc.
Johnson Matthey Stationary
Emissions Control LLC
Johnson Oil Co.
Jordan & Hall
Joy Global Surface Mining
Joyce Crane
Joyce Steel Erection Ltd.
JP Morgan Chase Bank
JP Morgan Chase Co.
JP Morgan Chase NA
JP Morgan Securities Inc.
JPMorgan Chase Bank NA
JSC Law Enforcement Sales
Judy Newton Land Services LLC
K Street Partners Inc.
K&L Gates LLP
K. Fernandez & Associates
K.D. Timmons Inc.
Kalenborn Abresist Corp.
Kalsi Engineering Inc.
Kansas City Southern Railway
Kansas Gas & Electric
Kasowitz Benson Torres &
Friedman LLP
Kastner, Leonard R.
Kastner, Marina Ann
Katy Independent School District
(TX)
Kekst & Co. Inc.
Kelly, Mike
Kelm Engineering
Kennametal Inc.
Kennametal Tricon Metals &
Services
Kennedy Wire Rope & Sling Co.
Kestrel Power Engineering LLC
Kforce Inc.
KHA Geologics LLC

Kiewit Finance Group Inc.
Klein Products of Texas Inc.
Kneeland Youngblood
Knighthawk Engineering Inc.
Koetter Fire Protection
Koetter Fire Protection of Austin
LLC
Koetter Fire Protection of Longview
Kohlberg Kravis Roberts & Co.
Konecranes Inc.
Konecranes Nuclear Equipment &
Services
Koso America Inc.
Koso America/Rexa
Kownurko, William A.
Kramer Levin Naftalis & Frankel
Kria Systems Inc.
KSB Inc.
Kusin, Gary
L&H Industrial
L-3 Communications
Lacy Surveying Inc.
Lambert Oil Co. Inc.
Lancaster Outreach Center
Landauer Inc.
Landon Alford
Landy, Richard J.
Lanier Parking Solutions
Larrett Inc.
Lauck Group, The
Lauren Engineers & Constructors
Inc.
Laurie Fenstemaker Pair
Layne Christensen Co.
Lay's Manufacturing Inc.
Lay's Mining Service
Lazard Freres & Co. LLC
LCG Consulting
LCM Technology Lc
LCRA Transmission Services Corp.
Leadership Resource Center
Leak Detection Services
Leclairryan PC
Leco Corp.
Lectrodryer LLC
Lee County Tax Office (TX)

Lee Hecht Harrison LLC
Leeco Energy Services
Leica Geosystems Inc.
Leica Inc.
Level 3 Communications LLC
Levi Ray & Shoup Inc.
Lewis, Gibson D.
Lewis-Goetz & Co. Inc.
Lexair Inc.
Lexington Acquiport Colinas LP
Lhoist North America
Lhoist North America of Texas
Liberty County (TX)
Liberty Mutual Group
Liberty Mutual Insurance Co.
Liberty Power
Life Account LLC
Lillard Wise Szygenda Pllc
Limestone County (TX)
Lin R Rogers Electrical Contractors
Inc.
Lindig Construction Inc.
Lionstone CFO Two Ltd.
Liquid Process Technologies
Littler Mendelson PC
Live Energy Inc.
LivePerson Inc.
Lochridge-Priest
Locke Lord Bissell & Liddell
Lockton Cos. LLC
Locomotive Service Inc.
Lone Star Air & Hydraulics LLC
Lone Star Chevrolet
Lone Star Railroad
Lonestar Actuation
Lonestar Group Consulting Services
LLC
Lonestar Group LLC, The
Long Industries
Longview Bridge & Road Inc.
Longview Fab & Machine Inc.
Loop Capital Markets LLC
Lormar Reclamation Service
Louisiana Energy Services
Louisiana Enrichment Services
Love Title & Abstract

LP Amina LLC
LPB Energy Consulting
LPI Consulting Inc.
LRS-RDC Inc.
LS Bond Fund
LS Strategic Income Fund
Lubbock Electric Co. Inc.
Lubrication Services LLC
Lucas, Mitchell L.
Lufkin Electric Co. Inc.
Lufkin France
Lufkin Industries Inc.
Lufkin Rubber & Gasket
Luminant Energy
Luminant Energy Co. LLC
Lyle Oil Co.
M&C Products Analysis
Technology Inc.
M&S Technologies Inc.
M.T. Casey & Associates
M.W. Smith Equipment Inc.
Mackson Inc.
Macquarie Energy LLC
Macquarie Futures
Madison Group LLC
Magellan Behavior Health Inc.
Magellan Behavioral Health
Magnetic Instrumentation Inc.
Magnetic Instrumentation Inc.
Magnetrol International Inc.
Magnolia Independent School
District (TX)
Magnum Engineering & Controls
Inc.
Magnum Technical Services
Mainline Information Systems Inc.
Maintenance Engineering Corp.
Mammoet USA Inc.
Management Associated Results
Co.
Management Resources Group Inc.
Mannings USA
Maptek
Marco Inspection Services LLC
Marco Specialty Steel Inc.
Mario Sinacola & Sons

Mario Sinacola & Sons Excavating
Inc.
Marketing Arm Inc., The
MarketNet Inc.
Markit Group Ltd.
Marriott International Inc.
Martin Engineering
Martin Luther King Community
Center
Martin Marietta Materials Inc.
Martzell & Bickford
Mass Technologies Inc.
Mastec North America Inc.
Mastercraft Business Forms Inc.
Mastercraft Printed Products
Master-Lee Engineered Products
Masterplan
Matheson Tri-Gas
Mathilde E. Taube Living Trust A
Mathilde E. Taube Living Trust B
Mathworks Inc., The
Mayhan Fabricators Inc.
MC2 Energy LLC
McAdams Road Advisory LLC
McAulay Firm, The
McCollum Electronics Inc.
McCombs School of Business
McConnell & Jones LLP
McConway & Torley Group
McCullough & Associates
McDermott Will & Emery
McDonald Public Relations Inc.
McDonald, Margie
McDonough Construction
McGivney & Kluger PC
McGivney & Kluger PC Trust
McGlinchey Stafford Pllc
McGuirewoods Consulting LLC
McGuireWoods LLP
McJunkin Red Man Corp.
McKinney, City of (TX)
McLennan County (TX)
McMaster-Carr Supply Co.
McNichols Co.
Mechanical & Ceramic Solutions
Inc.

Mechanical Dynamics
Mechanical Dynamics & Analysis Inc.
Mechtech Inc.
MECO Inc.
Media Management
Medium Term Finance
Medsafe
Mega Energy LP
Megger
Mehlman Vogel Castagnetti Inc.
Mellon Bank
Mellon Trust of New England Na
Menardi
Menardi Mikropul LLC
Mercer
Mercer Human Resource Consulting
Mercer Rubber Co.
Merico Abatement Contractors Inc.
Meridium Inc.
Merrick Industries
Merrill Lynch Capital Services
Merrill Lynch Commodities
Merrill Lynch Pierce Fenner & Smith
Merritt, Dorothy
Meserve, Richard A., Dr.
Mesquite Social Services
Mesquite Tax Fund (TX)
Metabank
Metco Environmental
MetLife
Metrocrest Service Center
Metso Minerals Industries Inc.
Mexican American Legislative Policy Council
Mfg Industrial Corp
Mgroup Strategies
MHC X-Ploration Corp.
Michael C Fina Corporate Sales Inc.
Michelin North America
Michelin Tire Co.
Michelin Tire Corp.
Microsoft Corp.
Microsoft Licensing GP

Midco Sling & Cable Co.
Midco Sling of East Texas
Midlothian Cement TXI Operations
Midwesco Filter Resources Inc.
Midwest Energy Emissions Corp.
Midwestern State University
Mignon McGarry
Milam County (TX)
Milbank Tweed Hadley & McCloy LLP
Millco Advisors LP
Miller & Chevalier
Miller & Chevalier Chartered
Miller Chevalier
Miller Electric Co. - Dallas
Miller Electric Co. - Orlando
Miller-Starnes Chevrolet Buick Inc.
Mimeo.com Inc.
Mincom Inc.
Mine Service Inc.
Mine Service Ltd.
Minority Alliance Capital
Mirion Technologies
Mirion Technologies (MGPI) Inc.
Mission Arlington
Missouri & Northern Arkansas Railroad Co. Inc.
Missouri Department of Revenue
Mistras Group Inc.
Mitchell County (TX)
Mitsubishi Electric Power Products Inc.
Mobile Enterprises Inc.
Model Metrics Inc.
ModSpace
Modular Space Corp.
Moelis & Co. LLC
Moltz Morton O'Toole LLP
Moody's Analytics Inc.
Moody's Investors Service
Morgan Lewis & Bockius
Morgan Lewis & Bockius LLP
Morgan Stanley & Co. Inc.
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services
Morgan Stanley Government

Portfolio
Morgan Stanley Institutional
Liquidity Funds
Morgan Stanley Treasury Portfolio
Funds
Morris Material Handling Inc.
Mosby Mechanical
Motion Industries
Motiva Enterprises LLC
MP Husky LLC
MPR Associates Inc.
MPW Industrial Water Services
MRC Rail Services LLC
MRDB Holdings Inc.
MRO Software
MTI Industrial Sensors
Munters Corp.
Museum of Nature & Science
Music Mountain Water Co.
Naes Corp.
Nalco Co.
Napa Auto Parts
Napa Tire & Auto Supply Inc.
NASDAQ OMX Commodities
Nassif Chbani Inc.
National Association of
Manufacturers
National Chemsearch
National Field Services
National Filter Media
National Mining Association
National Pump & Compressor (LA)
National Pump & Compressor (TX)
National Switchgear Systems Inc.
Natural Gas Exchange Inc.
Navasota Valley Electric
Cooperative
Navigant Consulting Inc.
NC Motors & Controls Inc.
NCO Financial Systems Inc.
Nebraska, State of
NEED - National Energy Education
Development
NERA - National Economic
Research Association
Netco Co. Inc.

Network & Security Technologies
Food Bank
Network of Community Ministries
Neu Consulting Group LLC
Neuco Inc.
Neundorfer Inc.
New Pig Corp.
New Prospect Water Supply Corp.
Newark Corp.
NewEdge USA LLC
Newport Group Inc., The
Newport News Industrial Corp.
NextEra Energy Power Marketing
Nice Systems Inc.
Nix Electric Co.
Noble Americas Gas & Power Corp.
Noble Technical Consultants Inc.
Noblett Electric Motor Service
Nolan Power Group LLC
North American Energy Services
North American Substation Services
North Antelope Rochelle Mine
North Central Ford
North Highland Co., The
North Houston Valve & Fitting Co.
North Louisiana Land Grading Inc.
North Plains Systems
NorthBridge Group
Northeast Emergency District -
Euless
Northeast Texas Machine Welding
& Hardfacing Corp.
Northeast Texas Municipal Water
District
Northeast Texas Power Ltd.
Northeastern Pavers Inc.
Northgate Arinso
NorthgateArinso Inc.
Nov Wilson LP
Nova Machine Products
Novinium Inc.
Novo 1
NRG Power Marketing Inc.
NRG Power Marketing LLC
Nuclear Electric Insurance
Nuclear Energy Institute

Nuclear Logistics Inc.
NuCompass Mobility Services Inc.
Nucon International Inc.
Nueces County Community Action Agency
NuEnergy Inc.
Nukem Inc.
Nunn Electric Supply
NWP Indian Mesa Wind Farm LP
NWS Technologies LLC
Oakridge Bellows
Oberti Sullivan LLP
Occupational Health Centers of the Southwest
Ocwen Loan Servicing LLC
Odessa Pumps & Equipment Inc.
Oeaat Inc.
Office of Surface Mining
Ogletree Deakins Nash Smoak & Stewart PC
Okonite Co., The
Oliver Goldsmith Co. Inc.
Olson, Lyndon L., Jr.
Olympus NDT Inc.
O'Melveny & Myers LLP
Omnibound Technologies Inc.
OMS Strategic Advisors LLC
Oncor Electric Delivery
Oncor Electric Delivery Holdings
Ondeo Nalco Co.
O'Neal Flat Rolled Metals
O'Neill Athy & Casey PC
OneMain Financial
OneSource Virtual HR Inc.
Online Resources Corp.
Open Text Corp.
Operator Training & Inspection Services LLC
Opnet Technologies
Oracle America Inc.
Oracle Credit Corp.
Orbital Tool Technologies Corp.
Orion Instruments
OSIsoft Inc.
Otis Elevator Co.
Overhead Door Co. of Tyler

Oxea Corp.
P&E Mechanical Contractors LLC
Pala Interstate LLC
Palco Engineering & Construction
Pall Advanced Separations System
Pall Corp.
Pall Trinity Micro
Palmetto Mining Inc.
Palos Enterprises Inc.
Panola County (TX)
Pape Enterprises Inc.
Parago Promotional Services Inc.
Pariveda Solutions Inc.
Park Place Technologies
Parker Auto Supply
Parker, John Cody
Parker, John W.
Parkey Consulting
Particulate Control Technologies
Pasco Inc.
Pastor Behling & Wheeler LLC
Patara Oil & Gas LLC
PATH - People Attempting To Help
Pattern Recognition Technologies
Paul Broussard & Associates Inc.
Paul Weiss Rifkind Wharton & Garrison
PCI / Promatec
Pco Div II Inc.
PCPC Direct Ltd.
PCPC Inc.
Peabody Coalsales LLC
Peabody Coaltrade LLC
Peabody Powder River Mining LLC
PEICo Southern Electric International Inc.
Pennsylvania Crusher Corp.
Perella Weinberg Partners LP
Performance Contracting Inc.
Perry & Perry Builders Erectors
Perry & Perry Builders Inc.
Perry Street Communications LLC
Peter's Chevrolet
Peterson, Amos J.
Peterson, Jimmy Leo
Philadelphia Gear - a brand of

Timken Gears & Services Inc.

Philip Morris Capital Corp.
Philips & Meachum Public Affairs
Phoenix Industrial Services LP
Pierce Construction Inc.
Pierce Pump
Pilgrim International
Pillsbury Winthrop Shaw Pittman
Pinnacle Industries Ltd.
Pinnacle Investigations
Pinnacle Technical Resources Inc.
Pioneer Enterprises
Pioneer Well Services LLC
Pira Energy Group
Pitney Bowes Purchase Power
Pitney Bowes Software Inc.
PKMJ Technical Services Inc.
Plains Pipeline LP
Plant Equipment & Services Inc.
Plastocor Inc.
Platinum Intelligent Data Solutions
Platts - Division of McGraw-Hill
Point 2 Point Global Security Inc.
Polan Culley Advocacy Group
Polygon
Port-A-Jon
Powell Delta /Unibus Division
Powell Electrical Systems Inc.
Power & Industrial Services Corp.
Power Advocate Inc.
Power Brokers LLC
Power Control Systems Engineering
Inc.
Power Distribution Products Inc.
Power Engineers Inc.
Power Pac
Power Partners Inc.
Power Plant Outage Services LLC
Power Plant Services
Power Support Inc.
Power System Services Ltd.
PowerAdvocate
PowerRail Distribution Inc.
Powmat Ltd.
Practicing Perfection Institute
PRC Environmental Inc.

Precision Interior Constructors
Precision Landscape Management
Predict Inc.
Preferred Pump & Equipment Inc.
Premier Concrete Products
Premier Technical Services Inc.
Price International Inc.
PricewaterhouseCoopers LLP
Priefert Manufacturing Co. Inc.
Prime Controls LP
Prime Energy Services LLC
Princess Three Operating
Princeton Payment Solutions LLC
Print Synergies Inc.
Priority Power Management LLC
Process Solutions Inc.
Process Solutions Integration
Producers Cooperative
Professional Training Technologies
Inc.
Progress Rail Inc.
Progress Rail Services
Progressive Water Treatment
Pro-Line Water Screen Services
Property Cost Systems
Protect Controls Inc.
Pro-Tem
Protiviti Inc.
Provisional Safety Management
Prowell, Anna
PS Energy Group Inc.
PSAM Worldarb Master Fund Ltd.
PSW Inc.
Public Strategies Inc.
Public Utility Commission of Texas
PublicRelay Inc.
Puente Brothers Investments
Puffer-Sweiven LP
Pureworks Inc.
PVO Energy LP
Pyramid Security Advisors
Quality Consultants
Quality Fuel Trailer & Tank
Qualtech NP
Qualys Inc.
Quantum Spatial Inc.

Quest Software
R&R Heat Exchangers
R.J. Corman Railroad
R.W. Harden & Associates Inc.
RAB Inc.
RAB of Louisiana Inc.
RAD Trucking Ltd.
Railroad Commission of Texas
Railroad Friction Products Corp
Railworks Track Systems Texas
Ran Davis Software LLC
Rand Worldwide Subsidary Inc.
Randy Turner Services LLC
Ranger Excavating LP
Rawson Inc.
Rawson LP
Ray W. Davis Consulting Engineers
Inc.
RC Facility Services LLC
Reagan Transportation
Reagan, Alta Rae
Red Ball Oxygen Co. Inc.
Red Dot Corp.
Red Man Pipe & Supply Co.
Red River Environmental Product
Red River Pump Specialists LLC
Regional Steel Inc.
Regional Steel Products Inc.
Regulus Group LLC
Reilly, William K.
Relay Security Group
Reliance Insurance
Remote Ocean Systems
Renewal Parts Maintenance Inc.
Republic Services National
Republican Governors Association
RES Energy Solutions
Rescar Inc.
Reuters America Inc.
Revenew International LLC
Rexel
Rexel Summers
Reynolds Co., The
Reynolds Industrial Contractors
Riata Ford
Rice University

Richard Parker Family Trust
Richards Group, The
Richards Layton & Finger PA
Richie, Carl S., Jr., Attorney at Law
Richwood Industries Inc.
Rickey N. Bradley Feed & Fertilizer
Ricochet Fuel Distributors
Rightnow Technologies Inc.
Rimpull Corp.
River City Valve Service Inc.
Robert E. Lamb Inc.
Robert J. Jenkins & Co.
Roberts & Spencer Instrument Co.
Roberts Coffee & Vending
Roberts, Jack
Robertson County (TX)
Robinson Fans Inc.
Rockbestos Surprenant Cable Corp.
Rocket Software Inc.
Rolling Plains Management Corp.
Romco Equipment Co
Romero's Concrete Construction
Ronan Engineering Co
Ropes & Gray LLP
Rosemount Analytical
Rosemount Inc.
Rosemount Nuclear Instruments
Inc.
Ross, Alicia Bee
Ross, John Michael
Rotaserv LP
Rotating Equipment Repair Inc.
Round Rock Area Serving Center
Roussel & Clement
RPM Services Inc.
RR Donnelley Receivables Inc.
RSCC Wire & Cable LLC
Rud Chain Inc.
RuhrPumpen Inc.
Runge Inc.
RungePincockMinarco
Rusk County (TX)
Rusk County Electric
Rusk County Electric Co-Op Inc.
Rusk County Electric Cooperative
Rusk County Rural Rail District

Rusk County Well Service Co. Inc.
Russell & Sons Construction Co. Inc.
Russell Reynolds Associates Inc.
Rutherford Equipment
Ryan Inc.
Ryan Mackinnon Vasapoli & Berzok
S&C Electric Co.
S&S Machining & Fabrication
Sabia Inc.
Sabine River Authority of Texas
Sabre Alloys LP
Sadler, Charles D.
Safariland LLC
Saferack
Safety Services Co
SAG Enterprises
SAIC
SAIC Energy Environment & Infrastructure LLC
Sales Marketing & Real Technologies
Salesforce.com Inc.
Salesmanship Club Charitable Golf of Dallas Inc.
Salvation Army Corps Midland
Salvation Army, The
Samson Lone Star LLC
Sandlin Motors Inc.
SAP Public Services
Sargent & Lundy LLC
SAS Global Corp.
SAS Institute Inc.
Saul Subsidiary II LP
Saulsbury Industries
Saveonenergy.com
SBCC Inc.
Schindler Elevator Corp.
Schlueter Group, The
Schlueter, Stan
Schmidt, Paul A., MD
Schneider Electric
Schulz Electric Co.
Schweitzer Engineering Laboratories

Scientech - Division of Curtiss Wright Flow Control Service Corp.
Scope Management Ltd.
Scope Management Solutions Ltd.
Score Atlanta Inc.
Scott & White
Scotwood Industries Inc.
Screening Systems International
Seamans Inc.
Secureworks Inc.
Securitas Security Services USA Inc.
Select Energy Services
Select Oilfiled Construction
Selectica Inc.
Sendero Business Services LP
Seneca Group LLC, The
Senior Flexonics Inc.
Senior Source, The
Sentry Equipment Corp.
Serena International
Serena Software Inc.
Serengetti Law
Set Environmental Inc.
Setpoint Integrated Solutions
SGS North America Inc.
Sharing Life Community Outreach
Sharyland Utilities LP
Shaw Maintenance
Shaw Maintenance (CB&I)
Shearman & Sterling
Sheldon, Richard
Shell Energy North America US LP
Shell Lubricants
Sheltering Arms Senior Services
Shermco Industries Inc.
Sherwin Williams
SHL US Inc.
Sidley & Austin
Sidley Austin LLP
Siemens Demag Delaval Turbomachinery Inc.
Siemens Energy Inc.
Siemens Industry Inc.
Siemens Power Generation Inc.
Siemens Water Technologies Inc.

Siemens Westinghouse Power Corp.
Silverpop Systems Inc.
Silverscript Insurance Co.
SimGenics LLC
Simon Greenstone Panatier Bartlett
Simon Peragine Smith & Redfearn
SimplexGrinnell LP
Simpson Thacher & Bartlett LLP
Sitech Tejas
Sitecore USA Inc.
Sitel Operating Corp.
Six Flags Over Texas
SKA Consulting LP
SKF USA Inc.
Skillsoft Corp.
Skycom Inc.
Skyhawk Chemicals Inc.
Slover & Loftus
SmartSignal Corp.
SMI Energy LLC
Smith County Tax Office (TX)
Smith Equipment USA
Smith Hanley Associates LLC
Sochem Solutions Inc.
Societa Chimica Larderello SpA
Software House International
SolutionSet LLC
Solvents & Metals Inc.
Somervell County General Fund
(TX)
Somervell County Water District
(TX)
Somervell Floors
Sound Technologies
Southern Co. Services
Southern Crane & Elevator
Southern States Inc.
Southern Tire Mart
Southern Tire Mart #49
Southwell Industries
Southwest Airgas
Southwest Airlines Co.
Southwest Business Corp.
Southwest Research Institute
Southwestern Bell Telephone
Southwestern Corp.

SPA Victoria LP
Spacenet Inc.
Spar Inc.
Spectera Inc.
Spectro Analytical Instruments
Spectro Inc.
Spencer Stuart
Spencer-Harris of Arkansas Inc.
Spiramid LLC
SPM Flow Control Inc.
Spot Coolers
Sprint
SPX Flow Control
SPX Flow Technology
SPX Heat Transfer Inc.
SPX Heat Transfer LLC
SPX Transformer Solutions Inc.
SPX Valves & Controls
ST2 LLC
Stafford Juneau Holdings Inc.
Standard & Poor's
Standard Laboratories Inc.
Standard Parking
Standard Parking Corp.
Stanley Consultants Inc.
Star Electricity LLC
Star International Inc.
Star Tex Power
STARS Alliance
State Industrial Products
Statement Systems Inc.
Steag Energy Services LLC
Steam Specialties Inc.
Steam Turbine Alternative
Resources
Steddum, Michael
Stein Industries Inc.
Stella-Jones
Stephen F. Austin University
Stewart - America's Premier Sign
Co.
Stewart & Stevenson
Stewart & Stevenson Power
Products
Stock Equipment Co. Inc.
Stone & Webster Inc.

Storm Technologies Inc.
Story-Wright Inc.
Stovall, Steve
Straight Edge Energy Consultants
Stress Engineering Services Inc.
Structural Integrity Associates
Structure Works Inc.
Stryke Inc.
Stuart C Irby Co.
Studio 206
Successfactors Inc.
Successfactors.com
Sulphur Springs Independent
School District (TX)
Sulphur Springs, City of (TX)
Sulzer Pumps
Sulzer Pumps (US) Inc.
Summit Controls Inc.
Summit Electric
Summit Energy Services Inc.
Sun Coast Resources Inc.
Sun Technical Services Inc.
Sunbelt Supply Co.
Sungard Consulting Services LLC
Sungard Energy Systems
Superior Belt Filter LLC
Survey Sampling International
Susman Godfrey LLP
Sutherland Asbill & Brennan LLP
Sweetwater Wind 1 LLC
Swenson, Kurt R.
Swesco Inc.
Swigor Marketing Group LLC
SWS Environmental Services
Sybase - an SAP Co.
Syniverse Technologies LLC
Systems Group Inc.
T&T Lighting
TA Instruments Waters LLC
Taber Estes Thorne & Carr Pllc
Taggart Global LLC
Talley & Associates
Target Rock Corp.
Tarrant County (TX)
Tarrant County Department of
Human Services (TX)

Tarver, James D., Jr.
Taylor Armature Works LLC
Taylor Brothers Welding Service
Inc.
Taylor Telcomm Inc.
TCEHC
TD Industries
TDC Filter Manufacturing Inc.
TDS Excavation Services
TeaLeaf Technology Inc.
Team Excavating
Team Industrial Services Inc.
Team Oil Tools
TEC Well Service Inc.
Tech Plan Inc.
Techline Inc.
Technetics Group Columbia
Technologent
Techserv Consulting & Training
Teco-Westinghouse Motor Co.
TEKsystems Inc.
Telecom Electric Supply Co.
Teledyne
Teledyne Monitor Labs Inc.
Teledyne Test Services
Telvent USA  LLC
Telwares
Temenos
Templeton Air Conditioning &
Refrigeration
Tenaska Power Services Co.
Tennessee Valley Authority
Terix Computer Service Inc.
TerraSource Global
TES Energy Services LP
TES Inc.
Test Dynamics Inc.
Testex Inc.
Tex Blast Sandblasting
Tex La Electric Cooperative
Texas Air Hydraulic Services &
Supply
Texas Air Hydraulics
Texas Air Systems Inc.
Texas Alloys & Tool Co.
Texas Association of Business

Texas Big Spring
Texas Commission on
Environmental Quality
Texas Competitive Power
Advocates Inc.
Texas Comptroller of Public
Accounts
Texas Crushed Stone Co.
Texas Department of Criminal
Justice
Texas Department of State Health
Services
Texas Department of Transportation
Trust Fund
Texas Diesel Maintenance Inc.
Texas Disposal Systems
Texas Energy Aggregation LLC
Texas Energy Research Associates
Inc.
Texas Engineering Experiment
Texas Flags Ltd.
Texas Health Resources
Texas Heritage Title LLC
Texas Meter & Device Co.
Texas Mining & Reclamation
Association
Texas New Mexico Power Co.
Texas Power & Light Co.
Texas Process Equipment Co.
Texas State Comptroller of Public
Accounts
Texas State History Museum
Foundation
Texas State Treasury
Texas Trees Foundation
Texas Valve & Fitting Co
Texas Weather Instruments Inc.
Texas, Public Utility Commission
of
Texas, Railroad Commission of
Texasadmin.com Inc.
Tex-La Electric Cooperative
TFS Energy Futures LLC
TFS Energy LLC
Thermal Engineering International
Inc.

Thermal Specialties Inc.
Thermo Electron NA LLC
Thermo Environmental Instruments
Inc.
Thermo Fisher Scientific
Thermo Orion Inc.
Thermo Process Instruments LP
Thibado Inc.
Thomas, Gerald E.
Thomas, Janice
Thomasson Co.
Thompson & Knight LLP
Thompson, Jake
Thompson, Sally
Thomson Reuters
Thomson Reuters
Thomson Reuters (Property Tax
Services) Inc.
Thomson Reuters West
Thurman Transportation Inc.
ThyssenKrupp Elevator Corp.
ThyssenKrupp Safway Inc.
Tibco Software Inc.
Time Warner Cable
Timken Gears & Services Inc.
Timsco International Inc.
Timsco Texas Industrial
Maintenance Supply Co.
Titan Engineering Inc.
Titus Central Appraisal District
(TX)
Titus County (TX)
Titus County Fresh Water Supply
District No. 1 (TX)
TLT-Babcock Inc.
TNT Crane & Rigging
Todds A/C Inc.
Toledo Automotive Supply of
Carthage Inc.
Tomecek Electric
Top Hat Services
Toshiba International Corp.
Total Alchemy LLC
Towers Watson Pennsylvania Inc.
TowHaul Corp.
Townley Engineering &

Manufacturing Co. Inc.

Townley Foundry & Machine Co.
Inc.
Townley Manufacturing Co.
TPG Capital LP
TPG Capital Management LP
TPUSA Inc.
Trac-Work Inc.
Trane
Trans Union Corp.
Transactel (Barbados) Inc.
Transcat Inc.
Trans-Rental Inc.
TransUnion LLC
Transwestern
TRC Cos. Inc.
Trend Gathering & Treating LP
Trent Wind Farm LP
Tri Special Utility District
Trico Corp.
Trimble, Barry D.
Trimble, Roxanna M.
Trinity Industries Inc.
Trinity River Authority of Texas
Trinity River Water Authority
Triple J SA Inc.
Triple M Machine Inc.
Tripwire Inc.
TRT Development Co. West
Houston
True North Consulting LLC
Truman Arnold Cos.
TSI Holdings LLC
TSTC Waco
Tullett Prebon Americas Corp.
Tullett Prebon Financial Service
LLC
Turbine Repair Services
Turbo Components & Engineering
TurboCare
Turn Key Operations
Turner Bros Crane & Rigging
Turner Seed Co.
Turnkey Security Inc.
Twin Eagle Resource Management
LLC

Twin State Trucks Inc.
TXU Electric Delivery Co.
TXU Energy
TXU Energy Receivables Co.
TXU Energy Retail Co.
TXU Receivables Co.
Ty Flot Inc.
Tyler Junior College
Tyler Junior College Foundation
Tyndale Co. Inc.
Tyson Building Corp.
UG USA Inc.
UniFirst
United Building Maintenance Inc.
United Conveyor Corp.
United Conveyor Supply Corp.
United Recyclers LP
United Rentals
United Rentals North America Inc.
United Sciences Testing Inc.
United States Chamber of
Commerce
United States Department of Energy
United States Dept of Energy
United States Enrichment Corp.
United States Gypsum Co.
United States Mine Safety & Health
Administration
United States Naval Academy
United States Naval Academy
Foundation
United States Nuclear Regulatory
Commission
United States Treasury Single
Taxpayors (IRS)
United Training Specialists LLC
United Way of Metropolitan Dallas
Univar USA Inc.
Universal Blastco
Universal Vacuum Service
University of North Texas
University of Texas at Arlington
University of Texas at Austin
Uranium One Inc.
Urban League of Greater Dallas
URS Corp.

US Bank Corporate Trust
US Bank Trust NA
US Enrichment Corp.
USP & E Global LLC
USPS
UT Dallas Accounts Receivable
U-Tegration Inc.
Utilities Service Alliance Inc.
Utility Integration Solutions
Utility Marketing Services Inc.
Utility Systems Inc.
Valcor Engineering
Valero Texas Power Marketing Inc.
Vannoy & Assoc Inc.
Vaughan Equipment Sales & Rental
Vault Energy Solutions LLC
Vector Controls LLC
Velan Valve Corp.
Velocity Industrial LLC
Venture Aggregates LLC
Venture Research Inc.
Ventyx Inc.
Veolia ES Industrial Services
Verifications Inc.
Veritox Inc.
Verizon
Verizon Business
Verizon Southwest
Verizon Wireless
Vinson & Elkins
Vinson Process Controls Co.
Vishay Transducers
Vista Training Inc.
Vitality Group, The
Vitrue Inc.
VMware Inc.
VoiceLog
Voith Turbo Inc.
Vose Software BVBA
Voxai Solutions Inc.
VR Steel LLC
VXI Global Solutions Inc.
Wabtec Global Services
Wachtell Lipton Rosen & Katz
Waco Auto Glass Center
Waco Foundation

WageWorks Inc.
Wahlco Metroflex
Walker Sewell LLP
Ward County (TX)
Ward Sign Co.
Warfab Inc. & Erection Corp.
Warren Fabricating Corp.
Washington Speakers Bureau
Waste Control Specialists LLC
(WCS)
Waste Management of Texas Inc.
Watco Cos. Inc.
Watco Mechanical Services
Water Texas PAC
Watercut Services Inc.
Waukesha Electric
Waukesha-Pearce Industries Inc.
Wave Technology Solutions Group
Weatherproofing Services LLC
Weber Shandwick
WebFilings LLC
Webster, Frances M.
Weir Minerals
Weir Slurry Group Inc.
Weir SPM
Weir Valves & Controls USA Inc.
Wells Fargo Bank
Wells Fargo Bank Northwest NA
Wells Fargo Home Mortgage
Wesco
West Dallas Multipurpose Center
West Publishing Corp.
West Texas Opportunities Inc.
Westech Engineering Inc.
Western Asset Institutional
Government Fund
Western Data Systems
Western Filter Co. Inc.
Western States Fire Protection
Western Technology Inc.
Westfire Inc.
Westin Engineering Inc.
Westinghouse Electric Co.
Westinghouse Electric Co. LLC
Westinghouse-Nuclear
Weyco Manufacturing

Weyerhaeuser
White & Case
White Cap Construction
White Fence Inc.
White Oak Radiator Service
White Technologies Inc.
Whitehead Construction Inc.
Whitson & Co.
Wholesale Pump & Supply
Wholesale Supply Inc.
Wick Phillips LLP
Wildcat Cranes Inc.
Willbros T&D Services
William E. Groves Construction
Williams Capital Group LP, The
Williams Patent Crusher &
Pulverizer Co.
Williamson, Billie Ida
Willis of Texas Inc.
Wilson Co.
Wilson Culverts
Wilson Industries
Wilson Mohr Inc.
Wilson Supply Co.
Wilsonart International Holdings
Wilson-Mohr Inc.
Windstream
Winstead PC
Winston & Strawn LLP
Wire Rope Industries
Wirerope Works Inc.
WM Renewable Energy
WOI Petroleum
Womble Drilling Co.
Women's Business Enterprise
National Council
Wood, Patricia
Woodson Lumber & Hardware
Woodwright Co. Inc.
Workday Inc.
Workplace Resource of Dallas
Worksoft
World Energy Solutions Inc.
WPP Group USA Inc.
WRG LLC
W-S Industrial Services Inc.

W-S Specialty Services LLC
WSI Corp.
Wyoming Department of Revenue
AV Tax
Xenon Marketing LLC
XOJet Inc.
XTO Energy Inc.
Yanaway, Diane
Yates Buick Pontiac GMC
Yates Buick/GMC
Yokogawa Corp. of America
York Capital Management LP
York Credit Opportunities Fund LP
York Credit Opportunities Master
Fund LP
York Multi Strategy Master Fund
York Pump & Equipment
York Risk Services Group Inc.
York, a Johnson Controls Co.
York, Amber Lemerle
York, Byron P., Jr
Young Central Appraisal District
(TX)
Youngblood Oil Co.
Zayo Fiber Solutions
Zeefax Inc.
Zep Sales & Service
Zepco
Zephyr Environmental Corp.
Zivelo
Zolfo Cooper LLC

**Top 50 Unsecured Creditors**

Accenture
ADA Carbon Solutions
AEP Energy Services, Inc.
AEP North
AEP-North (WTUT)
Alcoa
Alstom
Asher Media Inc.
Automatic Systems Inc.
Bank of New York Mellon Trust
Co., The
Benchmark Industrial Services
BNSF Railway Co.

Buffalo Industrial Supply Inc.
Capgemini North America Inc.
Centerpoint Energy Services Inc.
Chemical Lime Co. of Texas
Citibank NA
Cloud Peak Energy Resources LLC
Courtney Construction Inc.
Customer Incentives
Data Systems & Solutions
Deloitte & Touche
Devon Gas Services LP
EDF Trading North America LLC
Electric Reliability Council of
Texas
Energy Transfer
Energy Transfer Fuel LP
EPRI (Energy Power Research
Institute)
ETC Marketing Ltd.
Flanders Electric Inc.
FLSmidth Airtech Inc.
Fluor Global Services
Frisco Construction Services
Grainger
HCL America Inc.
Headwaters
Headwaters Resources Inc.
Holt Cat
J&S Construction LLC
Kansas City Southern (KCS)
Railway
Law Debenture Trust Company of
New York
Mario Sinacola & Sons
Mario Sinacola & Sons Excavating
Inc.
Merico Abatement Contractors Inc.
Mine Service Ltd.
Morgan Stanley Capital Group Inc.
Natural Gas Exchange Inc.
NextEra Energy Power Marketing
LLC
NF Urenco Enrichmt
Pension Benefit Guaranty Corp.
Pierce Construction Inc.
Pinnacle Technical Resources Inc.

PRC Environmental Inc.
Ranger Excavating LP
Red River Environmental Products
Rusk County Electric Cooperative
Russell & Sons Construction Co.
Inc.
Securitas Security Services USA
Shaw Maintenance (CB&I)
Shell Energy North America (US)
LP
Siemens Power Generation Inc.
Sitel LLC
Sun Coast Resources Inc.
TDS Excavation Services
Team Excavating
Texas-New Mexico Power Co.
Total Gas & Power North America
Inc.
TPUSA
Transactel Inc.
Venture Aggregates LLC
Veolia ES Industrial Services
Warfab
Waste Control Specialists LLC
(WCS)
Westinghouse Electric Co. LLC

## Unions

International Brotherhood Of
Electrical Workers Local No. 2078
International Brotherhood Of
Electrical Workers Local No. 220
International Brotherhood Of
Electrical Workers Local No. 2337

## US Trustee & Court Personnel

Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.

Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Walsh, Peter J.
Werkheiser, Rachel
West, Michael
Wynn, Dion

**Contract Counterparties**

10301 Vista Apartments LLC
10400 Sandpiper Apartments LLC
11911 Park Texas Apartments LLC
1201 Louisiana Co. LP
1201 Oaks of Brittany Apartments
LLC
12500 Plaza Apartments LLC
1401 Elm Street Condominium
Association
16001 Cotillion Apartments LP
2013 Multi-Family Real Estate
Fund I LLC
2016 Main Owners Association Inc.
2730 Lafferty Street Apartments LP

321 Partners Ltd.
3B Dozer Service
3M Co.
4101 Pointe Apartments LLC
4150 North Macarthur Boulevard
4Front Engineered Solutions Inc.
500 Jefferson Tower (TX) LLC
5900 Crystal Springs Apartments
LLC
601 Jefferson Tower (TX) LLC
667 Maxey Village Apartments
LLC
7600 Royal Oaks Apartments LLC
7-Eleven Inc.
99 Cents Only Stores Texas Inc.
A.J. Bart Inc.
AB Mauri Food Inc.
ABB Inc.
Aberfeldy Properties Inc.
Abilene Christian University
Accenture
Ace Cash Express Inc.
Acuity Brands Lighting Inc.
ADA Carbon Solutions (Red River)
LLC
ADM Investor Services Inc.
Advance Polybag (Texas) Inc.
Advanced Neuromodulation
Systems Inc.
Advanced Pedestals Ltd.
Advent Cleaning Technology Inc.
Aegis
AEP Energy Partners LP
AER Manufacturing LP
Agero Connected Services Inc.
AIG Rail Services Inc.
Air Express International USA Inc.
Air Liquide Electronics US LP
Airtricity Forest Creek Wind Farm
LLC
Akzo Nobel Functional Chemicals
LLC
Albemarle Corp., a Virginia Corp.
Alcoa
Alcon Laboratories Inc.
Alcon Research Ltd.

Alimak Hek Inc.
All Saints Episcopal School
All Saints Episcopal School of
Tyler
Allen Independent School District
Alliance Center - East Association
Alliance Drilling Fluids LLC
Allied Cambridge LP
Allied Electronics Inc.
Allied Petrochemical LLC
Alloy Casting Co. Inc.
Alman Construction Services
Alpha Coal Sales Co. LLC
Al's Formal Wear of Houston Ltd.
Alside Ennis Extruded Products Co.
Alstom Power Inc.
Altmonte II Ltd.
Alvin Community College
Amalgamate Processing Inc.
Amalgamate Processing Ltd.
Amaz Property Management USA
Inc.
American Airlines Inc.
American Equipment Co. Inc.
(AMECO)
American Film & Printing Ltd.
American General Life Insurance
Co.
American Industrial Minerals LLC
American Multi-Cinema Inc.
American Porcelain Enamel Co. of
Dallas
American Residential
American Spincast Inc.
American Wind Power Center
Amerimont Partners LP
Ameripower LLC
Ameron International - FCPD-
Centron
ANA Properties LLC
Analytic Stress Relieving Inc.
Android Industries LLC
Angelina & Nacogdoches WCID
Anna Independent School District
Apache Corp.
AppLabs Tech Pvt Ltd.

Applabs Technologies Pvt Ltd.
Applied Industrial Technologies
Aquatic Co.
Aramark Uniform Services Inc.
Aransas County Independent
District
Arch Coal Sales Co. Inc.
Areva Enrichement Services LLC
Areva NC Inc.
Armet Dale Street LP
Arp Independent School District
Arrowhead Operating Inc.
Artco-Bell Corp.
Asbury Automotive Group Inc.
Ashcraft-European Bakery LP
Asher Media Inc.
Ashford TRS Sapphire VI LLC
Ashford TRS Sapphire VII LLC
Ashland Specialty Chemical Co.
Aspenwood Apartment Partners LP
Asset 1250 Mockingbird LP
Associated Materials Inc.
Atco Rubber Products Inc.
Atlas International Laundry & Dry
Atmos Energy Corp.
Atmos Pipeline-Texas
Attentus Bonham LP
Atwood Distributing GP LLC
Austin Coca Cola Bottling Co.
Austin College
Autobahn Imports LP
Autohaus LLC
Automatic Systems Inc.
Axon Pressure Products Inc.
Axon Solutions Inc.
B.G. Construction
B27 Resources Inc.
Babcock & Wilcox
Baikowski Malakoff Inc.
Baker Hughes Oilfield Operations
Inc.
Ball Metal Beverage Container
Corp.
Bandag
Bank of New York Mellon Trust
Co., The

Bank of New York, The
Bank One Travel Card
Barclays Bank PLC
Baron Investments Ltd.
Bates Container LLC
Baylor Health Care System
Baylor Medical Center at Carrollton
Baylor Richardson Medical Center
Baylor University
Baywind Condominium Association
BC Operating Inc.
Behringer Harvard Burnet Plaza LP
Bell County WCID 3
Bell Helicopter Textron Inc.
Benchmark Industrial Services Inc.
Bendco Inc.
Beneficial Power LLC
Benetech Inc.
Benetech Inc.
Berkeley First City LP
Best Brands Corp.
BHP Billiton
Bimbo Bakeries USA Inc.
Birdsong Peanuts
Birdville Independent School
District
Blaylock Industries
Blue Cross & Blue Shield
Blueknight Energy Partners LP
Bluewater Thermal Services
BNG Apartments Inc.
BNP Paribas Energy Trading GP
BNSF Railway Co.
BNSF Railway Co. - Coal
Boardwalk Motor Sports LLC
Boaz Energy LLC
Bobcat Bluff Wind Project LLC
Boca Springs LP
Bodycote Thermal Processing Inc.
Boeing Co., The
Boise Packaging & Newsprint LLC
Bollman Industries
Bonsal American Inc.
Bopco LP
Boral Material Technologies Inc.
Borden Dairy Co. of Texas LLC

BorgWarner TorqTransfer Systems
Inc.
Bosqueville Independent School
District
Bottom Line Food Processors Inc.
Boy Scouts of America
BP Energy Co.
Braeswood Oaks Apartments LLC
Brass Craft Western Co.
Brazos Electric Power Cooperative
Inc.
Brazos Presbyterian Homes Inc.
Brazos River Authority - BRA
Brazos Valley Groundwater
Conservation District
Brazos Wind LP
Breck Operating Corp.
Bridgestone Bandag LLC
Brilliant Energy LLC
Broadridge Output Solutions Inc.
Broadridge Securities Processing
Broan-Nutone Storage Solutions LP
(Post)
Brookbend Inc.
Brougher Inc.
Brownwood Housing Authority
Buckskin Mining Co.
Buffalo Industrial Supply Inc.
Building Materials Corp. of
America
Bunge Oils Inc.
Burns & McDonnell Engineering
Co. Inc.
Business Jet Center Ltd.
Busycon Properties LLC
Butler Materials
Buttons LLC
BVP Veranda Place LP
Caballo Coal Co.
Cadeco Industries Inc.
Caldwell Foundation, The
California Spray Dry
California State Teachers'
Retirement
California State Teachers'
Retirement System

Calpine Energy Services LP
Caltex Feed Yard Inc.
Calvary Cathedral Inc.
Cambridge - Plano Partners MOB
IV LP
Cambridge Arlington LP
Cambridge Nassau Bay LP
Cambridge Oaks
Cambridge Walnut Hill LP
Cameco Inc.
Cameron International Corp.
Canberra Industries Inc.
CapGemini America Inc.
Capital One NA
Caremark PCS Health LLC
Cargill Inc.
Cargill Power Markets LLC
Carlingford Apartments LLC
Carlisle Coatings & Waterproofing
Inc.
Carpenter Co.
Carter Chambers LLC
Catalina Tempering - Texas Inc.
Caterpillar Financial Services Corp.
Caterpillar Global Mining
Equipment LLC
CBM One LLC
CCMH Houston AP LLC
CCMH Houston Galleria LLC
CCMH Potomac LLC
CCMH Quorum LLC
Cedar Hill Independent School
District
Celina Independent School District
Centennial Beverage Group LLC
Center Operating Co. LP
Centerpoint Energy Services Inc.
CenterPoint Energy Transition
Bond Co. II LLC
Central Texas College
Central Texas Corrugated
Central Texas Water Supply
Central Transport International Inc.
Centrifugal Castings Inc.
CertainTeed Corp.
Cesco Inc.

CF Chefs Inc.
CF Products LLC
CG Properties LLC
Champion Cooler Corp.
Chandler, City of (AZ)
Chaparral Steel Midlothian LP
Chapel Hill Independent School
District
Charles Needham Industries Inc.
Charleston, The
Charming Charlie Inc.
Chemical Process & Production Inc.
Chesapeake Energy Corp.
Chesapeake Energy Marketing Inc.
Chevron Natural Gas, a division of
Chevron USA Inc.
Chico Coffman Tank Trucks Inc.
Chief Adhesives Inc.
Children's Medical Center of Dallas
Chilton Independent School District
Choice Energy Services
Christus Spohn Health System
Corp.
CIMA Energy Ltd.
Cimbar Performance Minerals Inc.
Cintas Corp.
Circle 10 Council
Citibank NA
Citigroup Energy Inc.
Clarewood House Inc.
Claye AP3 Investments LLC
Clean Energy
Clearview Electric Inc.
Clearview International LLC
Clements Nut Co.
Cletex Trucking Inc.
Cloud Peak Energy Resources LLC
Clyde Bergemann Inc.
Coastal Foods Inc.
Coca Cola Enterprises
Coca-Cola Bottling of North Texas
Coca-Cola Co., The
Cockrell Printing Co.
Cody Energy LLC
Coffee Process Technology Corp.
COG Operating LLC

Cohesive
College of the Mainland
Collier Metal Specialties Ltd.
Colonial Savings FA
Comanche Independent School
District
Commons on Edgebrook LLC
Computer Engineering Services
Computer Sciences Corp.
Comverge Inc.
Conecsus LLC
Congress Holdings Ltd.
Connell Equipment Leasing Co.
ConocoPhillips Co.
Consolidated Metal Technologies
LLC
Constellation Energy Commodities
Group Inc.
Constellation New Energy - Gas
Division LLC
Contract Powder Coating Inc.
Control Products Corp.
Converdyn
Convergent Outsourcing
Cook Children's Medical Center
Cooper Aerobics Enterprises Inc.
Coors Distributing Co. of Fort
Worth
Coral Energy Canada Inc.
Coral Energy Resources LP
Coral Island Partners Ltd.
Core Labratories Ltd.
Corrections Corp. of America
Corsicana Technologies Inc.
Cott Beverages Inc.
Courtlandt Square Ltd.
Courtyard by Marriott LP
Cox Fence Fitting Co.
Cox Industries Inc.
Cox's Foodarama Inc.
Cracker Barrel Old Country Store
Inc.
Crane Nuclear
Credit Suisse Energy LLC
Credit Suisse International
Crestwood Midstream Partners LP

Crocker Reclamation
Cronus Texas Properties LLC
Crown Cork & Seal USA Inc.
CRV PCM Portfolio II LP
Cryovac Inc.
CTE Entertainment LP
CTI Foods Holding Co. LLC
Cullen Continental II Co. LP
Cummins Southern Plains Ltd.
Cyclone Enterprises Inc.
Cypress-Fairbanks Independent
School District
Cytec Engineered Materials Inc.
D.R. Horton Inc.
Dads Club Swim Team Inc.
Dairy Pak - a Division of Blue
Ridge Paper Products Inc.
Daisy Brand LLC
Dal-Air Investment Castings Inc.
Dallas Bar Association
Dallas City Packing Inc.
Dallas Convention Center Hotel
Dallas Country Club
Dallas County Water Control &
Improvement District
Dallas CPT Fee Owner LP
Dallas Flat Glass Distributors Inc.
Dallas Medical Center LLC
Dallas Morning News Inc., The
Dallas Nephrology Associates
Dallas Woman's Club, The
Dallas World Aquarium Corp., The
Dallas, City of (TX)
Dal-Tile Corp.
Dan-Loc LLC
Dannon Co. Inc.
Darling International Inc.
Daryl Flood Inc.
Data Exchange
Data Systems & Solutions LLC
(Rolls Royce)
DB Energy Trading LLC
Dealers Electrical Supply Co.
Dean Gilbert Inc.
Deep Elem Real Estate LLC
Deer Horn Aviation Ltd. Co.

Delaware Public Utility Commission
Delaware, State of
Delek Refining Ltd.
Dell Inc.
Dell Marketing LP
Dell USA LP
Deloitte & Touche
Delta Centrifugal Corp.
Delta Petroleum Inc.
Denbury Onshore LLC
Denco of Texas Inc.
Denison Industries Inc.
Derbyshire Investments LLC
Design Tech Homes Ltd.
Deutsche Bank AG
Deutsche Bank Trust Co. Americas
Devon Gas Services LP
Dewind Frisco LLC
DIAB Inc.
Diamondback Management Services Ltd.
Digital - Bryan Street Partnership LP
Dillard Store Services Inc.
Direct Energy LP
Direct Fuels LLC
Display Source Design & Factory Ltd.
Diversified Ceramics Corp.
DLR Restaurant Group Inc.
Do It Best Corp.
Dolgencorp of Texas Inc.
Dollins Pecan Co. Inc.
Don Miguel Mexican Foods Inc.
Double-E Inc.
Doyenne Constructors LLC
Dr. Pepper Bottling Co. of Texas
DRH Worthington Tenant General
DRH Worthington Tenant LP
DST Output Central LLC
DTE Energy Trading Inc.
Duncanville Independent School District
Durham Pecan Co.
Earthgrains Baking Cos. Inc.
Eastex Forest Products
Eastex Lumber & Supply LLC
Eastland Memorial Hospital
EBAA Iron Inc.
Eckel Manufacturing Co. Inc.
Ecolab Inc.
Economy Mud Products Co.
EDF Trading North America LLC
Edward Don & Co.
EECU
EGS Electrical Group LLC
El Campo, City of (TX)
El Dorado Way Condominium Association
El Paso Energy Service Co.
El Paso Natural Gas Co.
Electric Reliability Council of Texas Inc. (ERCOT)
Elm Street Portfolio LP
EMC Corp.
Enbridge Energy Partners LP
Encore Wire Corp.
Enduro Composites Inc.
Energy America LLC
Energy Transfer Fuel LP
EnergySolutions Services Inc.
EnerVest Operating LLC
Enhanced Powder Coating LLC
Ensuren Corp.
Enterprise Products Operating LLC
Enterprise Texas Pipeline LLC
Equant Inc.
ER Solutions Inc.
Ergon Asphalt & Emulsions Inc.
Ernst & Young LLP
ESL Construction Ltd.
Essent Healthcare Inc.
Essilor of America Inc.
ETC Katy Pipeline Ltd.
ETC Marketing Ltd.
Etech Inc.
Ethicon Inc., a Johnson & Johnson Co.
Examination Management Services Inc.
Exelon Generation Co. LLC

Extended Stay
F.L. Motheral Co.
Fairfield, City of (TX)
Falcon Resources Inc.
Falcon Steel Co.
Falls of Deer Park LP
Family Dollar Distribution LLC
Family Dollar Stores of Texas LLC
Fantome Tower LP
Federal Home Loan Bank
Federation of State Medical Boards,
The
Fehr Foods Inc.
Fiberspar Linepipe LLC
Fidelity Real Estate Co. LLC
Finley Resources Inc.
First Baptist Church of, The
First Co.
First Tennessee Bank National
First Union Rail Corp, a Wells
Fargo Co.
Fiserv Solutions Inc.
Fisher Controls International LLC
FL Smidth Airtech Inc.
Flagship Rail Services LLC
Flake Industrial Services Inc.
Flanders Electric Inc.
Fleischmann's Yeast
Flexible Foam Products Inc.
Flint Hills Resources LP
Florestone Products Co.
Florida Power & Light Co.
Flour Bluff Independent School
District
Flowers Baking Co. of Houston
LLC
Fluor Enterprises Inc.
Fluor Global Services
Forest Creek Wind Farm LLC
Forge USA
Fort Bend Independent School
District
Fort Worth Aluminum Foundry Inc.
Fort Worth Club of Fort Worth
Fort Worth Community Credit
Union

Fort Worth Housing Authority
Fort Worth Independent School
District
Fort Worth Laundry & Dry
Cleaners Inc.
Forward Manufacturing Co.
Fossil Creek Land Partners Inc.
Fossil Partners LP
Four Seasons Hotel Houston
FPG-DMT Harwood LP
FPL Energy Pecos Wind I LLC
FPL Energy Pecos Wind II LLC
FPL Energy Power Marketing Inc.
Frank Kasmir Associates Inc.
Frank Kent Motor Co.
Frazier & Frazier Industries Inc.
Freepoint Commodities LLC
Fresnel Technologies Inc.
Friedkin Cos. Inc.
Fritz Industries Inc.
Frontier General Insurance Agency
Fry at Grand Inc.
FSI International Inc.
FSP Westchase LLC
FTI Industries Inc.
G&K Services Inc.
Gaidos of Galveston Inc.
Gainesville Foundry Inc.
Galderma Laboratories LP
Galperti Inc.
GAP Roofing LP
GAP Roofing of Texas LLC
Garland, City of (TX)
Gatesco QM Ltd.
GATX Corp.
GATX Financial Corp., Rail
Division
GC Packaging LLC
GCR Truck Tire Centers Inc.
GE Foodland Inc.
Genecov Group Inc., The
General Aluminum Corp.
General Dynamics OTS (Garland)
LP
General Magnaplate Texas Inc.
General Motors LLC

Genesys Telecommunications
Georg Fischer Central Plastics LLC
George W, Bush Foundation, The
Georgetown Healthcare System
Georgia-Pacific Corrugated LLC
Gerdau Ameristeel
Gerland Corp.
GH Partners LLC
GIT Heritage IV TX LLC
Gleco Plating Inc.
Global Innovation Corp.
Global Rail Systems Inc.
Globix Rolling Creek LLC
Goat Wind LP
Golden Leaf Inc.
Goldman Sachs & Co.
Goldsmith, City of (TX)
Gorman Milling Co. Inc.
GPI Real Estate Management Corp.
GPI Spectrum LLC
Grace Presbyterian Ministries
Graham Packaging Co. LP
Graham, City of (TX)
Grande Communications Networks
LLC
Grandview, City of (TX)
Granite Weslayan Partners Ltd.
Granite Westchase Partners Ltd.
Grapevine DCJ LLC
Green Tree Country Club Inc.
Greene Tweed & Co I LP
Greif Inc.
Griffs of America Inc.
Grocers Supply Co. Inc., The
Gruma Corp.
GSC Enterprises Inc.
GSHS Administrative Services
Organization
Guardian Equity Management LLC
Gulf Coast Waste Disposal
Authority
Gulf South Pipeline Co. LP
Gulfstream Aerospace LP
Guy Brown Management LLC
GYB Management Services LLC
H&M Resources LLC

H.B. Fuller Co.
H.E.F. Houston LP
Halliburton Energy Services Inc.
Hanson Pipe & Precast LLC
Hanson Pipe & Products, Pressure
Pipe Division
Harbison-Fischer Manufacturing
Co.
Har-Conn Aerospace Inc.
Har-Conn Chrome Co. of Texas,
The
Harlans Supermarkets Inc.
Harvest Management Sub LLC
Hawk Installation
HBSN Investment Co. LLC
HCL America Inc.
HCM Utah Inc.
HCRI Dallas Medical Facility LLC
HCRI Nassau Bay Medical Facility
LLC
HCRI Plano Medical Facility LLC
HDR Engineering Inc.
Head Start of Greater Dallas Inc.
Headwaters Resources Inc.
HealthSouth Corp.
HealthTrust Purchasing Group LP
Heath, City of (TX)
HEB Grocery Co. LP
Henry Co.
Hensley Industries Inc.
Heritage Apartments
Heritage Bag Co.
Heritage Hotels Rockport LLC
Heritage Madison Tri Associates LP
Hermosa Group LLC
Hewitt Ennis Knupp Inc.
Hewlett-Packard Co.
HHC TRS Portsmouth LLC
Highland Park Presbyterian Church
Highlands Educational Corp., The
Hilite Industries
Hilite Industries Automotive LP
Hillcrest Baptist Medical Center
Hill-Lake Gas Storage LP
Hilton DFW
Hilton Houston Post Oak

Hines Louisiana Walker One LP
Hines REIT 2800 Post Oak LP
Hi-Pro Feeds Inc.
HK Capital LLC
HM Dunn Co. Inc.
HM Equity Management LLC
Hobas Pipe USA LP
Hobbs Leasing Inc.
Hohman Associates LLC
Holcim (Texas) LP
Hollinee Filtration
Hollinee LLC
Holly Hall Townhomes
Homeowners Association Inc.
Holt Cat
Holt Texas Ltd.
Holtec International
Hood Flexible Packaging Corp.
Hopkins County Memorial Hospital
Hotel Adolphus
Hotel Inter-Continental Dallas
Houston County WCID #1
Houston Pipe Line Co. LP
Houston Pizza Venture LP
Houston Plating & Coatings LLC
HPT TRS MRP Inc.
HTC Industries
Hubbard Feeds Inc.
Hudson Products Corp.
Hulen Office Plaza Partners Ltd.
Humphrey & Associates Inc.
Hunt Memorial Hospital District
Hunter Panels LLC
HVM LLC
Hydro Conduit of Texas LP
Hydrocarbon Exchange Corp.
Iberdrola Energy Services LLC
Iberdrola Renewables Inc.
IBM Corp.
Ice Embassy Inc.
iCrossing Inc.
IFS Industries Inc.
Igloo Products Corp.
Ignite Restaurant Group Inc.
Imperial Landing
IN-105 Heritage III LLC

Independence Hall Mutual Housing
Association
Independent Bankers Financial
Corp.
Independent Pipe Products Inc.
Indian Mesa Wind Farm LLC
Indian Rubber Co. Inc.
Industrial Lubricant Co.
Infinite Electric LLC
Ingersoll-Rand Co. - Trane/ASBS
Inland American Lodging Dallas
Akard TRS LP
Inspiring Body of Christ Church
Intecom
Integrated Power Services LLC
Integrated Test Corp.
Integrity Ashford Court LLC
Integrity Pointe LLC
Intelligent Epitaxy Technology Inc.
Interceramic Manufacturing Inc.
Interim Management Group Inc.
Intermex Products USA Ltd.
International Paper Co.
Interstate Forging Industries
Invensys Process Systems
Inwood Manor Condominium
Association
Iowa Park, City of (TX)
IPROC Dallas LLC
Irving Bible Church of Irving Texas
Irving, City of (TX)
ista North America Inc.
ITC Management Co. Inc.
Itochu Corp.
J Mac Tool Inc.
J&S Construction LLC
J. Aron & Co.
J.M. Davis Inc.
J.P. Morgan Securities LLC
Jacinto City, City of (TX)
Jacintoport International LLC
Jacksboro Independent School
District
Jacksboro, City of (TX)
Jacksonville, City of (TX)
Jagoe-Public Co.

Jalapeno Tree Holdings LLC
James O Carter Enterprises Inc.
Jaster-Quintanilla Dallas LLP
JAW Equity Management LLC
Jeld-Wen Windows & Doors
JNJ Apartments Inc.
Jones-Blair Co.
Jostens Inc.
JPMorgan Chase Bank NA
Jpmorgan Ventures Energy Corp.
Juniper Chimney Rock Ltd.
Kansas City Southern (KCS)
Railway
Kansas City Southern Railway -
Coal
KapStone Container Corp.
Katoen Natie Gulf Coast Inc.
Katy Independent School District
Katy Motels Inc.
Kemlon Products & Development
Kennedale Independent School
District
Kerrville Public Utility Board
Key Equipment
Kimberly-Clark Corp.
Kinder Morgan Inc.
Kinder Morgan Tejas Pipeline LLC
Kinder Morgan Texas Pipeline LLC
KLTV
KMR Park at Willowbrook LLC
KNG Enterprises Inc.
Koch Materials Co.
Kode Novus I LLC
Kode Novus II LLC
Kodiak Management Co. LLC
Kone Inc.
Koral Industries Inc.
Kroger Co.
KTRK Television Inc.
KW Industries Inc.
Kwikset Corp.
L-3 Communications Corp.
L-3 Communications Integrated
Systems LP
Laboratory Corp. of America
Laboratory Tops Inc.

Lafayette Green
Laguna Tubular Products Corp.
Lake Country Church
Lalani Lodging Inc.
Lamar Council of Owners, The
Lance Inc.
Land O'Lakes Purina Feed LLC
Land Rover Dallas LP
Landers Machine Co.
Landes Foods LLC
LaSalle National Leasing Corp.
LB Crescent City LP
LB Crescent Park LP
LCRA Transmission Services Corp.
Leaman Building Materials Inc.
Lee College District
Leeland Baking Co. LLC
Leggett & Platt Inc.
Leonora Glen LLC
Leon's Fine Foods Inc.
Leo's Foods Inc.
Lewis Operating Co
Lexington Acquiport Colinas LP
LG Apartments LLC
LH 2007 Properties LLC
Liberty Carton Co.
Liberty Tire Recycling LLC
Life Outreach International
Lincoln Technical Institute Inc.
Lindale Rural Water Supply Corp.
Little Pringle 1 LLC
Little Pringle 2 LLC
Loch Energy Square LP
Lockheed Martin Corp.
Lockheed Martin Services Inc.
Lone Star Beef Processors LP
Lone Star Fasteners LLC
Lone Star Industries Inc.
Lonestar Consulting Group LLC,
The
Louisiana Energy Services
LPC GSA LLC
LSA - Cleanpart Texas LP
LSG Acquisition Corp.
LST Heat Treating LLC
LTP Inc.

LTTS Charter School Inc.
Luminator Holding LP
M Crowd Restaurant Group Inc.
M&H CRATES Inc.
M&L Fort Worth Partners Ltd.
MAALT LP
Mabank, City of (TX)
Mac Haik Chevrolet Ltd.
Macquarie Energy LLC
Macquarie Futures USA Inc.
Macquarie Futures USA LLC
Mac's Snacks Inc.
Madden Galvanizing LLC
Madix Inc.
Magnolia Independent School
District
Mainstream Venture Ltd.
Malones Food Stores LLC
Mamo Enterprises
Marb Farms
Marco Co. LP, The
Mario Sinacola & Sons
Marketing Management Inc.
Marriott 2012 - Housing Horizons
LLC
Marriott Corp., The
Marriott12 - HPT TRS MI-135 Inc.
Marsh, Tony C.
Martens, Henry S.
Martin Linen Supply Co.
Martin Sprocket & Gear Inc.
Martindale Feed Mill
Mary Kay Inc.
Mastercraft Business Forms Inc.
Masterfoods USA, a Division of
Mars Inc.
Master-Halco Inc.
Mattel Inc.
McDonald Technologies
McKinney Independent School
District
McKinney, City of (TX)
McLennan County Fair Inc.
MEMC Electronic Materials (SW)
Inc.
Memorial Medical Center

Menard Independent School District
Menil Foundation Inc.
Merico Abatement Contractors Inc.
Merrill Lynch Capital Services Inc.
Merrill Lynch Commodities Inc.
Merrill Lynch Pierce Fenner &
Smith
Merritt Hawkins & Associates
Mesquite Independent School
District
Mestek Inc.
Metco Environmental Inc.
Methodist Hospitals of Dallas
Metrocrest Hospital Authority
Metroplex Hospital
Mexico, Consulado General de /
Mexico, Consulate General of
Michael Angelo's Gourmet Foods
Inc.
Microsoft Licensing GP
Mid-East Texas Groundwater
Conservation District
Midway Independent School
District
Millwood Hospital LP
Mine Service Ltd.
Mission Foods
Missouri MPP
Mitek Corp.
Mitsui Rail Capital LLC
Modesto Tallow Co.
Mohawk Labs, Div. NCH Corp.
Moody Gardens Inc.
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services
LLC
Mori Seiki USA Inc.
Moritz Chevrolet Ltd.
Moritz Partners LP
Morningstar Foods Inc.
Mortex Products Inc.
Mosaic Marina LP
Moss Bluff Hub Partners LP
Mother Parkers Tea & Coffee USA
Ltd.
Motiva Enterprises LLC

Movie Tavern Inc.
MP Industries Inc.
MSA Development LLC
Muenster Milling Co.
Munich Re Trading Ltd.
Munro's Uniform Services LLC
Munters Corp.
Muscatine Power & Water
Museum of Nature & Science
MW Crow Inc.
N.J. Malin & Associates LLC
Nachas Inc.
Nacogdoches County Hospital
District
Nacogdoches Memorial Hospital
Nalco Co.
Nan Ya Plastics Corp. USA
National Gypsum Co.
National Pump & Compressor
National Rail Car Inc.
National Tank Co.
Natural Gas Exchange Inc.
Navarro College
Navarro Pecan Co. Inc.
Navika Capital Group LLC
Navistar Inc.
Neches & Trinity Groundwater
Conservation District
Nestle USA Inc.
New Alenco Window Ltd.
New Breed Logistics Inc.
New Edgebrook LP
New NGC Inc.
New Radha Krishna Properties of
Houston LLC
New Rama Krishna Properties LLC
New Sita Ram Properties of
Houston LLC
New South-West Baking Co.
New York Mercantile Exchange
New York, State of
Newell Rubbermaid Inc.
NextEra Energy Power Marketing
LLC
Nichimen America Capital Corp.
Nieman Printing Inc.

Nissan Motor Acceptance Corp.
Noble Americas Gas & Power Corp.
Norbord Texas (Nacogdoches) Inc.
North Texas Health Care Laundry
North Texas Health Care Laundry
Cooperative Association
Northeast Texas Municipal Water
District
Northeast Texas Power Ltd.
Northern Trinity Groundwater
Conservation District
Northgate Arinso
NorthgateArinso Inc.
Northwest Assistance Ministries
Northwest Senior Housing Corp.
Northwood University
NRG Power Marketing Inc.
NRG Power Marketing LLC
NuCompass Mobilty Services Inc.
Nucor Steel, a Division of Nucor
Corp.
Nueva Villa Apartment LLC
Oak Lawn Realty Inc.
OakBend Medical Center
Oasis Pipeline LP
Odfjell Terminals (Houston) Inc.
OFT Enterprises Inc.
Oil City Iron Works Inc.
Oil States Industries Inc.
Oldcastle Building Envelope Inc.
Ole Mexican Foods Inc.
Omni Hotels Management Corp.
One Allen Center Co. LLC
Oneok Energy Services Co. LP
Oracle Corp.
Orda Corp.
Otis Elevator Co.
Owens Foods Inc.
Ozburn-Hessey Logistics LLC
Packaging Corp. of America
Pactiv LLC
Palestine Independent School
District
Palmetto Mining Inc.
Palms at Rolling Creek
Papa Johns USA Inc.

Parc Plaza Apartments LP
Park at Willowbrook
Park Houston Housing Partners
LLC
Park Place Tyler Healthcare LLC
Parker College of Chiropractic
Parker-Hannifin Corp.
Paseo Operating Partners Ltd.
Patterson Brothers Meat Co. Inc.
Paul Broussard & Associates
Paymentech LP
PC Village Apartments Dallas LP
PCCR USA Inc.
Peabody COALSALES Co.
Peabody Coalsales LLC
Peabody COALTRADE Inc.
Peabody Coaltrade LLC
Pearsall Independent School District
Pecan Deluxe Candy Co.
Pecan Plantation Owners
Association Inc.
Pentair Valves & Controls Inc.
Pepsico Inc.
Performance Contracting Inc.
Perini-Grapevine Inc.
Permocast Corp.
Perry & Perry Builders Erectors
Perstorp Coatings Inc.
PHCC-Paramount Healthcare Co.
LLC
Phoenix Gas Pipeline Co.
Pied Piper Pet Foods LLC
Pier 1 Imports( US) Inc.
Pierce Construction Inc.
Pilgrim's Pride Corp.
PIM Highland Holding LLC
Pinnacle Technical Resources Inc.
PKWW Ltd.
Plano Conservatory Ltd.
Poco Graphite Inc.
Point 2 Point Global
Poly-America LP
Ponder, City of (TX)
Ponderosa Joint Powers Authority
Port Isabel, City of (TX)
Post Oak TX LLC

Potamkin North Freeway HY LP
Power Control Systems Engineering
Inc.
Powerfoam Insulation
PP&L Inc.
PPG Architectural Finishes Inc.
PPL Energy Plus LLC
PPM Energy Inc.
Prairelands Groundwater
Conservation District
PRC Environmental Inc.
Preferred Freezer Services
Premium Waters Inc.
Presbyterian Village North
Price International Inc.
PricewaterhouseCoopers LLP
Prince Minerals Inc.
Priority Power Management LLC
Professional Compounding Centers
of America
Professional Installation Network
Inc.
Progressive Inc.
Pro-Steel Inc.
Proton Therapy Center, The
Provident Commercial Group
Pryzant Management Inc.
PSPA Investments LLC
Public Utility Commission of Texas
Pulido Associates Inc.
PVI Industries Inc.
PVI Industries LLC
Pyco Industries Inc.
QFC Plastics Inc.
Q-Tech Heat Treat Inc.
Qualawash Holdings LLC
Quality Powder Coating I LLC
Questech Services Corp.
Quilted Care Operations LLC
Quorum International LP
R&R Restaurant Group LLC
R.K. Hall Construction Ltd.
R.R. Donnelley & Sons Co.
Railroad Commission of Texas
Railworks Track Systems
Rainbow Energy Marketing Corp.

Ralls Wind Farm LLC
Rama Northwood Villas LLC
Rama Trails of Woodlake LLC
Rangen Inc.
Ranger Excavating LP
Ray Huffines Chevrolet Inc.
Ray W. Davis Consulting Engineers Inc.
Raytheon Systems Co.
Razzoos Inc.
Realtex Housing Management LLC
Realty Associates Fund IX LP, The
Rearden Capital Corp.
Rectorseal Corp., The
Red Ball Oxygen Co. Inc.
Red River Groundwater Conservation District
Red River Pump Specialists LLC
Reed Minerals, a Division of Harsco Corp.
REG Houston LLC
Regal Oil Inc.
Regulus Group LLC
Related Forrester LLC
Reliance National Risk Specialist
Renfro Foods Inc.
Renfro Industries Inc.
Republic Services Procurement Inc., a division of Republic Services Inc.
Rexel Inc.
Reynolds Asphalt & Construction Co.
RGJ Apartments Inc.
RHE Hatco Inc.
Richards Group, The
Richardson Hospital Authority
Richemont North America Inc.
Ridley USA Inc.
Rinker Materials
River Oaks Baptist Church
River Oaks, City of (TX)
Rivercrest Independent School District
Riviana Foods Inc.
RLJ Fort Worth Hotel Lessee
Roberts & Hammack Inc.

Rockdale Blackhawk LLC
Rockwall Regional Hospital LLC
Rockwell American Manufacturing Co. Inc.
Rockwell Management Corp
Rodeo Plastic Bag & Film Inc.
Roman Catholic Diocese of Dallas
Romco Equipment Co.
Rotary Drilling Tools USA LP
Royal Seating Ltd.
RSI Home Products Manufacturing Inc.
Rudy's Food Products Inc.
Rusk County Groundwater Conservation District
Russell & Sons Construction Co. Inc.
Russell Stover Candies Inc.
Rutledge Extreme Designs LLC
RVB Apartments Inc.
Ryan C Hoerauf Inc.
Ryan Partnership
RYLA Investments LP
S Starnes H LP
S&B Engineers & Constructors Ltd.
Sachem Inc.
Safety Kleen Services Inc.
SAF-Holland USA Inc.
Saint-Gobain Ceramics & Plastics Inc.
Saint-Gobain Vetrotex America Inc.
Salesforce.com
Salzgitter Mannesmann Stainless Tubes USA Inc.
Samsung Austin Semiconductor LP
San Saba Pecan LP
Sanden International (USA) Inc.
Sanderson Farms Inc.
Sansom Park, City of (TX)
Santander Consumer USA Inc.
Saveonenergy.com
Schirm USA Inc.
Schumacher Co. LLC
Schwan's Global Supply Chain Inc.
SCI Funeral & Cemetery Purchasing Coop

Scott & White Memorial Hospital
Screening Systems International
Scurry County Wind II LLC
Seagoville, City of (TX)
Sebring Apartments LLC
Securitas Security Services USA
Security Finance Corp.
Seismic Energy Products LP
Sellers Bros Inc.
Sempra Energy Trading LLC
Sequent Energy Management LP
Service Transport Co.
Seven Acres Jewish Senior Care
Services Inc.
Shamrock Industries Inc.
Shannon Medical Center
Shaw Maintenance
SHC-KPH LP
Shell Energy North America (US)
LP
Shell Federal Credit Union
Sheraton Dall
Sheraton Hotel
Sherman/Grayson Hospital LLC
Shermco Industries Inc.
Shermco Industries Inc.
Sherwin-Williams Co., The
Sherwood Equity LLC
SHI
Shin Properties Ltd.
Shriners Hospitals for Children-
Houston
Siaram Rolido Parque LLC
Siemens Energy Inc.
Sierra Lease (Short Term)
Sigels Beverages LP
Simeus Foods International Inc.
Simpson Strong-Tie Co. Inc.
Sitel Operating Corp.
Sivalls Inc.
SK Properties LLC
SMBC Rail Services LLC
SMI Energy
Smith, Vance
Snider Industries LLP
Sofia Enterprises LP

Sojitz American Capital Corp.
Solar Turbines Inc.
Solo Cup Operating Corp.
Solutionset
Sonoco Products Co.
South Limestone Hospital District
South Texas Affordable Properties
Corp.
Southeastern Freight Lines Inc.
Southern California Gas Co.
Southern Crane & Elevator
Southern Foods Group LLC
Southern Methodist University
Southern Tire Mart
Southern Trinity Groundwater
Conservation District
Southlake, City of (TX)
Southline Metal Products Co.
Southwest Airlines Co.
Southwest Atrium Offices Ltd.
Southwest Canners of Texas Inc.
Southwest Coca-Cola Bottling Co.
Southwest Deli Group Inc.
Southwest Energy LP
Southwest Heat Treat Services LLC
Southwest Metal Treating Corp.
Southwest Real Estate Enterprises
LC
Southwest Shipyard LP
Specialty Property Ltd.
Specialty Retailers Inc.
SPR Packaging LLC
Spring Hill Apartments
Spring Independent School District
SPX Corp.
St. Joseph Regional Health Center
Stafford Municipal School District
Standard Meat Co.
Stanley Black & Decker Inc.
Stanley Mechanics Tools
Star Electricity Inc.
StarPak Corp.
Star-Telegram Inc.
Star-Telegram Operating Ltd.
State Farm Life Insurance Co.
Statewide Cotton Co.

Steag Energy Services LLC
Sterilite Corp.
Steritec Inc.
Sterling Bay Inc.
Stevens Transport Inc.
Stewart & Stevenson LLC
STMicroelectronics Inc.
Stolt-Nielsen USA Inc.
StonCor Group Inc.
Stone Mountain Properties LLC
Stress Engineering Services Inc.
Structural & Steel Products
Suburban Farms Inc.
Sugar Land Ice & Sports Center
Suhm Spring Works Inc.
Sun Coast Resources Inc.
Sungard Consulting Services Inc.
Sungard Energy Systems
Sungard Energy Systems
Sungard Energy Systems
Sunstone Cowboy Lessee LP
Sunstone Longhorn Lessee LP
Superior Drillpipe Manufacturing
Inc.
Superior Essex Communications LP
SuperMedia LLC
Sure Cast Inc.
Swarco/Reflex Inc.
Sweetlix
Sweetwater Wind 1 LLC
Sweetwater Wind Power LLC
SWHT LLC
Swiff-Train Co. LLC
Swiss Re Risk Solutions Corp.
SWSC - Hurst LP
Sylvania Industrial Park Inc.
SystemsGroup Inc.
Taco Bueno Restaurants LP
Taggart Global LLC
Tanglewilde Townhomes
Homeowners Association Inc.
Tarco of Texas Inc.
Targa Gas Marketing LLC
Tarrant County College District
Tarrant Regional Water District
(TX)

Tatoosh LP
TDS Excavation Services
Team Excavating
Technical Chemical Co.
TECO-Westinghouse Motor Co.
Temple Baptist Church, The -
Odessa
Tenam
Tenaska Gas Storage LLC
Tenaska Marketing Ventures
Tenaska Power Services Co.
Tenet Healthcare Corp.
Tenet HealthSystems Medical Inc.
Tenex
Tex Corr. LP
Texas Big Spring LP
Texas Building Products Inc.
Texas College
Texas Commission on
Environmental Quality - TCEQ
Texas Department of Criminal
Justice
Texas Electric Cooperatives Inc.
Texas Energy Operations LC
Texas Energy Transfer Co. Ltd.
Texas Gas Transmission LLC
Texas Health Presbyterian Hospital
- WNJ
Texas Health Resources Inc.
Texas Heat Treating Inc.
Texas Hospital for Advanced
Medicine
Texas Instruments Inc.
Texas Interfaith Housing Corp.
Texas Juvenile Justice Department
Texas Lime Co.
Texas Masonry Supply Inc.
Texas MPP
Texas Municipal Power Agency
Texas Rehabilitation Hospital
Texas Scottish Rite Hospital for
Children
Texas Tech University Health
Science Center
Texas Textile Services Ltd.
Texas Tile Manufacturing LLC

Texas Tower Ltd.
Tex-La Electric Cooperative of
Texas Inc. ("Tex-La") Project 301
Tex-La Electric Cooperative of
Texas Inc. ("Tex-La") Project 302
Texla Energy Management Inc.
Texoma Community Center
Texpac Hide & Skin Ltd.
Texstars Inc.
Texwood Industries LP
Thermal Specialties Inc.
Thomas Steel Drums Inc.
Three Rivers Operating Co. LLC
Threshold Arbor Ridge LP
Time Warner Entertainment Co LP
Titus County Freshwater Supply
District
T-N-T Engineering Inc.
Tomball Texas Hospital Co. LLC
Tommy Swanson Oil Co. Inc.
Tom's Foods Inc.
Total Gas & Power North America
Inc.
Tower Extrusion Ltd.
Toys R Us-Delaware Inc.
TPUSA Inc.
Tractebel LNG North America
Service Corp.
Trafigura AG
Transactel (Barbados) Inc.
Transport Service Co.
Transwestern
Transwestern
TRC Recreation LP
Treemont Retirement
Trend Offset Printing Services Inc.
Trent Wind Farm LP
Trinity Asphalt Inc.
Trinity Bend Services LP
Trinity Forge Inc.
Trinity Industries Inc.
Trinity MC LLC
Trinity River Authority
Trinity River Authority of Texas
Trinity Valley Foods Inc.
Triple D Uniform Rental Inc.

Triquint Semiconductor Texas LP
Triumph Aerostructures - Vought
Aircraft Division
Triumph Aerostructures LLC
Triumph Fabrications - Fort Worth
Inc.
Troup Independent School District
Troup, City of (TX)
Truman Arnold Cos.
Turner Industries Group LLC
Twin Creeks Medical Center One
LP
Twin Eagle Resource Management
LLC
Twin Restaurant Investment
TXI Operations LP
TXON Partners LLC
TXU 2007-1 Leasing LLC
Tyler Ford Ltd.
Tyler Pipe Co., a Division of
McWane Inc.
UBS AG
Unarco Material Handling Inc.
Unimin Corp.
United Air Lines Inc.
United Electric Co.
United Regional Health Care
Systems Inc.
United States Army Corps of
Engineers
United States Enrichment Corp.
(USEC)
United States Nuclear Regulatory
Commission
United Way of Tarrant County
Universal Blanchers LLC
Universal Blastco
Universal Display & Fixtures Co.
Inc.
University of Houston
University of Houston-Clear Lake
University of Texas Health Science
Center at Houston
University of Texas Southwestern
Medical Center at Dallas, The
University Park Partnership I Ltd.

Upper Trinity Groundwater
Conservation District
Urasia Energy
Urenco Enrichment Co. Ltd.
URS Corp.
US Bank Global Trust Services
US Bank NA
US Corrugated of Mesquite LLC
US Galvanizing LLC
US Ply Inc.
US Silica Co.
USMD Hospital at Fort Worth LP
USMD Hospital of Arlington LP
V&M Star, a partnership with
Valero Texas Power Marketing Inc.
VAM Drilling USA Inc.
VAM USA LLC
Vanguard Permian LLC
VBL Investments Corp
Veolia Environmental Services -
Industrial Services
Vertis Inc.
ViewPoint Bank NA
Visible Changes Inc.
Vitol Inc.
VXI Global Solutions Inc.
VXL Houston Properties LLC
W.T. Byler Co.
W2007 MVP Dallas LLC
Waco, City of (TX)
Wahlco Metroplex
Wallace Theater Corp. II
Walsh & Watts Inc.
Warfab Inc.
Warrington Condominium, The
Warwick Towers Council of Co-
Owners, The
Washington Gas Energy Services
Inc.
Watco Cos. Inc.
Waters Partners LLC
Watson & Chalin Manufacturing
Inc.
Waukesha-Pearce Industries Inc.
Weatherford Artificial Lift Systems
LLC

Weatherford International Inc.
Weaver Manufacturing Co. Inc.
Wells Fargo Bank Northwest NA
Wells Fargo Dealer Services Inc.
Wesley, Kyle Scott
West Afton LLC
West Texas Municipal Power
Agency
Westbury Housing Partners LP
Westchase Park View Landings Ltd.
Western Container Corp.
Western Extrusions Corp.
Western of Texas Forge & Flange
Co.
Western Texas College
Westhill Place LP
Westinghouse Electric Co. LLC
Westview Drive Investments LLC
Whitmore Manufacturing Co., The
Whitson Foods LP
Willbanks Metals Inc.
William Marsh Rice University
Williamson Printing Corp.
Wills Point, City of (TX)
Wilmington Trust Co.
Wilsonart International Inc.
Wilsonart LLC
Wingo Feed Mill Inc.
Wire Forms Inc.
WireCo WorldGroup Inc.
Wise Regional Hospital Authority
Wm Renewable Energy LLC
WMI Merger Co LLC
WoodsEdge Community Church
Worksoft Inc.
Worsham Steed Gas Storage LP
WPX Energy Marketing LLC
WTCC Houston Investors V LP
WTCC Houston Mezz GP V LLC
York Properties of Houston LLC
YRC Enterprises Services Inc.

**Debtholders**

1776 CLO I
2367 - Western Asset Management
High Income Portfolio Inc.

2497 - Pimco Income Strategy Fund II
3023 - VRS Bank Loan Portfolio
383 Madison Funding
3i Debt Management
3i Debt Management Investments Ltd.
3i Debt Management US LLC
40/86 Advisors
40/86 Strategic Income Fund
AAA Northern California Nevada & Utah Insurance Exchange
ABCLO 2007-1 Ltd.
Aberdeen Asset Management
Aberdeen Loan Funding Ltd.
Abry Partners
ACA CLO 2005-1 Ltd.
ACA CLO 2006-1 Ltd.
ACA CLO 2006-2 Ltd.
ACA CLO 2007-1 Ltd.
ACA Management LLC
ACIS CLO 2013 2 Ltd.
ACP Master Ltd.
Advanced Series Trust - AST High Yield Portfolio
Advanced Series Trust: AST J.P. Morgan Strategic Opportunities Portfolio
Advent Capital Management
Advent Global Opportunity Master Fund, The
Aegon Custody BV RE MM High Yield Fund
AEH CB LP
AFR - Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund
AG Centre Street Partnership LP
AG Diversified Credit Strategies Master LP
AG Global Debt Strategy Partners LP
AG Super Fund International Partners LP
Ahab Capital Management
AIM Floating Rate Fund

Aimco CLO Series 2005-A
Aimco CLO Series 2006-A
Aladdin Capital
Alcentra
Alden Global Adfero BPI Fund Ltd.
Alden Global Distressed Opportunities Master Fund LP
Alliance Capital
AllianceBernstein LP
Allstate Life Insurance Co.
Alzette European CLO SA
American AgCredit
American Funds Insurance Series - B Fund
American Funds Insurance Series High Income Bond Fund
American Health Life Insurance Co.
American High-Income Trust
American Money Management
Ameriprise Certificate Co.
Ameriprise Financial Inc.
Amherst CLO Ltd.
Amundi Alternatives Advent Global Opportunity Master Fund
AN Invest CLO II Ltd.
Anchorage Capital LLC
Anchorage Capital Master Offshore Ltd.
Andromeda Global Credit Fund Ltd.
Angelo Gordon & Co.
ANS US Holdings Ltd.
Aon Investment Consulting Inc.
APG Asset Management
Apidos Capital Management LLC
Apidos CDO I
Apidos CDO II
Apidos CDO III
Apidos CDO IV
Apidos CDO V
Apidos CDO VI
Apidos Cinco CDO
Apidos Quattro CDO
Apollo Capital
Apollo Centre Street Partnership LP
Apollo Credit Funding I Ltd.
Apollo Credit Opportunity Fund III

LP
Apollo Franklin Partnership LP
Apollo Global Management LLC
Apollo Special Opportunities
Managed Account LP
Apollo SPN Investments I Credit
LLC
Arch Investment Holdings IV Ltd.
Arch Reinsurance Ltd.
Ares Institutional Loan Fund BV
Ares Management LLC
Ares Strategic Investment
Management LLC
Ares Strategic Investment Partners
III LP
Ares Strategic Investment Partners
Ltd.
Ares XII CLO Ltd.
Ares XXII CLO Ltd.
Arizona State Retirement System
Arrowgrass Capital Partners LLP
Arrowgrass Distressed
Opportunities Fund Ltd.
Arrowgrass Master Fund Ltd.
Arrowood Indemnity Co.
Artio Global High Income Fund
Artio Global High Income Group
Trust Fund
Artio Global Management LLC
Ascension Health
Asset Allocation & Management
Co.
Associated British Foods Pension
Scheme
Atrium III
Atrium IV
Atrium V
Aucara Heights Inc.
Aurelius Capital Management LP
Aurelius Capital Master Ltd.
Aurelius Opportunities Fund II LLC
AustralianSuper
Automobile Club of Southern
California Pension Plan
Avenue Capital Group
Avenue Capital Management

Avenue CLO Fund Ltd.
Avenue CLO II Ltd.
Avenue CLO III Ltd.
Avenue Investments LP
BA/CS Credit 1 LLC
Babson Capital Europe
Babson Capital Loan Strategies
Master Fund LP
Babson Capital Management
Baker Street CLO II Ltd.
Baker Street Funding CLO 2005-I
Ltd.
BALC - Ballyrock CLO II Ltd.
Bank of America Fund
Bank of America NA
Baptist Foundation of Texas
Barclays Bank PLC
Barclays Bank PLC, Cayman
Islands Branch
Barclays Bank PLC, New York
Branch
Battalion CLO 2007-I Ltd.
Battery Park High Yield Long Short
Fund Ltd.
Battery Park High Yield
Opportunity Master Fund Ltd
Battery Park High Yield
Opportunity Strategic Fund Ltd.
Baycare Health System
BBT Capital Management
BC Unltd. LLC
Beach Point Capital
Beach Point Distressed Master Fund
LP
Beach Point Loan Master Fund LP
Beach Point SCF 1 LP
Beach Point SCF IV LLC
Beach Point Select Master Fund LP
Beach Point Strategic Master Fund
LP
Beach Point Total Return Master
Fund LP
BeachPoint SCF Multi Port LP
Bell Atlantic Master Trust
Benefit Street Credit Alpha Master
Fund Ltd.

Benefit Street Partners LLC
Benefit Street Strategic Fund Ltd.
Bennet Management Corp.
Bennett Offshore Restructuring
Fund Inc.
Bennett Restructuring Fund LP
Bentham Wholesale Global Income
Fund
Bentham Wholesale Syndicated
Loan Fund
Beta Equities Inc.
Big River Group Fund SPC Ltd.
Bill & Melinda Gates Foundation
Trust
Birch Capital Fund SPC Limited
Bond Segregated Portfolio
BIS Postal Services Act 2011 Co.
Ltd.
Black Diamond Capital
Management LLC
Black Diamond CLO 2005-2 Ltd.
Blackrock Debt Strategies Fund Inc.
Blackrock Defined Opportunity
Credit Trust
Blackrock Financial Management
Blackrock Floating Rate Income
Strategies Fund Inc.
Blackrock Floating Rate Income
Trust
Blackrock Funds II Blackrock
Floating Rate Income Portfolio
Blackrock Global Investment
Series: Income Strategies Portfolio
Blackrock Limited Duration Income
Trust
Blackrock Secured Credit Portfolio
of Blackrock Funds II
Blackrock Senior Floating Rate
Portfolio
Blackstone Debt Advisors
Blackstone Special Funding
(Ireland)
BLT 2009-1 Ltd.
BLT 24 LLC
BLT 27 LLC
BLT 33 LLC

BLT 36 LLC
BLT 42 LLC
BLT 8 LLC
BLT I LLC
Blue Crescent Fund LP
Blue Falcon Ltd.
Bluebay Asset Management
Bluecrest Capital
Bluecrest Capital International
Master Fund Ltd.
Bluecrest Multi Strategy Credit
Master Fund Ltd.
BOC Pension Investment Fund
Boeing Co. Employee Retirement
Plans Master Trust Investment
Control Pool
Bond Fund of America, The
Boston Harbor CLO 2004-1
Boston Income Portfolio
BPC Opportunities Fund LP
Brentwood CLO Ltd.
Brevan Howard Asset Management
LLP
Brevan Howard Credit Catalysts
Master Fund Ltd.
Brevan Howard Master Fund Ltd.
BRF Senior Income LP
Brigade Capital Management LLC
Brigade Credit Fund II Ltd.
Brigade Distressed Value Master
Fund Ltd.
Brigade Leveraged Capital
Structures Fund Ltd.
Brigade Opportunistic Credit Fund
16 LLC
Brigade Opportunistic Credit Fund
ICL LP
Brigade Opportunistic Credit LBG
Fund Ltd.
Broad Street Funding LLC
Brookfield Investment Management
Inc.
BTG Pactual GLB Asset
Management
BTG Pactual Global Asset
Management

Bushnell Loan Fund II Subsidiary
Holding Co. II LLC
California Public Employees
Retirement System
California State Teachers
Retirement System
Callidus Debt Partners CLO Fund
III
Camulos Capital
Canaras Capital
Canaras Summit CLO Ltd.
Candlewood Credit Value Master
Fund II LP
Candlewood Investment
Candlewood Special Situations
Master Fund Ltd.
Canyon Partners
Capital Research
Capital Ventures International
Carl Marks Management
Carl Marks Strategic Investments
LP
Carlson Capital
Carlyle Partners
Carlyle Azure CLO Ltd.
Carlyle Bristol CLO Ltd.
Carlyle Daytona CLO Ltd.
Carlyle High Yield Partners IX Ltd.
Carlyle High Yield Partners VII
Ltd.
Carlyle High Yield Partners VIII
Ltd.
Carlyle High Yield Partners X Ltd.
Carlyle Investment Management
LLC
Carlyle McLaren CLO Ltd.
Carlyle Veyron CLO Ltd.
Carval Investors LLC
Caspian Capital LP
Castle Garden Funding
Castle Hill Asset
Castle Holdings Trust 1
Castle Holdings Trust 2
Castlerigg Master Investment Ltd.
Caterpillar Financial
Caywood-Scholl Capital

Management
CCP Acquisition Holdings
CCP Credit Acquisition Holdings
LLC
CELF Advisors LLP
Cent CDO 10 Ltd.
Cent CDO 12 Ltd
Cent CDO 14 Ltd
Cent CDO 15 Ltd
Cent CDO XI Ltd.
Centerbridge Credit Advisors LLC
Centerbridge Group
Centerbridge Special Credit
Partners II LP
Centerbridge Special Credit
Partners LP
Central States Southeast &
Southwest Areas Health & Welfare
Fund
Central States Southeast &
Southwest Areas Pension Fund
Centurion CDO 8 Ltd.
Centurion CDO 9 Ltd.
Cetus Capital LLC
CFIM Hybrid Tri-Asset Fund
Chatham Asset Management
Chi Operating Investment Program
L P
Childrens Healthcare of Atlanta Inc.
Chimney Rock Investments
Chrysler LLC Master Retirement
Trust
CIFC Asset Management
CIFC Deerfield
Citadel Investment Group
Citadel Securities Trading LLC
Citibank Hold (SLT)
Citibank NA
Citibank-Distressed Secondary
Citigroup Financial Products Inc.
Citigroup Global Markets Inc.
Citigroup Pension Plan
City of New York Group Trust
CLF Finance Co. LLC
Clinton Group
Clover1 Loan Funding LLC

Club Pension Plan
Clydesdale CLO 2003 Ltd.
Clydesdale CLO 2007 Ltd.
CO Moore LP
COA Caerus CLO Ltd.
COA CLO 2010-2 Sub CBNA LLC
Coca Cola Co. Master Retirement
Trust, The
COF II ST LLC
Columbia Funds Series Trust II
Columbia Floating Rate Fund
Columbia Funds Variable Series
Trust II Variable Portfolio
Columbia Management Investment
Advisers LLC
Columbia Strategic Income Fund
Columbia Strategic Income Fund
Variable Series
Commercial Industrial Finance
Corp.
Commingled Pension Trust Fund
(High Yield Bond) of JPMC Bank
NA
Commingled Pension Trust Fund
(High Yield) of JPMorgan Chase
Bank NA
Confluent 2 Ltd.
Confluent 4 Ltd.
Conning Asset Management
Conocophillips Master Trust
Constellation Capital
Consumer Program Administrators
Inc.
Contrarian Funds LLC
Cornell University
Corporate Debt Opportunities Fund
LP
Cortland Capital Market
Credit Capital Investments LLC
Credit Suisse
Credit Suisse Alternative Capital
Inc.
Credit Suisse Asset Management
LLC (CSAM)
Credit Suisse Asset Manager
Credit Suisse Capital LLC

Credit Suisse Dollar Senior Loan
Fund Ltd.
Credit Suisse Floating Rate High
Income Fund
Credit Suisse Global Hybrid Income
Fund
Credit Suisse High Income Fund
Credit Suisse Loan Funding LLC
Credit Suisse Strategic Income Fund
Credit Suisse Syndicated Loan Fund
Credit Suisse, Cayman Islands
Branch
Credit Value Master Fund III LP
Credit Value Partners Distressed
Duration Master Fund LP
Credit Value Partners LP
Crescent 1 LP
Crescent Alternative Credit Partners
LP
Crescent Capital Group LP
Crescent Senior Secured Floating
Rate Loan Fund LLC
CRS Master Fund LP
CSAA Insurance Exchange
CVC Credit Partners
CVF Lux Securities Trading SARL
CVI CVF II Lux Securities Trading
SARL
CVI GVF CLO 1 Ltd.
CVIC II Lux Securities Trading
SARL
CVIC Lux Securities Trading SARL
CWD OC 522 Master Fund Ltd.
Cyrus Capital Partners LP
Cyrus Opportunities Master Fund II
Cyrus Select Opportunities Master
Fund Ltd.
DBSO Limited CDO Corp.
DCF Capital LLC
DCF Partners LP
DDJ Capital Management LLC
De Meer
Deep Value Hedged Income
Delaware Corporate Bond Fund A
Series, Delaware Group Income
Funds

Delaware Diversified Income Trust
Delaware Group Foundation Funds,
Delaware Conservative Allocation
Portfolio
Delaware Group Foundation Funds,
Delaware Moderate Allocation
Portfolio
Delaware Group Income Funds -
Delaware Diversified Floating Rate
Fund
Delaware Group Income Funds,
Delaware High-Yield Opportunities
Fund
Delaware Investments
Delaware Pooled Trust - The Core
Pl Fixed Income Portfolio
Delaware VIP Trust - DE VIP High
Yield Series
Delaware VIP Trust - Delaware VIP
Limited-Term Diversified Income
Series
Deutsche Asset Management
Deutsche Asset Management
Syndicate
Deutsche Bank
Deutsche Bank - FM
Deutsche Bank AG, Cayman
Islands Branch
Deutsche Bank AG, London Branch
Deutsche Bank AG, New York
Branch
DiMaio Ahmad Capital LLC
Diversified Credit Portfolio Ltd.
DK Acquisitions Partners LP
Doral Bank
Dow Employees Pension Plan
Dow Retirement Group Trust
Drawbridge Investment Ltd.
Drawbridge Special Opportunities
Fund LP
Drawbridge Special Opportunities
Fund Ltd.
Duane Street CLO 1 Ltd.
Duane Street CLO II Ltd.
Duane Street CLO III Ltd.
Duane Street CLO IV Ltd.

Duane Street CLO V Ltd.
DW Investment Management LP
Eastland CLO Ltd.
Eaton Vance
Eaton Vance - Grayson & Co. Fund
Eaton Vance Floating Rate Income
Fund
Eaton Vance High Yield
Eaton Vance Institutional Senior Lo
Fund
Eaton Vance International (Cayman
Islands) Floating-Rate Income
Portfolio
Eaton Vance Limited Duration
Income Fund
Eaton Vance Management
Eaton Vance Medallion Floating-
Rate Income Portfolio
Eaton Vance Prime Fund Inc.
Eaton Vance Senior Floating-Rate
Trust
Eaton Vance Senior Income Trust
Eaton Vance Short Duration
Diversified Income Fund
Eaton Vance VT Floating-Rate
Income Fund
Eaton Vance-Floating Rate Income
Trust
Elliott Associates LP
Elliott International Capital
Advisors Inc.
Elliott International LP
Ellis Lake Capital LLC
Ellis Lake Master Fund LP
Emerson Place CLO Ltd.
Employees' Retirement Fund of The
City of Dallas
Ensign Peak Advisors Inc.
Epic Asset Management
Equity Group Investments
Essex Park CDO Ltd
Estors CLO I Ltd.
Farmstead Capital Management
FCO MA Centre Street LP
FCO MA II UB Securities LLC
FCO MA III LP

FCO MA III UB Securities LLC
FCO MA LSS LP
FCO MA Maple Leaf LP
FCO MA Ml Corp.
FCO MA SC LP
FCOF II UB Investments LLC
FCOF II UB Securities LLC
FCOF II UST LLC
FCOF III UB Investments LLC
FCOF UB Investments LLC
FCOF UST LLC
Fedex Corp. Employees Pension
Trust
Feingold O`Keeffe
Fenwick Recovery Master Fund Inc.
Fernwood Associates LLC
Fernwood Foundation Fund LLC
Fernwood Restructuring Ltd.
FGOY Investments Corp.
FGOY Securities Ltd.
Fidelity Central Investment
Portfolios LLC
Fidelity Floating Rate Central Fund
Fidelity Floating Rate High Income
Investment Trust
Fidelity Investments
Fidelity Series Floating Rate High
Income Fund
Fidelity Summer Street Trust
Fir Tree
First 2004-I CLO Ltd.
First Trust Advisors LP
First Trust High Yield Long Short
ETF
First Trust Senior Floating Rate
Income Fund II
First Trust Senior Loan Fund
First Trust Short Duration High
Income Fund
First Trust Strategic High Income
Fund II
First Trust Tactical High Yeild ETF
First Trust/Four Corners Senior
Floating Rate Income Fund II
Firstenergy System Master
Retirement Trust

Flagship CLO IV
Flagship CLO V
Flagship CLO VI
Fonds Voor Gemene Rekening
Beroepsvervoer
Fore CLO Limited 2007-I
Fore Research
Fortress Credit Opportunities I LP
Fortress ETXU LLC
Fortress Investment Group LLC
Forum Funds
Founders Grove CLO Ltd.
Four Corners Capital Management
Franklin Advisors Inc.
Franklin Custodian Funds Inc.
Franklin Floating Rate
Franklin High Income Fund
(Canada)
Franklin High Income Securities
Fund
Franklin High Income Trust
Franklin Income Fund
Franklin Income Securities Fund
Franklin Institutional Global High
Yield
Franklin Mutual Advisers LLC
Franklin Templeton Variable
Insurance Products Trust
Franklin Universal Trust
Fraser Sullivan CLO V Ltd.
Fraser Sullivan Investment
Management
FS Investment Corp.
FTS SIP Corp.
FTS SIP LP
Future Directions Credit
Opportunities Fund
Future Fund Board of Guardians
Galaxy CLO 2003-1 Ltd.
Gallatin CLO II 2005-1 Ltd.
Gateway CLO Ltd.
General Board of Pension & Health
Benefits of The United Methodist
Church
General Electric Pension Trust
General Motors Canadian Hourly

Rate Employees Pension Plan, The

General Motors Canadian
Retirement Program For Salaried
Employees, The
General Motors Hourly Rate
Employes Pension Trust, The
General Retirement System of The
City of Detroit
GIC Private Ltd.
GK Debt Opportunity Fund Ltd.
Gleneagles CLO Ltd.
Global Credit Advisers
GM Canada Foreign Trust, The
GMO
GMO Credit Opportunities Fund LP
GMO Mean Reversion Fund
(Onshore)
Golden Knight II CLO Ltd.
Golden Tree
Goldentree Loan Opportunities III
Ltd.
Goldentree Loan Opportunities IV
Ltd.
Goldentree Loan Opportunities V
Ltd.
Goldman Sachs Credit
Goldman Sachs Lending Partners
LLC
Goldman Sachs Trust II Goldman
Sachs Multi Manager Alternatives
Fund
Golub Capital
Good Hill
Goodwin Capital Advisers
Government of Singapore
Investment Corp. Pte Ltd.
Grand Horn CLO Ltd.
Granite Bay Long/Short Credit
Master Fund LP
Grant Grove CLO Ltd.
Grayson & Co.
Grayson CLO Ltd.
Grayston CLO 2001-1
Great West Putnam High Yield
Bond Fund
Greenbriar CLO Ltd.

Greyrock CDO Ltd.
Gruss Asset Management
Gruss Global Investors Master Fund
(Enhanced) Ltd.
Gruss Global Investors Master Fund
Ltd.
GSC Group CDO Fund VIII Ltd.
GSC Partners
GSC Partners CDO Fund IV Ltd.
GSC Partners CDO Fund V Ltd.
GSC Partners CDO Fund VII Ltd.
GSC Partners CDO Fund VIII Ltd.
GSO/Blackstone Debt Funds
Management LLC
Guardian Loan Opportunities Ltd.
Guggenheim Portfolio Co. X LLC
Gulf Stream - Sextant CLO 2006-I
Ltd.
Gulf Stream Compass CLO 2005-II
Ltd.
Gulf Stream Sextant CLO 2007 1
Ltd.
Gulf Stream-Compass CLO 2007
Ltd.
Gulf Stream-Rashinban CLO 2006-
1 Lt
Halcyon Loan Investors CLO I Ltd.
Halcyon Loan Investors CLO II Ltd.
Halcyon Restructuring
Halcyon SAM CLO 2008-II BV
Halcyon SAM European CLO
2007-1 BV
Halcyon SAM LS/SU 2007-1 Ltd.
Halcyon SAM LS/SU 2007-2 Ltd.
Halcyon SAM LS/SU CLO II Ltd.
Hampton Funding LLC
Harbourmaster Capital
Harbourview CLO 2006-I
Harch Capital Management
Harch CLO II Ltd.
Hartford Balanced Income Fund,
The
Hartford Floating Rate Fund, The
Hartford High Yield Fund, The
Hartford High Yield HLS Fund, The
Hartford Strategic Income Fund,

The
Hartford Unconstrained Bond Fund,
The
Harvard Management
Harvest CLO V PLC
Hayman Capital
Hayman Capital Master Fund LP
HBK Investments LP
HBK Master Fund LP
Helios Advantage Income Fund Inc.
Helios High Income Fund Inc.
Helios High Yield Fund
Helios Multi Sector High Income
Fund Inc.
Helios Strategic Income Fund Inc.
Hewett's Island CLO II Ltd.
Hewetts Island CLO VI Ltd.
Hewitt Ennisknupp Inc.
HFR RVA Advent Global
Opportunity Master Trust
HIG Whitehorse Capital LLC
High Income Opportunities
Portfolio
High Income Portfolio
Highbridge Capital
Highbridge International LLC
Highbridge Principal Strategies
Credit Opportunities Master Fund
LP
Highfields Capital Management
Highland Capital Management FM
Highland Capital Management LP
Highland Credit Opportunities CDO
Ltd.
Highland Floating Rate
Opportunities Fund
Highland Iboxx Senior Loan ETF
Highland Loan Master Fund LP
Highland Special Situations Fund
Highlander Euro CDO BV
Highlander Euro CDO II BV
HighVista Strategies
Hillmark Capital
Hillmark Funding Ltd.
Honeywell Common Investment
HSBC Wealth Management

Hugheson Ltd.
Hyperion Brookfield Asset
Management
IBM Personal Pension Plan Trust
(ING)
IDS Life Insurance Co.
IG Putnam US High Yield Income
Fund
Igchys - IG FI Canadian Allocation
Fund
Ignis Asset Management
Illinois State Board of Investment
Income Fund of America, The
Industriens Pension Portfolio
FMBA High Yield Obligationer 1
Industriens Pension Portfolio
FMBA High Yield Obligationer III
ING (L) Flex-Senior Loans
ING Capital LLC
ING International (II) - Senior
Loans
ING Investment Management CLO
II Ltd.
ING Investment Management CLO
III Ltd.
ING Investment Management CLO
IV Ltd.
ING Investment Management CLO
V Ltd.
ING Investment Trust Co. Plan For
Employee Benefit Investment Funds
- Senior Loan Fund
ING Investments Management Co.
ING Prime Rate Trust
Innocap Fund SICAV PLC In
Respect of Mason Sub Fund
Innocap Fund SICAV PLC In
Respect of Russell Sub Fund
Intermarket Corp.
International Monetary Fund
Retired Staff Benefits Investment
Account
International Monetary Fund Staff
Retirement Plan
International Paper Co.
Commingled Investment Group

Trust (Oaktree)

International Paper Co.
Commingled Investment Group
Trust (Wellington)
Interpolis Pensioenen Global High
Yield Pool
Invesco Dynamic Credit
Opportunities
Invesco Floating Rate Fund
Invesco Funds III-Invesco US
Senior
Invesco Kampen Senior Loan Fund
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Secured
Management Inc.
Invesco Van Kampen Dynamic
Credit Opportunities Fund
Invesco Van Kampen Senior
Income
Invesco Zodiac Funds-Invesco US
Senior Loan Fund
Investors Canadian High Yield
Income Fund
Iowa Public Employees Retirement
System
Iowa Public Employees' Retirement
System - IPERS (Oaktree)
Ivy Funds VIP High Income
Ivy High Income Fund
J. Caird Investors (Bermuda) LP
J. Caird Partners LP
Janus Capital Funds PLC
Janus Capital Group
Janus US High Yield Fund
Janus US High Yield Fund
Jasper CLO Ltd.
Jaws Capital LP
Jefferies Capital
Jeffries High Yield
Jersey Street CLO Ltd.
JHF II Multi Sector Bond Fund
JHF II Short Duration Credit
Opportunities Fund
JHF II-Global High Yield Fund
JHYF 1 Loan Funding LLC

JMP Credit Advisors
John Hancock
John Hancock Fund II - Floating
Rate Income Fund
John Hancock Hedged Equity &
Income Fund
JP Morgan
JP Morgan Investment Management
JP Morgan Leveraged Loans Master
Fund LP
JP Morgan Whitefriars Inc.
JPM Chase
JPM Whitefriars Inc.
JPMBI RE Blackrock Bank Loan
Fund
JPMC Retirement Plan Brigade
Bank Loan
JPMorgan Asset Management
JPMorgan Asset Management-
Cincinnati
JPMorgan Chase
JPMorgan Chase Bank NA
JPMorgan Chase Retirement Plan,
The
JPMorgan Core Plus Bond Fund
JPMorgan Floating Rate Income
Fund
JPMorgan High Yield Fund
JPMorgan Income Builder Fund
JPMorgan Strategic Income
Opportunities Fund
Julius Baer Global High Group
Trust Fund
Julius Baer Global High Income
Fund
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Katonah Debt Advisors LLC
Katonah IX CLO Ltd.
Katonah VII CLO Ltd.
Katonah VIII Ltd.
Katonah X CLO Ltd.
KDP Asset Management
Kil Loan Funding LLC
Kildonan Castle
Kilimanjaro Advisors LLC

King Street Acquisition Co. LLC
King Street Capital Management LP
Kingsland Capital Management
LLC
Kingsland I Ltd.
Kingsland II Ltd.
Kingsland III Ltd.
Kingsland IV Ltd.
Kingsland V Ltd.
KKR Asset Management LLC
KKR Debt Investors II (2006)
(Ireland) LP
KKR Financial CLO 2005 2 Ltd.
KKR Financial CLO 2005-1 Ltd.
KKR Financial CLO 2006-1 Ltd.
KKR Financial CLO 2007-1 Ltd.
KKR Financial CLO 2007-A Ltd.
KKR Financial Holdings LLC
Kloiber Investments LLC
Knight Capital Group
Knight Libertas LLC
Knight Loans LLC
KS Capital Partners LP
KS International Master Ltd.
KS Management
KTRS Credit Fund LP
L-3 Communications Corp. Master
Trust
Laguna Funding LLC
Landmark IX CDO Ltd.
Landmark V CDO Ltd.
Landmark VI CDO Ltd.
Landmark VII CDO Ltd.
Landmark VIII CLO Ltd.
LaSalle Bank NA
Latitude CLO I
Latitude CLO II Ltd.
Latitude CLO III Ltd.
Leveragesource III LP
Leveragesource III SARL
Leveragesource V SARL
LGT Multi Manager Bond High
Yield USD
Liberty CLO
Liberty Mutual
Liberty Mutual Employees Thrift

Incentive Plan

Liberty View Capital Managemant
Libertyview Capital
Libertyview Loan Fund LLC
Libra Global Ltd.
Life Insurance of The Southwest
Lightpoint CLO V Ltd.
Lightpoint CLO VII Ltd.
Lightpoint CLO VIII Ltd.
Lincoln National Life Insurance Co.
Separate Account 12, The
Lincoln National Life Insurance Co.
Separate Account 20, The
Lincoln Variable Insurance
Products Trust - LVIP Delaware
Foundation Moderate Allocation
Lincoln Variable Insurance
Products Trust- The LVIP Delaware
Foundation Conservative Allocation
Linden Advisors LLC
Linden Capital LP
Litespeed Management LLC
Litespeed Master Fund Ltd.
Littlejohn Opportunities Master
Fund LP
LLT Ltd.
Loan Funding IV LLC
Loan Funding VII LLC
Loan Strategies Funding LLC
Lockheed Martin Corp. Master
Retirement Trust
Loeb Capital Management
Logan Circle Partners LP
Lonestar Capital Management
Longhorn Capital DT LP
Longhorn Capital LP
Longhorn Credit Funding LLC
Loomis Sayles
Loomis Sayles Absolute Strategies
Trust
Loomis Sayles Bond Fund
Loomis Sayles CLO I Ltd.
Loomis Sayles Strategic Alpha
Trust
Loomis Sayles Strategic Income
Fund

Lord Abbett
Lord Abbett Investment Trust -
Floating Rate Fund
Lord Abbett Investment Trust-High
Yield Fund
Los Angeles County Employees
Retirement Association
Louisiana State Employees'
Retirement System (JP Morgan)
Louisiana State Employees'
Retirement System (Nomura)
LSR Loan Funding LLC
Lucent Technologies Inc. Master
Pension Trust
Lufkin Advisors LLC
Luminous Capital Global Credit
Opportunities Fund A LP
Luminus Energy Partners Master
Fund
Luminus Management
Luminus Partners
Lumx Beach Point Total Return
Fund Ltd.
Lutetium Capital
LVIP-JP Morgan High Yield Fund
Lyles Investments
MAC Capital Ltd.
Macquarie Bank Ltd.
Macquarie Bank Ltd.-Sydney Head
Office
Macquarie Investment Management
Macys Inc. Defined Benefit Plans
Master Trust
Madison Park Funding I Ltd.
Madison Park Funding II Ltd
Madison Park Funding III Ltd
Madison Park Funding IV Ltd.
Madison Park Funding V Ltd.
Madison Park Funding VI Ltd.
Managed Accounts Master Fund
Services Map 13
Managers High Yield Fund
Manulife Asset Management LLC
Manulife Floating Rate Income
Fund
Manzanita Investments LP

Map 139 Segregated Portfolio of
LMA SPC
Marathon Asset Management LP
Marathon Blue Active Fund Ltd.
Marathon Centre Street Partnership
Marathon CLO II Ltd.
Marathon Credit Dislocation Fund
LP
Marathon Credit Opportunity
Master Fund Ltd.
Marathon Liquid Credit Long Short
Fund
Marathon Special Opportunity
Master Fund Ltd.
Mariner LDC
Marksbury Investments LLC
Marlborough Street CLO Ltd.
Marret Asset Management
Mason Capital LP
Mason Capital Management LLC
Mason Capital Master Fund LP
Massachusetts Financial
Massachusetts Mutual Life
Insurance Co.
Master Foods Investments LLC
Master SIF SICAV SIF
MatlinPatterson
Matlinpatterson Distressed
Opportunities Master Account LP
Matlinpatterson Fund Iv (Hedge)
Master Account LP
Maxim Putnam High Yield Bond
Portfolio of Maxim Series Fund Inc.
Mayport CLO Ltd.
McDermott Master Trust
McDonnell Loan Opportunity II
Ltd.
Mercer Park / Sandelman
Meritage Fund LLC
Met Investors Series Trust -
Met/Eaton Vance Floating Rate
Portfolio
Metropolitan West Asset
Management
Metropolitan West High Yield Bond
Fund

Metropolitan West Low Duration
Bond Fund
Metropolitan West Total Return
Bond Fund
Microsoft Global Finance Ltd.
Midtown Acquisitions LP
Missouri Education Pension Trust
Mizuho Asset Management
MJX Asset Management LLC
Moab Capital Partners
Moab Partners LP
Momentum Capital Fund Ltd.
Montgomery County Employees
Retirement System
Monument Park CDO Ltd.
Moore Capital
Morgan Stanley Senior Funding Inc.
Mountain View CLO II Ltd.
Mountain View CLO III Ltd.
Mountain View Funding CLO
2006-1
MP Senior Credit Partners
MSD Capital LP
MSD Credit Opportunity Master
Fund LP
MSD Investments
MSD Value Investments LP
MT Wilson CLO II Ltd.
MT Wilson CLO Ltd.
Multimix Wholesale Diversified
Fixed Interest Trust
Municipal Employees Retirement
System of Michigan
Murphy & Durieu
Musashi II Ltd.
MV Credit Opportunity Fund LP
Napier Park Global Capital LLC
Nash Point CLO
National Elevator Industry Pension
Plan
National Investment Services High
Yield Fund LLC
National Life Insurance Co.
National Railroad Retirement
Investment Trust - High Yield
NB Distressed Debt Investment

Fund Ltd.
NB Distressed Debt Master Fund
LP
NCRAM Loan Trust
Neptune Finance CCS Ltd.
Neuberger Berman
Neuberger Berman Alternative
Funds: Neuberger Berman Absolute
Return Multi Manager Fund
Neuberger Berman Fixed Income
LLC
Neuberger Berman High Income
Bond Fund
Neuberger Berman High Income
Fund LLC
Neuberger Berman High Yield
Bond Fund
New Fleet Asset Management LLC
New York City Employees
Retirement System
New York City Police Pension Fund
New York Life
New York Times Co. Pension Trust
Newfleet * Hartford
Newfleet * SA
Newfleet Asset Management
Nexpoint Credit Strategies Fund
NGM Insurance Co.
Nicholas Applegate
Nob Hill CLO Ltd.
Nomura Bond & Loan Fund
Nomura Corporate Funding
Americas LLC
Nomura Corporate Reaserch &
Asset Management Inc.
Nomura Corporate Research
Nomura Global Financial Products
Inc.
Nomura International PLC
Nomura US Attractive Yield
Corporat Bond Fund Mother Fund
Nordkap Bank AG
North Dakota State Investment
Board
Oak Hill Credit Alpha Master Fund
LP

Oak Hill Credit Opportunities
Financing Ltd.
Oak Hill Credit Partners
Oak Hill Credit Partners II Ltd.
Oaktree Capital Management LP
Oaktree FF Investment Fund LP
Oaktree High Yield Fund II LP
Oaktree High Yield Fund LP
Oaktree High Yield Plus Fund LP
Oaktree Huntington Investment
Fund LP
Oaktree Loan Fund 2X (Cayman)
LP
Oaktree Opportunities Fund VIII
(Parallel 2) LP
Oaktree Opportunities Fund VIII
Delaware LP
Oaktree Opportunities Fund VIIIB
Delaware LP
Oaktree Opps IX Holdco Ltd.
Oaktree Opps IX Parallel 2 Holdco
Ltd.
Oaktree Senior Loan Fund LP
Oaktree Value Opportunities Fund
Holdings LP
OCA Brigade Credit Fund II LLC
Ocean Trails CLO I
Ocean Trails CLO II
OCM High Yield Trust
OCM Opportunities Fund VII
Delaware LP
OCM Opportunities Fund VIIB
Delaware LP
OCP Investment Trust
Ohio Police & Fire Pension Fund
OHSF II Financing Ltd.
Oklahoma Teachers Retirement
System
Omega Advisors Inc.
Omega Capital Investors LP
Omega Overseas Partners Ltd.
Onex Credit Partners LLC
Onex Debt Opportunity Fund Ltd.
Onex Senior Credit Fund LP
Oppenheimer Funds
Optimum Trust-Optimum Fixed

Income Fund

Oregon Public Employees
Retirement Fund
Otlet Capital Management
Owl Creek Asset
Owl Creek Investments I LLC
Oz Management LLC
Oz Special Master Fund Ltd.
OZF Credit Opportunities Master
Fund II
P River Birch Ltd.
Pacholder High Yield Fund
Pacific Gas & Electric Co. Post
Retirement Medical Plan Trust -
Non-Management Employees &
Retirees
Pacific Life Funds - PL Floating
Rate Loan Fund
Pacific Life Insurance
Pacific Select Fund - Floating Rate
Loan Portfolio
Pacific Select Fund - High Yield Bo
Portfolio
Palmetto Investors Master Fund
LLC
Panning Capital Management
Panning Master Fund LP
Par Four Investment
PCI Fund LLC
Peak6 Investments
PECM Strategic Funding LP
Penn Mutual Life Insurance Co.
Pennsylvania State Employees
Retirement System
Pennsylvania Treasury Department,
Commonwealth of
Penteli Master Fund Ltd.
Perella Weinberg Partners
Perella Weinberg Partners Capital
Management LP
Perella Weinberg Partners Xerion
Master Fund Ltd.
Permal Contrarian Fund I Ltd.
Permal LGC Ltd.
Permal Stone Lion Fund Ltd.
Perry Capital

Perry Principals LLC
Petrusse European CLO SA
PG&E Corp. Retirement Master Trust
Phillips 66 Co.
Phoenix Investment Partners
Phoenix Life Insurance Co.
Phoenix Multi-Sector Short Term Bond Fund
Phoenix Mutli-Sector Fixed Income Fund
Phoenix Senior Floating Rate Fund
Phoneix Edge Series Fund: Phoenix Multi Sector Fixed Income Series
Pictet Funds (Lux)
Pictet US High Yield
PIMCO
Pimco Cayman Global Credit Alpha Fund
Pimco Cayman Global Credit Libor Plus Fund
Pimco Foreign Bond Fund (US Dollar- Hedged)
Pimco Global High Yield Strategy Fund
Pimco High Income Fund
Pimco Long - Term Credit Fund
Pinebridge Investments LLC
Pioneer Diversified High Income Trust
Pioneer High Income Trust
Pioneer Investment
Point State Capital LP
Pointstate Capital LP
Pointstate Fund LP
Post Advisory Group
Post Advisory Investment LLC
Post Leveraged Loan Master Fund LP
Post Strategic Master Fund LP
Post Total Return Master Fund LP
Powershares Senior Loan Portfolio
Primerica Life Insurance Co.
Primus CLO I Ltd.
Princeton Advisory
Principal Financial Group

Principal Funds Inc. - High Yield Fund I
Principal Funds Inc.- Bond & Mortgage Securities Fund
Principal Funds Inc. High Yield Fund
Principal Investors Fund Inc.- Bond & Mortgage Securities Fund
Principal Life Insurance Co.
Principal Life Insurance Co. - Bond & Mortgage Separate Account
Principal Life Insurance Co. On Behalf of One Or More Separate Accounts
Principal Variable Contracts Fund Inc. Bond & Mortgage Securiities Account
Prospect Harbor Credit Partners LP
Protective Life Insurance Co.
Providence Equity
Prudential Insurance
Prudential Series Fund: Diversified Bond Portfolio
Prudential Series Fund: High Yield Bond Portfolio, The
Public Employees Retirement System of Ohio
Putnam Absolute Return 500 Fund
Putnam Absolute Return 700 Fund
Putnam Asset Allocation Funds Conservative Portfolio
Putnam Asset Allocation Funds: Balanced Portfolio
Putnam Diversified Income Trust
Putnam Diversified Income Trust (CA Master Fund)
Putnam Dynamic Asset Allocation Growth Fund
Putnam Floating Rate Income Fund
G Rate Income Fund
Putnam Global Funds - Putnam World Wide Income Fund
Putnam Global Income Trust
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Investments

Putnam Master Intermediate Income
Trust
Putnam Premier Income Trust
Putnam Retirement Advantage
GAA Balanced Portfolio
Putnam Retirement Advantage
GAA Conservative Portfolio
Putnam Retirement Advantage
GAA Growth Portfolio
Putnam Retirement Advantage
GAA Income Strategies Portfolio
Putnam Total Return Fund LLC
Putnam Total Return Trust
Putnam Variable Trust-Private
Diversified Income Fund
Putnam Variable Trust-Private High
Yield Fund
Putnam VT: Global Asset
Allocation Fund
Pyramis Floating Rate High Income
Commingled Pool Fund
Pyxis Capital LP
Pyxis Credit Strategies Fund
Pyxis Floating Rate Opportunities
Fund
Pyxis Iboxx Senior Loan ETF
Pyxis Special Situations Fund
Qantas Superannuation Plan
Qualcomm Global Trading Inc.
Qualcomm Global Trading Pte Ltd.
Race Point III CLO Ltd.
Race Point IV CLO Ltd.
RBC Capital Markets LLC
RBC Dexia Investor Services Trust
RBS Greenwich Capital
Red River CLO Ltd.
Reef Road Capital
Reef Road Master Fund Ltd.
Regatta Funding Ltd.
Regents of The University of
California
Regiment Capital Ltd.
Relative Value A Series of
Underlying Funds Trust
Renaissance Reinsurance Ltd.
River Birch Capital LLC

River Birch Master Fund LP
Riversource Life Insurance Co.
Rockwall CDO II Ltd.
Rockwall CDO Ltd.
Royal Bank of Canada
Royal Bank of Scotland Group
PLC, The
Royal Mail Pension Plan
Russell Investment Co. Russell
Multi Strategy Alternative Fund
Russell Strategic Bond Fund
Ryan Labs
Saba Capital Management LP
Saba Capital Master Fund II Ltd.
Safety Insurance Co.
Safety National Casualty Corp.
Salomon Brothers Holding Co. Inc.
San Francisco City & Country
Employees' Retirement System
San Gabriel CLO I Ltd.
San Joaquin County Employees'
Retirement Association
Sandell Asset Management
Sanford C. Bernstein Fund. Inc. II
Intermediate Duration Portfolio
Sankaty Advisors LLC
Sankaty Beacon Investment
Partners LP
Sankaty Credit Opportunities
(Offshore Master) IV LP
Sankaty Credit Opportunities III LP
Sankaty Credit Opportunities IV LP
Sankaty Credit Opportunities V A
LP
Sankaty Credit Opportunities V A2
Master LP
Sankaty Credit Opportunities V B
LP
Sankaty Drawbridge Opportunities
LP
Sankaty High Income Partnership
LP
Sankaty Managed Account
(PSERS) LP
Sankaty Managed Account (UCAL)
LP

Sankaty Managed Account TCCC LP
Sankaty Senior Loan Fund LP
Sankaty Senior Loan Fund PLC
Saratoga Partners
SC Credit Opportunities Mandate LLC
Scoggin Capital Management
Scoggin Capital Management II LLC
Scoggin Capital Management LP II
Scoggin International Fund Ltd.
Scoggin Worldwide Fund Ltd.
Scotiabank
Sears Holdings Pension Trust
Seasons Series Trust-Asset Allocation: Diversified Growth Portfolio
SEI Global Master Fund PLC - The
SEI High Yield Fixed Income Fund
SEI Global Master Fund PLD -The
Sei High Yield Fixed Income
SEI Institutional Investment Trust Enhanced LIBOR Opportunities Fund
SEI Institutional Investment Trust Opportunistic Income Fund
SEI Institutional Investments Trust High Yeild Bond Fund
SEI Institutional Managed Trust - High Yield Bond Fund
SEI Institutional Managed Trust Enhanced Income Fund
SEI Institutional Managed Trust High Yield Bond Fund
Seix Advisors
Senator Global Opportunity Master Fund LP
Senator Investment Group LP
Seneca Capital
Senior Debt Portfolio
Sentinel Asset Management
SG Distressed Fund LP Private
Shasta CLO I Ltd.
Sheffield Asset
Sheffield International Partners

Master Ltd.

Sheffield Partners LP
Shenkman Capital Management Inc.
Shinnecock CLO 2006+1 Ltd.
Sierra CLO II Ltd.
Silver Crest CBNA Loan Funding LLC
Silver Oak Capital LLC
Silver Point Capital
Silverado CLO 2006-I Ltd.
Silvermine Capital
Smith Management LLC
Sol Loan Funding LLC
Solus Alternative Asset Management
Solus Core Opportunities Master Fund Ltd.
Sound Harbor Partners
Sound Point Capital Management
Sound Point Credit Opportunities Master Fund LP
Southern Ute Indian Tribe
Southfork CLO Ltd.
Southpaw Asset
Southpaw Credit Opportunity Master Fund LP
SPCP Group LLC
Stanfield Azure CLO Ltd.
Stanfield Bristol CLO Ltd.
Stanfield Carrera CLO Ltd.
Stanfield Daytona CLO Ltd.
Stanfield McLaren CLO Ltd.
Stanfield Veyron CLO Ltd.
Starwood
Starwood Energy Fixed
State of Connecticut Retirement Plans & Trust Funds
State of Wisconsin Investment Board
State Street Bank & Trust Co.
State Teachers Retirement System of Ohio
Stedman Cbna Loan Funding LLC
Stedman Loan Fund II Subsidiary Holding Co. II LLC

Stellar Performer Globalseries W Global Credit
Stichting Bedrijfstakpensioenfonds Voor Het Beroepsvervoer Over De Weg
Stichting Bewaarder Syntrus Achmea Global High Yield Pool
Stichting Pensioenfonds Hoogovens
Stichting Pensioenfonds Voor Fysiotherapeuten
Stone Creek Partners LP
Stone Harbor Global Funds PLC - Stone Harbor Leveraged Loan Portfolio
Stone Harbor High Yield Bond Fund
Stone Harbor Invest Funds PLC - Stone Harbor High Yield Bond Fund
Stone Harbor Investment Partners LP
Stone Harbor Leveraged Loan Fund LLC
Stone Harbor Leveraged Loan Portfolio
Stone Lion Capital Partners LP
Stone Lion Portfolio LP
Stone Tower Capital
Stone Tower CDO II Ltd.
Stone Tower Credit Funding I Ltd.
StoneCreek Partners LLC
Stoney Lane Funding I Ltd.
Strategic Income Management LLC
Stratford CLO Ltd
Sunamerica Income Funds - Sunamerica High Yield Bond Fund
Sunamerica Senior Floating Rate Fund Inc.
Sunrise Partners LP
Sunrise Partners Ltd.
SunTrust
Sup FCO MA UB Securities LLC
Super FCO MA LP
Supervalu Inc. Master Investment Trust
Susquehanna Advisors Group

Symphony Asset Management
Symphony CLO II Ltd.
Symphony CLO VI Ltd.
T. Rowe Price
T. Rowe Price Insitutional High Yield Fund
T. Rowe Price Institutional Floating Rate Fund
Taconic Capital Advisors
Taconic Master Fund 1.5 LP
Taconic Opportunity Master Fund LP
Talek Investments
Tall Tree Investment
Target Asset Allocation Funds
Target Asset Management
Target Conservative Allocation Fund
Target Moderate Allocation Fund
Tasman Fund LP
TCW Absolute Return Credit Fund LP
TCW Asset Management
TCW Capital Trust
TCW Funds Metwest High Yield Bond Fund
TCW Senior Secured Floating Rate Loan Fund LP
TCW Senior Secured Loan Fund LP
Teachers Insurance & Annuity Association of America
Teachers' Retirement System of Oklahoma
Teachers Retirement System of The City of New York
Teak Hill Master Fund LP
Texas Absolute Credit Opportunities Strategy LP
Texas County & District Retirement System
THL Credit Senior Loan
Thornburg Investment
Thornburg Investment Income Builder Fund
TIAA-CREF
Titan Investment Holdings LP

Titan Investment Holdings SL LP
TMCT II LLC
TMCT LLC
Tralee CDO I Ltd.
Triboro Funding Ltd.
Trilogy Capital
Trilogy Portfolio Co. LLC
Trimaran Advisors Katona
Trustees of Dartmouth College
Turnpike Ltd.
UBS AG - Stamford, CT Branch
UBS GAM US - State of
Connecticut Retirement Plans &
Trust Funds
UBS Securities
UBS Stamford Branch TRS
UFCW Consolidated Pension Fund
UFCW Northern California
Employers Joint Pension Trust Fund
Ult Loan Funding 1 LLC
UMC Benefit Board Inc.
Unilever United States Inc. and Its
Subsidiaries and Affiliates, Master
Trust Agreement Under Various
Employee Benefit Plans of
Unipension Invest FMBA High
Yield Obligationer II
Unisys Master Trust
Ursamine
Ursamine Credit Advisors
US High Yield Bond Fund
US Underwriters Insurance Co.
USAA Cornerstone Moderately
Aggressive Fund
USAA Cornerstone Moderately
Conservative Fund
USAA Global Opportunities Fund
USAA Investment Management Co.
USAA Mutual Fund
USAA Mutual Funds Trust - USAA
Flexible Income Fund
USAA Mutual Funds Trust USAA
High Yield Opportunities Fund
USAA Mutual Funds Trust: USAA
Cornerstone Aggressive Fund
USAA Mutual Funds Trust: USAA

Cornerstone Moderate Fund

USAA Mutual Funds Trust-USAA
High Income Fund
Valholl Ltd.
Valic Co. II-High Yield Bond Fund
Vanguard High Yield Corporate
Fund
Varde Investment Partners LP
Varde Partners Inc.
Vector Capital
Venor Capital
Venor Capital Master Fund Ltd.
Venture II CDO 2002 Ltd.
Venture IX CDO Ltd.
Venture V CDO Ltd.
Venture VII CDO Ltd.
Venture VIII CDO Ltd.
Victoria Court CBNA Loan
Funding LLC
Virtus Multi Sector Fixed Income
Fund
Virtus Multi Sector Intermediate
Bond Fund
Virtus Multi-Sector Short Term
Bond Fund
Virtus Partners LLC
Virtus Senior Floating Rate Fund
Virtus Total Return Fund
Vista Leveraged Income Fund
Vitesse CLO Ltd.
Vulcan
VVIT: Virtus Multi Sector Fixed
Income Series
VVIT: Virtus Startegic Allocation
Series
W&R Target Funds Inc. - High
Income Portfolio
Waddell & Reed
Waddell & Reed Advisors High
Income Fund Inc.
Waddell & Reed Services
Wallace H. Coulter Foundation, The
Walnut Street Associates
Water Island Capital LLC
Watershed Asset

Watershed Capital Institutional
Partners III LP
Watershed Capital Partners
(Offshore) Master Fund II LP
Watershed Capital Partners
(Offshore) Master Fund LP
Wellington Management Co. LLP
Wellington Management Portfolios
(Dublin) Plc - US$ Core High Yield
Bond Portfolio
Wellington Management Portfolios
Dublin PLC Global High Yield
Bond Portfolio
Wellington Trust Co. NA Multiple
Collective Investment Fund Trust II
Core High Yield Bond Portfolio
Wellington Trust Co. NA Multiple
Common Trust Funds Trust-
Opportunistic Fixed Income
Allocation Portfolio
Wellpoint Inc.
Wells Capital Management
Wells Capital Management -
12222133
Wells Capital Management -
13702900
Wells Capital Management -
13823100
Wells Capital Management -
13923601
Wells Capital Management -
16463700
Wells Capital Management -
16959701
Wells Capital Management -
18325402
Wells Capital Management -
18866500
Wells Capital Management -
22952000
Wells Capital Management -
23928601
Wells Capital Management -
23960800
Wells Capital Management -
25464400

Wells Fargo & Co. Master Pension
Trust
Wells Fargo Advantage High
Income Fund
Wells Fargo Advantage High Yield
Bond Fund
Wells Fargo Advantage Income
Opportunities Fund
Wells Fargo Advantage Multi-
Sector Income Fund
Wells Fargo Advantage Strategic
Income Fund
Wells Fargo Advantage Utilities &
High Income Fund
Wells Fargo Bank NA
Wells Fargo Floating Rate Loan
Fund
West Bend Mutual Insurance Co.
West Gate Horizons
Westbrook CLO Ltd.
Westchester CLO Ltd.
Western Asset Floating Rate High
In Fund LLC
Western Asset Management
WG Horizons CLO I
Whitehorse Capital
Whitehorse II Ltd.
Whitehorse III Ltd.
Whitehorse IV Ltd.
Whitestone Funding Ltd.
Wilmington Trust Investment
Management LLC
Wilshire Institutional Master Fund
II SPC - Wilshire Alden Global
Event Driven Opportunities SP
Wingspan Investment Management
LP
Wingspan Master Fund LP
WM Pool - High Yield Fixed
Interest Trust
Worden II TX LLC
Worden Master Fund II LP
Worden Master Fund LP
Worden TX LLC
WR Huff Asset Management Co.
LLC

WRH Global Securities Pooled
Trust
XL Re Ltd.
Zell Credit Opportunities Side Fund
LP
Ziff Brothers Investments LLC

**DIP Associated Parties - EFIH**
Deutsche Bank AG, New York
Branch
Loop Capital Markets LLC
Morgan Stanley Senior Funding Inc.
Royal Bank of Canada
Williams Capital Group LLC
Bank of America NA
Bank of Tokyo-Mitsubishi UFJ
Ltd., The
Barclays Bank Plc
Citibank NA
Citigroup Global Markets Inc.
Deutsche Bank Securities Inc.
Merrill Lynch Pierce Fenner &
Smith Inc.
Union Bank NA
Mitsubishi UFJ Financial Group
Inc.
RBC Capital Markets

**Joint Ventures**

Collin G/G&B LLC
Greenway/G&B Frisco LP
Greenway/G&B General LLC

**Letters of Credit**

Citibank

**Lienholders**

Bank of New York Mellon Trust
Co. NA, The
Bank of New York Mellon, The
Bank of New York Trust Co. NA,
The

Citibank NA
Civitas Capital Management LLC
CSC Trust Co. of Delaware
First Union Commercial Corp.
Mastercraft Printed Products &
Services Inc.
Phillip Morris Credit Corp.
Tex-La Electric Cooperative of
Texas Inc.
TXU 2007-1 Railcar Leasing LLC
TXU Railcar Trust 2005-A
US Bank NA
US West Financial Services Inc.
Wachovia Bank NA
Wells Fargo Bank Northwest NA

**Potentially Responsible Parties**
3M Co.
American Barrel Co.
Amoco Chemical Corp.
Arco Chemical Co.
Atlantic Richfield Co.
Baker Hughes Oilfield Operations
Inc.
Baker Petrolite Corp.
BASF Corp.
Beazer East Inc.
Bio-Ecology Systems Inc.
BP America Production Co.
BP Amoco Chemical Co.
BP Products North America Inc.
Champion Technologies Inc.
Chemtron Corp.
Chemtura Corp.
Clean Harbors Environtmental
Services Inc.
Copperopolis Asbestos
Crystal Chemical Co.
Diamond Shamrock
DSI Facility
Eltex Chemical & Supply Co.
Environmental Enterprises Inc.
Exxon Chemical Co. USA
Exxon Mobil Corp.
Federal Mogul
General Dynamics Corp.

Giant Resource Recovery - Attalla Inc.
Goodyear Tire & Rubber Co.
Groendke Transport Inc.
Hydrite Chemical Co.
International Paper Co.
Lion Oil Co.
Lyondell Chemical Co.
M&M Chemical
Malone Services
Marathon Ashland Pipe Line LLC
Marathon Oil Co.
Marathon Petroleum Co.
Marine Shale Processors
Matlack Systems Inc.
Mission Petroleum Carriers Inc.
Monsanto Co.
Nalco Chemical Co.
Nl Treating Chemicals
North Main Metals Recycling
Occidental Chemical Corp.
Ondeo Nalco Co.
Perma-Fix Environmental Services Inc.
Pharmacia Corp.
Pollution Control Industries Inc.
Rohm & Haas Co.
Romic Environmental Technologies Corp.
Roy O. Martin Lumber Co. LLC
RSR Corp.
Sea Lion Chemical
Sea Lion Technology Inc.
Sheridan Disposal Services
Solvents & Petroleum Service Inc.
Solvents Recovery Service of New Jersey Inc., The
Sonics International Inc.
Southeast Texas Environmental LLC
Southwest Specialty Chemicals Inc.
Texas Instruments Inc.
Trelleborg Coated Systems US Inc.
Trinity Industries Inc.
Utah Power & Light
Voda Petroleum Inc.

Welchem Inc.
Younger Brothers Inc.

## Surety Bonds

Liberty Mutual Insurance Co.
Railroad Commissioners of Texas
Reliance Insurance Co.
RLI
Safeco Insurance Co. of America
Texas Department of Transportation, State of
Texas Department of Transportation, State of  (Paris District)
Texas Department of Transportation, State of  (Tyler District)
Texas State Highway & Public Transportation Commission
Texas Transportation Commission
Texas, State of
United States Army Corp of Engineers, Fort Worth

## Unsecured Bondholders

AEGON USA Investment Management LLC
AllianceBernstein LP (US)
American Century Investment Management Inc.
Archview Investment Group LP
Arrowgrass Capital Partners (US) LP
Avenue Capital Management II LP
Barclays Capital Inc.
Berkshire Hathaway Inc.
BlackRock Advisors LLC
BlueCrest Capital Management (New York) LP
BlueMountain Capital Management LLC
Brigade Capital Management LLC
Brownstone Investment Group LLC
Capital Research & Management Co. (US)

Chou Associates Management Inc.
Claren Road Asset Management LLC
Commerz Markets LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management LLC (US)
Credit Suisse Securities (USA) LLC
CSS LLC
Cyrus Capital Partners LP (US)
Danske Bank A/S (Asset Management)
Deutsche Bank Securities Inc.
Deutsche Investment Management Americas Inc.
Energy Future Holdings
Energy Future Intermediate Holdings
Euroclear Bank
Feingold O'Keeffe Capital LLC
Fidelity Management & Research Co.
Fifth Street Capital LLC
Footprints Asset Management & Research Inc.
Fore Research & Management LP
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
GAMCO Asset Management Inc.
Garland Business Corp
Global Bond Investors SA
GoldenTree Asset Management LP (US)
Gracie Asset Management
GSO Capital Partners LP
HighTower Advisors LLC
Hudson Bay Capital Management LP
JP Morgan Investment Management Inc.
JP Morgan Securities LLC
JP Morgan Whitefriars Inc.
Loomis Sayles & Co. LP
Lord Abbett & Co. LLC
Luminus Management LLC

Manulife Asset Management (US) LLC
Marathon Asset Management LP
MatlinPatterson Global Advisers LLC
Merrill Lynch Pierce Fenner & Smith Inc.
Morgan Stanley Smith Barney LLC
MSD Capital LP
Murphy & Durieu LP
Newfleet Asset Management LLC
Nomura Corporate Research & Asset Management Inc. (US)
Nuveen Asset Management LLC
Oaktree Capital Management LP
Omega Advisors Inc.
P. Schoenfeld Asset Management LP
Pacific Life Fund Advisors LLC
Patton Albertson & Miller LLC
Penn Mutual Life Insurance Co. (Asset Management)
PFA Kapitalforvaltning Fondsmæglerselskab A/S
Phoenix Investment Adviser LLC
PIMCO - Pacific Investment Management Co.
Pine River Capital Management LP
Prudential Investment Management Inc.
Putnam Investment Management LLC
RBC Capital Markets LLC
RBS Securities Inc.
Relative Value Partners LLC
RidgeWorth Capital Management Inc.
Salient Advisors LP
SG Americas Securities LLC
Silver Rock Financial LLC
Solus Alternative Asset Management LP
Standard Bank PLC
State Street Global Advisors (SSgA)
Sterne Agee & Leach Inc.
Stockcross Financial Services Inc.

Third Avenue Management LLC
UBS O'Connor LLC
UBS Securities LLC
USAA Asset Management Co.
W.R. Huff Asset Management Co.

LLC
Walnut Street Associates
Whitebox Advisors LLC
York Capital Management Global
Advisors LLC

**Supplemental List of names as of 8-17-14**

**United States Trustee, Judges, and Court Contacts for the District of Delaware (and Key Staff Members)**

Attix, Lauren
Buchbinder, David
Carey, Kevin J.
Dortch, Shakima L.
Giordano, Diane
Green, Christine
Gross, Kevin
Hackman, Benjamin
Heck, Jeffrey
Kenney, Mark
Fox, Jr., Timothy J.
Leamy, Jane
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Shannon, Brendan L.
Sontchi, Christopher S.
Tinker, T. Patrick
Vinson, Ramona
Walrath, Mary F.
Walsh, Peter J.
West, Michael
Wynn, Dion

**Bondholders**
Aegon
Allianz Global Investors
Allstate
Angelo Gordon

Ares
Arrowgrass
Aurelius
Avenue
Babson Capital
Bank of America Merrill Lynch
Barclays
Benida Group
Black Diamond
Blackstone / GSO
Bluecrest Capital Management
Brigade Capital
Brookfield Investment
BTG Pactual
Carlyle
Castle Hill
Centerbridge
Chou Associates
Claren Road
Columbia Management
Cortland Capital
Crescent Capital
Danske Bank
Ensign Peak
Footprints Asset Management
Franklin
Gruss
Halcyon
Highbridge
Highland Capital
ING Investments
Janus Capital
Kilimanjaro
KKR
LibertyView Capital Management

Logan Circle
Mariner
MatlinPatterson Capital
Mount Kellett
Owl Creek Asset Management
Panning Capital
Phoenix
Pinebridge
Post Advisory
Principal Financial
Protective Life
Providence Equity Partners
Prudential
PSAM
Putnam
RBC
RBS
Regiment Capital
Sankaty
Scoggin Capital
Seix Advisors
Senator Investment
Shenkman
Silvermine Capital
Sound Point Capital
Standard Life Investments
State Street Global Advisors
Taconic Capital Partners
Third Avenue
Titan Investment Holdings
Trimaran Advisors
UBS
Vanguard
Venor Capital Management
Watershed Asset Management
York Capital

**Debtholders**
Halcyon Asset Management LLC
Manikay Master Fund LP

**DIP Lenders**
4086 Advisors

Aberdeen Asset Management (US)
Abry Capital
Abry Partners LLC
Aegon Funding Corp.
All Pensions Group (APG) / Stichting
Pensioenfonds ABP
AllianceBernstein
Allstate Insurance
Apidos Capital
Apollo Capital Management
Ares Management LP
Arrowpoint Asset Management LLC
AXA Investment Managers
Bank of Tokyo-Mitsubishi UFJ
Beach Point Capital Management LP
Bennett Management
Black Diamond Capital
BMO Capital Markets
Brigade
Canaras Capital Management LLC
Caspian Capital Management
Castle Hill Asset Management LLC
Constellation Capital Management
Credit Suisse Alternative Investments
CVC Capital Partners Ltd.
Cyrus Capital LP
Dimaio Ahmad Partners
Federated Investors
Fidelity
Fonds Voor Gemene Rekening Beroepsvervoer
– HYBO: Stichting Bedrijfstakpensioenfonds
Voor Het Beroepsvervoer Over De Weg
Fortress
Franklin Custodian Funds - Franklin Utilities
Fund
Fraser Sullivan
Fraser Sullivan Investment
GIC (Government Investment Corporation of
Singapore)
GreyWolf Capital
GSO
GSO Capital Partners LP
HBK Global Securities LP

HBK Master Fund LP (HBK)
Hillmark Capital Management LP
HSBC Securities USA Inc.
ICE Canyon LLC
ING Capital Market LLC
ING Investments LLC (Arizona)
Invesco
Invesco - NAM (National Asset Management)
Jefferies LLC
JMP Group Inc.
JPMorgan Asset Management - US
King Street Capital LLP
Kingsland Capital
KS Capital
Magnetar Capital
Manulife Financial
Marathon Asset Management LLC (NY)
Matlin Patterson Capital Management LP
Metropolitan Life Investment Ltd.
Moore Capital Management LP
Napier Park
Neuberger & Berman
New York Life Insurance
Nomura
Oak Hill
Och Ziff - OZ Management
Onex Corp.
Oppenheimer
Orix
Pacific Investment Management - PIMCO
Peak 6 Investments
Pioneer Investment Management USA
Princeton Advisory Group
Providence Equity Partners Inc
Redwood Capital
Saratoga
Shenkman Capital
Silver Rock
Silverpoint
Solus
Sound Point
Sumitomo Mitsui Banking Corp.
T. Rowe Price Associates Inc.

TPG Inc.
Wells Fargo
West Gate Horizons Advsrs LLC
Western Asset Management US -WAMCO
Whitehorse Capital Partners LP

**Lenders**
HIG Whitehorse

**Professionals**
 Blackstone Advisory Group
 Cadwalader Wickersham & Taft (CWT)
 FTI Consulting
 I&O Communications
 Lazard
 Schulte, Roth & Zabel
 Wachtell Lipton Rosen & Katz
 Wilkie Farr

**SoFAS**
 Advanced Analytical Laboratories LLC
 Aegis Communications Group Inc.
 AEP-Texas Central Co.
 AEP-Texas North Co.
 Aero-Metric Inc.
 Air Liquide America Specialty
 Airgas Safety Inc.
 Airgas Southwest Inc.
 Airgas Specialty Products Inc.
 Ametek Canada Inc.
 Angelina & Nacogdoches Water Control &
 Improvement District #1
 Argo Turboserve Corp.
 Ascend Performance Materials LLC
 Atlas Copco Comptec LLC
 BHP Billiton Olympic Dam
 Bingham McCutchen LLP
 Bloomberg Finance  LP
 BNY Mellon Asset Servicing
 Bob Lilly Professional Promo
 Caterpillar Inc.
 Centerpoint Energy Gas
 Century Link

CH2M Hill Engineers Inc.
Chemtex Industrial Inc.
Citi Prepaid Services
Coastal Chemical Co. LLC
Cohesive Information Solutions Inc.
Computershare Trust Company NA
Contech Engineered Solutions
Cousins Chipman & Brown LLP
Custom Hose
Dallas Area Rapid Transit
Danaher Industrial Controls
Dell Software Inc.
Delta Airlines
Duke Energy Corp.
Dun & Bradstreet Inc.
Electric Reliability Countil of Texas Inc.
EMC Corp.
Emerson Network Power Liebert
Experian
F.E. Hill Co. LLP
Flowserve Corp. - Lynchburg
Flowserve US Inc.
FLSmidth Salt Lake City Inc.
Fox Scientific Inc.
G2 Electrical Testing
Gartner Inc.
GE Infrastructure Sensing Inc.
General Atomic Technologies Corp.
Genesys Telecommunications Labs Inc.
Hanes Geo Components
Hawkins Parnell Thackston & Young LLP
Holliday Fenoglio Fowler
Honeywell International Inc.
IBEW Local 2337
IBEW Local Union No 220
ICF Resources LLC
Infogroup
Jackson Sjoberg McCarthy & Townsend LLP
Jackson, Lisa, as Administrator of the U.S. Environmental Protection Agency
Jani-King National Accounts Division
Johnson Matthey LLC
Kelly Hart & Hallman LLP

Koetter Fire Protection of Austin LLC
Koetter Fire Protection of Longview LLC
Kria Systems Inc./Maptek
LauckGroup, The
Leica Geosystems Mining
Mastercraft Printed Products
MECO Inc. Maintenance Engineering
Microsoft Services
Miller Electric Co.
Mirion Technologies (GDS) Inc.
Mitsubishi Electric Power
Morris Nichols Arsht & Tunnell LLP
National Oilwell
Nuclear Electric Insurance
PEICO
Platts
Preferred Pump
Ray W. Davis Consulting
Raytheon Engineering & Constructors
Robert Half Finance & Accounting
Robert Half Legal
Salvation Army Garland
Schlumberger Canada Ltd.
Schneider Electric Buildings
Schneider Electric USA Inc.
Scientech
Senior Flexonics Inc. Pathway
Senior Flexonics Pathway Inc.
SHI International Corp.
Siemens Demag Delaval
Southern Crane & Elevator Service Inc.
State Street Bank & Trust Co. of Connecticut NA
Sungard Treasury Systems
Teledyne Brown Engineering
Telvent DTN  LLC
Templeton Air Conditioning
Thomson Reuters (Markets) LLC
Timsco Texas Industrial
Toledo Automotive
Triple J SA Construction Inc.
UniFirst Holdings Inc.
United States Department of Treasury

USPS PERMIT 1906 TXU ENERGY
UT Dallas Accounts Receivable
Weyerhaeuser NR Co.
Williams Patent Crusher
Wolters Kluwer Financial Services Inc.
Wood County Electric
Xylem Dewatering Solutions Inc.
Young Conaway Stargatt & Taylor LLP

**SoALs**
ACT Independent Turbo Services Inc.
ADP Taxware Division of ADP Inc.
AEC Powerflow LLC
AER Manufacturing II Inc.
AER Manufacturing Inc.
AES Ironwood LLC
AES Southland LLC
Air Liquide America Corp.
Airgas Refrigerants Inc.
Airgas Specialty Products
Akzo Nobel Chemicals Inc.
Alcatel-Lucent
Alstom Inc.
American Crane & Equipment
American Equipment Co. Inc.
Ametek Power Instruments - Rochester
Ametek/Process & Analytical Instruments
Division
Amsted Rail Inc.
Anadarko Energy Services Co.
Anadarko Petroleum Corp.
Analysis & Measurement Corp. (AMS)
Angelina & Nacogdoches Counties Water
Control & Improvement District
Aon Hewitt
Aramark Refreshment Services
Aramark Services Inc.
Arbill
Areva Solar Inc.
Areva T&D Inc.
AT&T Global Information Solutions
Atlas Copco Industrial Compressors Inc.

Atmos Energy Marketing LLC
Atmos Pipeline - Texas
Atmos Pipeline - Texas, a Division of
Atmos Energy Corp.
Austin Community College (TX)
Babcock & Wilcox Construction Co. Inc.
Baker Hughes
Bank of New York as Indenture Trustee,
The
Bastrop-Travis Emergency Services District
#1 (TX)
Baughman, William E.
Bell County Road & Bridge Department
Bloomberg
BNP Paribas
Bob Lilly Professional Marketing Group
Inc.
Borden Chemical Co.
BorgWarner Inc.
Boswell, Barry
Boy Scouts of America Pack #790
BP America Inc.
BP Canada Energy Marketing Corp.
BP Corp. North America Inc.
Bridgestone Firestone North American Tire
LLC
Brooks, Mark E.
Bys, Jay
Calpine Corp.
Camp, Jeffrey
Capgemini Energy LP
Capgemini US LLC
Caraway, Shannon
CaremarkPCS Health LLC
Carter, Michael
Casey, Roy
Cassidy Turley Commercial Real Estate
Services Inc.
Caterpillar Global Mining
Cattron-Theimeg International Ltd.
Chambers-Liberty County Navigation
Chevron Corp.
Chevron Natural Gas
Chevron Pipeline Co.

Chevron/Texaco
Cintas Document Management
CIT Group, The
Click2Learn.
Collins, John
Condit, a Fluid Flow Products Co.
Conoco Inc.
Control System & Instrumentation
Consultants Ltd. (CSI)
Cooper Industries Inc. (Cooper Airmotive)
Cremens, Charles
Dairy Pak
DairyPak
Dairy-Pak, a Division of Champion
International Corp.
Darr Equipment Co.
Darr Lift Truck Co.
DART
Davis, Douglas
Degeyter, Brock
Delaware Public Utility Commission, State
of
Deutsche Bank Trust Co. Americas, Admin
Diamond Shamrock Consumer Relations
Diamond Shamrock Corp.
Diermann, Scott
Dore, Stacey
Dresser Inc.-Masoneilan
DTE Energy
Duessel, John
Duke Energy Carolinas LLC
Duke Energy Ohio Inc.
Duncan Disposal #688
E.I. Du Pont de Nemours & Co.
Eastland City Hall (TX)
EIS Inc.
Ellis, Stephen
Emerson Electric Co.
Emerson Network Power Lierber Services
Inc.
Energy Services Group International Inc.
Engineered Casting Repair Services Inc.
Entergy Operations Inc.

Entergy Power Marketing Corp.
Enze, Charles
Esource Holdings LLC
Evans, Donald
Ewert, Cynthia
Exelon Corp.
Exelon Powerlabs
Experian Marketing Services
Experian Marketing Solutions Inc.
Exxon Corp.
ExxonMobil
F.E. Moran Inc. Special Hazard
Faranetta, David
Federwisch, Richard
Ferguson Waterworks #1105
Fisher Controls
Fisher Scientific Co. LLC
FL Smidth Inc. - AFT Division
Fleshman, Betty
Flowserve Corp. FCD
FLSmidth Inc. Airtech Division
Four Seasons
Foxworth-Galbraith Lumber Co.
Franklin County Water District (TX)
Franklin Covey Client Sales Inc.
Frenzel, Robert
Futurecom
G2 Electrical Testing & Consulting Inc.
Gardner Denver Nash LLC
GE Analytical Instruments Business Group
GE Analytical Instruments Inc.
GE Betz Inc.
GE Energy Management Services Inc.
GE Energy Services
GE Industrial Systems
GE Multilin
GE Nuclear Energy
GE Transportation System
Geary, John
General Atomics Systems
General Motors Fleet & Commercial
Georgia-Pacific
Georgia-Pacific Chemicals Inc.

GFI Group Inc.
Goering, Matthew
Gooch, Cecily
Goodwin, Ricky
Grace, Tommy
Grasso, Michael
Griffin, Mark
GTTSI
Guillory, Angela Yvonne
Halliburton
Hancock, Counce Harrison
Harris, Terry Lynn
Harris, Wayne
Hicks, Daniel B.
Higdon, Charles
Higginbotham, Theron
Hitachi Data Systems Corp.
Ho, Joseph
Hogan, Timothy
Holman Boiler
Honeywell Optoelectronics Division
Horn, Stephen
Horton, Anthony
Howard, Carla
Hudson, Scott
Hydradyne Hydraulics LLC
Ingersoll Rand Industrial Technologies
Integrated Power Services
Jackson, David
Jarrell, Freeman
Jeanes, Ricky
Johnson Controls
Johnson Controls Inc.
Kelly, Gregory
Kerrville Public Utility Board
Kirby, Carrie
Kirk & Blum Manufacturing Co. Inc.
Koenig, Allan
Kopenitz, Stephen
Kroger
Kross, David
Law Offices of John Charles Sherwood, The
Lee-Sethi, Jennifer Marie

Lehman Brothers Commodity Services Inc.
Leonard, Scott
Lightle, Curtis
Lone Star Railroad Contractors Inc.
Lucas, Mitchell
Lynch, David
Mammoet USA South Inc.
Mohawk Labs
Moore, William
Muscato, Stephen
N.E. Leon County ESD #4
NAES Corp. Turbine Services Division
Nalco
Napa Auto Parts Store
Nasdaq OMX Commodities Clearing Co.
Nasdaq OMX Corp. Solutions LLC
Nasdaq OMX Group Inc., The
Nationwide Insurance
NCH Corp.
Netco Co Inc.
Nickerson, Floyd
NRG Energy Inc.
NRG EV Services LLC
Nuclear Energy Liability Insurance
Association
NWS Technologies
O'Brien, John
Oracle USA Inc.
Owen-Illinois
Palco Engineering & Construction Services
Peabody Coal Sales Co.
Peabody Coal Trade Inc.
Pearson, Gerry
Pentair Valves & Controls US LP
Philadelphia Gear Corp.
Pitney Bowes Inc.
Provisional Safety Management &
Consultants
Railworks Track Systems Texas Inc.
Reilly, William
Reliance National Risk Specialists
Republic Services National Accounts
Rickey Bradley Feed & Fertilizer

Rives, Johnny
Robert Half International Inc.
Rod, Kelli
Rolls Royce Civil Nuclear
Rufus, Estelle C.
Saint-Gobain Performance Plastics Corp.
Schneider Electric It USA Inc.
SGS
Shapard, Robert Sumner
Shell Chemical Co.
Shell Oil Co.
Shell Oil Products Co.
Shell Pipeline Corp.
Siemens Rail Automation Corp.
Smith, Russell
Smith, Stephen
Southwestern Electric Power Co. (Swepco)
Stewart & Stevenson Services
Sunoco Inc.
T.H. Agriculture & Nutrition Co. Inc.
Tec Trading Inc.
Teledyne Instruments - Test Services
Telvent Dtn Corp. Office
Templeton Electrical Air Conditioning & Refrigeration
Texas Department of Aging & Disability Services, State of
Texas Department of Agriculture
Texas Department of Motor Vehicles
Texas Department of Public Safety
Texas Department of Transportation
Texas Inter-Faith Housing Corp
Texas Public Utility Commission, State of
Texas Railroad Commission, State of
Texas Scottish Rite Hospital
Texas Scottish Rite Hospital for Crippled Children
Texas Secretary of State
Tex-La Electric Coop. of Texas Inc.
TFS Energy Solutions LLC
Thermal Specialties Technology Inc.
Thompson, Molly
Time Warner Cable Business Class

Timken Co., The
Total Petroleum
TPG Global LLC
Transwestern Pipeline Co.
Trimble, Barry
Trimble, Roxanne
Tulloh, Brian
US Internal Revenue Service
Walker, Jeffrey
Warfab Field Machining & Erection Corp.
Waste Water Solutions
Watson, Clifford
Wells Fargo Bank Northwest NA
West Tennessee Communications
Westinghouse Electric Co. - NS Field Services
Whipple, John
Young, Willie Mae
YRC Inc.
Zee Medical Service Co