**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF PEJU ADEDEJI FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY AS BANKRUPTCY ACCOUNTING ADVISOR EFFECTIVE *NUNC PRO TUNC* TO JUNE 17, 2014**

I, Peju Adedeji, being duly sworn, state the following under penalty of perjury:

3. I am a former employee of KPMG LLP ("KPMG"). I have been requested to provide Sarbanes-Oxley ("SOX") assistance in connection with the SOX services provided in the KPMG statement of work executed as of June 17, 2014. The facts set forth in this Declaration are based upon my personal knowledge and belief. If called and sworn as a witness, I could and would testify competently to the facts set forth herein.

4. Based upon information supplied by KPMG, as initially provided by Debtors' counsel, I searched the list contained in Schedule "1" to identify any connection or relationship with the parties I do not have any relationships with any of the people on Schedule 1.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

5. To the best of my knowledge, I neither hold nor represent an interest adverse to the Debtors' estates that would impair my ability to objectively perform professional services for the Debtors, in accordance with section 327 of the Bankruptcy Code.

6. To the best of my knowledge, I am a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that, I:

   a. am not a creditor, an equity security holder, or an insider of the Debtors; and

   b. am not and was not, within two years before the date of filing of these chapter 11 cases, a director, officer, or employee of the Debtors.

7. I do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

8. As of the date the Debtors filed for bankruptcy protection, I was not a "creditor" of the Debtors within the meaning of section 101(10) of the Bankruptcy Code.

9. To the best of my knowledge (a) I have no connections with the creditors, any other party-in-interest, or their respective attorneys and accountants; and (b) I am not a relative of and have no known connection with the United States Trustee of the District of Delaware or of any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Delaware.

10. I do not currently perform, and have not previously performed, services for the entities listed on Schedule 1.

11. I have not provided, and will not provide, any professional services to any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September _5th_, 2014

                                        */s/ Peju Adedeji*
                                        Peju Adedeji