**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,1 | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF NANCY BRAUN FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY AS BANKRUPTCY ACCOUNTING ADVISOR EFFECTIVE *NUNC PRO TUNC* TO JUNE 17, 2014**

I, Nancy Braun, being duly sworn, state the following under penalty of perjury:

1. I am the president of Thavron Solutions, LLC ("Thavron"). Thavron has been requested by KPMG LLP ("KPMG") to provide technical assistance related to cost modeling in connection with the Apptio services provided in the KPMG statement of work executed as of August 15, 2014. The facts set forth in this Declaration are based upon my personal knowledge and belief. If called and sworn as a witness, I could and would testify competently to the facts set forth herein.

3. Based upon information supplied by KPMG, as initially provided by Debtors' counsel, I searched the list contained in Schedule "1" to identify any financial connection or relationship with the parties. To the best of my knowledge, after a review of Thavron's clients, Thavron does not have any financial relationships with any of the people on Schedule 1.

4. To the best of my knowledge, and after a review of Thavron's clients, Thavron neither holds nor represents an interest adverse to the Debtors' estates that would impair its

1

ability to objectively perform professional services for the Debtors, in accordance with section 327 of the Bankruptcy Code.

5. To the best of my knowledge, Thavron:

   a. is not a creditor, an equity security holder, or an insider of the Debtors;

   b. is not and was not, within two years before the date of filing of these chapter 11 cases, a director, officer, or employee of the Debtors; and

   c. does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason

such that Thavron is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

6. As of the date the Debtors filed for bankruptcy protection, Thavron was not a "creditor" of the Debtors within the meaning of section 101(10) of the Bankruptcy Code.

7. To the best of my knowledge, after a review of Thavron's clients, (a) Thavron has no financial connections with the creditors, any other party-in-interest, or their respective attorneys and accountants (b) Thavron is not a relative of and has no known connection with the United States Trustee of the District of Delaware or of any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Delaware.

8. Thavron has not provided, and will not provide, any professional services to any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 29, 2014

_____
Nancy Braun