# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Energy Future Holdings Corp., et al., | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that AMECO Inc. ("AMECO"), files this Notice of Appearance and Request for Notices and Papers and request, pursuant to section 342 of 11 U.S.C. §§ 101-1532 (as amended and applicable hereto, the "Bankruptcy Code") and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that copies of all notices and pleadings given or filed in the above-captioned bankruptcy case be served on the following attorneys for AMECO:

| | |
|---|---|
| Philip Eisenberg | Francis A. Monaco, Jr. |
| Locke Lord LLP | Kevin J. Mangan |
| 2800 JPMorgan Chase Tower | Womble Carlyle Sandridge & Rice, LLP |
| 600 Travis | 222 Delaware Avenue, Suite 1501 |
| Houston, Texas 77002 | Wilmington, Delaware 19801 |
| Telephone: (713) 226-1304 | Telephone: (302) 252-4320 |
| Facsimile: (713) 223-3717 | Facsimile: (302) 252-4330 |
| Email: peisenberg@lockelord.com | Email: fmonaco@wcsr.com |
| | Email: kmangan@wcsr.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and notice agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of AMECO (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which AMECO are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 9, 2014

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Kevin J. Mangan
Francis A. Monaco, Jr. (DE Bar No. 2078)
Kevin J. Mangan (DE Bar No. 3810)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: fmonaco@wcsr.com
Email: kmangan@wcsr.com

-and-

Philip Eisenberg
LOCKE LORD LLP
2800 JPMorgan Chase Tower
600 Travis
Houston, TX 77002
Telephone: (713) 226-1304
Facsimile: (713) 223-3717
Email: peisenberg@lockelord.com

Counsel to AMECO Inc.