## CERTIFICATE OF SERVICE

I, Kevin J. Mangan, hereby certify that on September 9, 2014, I caused a copy of the foregoing document to be served upon the parties listed below *via* U.S. First Class Mail, postage prepaid.

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard M. Cieri
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Christopher A. Ward
Justin K. Edelson
Shanti M. Katona
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Edward M. Fox
Polsinelli Shughart PC
805 Third Avenue
Suite 2020
New York, NY 10022

James M. Peck
Todd M. Goren
Erica J. Richards
Samantha Martin
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Epiq Bankruptcy Solutions LLC
757 Third Avenue
Third Floor
New York, NY 10017

Dated: Wilmington, Delaware
       September 9, 2014

/s/ Kevin J. Mangan
Kevin J. Mangan