**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |

**DEBTORS' MOTION FOR LEAVE TO FILE AND SERVE A LATE REPLY IN RESPONSE TO ANY OBJECTIONS OF THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE TO (I) CERTAIN OF THE DEBTORS' PROFESSIONAL RETENTION APPLICATIONS (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) AND (II) "MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN PREPETITION AMOUNTS ON ACCOUNT OF THE INSIDER COMPENSATION PROGRAMS AND (B) CONTINUE THE INSIDER COMPENSATION PROGRAMS IN THE ORDINARY COURSE OF BUSINESS ON A POSTPETITION BASIS" [D.I. 1792]**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this motion for leave (the "Motion for Leave"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to file and serve a reply (the "Reply"), beyond the deadline set forth in Local Rule 9006-1(d), in response to any objections (the "Objections") that may be filed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") to (i) certain of the Debtors' professional retention applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665; collectively, the "Retention Applications") and (ii) the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts*

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis*, dated August 8, 2014 [D.I. 1792] (the "Insider Compensation Programs Motion" and together with the Retention Applications, the "Moving Papers"). In support of this Motion for Leave, the Debtors respectfully represent as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.[2]

## BACKGROUND

2. On May 29, 2014, the Debtors filed the Retention Applications. Pursuant to the Retention Applications, the Debtors are seeking the entry of orders of this Court approving and authorizing the retention of various professionals in their chapter 11 cases *nunc pro tunc* to April 29, 2014.

3. On August 8, 2014, the Debtors filed the Insider Compensation Programs Motion. Pursuant to the Insider Compensation Programs Motion, the Debtors are seeking entry of an order authorizing them to (a) pay certain prepetition amounts owed on account of the Debtors' Insider Compensation Programs (as such term is defined in the Insider Compensation Programs Motion) and (b) continue the Insider Compensation Programs in the ordinary course of business on a postpetition basis.

[2] Pursuant to Local Rule 9013-1(f), the Debtors hereby confirm their consent to the entry of a final order by this Court in connection with this Motion for Leave if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

4. Among other matters, the Moving Papers are scheduled to be heard at the hearing scheduled to take place before the Court on September 16, 2014 starting at 11:00 a.m. (Eastern Daylight Time) (the "Hearing"). Pursuant to the applicable notices and re-notices filed and served in connection with the Moving Papers, (i) the deadline for parties to file responses or objections to the Retention Applications was 4:00 p.m. (Eastern Daylight Time) on August 28, 2014 and (ii) the deadline for parties to file responses or objections to the Insider Compensation Programs Motion was 4:00 p.m. (Eastern Daylight Time) on September 5, 2014 (together, the "Objection Deadlines").

5. The Debtors have obtained support from (or agreement not to object to relief) from all other parties in interest to the Retention Applications and the Insider Compensation Programs Motion. Indeed, the support of the Official Committee of Unsecured Creditors, the ad hoc group of TCEH unsecured noteholders, and the ad hoc group of TCEH second lien noteholders to the Retention Applications was memorialized in a stipulation filed with the Court on August 29, 2014 [D.I. 1947]. The Debtors have worked to accommodate the U.S. Trustee's office through several prior adjournments and extensions, as well as numerous in-person and telephonic meetings among the U.S. Trustee and the Debtors' professionals and their management team. In an effort to continue to facilitate ongoing discussions, the Debtors have agreed to extend the Objection Deadlines for the U.S. Trustee to September 11, 2014 at 4:00 p.m. (Eastern Daylight Time), *provided*, *that*, the Court approves the relief requested in this Motion for Leave. Specifically, pursuant to Local Rule 9006-1(d), the Debtors' deadline for filing a reply to any Objections is 4:00 p.m. (Eastern Daylight Time) on September 11, 2014 (*i.e.*, the same date and time as the U.S. Trustee's extended deadline to file an objection to the Moving Papers). By this Motion for Leave, the Debtors seek permission to file and serve the Reply after the deadline afforded under Local Rule 9006-1(d).

## RELIEF REQUESTED

6. By this Motion for Leave, the Debtors seek authority, pursuant to Local Rule 9006-1(d), to file and serve the Reply on or before 4:00 p.m. (Eastern Daylight Time) on September 15, 2014.[3]

## BASIS FOR RELIEF

7. Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." See Del. Bankr. L.R. 9006-1(d).

8. The agenda for the Hearing (currently set for September 16, 2014 at 11:00 a.m. (Eastern Daylight Time)) is due to be filed with the Court by 12:00 p.m. (noon) (Eastern Daylight Time) on September 12, 2014. As noted above, Local Rule 9006-1(d) therefore requires that the Debtors file any reply with the Court on or before 4:00 p.m. (Eastern Daylight Time) on September 11, 2014. However, the Debtors' extension of the Objection Deadline for the U.S. Trustee does not permit them to file a reply to any objection that might be filed by the U.S. Trustee within the time frame provided by Local Rule 9006-1(d). Accordingly, absent leave of Court, the Debtors would be unable to file and serve the Reply in full compliance with Local Rule 9006-1(d).

9. The Debtors submit, however, that the Court should grant an extension of the time in which to file the Reply under Local Rule 9006-1(d). As a result of the extension of the Objection Deadline for the U.S. Trustee, absent leave of Court, the Debtors would be precluded from filing a reply to any objection that the U.S. Trustee might file in response to any of the Moving Papers. At the same time, the Debtors respectfully submit that the Reply will assist the Court in its consideration of the issues raised in any objection that might be filed by the U.S. Trustee. Absent

---

[3] Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply, rather than a deadline for *filing* a reply, the Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

leave of Court to file the Reply, the Debtors will have submitted no written response to any objection that the U.S. Trustee might file, putting the Court in the difficult position of hearing the Debtors' reply arguments for the first time at the Hearing. In contrast, the Debtors believe that the Reply will (i) fully inform the Court of the Debtors' arguments regarding the issues presented in any objection that the U.S. Trustee might file; (ii) assist the Court in deciding the merits of any objection that the U.S. Trustee might file and is otherwise necessary to the consideration of the Moving Papers; and (iii) otherwise help narrow the issues addressed in any objection that the U.S. Trustee might file, thereby serving to streamline the Hearing.

## CONSENT TO RELIEF

10. Proposed counsel to the Debtors conferred with the U.S. Trustee concerning the relief requested in the Motion for Leave prior to its filing, and are informed that the U.S. Trustee does not object to the extension of the Debtors' deadline to file the Reply as requested in this Motion for Leave.

WHEREFORE the Debtors respectfully request that the Court enter an order, substantially in the form attached as **Exhibit A,** authorizing the Debtors to file and serve the Reply on or before September 15, 2014 at 4:00 p.m. (Eastern Daylight Time).

[*Remainder of page intentionally left blank.*]

Dated: September 9, 2014
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession