# EXHIBIT A

**Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

ORDER GRANTING LEAVE TO LEAVE TO FILE AND SERVE A
LATE REPLY IN RESPONSE TO ANY OBJECTIONS OF THE OFFICE
OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
TO (I) CERTAIN OF THE DEBTORS' PROFESSIONAL RETENTION
APPLICATIONS (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) AND
(II) "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY
OF AN ORDER AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN PREPETITION
AMOUNTS ON ACCOUNT OF THE INSIDER COMPENSATION PROGRAMS AND
(B) CONTINUE THE INSIDER COMPENSATION PROGRAMS IN THE ORDINARY
COURSE OF BUSINESS ON A POSTPETITION BASIS" [D.I. 1792]

Upon consideration of the motion for leave, dated September 9, 2014 (the "**Motion for Leave**"),[2] seeking entry of an order, pursuant to Local Rule 9006-1(d), authorizing the Debtors to file and serve the Reply; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED that the Debtors are granted leave to file and serve the Reply by September 15, 2014 at 4:00 p.m. (Eastern Daylight Time); and it is further

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

RLF1 10788630v.1

ORDERED that the Court will consider the Reply.

Dated: September _____, 2014
       Wilmington, Delaware

                                      THE HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE