# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Natalie D. Ramsey, certify that on September 9, 2014, I caused to be filed and served via the CM/ECF system a **Supplemental Brief on the Personal Injury Law Firms in Opposition to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants** (the "Supplemental Brief") in the above-captioned adversary proceeding.

Dated: Wilmington, Delaware  
August 20, 2014

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

 */s/ Natalie D. Ramsey*
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 504-7800

*Counsel for Gori Julian & Associates, P.C.; Simmons Hanley Conroy; Paul Reich & Meyers, P.C.; Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and Early, Lucarelli, Sweeney & Meisenkothen*

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.