IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., et al., | ) | Case No.  14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF PHILIP EISENBERG

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission pro hac vice of Philip Eisenberg, Esq., of the law firm of Locke Lord LLP, to represent AMECO Inc., American Equipment Company Inc., Fluor Enterprises Inc., Fluor Corporation and Fluor Global Services in the above-captioned jointly administered bankruptcy cases.

Dated: September 10, 2014

/s/ Kevin J. Mangan
Francis A. Monaco, Jr. (Del. Bar No. 2078)
Kevin J. Mangan (Del. Bar No. 3810)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone:  (302) 252-4353
Facsimile:  (302) 252-4330
Email:  fmonaco@wcsr.com
Email:  kmangan@wcsr.com

Counsel to AMECO Inc., American Equipment Company Inc., Fluor Enterprises Inc., Fluor Corporation and Fluor Global Services

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and notice agent at http://www.efhcaseinfo.com.