## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of Texas, New York and Louisiana, the United States District Court for the Eastern and Western Districts of Louisiana and the United States Court of Appeals for the Fifth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the United States District Court for the District of Delaware.

Dated: September 9, 2014

Philip Eisenberg
Locke Lord LLP
2800 JPMorgan Chase Tower
600 Travis
Houston, Texas 77002
Telephone: (713) 226-1304
Facsimile: (713) 223-3717
Email: peisenberg@lockelord.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted:

Dated: September ___, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2

WCSR 32973627v1