# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Energy Future Holdings Corp., et al., | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF PHILIP EISENBERG

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission pro hac vice of Philip Eisenberg, Esq., of the law firm of Locke Lord LLP, to represent AMECO Inc., American Equipment Company Inc., Fluor Enterprises Inc., Fluor Corporation and Fluor Global Services in the above-captioned jointly administered bankruptcy cases.

Dated: September 10, 2014

/s/ Kevin J. Mangan
Francis A. Monaco, Jr. (Del. Bar No. 2078)
Kevin J. Mangan (Del. Bar No. 3810)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4353
Facsimile: (302) 252-4330
Email: fmonaco@wcsr.com
Email: kmangan@wcsr.com

Counsel to AMECO Inc., American Equipment Company Inc., Fluor Enterprises Inc., Fluor Corporation and Fluor Global Services

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and notice agent at http://www.efhcaseinfo.com.

## CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO HAC VICE</u>

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of Texas, New York and Louisiana, the United States District Court for the Eastern and Western Districts of Louisiana and the United States Court of Appeals for the Fifth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the United States District Court for the District of Delaware.

Dated: September 9, 2014

_____
Philip Eisenberg
Locke Lord LLP
2800 JPMorgan Chase Tower
600 Travis
Houston, Texas 77002
Telephone: (713) 226-1304
Facsimile: (713) 223-3717
Email: peisenberg@lockelord.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted:

Dated: September 10, 2014

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge