IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., ) | |
| et al., ) | Case No. 14-10979 (CSS) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of this Court and all parties of record:

Please note my change of address as counsel in the above-styled case for Devon Energy Production Company, L.P.

    s/ *Judy Hamilton Morse*
Judy Hamilton Morse, OBA #6450
  - Of the Firm -
CROWE & DUNLEVY,
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 272-5242 Facsimile

judy.morse@crowedunlevy.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2014, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

    s/ *Judy Hamilton Morse*
  Judy Hamilton Morse