## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 12th day of September, 2014, I caused copies of the foregoing **Statement of the Ad Hoc Group of TCEH Unsecured Noteholders in Support of the Motion of Energy Future Holdings Corp.,** *et al.*, **for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code** to be served upon the parties below as indicated:

Mark D. Collins, Esq.
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 N. King St.
Wilmington, DE 19801
VIA HAND DELIVERY

Edward O. Sassower, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022-4611
VIA HAND DELIVERY

Christopher A. Ward, Esq.
**Polsinelli PC**
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
VIA HAND DELIVERY

Richard M. Cieri, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022-4611
VIA FIRST CLASS MAIL

James H.M. Sprayregen, Esq.
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
VIA FIRST CLASS MAIL

James M. Peck, Esq.
**Morrison & Foerster LLP**
250 West 55th Street
New York, NY 10019
VIA FIRST CLASS MAIL

**Office Of The United State Trustee**
Attn: Richard L. Schepacarter, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
VIA HAND DELIVERY

L. John Bird (No. 5310)