IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) Re: D.I. 1925 |

**CERTIFICATION OF COUNSEL CONCERNING ORDER ESTABLISHING
PROCEDURES TO MAKE CERTAIN CAPITAL INVESTMENTS AND PURCHASES**

The undersigned hereby certifies as follows:

1.　On August 26, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Establishing Procedures to Make Certain Capital Investments and Purchases* [D.I. 1925] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). On August 26, 2014, the Debtors also filed the *Declaration of Michael Carter, Senior Vice President of Corporate Planning and Assistant Treasurer of EFH Corporate Services in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Establishing Procedures to Make Certain Capital Investments and Purchases* [D.I. 1926] in connection with, and in support of, the Motion.

2.　Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Establishing Procedures to Make Certain Capital Investments and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing

RLF1 10808461v.1

*Purchases" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on September 9, 2014 (the "Objection Deadline").[2] A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on September 16, 2014 at 11:00 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, the Committee, the U.S. Trustee, and the TCEH First Lien Ad Hoc Committee provided informal comments to the Motion (the "Informal Responses").

4. Other than the Informal Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors, the Committee, the U.S. Trustee, and the TCEH First Lien Ad Hoc Committee, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion, which resolves the Informal Responses. A copy of the Revised Order is attached hereto as Exhibit A. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as Exhibit B. The Revised Order has been circulated to, and is acceptable to, the Committee, the U.S. Trustee, and the TCEH First Lien Ad Hoc Committee.

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

---

agent at http://www.efhcaseinfo.com.

[2] The Objection Deadline was extended to (i) September 10, 2014 at 4:00 p.m. (Eastern Daylight Time) for the Official Committee of Unsecured Creditors (the "Committee") and the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and (ii) September 11, 2014 at 4:00 p.m. (Eastern Daylight Time) for the Ad Hoc Committee of TCEH First Lien Creditors (the "TCEH First Lien Ad Hoc Committee").

RLF1 10808461v.1

Dated: September 12, 2014
       Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   richard.cieri@kirkland.com
          edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession