IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 1947** |

## NOTICE OF FILING OF AMENDED "STIPULATION AND AGREED ORDER REGARDING A PROTOCOL FOR CERTAIN CASE MATTERS"

PLEASE TAKE NOTICE that on August 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Notice of Filing "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters"* [D.I. 1947] (the "**Notice**"). Pursuant to the Notice, the Debtors indicated that they intended to present a proposed stipulation and agreed form of order (the "**Original Stipulation and Order**"), a copy of which was attached to the Notice, to the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") at the omnibus hearing scheduled to take place on September 16, 2014 starting at 11:00 a.m. (EDT) (the "**Hearing**").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file an amended version of the Original Stipulation and Order, a copy of which is attached hereto as **Exhibit A** (the "**Amended Stipulation and Order**"), which the Debtors intend to present to the Bankruptcy Court at the Hearing. For the convenience of the Bankruptcy Court and other parties in interest,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10808511v.1

2

a comparison version showing the changes between the Original Stipulation and Order and the Amended Stipulation and Order is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank.]*

Dated: September 12, 2014
       Wilmington, Delaware

/s/ *(signature)*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
              edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession