# Exhibit "A"

1   and among those three areas was the following.  Our concern

2   regarding -- and I'm quoting -- "disabling conflicts of

3   interest affecting management in these cases."

4           Your Honor may also recall that the very next day,

5   the 30th of April, our 2004 motion was joined by the TCEH ad

6   hoc unsecured creditors' committee -- unsecured group

7   represented by White & Case.  And on page 9 of their joinder

8   they specified among the issues critical for an appreciation

9   of where this case was heading was an appreciation and

10  understanding of tax issues.

11          So between the two of us we had raised and

12  highlighted from day one of this case concerns regarding

13  potential conflicts and concerns regarding taxes.  And I

14  want to tie those two together in connection with the

15  opening statements that Mr. Sassower made before we got into

16  the agenda, and he suggested that given the withdrawal of

17  the restructuring support agreement and the motion that the

18  debtor had filed to assume it, and given the issues that

19  arose in connection with the debtors since withdrawn motion

20  for approval of a second lien financing arrangement that

21  would have likewise involved the Oncor tax sharing

22  arrangement, the debtor is now focused on, for lack of a

23  better term, I think I heard him say an auction process with

24  regard to the debtors' interests in Oncor.

25          Now, Your Honor, we haven't seen any motion papers