IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered<br><br>**Emergency Hearing Requested**<br><br>**Re: D.I. 1682, 1782, 1791, 1796, 1804** |

**NOTICE OF FILING EMERGENCY MOTION OF CERTAIN ASBESTOS CLAIMANTS TO CONTINUE SEPTEMBER 16, 2014 HEARING WITH RESPECT TO THE IMPOSITION OF A CLAIMS BAR DATE AFFECTING PRESENT AND <u>FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS</u>**

PLEASE TAKE NOTICE that on September 15, 2014, the PI Law Firms filed the

*Emergency Motion of Certain Asbestos Claimants to Continue September 16, 2014 Hearing with Respect to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants* (the "Motion to Continue") in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that the Motion to Continue requested that Court shorten the notice and objection periods with respect to the Motion to Continue and schedule a hearing on the Motion to Continue, if necessary, at the Court's earliest convenience..

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, TX 75201.  Due to the large number of debtors in these Chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3756255v1

Dated: Wilmington, Delaware
September 15, 2014

                                      Respectfully submitted,

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
Davis Lee Wright, Esquire (DE Bar No. 4324)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 504-7800

*Counsel for Gori Julian & Associates, P.C.; Simmons Hanley Conroy; Paul Reich & Meyers, P.C.; Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and Early, Lucarelli, Sweeney & Meisenkothen*