UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**RE: D.I.** _____ |

**ORDER (I) GRANTING EMERGENCY MOTION OF CERTAIN ASBESTOS CLAIMANTS TO CONTINUE SEPTEMBER 16, 2014 HEARING WITH RESPECT TO THE IMPOSITION OF A CLAIMS BAR DATE AFFECTING PRESENT AND FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS AND (II) SHORTENING NOTICE PURSUANT TO FED. BANKR. R. 9006 AND D. DEL. LOCAL R. BANKR. P. 9006-1(E) RELATING TO THE EMERGENCY MOTION**

Upon consideration of the Emergency Motion of Certain Asbestos Claimants to Continue September 16, 2014 Hearing With Respect to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants (the "Emergency Motion") and the accompanying request pursuant to 11 U.S.C. §§ 102(1) and 105, Fed. Bankr. R. 9006, and D. Del. L.R. Bankr. P. 9006-1(e) for an order shortening notice on the Emergency Motion, and it appearing that due and proper notice of the Emergency Motion has been given; and good and sufficient cause appearing therefore,

IT IS, on this \_\_\_day of _____, 2014;

**ORDERED** as follows:

1.      The Emergency Motion is hereby GRANTED.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these Chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3756260v1

2. The hearing on the Bar Date Motion is hereby continued to November ___, 2014, subject to further continuance, until such time as the proposed asbestos claimants committee has retained professionals, and has an opportunity to review and respond to the Bar Date Motion.

 

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge