## EXHIBIT 1

**Form of Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF INVESTMENTS AND PURCHASES

**PLEASE TAKE NOTICE** that, on April 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that, on [DATE], 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") approved an *Order Establishing Procedures to Make Certain Capital Investments and Purchases* (the "Investments and Purchases Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Investments and Purchases Order, the Debtors propose to make certain Investments and Purchases as set forth and described on **Exhibit A** attached hereto.  **Exhibit A** identifies, for the Investments and Purchases, the purchaser, purchase price, significant terms of any applicable purchase agreement, and other relevant information.

*[If Investments and Purchases in any individual transaction or series of transactions exceed $5 million]*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Investments and Purchases Order, any recipient of this notice may object to the proposed purchase within ten (10) calendar days of service of this notice.  Objections must: (i) **be in writing**; (ii) **be received within ten (10) calendar days of service of this notice** (the "Objection Deadline"); and (iii) be submitted by mail or facsimile to counsel for the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Brian Schartz (212) 446-4900 (facsimile).  **If you file a written objection with the Court by the Objection Deadline, the Debtors may only make Investments and Purchases upon submission of a consensual form of order resolving the objection as between you and the Debtors, or upon further order of the Court approving the Investments and Purchases.]**

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## Exhibit B

**Proposed Individual Rejection Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### INDIVIDUAL NOTICE OF REJECTION OF
### EXECUTORY CONTRACT OR  UNEXPIRED LEASE

Re:     [Parties (and counsel if known)]
          [Contract/Lease Subject Matter, Date, Parties] (the "Contract/Lease")]
          [Rejection Date]

**PLEASE TAKE NOTICE** that on [_____], 2014 the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order on the motion of debtors and debtors in possession (the "Debtors"), pursuant to Sections 363, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, and 6007 approving expedited procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases and granting related relief [D.I. ____] (the "Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby provide this "Individual Notice of Rejection of Unexpired Lease or Executory Contract" (the "Notice") of their intent to reject the above-referenced [Contract/Lease]. Pursuant to the terms of the Procedures Order, the

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   A copy of the Procedures Order can be found on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

ny-1157310

[Contract/Lease] shall be deemed rejected effective as of the date set forth above (the "Rejection Date").

[**PLEASE TAKE FURTHER NOTICE** that, the Debtors intend to abandon the personal property remaining in or on the property that is the subject of the above-referenced Lease as described in the schedule attached hereto as **Attachment I**.[3] Pursuant to the terms of the Procedures Order, upon entry of the Rejection Order (defined below), the landlord shall be entitled to dispose of such abandoned personal property without further notice or order from this Court and without liability for such disposal.]

**PLEASE TAKE FURTHER NOTICE** that, should you object to the Debtors' rejection of the above-referenced [Contract/Lease], [and the abandonment of the above-described personal property,] you must file a written objection with the Court no later than fourteen (14) days after the date of this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if no objection is filed and served in accordance with the above procedures, the Debtors will include and file with the Court the above-described [Contract/Lease] in a rejection schedule attached to the proposed form of order under a certificate of no objection, substantially in the form attached hereto as **Exhibit 1** (the "Rejection Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if an objection is properly filed, as specified above, unless such parties agree otherwise in writing, the Debtors will promptly file a notice of hearing to consider that objection at the next regularly scheduled omnibus hearing that is at least 7 days after the filing on an objection or as

---

[3]   If the Rejection Date on this Notice predates the removal of any property not otherwise generally described in the abandonment schedule, the Rejection Date will not become effective until the later of (a) such date the property is removed from the premises or (b) the Court enters the Rejection Order.

3

soon thereafter as the Court is available.  The Debtors shall have until two (2) days prior to the scheduled hearing to file a reply to such objection.  The [Contract/Lease] will only be deemed rejected upon entry by the Court of a consensual form of Rejection Order filed under certificate of counsel resolving the objection as between the objecting party and the Debtors, or upon further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a landlord pursuant to a security deposit or otherwise, the landlord holding such monies may not set-off or recoup or otherwise use such monies without prior approval of the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, should you have a claim for any damages as a result of the Debtors' rejection of the above-referenced [Contract/Lease], [or the abandonment of the above-described personal property,] you must submit a proof of claim to Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4613, New York, NY 10163-4613, on or before the later of (i) the date that is 30 days after entry of the applicable Rejection Order, or (ii) October 27, 2014, the bar date established by this Court pursuant to the *Order (A) Setting Bar Dates For Filing Non-Customer Proofs Of Claim And Request For Payment, (B) Approving The Form Of And Manner For Filing Non-Customer Proofs Of Claim And Request For Payment. And (C) Approving The Notice* (D.I. 1866).  If you do not properly and timely file such proof of claim, you shall be forever barred from asserting any claims for such rejection damages.

*[Remainder of page intentionally left blank.]*

4

Wilmington, Delaware
Dated: [___], 2014

Respectfully Submitted

/s/
_____
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (*pro hac vice* pending)
Edward O. Sassower, P.C. (*pro hac vice* pending)
Stephen E. Hessler (*pro hac vice* pending)
Brian E. Schartz (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           richard.cieri@kirkland.com
                    edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (*pro hac vice* pending)
Chad J. Husnick (*pro hac vice* pending)
Steven N. Serajeddini (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

ny-1157310

**<u>Attachment I</u>**

**Description of Abandoned Property**

**[TO BE CUSTOMIZED TO EACH INDIVIDUAL REJECTION NOTICE]**

## Exhibit 1

**Proposed Rejection Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## [NUMBER] ORDER APPROVING THE ABANDONMENT OF CERTAIN PROPERTY AND THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases, and granting related relief (the "Procedures Order")[2] [D.I. ___]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Rejection Notice to each applicable party as set forth in the Amended Rejection Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the rejection of such Contracts and/or Leases; and due and proper notice of the Procedures Order and Individual Rejection

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

Notice having been provided to each applicable counterparty as set forth in the Amended Rejection Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The rejection of the Contracts and/or Leases as set forth in the Amended Rejection Schedule is hereby approved.

2.      The Debtors are authorized to abandon any personal property remaining on the leased premises, and the landlord may dispose of such abandoned property free of liability, *provided that* such property has been reasonably described in the applicable Rejection Schedule and Individual Rejection Notices served upon the Rejection Counterparties.

3.      Any claims against the Debtors arising from the rejection of the Contracts and/or Leases as set forth in the Amended Rejection Schedule must be filed no later than _____, 2014.

4.      The Debtors are authorized to take any action necessary to implement the terms of this Order and the rejection without further order from this Court.

5.      The rejection of the Contracts and/or Leases as set forth in the Amended Rejection Schedule shall be effective as of the date set forth in the Amended Rejection Schedule, *provided that*, if a Lease, any and all property not otherwise generally described in the abandonment schedule of an Individual Rejection Notice shall be removed from the premises.

6.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
          Wilmington, Delaware

                              _____
                              THE HONORABLE CHRISTOPHER S. SONTCHI
                              UNITED STATES BANKRUPTCY JUDGE

2

ny-1157310

## Exhibit C

**Proposed Individual Notice of Assumption**

ny-1157310

Wilmington, Delaware
Dated: [___], 2014

Respectfully Submitted,

/s/
_____
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (*pro hac vice* pending)
Edward O. Sassower, P.C. (*pro hac vice* pending)
Stephen E. Hessler (*pro hac vice* pending)
Brian E. Schartz (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
              edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (*pro hac vice* pending)
Chad J. Husnick (*pro hac vice* pending)
Steven N. Serajeddini (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

## Attachment I

**[Contract/Lease] Amendment Schedule**

**[TO BE CUSTOMIZED TO EACH INDIVIDUAL ASSUMPTION NOTICE]**

**<u>Exhibit 1</u>**

**Proposed Assumption Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## [NUMBER] ORDER APPROVING THE ASSUMPTION, AMENDMENT, AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. ___]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served an Individual Assumption Notice to each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Assumption of such Contracts and/or Leases; and due and proper notice of the Procedures Order and Individual

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

ny-1157310

Assumption Notice having been provided to each applicable counterparty as set forth in the Amended Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The assumption of the Contracts and/or Leases as set forth in the Amended Assumption Schedule is hereby approved.

2.      The Debtors are authorized to assign the Contracts and/or Leases as set forth in the Amended Assumption Schedule to their respective Assignee, where applicable, free and clear of all liens and claims and interests of any kind or nature, pursuant to sections 105(a), 363(f) and 365 of the Bankruptcy Code.

3.      The Debtors are authorized to take any action necessary to implement the terms of this Order and the assignment without further order from this Court.

4.      The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and/or Leases is hereby final as set forth in the Amended Assumption Schedule and any claims for any additional amounts arising under the Contracts and/or Leases prior to the entry of this Order are forever barred.

5.      Any amendments to a Contract or Lease as set forth in an Individual Assumption Notice are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

6.      The 14-day stay required of any assignment of any Contract or Lease pursuant to Bankruptcy Rule 6006(d) is hereby waived.

7.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
        Wilmington, Delaware

ny-1157310

_____

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

ny-1157310

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) (Jointly Administered) |
| | ) |

### INDIVIDUAL NOTICE OF ASSUMPTION [AND ASSIGNMENT] OF
### UNEXPIRED LEASE OR EXECUTORY CONTRACT

Re:   [Parties (and counsel if known)]
      [Contract/Lease Subject Matter, Date] (the "[Contract/Lease]")
      [Contract/Lease Term, Monthly Obligations]
      [Assignee]
      [Assumption Date]

**PLEASE TAKE NOTICE** that on [_____], 2014 the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order on the motion of the debtors and debtors in possession (the "Debtors"), pursuant to sections 363, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, and 6007, approving expedited procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases and granting related relief [D.I. _____] (the "Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide this "Individual Notice of Assumption and Assignment of Unexpired Lease or Executory Contract" (the "Notice") of their intent to assume [and assign] the

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   A copy of the Procedures Order can be found on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

above-referenced [Contract/Lease].    [The Debtors intend to assume and assign the [Contract/Lease] to [Assignee] (the "<u>Assignee</u>").  The Assignee intends to use the premises that are the subject of the Lease for _____.]

       **PLEASE TAKE FURTHER NOTICE** that, the [Debtor/Assignee], has the financial wherewithal to meet all future obligations under the [Contract/Lease] and may be evidenced upon written request by the counterparty to the [Contract/Lease], thereby demonstrating that the [Debtor/Assignee] has the ability to comply with the requirements of adequate assurance of future performance.[3]

       **PLEASE TAKE FURTHER NOTICE** that, should you object to the Debtors' assumption [and/or assignment] of the above-referenced [Contract/Lease], you must file a written objection with the Court no later than fourteen (14) days after the date of this Notice (the "<u>Assumption Objection Deadline</u>").

       **PLEASE TAKE FURTHER NOTICE** that, the proposed cure amount under the [Contract/Lease] is $[_____].  If a written objection to the proposed cure amount is not filed and served in accordance with the same procedures and deadlines for objections detailed above, then the cure amount shall be binding on all parties and no amount in excess thereof shall be paid for cure purposes.

       [**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **<u>Attachment I</u>** is a schedule of the material amendments to the [Contract/Lease] consensually agreed to by the Debtors and the [Contract/Lease] counterparty.  If a written objection to the proposed amendments is not filed in accordance with the same procedures and deadlines for objections detailed above, then the amendments shall be binding on all parties.]

---

[3]    The Debtors shall serve the counterparty to the [Contract/Lease] with evidence of adequate assurance upon such counterparty's written request to Debtors' counsel.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if an objection is properly filed, as specified above, unless such parties agree otherwise in writing, the Debtors will promptly file a notice of hearing to consider that objection at the next regularly scheduled omnibus hearing that is at least 7 days after the filing on an objection or as soon thereafter as the Court is available.  The Debtors shall have until two (2) days prior to the scheduled hearing to file a reply to such objection.  Such [Contract/Lease] will only be deemed assumed upon entry by the Court of a consensual form of Assumption Order resolving the objection as between the objecting party and the Debtors, or upon further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if no objection is filed in accordance with the above procedures, the Debtors will include and file with the Court the above-described [Contract/Lease] in an assumption schedule attached to the proposed form of order under a certificate of no objection, substantially in the form attached hereto as **Exhibit 1**.

*[Remainder of page intentionally left blank.]*

ny-1157310