**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1683** |

**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN
SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*,
FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS
TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF
PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors (the "**Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**," and collectively with Energy Future Holdings Corp. and its remaining affiliates and subsidiaries, the "**Debtors**")[2] by and through its undersigned counsel, hereby files this statement (the "**Statement**") in support of the *Motion of Energy Future Holdings Corp., et al., For Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* (the "**Motion**") [Docket

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

[2] Although EFH Corporate Services is not a subsidiary of TCEH, for ease of reference EFH Corporate Services is included in the definition "TCEH Debtors."

1

ny-1158382

No. 1683].[3]  In support of the Motion, the Committee respectfully represents as follows:

## STATEMENT

1. Following significant consideration by the Committee and discussions with the Debtors and creditors of the TCEH Debtors, the Committee has determined to support the Motion for an extension of the Debtors' exclusive periods.  Though at the outset of these chapter 11 cases, certain creditors of the TCEH Debtors were (and, to a certain extent, remain) on the outside of the restructuring process looking in, the Committee is hopeful that the resolution and process contained in the *Stipulation and Agreed Order Regarding a Protocol For Certain Case Matters* [Docket No. 2006] will engender productive and value-generating discussions between the Debtors and TCEH creditors.

2. Following this new-found spirit of cooperation, the Committee believes that terminating (or significantly limiting) the Debtors' exclusive periods at this time has the potential to negatively impact the efficient administration of these chapter 11 cases and detract from the Committee's efforts to maximize value for creditors of the TCEH Debtors.  By extending the Debtors' exclusive periods, the Committee will have additional time to continue its exhaustive investigation into potentially valuable claims against affiliates, insiders, the sponsors, and third parties without the threat of another party filing a plan.  In addition, an extension of the Debtors' exclusive periods will permit the Debtors to undertake a methodical sale process for the "E-side" assets, the value of which could benefit all stakeholders.

3. For those reasons, and the reasons set forth in the *Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol For Certain Case Matters* filed contemporaneously herewith, the Committee supports the Motion.

---

[3] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 15, 2014 | **MORRISON & FOERSTER LLP**<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>E-mail: bmiller@mofo.com<br>     lmarinuzzi@mofo.com<br>     tgoren@mofo.com<br><br>     -and-<br><br>*/s/ Christopher A. Ward*<br>**POLSINELLI PC**<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>E-mail: cward@polsinelli.com<br>     jedelson@polsinelli.com<br>     skatona@polsinelli.com<br><br>*Proposed Counsel for The Official*<br>*Committee of Unsecured Creditors* |