IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1696** |

## NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF BRETT H. MILLER IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO 11 U.S.C. SECTIONS 328(A) AND 1103(A) FOR AUTHORITY TO RETAIN AND EMPLOY MORRISON & FOERSTER LLP AS COUNSEL NUNC PRO TUNC TO MAY 12, 2014

**PLEASE TAKE NOTICE** that, on July 25, 2014, the Official Committee of Unsecured Creditors (the "**Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**"), filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al., for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 for Authority to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 1696] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). Pursuant to the Application, the Committee is seeking entry of an order pursuant to sections 328(a) and 1103(a) of Title 11 of the United States Code

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48801410.1

and rule 2014(a) of the Fed. R. Bankr. P., authorizing the employment and retention of Morrison & Foerster LLP as counsel to the Committee.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Application, the Committee filed the *Declaration of Brett H. Miller in Support of Application of Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al., Pursuant to 11 U.S.C. Sections 328(a) and 1103(a) for Authority to Retain and Employ Morrison & Foerster LLP as Counsel Nunc Pro Tunc to May 12, 2014*, which was attached as Exhibit C to the Application.

**PLEASE TAKE FURTHER NOTICE** that today, the Committee has filed the *Supplemental Declaration of Brett H. Miller in Support of Application of Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al., Pursuant to 11 U.S.C. Sections 328(a) and 1103(a) for Authority to Retain and Employ Morrison & Foerster LLP as Counsel Nunc Pro Tunc to May 12, 2014* in further connection with, and in support of, the Application, which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Application (and any objections thereto) will be held on **September 16, 2014 at 11:00 a.m. (ET)** before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 N. Market Street, 5th floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
September 15, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
       brettmiller@mofo.com
       lmarinuzzi@mofo.com

-and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
       jedelson@polsinelli.com
       skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*

48801410.1