# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Energy Future Holdings Corp., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 1698, 1836 and 2022** |

## NOTICE OF FILING OF REVISED FORM OF ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MAY 13, 2014, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that, on July 25, 2014, the Official Committee of Unsecured Creditors (the "**Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**"), filed the *Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 1698] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). Pursuant to the Application, the Committee is seeking entry of an order pursuant to sections 328(a) and 1103(a0 of title 11 of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48801061.1

United States Code and rules 2014(a) and 2016(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, authorizing and approving the retention and employment of Polsinelli PC as co-counsel to the Committee.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Application, the Committee filed the *Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors*, which was attached as Exhibit A to the Application.

**PLEASE TAKE FURTHER NOTICE** that, on August 14, 2014, the Committee filed the *Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 1836] in connection with, and in support of, the Application.

**PLEASE TAKE FURTHER NOTICE** that, on September 15, 2014, the Committee filed the *Second Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 2022] in further connection with, and in support of, the Application.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Application (and any objections thereto) will be held on **September 16, 2014 at 11:00 a.m. (ET)** (the "**Hearing**") before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 N. Market Street, 5th floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Committee is hereby filing a revised form of order in connection with the Application (the "**Revised Order**"). A copy of the Revised Order is attached hereto as **Exhibit A**. The Committee has not attached a blackline of the Revised Order as it has changed in its entirety compared to the original proposed form of order attached to the Application.

**PLEASE TAKE FURTHER NOTICE** that the Committee intends to present the Revised Order to the Bankruptcy Court at the Hearing. To the extent that the Committee makes any further revisions to the Revised Order prior to the Hearing, the Committee intends to present a blacklined copy of such revised documents to the Bankruptcy Court at the Hearing.

48801061.1

Dated: Wilmington, Delaware
       September 15, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
       brettmiller@mofo.com
       lmarinuzzi@mofo.com

-and-

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
       jedelson@polsinelli.com
       skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*

48801061.1