## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| *Debtors.* | ) (Jointly Administered) |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE and COLLATERAL TRUSTEE, | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Adversary Proceeding |
| | ) No. 14-50410 (CSS) |
| v. | ) |
| | ) |
| COMPUTERSHARE TRUST COMPANY, N.A., COMPUTERSHARE TRUST COMPANY OF CANADA, EPIQ BANKRUPTCY SOLUTIONS, LLC, EPIQ SYSTEMS, INC., EPIQ SYSTEMS ACQUISITIONS, INC., THE DEPOSITORY TRUST COMPANY, and CEDE & CO., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendants.* | ) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 16, 2014[3] STARTING AT 11:00 A.M. (EDT)[4]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] To the extent necessary, consideration of matters scheduled for hearing on September 16, 2014 will continue on Wednesday, September 17, 2014 starting at 9:30 a.m. (EDT).

[4] The September 16, 2014 hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Due to the anticipated number of attendees at the September 16 and 17, 2014 hearings, parties are also invited to attend the hearing via video teleconference from (i) an overflow Courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on September 16, 2014 and (ii) an overflow Courtroom at the United States Bankruptcy Court for

I.    **CONTINUED MATTERS:**

1.    Joint Motion of CSC Trust Company of Delaware as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 473; filed May 15, 2014]

Response/Objection Deadline:    See D.I. 1713.

Responses/Objections Received:    None at this time.

Related Documents:

i.    Declaration of Norman L. Pernick in Support of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 475; filed May 15, 2014]

ii.    Amended Notice of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 608; filed May 23, 2014]

iii.    Scheduling Order with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [D.I. 803; filed June 4, 2014]

iv.    Joint Stipulation and Order Regarding Scheduling with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [D.I. 1713; filed July 29, 2014]

Status: The hearing on this matter is continued to the hearings scheduled to take place on a date to be determined as set forth in the Court's July 29, 2014 scheduling order (see D.I. 1713).

2.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ PricewaterhouseCoopers LLP as Internal Audit, Information Security, and Tax Consultants Effective *Nunc Pro Tunc* to the Petition Date [D.I. 654; filed May 29, 2014]

---

the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on September 17, 2014. Any person who wishes to appear telephonically at the September 16, 2014 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Monday, September 15, 2014 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

RLF1 10814482v.1

Response/Objection Deadline:    June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 9, 2014 at 4:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

iv.    Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.    Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

vi.    Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

3

vii.   **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

viii.   **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

ix.   **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

x.   **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The hearing on this matter is adjourned to **the hearing scheduled to take place on October 28, 2014 starting at 12:00 p.m. (noon) (EDT).**

3.   Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date [D.I. 655; filed May 29, 2014]

Response/Objection Deadline:   June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 9, 2014 at 4:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.   Informal comments from the Office of the United States Trustee

Related Documents:

i.   Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.   Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.   Supplement to the Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology

4

Services Effective *Nunc Pro Tunc* to the Petition Date [D.I. 1885; filed August 19, 2014]

iv.    Declaration of Stephen A. Thiel in Support of the Supplement to the Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date [D.I. 1886; filed August 19, 2014]

v.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

vi.    Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

vii.    Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

viii.    Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

ix.    **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

x.    **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

xi.    **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an**

5

**Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

xii.   **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The hearing on this matter is adjourned to **the hearing scheduled to take place on October 28, 2014 starting at 12:00 p.m. (noon) (EDT).**

4.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1792; filed August 8, 2014]

Response/Objection Deadline:      September 5, 2014 at 4:00 p.m. (EDT); extended to September 9, 2014 at 4:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.   Statement of the Ad Hoc Committee of TCEH First Lien Creditors in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1967; filed September 5, 2014]

Related Documents:

i.   Declaration of Todd W. Filsinger in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1793; filed August 8, 2014]

ii.   Declaration of Douglas Friske in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1794; filed August 8, 2014]

iii.   Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for

6

Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1795; filed August 8, 2014]

iv.  Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

v.  Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

vi.  **Re-Notice of (I) Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] and (II) "Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1795] [D.I. 2009; filed September 12, 2014]**

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on October 8, 2014 starting at 9:30 a.m. (EDT), **provided, however, that the Debtors intend to submit a proposed form of agreed order to the Court for entry under a certification of counsel granting them relief solely in connection with the Luminant Commercial Incentive Plan at this time.**

5.    Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1795; filed August 8, 2014]

Response/Objection Deadline:        September 5, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1792; filed August 8, 2014]

ii.    Declaration of Todd W. Filsinger in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1793; filed August 8, 2014]

iii.   Declaration of Douglas Friske in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1794; filed August 8, 2014]

iv.    **Re-Notice of (I) Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] and (II) "Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1795] [D.I. 2009; filed September 12, 2014]**

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on October 8, 2014 starting at 9:30 a.m. (EDT).

## II.    UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL:

6.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Establishing Procedures to Make Certain Capital Investments and Purchases [D.I. 1925; filed August 26, 2014]

Response/Objection Deadline:        September 9, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Informal comments from the Official Committee of Unsecured Creditors

B.    Informal comments from the Office of the United States Trustee

C.    Informal comments from the TCEH First Lien Ad Hoc Committee

Related Documents:

i.    Declaration of Michael Carter, Senior Vice President of Corporate Planning and Assistant Treasurer of EFH Corporate Services in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Establishing Procedures to Make Certain Capital Investments and Purchases [D.I. 1926; filed August 26, 2014]

ii.    **Certification of Counsel Concerning Order Establishing Procedures to Make Certain Capital Investments and Purchases [D.I. 2003; filed September 12, 2014]**

iii.    **Order Establishing Procedures to Make Certain Capital Investments and Purchases [D.I. 2017; filed September 15, 2014]**

Status: **On September 15, 2014, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

7.    Motion of Energy Future Holdings Corp., *et al.*, Approving the Stipulation by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc. [D.I. 1928; filed August 26, 2014]

Response/Objection Deadline:        September 9, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Informal comments from the ad hoc committee of EFIH unsecured creditors

Related Documents:

i.    Declaration of Robert Frenzel, Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC in Support of the Motion of Energy Future Holdings Corp., *et al*., Approving the Stipulation by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc. [D.I. 1929; filed August 26, 2014]

ii.   Certification of Counsel Concerning Order Approving the Stipulation by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc. [D.I. 1995; filed September 11, 2014]

iii.  **Order Approving the Stipulation by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc. [D.I. 2002; filed September 12, 2014]**

Status: **On September 12, 2014, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

8.    Motion of Energy Future Holdings Corp., *et al*., for the Entry of an Order Authorizing and Approving Expedited Procedures to Reject or Assume Executory Contracts and Unexpired Leases [D.I. 1930; filed August 26, 2014]

Response/Objection Deadline:          September 9, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Informal comments from the Official Committee of Unsecured Creditors

B.    Informal comments from Fluor Enterprises Inc.

C.    Informal comments from Alcoa Inc.

Related Documents:

i.    **Certification of Counsel Concerning Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases [D.I. 2004; filed September 12, 2014]**

10

    ii.    **Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases [D.I. 2015; filed September 15, 2014]**

    Status: **On September 15, 2014, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

**III.**    **UNCONTESTED MATTERS GOING FORWARD:**

9.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Filsinger Energy Partners as Energy Consultant Effective *Nunc Pro Tunc* to the Petition Date [D.I. 650; filed May 29, 2014]

| Response/Objection Deadline: | June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to August 28, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (EDT) for the Office of United States Trustee |
|---|---|

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1907; filed August 25, 2014]

iv.    Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.    **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

vi.    **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

RLF1 10814482v.1

vii.  **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

viii.  **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. The hearing on this matter will go forward.

10.  Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Evercore Group L.L.C. as Investment Banker and Financial Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 651; filed May 29, 2014]

Response/Objection Deadline:    June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.    Wilmington Savings Fund Society, FSB's Notice of Deposition and Subpoena Duces Tecum Directed to Evercore Group LLC [D.I. 833; filed June 5, 2014]

ii.   Notice of Adjournment of Depositions Directed to (I) Kirkland & Ellis LLP; (II) Evercore Group LLC; (III) Sidley Austin LLP; and (IV) the Debtors [D.I. 894; filed June 10, 2014]

iii.  Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

iv.   Wilmington Savings Fund Society, FSB's Amended Notice of Deposition and Subpoena Directed to Evercore Group LLC [D.I. 1556; filed July 11, 2014]

12

v.     Notice of Service [D.I. 1621; filed July 18, 2014]

vi.    Notice of Adjournment of Deposition Directed to Evercore Group LLC [D.I. 1650; filed July 21, 2014]

vii.   Supplemental Declaration of David Ying in Support of the Application of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to Retain and Employ Evercore Group L.L.C. as Investment Banker and Financial Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 1712; filed July 29, 2014]

viii.  Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

ix.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

x.     Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

xi.    Notice of Withdrawal of Deposition Notices and Discovery Requests [D.I. 1949; filed August 29, 2014]

xii.   Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

xiii.  Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

xiv.   **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

13

xv.    **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

xvi.    **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

xvii.    **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. The hearing on this matter will go forward.

11.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 652; filed May 29, 2014]

Response/Objection Deadline:    June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.    Notice of Debtors' Entry into Additional Statement of Work with KPMG LLP [D.I. 910; filed June 11, 2014]

iii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

14

iv.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

v.    Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

vi.    Supplement to the Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 1968; filed September 5, 2014]

vii.    Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 1969; filed September 5, 2014]

viii.    Declaration of Peju Adedeji for Entry of an Order Authorizing the Debtors to Retain and Employ as Bankruptcy Accounting Advisor Effective *Nunc Pro Tunc* to June 17, 2014 [D.I. 1970; filed September 5, 2014]

ix.    Declaration of Nancy Braun for Entry of an Order Authorizing the Debtors to Retain and Employ as Bankruptcy Accounting Advisor Effective *Nunc Pro Tunc* to June 17, 2014 [D.I. 1971; filed September 5, 2014]

x.    Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

xi.    Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

xii.    **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

xiii.   **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

xiv.    **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

xv.     **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. The hearing on this matter will go forward.

12.    Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 653; filed May 29, 2014]

Response/Objection Deadline:    June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.     Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

iv.    Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.    Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

vi.    Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

vii.    **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

viii.    **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

ix.    **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

x.    **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in

17

connection with this matter either at or before the hearing. The hearing on this matter will go forward.

13.   Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Deloitte & Touche LLP as Independent Auditor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 656; filed May 29, 2014]

|  |  |
|---|---|
| Response/Objection Deadline: | June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (EDT) for the Office of United States Trustee |

Responses/Objections Received:

A.   Informal comments from the Office of the United States Trustee

Related Documents:

i.   Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.   Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.   Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

iv.   Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.   Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

vi.   Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661,

18

662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

vii.   **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

viii.  **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

ix.    **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

x.     **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

<u>Status</u>: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. **The hearing on this matter is adjourned to the hearing scheduled to take place on October 28, 2014 starting at 12:00 p.m. (noon) (EDT)**

14.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [D.I. 658; filed May 29, 2014]

<u>Response/Objection Deadline</u>:     June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 5, 2014 at 4:00 p.m. (EDT) for all parties in interest

<u>Responses/Objections Received</u>:

A.    Informal comments from the Office of the United States Trustee

<u>Related Documents</u>:

i.     Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

19

ii.     Second Re-Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals" [D.I. 1765; filed August 7, 2014]

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. The hearing on this matter will go forward.

15.     Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [D.I. 659; filed May 29, 2014]

Response/Objection Deadline:          June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.     Informal comments from the Office of the United States Trustee

Related Documents:

i.     Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.     Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.     Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

iv.     Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.     Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on

20

Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

vi.     Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

vii.    **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

viii.   **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

ix.     **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

x.      **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. **The hearing on this matter is adjourned to the hearing scheduled to take place on October 28, 2014 starting at 12:00 p.m. (noon) (EDT).**

16.     Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [D.I. 660; filed May 29, 2014]

Response/Objection Deadline:        June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m.

(EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.       Informal comments from the Office of the United States Trustee

Related Documents:

i.        Notice of Deposition [D.I. 792; filed June 4, 2014]

ii.       Notice of Deposition [D.I. 793; filed June 4, 2014]

iii.      Wilmington Savings Fund Society, FSB's Notice of Deposition and Subpoena Duces Tecum Directed to Kirkland & Ellis LLP [D.I. 832; filed June 4, 2014]

iv.      Notice of Adjournment of Depositions Directed to (I) Kirkland & Ellis LLP; (II) Evercore Group LLC; (III) Sidley Austin LLP; and (IV) the Debtors [D.I. 894; filed June 10, 2014]

v.       Notice of Adjournment of Depositions of (1) Stacey H. Dore; (2) Edward O. Sassower; (3) the Debtors; and (4) Kirkland & Ellis LLP [D.I. 900; filed June 10, 2014]

vi.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

vii.     Wilmington Savings Fund Society, FSB's Amended Notice of Deposition and Subpoena Directed to Kirkland & Ellis LLP [D.I. 1555; filed July 11, 2014]

viii.    Notice of Adjournment of Deposition Directed to Kirkland & Ellis LLP [D.I. 1649; filed July 21, 2014]

ix.      Amended Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [D.I. 1733; filed July 31, 2014]

x.       Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

xi.      Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

22

xii.  Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

xiii.  Notice of Withdrawal of Deposition Notices and Discovery Requests [D.I. 1948; filed August 29, 2014]

xiv.  Notice of Withdrawal of Deposition Notices and Discovery Requests [D.I. 1949; filed August 29 2014]

xv.  Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

xvi.  Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

xvii.  **Notice of Filing of the "First Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date" [D.I. 2005; filed September 12, 2014]**

xviii.  **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

xix.  **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

xx.  **Notice of Filing of Proposed Form of "Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland &**

23

**Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date" [D.I. 2008; filed September 12, 2014]**

xxi.    **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

xxii.    **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. The hearing on this matter will go forward.

17.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Alvarez & Marsal North America, LLC as Restructuring Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 661; filed May 29, 2014]

Response/Objection Deadline:        June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.    First Supplemental Declaration of Jeffrey J. Stegenga in Support of the Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Alvarez & Marsal North

24

America, LLC as Restructuring Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 1837; filed August 14, 2014]

iv.     Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

v.      Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

vi.     Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

vii.    Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

viii.   **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

ix.     **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

x.      **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

xi.     **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. The hearing on this matter will go forward.

18. Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and Employ Gibson, Dunn & Crutcher LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 662; filed May 29, 2014]

Response/Objection Deadline:     June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.     Informal comments from the Office of the United States Trustee

Related Documents:

i.     Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.     Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.     Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

iv.     Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.     Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

26

vi.    Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

vii.   **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

viii.  **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

ix.    **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

x.     **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. The hearing on this matter will go forward.

19.  Application of Energy Future Holdings Corp., *et al*., for Entry of an Order Approving the Employment and Retention of Epiq Bankruptcy Solutions, LLC as the Administrative Advisor for the Debtors, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 663; filed May 29, 2014]

Response/Objection Deadline:      June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to August 28, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended for the U.S. Trustee only to September 3, 2014 at 4:00 p.m. (EDT)

27

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1907; filed August 25, 2014]

iv.    Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.    **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

vi.    **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

vii.    **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

viii.    **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. The hearing on this matter will go forward.

20.    Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and Employ McDermott Will & Emery LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 664; filed May 29, 2014]

Response/Objection Deadline:    June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further

extended to August 28, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended for the U.S. Trustee only to September 3, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1907; filed August 25, 2014]

iv.    Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.    **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

vi.    **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

vii.    **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

viii.    **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. The hearing on this matter will go forward.

21.    Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel for Certain

29

Corporate and Litigation Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 665; filed May 29, 2014]

Response/Objection Deadline:    June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.    Notice of Deposition [D.I. 792; filed June 4, 2014]

ii.    Notice of Deposition [D.I. 793; filed June 4, 2014]

iii.    Wilmington Savings Fund Society, FSB's Notice of Deposition and Subpoena Duces Tecum Directed to Sidley Austin LLP [D.I. 834; filed June 5, 2014]

iv.    Notice of Adjournment of Depositions to (I) Kirkland & Ellis LLP; (II) Evercore Group LLC; (III) Sidley Austin LLP; and (IV) the Debtors [D.I. 894; filed June 10, 2014]

v.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

vi.    Wilmington Savings Fund Society, FSB's Amended Notice of Deposition and Subpoena Directed to Sidley Austin LLP [D.I. 1557; filed July 11, 2014]

vii.    Notice of Adjournment of Deposition Directed to Sidley Austin LLP [D.I. 1651; filed July 21, 2014]

viii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

ix.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

x.    Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

xi.    Notice of Withdrawal of Deposition Notices and Discovery Requests [D.I. 1948; filed August 29, 2014]

xii.    Notice of Withdrawal of Deposition Notices and Discovery Requests [D.I. 1949; filed August 29, 2014]

xiii.    Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

xiv.    Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

xv.    **Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]**

xvi.    **Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]**

xvii.    **Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]**

xviii.    **Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]**

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in

31

connection with this matter either at or before the hearing.  The hearing on this matter will go forward.

22.  Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 for Authority to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014 [D.I. 1696; filed July 25, 2014]

Response/Objection Deadline:       August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

Related Documents:

i.    **Notice of Filing of Supplemental Declaration of Brett H. Miller in Support of Application of Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, Pursuant to 11 U.S.C. Sections 328(a) and 1103(a) for Authority to Retain and Employ Morrison & Foerster LLP as Counsel *Nunc Pro Tunc* to May 12, 2014 [D.I. 2021; filed September 15, 2014]**

ii.   **Notice of Filing of Revised Form of Order Authorizing the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014 [D.I. 2023; filed September 15, 2014]**

Status: The hearing on this matter will go forward.

23.  Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 1698; filed July 25, 2014]

Response/Objection Deadline:       August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

Related Documents:

i.    Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 1836; filed August 14, 2014]

ii.    **Notice of Filing of Second Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 2022; filed September 15, 2014]**

iii.   **Notice of Filing of Revised Form of Order Authorizing Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 2024; filed September 15, 2014]**

Status: **The hearing on this matter is adjourned to the hearing scheduled to take place on October 28, 2014 starting at 12:00 p.m. (noon) (EDT).**

24.    Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective as of May 19, 2014 [D.I. 1699; filed July 25, 2014]

Response/Objection Deadline:        August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Status: **The hearing on this matter is adjourned to the hearing scheduled to take place on October 28, 2014 starting at 12:00 p.m. (noon) (EDT).**

25.    Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Employment and Retention of Lazard Frères & Co. LLC as Investment Banker Effective as of May 14, 2014, (B) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (C) Granting Related Relief [D.I. 1700; filed July 25, 2014]

Response/Objection Deadline:        August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Status: **The hearing on this matter is adjourned to the hearing scheduled to take place on October 28, 2014 starting at 12:00 p.m. (noon) (EDT).**

26.    Application of Fee Committee for Authorization to Employ and Retain Godfrey & Kahn, S.C. as Counsel to the Fee Committee, *Nunc Pro Tunc* to the Fee Committee's Appointment [D.I. 1888; filed August 19, 2014]

Response/Objection Deadline:        September 9, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Status: The hearing on this matter will go forward.

## IV.    CONTESTED MATTERS GOING FORWARD:

27.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1682; filed July 23, 2014]

Response/Objection Deadline:    August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Objection of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1791; filed August 8, 2014]

B.    Corrected Objection of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1796; filed August 11, 2014]

C.    Debtors' Reply in Support of Bar Date With Respect to Asbestos Claims [D.I. 1804; filed August 11, 2014]

D.    Supplemental Brief of the Personal Injury Law Firms in Opposition to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants [D.I. 1983; filed September 9, 2014]

E.    Debtors' Supplemental Brief in Support of Bar Date with Respect to Asbestos Claims [D.I. 1984; filed September 9, 2014]

F.    **Debtors' Objection to the PI Law Firms' Emergency Motion to Continue the September 16, 2014 Hearing with Respect to the Imposition of a Bar Date for Personal Injury Asbestos Claims [D.I. 2012; filed September 15, 2014]**

34

Related Documents:

i.     Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof" [D.I. 1772; filed August 8, 2014]

ii.    Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof" [D.I. 1782; filed August 8, 2014]

iii.   Notice of Filing of Revised Proposed Form of "Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof" [D.I. 1828; filed August 12, 2014]

iv.    Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1866; filed August 18, 2014] (the "General Non-Asbestos Bar Date Order")

v.     **Emergency Motion of Certain Asbestos Claimants to Continue September 16, 2014 Hearing with Respect to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants [D.I. 2011; filed September 15, 2014]**

vi.    **Order (I) Granting Emergency Motion of Certain Asbestos Claimants to Continue September 16, 2014 Hearing with Respect to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants and (II) Shortening Notice Pursuant to Fed. Bankr. R. 9006 and D. Del. Local R. Bankr. P. 9006-**

**1(e) Relating to the Emergency Motion [D.I. 2013; filed September 15, 2014] (the "<u>Adjournment Order</u>")**

<u>Status</u>: On August 18, 2014, the Court entered the General Non-Asbestos Bar Date Order approving and fixing October 27, 2014 at 5:00 p.m. (EDT) as the general bar date for filing proofs of claim in the Debtors' chapter 11 cases. The hearing on this matter solely as it relates to fixing a separate bar date applicable to any entity holding a claim relating to asbestos that is not a property damage claim or a claim for contractual or common law indemnification or contribution **is adjourned, pursuant to the Adjournment Order, to the hearing scheduled to take place on October 28, 2014 starting at 12:00 p.m. (noon) (EDT).**

28.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 1683; filed July 23, 2014]

<u>Response/Objection Deadline</u>:    August 6, 2014 at 4:00 p.m. (EDT); extended to September 5, 2014 at 4:00 p.m. (EDT) for all parties in interest

<u>Responses/Objections Received</u>:

A.    Limited Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Motion for Extension of Exclusivity Periods [D.I. 1758; filed August 6, 2014]

B.    Supplemental Limited Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Motion for Extension of Exclusivity Periods [D.I. 1965; filed September 5, 2014]

C.    Response of the Ad Hoc Committee of TCEH First Lien Creditors to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121 of the Bankruptcy Code [D.I. 1966; filed September 5, 2014]

D.    Reply of Energy Future Holdings Corp., *et al.*, to the Objections of CSC Trust Company of Delaware to the Debtors' Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 1994; filed September 11, 2014]

E.    Statement of the Ad Hoc Committee of TCEH Unsecured Noteholders in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11

36

Plan and Solicit Acceptances Thereto Pursuant to Section 1121 of the
Bankruptcy Code [D.I. 1998; filed September 12, 2014]

F.    **Statement of the Official Committee of Unsecured Creditors in
Support of the Motion of Energy Future Holdings Corp., *et al.*, for
Entry of an Order Extending the Debtors' Exclusive Periods to File a
Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section
1121 of the Bankruptcy Code [D.I. 2016; filed September 15, 2014]**

Related Documents:

i.    Declaration of Michael Carter, Senior Vice President of Corporate
Planning and Assistant Treasurer of EFH Corporate Services Company in
Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry
of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11
Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the
Bankruptcy Code [D.I. 1684; filed July 23, 2014]

ii.    Bridge Order Extending the Exclusive Periods During Which Only the
Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I.
1802; filed August 11, 2014] (the "Bridge Order")

iii.    **Notice of Filing of "Stipulation and Agreed Order Regarding a
Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]**

iv.    **Notice of Filing of Amended "Stipulation and Agreed Order
Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed
September 12, 2014]**

v.    **Statement of the United States Trustee in Opposition to Entry of an
Order Approving Stipulation Regarding Protocol for Certain Case
Matters [D.I. 2007; filed September 12, 2014]**

vi.    **Response of the Official Committee of Unsecured Creditors to the
Statement of the United States Trustee in Opposition to Entry of an
Order Approving Stipulation Regarding Protocol for Certain Case
Matters [D.I. 2014; filed September 15, 2014]**

vii.    **Debtors' Reply to the Statement of the United States Trustee in
Opposition to the Entry of a Stipulated Order on Certain Case
Matters [D.I. 2018; filed September 15, 2014]**

Status: On August 11, 2014, the Court entered the Bridge Order. Pursuant to the
Bridge Order, the exclusive period to file a chapter 11 plan for each
Debtor is extended through and including September 18, 2014, and the
exclusive period to solicit acceptances of a chapter 11 plan of each Debtor
is extended through and including November 18, 2014. The hearing on

37

the remaining relief requested in connection with this matter will go forward.

## V.     PRE-TRIAL CONFERENCE IN ADV. 14-50410:

29.     Amended Complaint [Adv. D.I. 4; filed June 29, 2014]

Answer Deadline:     September 23, 2014 at 5:00 p.m. (EDT)

Responses/Objections Received:     None at this time.

Related Documents:

i.     Complaint [D.I. 1051/Adv. D.I. 1; filed June 20, 2014]

ii.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 5; filed June 30, 2014]

iii.     Notice of Partial Dismissal [Adv. D.I. 6; filed June 30, 2014]

iv.     Stipulation Extending Second Lien Indenture Trustee's Time to Answer or Otherwise Respond to Complaint [Adv. D.I. 7; filed July 31, 2014]

v.     Order Regarding Stipulation Further Extending Second Lien Indenture Trustee's Time to Answer or Otherwise Respond to Complaint [Adv. D.I. 13; filed August 21, 2014]

vi.     **Certification of Counsel with Respect to Proposed Order Amending Caption in Adversary Proceeding [Adv. D.I. 16; filed September 12, 2014]**

Status: **The pre-trial conference on this adversary proceeding is adjourned to the hearing scheduled to take place on October 17, 2014 starting at 9:30 a.m. (EDT).**

## VI.     STATUS CONFERENCE MATTER:

30.     **Motion of EFH Notes Indenture Trustee Pursuant to 11 U.S.C. §§ 1102(a)(1) and 105 for Appointment of an Official Committee of Unsecured Creditors for Energy Future Holdings Corp. [D.I. 1676; filed July 23, 2014]**

**Response/Objection Deadline:     August 6, 2014 at 4:00 p.m. (EDT)**

**Responses/Objections Received:**

A.     **Statement of UMB Bank, N.A., as Indenture Trustee, Regarding Motion of EFH Notes Indenture Trustee for Appointment of an**

38

          **Official Committee of Unsecured Creditors for Energy Future Holding Corp. [D.I. 1760; filed August 6, 2014]**

B.       **United States Trustee's Response to Motion of EFH Notes Indenture Trustee for Appointment of EFH Corp. Official Committee of Unsecured Creditors [D.I. 1769; filed August 7, 2014]**

C.       **Debtors' Objection to Motion of EFH Notes Indenture Trustee Pursuant to 11 U.S.C. §§ 1102(a)(1) and 105 for Appointment of an Official Committee of Unsecured Creditors for Energy Future Holdings Corp. [D.I. 1773; filed August 8, 2014]**

D.       **Joinder of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates to the Debtors' Objection to the Motion of EFH Notes Indenture Trustee Pursuant to 11 U.S.C. §§ 1102(a)(1) and 105 for Appointment of an Official Committee of Unsecured Creditors for Energy Future Holdings Corp. [D.I. 1789; filed August 8, 2014]**

E.       **Reply in Support of Motion of EFH Notes Indenture Trustee Pursuant to 11 U.S.C. §§ 1102(a)(1) and 105 for Appointment of an Official Committee of Unsecured Creditors for Energy Future Holdings Corp. [D.I. 1797; filed August 11, 2014]**

**Related Documents:**

i.       **Motion of EFH Notes Indenture Trustee for Leave to File Late Reply in Support of Motion for Appointment of an Official Committee of Unsecured Creditors for Energy Future Holdings Corp. [D.I. 1767; filed August 7, 2014]**

ii.      **Order Granting EFH Notes Indenture Trustee Leave to File Late Reply in Support of Motion for Appointment of an Official Committee of Unsecured Creditors for Energy Future Holdings Corp. [D.I. 1770; filed August 8, 2014]**

**Status:** **Consistent with the record of the August 13, 2014 hearing, a status conference with respect to this matter will go forward at the hearing.**

Dated:  September **15**, 2014
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
        edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession