# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## SECOND SUPPLEMENTAL DECLARATION OF JEFFERY J. STEGENGA IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY ALVAREZ & MARSAL NORTH AMERICA, LLC AS RESTRUCTURING ADVISOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Jeffery J. Stegenga, being duly sworn, state the following under penalty of perjury:

1. I am a Managing Director of Alvarez & Marsal North America, LLC, together with employees of its affiliates (all of which are wholly-owned by Alvarez & Marsal North America, LLC's parent company and employees) and its subsidiaries, agents and independent contractors (collectively, "A&M"), which has a place of business at 600 Madison Avenue, New York, New York 10022.

2. I submit this supplemental declaration, pursuant to Bankruptcy Rules 2014(a) and 2016(b) on behalf of A&M (the "Supplemental Stegenga Declaration") in support of the application and supporting declaration (the "Application" and the "Stegenga Declaration," respectively) of the above-captioned debtors and debtors in possession (collectively, the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

"Debtors") for an order, authorizing the Debtors to employ and retain A&M as restructuring advisors effective *nunc pro tunc* to the Petition Date.[2]  Except as otherwise noted herein, I have personal knowledge of the matters set forth herein.

3.    In paragraph 7(d) of the Stegenga Declaration, I state that A&M VS provides valuation services to Apollo for a portfolio which contains an interest in a loan to Skyonic Corporation.  Luminant Generation Company LLC holds a minority interest (1.1%) in Skyonic Corporation.  As stated in the Stegenga Declaration, no persons providing services for the Debtors are involved in such valuation services for Apollo, and A&M has not been asked to assist Luminant Generation Company LLC in matters related to the valuation of its interest in the Skyonic Corporation.

4.    No agreement or understanding exists between A&M and any other person, other than as permitted by Section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these cases, nor shall A&M share or agree to share compensation received for services rendered in connection with these cases with any other person other than as permitted by Section 504 of the Bankruptcy Code.

### Description of Services[3]

5.    A&M will use its reasonable efforts to avoid any duplication of services provided to the Debtors by any of the Debtors' other retained professionals in these chapter 11 cases. To illustrate such efforts, the following chart describes the various services of the A&M and certain of the Debtors' professionals:

---

[2]  Capitalized terms not otherwise defined in this Supplemental Stegenga Declaration shall have the meanings ascribed to them in the Application and the Stegenga Declaration, as applicable.

[3]  The chart below is being provided for illustrative purposes only. Nothing in this chart shall modify the terms set forth in the Engagement Letter (as modified by the order entered by this Court approving the Application) or applicable professional standards.  My personal knowledge is limited to the work done by A&M.

| *Professional* | *Description of Services* |
|---|---|
| Alvarez & Marsal North America LLC, as restructuring advisor | A&M will be primarily responsible for:<br>• Assisting the Debtors in preparing financial and operational related disclosures as required by the Bankruptcy Code, the Office of the U.S. Trustee, or other orders of the Court (*e.g.*, SOFAs and schedules, MORs, cash flow projections).<br>• Assisting in the identification and performance of cost/benefit analyses related to supply agreements and other executory contracts and the assumption/rejection of each.<br>• Serving as the point of contact with the Debtors' key constituents/creditors with respect to diligence requests regarding operations.<br><br>A&M will **not** be primarily responsible for providing services related to:<br>• Advising the Debtors on matters related to the energy industry.<br>• Advising the Debtors on matters related to compensation metrics.<br>• Assisting the Debtors in developing or negotiating a restructuring transaction, debtor in possession financing, or section 363 sales. |
| Evercore Group LLC, as investment banker and financial advisor | Evercore will be primarily responsible for:<br>• Advising and assisting the Debtors in a restructuring, financing, or sales of businesses or assets.<br>• Assisting the Debtors in developing a restructuring plan or plan of reorganization.<br>• Advising the Debtors on tactics and strategies for negotiating with various stakeholders regarding a transaction structure and the plan.<br>• Assisting the Debtors in obtaining financing from lenders, including identifying and negotiating with potential lenders.<br><br>Evercore will **not** be primarily responsible for providing services related to:<br>• Serving as the point of contact with the Debtors' key constituents/creditors with respect to diligence requests regarding operations.<br>• Assisting the Debtors in producing financial and operational related disclosures as may be required by the Bankruptcy Code, the Office of the United States Trustee, or other order of the Court. |

| *Professional* | *Description of Services* |
|---|---|
| | • Advising the Debtors on matters related to the energy industry. <br><br> • Advising the Debtors on matters related to compensation metrics. |
| Filsinger Energy Partners, as energy consultant | Filsinger will be primarily responsible for: <br> • Analyzing the Debtors' financial forecast for business strengths, weaknesses, and risks from the perspective of the Debtors' principal objective of maximizing enterprise value. <br><br> • Provide forecasts of commodity prices, including fuel prices, electric supply and demand conditions, transmission constraints, hydro generation conditions, emissions allowance costs, and new construction metrics. <br><br> • Reviewing and analyzing compensation metrics. <br><br> Filsinger will **not** be primarily responsible for providing services related to: <br> • Serving as the point of contact with the Debtors' key constituents/creditors with respect to diligence requests regarding operations. <br><br> • Assisting the Debtors in producing financial and operational related disclosures as may be required by the Bankruptcy Code, the Office of the United States Trustee, or other order of the Court. <br><br> • Advising the Debtors on tactics and strategies for negotiating with various stakeholders regarding a transaction structure and the plan. <br><br> • Assisting the Debtors in obtaining financing from lenders, including identifying and negotiating with potential lenders. |

**Additional Information Regarding Retainer Payments**

6.     The following table summarizes payments that A&M received from the Debtors in the 90 days preceding the Petition Date:

| Invoice Date | Invoice Amount | Dates of Service | Payment Date | Payment Amount | Treatment | Retainer Balance |
|---|---|---|---|---|---|---|
| 2/11/2014[4] | $618,929 | January 1-31 | 2/18/2014 | $618,929 | Payment | $589,893 |
| 2/21/2014 | $608,476 | February 1-15 | 2/27/2014 | $608,476 | Payment | $589,893 |
| 3/10/2014 | $632,329 | February 16-28 | 3/18/2014 | $632,329 | Payment | $589,893 |
| 3/19/2014 | $633,758 | March 1-15 | 3/28/2014 | $633,758 | Payment | $589,893 |
| 4/2/2014 | $787,348 | March 16-31 | 4/9/2014 | $787,348 | Payment | $589,893 |
| 4/16/2014 | $780,130 | April 1-15 | 4/22/2014 | $780,130 | Payment | $589,893 |
| 4/25/2014 | $139,646 | N/A | 4/28/2014 | $139,646 | Retainer Replenishment | $729,539 |
| 4/25/2014 | $785,029 | April 16-28 | 4/28/2014 | $785,029 | Payment | $729,539 |

7.     As of the Petition Date, the Debtors do not owe A&M any amounts for services rendered before the Petition Date, although certain expenses may have been incurred by A&M, but not yet applied to A&M's classic retainer. Such amounts, if any, would be less than the balance of A&M's classic retainer as of the Petition Date.

[*Remainder of page intentionally left blank.*]

---

[4]   The Debtors funded the $589,000 retainer through two payments, outside the 90 day period: 1) in January 2013 and, 2) in October 2013. As of February 11, 2014, all was remaining.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 16, 2014

*/s/ Jeffery J. Stegenga*
Jeffery J. Stegenga
Managing Director, Alvarez & Marsal North America, LLC