IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF TODD FILSINGER
IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING
THE DEBTORS TO RETAIN AND EMPLOY FILSINGER ENERGY PARTNERS AS
ENERGY CONSULTANT EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Todd Filsinger, being duly sworn, state the following under penalty of perjury:

1.    I am a Senior Managing Director at Filsinger Energy Partners ("FEP"), which has a place of business at 290 Fillmore Street, Suite 4; Denver, Colorado 80206.

2.    I submit this supplemental declaration pursuant to Bankruptcy Rules 2014(a) and 2016(b) on behalf of FEP (the "Supplemental Filsinger Declaration") in support of the application and supporting declaration (the "Application" and the "Filsinger Declaration," respectively) of the above-captioned debtors and debtors in possession (collectively, the "Debtors") pursuant to sections 327(a), 328, and 330 of the Bankruptcy Code for authorization to

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

employ and retain FEP as energy consultant effective *nunc pro tunc* to the Petition Date.[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. No agreement or understanding exists between FEP and any other person, other than as permitted by Section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these cases, nor shall FEP share or agree to share compensation received for services rendered in connection with these cases with any other person other than as permitted by Section 504 of the Bankruptcy Code.

## Description of Services[3]

4. FEP will use its reasonable efforts to avoid any duplication of services provided to the Debtors by any of the Debtors' other retained professionals in these chapter 11 cases. To illustrate such efforts, the following chart describes the various services of FEP and certain of the Debtors' professionals:

| *Professional* | *Description of Services* |
| --- | --- |
| Filsinger Energy Partners, as energy consultant | Filsinger will be primarily responsible for:<br>• Analyzing the Debtors' financial forecast for business strengths, weaknesses, and risks from the perspective of the Debtors' principal objective of maximizing enterprise value.<br><br>• Provide forecasts of commodity prices, including fuel prices, electric supply and demand conditions, transmission constraints, hydro generation conditions, emissions allowance costs, and new construction metrics.<br><br>• Reviewing and analyzing compensation metrics.<br><br>Filsinger will **not** be primarily responsible for providing services related to: |

---

[2] Capitalized terms not otherwise defined in this Supplemental Filsinger Declaration shall have the meanings ascribed to them in the Application and the Filsinger Declaration, as applicable.

[3] The chart below is being provided for illustrative purposes only. Nothing in this chart shall modify the terms set forth in the Engagement Letter (as modified by the order entered by this Court approving the Application) or applicable professional standards. My personal knowledge is limited to the work done by FEP.

| | |
|---|---|
| | - Serving as the point of contact with the Debtors' key constituents/creditors with respect to diligence requests regarding operations.<br><br>- Assisting the Debtors in producing financial and operational related disclosures as may be required by the Bankruptcy Code, the Office of the United States Trustee, or other order of the Court.<br><br>- Advising the Debtors on tactics and strategies for negotiating with various stakeholders regarding a transaction structure and the plan.<br><br>- Assisting the Debtors in obtaining financing from lenders, including identifying and negotiating with potential lenders. |
| Alvarez & Marsal North America LLC, as restructuring advisor | A&M will be primarily responsible for:<br>- Assisting the Debtors in preparing financial and operational related disclosures as required by the Bankruptcy Code, the Office of the U.S. Trustee, or other orders of the Court (*e.g.*, SOFAs and schedules, MORs, cash flow projections).<br><br>- Assisting in the identification and performance of cost/benefit analyses related to supply agreements and other executory contracts and the assumption/rejection of each.<br><br>- Serving as the point of contact with the Debtors' key constituents/creditors with respect to diligence requests regarding operations.<br><br>A&M will **not** be primarily responsible for providing services related to:<br>- Advising the Debtors on matters related to the energy industry.<br><br>- Advising the Debtors on matters related to compensation metrics.<br><br>- Assisting the Debtors in developing or negotiating a restructuring transaction, debtor in possession financing, or section 363 sales. |
| Evercore Group LLC, as investment banker and financial advisor | Evercore will be primarily responsible for:<br>- Advising and assisting the Debtors in a restructuring, financing, or sales of businesses or assets.<br><br>- Assisting the Debtors in developing a restructuring plan or plan of reorganization.<br><br>- Advising the Debtors on tactics and strategies for negotiating with various stakeholders regarding a transaction structure and the plan. |

|   | |
|---|---|
|   | - Assisting the Debtors in obtaining financing from lenders, including identifying and negotiating with potential lenders.<br><br>Evercore will **not** be primarily responsible for providing services related to:<br>- Serving as the point of contact with the Debtors' key constituents/creditors with respect to diligence requests regarding operations.<br><br>- Assisting the Debtors in producing financial and operational related disclosures as may be required by the Bankruptcy Code, the Office of the United States Trustee, or other order of the Court.<br><br>- Advising the Debtors on matters related to the energy industry.<br><br>- Advising the Debtors on matters related to compensation metrics. |

**Additional Disclosures Regarding Retainer Payments**

5. The following table summarizes payments FEP received from the Debtors in the 90 days preceding the Petition Date:

| Invoice Date | Invoice Amount | Dates of Service | Payment Date | Payment Amount | Treatment | Retainer Balance |
|---|---|---|---|---|---|---|
| 1/29/2014 |  | Retainer Balance 90 Days Prior to Filing | | | | $200,000.00 |
| 2/11/2014 | $519,930.42 | 1/4/2014 - 1/31/2014 | 2/14/2014 | $519,930.42 | Payment | $200,000.00 |
| 3/4/2014 | $736,154.82 | 2/1/2014 - 2/28/2014 | 3/10/2014 | $736,154.82 | Payment | $200,000.00 |
| 3/28/2014 | $871,364.50 | 3/1/2014 - 3/28/2014 | 4/1/2014 | $871,364.50 | Payment | $200,000.00 |
| 4/28/2014 | $816,049.29 | 3/29/2014 - 4/28/2014 | 4/28/2014 | $816,049.29 | Payment | $200,000.00 |
| 4/28/2014 | $29,977.07 | 4/25/2014 - 4/28/2014 | N/A | N/A | Applied to Retainer | $170,022.93 |

6. Notwithstanding anything in the Application, the Supplemental Declaration, or the Engagement Letter to the contrary, FEP may not terminate its representation of the Debtors without order of the Court.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 16, 2014

*/s/ Todd Filsinger*
Todd Filsinger
Senior Managing Director,
Filsinger Energy Partners