## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## FIRST SUPPLEMENTAL DECLARATION OF ROBERT B. LITTLE IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY GIBSON, DUNN & CRUTCHER LLP AS SPECIAL COUNSEL FOR CERTAIN CORPORATE AND LITIGATION MATTERS, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Robert B. Little, being duly sworn, state the following under penalty of perjury:

1.      I am a Partner with Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), which has a place of business at 2100 McKinney Avenue, Suite 1100, Dallas, TX 75201.

2.  I submit this supplemental declaration, pursuant to Bankruptcy Rules 2014(a) and 2016(b) on behalf of Gibson Dunn (the "Supplemental Little Declaration") in support of the application, supporting declaration, and Stacey Doré's supporting declaration (the "Application" the "Little Declaration" and the "Doré Declaration," respectively) of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order, authorizing the Debtors to

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

employ and retain Gibson Dunn as special counsel effective *nunc pro tunc* to the Petition Date.[2]

Except as otherwise noted herein, I have personal knowledge of the matters set forth herein.

<u>**Description of Services**</u>[3]

3.    Gibson Dunn will use its reasonable efforts to avoid any duplication of services provided to the Debtors by any of the Debtors' other retained professionals in these chapter 11 cases.  To illustrate such efforts, the following chart describes the various services Gibson Dunn and certain of the Debtors' other professionals are expected to provide:

| *Professional* | *Description of Services* |
|---|---|
| Gibson, Dunn & Crutcher LLP, as special corporate counsel and litigation counsel on certain, discrete litigation matters | Gibson Dunn will be primarily responsible for:<br><br>• Advising on certain non-bankruptcy capital market transactions, non-bankruptcy merger and acquisition transactions, Securities and Exchange Commission matters, and corporate governance issues.<br><br>• Advising the Debtors in connection with the potential purchase of the assets of Optim Energy (the Debtors have since terminated their involvement in the purchase process).<br><br>• Representing the Debtors in connection with certain non-bankruptcy litigation matters, including *Aurelius Capital Master, Ltd. v. Acosta* (5th Cir.), *TXU Portfolio Management Co., L.P., FPL Energy, LLC* (Tex.)., *Luminant Generation Co., LLC v. EPA* (E.D. Tex.), *Sierra Club v. Energy Future Holdings Corp.* (E.D. Tex.), *Sierra Club v. Energy Future Holdings Corp.* (5th Cir.), *Luminant Energy Co., LLC v. FPL Energy Pecos Wind I, LLC* (D.C. Tex.), and *United States v. Luminant Generation Co., LLC* (N.D. Tex.).<br><br>Gibson Dunn will <u>**not**</u> be primarily responsible for providing services related to:<br><br>• Advising the Debtors on the bankruptcy issues regarding transaction |

---

[2]    Capitalized terms not otherwise defined in this Supplemental Little Declaration shall have the meanings ascribed to them in the Application, the Little Declaration, and the Doré Declaration, as applicable.

[3]    The chart below is being provided for illustrative purposes only. Nothing in this chart shall modify the terms set forth in the Engagement Letter (as modified by the order entered by this Court approving the Application) or applicable professional standards.  My personal knowledge is limited to the work done by Gibson Dunn.

| | |
|---|---|
| | structures being considered as part of the plan of reorganization (including negotiations with lenders and investors related to the same).<br><br>• Advising the Debtors on tax matters (excluding corporate advisory services that may incidentally involve discrete tax issues). |
| Richards, Layton & Finger LLP, as Delaware counsel and conflicts counsel | Richards, Layton & Finger LLP will be primarily responsible for:<br><br>• Acting as Delaware counsel with respect to the Debtors' restructuring, including the review and filing of materials principally drafted by K&E.<br><br>• Interacting with chambers outside of hearings.<br><br>• Acting as conflicts counsel independently from K&E in certain matters.<br><br>Richards, Layton & Finger LLP will **not** be primarily responsible for:<br><br>• Providing legal advice on non-bankruptcy tax matters that are being principally addressed by Thompson & Knight LLP.<br><br>• Matters where another firm is acting as conflicts counsel.<br><br>• Discrete matters being addressed by Sidley Austin LLP, including the Debtors' potential claims against the Debtors' equity owners in connection with the 2007 buyout.<br><br>• Discrete energy-related transactional matters being handled by McDermott, Will & Emery LLP, except to the extent necessary in connection with preparing applicable pleadings or other documents.<br><br>• Discrete non-bankruptcy issues being handled by Gibson, Dunn & Crutcher LLP. |
| Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, K&E), as primary restructuring counsel | K&E will be primarily responsible for:<br><br>• Providing services related to all bankruptcy-related matters, including, among other things:  (a) corporate governance in the bankruptcy context, (b) advising and consulting on the Debtors' conduct during the chapter 11 cases, including the legal and administrative requirements of operating in chapter 11, (c) meetings and negotiations with parties in interest regarding the Debtors' restructuring, (d) taking all necessary actions to protect and preserve the Debtors' estates, (e) preparing and filing pleadings, (f) postpetition financing and cash collateral matters, (g) structuring |

| | |
|---|---|
| | potential sales of assets or other asset dispositions, (h) advising on tax matters, including certain non-bankruptcy tax matters where they implicate creditor recoveries or the administration of the Debtors' estates, (i) the negotiation of and preparation of a plan and disclosure statement and all related documents and transactions, (j) interactions with vendors, contract counterparties, and similar parties with respect to the treatment of claims and contracts in the chapter 11 process, (k) the claims resolution process, and (l) all other necessary legal services for the Debtors in connection with the chapter 11 cases not otherwise provided by another retained legal professional. |
| | K&E will **not** be primarily responsible for: |
| | • Providing legal advice on non-bankruptcy tax matters that are being principally addressed by Thompson & Knight LLP. |
| | • Matters where Richards, Layton & Finger LLP is acting as conflicts counsel. |
| | • Discrete matters being addressed by Sidley Austin LLP, including the Debtors' potential claims against the Debtors' equity owners in connection with the 2007 buyout. |
| | • Discrete energy-related transactional matters being handled by McDermott, Will & Emery LLP, except to the extent necessary in connection with preparing applicable pleadings or other documents. |
| | • Discrete non-bankruptcy issues being handled by Gibson, Dunn & Crutcher LLP. |
| | • Advising the Debtors in connection with the potential purchase of the assets of Optim Energy (the Debtors have since terminated their involvement in the purchase process). |
| Thompson & Knight LLP, as special counsel for certain tax-related matters | Thompson & Knight will be primarily responsible for: |
| | • Providing services related to certain tax issues, including, among other things: (a) the Debtors' request for a private letter ruling from the Internal Revenue Service (the "IRS") and the tax issues of the related restructuring matters, (b) Texas tax issues not otherwise addressed by the Debtors' other professionals, (c) the resolution of certain historical and ongoing IRS tax controversies and (d) other discrete matters as directed by the Debtors. |
| | • Providing services related to certain record retention issues. |
| | Thompson & Knight will **not** be primarily responsible for: |

| | |
|---|---|
| | • Providing any legal advice on non-tax matters other than those related to record retention.<br><br>• Providing legal advice on bankruptcy-specific tax matters.<br><br>• Providing any legal advice to the Debtors on potential transaction structures (including negotiations with lenders and investors related to the same), except as may relate to the tax issues related to the Debtors' restructuring as described above). |
| Sidley Austin LLP, as special counsel on certain corporate and litigation issues | Sidley Austin will be primarily responsible for:<br><br>• Reviewing matters related to potential claims against EFH Corp.'s majority equity owners and other parties related to the transaction that took the Debtors private in 2007.<br><br>• Advising the Debtors on certain matters relating to the Environmental Protection Agency.<br><br>• Advising the Debtors on an as-requested basis for certain discrete matters on which Kirkland & Ellis will not advise.<br><br>Sidley Austin will **<u>not</u>** be primarily responsible for providing services related to:<br><br>• Advising the Debtors on potential transaction structures (including negotiations with lenders and investors related to the same).<br><br>• Serving as the primary legal point of contact for operational and financing inquiries from creditors.<br><br>• General restructuring issues. |
| McDermott, Will & Emery LLP, as energy advisor | McDermott will be primarily responsible for:<br><br>• Advising the Debtors on certain discrete energy-related transactional matters, negotiations, and disputes.<br><br>McDermott will **<u>not</u>** be primarily responsible for providing services related to:<br><br>• Providing advisory services related to tax, corporate, litigation, and environmental issues (except as they may relate to discrete energy issues).<br><br>• Advising the Debtors on potential bankruptcy transaction structures |

| | (including negotiations with lenders and investors related to the same). |
|---|---|

## Statement Regarding U.S. Trustee Guidelines

4.      Gibson Dunn shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.  Gibson Dunn also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013 (the "*Revised UST Guidelines*"), both in connection with this application and the interim and final fee applications to be filed by Gibson Dunn in these chapter 11 cases.

## Attorney Statement Pursuant to Revised UST Guidelines

5.      The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

i.      **Question**: Did Gibson Dunn agree to any variations from, or alternatives to, Gibson Dunn's standard billing arrangements for this engagement?

**Answer**: No. Gibson Dunn and the Debtors have not agreed to any variations from, or alternatives to, Gibson Dunn's standard billing arrangements for this engagement.[4]

ii.      **Question**: Do any of the professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

---

[4]    In light of the long tenure of Gibson Dunn's relationship with the Debtors and the volume of matters handled by Gibson Dunn for the Debtors, Gibson Dunn and the Debtors have negotiated reduced rates and alternative fee arrangements with respect to specified matters.

**Answer**: No. The hourly rates used by Gibson Dunn in representing the Debtors are consistent with the rates that Gibson Dunn charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

iii.    **Question**: If Gibson Dunn has represented the Debtors in the 12 months prepetition, disclose Gibson Dunn's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If Gibson Dunn's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Gibson Dunn's current hourly rates for services rendered on behalf of the Debtors range as follows:

| Billing Category | U.S. Range |
|:---:|:---:|
| Partners | $760 - $1140 |
| Of Counsel | $690 - $925 |
| Associates | $435 - $725 |
| Paraprofessionals | $355 - $390 |

Gibson Dunn represented the Debtors during the twelve-month period before the Petition Date, using the hourly rates listed above.

iv.    **Question**:  Have the Debtors approved Gibson Dunn's budget and staffing plan, and, if so, for what budget period?

**Answer**: The Debtors' restructuring on which Gibson advises the Debtors, the Debtors and Gibson Dunn routinely discuss the scope of Gibson Dunn's work and the requisite staffing and budgetary needs. As a result, Gibson Dunn regularly reevaluates its budgetary and staffing needs in connection with its work for the Debtors. To that end, the Debtors and Gibson Dunn are finalizing a formal budget and staffing plan for the period from April 29, 2014 to August 31, 2014, which Gibson Dunn intends to submit with its first interim fee application.

## **Additional Interested Parties**

6.  Gibson Dunn has maintained an ongoing effort to determine whether it has any conflicts that might affect its ability to be employed pursuant to section 327(e) of the Bankruptcy Code.

7. Specifically, Gibson Dunn has received from the Debtors, and/or their representatives, a list of the names of additional individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Additional Interested Parties") whose names were not included on the original list of entities reviewed by Gibson Dunn in connection with the Little Declaration.

8. A list of the Additional Interested Parties reviewed by Gibson Dunn is attached hereto as **Schedule 1** to **Exhibit A**. The list of Additional Interested Parties was reviewed in accordance with the procedures described in paragraph 23 of the Little Declaration. To the extent that Gibson Dunn currently represents, or has represented within the last three years, any of the Additional Interested Parties, the identities of such entities are set forth in in a list attached hereto as **Schedule 2** to **Exhibit A**.

9. To the best of my knowledge, Gibson Dunn still does not hold or represent any interest adverse to the Debtors, or to their estates, with respect to the matters on which Gibson Dunn seeks to be employed.

**Additional Disclosures Regarding Retainer Payments**

10. The following table summarizes payments Gibson Dunn received from the Debtors in the 90 days preceding the Petition Date:

| Invoice Date | Invoice Amount | Dates of Service | Payment Date | Payment Amount | Treatment | Retainer Balance |
|---|---|---|---|---|---|---|
| 12/2/2013 | $42,212.50 | 11/1/2014 - 11/30/2014 | 1/31/2014 | $42,212.50 | Payment | $1,042,942.50 |
| 1/7/2014 | $882.00 | 12/1/2013 - 12/31/2013 | 2/14/2014 | $882.00 | Payment | $1,042,942.50 |
| 1/7/2014 | $788.50 | 12/1/2013 - 12/31/2013 | 2/14/2014 | $788.50 | Payment | $1,042,942.50 |
| 1/7/2014 | $2,782.50 | 12/1/2013 - 12/31/2013 | 3/10/2014 | $2,782.50 | Payment | $1,042,942.50 |
| 1/23/2014 | $3,060.00 | 12/1/2013 - 12/31/2013 | 2/14/2014 | $3,060.00 | Payment | $1,042,942.50 |
| 1/23/2014 | $9,415.58 | 12/1/2013 - 12/31/2013 | 2/14/2014 | $9,415.58 | Payment | $1,042,942.50 |
| N/A | $40,000.00 | N/A | 2/14/2014 | $40,000.00 | Held on | $1,082,942.50 |

| Invoice Date | Invoice Amount | Dates of Service | Payment Date | Payment Amount | Treatment | Retainer Balance |
|---|---|---|---|---|---|---|
| | | | | | Account | |
| 2/4/2014 | $23,014.50 | 1/1/2014 - 1/31/2014 | 3/13/2014 | $23,014.50 | Payment | $1,082,942.50 |
| 2/4/2014 | $3,749.36 | 1/1/2014 - 1/31/2014 | 3/13/2014 | $3,749.36 | Payment | $1,082,942.50 |
| 2/4/2014 | $406,806.89 | 1/1/2014 - 1/31/2014 | 3/25/2014 | $406,806.89 | Payment | $1,082,942.50 |
| 2/28/2014 | $41,574.00 | 1/1/2014 - 1/31/2014 | 3/13/2014 | $41,574.00 | Payment | $1,082,942.50 |
| 3/5/2014 | $37,546.50 | 2/1/2014 - 2/28/2014 | 3/13/2014 | $37,546.50 | Payment | $1,082,942.50 |
| 3/5/2014 | $15,410.50 | 2/1/2014 - 2/28/2014 | 3/13/2014 | $15,410.50 | Payment | $1,082,942.50 |
| 3/6/2014 | $6,051.33 | 1/1/2014 - 1/31/2014 | 3/13/2014 | $6,051.33 | Payment | $1,082,942.50 |
| 3/6/2014 | $2,079.00 | 2/1/2014 - 2/28/2014 | 3/13/2014 | $2,079.00 | Payment | $1,082,942.50 |
| 3/6/2014 | $180.00 | 5/30/2013 - 1/31/2014 | 3/13/2014 | $180.00 | Payment | $1,082,942.50 |
| 3/6/2014 | $378.00 | 1/1/2014 - 1/31/2014 | 3/13/2014 | $378.00 | Payment | $1,082,942.50 |
| 3/6/2014 | $3,329.50 | 11/1/2013 - 1/31/2014 | 3/13/2014 | $3,329.50 | Payment | $1,082,942.50 |
| 3/6/2014 | $4,721.08 | 2/1/2014 - 2/28/2014 | 3/13/2014 | $4,721.08 | Payment | $1,082,942.50 |
| N/A | $40,000 | N/A | 3/13/2014 | $40,000 | Held on Account | $1,122,942.50 |
| 3/7/2014 | $915,250.21 | 2/1/2014 - 2/28/2014 | 3/25/2014 | $915,250.21 | Payment | $1,122,942.50 |
| 4/2/2014 | $5,580.28 | 3/1/2014 - 3/31/2014 | 4/23/2014 | $2,394.00 | Payment | $1,122,942.50 |
| 4/2/2014 | $81,242.07 | 3/1/2014 - 3/31/2014 | 4/17/2014 | $81,242.07 | Payment | $1,122,942.50 |
| 4/2/2014 | $185,717.37 | 3/1/2014 - 3/31/2014 | 4/17/2014 | $185,717.37 | Payment | $1,122,942.50 |
| 4/7/2014 | $48,723.50 | 3/1/2014 - 3/31/2014 | 4/17/2014 | $48,723.50 | Payment | $1,122,942.50 |
| 4/7/2014 | $55,540.50 | 3/1/2014 - 3/31/2014 | 4/17/2014 | $55,540.50 | Payment | $1,122,942.50 |
| 4/7/2014 | $22,945.80 | 2/12/2014 – 3/31/2014 | N/A | N/A | Applied to Retainer | $1,099,996.70 |
| N/A | $40,000 | N/A | 4/17/2014 | $40,000 | Held on Account | $1,139,996.70 |
| 4/22/2014 | $725.29 | 3/1/2014 – 3/31/2014 | N/A | N/A | Applied to Retainer | $1,139,271.41 |
| 4/22/2014 | $25,326.56 | 3/1/2014 – 3/31/2014 | N/A | N/A | Applied to Retainer | $1,113,944.85 |
| 4/22/2014 | $4,284.00 | 3/1/2014 – 3/31/2014 | N/A | N/A | Applied to Retainer | $1,109,660.85 |
| 4/28/2014 | $5,463.00 | 3/24/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $1,104,197.85 |
| 4/28/2014 | $25,942.30 | 4/1/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $1,078,255.55 |

| Invoice Date | Invoice Amount | Dates of Service | Payment Date | Payment Amount | Treatment | Retainer Balance |
|---|---|---|---|---|---|---|
| 4/28/2014 | $5,481.50 | 4/1/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $1,072,774.05 |
| 4/28/2014 | $146,609.70 | 4/1/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $926,164.35 |
| 4/28/2014 | $16,049.29 | 4/1/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $910,115.06 |
| 4/28/2014 | $366.50 | 4/1/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $909,748.56 |
| 4/28/2014 | $1,320.00 | 4/1/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $908,428.56 |
| 4/28/2014 | $40,000.00 | 4/1/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $868,428.56 |
| 4/28/2014 | $160,000.00 | 1/1/2014 - 3/31/2014 | N/A | N/A | Applied to Retainer | $708,428.56 |
| 4/28/2014 | $3,661.37 | 4/1/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $704,767.19 |
| 4/28/2014 | $504.00 | 4/1/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $704,263.19 |
| 4/28/2014 | $159,937.88 | 3/11/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $544,325.31 |
| 4/28/2014 | $135,048.83 | 3/20/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $409,276.48 |
| 4/28/2014 | $49,723.17 | 4/1/2014 – 4/28/2014 | N/A | N/A | Applied to Retainer | $359,553.31 |

[*Remainder of page left intentionally blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Executed on September 16, 2014

*/s/ Robert B. Little*

Robert B. Little
Partner, Gibson, Dunn & Crutcher LLP

## **EXHIBIT A**

**Additional Interested Parties**

**SCHEDULE 1**
**List of Schedules**

| **Schedule** | **Category** |
|---|---|
| 1(a) | Bondholders |
| 1(b) | Debtholders |
| 1(c) | DIP Lenders |
| 1(d) | Parties in Interest |
| 1(e) | Lenders |
| 1(f) | Officers & Directors |
| 1(g) | Professionals |

**Schedule 1(a)**

**Bondholders**

Aegon
Allianz Global Investors
Allstate
Amundi
Angelo Gordon
Apollo / Stone Tower
Applied Fundamental Research LLC
Ares
Arrowgrass
ATP Investment Management
Aurelius
Avenue
Babson Capital
Balyasny Asset Management
Bank of America Merrill Lynch
Barclays
BC Unlimited LLC
Benida Group
Black Diamond
Blackstone / GSO
Bluecrest Capital Management
Brigade Capital
Brookfield Investment
BTG Pactual
Carlyle
Castle Hill
Centerbridge
Chou Associates
Claren Road
Columbia Management
Cortland Capital
Crescent Capital
DA Capital LLC
Danske Bank
DK Partners
Ensign Peak
Farallon Capital Management LLC (US)
Footprints Asset Management
Franklin
Greystone Investments
Gruss

GSC Capital
Halcyon
Highbridge
Highland Capital
HIMCO
Icahn Associates
ING Investments
Janus Capital
Kilimanjaro
KKR
LibertyView Capital Management
Loeb Partners
Logan Circle
Manikay Partners LLC
Mariner
MatlinPatterson Capital
Mount Kellett
MP Credit Partners
Owl Creek Asset Management
Panning Capital
Par IV Funding
Paulson & Co.
Penn Capital Management
PFA Asset Management
Phoenix
Pinebridge
Post Advisory
Principal Financial
Protective Life
Providence Equity Partners
Prudential
PSAM
Putnam
RBC
RBS
Regiment Capital
Sankaty
Sciens Capital Management
Scoggin Capital
Seix Advisors
Senator Investment
Sheffield Investment Management
Shenkman
Silvermine Capital
Sound Point Capital
Standard Life Investments

Starwood Energy
State Street Global Advisors
Taconic Capital Partners
TCW Investment Management
Teilinger Capital Ltd.
Third Avenue
THL Credit Partners
Titan Investment Holdings
Trimaran Advisors
UBS
Vanguard
Venor Capital Management
Watershed Asset Management
Whippoorwill Associates Inc.
WJ Investments
York Capital

**Schedule 1(b)**

**Debtholders**

Grantham Mayo Van Otterloo & Co. LLC
Halcyon Asset Management LLC
Luxor Capital Group LP
Manikay Master Fund LP
SkyTop Capital Management LLC
VR Advisory Services Ltd.
VR Global Partners LP

**Schedule 1(c)**

**DIP Lenders**

4086 Advisors
Abry Capital
Aegon Funding Corp.
All Pensions Group (APG) / Stichting Pensioenfonds ABP
Allstate Insurance
Apidos Capital
Apollo Investment Corp.
AQR Capital Management
Arrowpoint Asset
Babson Capital Global Loans Ltd.
Beach Point Capital Management LP
Bennett Management
Black Ant Value Master Fund, The
Black Diamond Capital
Brigade
Canyon Capital Advisors
ICE Canyon / Canyon Partners
Caspian Capital Management
Chase Lincoln First Commercial Corp.
Cohanzick
Columbia Management Advisors
Crescent Management
Curian Long Short Credit Fund
CVC Global Credit Opportunities Master Fund LP
DB Portfolio
Dimaio Ahmad Partners
Dunham Monthly Distribution Fund
Empyrean
Federated Investors
Fidelity
Fonds Voor Gemene Rekening Beroepsvervoer – HYBO: Stichting
Bedrijfstakpensioenfonds Voor Het Beroepsvervoer Over De Weg
Fortress
Franklin Custodian Funds - Franklin Utilities Fund
Fraser Sullivan
Greywolf Capital Management
GSO
GSO Capital Partners LP
Guggenheim Investments
HBK Master Fund LP (HBK)
Hildene Capital Management LLC

HSBC Securities USA Inc.
ING Capital Market LLC
ING Funds
Insight Investment Management Ltd.
Invesco
Jefferies LLC
JHF II – US High Yield Bond Fund
JMP Group Inc.
JNL/PPM America High Yield Bond Fund, a Series of JNL Series Trust
JNL/PPM America Strategic Income Fund
JPM Pacholder
Kevin B. and Anne-Marie Roth Revocable Trust
Kingsland Capital
Kramer Van Kirk Strategies LP
Loews Corp.
Magnetar Capital
MidOcean
MLIS Westchester Merger Arbitrage UCITS Fund
Mockingbird Credit
Moore Capital Management LP
Neuberger & Berman
New York Life Insurance
Nomura
Oak Hill
Octagon Credit Investors
Oppenheimer
Orchard First Source Asset Management LLC
Par IV Capital Management Inc.
Peak6 Achievement Master Fund Ltd.
Pentwater
Princeton Advisory Group
Providence Capital
Prudential Asset Management Co. Inc.
Putnam Floating Rate Income Fund
QPR Holdings Ltd.
Regions Financial
Robert J. Tannor Roth IRA
Roth Living Trust
Roth, Anne Marie
Roth, Kevin B.
Scotia Capital Inc.
Shenkman Capital
Silver Rock
Silverpoint
Solus
Soros Fund Management

Sound Point
T&P St. John LLC
T. Rowe Price Associates Inc.
Thomas H. Lee Partners
TPG Inc.
Triumph Group Inc.
Virtus High Yield Fund
Vulcan Capital
Water & Power Employees' Retirement Disability & Death Benefit
Insurance Plan
WCM Alternatives -- Event Driven Fund
WCM Master Trust
Wells Fargo
Westgate Enterprises LLC
Whitehorse Capital Partners LP
Aberdeen Asset Management (US)
Abry Partners LLC
AllianceBernstein
AXA Investment Managers
Anchorage Advisors
Apollo Capital Management
Ares Management LP
Arrowpoint Asset Management LLC
Bank of Tokyo-Mitsubishi UFJ
Beal Bank
Black Ant Group
Black Diamond Partners LLP
BMO Capital Markets
Canaras Capital Management LLC
Capital Research Global
Castle Hill Asset Management LLC
Column Park Asset Management
Constellation Capital Management
Credit Suisse Alternative Investments
CVC Capital Partners Ltd.
Cyrus Capital LP
Deutsche Asset Management (DeAM)
Fifth Street Finance Corp.
Fountain Capital Management
Fraser Sullivan Investment
GIC (Government Investment Corporation of Singapore)
Glendon Capital Management LP
GreyWolf Capital
Guggenheim Partners
HBK Global Securities LP
Hillmark Capital Management LP

ICE Canyon LLC
ING Investments LLC (Arizona)
Invesco - NAM (National Asset Management)
JPMorgan Asset Management - US
King Street Capital LLP
KS Capital
KVK Services LLC
Manulife Financial
Marathon Asset Management LLC (NY)
Matlin Patterson Capital Management LP
Metropolitan Life Investment Ltd.
Napier Park
Nationwide Insurance Co.
Newcastle Capital Management
Nokota Management LP
Och Ziff - OZ Management
Octagon Advisory Group LLC
Onex Corp.
Orchard Global Asset Management
Orix
Pacific Investment Management - PIMCO
Peak 6 Investments
Pentwater Capital Management
Pioneer Investment Management USA
Providence Equity Partners Inc
Redwood Capital
Saratoga
Stanton Asset Management Inc.
Sumitomo Mitsui Banking Corp.
Tegean Capital Management LLC
THL Credit Group LP
Triumph Capital Group Inc
Trust Company of the West
Vulcan Credit
West Gate Horizons Advsrs LLC
Western Asset Management US -WAMCO
WhiteHorse Capital Partners
Zeron Group

**Schedule 1(d)**

**Parties in Interest**

ITC Holdings
Southern Co., The

**Schedule 1(e)**

**Lenders**

Aberdeen Management
HIG Whitehorse

**Schedule 1(f)**

**Officers & Directors**

Ferraris, Mark F.

**Schedule 1(g)**

**Professionals**

Blackstone Advisory Group
Cadwalader Wickersham & Taft (CWT)
FTI Consulting
Gavin Solmonese
I&O Communications
Lazard
Mesirow Financial
Schulte, Roth & Zabel
Wachtell Lipton Rosen & Katz
Wilkie Farr

**Schedule 2**
**Disclosure of Representation**

Set forth below are the Additional Interested Parties[5] whom Gibson Dunn currently represents or has represented within the past three years in matters unrelated to the matters on which Gibson Dunn is proposed to be retained.

**List of Schedules**

| Schedule | Category |
| --- | --- |
| 2(a) | Bondholders |
| 2(b) | Debtholders |
| 2(c) | DIP Lenders |
| 2(d) | Parties in Interest |
| 2(e) | Lenders |
| 2(f) | Officers & Directors |
| 2(g) | Professionals |

---

[5]    In some instances, the parties identified below may not actually be interested parties; however, their identities were sufficiently similar to the names of parties provided by the Debtors that they are included herein for completeness.  An "*" following a party's name means that party is not currently a client (nor has it been represented within the past three years); however, Gibson Dunn represents (or has represented within the past three years) one or more entities that may be affiliated with that party.

**Schedule 2(a)**

**Bondholders**

Allianz Global Investors*
Allstate ASO, Inc.
Allstate Corporation
Angelo Gordon Real Estate Inc.
Angelo Gordon & Co. LP
Ares
Bank of America Merrill Lynch
Barclays
GSO/Blackstone Debt Funds
Management LLC
Carlyle
Centerbridge Partners LLP
Claren Road Asset Management LLC
DA Capital Asia
Farallon Capital Management LLC
Farallon Capital Management Inc.
Farallon Capital
Franklin Templeton Investments
Franklin Templeton Companies, LLC
Halcyon Investments
Highbridge Principal Strategies LLC
Highland Capital Management LP
Janus Capital Group Inc.
Janus Capital Management LLC
KKR*
Mariner Investment Group Inc.
Mount Kellett Capitcal Management LP
Owl Creek Asset Management, L.P.
Paulson & Co., Inc.
Pinebridge*
Providence Equity Partners
Prudential
RBC
RBS
Sankaty Advisors, LLC
Scoggin Capital Management LP

**Schedule 1(b)**

**Debtholders**

Luxor Capital Group

**Schedule 2(c)**

**DIP Lenders**

AllianceBernstein
Allstate Insurance Company
Anchorage Advisors LLC
Apollo Capital Management*
Ares Management LP*
AXA Investment Managers
MUFG Union Bank, N.A.
Canyon Capital Advisors LLC
Capital Research Global Investors
Castle Hill Asset Management
Cohanzick Management LLC
Credit Suisse Alternative Investments
CVC Capital Partners
CVC Partners
CVC Capital Partners Advisory (U.S.),
Inc.
Cyrus Capital Partners LP
Cyrus Capital Management LP
Empyrean Capital Partners LP
Fidelity*
Fortress*
CIG Real Estate Pte Ltd
GIC Special Investments Private
Limited
Greywolf Capital Management LP
GSO/Blackstone Debt Funds
Management LLC
GSO Capital Partners LP
HSBC Securities USA Inc.
ING Investment Advisors LLC
Jefferies LLC
JMP Securities
King Street Capital Management LP
Magnetar Capital LLC
Marathon Asset Management LLC
MidOcean Partners
Moore Capital Management LP
Neuberger & Berman
New York Life Insurance Company
Nomura Securities International
Nomura Global Financial Products, Inc.

Oak Hill Capital Partners
Och Ziff Capital Management Group
Och-Ziff Capital Management HK Ltd
Oppenheimer & Company, Inc.
Oppenheimer Europe Ltd.
Pioneer Investment Management USA*
Solus Alternative Asset Management,
LP
Soros Fund Management LLC
Sumitomo Mitsui Banking Corporation

**Schedule 2(d)**

**Parties in Interest**

Southern Company, The

**Schedule 2(e)**

**Lenders**

HIG Whitehorse*

**Schedule 2(f)**

**Officers & Directors**

None.

**Schedule 2(g)**

**Professionals**

Blackstone Advisory Group*
FTI Consulting, Inc.
Lazard*