IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF THOMAS D. BIBBY
IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE HOLDINGS
CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS
TO RETAIN AND EMPLOY KPMG LLP AS BANKRUPTCY ACCOUNTING
AND TAX ADVISORS EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Thomas D. Bibby, being duly sworn, state the following under penalty of perjury:

1. I am a Partner of KPMG LLP ("KPMG"), which has a place of business at 717 North Harwood Street, Dallas, Texas 75201-6585 (the "Company"). KPMG is the United States member firm of KPMG International, a Swiss cooperative.

2. I submit this supplemental declaration, pursuant to Bankruptcy Rules 2014(a) and 2016(b), on behalf of KPMG (the "Supplemental Bibby Declaration") in support of the application, the supporting declaration, the application supplement, and the supporting declaration of the application supplement (the "Application," the "Bibby Declaration," the "Application Supplement," and the "Bibby Application Supplement Declaration," respectively) of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order authorizing the Debtors to employ and retain KPMG as bankruptcy accounting and tax

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

advisors effective *nunc pro tunc* to the Petition Date.[2] Except as otherwise noted herein, I have personal knowledge of the matters set forth herein.

3.  No agreement or understanding exists between KPMG and any other person, other than as permitted by Section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these cases, nor shall KPMG share or agree to share compensation received for services rendered in connection with these cases with any other person other than as permitted by Section 504 of the Bankruptcy Code.

**Description of Services[3]**

4.  KPMG will use its reasonable efforts to avoid any duplication of services provided to the Debtors by any of the Debtors' other retained professionals in these chapter 11 cases. To illustrate such efforts, the following chart describes the various services of KPMG and certain of the Debtors' other professionals:

| *Professional* | *Description of Services* |
| --- | --- |
| KPMG LLP, to provide bankruptcy accounting services | KPMG will be primarily responsible for: <br>• Providing bankruptcy accounting services (including related to debtor-in-possession financing, reorganization accounting, and the various reports prepared that are required by the Bankruptcy Code, the Office of the United States Trustee, or order of the Court). <br>• Tax consulting services relating to certain of the Debtors' Texas sales and use tax audits and property tax compliance. <br>• Delivering an information technology project focused on Sarbanes-Oxley controls. <br>• Tax consulting services related to miscellaneous income tax |

---

[2] Capitalized terms not otherwise defined in this Second Supplemental Declaration shall have the meanings ascribed to them in the Application, the Bibby Declaration, the Application Supplement, and the Bibby Application Supplement Declaration, as applicable.

[3] The chart below is being provided for illustrative purposes only. Nothing in this chart shall modify the terms set forth in the Engagement Letter (as modified by the order entered by this Court approving the Application) or applicable professional standards. My personal knowledge is limited to the work done by KPMG.

|  |  |
|---|---|
|  | compliance.<br><br>KPMG will **not** be primarily responsible for providing services related to:<br><br>• Independent audits of the Debtors' financial statements and procedures related to SEC filings.<br><br>• Internal audit services.<br><br>• Tax advisory services provided by Ernst & Young and PwC.<br><br>• Information security services provided by Ernst & Young and PwC.<br><br>• Tax advisory services related to certain sales and use tax audits being reviewed by Ernst &Young |
| Ernst & Young LLP, as providers of tax advisory and information technology services | Ernst & Young will be primarily responsible for:<br><br>• Providing information technology services related to the Debtors' upgrade to (and further integration of) their technical environment, and the Debtors' property tax compliance system<br><br>• Providing contract resources to fill interim leadership positions related to information technology compliance (other than Sarbanes Oxley compliance) and information security.<br><br>• Tax advisory services related to: (a) miscellaneous income tax compliance and; (b) Texas audit support, primarily voluminous sales and use tax documentation retrieval and analysis, (c) Texas sales taxability analysis in connection with business operations and certain technology implementations.<br><br>Ernst & Young will **not** be primarily responsible for providing services related to:<br><br>• Bankruptcy accounting services.<br><br>• Information security services provided by PwC and KPMG.<br><br>• Providing tax advisory services related to certain sales and use tax audits being reviewed by KPMG (**and for the avoidance of doubt, Ernst & Young will have no responsibility relating to internal audit services or independent audits of the Debtors' financial statements and procedures related to SEC filings**). |
| Deloitte & Touche | Deloitte & Touche LLP will be primarily responsible for: |

3

| | |
|---|---|
| LLP, as independent auditors | - Conducting independent audits of the Debtors' annual financial statements and procedures related to SEC filings.<br><br>- Reviewing the Debtors condensed financial information, quarterly financial statements, and related SEC filings.<br><br>- Research and consultation services generally provided by independent auditors.<br><br>Deloitte & Touche will **not** be primarily responsible for providing services related to:<br><br>- Bankruptcy accounting services.<br><br>- Internal audit services.<br><br>- Information security services.<br><br>- Tax advisory services provided by PwC, KPMG, and Ernst & Young. |
| Pricewaterhousecoopers LLP (PwC), to provide internal audit and specific tax advisory services | PwC will be primarily responsible for:<br><br>- Conducting internal audit services for the Debtors (including advising the Debtors with respect to their internal controls).<br><br>- Providing information security services related to the Debtors' cyber defense program and segregation of duties controls.<br><br>- Tax advisory services related to certain individuals' tax returns.<br><br>PwC LLP will **not** be primarily responsible for providing services related to:<br><br>- Conducting independent audits of the Debtors' financial statements procedures related to SEC filings.<br><br>- Tax advisory services provided by Ernst & Young and KPMG.<br><br>- Bankruptcy accounting services.<br><br>- Information security services provided by Ernst & Young and KPMG. |

4

**Additional Disclosures Regarding Retainer Payments**

5.     The following table summarizes payments KPMG received from the Debtors in the 90 days preceding the Petition Date:

| Invoice Date | Invoice Amount | Dates of Service | Payment Date | Payment Amount | Treatment | Retainer Balance |
|---|---|---|---|---|---|---|
| 1/24/2014[4] | $100,000.00 | N/A | N/A | $100,000.00 | Retainer | $210,216.50 |
| 1/24/2014 | $23,990.25 | 12/16/13 - 1/15/2014 | N/A | N/A | Applied to Retainer | $186,226.25 |
| 2/14/2014 | $69,123.25 | 1/16/14 - 1/31/2014 | N/A | N/A | Applied to Retainer | $117,103.00 |
| 12/19/2013 | $10,685.00 | 10/28/2013 - 12/15/2013 | 2/18/2014 | $10,685.00 | Payment | $117,103.00 |
| 3/5/2014 | $207,000.00 | N/A | N/A | $207,000.00 | Retainer Replenishment | $324,103.00 |
| 3/19/2014 | $45,590.00 | 3/1/2014 - 3/31/2014 | 3/25/2014 | $45,590.00 | Payment | $324,103.00 |
| 3/17/2014 | $97,895.25 | 2/1/2014 - 3/31/2014 | 3/25/2014 | $97,895.25 | Payment | $324,103.00 |
| 3/17/2014 | $6,886.50 | 12/1/2013 - 2/28/2014 | N/A | N/A | Applied to Retainer | $317,216.50 |
| 3/6/2014 | $51,438.00 | 4/1/2014 - 5/15/2014 | 3/26/2014 | $51,438.00 | Payment | $317,216.50 |
| 4/7/2014 | $27,270.00 | 4/1/14 - 5/15/14 | 4/16/2014 | $27,270.00 | Payment | $317,216.50 |
| 4/17/2014 | $72,074.00 | 4/7/2014 - 4/30/2014 | 04/16/204 | $72,074.00 | Payment | $317,216.50 |
| 4/11/2014 | $70,700.00 | 4/1/2014 - 5/15/2014 | 4/17/2014 | $70,700.00 | Payment | $317,216.50 |
| 4/15/2014 | $19,820.50 | Bankruptcy Accounting Services and related tax services | 4/17/2014 | $19,820.50 | Payment | $317,216.50 |
| 4/28/2014 | $50,803.00 | N/A | N/A | N/A | Applied to Retainer | $266,413.50 |

[*Remainder of page left intentionally blank.*]

---

[4]  Outside of the 90 day period, the Debtors funded several retainers in connection with the various engagement letters they had with the Debtors.  As of 1/23/2014, there was approximately $110,216.5 outstanding on account of these retainers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 16, 2014

                                      */s/ Thomas D. Bibby*
                                      Thomas D. Bibby
                                      Partner, KPMG LLP