# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 665** |

## NOTICE OF FILING OF
## PROPOSED FORM OF "ORDER AUTHORIZING THE
## DEBTORS TO RETAIN AND EMPLOY SIDLEY AUSTIN LLP AS
## SPECIAL COUNSEL FOR CERTAIN CORPORATE AND LITIGATION
## MATTERS, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE"

PLEASE TAKE NOTICE that, on May 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Application of Energy Future Holdings Corp.*, et al., *for Entry of an Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 665] (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Application the Debtors are seeking entry of an order pursuant to sections 327(e), 328, and 330 of title 11 of the United States Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Court for the District of Delaware, authorizing and approving the retention and employment of Sidley Austin LLP as special counsel for certain corporate and litigation matters to the Debtors.

PLEASE TAKE FURTHER NOTICE that, in support of the Application, the Debtors filed the *Declaration of Paul S. Caruso in Support of the Application of Energy Future Holdings Corp.*, et al., *for Entry of an Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective* Nunc Pro Tunc *to the Petition Date*, which was filed as Exhibit B to the Application.

PLEASE TAKE FURTHER NOTICE that, on September 16, 2014, the Debtors filed the *Supplemental Declaration of Paul S. Caruso in Further Support of the Application of the Debtors for an Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective* Nunc Pro Tunc *to the Petition Date*, in connection with, and in further support of, the Application.

PLEASE TAKE FURTHER NOTICE that prior to the Objection Deadline, the U.S. Trustee provided informal comments to the Application (the "Informal Response").

PLEASE TAKE FURTHER NOTICE that other than the Informal Response, as of the date hereof, the Debtors have received no other responses or objections in connection with the Application nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.  Based on various communications by and between the Debtors and the U.S. Trustee, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Application, which the Debtors believe resolves the Informal Response.  A copy of the Revised Order is attached hereto as **Exhibit A**.  A blackline, comparing the Revised Order against the form of order originally filed along with the Application is attached hereto as **Exhibit B**.  The Revised Order has been circulated to the U.S. Trustee.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Revised Order to the Bankruptcy Court at the hearing held before the The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware, 19801 on September 16, 2014 starting at 11:00 a.m. (Easter Daylight Time) (the "Hearing"). To the extent that the Debtors make any further revisions to the Revised Order prior to the Hearing, the Debtors intend to present a blacklined copy of such revised documents to the Bankruptcy Court at the Hearing.

[*Remainder of page intentionally blank*]

Dated: September 16, 2014
      Wilmington, Delaware      */s/ William Romanowicz*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com
                romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS, LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        richard.cieri@kirkland.com
                edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:        james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession