GODFREY & KAHN, S.C.
One East Main Street
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Proposed Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP. *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| Debtor-in-Possession. | : | (Jointly Administered) |
| | | (D.I. 1888) |

Objection deadline: September 9, 2014 at 4:00 p.m.
(Prevailing Eastern Time)
Hearing date: September 16, 2014 at 11:00 a.m.
(Prevailing Eastern Time)

**SUPPLEMENTAL DECLARATION OF KATHERINE STADLER IN SUPPORT OF APPLICATION OF FEE COMMITTEE FOR AUTHORIZATION TO EMPLOY AND RETAIN GODFREY & KAHN, S.C., AS COUNSEL TO THE FEE COMMITTEE *NUNC PRO TUNC* TO THE FEE COMMITTEE'S APPOINTMENT**

Katherine Stadler, a shareholder of Godfrey & Kahn, S.C., makes this supplemental declaration pursuant to 28 U.S.C. § 1746 and states:

1.  I am a shareholder of the Wisconsin-based law firm of Godfrey & Kahn, S.C., proposed counsel to the Fee Committee in these cases.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2. I submit this supplemental declaration to provide the Court, the United States Trustee, the Debtors and Debtors in Possession and other interested parties with additional information related to Godfrey & Kahn's retention.

3. The Office of the U.S. Trustee recently adopted new Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "**UST Guidelines**").  The UST Guidelines apply to the U.S. Trustee's review of applications for compensation filed by attorneys in larger Chapter 11 cases and are intended as an update to the original guidelines adopted in 1996.  A purpose of this supplement is to disclose Godfrey & Kahn's responses to the questions in the UST Guidelines in compliance with Paragraph D.1.

### Statement Regarding U.S. Trustee Guidelines

4. Godfrey & Kahn shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.  Godfrey & Kahn also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the UST Guidelines, both in connection with this application and the interim and final fee applications to be filed by Godfrey & Kahn in these chapter 11 cases.

### Attorney Statement Pursuant to Revised UST Guidelines

5. The following is provided in response to the request for additional information set forth in Paragraph D.1. of the UST Guidelines.

   i. **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

>**Response:** Yes.  Pursuant to the *Order Appointing Fee Committee* [D.I. 1896], Godfrey & Kahn, along with the Fee Committee Chair, Richard Gitlin, will receive a flat monthly fee for their services in this matter.  Godfrey & Kahn typically, but not always, charges clients by the hour.

ii. **Question:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

>**Response:** No.

iii. **Question:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference

>**Response:** Godfrey & Kahn has not previously represented the Fee Committee.

iv. **Question:** Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

>**Response:** The first meeting of the Fee Committee is scheduled for October 2, 2014.  At that meeting, Godfrey & Kahn attorneys will present the Fee Committee with complete staffing information and a work plan.  The flat fee arrangement described in the Fee Committee Order prescribes the budget.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 16, 2014
Wilmington, Delaware

Respectfully submitted,

 */s/ Katherine Stadler*
Katherine Stadler,
Godfrey & Kahn, S.C. Shareholder

11966351.2