GODFREY & KAHN, S.C.
One East Main Street
Madison, WI  53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler

*Proposed Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP. *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| Debtor-in-Possession. | : | (Jointly Administered) |
| | | Re: D.I. 1888 |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 1888,
APPLICATION OF FEE COMMITTEE FOR AUTHORIZATION TO EMPLOY AND
RETAIN GODFREY & KAHN, S.C. AS COUNSEL TO THE FEE COMMITTEE,
<u>*NUNC PRO TUNC* TO THE FEE COMMITTEE'S APPOINTMENT</u>**

The undersigned hereby certifies that:

1.  As of the date hereof, she has received no answer, objection or other responsive pleading to the application filed on August 19, 2014 *(D.I. 1888)*, described below.

2.  The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the *Application of Fee Committee for Authorization to Employ and Retain Godfrey & Kahn, S.C. as Counsel to the Fee Committee, Nunc Pro Tunc to the Fee Committee's Appointment* appears thereon.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. Pursuant to the *Notice of Application of Fee Committee for Authorization to Employ and Retain Godfrey & Kahn, S.C., as Counsel to the Fee Committee*, objections to the *Application of Fee Committee for Authorization to Employ and Retain Godfrey & Kahn, S.C. as Counsel to the Fee Committee, Nunc Pro Tunc to the Fee Committee's Appointment* were to be filed and served no later than 4:00 p.m. (Prevailing Eastern Time) on September 9, 2014.  A hearing to consider the relief requested in the Application is currently scheduled to take place before the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on September 16, 2014 at 11:00 a.m. (Prevailing Eastern Time).

4. The Fee Committee therefore respectfully requests that the Bankruptcy Court enter the proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

Dated: Wilmington, Delaware
September  16, 2014.

GODFREY & KAHN, S.C.

By:   /s/ Katherine Stadler
Katherine Stadler (KS 6831)

GODFREY & KAHN, S.C.
One East Main Street
Madison, WI  53703
Telephone:  (608) 257-3911
Facsimile:   (608) 257-0609
E-mail: kstadler@gklaw.com

*Proposed Attorneys for the Fee Committee*

2