## SIGN-IN SHEET

**CASE NAME: Energy Future Holdings**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 9/16/14 at 11:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrea B. Schwartz | U.S. Dept. of Justice | U.S. Trustee |
| Richard L. Schepacarta | U.S. Dept. of Justice | U.S. Trustee |
| Chris Ward | Polsinelli | Committee |
| Shanti Katona | Polsinelli | Committee |
| Justin Edelson | Polsinelli | Committee |
| Brett Miller | MoFo | Committee |
| Lorenzo Marinuzzi | MoFo | Committee |
| William Hildbold | MoFo | Committee |
| Jake Adlerstein | Paul Weiss | Ad Hoc Comm. of TCEH First Lien Creditors |
| Drew Magaziner | YCST | " |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Deutsche Bank New York |
| R. Stephen McNeill | " | " |
| Ned Schodek | Shearman & Sterling | " |
| MARK HEBBELN | FOLEY & LARDNER LLP | UMB BANK, NA, AS TRUSTEE |
| Jeffrey S. Sabin | Binghum McHutchin | PIMCO |
| Jeff Jones | Brown Rudnick | WSFS Trustee |
| Greg Taylor | Ashby + Geddes | WSFS Trustee |
| Joshua Brody | Kramer Levin | 2nd EFIH 2nd Lien Notes Indenture Trustee |
| Blake Robson Davis Jones Pachulski Stay Zeil Jones | | 2nd EFIH 2nd Lien Notes Indenture Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN SHEET**

**CASE NAME: Energy Future Holdings**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 9/16/14 at 11:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Pedone | Nixon Peabody LLP | American Stoc Trust Co as Indenture Trustee |
| Howard A. Cohen | Drinker Biddle + Reath | Citibank  DIP Agent |
| Michael Joseph | Gregg S. Shavis | Fidelity |
| Gary Kaplan | Matt Murad | Fidelity |
| Matt Roose | Eric Faut | Fidelity |
| Richard Gitlin | Gitlin & Co. LLC | Fee Committee Chair |
| Katherine Stadler | Godfrey & Kahn, S.C. | Fee Committee |
| Erin A. West | Godfrey & Kahn, S.C. | Fee Committee |
| Derek Alexander | Debevoise & Plimpton LLP | Evercore Group LLC |
| Timothy Cairns | Pachulski Stang Ziehl + Jones | EFIH 2nd Lien Nota Indentur Trustee |
| Edward Sassower | Kirkland & Ellis | TR Debtors |
| Chad Husnick |  |  |
| Brian Schartz |  |  |
| Mark McKane |  |  |
| Jeffrey Schlerf | Fox Rothschild | Ad-hoc Noteholders |
| Chris Shore | White + Case |  |
| Tom Lauria | White + Case |  |
| Norman Pernick | Cole Schotz | Delaware Trust Co. |
| Ross Martin | Ropes & Gray |  |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME: Energy Future Holdings**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 9/16/14 at 11:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sara Francesch | Richards Layton Finger | Debtors |
| Scott Cousins | Cousins Chipman & Brown | Ad Hoc Committee of EFIH unsecured noteholders |
| Ann Kashishian | " | " |
| Scott Alberino | Akin Gump | " |
| Joseph Bush | Klehr Harrison | CMB Frank N.A. Indenture Trustee |
| Dan Coventry | Patterson Belknap | Law Debenture (Indenture Trustee) |
| Stephen Miller | Morris James LLP | " |
| Arlene Alves | Seward & Kissel LLP | Wilmington Trust as TCEH First Lien Agent |
| Matt Clemente | Sidley Austin | Debtors |
| Paul Caruso | Sidley Austin | Debtors |
| Jason M. Madron | Richard Layton & Finger | Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

| Calendar Date: | 09/16/2014 |
| --- | --- |
| Calendar Time: | 11:00 AM ET |

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

*Amended Calendar 09/16/2014 07:55 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6470331 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6472543 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6472586 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6461858 | Gaurav Babbar | 212-588-6759 | Providence Equity Partners | Third Party, Gaurav Babbar / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6470400 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6472127 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6440838 | Ashley F. Bartram | (512) 475-4937 | Attorney General Of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6473613 | Jon R. Berke | (646) 378-3108 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6470396 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6459456 | Alexander Bongartz | (212) 318-6000 | Paul Hastings LLP | Interested Party, Paul Hastings LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6472375 | Matthew G. Bouslog | (949) 451-3914 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6470093 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, City Bank / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470222 | Philip E Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470169 | Stephen Burnazian | 212-878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6473659 | Robert G. Burns | 212-508-6155 | Bracewell & Giuliani LLP | Interested Party, Robert G. Burns / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472500 | Steve Carlin | 212-909-5636 | KPMG | Interested Party, KPMG / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6474737 | Michael R. Carney | (212) 402-9400 | McKool Smith | Interested Party, Alcoa Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470392 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AdHoc Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472482 | Iskender Catto | (212) 547-5400 | McDermott Will & Emery LLP | Interested Party, McDermott Will & Emery LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472150 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6469536 | Richard M. Cieri | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472282 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472871 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6467251 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470318 | Jim Cooper | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472987 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6467347 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6474743 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |

| Company | Type | Case | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6473622 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470325 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6469543 | Stacey Dore | (214) 875-8651 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6471013 | Christopher Dressel | 312-407-0968 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6472115 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6473991 | Ryan Eckert | (212) 493-4465 | Credit Value Partners | Creditor, Credit Value Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470959 | Philip Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6461763 | Benjamin Feder | 212-808-7925 | Kelley Drye & Warren, LLP | Creditor, CSC Trust Company of Delaware, Proposed Successor Indenture Trustee / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470201 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6464955 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6472811 | Todd Filsinger | (303) 974-5884 | Filsinger Energy Partners | Interested Party, Filsinger Energy Partners / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6473948 | Jeffrey R. Fine | 214-462-6455 | Dykema Gossett PLLC | Interested Party, Tex-la Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470300 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470007 | Mark Flannagan | (816) 860-3009 | UMB Bank Coporate Trust | Creditor, UMB Bank Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470203 | Patrick Fleury (Client) | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6463596 | Beret Flom | 212-408-5239 | Chadbourne & Parke, LLP | Interested Party, NextEra Energy / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6465042 | Jonathan Friedman | (212) 682-7474 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470247 | Julia Frost-Davies | (617) 951-8422 | Bingham McCutchen, LLP | Creditor, Pacific Investment Management Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470364 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Charles Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472319 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6471089 | Meggie Gilstrap | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6473355 | Neil Glassman | 302-429-4224 | Bayard P.A. | Interested Party, Bayard P.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472992 | Brett D. Goodman | 212-704-6170 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6473972 | Jeremy Graves | (214) 698-3225 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470293 | Sam Greene | (212) 429-2279 | Centerview Partners | Interested Party, AHG / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470649 | Xiaoyu Gu | 952-984-4078 | CarVal Investors | Creditor, CarVal Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6473343 | Ashutosh Habbu | (212) 412-1316 | Barclays PLC | Interested Party, Barclays PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472561 | Daniel J. Harris | (212) 468-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470185 | Craig Hart | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6465000 | Rebecca Hayes | (212) 338-3583 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472216 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470310 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6474744 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |

| ID | Name | Firm | Phone | Type | Case | Matter | Party / Role |
|---|---|---|---|---|---|---|---|
| 6472367 | Marshall Huebner | Davis Polk & Wardwell LLP | (212) 450-4099 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Goldman Sachs / LISTEN ONLY |
| 6472440 | Madalina Iacob | DebtWire | (646) 378-3137 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Madalina Iacob / LISTEN ONLY |
| 6470376 | Howard Jacobson | Akin Gump Strauss Hauer & Feld LLP | 202-887-4179 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| 6473796 | Anna Kalenchits | Citi Group Global Markets | 212-723-1808 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Citi Group / LISTEN ONLY |
| 6469989 | Harold Kaplan | Foley & Lardner LLP | 312-832-4393 | Hearing | 14-10979 | Energy Future Holdings Corp. | Creditor, UMB Bank / LISTEN ONLY |
| 6474485 | James Katchadurian | Epiq Bankruptcy Solutions, LLC | 646-282-2549 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Epiq Bankruptcy Solutions, LLC / LISTEN ONLY |
| 6474067 | Chris D. Kenny | Aurelius Capital Management, LP | 646-445-6572 | Hearing | 14-10979 | Energy Future Holdings Corp. | Creditor, Chris Kenny / LISTEN ONLY |
| 6470176 | Matthew Kimble | Avenue Capital Group | 212-878-3504 ext. 00 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Avenue Capital Group / LISTEN ONLY |
| 6472765 | Geoffrey King | Sidley Austin LLP | (312) 853-0324 | Hearing | 14-10979 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| 6470245 | Nathaniel Kirk | Third Avenue Management, LLC | (212) 888-5222 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Third Avenue Management / LISTEN ONLY |
| 6405902 | Stuart Kovensky | Onex Credit Partners | (201) 541-2121 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Onex Credit Partners / LISTEN ONLY |
| 6411715 | Steven Krause - Client | Ropes & Gray LLP | (212) 841-8704 | Hearing | 14-10979 | Energy Future Holdings Corp. | Client, Steven Krause / LISTEN ONLY |
| 6331507 | Michele F. Kyrouz | Watershed Asset Management, LLC | (415) 391-8900 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| 6470329 | Meredith A. Lahaie | Akin Gump Strauss Hauer & Feld LLP | (212) 872-8032 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, AHC / LIVE |
| 6470371 | Katie Yochun Lee | Akin Gump Strauss Hauer & Feld LLP | (310) 728-3322 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| 6462903 | Michael Lee | Carl Marks Strategic | 212-317-3374 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| 6470257 | Brian Lennon | Third Avenue Management | (212) 906-0279 | Hearing | 14-10979 | Energy Future Holdings Corp. | Interested Party, Third Avenue Management / LISTEN ONLY |

| Company | Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6473482 | Demetra L. Liggins | 713-951-5884 | Thompson & Knight LLP | Debtor, Energy Future Holdings Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472363 | Robert Little | (214) 698-3100 ext. 00 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6462750 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debentuer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6473567 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6473588 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472437 | Mary McNulty | (214) 969-1785 | Thompson & Knight LLP | Interested Party, Thompson & Knight LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6469964 | James Millar | (973) 549-7000 | Drinker Biddle & Reath LLP | Representing, CSC Trust Company of Delaware, as Indenture Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6473597 | Brian P. Morgan | (973) 549-7050 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6405973 | Hanna Morikami | 310-733-7059 | Nomura Securities | Interested Party, Hanna Morikami / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470350 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470216 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, Solus LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472233 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Representing, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6474755 | Michael O'Neill | (212) 588-6132 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470383 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470734 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6403344 | Jason T Prager | 203-542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470337 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |

| Debtor | Type | Case | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470194 | Kiran Ramineni | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6469672 | Christy Rivera | 212-408-5100 | Chadbourne & Parke, LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6474831 | Frank Rizzaro | 212-528-8091 | Barclays | Interested Party, Frank Rizzaro / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470279 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6472597 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470228 | Vick Sandhu | (212) 649-9535 | PSAM, LP | Interested Party, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6472134 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6473814 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470265 | Matthew Smith | (212) 225-2493 | Cleary Gottlieb Steen & Hamilton | Creditor, J. Aaron / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6474752 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6467364 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Representing, Lender / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6472462 | James Sprayregen | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6470242 | Edwin Tai | (212) 888-5222 | Third Avenue Management, LLC | Interested Party, Third Avenue Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6474766 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mohawk Capital LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6360368 | Andrew M. Thau | 203-862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6474757 | Meredith S. Tinkham | (617) 951-7250 ext. 00 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6472235 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470358 | Jack Tracy | (212) 872-7439 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6471004 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom ( | Interested Party, Borealis Infrastructure Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6473357 | Daniel Vaillant | (212) 859-8234 | Fried Frank | Interested Party, Fried Frank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6474848 | Frank F. Velocci | (973) 549-7078 | Drinker Biddle & Reath LLP | Creditor, CSC Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472383 | Ryan A. Wagner | 212-547-5790 | McDermott Will & Emery LLP | Interested Party, McDermott Will & Emery LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6472221 | Michael J. Walsh | (646) 855-8154 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6401941 | Brady C. Williamson | 608-284-2636 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6469540 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470345 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6470271 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |

CourtConfCal2012