

September 4, 2014

FILED
2014 SEP 16 PM 3:02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

BY FEDERAL EXPRESS

Luminant Mining Company LLC
1601 Bryan Street
Dallas, TX 75201

Richards, Layton & Finger, P.A.
Daniel J DeFreanceschi
920 North King Street
Wilmington, DE 19801

United States Bankruptcy Court District of Delaware
U.S. Clerk of Court
844 North King Street Unit 18
Wilmington, DE 19801-3570

Re:    Energy Future Holdings Corp. Case No. 14-10979 (Jointly Administered)

Enclosed is Michelin North America, Inc.'s revised reclamation demand for the referenced invoices totaling $657,696.50. This demand amends Michelin North America, Inc.'s Original reclamation demand dated May 14, 2014, referencing invoices totaling $669,772.50.

I would request that the Clerk of Court file the revised reclamation demand and return a clocked/filed copy in the enclosed self-addressed envelope (copy enclosed).

Sincerely,
Michelin North America, Inc.

Cindy Boggs

Cindy W. Boggs
Manager, Credit and
Business Development

Enclosures
Documentation Revised Reclamation Demand Luminant Mining Company LLC

Michelin North America, Inc.

One Parkway South
Post Office Box 19001
Greenville, South Carolina 29602-9001
Tel: 864-458-5000

# REVISED RECLAMATION CLAIM FORM
## LUMINANT MINING COMPANY LLC

### Supplier and Reclamation Demand Information

| Supplier Name: | Michelin North America, Inc. |
|---|---|
| Date: | |
| Supplier Contact Information | Michelin North America, Inc. |
| Name | Cindy Boggs |
| Address | PO Box 19001 |
| City | Greenville |
| State | South Carolina |
| Zip | 29602-9001 |
| Phone | (864) 458-5352 |
| Email | cindy.boggs@us.michelin.com |
| Description of Reclamation Goods | Tires |
| Dollar Value of Reclamation Goods | 657,696.50 |

Invoice Information for Reclamation Goods Being Sought for Reclamation:

| SHIPMENT DATE | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|
| 2014/03/17 | 000388987328 | 45,340.00 |
| 2014/03/17 | 000388987228 | 45,340.00 |
| 2014/03/18 | 000143174556 | 84,192.00 |
| 2014/03/18 | 000143174656 | 84,192.00 |
| 2014/03/18 | 000389076328 | 22,670.00 |
| 2014/03/18 | 000389076428 | 45,340.00 |
| 2014/03/18 | 000389076528 | 22,670.00 |
| 2014/03/19 | DA0022208451 | 515.60 |
| 2014/03/21 | 000143360956 | 84,192.00 |
| 2014/04/02 | DA0022308344 | 1,420.32 |
| 2014/04/04 | DA0022326014 | 1,031.20 |
| 2014/04/15 | DA0022394716 | 1,893.76 |
| 2014/04/15 | DA0022395069 | 2,924.96 |

| Date | Reference | Amount |
|---|---|---:|
| 2014/04/16 | DA0022404699 | 515.60 |
| 2014/04/16 | DA0022404737 | 1,893.76 |
| 2014/04/18 | DA0022426055 | 108,425.50 |
| 2014/04/18 | DA0022426178 | 15,662.00 |
| 2014/04/22 | DA0022443938 | 1,031.20 |
| 2014/04/23 | DA0022453867 | 1,031.20 |
| 2014/04/24 | DA0022467276 | 86,642.00 |
| 2014/04/27 | DA0022484085 | 773.40 |
| 2014/04/27 | DA0022484085 | 773.40 |
| | TOTAL RECLAMATION AMOUNT | 657,696.50 |