**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 12th day of September, 2014, true and accurate copies of *i) Initial Consolidated Requests to Members of the Ad Hoc Committee of EFIH Unsecured Noteholders, ii) Initial Consolidated Requests to Fidelity, iii) Initial Consolidated Requests to TCEH First Lien Lenders, iv) Initial Consolidated Requests to Sponsors, and v) Initial Consolidated Requests to Debtors* were caused to be served upon the parties listed on the attached service list via electronic mail.

Dated: Wilmington, Delaware
September 17, 2014

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

*Proposed Counsel for The Official
Committee of Unsecured Creditors of
Energy Future Holdings Corp., et al.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

48814220.1

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Official Service List for Legacy Discovery**

| | | |
|---|---|---|
| alawrence@mofo.com<br>aprinci@mofo.com<br>brettmiller@mofo.com<br>ckerr@mofo.com<br>erichards@mofo.com<br>jmarines@mofo.com<br>ksadeghi@mofo.com<br>lmarinuzzi@mofo.com<br>smartin@mofo.com<br>tgoren@mofo.com<br>jpeck@mofo.com | James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Charles L. Kerr<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000 | *Counsel for the Official Committee of Unsecured Creditors* |
| tlauria@whitecase.com<br>charles.koster@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>mshepherd@whitecase.com<br>harrison.denman@whitecase.com | J. Christopher Shore<br>Gregory M. Starner<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200 | *Counsel for the Ad Hoc Group of TCEH Unsecured Noteholders* |
| jcoffey@brownrudnick.com<br>jdmarshall@brownrudnick.com<br>jjonas@brownrudnick.com<br>jstoll@brownrudnick.com<br>MJackson@brownrudnick.com<br>spoddar@brownrudnick.com<br>alauchheimer@brownrudnick.com<br>eweisfelner@brownrudnick.com | Edward S. Weisfelner<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800 | *Counsel for Wilmington Savings Fund Society* |

| | | |
|---|---|---|
| julia.allen@kirkland.com<br>elizabeth.dalmut@kirkland.com<br>alexander.davis@kirkland.com<br>ddempsey@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>michele.gutrick@kirkland.com<br>SHessler@kirkland.com<br>CHusnick@kirkland.com<br>howard.kaplan@kirkland.com<br>alevin@kirkland.com<br>amcgaan@kirkland.com<br>MMcKane@kirkland.com<br>BOconnor@kirkland.com<br>WPruitt@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>ksturek@kirkland.com<br>holly.trogdon@kirkland.com<br>andrew.welz@kirkland.com<br><br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com<br>Romanowicz@rlf.com | Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>Bridget O'Connor<br>David Dempsey<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>.<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A**<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700 | *Proposed Counsel to the Debtors and Debtors in Posession* |
| Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | Richard L. Schepacarter<br>U.S. Department of Justice<br>Office of the United State Trustee<br>J. Caleb Boggs Federal Bulding<br>844 N. King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br><br>Andrea B. Schwartz<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>Southern District of New York<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>(212) 510-0531 | *Counsel for U.S. Trustee* |

2

| | | |
|---|---|---|
| akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>LMWeiss@wlrk.com<br>rgmason@wlrk.com | Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000 | *Counsel for Texas Energy Future CapitalHoldings LLC and Texas Energy Future Holdings Limited Partnership* |
| aaron.krieger@ropesgray.com<br>andrew.devore@ropesgray.com<br>erin.macgowan@ropesgray.com<br>john.mcclain@ropesgray.com<br>keith.wofford@ropesgray.com<br>leonard.winters@ropesgray.com<br>mark.somerstein@ropesgray.com<br>martin.crisp@ropesgray.com<br>meredith.tinkham@ropesgray.com<br>ross.martin@ropesgray.com<br>ssally@ropesgray.com<br>timothy.farrell@ropesgray.com<br>William.Roberts@ropesgray.com<br>michael.winograd@ropesgray.com | Keith H. Wofford<br>Mark R. Somerstein<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212)-596-9000 | *Counsel for CSC Trust Company of Delaware* |
| aglenn@kasowitz.com<br>dfliman@kasowitz.com<br>DRosner@kasowitz.com | David Rosner<br>Andrew Glenn<br>Daniel Fliman<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN**<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>Telephone: (212) 506-1726 | *Counsel for the Ad Hoc Group of EFH Legacy Noteholders and Caxton Associates* |

| | | |
|---|---|---|
| jeffrey.sabin@bingham.com<br>julia.frost-davies@bingham.com<br>patrick.strawbridge@bingham.com<br>amy.kyle@bingham.com<br>christopher.carter@bingham.com | Jeffrey Sabin<br>**BINGHAM MCCUTCHEN LLP**<br>399 Park Avenue<br>New York, NY 10022-4689<br>Telephone: 212-705-7747<br><br>Julia Frost-Davies<br>Patrick Strawbridge<br>**BINGHAM MCCUTCHEN LLP**<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617-951-8000 | *Counsel for Pacific Investment Management Company LLC (PIMCO)* |
| abernstein@paulweiss.com<br>adenhoff@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>edso@paulweiss.com<br>jadlerstein@paulweiss.com<br>jkandelshein@paulweiss.com<br>kcornish@paulweiss.com<br>mkatz@paulweiss.com | Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br>**PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000 | *Counsel for the Ad Hoc Committee of TCEH First Lien Creditors* |
| rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com | Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br>**NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02100<br>Telephone: 617-345-1000 | *American Stock Transfer & Trust Company, LLC as Indenture Trustee for Certain Notes* |

KE 33136671.3