*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*April 29, 2014 through May 31, 2014*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 124.3 | $70,035.00 |
| Bankruptcy Support | 403.4 | $238,670.00 |
| Cash Management | 19.4 | $13,630.00 |
| Claims | 2.0 | $1,300.00 |
| Communication | 199.8 | $81,862.50 |
| Contract | 42.0 | $25,347.50 |
| Coordination & Communication with other Creditor Constituents | 42.5 | $24,760.00 |
| Coordination & Communication with UCC | 170.1 | $101,275.00 |
| Court | 63.5 | $46,207.50 |
| DIP Financing | 131.5 | $70,110.00 |
| Fee Applications | 19.3 | $8,287.50 |
| Liquidation Analysis | 232.2 | $115,777.50 |
| Motions and Orders | 257.8 | $136,562.50 |
| POR / Disclosure Statement | 3.4 | $2,465.00 |
| Retention | 11.7 | $7,402.50 |
| Statements & Schedules | 605.2 | $301,207.50 |
| Status Meetings | 55.8 | $34,477.50 |
| Travel Time | 125.5 | $71,780.00 |
| UST Reporting Requirements | 273.2 | $167,940.00 |
| Vendor Management | 251.5 | $140,985.00 |
| **Total** | **3,034.1** | **$1,660,082.50** |

*Travel time billed at 50% of time incurred*