*Exhibit B*

### Combined - All Entities
### Summary of Time Detail by Professional
### April 29, 2014 through May 31, 2014

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 181.3 | $163,170.00 |
| Emmett Bergman | Managing Director | $750.00 | 249.8 | $187,350.00 |
| John Stuart | Managing Director | $725.00 | 246.7 | $178,857.50 |
| Steve Kotarba | Managing Director | $650.00 | 234.6 | $152,490.00 |
| Matt Frank | Director | $575.00 | 147.5 | $84,812.50 |
| Jodi Ehrenhofer | Director | $525.00 | 231.4 | $121,485.00 |
| Peter Mosley | Director | $525.00 | 118.3 | $62,107.50 |
| Kevin Sullivan | Director | $500.00 | 225.1 | $112,550.00 |
| Mark Zeiss | Director | $500.00 | 94.5 | $47,250.00 |
| Paul Kinealy | Director | $500.00 | 178.6 | $89,300.00 |
| David Blanks | Senior Associate | $450.00 | 195.1 | $87,795.00 |
| Taylor Atwood | Senior Associate | $450.00 | 207.8 | $93,510.00 |
| Jeff Dwyer | Associate | $425.00 | 243.4 | $103,445.00 |
| Daisy Fitzgerald | Associate | $400.00 | 209.7 | $83,880.00 |
| Jon Rafpor | Analyst | $350.00 | 170.0 | $59,482.50 |
| Andrew Hansen | Consultant | $325.00 | 21.4 | $6,955.00 |
| Michael Williams | Analyst | $325.00 | 78.9 | $25,642.50 |
| | | *Total* | 3,034.1 | $1,660,082.50 |