*Exhibit E*

### Combined - All Entities
### Energy Future Holdings Corp., et al.,
### Summary of Expense Detail by Category
### April 29, 2014 through May 31, 2014

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $43,889.65 |
| Lodging | $30,287.75 |
| Meals | $4,884.72 |
| Miscellaneous | $1,766.27 |
| Transportation | $10,915.27 |
| **Total** | **$91,743.66** |