*Exhibit F*

**Combined - All Entities**
**Expense Detail by Category**
**April 29, 2014 through May 31, 2014**

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 5/1/2014 | $935.00 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 5/12/2014 | $489.01 | Airfare - One-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 5/15/2014 | $583.31 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 5/19/2014 | $582.00 | Airfare - One-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 5/20/2014 | $549.00 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 5/26/2014 | $549.00 | Airfare - One-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 5/29/2014 | $562.01 | Airfare - One-way coach Dallas/San Francisco. |
| Emmett Bergman | 5/2/2014 | $472.00 | Airfare - One-Way coach Dallas/San Francisco. |
| Emmett Bergman | 5/4/2014 | $514.00 | Airfare - One-Way coach San Francisco/Dallas. |
| Emmett Bergman | 5/8/2014 | $594.00 | Airfare - One-Way coach Dallas/San Francisco. |
| Emmett Bergman | 5/11/2014 | $594.00 | Airfare - One-Way coach San Francisco/Dallas. |
| Emmett Bergman | 5/15/2014 | $514.00 | Airfare - One-Way coach Dallas/San Francisco. |
| Emmett Bergman | 5/18/2014 | $514.00 | Airfare - One-Way coach San Francisco/Dallas. |
| Emmett Bergman | 5/22/2014 | $514.00 | Airfare - One-Way coach Dallas/San Francisco. |
| Emmett Bergman | 5/26/2014 | $519.00 | Airfare - One-Way coach San Francisco/Dallas. |
| Emmett Bergman | 5/29/2014 | $594.00 | Airfare - One-Way coach Dallas/San Francisco. |
| Jeff Dwyer | 5/4/2014 | $844.00 | Airfare - Roundtrip coach Chicago/Dallas. |
| Jeff Dwyer | 5/8/2014 | $409.50 | Airfare - One-Way coach Dallas/San Francisco. |
| Jeff Dwyer | 5/11/2014 | $936.00 | Airfare - Roundtrip coach San Francisco/Dallas. |
| Jeff Dwyer | 5/19/2014 | $1,233.50 | Airfare - Roundtrip coach San Francisco/Dallas. |
| Jeff Dwyer | 5/26/2014 | $501.00 | Airfare - One-Way coach Los Angeles/Dallas. |
| Jeff Dwyer | 5/29/2014 | $1,243.00 | Airfare - Roundtrip coach San Francisco/Dallas. |
| Jeff Stegenga | 5/11/2014 | $1,517.99 | Airfare - Roundtrip coach Dallas/Wilmington. |
| Jeff Stegenga | 5/13/2014 | $1,223.00 | Airfare - One-way coach New York/Dallas. |
| Jeff Stegenga | 5/19/2014 | $739.00 | Airfare - One-way coach Dallas/New York. |
| Jeff Stegenga | 5/21/2014 | $518.00 | Airfare - One-way coach New York/Wilmington. |
| Jodi Ehrenhofer | 4/30/2014 | $444.34 | Airfare - One-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 5/5/2014 | $700.66 | Airfare - Roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 5/7/2014 | $402.00 | Airfare - One-way coach Dallas/Chicago. |

*Exhibit F*

**Combined - All Entities**
**Expense Detail by Category**
**April 29, 2014 through May 31, 2014**

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 5/14/2014 | $572.00 | Airfare - One-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 5/21/2014 | $548.34 | Airfare - One-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 5/26/2014 | $1,145.98 | Airfare - Roundtrip business Chicago/Dallas. |
| John Stuart | 5/2/2014 | $1,835.00 | Airfare - Roundtrip coach Philadelphia/Dallas. |
| John Stuart | 5/20/2014 | $2,150.16 | Airfare - Roundtrip coach Dallas/New York. |
| Kevin Sullivan | 5/20/2014 | $1,285.35 | Airfare - Roundtrip coach Newark/Dallas. |
| Kevin Sullivan | 5/24/2014 | $1,286.91 | Airfare - Roundtrip coach Newark/Dallas. |
| Kevin Sullivan | 5/31/2014 | $974.72 | Airfare - Roundtrip coach Newark/Dallas. |
| Kevin Sullivan | 5/31/2014 | $875.28 | Airfare - Roundtrip coach Newark/Dallas. |
| Kevin Sullivan | 5/31/2014 | $1,194.00 | Airfare - Roundtrip coach Newark/Dallas. |
| Kevin Sullivan | 6/7/2014 | $855.67 | Airfare - Roundtrip coach Newark/Dallas. |
| Matt Frank | 5/12/2014 | $372.00 | Airfare - One-Way coach Chicago/Dallas. |
| Matt Frank | 5/14/2014 | $452.00 | Airfare - One-Way coach Dallas/Chicago. |
| Matt Frank | 5/19/2014 | $372.00 | Airfare - One-Way coach Chicago/Dallas. |
| Matt Frank | 5/21/2014 | $372.00 | Airfare - One-Way coach Dallas/Chicago. |
| Matt Frank | 5/27/2014 | $372.00 | Airfare - One-Way coach Chicago/Dallas. |
| Matt Frank | 5/29/2014 | $372.00 | Airfare - One-Way coach Dallas/Chicago. |
| Michael Williams | 5/18/2014 | $340.50 | Airfare - One-way coach Chicago/Dallas. |
| Michael Williams | 5/21/2014 | $638.67 | Airfare - Roundtrip coach Chicago/Dallas. |
| Michael Williams | 5/27/2014 | $548.34 | Airfare - One-way coach Chicago/Dallas. |
| Paul Kinealy | 5/6/2014 | $747.97 | Airfare - Roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 5/18/2014 | $721.94 | Airfare - Roundtrip coach Chicago/Dallas. |
| Steve Kotarba | 5/1/2014 | $340.50 | Airfare - One-way coach Dallas/Chicago. |
| Steve Kotarba | 5/5/2014 | $360.97 | Airfare - One-way coach Chicago/Dallas. |
| Steve Kotarba | 5/9/2014 | $360.97 | Airfare - One-way coach Dallas/Chicago. |
| Steve Kotarba | 5/13/2014 | $360.97 | Airfare - One-way coach Dallas/Chicago. |
| Steve Kotarba | 5/13/2014 | $340.50 | Airfare - One-way coach Chicago/Dallas. |
| Steve Kotarba | 5/18/2014 | $340.50 | Airfare - One-way coach Chicago/Dallas. |
| Steve Kotarba | 5/20/2014 | $340.50 | Airfare - One-way coach Philadelphia/Chicago. |

*Exhibit F*

**Combined - All Entities**
*Expense Detail by Category*
*April 29, 2014 through May 31, 2014*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Steve Kotarba | 5/22/2014 | $360.97 | Airfare - One-way coach Philadelphia/Chicago. |
| Steve Kotarba | 5/27/2014 | $372.00 | Airfare - One-way coach Chicago/Dallas. |
| Steve Kotarba | 5/29/2014 | $360.97 | Airfare - One-way coach Dallas/Chicago. |
| Steve Kotarba | 5/29/2014 | $333.70 | Airfare - One-way coach Chicago/Washington DC. |
| Taylor Atwood | 5/20/2014 | $2,193.95 | Airfare - Roundtrip coach Dallas/New York. |
| **Expense Category Total** | | **$43,889.65** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 5/7/2014 | $530.20 | Hotel in Dallas - 2 nights. |
| Daisy Fitzgerald | 5/15/2014 | $795.30 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 5/21/2014 | $795.30 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 5/29/2014 | $791.82 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 5/1/2014 | $717.97 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 5/7/2014 | $1,027.27 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 5/14/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 5/21/2014 | $928.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 5/28/2014 | $713.11 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 5/1/2014 | $741.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 5/8/2014 | $1,325.18 | Hotel in Dallas - 5 nights. |
| Jeff Dwyer | 5/17/2014 | $711.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 5/22/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 5/29/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jeff Stegenga | 5/1/2014 | $229.90 | Hotel in Wilmington - 1 night. |
| Jeff Stegenga | 5/11/2014 | $504.90 | Hotel in Wilmington - 1 night. |
| Jeff Stegenga | 5/12/2014 | $287.60 | Hotel in Philadelphia - 1 night. |
| Jeff Stegenga | 5/20/2014 | $1,611.22 | Hotel in New York - 2 nights. |
| Jodi Ehrenhofer | 4/30/2014 | $464.08 | Hotel in Dallas - 2 nights. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## April 29, 2014 through May 31, 2014

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 5/7/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 5/14/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 5/21/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 5/28/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| John Stuart | 5/1/2014 | $1,176.81 | Hotel in New York - 3 nights. |
| John Stuart | 5/6/2014 | $439.56 | Hotel in Wilmington - 1 night. |
| John Stuart | 5/20/2014 | $860.21 | Hotel in New York - 1 night. |
| Kevin Sullivan | 5/1/2014 | $795.30 | Hotel in Dallas - 3 nights. |
| Kevin Sullivan | 5/9/2014 | $530.20 | Hotel in Dallas - 2 nights. |
| Kevin Sullivan | 5/22/2014 | $1,060.40 | Hotel in Dallas - 4 nights. |
| Kevin Sullivan | 5/29/2014 | $795.30 | Hotel in Dallas - 3 nights. |
| Matt Frank | 5/14/2014 | $475.08 | Hotel in Dallas - 2 nights. |
| Matt Frank | 5/20/2014 | $472.50 | Hotel in Dallas - 2 nights. |
| Matt Frank | 5/28/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Michael Williams | 5/21/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Michael Williams | 5/29/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Paul Kinealy | 5/8/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 5/20/2014 | $722.67 | Hotel in Dallas - 3 nights. |
| Steve Kotarba | 5/8/2014 | $826.46 | Hotel in Dallas - 3 nights. |
| Steve Kotarba | 5/14/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Steve Kotarba | 5/19/2014 | $280.28 | Hotel in Dallas - 1 night. |
| Steve Kotarba | 5/22/2014 | $463.32 | Hotel in Wilmington - 2 nights. |
| Steve Kotarba | 5/28/2014 | $527.88 | Hotel in Dallas - 2 nights. |
| Taylor Atwood | 5/20/2014 | $860.21 | Hotel in New York - 1 night. |
| **Expense Category Total** | | **$30,287.75** | |

*Exhibit F*

**Combined - All Entities**
*Expense Detail by Category*
*April 29, 2014 through May 31, 2014*

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 5/1/2014 | $7.36 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 5/12/2014 | $7.83 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 5/13/2014 | $7.84 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 5/14/2014 | $7.84 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 5/19/2014 | $5.56 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 5/22/2014 | $15.00 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 5/27/2014 | $6.17 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 5/27/2014 | $48.71 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 5/28/2014 | $196.65 | Out of town dinner - D. Fitzgerald, M. Frank, E. Bergman, J. Dwyer - 4. |
| Daisy Fitzgerald | 5/29/2014 | $50.00 | Out of town dinner - D. Fitzgerald. |
| Emmett Bergman | 5/5/2014 | $140.16 | Out of town dinner - E. Bergman, J. Dwyer, D. Fitzgerald - 3. |
| Emmett Bergman | 5/11/2014 | $21.58 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 5/12/2014 | $19.16 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/13/2014 | $9.66 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/14/2014 | $43.48 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 5/15/2014 | $10.66 | Out of town breakfast - E. Bergman. |
| Jeff Dwyer | 4/29/2014 | $7.77 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/30/2014 | $280.00 | Out of town dinner - J. Dwyer, E. Bergman, J. Ehrenhofer, S. Kotarba, K. Sullivan, D. Fitzgerald - 6. |
| Jeff Dwyer | 5/1/2014 | $100.00 | Out of town dinner - E. Bergman, J. Dwyer - 2. |
| Jeff Dwyer | 5/2/2014 | $11.65 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/4/2014 | $16.85 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/7/2014 | $150.00 | Out of town dinner J. Dwyer, E. Bergman, D. Fitzgerald - 3. |
| Jeff Dwyer | 5/8/2014 | $150.00 | Out of town dinner J. Dwyer, E. Bergman, D. Fitzgerald - 3. |
| Jeff Dwyer | 5/9/2014 | $3.99 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/12/2014 | $16.57 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/14/2014 | $26.73 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/15/2014 | $27.72 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/15/2014 | $2.98 | Out of town breakfast - J. Dwyer. |

*Exhibit F*

*Combined - All Entities*
*Expense Detail by Category*
*April 29, 2014 through May 31, 2014*

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 5/19/2014 | $4.86 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/21/2014 | $145.75 | Out of town dinner - J. Dwyer, J. Ehrenhofer, D. Fitzgerald, E. Bergman - 4. |
| Jeff Dwyer | 5/21/2014 | $8.01 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/22/2014 | $12.88 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/26/2014 | $33.53 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/27/2014 | $7.58 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/27/2014 | $38.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/29/2014 | $22.77 | Out of town dinner - J. Dwyer. |
| Jeff Stegenga | 4/29/2014 | $105.50 | Working dinner - J. Stegenga, R. Cieri (K&E), P. Keglevic (Energy), M. Carter (Energy), T. Nutt (Energy) - 5. |
| Jeff Stegenga | 5/12/2014 | $200.00 | Working dinner - J. Stegenga, C. Husnick (K&E), C. Gooch, M. Carter - (Energy) - 4. |
| Jeff Stegenga | 5/13/2014 | $15.84 | Out of town dinner - J. Stengega. |
| Jeff Stegenga | 5/14/2014 | $210.99 | Working dinner - J. Stegenga, J. Stuart, P. Mosley, D. Blanks, J. Ehrenhofer, S. Kotarba - 6. |
| Jeff Stegenga | 5/15/2014 | $41.64 | Working lunch - J. Stegenga, T. Horton (Energy) - 2. |
| Jeff Stegenga | 5/15/2014 | $74.57 | Working dinner - J. Stegenga, J. Ehrenhofer - 2. |
| Jeff Stegenga | 5/19/2014 | $6.04 | Out of town breakfast - J. Stegenga. |
| Jeff Stegenga | 5/20/2014 | $100.00 | Out of town dinner New York - J. Stegenga, T. Horton (Energy) - 2. |
| Jodi Ehrenhofer | 4/29/2014 | $150.00 | Out of town dinner - J. Ehrenhofer, E. Bergman and D. Fitzgerald - 3. |
| Jodi Ehrenhofer | 5/1/2014 | $6.16 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/5/2014 | $5.34 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/6/2014 | $85.51 | Out of town dinner - J. Ehrenhofer, S. Kotarba - 2. |
| Jodi Ehrenhofer | 5/13/2014 | $4.90 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/13/2014 | $29.65 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/19/2014 | $6.66 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/26/2014 | $6.80 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/27/2014 | $23.52 | Out of town dinner - J. Ehrenhofer. |
| John Stuart | 4/29/2014 | $30.49 | Out of town dinner - J. Stuart. |

*Exhibit F*

**Combined - All Entities**
**Expense Detail by Category**
**April 29, 2014 through May 31, 2014**

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 4/29/2014 | $7.77 | Out of town breakfast - J. Stuart. |
| John Stuart | 4/30/2014 | $100.00 | Out of town dinner - J. Stuart, J. Stegenga - 2. |
| John Stuart | 5/20/2014 | $250.00 | Out of town dinner - J. Stuart, T. Atwood, A. Smith, A. Yi, A. Matilan - 5. |
| Kevin Sullivan | 4/29/2014 | $35.71 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 5/1/2014 | $26.60 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 5/8/2014 | $8.80 | Out of town breakfast - K. Sullivan. |
| Kevin Sullivan | 5/19/2014 | $32.58 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 5/21/2014 | $42.31 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 5/27/2014 | $26.82 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 5/29/2014 | $45.25 | Out of town dinner - K. Sullivan. |
| Matt Frank | 5/12/2014 | $150.00 | Out of town dinner - M. Frank, E. Bergman and D. Fitzgerald (A&M) - 3. |
| Matt Frank | 5/12/2014 | $7.51 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/13/2014 | $200.00 | Out of town dinner - M. Frank, E. Bergman and D. Fitzgerald, J. Dwyer - 4 |
| Matt Frank | 5/14/2014 | $11.98 | Out of town dinner - M. Frank. |
| Matt Frank | 5/19/2014 | $7.51 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/21/2014 | $8.93 | Out of town dinner - M. Frank. |
| Matt Frank | 5/21/2014 | $5.63 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/27/2014 | $18.94 | Out of town dinner - M. Frank. |
| Matt Frank | 5/27/2014 | $10.22 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/28/2014 | $6.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/29/2014 | $3.00 | Out of town breakfast - M. Frank. |
| Michael Williams | 5/19/2014 | $345.00 | Out of town dinner - P. Kinealy, D. Fitzgerald, D. Blanks, J. Dwyer, J. Ehrenhofer, M. Frank, M. Williams - 7. |
| Michael Williams | 5/29/2014 | $24.09 | Out of town dinner - M. Williams. |
| Paul Kinealy | 5/6/2014 | $35.23 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 5/7/2014 | $54.47 | Out of town dinner P. Kinealy, J. Ehrenhofer - 2. |
| Paul Kinealy | 5/20/2014 | $400.00 | Out of town dinner - P. Kinealy, D. Fitzgerald, D. Blanks, J. Dwyer, J. Ehrenhofer, M. Frank, M. Williams, K. Sullivan - 8. |
| Steve Kotarba | 5/1/2014 | $3.24 | Out of town breakfast - S. Kotarba. |

*Exhibit F*

**Combined - All Entities**
*Expense Detail by Category*
*April 29, 2014 through May 31, 2014*

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Steve Kotarba | 5/21/2014 | $40.00 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 5/21/2014 | $4.28 | Out of town breakfast - S. Kotarba. |
| Steve Kotarba | 5/22/2014 | $41.02 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 5/27/2014 | $22.49 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 5/28/2014 | $140.25 | Out of town dinner - J. Stegenga, S. Kotarba, J. Ehrenhofer, K. Sullivan, M. Williams, T. Atwood - 6. |
| **Expense Category Total** | | **$4,884.72** | |

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 5/12/2014 | $111.26 | Wireless usage charges. |
| Daisy Fitzgerald | 5/27/2014 | $49.95 | Internet online fee for month. |
| David Blanks | 5/9/2014 | $16.24 | Internet online access fees at Energy. |
| David Blanks | 5/11/2014 | $15.00 | Internet online access fees at Energy. |
| David Blanks | 5/12/2014 | $65.91 | Wireless usage charges. |
| Emmett Bergman | 5/4/2014 | $18.95 | Internet fee on flight. |
| Emmett Bergman | 5/12/2014 | $55.26 | Wireless usage charges. |
| Emmett Bergman | 5/15/2014 | $49.95 | Internet online access monthly fee. |
| Jeff Dwyer | 5/12/2014 | $106.11 | Wireless usage charges. |
| Jeff Dwyer | 5/29/2014 | $8.99 | Internet online access fee on flight. |
| Jeff Stegenga | 5/11/2014 | $7.00 | Miscellaneous travel incidentals. |
| Jeff Stegenga | 5/12/2014 | $69.73 | Wireless usage charges. |
| Jeff Stegenga | 5/21/2014 | $7.00 | Miscellaneous travel incidentals. |
| Jodi Ehrenhofer | 5/1/2014 | $85.71 | Wireless usage charges. |
| Jodi Ehrenhofer | 5/1/2014 | $7.19 | Verizon conference call charges. |
| Jodi Ehrenhofer | 5/8/2014 | $20.51 | Wifi on flight charge. |
| Jodi Ehrenhofer | 5/22/2014 | $6.99 | Wifi on flight from Dallas, TX to Chicago, IL. |
| John Stuart | 5/2/2014 | $18.95 | Internet online access fee inflight. |
| John Stuart | 5/12/2014 | $84.13 | Wireless usage charges. |

*Exhibit F*

**Combined - All Entities**
*Expense Detail by Category*
*April 29, 2014 through May 31, 2014*

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 5/20/2014 | $22.68 | Internet online access fee. |
| John Stuart | 5/21/2014 | $20.95 | Internet online access fee. |
| Jon Rafpor | 5/6/2014 | $11.95 | Internet online due diligence tracker. |
| Jon Rafpor | 5/12/2014 | $66.48 | Wireless usage charges. |
| Jon Rafpor | 5/29/2014 | $5.36 | Internet online charges. |
| Kevin Sullivan | 5/12/2014 | $73.71 | Wireless usage charges. |
| Mark Zeiss | 5/12/2014 | $25.46 | Verizon conference call charges. |
| Mark Zeiss | 5/12/2014 | $20.69 | Wireless usage charges. |
| Matt Frank | 5/1/2014 | $0.83 | Verizon conference call charges. |
| Matt Frank | 5/1/2014 | $212.00 | Telephone/Fax: Court Call Dial In expense for First Day Motion Hearing |
| Matt Frank | 5/1/2014 | $98.93 | Wireless usage charges. |
| Matt Frank | 5/2/2014 | $100.00 | Telephone/Fax: Court Call Dial In expense for First Day Motion Hearing (cont.) |
| Matt Frank | 5/13/2014 | $39.95 | Internet/Online Fees: Internet for travel 5/13 to 6/12/2014 |
| Paul Kinealy | 5/1/2014 | $21.30 | Wireless usage charges. |
| Peter Mosley | 5/1/2014 | $62.84 | Wireless usage charges. |
| Steve Kotarba | 5/12/2014 | $76.09 | Wireless usage charges. |
| Taylor Atwood | 5/12/2014 | $69.00 | Wireless usage charges. |
| Taylor Atwood | 5/20/2014 | $17.27 | Internet/Online Fees: UCC Meeting |
| Taylor Atwood | 5/21/2014 | $15.95 | Internet online access fees. |
| **Expense Category Total** | | **$1,766.27** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 5/1/2014 | $55.00 | Taxi to airport. |
| Daisy Fitzgerald | 5/6/2014 | $70.00 | Taxi from DFW Airport to client. |
| Daisy Fitzgerald | 5/8/2014 | $60.00 | Taxi from client to DFW Airport. |
| Daisy Fitzgerald | 5/12/2014 | $60.18 | Taxi from home to San Francisco Airport. |

*Exhibit F*

### Combined - All Entities
### Expense Detail by Category
### April 29, 2014 through May 31, 2014

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 5/12/2014 | $60.00 | Taxi from DFW Airport to hotel. |
| Daisy Fitzgerald | 5/15/2014 | $27.48 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 5/15/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 5/19/2014 | $60.00 | Taxi to office. |
| Daisy Fitzgerald | 5/19/2014 | $60.00 | Taxi to office. |
| Daisy Fitzgerald | 5/21/2014 | $11.15 | Taxi to office. |
| Daisy Fitzgerald | 5/22/2014 | $60.00 | Taxi from client to DFW Airport. |
| Daisy Fitzgerald | 5/22/2014 | $60.00 | Taxi from airport to home. |
| Daisy Fitzgerald | 5/26/2014 | $60.00 | Taxi from DFW Airport to client. |
| Daisy Fitzgerald | 5/27/2014 | $55.00 | Taxi from client to DFW Airport. |
| Daisy Fitzgerald | 5/27/2014 | $60.00 | Taxi to office. |
| Daisy Fitzgerald | 5/28/2014 | $14.91 | Taxi to dinner. |
| Daisy Fitzgerald | 5/29/2014 | $10.10 | Taxi to hotel. |
| Daisy Fitzgerald | 5/29/2014 | $9.30 | Taxi to dinner. |
| Emmett Bergman | 5/2/2014 | $78.27 | Taxi to hotel. |
| Emmett Bergman | 5/2/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 5/4/2014 | $75.00 | Taxi from DFW to hotel. |
| Emmett Bergman | 5/4/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/8/2014 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 5/8/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 5/11/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 5/11/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/14/2014 | $15.00 | Taxi to hotel. |
| Emmett Bergman | 5/15/2014 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 5/15/2014 | $55.00 | Taxi from client to DFW Airport. |
| Emmett Bergman | 5/18/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/18/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 5/20/2014 | $15.00 | Taxi from client to hotel. |
| Emmett Bergman | 5/21/2014 | $15.00 | Taxi from client to hotel. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## April 29, 2014 through May 31, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 5/22/2014 | $60.00 | Taxi from client to DFW Airport. |
| Emmett Bergman | 5/22/2014 | $77.27 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/26/2014 | $60.00 | Taxi from DFW airport to hotel. |
| Emmett Bergman | 5/26/2014 | $108.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/29/2014 | $60.00 | Taxi from client to DFW Airport. |
| Emmett Bergman | 5/29/2014 | $110.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 4/29/2014 | $5.00 | Parking at client. |
| Jeff Dwyer | 4/30/2014 | $5.00 | Parking at client. |
| Jeff Dwyer | 5/1/2014 | $10.00 | Taxi from dinner to hotel |
| Jeff Dwyer | 5/1/2014 | $12.00 | Parking at client. |
| Jeff Dwyer | 5/1/2014 | $10.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 5/2/2014 | $498.66 | Rental car in Dallas - 3 days. |
| Jeff Dwyer | 5/2/2014 | $85.00 | Taxi from Chicago Airport to home. |
| Jeff Dwyer | 5/2/2014 | $12.00 | Parking at client. |
| Jeff Dwyer | 5/5/2014 | $127.23 | Rental car in Dallas - 2 days. |
| Jeff Dwyer | 5/6/2014 | $15.00 | Parking in Dallas. |
| Jeff Dwyer | 5/8/2014 | $12.00 | Parking in Dallas. |
| Jeff Dwyer | 5/8/2014 | $276.85 | Rental car in Dallas. |
| Jeff Dwyer | 5/8/2014 | $20.00 | Taxi from airport to hotel. |
| Jeff Dwyer | 5/9/2014 | $70.00 | Taxi from airport to home. |
| Jeff Dwyer | 5/12/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 5/12/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 5/13/2014 | $60.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 5/15/2014 | $46.93 | Taxi from client to DFW Airport. |
| Jeff Dwyer | 5/15/2014 | $15.00 | Taxi from hotel to client. |
| Jeff Dwyer | 5/15/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 5/18/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 5/19/2014 | $50.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 5/21/2014 | $15.00 | Taxi from client to dinner. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## April 29, 2014 through May 31, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 5/22/2014 | $15.00 | Taxi from hotel to client. |
| Jeff Dwyer | 5/22/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 5/22/2014 | $36.85 | Taxi from client to DFW Airport. |
| Jeff Dwyer | 5/26/2014 | $80.00 | Taxi from hotel to Los Angeles Airport. |
| Jeff Dwyer | 5/26/2014 | $54.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 5/29/2014 | $30.00 | Taxi from client to Dallas Airport. |
| Jeff Dwyer | 5/29/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Stegenga | 4/30/2014 | $14.50 | Taxi in New York. |
| Jeff Stegenga | 4/30/2014 | $800.00 | Amtrak from New York to Wilmington - 2 passengers. |
| Jeff Stegenga | 5/2/2014 | $109.64 | Parking: Client Related |
| Jeff Stegenga | 5/2/2014 | $86.00 | Taxi to airport. |
| Jeff Stegenga | 5/6/2014 | $10.00 | Parking at client. |
| Jeff Stegenga | 5/11/2014 | $40.00 | Parking at DFW Airport. |
| Jeff Stegenga | 5/11/2014 | $23.52 | Mileage to DFW Airport. |
| Jeff Stegenga | 5/12/2014 | $39.55 | Taxi in New York. |
| Jeff Stegenga | 5/12/2014 | $129.00 | Taxi: Energy Future Holdings (POST)/Formation Meeting |
| Jeff Stegenga | 5/19/2014 | $52.16 | Taxi: Client Related Expense - EFH |
| Jeff Stegenga | 5/21/2014 | $23.52 | Mileage to DFW Airport. |
| Jeff Stegenga | 5/21/2014 | $64.95 | Parking at DFW Airport. |
| Jeff Stegenga | 5/21/2014 | $234.00 | Public Transport: Client Related - Amtrak |
| Jeff Stegenga | 5/21/2014 | $85.00 | Taxi: Client Related Expense - EFH |
| Jodi Ehrenhofer | 5/1/2014 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 5/1/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 5/5/2014 | $58.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 5/5/2014 | $37.79 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 5/6/2014 | $15.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 5/6/2014 | $18.00 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 5/7/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 5/8/2014 | $40.00 | Taxi from O'Hare Airport to home. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## April 29, 2014 through May 31, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 5/8/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 5/13/2014 | $37.31 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 5/13/2014 | $59.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 5/13/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 5/14/2014 | $10.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 5/15/2014 | $75.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 5/15/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 5/15/2014 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 5/19/2014 | $39.65 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 5/21/2014 | $15.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 5/22/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 5/22/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 5/22/2014 | $45.00 | Taxi from O'Hare to A&M office. |
| Jodi Ehrenhofer | 5/26/2014 | $60.00 | Taxi from DFW to hotel. |
| Jodi Ehrenhofer | 5/26/2014 | $40.00 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 5/27/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 5/27/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 5/29/2014 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 5/29/2014 | $65.22 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 5/30/2014 | $23.58 | Taxi from A&M office to home. |
| John Stuart | 4/29/2014 | $9.25 | Taxi in New York. |
| John Stuart | 4/30/2014 | $78.00 | Taxi in New York. |
| John Stuart | 4/30/2014 | $15.00 | Taxi in Wilmington. |
| John Stuart | 5/20/2014 | $20.62 | Taxi in New York. |
| John Stuart | 5/20/2014 | $10.50 | Taxi in New York. |
| John Stuart | 5/20/2014 | $60.14 | Taxi from home to DFW Airport. |
| John Stuart | 5/20/2014 | $45.91 | Taxi in New York. |
| John Stuart | 5/21/2014 | $47.16 | Taxi in New York. |
| Kevin Sullivan | 5/1/2014 | $12.00 | Taxi from hotel to Energy. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## April 29, 2014 through May 31, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Kevin Sullivan | 5/2/2014 | $46.00 | Taxi from Newwark Airport to home. |
| Kevin Sullivan | 5/2/2014 | $60.00 | Taxi from Energy to DFW. |
| Kevin Sullivan | 5/6/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Kevin Sullivan | 5/6/2014 | $46.00 | Taxi from home to Newark Airport. |
| Kevin Sullivan | 5/6/2014 | $10.00 | Tax from Energy to hotel. |
| Kevin Sullivan | 5/8/2014 | $60.00 | Taxi from Energy to DFW. |
| Kevin Sullivan | 5/8/2014 | $56.00 | Taxi from Newwark Airport to home. |
| Kevin Sullivan | 5/19/2014 | $56.00 | Taxi from home to Newark Airport. |
| Kevin Sullivan | 5/19/2014 | $15.00 | Taxi from Energy to hotel. |
| Kevin Sullivan | 5/19/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Kevin Sullivan | 5/20/2014 | $8.00 | Taxi from hotel to Energy. |
| Kevin Sullivan | 5/22/2014 | $8.00 | Taxi from Energy to hotel. |
| Kevin Sullivan | 5/22/2014 | $10.00 | Taxi: W hotel to EFH |
| Kevin Sullivan | 5/23/2014 | $71.00 | Taxi from Newwark Airport to home. |
| Kevin Sullivan | 5/29/2014 | $9.00 | Taxi from Energy to hotel. |
| Kevin Sullivan | 5/30/2014 | $61.15 | Taxi from Newwark Airport to home. |
| Kevin Sullivan | 5/30/2014 | $10.00 | Taxi from hotel to Energy. |
| Matt Frank | 5/1/2014 | $130.00 | Monthly parking at client site (5/1/14 to 5/31/14). |
| Matt Frank | 5/12/2014 | $60.00 | Taxi from home to Chicago 'O'Hare. |
| Matt Frank | 5/12/2014 | $60.00 | Taxi from DFW Airport to client. |
| Matt Frank | 5/14/2014 | $96.26 | Rental car in Dallas - 3 days. |
| Matt Frank | 5/14/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 5/14/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 5/19/2014 | $65.00 | Taxi from home to Chicago 'O'Hare. |
| Matt Frank | 5/19/2014 | $60.00 | Taxi from DFW to client - M. Frank, J. Ehrenhofer. |
| Matt Frank | 5/20/2014 | $10.00 | Parking at dinner. |
| Matt Frank | 5/21/2014 | $12.00 | Taxi from rental car to client. |
| Matt Frank | 5/21/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 5/21/2014 | $65.00 | Taxi from Chicago Airport to home. |

*Exhibit F*

**Combined - All Entities**
*Expense Detail by Category*
*April 29, 2014 through May 31, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 5/21/2014 | $155.26 | Rental car in Dallas - 4 days. |
| Matt Frank | 5/27/2014 | $65.00 | Taxi from home to Chicago 'O'Hare. |
| Matt Frank | 5/27/2014 | $60.00 | Taxi from DFW to Hertz. |
| Matt Frank | 5/29/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 5/29/2014 | $339.67 | Rental car in Dallas - 3 days. |
| Matt Frank | 5/29/2014 | $60.00 | Taxi from Hertz to DFW Airport. |
| Michael Williams | 5/18/2014 | $19.38 | Taxi from Love Field to hotel. |
| Michael Williams | 5/18/2014 | $13.85 | Taxi from home to Midway Airport. |
| Michael Williams | 5/27/2014 | $12.58 | Taxi from home to O'Hare Airport. |
| Michael Williams | 5/29/2014 | $40.50 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 5/6/2014 | $33.00 | Roundtrip mileage from Chicago Airport to home. |
| Paul Kinealy | 5/7/2014 | $13.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 5/8/2014 | $11.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 5/8/2014 | $15.85 | Taxi from dinner to hotel. |
| Paul Kinealy | 5/9/2014 | $103.00 | Parking at Chicago Airport. |
| Paul Kinealy | 5/9/2014 | $33.00 | Roundtrip mileage from Chicago Airport to home. |
| Paul Kinealy | 5/18/2014 | $31.00 | Roundtrip mileage from Chicago Airport to home. |
| Paul Kinealy | 5/21/2014 | $35.00 | Taxi from client to Dallas Airport. |
| Paul Kinealy | 5/21/2014 | $110.00 | Parking at Chicago Airport. |
| Steve Kotarba | 5/1/2014 | $25.00 | Taxi from Energy to Love Field. |
| Steve Kotarba | 5/6/2014 | $25.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 5/7/2014 | $9.00 | Taxi from hotel to Energy. |
| Steve Kotarba | 5/8/2014 | $10.00 | Taxi from hotel to Energy. |
| Steve Kotarba | 5/9/2014 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 5/9/2014 | $27.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 5/14/2014 | $55.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 5/14/2014 | $26.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 5/15/2014 | $70.00 | Taxi from Chicago Airport to home. |
| Steve Kotarba | 5/19/2014 | $55.00 | Taxi from home to Midway Airport. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## April 29, 2014 through May 31, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Steve Kotarba | 5/19/2014 | $25.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 5/20/2014 | $10.00 | Taxi from hotel to Energy. |
| Steve Kotarba | 5/20/2014 | $55.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 5/20/2014 | $15.45 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 5/21/2014 | $55.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 5/22/2014 | $64.65 | Taxi from Philadelphia to Wilmington. |
| Steve Kotarba | 5/22/2014 | $55.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 5/27/2014 | $45.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 5/27/2014 | $9.55 | Taxi from Energy to hotel. |
| Steve Kotarba | 5/27/2014 | $56.00 | Taxi from DFW Airport to Energy. |
| Steve Kotarba | 5/28/2014 | $10.00 | Taxi from hotel to Energy. |
| Steve Kotarba | 5/28/2014 | $17.00 | Taxi from Energy to hotel. |
| Steve Kotarba | 5/29/2014 | $55.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 5/29/2014 | $25.00 | Taxi from Energy to Dallas Airport. |
| Taylor Atwood | 5/20/2014 | $12.50 | Taxi in New York City. |
| Taylor Atwood | 5/20/2014 | $11.12 | Taxi in New York City. |
| Taylor Atwood | 5/21/2014 | $16.75 | Taxi in New York City. |
| **Expense Category Total** | | **$10,915.27** | |
| *Grand Total* | | **$91,743.66** | |