**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | Objection Deadline: October 8, 2014 at 4:00 p.m. |

**SECOND MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JUNE 1, 2014 THROUGH JUNE 30, 2014**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | September 16, 2014 effective April 29, 2014 |
| Period for which compensation and reimbursement are sought: | June 1, 2014 through June 30, 2014 |
| Amount of compensation sought as actual, reasonable, and necessary: | $1,933,355.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $86,096.34 |
| Unapplied Retainer | $729,538 |

This is an:     _X_ monthly ___ interim ___ final application.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

<u>Allocation of payment by Debtor</u>:

| | | |
|---|---|---|
| EFH Fees at 80%: | $282,858.16 | |
| EFIH Fees at 80%: | $142,906.32 | |
| TCEH Fees at 80%: | $1,120,919.52 | |
| **Total Fees at 80%:** | | **$1,546,684.00** |
| EFH Expenses at 100%: | $15,703.90 | |
| EFIH Expenses at 100%: | $7,912.17 | |
| TCEH Expenses at 100%: | $62,480.27 | |
| **Total Expenses at 100%:** | | **$86,096.34** |
| **Total Requested Payment Amount:** | | **$1,632,780.34** |

| Prior Applications | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
| N/A | April 29, 2014 – May 31, 2014 | 1,660,082.50 | 91,743.66 | N/A | N/A | N/A | 332,016.50 |

# ATTACHMENT TO MONTHLY FEE APPLICATION

### *JUNE 1, 2014 THROUGH JUNE 30, 2014*

## SUMMARY OF TIME & FEES BY PROFESSIONAL - TOTAL

**A&M STAFF**

| Name of Professional | Position | Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 128.0 | $115,200.00 |
| Emmett Bergman | Managing Director | $750.00 | 151.4 | $113,550.00 |
| John Stuart | Managing Director | $725.00 | 217.2 | $157,470.00 |
| Steve Kotarba | Managing Director | $650.00 | 264.8 | $172,120.00 |
| Matt Frank | Director | $575.00 | 164.1 | $94,357.50 |
| Jodi Ehrenhofer | Director | $525.00 | 339.4 | $178,185.00 |
| Peter Mosley | Director | $525.00 | 229.1 | $120,277.50 |
| Kevin Sullivan | Director | $500.00 | 319.6 | $159,800.00 |
| Mark Zeiss | Director | $500.00 | 143.4 | $71,700.00 |
| Matt Williams | Director | $500.00 | 135.4 | $67,700.00 |
| Paul Kinealy | Director | $500.00 | 253.2 | $126,600.00 |
| David Blanks | Senior Associate | $450.00 | 200.7 | $90,315.00 |
| Taylor Atwood | Senior Associate | $450.00 | 209.8 | $94,410.00 |
| Jeff Dwyer | Associate | $425.00 | 199.2 | $84,660.00 |
| Daisy Fitzgerald | Associate | $400.00 | 211.0 | $84,400.00 |
| Kara Harmon | Consultant | $375.00 | 5.8 | $2,175.00 |
| Jon Rafpor | Analyst | $350.00 | 201.2 | $70,420.00 |
| Michael Dvorak | Analyst | $325.00 | 23.2 | $7,540.00 |
| Michael Williams | Analyst | $325.00 | 288.4 | $93,730.00 |
| Robert Country | Analyst | $325.00 | 76.2 | $24,765.00 |
| Mary Napoliello | Paraprofessional | $250.00 | 10.6 | $2,650.00 |
| Lara Suvada | Paraprofessional | $100.00 | 13.3 | $1,330.00 |
| | | | | |
| | **Total Time and Fees** | | **3,785.0** | **$1,933,355.00** |
| | | | | |
| | **Blended Rate:** | **$510.79** | | |

## SUMMARY OF TIME & FEES BY PROFESSIONAL – EFH

**A&M STAFF**

| Name of Professional | Position | Rate | Total Hours[2] | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 24.4 | $21,992.58 |
| Emmett Bergman | Managing Director | $750.00 | 30.2 | $22,669.15 |
| John Stuart | Managing Director | $725.00 | 30.6 | $22,209.19 |
| Steve Kotarba | Managing Director | $650.00 | 47.5 | $30,851.93 |
| Matt Frank | Director | $575.00 | 37.7 | $21,650.48 |
| Jodi Ehrenhofer | Director | $525.00 | 61.1 | $32,083.63 |
| Peter Mosley | Director | $525.00 | 48.9 | $25,646.77 |
| Kevin Sullivan | Director | $500.00 | 57.9 | $28,941.83 |
| Mark Zeiss | Director | $500.00 | 26.1 | $13,064.13 |
| Matt Williams | Director | $500.00 | 24.7 | $12,335.30 |
| Paul Kinealy | Director | $500.00 | 46.1 | $23,067.20 |
| David Blanks | Senior Associate | $450.00 | 45.0 | $20,229.70 |
| Taylor Atwood | Senior Associate | $450.00 | 22.3 | $10,015.28 |
| Jeff Dwyer | Associate | $425.00 | 46.5 | $19,773.88 |
| Daisy Fitzgerald | Associate | $400.00 | 45.1 | $18,030.78 |
| Kara Harmon | Consultant | $375.00 | 1.1 | $396.30 |
| Jon Rafpor | Analyst | $350.00 | 19.8 | $6,925.15 |
| Michael Dvorak | Analyst | $325.00 | 4.2 | $1,373.83 |
| Michael Williams | Analyst | $325.00 | 52.5 | $17,078.11 |
| Robert Country | Analyst | $325.00 | 13.9 | $4,512.32 |
| Mary Napoliello | Paraprofessional | $250.00 | 1.9 | $482.84 |
| Lara Suvada | Paraprofessional | $100.00 | 2.4 | $242.33 |
| | | | | |
| | **EFH Time and Fees** | | **689.9** | **$353,572.70** |
| | | | | |
| | **Blended Rate** | **$512.50** | | |

---

[2]  Hours are rounded, but fees are calculated by unrounded numbers.

## SUMMARY OF TIME & FEES BY PROFESSIONAL - EFIH

**A&M STAFF**

| Name of Professional | Position | Rate | Total Hours[3] | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 10.8 | $9,742.33 |
| Emmett Bergman | Managing Director | $750.00 | 5.0 | $3,749.72 |
| John Stuart | Managing Director | $725.00 | 35.9 | $26,060.42 |
| Steve Kotarba | Managing Director | $650.00 | 24.0 | $15,619.21 |
| Matt Frank | Director | $575.00 | 2.3 | $1,347.22 |
| Jodi Ehrenhofer | Director | $525.00 | 30.9 | $16,242.78 |
| Peter Mosley | Director | $525.00 | 6.2 | $3,249.52 |
| Kevin Sullivan | Director | $500.00 | 29.5 | $14,747.82 |
| Mark Zeiss | Director | $500.00 | 13.2 | $6,613.89 |
| Matt Williams | Director | $500.00 | 12.5 | $6,244.92 |
| Paul Kinealy | Director | $500.00 | 23.4 | $11,678.09 |
| David Blanks | Senior Associate | $450.00 | 18.0 | $8,083.11 |
| Taylor Atwood | Senior Associate | $450.00 | 77.3 | $34,770.09 |
| Jeff Dwyer | Associate | $425.00 | 3.7 | $1,560.31 |
| Daisy Fitzgerald | Associate | $400.00 | 12.1 | $4,853.96 |
| Kara Harmon | Consultant | $375.00 | 0.5 | $200.63 |
| Jon Rafpor | Analyst | $350.00 | 5.4 | $1,875.78 |
| Michael Dvorak | Analyst | $325.00 | 2.1 | $695.52 |
| Michael Williams | Analyst | $325.00 | 26.6 | $8,646.03 |
| Robert Country | Analyst | $325.00 | 7.0 | $2,284.42 |
| Mary Napoliello | Paraprofessional | $250.00 | 1.0 | $244.45 |
| Lara Suvada | Paraprofessional | $100.00 | 1.2 | $122.68 |
| | | | | |
| | **EFIH Time and Fees** | | **348.7** | **$178,632.90** |
| | | | | |
| | **Blended Rate** | **$512.28** | | |

---

[3]  Hours are rounded, but fees are calculated by unrounded numbers.

## SUMMARY OF TIME & FEES BY PROFESSIONAL - TCEH

**A&M STAFF**

| Name of Professional | Position | Rate | Total Hours[4] | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 92.7 | $83,465.09 |
| Emmett Bergman | Managing Director | $750.00 | 116.2 | $87,131.13 |
| John Stuart | Managing Director | $725.00 | 150.6 | $109,200.39 |
| Steve Kotarba | Managing Director | $650.00 | 193.3 | $125,648.86 |
| Matt Frank | Director | $575.00 | 124.1 | $71,359.79 |
| Jodi Ehrenhofer | Director | $525.00 | 247.3 | $129,858.59 |
| Peter Mosley | Director | $525.00 | 174.1 | $91,381.21 |
| Kevin Sullivan | Director | $500.00 | 232.2 | $116,110.35 |
| Mark Zeiss | Director | $500.00 | 104.0 | $52,021.98 |
| Matt Williams | Director | $500.00 | 98.2 | $49,119.78 |
| Paul Kinealy | Director | $500.00 | 183.7 | $91,854.71 |
| David Blanks | Senior Associate | $450.00 | 137.8 | $62,002.19 |
| Taylor Atwood | Senior Associate | $450.00 | 110.3 | $49,624.63 |
| Jeff Dwyer | Associate | $425.00 | 149.0 | $63,325.81 |
| Daisy Fitzgerald | Associate | $400.00 | 153.8 | $61,515.26 |
| Kara Harmon | Consultant | $375.00 | 4.2 | $1,578.07 |
| Jon Rafpor | Analyst | $350.00 | 176.1 | $61,619.07 |
| Michael Dvorak | Analyst | $325.00 | 16.8 | $5,470.65 |
| Michael Williams | Analyst | $325.00 | 209.2 | $68,005.86 |
| Robert Country | Analyst | $325.00 | 55.3 | $17,968.26 |
| Mary Napoliello | Paraprofessional | $250.00 | 7.7 | $1,922.71 |
| Lara Suvada | Paraprofessional | $100.00 | 9.6 | $964.98 |
| | | | | |
| | **TCEH Time and Fees** | | **2,746.4** | **$1,401,149.40** |
| | | | | |
| | **Blended Rate** | **$510.18** | | |

---

[4] Hours are rounded, but fees are calculated by unrounded numbers.

## SUMMARY OF TIME & FEES BY MATTER CODE - TOTAL

| Matter Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| Accounting/Cut-off | Assist the Debtors with accounting related items including, but not limited to, filing date cut-off process, pre-petition and post-petition claims payment processes and reporting requirements, internal controls for accounting / finance / treasury departments, bank related items and other accounting related items. | 30.4 | $18,292.50 |
| Bankruptcy Support | Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including development and execution of work plans, review of court documents and general case management, reporting requirements, and support counsel and others for Chapter 11 related items. | 271.3 | $142,417.50 |
| Cash Management | Prepare information and analyses required pursuant to the Debtors' financing; identify and implement short-term cash management procedures; prepare financial information for distribution to creditors and others, including, but not limited to cash flow projections and budgets, cash receipts and disbursement analysis, and analysis of proposed transactions for which Court approval is sought. | 0.6 | $315.00 |
| Claims | Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items. | 14.7 | $7,615.00 |
| Communication | Assist the Debtors with communication processes, communication documents and call center. | 6.5 | $3,940.00 |
| Contract | Assist the Debtors with contract analyses and the potential assumption or rejection of contracts. | 287.3 | $150,285.00 |
| Coordination and Communication with all other Creditor Constituents | Address information requests from various constituents including senior lender and bondholder representatives regarding the Debtors. | 57.5 | $31,162.50 |
| Coordination & Communication with UCC | Work with the UCC appointed professionals to discuss and fulfill various data request and motion noticing requirements. | 176.7 | $98,032.50 |
| Court | Prepare for and attend the Debtors' hearings. | 44.8 | $29,155.00 |
| DIP Financing | Advise and assist management in connection with addressing the financial and operational aspects of its DIP financing; prepare and maintain DIP sizing model and support management in DIP negotiations with respective financial and legal advisors. | 99.6 | $51,940.00 |
| Fee Applications | Preparation of monthly and interim fee applications in accordance with Court guidelines. | 12.8 | $3,910.00 |
| Liquidation Analysis | Assist the Debtors with preparation of the Liquidation Analysis. | 124.4 | $65,042.50 |
| Motions and Orders | Complete analysis and assist the Debtors on first and second day motions, interim and final orders. | 110.7 | $61,592.50 |
| POR / Disclosure Statement | Complete analysis and assist the Debtors with the Plan of Reorganization and Disclosure Statement. | 82.2 | $42,860.00 |
| Retention | Prepare documents in compliance with Court retention requirements. | 0.3 | $225.00 |
| Statements & Schedules | Assist the Debtors in the preparation of statements and schedules and amendments thereto. | 1759.2 | $865,332.50 |

| Matter Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| Status Meetings | Prepare for and participate in the Debtors' regular status meetings. | 92.8 | $52,807.50 |
| Travel Time | Non-working travel time (reflects 50% of time incurred). | 154.3 | $84,240.00 |
| UST Reporting Requirements | Assist the Debtors with the preparation of Initial Debtor Interview requirements, Monthly Operating Reports and any related matters for the US Trustee. | 151.9 | $75,857.50 |
| Vendor Management | Assist the Debtor's with post-petition vendor management including analyzing financial impact of supplier agreements, tracking supplier contraction and pre-petition payment activity, and attend supplier meetings to review and discuss supplier financial status. | 307.0 | $148,332.50 |
| | | | |
| | **Total Time and Fees by Matter Code** | **3,785.0** | **$1,933,355.00** |
| | | | |
| | **Blended Rate** | **$510.79** | |

**SUMMARY OF TIME & FEES BY MATTER CODE - EFH**

| Matter Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| Accounting/Cut-off | Assist the Debtors with accounting related items including, but not limited to, filing date cut-off process, pre-petition and post-petition claims payment processes and reporting requirements, internal controls for accounting / finance / treasury departments, bank related items and other accounting related items. | 6.4 | $3,705.03 |
| Bankruptcy Support | Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including development and execution of work plans, review of court documents and general case management, reporting requirements, and support counsel and others for Chapter 11 related items. | 42.9 | $22,035.77 |
| Cash Management | Prepare information and analyses required pursuant to the Debtors' financing; identify and implement short-term cash management procedures; prepare financial information for distribution to creditors and others, including, but not limited to cash flow projections and budgets, cash receipts and disbursement analysis, and analysis of proposed transactions for which Court approval is sought. | 0.3 | $157.50 |
| Claims | Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items. | 1.2 | $495.60 |
| Communication | Assist the Debtors with communication processes, communication documents and call center. | 1.1 | $658.37 |
| Contract | Assist the Debtors with contract analyses and the potential assumption or rejection of contracts. | 57.7 | $32,008.80 |
| Coordination and Communication with all other Creditor Constituents | Address information requests from various constituents including senior lender and bondholder representatives regarding the Debtors. | 8.2 | $4,607.66 |
| Coordination & Communication with UCC | Work with the UCC appointed professionals to discuss and fulfill various data request and motion noticing requirements. | 27.6 | $16,789.02 |
| Court | Prepare for and attend the Debtors' hearings. | 8.2 | $5,312.20 |
| Fee Applications | Preparation of monthly and interim fee applications in accordance with Court guidelines. | 2.3 | $712.42 |
| Liquidation Analysis | Assist the Debtors with preparation of the Liquidation Analysis. | 30.6 | $15,410.03 |
| Motions and Orders | Complete analysis and assist the Debtors on first and second day motions, interim and final orders. | 22.2 | $12,446.23 |
| POR / Disclosure Statement | Complete analysis and assist the Debtors with the Plan of Reorganization and Disclosure Statement. | 15.0 | $7,809.32 |
| Retention | Prepare documents in compliance with Court retention requirements. | 0.1 | $41.00 |
| Statements & Schedules | Assist the Debtors in the preparation of statements and schedules and amendments thereto. | 319.9 | $157,354.27 |
| Status Meetings | Prepare for and participate in the Debtors' regular status meetings. | 16.8 | $9,523.88 |
| Travel Time | Non-working travel time (reflects 50% of time incurred). | 28.1 | $15,348.98 |
| UST Reporting | Assist the Debtors with the preparation of Initial Debtor Interview | 27.4 | $13,698.66 |

| Matter Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| Requirements | requirements, Monthly Operating Reports and any related matters for the US Trustee. | | |
| Vendor Management | Assist the Debtor's with post-petition vendor management including analyzing financial impact of supplier agreements, tracking supplier contraction and pre-petition payment activity, and attend supplier meetings to review and discuss supplier financial status. | 73.9 | $35,457.99 |
| | | | |
| | **EFH Time and Fees by Matter Code** | **689.9** | **$353,572.70** |
| | | | |
| | **Blended Rate** | **$512.50** | |

## SUMMARY OF TIME & FEES BY MATTER CODE - EFIH

| Matter Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| Accounting/Cut-off | Assist the Debtors with accounting related items including, but not limited to, filing date cut-off process, pre-petition and post-petition claims payment processes and reporting requirements, internal controls for accounting / finance / treasury departments, bank related items and other accounting related items. | 0.1 | $48.43 |
| Bankruptcy Support | Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including development and execution of work plans, review of court documents and general case management, reporting requirements, and support counsel and others for Chapter 11 related items. | 16.1 | $8,167.13 |
| Claims | Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items. | 0.6 | $250.90 |
| Communication | Assist the Debtors with communication processes, communication documents and call center. | 0.4 | $262.43 |
| Contract | Assist the Debtors with contract analyses and the potential assumption or rejection of contracts. | 1.8 | $1,256.82 |
| Coordination and Communication with all other Creditor Constituents | Address information requests from various constituents including senior lender and bondholder representatives regarding the Debtors. | 4.8 | $3,111.11 |
| Coordination & Communication with UCC | Work with the UCC appointed professionals to discuss and fulfill various data request and motion noticing requirements. | 9.2 | $5,067.02 |
| Court | Prepare for and attend the Debtors' hearings. | 4.1 | $2,689.37 |
| DIP Financing | Advise and assist management in connection with addressing the financial and operational aspects of its DIP financing; prepare and maintain DIP sizing model and support management in DIP negotiations with respective financial and legal advisors. | 87.6 | $45,692.50 |
| Fee Applications | Preparation of monthly and interim fee applications in accordance with Court guidelines. | 1.2 | $360.67 |
| Liquidation Analysis | Assist the Debtors with preparation of the Liquidation Analysis. | 11.7 | $6,122.63 |
| Motions and Orders | Complete analysis and assist the Debtors on first and second day motions, interim and final orders. | 3.7 | $1,876.01 |
| POR / Disclosure Statement | Complete analysis and assist the Debtors with the Plan of Reorganization and Disclosure Statement. | 7.6 | $3,953.58 |
| Retention | Prepare documents in compliance with Court retention requirements. | 0.0 | $20.75 |
| Statements & Schedules | Assist the Debtors in the preparation of statements and schedules and amendments thereto. | 162.1 | $79,758.37 |
| Status Meetings | Prepare for and participate in the Debtors' regular status meetings. | 8.5 | $4,821.59 |
| Travel Time | Non-working travel time (reflects 50% of time incurred). | 14.2 | $7,770.63 |
| UST Reporting Requirements | Assist the Debtors with the preparation of Initial Debtor Interview requirements, Monthly Operating Reports and any related matters for the US Trustee. | 14.6 | $7,272.63 |

| Matter Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| Vendor Management | Assist the Debtor's with post-petition vendor management including analyzing financial impact of supplier agreements, tracking supplier contraction and pre-petition payment activity, and attend supplier meetings to review and discuss supplier financial status. | 0.3 | $130.29 |
|  |  |  |  |
|  | **EFIH Time and Fees by Matter Code** | **348.7** | **$178,632.90** |
|  |  |  |  |
|  | **Blended Rate** | **$512.28** |  |

## SUMMARY OF TIME & FEES BY MATTER CODE - TCEH

| Matter Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| Accounting/Cut-off | Assist the Debtors with accounting related items including, but not limited to, filing date cut-off process, pre-petition and post-petition claims payment processes and reporting requirements, internal controls for accounting / finance / treasury departments, bank related items and other accounting related items. | 23.9 | $14,539.04 |
| Bankruptcy Support | Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including development and execution of work plans, review of court documents and general case management, reporting requirements, and support counsel and others for Chapter 11 related items. | 212.3 | $112,214.60 |
| Cash Management | Prepare information and analyses required pursuant to the Debtors' financing; identify and implement short-term cash management procedures; prepare financial information for distribution to creditors and others, including, but not limited to cash flow projections and budgets, cash receipts and disbursement analysis, and analysis of proposed transactions for which Court approval is sought. | 0.3 | $157.50 |
| Claims | Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items. | 12.9 | $6,868.50 |
| Communication | Assist the Debtors with communication processes, communication documents and call center. | 5.0 | $3,019.19 |
| Contract | Assist the Debtors with contract analyses and the potential assumption or rejection of contracts. | 227.8 | $117,019.38 |
| Coordination and Communication with all other Creditor Constituents | Address information requests from various constituents including senior lender and bondholder representatives regarding the Debtors. | 44.4 | $23,443.74 |
| Coordination & Communication with UCC | Work with the UCC appointed professionals to discuss and fulfill various data request and motion noticing requirements. | 139.8 | $76,176.46 |
| Court | Prepare for and attend the Debtors' hearings. | 32.5 | $21,153.43 |
| DIP Financing | Advise and assist management in connection with addressing the financial and operational aspects of its DIP financing; prepare and maintain DIP sizing model and support management in DIP negotiations with respective financial and legal advisors. | 12.0 | $6,247.50 |
| Fee Applications | Preparation of monthly and interim fee applications in accordance with Court guidelines. | 9.3 | $2,836.90 |
| Liquidation Analysis | Assist the Debtors with preparation of the Liquidation Analysis. | 82.1 | $43,509.84 |
| Motions and Orders | Complete analysis and assist the Debtors on first and second day motions, interim and final orders. | 84.8 | $47,270.26 |
| POR / Disclosure Statement | Complete analysis and assist the Debtors with the Plan of Reorganization and Disclosure Statement. | 59.6 | $31,097.10 |
| Retention | Prepare documents in compliance with Court retention requirements. | 0.2 | $163.25 |
| Statements & | Assist the Debtors in the preparation of statements and schedules | 1,277.2 | $628,219.87 |

| Matter Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| Schedules | and amendments thereto. | | |
| Status Meetings | Prepare for and participate in the Debtors' regular status meetings. | 67.5 | $38,462.03 |
| Travel Time | Non-working travel time (reflects 50% of time incurred). | 112.0 | $61,120.39 |
| UST Reporting Requirements | Assist the Debtors with the preparation of Initial Debtor Interview requirements, Monthly Operating Reports and any related matters for the US Trustee. | 109.9 | $54,886.21 |
| Vendor Management | Assist the Debtor's with post-petition vendor management including analyzing financial impact of supplier agreements, tracking supplier contraction and pre-petition payment activity, and attend supplier meetings to review and discuss supplier financial status. | 232.8 | $112,744.22 |
| | | | |
| | **TCEH Time and Fees by Matter Code** | **2,746.4** | **$1,401,149.40** |
| | | | |
| | **Blended Rate** | **510.18** | |

## SUMMARY OF EXPENSES BY CATEGORY

**TOTAL**

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Miscellaneous | Various | $1,827.38 |
| Meals | Various | $4,993.43 |
| Transportation | Various | $10,203.29 |
| Lodging | Various | $31,454.89 |
| Airfare | Various | $37,617.35 |
| Total | | **$86,096.34** |

**EFH**

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Miscellaneous | Various | $333.30 |
| Meals | Various | $910.80 |
| Transportation | Various | $1,861.07 |
| Lodging | Various | $5,737.35 |
| Airfare | Various | $6,861.38 |
| Total | | **$15,703.90** |

**EFIH**

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Miscellaneous | Various | $167.96 |
| Meals | Various | $458.87 |
| Transportation | Various | $937.61 |
| Lodging | Various | $2,890.68 |
| Airfare | Various | $3,457.05 |
| Total | | **$7,912.17** |

**TCEH**

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Miscellaneous | Various | $1,326.12 |
| Meals | Various | $3,623.76 |
| Transportation | Various | $7,404.61 |
| Lodging | Various | $22,826.86 |
| Airfare | Various | $27,298.92 |
| Total | | **$62,480.27** |

Annexed hereto are the following schedules for total compensation and reimbursement of expenses sought by the Applicant for the Compensation Period:

1.  Exhibit A – Summary of Time by Task

2.  Exhibit B – Summary of Time Detail by Professional

3.  Exhibit C – Summary of Time Detail by Task by Professional

4.  Exhibit D – Time Detail by Task Code which includes a daily time log detailing

    the activities and services performed by the Applicant on behalf of the Debtor*

5.  Exhibit E – Summary of Expense by Category

6.  Exhibit F – Expense Detail by Professional which includes a breakdown of the

    Applicant's expenses incurred.*

* Exhibits D and F reflecting breakdown of detailed hours and expenses by EFH, EFIH and TCEH available upon request

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP, <u>et al.</u>,[1] | ) | Case No. 14- 10979 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**SECOND MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH
AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISOR TO
THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
<u>PERIOD JUNE 1, 2014 through JUNE 30, 2014</u>**

For its Second Monthly Fee Statement for Compensation and Reimbursement of

Expenses (the "Monthly Fee Statement") Alvarez & Marsal North America, LLC (the

"Applicant"), restructuring advisor to the Debtors and Debtors-in-Possession (the

"Debtors"), respectfully represents as follows:

**A.  <u>BACKGROUND</u>**

1.      On April 29, 2014 (the "<u>Commencement Date</u>"), each of the

Debtors filed a petition with the Court under chapter 11 of the Bankruptcy Code.  The

Debtors are operating their businesses and managing their property as debtors in

possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.  No request for the

appointment of a trustee or examiner has been made in these chapter 11 cases.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

2.    Pursuant to an order entered on September 16, 2014, the employment of Applicant as restructuring advisor to the Debtors was authorized effective as of April 29, 2014.

3.    Applicant has rendered services on behalf of the Debtors from June 1, 2014 through June 30, 2014 (the "Application Period") totaling 3,785.0 hours, and in connection therewith requests allowance of monthly compensation in the amount of $1,933,355.00, and reimbursement of expenses in the amount of $86,096.34.

4.    The Debtors to date have paid Applicant $0 for services rendered and expenses incurred from the commencement of this case through September 16, 2014. Applicant is holding an unapplied retainer in the amount of $729,538.

5.    Applicant maintains contemporaneous records of the time expended for the professional services and expenses related thereto performed in connection with these Chapter 11 cases and such records are maintained in the ordinary course of its business.  These records provide a detailed description of the services rendered and expenses incurred during the period for which this Application is being made.  Applicant's time records in the sum of $1,933,355.00 regarding the Chapter 11 proceedings are annexed hereto as <u>Exhibit D</u>. In accordance with the proposed interim compensation procedures motion (docket 658), the Applicant has allocated any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred (the "Direct Benefit Fees"). To the extent a Professional incurred fees or expenses for the collective benefit of all Debtors (the "Collective Benefit Fees"), such fees and expenses were allocated to each Debtor in the same proportion that the amount of the Direct Benefit Fees incurred for such Debtor bears to the total amount of Direct Benefit Fees incurred for all of the Debtors (the "Collective Benefit Allocation"). In

2

certain instances where common work spanned two groups of Debtors, time was allocated to these two Debtors and included in the Direct Benefits Fees calculation based on the proportionate hours. Expenses were considered to benefit all Debtors similar to the Collective Benefit Fees, and were split based on the same proportion outlined in the Collective Fee Allocation.

## B. DESCRIPTION OF SERVICES AND EXPENSES AND RELIEF REQUESTED

6.      Applicant's services on behalf of the Debtors are described in detail in Exhibit D.  In general, Applicant assisted the Debtors in operational, financial, routine bankruptcy matters and represented the Debtors in meetings with creditors, advisors and other constituents.

7.      To assist the Court in its review of the fees sought by Applicant, Applicant has separated its time entries in Exhibit D into the following categories:

a.      Accounting/Cut-off.  This category includes advising and assisting the Debtors with various accounting-related issues: filing date cut-off processes, accounts payable pre-petition and post-petition claims payment processes and reporting requirements, internal controls for accounting / finance / treasury departments, bank related items and other accounting related items. The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $18,292.50 (30.4 hours).

b.      Bankruptcy Support.  This category includes advising and assisting the Debtors on matters concerning operating the business under Chapter 11 including development and execution of work plans, weekly updates, review of court documents and general case management, reporting requirements and deadlines, and support counsel and others for Chapter 11 related items. The total fees sought under this

category for the period June 1, 2014 through June 30, 2014 are $142,417.50 (271.3 hours).

        c.    <u>Cash Management</u>.  This category includes advising and assisting the Debtors prepare information and analyses required pursuant to the Debtors' financing; identifying and implementing short-term cash management procedures; preparing financial information for distribution to creditors and others, including, but not limited to cash receipts and disbursement analysis, correspondence with issuing banks regarding purchase and travel card issues and analysis of proposed transactions for which Court approval is sought. The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $315.00 (0.6 hours).

        d.    <u>Claims</u>.  This category includes time assisting the Debtor with the claims planning process, claims analysis and review of claims filed against the Debtor.  During the Application Period, the Applicant worked with the claims agent on claims reconciliation procedures and noticing issues.  The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $7,615.00 (14.7 hours).

        e.    <u>Communication</u>.  This category includes advising and assisting the Debtors with communication processes, communication documents and vendor and supply chain support call center. During the Application Period, the Applicant worked with various groups within the company to respond to supply chain queries, payment term amendment requests, call center escalations, and various other information requests. The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $3,940.00 (6.5 hours).

        f.    <u>Contract</u>.  This category includes advising and assisting the Debtors with contract analyses and the potential assumption and rejection of contracts. During the Application Period, the Applicant performed an extensive and on-going

review and analysis of the Debtors' executory contracts to assist Debtors' management in assumption/rejection of favorable/unfavorable contracts by the Chapter 11 contracts deadline. The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $150,285.00 (287.3 hours).

g.      Coordination & Communication with all other Creditor Constituents.  This category includes advising and assisting the Debtors with the coordination of information requests, and time associated with preparing for and attending meetings with various prepetition creditors and other interested parties and their advisors. During the Application Period, the Applicant reviewed, discussed and assisted with the fulfillment of multiple information requests.   The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $31,162.50 (57.5 hours).

h.      Coordination & Communication with UCC.  This category includes time advising and assisting the Debtors to work with the UCC appointed professionals to discuss and fulfill various data request and motion noticing requirements. During the Application Period, the Applicant reviewed and discussed with Debtors' management and legal counsel multiple information requests, business plan due diligence, and presentation materials. The Applicant also created, reviewed and maintained the Debtors' UCC due diligence tracker. Finally, the Applicant assisted the Debtors in establishing a diligence data room and providing access to various UCC advisors in order to expedite information requests.   The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $98,032.50 (176.7 hours).

i.      Court.  This category includes advising and assisting the Debtors prepare and attend the Debtors' legal proceedings. During the Application Period, the Applicant assisted Debtors' counsel with preparation for court hearings. The

total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $29,155.00 (44.8 hours).

           j.      <u>DIP Financing</u>.  This category includes time spent assisting the Debtors with preparation of revisions to DIP budgets, entering into a DIP financing agreement, development of reporting required under the agreements and communication of the terms of such agreements to various constituents.  During the Application Period, the Applicant updated and refined the DIP budget and assumptions based on latest financial projections. The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $51,940.00 (99.6 hours).

           k.      <u>Fee Applications</u>.  This category includes time preparing the fee application and monthly fee statements for work performed on behalf of the Debtor.  The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $3,910.00 (12.8 hours).

           l.      <u>Liquidation Analysis</u>.  This category includes advising and assisting the Debtors with preparation of the Liquidation Analysis. During the Application Period, the Applicant compiled and analyzed various financial resources in connection with filing a liquidation analysis as part of the Disclosure Statement. The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $65,042.50 (124.4 hours).

           m.      <u>Motions and Orders</u>.  This category includes advising and assisting the Debtors on first and second day motions, interim and final orders. The total fees sought under this category for the period June 1, 2014 through June 30, 2014 are $61,592.50 (110.7 hours).

           n.      <u>POR / Disclosure Statement</u>.  This category includes advising and assisting the Debtors to complete analysis and assist the Debtors with the

Plan of Reorganization and Disclosure Statement. During the Application Period, the

Applicant assisted counsel with preparation and update of the Disclosure Statement

Tracker. The total fees sought under this category for the period June 1, 2014 through

June 30, 2014 are $42,860.00 (82.2 hours).

    o.  <u>Retention</u>.  This category includes advising and assisting

the Debtors to prepare documents in compliance with Court retention requirements. The

total fees sought under this category for the period June 1, 2014 through June 30, 2014

are $225.00 (0.3 hours).

    p.  <u>Statements & Schedules</u>.  This category includes advising

and assisting the Debtors in the preparation of statements and schedules. During the

Application Period, the Applicant assisted the Debtors prepare its Statement of Financial

Affairs and Statement of Assets and Liabilities. The total fees sought under this category

for the period June 1, 2014 through June 30, 2014 are $865,332.50 (1,759.2 hours).

    q.  <u>Status Meetings</u>.  This category includes advising and

assisting the Debtors prepare for and participate in regular status meetings. During the

Application Period, the Applicant prepared and updated presentations on key dates,

Schedules and Statements filings, the reporting calendar, contract review, vendor /

trading, and communications. The total fees sought under this category for the period

June 1, 2014 through June 30, 2014 are $52,807.50 (92.8 hours).

    r.  <u>Travel Time</u>.  This category contains non-working travel

time on behalf of the Debtor.  This time was billed at one half the time incurred.  The

total fees sought under this category for the period June 1, 2014 through June 30, 2014

are $84,240.00 (154.3 hours).

    s.  <u>UST Reporting Requirements</u>.  This category includes

advising and assisting the Debtors with the preparation of Initial Debtor Interview

requirements, Monthly Operating Reports and any related matters for the US Trustee.
The total fees sought under this category for the period June 1, 2014 through June 30,
2014 are $75,857.50 (151.9 hours).

t.    Vendor Management.  This category includes advising and
assisting the Debtors post-petition vendor management including analyzing financial
impact of supplier agreements, tracking supplier contraction and pre-petition payment
activity, and attending supplier meetings to review and discuss supplier negotiations. The
total fees sought under this category for the period June 1, 2014 through June 30, 2014
are $148,332.50 (307.0 hours).

8.    Applicant believes that the post-petition services rendered during
the period June 1, 2014 through June 30, 2014 on behalf of the Debtors are reasonably
worth the sum of $1,933,355.00, and Applicant requests the allowance of such sum.  The
blended hourly rate for all services post-petition rendered by Applicant is $510.79.

9.    Applicant further requests reimbursement of costs expended on
behalf of the Debtors for the period June 1, 2014 through June 30, 2014 in connection
with these Chapter 11 proceedings in the sum of $86,096.34 as set forth in the summary
attached as Exhibit E.  The detailed expense items incurred by professional is attached
and outlined as Exhibit F.

10.    The expenses incurred by Applicant may include wireless and long
distance telephone calls, over-night delivery, travel expenses, and meals, all of which
Applicant normally bills to its non-bankruptcy clients at rates calculated to compensate
Applicant for only the actual cost of the expense.   Applicant does not charge for
facsimiles.

11.    Applicant has reviewed the requirements of Del.Bankr.LR 2016-2
and believes that this Application complies with the requirements of the same.

8

WHEREFORE, Applicant prays this Court enter an Order allowing Applicant monthly compensation in the sum of $1,546,684.00 (80% of $1,933,355) and reimbursement of costs expended June 1, 2014 through June 30, 2014 in the sum of $86,096.34, directing prompt payment of the same by the Debtors to the extent not previously paid, and granting such other and further relief as may be just.

Dated: September 16, 2014
       Dallas, TX

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

John Stuart
2100 Ross Ave
Suite 2100
Dallas, TX 75201
Telephone:  214.438.1000
Facsimile: 214.438.1001
jstuart@alvarezandmarsal.com

*Restructuring Advisor for the*
*Debtors and Debtors-in-Possession*