*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**June 1, 2014 through June 30, 2014**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 30.4 | $18,292.50 |
| Bankruptcy Support | 271.3 | $142,417.50 |
| Cash Management | 0.6 | $315.00 |
| Claims | 14.7 | $7,615.00 |
| Communication | 6.5 | $3,940.00 |
| Contract | 287.3 | $150,285.00 |
| Coordination & Communication with other Creditor Constituents | 57.5 | $31,162.50 |
| Coordination & Communication with UCC | 176.7 | $98,032.50 |
| Court | 44.8 | $29,155.00 |
| DIP Financing | 99.6 | $51,940.00 |
| Fee Applications | 12.8 | $3,910.00 |
| Liquidation Analysis | 124.4 | $65,042.50 |
| Motions and Orders | 110.7 | $61,592.50 |
| POR / Disclosure Statement | 82.2 | $42,860.00 |
| Retention | 0.3 | $225.00 |
| Statements & Schedules | 1,759.2 | $865,332.50 |
| Status Meetings | 92.8 | $52,807.50 |
| Travel Time | 154.3 | $84,240.00 |
| UST Reporting Requirements | 151.9 | $75,857.50 |
| Vendor Management | 307.0 | $148,332.50 |
| **Total** | **3,785.0** | **$1,933,355.00** |

*Travel time billed at 50% of time incurred*