*Combined - All Entities*
*Summary of Time Detail by Professional*
*June 1, 2014 through June 30, 2014*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 128.0 | $115,200.00 |
| Emmett Bergman | Managing Director | $750.00 | 151.4 | $113,550.00 |
| John Stuart | Managing Director | $725.00 | 217.2 | $157,470.00 |
| Steve Kotarba | Managing Director | $650.00 | 264.8 | $172,120.00 |
| Matt Frank | Director | $575.00 | 164.1 | $94,357.50 |
| Jodi Ehrenhofer | Director | $525.00 | 339.4 | $178,185.00 |
| Peter Mosley | Director | $525.00 | 229.1 | $120,277.50 |
| Kevin Sullivan | Director | $500.00 | 319.6 | $159,800.00 |
| Mark Zeiss | Director | $500.00 | 143.4 | $71,700.00 |
| Matt Williams | Director | $500.00 | 135.4 | $67,700.00 |
| Paul Kinealy | Director | $500.00 | 253.2 | $126,600.00 |
| David Blanks | Senior Associate | $450.00 | 200.7 | $90,315.00 |
| Taylor Atwood | Senior Associate | $450.00 | 209.8 | $94,410.00 |
| Jeff Dwyer | Associate | $425.00 | 199.2 | $84,660.00 |
| Daisy Fitzgerald | Associate | $400.00 | 211.0 | $84,400.00 |
| Kara Harmon | Consultant | $375.00 | 5.8 | $2,175.00 |
| Jon Rafpor | Analyst | $350.00 | 201.2 | $70,420.00 |
| Michael Dvorak | Analyst | $325.00 | 23.2 | $7,540.00 |
| Michael Williams | Analyst | $325.00 | 288.4 | $93,730.00 |
| Robert Country | Analyst | $325.00 | 76.2 | $24,765.00 |
| Mary Napoliello | Paraprofessional | $250.00 | 10.6 | $2,650.00 |
| Lara Suvada | Paraprofessional | $100.00 | 13.3 | $1,330.00 |
| | | *Total* | **3,785.0** | **$1,933,355.00** |