*Exhibit C*

### Combined - All Entities
### Summary of Time Detail by Professional
### June 1, 2014 through June 30, 2014

**Accounting/Cut-off**

**Assist the Debtors with accounting related items including, but not limited to, filing date cut-off process, pre-petition and post-petition claims payment processes and reporting requirements, internal controls for accounting / finance / treasury departments, bank related items and other accounting related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $750 | 15.3 | $11,475.00 |
| Peter Mosley | Director | $525 | 4.0 | $2,100.00 |
| Jeff Dwyer | Associate | $425 | 11.1 | $4,717.50 |
| | | | 30.4 | $18,292.50 |
| | *Average Billing Rate* | | | $601.73 |

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

**Bankruptcy Support**  Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including development and execution of work plans, review of court documents and general case management, reporting requirements, and support counsel and others for Chapter 11 related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 16.1 | $14,490.00 |
| Emmett Bergman | Managing Director | $750 | 22.6 | $16,950.00 |
| John Stuart | Managing Director | $725 | 31.8 | $23,055.00 |
| Steve Kotarba | Managing Director | $650 | 4.2 | $2,730.00 |
| Matt Frank | Director | $575 | 5.3 | $3,047.50 |
| Peter Mosley | Director | $525 | 45.6 | $23,940.00 |
| David Blanks | Senior Associate | $450 | 2.6 | $1,170.00 |
| Taylor Atwood | Senior Associate | $450 | 14.8 | $6,660.00 |
| Jeff Dwyer | Associate | $425 | 9.4 | $3,995.00 |
| Daisy Fitzgerald | Associate | $400 | 95.3 | $38,120.00 |
| Jon Rafpor | Analyst | $350 | 23.6 | $8,260.00 |
| | | | 271.3 | $142,417.50 |

*Average Billing Rate*  $524.94

*Exhibit C*

### Combined - All Entities
### Summary of Time Detail by Professional
### June 1, 2014 through June 30, 2014

**Cash Management**          **Prepare information and analyses required pursuant to the Debtors' financing; identify and implement short-term cash management procedures; prepare financial information for distribution to creditors and others, including, but not limited to cash flow projections and budgets, cash receipts and disbursement analysis, and analysis of proposed transactions for which Court approval is sought.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Peter Mosley | Director | $525 | 0.6 | $315.00 |
|  |  |  | 0.6 | $315.00 |
|  |  | *Average Billing Rate* |  | $525.00 |

*Exhibit C*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*June 1, 2014 through June 30, 2014*

**Claims**                    Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Steve Kotarba | Managing Director | $650 | 4.3 | $2,795.00 |
| Jodi Ehrenhofer | Director | $525 | 4.0 | $2,100.00 |
| Jeff Dwyer | Associate | $425 | 6.4 | $2,720.00 |
|  |  |  | 14.7 | $7,615.00 |
|  | *Average Billing Rate* |  |  | $518.03 |

*Exhibit C*

### Combined - All Entities
### Summary of Time Detail by Professional
### June 1, 2014 through June 30, 2014

**Communication**                **Assist the Debtors with communication processes, communication documents and call center.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 2.4 | $2,160.00 |
| Peter Mosley | Director | $525 | 0.2 | $105.00 |
| Kevin Sullivan | Director | $500 | 1.4 | $700.00 |
| Daisy Fitzgerald | Associate | $400 | 2.0 | $800.00 |
| Jon Rafpor | Analyst | $350 | 0.5 | $175.00 |
| | | | 6.5 | $3,940.00 |
| | *Average Billing Rate* | | | $606.15 |

*Exhibit C*

## Combined - All Entities
## Summary of Time Detail by Professional
## June 1, 2014 through June 30, 2014

**Contract**                          **Assist the Debtors with contract analyses and the potential assumption or rejection of contracts.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 6.8 | $6,120.00 |
| Emmett Bergman | Managing Director | $750 | 25.3 | $18,975.00 |
| Matt Frank | Director | $575 | 49.9 | $28,692.50 |
| Peter Mosley | Director | $525 | 129.6 | $68,040.00 |
| Jeff Dwyer | Associate | $425 | 24.6 | $10,455.00 |
| Daisy Fitzgerald | Associate | $400 | 2.0 | $800.00 |
| Jon Rafpor | Analyst | $350 | 49.2 | $17,202.50 |
| | | | 287.3 | $150,285.00 |
| | *Average Billing Rate* | | | $523.00 |

*Exhibit C*

## Combined - All Entities
## Summary of Time Detail by Professional
## June 1, 2014 through June 30, 2014

**Coordination & Communication with other Creditor Constituents**    **Address information requests from various constituents including senior lender and bondholder representatives regarding the Debtors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 1.4 | $1,260.00 |
| Emmett Bergman | Managing Director | $750 | 3.8 | $2,850.00 |
| John Stuart | Managing Director | $725 | 10.3 | $7,467.50 |
| Matt Frank | Director | $575 | 4.4 | $2,530.00 |
| Peter Mosley | Director | $525 | 6.6 | $3,465.00 |
| Taylor Atwood | Senior Associate | $450 | 26.3 | $11,835.00 |
| Daisy Fitzgerald | Associate | $400 | 2.2 | $880.00 |
| Jon Rafpor | Analyst | $350 | 2.5 | $875.00 |
| | | | 57.5 | $31,162.50 |

*Average Billing Rate*                                                                $541.96

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

**Coordination & Communication with UCC**  **Work with the UCC appointed professionals to discuss and fulfill various data request and motion noticing requirements.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 17.2 | $15,480.00 |
| Emmett Bergman | Managing Director | $750 | 5.7 | $4,275.00 |
| John Stuart | Managing Director | $725 | 41.9 | $30,377.50 |
| Matt Frank | Director | $575 | 6.5 | $3,737.50 |
| Jodi Ehrenhofer | Director | $525 | 0.5 | $262.50 |
| Peter Mosley | Director | $525 | 4.2 | $2,205.00 |
| David Blanks | Senior Associate | $450 | 5.2 | $2,340.00 |
| Taylor Atwood | Senior Associate | $450 | 58.4 | $26,280.00 |
| Jeff Dwyer | Associate | $425 | 1.2 | $510.00 |
| Jon Rafpor | Analyst | $350 | 35.9 | $12,565.00 |
| | | | 176.7 | $98,032.50 |

*Average Billing Rate* $554.80

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

**Court**                        **Prepare for and attend the Debtors' hearings.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 4.2 | $3,780.00 |
| John Stuart | Managing Director | $725 | 21.4 | $15,515.00 |
| Steve Kotarba | Managing Director | $650 | 6.1 | $3,965.00 |
| Taylor Atwood | Senior Associate | $450 | 13.1 | $5,895.00 |
| | | | 44.8 | $29,155.00 |
| | *Average Billing Rate* | | | $650.78 |

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

**DIP Financing**   Advise and assist management in connection with addressing the financial and operational aspects of its DIP financing; prepare and maintain DIP sizing model and support management in DIP negotiations with customers and respective financial and legal advisors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 1.4 | $1,260.00 |
| John Stuart | Managing Director | $725 | 23.6 | $17,110.00 |
| Taylor Atwood | Senior Associate | $450 | 74.6 | $33,570.00 |
| | | | 99.6 | $51,940.00 |
| | *Average Billing Rate* | | | $521.49 |

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

**Fee Applications**            Preparation of monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 0.6 | $540.00 |
| David Blanks | Senior Associate | $450 | 1.6 | $720.00 |
| Mary Napoliello | Paraprofessional | $250 | 10.6 | $2,650.00 |
|  |  |  | 12.8 | $3,910.00 |
|  | *Average Billing Rate* |  |  | $305.47 |

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

**Liquidation Analysis**                     **Assist the Debtors with preperation of the Liquidation Analysis.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 1.5 | $1,350.00 |
| John Stuart | Managing Director | $725 | 30.5 | $22,112.50 |
| David Blanks | Senior Associate | $450 | 92.4 | $41,580.00 |
| | | | 124.4 | $65,042.50 |
| | *Average Billing Rate* | | | $522.85 |

*Exhibit C*

---

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

---

**Motions and Orders**            Complete analysis and assist the Debtors on first and second day motions, interim and final orders.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 7.7 | $6,930.00 |
| Emmett Bergman | Managing Director | $750 | 10.3 | $7,725.00 |
| John Stuart | Managing Director | $725 | 5.4 | $3,915.00 |
| Matt Frank | Director | $575 | 32.0 | $18,400.00 |
| Jodi Ehrenhofer | Director | $525 | 0.5 | $262.50 |
| Peter Mosley | Director | $525 | 2.9 | $1,522.50 |
| David Blanks | Senior Associate | $450 | 32.6 | $14,670.00 |
| Jeff Dwyer | Associate | $425 | 17.9 | $7,607.50 |
| Daisy Fitzgerald | Associate | $400 | 1.4 | $560.00 |
| | | | 110.7 | $61,592.50 |

*Average Billing Rate*                                                                        $556.39

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

**POR / Disclosure Statement**    **Complete analysis and assist the Debtors with the Plan of Reorganization and Disclosure Statement.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 5.2 | $4,680.00 |
| John Stuart | Managing Director | $725 | 15.2 | $11,020.00 |
| David Blanks | Senior Associate | $450 | 55.3 | $24,885.00 |
| Jon Rafpor | Analyst | $350 | 6.5 | $2,275.00 |
| | | | 82.2 | $42,860.00 |
| | *Average Billing Rate* | | | $521.41 |

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

**Retention**                                   **Prepare documents in compliance with court retention requirements.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $750 | 0.3 | $225.00 |
| | | | 0.3 | $225.00 |
| | *Average Billing Rate* | | | $750.00 |

*Exhibit C*

---

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

---

**Statements & Schedules**       Assist the Debtors in the preparation of statements and schedules and amendments thereto.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 35.8 | $32,220.00 |
| Emmett Bergman | Managing Director | $750 | 0.9 | $675.00 |
| John Stuart | Managing Director | $725 | 18.5 | $13,412.50 |
| Steve Kotarba | Managing Director | $650 | 211.8 | $137,670.00 |
| Matt Frank | Director | $575 | 4.8 | $2,760.00 |
| Jodi Ehrenhofer | Director | $525 | 318.4 | $167,160.00 |
| Peter Mosley | Director | $525 | 0.3 | $157.50 |
| Kevin Sullivan | Director | $500 | 209.8 | $104,900.00 |
| Mark Zeiss | Director | $500 | 143.4 | $71,700.00 |
| Matt Williams | Director | $500 | 135.4 | $67,700.00 |
| Paul Kinealy | Director | $500 | 238.1 | $119,050.00 |
| David Blanks | Senior Associate | $450 | 8.1 | $3,645.00 |
| Taylor Atwood | Senior Associate | $450 | 12.4 | $5,580.00 |
| Jeff Dwyer | Associate | $425 | 5.3 | $2,252.50 |
| Daisy Fitzgerald | Associate | $400 | 0.6 | $240.00 |
| Kara Harmon | Consultant | $375 | 5.8 | $2,175.00 |
| Jon Rafpor | Analyst | $350 | 34.0 | $11,900.00 |
| Michael Dvorak | Analyst | $325 | 23.2 | $7,540.00 |

Exhibit C

### Combined - All Entities
### Summary of Time Detail by Professional
### June 1, 2014 through June 30, 2014

| | | | | |
|---|---|---|---|---|
| Michael Williams | Analyst | $325 | 276.4 | $89,830.00 |
| Robert Country | Analyst | $325 | 76.2 | $24,765.00 |
| | | | 1759.2 | $865,332.50 |

*Average Billing Rate*  $491.89

*Exhibit C*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*June 1, 2014 through June 30, 2014*

**Status Meetings**              **Prepare for and participate in the Debtors' regular status meetings.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 9.4 | $8,460.00 |
| Emmett Bergman | Managing Director | $750 | 8.0 | $6,000.00 |
| John Stuart | Managing Director | $725 | 11.5 | $8,337.50 |
| Steve Kotarba | Managing Director | $650 | 1.9 | $1,235.00 |
| Matt Frank | Director | $575 | 5.0 | $2,875.00 |
| Jodi Ehrenhofer | Director | $525 | 4.0 | $2,100.00 |
| Peter Mosley | Director | $525 | 21.5 | $11,287.50 |
| Paul Kinealy | Director | $500 | 0.3 | $150.00 |
| David Blanks | Senior Associate | $450 | 2.9 | $1,305.00 |
| Taylor Atwood | Senior Associate | $450 | 3.4 | $1,530.00 |
| Daisy Fitzgerald | Associate | $400 | 16.6 | $6,640.00 |
| Jon Rafpor | Analyst | $350 | 8.3 | $2,887.50 |
| | | | 92.8 | $52,807.50 |

*Average Billing Rate*                                      $569.35

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**June 1, 2014 through June 30, 2014**

**Travel Time**                    **Billable non-working travel time (reflects 50% of time incurred).**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 9.6 | $8,640.00 |
| Emmett Bergman | Managing Director | $750 | 16.0 | $12,000.00 |
| John Stuart | Managing Director | $725 | 6.4 | $4,640.00 |
| Steve Kotarba | Managing Director | $650 | 14.5 | $9,425.00 |
| Matt Frank | Director | $575 | 13.5 | $7,762.50 |
| Jodi Ehrenhofer | Director | $525 | 12.0 | $6,300.00 |
| Kevin Sullivan | Director | $500 | 16.0 | $8,000.00 |
| Paul Kinealy | Director | $500 | 12.0 | $6,000.00 |
| Taylor Atwood | Senior Associate | $450 | 3.8 | $1,710.00 |
| Jeff Dwyer | Associate | $425 | 18.5 | $7,862.50 |
| Daisy Fitzgerald | Associate | $400 | 20.0 | $8,000.00 |
| Michael Williams | Analyst | $325 | 12.0 | $3,900.00 |
| | | | 154.3 | $84,240.00 |

*Average Billing Rate*                                      $545.95

*Exhibit C*

---

**Combined - All Entities**
*Summary of Time Detail by Professional*
*June 1, 2014 through June 30, 2014*

---

**UST Reporting Requirements**    **Assist the Debtors with the preparation of Initial Debtor Interview requirements, Monthly Operating Report, Form 26 and related matters for the US Trustee.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 6.5 | $5,850.00 |
| John Stuart | Managing Director | $725 | 0.7 | $507.50 |
| Steve Kotarba | Managing Director | $650 | 22.0 | $14,300.00 |
| Peter Mosley | Director | $525 | 1.6 | $840.00 |
| Kevin Sullivan | Director | $500 | 92.4 | $46,200.00 |
| Paul Kinealy | Director | $500 | 2.8 | $1,400.00 |
| Taylor Atwood | Senior Associate | $450 | 3.0 | $1,350.00 |
| Jeff Dwyer | Associate | $425 | 9.6 | $4,080.00 |
| Lara Suvada | Paraprofessional | $100 | 13.3 | $1,330.00 |
| | | | 151.9 | $75,857.50 |
| | *Average Billing Rate* | | | $499.39 |

*Exhibit C*

### Combined - All Entities
### Summary of Time Detail by Professional
### June 1, 2014 through June 30, 2014

**Vendor Management**  Assist the Debtor's with post-petition vendor management including analyzing financial impact of supplier agreements, tracking supplier contraction and pre-petition payment activity, and attend supplier meetings to review and discuss supplier financial status.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 2.2 | $1,980.00 |
| Emmett Bergman | Managing Director | $750 | 43.2 | $32,400.00 |
| Matt Frank | Director | $575 | 42.7 | $24,552.50 |
| Peter Mosley | Director | $525 | 12.0 | $6,300.00 |
| Jeff Dwyer | Associate | $425 | 95.2 | $40,460.00 |
| Daisy Fitzgerald | Associate | $400 | 70.9 | $28,360.00 |
| Jon Rafpor | Analyst | $350 | 40.8 | $14,280.00 |
| | | | 307.0 | $148,332.50 |
| | *Average Billing Rate* | | | $483.17 |