*Exhibit E*

*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*June 1, 2014 through June 30, 2014*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $37,617.35 |
| Lodging | $31,454.89 |
| Meals | $4,993.43 |
| Miscellaneous | $1,827.38 |
| Transportation | $10,203.29 |
| *Total* | **$86,096.34** |