*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## June 1, 2014 through June 30, 2014

### *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 6/2/2014 | $549.00 | Airfare - One-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 6/5/2014 | $589.00 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 6/9/2014 | $585.40 | Airfare - One-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 6/12/2014 | $514.00 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 6/16/2014 | $585.14 | Airfare - One-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 6/19/2014 | $585.40 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 6/23/2014 | $585.40 | Airfare - One-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 6/26/2014 | $589.00 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 6/30/2014 | $1,028.00 | Airfare - Roundtrip coach San Francisco/Dallas. |
| Emmett Bergman | 6/1/2014 | $514.00 | Airfare - One-Way coach San Francisco/Dallas. |
| Emmett Bergman | 6/5/2014 | $514.00 | Airfare - One-Way coach Dallas/San Francisco. |
| Emmett Bergman | 6/9/2014 | $592.00 | Airfare - One-Way coach San Francisco/Dallas. |
| Emmett Bergman | 6/12/2014 | $499.00 | Airfare - One-Way coach Dallas/San Francisco. |
| Emmett Bergman | 6/22/2014 | $800.00 | Airfare - One-Way coach Newark/Dallas. |
| Emmett Bergman | 6/26/2014 | $1,547.00 | Airfare - Roundtrip coach Dallas/San Francisco. |
| Jeff Dwyer | 6/5/2014 | $1,256.00 | Airfare - Roundtrip coach San Francisco/Dallas. |
| Jeff Dwyer | 6/12/2014 | $804.00 | Airfare - Roundtrip coach Dallas/San Francisco. |
| Jeff Dwyer | 6/18/2014 | $508.50 | Airfare - One-way coach Dallas/San Francisco. |
| Jeff Dwyer | 6/22/2014 | $377.00 | Airfare - One-way coach San Francisco/Dallas. |
| Jeff Dwyer | 6/26/2014 | $499.00 | Airfare - One-way coach Dallas/San Francisco. |
| Jeff Dwyer | 6/29/2014 | $825.00 | Airfare - Roundtrip coach San Francisco/Dallas. |
| Jeff Stegenga | 6/23/2014 | $944.00 | Airfare - One-way coach Dallas/New York. |
| Jeff Stegenga | 6/25/2014 | $1,114.00 | Airfare - One-way coach New York/Dallas. |
| Jeff Stegenga | 6/29/2014 | $468.00 | Airfare - One-way coach Dallas/Philadelphia. |
| Jeff Stegenga | 6/30/2014 | $438.00 | Airfare - One-way coach Wilmington/Dallas. |
| Jodi Ehrenhofer | 6/2/2014 | $888.68 | Airfare - Roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 6/9/2014 | $898.67 | Airfare - Roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 6/16/2014 | $682.00 | Airfare - One-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 6/20/2014 | $692.00 | Airfare - One-way coach Dallas/Chicago. |

*Exhibit F*

**Combined - All Entities**
**Expense Detail by Category**
**June 1, 2014 through June 30, 2014**

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 6/23/2014 | $474.35 | Airfare - One-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 6/27/2014 | $410.34 | Airfare - One-way coach Dallas/Chicago. |
| John Stuart | 6/2/2014 | $1,640.12 | Airfare - Roundtrip coach Dallas/New York. |
| John Stuart | 6/29/2014 | $714.00 | Airfare - Roundtrip coach Dallas/Philadelphia. |
| Kevin Sullivan | 6/28/2014 | $1,342.88 | Airfare - Roundtrip coach Newark/Dallas. |
| Matt Frank | 6/2/2014 | $377.00 | Airfare - One-way coach Chicago/Dallas. |
| Matt Frank | 6/5/2014 | $347.00 | Airfare - One-way coach Dallas/Chicago. |
| Matt Frank | 6/9/2014 | $382.00 | Airfare - One-way coach Chicago/Dallas. |
| Matt Frank | 6/11/2014 | $372.00 | Airfare - One-way coach Dallas/Chicago. |
| Matt Frank | 6/16/2014 | $482.00 | Airfare - One-way coach Chicago/Dallas. |
| Matt Frank | 6/18/2014 | $644.00 | Airfare - One-way coach Dallas/New York. |
| Matt Frank | 6/23/2014 | $402.00 | Airfare - One-way coach Chicago/Dallas. |
| Matt Frank | 6/26/2014 | $502.00 | Airfare - One-way coach Dallas/Chicago. |
| Matt Frank | 6/30/2014 | $372.00 | Airfare - One-way coach Chicago/Dallas. |
| Michael Williams | 6/2/2014 | $794.68 | Airfare - Roundtrip coach Chicago/Dallas. |
| Michael Williams | 6/8/2014 | $814.67 | Airfare - Roundtrip coach Chicago/Dallas. |
| Michael Williams | 6/15/2014 | $492.00 | Airfare - One-way coach Chicago/Dallas. |
| Michael Williams | 6/20/2014 | $464.34 | Airfare - One-way coach Dallas/Chicago. |
| Michael Williams | 6/23/2014 | $402.00 | Airfare - One-way coach Chicago/Dallas. |
| Michael Williams | 6/25/2014 | $474.35 | Airfare - One-way coach Dallas/Chicago. |
| Paul Kinealy | 6/3/2014 | $789.00 | Airfare - One-way coach Washington DC/Dallas. |
| Paul Kinealy | 6/5/2014 | $390.08 | Airfare - One-way coach Dallas/Chicago. |
| Paul Kinealy | 6/8/2014 | $864.00 | Airfare - Roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 6/12/2014 | $713.97 | Airfare - Roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 6/15/2014 | $755.54 | Airfare - Roundtrip coach Chicago/Dallas. |
| Steve Kotarba | 6/4/2014 | $331.84 | Airfare - One-way coach Philadelphia/Chicago. |
| Steve Kotarba | 6/6/2014 | $681.00 | Airfare - Roundtrip coach Chicago/Dallas. |
| Taylor Atwood | 6/4/2014 | $717.00 | Airfare - Roundtrip coach Dallas/Philadelphia. |

*Exhibit F*

### Combined - All Entities
### Expense Detail by Category
### June 1, 2014 through June 30, 2014

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Expense Category Total** | | **$37,617.35** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 6/4/2014 | $1,011.96 | Hotel in Dallas - 4 nights. |
| Daisy Fitzgerald | 6/11/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 6/18/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 6/25/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 6/30/2014 | $232.04 | Hotel in Dallas - 1 night. |
| Emmett Bergman | 6/5/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 6/12/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 6/26/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 6/30/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 6/5/2014 | $701.12 | Hotel in Dallas -3 nights. |
| Jeff Dwyer | 6/12/2014 | $928.16 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 6/18/2014 | $462.08 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 6/26/2014 | $928.16 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 6/30/2014 | $232.04 | Hotel in Dallas - 1 night. |
| Jeff Stegenga | 6/24/2014 | $876.80 | Hotel in New York - 2 nights. |
| Jeff Stegenga | 6/29/2014 | $177.21 | Hotel in New York - 1 night. |
| Jodi Ehrenhofer | 6/5/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 6/12/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 6/20/2014 | $928.16 | Hotel in Dallas - 4 nights. |
| Jodi Ehrenhofer | 6/27/2014 | $928.16 | Hotel in Dallas - 4 nights. |
| John Stuart | 6/3/2014 | $1,389.94 | Hotel in New York - 2 nights. |
| John Stuart | 6/5/2014 | $413.82 | Hotel in New York - 2 nights. |
| John Stuart | 6/30/2014 | $354.42 | Hotel in Wilmington - 2 nights. |
| Kevin Sullivan | 6/5/2014 | $1,060.40 | Hotel in Dallas - 4 nights. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## June 1, 2014 through June 30, 2014

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Kevin Sullivan | 6/13/2014 | $1,325.50 | Hotel in Dallas - 5 nights. |
| Kevin Sullivan | 6/19/2014 | $1,060.40 | Hotel in Dallas - 4 nights. |
| Kevin Sullivan | 6/26/2014 | $968.19 | Hotel in Dallas - 4 nights. |
| Matt Frank | 6/5/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 6/11/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Matt Frank | 6/17/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Matt Frank | 6/25/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 6/30/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Michael Williams | 6/4/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Williams | 6/11/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Michael Williams | 6/19/2014 | $1,195.43 | Hotel in Dallas - 5 nights. |
| Michael Williams | 6/26/2014 | $946.67 | Hotel in Dallas - 4 nights. |
| Paul Kinealy | 6/5/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Paul Kinealy | 6/11/2014 | $963.56 | Hotel in Dallas - 4 nights. |
| Paul Kinealy | 6/18/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 6/27/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Steve Kotarba | 6/3/2014 | $222.87 | Hotel in Washington, DC - 1 night. |
| Steve Kotarba | 6/10/2014 | $481.78 | Hotel in Dallas - 2 nights. |
| Taylor Atwood | 6/6/2014 | $413.82 | Hotel in Wilmington - 2 nights. |
| **Expense Category Total** | | **$31,454.89** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 6/2/2014 | $7.60 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 6/3/2014 | $6.12 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 6/4/2014 | $46.00 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 6/5/2014 | $38.56 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 6/9/2014 | $6.17 | Out of town breakfast - D. Fitzgerald. |

*Exhibit F*

**Combined - All Entities**
*Expense Detail by Category*
*June 1, 2014 through June 30, 2014*

### *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 6/11/2014 | $200.00 | Out of town dinner - D. Fitzgerald, E. Bergman, J. Dwyer, P. Mosely - 4. |
| Daisy Fitzgerald | 6/11/2014 | $7.75 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 6/12/2014 | $7.03 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 6/16/2014 | $9.91 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 6/17/2014 | $250.00 | Out of town dinner - T. Atwood, P. Mosley, J. Stuart, J. Stegenga, D. Blanks - 5. |
| Daisy Fitzgerald | 6/17/2014 | $6.75 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 6/18/2014 | $10.76 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 6/19/2014 | $2.87 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 6/19/2014 | $45.70 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 6/23/2014 | $23.71 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 6/23/2014 | $150.00 | Out of town dinner - D. Fitzgerald, J. Rafpor, M. Frank - 3. |
| Daisy Fitzgerald | 6/25/2014 | $10.23 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 6/25/2014 | $145.22 | Out of town dinner - M. Frank, D. Fitzgerald, E. Bergman - 3. |
| Daisy Fitzgerald | 6/30/2014 | $2.31 | Out of town breakfast - D. Fitzgerald. |
| Emmett Bergman | 6/5/2014 | $48.07 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 6/12/2014 | $9.23 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 6/12/2014 | $8.99 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 6/22/2014 | $47.85 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 6/26/2014 | $23.39 | Working lunch - E. Bergman. |
| Emmett Bergman | 6/26/2014 | $38.49 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 6/30/2014 | $28.31 | Out of town breakfast - E. Bergman. |
| Jeff Dwyer | 6/2/2014 | $250.00 | Out of town dinner - J. Dwyer, D. Fitzgerald, J. Ehrenhofer, E. Bergman, M. Frank - 5. |
| Jeff Dwyer | 6/2/2014 | $5.78 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/3/2014 | $11.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/4/2014 | $42.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/4/2014 | $8.16 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/5/2014 | $3.52 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/8/2014 | $9.03 | Out of town dinner - J. Dwyer. |

*Exhibit F*

**Combined - All Entities**
**Expense Detail by Category**
**June 1, 2014 through June 30, 2014**

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 6/9/2014 | $42.89 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/10/2014 | $200.00 | Out of town dinner - D. Fitzgerald, M. Frank, J. Dwyer, E. Bergman - 4. |
| Jeff Dwyer | 6/16/2014 | $33.15 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/18/2014 | $5.03 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/18/2014 | $10.31 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/23/2014 | $150.00 | Out of town dinner - D. Blanks, J. Dwyer, E. Bergman - 3. |
| Jeff Dwyer | 6/24/2014 | $48.22 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/25/2014 | $50.00 | Out of town dinner - J. Dwyer. |
| Jeff Stegenga | 6/18/2014 | $48.84 | Working dinner - J. Stegenga. |
| Jeff Stegenga | 6/23/2014 | $21.06 | Out of town dinner - J. Stegenga. |
| Jeff Stegenga | 6/25/2014 | $39.02 | Out of town dinner - J. Stegenga. |
| Jeff Stegenga | 6/26/2014 | $24.00 | Out of town dinner - J. Stegenga. |
| Jeff Stegenga | 6/26/2014 | $6.00 | Out of town breakfast - J. Stegenga. |
| Jeff Stegenga | 6/30/2014 | $4.10 | Out of town breakfast - J. Stegenga. |
| Jeff Stegenga | 6/30/2014 | $19.06 | Working lunch - J. Stegenga. |
| Jeff Stegenga | 6/30/2014 | $41.68 | Out of town dinner - J. Stegenga. |
| Jodi Ehrenhofer | 6/2/2014 | $5.34 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/5/2014 | $7.05 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/9/2014 | $5.34 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/9/2014 | $145.24 | Out of town dinner - J. Ehrenhofer, K. Sullivan, M. Williams, P. Kinealy, S. Kotarba - 5. |
| Jodi Ehrenhofer | 6/16/2014 | $13.57 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/16/2014 | $5.34 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/17/2014 | $350.00 | Out of town dinner - J. Ehrenhofer, D. Fitzgerald, J. Dwyer, J. Rafpor, M. Williams, P. Mosley, P. Kinealy - 7. |
| Jodi Ehrenhofer | 6/18/2014 | $126.09 | Out of town dinner - J. Ehrenhofer, P. Kinealy, M. Williams - 3. |
| Jodi Ehrenhofer | 6/19/2014 | $8.65 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/20/2014 | $26.61 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/22/2014 | $16.41 | Out of town breakfast - J. Ehrenhofer, M. Williams, P. Kinealy, S. Kotarba - 4. |

*Exhibit F*

**Combined - All Entities**
**Expense Detail by Category**
**June 1, 2014 through June 30, 2014**

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 6/23/2014 | $5.34 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/23/2014 | $119.05 | Out of town dinner - J. Ehrenhofer, K. Sullivan, M. Williams, P. Kinealy - 4. |
| Jodi Ehrenhofer | 6/29/2014 | $55.14 | Working breakfast - J. Ehrenhofer, Matt Williams, Mike Williams, P. Kinealy, S. Kotarba - 5. |
| John Stuart | 6/2/2014 | $32.88 | Out of town dinner - J. Stuart. |
| John Stuart | 6/3/2014 | $9.32 | Out of town breakfast - J. Stuart. |
| John Stuart | 6/3/2014 | $36.11 | Out of town dinner - J. Stuart. |
| John Stuart | 6/30/2014 | $200.00 | Out of town dinner - J. Stuart, T. Atwood, D. Goldstein, A. Mastican - 4. |
| Kevin Sullivan | 6/2/2014 | $24.39 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 6/3/2014 | $90.78 | Out of town dinner - K. Sullivan, J. Ehrenhofer, M. Williams, P. Kinealy - 4. |
| Kevin Sullivan | 6/4/2014 | $102.87 | Out of town dinner - K. Sullivan, J. Ehrenhofer, M. Williams, P. Kinealy - 4. |
| Kevin Sullivan | 6/5/2014 | $37.23 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 6/11/2014 | $6.24 | Out of town breakfast - K. Sullivan. |
| Kevin Sullivan | 6/12/2014 | $23.49 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 6/13/2014 | $22.40 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 6/17/2014 | $5.64 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 6/19/2014 | $20.00 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 6/24/2014 | $21.60 | Out of town dinner - K. Sullivan. |
| Mark Zeiss | 6/29/2014 | $14.10 | Working dinner - M. Zeiss. |
| Mark Zeiss | 6/29/2014 | $5.30 | Working breakfast - M. Zeiss. |
| Matt Frank | 6/2/2014 | $7.51 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/3/2014 | $164.48 | Out of town dinner - M. Frank, J. Dwyer, D. Blanks, D. Fitzgerald - 4. |
| Matt Frank | 6/4/2014 | $50.00 | Out of town dinner - M. Frank. |
| Matt Frank | 6/5/2014 | $3.86 | Out of town dinner - M. Frank. |
| Matt Frank | 6/9/2014 | $73.70 | Out of town dinner - M. Frank, E. Bergman - 2. |
| Matt Frank | 6/9/2014 | $5.84 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/16/2014 | $8.54 | Out of town breakfast - M. Frank. |

*Exhibit F*

**Combined - All Entities**
*Expense Detail by Category*
*June 1, 2014 through June 30, 2014*

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 6/18/2014 | $29.49 | Out of town dinner - M. Frank. |
| Matt Frank | 6/23/2014 | $8.67 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/26/2014 | $36.97 | Out of town dinner - M. Frank |
| Matt Frank | 6/30/2014 | $250.00 | Out of town dinner - M. Frank, E. Bergman, D. Fitzgerald, J. Dwyer, J. Rafpor - 5. |
| Matt Frank | 6/30/2014 | $7.51 | Out of town breakfast - M. Frank. |
| Michael Williams | 6/2/2014 | $26.25 | Out of town dinner - M. Williams. |
| Michael Williams | 6/22/2014 | $29.06 | Working lunch - M. Williams. |
| Paul Kinealy | 6/8/2014 | $7.13 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 6/11/2014 | $153.82 | Out of town dinner - P. Kinealy, J. Ehrenhofer, K. Sullivan, M. Williams - 4. |
| Paul Kinealy | 6/15/2014 | $6.52 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 6/27/2014 | $22.88 | Out of town dinner - P. Kinealy. |
| Steve Kotarba | 6/10/2014 | $131.77 | Out of town dinner - S. Kotarba, P. Kinealy, M. Williams, K. Sullivan, J. Ehrenhofer - 5. |
| Steve Kotarba | 6/25/2014 | $70.00 | Out of town dinner - S. Kotarba, P. Kinealy, M. Williams, K. Sullivan, J. Ehrenhofer - 5. |
| Taylor Atwood | 6/5/2014 | $35.00 | Out of town dinner - T. Atwood. |
| Taylor Atwood | 6/5/2014 | $18.00 | Out of town breakfast - T. Atwood. |
| Taylor Atwood | 6/6/2014 | $49.93 | Out of town dinner - T. Atwood. |
| **Expense Category Total** | | **$4,993.43** | |

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 6/11/2014 | $10.00 | Miscellaneous travel incidentals. |
| Daisy Fitzgerald | 6/12/2014 | $111.26 | Wireless usage charges. |
| Daisy Fitzgerald | 6/16/2014 | $99.00 | Internet/online dropbox fee. |
| Daisy Fitzgerald | 6/26/2014 | $49.95 | Inflight internet charge. |
| David Blanks | 6/12/2014 | $65.91 | Wireless usage charges. |
| Emmett Bergman | 6/12/2014 | $94.31 | Wireless usage charges. |

*Exhibit F*

### Combined - All Entities
### Expense Detail by Category
### June 1, 2014 through June 30, 2014

### *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 6/1/2014 | $106.34 | Wireless usage charges. |
| Jeff Dwyer | 6/18/2014 | $5.00 | Miscellaneous travel incidentals. |
| Jeff Dwyer | 6/26/2014 | $6.99 | In-Flight internet charge. |
| Jeff Dwyer | 6/26/2014 | $5.00 | Miscellaneous travel incidentals. |
| Jeff Stegenga | 6/12/2014 | $264.25 | Wireless usage charges. |
| Jeff Stegenga | 6/25/2014 | $15.99 | Internet online charge at hotel. |
| Jeff Stegenga | 6/26/2014 | $12.00 | Miscellaneous travel incidentals. |
| Jodi Ehrenhofer | 6/1/2014 | $72.04 | Wireless usage charges. |
| John Stuart | 6/2/2014 | $22.68 | Internet online fee on flight. |
| John Stuart | 6/5/2014 | $20.95 | Internet online fee at hotel. |
| John Stuart | 6/12/2014 | $84.13 | Wireless usage charges. |
| John Stuart | 6/24/2014 | $41.24 | Verizon conference call charges. |
| John Stuart | 6/29/2014 | $22.68 | Internet online fee at hotel. |
| Jon Rafpor | 6/12/2014 | $45.96 | Wireless usage charges. |
| Jon Rafpor | 6/20/2014 | $33.58 | Internet/online fee - file storage. |
| Kevin Sullivan | 6/9/2014 | $6.99 | Internet Inflight wi-fi. |
| Kevin Sullivan | 6/12/2014 | $73.71 | Wireless usage charges. |
| Mark Zeiss | 6/12/2014 | $67.96 | Wireless usage charges. |
| Matt Frank | 6/12/2014 | $81.97 | Wireless usage charges. |
| Matt Frank | 6/13/2014 | $39.95 | Monthly internet online access. |
| Matt Williams | 6/12/2014 | $18.80 | Wireless usage charges. |
| Michael Williams | 6/12/2014 | $38.04 | Wireless usage charges. |
| Paul Kinealy | 6/1/2014 | $54.80 | Wireless usage charges. |
| Paul Kinealy | 6/27/2014 | $7.95 | Internet online charge at hotel. |
| Peter Mosley | 6/1/2014 | $39.60 | Wireless usage charges. |
| Robert Country | 6/30/2014 | $23.05 | Late night taxi home from office. |
| Steve Kotarba | 6/3/2014 | $12.95 | Internet online fee at hotel. |
| Steve Kotarba | 6/12/2014 | $74.04 | Wireless usage charges. |
| Taylor Atwood | 6/4/2014 | $14.02 | Internet online fee on flight. |

*Exhibit F*

## Combined - All Entities
### Expense Detail by Category
### June 1, 2014 through June 30, 2014

### *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Taylor Atwood | 6/6/2014 | $15.95 | Internet online fee on flight. |
| Taylor Atwood | 6/12/2014 | $68.34 | Wireless usage charges. |
| **Expense Category Total** | | **$1,827.38** | |

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 6/2/2014 | $10.00 | Taxi from hotel to office. |
| Daisy Fitzgerald | 6/5/2014 | $98.61 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 6/9/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Daisy Fitzgerald | 6/9/2014 | $60.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 6/11/2014 | $15.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 6/12/2014 | $75.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 6/12/2014 | $15.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 6/12/2014 | $66.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 6/16/2014 | $60.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 6/16/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Daisy Fitzgerald | 6/17/2014 | $8.93 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 6/17/2014 | $26.00 | Taxi to dinner. |
| Daisy Fitzgerald | 6/19/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 6/19/2014 | $5.70 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 6/23/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Daisy Fitzgerald | 6/24/2014 | $60.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 6/26/2014 | $59.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 6/26/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 6/30/2014 | $53.48 | Taxi from DFW Airport to Energy. |
| Daisy Fitzgerald | 6/30/2014 | $60.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 6/1/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 6/1/2014 | $124.20 | Taxi from home to San Francisco Airport. |

*Exhibit F*

> *Combined - All Entities*
> *Expense Detail by Category*
> *June 1, 2014 through June 30, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/4/2014 | $15.00 | Taxi from hotel to EFH. |
| Emmett Bergman | 6/5/2014 | $55.00 | Taxi from EFH to DFW. |
| Emmett Bergman | 6/5/2014 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 6/9/2014 | $55.00 | Taxi from DFW Airport to EFH. |
| Emmett Bergman | 6/9/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 6/12/2014 | $129.60 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 6/12/2014 | $55.00 | Taxi from EFH to DFW Airport. |
| Emmett Bergman | 6/22/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 6/26/2014 | $55.00 | Taxi from EFH to DFW Airport. |
| Emmett Bergman | 6/26/2014 | $80.00 | Taxi from Newark Airport to Midtown. |
| Emmett Bergman | 6/29/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 6/29/2014 | $80.00 | Taxi from New York to Newark Airport. |
| Jeff Dwyer | 6/1/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 6/2/2014 | $31.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 6/5/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 6/5/2014 | $40.18 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 6/8/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 6/9/2014 | $15.00 | Taxi from W Hotel to Energy. |
| Jeff Dwyer | 6/9/2014 | $15.00 | Taxi from Energy to W Hotel. |
| Jeff Dwyer | 6/9/2014 | $75.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 6/10/2014 | $15.00 | Taxi from Energy to W Hotel. |
| Jeff Dwyer | 6/10/2014 | $15.00 | Taxi from W Hotel to Energy. |
| Jeff Dwyer | 6/12/2014 | $75.00 | Taxi from hotel to DFW Airport. |
| Jeff Dwyer | 6/12/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 6/15/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 6/16/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/16/2014 | $75.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 6/17/2014 | $15.00 | Taxi from Energy to W Hotel. |
| Jeff Dwyer | 6/18/2014 | $39.92 | Taxi from Energy to DFW Airport. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## June 1, 2014 through June 30, 2014

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 6/18/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/18/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 6/22/2014 | $65.00 | Taxi from hotel to Phoenix Airport. |
| Jeff Dwyer | 6/22/2014 | $75.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 6/23/2014 | $15.00 | Taxi from W Hotel to Energy. |
| Jeff Dwyer | 6/26/2014 | $65.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 6/26/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 6/29/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 6/29/2014 | $60.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 6/30/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Stegenga | 6/18/2014 | $20.00 | Parking at client. |
| Jeff Stegenga | 6/25/2014 | $32.00 | Taxi in New York. |
| Jeff Stegenga | 6/25/2014 | $64.95 | Parking at DFW Airport. |
| Jeff Stegenga | 6/26/2014 | $23.52 | Roundtrip mileage from home to airport. |
| Jeff Stegenga | 6/30/2014 | $29.23 | Parking at DFW Airport. |
| Jeff Stegenga | 6/30/2014 | $68.16 | Taxi to Philadelphia. |
| Jeff Stegenga | 6/30/2014 | $87.00 | Taxi in Wilmington. |
| Jodi Ehrenhofer | 6/2/2014 | $38.27 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 6/3/2014 | $15.00 | Taxi from Energy Plaza to hotel. |
| Jodi Ehrenhofer | 6/4/2014 | $15.00 | Taxi from Energy Plaza to hotel. |
| Jodi Ehrenhofer | 6/4/2014 | $15.00 | Taxi from hotel to Energy Plaza. |
| Jodi Ehrenhofer | 6/5/2014 | $56.00 | Taxi from Energy Plaza to DFW Airport. |
| Jodi Ehrenhofer | 6/5/2014 | $37.70 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 6/6/2014 | $19.74 | Taxi from office to home. |
| Jodi Ehrenhofer | 6/9/2014 | $15.00 | Taxi from Energy Plaza to hotel. |
| Jodi Ehrenhofer | 6/9/2014 | $38.51 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 6/11/2014 | $16.00 | Taxi from Energy Plaza to dinner. |
| Jodi Ehrenhofer | 6/11/2014 | $15.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 6/12/2014 | $75.00 | Taxi from Energy Plaza to DFW Airport. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## June 1, 2014 through June 30, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 6/12/2014 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 6/16/2014 | $15.00 | Taxi from Energy Plaza to hotel. |
| Jodi Ehrenhofer | 6/16/2014 | $40.05 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 6/19/2014 | $56.00 | Taxi from Energy Plaza to DFW Airport. |
| Jodi Ehrenhofer | 6/19/2014 | $58.00 | Taxi from DFW Airport to hotel. |
| Jodi Ehrenhofer | 6/20/2014 | $56.00 | Taxi from Energy Plaza to DFW Airport. |
| Jodi Ehrenhofer | 6/20/2014 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 6/20/2014 | $8.35 | Taxi from hotel to Energy Plaza. |
| Jodi Ehrenhofer | 6/22/2014 | $20.00 | Taxi from home to office. |
| Jodi Ehrenhofer | 6/22/2014 | $20.70 | Taxi from office to home. |
| Jodi Ehrenhofer | 6/23/2014 | $37.55 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 6/23/2014 | $15.00 | Taxi from Energy Plaza to hotel. |
| Jodi Ehrenhofer | 6/24/2014 | $15.00 | Taxi from Energy Plaza to hotel. |
| Jodi Ehrenhofer | 6/24/2014 | $15.00 | Taxi from hotel to Energy Plaza. |
| Jodi Ehrenhofer | 6/25/2014 | $10.00 | Taxi from hotel to Energy Plaza. |
| Jodi Ehrenhofer | 6/25/2014 | $15.00 | Taxi from Energy Plaza to hotel. |
| Jodi Ehrenhofer | 6/27/2014 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 6/29/2014 | $21.71 | Taxi from office to home. |
| Jodi Ehrenhofer | 6/29/2014 | $19.31 | Taxi from home to office. |
| John Stuart | 6/2/2014 | $15.00 | Taxi in Wilmington. |
| John Stuart | 6/2/2014 | $49.04 | Taxi in New York City. |
| John Stuart | 6/3/2014 | $252.00 | Amtrak New York/Delaware. |
| John Stuart | 6/7/2014 | $139.00 | Parking at DFW Airport. |
| John Stuart | 6/18/2014 | $30.00 | Taxi in Wilmington. |
| John Stuart | 6/29/2014 | $80.38 | Taxi in Philadelphia. |
| John Stuart | 6/30/2014 | $12.00 | Taxi in Wilmington. |
| Kevin Sullivan | 6/2/2014 | $76.15 | Taxi from home to Newark Airport. |
| Kevin Sullivan | 6/3/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Kevin Sullivan | 6/5/2014 | $9.00 | Taxi from hotel to Energy. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## June 1, 2014 through June 30, 2014

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Kevin Sullivan | 6/6/2014 | $8.00 | Taxi from hotel to Energy. |
| Kevin Sullivan | 6/6/2014 | $61.15 | Taxi from Newark to home. |
| Kevin Sullivan | 6/9/2014 | $76.15 | Taxi from home to Newark Airport. |
| Kevin Sullivan | 6/9/2014 | $54.00 | Taxi from DFW Airport to Energy. |
| Kevin Sullivan | 6/10/2014 | $7.00 | Taxi from hotel to Energy. |
| Kevin Sullivan | 6/11/2014 | $8.00 | Taxi from Energy to hotel. |
| Kevin Sullivan | 6/12/2014 | $10.00 | Taxi from Energy to hotel. |
| Kevin Sullivan | 6/12/2014 | $8.00 | Taxi from hotel to Energy. |
| Kevin Sullivan | 6/13/2014 | $5.00 | Taxi from hotel to Energy. |
| Kevin Sullivan | 6/13/2014 | $55.00 | Taxi from DFW to hotel (flight cancelled). |
| Kevin Sullivan | 6/13/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Kevin Sullivan | 6/14/2014 | $61.15 | Taxi from Newark to home. |
| Kevin Sullivan | 6/14/2014 | $60.00 | Taxi from hotel to DFW Airport. |
| Kevin Sullivan | 6/16/2014 | $60.00 | Taxi from DFW Airport to Newark. |
| Kevin Sullivan | 6/16/2014 | $76.15 | Taxi from home to Newark Airport. |
| Kevin Sullivan | 6/17/2014 | $7.00 | Taxi from Energy to hotel. |
| Kevin Sullivan | 6/18/2014 | $15.00 | Taxi from Energy to hotel. |
| Kevin Sullivan | 6/19/2014 | $7.00 | Taxi from Energy to hotel. |
| Kevin Sullivan | 6/20/2014 | $13.00 | Taxi from hotel to Energy. |
| Kevin Sullivan | 6/20/2014 | $61.15 | Taxi from Newark to home. |
| Kevin Sullivan | 6/20/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Kevin Sullivan | 6/23/2014 | $61.15 | Taxi from home to Newark Airport. |
| Kevin Sullivan | 6/23/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Kevin Sullivan | 6/25/2014 | $8.00 | Taxi from Energy to hotel. |
| Kevin Sullivan | 6/25/2014 | $5.00 | Taxi from hotel to Energy. |
| Kevin Sullivan | 6/27/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Kevin Sullivan | 6/27/2014 | $61.15 | Taxi from Newark to home. |
| Mark Zeiss | 6/29/2014 | $16.00 | Parking at office. |
| Matt Frank | 6/2/2014 | $13.90 | Tolls for rental car. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## June 1, 2014 through June 30, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 6/2/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 6/2/2014 | $130.00 | Parking at client 6/1 to 6/30/2014. |
| Matt Frank | 6/2/2014 | $60.00 | Taxi from DFW to Hertz downtown Dallas. |
| Matt Frank | 6/2/2014 | $8.00 | Parking at dinner. |
| Matt Frank | 6/3/2014 | $5.00 | Parking at dinner. |
| Matt Frank | 6/5/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 6/5/2014 | $143.54 | Rental car in Dallas - 4 days. |
| Matt Frank | 6/5/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 6/9/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 6/9/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 6/11/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 6/11/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 6/16/2014 | $60.00 | Taxi from DFW Airfare to Hertz downtown Dallas. |
| Matt Frank | 6/16/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 6/16/2014 | $8.00 | Parking at dinner. |
| Matt Frank | 6/18/2014 | $38.00 | Taxi from LaGuardia to hotel. |
| Matt Frank | 6/18/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 6/18/2014 | $131.22 | Rental car in Dallas - 2 days. |
| Matt Frank | 6/23/2014 | $60.00 | Taxi from DFW to Hertz downtown Dallas. |
| Matt Frank | 6/23/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 6/26/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 6/26/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 6/26/2014 | $192.70 | Rental car in Dallas. |
| Matt Frank | 6/30/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 6/30/2014 | $60.00 | Taxi from DFW to Hertz downtown Dallas |
| Michael Williams | 6/2/2014 | $39.25 | Taxi from home to Chicago Airport. |
| Michael Williams | 6/5/2014 | $50.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 6/7/2014 | $12.65 | Taxi from A&M office to home. |
| Michael Williams | 6/8/2014 | $50.00 | Taxi from DFW Airport to hotel. |

*Exhibit F*

**Combined - All Entities**
*Expense Detail by Category*
*June 1, 2014 through June 30, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 6/8/2014 | $45.66 | Taxi from home to O'Hare Airport. |
| Michael Williams | 6/10/2014 | $25.00 | Taxi from Energy to hotel. |
| Michael Williams | 6/11/2014 | $12.00 | Taxi from hotel to Energy. |
| Michael Williams | 6/12/2014 | $42.80 | Taxi from O'Hare Airport to home. |
| Michael Williams | 6/15/2014 | $41.58 | Taxi from home to O'Hare Airport. |
| Michael Williams | 6/15/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 6/19/2014 | $55.00 | Taxi from Energy to DFW Airport (flight cancelled). |
| Michael Williams | 6/19/2014 | $12.00 | Taxi from hotel to Energy. |
| Michael Williams | 6/20/2014 | $45.50 | Taxi from DFW Airport to home. |
| Michael Williams | 6/22/2014 | $17.00 | Taxi from A&M office to home. |
| Michael Williams | 6/22/2014 | $16.43 | Taxi from home to A&M office. |
| Michael Williams | 6/23/2014 | $44.03 | Taxi from home to O'Hare Airport. |
| Michael Williams | 6/26/2014 | $13.00 | Taxi from hotel to Energy. |
| Michael Williams | 6/29/2014 | $19.79 | Taxi to A&M office. |
| Michael Williams | 6/30/2014 | $16.43 | Taxi from A&M office to home. |
| Paul Kinealy | 6/3/2014 | $55.35 | Taxi from home to Chicago Airport. |
| Paul Kinealy | 6/5/2014 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/5/2014 | $88.00 | Parking at Chicago Airport. |
| Paul Kinealy | 6/7/2014 | $31.00 | Taxi from Energy to Love Field. |
| Paul Kinealy | 6/8/2014 | $57.00 | Taxi from DFW Airport to hotel. |
| Paul Kinealy | 6/9/2014 | $13.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/10/2014 | $12.00 | Taxi from hotel to office. |
| Paul Kinealy | 6/12/2014 | $54.00 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 6/12/2014 | $152.00 | Parking at Chicago Airport. |
| Paul Kinealy | 6/16/2014 | $60.00 | Taxi from home to Chicago Airport. |
| Paul Kinealy | 6/16/2014 | $16.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/18/2014 | $14.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/18/2014 | $30.00 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 6/18/2014 | $110.00 | Parking at Chicago Airport. |

*Exhibit F*

## Combined - All Entities
## Expense Detail by Category
## June 1, 2014 through June 30, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 6/23/2014 | $33.00 | Taxi from DFW Airport to Energy. |
| Paul Kinealy | 6/26/2014 | $14.00 | Taxi from hotel to restaurant. |
| Paul Kinealy | 6/26/2014 | $15.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 6/27/2014 | $152.00 | Parking at Midway Airport. |
| Paul Kinealy | 6/27/2014 | $15.00 | Taxi from hotel to office. |
| Paul Kinealy | 6/30/2014 | $16.00 | Parking for Sunday team meeting. |
| Steve Kotarba | 6/3/2014 | $72.00 | Train from Washington, DC to Wilmington, DE. |
| Steve Kotarba | 6/3/2014 | $55.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 6/4/2014 | $11.00 | Taxi from Wilmington Amtrak to RLF office. |
| Steve Kotarba | 6/4/2014 | $11.00 | Taxi from hotel to Amtrak. |
| Steve Kotarba | 6/4/2014 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 6/9/2014 | $25.20 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 6/9/2014 | $55.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 6/11/2014 | $55.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 6/11/2014 | $25.00 | Taxi from Energy to Dallas Airport. |
| Taylor Atwood | 6/4/2014 | $67.88 | Taxi from Philadelphia to Wilmington. |
| Taylor Atwood | 6/6/2014 | $87.68 | Parking at DFW Airport. |
| Taylor Atwood | 6/6/2014 | $85.51 | Taxi from Wilmington to Philadelphia Airport. |
| **Expense Category Total** | | **$10,203.29** | |
| *Grand Total* | | **$86,096.34** | |