*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*July 1, 2014 through July 31, 2014*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 67.8 | $38,925.00 |
| Bankruptcy Support | 651.6 | $337,070.00 |
| Business Plan | 158.0 | $64,697.50 |
| Causes of Action | 64.8 | $33,465.00 |
| Claims | 130.5 | $65,457.50 |
| Communication | 14.5 | $9,832.50 |
| Contract | 309.4 | $171,645.00 |
| Coordination & Communication with other Creditor Constituents | 90.3 | $50,440.00 |
| Coordination & Communication with UCC | 335.8 | $172,902.50 |
| Court | 17.0 | $12,517.50 |
| DIP Financing | 8.4 | $4,652.50 |
| Fee Applications | 50.1 | $17,042.50 |
| Liquidation Analysis | 42.7 | $20,155.00 |
| Motions and Orders | 147.9 | $73,427.50 |
| POR / Disclosure Statement | 55.4 | $27,687.50 |
| Retention | 57.2 | $27,067.50 |
| Statements & Schedules | 156.5 | $81,012.50 |
| Status Meetings | 103.1 | $59,480.00 |
| Strategic Transaction Asset Sale | 22.3 | $12,657.50 |
| Travel Time | 115.9 | $61,840.00 |
| UST Reporting Requirements | 54.5 | $31,102.50 |
| Vendor Management | 219.6 | $110,712.50 |
| **Total** | **2,873.3** | **$1,483,790.00** |

*Travel time billed at 50% of time incurred*