*Exhibit B*

**Combined - All Entities**
*Summary of Time Detail by Professional*
*July 1, 2014 through July 31, 2014*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 99.0 | $89,100.00 |
| Emmett Bergman | Managing Director | $750.00 | 174.6 | $130,950.00 |
| John Stuart | Managing Director | $725.00 | 212.8 | $154,280.00 |
| Steve Kotarba | Managing Director | $650.00 | 208.8 | $135,720.00 |
| Matt Frank | Director | $575.00 | 181.7 | $104,477.50 |
| Jodi Ehrenhofer | Director | $525.00 | 195.3 | $102,532.50 |
| Peter Mosley | Director | $525.00 | 135.6 | $71,190.00 |
| Rich Newman | Director | $525.00 | 16.2 | $8,505.00 |
| Kevin Sullivan | Director | $500.00 | 193.7 | $96,850.00 |
| Mark Zeiss | Director | $500.00 | 52.8 | $26,400.00 |
| Matt Williams | Director | $500.00 | 50.4 | $25,200.00 |
| Paul Kinealy | Director | $500.00 | 36.1 | $18,050.00 |
| David Blanks | Senior Associate | $450.00 | 205.4 | $92,430.00 |
| Taylor Atwood | Senior Associate | $450.00 | 241.5 | $108,675.00 |
| Jeff Dwyer | Associate | $425.00 | 196.0 | $83,300.00 |
| Daisy Fitzgerald | Associate | $400.00 | 200.0 | $80,000.00 |
| Jon Rafpor | Analyst | $350.00 | 208.6 | $73,010.00 |
| Michael Dvorak | Analyst | $325.00 | 4.5 | $1,462.50 |
| Michael Williams | Analyst | $325.00 | 61.1 | $19,857.50 |
| Robert Country | Analyst | $325.00 | 101.9 | $33,117.50 |
| Sarah Pittman | Analyst | $325.00 | 58.1 | $18,882.50 |
| Mary Napoliello | Paraprofessional | $250.00 | 39.2 | $9,800.00 |
| | | *Total* | **2,873.3** | **$1,483,790.00** |