*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

**Accounting/Cut-off**          **Assist the Debtors with accounting related items including, but not limited to, filing date cut-off process, pre-petition and post-petition claims payment processes and reporting requirements, internal controls for accounting / finance / treasury departments, bank related items and other accounting related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 4.4 | $3,960.00 |
| Emmett Bergman | Managing Director | $750 | 18.8 | $14,100.00 |
| Matt Frank | Director | $575 | 6.6 | $3,795.00 |
| Peter Mosley | Director | $525 | 9.2 | $4,830.00 |
| Jeff Dwyer | Associate | $425 | 28.8 | $12,240.00 |
| | | | 67.8 | $38,925.00 |
| | *Average Billing Rate* | | | $574.12 |

*Exhibit C*

<div style="border:1px solid">

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

</div>

**Bankruptcy Support**    **Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including development and execution of work plans, review of court documents and general case management, reporting requirements, and support counsel and others for Chapter 11 related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 9.8 | $8,820.00 |
| Emmett Bergman | Managing Director | $750 | 21.4 | $16,050.00 |
| John Stuart | Managing Director | $725 | 73.9 | $53,577.50 |
| Steve Kotarba | Managing Director | $650 | 36.8 | $23,920.00 |
| Matt Frank | Director | $575 | 50.8 | $29,210.00 |
| Jodi Ehrenhofer | Director | $525 | 24.3 | $12,757.50 |
| Peter Mosley | Director | $525 | 42.6 | $22,365.00 |
| Rich Newman | Director | $525 | 15.2 | $7,980.00 |
| Kevin Sullivan | Director | $500 | 77.4 | $38,700.00 |
| Matt Williams | Director | $500 | 0.3 | $150.00 |
| Paul Kinealy | Director | $500 | 8.9 | $4,450.00 |
| David Blanks | Senior Associate | $450 | 103.9 | $46,755.00 |
| Taylor Atwood | Senior Associate | $450 | 3.8 | $1,710.00 |
| Jeff Dwyer | Associate | $425 | 8.8 | $3,740.00 |
| Daisy Fitzgerald | Associate | $400 | 134.6 | $53,840.00 |
| Jon Rafpor | Analyst | $350 | 13.5 | $4,725.00 |
| Sarah Pittman | Analyst | $325 | 25.6 | $8,320.00 |
| | | | 651.6 | $337,070.00 |

*Average Billing Rate*    $517.30

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

**Business Plan**          Advise and assist the Debtors with the development and implementation of long-
range business plan, metrics, measurements and other tools to monitor and
quantify the financial impact of various initiatives.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| John Stuart | Managing Director | $725 | 3.0 | $2,175.00 |
| Taylor Atwood | Senior Associate | $450 | 89.9 | $40,455.00 |
| Jon Rafpor | Analyst | $350 | 36.4 | $12,740.00 |
| Sarah Pittman | Analyst | $325 | 28.7 | $9,327.50 |
| | | | 158.0 | $64,697.50 |
| | | *Average Billing Rate* | | $409.48 |

*Exhibit C*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*July 1, 2014 through July 31, 2014*

**Causes of Action**                      **Assist the Debtors in connection with matters related to fraudulent conveyance and preference.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 0.5 | $450.00 |
| Steve Kotarba | Managing Director | $650 | 5.5 | $3,575.00 |
| Jodi Ehrenhofer | Director | $525 | 2.5 | $1,312.50 |
| Mark Zeiss | Director | $500 | 22.8 | $11,400.00 |
| Matt Williams | Director | $500 | 33.2 | $16,600.00 |
| Jeff Dwyer | Associate | $425 | 0.3 | $127.50 |
| | | | 64.8 | $33,465.00 |
| | *Average Billing Rate* | | | $516.44 |

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

**Claims**                              Advise and assist the Debtors in questions and processes regarding the claims
                                        reconciliation process: notably, claims planning process, potential claim
                                        analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 3.5 | $3,150.00 |
| Steve Kotarba | Managing Director | $650 | 32.3 | $20,995.00 |
| Matt Frank | Director | $575 | 3.7 | $2,127.50 |
| Jodi Ehrenhofer | Director | $525 | 32.3 | $16,957.50 |
| Mark Zeiss | Director | $500 | 10.8 | $5,400.00 |
| Matt Williams | Director | $500 | 6.8 | $3,400.00 |
| Paul Kinealy | Director | $500 | 0.4 | $200.00 |
| Robert Country | Analyst | $325 | 40.7 | $13,227.50 |
| | | | 130.5 | $65,457.50 |
| | | *Average Billing Rate* | | $501.59 |

*Exhibit C*

### Combined - All Entities
### Summary of Time Detail by Professional
### July 1, 2014 through July 31, 2014

**Communication**                    **Assist the Debtors with communication processes, communication documents and call center.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 7.4 | $6,660.00 |
| Emmett Bergman | Managing Director | $750 | 0.7 | $525.00 |
| Jodi Ehrenhofer | Director | $525 | 0.7 | $367.50 |
| Daisy Fitzgerald | Associate | $400 | 5.7 | $2,280.00 |
| | | | 14.5 | $9,832.50 |
| | *Average Billing Rate* | | | $678.10 |

*Exhibit C*

---

*Combined - All Entities*
*Summary of Time Detail by Professional*
*July 1, 2014 through July 31, 2014*

---

**Contract**                 **Assist the Debtors with contract analyses and the potential assumption or rejection of contracts.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 19.2 | $17,280.00 |
| Emmett Bergman | Managing Director | $750 | 47.3 | $35,475.00 |
| Matt Frank | Director | $575 | 68.5 | $39,387.50 |
| Jodi Ehrenhofer | Director | $525 | 9.8 | $5,145.00 |
| Peter Mosley | Director | $525 | 68.3 | $35,857.50 |
| Kevin Sullivan | Director | $500 | 0.7 | $350.00 |
| Mark Zeiss | Director | $500 | 10.1 | $5,050.00 |
| Paul Kinealy | Director | $500 | 1.2 | $600.00 |
| Jeff Dwyer | Associate | $425 | 44.6 | $18,955.00 |
| Daisy Fitzgerald | Associate | $400 | 3.7 | $1,480.00 |
| Jon Rafpor | Analyst | $350 | 14.6 | $5,110.00 |
| Robert Country | Analyst | $325 | 21.4 | $6,955.00 |
| | | | 309.4 | $171,645.00 |
| | | *Average Billing Rate* | | $554.77 |

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

**Coordination & Communication**
**with other Creditor Constituents**

Address information requests from various constituents including senior lender
and bondholder representatives regarding the Debtors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 10.6 | $9,540.00 |
| John Stuart | Managing Director | $725 | 13.8 | $10,005.00 |
| Steve Kotarba | Managing Director | $650 | 1.7 | $1,105.00 |
| Matt Frank | Director | $575 | 0.5 | $287.50 |
| Jodi Ehrenhofer | Director | $525 | 9.9 | $5,197.50 |
| Paul Kinealy | Director | $500 | 1.9 | $950.00 |
| David Blanks | Senior Associate | $450 | 1.6 | $720.00 |
| Taylor Atwood | Senior Associate | $450 | 50.3 | $22,635.00 |
| | | | 90.3 | $50,440.00 |

*Average Billing Rate* $558.58

*Exhibit C*

---

*Combined - All Entities*
*Summary of Time Detail by Professional*
*July 1, 2014 through July 31, 2014*

---

**Coordination & Communication with UCC**

**Work with the UCC appointed professionals to discuss and fulfill various data request and motion noticing requirements.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 0.8 | $720.00 |
| Emmett Bergman | Managing Director | $750 | 3.2 | $2,400.00 |
| John Stuart | Managing Director | $725 | 73.0 | $52,925.00 |
| Steve Kotarba | Managing Director | $650 | 27.8 | $18,070.00 |
| Matt Frank | Director | $575 | 1.5 | $862.50 |
| Jodi Ehrenhofer | Director | $525 | 22.4 | $11,760.00 |
| Peter Mosley | Director | $525 | 1.8 | $945.00 |
| Kevin Sullivan | Director | $500 | 19.9 | $9,950.00 |
| Matt Williams | Director | $500 | 0.8 | $400.00 |
| Paul Kinealy | Director | $500 | 3.6 | $1,800.00 |
| Taylor Atwood | Senior Associate | $450 | 86.3 | $38,835.00 |
| Jeff Dwyer | Associate | $425 | 16.2 | $6,885.00 |
| Jon Rafpor | Analyst | $350 | 73.5 | $25,725.00 |
| Michael Williams | Analyst | $325 | 2.2 | $715.00 |
| Robert Country | Analyst | $325 | 2.8 | $910.00 |
| | | | 335.8 | $172,902.50 |

*Average Billing Rate*  $514.90

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

**Court**                              **Prepare for and attend the Debtors' hearings.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 5.5 | $4,950.00 |
| John Stuart | Managing Director | $725 | 8.7 | $6,307.50 |
| Taylor Atwood | Senior Associate | $450 | 2.8 | $1,260.00 |
| | | | 17.0 | $12,517.50 |
| | *Average Billing Rate* | | | $736.32 |

*Exhibit C*

> ### *Combined - All Entities*
> ### *Summary of Time Detail by Professional*
> ### *July 1, 2014 through July 31, 2014*

**DIP Financing**　　　　　**Advise and assist management in connection with addressing the financial and operational aspects of its DIP financing; prepare and maintain DIP sizing model and support management in DIP negotiations with respective financial and legal advisors.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| John Stuart | Managing Director | $725 | 3.2 | $2,320.00 |
| Taylor Atwood | Senior Associate | $450 | 4.9 | $2,205.00 |
| Jeff Dwyer | Associate | $425 | 0.3 | $127.50 |
| | | | 8.4 | $4,652.50 |
| | *Average Billing Rate* | | | $553.87 |

*Exhibit C*

## Combined - All Entities
### Summary of Time Detail by Professional
### July 1, 2014 through July 31, 2014

**Fee Applications**         Preparation of monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 2.5 | $2,250.00 |
| Emmett Bergman | Managing Director | $750 | 0.8 | $600.00 |
| John Stuart | Managing Director | $725 | 3.1 | $2,247.50 |
| Jodi Ehrenhofer | Director | $525 | 1.6 | $840.00 |
| David Blanks | Senior Associate | $450 | 2.9 | $1,305.00 |
| Mary Napoliello | Paraprofessional | $250 | 39.2 | $9,800.00 |
| | | | 50.1 | $17,042.50 |

*Average Billing Rate*         $340.17

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

**Liquidation Analysis**          **Assist the Debtors with preperation of the Liquidation Analysis.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 0.5 | $450.00 |
| John Stuart | Managing Director | $725 | 2.6 | $1,885.00 |
| David Blanks | Senior Associate | $450 | 39.6 | $17,820.00 |
| | | | 42.7 | $20,155.00 |
| | *Average Billing Rate* | | | $472.01 |

*Exhibit C*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*July 1, 2014 through July 31, 2014*

**Motions and Orders**          **Complete analysis and assist the Debtors on first and second day motions, interim and final orders.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 1.3 | $1,170.00 |
| Emmett Bergman | Managing Director | $750 | 2.8 | $2,100.00 |
| John Stuart | Managing Director | $725 | 1.9 | $1,377.50 |
| Steve Kotarba | Managing Director | $650 | 39.1 | $25,415.00 |
| Jodi Ehrenhofer | Director | $525 | 28.3 | $14,857.50 |
| Mark Zeiss | Director | $500 | 2.7 | $1,350.00 |
| Matt Williams | Director | $500 | 4.5 | $2,250.00 |
| Paul Kinealy | Director | $500 | 1.3 | $650.00 |
| David Blanks | Senior Associate | $450 | 19.9 | $8,955.00 |
| Jeff Dwyer | Associate | $425 | 3.2 | $1,360.00 |
| Michael Dvorak | Analyst | $325 | 0.5 | $162.50 |
| Michael Williams | Analyst | $325 | 40.9 | $13,292.50 |
| Robert Country | Analyst | $325 | 1.5 | $487.50 |
| | | | 147.9 | $73,427.50 |

*Average Billing Rate*          $496.47

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

**POR / Disclosure Statement**     **Complete analysis and assist the Debtors with the Plan of Reorganization and Disclosure Statement.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 0.3 | $270.00 |
| John Stuart | Managing Director | $725 | 3.6 | $2,610.00 |
| Steve Kotarba | Managing Director | $650 | 3.1 | $2,015.00 |
| Jodi Ehrenhofer | Director | $525 | 11.0 | $5,775.00 |
| Peter Mosley | Director | $525 | 2.0 | $1,050.00 |
| Paul Kinealy | Director | $500 | 5.5 | $2,750.00 |
| David Blanks | Senior Associate | $450 | 28.0 | $12,600.00 |
| Robert Country | Analyst | $325 | 1.9 | $617.50 |
| | | | 55.4 | $27,687.50 |

*Average Billing Rate*     $499.77

*Exhibit C*

## Combined - All Entities
## Summary of Time Detail by Professional
## July 1, 2014 through July 31, 2014

**Retention**                    **Prepare documents in compliance with court retention requirements.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 0.5 | $450.00 |
| Steve Kotarba | Managing Director | $650 | 5.6 | $3,640.00 |
| Peter Mosley | Director | $525 | 2.4 | $1,260.00 |
| Kevin Sullivan | Director | $500 | 32.8 | $16,400.00 |
| Jon Rafpor | Analyst | $350 | 6.0 | $2,100.00 |
| Michael Dvorak | Analyst | $325 | 2.6 | $845.00 |
| Robert Country | Analyst | $325 | 6.5 | $2,112.50 |
| Sarah Pittman | Analyst | $325 | 0.8 | $260.00 |
| | | | 57.2 | $27,067.50 |

*Average Billing Rate*                    $473.21

*Exhibit C*

---

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

---

**Statements & Schedules**        **Assist the Debtors in the preparation of statements and schedules and amendments thereto.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 13.4 | $12,060.00 |
| John Stuart | Managing Director | $725 | 1.2 | $870.00 |
| Steve Kotarba | Managing Director | $650 | 22.6 | $14,690.00 |
| Jodi Ehrenhofer | Director | $525 | 35.0 | $18,375.00 |
| Kevin Sullivan | Director | $500 | 18.7 | $9,350.00 |
| Mark Zeiss | Director | $500 | 6.4 | $3,200.00 |
| Matt Williams | Director | $500 | 4.8 | $2,400.00 |
| Paul Kinealy | Director | $500 | 13.3 | $6,650.00 |
| Jeff Dwyer | Associate | $425 | 0.6 | $255.00 |
| Michael Dvorak | Analyst | $325 | 1.4 | $455.00 |
| Michael Williams | Analyst | $325 | 18.0 | $5,850.00 |
| Robert Country | Analyst | $325 | 21.1 | $6,857.50 |
| | | | 156.5 | $81,012.50 |
| | | *Average Billing Rate* | | $517.65 |

*Exhibit C*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

**Status Meetings**                    **Prepare for and participate in the Debtors' regular status meetings.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 11.6 | $10,440.00 |
| Emmett Bergman | Managing Director | $750 | 7.4 | $5,550.00 |
| John Stuart | Managing Director | $725 | 10.9 | $7,902.50 |
| Steve Kotarba | Managing Director | $650 | 13.2 | $8,580.00 |
| Matt Frank | Director | $575 | 2.6 | $1,495.00 |
| Jodi Ehrenhofer | Director | $525 | 5.5 | $2,887.50 |
| Peter Mosley | Director | $525 | 6.4 | $3,360.00 |
| David Blanks | Senior Associate | $450 | 1.1 | $495.00 |
| Taylor Atwood | Senior Associate | $450 | 3.5 | $1,575.00 |
| Jeff Dwyer | Associate | $425 | 36.8 | $15,640.00 |
| Daisy Fitzgerald | Associate | $400 | 2.4 | $960.00 |
| Jon Rafpor | Analyst | $350 | 1.7 | $595.00 |
| | | | 103.1 | $59,480.00 |
| | | *Average Billing Rate* | | $576.92 |

*Exhibit C*

---

**Combined - All Entities**
**Summary of Time Detail by Professional**
**July 1, 2014 through July 31, 2014**

---

**Strategic Transaction Asset Sale**   **Advise and assist management in the evaluation of economics related to the sale of the Debtors' assets, including review of the assets and liabilities of the legal entities impacted by a sale;  develop and maintain detailed models illustrating the financial impact and creditor recovery of a sale; assist the Debtor in the organization and presentation of due diligence requests from potential buyer groups.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| John Stuart | Managing Director | $725 | 10.9 | $7,902.50 |
| David Blanks | Senior Associate | $450 | 8.4 | $3,780.00 |
| Sarah Pittman | Analyst | $325 | 3.0 | $975.00 |
| | | | 22.3 | $12,657.50 |
| | *Average Billing Rate* | | | $567.60 |

*Exhibit C*

## Combined - All Entities
### Summary of Time Detail by Professional
### July 1, 2014 through July 31, 2014

**Travel Time**                    **Billable non-working travel time (reflects 50% of time incurred).**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $750 | 22.0 | $16,500.00 |
| John Stuart | Managing Director | $725 | 2.4 | $1,740.00 |
| Steve Kotarba | Managing Director | $650 | 12.0 | $7,800.00 |
| Matt Frank | Director | $575 | 8.5 | $4,887.50 |
| Jodi Ehrenhofer | Director | $525 | 12.0 | $6,300.00 |
| Rich Newman | Director | $525 | 1.0 | $525.00 |
| Kevin Sullivan | Director | $500 | 8.0 | $4,000.00 |
| Jeff Dwyer | Associate | $425 | 21.5 | $9,137.50 |
| Daisy Fitzgerald | Associate | $400 | 22.5 | $9,000.00 |
| Robert Country | Analyst | $325 | 6.0 | $1,950.00 |
| | | | 115.9 | $61,840.00 |

*Average Billing Rate*                    $533.56

*Exhibit C*

### *Combined - All Entities*
### *Summary of Time Detail by Professional*
### *July 1, 2014 through July 31, 2014*

**UST Reporting Requirements**          **Assist the Debtors with the preparation of Initial Debtor Interview requirements, Monthly Operating Report, Form 26 and related matters for the US Trustee.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 5.7 | $5,130.00 |
| John Stuart | Managing Director | $725 | 0.6 | $435.00 |
| Steve Kotarba | Managing Director | $650 | 9.1 | $5,915.00 |
| Peter Mosley | Director | $525 | 2.9 | $1,522.50 |
| Kevin Sullivan | Director | $500 | 36.2 | $18,100.00 |
| | | | 54.5 | $31,102.50 |
| | *Average Billing Rate* | | | $570.69 |

*Exhibit C*

**Combined - All Entities**
***Summary of Time Detail by Professional***
***July 1, 2014 through July 31, 2014***

**Vendor Management**     Assist the Debtor's with post-petition vendor management including analyzing financial impact of supplier agreements, tracking supplier contraction and pre-petition payment activity, and attend supplier meetings to review and discuss supplier financial status.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 1.5 | $1,350.00 |
| Emmett Bergman | Managing Director | $750 | 50.2 | $37,650.00 |
| Matt Frank | Director | $575 | 39.0 | $22,425.00 |
| Jeff Dwyer | Associate | $425 | 34.9 | $14,832.50 |
| Daisy Fitzgerald | Associate | $400 | 31.1 | $12,440.00 |
| Jon Rafpor | Analyst | $350 | 62.9 | $22,015.00 |
| | | | 219.6 | $110,712.50 |
| | | *Average Billing Rate* | | $504.16 |