
*Exhibit E*

### Energy Future Holdings Corp., et al., Summary of Expense Detail by Category July 1, 2014 through July 31, 2014

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $28,120.09 |
| Lodging | $17,916.24 |
| Meals | $3,587.46 |
| Miscellaneous | $1,727.99 |
| Transportation | $7,730.37 |
| **Total** | **$59,082.15** |