*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2014 through July 31, 2014*

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 7/2/2014 | $520.00 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 7/7/2014 | $499.00 | Airfare - One-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 7/10/2014 | $534.27 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 7/14/2014 | $549.00 | Airfare - One-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 7/17/2014 | $502.00 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 7/21/2014 | $580.10 | Airfare - One-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 7/24/2014 | $540.37 | Airfare - One-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 7/28/2014 | $505.10 | Airfare - One-way coach San Francisco/Dallas. |
| Emmett Bergman | 7/2/2014 | $579.00 | Airfare - One-way coach Dallas/San Francisco. |
| Emmett Bergman | 7/7/2014 | $582.00 | Airfare - One-way coach San Francisco/Dallas. |
| Emmett Bergman | 7/10/2014 | $579.00 | Airfare - One-way coach Dallas/San Francisco. |
| Emmett Bergman | 7/13/2014 | $579.00 | Airfare - One-way coach San Francisco/Dallas. |
| Emmett Bergman | 7/17/2014 | $582.00 | Airfare - One-way coach Dallas/San Francisco. |
| Emmett Bergman | 7/21/2014 | $582.00 | Airfare - One-way coach San Francisco/Dallas. |
| Emmett Bergman | 7/24/2014 | $505.10 | Airfare - One-way coach Dallas/San Francisco. |
| Emmett Bergman | 7/28/2014 | $585.10 | Airfare - One-way coach San Francisco/Dallas. |
| Emmett Bergman | 7/30/2014 | $867.10 | Airfare - One-way coach San Francisco/Dallas. |
| Jeff Dwyer | 7/10/2014 | $700.00 | Airfare - Roundtrip coach Dallas/San Francisco. |
| Jeff Dwyer | 7/13/2014 | $509.00 | Airfare - One-way coach San Francisco/Dallas. |
| Jeff Dwyer | 7/17/2014 | $499.00 | Airfare - One-way coach Dallas/San Francisco. |
| Jeff Dwyer | 7/21/2014 | $484.86 | Airfare - One-way coach San Francisco/Dallas. |
| Jeff Dwyer | 7/24/2014 | $513.60 | Airfare - One-way coach Dallas/San Francisco. |
| Jeff Dwyer | 7/28/2014 | $572.93 | Airfare - One-way coach San Francisco/Dallas. |
| Jeff Dwyer | 7/31/2014 | $383.99 | Airfare - One-way coach Dallas/San Francisco. |
| Jodi Ehrenhofer | 7/7/2014 | $502.00 | Airfare - One-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 7/10/2014 | $474.35 | Airfare - One-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 7/14/2014 | $1,002.67 | Airfare - Roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 7/21/2014 | $1,294.25 | Airfare - Roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 7/28/2014 | $826.51 | Airfare - Roundtrip coach Chicago/Dallas. |

*Exhibit F*

## Combined - All Entities
### Expense Detail by Category
#### July 1, 2014 through July 31, 2014

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Kevin Sullivan | 7/3/2014 | $1,482.69 | Airfare - Roundtrip coach Newark/Dallas. |
| Kevin Sullivan | 7/18/2014 | $1,334.17 | Airfare - Roundtrip coach Newark/Dallas. |
| Matt Frank | 7/2/2014 | $372.00 | Airfare - One-way coach Dallas/Chicago. |
| Matt Frank | 7/7/2014 | $412.00 | Airfare - One-way coach Chicago/Dallas. |
| Matt Frank | 7/10/2014 | $402.00 | Airfare - One-way coach Dallas/Chicago. |
| Matt Frank | 7/13/2014 | $402.00 | Airfare - One-way coach Chicago/Dallas. |
| Matt Frank | 7/18/2014 | $502.00 | Airfare - One-way coach Dallas/Chicago. |
| Matt Frank | 7/21/2014 | $392.00 | Airfare - One-way coach Chicago/Dallas. |
| Matt Frank | 7/24/2014 | $598.50 | Airfare - One-way coach Dallas/Charlotte. |
| Matt Frank | 7/28/2014 | $634.00 | Airfare - One-way coach Charlotte/Dallas. |
| Matt Frank | 7/31/2014 | $408.10 | Airfare - One-way coach Dallas/Chicago. |
| Rich Newman | 7/18/2014 | $454.89 | Airfare - One-way coach Milwaukee/Dallas. |
| Rich Newman | 7/18/2014 | $582.00 | Airfare - One-way coach Dallas/Milwaukee. |
| Robert Country | 7/7/2014 | $527.00 | Airfare - One-way coach Chicago/Dallas. |
| Robert Country | 7/10/2014 | $499.35 | Airfare - One-way coach Dallas/Chicago. |
| Robert Country | 7/14/2014 | $952.85 | Airfare - Roundtrip coach Chicago/Dallas. |
| Steve Kotarba | 7/11/2014 | $370.27 | Airfare - One-way coach Chicago/Dallas. |
| Steve Kotarba | 7/15/2014 | $360.97 | Airfare - One-way coach Dallas/Chicago. |
| **Expense Category Total** | | **$28,120.09** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 7/1/2014 | $232.04 | Hotel in Dallas - 1 night. |
| Daisy Fitzgerald | 7/9/2014 | $714.36 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 7/16/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 7/23/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 7/30/2014 | $731.12 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 7/1/2014 | $242.04 | Hotel in Dallas - 1 night. |

*Exhibit F*

---

### Combined - All Entities
### Expense Detail by Category
### July 1, 2014 through July 31, 2014

---

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 7/9/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 7/16/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 7/23/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 7/29/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 7/2/2014 | $237.04 | Hotel in Dallas - 1 night. |
| Jeff Dwyer | 7/9/2014 | $928.16 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 7/17/2014 | $933.16 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 7/24/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 7/31/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 7/9/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 7/15/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 7/22/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 7/30/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Kevin Sullivan | 7/11/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Kevin Sullivan | 7/30/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Matt Frank | 7/1/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Matt Frank | 7/9/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 7/17/2014 | $1,210.20 | Hotel in Dallas - 5 nights. |
| Matt Frank | 7/24/2014 | $736.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 7/31/2014 | $736.12 | Hotel in Dallas - 3 nights. |
| Robert Country | 7/10/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Robert Country | 7/16/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Steve Kotarba | 7/14/2014 | $242.04 | Hotel in Dallas - 1 night. |

**Expense Category Total**     **$17,916.24**

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 7/1/2014 | $7.37 | Out of town breakfast - D. Fitzgerald. |

---

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2014 through July 31, 2014*

---

### *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 7/2/2014 | $27.22 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 7/7/2014 | $4.70 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/7/2014 | $37.75 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 7/8/2014 | $9.96 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/10/2014 | $6.33 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/10/2014 | $25.85 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 7/14/2014 | $19.85 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/15/2014 | $10.00 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/16/2014 | $6.00 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/16/2014 | $38.03 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 7/17/2014 | $9.75 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/21/2014 | $12.73 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/21/2014 | $200.00 | Out of town dinner - D. Fitzgerald, E. Bergman, J. Dwyer, M. Frank - 4. |
| Daisy Fitzgerald | 7/22/2014 | $5.25 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/22/2014 | $12.73 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 7/23/2014 | $12.72 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/24/2014 | $7.50 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/28/2014 | $7.98 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/30/2014 | $21.97 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 7/30/2014 | $10.34 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 7/31/2014 | $11.97 | Out of town breakfast - D. Fitzgerald. |
| Emmett Bergman | 7/1/2014 | $17.73 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/2/2014 | $14.57 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/17/2014 | $27.48 | Out of town breakfast - E. Bergman - 3 days at hotel. |
| Emmett Bergman | 7/21/2014 | $19.14 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/22/2014 | $11.04 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/22/2014 | $27.53 | Out of town dinner - E. Bergman |

*Exhibit F*

<div style="border:1px solid black;">

### *Combined - All Entities*
### *Expense Detail by Category*
### *July 1, 2014 through July 31, 2014*

</div>

### *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 7/29/2014 | $473.73 | Out of town dinner - E. Bergman, J. Dwyer, M. Frank, P. Mosley, D. Fitzgerald (A&M), Colin Carrell, Don Smith, John Berardi, Kelly Frazier, Kevin Chase, Phil Seidler, Rob Marten (Energy)- 12. |
| Jeff Dwyer | 7/1/2014 | $6.07 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 7/2/2014 | $150.00 | Out of town dinner - D. Blanks, J. Dwyer, E. Bergman - 3. |
| Jeff Dwyer | 7/2/2014 | $9.24 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 7/6/2014 | $15.27 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/8/2014 | $8.12 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 7/10/2014 | $7.54 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/14/2014 | $222.82 | Out of town dinner - J. Dwyer, E. Bergman, D. Fitzgerald, J. Ehrenhofer, M. Frank - 5. |
| Jeff Dwyer | 7/16/2014 | $50.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/22/2014 | $44.24 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/24/2014 | $78.91 | Out of town dinner - J. Dwyer, D. Fitzgerald - 2. |
| Jeff Dwyer | 7/30/2014 | $35.31 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 7/31/2014 | $5.52 | Out of town breakfast - J. Dwyer. |
| Jodi Ehrenhofer | 7/7/2014 | $5.34 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/7/2014 | $174.87 | Out of town dinner - J. Ehrenhofer, M. Frank, S. Kotarba, R. Country - 4. |
| Jodi Ehrenhofer | 7/8/2014 | $300.00 | Out of town dinner - J. Ehrenhofer, D. Fitzgerald, J. Dwyer, M. Frank, R. Country, S. Kotarba - 6. |
| Jodi Ehrenhofer | 7/14/2014 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/15/2014 | $56.63 | Out of town dinner - J. Ehrenhofer, R. Country - 2. |
| Jodi Ehrenhofer | 7/21/2014 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/21/2014 | $31.82 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/22/2014 | $41.66 | Out of town dinner - J. Ehrenhofer, M. Frank - 2. |
| Jodi Ehrenhofer | 7/23/2014 | $8.65 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/28/2014 | $15.99 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/28/2014 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 7/30/2014 | $9.53 | Out of town dinner - J. Ehrenhofer. |

Exhibit F

### Combined - All Entities
### Expense Detail by Category
### July 1, 2014 through July 31, 2014

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jon Rafpor | 7/28/2014 | $504.34 | Out of town dinner - D. Fitzgerald, D. Blanks, E. Bergman, Filsinger Guest 1, 2, 3; J. Dwyer, J. Stegenga, J. Stuart, J. Rafpor, M. Frank, S. Pittman, T. Atwood, T. Filsinger - 15. |
| Kevin Sullivan | 7/10/2014 | $16.24 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 7/12/2014 | $23.70 | Out of town dinner - K. Sullivan. |
| Kevin Sullivan | 7/30/2014 | $8.08 | Out of town dinner - K. Sullivan. |
| Matt Frank | 7/1/2014 | $150.00 | Out of town dinner - M. Frank, D. Fitzgerald, T. Atwood - 3. |
| Matt Frank | 7/7/2014 | $7.62 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/9/2014 | $8.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/10/2014 | $11.74 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/10/2014 | $9.14 | Out of town dinner - M. Frank. |
| Matt Frank | 7/14/2014 | $14.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/15/2014 | $10.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/15/2014 | $136.50 | Out of town dinner - M. Frank, E. Bergman, J. Dwyer - 3. |
| Matt Frank | 7/16/2014 | $10.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/16/2014 | $50.00 | Out of town dinner - M. Frank. |
| Matt Frank | 7/18/2014 | $8.47 | Out of town dinner - M. Frank. |
| Matt Frank | 7/18/2014 | $10.00 | Out of town dinner - M. Frank. |
| Matt Frank | 7/21/2014 | $20.02 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/23/2014 | $4.99 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/24/2014 | $4.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/24/2014 | $10.93 | Out of town dinner - M. Frank. |
| Matt Frank | 7/29/2014 | $4.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/30/2014 | $48.86 | Out of town dinner - M. Frank. |
| Matt Frank | 7/30/2014 | $10.24 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/31/2014 | $10.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 7/31/2014 | $6.57 | Out of town dinner - M. Frank. |
| Rich Newman | 7/21/2014 | $46.86 | Out of town dinner - R. Newman. |
| Rich Newman | 7/21/2014 | $11.77 | Out of town breakfast - R. Newman. |
| Robert Country | 7/7/2014 | $9.95 | Out of town breakfast - R. Country. |

*Exhibit F*

### Combined - All Entities
### Expense Detail by Category
### July 1, 2014 through July 31, 2014

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 7/8/2014 | $4.60 | Out of town breakfast - R. Country. |
| Robert Country | 7/10/2014 | $10.58 | Out of town dinner - R. Country |
| Robert Country | 7/14/2014 | $6.52 | Out of town breakfast - R. Country. |
| Steve Kotarba | 7/14/2014 | $5.42 | Out of town breakfast - S. Kotarba. |
| **Expense Category Total** | | **$3,587.46** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 7/12/2014 | $111.65 | Wireless usage charges. |
| Daisy Fitzgerald | 7/25/2014 | $49.95 | Internet online monthly access fee. |
| David Blanks | 7/12/2014 | $68.03 | Wireless usage charges. |
| Emmett Bergman | 7/12/2014 | $81.47 | Wireless usage charges. |
| Jeff Dwyer | 7/1/2014 | $122.25 | Wireless usage charges. |
| Jeff Dwyer | 7/10/2014 | $5.00 | Miscellaneous travel incidentals at hotel. |
| Jeff Dwyer | 7/28/2014 | $10.00 | In flight internet charges. |
| Jeff Dwyer | 7/31/2014 | $25.98 | In flight internet charges. |
| Jeff Stegenga | 7/1/2014 | $8.00 | Travel incidentals at hotel and airport. |
| Jeff Stegenga | 7/12/2014 | $295.97 | Wireless usage charges. |
| Jodi Ehrenhofer | 7/1/2014 | $100.75 | Wireless usage charges. |
| Jodi Ehrenhofer | 7/1/2014 | $17.92 | Verizon conference call charges. |
| John Stuart | 7/1/2014 | $20.95 | Wifi internet charge on flight. |
| John Stuart | 7/12/2014 | $84.11 | Wireless usage charges. |
| Jon Rafpor | 7/12/2014 | $56.21 | Wireless usage charges. |
| Kevin Sullivan | 7/12/2014 | $73.04 | Wireless usage charges. |
| Mark Zeiss | 7/1/2014 | $0.84 | Verizon conference call charges. |
| Mark Zeiss | 7/12/2014 | $62.81 | Wireless usage charges. |
| Matt Frank | 7/1/2014 | $0.26 | Verizon conference call charges. |
| Matt Frank | 7/12/2014 | $94.77 | Wireless usage charges. |

---

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2014 through July 31, 2014*

---

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 7/18/2014 | $39.95 | Wifi charge on flight - monthly (7/13-8/12). |
| Matt Williams | 7/12/2014 | $48.84 | Wireless usage charges. |
| Michael Dvorak | 7/1/2014 | $1.95 | Wireless usage charges. |
| Michael Williams | 7/12/2014 | $55.68 | Wireless usage charges. |
| Paul Kinealy | 7/1/2014 | $52.86 | Wireless usage charges. |
| Peter Mosley | 7/1/2014 | $56.29 | Wireless usage charges. |
| Robert Country | 7/1/2014 | $5.80 | Wireless usage charges. |
| Sarah Pittman | 7/12/2014 | $10.44 | Wireless usage charges. |
| Steve Kotarba | 7/1/2014 | $13.22 | Verizon conference call charges. |
| Steve Kotarba | 7/12/2014 | $86.91 | Wireless usage charges. |
| Taylor Atwood | 7/12/2014 | $66.09 | Wireless usage charges. |
| **Expense Category Total** | | **$1,727.99** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 7/3/2014 | $38.19 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 7/7/2014 | $52.61 | Taxi from DFW Airport to Energy. |
| Daisy Fitzgerald | 7/7/2014 | $67.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 7/10/2014 | $52.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 7/14/2014 | $60.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 7/14/2014 | $55.20 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 7/16/2014 | $4.28 | Taxi from Energy to hotel. |
| Daisy Fitzgerald | 7/17/2014 | $45.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 7/17/2014 | $27.76 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 7/21/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Daisy Fitzgerald | 7/22/2014 | $4.28 | Taxi from Energy to hotel. |
| Daisy Fitzgerald | 7/24/2014 | $64.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 7/24/2014 | $58.00 | Taxi from San Francisco Airport to home. |

*Exhibit F*

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2014 through July 31, 2014*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 7/28/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Daisy Fitzgerald | 7/28/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Daisy Fitzgerald | 7/28/2014 | $50.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 7/30/2014 | $4.28 | Taxi from Energy to hotel. |
| Daisy Fitzgerald | 7/31/2014 | $22.06 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 7/1/2014 | $15.00 | Taxi to hotel from Energy. |
| Emmett Bergman | 7/1/2014 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 7/2/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 7/2/2014 | $58.95 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 7/7/2014 | $120.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/7/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 7/8/2014 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 7/9/2014 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 7/10/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 7/10/2014 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 7/13/2014 | $120.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/13/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 7/17/2014 | $58.12 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 7/17/2014 | $53.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 7/21/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 7/21/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/22/2014 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 7/24/2014 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 7/24/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 7/28/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 7/28/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/30/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 7/31/2014 | $159.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 7/2/2014 | $70.00 | Taxi from San Francisco Airport to home. |

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2014 through July 31, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 7/2/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 7/6/2014 | $60.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 7/6/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 7/7/2014 | $10.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 7/7/2014 | $15.00 | Taxi to dinner. |
| Jeff Dwyer | 7/7/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 7/10/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 7/10/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 7/13/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 7/13/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 7/14/2014 | $4.28 | Taxi from Energy to hotel. |
| Jeff Dwyer | 7/16/2014 | $12.35 | Taxi from hotel to dinner. |
| Jeff Dwyer | 7/16/2014 | $29.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 7/17/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 7/17/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 7/21/2014 | $4.32 | Taxi from Energy to dinner. |
| Jeff Dwyer | 7/21/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 7/21/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 7/24/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 7/24/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 7/28/2014 | $58.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 7/28/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 7/30/2014 | $10.00 | Taxi: Business Travel |
| Jeff Dwyer | 7/31/2014 | $75.00 | Taxi: 1601 Bryan to DFW |
| Jeff Dwyer | 7/31/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Stegenga | 7/1/2014 | $23.52 | Roundtrip mileage from home to DFW Airport. |
| Jeff Stegenga | 7/14/2014 | $5.00 | Parking at client. |
| Jeff Stegenga | 7/22/2014 | $6.00 | Parking at client. |
| Jeff Stegenga | 7/29/2014 | $5.00 | Parking at client. |

*Exhibit F*

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2014 through July 31, 2014*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 7/2/2014 | $25.00 | Taxi from office to home. |
| Jodi Ehrenhofer | 7/7/2014 | $39.71 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 7/8/2014 | $16.00 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 7/8/2014 | $15.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 7/9/2014 | $29.00 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 7/10/2014 | $72.65 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 7/10/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 7/14/2014 | $33.00 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 7/14/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 7/14/2014 | $39.23 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 7/15/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 7/16/2014 | $11.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 7/16/2014 | $61.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 7/16/2014 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 7/21/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 7/21/2014 | $37.79 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 7/22/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 7/23/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 7/23/2014 | $40.00 | Taxi from office to home. |
| Jodi Ehrenhofer | 7/28/2014 | $60.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 7/28/2014 | $38.75 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 7/28/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 7/29/2014 | $21.00 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 7/29/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 7/29/2014 | $21.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 7/30/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 7/30/2014 | $41.81 | Taxi from O'Hare to home. |
| John Stuart | 7/1/2014 | $65.34 | Taxi in Philadelphia. |
| John Stuart | 7/1/2014 | $74.46 | Taxi from DFW Airport to home. |

*Combined - All Entities*
*Expense Detail by Category*
*July 1, 2014 through July 31, 2014*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Kevin Sullivan | 7/9/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Kevin Sullivan | 7/9/2014 | $76.15 | Taxi from home to Newark Airport. |
| Kevin Sullivan | 7/10/2014 | $8.00 | Taxi from Energy to hotel. |
| Kevin Sullivan | 7/11/2014 | $8.00 | Taxi from hotel to Energy. |
| Kevin Sullivan | 7/12/2014 | $61.15 | Taxi from Newark Airport to home. |
| Kevin Sullivan | 7/12/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Kevin Sullivan | 7/29/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Kevin Sullivan | 7/29/2014 | $76.15 | Taxi from home to Newark Airport. |
| Kevin Sullivan | 7/30/2014 | $12.00 | Taxi from hotel to Energy. |
| Kevin Sullivan | 7/31/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Kevin Sullivan | 7/31/2014 | $61.15 | Taxi from Newark Airport to home. |
| Matt Frank | 7/1/2014 | $130.00 | Monthly parking near client. |
| Matt Frank | 7/2/2014 | $129.04 | Rental car in Dallas - 3 days. |
| Matt Frank | 7/2/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 7/2/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 7/7/2014 | $18.85 | Tolls charged by Hertz. |
| Matt Frank | 7/7/2014 | $60.00 | Taxi from DFW Airport to Hertz downtown Dallas location. |
| Matt Frank | 7/7/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 7/10/2014 | $166.10 | Rental car in Dallas - 4 days. |
| Matt Frank | 7/10/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 7/10/2014 | $8.00 | Parking at dinner. |
| Matt Frank | 7/10/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 7/13/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 7/13/2014 | $60.00 | Taxi from DFW Airport to hotel. |
| Matt Frank | 7/14/2014 | $186.45 | Rental car in Dallas - 5 days. |
| Matt Frank | 7/14/2014 | $11.00 | Taxi from hotel to client. |
| Matt Frank | 7/17/2014 | $10.00 | Parking. |
| Matt Frank | 7/17/2014 | $5.00 | Parking at dinner. |
| Matt Frank | 7/18/2014 | $65.00 | Taxi form Chicago Airport to home. |

*Exhibit F*

**Combined - All Entities**
**Expense Detail by Category**
**July 1, 2014 through July 31, 2014**

**Transportation**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 7/18/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 7/21/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 7/21/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 7/24/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 7/24/2014 | $140.26 | Rental car in Dallas - 4 days. |
| Matt Frank | 7/28/2014 | $60.00 | Taxi from DFW Airport to client. |
| Matt Frank | 7/28/2014 | $5.00 | Parking at dinner. |
| Matt Frank | 7/29/2014 | $8.00 | Parking at dinner. |
| Matt Frank | 7/31/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 7/31/2014 | $140.26 | Rental car in Dallas - 4 days. |
| Matt Frank | 7/31/2014 | $60.00 | Taxi from client to DFW Airport. |
| Rich Newman | 7/21/2014 | $52.00 | Taxi from home to Milwaukee Airport. |
| Rich Newman | 7/21/2014 | $53.12 | Taxi from Milwaukee Airport to home. |
| Rich Newman | 7/21/2014 | $58.35 | Taxi from DFW Airport to Energy. |
| Robert Country | 7/7/2014 | $17.02 | Taxi from home to O'Hare. |
| Robert Country | 7/10/2014 | $42.30 | Taxi from O'Hare to home. |
| Robert Country | 7/14/2014 | $37.79 | Taxi from home to O'Hare. |
| Robert Country | 7/15/2014 | $14.00 | Taxi from hotel to Energy office. |
| Robert Country | 7/16/2014 | $47.56 | Taxi from O'Hare to home. |
| Steve Kotarba | 7/14/2014 | $54.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 7/16/2014 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 7/16/2014 | $25.00 | Taxi from Energy to DFW Airport. |
| Steve Kotarba | 7/16/2014 | $22.33 | Taxi from Midway Airport to home. |

| | | | |
|---|---|---|---|
| **Expense Category Total** | | **$7,730.37** | |
| *Grand Total* | | **$59,082.15** | |