# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Upon the *Certification of Counsel Regarding Order Scheduling Omnibus Hearing Dates*, dated September 17, 2014, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The following dates and times have been scheduled for hearings in the above-captioned chapter 11 cases (the "Chapter 11 Cases"):

| Date & Time | Location |
|---|---|
| November 20, 2014 at 12:00 p.m. (noon) | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 |
| December 18, 2014 at 9:30 a.m. | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 |

2. Additional omnibus hearings will occur thereafter in the Chapter 11 Cases as may be scheduled by subsequent order of the Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10825442v.1

3.  All matters in the Chapter 11 Cases shall be set for and heard on the date scheduled for an omnibus hearing unless alternative hearing dates are approved by the Court for good cause shown.

Dated: September ____, 2014
       Wilmington, Delaware

                                              _____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2