# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## STIPULATION AND CONSENT ORDER EXTENDING
## CERTAIN DEADLINES IN THE FINAL CASH COLLATERAL ORDER

Texas Competitive Electric Holdings Company LLC ("TCEH"), Energy Future Competitive Holdings Company LLC ("EFCH"), certain of TCEH's direct and indirect subsidiaries that are debtors and debtors-in-possession in the above-captioned cases (collectively with TCEH and EFCH, the "TCEH Debtors"), Wilmington Trust, N.A., as successor collateral agent (the "First Lien Collateral Agent") and successor administrative agent (the "First Lien Administrative Agent") under that certain Credit Agreement dated as of October 10, 2007 (as amended, modified, or supplemented from time to time), Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee (the "First Lien Notes Trustee") under that certain Indenture dated April 19, 2011, for the 11.50% senior secured notes due October 1, 2020, and the unofficial committee of certain unaffiliated holders of, *inter alia*, first lien senior secured claims against the TCEH Debtors (the "TCEH First Lien Ad Hoc Committee"), hereby stipulate and agree as follows:

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not

A.      On April 29, 2014, each of the TCEH Debtors filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (this "Court") commencing these chapter 11 cases.  These cases are jointly administered and have been consolidated for procedural purposes only.

B.      The TCEH Debtors continue to manage and operate their businesses and properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these cases.

C.      On June 6, 2014, the Court entered the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* (the "Final Cash Collateral Order")[2] [D.I. 855].

D.      On August 8, 2014, the Court entered the *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* (the "First Challenge Period Stipulation") [D.I. 1771] pursuant to which, *inter alia*, the Court modified the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order for parties in interest to challenge the stipulations and admissions contained in the Final Cash Collateral Order.

**NOW, THEREFORE,** it is hereby ordered, agreed and stipulated that the Final Cash Collateral Order and First Challenge Period Stipulation shall be, and hereby are, modified solely as follows (hereinafter, the "Stipulation"):

---

provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have meaning ascribed to such terms in the Final Cash Collateral Order.

1.     The deadline established pursuant to paragraph 15 of the Final Cash Collateral Order (as modified by the First Challenge Period Stipulation) for parties in interest, including, without limitation, the Creditors' Committee and any other person acting on behalf of the TCEH Debtors' estates, to challenge the stipulations and admissions contained in the Final Cash Collateral Order is extended to November 28, 2014, subject to further extension by written agreement of the TCEH Debtors, the Prepetition First Lien Agents, the TCEH First Lien Ad Hoc Committee, and any individual Prepetition First Lien Creditor that is the subject of a Challenge solely with respect to the Challenge Period relating to such Challenge, each acting in their sole discretion.

2.     This Stipulation shall be, upon approval by the Court, binding on all parties in interest in the above-captioned proceedings and contains the entire agreement by and between the parties hereto, and all prior understandings or agreements, if any, are merged into this Stipulation.  No representations have been made or relied upon by the parties, except as set forth herein.


*[Remainder of page intentionally left blank]*

Dated: September 18, 2014
      Wilmington, Delaware

                        /s/ Jason M. Madron

           **RICHARDS, LAYTON & FINGER, P.A.**
           Mark D. Collins (No. 2981)
           Daniel J. DeFranceschi (No. 2732)
           Jason M. Madron (No. 4431)
           920 North King Street
           Wilmington, Delaware 19801
           Telephone:   (302) 651-7700
           Facsimile:   (302) 651-7701
           Email:       collins@rlf.com
                        defranceschi@rlf.com
                        madron@rlf.com
           -and-

           **KIRKLAND & ELLIS LLP**
           **KIRKLAND & ELLIS INTERNATIONAL LLP**
           Richard M. Cieri (admitted *pro hac vice*)
           Edward O. Sassower, P.C. (admitted *pro hac vice*)
           Stephen E. Hessler (admitted *pro hac vice*)
           Brian E. Schartz (admitted *pro hac vice*)
           601 Lexington Avenue
           New York, New York 10022-4611
           Telephone:   (212) 446-4800
           Facsimile:   (212) 446-4900
           Email:       richard.cieri@kirkland.com
                        edward.sassower@kirkland.com
                        stephen.hessler@kirkland.com
                        brian.schartz@kirkland.com
           -and-

           James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
           Chad J. Husnick (admitted *pro hac vice*)
           Steven N. Serajeddini (admitted *pro hac vice*)
           300 North LaSalle
           Chicago, Illinois 60654
           Telephone:   (312) 862-2000
           Facsimile:   (312) 862-2200
           Email:       james.sprayregen@kirkland.com
                        chad.husnick@kirkland.com
                        steven.serajeddini@kirkland.com

           *Co-Counsel to the TCEH Debtors*

*/s/ Michael D. DeBaecke*

**BLANK ROME LLP**
Michael D. DeBaecke (Bar No. 3186)
Stanley B. Tarr (Bar No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6400

-and-

**SEWARD & KISSEL LLP**
John R. Ashmead (admitted *pro hac vice*)
Mark D. Kotwick (admitted *pro hac vice*)
Arlene R. Alves (admitted *pro hac vice*)
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 574-1200
Facsimile:  (212) 480-8421

*Counsel to the First Lien Collateral Agent*

*/s/ Michael D. DeBaecke*

**BLANK ROME LLP**
Michael D. DeBaecke (Bar No. 3186)
Stanley B. Tarr (Bar No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6400

-and-

**SEWARD & KISSEL LLP**
John R. Ashmead (admitted  *pro hac vice*)
Mark D. Kotwick (admitted  *pro hac vice*)
Arlene R. Alves (admitted  *pro hac vice*)
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 574-1200
Facsimile:  (212) 480-8421

*Counsel to the First Lien Administrative Agent*

*/s/ Neil B. Glassman*

**BAYARD, P.A.**
Neil B. Glassman (Bar No. 2087)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email:  nglassman@bayardlaw.com

-and-

**PAUL HASTINGS LLP**
Luc A. Despins (admitted *pro hac vice*)
Andrew V. Tenzer (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
75 East 55th Street, First Floor
New York, New York 10022
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

*Counsel to the First Lien Notes Trustee*

_/s/ Pauline K. Morgan_

**YOUNG CONAWAY STARGATT**
**& TAYLOR LLP**
Pauline K. Morgan (Bar No. 3650)
Ryan M .Bartley (Bar No. 4985)
Andrew Magaziner (Bar No. 5426)
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
Alan W. Kornberg (admitted _pro hac vice_)
Kelley A. Cornish (admitted _pro hac vice_)
Brian S. Hermann (admitted _pro hac vice_)
Jacob A. Adlerstein (admitted _pro hac vice_)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

_Counsel to the Ad Hoc Committee_
_of TCEH First Lien Creditors_

SO ORDERED this __ day of September, 2014:

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge