# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | |

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 BY EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Early, Lucarelli, Sweeney & Meisenkothen ("Early") hereby submits the following verified statement (the "Statement"), and represents as follows:

1. Early has been retained as counsel for certain asbestos personal injury creditors (the "Creditors") in the above captioned matter.

2. As of the date of this statement, each Creditor listed on Exhibit A has executed a retention agreement or power of attorney that authorizes Early to act on behalf of each Creditor in these cases. Copies of these agreements or powers of attorney are available from Early upon demonstration of need, but will not be filed with the Court due to confidentiality concerns.

3. The Creditors hold either unliquidated claims or claims in varying amounts for monetary damages due to personal injury caused by the Debtors for manufacturing, marketing, distributing, installing, producing and/or specifying the use of asbestos or asbestos containing products in the design, construction, or maintenance of certain power generation facilities.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these Chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. For purposes of this Statement, each Creditor's address is c/o Ethan J. Early, Esq., Early, Lucarelli, Sweeney & Meisenkothen, 360 Lexington Ave., 20th Floor, New York, NY 10017.

5. Early does not hold any claims against or interest in any of the Debtors.

6. Nothing contained in this Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against or interests in the Debtors held by any of the Creditors, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Creditor to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these cases.

7. Additional Creditors may become clients, and certain clients may cease to be clients in the future. Counsel reserves the right to amend or supplement this Statement as necessary for that, or any other reason, in accordance with Bankruptcy Rule 2019.

8. I, Ethan J. Early, declare under penalty of perjury that I am an attorney at Early and that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Dated: September 18, 2014

Respectfully submitted,

EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN

_____
Ethan J. Early, Esquire
360 Lexington Ave., 20th Floor
New York, NY 10017
Telephone: (212) 986-2233
Fax: (212) 986-2255
eearly@elslaw.com

3759341v1