# **<u>EXHIBIT A</u>**

# Exhibit A
## List of Parties with Currently Pending Asbestos Personal Injury Suit

| Injured Party Name | Final Disease |
| --- | --- |
| Brooks, Barbara | Mesothelioma |
| Conti, Joseph V. | Mesothelioma |
| Fahy, David W. | Mesothelioma |

EECI - List of Early Ludwick Sweeney Strauss Claimants