# **<u>EXHIBIT A</u>**

# Exhibit A
## List of Parties with Currently Pending Asbestos Personal Injury Suit

| Injured Party Name | Final Disease |
|---|---|
| Case, Mary | Mesothelioma |
| Solomons, Helen | Mesothelioma |
| Mooney, Dorothy | Lung Cancer |
| Cundiff, William | Mesothelioma |
| Powell, Michael | Mesothelioma |
| Mueller, Richard | Mesothelioma |
| Strickland, Lester | Mesothelioma |
| Martin, Kenneth | Mesothelioma |
| Mays, John | Lung Cancer |
| Bode, David | Lung Cancer |
| Hertlein, Ronald | Mesothelioma |
| Folsom, Charles | Mesothelioma |
| Kirkland, James | Mesothelioma |
| Brasher, Mack | Mesothelioma |
| Beus, Don | Mesothelioma |
| Chinnis, James | Mesothelioma |
| Seigworth, Merle | Mesothelioma |
| Zozgornik, Charles | Mesothelioma |
| Tosh, Nedra | Mesothelioma |
| Terbush, Shirley | Mesothelioma |
| Tice, Arnold | Lung Cancer |
| Woolard, Doyle | Mesothelioma |
| Morgan, Wallace | Mesothelioma |
| Rohletter, Bobby | Mesothelioma |
| Dunn, Emmett | Mesothelioma |
| Reinke, Robert | Mesothelioma |
| Adolf, Richard | Mesothelioma |
| Fogel, Maurice | Mesothelioma |
| Hampton, Johnnie | Mesothelioma |
| Hockenberry, Harold | Mesothelioma |
| Kaminski, Raymond | Mesothelioma |
| Walters, Harold | Mesothelioma |
| Tomasi, Ugo | Mesothelioma |
| McGaha, Barbara | Mesothelioma |
| Jones, John | Mesothelioma |
| Fairbanks, Delphne | Mesothelioma |
| Byrne, Joyce | Mesothelioma |
| Poedtke, Edward | Mesothelioma |
| Dierksheide, Dale | Mesothelioma |
| Strum, Herman | Mesothelioma |
| Coats, Bobby | Lung Cancer |
| Fugua, William | Mesothelioma |
| Parker, Russell | Mesothelioma |
| Thomas, Gatrice | Lung Cancer |
| Mack, Robert | Mesothelioma |

EECI - List of Gori Julian Claimants

# Exhibit A
## List of Parties with Currently Pending Asbestos Personal Injury Suit

| Injured Party Name | Final Disease |
|---|---|
| Kanoski, Richard | Mesothelioma |
| Richards, Roy | Mesothelioma |
| Blankinchip, Tommie | Mesothelioma |
| Pafko, Jeanette | Mesothelioma |
| Petkovsek, Bonnie | Mesothelioma |
| Bartlett, William | Mesothelioma |
| Jasper, Joseph | Mesothelioma |
| Bailey, James | Mesothelioma |
| Solomans, Helen | Mesothelioma |
| Walters, Robert | Mesothelioma |
| Griffith, Thomas | Mesothelioma |
| Dennison, Jack | Lung Cancer |
| Roberson, Millard | Mesothelioma |
| Daughhetee, Eldon | Mesothelioma |
| Andrews, Susan | Mesothelioma |
| McCaskill, James | Lung Cancer |
| Gomez, Ceila | Mesothelioma |
| Bates, Johnnie | Mesothelioma |
| Wallace, William | Lung Cancer |
| Meyers, John | Lung Cancer |
| Hobbs, Arlon | Lung Cancer |
| Bergstrom, Floyd | Mesothelioma |
| Russell, Thomas | Mesothelioma |
| Addison, Linda | Mesothelioma |
| Presley, Stephen | Mesothelioma |
| Saenz, Francisca | Mesothelioma |
| Danna, Barry | Lung Cancer |
| Mott, Glenn | Mesothelioma |
| McGhee, Raymond | Mesothelioma |
| Greene, Robert | Mesothelioma |
| Griffiths, Charles | Lung Cancer |
| Good, Roger | Mesothelioma |
| Grams Bernard | Lung Cancer |
| Houston, Lamar | Mesothelioma |
| Paratore, Martin | Mesothelioma |
| Mavronicles, Charles | Mesothelioma |
| Johnson, Velma | Lung Cancer |
| Baxter, Charles | Mesothelioma |
| Nechodomu, Gerald | Mesothelioma |
| Hays, James | Lung Cancer |
| Wadeking, Lawerence | Lung Cancer |
| Tilghman, Cooper | Mesothelioma |
| Miller, Roger | Mesothelioma |
| Russell, Florence | Mesothelioma |
| Straka, Catherine | Mesothelioma |
| Meyers, Keith | Mesothelioma |

EECI - List of Gori Julian Claimants

# Exhibit A
## List of Parties with Currently Pending Asbestos Personal Injury Suit

| Injured Party Name | Final Disease |
| --- | --- |
| Braden, Douglas | Mesothelioma |
| Burton, Clarence | Mesothelioma |
| Chestnut, Ivan | Mesothelioma |
| Danz, Robert | Mesothelioma |
| Dempsey, Henry | Mesothelioma |
| Ehret, Edward | Lung Cancer |
| Gann, Gerald | Lung Cancer |
| Liberda, August | Mesothelioma |
| Chrisolm, Cecil | Mesothelioma |
| Kiser, Merle | Mesothelioma |
| Kiddo, Clyde | Mesothelioma |
| Hooks, Donald | Lung Cancer |
| Hall, Allen | Mesothelioma |
| Reed, Jackie | Lung Cancer |
| Reed, Tracy | Mesothelioma |
| Reed, Orval | Lung Cancer |
| Wardle, Neil | Mesothelioma |
| Stager, Douglas | Mesothelioma |
| Murray, Glenn | Mesothelioma |
| Evans, Richard | Mesothelioma |
| Richardson, Billy | Mesothelioma |
| Togerson, Terry | Mesothelioma |
| Serzynski, Julian | Mesothelioma |
| Scrogum, Benjamin | Mesothelioma |
| Figure, Darlene | Mesothelioma |
| Singleton, Carol | Mesothelioma |
| Perkins, Jerry | Mesothelioma |
| Hinckley, Larry | Mesothelioma |
| Franks, Arnold | Mesothelioma |
| Rommerskirchen, David | Lung Cancer |
| Kaminski, Raymond | Mesothelioma |
| Costello, John | Mesothelioma |
| Rankin, Jack | Lung Cancer |
| Stone, Claude | Lung Cancer |
| Stockton, Kenneth | Mesothelioma |
| Nichols, Gregory | Mesothelioma |
| Chamlee, James | Lung Cancer |
| Fawcett, James | Mesothelioma |

EECI - List of Gori Julian Claimants