# **EXHIBIT A**

## Exhibit A
### List of Parties with Currently Pending Asbestos Personal Injury Suit

| Injured Party Name | Final Disease |
| --- | --- |
| Fenicle, George H. (by Personal Representative Shirley Fenicle) | Mesothelioma |

EECI - List of Kazan McClain Claimants