**<u>EXHIBIT B</u>**

**Teaser Materials**

# Presentation to Prospective Investors

September 2014

# Important Information

This presentation contains financial projections, concerning Energy Future Holdings Corp. ("EFH") and its subsidiaries, including Energy Future Intermediate Holding Company LLC ("EFIH") and Oncor Electric Delivery Company LLC ("Oncor") (collectively, the "Company", "our" or "we").

This presentation and the oral statements made in connection therewith may contain "forward looking statements" within the meaning of securities laws. Any forward looking statements involve risks, uncertainties and assumptions. Although we believe that the assumptions and analysis underlying these statements are reasonable as of the date hereof, you are cautioned not to place undue reliance on these statements. Forward looking statements include information concerning our liquidity and our possible future results of operations, including descriptions of our business strategies. These statements often, but not always, include words such as "believe," "expect," "anticipate," "intend," "plan," "estimate," "target," "project," "forecast," "seek," "will," "may," "should," "could," "would" or similar expressions. These statements are based on certain assumptions that we have made in light of our experience in the industry and our perceptions of historical trends, current conditions, expected future developments and other factors we believe are appropriate under the circumstances as of the date hereof. We assume no obligation to and do not intend to update any forward looking statements included herein. You should understand that these statements are not guarantees of future performance or results. Actual results could differ materially from those described in any forward looking statement contained herein as a result of a variety of factors, including known and unknown risks and uncertainties, many of which are beyond our control. Some of these risks and uncertainties are further described in the Company's and Oncor's filings with the Securities and Exchange Commission. As such, you should not unduly rely on such forward looking statements.

This presentation has been prepared by the Company and includes market data and other information from independent sources believed by us to be reliable, including industry publications and surveys. Some data is also based on our good faith estimates, which is derived from our review of internal sources as well as the independent sources described above. Although we believe these sources are reliable, we have not independently verified the information and cannot guarantee its accuracy and completeness.

# Contact Information

**Evercore Group L.L.C.**
55 East 52nd Street
New York, NY 10055
(212) 857-3100

---

William Hiltz
Senior Managing Director
(212) 857-3154
hiltz@evercore.com

Brendan Panda
Managing Director
(212) 857-3171
panda@evercore.com

Sesh Raghavan
Managing Director
(212) 767-4158
sesh.raghavan@evercore.com

# Introduction

- On April 29, 2014, Energy Future Holdings Corp. ("EFH" or the "Company") and the substantial majority of its direct and indirect subsidiaries, including Energy Future Intermediate Holding Company LLC ("EFIH"), Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH"), commenced chapter 11 cases in the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

  - Neither Oncor Electric Delivery Holding Company LLC nor its subsidiaries, including Oncor Electric Delivery Company LLC ("Oncor"), are chapter 11 debtors.

- EFIH is the indirect parent of Oncor, the largest electric transmission and distribution utility in Texas.

  - EFIH indirectly owns an approximately 80% interest in Oncor.

- The Company is reaching out to potential acquirers and investors to participate in an investment, in any form, to acquire any or all of the assets or the reorganized equity of EFH or one or more of its direct and indirect subsidiaries other than EFCH, TCEH and TCEH's direct and indirect subsidiaries.

- The Company intends to seek the Bankruptcy Court's approval of bidding procedures that will provide a fair and orderly process for all interested parties.

# EFH Organizational Overview

## Energy Future Holdings

- EFH is a holding company with operations in two primary subsidiaries: TCEH and EFIH.
- EFIH indirectly owns an approximately 80% interest in Oncor, a regulated electric transmission and distribution utility.
- TCEH, an indirect wholly-owned subsidiary of EFH, is a holding company for various subsidiaries engaged in competitive electricity generation and retail activities.

| Energy Future Intermediate Holding Company LLC ("EFIH") | Energy Future Competitive Holdings Company LLC ("EFCH") |
|---|---|

**Texas Competitive Electric Holdings Company LLC ("TCEH")**

Minority Investors[a] 19.97%

Indirectly owns 80.03% of Oncor

**Ring-Fenced Entity**



- Largest regulated transmission and distribution ("T&D") utility in Texas
- ~3.3 million electricity points of delivery; ~120,000 miles of T&D lines
- Growing customer base and constructive regulatory environment



- Largest lignite/coal and nuclear generation fleet in Texas
- ~2,200 MW of new lignite capacity (3 units) in operation
- 2,300 MW of nuclear capacity



- Single largest REP by customer count in Texas
- Strong customer value proposition
- ~1.7 million customers

2

(a)    Texas Transmission and Investment LLC (19.75%), management and directors (0.22%)

# EFIH Overview

## Business Profile

- EFIH, a direct, wholly-owned subsidiary of EFH, is a holding company with an indirect majority interest (80.03%) in Oncor.

- EFIH's cash flows primarily consist of dividend distributions from Oncor Electric Delivery Holdings Co. LLC ("Oncor Holdings").

  - Oncor's ability to make distributions are supported by critical T&D operations and stable, predictable cash flows.

  - Oncor is a "best-in-class" utility - the largest T&D utility in one of the fastest growing states with a supportive regulatory framework.

- Dividend distributions from Oncor are governed by Oncor's LLC Agreement, which provides for quarterly distributions of dividends to EFIH.

- Pursuant to a tax sharing agreement, Oncor and Oncor Holdings make quarterly distributions to EFH equal to the corporate 35% tax rate multiplied by the portion of Oncor's income allocated to EFH.[b]

## Simplified Organizational Overview



Source:  Annual report, Oncor Electric Delivery Company LLC Agreement, Oncor Electric Delivery Holdings Company LLC Agreement
(a)    Minority investors include Texas Transmission and Investment LLC
(b)    Post-transaction, the Oncor tax sharing agreement could be modified to redirect Oncor and Oncor Holdings tax distributions from EFH to EFIH or its subsidiaries

3

# Oncor Overview

## Business Profile

- Largest transmission and distribution company in Texas
- Low costs and high reliability
- No commodity exposure
- Accelerated recovery of investments in advanced meters and transmission
- ~$2 billion historical investment in Competitive Renewable Energy Zone ("CREZ")[a] transmission projects
- Highly experienced management team

## Unique Characteristics

- Supportive regulatory environment
- Recently improved capital expenditure recovery (transmission and distribution)
- Low operating costs per customer
- Low rates compared to peers
- Strong reliability and safety performance

## Key Statistics

| | |
|---|---|
| Electricity Distribution Points of Delivery | 3,284,000 |
| 2013A Electric Energy Billed Volumes (GWh) | 112,312 |
| Transmission Miles | 16,180 |
| Distribution Miles | 104,439 |
| 2013A Adj. Revenue | $3,552 million |
| 2013A Adj. EBITDA[b] | $1,752 million |
| 2013A Net Income | $406 million |
| Capex Forecast (2014E – 2018E) | $5.4 billion |
| 2013A Rate Base | $9.5 billion |
| Current Authorized ROE | 10.25% |
| Capital Structure (Debt / Equity) | 60% / 40% |

## Service Territory



**Oncor is the largest transmission and distribution utility in Texas.**

*Source: Public filings and presentations*
(a)    Plan overseen by ERCOT to implement transmission improvements designed to interconnect existing and future renewable energy facilities to transmit electricity from renewable sources.
(b)    Excludes securitization.

4

# Oncor Key Investment Highlights

**Attractive Infrastructure Business Fundamentals**

- **Pure Transmission and Distribution Business** – Oncor provides the essential service of delivering electricity safely, reliably and economically to end-use consumers through its T&D systems and transmission grid connections to generation facilities and interconnection to other grids.
- **High-Growth Service Territory** – According to ERCOT, peak demand is expected to grow at a 1.3% CAGR from 2014-2024. The population of the Dallas-Fort Worth metropolitan area is expected to reach up to 9.2 million by 2020 from 6.8 million currently[a].
- **Constructive Regulatory Environment** – Oncor's rate construct has historically provided adequate and timely recovery of operating cost and return on capital invested. On June 30, 2014, Oncor's regulatory capitalization ratio was 59.3% debt / 40.7% equity (vs. authorized capital structure of 60% debt / 40% equity on 10.25% authorized ROE).
- **Efficient and Timely Capital Recovery** – Texas legislation provides for efficient capital recovery mechanisms, including transmission capital trackers and automated meter reading surcharges, which reduce the need for periodic rate cases.
- **Significant Organic Capital Opportunities** – In 2009, the PUCT awarded Oncor with CREZ construction projects[b]. As of December 31, 2013 Oncor's cumulative CREZ-related CapEx totaled $1.871 billion, including $411 million in 2013. In addition to these projects, ERCOT completed a study in December 2010 that will result in Oncor and other transmission service providers building additional facilities to provide further voltage support to the grid as a result of CREZ.

**Low Business and Financial Risk Profile**

- **Regulated Monopoly** – Status as regulated T&D monopoly provides stability of cash flows and consistent financial performance.
- **No End-Use Customer Risk** – Oncor distributes electricity to REPs who sell directly to end-use consumers. Therefore, Oncor does not bear end-use customer switching or credit risks.
- **No Direct Commodity Risk** – Oncor does not produce or sell electricity and does not need to procure power to operate its transmission and distribution system.
- **Strong Credit Profile, Protected by PUCT-Monitored Ring-Fencing Provisions** – Oncor's credit metrics support strong investment grade credit ratings and are well within investment grade guidelines. Oncor's ring-fencing measures have proved effective at insulating the financial integrity of Oncor throughout the restructuring process.

**Industry Leading Performance & Capabilities**

- **Top Operating Performance and Reliability** – Oncor achieved or exceeded market performance protocols in 12 out of 14 PUCT market metrics in 2013. These metrics measure the success of T&D companies in facilitating customer transactions in the Texas electricity market.
- **Strong, Experienced Management Team** – Oncor's management team has demonstrated an excellent track record in operating transmission and distribution assets and executing large capital programs in prior years. In addition, the management team has a comprehensive understanding of and experience in the regulatory framework and cost recovery system in Texas.

(a)    Current estimates per U.S. Census Bureau and forecast per Texas State Data Center.
(b)    Projects involve the construction of transmission lines and stations to support the transmission of electricity from renewable energy sources, principally wind generation facilities, in west Texas, to population centers in the eastern part of the state.

# Oncor Historical Data

**($ in millions)**

| Selected Financial and Operating Data | | | | |
|---|---|---|---|---|

| | Year Ended December 31, | | | TME |
|---|---|---|---|---|
| | **2011** | **2012** | **2013** | **6/30/2014** |
| **Operating Data** | | | | |
| Electric Energy Billed Volumes (GWh) | 113,837 | 110,371 | 112,312 | 115,988 |
| *% Change Y-o-Y* | *4.1%* | *(3.0%)* | *1.8%* | *5.2%* |
| Electricity Distribution Points of Delivery (000s) [a] | 3,203 | 3,242 | 3,284 | 3,309 |
| *% Change Y-o-Y* | *1.0%* | *1.2%* | *1.3%* | *1.3%* |
| **Income and Cash Flow Data** | | | | |
| Distribution Revenue | $1,993 | $1,789 | $1,826 | $1,845 |
| Transmission Revenue | 555 | 629 | 703 | 757 |
| Other Revenue | 570 | 910 | 1,023 | 1,105 |
| **Total Operating Revenue** | **$3,118** | **$3,328** | **$3,552** | **$3,707** |
| Adjusted EBITDA [b] | $1,537 | $1,673 | $1,752 | $1,798 |
| Net Interest Expense | 327 | 350 | 367 | 355 |
| Net Income | 367 | 349 | 432 | 446 |
| Cash Flow from Operations | 1,295 | 1,269 | 1,370 | 1,295 |
| Capital Expenditures | 1,362 | 1,389 | 1,079 | 986 |
| **Balance Sheet Data** | | | | |
| Cash and Cash Equivalents | $12 | $45 | $27 | $5 |
| Total Assets | 17,371 | 17,990 | 18,234 | 18,423 |
| Short-Term Debt (Incl. Long-Term Debt Due Currently) | 886 | 860 | 876 | 1,457 |
| Long-Term Debt | 5,144 | 5,400 | 5,381 | 5,065 |
| **Total Debt** | **$6,030** | **$6,260** | **$6,257** | **$6,522** |
| Total Debt (Excl. Securitization) | 5,479 | 5,825 | 5,947 | 6,276 |
| Membership Interest | 7,181 | 7,304 | 7,409 | 7,497 |
| **Total Capitalization [b]** | **$12,660** | **$13,129** | **$13,357** | **$13,773** |
| *Total Debt / Total Capitalization [b]* | *43.3%* | *44.4%* | *44.5%* | *45.6%* |
| *Total Debt / Adjusted EBITDA [b]* | *3.5x* | *3.5x* | *3.4x* | *3.5x* |

*Source: Oncor public filings with the SEC*
(a)    Based on number of active meters.
(b)    Excluding securitization.

6

# Oncor Projected Financials

***($ in millions)***

| Oncor Management Financial Forecast | | | | | |
|---|---|---|---|---|---|
| | **2014E** | **2015E** | **2016E** | **2017E** | **2018E** |
| Revenue [a] | $3,652 | $3,771 | $3,868 | $3,952 | $4,031 |
| EBITDA | 1,984 | 1,981 | 1,915 | 1,929 | 1,952 |
| Less: Impact of Securitization on EBITDA | (146) | (111) | (11) | - | - |
| **Adjusted EBITDA** [a] | **$1,838** | **$1,870** | **$1,904** | **$1,929** | **$1,952** |
| *% YoY Adjusted EBITDA growth* | *4.9%* | *1.7%* | *1.8%* | *1.3%* | *1.2%* |
| Book Depreciation [a] | $723 | $752 | $758 | $755 | $761 |
| Net Income | 437 | 459 | 469 | 476 | 478 |
| Capital Expenditures | 1,066 | 1,048 | 1,081 | 1,135 | 1,174 |
| Net Debt [a] | 6,129 | 6,364 | 6,575 | 6,801 | 7,002 |
| Dividends | 282 | 344 | 340 | 404 | 344 |
| Oncor Tax Payments to EFH [b] | 276 | 258 | 216 | 223 | 214 |

*Source: EFH Form 8-K filed with the SEC on April 29, 2014*
(a)    Excluding securitization.
(b)    Reflects amendment of Oncor Tax Sharing Agreement as assumed in the Form 8-K.

7