# **EXHIBIT D**

**Process Letter**

Evercore Group L.L.C.

**Personal & Confidential**

September [ ], 2014

[Name]
[Company]
[Address]
[City, State, Zip]

Dear [Name]:

On behalf of Energy Future Holdings Corp. ("EFH Corp." or the "Company"), we would like to thank you for your interest in the Company. As you are aware, the Company has engaged Evercore Group L.L.C. ("Evercore") in part to explore financial and strategic alternatives for the Company. We are writing to outline the timing and procedures for you to provide a preliminary proposal for a potential transaction involving the Company and its subsidiaries.

As you know, on April 29, 2014, EFH Corp. and the substantial majority of its direct and indirect subsidiaries (the "Debtors"), including Energy Future Intermediate Holding Company LLC ("EFIH"), Energy Future Competitive Holdings Company LLC ("EFCH"), and Texas Competitive Electric Holdings Company LLC ("TCEH"), commenced chapter 11 cases in the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). EFIH is the indirect parent of Oncor Electric Delivery Company LLC ("Oncor") and holds approximately 80% of its outstanding equity. Neither Oncor, its direct parent Oncor Electric Delivery Holding Company LLC ("Oncor Holdings"), nor its subsidiaries are chapter 11 debtors.

The Company is reaching out to potential acquirers and investors to participate in an investment, in any form, to acquire any or all of the assets or the reorganized equity of EFH Corp. or one or more of its direct and indirect subsidiaries other than EFCH, TCEH and TCEH's direct and indirect subsidiaries (the "Transaction"). On September 19, 2014, the Debtors filed a motion in the Bankruptcy Court for approval of procedures governing a marketing process with respect to the Transaction, which are attached to this letter in their proposed form as Exhibit A (the "Bidding Procedures"). Copies of the motion, the Bidding Procedures and other Bankruptcy Court filings are available on the website of the Company's claims and noticing agent at http://www.efhcaseinfo.com.  The Bidding Procedures are subject to further modification and approval by the Bankruptcy Court.  We will provide you notice of the final form of Bidding Procedures at such time.

We invite you to submit a written, non-binding preliminary proposal with respect to the Transaction (a "Proposal") to Evercore and the Company's counsel Kirkland and Ellis LLP ("K&E").  On the basis of your and other preliminary proposals, the Company will determine which parties it will invite to proceed with the Transaction process. As part of this determination, we may contact you to clarify your proposal.

Page 2

We encourage you to contact any of the individuals listed below with questions regarding your preliminary Proposal or the Transaction process generally.

- **Financial Advisor.**  Financial advisor to the Debtors, Evercore Group L.L.C., 55 East 52nd Street, New York, New York 10055, Attn.: William Hiltz (hiltz@evercore.com), David Ying (ying@evercore.com), Stephen Goldstein (stephen.goldstein@evercore.com), Brendan Panda (panda@evercore.com), and Sesh Raghavan (sesh.raghavan@evercore.com).

- **Counsel.**  Counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Edward O. Sassower, P.C. (esassower@kirkland.com), Stephen E. Hessler (shessler@kirkland.com), Brian E. Schartz (brian.schartz@kirkland.com), Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn.:  Chad J. Husnick (chad.husnick@kirkland.com) and Steven N. Serajeddini (steven.serajeddini@kirkland.com), and Kirkland & Ellis LLP, 600 Travis Street, Suite 2400, Houston, Texas 77002, Attn.: Andrew Calder, P.C. (acalder@kirkland.com) and Amber Meek (ameek@kirkland.com).

The Company, Evercore and K&E look forward to working with you toward the completion of a potential Transaction.

**I.    PROPOSAL GUIDELINES**

Your Proposal should comply with the Bidding Procedures, including the requirements set forth in section G. Please submit your Proposal to Evercore and K&E so that it is **actually received** by **4:00 pm (Eastern) on October 23, 2014** by each of the Company's advisors listed above.

Proposals may only be made by principals and not by any persons acting as an agent for another. You may prepare a proposal individually or as a member of a specific consortium.  In the event that you plan to proceed in a consortium, please indicate this to Evercore promptly upon such determination.  Please note that any exploration of the possibility of forming or joining a consortium would be subject to compliance with the terms of any non-disclosure or similar agreement between you and the Company (the "Confidentiality Agreement") and applicable law, including the Bankruptcy Code. After receipt of proposals, Evercore and K&E will, upon direction of the Company, facilitate the possible addition of members to existing consortia or the formation of new consortia.

**II.    SELECTION OF PROSPECTIVE PARTIES**

Based upon, among other things, an analysis of the terms and conditions of the Proposals received, the Company, at its sole discretion, will narrow the list of prospective parties to a limited number of qualified parties with whom to enter into further discussions.

**III.   TERMS AND RESERVATION OF RIGHTS**

Please note that the terms of this letter and any related communications and/or information provided in connection therewith are subject to the Confidentiality Agreement and applicable law, including the Bankruptcy Code.

All communications, inquiries and requests for information relating to a possible Transaction involving the Company, including any materials in connection therewith, should be directed to Evercore and K&E (through the individuals listed above). **Neither the Company, its board of directors, nor any of its direct or indirect affiliates, directors, managers, officers, employees, advisors (other than Evercore and K&E), suppliers, customers, financiers, counterparties, partners, co-venturers or regulators should be contacted directly or indirectly in relation to a possible Transaction.**

Page 3

Neither this letter nor any related communications constitutes an offer to sell the Company. No agreement or understanding regarding a proposed Transaction shall be deemed to exist unless and until a definitive written agreement regarding the proposed Transaction has been executed, and no prospective purchaser shall have any claim based upon any legal theory in connection with a proposed Transaction unless and until the parties shall have entered into and executed such definitive agreement. Except as may expressly be provided in such agreement, neither the Company, nor its affiliates nor any of their respective shareholders, directors, managers, officers, employees, advisors or representatives have any legal or equitable obligation of any kind whatsoever to you or to anyone with respect to the proposed Transaction.

You acknowledge and agree that the Company has the right, in its sole and absolute discretion, to reject any and all offers made with regard to the potential Transaction and to terminate discussions and negotiations with you at any time, for any reason or for no reason, to enter into discussions and negotiations with any party or parties regardless of whether or not such party has participated in the Transaction process pursuant to the terms of this letter or the Bidding Procedures, that the Bidding Procedures are within the sole and absolute discretion of the Company, that the Bidding Procedures are subject to change at any time for any reason or for no reason and with or without prior notice, that determinations of compliance or noncompliance with the Bidding Procedures will be by the Company in its sole discretion, and the sole remedy for any objection to the Bidding Procedures, the application of them or any determination by the Company regarding them will be withdrawal, without further recourse, from participation in the process. **As set forth in the Bidding Procedures, by submitting a Proposal, you submit to the jurisdiction of the Bankruptcy Court and waive any right to a jury trial in connection with any disputes relating to the Company's qualification of Proposals, the construction and enforcement of the Bidding Procedures and/or the Transaction documents and the Debtors' chapter 11 plan of reorganization, as applicable.**

Neither the Company, Evercore, K&E nor any of their respective directors, officers, members, partners, employees, representatives, counsel or advisors, makes any express or implied representation or warranty as to the accuracy or completeness of the information, whether oral or written, made available in connection with an investigation of the proposed Transaction. The Company, Evercore, K&E and their respective directors, officers, members, partners, employees, representatives, counsel and advisors disclaim any and all liability that may be directly or indirectly incurred as a result of such information, errors therein or omissions therefrom. By submitting a Proposal, you acknowledge that you are relying solely upon your own independent investigation and evaluation of the proposed Transaction. You will bear all costs of your investigation, evaluation and negotiation of a proposed Transaction, including the costs of any brokers, advisors or agents, regardless of whether your Proposal is considered or accepted by the Company.

By submitting a Proposal, you acknowledge that you have reviewed this letter and agree to the terms, restrictions and conditions contained herein.

<u>**Exhibit A**</u>

**Proposed Bidding Procedures**