IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS, CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
|  | : | Jointly Administered |
| Debtors. | : |  |

## NOTICE OF DEPOSITION

TO:    Donald L. Evans and Energy Future Holdings Corporation (the captioned debtors (collectively, the "Debtors")),[1] c/o Richards, Layton & Finger, P.A., Attention: Daniel J. DeFranceschi, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Edward O. Sassower, 601 Lexington Avenue, New York, New York 10022-4611,

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, Roberta A. DeAngelis, the United States Trustee for Region 3, by her undersigned counsel, will take the deposition upon oral examination of the Debtors in connection with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis* (the "Insider Compensation Motion") (D.I. 1792) on September 25, 2014, at 10:00 a.m. (Eastern Standard Time) at the U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014. The deposition will take place before a court reporter and will be recorded by stenographic and videographic means, and shall be continued from day to day until it has been completed.

---

[1] The Debtors have agreed to produce Donald L. Evans for a deposition in connection with the Insider Compensation Motion. To the extent that Mr. Evans is unable to testify as to the topics in this notice, then the Debtors must designate other persons to testify on those topics.

Pursuant to the Federal Rules of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics.

### RULE 30(b)(6) DEPOSITION TOPICS

1. The Insider Compensation Motion, including all plans included therein (the "Insider Compensation Plans"), sources of funding, historical practices and documents filed or provided to the U.S. Trustee in support of the motion.

2. Any assessment or decision of the Debtors and the Debtors' boards of directors including the Organization & Compensation Committee ("O&C") (collectively, the "Board") to develop, implement, approve or continue the Insider Compensation Programs, including all supporting assumptions and the sources for those assumptions.

3. The compensation to eligible employees (the "Insiders") under the Insider Compensation Plans for the 2013, 2014 and 2015 performance years.

4. Any assessment or decision of the Debtors and the Board concerning the importance to the survival of the Debtors' businesses to retain the Insiders and whether the compensation under the Insider Compensation Programs is essential to retain them.

5. Any assessment of the Debtors and the Board concerning the ability of the Insiders to meet or exceed the targets under the Insider Compensation Plans, as well as any changes to the targets made post-petition.

6. Any assessment or decision of the Debtors and the Board concerning the relationship between the incentive compensation to non-insiders and the compensation provided under the Insider Compensation Programs.

7. The purpose, duties, responsibilities and decision-making process of the O&C.

Dated: New York, New York
September 19, 2014

                                        ROBERTA A. DEANGELIS
                                        United States Trustee

                                        By  */s/ Andrea B. Schwartz*
                                             Andrea B. Schwartz
                                             Richard L. Schepacarter
                                             U.S. Department of Justice
                                             Office of the U.S. Trustee
                                             J. Caleb Boggs Federal Building
                                             844 King Street, Suite 2207
                                             Lockbox 35
                                             Wilmington, DE 19801
                                             Tel. (302) 573-6491
                                             Fax (302) 573-6497