# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Energy Future Holdings, Inc.**, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2014, the Notice of Deposition to Donald L. Evans and Energy Future Holdings Corporation (D.I. 2090) was caused to be served upon the following persons *via* email.

Edward O. Sassower, P.C.
Mark E. McKean, Esquire
Chad J. Husnick, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Email: esassower@kirkland.com
Email: mmckean@kirkland.com
Email: chusnick@kirkland.com

Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Email: defranceschi@rlf.com
Email: madron@rlf.com

William P. Bowden, Esquire
Ashby & Geddes, PA
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Email: wbowden@ashby-geddes.com

Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Email: amagaziner@ycst.com

Jeffrey M. Schlerf, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801
Email: jschlerf@foxrothschild.com

Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801
Email: cward@polsinelli.com

Jeffrey L. Jonas, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Email: jjonas@brownrudnick.com

Alan W. Kornberg, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
Email: akornberg@paulweiss.com

J. Christopher Shore, Esquire
Thomas E. Lauria, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Email: cshore@whitecase.com
Email: tlauria@whitecase.com

Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster
250 W. 55th Street
New York, NY 10019
Email: bmiller@mofo.com
Email: lmarinuzzi@mofo.com

/s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney