# **<u>EXHIBIT A</u>**

# Exhibit A
## List of Parties with Currently Pending Asbestos Personal Injury Suit

| Injured Party Name | Final Disease |
|---|---|
| Armijo, Harold Manuel | Pleural Mesothelioma |
| Beck, Vernnon Harold | Pleural Mesothelioma |
| Casale, Frank Michael | Pleural Mesothelioma |
| Copeland, Robert L | Pleural Mesothelioma |
| Crowe, Lloyd Joseph | Pleural Mesothelioma |
| Custer, Harold G | Pleural Mesothelioma |
| Dash, Wallace D | Pleural Mesothelioma |
| Dixon, William John | Pleural Mesothelioma |
| Elliott, William Michael | Pleural Mesothelioma |
| Fridenstine Jr., Albert Edward | Pleural Mesothelioma |
| Gillig III, Philip Gross | Pleural Mesothelioma |
| Goble, Fred Elone | Pleural Mesothelioma |
| Kendall, James Lamoine | Pleural Mesothelioma |
| Kimball Sr., Dennis Wade | Pleural Mesothelioma |
| Littrell, Clyde | Mesothelioma |
| Moffitt, Thomas Norman | Pleural Mesothelioma |
| Pundor, Mykola | Pleural Mesothelioma |
| Purkey, Jack Dean | Pleural Mesothelioma |
| Swingle, Tracy Bert | Peritoneal Mesothelioma |
| Sylvester, Kenneth Ray | Pleural Mesothelioma |
| Thomas, Henry Lee | Pleural Mesothelioma |
| Thomas, Henry Lee | Pleural Mesothelioma |
| Van Winkle, Harold Dean | Pleural Mesothelioma |