## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 1792, 1795, 2009** |
| | ) |
| | ) **Objection Deadline (Exclusively for the U.S. Trustee):** |
| | ) **October 2, 2014 at 4:00 p.m.** |
| | ) |
| | ) **Hearing Date:** |
| | ) **October 8, 2014 at 9:30 a.m.** |

*AMENDED* RE-NOTICE OF (I) "MOTION OF ENERGY FUTURE HOLDINGS CORP.,
*ET AL.,* FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO
(A) PAY CERTAIN PREPETITION AMOUNTS ON ACCOUNT OF THE
INSIDER COMPENSATION PROGRAMS AND (B) CONTINUE THE INSIDER
COMPENSATION PROGRAMS IN THE ORDINARY COURSE OF BUSINESS ON
A POSTPETITION BASIS" [D.I. 1792] AND (II) "MOTION OF ENERGY FUTURE
HOLDINGS CORPORATION FOR ENTRY OF AN ORDER AUTHORIZING THE
DEBTORS TO FILE UNDER SEAL THE CERTAIN PORTIONS OF COMMERCIALLY
SENSITIVE INFORMATION SET FORTH IN THE DEBTORS' MOTION FOR ENTRY
OF AN ORDER AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN
PREPETITION AMOUNTS ON ACCOUNT OF THE INSIDER COMPENSATION
PROGRAMS AND (B) CONTINUE THE INSIDER COMPENSATION
PROGRAMS IN THE ORDINARY COURSE OF BUSINESS ON A
POSTPETITION BASIS" [D.I. 1795] AND HEARING THEREON

PLEASE TAKE NOTICE that, on August 8, 2014, the above-captioned debtors and

debtors in possession (collectively, the "Debtors") filed the (i) **Motion of Energy Future**

**Holdings Corp.,** *et al.,* **for Entry of an Order Authorizing the Debtors to (A) Pay Certain**

**Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1792] and (ii) **Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis** [D.I. 1795] (together, the "Motions") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). **You were previously served with a copy of the Motions**.

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, any responses or objections to the Motions **by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") only**, must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **October 2, 2014 at 4:00 p.m. (Eastern Daylight Time) (the "Extended Objection Deadline"). For the avoidance of doubt, the Extended Objection Deadline is only applicable to the U.S. Trustee. The objection deadline with respect to the Motions for all other parties-in-interest expired on September 5, 2014 at 4:00 p.m. (Eastern Daylight Time) (see D.I. 1792, 1795).**

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motions will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor,

2

Courtroom 6, Wilmington, Delaware 19801 on **October 8, 2014 starting at 9:30 a.m. (Eastern Daylight Time)**.

IF NO OBJECTIONS TO THE MOTIONS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

RLF1 10844302v.1

Dated:  September 22, 2014
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
        edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession