# **EXHIBIT A**

# Exhibit A
## List of Parties with Currently Pending Asbestos Personal Injury Suit

| Injured Party Name | Final Disease |
|---|---|
| Bradley, Andrew T. (deceased) | Lung Cancer |
| Graver, Frances | Lung Cancer |
| Netland, Allen (deceased) | Mesothelioma |
| Guttschall, George (deceased) | Lung Cancer |

EECI - List of Paul Reich Myers Claimants