**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. Nos. 2084, 2085, 2086, 2095, 2097** |

## NOTICE OF SERVICE

I, Natalie D. Ramsey, certify that on September 19, 2014, I caused the following documents to be filed and served *via* the CM/ECF system in the above-captioned bankruptcy cases (collectively, the "2019 Statements"):

- *Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Early, Lucarelli, Sweeney & Meisenkothen* [D.I. 2084];
- *Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Gory Julian & Associates, P.C.* [D.I. 2085]; and
- *Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation* [D.I. 2086].

I further certify that on September 22, 2014, I caused the following additional 2019 Statements to be filed and served *via* the CM/ECF system in the above-captioned bankruptcy cases:

- *Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Simmons Hanly Conroy, LLC* [D.I. 2095]; and
- *Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Paul, Reich & Myers, P.C.* [D.I. 2097].

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

I further certify that on September 22, 2014, I caused a true and correct copy of each of the 2019 Statements [D.I. 2084, 2085, 2086, 2095 and 2097] to be served *via* U.S. First Class Mail, postage prepaid, upon the parties on the attached service list.

Dated: Wilmington, Delaware
September 22, 2014

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

 */s/ Natalie D. Ramsey*
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
1105 North Market Street, Suite 1500
Wilmington, DE  19801
(302) 504-7800

*Counsel for Gori Julian & Associates, P.C.; Simmons Hanley Conroy; Paul Reich & Meyers, P.C.; Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and Early, Lucarelli, Sweeney & Meisenkothen*