**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

     PLEASE TAKE NOTICE that pursuant to Rule 1109(b) of the United States Bankruptcy Code if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that further copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following:

     Barr Engineering Co.
     c/o Amy R. Baudler
     Purdue Awsumb & Baudler P.A.
     4700 West 77th Street
     Suite 240
     Minneapolis, MN 55435
     Telephone: (952) 832-2963
     Facsimile: (952) 832-2981
     amy@purduelaw.com

     Please take further notice that pursuant to Rule 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

     Please take further notice that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) any right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

                                      **PURDUE AWSUMB & BAUDLER P.A.**

Dated: September 23, 2014         /s/ Amy R. Baudler
                                              Amy R. Baudler
                                              MN Bar No.: 0242755
                                              4700 West 77th Street
                                              Suite 240
                                              Minneapolis, MN 55435
                                              (952) 832-2963
                                              (952) 832-2981 FAX

                                              Attorneys for Barr Engineering Co.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS was served upon the parties listed below via U.S. first class mail or electronically via the Court's ECF System on this date: September 23, 2014.

                                              /s/ Amy R. Baudler
                                              Amy R. Baudler

Daniel J. DeFranceschi
One Rodney Square
PO Box 551
Wilmington, DE 19899

US Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035