IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF DEPOSITION

TO: Energy Future Holdings Corporation and the above-captioned debtors (together, the "Debtors"), c/o Richards Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, DE 19801 and Kirkland & Ellis LLP, Attention Richard M. Cieri, 601 Lexington Avenue, New York, NY 10022.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of the United States District Court for the District of Delaware (the "Delaware Rules"), made applicable hereto pursuant to the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens ("WSFS"), by and through its counsel, shall take the deposition upon oral examination of the above-captioned Debtors in connection with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* (the "Bidding Procedures Motion") [Docket No. 2087], filed September 19, 2014.

{00896623;v1 }

The deposition shall be conducted at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York 10036, on October 3, 2014 at 9:30 a.m. The deposition will be taken before an authorized court reporter or other officer authorized by law to administer oaths, will be recorded by stenographic means and may be videotaped.

Pursuant to Federal Rule 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

### DEPOSITION TOPICS[1]

1. The Bidding Procedures Motion, and the relief requested therein.

2. The proposed Bidding Procedures and the Term Sheet.

3. The negotiation of the Bidding Procedures and the Term Sheet.

4. Any assessment, evaluation, consideration, or analysis of the sufficiency of the proposed time lines for, and durations of, the Stalking Horse Bidding Process, Open Bidding Process, and Auction, including, but not limited to, the effect those time lines and durations may have on maximizing value to the Debtors' estates, and including any related discussion with potential bidders.

5. Any assessment, evaluation, consideration, or analysis of the decision to employ an auction process similar to those typically used by companies outside of bankruptcy to select the Stalking Horse Bidder, including any related discussion with potential bidders.

6. Any assessment, evaluation, consideration, or analysis concerning the effect of the proposed Transaction on recoveries for TCEH creditors.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bidding Procedures Motion.

{00896623;v1}                                         2

7. The Debtors' assertion that keeping bids sealed is necessary to maximize the value received for the Transaction.

8. The Debtors' assertion that the optimal deal transaction would be an equity investment in reorganized EFH combined with a tax-free spinoff of TCEH.

9. Any Documents upon which Debtors rely or intend to rely in connection with the Bidding Procedures Motion.

10. Any assessment, evaluation, consideration, or analysis concerning the tax implications of the Transaction or alternatives thereto.

11. Any assessment, evaluation, consideration, or analysis concerning transaction structures not premised on a purchase of the assets or equity of EFH Corp. and/or a tax free spinoff of the TCEH Entities.

12. Communications with non-Debtor parties concerning the Transaction or the relief sought in the Bidding Procedures Motion.

13. Deliberations by any of the Debtors' boards concerning the Transaction or the relief sought in the Bidding Procedures Motion.

Dated: Wilmington, Delaware
September 23, 2014

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

By: /s/ William P. Bowden
William P. Bowden (I.D. No. 2553)
Gregory A. Taylor (I.D. No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and –

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Aaron B. Lauchheimer (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and –

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
James W. Stoll (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*