## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**DEBTORS' MOTION FOR LEAVE TO FILE AND SERVE A LATE
REPLY IN RESPONSE TO ANY OBJECTION OF THE OFFICE OF THE
UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE TO THE
"MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF
AN ORDER AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN PREPETITION
AMOUNTS ON ACCOUNT OF THE INSIDER COMPENSATION PROGRAMS
AND (B) CONTINUE THE INSIDER COMPENSATION PROGRAMS IN THE
ORDINARY COURSE OF BUSINESS ON A POSTPETITION BASIS" [D.I. 1792]**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby

file this motion for leave (the "Motion for Leave"), pursuant to Rule 9006-1(d) of the Local Rules

of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), to file and serve a reply (the "Reply"), beyond the deadline set forth

in Local Rule 9006-1(d), in response to any objection (the "Objection") that may be filed by the

Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") to the *Motion*

*of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to (A) Pay*

*Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue*

*the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

dated August 8, 2014 [D.I. 1792] (the "Insider Compensation Programs Motion"). In support of this Motion for Leave, the Debtors respectfully represent as follows:

## JURISDICTION

1.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.[2]

## BACKGROUND

2.     On August 8, 2014, the Debtors filed the Insider Compensation Programs Motion. Pursuant to the Insider Compensation Programs Motion, the Debtors are seeking entry of an order authorizing them to (a) pay certain prepetition amounts owed on account of the Debtors' Insider Compensation Programs (as such term is defined in the Insider Compensation Programs Motion) and (b) continue the Insider Compensation Programs in the ordinary course of business on a postpetition basis.

3.     The Insider Compensation Programs Motion is scheduled to be heard at the hearing scheduled to take place before the Court on October 8, 2014 starting at 9:30 a.m. (Eastern Daylight Time) (the "Hearing"). Pursuant to the applicable notices and re-notices filed and served in connection with the Insider Compensation Programs Motion, (i) the deadline for all parties-in-interest other than the U.S. Trustee to file responses or objections to the Insider Compensation Programs Motion was 4:00 p.m. (Eastern Daylight Time) on September 5, 2014 and (ii) the deadline for U.S. Trustee only to file a response or objection to the Insider Compensation Programs Motion is 4:00 p.m. (Eastern Daylight Time) on October 2, 2014 (the "Objection Deadline").

---

[2] Pursuant to Local Rule 9013-1(f), the Debtors hereby confirm their consent to the entry of a final order by this Court in connection with this Motion for Leave if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

4.      The U.S. Trustee requested, and the Debtors agreed, to adjourn the hearing on the Insider Compensation Motion to October 8, 2014 at 9:30 a.m. (Eastern Daylight Time).  The U.S. Trustee will be conducting the deposition of Donald L. Evans, Chairman of the EFH Board, on September 25, 2014.  To provide the U.S. Trustee with time to file her objection or response to the Insider Compensation Motion, if any, the Debtors have agreed to extend the U.S. Trustee's deadline to file such pleading to October 2, 2014 at 4:00 p.m. (Eastern Daylight Time).  In turn, the U.S. Trustee has agreed to an extension of the Debtors' time to file a reply to October 7, 2014 at 12:00 p.m. (noon) (Eastern Daylight Time).  By this Motion for Leave, the Debtors seek permission to file and serve the Reply after the deadline afforded under Local Rule 9006-1(d).

## RELIEF REQUESTED

5.      By this Motion for Leave, the Debtors seek authority, pursuant to Local Rule 9006-1(d), to file and serve the Reply on or before 12:00 p.m. (noon) (Eastern Daylight Time) on October 7, 2014.[3]

## BASIS FOR RELIEF

6.      Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."  See Del. Bankr. L.R. 9006-1(d).

7.      The agenda for the Hearing (currently set for October 8, 2014 at 9:30 a.m. (Eastern Daylight Time)) is due to be filed with the Court by 12:00 p.m. (noon) (Eastern Daylight Time) on October 6, 2014.  As noted above, Local Rule 9006-1(d) therefore requires that the Debtors file and serve any reply with the Court on or before 4:00 p.m. (Eastern Daylight Time) on October 4, 2014. However, the Debtors' extension of the Objection Deadline for the U.S. Trustee does not provide

---

[3] Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply, rather than a deadline for *filing* a reply, the Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

RLF1 10845831v.1

them with sufficient time to prepare and file a reply to any objection that might be filed by the U.S. Trustee within the time frame provided by Local Rule 9006-1(d).  Accordingly, absent leave of Court, the Debtors will be unduly constrained in their ability to file and serve the Reply in full compliance with Local Rule 9006-1(d).

8.      The Debtors submit, however, that the Court should grant an extension of the time in which to file the Reply under Local Rule 9006-1(d).  As a result of the extension of the Objection Deadline for the U.S. Trustee, absent leave of Court, the Debtors will be unduly constrained in their ability to file a reply to any objection that the U.S. Trustee might file in response to the Insider Compensation Programs Motion.  At the same time, the Debtors respectfully submit that the Reply will assist the Court in its consideration of the issues raised in any objection that might be filed by the U.S. Trustee.  Absent leave of Court to file the Reply, the Debtors may be unable to submit an appropriate written response to any objection or response to the Insider Compensation Programs Motion that the U.S. Trustee might file, putting the Debtors in the difficult position of presenting their arguments in reply for the first time at the Hearing.  The Debtors believe that the Reply will (i) fully inform the Court of the Debtors' arguments regarding the issues presented in the Insider Compensation Programs Motion; (ii) assist the Court in deciding the merits of the Insider Compensation Programs Motion and any objections or responses thereto; and (iii) help narrow disputed issues, if any, thereby serving to streamline the Hearing.

## CONSENT TO RELIEF

9.      The undersigned counsel to the Debtors has conferred with the U.S. Trustee's counsel concerning the relief requested in the Motion for Leave prior to its filing, and is informed that the U.S. Trustee does not object to the relief sought by this Motion.

WHEREFORE the Debtors respectfully request that the Court enter an order, substantially in the form attached as **Exhibit A,** authorizing the Debtors to file and serve the Reply on or before October 7, 2014 at 12:00 p.m. (noon) (Eastern Daylight Time).

[*Remainder of page intentionally left blank.*]

RLF1 10845831v.1

Dated: September 23, 2014
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 10845831v.1