# EXHIBIT A

**Form of Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**ORDER GRANTING LEAVE TO LEAVE TO FILE AND SERVE A
LATE REPLY IN RESPONSE TO ANY OBJECTION OF THE OFFICE
OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
TO THE "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY
OF AN ORDER AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN PREPETITION
AMOUNTS ON ACCOUNT OF THE INSIDER COMPENSATION PROGRAMS AND
(B) CONTINUE THE INSIDER COMPENSATION PROGRAMS IN THE ORDINARY
COURSE OF BUSINESS ON A POSTPETITION BASIS" [D.I. 1792]**

Upon consideration of the motion for leave, dated September 23, 2014 (the "**Motion for Leave**"),[2] seeking entry of an order, pursuant to Local Rule 9006-1(d), authorizing the Debtors to file and serve the Reply; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED that the Debtors are granted leave to file and serve the Reply by October 7, 2014 at 12:00 p.m. (noon) (Eastern Daylight Time); and it is further

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

ORDERED that the Court will consider the Reply.

Dated: September _____, 2014
       Wilmington, Delaware

                                 _____
                                 THE HONORABLE CHRISTOPHER S. SONTCHI
                                 UNITED STATES BANKRUPTCY JUDGE

RLF1 10845831v.1