IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) Case No. 14-10979 (CSS) ) |
| *Debtors.* | ) (Jointly Administered) ) ) |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, certify that on September 24, 2014, I caused a copy of the **Notice of Deposition of Carla Howard** to be served via electronic mail and first class mail on counsel for the Debtors identified on the attached service list.

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

        */s/ J. Kate Stickles*
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: 302-652-3131

        *Counsel for Delaware Trust Company,*
        *as successor indenture trustee*

**Debtors' Counsel**

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

James H.M. Sprayregen, P.C.
Chad Husnick, Esquire
Steven Serajeddini, Esquire
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Mark E. McKane, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
mmckane@kirkland.com

Richard Cieri, Esquire
Edward Sassower, Esquire
Stephen Hessler, Esquire
Brian E Schartz, Esquire
Andrew R. McGaan, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
amcgaan@kirkland.com

David R. Dempsey, Esquire
Jonathan F. Ganter, Esquire
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
ddempsey@kirkland.com
jonathan.ganter@kirkland.com