IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | )<br>)<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) |

**NOTICE OF SERVICE OF FIRST SET OF DOCUMENT REQUESTS TO DEBTORS
BY DELAWARE TRUST COMPANY, AS INDENTURE TRUSTEE,
IN CONNECTION WITH BIDDING PROCEDURES MOTION**

PLEASE TAKE NOTICE that, on September 24, 2014, the **First Set Of Document Requests To Debtors By Delaware Trust Company, As Indenture Trustee, In Connection With Bidding Procedures Motion** was served on counsel for the Debtors via electronic mail and first class mail at the following addresses:

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

James H.M. Sprayregen, P.C.
Chad Husnick, Esquire
Steven Serajeddini, Esquire
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Mark E. McKane, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
mmckane@kirkland.com

Richard Cieri, Esquire
Edward Sassower, Esquire
Stephen Hessler, Esquire
Brian E Schartz, Esquire
Andrew R. McGaan, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
amcgaan@kirkland.com

David R. Dempsey, Esquire
Jonathan F. Ganter, Esquire
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
ddempsey@kirkland.com
jonathan.ganter@kirkland.com

Dated: September 24, 2014

      COLE, SCHOTZ, MEISEL, FORMAN
      & LEONARD, P.A.

      */s/ J. Kate Stickles*

| | |
|---|---|
| Norman L. Pernick (DE 2290) | Warren A. Usatine |
| J. Kate Stickles (DE 2917) | 25 Main Street |
| 500 Delaware Avenue, Suite 1410 | P.O. Box 800 |
| Wilmington, DE 19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile: 302-652-3117 | Facsimile: 201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |

   --and--

ROPES & GRAY LLP

| | |
|---|---|
| Keith H. Wofford | D. Ross Martin |
| Mark R. Somerstein | Andrew G. Devore |
| 1211 Avenue of the Americas | Prudential Tower |
| New York, NY 10036-8704 | 800 Boylston Street |
| Telephone: 212-596-9000 | Boston, MA 02199-3600 |
| Facsimile: 212-596-9090 | Telephone: 617-951-7000 |
| Keith.Wofford@ropesgray.com | Facsimile: 617-951-7050 |
| Mark.Somerstein@ropesgray.com | Ross.Martin@ropesgray.com |
| | Andrew.Devore@ropesgray.com |

   --and--

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Delaware Trust Company,
as successor indenture trustee*