IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Ref. Docket Nos. 1803, 1901** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SID GARABATO, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2014, I caused to be served the "Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property," dated August, 11, 2014 [Docket No. 1803], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Sid Garabato
Sid Garabato

Sworn to before me this
9th day of September, 2014

/s/ Notary Public
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\CLIENTS\TXUENERG\AFFIDAVITS\UNEXPIRED LEASES ORDER_DI 1803_SUPP AFF_08-19-14.DOCX

# **<u>EXHIBIT A</u>**

```
TIME: 17:53:40                          TXU ENERGY
DATE: 08/19/14
                                                                                          PAGE:    1
CREDITOR # Name                    Address
─────────────────────────────────────────────────────────────────────────────────────────────────────
1003633502 HANES, FRANKLIN PATRICK    ADDRESS ON FILE
1003633501 HANES, RICHARD F.          ADDRESS ON FILE
═════════════════════════════════════════════════════════════════════════════════════════════════════
      Records Printed        2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC