# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 1881, 1882, 1897, 1904, 1920, 1921, 1933, 1940, 1942** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2014, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B." I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C."

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
5th day of September, 2014

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ACTION CLEANING SYSTEMS INC
          PO BOX 4910
          TYLER, TX 75712

Please note that your schedule in the above referenced case and in the amount of
    $1,950.00 has been transferred **(unless previously expunged by court order)** to:

          SIERRA LIQUIDITY FUND, LLC
          TRANSFEROR: ACTION CLEANING SYSTEMS INC
          19772 MACARTHUR BLVD., SUITE 200
          IRVINE, CA 92612

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          DISTRICT OF DELAWARE
          824 NORTH MARKET STREET, 3RD FLOOR
          WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 1881    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/02/2014                    David D. Bird, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 2, 2014.

**EXHIBIT B**

TIME: 19:31:11
DATE: 09/02/14
PAGE: 1

Case 14-10979-CSS   Doc 2131   Filed 09/25/14   Page 6 of 8

TXU ENERGY
CREDITOR LISTING

| Name | Address |
|---|---|
| ACTION CLEANING SYSTEMS INC | PO BOX 4910 TYLER TX 75712 |
| ARBILL INDUSTRIES | 10450 DRUMMOND ROAD PHILADELPHIA PA 19154 |
| BOBKAT AG SERVICES INC | 2516 HWY 271 NORTH PITTSBURG TX 75686 |
| BUCKMAN LABORATORIES INC | 1256 N MCLEAN MEMPHIS TN 38108 |
| C L SMITH INDUSTRIAL COMPANY | PO BOX 841155 KANSAS CITY MO 64184-1155 |
| FAIR LIQUIDITY PARTNERS, LLC | TRANSFEROR: BOBKAT AG SERVICES INC 1777 SARATOGA AVE, SUITE #106 SAN JOSE CA 95129 |
| FAIR LIQUIDITY PARTNERS, LLC | TRANSFEROR: BUCKMAN LABORATORIES INC 1777 SARATOGA AVE, SUITE #106 SAN JOSE CA 95129 |
| FAIR LIQUIDITY PARTNERS, LLC | TRANSFEROR: M & L VALVE SERVICE INC 1777 SARATOGA AVE, SUITE #106 SAN JOSE CA 95129 |
| FAIR LIQUIDITY PARTNERS, LLC | TRANSFEROR: NUCLEAR ENERGY INSTITUTE 1777 SARATOGA AVE, SUITE #106 SAN JOSE CA 95129 |
| FAIR LIQUIDITY PARTNERS, LLC | TRANSFEROR: OIL SKIMMERS INC 1777 SARATOGA AVE, SUITE #106 SAN JOSE CA 95129 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: C L SMITH INDUSTRIAL COMPANY ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| M & L VALVE SERVICE INC | DIVISION OF WILLIAM R MASSEY INC 3760 KERMIT HWY PO BOX 12727 ODESSA TX 79768 |
| NUCLEAR ENERGY INSTITUTE | PO BOX 759072 BALTIMORE MD 21275-9072 |
| OIL SKIMMERS INC | PO BOX 951009 CLEVELAND OH 44193 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: ACTION CLEANING SYSTEMS INC 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: VELOCITY INDUSTRIAL LLC 19772 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612 |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: ARBILL INDUSTRIES 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK, NY 10504 |
| VELOCITY INDUSTRIAL LLC | 17300 HWY 205 TERRELL TX 75160 |

Total Number of Records Printed    18

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

*EFH_NTC OF TRANSFER_9-2-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801