# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that that I, L. John Bird, hereby certify that the 23rd day of September, 2014, true and correct copies of the Ad Hoc Group Of TCEH Unsecured Noteholders' Requests For Production Of Documents To The Debtors Concerning The Bidding Procedures Motion Pursuant To Rules 7026 And 7034 were served upon the parties on the attached service list by electronic mail.


Dated: September 28, 2014  
       Wilmington, Delaware

FOX ROTHSCHILD LLP

By: */s/ L. John Bird*  
Jeffrey M. Schlerf (No. 3047)  
John H. Strock (No. 4965)  
L. John Bird (No. 5310)  
Citizens Bank Center  
919 North Market St., Suite 300  
Wilmington, DE 19801  
Telephone: (302) 654-7444  
Facsimile: (302) 463-4971  
jschlerf@foxrothschild.com  
jstrock@foxrothschild.com  
lbird@foxrothschild.com

-and-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

WHITE & CASE LLP
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

-and-

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of*
*TCEH Unsecured Noteholders*

# SERVICE LIST

**Counsel for the Debtors:**

Mark D. Collins, Esq,
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com

Bridget K. O'Connor, Esq.
Mark E. McKane, Esq.
David R. Dempsey, Esq.
Andrew R. McGaan, Esq.
Richard M. Cieri, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022-4611
Email: boconnor@kirkland.com
         mmckane@kirkland.com
         ddempsey@kirkland.com
         amcgaan@kirkland.com
         richard.cieri@kirkland.com

**Counsel for Wilmington Savings Fund Society, FSB,
in its capacity as successor Indenture Trustee:**

Jeffrey L. Jonas, Esq.
Jeremy B. Coffey, Esq.
James W. Stoll, Esq.
**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
Emails: jjonas@brownrudnick.com
         jcoffey@brownrudnick.com
         jstoll@brownrudnick.com

Aaron B. Lauchheimer, Esq.
**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
Email: alauchheimer@brownrudnick.com

**Counsel for the Committee:**

Charles L. Kerr, Esq.
Anthony Princi, Esq.
J. Alexander Lawrence
**Morrison & Foerster LLP**
250 West 55th Street
New York, NY 10019
Emails: ckerr@mofo.com
aprinci@mofo.com
alawrence@mofo.com