## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE | ) | Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*,[1] | ) |  |
|  | ) | (Jointly Administered) |
| *Debtors.* | ) |  |
|  | ) |  |

### NOTICE OF DEPOSITION OF CHARLES H. CREMENS

**TO:** Charles H. Cremens, Director of Energy Future Intermediate Holding Company LLC, and the above-captioned debtors, c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022.

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, counsel for the ad hoc committee of holders of 11.25%/12.25% senior unsecured toggle notes due December 1, 2018, issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "Ad Hoc Committee"), will, in connection with the *Motion of Energy Future Holdings Corp., et al. for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice*

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Thereof* [D.I. 2087], take the deposition upon oral examination of **Charles H. Cremens** on **October 1, 2014 starting at 9:30 a.m.** (Prevailing Eastern Time), at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York 10036, or at such other time and place as may be agreed upon by counsel.  The deposition will take place before a court reporter and will be recorded by stenographic means and videotaped, and shall continue from day to day until it has been completed.

*[Remainder of page intentionally left blank]*

Dated:  September 29, 2014
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

_/s/ Ann Kashishian_

William E. Chipman (No. 3818)
Mark Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:      (302) 295-0191
Facsimile:       (302) 295-0199
Email:            chipman@chipmanbrown.com
                       olivere@chipmanbrown.com
                       kashishian@chipmanbrown.com

- and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted _pro hac vice_)
Stephen M. Baldini (admitted _pro hac vice_)
Robert J. Boller (admitted _pro hac vice_)
One Bryant Park
New York, New York 10036
Telephone:      (212) 872-1000
Facsimile:       (212) 872-1002
Email:            idizengoff@akingump.com
                       sbaldini@akingump.com
                       aqureshi@akingump.com
                       rboller@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (admitted _pro hac vice_)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:      (202) 887-4000
Facsimile:       (202) 887-4288
Email:            salberino@akingump.com

_Co-Counsel for the Ad Hoc Committee of EFIH_
_Unsecured Noteholders_