## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of **THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FROM DEBTORS IN CONNECTION WITH BIDDING PROCEDURES MOTION** was served upon the parties listed below in the manner indicated on the 29th day of September, 2014:

*VIA* **ELECTRONIC MAIL AND HAND DELIVERY:**

Mark D. Collins, Esq,
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

*VIA* ELECTRONIC MAIL

Edward Sassower, Esq.
Richard M. Cieri, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022-4611
Email: edward.sassower@kirkland.com
       richard.cieri@kirkland.com

Bridget K. O'Connor, Esq.
**Kirkland & Ellis LLP**
655 15th St NW #1200
Washington, DC
Email: bridget.oconnor@kirkland.com

Dated: September 29, 2014
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

_____
William E. Chipman (No. 3818)
Mark Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:       chipman@chipmanbrown.com
           olivere@chipmanbrown.com
           kashishian@chipmanbrown.com

- and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Stephen M. Baldini (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002
Email:       idizengoff@akingump.com
           sbaldini@akingump.com
           aqureshi@akingump.com
           rboller@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:     (202) 887-4000
Facsimile:     (202) 887-4288
Email:         salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH*
*Unsecured Noteholders*