IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Energy Future Holdings Corp., et al.,

Debtors.

Chapter 11

Case No. 14-10979 (CSS)

(Jointly Administered)

### AMENDED NOTICE OF DEPOSITION OF WILLIAM O. HILTZ

**TO:** William O. Hiltz, c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014,the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH") and their direct and indirect subsidiaries, and EFH Corporate Services Company, through its attorneys, will take the deposition upon oral examination of William O. Hiltz relating to *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof*, filed September 19, 2014 [Docket No 2087] (the "Bidding Procedures Motion") on **October 6, 2014 at 9:30 a.m.** (Prevailing Eastern Time), at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York (or such other time and place as may be agreed to by the parties). The deposition will take place before a court

1

ny-1159259

reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: Wilmington, Delaware
       September 30, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Charles L. Kerr
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
      brettmiller@mofo.com
      lmarinuzzi@mofo.com
      tgoren@mofo.com
      smartin@mofo.com

    -and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
      jedelson@polsinelli.com
      skatona@polsinelli.com

*Attorneys for The Official
Committee of Unsecured Creditors*