IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Energy Future Holdings Corp., et al.,

Debtors.

Chapter 11

Case No. 14-10979 (CSS)

(Jointly Administered)

## AMENDED NOTICE OF DEPOSITION OF DEBTORS

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH") and their direct and indirect subsidiaries, and EFH Corporate Services Company, by and through its undersigned counsel, will take the deposition upon oral examination of the Debtors relating to *Motion For Sale of Property Free and Clear of Liens under Section 363(f) (Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof*, filed September 19, 2014 [Docket No 2087] (the "Bidding Procedures Motion") **on a date, time and at a place as may be agreed to by the parties**. The deposition will take place before a court reporter and will be recorded by

1

stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

### RULE 30(B)(6) DEPOSITION TOPICS

1. The Bidding Procedures for the sale contemplated by the Bidding Procedures Motion.

2. Communications between the Debtors and/or representatives thereof and investors or potential investors and/or representatives thereof regarding the proposed sale of property contemplated by the Bidding Procedures Motion

3. Communications between the Debtors and/or representatives thereof and any "key stakeholders" to develop the Bidding Procedures, as those terms are used in the Bidding Procedures Motion.

4. The sealing of bids and/or the decision to not provide access to bids during the Stalking Horse Bidding Process as defined in the Bidding Procedures Motion.

5. The tax and structural analysis underlying what the Debtors refer to as the "optimal deal structure" in the Bidding Procedures Motion.

6. The basis of the Debtors' determination that the Bidding Procedures will maximize value.

7. The timeline included in the Bidding Procedures and the basis of the Debtors' determination that the Bidding Procedures will provide sufficient time for potential investors to conduct due diligence and allow the Debtors to run a robust process that maximizes value.

ny-1159258

Dated: Wilmington, Delaware
       September 30, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Charles L. Kerr
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
      brettmiller@mofo.com
      lmarinuzzi@mofo.com
      tgoren@mofo.com
      smartin@mofo.com

      -and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
      jedelson@polsinelli.com
      skatona@polsinelli.com

*Attorneys for The Official Committee of Unsecured Creditors*