## IN THE UNITED STATES BANRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------  X
In re:                                                  :   Chapter 11
                                                        :
Energy Future Holdings Corp., et al.,                   :   Case No. 14-10979 (CSS)
                                                        :
                          Debtors                       :   (Jointly Administered)
------------------------------------------------------  X
```

### NOTICE OF DEPOSITION OF ANTHONY R. HORTON

**TO:**  Anthony R. Horton, Senior Vice President and Treasurer, Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC, and the above-captioned debtors, c/o Richards, Layton & Finger, Attention:  Mark D. Collins, 920 North King Street, Wilmington, Delaware  19801; Kirkland & Ellis LLP, Attention:  Richard M.  Cieri, 601 Lexington Avenue, New York, New York  10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, Computershare Trust Company, N.A. and Computershare Trust Company of Canada in its capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senior Secured Lien Notes due 2022 issued by Energy Future Intermediate Holding Company, LLC and EFIH Finance Inc. (the "EFIH Second Lien Trustee"), through its attorneys, will take the deposition upon oral examination of Anthony R. Horton relating to *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof,* filed September 19, 2014 [Docket No. 2087] on **October 7, 2014 at 9:30 a.m.** (Prevailing Eastern Time) at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036. The deposition will take place before a court reporter

and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

*[Remainder of page intentionally left blank]*

Dated: September 30, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@ pszjlaw.com
          rfeinstein@ pszjlaw.com

- *and* -

KRAMER  LEVIN  NAFTALIS  &  FRANKEL  LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000
Email: tmayer@kramerlevin.com
          ghorowitz@kramerlevin.com
          jbrody@kramerlevin.com

- *and* -

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee*