# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
Energy Future Holdings, Inc., *et al.*,                      :   Case No. 14-10979 (CSS)
                                                             :
              Debtors.                      :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 30th day of September, 2014, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s), in the manner indicated thereon:

*Notice of Deposition of Carla Howard*

                                                           /s/ *Laura Davis Jones*
                                                           Laura Davis Jones (Bar No. 2436)

**EFIH 2nd Lien Notes Indenture Trustee**
**Notices of Deposition Service List**
Case No.: 14-10979 (CSS)
Document No.: 193634
02 – First Class Mail
06 – Email

**First Class Mail**
Energy Future Holdings Corporation
c/o Richards, Layton & Finger
Attention: Mark D. Collins
920 North King Street
Wilmington, DE 19801

**First Class Mail**
(Counsel to the Debtors)
Kirkland & Ellis LLP
Attention: Richard M. Cieri
601 Lexington Avenue
New York, NY 10022-4611

**Email**
(Counsel to the Debtors)
Richard M. Cieri, Esquire
Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
**Email:** richard.cieri@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com

**Email**
(Counsel to the Debtors)
James H.M. Sprayregen, P.C., Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
**Email:** james.sprayregen@kirkland.com

**Email**
(Counsel to the Debtors)
Mark Collins, Esquire
Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
**Email:** collins@rlf.com
defranceschi@rlf.com