

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

09/24/2014



FILED / RECEIVED

SEP 2 6 2014

EPIQ BANKRUPTCY SOLUTIONS, LLC

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Energy Futures Holding Corp

Re: 14-11044

Dear Claims Agent:

On 05/29/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 639. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: LUMINANT RENEWABLES COMPANY LLC | Case Number: 14-11044-CSS |
|---|---|

**FILED / RECEIVED**
MAY 29 2014
Epiq Bankruptcy Solutions, LLC

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

COURT USE ONLY

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Department of the Treasury - Internal Revenue Service

Name and address where notices should be sent:
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Telephone number: 1-800-973-0424   email:   Creditor Number:

☐ Check this box if this claim amends a previously filed claim.
Court Claim Number: _____
(If known)
Filed on: _____

Name and address where payment should be sent (if different from above):
Internal Revenue Service
1352 MARROWS ROAD
STE 204
NEWARK, DE  19711-5445

Telephone Number: 302-286-1560   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)    0000000639

**1. Amount of Claim as of Date Case Filed:**   $ 3,000.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____Taxes_____
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
_____See Attachment_____

**3a. Debtor may have scheduled account as:**
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate ___%   ☐ fixed or ☐ variable
(when case was filed)

Amount of arrearage and other charges, as of the time case filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

Amount entitled to priority:
$_____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10 (Official Form 10) (4/13) 2

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

■ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorsor, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: L. WHITE
Title:      Revenue Officer/Advisor
Company:    Internal Revenue Service

/s/ L. WHITE                                    05/27/2014
(Signature)                                     (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
1352 MARROWS ROAD
STE 204
NEWARK, DE 19711-5445

Telephone number: 302-286-1560          Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** LUMINANT RENEWABLES COMPANY LLC
1601 BRYAN ST ENERGY PLAZA
DALLAS, TX 75201

Form 10 Attachment

| | |
|---|---|
| Case Number | 14-11044-CSS |
| Type of Bankruptcy Case | CHAPTER 11 |
| Date of Petition | 04/29/2014 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

### Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX7585 | PTRSHP | 12/31/2008 | /  NOT FILED | $500.00 | $0.00 |
| XX-XXX7585 | PTRSHP | 12/31/2009 | /  NOT FILED | $500.00 | $0.00 |
| XX-XXX7585 | PTRSHP | 12/31/2010 | /  NOT FILED | $500.00 | $0.00 |
| XX-XXX7585 | PTRSHP | 12/31/2011 | /  NOT FILED | $500.00 | $0.00 |
| XX-XXX7585 | PTRSHP | 12/31/2012 | /  NOT FILED | $500.00 | $0.00 |
| XX-XXX7585 | PTRSHP | 12/31/2013 | /  NOT FILED | $500.00 | $0.00 |
| | | | | $3,000.00 | $0.00 |

**Total Amount of Unsecured General Claims:** $3,000.00

/ THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

Page 1 of 1

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed sheet containing the label at the line so that the entire shipping label is visible. Place the label on a single side of the package and cover it completely with clear plastic shipping tape. Do not cover any seams or closures on the package with the label.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

