## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE | ) Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, | ) |
| | ) (Jointly Administered) |
| *Debtors.* | ) |
| | ) **Related to Docket No. 2117** |

## AMENDED NOTICE OF DEPOSITION OF PAUL KEGLEVIC

**TO:** Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-

Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, and the above-

captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention:

Mark D. Collins, 920 North King Street, Wilmington Delaware 19801; Kirkland & Ellis

LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022.

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure (the "Federal Rules"), as made applicable to these proceedings by

Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure and Rules

7026-1, 7026-2 and 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of

the United States Bankruptcy Court for the District of Delaware (the "Local Rules"),

counsel for Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as

Indenture Trustee (the "10% Indenture Trustee") for the 10% Senior Secured Notes Due

2020 issued by Energy Future Intermediate Holdings LLC and EFIH Finance Inc. under

the Indenture dated as of August 17, 2010, will, in connection with the *Motion of Energy*

*Future holdings Corp., et al. for Entry of an Order (A) Approving Bidding Procedures,*

*(B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the*

1

*Form and Manner of Notice Thereof* [D.I. 2087], take the deposition upon oral

examination of **Paul Keglevic at a date, time and location to be determined by the**

**parties**, and continue from day to day until completed.  The deposition shall be taken

upon oral examination before an officer authorized by law to administer oaths and may

be recorded by videographer and by stenographic means.

Dated:  October 1, 2014

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

/s/  J. Kate Stickles
Norman L. Pernick (DE 2290)
J. Kate Stickles (DE 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: 302-652-3131
Facsimile:  302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
25 Main Street,
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile:  201-489-1536
wusatine@coleschotz.com

--and--

ROPES & GRAY LLP
Keith H. Wofford
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile:  212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

--and--

3

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Delaware Trust Company,*
*as successor indenture trustee*