# **EXHIBIT A**

**September 24, 2014 Letter from B. O'Connor to C. Kerr, G. Starner, and J. Stoll** *et al.*

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Bridget O'Connor<br>To Call Writer Directly:<br>(202) 879-5048<br>boconnor@kirkland.com | 655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>(202) 879-5000<br>www.kirkland.com | Facsimile:<br>(202) 879-5200 |

September 24, 2014

VIA E-MAIL

Charles L. Kerr
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Gregory M. Starner
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

James W. Stoll
Brown Rudnick LLP
One Financial Center
Boston, Massachusetts 02111

Re: *In re Energy Future Holdings Corporation, et al.*, Case No. 14-10979 (Bankr. Del.)

Dear Counsel:

We are in receipt of several sets of requests for production from your clients relating to the Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof (the "Bidding Procedures Motion"), as well as a number of deposition notices relating to same.

Specifically, on the evening of September 22 and on September 23, 2014 we received the following sets of requests for production: Official Committee of Unsecured Creditors' First Request for the Production of Documents from Debtors in Connection with the Bidding Procedures Motion [Dkt. 2107] (8 requests) (the "UCC RFPs"); Ad Hoc Group of TCEH Unsecured Noteholders' Requests for Production of Documents to the Debtors Concerning the Bidding Procedures Motion Pursuant to Rules 7026 and 7034 [Dkt. __] (24 requests) (the "TCEH RFPs"); and Wilmington Savings Fund Society, FSB's Requests for Production of Documents to the Debtors Pursuant to Federal Rules of Civil Procedure 26 and 34 [Dkt. 2108] (17 requests) (the "WSFS RFPs"), for a total of 49 separate document requests.

# KIRKLAND & ELLIS LLP

Charles L. Kerr, Gregory M. Starner, and
James W. Stoll
September 24, 2014
Page 2

In light of the number of requests, the duplication across the sets of requests, and the timing of production sought, we have grouped the requests by topic as reflected in the chart below and are proposing search parameters as set forth in the chart for each topic. As we have not yet received the results of these searches, however, we reserve the right to further modify these search terms should the volume of hits returned prove unmanageable.

| Topic | Specific Request(s) | Custodian(s) | Date Range | Search Terms |
|---|---|---|---|---|
| Communications regarding Transaction and Bidding Procedures | UCC RFP 1 & 2; TCEH RFP 1, 2, 3 & 7 | **Debtors:** Keglevic, Horton, Carter, Moldovan<br><br>**K&E:** Sassower, Hessler<br><br>**Evercore:** Ying, Hiltz, Goldstein | 7/1/14 - present | bid* /7 (procedur* OR process*)<br><br>auction* /7 (procedur* OR process*) |
| Transaction and Bidding Procedures, Generally | UCC RFP 5; WSFS RFP 1 | **Debtors:** Keglevic, Horton, Carter, Moldovan<br><br>**K&E:** Sassower, Hessler<br><br>**Evercore:** Ying, Hiltz, Goldstein | 7/1/14 - present | bid* /7 (procedur* OR process*)<br><br>auction* /7 (procedur* OR process*) |

KIRKLAND & ELLIS LLP

Charles L. Kerr, Gregory M. Starner, and
James W. Stoll
September 24, 2014
Page 3

| Topic | Specific Request(s) | Custodian(s) | Date Range | Search Terms |
|---|---|---|---|---|
| Sealing of bids | UCC RFP 3;<br>WSFS RFP 6 & 7 | Debtors:<br>Keglevic<br>Horton<br>Carter<br>Moldovan<br><br>K&E:<br>Sassower<br>Hessler<br><br>Evercore:<br>Ying<br>Hiltz<br>Goldstein | 7/1/14 - present | bid* /7 (seal* OR access*) |
| Tax and structural analyses of Transaction | UCC RFP 4;<br>TCEH RFP 11 and 17;<br>WSFS RFP 10 and 16 | Debtors:<br>Keglevic<br>Horton<br>Carter<br>Moldovan<br><br>K&E:<br>Sassower<br>Hessler<br><br>Evercore:<br>Ying<br>Hiltz<br>Goldstein | 7/1/14 - present | invest* /3 equit*<br><br>optim* /5 structure<br><br>"tax-free"<br><br>tax /2 free<br><br>tax /5 consequenc* |
| Maximizing value through Bidding Procedures and Transaction | UCC RFP 6;<br>TCEH RFP 9 & 10;<br>WSFS RFP 2 & 5 | Debtors:<br>Keglevic<br>Horton<br>Carter<br>Moldovan<br><br>K&E:<br>Sassower<br>Hessler<br><br>Evercore:<br>Ying<br>Hiltz<br>Goldstein | 7/1/14 - present | value* /7 stalking<br><br>value* /3 maxim*<br><br>value* /3 bid*<br><br>bid* /15 market |

# KIRKLAND & ELLIS LLP

Charles L. Kerr, Gregory M. Starner, and
James W. Stoll
September 24, 2014
Page 4

| Topic | Specific Request(s) | Custodian(s) | Date Range | Search Terms |
|---|---|---|---|---|
| Timeline for Bidding Procedures | UCC RFP 7; TCEH RFP 12; WSFS RFP 12 | Debtors: Keglevic Horton Carter Moldovan  K&E: Sassower Hessler  Evercore: Ying Hiltz Goldstein | 7/1/14 - present | bid* /5 time*bid* /5 timingbid* /7 diligence bid* /5 start* |
| Data Room | UCC RFP 8 | N/A - targeted collection | N/A - targeted collection | N/A - targeted collection |
| Board Materials re Bidding Procedures and Transaction | TCEH RFP 4; WSFS RFP 14 | N/A - targeted collection of board minutes, agendas, resolutions, presentations | N/A - targeted collection of board minutes, agendas, resolutions, presentations | N/A - targeted collection of board minutes, agendas, resolutions, presentations |
| Volatility of Oncor stock or stock of regulated utility companies | TCEH RFP 5 | Debtors Keglevic Horton Carter Moldovan  K&E Sassower Hessler  Evercore Ying Hiltz Goldstein | 7/1/14 - present | volitil* /7 oncor |

# KIRKLAND & ELLIS LLP

Charles L. Kerr, Gregory M. Starner, and
James W. Stoll
September 24, 2014
Page 5

| Topic | Specific Request(s) | Custodian(s) | Date Range | Search Terms |
|---|---|---|---|---|
| Market risks to Transaction | TCEH RFP 6 & 13; WSFS RFP 4 | Debtors: Keglevic Horton Carter Moldovan <br><br> K&E: Sassower Hessler <br><br> Evercore: Ying Hiltz Goldstein | 7/1/14 - present | market /5 risk* <br><br> market /5 shift* <br><br> indicative /2 price* <br><br> market /5 condition* |
| Debtors' evaluation of bids | TCEH RFP 8 | Debtors: Keglevic Horton Carter Moldovan <br><br> K&E: Sassower Hessler <br><br> Evercore: Ying Hiltz Goldstein | 7/1/14 - present | bid* /5 factor* bid* /5 standard* bid* /5 evaluat* |

# KIRKLAND & ELLIS LLP

Charles L. Kerr, Gregory M. Starner, and
James W. Stoll
September 24, 2014
Page 6

| Topic | Specific Request(s) | Custodian(s) | Date Range | Search Terms |
|---|---|---|---|---|
| Expressed interest in bidding | TCEH RFP 14; WSFS RFP 3 | Debtors: Keglevic Horton Carter Moldovan  K&E: Sassower Hessler  Evercore: Ying Hiltz Goldstein | 7/1/14 - present | bid* /5 interest*  invest* /5 interest* /5 oncor |
| Preference for auction process | TCEH RFP 15; WSFS RFP 13 | Debtors: Keglevic Horton Carter Moldovan  K&E: Sassower Hessler  Evercore: Ying Hiltz Goldstein | 7/1/14 - present | prefer* /5 auction*  prefer* /5 stalking |

# KIRKLAND & ELLIS LLP

Charles L. Kerr, Gregory M. Starner, and
James W. Stoll
September 24, 2014
Page 7

| Topic | Specific Request(s) | Custodian(s) | Date Range | Search Terms |
|---|---|---|---|---|
| Valuation of Oncor ownership interest | TCEH RFP 16 | <u>Debtors</u>:<br>Keglevic<br>Horton<br>Carter<br>Moldovan<br><br><u>K&E</u>:<br>Sassower<br>Hessler<br><br><u>Evercore</u>:<br>Ying<br>Hiltz<br>Goldstein | 7/1/14 - present | valu* /7 oncor |
| Consideration of alternatives | TCEH RFP 18 & 19; WSFS RFP 15 | <u>Debtors</u>:<br>Keglevic<br>Horton<br>Carter<br>Moldovan<br><br><u>K&E</u>:<br>Sassower<br>Hessler<br><br><u>Evercore</u>:<br>Ying<br>Hiltz<br>Goldstein | 7/1/14 - present | bid* /7 alternative*<br><br>tax-free /7 alternative*<br><br>(tax /2 free) /7 alternative*<br><br>(oncor /3 invest*) /7 alternative* |
| Assessment of impact and/or effect of Transaction | TCEH RFP 20 & 22; WSFS RFP 11 | <u>Debtors:</u><br>Keglevic<br>Horton<br>Carter<br>Moldovan<br><br><u>K&E</u>:<br>Sassower<br>Hessler<br><br><u>Evercore</u>:<br>Ying<br>Hiltz<br>Goldstein | 7/1/14 - present | tax-free /7 (impact* OR effect* OR affect* OR consequence*)<br><br>(tax /2 free) /7 (impact* OR effect* OR affect* OR consequence*)<br><br>(oncor /3 invest*) /7 (impact* OR effect* OR consequence*) |

# KIRKLAND & ELLIS LLP

Charles L. Kerr, Gregory M. Starner, and
James W. Stoll
September 24, 2014
Page 8

| Topic | Specific Request(s) | Custodian(s) | Date Range | Search Terms |
|---|---|---|---|---|
| Use of proceeds from Transaction | TCEH RFP 21 | Debtors:<br>Keglevic<br>Horton<br>Carter<br>Moldovan<br><br>K&E:<br>Sassower<br>Hessler<br><br>Evercore:<br>Ying<br>Hiltz<br>Goldstein | 7/1/14 - present | (auction /3 proceed*) /7 (use* OR allocat*) |
| Marketing efforts | WSFS RFP 8 | Debtors:<br>Keglevic<br>Horton<br>Carter<br>Moldovan<br><br>K&E:<br>Sassower<br>Hessler<br><br>Evercore:<br>Ying<br>Hiltz<br>Goldstein | 7/1/14 - present | market* /5 (auction* OR bid* OR oncor) |

# KIRKLAND & ELLIS LLP

Charles L. Kerr, Gregory M. Starner, and
James W. Stoll
September 24, 2014
Page 9

| Topic | Specific Request(s) | Custodian(s) | Date Range | Search Terms |
|---|---|---|---|---|
| Form term sheet / formal process letter | WSFS RFP 9 | <u>Debtors</u>:<br>Keglevic<br>Horton<br>Carter<br>Moldovan<br><br><u>K&E</u>:<br>Sassower<br>Hessler<br><br><u>Evercore</u>:<br>Ying<br>Hiltz<br>Goldstein | 7/1/14 - present | "form term sheet"<br><br>"formal process letter" |

In addition to the search terms listed above, the Debtors would plan to limit each of these searches (with the exception of the targeted collections as indicated) by the following domain names:

energyfutureholdings.com
evercore.com
baml.com
rlf.com
jonesday.com
milbank.com
shearman.com
akingump.com
centerview.com
centerviewpartners.com
kramerlevin.com
rothschild.com
ropesgray.com
capstoneag.com
wlrk.com

blackstone.com
paulweiss.com
millsteinandco.com
moelis.com
omm.com
fmr.com
friedfrank.com
pwpartners.com
nixonpeabody.com
mesirowfinancial.com
foley.com
gavinsolmonese.com
kasowitz.com
jefferies.com
mofo.com

whitecase.com
lazard.com
hl.com
brownrudnick.com
bingham.com
texasattorneygeneral.gov
oag.state.tx.us
nexteraenergy.com
chadbourne.com
credit-suisse.com
centerpointenergy.com
winston.com
bakerbotts.com
wellsfargo.com
db.com

## KIRKLAND & ELLIS LLP

Charles L. Kerr, Gregory M. Starner, and
James W. Stoll
September 24, 2014
Page 10

                                            \*      \*      \*      \*

      As I mentioned in my email earlier today, we would like to have a call to discuss this planned approach at the requesting parties' earliest convenience. To that end, I would propose 11 AM Eastern tomorrow for such a call. We can also discuss on that call the timing of production as well as the scheduling of depositions in response to your notices.

                                                      Sincerely,

                                                      */s/ Bridget K. O'Connor*

                                                     Bridget K. O'Connor

cc:    J. Christopher Shore, White & Case LLP
        Aaron B. Laucheimer, Brown Rudnick LLP
        J. Alexander Lawrence, Morrison & Foerster LLP
        Mark E. McKane, Kirkland & Ellis LLP
        Andrew R. McGaan, Kirkland & Ellis LLP
        David R. Dempsey, Kirkland & Ellis LLP