

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

October 1, 2014

D. Ross Martin
T +1 617 951 7266
F +1 617 235 0454
ross.martin@ropesgray.com

**BY ECF AND HAND DELIVERY**

The Honorable Christopher S. Sontchi
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979
       Discovery Concerning Bidding Procedures Motion [D.I. 2087]

To the Honorable Christopher S. Sontchi:

    We are counsel to Delaware Trust Company, f/k/a CSC Trust Company of Delaware ("Delaware Trust"), as Indenture Trustee for the 10% Senior Secured Notes Due 2020 issued by Energy Future Intermediate Holdings LLC and EFIH Finance Inc. We are in receipt of the Debtors' ten-page letter brief [D.I. 2294] on outstanding discovery disputes concerning the *Motion for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof*, filed September 19, 2014 [D.I. 2087] (the "Bidding Procedures Motion"). By virtue of the notices of discovery filed on the docket, there are potential objections to the Bidding Procedures Motion by six creditor constituencies that have previously appeared as litigants in this case.

    This Court has repeatedly admonished the parties to request a teleconference with the Court to address discovery disputes and to not submit letter briefs. At the time the letter brief was filed, Delaware Trust was, for the convenience of the Court and in conjunction with other creditor constituencies identified in the Debtors' letter brief, preparing a letter to request a teleconference to address these discovery issues. By this letter, Delaware Trust requests such a conference at the Court's earliest availability to address these disputes with the Court.

    Delaware Trust will address the discovery disputes in any teleconference and will submit any briefing the Court deems appropriate, and reserves all rights in connection therewith.

    Respectfully submitted,

    /s/ *D. Ross Martin*
    *(admitted pro hac vice)*