IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
: Chapter 11
In re :
: Case No. 14-10979 (CSS)
ENERGY FUTURE HOLDINGS, :
CORP., *et al.*, : Jointly Administered
              Debtors. :
: Hearing Date: October 8, 2014, 9:30 a.m.
: Objections Due: October 2, 2014, 4:00 p.m.
:
------------------------------------------------- x

### DECLARATION OF MICHAEL T. PANACIO., BANKRUPTCY ANALYST IN SUPPORT OF OBJECTION OF THE UNITED STATES TRUSTEE TO DEBTORS' MOTION (A) TO PAY PREPETITION BONUSES TO INSIDERS AND (B) TO CONTINUE INSIDER BONUS PLANS

I, Michael T. Panacio, of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a Bankruptcy Auditor for the United States Trustee for Region 3 ("U.S. Trustee"), and have full knowledge of the facts herein.

2.  I have a Bachelor of Science degree in Accounting and Economics from Temple University. I have been employed as a Bankruptcy Auditor by the Office of the United States Trustee ("OUST") for more than 14 years. Prior to my employment with the OUST, I was employed for approximately six years as an auditor for the Department of Housing and Urban Development Office of the Inspector General. I obtained my license as a Certified Public Accountant from the Commonwealth of Pennsylvania on November 9, 1995, and my license is in good standing.

1

3. In connection with the U.S. Trustee's consideration of the Debtors' Insider Bonus Plans,[1] I have reviewed the following documents:

    a. Debtors Motion to (A) Pay Certain Prepetition Amount on Account of Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Court of Business

    b. EFH Insider Compensation – Discussion Materials Powerpoint Presentation Dated August 6, 2014

    c. Declaration of Todd W. Filsinger in Support of the Debtors' Motion ("Filsinger Declaration")

    d. Declaration of Douglas Friske in Support of the Debtors' Motion

    e. Various Historical Business Results and Annual Incentive Plans in the Debtors' "Scorecards:"

- 2009 Business Results and Annual Incentive Plan – Power Point presentation dated February 15, 2010;
- 2010 Business Results and Annual Incentive Plan – Power Point presentation dated February 15, 2011;
- December 31, 2011 AIP Update – Power Point presentation dated February 15, 2012;
- December 31, 2012 AIP Update – Power Point presentation dated February 13, 2013
- December 31, 2013 AIP Update – Power Point presentation dated January 22, 2014.

Copies of the Debtors' Scorecards are annexed as **Exhibit A**.[2]

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Objection.

4. Also in connection with the U.S. Trustee's consideration of the Debtors' Insider Bonus Plans, I have reviewed:

    a. The Metrics and Targets under the EAIP together with the Filsinger Declaration; and

    b. The industry comparables and data underlying the conclusions regarding market compensation as described in the Friske Declaration.

## EAIP Analysis

5. Using the information from the above described sources, I prepared a spreadsheet analyzing the Insider Bonus Plans. I reviewed the performance metric and actual performance from each of the 5 years identified above. A copy of the spreadsheet is attached hereto as Exhibit B.[3]

6. I calculated the average for each of the performance metrics which were still used as basis for performance in the Plans. I calculated the average using all available data provided.

7. I compared the averages to the Threshold, Baseline, and Superior targets for Luminant, TXU and Business services from the *Table 1-4 Updated Insider EAIP Metrics* ("*Table 1-4 Metrics*") contained in the Filsinger Declaration to determine whether in fact the targets were "stretch" or difficult to achieve targets. The *Table 1-4 Metrics* contained the revised 2014 metrics which purportedly made

---

[2] The Debtors have requested that the U.S. Trustee redact the actual EBITDA targets for Luminant and TXU Energy. As an accommodation to the Debtors, and mindful that the trial on the Insider Bonus Motion is scheduled for October 8, 2014, the U.S. Trustee has agreed to redacted this information temporarily. The U.S. Trustee reserves all rights and intends to address the Debtors' requested redactions with the Court on October 8, 2014.

[3] As set forth in n.2 *supra*, to accommodate the Debtors temporarily, the U.S. Trustee has redacted the Luminant and TXU EBITDA targets from this spreadsheet. All rights are reserved.

3

"the threshold targets more challenging to achieve, and therefore ensur[ing] that they continue to be stretch targets through the remainder of the year." (Filsinger Declaration, § 1 at 4) I also included the weight of each of the performance metrics used by the Debtors. EBITDA is the most heavily weighted of the Debtors' factors.[4] The Debtors have met EBITDA Baseline Targets each year, with the exception of TXU Energy in 2011. In fact EBITDA exceeded the Threshold, Baseline, and Superior targets by an average 28.65%, 6.85%, and 1.17% respectively.[5]

8. I then compared the Threshold target for each of the metrics to average actual results (as described above in paragraph 6) by subtracting the Threshold target from the average actual result to determine the difference. If the goal of the metric is to enhance performance by maximizing a number (e.g., EBITDA, Available Generation, Contribution Margin etc.) and the result is a negative number, then the target is not incentivizing. Alternatively, when enhancing performance involves minimizing a number (e.g., O&M/SGA, CapEx, Fuel Costs, Energy Costs, etc.) and the result is a positive number, then the target is not incentivizing. The average of the metric performances other than EBITDA were lower than the 2014 threshold amounts (as found in the *Table 1-4 Metrics*) with the exception of the EFH Total Spend metric, found in the Business Services component.[6]

---

[4] EBITDA is the heaviest weighted item in the TXU and Luminant programs. EBITDA carries the same weight as all other for Business Services (20%). However, the Luminant Factor (20%) and the TXU Factor (20%) are both derived from metrics in which EBITDA is the single heaviest weighted item.

[5] The above represents an average of all EBITDA figures compared to each of the targets. The figures for the separate components are:
- Luminant Management EBITDA exceeding Threshold and Baseline by 20.86% and 4.74% respectively (Superior was not met);
- TXU EBITDA exceeding Threshold, Baseline, and Superior by 42.42%, 13.54%, and 3.52% respectively;
- Business Services EBITDA exceeding Threshold and Baseline by 22.68% and 2.26% respectively (Superior was not met).

[6] Although the Threshold level is above the historical average, the YTD performance projected over the full year suggests that the Debtors will exceed the Superior performance level.

4

9.  I also compared the Superior result for each of the metrics to average actual results (as described above in paragraph 6) using the same methods. The data illustrate the same results regarding the incentivizing nature of the Superior target.

10. In order to project the full year results, I then used the June YTD Actuals for each metric for Luminant, TXU and Business Service from Table 1-3 of the Filsinger Declaration. I multiplied the June actual results by two to project the full year performance.

11. The final column of the spreadsheet indicates the target level (Threshold, Baseline, Superior) the Projection for the Full year would achieve. Absent a major unanticipated event, every one of the projections would result in a bonus being paid, with five of the ten annualized projections, across the Plans analyzed, exceeding the Superior level of performance.

Industry Comparables Analysis

12. I prepared a spreadsheet providing a comparison of Operating Revenue and Net Income (Loss) amounts with Energy Future Holdings Corporation and the Company's Peer Group reported in the EFH Insider Compensation – Discussion Materials Powerpoint Presentation Dated August 6, 2014. A copy of the spreadsheet is attached hereto as Exhibit C.

13. The source of the financial data was taken from the SEC annual reports, Form 10-K for the fiscal years 2011 through 2013. The entities American Electric Power Co., Inc. and Dominion Resources, Inc. were excluded due to the omission of SEC 10K reports.

5

14. The review of the Peer Group companies for the past three fiscal years indicated these companies have consistently generated a net profit compared to EFH which in the last three years has incurred net losses. Moreover, EFCH which has the indirect ownership of TXU Energy and Luminant had incurred net losses for the past four years. In addition, EFCH had generated a negative working capital from 2009 through 2013. A spreadsheet containing the historical financial data is attached hereto as Exhibit D. The data shows the following: (a) No other Peer Group company had net losses for the past three years; (b) 80% of the other Peer Group companies did not use EBITDA as a factor at all; (c) if the Debtors followed a similar structure as the Peer Group companies in weighting factors, the Debtors would have been unable to pay bonuses as proposed under the Plans.

I declare under penalty of perjury that the foregoing is true and correct.

Michael T. Panacio

Executed on: October 2, 2014