Exhibit A

# December 31, 2013
# Incentive Compensation Update

January 22, 2014





Energy Future Holdings

Contains Confidential Information

# Luminant 2013 Funding Scorecard

| A Performance metric | B Status | C % Weight | D Threshold | E Target[4,5] | F Superior | G Plan[4] | H 2013 Actual | I OPM |
|---|---|---|---|---|---|---|---|---|
| 1 Luminant Management EBITDA ($ millions)[5] | 🟢 | 37.5 | ▮ | ▮ | ▮ | ▮ | ▮ | 41 |
| 2 Coal Available Generation (Jun–Sep 15) (GWh)[1] | 🟢 | 10.0 | 18,629 | 19,405 | 19,793 | 19,405 | 20,212 | 20 |
| 3 Coal Available Generation (Jan–May, Sep 16–Dec) (GWh)[1,5] | 🟢 | 10.0 | 34,272 | 35,758 | 37,244 | 37,159 | 36,051 | 12 |
| 4 Nuclear Available Generation (GWh)[1] | 🟢 | 7.5 | 19,790 | 20,298 | 20,583 | 20,554 | 20,487 | 10 |
| 5 Luminant O&M/SG&A ($ millions)[5] | 🟢 | 15.0 | 1,200 | 1,090 | 981 | 1,096 | 1,062 | 19 |
| 6 Coal Fuel Costs $/mmbtu consumed)[2] | 🟢 | 10.0 | 1.93 | 1.75 | 1.58 | 1.75 | 1.66 | 15 |
| 7 Luminant Capex ($ millions)[3,5] | 🟢 | 10.0 | 697 | 632 | 566 | 657 | 594 | 16 |
| 8 Total Payout | | 100% | | | | | | 133% |

*The scorecard will govern total Luminant AIP funding. Two programs are separate (nuclear/fossil safety and the LUME commercial pool).*

1. ERCOT-settled net generation plus backdown
2. Includes lignite and PRB coal, both on a consumed basis
3. Excludes Development and NEPCO Capex
4. Target figures (except Nuclear Generation) set at Plan level as specified in the 2012 Long Range Plan and 2013 Budget as approved by the Executive Committee of the Board of Directors in October 2012.
5. Details of Target adjustments are listed in the Appendix. Threshold and Superior are also adjusted by the same amount accordingly.

1

# TXU Energy 2013 Funding Scorecard

| A Performance metric | B Status | C % Weight | D Threshold | E Target[4,5] | F Superior | G Plan[4] | H 2013 Actual | I OPM |
|---|---|---|---|---|---|---|---|---|
| 1 TXU Energy Management EBITDA ($ mm)[5] | 🟢 | 40 | ■ | ■ | ■ | ■ | ■ | 59 |
| 2 TXU Energy Total Costs ($ mm)[1,5] | 🟢 | 20 | 414 | 376 | 338 | 378 | 362 | 27 |
| 3 Contribution Margin ($/MWh)[2] | 🟢 | 15 | ■ | ■ | ■ | ■ | ■ | 23 |
| 4 Residential Ending Customer Count (000's)[3,5] | 🟢 | 10 | 1,383 | 1,471 | 1,559 | 1,467 | 1,502 | 14 |
| 5 TXUE Customer Experience | 🟢 | 15 | see sub-scorecard | | | | | 25 |
| 6 Total Payout | | 100% | | | | | | 148% |

*The scorecard will govern total TXUE AIP funding.*

1. Total Costs include SG&A, Bad Debt and Capex.
2. Margin weighted as 57% Residential, 43% Business Markets
3. Residential count threshold, target and superior updated to include MEGA Acquisition
4. Target figures set at Plan level as specified in the 2012 Long Range Plan and 2013 Budget as approved by the Executive Committee of the Board of Directors in October 2012.
5. Details of Target adjustments are listed in the Appendix. Threshold and Superior are also adjusted by the same amount accordingly.

2

# TXU Energy 2013 Sub Scorecard – Customer Experience

| A Performance metric | B Status | C % Weight | D Threshold | E Target | F Superior | G Plan | H 2013 Actual | I OPM |
|---|---|---|---|---|---|---|---|---|
| 1 TXUE Customer Satisfaction% | 🟢 | 3 | 83% | 85% | 87% | 85% | 85.1% | 3 |
| 2 Average Days Sales Outstanding | 🟢 | 3 | 42.1 | 40.5 | 38.9 | 40.5 | 39.6 | 5 |
| 3 TXUE Energizing Event Success% | 🟢 | 3 | 99.70% | 99.81% | 99.90% | 99.81% | 99.86% | 5 |
| 4 TXUE Customer Complaints | 🟢 | 3 | 1,032 | 860 | 688 | 860 | 598 | 6 |
| 5 TXUE System Availability%[1] | 🟢 | 3 | 99.6% | 99.8% | 99.9% | 99.8% | 99.95% | 6 |
| 6 Total Payout Sub Scorecard | | 15% | | | | | | 25% |

1. Availability percentage and associated hours of downtime on a per system basis. Availability % does not include scheduled maintenance time.

3

# Business Services 2013 Funding Scorecard

| A Performance metric | B Status | C % Weight | D Threshold | E Target[3,4] | F Superior | G Plan[3] | H 2013 Actual | I OPM |
|---|---|---|---|---|---|---|---|---|
| 1 Competitive Management EBITDA($ millions) [1,4] | 🟢 | 20 | 2,298 | 2,723 | 3,008 | 2,748 | 2,758 | 22 |
| 2 Luminant Scorecard Multiplier (%) [4] | 🟢 | 20 | 50 | 100 | 200 | 104 | 133 | 27 |
| 3 TXU Energy Scorecard Multiplier (%) [4] | 🟢 | 20 | 50 | 100 | 200 | 100 | 148 | 30 |
| 4 Competitive Total Spend ($ millions) [2,4] | 🟢 | 20 | 2,512 | 2,278 | 2,051 | 2,311 | 2,193 | 27 |
| 5 EFH Business Services Costs ($ millions) [4] | 🟢 | 20 | 321 | 292 | 263 | 289 | 289 | 22 |
| 6 Total Payout | | 100% | | | | | | 128% |

*The scorecard will govern total Business Services AIP funding.*

1. EFH EBITDA, excluding Oncor.
2. Excludes Development and NEPCO Capex.
3. Target figures set at Plan level as specified in the 2012 Long Range Plan and 2013 Budget as approved by the Executive Committee of the Board of Directors in October 2012.
4. Details of Target adjustments are listed in the Appendix. Threshold and Superior are also adjusted by the same amount accordingly.

4





Energy Future Holdings

# December 31, 2012 AIP Update

## February 13, 2013

Contains Privileged and Confidential Information

# Luminant 2012 Funding Scorecard

Contains Privileged and Confidential Information

**Approval Item**

| A Performance metric | B Status | C % Weight | D Threshold | E Target | F Superior | G Plan | H 2012 Actual | I Organizational Performance Multiplier |
|---|---|---|---|---|---|---|---|---|
| 1 Luminant Management EBITDA ($ millions) | 🟢 | 37.5 | ■ | ■ | ■ | ■ | ■ | 51 |
| 2 Coal Available Generation[1] (GWh) (Jun-Sep 15) | 🟢 | 10.0 | 18,892 | 19,679 | 20,073 | 19,679 | 20,385 | 20 |
| 3 Coal Available Generation[1,2] (GWh) (Jan-May, Sep 16-Dec) | 🟡 | 10.0 | 38,328 | 40,020 | 41,712 | 42,302 | 39,409 | 8 |
| 4 Nuclear Available Generation[3] (GWh) | 🟡 | 7.5 | 19,773 | 20,272 | 20,559 | 20,530 | 19,897 | 5 |
| 5 Luminant O&M/SG&A ($ millions) | 🟢 | 15.0 | 1,219 | 1,109 | 998 | 1,104 | 1,078 | 19 |
| 6 Coal Fuel Costs[4] ($/mmbtu consumed) | 🟢 | 10.0 | 1.86 | 1.69 | 1.52 | 1.69 | 1.58 | 16 |
| 7 Luminant Capex[5] ($ millions) | 🟢 | 10.0 | 876 | 792 | 709 | 832 | 785 | 11 |
| 8 Total Payout | | 100% | | | | | | 130% |

*The scorecard will govern total Luminant AIP funding. Two programs are separate (nuclear/fossil safety and the LUME commercial pool).*

1  Peak Generation June 1st – September 15th, BOY (Balance of Year) Generation January1st – May 31st and September 16th – December 31st
2  BOY Generation Threshold/Target/Superior amounts have been reduced by 2283GWh to reflect the adjustments to Monticello and Oak Grove generations, as shown on Appendix 1
3  Target to Superior payout on a non-linear scale with 150% achieved at plan for nuclear generation
4  Includes lignite and PRB coal, both on a consumed basis
5  Capex Threshold/Target/Superior amounts have been reduced by $40 million to reflect mining capex deferred to 2013, net of ERP capex deferred from 2011 and other projects, as shown on Appendix 1.

Contains Privileged and Confidential Information

# TXU Energy 2012 Funding Scorecard

**Approval Item**

| A Performance metric | B Status | C % Weight | D Threshold | E Target | F Superior | G Plan | H 2012 Actual | I Organizational Performance Multiplier |
|---|---|---|---|---|---|---|---|---|
| 1 TXU Energy Management EBITDA ($ mm) | 🟢 | 40 | ■ | ■ | ■ | ■ | ■ | 52 |
| 2 TXU Energy Total Costs[1] ($ mm) | 🟢 | 20 | 432 | 393 | 354 | 393 | 370 | 32 |
| 3 Contribution Margin ($/MWh) | 🟢 | 15 | ■ | ■ | ■ | ■ | ■ | 23 |
| 4 Residential Ending Customer Count[2] (000's) | 🟢 | 10 | 1,447 | 1,539 | 1,632 | 1,539 | 1,547 | 11 |
| 5 TXUE Customer Experience | 🟢 | 15 | | | | | | 27 |
| 6 Total Payout | | 100% | | | | | | 145% |

*The scorecard will govern total TXUE funding.*

[1] Total Costs include SG&A (Management EBITDA), Bad Debt and Capex. Total costs adjusted to include $3.2 million cash acquisition of Mega customers

[2] Residential ending count adjusted to exclude Mega customers

# TXU Energy 2012 Sub Scorecard – Customer Experience

Contains Privileged and Confidential Information

| A<br>Performance metric | B<br>Status | C<br>% Weight | D<br>Threshold | E<br>Target | F<br>Superior | G<br>Plan | H<br>2012 Actual | I<br>Organizational Performance Multiplier |
|---|---|---|---|---|---|---|---|---|
| 1 TXUE Customer Satisfaction | 🟢 | 3 | 80% | 83% | 86% | 83% | 85.5% | 6 |
| 2 Average Days Sales Outstanding | 🟢 | 3 | 44.0 | 42.5 | 41.0 | 42.5 | 40.0 | 6 |
| 3 TXUE Energizing Event Success | 🟢 | 3 | 99.69% | 99.79% | 99.89% | 99.79% | 99.79% | 3 |
| 4 TXUE Customer Complaints | 🟢 | 3 | 0.073% | 0.061% | 0.049% | 0.061% | 0.043% | 6 |
| 5 TXUE System Availability[1] | 🟢 | 3 | 99.2% | 99.5% | 99.8% | 99.500% | 99.86% | 6 |
| 6 Total Payout Sub Scorecard | | 15% | | | | | | 27% |

[1] Availability percentage and associated hours of downtime on a per system basis. Availability % does not include scheduled maintenance time.

3

Contains Privileged and Confidential Information

# Business Services 2012 Funding Scorecard

**Approval Item**

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Performance metric | Status | % Weight | Threshold | Target | Superior | Plan | 2012 Actual | Organizational Performance Multiplier |
| 1 Competitive Management EBITDA[1] ($ millions) | 🟢 | 20 | 2,734 | 3,277 | 3,653 | 3,277 | 3,414 | 27 |
| 2 Luminant Scorecard Multiplier (%) | 🟢 | 20 | 50 | 100 | 200 | 104 | 130 | 26 |
| 3 TXU Energy Scorecard Multiplier (%) | 🟢 | 20 | 50 | 100 | 200 | 100 | 145 | 29 |
| 4 Competitive Total Spend[2] ($ millions) | 🟢 | 20 | 2,730 | 2,478 | 2,227 | 2,519 | 2,406 | 26 |
| 5 EFH Business Services Costs[3] ($ millions) | 🟢 | 20 | 306 | 279 | 251 | 275 | 274 | 24 |
| 6 Total Payout | | 100% | | | | | | 132% |

## The scorecard will govern total Business Services AIP funding.

1 EFH EBITDA, excluding Oncor

2 Total Spend Threshold/Target/Superior amounts have been reduced by $40 million to reflect Luminant capex adjustment and Business Service Cost adjustment, as shown on Appendix 1.

3 Business Service Cost Threshold/Target/Superior amounts have been increased by $3 million to reflect the BU function group transfer, net of Supply Chain project deferred to 2013. As shown on Appendix 2.

4





Energy Future Holdings

# December 31, 2011 AIP Update

## February 15, 2012

Contains Privileged and Confidential Information

Contains Privileged and Confidential Information

**Approval Item**

# Luminant 2011 Funding Scorecard

| A Performance metric | B % Weight | C Threshold[3] | D Target[3] | E Superior[3] | F Payout Range | G Plan | H Actual | I Organization Performance Multiplier |
|---|---|---|---|---|---|---|---|---|
| 1 Luminant Management EBITDA ($ millions) | 35 | ■ | ■ | ■ | ■ | ■ | ■ | 55 |
| 2 Coal Available Generation (GWh) | 20 | 59,833 | 62,381 | 63,655 | - 4 / + 2 | 63,695 | 62,455 | 21 |
| 3 Nuclear Available Generation[1] (GWh) | 10 | 18,986 | 19,588 | 19,871 | - 3 / + 1 | 19,813 | 19,283 | 7 |
| 4 Luminant O&M/SG&A ($ millions) | 15 | 1,232 | 1,122 | 1,010 | + 10 / - 10 | 1,107 | 1,122 | 15 |
| 5 Coal Fuel Costs[2] ($/mmbtu consumed) | 10 | 1.88 | 1.71 | 1.54 | + 10 / - 10 | 1.76 | 1.63 | 15 |
| 6 Luminant Capex ($ millions) | 10 | 653 | 597 | 541 | + 9 / - 9 | 559 | 587 | 12 |
| 7 Total Payout | 100% | | | | | | | 125% |

*The scorecard will govern total Luminant AIP funding. Two programs are separate (nuclear safety and the LUME commercial pool).*

[1] Target to superior payout on a non-linear scale with 150% achieved at plan for nuclear generation
[2] Includes lignite and PRB coal on a consumed basis
[3] Adjustments subject to review and approval of executive management. Certain financial measures are non-GAAP.

1

Contains Privileged and Confidential Information

# TXU Energy 2011 Funding Scorecard

**Approval Item**

| A Performance metric | B % Weight | C Threshold[3] | D Target[3] | E Superior[3] | F Payout Range | G Plan | H Actual | I Organizational Performance Multiplier |
|---|---|---|---|---|---|---|---|---|
| 1 Retail Management EBITDA ($ millions) | 40 | ■ | ■ | ■ | -15 / +10 | ■ | ■ | 37 |
| 2 Retail Total Costs[1] ($ millions) | 20 | 537 | 488 | 439 | +10 / -10 | 488 | 447 | 37 |
| 3 TXUE Contribution Margin[2] ($/MWh) | 15 | ■ | ■ | ■ | -10 / +10 | ■ | ■ | 16 |
| 4 TXUE Residential Ending Customer Count (000's) | 10 | 1,650 | 1,755 | 1,860 | -6 / +6 | 1,755 | 1,625 | 3 |
| 5 TXUE Average Days Sales Outstanding (DSO) | 5 | 49 | 46 | 44 | +7 / -4 | 46 | 42 | 10 |
| 6 TXUE Customer Satisfaction (%) | 5 | 86% | 89% | 92% | -3 / +3 | 89% | 90% | 7 |
| 7 TXUE PUC Complaints (% of avg. customers) | 5 | 0.101% | 0.081% | 0.073% | +25 / -10 | 0.081% | 0.056% | 10 |
| 8 Total Payout | 100% | | | | | | | 120% |

*The scorecard will govern total TXUE funding.*

[1] Retail Total costs includes SG&A (net of management EBITDA adjustments for Service Bill and Call Center Reconfiguration), Cash CAPEX, and Bad Debt for TXUE and Brighten (Out of State).

[2] Actual Contribution Margin will be weighted consistent with the 2011 Plan of 51% Residential and 49% Business (based on volumes).

[3] Adjustments subject to review and approval of executive management. Certain financial measures are non-GAAP.

2

Contains Privileged and Confidential Information

# Business Services 2011 Funding Scorecard

**Approval Item**

| A Performance metric | B % Weight | C Threshold | D Target | E Superior | F Payout Range | G Plan | H Actual | I Organizational Performance Multiplier |
|---|---|---|---|---|---|---|---|---|
| 1 Competitive Management EBITDA (excl. ESB) ($ millions) | 20 | 2,757 | 3,285 | 3,632 | - 16 / + 11 | 3,285 | 3,297 | 21 |
| 2 Luminant Scorecard Multiplier (%) | 20 | 50 | 100 | 200 | - 50 / + 100 | 105 | 125 | 25 |
| 3 TXU Energy Scorecard Multiplier (%) | 20 | 50 | 100 | 200 | - 50 / + 100 | 100 | 120 | 24 |
| 4 Competitive Total Spend ($ millions) | 20 | 2,617 | 2,384 | 2,151 | + 10 / - 10 | 2,348 | 2,326 | 25 |
| 5 EFH Business Services Costs ($ millions) | 20 | 301 | 273 | 246 | + 10 / - 10 | 274 | 259 | 30 |
| 6 Total Payout | 100% | | | | | | | 125% |

*The scorecard will govern total Business Services AIP funding.*

3





Energy Future Holdings

# 2010 Business Results and Annual Incentive Plan

## February 15, 2011

# Luminant 2010 Funding Scorecard

**Approval Item**

| | A Performance metric | B Status | C % Weight | D Threshold[5] | E Target[5] | F Superior[5] | G Plan | H Actual | I % Payout |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Luminant Management EBITDA, excluding Oak Grove & Sandow 5 ($ millions) | 🟢 | 35% | ■ | ■ | ■ | ■ | ■ | 70% |
| 2 | Luminant Coal Available Generation, excluding Oak Grove & Sandow 5[1] (GWh) | 🟡 | 16% | 45,417 | 46,955 | 48,034 | 47,196 | 46,913 | 62% 16% |
| 3 | Luminant Nuclear Available Generation[2] (GWh) | 🟢 | 9% | 19,578 | 20,199 | 20,490 | 20,412 | 20,236 | 10% |
| 4 | Luminant O&M/SG&A[3] ($ millions) | 🟢 | 15% | 1,090 | 1,037 | 986 | 1,042 | 1,025 | 19% |
| 5 | Luminant Capex[3] ($ millions) | 🟢 | 5% | 880 | 837 | 793 | 863 | 774 | 10% |
| 6 | Luminant Fossil Fuel Costs[4] ($/mmbtu produced) | 🟡 | 10% | 2.05 | 1.86 | 1.67 | 1.86 | 1.84 | 11% |
| 7 | Management EBITDA for Oak Grove & Sandow 5 ($ millions) | 🟡 | 10% | 188 | 293 | 321 | 293 | 224 | 7% |
| 8 | Total Payout | | 100% | | | | | | 142% 134% |

🔴 Below Threshold  🟡 Threshold to Target  🟢 Target to Superior

*The scorecard will govern total Luminant AIP funding.  Two programs are separate (nuclear safety and the LUME commercial pool)*

[1]  Target to Superior payout on a linear scale with 125% achieved at plan for coal generation
[2]  Target to Superior payout on a non-linear scale with 150% achieved at plan for nuclear generation
[3]  Includes New Build
[4]  Fuel costs exclude New Build
[5]  Adjustments subject to review and approval of executive management.  Certain financial measures are non-GAAP.
[6]  Some numbers may not foot due to rounding.

# TXU Energy 2010 Funding Scorecard

**Approval Item**

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Performance Metric | Status | % Weight | Threshold | Target | Superior | Plan | Actual | % Payout |
| 1  TXU Energy Management EBITDA ($ mm) | 🟢 | 40% | | | | | | 80% / 72% |
| 2  TXU Energy Total Costs[1] ($ mm) | 🟡 | 20% | $509 | $476 | $443 | $476 | $490 | 16% |
| 3  Contribution Margin[2] ($/MWh) | 🟢 | 15% | | | | | | 30% |
| 4  Residential Ending Customer Count (000's) | 🔴 | 10% | 1,797 | 1,892 | 1,987 | 1,892 | 1,771 / 1797 | 0% / 5% |
| 5  Residential Days Meter to Cash | 🟢 | 5% | 28 | 26 | 24 | 26 | 26 | 5% |
| 6  Customer Satisfaction (%) | 🟢 | 5% | 84% | 88% | 92% | 88% | 88% | 5% |
| 7  PUC Complaints (% of avg. customers) | 🟡 | 5% | 0.143% | 0.114% | 0.086% | 0.114% | 0.123% | 4% |
| 8  Total Payout | | 100% | | | | | | 140% / 137% |

🔴 Below Threshold  🟡 Threshold to Target  🟢 Target to Superior

*TXU Energy currently expects to achieve 2010 plan, while having challenges in certain areas*

[1] $476mm Target includes $373mm of SG&A (SG&A does not include service bill costs related to the service bill Management EBITDA adjustments), $31mm of Cash Capex and $72mm of Bad Debt.  Does not include revenue based taxes that increases with higher revenues, A/R Fees or capitalized interest. Does not include any additional costs related to Call Center transformation. Any costs incurred  with call center transformation will be supported by a separate business case and treated as a Management EBITDA and total costs adjustment

[2] Actual Contribution Margin will be weighted consistent with the 2010 Plan of 52% Residential and 48% Business (based on volumes) and includes purchase accounting amortization

[3] Some numbers may not foot due to rounding.

2

# Business Services 2010 Funding Scorecard

**Approval Item**

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Performance Metric | Status | % Weight | Threshold[2] | Target[2] | Superior[2] | Plan | Actual | % Payout |
| 1  Competitive Management EBITDA[1] | 🟢 | 20% | 2,949 | 3,484 | 3,990 | 3,484 | 3,617 | 25% |
| 2  Luminant Scorecard Multiplier | 🟢 | 20% | 50% | 100% | 200% | 117% / 142% | 142% | 28% |
| 3  TXU Energy Scorecard Multiplier | 🟢 | 20% | 50% | 100% | 200% | 115% | 134% / 140% | 27% / 28% |
| 4  Competitive Total Spend | 🟢 | 20% | 2,701 | 2,533 | 2,330 | 2,596 | 137% / 2,475 | 27% / 26% |
| 5  EFH Business Services Costs | 🟢 | 20% | 300 | 264 | 200 | 264 | 239 | 28% |
| 6  Total Payout | | 100% | | | | | 135% | 133% |

🔴 Below Threshold   🟡 Threshold to Target   🟢 Target to Superior

*Current projection for the EFH Business Services AIP funding scorecard reflects above Target payout.*

[1] EFH EBITDA, Excluding Oncor.
[2] Adjustments subject to review and approval of executive management.  Certain financial measures are non-GAAP.
[3] Some numbers may not foot due to rounding.

3

# 2010 EFH Management EBITDA

Approval Item

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| **Annual objectives** | **Threshold[1]** | **Target[1]** | **Superior[1]** | **Plan** | **Actual** | **% Payout** |
| **1 Financial metrics ($MM)** | | | | | | |
| **2 EFH Management EBITDA** | 4,500 | 5,000 | 5,627 | 5,000 | 5,181 | 129% |
| **3 Competitive Management EBITDA** | 2,949 | 3,484 | 3,990 | 3,484 | 3,617 | 126% |

*EFH EBITDA comprises 50% of CEO scorecard; Competitive EBITDA comprises 50% of EFH SPC officer scorecards and 25% of BU SPC officer scorecards*

[1] Results adjusted for the impact of initiatives outside the control of management. Adjustments subject to review and approval of executive management. Certain financial measures are non-GAAP.

4







# 2009 Business Results and Annual Incentive Plan

## February 15, 2010

# 2009 Luminant Funding Scorecard

**Approval Item**

| Performance metric | Status | % Weight | Threshold | Target | Superior | 2009 Actual | % Payout |
|---|---|---|---|---|---|---|---|
| Luminant Management EBITDA excluding Oak Grove & Sandow 5 ($ millions) | 🟢 | 40 | ■ | ■ | ■ | ■ | 146% |
| Luminant Baseload Generation excluding Oak Grove & Sandow 5 (GWh) [1] | 🟡 | 25 | 63,568 | 66,458 | 67,770 | 65,843 | 89% |
| Luminant O&M/SG&A/CapEx[2] ($ millions) | 🟢 | 20 | 1,766 | 1,691 | 1,635 | 1,669 | 139% |
| Luminant Fossil Fuel Costs[2] ($/mmbtu produced) | 🟡 | 10 | 1.58 | 1.44 | 1.30 | 1.51 | 75% |
| Luminant Management EBITDA less CapEx, for Oak Grove & Sandow 5 ($ millions) | 🟡 | 5 | (433) | (239) | (208) | (410) | 56% |
| **Total Payout** | | 100% | | | | | 119% |

*The Luminant AIP funding scorecard reflects mixed performance across the business*

[1] Target to Superior payout on a non-linear scale with 150% achieved at Plan Generation.
[2] Costs and CapEx related to base business only (excludes New Build).

Slide 1

# TXU Energy 2009 Funding Scorecard

**Approval Item**

| Performance Metric | Status | % Weight | Threshold | Target | Superior | 2009 Actual | % Payout |
|---|---|---|---|---|---|---|---|
| TXU Energy Management EBITDA ($ millions) | 🟢 | 35 | | | | | 200% |
| TXU Energy Total Costs[1] ($ millions) | 🟡 | 20 | 504 | 471 | 438 | 498 | 59% |
| Contribution Margin[2]($/MWh) | 🟢 | 20 | | | | | 200% |
| Customer Satisfaction | 🟢 | 10 | 82 | 84 | 92 | 88 | 150% |
| Overall Project Spend[3] | 🟡 | 5 | 46 | 33 | 28 | 36 | 88% |
| PUC Complaints (% of avg. customers) | 🔴 | 5 | 0.121% | 0.113% | 0.105% | 0.191% | - |
| Days Meter to Cash[4] | 🔴 | 5 | 28 | 26 | 24 | 29 | - |
| Total Payout | | 100% | | | | | 141% |

*TXU Energy exceeded TXU Energy Management EBITDA and Contribution Margin targets while remaining focused on delivering key projects and improved operational performance*

[1] Includes SG&A, Bad Debt & CapEx. Does not include gross receipts tax that increases with higher revenues, A/R Fees or capitalized interest.
[2] Contribution Margin is weighted consistent with the 2009 Plan of 55% Residential and 45% Business and includes purchase accounting amortization.
[3] Excludes capitalized interest.
[4] Calculated using only Residential billed balances.

Slide 2

# 2009 EFH Business Services Funding Scorecard

**Approval Item**

| Performance metric | Status | % Weight | Threshold[1] | Target[1] | Superior[1] | 2009 Actual | % Payout |
|---|---|---|---|---|---|---|---|
| EFH Management EBITDA[1] | 🟢 | 20 | 2,717 | 3,375 | 3,660 | 3,430 | 119% |
| Luminant Scorecard Multiplier | 🟢 | 20 | 50% | 100% | 200% | 119% | 119% |
| TXU Energy Scorecard Multiplier | 🟢 | 20 | 50% | 100% | 200% | 141% | 141% |
| EFH Total Spend | 🟢 | 20 | 4,661 | 4,460 | 4,300 | 4,429 | 119% |
| EFH Business Services SG&A Direct Costs | 🟢 | 20 | 300 | 283 | 200 | 258 | 130% |
| Total Payout | | 100% | | | | | 126% |

*Current projection for the EFH Business Services AIP funding scorecard reflects above Target payout.*

[1] EFH Management EBITDA: Excluding Oncor.

3

# 2009 EFH Management EBITDA

Approval Item

| Annual objectives | Threshold | Target | Superior | 2009 Actual | 2009 Payout % |
|---|---|---|---|---|---|
| **Financial metrics ($MM)** | | | | | |
| EFH Management EBITDA | 3,978 | 4,774 | 5,163 | 4,778 | 101% |
| EFH Management EBITDA (less Oncor) | 2,717 | 3,375 | 3,660 | 3,430 | 119% |

*EFH Management EBITDA comprises 50% of CEO scorecard; EFH Management EBITDA (less Oncor) comprises 50% of EFH SPC officer scorecards and 25% of BU SPC officer scorecards*

Slide 4