Exhibit B

Luminant Score Card Actuals v. Current Performance Matrix

| Metric | 2009 Actual | 2010 Actual | 2011 Actual | 2012 Actual | 2013 Actual | Average | 2014* Threshold | 2014* Baseline | 2014* Superior | Weight | Threshold v. Average | Superior v. Average | Mid-Year June YTD Actual** | Projection for Full Year | Projection v. Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Luminant Management EBITDA excluding Oak Grove & Sandow 5 | | | | | | REDACTED | | | | 37.5% | (1,010.60) | (833) | REDACTED | | Exceeds Baseline |
| Luminant Baseload Generation excluding Oak Grove & Sandow | 65,843 | 46,913 | 62,455 | | | | | | | | | | | | |
| Coal Available Generation June-Sep 15 | | | | 20,385 | 20,212 | 20,299 | 19,138 | 19,898 | 20,385 | 10.0% | (1,160.50) | 87 | 5,339 | N/A | |
| Coal Available Generation Jan-May, Sep 16-Dec | | | | 39,409 | 36,051 | 37,730 | 36,356 | 36,935 | 37,543 | 10.0% | (1,374.00) | (187) | 22,445 | N/A | |
| Nuclear Generation | - | - | 19,283 | 19,897 | 20,487 | 19,889 | 19,071 | 19,388 | 19,786 | 7.5% | (818.00) | (103) | 9,571 | 19,142 | Exceeds Threshold |
| Luminant O&M/SGA/CapEx | 1,669 | - | - | | | | | | | | | | | | |
| Luminant O&M/SGA | - | 1,025 | 1,122 | 1,078 | 1,062 | 1,072 | 1,142 | 1,114 | 1,030 | 15.0% | 70.25 | (42) | 548 | 1,096 | Exceeds Baseline |
| Luminant CapEx | - | 774 | 587 | 785 | 594 | 548 | 562 | 552 | 531 | 10.0% | 14.00 | (17) | 198 | 396 | Exceeds Superior |
| Luminant Fossil Fuel Costs | 1.51 | 1.84 | 1.63 | 1.58 | 1.66 | 1.64 | 1.68 | 1.64 | 1.59 | 10.0% | 0.04 | (0.05) | 1.62 | N/A | |
| Luminant Management EBITDA less CapEx, for Oak Grove & Sandow | (410) | 224 | - | - | - | N/A | | | | | | | | | |

* Filsinger Declaration Table 1-4 on page 1-5
** Filsinger Declaration Table 1-3 on page 1-4

Baseline & Superior less than Threshold which represents that a smaller number is the goal

Average is calculated by adding the amounts for each year together and dividing by the number of years the metric has been used.

TXU Score Card Actuals v. Current Performance Matrix

| Metric | 2009 Actual | 2010 Actual | 2011 Actual | 2012 Actual | 2013 Actual | Average | 2014* Threshold | 2014* Baseline | 2014* Superior | Weight | Threshold v. Average | Superior v. Average | Mid-Year June YTD Actual** | Projection for Full Year | Projection v. Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TXU EBITDA/Retail Mangement EBITDA | | | | REDACTED | | | | | | 40% | -212.4 | -116.4 | REDACTED | | Exceeds Superior |
| TXU Total Energy Costs | 498 | 490 | 447 | 370 | 362 | 433.4 | 380 | 365 | 328 | 20% | -53.4 | -105.4 | 180 | 360 | Exceeds Threshold |
| Contribution Margin | | | | REDACTED | | | | | | 15% | -0.38 | 3.92 | REDACTED | N/A | |
| Residential Ending Customer Count | - | 1,771 | 1,625 | 1,547 | 1,502 | 1,611 | 1,443 | 1,450 | 1,486 | 10% | -168.25 | -125.25 | 1493 | N/A | |
| Customer Satisfaction | | 88 | 90 | 85.5 | 85.1 | 87.32 | 84.5 | 85.6 | 87.6 | 3% | -2.82 | 0.28 | 84.83 | N/A | |
| Overall Project Spend | 36 | | | | | | | | | | | | | | |
| PUC Complaints | 0.191% | 0.123% | 0.06% | | | | | | | | | | | | |
| Days to Meter | 29 | 26 | | | | | | | | | | | | | |
| TXUE Average Days Sales Outstanding | | | 42 | 40 | 39.6 | 40.53 | 41 | 39.5 | 37.9 | 3% | 0.47 | -2.63 | 40.9 | N/A | |
| TXUE Energizing Event Success | | | | 99.79 | 99.86 | 99.825 | 99.85 | 99.9 | 99.95 | 3% | 0.025 | 0.125 | 99.9 | N/A | Exceeds |
| TXUE Customer Complaints | | | | 0.043% | 598 | N/A | 969 | 580 | 464 | 3% | | | 339 | 678 | Threshold |
| TXUE System Availability | | | | 99.86 | 99.95 | 99.905 | 99.89 | 99.9 | 99.95 | 3% | -0.015 | 0.045 | 99.98 | N/A | |

* Filsinger Declaration Table 1-4 on page 1-5
** Filsinger Declaration Table 1-3 on page 1-4

Baseline & Superior less than Threshold which represents that a smaller number is the goal

Average is calculated by adding the amounts for each year together and dividing by the number of years the metric has been used.

Business Services Score Card Actuals v. Current Performance Matrix

| Metric | 2009 Actual | 2010 Actual | 2011 Actual | 2012 Actual | 2013 Actual | Average | 2014* Threshold | 2014* Baseline | 2014* Superior | Weight | Threshold v. Average | Superior v. Average | Mid-Year June YTD Actual** | Projection for Full Year | Projection v. Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EFH Management/Competitive | | | | | | | | | | | | | | | Exceeds |
| EBITDA | 3,430 | 3,617 | 3,297 | 3,414 | 2,758 | 3,303 | 2,039 | 2,099 | 2,305 | 20% | (1,264) | (998) | 1,215 | 2,430 | Superior |
| Luminant Scorecard Multiplier | 119% | 142% | 125% | 130% | 133% | 130% | 50% | 100% | 200% | 20% | -80% | 70% | 127% | N/A | |
| TXU Energy Scorecard Multiplier | 141% | 140% | 120% | 145% | 148% | 139% | 50% | 100% | 200% | 20% | -89% | 61% | 100% | N/A | |
| | | | | | | | | | | | | | | | Exceeds |
| EFH Total Spend | 4,429 | 2,475 | 2,326 | 2,406 | 2,193 | 2,766 | 2,316 | 2,253 | 2,132 | 20% | (450) | (634) | 1,014 | 2,028 | Superior |
| EFH Business Services SG&A | | | | | | | | | | | | | | | Exceeds |
| Direct Costs | 258 | 239 | 259 | 274 | 289 | 264 | 297 | 295 | 279 | 20% | 33 | 15 | 134 | 268 | Superior |

* Filsinger Declaration Table 1-4 on page 1-5
** Filsinger Declaration Table 1-3 on page 1-4

Baseline & Superior less than Threshold which represents that a smaller number is the goal

Average is calculated by adding the amounts for each year together and dividing by the number of years the metric has been used.