Exhibit C

Exhibit

Financial Trends
Comparable Companies vs EFH
Source: SEC 10 K reports

EFH
Billions

| Year | Operating Revenues | Net Income (Loss) | Long term debt |
|------|--------------------|-------------------|----------------|
| 2011 | $7.0 | ($1.9) | $35.4 |
| 2012 | $5.6 | ($3.4) | $37.8 |
| 2013 | $5.9 | ($2.3) | $38.2 |
| | | | |

AMEREN CORPORATION

Billions

| Year | Operating Revenues | Net Income (Loss) | Long term debt |
|------|--------------------|-------------------|----------------|
| 2011 | $6.1 | $0.5 | $6.7 |
| 2012* | $5.8 | $0.5 | $5.8 |
| 2013 | $5.8 | $0.3 | $5.5 |
| | | | |

* backing out discontinued operations 2012

Calphine Corp
Billions

| Year | Operating Revenues | Net Income (Loss) | Long term debt |
|------|--------------------|-------------------|----------------|
| 2011 | $6.8 | ($0.2) | $10.3 |
| 2012 | $5.5 | $0.2 | $10.6 |
| 2013* | $6.3 | $0.0 | $10.9 |
| | | | |

* Actual net income was $199 million

Duke Energy Corporation
Billions

| Year | Operating Revenues | Net Income (Loss) | Long term debt |
|------|--------------------|-------------------|----------------|
| 2011 | $14.5 | $1.7 | $17.7 |
| 2012 | $19.6 | $1.8 | $36.4 |
| 2013 | $24.6 | $2.7 | $38.2 |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

## Edison International
Billions

| Year | Operating Revenues | Net Income (Loss) | Long term debt |
|---|---|---|---|
| 2011* | $10.6 | $1.1 | $8.8 |
| 2012 ** | $11.8 | $1.6 | $9.2 |
| 2013 | $12.6 | $1.0 | $9.8 |
|  |  |  |  |

* Net income excluding loss from discontinued operations (1.0)
** Net income excluding loss from discontinued operations (1.6)

## Entergy Corporation
Billions

| Year | Operating Revenues | Net Income (Loss) | Long term debt |
|---|---|---|---|
| 2011 | $11.2 | $1.4 | $10.0 |
| 2012 | $10.3 | $0.9 | $11.9 |
| 2013 | $11.4 | $0.7 | $12.1 |
|  |  |  |  |

## Exelon Corporation
Billions

| Year | Operating Revenues | Net Income (Loss) | Long term debt |
|---|---|---|---|
| 2011 | $19.0 | $2.6 | $11.8 |
| 2012 | $23.5 | $2.5 | $17.1 |
| 2013 | $24.8 | $1.7 | $17.3 |
|  |  |  |  |

## Firstenergy Corp.
Billions

| Year | Operating Revenues | Net Income (Loss) | Long term debt |
|---|---|---|---|
| 2011 | $16.1 | $0.9 | $15.7 |
| 2012 | $15.3 | $0.7 | $15.2 |
| 2013 | $14.9 | $0.4 | $15.8 |
|  |  |  |  |

## Nextera Energy Inc.
Billions

| Year | Operating Revenues | Net Income (Loss) | Long term debt |
|---|---|---|---|
| 2011 | $15.2 | $1.9 | $20.8 |

| 2012 | $14.3 | $1.9 | $23.1 |
| 2013 | $15.1 | $1.9 | $23.9 |
|  |  |  |  |

NRG Energy, Inc.
Billions

|  | Operating | Net Income | Long term |
| Year | Revenues | (Loss) | debt |
| 2011 | $9.0 | $0.2 | $9.7 |
| 2012 | $8.4 | $0.3 | $15.7 |
| 2013 | $11.3 | ($0.4) | $15.7 |
|  |  |  |  |

PPL Corporation
Billions

|  | Operating | Net Income | Long term |
| Year | Revenues | (Loss) | debt |
| 2011 | $12.7 | $1.5 | $18.0 |
| 2012 | $12.3 | $1.5 | $18.7 |
| 2013 | $11.8 | $1.1 | $20.6 |
|  |  |  |  |

Public Service Enterprise Group Inc.
Billions

|  | Operating | Net Income | Long term |
| Year | Revenues | (Loss) | debt |
| 2011 | $11.1 | $1.4 | $6.7 |
| 2012 | $9.8 | $1.3 | $6.1 |
| 2013 | $10.0 | $1.2 | $7.6 |
|  |  |  |  |

Southern Company
Billions

|  | Operating | Net Income | Long term |
| Year | Revenues | (Loss) | debt |
| 2011 | $17.7 | $2.3 | $18.6 |
| 2012 | $16.5 | $2.4 | $19.3 |
| 2013 | $17.1 | $1.7 | $21.3 |
|  |  |  |  |

Xcel Energy inc.
Billions

|  | Operating | Net Income | Long term |
| Year | Revenues | (Loss) | debt |
| 2011 | $10.6 | $0.8 | $8.8 |
| 2012 | $10.1 | $0.9 | $10.1 |
| 2013 | $10.9 | $0.9 | $10.9 |

|  |  |  |  |
|--|--|--|--|

American Electric Power Co., Inc
Dominion Resources Inc.

Financial Information not available on EDGAR- SEC Reporting