Exhibit D

Exhibit

Financial Trends
Source: SEC 10 K reports

Energy Future Competitive Holdings Company
**EFCH**
Millions

| Year | Operating Revenues | Net Income (Loss) | Working Capital | Long term debt |
|---|---|---|---|---|
| 2009 | 7,911 | 515 | (373) | 31,978 |
| 2010 | 8,235 | (3,530) | (100) | 29,131 |
| 2011 | 7,040 | (1,802) | (312) | 30,076 |
| 2012 | 5,636 | (3,008) | (464) | 29,928 |
| 2013 | 5,899 | (2,317) | (1,645) | 29,800 |

Energy Future Holdings Corp
**EFH**
Millions

| Year | Operating Revenues | Net Income (Loss) | Working Capital | Long term debt |
|---|---|---|---|---|
| 2009 | 9,546 | 344 | (938) | 41,440 |
| 2010 | 8,235 | (2,812) | (684) | 34,226 |
| 2011 | 7,040 | (1,825) | (311) | 35,360 |
| 2012 | 5,636 | (3,360) | 245 | 37,815 |
| 2013 | 5,899 | (2,325) | (841) | 38,198 |