# Court Conference

**Calendar Date:** 10/02/2014
**Calendar Time:** 02:30 PM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
#6

Amended Calendar 10/02/2014 11:02 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6507403 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6507025 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6507131 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6507104 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6507150 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6507143 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6507410 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6507199 | Ryan Bartley | (302) 571-5007 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6507157 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6507080 | William Bowden | (302) 654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507567 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507068 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLL | Creditor, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507559 | Chris Chaice | (212) 745-9706 | Brigade Capital Management | Interested Party, Chris Chaice / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507554 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507075 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507218 | Howard Cohen | (302) 467-4200 | Drinker Biddle & Reath LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507018 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507297 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507319 | David Dempsey | (202) 879-5127 ext. 00 | Kirkland & Ellis LLP - Washington Offic | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507035 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507172 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507023 | Andrew Devore | (617) 951-7618 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507109 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507004 | Justin Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507197 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507120 | Beret Flom | 212-408-5239 | Chadbourne & Parke, LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6507355 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, J. Aron / LISTEN ONLY |

| Debtor | Case | Type | Conf ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507204 | Jonathan Friedman | (212) 682-7474 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507169 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Charles Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507163 | Rebecca Hayes | (212) 338-3583 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A. as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507126 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507020 | Brian Hermann | 212-373-3545 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507420 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507314 | Steve Hessler | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507056 | Gregory Horowitz | (212) 715-9571 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507330 | Marshall Huebner | (212) 450-4099 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507037 | Michael J. Joyce | 302-777-4200 | Cross & Simon | Interested Party, Fidelity Management & Research Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507033 | Gary L. Kaplan | (212) 859-8376 | Fried, Frank, Harris, Shriver & Jacobson | Creditor, Fidelity Management & Research Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507510 | Adam L. Kaplan | 312-780-7476 | Gavin/Solmonese LLC | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507537 | Anna Kalenchits | 212-723-1808 | Citi Group Global Markets | Interested Party, Citi Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507133 | Charles L. Kerr | (212) 468-8051 ext. 43 | Morrison & Foerster | Creditor, Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507530 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507580 | Michael Linn (Celina Buehl) | 415-421-2132 | Farallon Capital Management | Interested Party, Michael Linn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507449 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Client, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507305 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507300 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507052 | D. Ross Martin | (617) 951-7000 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507027 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb LLP | Interested Party, Nextera Energy Resources / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6506956 | Mark E. McKane | 415-439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507312 | Brian P. Morgan | (973) 549-7050 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507088 | Stacy Newman | (302) 654-1888 | Ashby & Geddes | Creditor, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507288 | Bridget K. O'Connor | (202) 879-5175 ext. 00 | Kirkland & Ellis LLP - Washington Offic | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507032 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507252 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507136 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507412 | Andrew R. Remming | (302) 290-2537 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Andrew R. Remming / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507059 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507541 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507311 | Edward Sassower | 212-446-4733 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507324 | Brian Schartz | (212) 446-5932 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507478 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507097 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507145 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507076 | Michael Shepherd | (305) 925-4790 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507070 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507205 | Laurie S. Silverstein | 302-984-6033 | Potter Anderson & Corroon LLP | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507164 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Representing, Lender / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507215 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leona Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507222 | Patrick Strawbridge | (617) 951-8230 | Bingham McCutchen, LLP | Creditor, Pacific Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507579 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507138 | Patricia J Villareal | (214) 969-2973 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6506995 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507259 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507620 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6507188 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |