IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF DEPOSITION

**TO:** Michael T. Panacio, Bankruptcy Analyst for the U.S. Trustee for Region 3, c/o U.S. Department of Justice, Office of the U.S. Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attention: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014, Attention: Andrea B. Schwartz.

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession, through their attorneys, will take the deposition upon oral examination of Michael T. Panacio on **October 6, 2014 from 10:00 a.m. to 5:00 p.m. (Eastern Daylight Time)**, at the office of Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801. The deposition will take place before a court reporter and will be recorded by stenographic means and may be videotaped, and shall continue from day to day until it has been completed.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10894387v.1

Dated: October 3, 2014  
       Wilmington, Delaware

/s/ *(signature)*

**RICHARDS, LAYTON & FINGER, P.A.**  
Mark D. Collins (No. 2981)  
Daniel J. DeFranceschi (No. 2732)  
Jason M. Madron (No. 4431)  
920 North King Street  
Wilmington, Delaware 19801  
Telephone:   (302) 651-7700  
Facsimile:   (302) 651-7701  
Email:   collins@rlf.com  
       defranceschi@rlf.com  
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
Edward O. Sassower, P.C. (admitted *pro hac vice*)  
Stephen E. Hessler (admitted *pro hac vice*)  
Brian E. Schartz (admitted *pro hac vice*)  
601 Lexington Avenue  
New York, New York 10022-4611  
Telephone:   (212) 446-4800  
Facsimile:   (212) 446-4900  
Email:   edward.sassower@kirkland.com  
       stephen.hessler@kirkland.com  
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)  
Chad J. Husnick (admitted *pro hac vice*)  
Steven N. Serajeddini (admitted *pro hac vice*)  
300 North LaSalle  
Chicago, Illinois 60654  
Telephone:   (312) 862-2000  
Facsimile:   (312) 862-2200  
Email:   james.sprayregen@kirkland.com  
       chad.husnick@kirkland.com  
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession