IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ x
:  Chapter 11
In re :
: Case No. 14-10979 (CSS)
ENERGY FUTURE HOLDINGS, :
  CORP., *et al.,* : Jointly Administered
Debtors. :
: Hearing Date: October 8, 2014, at 9:30 a.m.
: Objections Due: October 2, 2014, by 4:00 p.m.
:
------------------------------------------------------ x

**DECLARATION OF ANDREA B. SCHWARTZ
IN SUPPORT OF OBJECTION OF THE UNITED STATES
TRUSTEE TO DEBTORS' MOTION (A) TO PAY PREPETITION
BONUSES TO INSIDERS AND (B) TO CONTINUE
<u>INSIDER BONUS PLANS</u>**

    I, Andrea B. Schwartz, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

    1.    I am a Trial Attorney for the United States Department of Justice, Office of the United States Trustee. My office is located at U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014. I am a member of the bars of the States of New York, New Jersey and California, and the Commonwealth of Pennsylvania, and am admitted to practice law in the United States District Court for the Southern District of New York.

    2.    I am admitted *pro hac vice* in these cases and proceedings by Order of the Court dated May 1, 2014. (D.I. 262).

3. I make this declaration in support of the Objection of the United States Trustee to Debtors' Motion (A) to Pay Prepetition Bonuses to Insiders and (B) to Continue Insider Bonus Plans. (D.I. 1792).

4. A true and correct copy of the transcript of the deposition of Donald L. Evans dated September 25, 2014, is annexed as **Exhibit A.**[1]

5. A true and correct copy of the EFH Executive Annual Incentive Plan, amended, effective as of January 1, 2010, is annexed as **Exhibit B.**

6. Upon information and belief, prior to the bankruptcy filings, the Debtors obtained the issuance of letters of credit from Citibank to assure payment of the Debtors' obligations for the maximum possible bonuses for five SPC members under the SPC LTIP. Upon information and belief, the aggregate amount of the letters of credit is approximately $18.6 million. A true and correct copy of the Amended and Restated Employment Agreement of John Young, dated March 1, 2014, together with attachments and exhibits, including the SPC LTIP at Exhibit I, is annexed as **Exhibit C.**

7. The U.S. Trustee did not oppose the Debtors' request for authorization to continue this plan, which provided for one payment in the amount of $80,000.00 to one insider. The Court approved this request at an omnibus hearing held on September 16, 2014.

---

[1] The Debtors have requested that the U.S. Trustee agree to file the transcript with a redacted portion and the Individual Participant Agreement in redacted form. As an accommodation to the Debtors, and mindful that the trial on the insider bonus motion is scheduled for October 8, 2014, the U.S. Trustee has agreed to file these documents in redacted form temporarily. The U.S. Trustee reserves all rights and intends to address the Debtors' requested redactions with the Court on October 8, 2014.

8. Upon information and belief, the individual performance modifiers for each of the SPC members is 85%, with the exception of the Debtors' CEO, whose modifier is 125% of the target payment.

9. A true and correct copy of the EFH Corp. Retention Award Plan dated December 20, 2010, is annexed as **Exhibit D.**

10. A true and correct copy of a redacted Individual Participant Agreement is annexed as **Exhibit E.**

Dated: New York, New York
October 2, 2014

                                                        /s/ Andrea B. Schwartz
                                                          Andrea B. Schwartz