# In The Matter Of:

*ENERGY FUTURE HOLDINGS CORPORATION, et al.*

---

## *DONALD L. EVANS - Vol. 1*
### *September 25, 2014*

---

# *CONTAINS HIGHLY CONFIDENTIAL INFORMATION*

**MERRILL CORPORATION**

**LegaLink, Inc.**    1345 Avenue of the Americas
17th Floor
New York, NY 10105
Phone: 212.557.7400
Fax: 212.367.6178

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Chapter 11
Case No. 14-10979 (CSS)
Jointly Administered
on an Interim Basis
--------------------------------x
In re:

ENERGY FUTURE HOLDINGS CORPORATION,
et al.,

         Debtors.
--------------------------------x
          September 25, 2014

          9:08 a.m.


    CONTAINS HIGHLY CONFIDENTIAL INFORMATION


      Videotaped Deposition of DONALD

L. EVANS, Individually and as Corporate

Representative of Energy Future Holdings

Corporation, pursuant to Notice, at the United

States Department of Justice, Office of the

U.S. Trustee, 201 Varick Street, New York, New

York, before Frank J. Bas, a Registered

Professional Reporter, Certified Realtime

Reporter and Notary Public within and for the

State of New York.

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 2

```
 1    A P P E A R A N C E S:

 2

 3    UNITED STATES DEPARTMENT OF JUSTICE

 4    OFFICE OF THE U.S. TRUSTEE

 5    Attorneys for United States Trustee

 6    Roberta DeAngelis, Region 3

 7        U.S. Federal Office Building

 8        201 Varick Street, Room 1006

 9        New York, New York 10014-9998

10    BY:  ANDREA B. SCHWARTZ, ESQ.

11        andrea.b.schwartz@usdoj.gov

12

13                -and-

14

15    UNITED STATES DEPARTMENT OF JUSTICE

16    OFFICE OF THE U.S. TRUSTEE

17        844 North King Street

18        Wilmington, Delaware 19801

19    BY:  RICHARD L. SCHEPACARTER, ESQ.

20        richard.schepacarter@usdoj.gov

21

22

23

24

25
```

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

```
 1     A P P E A R A N C E S (CONTINUED):

 2     BROWN RUDNICK LLP

 3     Attorneys for Wilmington Savings Fund, FSB,

 4     solely in its capacity as Successor Indenture

 5     Trustee for the Second Liens

 6          Seven Times Square

 7          New York, New York 10036

 8     BY:  SHIVANI PODDAR, ESQ.

 9          spoddar@brownrudnick.com

10

11     WHITE & CASE LLP

12     Attorneys for the Ad Hoc Group of TCEH

13     Unsecured Noteholders

14          1155 Avenue of the Americas

15          New York, New York 10036-2787

16     BY:  J. CHRISTOPHER SHORE, ESQ.

17          cshore@whitecase.com

18

19     MORRISON & FOERSTER LLP

20     Attorneys for the Official Committee of

21     Unsecured Creditors

22          250 West 55th Street

23          New York, New York 10019-9601

24     BY:  TIFFANI B. FIGUEROA, ESQ.

25          tfigueroa@mofo.com
```

```
1     A P P E A R A N C E S (CONTINUED):

2     AKIN GUMP STRAUSS HAUER & FELD LLP

3     Attorneys for the Ad Hoc Committee of

4     EFIH Unsecured Noteholders and the Second

5     Lien Debt Holders

6          One Bryant Park

7          Bank of America Tower

8          New York, New York 10036-6745

9     BY:  RICHARD R. WILLIAMS, JR., ESQ.

10         williamsr@akingump.com

11

12    KIRKLAND & ELLIS LLP

13    Attorneys for the Debtors and the Witness

14         555 California Street

15         San Francisco, California 94104

16    BY:  MARK E. McKANE, ESQ.

17         mark.mckane@kirkland.com

18              -and-

19    KIRKLAND & ELLIS LLP

20         655 15th Street, N.W.

21         Washington, D.C. 20005

22    BY:  JONATHAN F. GANTER, ESQ.

23         jonathan.ganter@kirkland.com

24         DAVID R. DEMPSEY, ESQ.

25         ddempsey@kirkland.com
```

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 5

```
 1     A P P E A R A N C E S  (CONTINUED):

 2

 3     NIXON PEABODY LLP

 4     Attorneys for American Stock Transfer & Trust

 5     Company, LLC, as Indenture Trustee

 6          100 Summer Street

 7          Boston, Massachusetts 02110-2131

 8     BY:  RICHARD C. PEDONE, ESQ.

 9          rpedone@nixonpeabody.com

10

11     FOLEY & LARDNER LLP

12     Attorneys for UMB Bank as Indenture Trustee

13     for EFIH Unsecured Notes

14          90 Park Avenue

15          New York, New York  10016-1314

16     BY:  REBECCA A. HAYES, ESQ.

17          rhayes@foley.com

18

19

20

21     ALSO PRESENT:

22     STACY DORÉ, Energy Future Holdings

23     CARRIE LEE KIRBY, Energy Future Holdings

24     MICHAEL DRENKALO, Videographer, Merrill Corp.

25
```

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | September 25, 2014 | |
| 2 | New York, New York | |
| 3 | --- | 09:08:39 |
| 4 | THE VIDEOGRAPHER:  We're now | 09:08:39 |
| 5 | recording and on the record. | 09:09:10 |
| 6 | My name is Michael Drenkalo, | 09:09:14 |
| 7 | Certified Legal Video Specialist for Merrill | 09:09:14 |
| 8 | Legal Solutions. | 09:09:16 |
| 9 | Today's date is September 25, | 09:09:17 |
| 10 | 2014.  The time is 9:08 a.m. | 09:09:19 |
| 11 | We're at the offices of the | 09:09:21 |
| 12 | United States Department of Justice, Office of | 09:09:23 |
| 13 | the U.S. Trustee, 201 Varick Street, New York, | 09:09:25 |
| 14 | New York, to take the videotaped deposition of | 09:09:28 |
| 15 | Donald L. Evans in the matter of In Re Energy | 09:09:32 |
| 16 | Future Holdings Corporation, et al., in the | 09:09:35 |
| 17 | United States Bankruptcy Court for the | 09:09:38 |
| 18 | District of Delaware. | 09:09:40 |
| 19 | If counsel would please | 09:09:42 |
| 20 | introduce themselves for the record. | 09:09:43 |
| 21 | MS. SCHWARTZ:  Andrea Schwartz | 09:09:44 |
| 22 | and Richard Schepacarter for Roberta | 09:09:45 |
| 23 | DeAngelis, the U.S. Trustee for Region 3. | 09:09:48 |
| 24 | MR. McKANE:  Mark McKane of | 09:09:51 |
| 25 | Kirkland & Ellis on behalf of the witness and | 09:09:52 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 7

| | | |
|---|---|---|
| 1 | the debtors. | 09:09:54 |
| 2 | THE VIDEOGRAPHER:  All other | 09:09:57 |
| 3 | counsel present will be noted on the record by | 09:09:57 |
| 4 | our court reporter. | 09:09:59 |
| 5 | Our court reporter today is | 09:10:01 |
| 6 | Frank Bas of Merrill Legal Solutions, who will | 09:10:02 |
| 7 | now swear in the witness. | 09:10:04 |
| 8 | THE COURT REPORTER:  Would you | 09:10:12 |
| 9 | please swear under penalty of perjury to tell | 09:10:13 |
| 10 | the truth, the whole truth and nothing but the | 09:10:17 |
| 11 | truth, so help you God? | 09:10:19 |
| 12 | THE WITNESS:  I do. | 09:10:31 |
| 13 | THE COURT REPORTER:  Thank you. | 09:10:32 |
| 14 | — — — | |
| 15 | D O N A L D   L.   E V A N S, | |
| 16 | called as a witness, having been duly | |
| 17 | sworn by a Notary Public (Frank J. Bas), | |
| 18 | was examined and testified as follows: | 09:10:34 |
| 19 | EXAMINATION BY | 09:10:34 |
| 20 | MS. SCHWARTZ: | 09:10:35 |
| 21 | Q.   Good morning, Mr. Evans. | 09:10:35 |
| 22 | A.   Good morning.  Good morning to | 09:10:36 |
| 23 | you. | 09:10:37 |
| 24 | Q.   Thank you. | 09:10:37 |
| 25 | A.   You bet. | 09:10:38 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 8

| | | |
|---|---|---|
| 1 | Q.    My name is Andrea Schwartz, I | 09:10:39 |
| 2 | am a trial attorney with the U.S. Department | 09:10:41 |
| 3 | of Justice in the Office of the U.S. Trustee. | 09:10:43 |
| 4 | I am here today with my | 09:10:45 |
| 5 | colleague, Richard Schepacarter, he's also a | 09:10:46 |
| 6 | trial attorney with the U.S. Department of | 09:10:49 |
| 7 | Justice, Office of the U.S. Trustee. | 09:10:51 |
| 8 | Together we represent Roberta DeAngelis.  She | 09:10:53 |
| 9 | is the United States Trustee for Region 3 | 09:10:58 |
| 10 | which covers, among other jurisdictions, the | 09:10:59 |
| 11 | District of Delaware. | 09:11:02 |
| 12 | We are here today in connection | 09:11:03 |
| 13 | with the bankruptcy cases of Energy Future | 09:11:06 |
| 14 | Holdings Corp., Case No. 14-14709 [sic]. | 09:11:11 |
| 15 | The Energy Future companies, | 09:11:14 |
| 16 | which we will refer to today, if it's all | 09:11:16 |
| 17 | right with you, as "EFH" or "the debtors" -- | 09:11:19 |
| 18 | is that all right with you? | 09:11:22 |
| 19 | A.    Yes, that's perfectly fine. | 09:11:23 |
| 20 | Q.    Okay. | 09:11:25 |
| 21 | -- sought protection under the | 09:11:26 |
| 22 | U.S. bankruptcy laws on April 29, 2014. | 09:11:27 |
| 23 | The cases are pending in the | 09:11:29 |
| 24 | District of Delaware and have been assigned to | 09:11:31 |
| 25 | the Honorable Christopher S. Sontchi. | 09:11:33 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 9

| | | |
|---|---|---|
| 1 | Just to give you a little bit | 09:11:36 |
| 2 | of information about our program.  The | 09:11:37 |
| 3 | U.S. Trustee program is a component of the | 09:11:40 |
| 4 | U.S. Department of Justice.  Our office is | 09:11:41 |
| 5 | charged with supervising the administration of | 09:11:44 |
| 6 | bankruptcy cases. | 09:11:46 |
| 7 | The U.S. Trustee monitors the | 09:11:48 |
| 8 | conduct of bankruptcy parties, oversees | 09:11:50 |
| 9 | related administrative functions and acts to | 09:11:53 |
| 10 | ensure compliance with applicable laws and | 09:11:56 |
| 11 | procedures. | 09:11:58 |
| 12 | Our mission is to promote the | 09:11:59 |
| 13 | integrity and efficiency of the bankruptcy | 09:12:01 |
| 14 | system for the benefit of all | 09:12:04 |
| 15 | stakeholders:  debtors, creditors and the | 09:12:08 |
| 16 | public. | 09:12:09 |
| 17 | Mr. Evans, you are here today | 09:12:09 |
| 18 | to be deposed in connection with Energy | 09:12:12 |
| 19 | Future's motion for court authorization to | 09:12:14 |
| 20 | make certain payments and continue certain | 09:12:17 |
| 21 | compensation programs that provide for bonuses | 09:12:20 |
| 22 | to senior executives of the company. | 09:12:23 |
| 23 | You may be aware that in 2005 | 09:12:25 |
| 24 | the U.S. bankruptcy laws underwent substantial | 09:12:29 |
| 25 | revisions when Congress passed and the | 09:12:32 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | President signed into law the Bankruptcy Abuse | 09:12:34 |
| 2 | Prevention and Consumer Protection Act. | 09:12:40 |
| 3 | Among other things, the | 09:12:40 |
| 4 | bankruptcy laws were changed to limit or | 09:12:41 |
| 5 | restrict the scope of key employee retention | 09:12:44 |
| 6 | plans and to prevent debtors from favoring | 09:12:46 |
| 7 | insiders over the interest of Chapter 11 | 09:12:49 |
| 8 | bankruptcy estates. | 09:12:52 |
| 9 | The eligible participants in | 09:12:53 |
| 10 | the motion before the Court are considered | 09:12:55 |
| 11 | insiders under the Bankruptcy Code. | 09:12:57 |
| 12 | We would like to impress upon | 09:12:59 |
| 13 | you that our purpose today is to ascertain | 09:13:01 |
| 14 | information regarding the various plans and | 09:13:05 |
| 15 | compensation that the companies have sought | 09:13:08 |
| 16 | approval for from the Bankruptcy Court and to | 09:13:11 |
| 17 | help us to determine whether the proposed | 09:13:13 |
| 18 | payments in our view satisfy the requirements | 09:13:16 |
| 19 | of the Bankruptcy Code. | 09:13:19 |
| 20 | As of today the U.S. Trustee | 09:13:21 |
| 21 | has not made a decision as to whether she will | 09:13:23 |
| 22 | or will not object to the motion. | 09:13:25 |
| 23 | We are here today to determine | 09:13:28 |
| 24 | additional facts in order to help us to | 09:13:31 |
| 25 | understand what our view will be. | 09:13:35 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | With this in mind, you are | 09:13:38 |
| 2 | being deposed today in your capacity as | 09:13:40 |
| 3 | chairman of the board of Energy Future | 09:13:43 |
| 4 | Holdings Corp. and chairman of the | 09:13:48 |
| 5 | Organization and Compensation Committee for | 09:13:49 |
| 6 | the EFH debtors. | 09:13:51 |
| 7 | Would you please tell me if you | 09:13:52 |
| 8 | have ever had your deposition taken before? | 09:13:55 |
| 9 | A.    You know, I was thinking back | 09:13:56 |
| 10 | on that. | 09:13:58 |
| 11 | I think back in the late '70s I | 09:14:00 |
| 12 | had my deposition taken in a workmen's comp | 09:14:02 |
| 13 | case in Texas. | 09:14:06 |
| 14 | I cannot recall another time | 09:14:08 |
| 15 | that I've actually had a deposition.  I | 09:14:10 |
| 16 | certainly have testified under oath a number | 09:14:12 |
| 17 | of times, testified in front of Congress a | 09:14:15 |
| 18 | number of times under oath.  I have | 09:14:18 |
| 19 | testified under oath when I was confirmed by | 09:14:22 |
| 20 | the Senate -- | 09:14:24 |
| 21 | Q.    Okay. | 09:14:25 |
| 22 | A.    -- to serve in the United | 09:14:26 |
| 23 | States government. | 09:14:27 |
| 24 | Q.    Are you taking any drugs or | 09:14:27 |
| 25 | other substances that would possibly affect | 09:14:31 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | your ability to answer our questions here | 09:14:33 |
| 2 | today truthfully? | 09:14:35 |
| 3 | A.    No, ma'am. | 09:14:36 |
| 4 | Q.    And do you have any medical | 09:14:36 |
| 5 | conditions that would affect your ability to | 09:14:38 |
| 6 | answer questions here truthfully today? | 09:14:41 |
| 7 | A.    No, ma'am. | 09:14:44 |
| 8 | Q.    Okay. | 09:14:44 |
| 9 | So Mr. Evans, I would just like | 09:14:45 |
| 10 | to go over a little bit of the ground rules | 09:14:46 |
| 11 | for today's deposition, since it's been a | 09:14:48 |
| 12 | while since you had a deposition, and just so | 09:14:50 |
| 13 | that everything's clear and we have a nice, | 09:14:53 |
| 14 | clean record. | 09:14:58 |
| 15 | A.    Yes, ma'am. | 09:15:00 |
| 16 | Q.    As you can see here today we | 09:15:01 |
| 17 | have a court reporter and we also have a | 09:15:03 |
| 18 | videographer, I don't know if you've ever -- | 09:15:04 |
| 19 | actually, since you haven't had your | 09:15:06 |
| 20 | deposition taken, I don't know that you've | 09:15:08 |
| 21 | ever had a videographer -- | 09:15:09 |
| 22 | A.    I've had cameras on me before. | 09:15:13 |
| 23 | MR. McKANE:   C-Span. | 09:15:15 |
| 24 | BY MS. SCHWARTZ: | 09:15:16 |
| 25 | Q.    Yeah, okay. | 09:15:16 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 13

| | | |
|---|---|---|
| 1 | Anyway, the bottom line here is | 09:15:17 |
| 2 | that there will be two records produced of | 09:15:20 |
| 3 | today's deposition.  There will be a written | 09:15:22 |
| 4 | transcript, there will also be a videotape. | 09:15:24 |
| 5 | For purposes of the written | 09:15:27 |
| 6 | transcript, the stenographer is not able to | 09:15:28 |
| 7 | take down nods of the head, shoulder shrugs, | 09:15:34 |
| 8 | hand gestures, et cetera, so I would ask you | 09:15:39 |
| 9 | in answering my questions here today that you | 09:15:41 |
| 10 | would give verbal answers to those questions. | 09:15:43 |
| 11 | Do you agree to do that? | 09:15:45 |
| 12 | A.    I do.  Sure. | 09:15:46 |
| 13 | Q.    And also if you don't | 09:15:47 |
| 14 | understand one of the questions that I ask you | 09:15:50 |
| 15 | today will you agree to tell me that, so that | 09:15:53 |
| 16 | I'll rephrase it? | 09:15:56 |
| 17 | A.    Yes, ma'am. | 09:15:57 |
| 18 | Q.    Okay.  So if you don't tell me | 09:15:58 |
| 19 | that you don't understand a question, then it | 09:16:00 |
| 20 | will be understood for purposes of this record | 09:16:02 |
| 21 | that you understood every question I asked? | 09:16:05 |
| 22 | A.    Correct. | 09:16:07 |
| 23 | Q.    Okay.  Thank you. | 09:16:08 |
| 24 | A.    Yes, ma'am.  Sure. | 09:16:09 |
| 25 | Q.    Thank you. | 09:16:10 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 14

| | | |
|---|---|---|
| 1 | Also, please wait for me to | 09:16:11 |
| 2 | finish my question before answering.  I will | 09:16:13 |
| 3 | do my best not to interrupt you while you're | 09:16:16 |
| 4 | answering.  I will say I'm not the greatest at | 09:16:19 |
| 5 | that, but I will work hard to do that. | 09:16:21 |
| 6 | All right? | 09:16:23 |
| 7 | A.    Very good. | 09:16:24 |
| 8 | Q.    All right. | 09:16:24 |
| 9 | You are accompanied here today | 09:16:25 |
| 10 | by Mr. Mark McKane of Kirkland & Ellis.  There | 09:16:27 |
| 11 | may come a time, hopefully not, but there may | 09:16:31 |
| 12 | come a time during the course of me asking you | 09:16:34 |
| 13 | questions that Mr. McKane would seek to | 09:16:36 |
| 14 | interpose an objection to my question.  If he | 09:16:39 |
| 15 | does that, I am sure he's already instructed | 09:16:41 |
| 16 | you on what you should do, but I am going to | 09:16:43 |
| 17 | help out a little bit here and say just hold | 09:16:46 |
| 18 | back, let him place his objection on the | 09:16:49 |
| 19 | record, and either he will tell you -- he will | 09:16:51 |
| 20 | direct you not to answer the question, or I | 09:16:55 |
| 21 | will tell you that you can answer the | 09:16:57 |
| 22 | question. | 09:16:59 |
| 23 | So that you understand, | 09:17:01 |
| 24 | objections at depositions are very limited, | 09:17:01 |
| 25 | because all of the objections are preserved | 09:17:04 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | for trial.  The only objections that | 09:17:06 |
| 2 | Mr. McKane will make today are either | 09:17:10 |
| 3 | objections to the form of my question, that | 09:17:13 |
| 4 | maybe I asked two questions in one question, | 09:17:16 |
| 5 | it's confusing, et cetera, an objection to the | 09:17:18 |
| 6 | form, or if a question that I ask you asked | 09:17:20 |
| 7 | you a question that may be privileged, it may | 09:17:27 |
| 8 | be a privileged communication that you've had | 09:17:30 |
| 9 | with your counsel, which I want to let you | 09:17:31 |
| 10 | know I have no intention to do.  Sometimes | 09:17:33 |
| 11 | we're not perfect, we ask a question, we don't | 09:17:37 |
| 12 | realize, you know, et cetera, and he's going | 09:17:40 |
| 13 | to -- he'll step in, and I want you to know, I | 09:17:42 |
| 14 | have no desire to be asking you that, I | 09:17:45 |
| 15 | respect that privilege, and I don't have any | 09:17:49 |
| 16 | intention to do that.  Okay? | 09:17:50 |
| 17 |       A.    Okay. | 09:17:54 |
| 18 |            MR. McKANE:  Andrea, before you | 09:17:54 |
| 19 | continue. | 09:17:56 |
| 20 |            If I am going to interpose an | 09:17:56 |
| 21 | objection, all I ask is that you pause after | 09:17:57 |
| 22 | the question is asked to give me the | 09:17:59 |
| 23 | opportunity to state the objection, to avoid | 09:18:01 |
| 24 | all of us talking over each other.  So that's | 09:18:03 |
| 25 | all I ask. | 09:18:05 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | BY MS. SCHWARTZ: | 09:18:06 |
| 2 | Q.    Got it? | 09:18:06 |
| 3 | A.    I have it. | 09:18:06 |
| 4 | Q.    Okay. | 09:18:07 |
| 5 | A.    Very good.  That's just fine. | 09:18:08 |
| 6 | Q.    Okay.  Also, if there's any | 09:18:09 |
| 7 | point in time that you need a break, I'm happy | 09:18:11 |
| 8 | to accommodate you. | 09:18:14 |
| 9 | A.    How about now?  No, just | 09:18:17 |
| 10 | kidding. | 09:18:18 |
| 11 | Q.    That's okay. | 09:18:18 |
| 12 | But I want you to know that | 09:18:20 |
| 13 | your attorneys have made great efforts to try | 09:18:22 |
| 14 | to accommodate your schedule.  I have, too. | 09:18:26 |
| 15 | You may be aware that today is the Jewish | 09:18:30 |
| 16 | holiday, Rosh Hashana, I accidentally | 09:18:32 |
| 17 | scheduled this today and my family is having a | 09:18:37 |
| 18 | heart attack, but really you should be aware | 09:18:39 |
| 19 | that your attorneys have done a really good | 09:18:41 |
| 20 | job in terms of trying to work with our office | 09:18:42 |
| 21 | and has engendered our spirit to try to do the | 09:18:44 |
| 22 | same thing.  So everybody has really been | 09:18:50 |
| 23 | very -- your attorneys especially, have been | 09:18:53 |
| 24 | very concerned to make sure that you're | 09:18:55 |
| 25 | comfortable for everything.  We're happy.  We | 09:18:57 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 17

| | | |
|---|---|---|
| 1 | would like you to be also. | 09:19:00 |
| 2 | A.    I'm comfortable, thank you. | 09:19:01 |
| 3 | Q.    If you need a break, let us | 09:19:02 |
| 4 | know. | 09:19:04 |
| 5 | A.    Yes. | 09:19:04 |
| 6 | Q.    Here's the rule:  If I am | 09:19:04 |
| 7 | asking you a question or I'm in a line of | 09:19:06 |
| 8 | questioning, you can't take a break in the | 09:19:08 |
| 9 | middle of that and say I've got to take a | 09:19:09 |
| 10 | break.  But, you know, we will work to getting | 09:19:11 |
| 11 | you if you need to use the facility, | 09:19:14 |
| 12 | et cetera. | 09:19:16 |
| 13 | There are bathrooms located on | 09:19:16 |
| 14 | the 12th floor, sorry for the inconvenience, | 09:19:18 |
| 15 | but that's the nearest bathroom. | 09:19:21 |
| 16 | Okay.  Do you understand that? | 09:19:24 |
| 17 | A.    I do. | 09:19:26 |
| 18 | Q.    Okay. | 09:19:26 |
| 19 | A.    Very much so. | 09:19:27 |
| 20 | Q.    Good. | 09:19:28 |
| 21 | And also if you take a break or | 09:19:28 |
| 22 | there is a lunch break, et cetera, you're not | 09:19:30 |
| 23 | permitted to discuss what goes on here today | 09:19:31 |
| 24 | with your counsel.  It's as if you're still | 09:19:33 |
| 25 | here, but you're taking a break for lunch. | 09:19:37 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 18

| | | |
|---|---|---|
| 1 | Okay? | 09:19:39 |
| 2 | A.    Yes, ma'am. | 09:19:39 |
| 3 | Q.    Now I would also like you to | 09:19:40 |
| 4 | understand that what you say here today has | 09:19:42 |
| 5 | the same force and effect as if you were | 09:19:45 |
| 6 | sitting in a court of law. | 09:19:48 |
| 7 | Do you understand that? | 09:19:50 |
| 8 | A.    Yes, ma'am. | 09:19:50 |
| 9 | Q.    Very good. | 09:19:51 |
| 10 | Do you understand all of the | 09:19:54 |
| 11 | ground rules as I have set them forth to you? | 09:19:55 |
| 12 | A.    I do. | 09:20:00 |
| 13 | Q.    Okay, and -- | 09:20:01 |
| 14 | MR. McKANE:  Andrea, the only | 09:20:01 |
| 15 | thing I would say, to the extent you're asking | 09:20:03 |
| 16 | a question and there's a question as to | 09:20:04 |
| 17 | whether the answer would require him to | 09:20:06 |
| 18 | divulge a privilege, we would ask that we stop | 09:20:07 |
| 19 | and so we can confer with counsel on terms of | 09:20:10 |
| 20 | that. | 09:20:13 |
| 21 | BY MS. SCHWARTZ: | 09:20:13 |
| 22 | Q.    You can definitely ask your | 09:20:13 |
| 23 | counsel if you think that you are going to | 09:20:15 |
| 24 | divulge a privileged answer.  I have no | 09:20:17 |
| 25 | problem with that. | 09:20:19 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 19

| | | |
|---|---|---|
| 1 | A.    Okay, thank you. | 09:20:20 |
| 2 | MS. SCHWARTZ:  Okay? | 09:20:21 |
| 3 | MR. McKANE:  Okay. | 09:20:22 |
| 4 | A.    Thank you.  You bet. | 09:20:23 |
| 5 | Q.    Okay.  All right. | 09:20:24 |
| 6 | How would you describe your | 09:20:25 |
| 7 | physical health? | 09:20:25 |
| 8 | A.    Very good.  Excellent. | 09:20:26 |
| 9 | Q.    That's a good answer.  I'm | 09:20:30 |
| 10 | happy to hear that. | 09:20:31 |
| 11 | Okay.  Mr. Evans, what did you | 09:20:34 |
| 12 | do today to prepare for this deposition -- | 09:20:36 |
| 13 | what did you do, not today, but at any time, | 09:20:38 |
| 14 | to prepare for this deposition? | 09:20:40 |
| 15 | A.    Well, I've served as the | 09:20:41 |
| 16 | chairman of the Organization and Compensation | 09:20:43 |
| 17 | Committee for about seven years, not quite | 09:20:46 |
| 18 | seven years.  I've served as the chairman of | 09:20:48 |
| 19 | Energy Future Holdings for seven years. | 09:20:51 |
| 20 | And so I think all of that time | 09:20:53 |
| 21 | serving as chairman of not only the board of | 09:20:56 |
| 22 | directors of EFH, or Energy Future Holdings, | 09:20:59 |
| 23 | but also the chairman of the O&C Committee, as | 09:21:03 |
| 24 | I will refer to it, over the last seven years | 09:21:06 |
| 25 | has allowed me to prepare for this deposition. | 09:21:10 |

| | | |
|---|---|---|
| 1 | Q.    And did you do anything | 09:21:13 |
| 2 | specific; in other words, for example, | 09:21:15 |
| 3 | reviewed documents, meet with counsel?  Did | 09:21:17 |
| 4 | you do anything like that? | 09:21:20 |
| 5 | A.    I have met with counsel.  I | 09:21:21 |
| 6 | have reviewed documents -- documents that have | 09:21:23 |
| 7 | been provided to you.  I have reviewed the | 09:21:27 |
| 8 | motion that has been filed.  I have reviewed | 09:21:30 |
| 9 | the -- the declaratory report from Filsinger & | 09:21:34 |
| 10 | Associates, from Towers Watson.  I looked back | 09:21:40 |
| 11 | over minutes of the committee, which you have | 09:21:43 |
| 12 | also been provided. | 09:21:48 |
| 13 | Q.    I was provided them in redacted | 09:21:50 |
| 14 | form, so there's a good portion of information | 09:21:52 |
| 15 | I wasn't provided. | 09:21:53 |
| 16 | A.    Right.  Right.  And -- and I | 09:21:55 |
| 17 | would say that the minutes that I reviewed | 09:21:59 |
| 18 | were also in redacted form.  I mean, I didn't | 09:22:03 |
| 19 | go back and see the unredacted ones. | 09:22:06 |
| 20 | Q.    Oh, really? | 09:22:09 |
| 21 | A.    Recently. | 09:22:10 |
| 22 | Q.    Okay. | 09:22:11 |
| 23 | A.    I've looked at them in the past | 09:22:12 |
| 24 | but I didn't go and dig back into them in the | 09:22:14 |
| 25 | last few days. | 09:22:18 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 21

| | | |
|---|---|---|
| 1 | Q.    All right.  Let me show you | 09:22:19 |
| 2 | something. | 09:22:20 |
| 3 | MS. SCHWARTZ:  I am going to | 09:22:20 |
| 4 | have this document marked as UST 1.  That's | 09:22:21 |
| 5 | going to be our nomenclature for documents | 09:22:23 |
| 6 | today. | 09:22:25 |
| 7 | --- | 09:22:44 |
| 8 | (UST Exhibit 1, Notice of | |
| 9 | Deposition was marked for identification) | |
| 10 | --- | |
| 11 | (Witness reviewing document.) | |
| 12 | --- | 09:23:05 |
| 13 | BY MS. SCHWARTZ: | 09:23:05 |
| 14 | Q.    Have you ever seen that | 09:23:05 |
| 15 | document before? | 09:23:06 |
| 16 | A.    I have seen this document | 09:23:07 |
| 17 | before. | 09:23:08 |
| 18 | Q.    Okay.  And when was that? | 09:23:08 |
| 19 | A.    Yesterday. | 09:23:12 |
| 20 | Q.    All right.  And did you read | 09:23:12 |
| 21 | those -- the list of topics that are listed on | 09:23:15 |
| 22 | page 2? | 09:23:17 |
| 23 | A.    I did look over them. | 09:23:18 |
| 24 | Q.    Okay. | 09:23:22 |
| 25 | A.    Yes, ma'am. | 09:23:22 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | Q.    I would like to let you know | 09:23:23 |
| 2 | something:  That after I served this Notice of | 09:23:24 |
| 3 | Deposition I had some discussions with your | 09:23:28 |
| 4 | counsel, Mr. McKane -- | 09:23:29 |
| 5 | A.    Mm-hmm. | 09:23:31 |
| 6 | Q.    -- and apparently there had | 09:23:32 |
| 7 | been a little miscommunication with regard to | 09:23:33 |
| 8 | the agreement for your deposition here today. | 09:23:35 |
| 9 | A.    Mm-hmm. | 09:23:38 |
| 10 | Q.    After those discussions we | 09:23:38 |
| 11 | agreed on behalf of the U.S. Trustee that you | 09:23:40 |
| 12 | would testify here, as I stated earlier, in | 09:23:44 |
| 13 | your capacity as chairman of the board of | 09:23:47 |
| 14 | directors and chairman of the O&C, as you | 09:23:49 |
| 15 | said.  However, it was agreed that you would | 09:23:52 |
| 16 | be prepared on these topics as well. | 09:23:55 |
| 17 | Without getting into the whole | 09:23:58 |
| 18 | legal meaning of the different rules under | 09:24:00 |
| 19 | which depositions are served, et cetera, your | 09:24:03 |
| 20 | counsel had expressed a concern that by the | 09:24:07 |
| 21 | nature of the way we served this notice, that | 09:24:10 |
| 22 | there may be other people who also have | 09:24:12 |
| 23 | information on these topics, so we agreed that | 09:24:15 |
| 24 | we would not preclude them from presenting any | 09:24:21 |
| 25 | other information on that. | 09:24:23 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 23

| | | |
|---|---|---|
| 1 | But today -- the idea behind | 09:24:24 |
| 2 | that notice, so that you know, sir, was to | 09:24:27 |
| 3 | provide you with information as to what we | 09:24:28 |
| 4 | were going to be asking today.  We thought it | 09:24:30 |
| 5 | would be helpful. | 09:24:32 |
| 6 | So you have been prepared with | 09:24:35 |
| 7 | respect to those topics? | 09:24:36 |
| 8 | A.    Yes, ma'am. | 09:24:37 |
| 9 | Q.    Okay.  Great. | 09:24:37 |
| 10 | And so you will testify today | 09:24:38 |
| 11 | as chairman of the board and also as chairman | 09:24:41 |
| 12 | of the O&C? | 09:24:43 |
| 13 | A.    Yes, ma'am. | 09:24:46 |
| 14 | Q.    Okay.  Very good.  I'll take | 09:24:47 |
| 15 | that back.  Thank you very much. | 09:24:49 |
| 16 | A.    Thank you. | 09:24:50 |
| 17 | Q.    A little bit of background | 09:24:59 |
| 18 | information, Mr. Evans. | 09:25:01 |
| 19 | In what year were you born? | 09:25:02 |
| 20 | A.    1946. | 09:25:03 |
| 21 | Q.    What state and city? | 09:25:04 |
| 22 | A.    Houston, Texas. | 09:25:05 |
| 23 | Q.    And where do you reside? | 09:25:06 |
| 24 | A.    Midland, Texas. | 09:25:07 |
| 25 | Q.    Would you please briefly | 09:25:09 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 24

| | | |
|---|---|---|
| 1 | describe your educational background? | 09:25:11 |
| 2 | A.    I have a bachelor's of science | 09:25:13 |
| 3 | in mechanical engineering, and a master's in | 09:25:16 |
| 4 | business administration. | 09:25:19 |
| 5 | Q.    And -- | 09:25:20 |
| 6 | A.    From the University of Texas at | 09:25:22 |
| 7 | Austin. | 09:25:23 |
| 8 | Q.    Both degrees? | 09:25:24 |
| 9 | A.    Both degrees. | 09:25:25 |
| 10 | Q.    Did you go right to graduate | 09:25:26 |
| 11 | school?  Did you go right for your MBA? | 09:25:28 |
| 12 | A.    No, ma'am.  I graduated from | 09:25:31 |
| 13 | engineering school in 1969, stayed out about a | 09:25:33 |
| 14 | year, and then went back and got my MBA degree | 09:25:38 |
| 15 | in 19 -- January of '73. | 09:25:41 |
| 16 | Q.    Mm-hmm.  Do you hold any | 09:25:43 |
| 17 | professional licenses? | 09:25:46 |
| 18 | A.    No, ma'am. | 09:25:46 |
| 19 | Q.    Going back to your MBA.  Did | 09:25:47 |
| 20 | you have any particular specialization for | 09:25:49 |
| 21 | your MBA? | 09:25:51 |
| 22 | A.    I have focused on finance. | 09:25:51 |
| 23 | Q.    Okay.  Do you hold any | 09:25:54 |
| 24 | professional certificates? | 09:25:56 |
| 25 | A.    No, ma'am. | 09:25:58 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 25

| | | |
|---|---|---|
| 1 | Q.    Would you please briefly | 09:25:59 |
| 2 | describe your professional background? | 09:26:02 |
| 3 | A.    My professional background has | 09:26:03 |
| 4 | been in the energy industry since 1975.  I | 09:26:07 |
| 5 | have been the chairman and CEO of a public oil | 09:26:13 |
| 6 | and gas company.  I became -- I went to work | 09:26:17 |
| 7 | for that oil and gas company in the winter of | 09:26:21 |
| 8 | 1975.  I became the president of that company | 09:26:25 |
| 9 | in 1979.  I became the CEO of that company in | 09:26:29 |
| 10 | 1985.  And I served in the CEO capacity and | 09:26:33 |
| 11 | chairman capacity until 2001. | 09:26:39 |
| 12 | In 2001 I was appointed by the | 09:26:42 |
| 13 | then President to be Secretary of Commerce of | 09:26:45 |
| 14 | the United States of America.  I went to | 09:26:49 |
| 15 | Washington, was sworn in January the 20th of | 09:26:52 |
| 16 | 2001.  I served as Secretary of Commerce until | 09:26:57 |
| 17 | 2000 -- February of 2005. | 09:27:00 |
| 18 | I went back to Texas, I got | 09:27:03 |
| 19 | back in the energy industry, which was where I | 09:27:06 |
| 20 | spent most of my years and career, although I | 09:27:10 |
| 21 | did serve a brief period as the CFO -- CEO of | 09:27:13 |
| 22 | an association called the Financial Services | 09:27:18 |
| 23 | Forum, which was a Washington-based forum of | 09:27:24 |
| 24 | CEOs of large financial institutions from | 09:27:27 |
| 25 | around the world. | 09:27:30 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 26

| | | |
|---|---|---|
| 1 | And then in 19 -- and then in | 09:27:32 |
| 2 | 2007, when KKR and TPG and Goldman purchased | 09:27:35 |
| 3 | then TXU, now Energy Future Holdings, there | 09:27:43 |
| 4 | was a name change about that time, at that | 09:27:48 |
| 5 | time I was asked to serve as chairman.  And I | 09:27:51 |
| 6 | agreed to serve as chairman.  And I have | 09:27:54 |
| 7 | continued to serve as chairman since October | 09:27:56 |
| 8 | of 2007. | 09:27:59 |
| 9 | So -- so 39, 40 years' career, | 09:28:01 |
| 10 | all but four of it in the energy industry, | 09:28:08 |
| 11 | basically. | 09:28:11 |
| 12 | Q.    Now let me ask you something. | 09:28:12 |
| 13 | When you first started out in the energy | 09:28:14 |
| 14 | industry, this was after you got your graduate | 09:28:17 |
| 15 | degree, right?  You had your MBA? | 09:28:20 |
| 16 | A.    Mm-hmm. | 09:28:21 |
| 17 | Q.    What did you do?  Was that your | 09:28:21 |
| 18 | first job?  I mean, was that your -- | 09:28:23 |
| 19 | A.    Basically my first job, other | 09:28:25 |
| 20 | than high school jobs, mowing lawns and that | 09:28:27 |
| 21 | type of thing.  I did plenty of that growing | 09:28:30 |
| 22 | up.  I worked my way through high school.  I | 09:28:32 |
| 23 | worked my way through college.  Not all of my | 09:28:36 |
| 24 | expenses, but a substantial amount of them. | 09:28:39 |
| 25 | My first job in the oil | 09:28:43 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | field was what they called a roughneck, which | 09:28:45 |
| 2 | meant -- | 09:28:48 |
| 3 | Q.    Is that when you're like, you | 09:28:49 |
| 4 | know, taking that big long pipe and pushing it | 09:28:51 |
| 5 | down into the ground? | 09:28:53 |
| 6 | A.    Taking that big long pipe and | 09:28:55 |
| 7 | you're pushing it down in the ground.  You've | 09:28:57 |
| 8 | got a chain that you're using to make what | 09:28:59 |
| 9 | they call connections.  And so I was on the | 09:29:01 |
| 10 | rig. | 09:29:03 |
| 11 | Q.    Okay. | 09:29:03 |
| 12 | A.    I was in the field. | 09:29:03 |
| 13 | Q.    Okay. | 09:29:04 |
| 14 | A.    On the floor with the people | 09:29:05 |
| 15 | that the operated the rig. | 09:29:06 |
| 16 | Q.    Right. | 09:29:09 |
| 17 | A.    I would say at that point got a | 09:29:10 |
| 18 | great appreciation for people that are in the | 09:29:12 |
| 19 | field, on the rig operating the -- the rig, | 09:29:14 |
| 20 | and understanding a lot about, quite frankly, | 09:29:20 |
| 21 | the high-risk nature of the energy industry. | 09:29:23 |
| 22 | That was my first exposure to it. | 09:29:25 |
| 23 | Q.    Yeah. | 09:29:27 |
| 24 | A.    And it was a real live | 09:29:28 |
| 25 | exposure. | 09:29:30 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 28

| | | |
|---|---|---|
| 1 | And I did that for a number of | 09:29:30 |
| 2 | months, and then I -- | 09:29:32 |
| 3 | Q.    Moved to the office? | 09:29:35 |
| 4 | A.    -- and then I moved to the | 09:29:36 |
| 5 | office.  Then I moved to the office. | 09:29:37 |
| 6 | And three years later I was | 09:29:40 |
| 7 | selected to be -- be the president. | 09:29:42 |
| 8 | But it's interesting you asked | 09:29:45 |
| 9 | that question you did, because my -- basically | 09:29:47 |
| 10 | 35 of the 40 years of my career has been about | 09:29:54 |
| 11 | compensation, about compensation programs and | 09:29:58 |
| 12 | how to -- how to organize a compensation | 09:30:02 |
| 13 | program, and what basic principles to think | 09:30:08 |
| 14 | about when you're making compensation-type | 09:30:10 |
| 15 | decisions.  And so I have done that not only | 09:30:13 |
| 16 | for a public company, twice, this being my | 09:30:17 |
| 17 | second time, I've served on boards of public | 09:30:22 |
| 18 | companies where I've also had that | 09:30:24 |
| 19 | responsibility. | 09:30:27 |
| 20 | I have been -- I have served as | 09:30:28 |
| 21 | chairman of two very large nonprofit | 09:30:31 |
| 22 | organizations, one being the University of | 09:30:36 |
| 23 | Texas System Board of Regents, where I was | 09:30:39 |
| 24 | responsible -- I had the responsibility at | 09:30:43 |
| 25 | that level of compensation of the senior | 09:30:44 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 29

| | | |
|---|---|---|
| 1 | officers of the system. | 09:30:46 |
| 2 | Q.    Yes. | 09:30:47 |
| 3 | A.    And then of course as Secretary | 09:30:48 |
| 4 | of Commerce I had responsibility of kind of | 09:30:50 |
| 5 | overseeing the broad compensation structure of | 09:30:53 |
| 6 | the Department Of Commerce. | 09:30:57 |
| 7 | Q.    I don't know what executive | 09:30:58 |
| 8 | bonuses, though, they have on that structure | 09:31:00 |
| 9 | for the people in the Department Of Commerce. | 09:31:03 |
| 10 | A.    Well, what they have are | 09:31:07 |
| 11 | retirement plans. | 09:31:10 |
| 12 | Q.    Right. | 09:31:11 |
| 13 | A.    They have -- you know, there | 09:31:11 |
| 14 | are different grade levels. | 09:31:12 |
| 15 | Q.    Right. | 09:31:14 |
| 16 | A.    You know, the kind of | 09:31:15 |
| 17 | healthcare system you have. | 09:31:16 |
| 18 | Q.    Yes. | 09:31:17 |
| 19 | A.    You look at it broadly. | 09:31:18 |
| 20 | Q.    Yes, I understand.  But it's | 09:31:20 |
| 21 | not like executive compensation bonuses like | 09:31:21 |
| 22 | are in this motion today, right? | 09:31:23 |
| 23 | A.    No.  You find those primarily | 09:31:24 |
| 24 | in the private sector where there's | 09:31:26 |
| 25 | competition, and competition is really what | 09:31:28 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | drives those -- that kind of makeup of | 09:31:31 |
| 2 | compensation packages.  And so at least that's | 09:31:34 |
| 3 | been my experience through the years.  You | 09:31:38 |
| 4 | don't find it in, I won't say all of them | 09:31:40 |
| 5 | because we had some types of bonuses at the UT | 09:31:44 |
| 6 | system, they were modest.  But you mainly find | 09:31:49 |
| 7 | them in private companies, or publicly-owned | 09:31:53 |
| 8 | companies.  That's where you find the | 09:31:57 |
| 9 | incentive packages, the incentive programs, | 09:32:00 |
| 10 | trying to incentivize excellent performance, | 09:32:03 |
| 11 | achieving goals.  I mean, you set goals, you | 09:32:09 |
| 12 | set objectives.  And so that's where you find | 09:32:11 |
| 13 | bonus-type programs. | 09:32:16 |
| 14 | Q.    Okay.  Any other experience | 09:32:17 |
| 15 | that you would like to tell me about? | 09:32:21 |
| 16 | A.    No.  I think that pretty well | 09:32:23 |
| 17 | covers it, in terms of -- I think one -- well, | 09:32:24 |
| 18 | one other thing I guess I would say is that I | 09:32:31 |
| 19 | am an advisor to a couple of private equity | 09:32:34 |
| 20 | firms, and so through that, you know, I'm | 09:32:38 |
| 21 | aware of kind of the private equity space | 09:32:42 |
| 22 | and -- | 09:32:47 |
| 23 | Q.    That's the way they call it, | 09:32:47 |
| 24 | "the space"? | 09:32:49 |
| 25 | A.    Yeah. | 09:32:50 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | Q.    Right. | 09:32:51 |
| 2 | A.    And there's three private | 09:32:53 |
| 3 | equity firms that really led the purchase of | 09:32:55 |
| 4 | TXU, or now called Energy Future Holdings. | 09:33:00 |
| 5 | Q.    So tell me about that | 09:33:04 |
| 6 | experience. | 09:33:05 |
| 7 | Are you currently -- I didn't | 09:33:05 |
| 8 | quite get it -- are you currently an associate | 09:33:07 |
| 9 | of these private equity firms? | 09:33:09 |
| 10 | MR. McKANE:  You guys are | 09:33:11 |
| 11 | talking over each other. | 09:33:12 |
| 12 | Can you state it again? | 09:33:13 |
| 13 | BY MS. SCHWARTZ: | 09:33:14 |
| 14 | Q.    Okay.  By the way, if you can't | 09:33:15 |
| 15 | hear me, please let me know.  Okay? | 09:33:16 |
| 16 | MR. McKANE:  I'm just trying to | 09:33:18 |
| 17 | keep a clean record. | 09:33:20 |
| 18 | MS. SCHWARTZ:  But it's my | 09:33:21 |
| 19 | record, and I have -- it's very easy.  I mean, | 09:33:23 |
| 20 | he's very easy to speak to. | 09:33:24 |
| 21 | MR. McKANE:  All I was saying | 09:33:27 |
| 22 | was you guys are talking over each other. | 09:33:28 |
| 23 | MS. SCHWARTZ:  I don't need you | 09:33:29 |
| 24 | to interject.  We're going to be fine.  If | 09:33:33 |
| 25 | there's a problem, I've got a court reporter | 09:33:34 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 32

| | | |
|---|---|---|
| 1 | here.  Really. | 09:33:37 |
| 2 | MR. McKANE:  Okay. | 09:33:37 |
| 3 | MS. SCHWARTZ:  Thanks. | 09:33:38 |
| 4 | BY MS. SCHWARTZ: | 09:33:39 |
| 5 | Q.    I'm sorry, but I got distracted | 09:33:39 |
| 6 | from that. | 09:33:41 |
| 7 | A.    That was my fault, though.  I | 09:33:42 |
| 8 | think I kind of interrupted you. | 09:33:43 |
| 9 | Q.    Listen, don't worry about it. | 09:33:44 |
| 10 | A.    That one's on me. | 09:33:46 |
| 11 | Q.    Listen, if I have a problem, | 09:33:47 |
| 12 | I'll let you know.  If you have a problem, | 09:33:48 |
| 13 | you'll let me know. | 09:33:50 |
| 14 | A.    I'm fine. | 09:33:51 |
| 15 | Q.    So you were saying -- | 09:33:52 |
| 16 | A.    I'm fine. | 09:33:54 |
| 17 | Q.    So you were saying that you had | 09:33:55 |
| 18 | some experience with private equity firms. | 09:33:56 |
| 19 | Could you tell me about that? | 09:33:58 |
| 20 | A.    Just as an advisor to them. | 09:33:58 |
| 21 | Energy space, it's called | 09:34:02 |
| 22 | Energy Capital Partners.  And I am a senior | 09:34:03 |
| 23 | advisor partner.  I'm not a director.  I don't | 09:34:07 |
| 24 | have any fiduciary-type responsibilities. | 09:34:09 |
| 25 | My point in making that is just | 09:34:13 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | I am familiar with private equity. | 09:34:15 |
| 2 | Q.    Okay. | 09:34:18 |
| 3 | A.    And I think that just is | 09:34:19 |
| 4 | germane in the sense that there are three | 09:34:20 |
| 5 | private equity firms that really led the | 09:34:24 |
| 6 | purchase of Energy Future Holdings. | 09:34:27 |
| 7 | Q.    I see.  Now, when you say | 09:34:30 |
| 8 | you're an advisor partner, what does that | 09:34:32 |
| 9 | exactly entail? | 09:34:34 |
| 10 | A.    They just call me for my | 09:34:35 |
| 11 | thoughts on energy industry.  They may call me | 09:34:38 |
| 12 | for references of individuals that I might | 09:34:43 |
| 13 | know in the energy space.  They might ask my | 09:34:48 |
| 14 | opinion on a company in the energy space. | 09:34:53 |
| 15 | They might ask my point of view as kind of | 09:34:59 |
| 16 | the -- kind of just my forecast of kind of | 09:35:03 |
| 17 | where the energy industry is going, or where | 09:35:07 |
| 18 | oil and gas prices are going. | 09:35:11 |
| 19 | Q.    Do you receive compensation for | 09:35:12 |
| 20 | that? | 09:35:15 |
| 21 | A.    I do. | 09:35:15 |
| 22 | Q.    And what is that? | 09:35:16 |
| 23 | A.    $200,000. | 09:35:18 |
| 24 | Q.    Is that annually? | 09:35:21 |
| 25 | A.    Annually. | 09:35:22 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 34

| | | |
|---|---|---|
| 1 | Q. And how long have you been | 09:35:22 |
| 2 | affiliated with them? | 09:35:23 |
| 3 | A. Since 2000, I think it's '6. | 09:35:25 |
| 4 | Q. Okay. 2006. | 09:35:32 |
| 5 | And Mr. Evans, did your | 09:35:34 |
| 6 | experience or relationship with -- in that | 09:35:37 |
| 7 | capacity, as an advisor partner, was that | 09:35:40 |
| 8 | related in any way to the LBO that took place? | 09:35:46 |
| 9 | A. No. | 09:35:51 |
| 10 | Q. Okay. Now, there came -- you | 09:35:52 |
| 11 | said earlier that you joined EFH as chairman | 09:36:02 |
| 12 | of the board, is that correct? | 09:36:07 |
| 13 | A. That's correct. | 09:36:08 |
| 14 | Q. So that was your first -- was | 09:36:09 |
| 15 | that your first affiliation with EFH or its | 09:36:11 |
| 16 | predecessor, TXU, Luminant, et cetera? | 09:36:15 |
| 17 | A. Yes, it was. | 09:36:21 |
| 18 | Q. Could you describe the facts | 09:36:21 |
| 19 | that led to your being offered that position | 09:36:22 |
| 20 | and accepting it? | 09:36:25 |
| 21 | A. I received a call from a | 09:36:26 |
| 22 | representative of the sponsors, we will call | 09:36:31 |
| 23 | them, the equity owners, and he asked if I | 09:36:35 |
| 24 | might entertain -- "he" being Jack Martin -- | 09:36:40 |
| 25 | asked if I might entertain the idea of being | 09:36:44 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | the chairman of Energy Future Holdings, and I | 09:36:46 |
| 2 | said I would be glad to talk to them, "them" | 09:36:50 |
| 3 | being the sponsors and representatives of the | 09:36:54 |
| 4 | sponsors. | 09:36:56 |
| 5 | Q.    Goldman? | 09:36:56 |
| 6 | A.    Goldman. | 09:36:58 |
| 7 | Primarily talked to | 09:36:59 |
| 8 | representatives from KKR and TPG. | 09:36:59 |
| 9 | Q.    Okay.  And when did you make | 09:37:02 |
| 10 | the decision that you would in fact accept | 09:37:07 |
| 11 | that position? | 09:37:10 |
| 12 | A.    Sometime in the fall of '07.  I | 09:37:12 |
| 13 | can't recall exactly when, when I knew that. | 09:37:17 |
| 14 | You know, it wasn't going to happen if the | 09:37:24 |
| 15 | transaction didn't close. | 09:37:26 |
| 16 | Q.    Right. | 09:37:28 |
| 17 | A.    And so, you know, I certainly | 09:37:29 |
| 18 | had to wait and see if the transaction closed | 09:37:33 |
| 19 | on the terms they said it was going to | 09:37:35 |
| 20 | close on. | 09:37:37 |
| 21 | Q.    Right. | 09:37:37 |
| 22 | A.    So it was, I would say that I | 09:37:38 |
| 23 | didn't make a final decision until the | 09:37:41 |
| 24 | transaction closed, because I wanted to make | 09:37:43 |
| 25 | sure it closed in the manner that I thought it | 09:37:47 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 36

| | | |
|---|---|---|
| 1 | was going to close. | 09:37:50 |
| 2 | Q.    Was your, like, moving back | 09:37:51 |
| 3 | into -- when you decided to leave public | 09:37:54 |
| 4 | service and go -- just to leave public | 09:37:57 |
| 5 | service, why did you decide to leave the | 09:38:00 |
| 6 | public service? | 09:38:02 |
| 7 | A.    You know, I wouldn't take | 09:38:03 |
| 8 | anything for that time in my life.  It was | 09:38:06 |
| 9 | just a phenomenal period in my life. | 09:38:09 |
| 10 | But it was a family decision. | 09:38:13 |
| 11 | Q.    Oh, okay. | 09:38:14 |
| 12 | A.    Only. | 09:38:15 |
| 13 | Q.    But did you -- were you | 09:38:16 |
| 14 | thinking, sir, that you would go back to | 09:38:17 |
| 15 | working, or were you retiring, or you didn't | 09:38:19 |
| 16 | know? | 09:38:22 |
| 17 | A.    I knew one thing.  I was going | 09:38:22 |
| 18 | to go back and reacquaint myself with my | 09:38:24 |
| 19 | family. | 09:38:27 |
| 20 | Q.    Okay. | 09:38:28 |
| 21 | A.    I did know that. | 09:38:28 |
| 22 | Q.    Okay. | 09:38:29 |
| 23 | A.    I didn't know what I was going | 09:38:30 |
| 24 | to do. | 09:38:31 |
| 25 | Q.    Yeah. | 09:38:31 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | A.    I didn't know what industry I | 09:38:32 |
| 2 | was going to go into.  In fact, at that time | 09:38:33 |
| 3 | in '05 the oil and gas industry was pretty | 09:38:36 |
| 4 | quiet. | 09:38:40 |
| 5 | Q.    Yeah. | 09:38:41 |
| 6 | A.    There was not a lot going on in | 09:38:41 |
| 7 | the oil and gas industry.  Which was -- had | 09:38:43 |
| 8 | been my career.  And so I didn't have any | 09:38:45 |
| 9 | idea.  I was going to go back home, reacquaint | 09:38:49 |
| 10 | myself with my family, spend time with them, | 09:38:52 |
| 11 | give myself a little time, and which I think | 09:38:55 |
| 12 | probably shows that I really didn't take a | 09:38:59 |
| 13 | serious kind of job until the fall of '07. | 09:39:01 |
| 14 | Q.    Yeah. | 09:39:03 |
| 15 | A.    So it was about two-and-a-half | 09:39:04 |
| 16 | years before I... | 09:39:05 |
| 17 | Q.    Now, as chairman of the board | 09:39:06 |
| 18 | of EFH could you describe what your duties and | 09:39:08 |
| 19 | responsibilities are? | 09:39:11 |
| 20 | A.    Well, my duties are to call | 09:39:13 |
| 21 | meetings.  Meetings are -- my duties are to | 09:39:20 |
| 22 | conduct the meetings.  My duties are to | 09:39:24 |
| 23 | prepare for the meetings.  My duties are to | 09:39:27 |
| 24 | communicate with other board of directors and | 09:39:32 |
| 25 | making sure that they're informed as to | 09:39:36 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | important matters relating to the company | 09:39:39 |
| 2 | itself.  My duties are to -- the duty of | 09:39:42 |
| 3 | loyalty and duty of care, to care for the | 09:39:49 |
| 4 | assets of the enterprise. | 09:39:50 |
| 5 | I think, you know, I don't know | 09:39:52 |
| 6 | if you would call it a duty, but my | 09:39:54 |
| 7 | responsibilities, certainly, my | 09:39:56 |
| 8 | responsibilities I kind of would put in this | 09:40:00 |
| 9 | order: | 09:40:03 |
| 10 | My responsibility is to make | 09:40:03 |
| 11 | decisions that are in the best interest of the | 09:40:05 |
| 12 | safety and the health and the well-being of | 09:40:09 |
| 13 | the employees of Energy Future Holdings. | 09:40:11 |
| 14 | My -- my other responsibility | 09:40:14 |
| 15 | is to make sure that the decisions I'm making, | 09:40:17 |
| 16 | I think, are maximizing the value of Energy | 09:40:20 |
| 17 | Future Holdings, for all of the stakeholders. | 09:40:23 |
| 18 | Q.    Right. | 09:40:28 |
| 19 | A.    In the beginning you think | 09:40:29 |
| 20 | about for the equityholders. | 09:40:31 |
| 21 | Q.    Right. | 09:40:32 |
| 22 | A.    Because they've got -- you | 09:40:33 |
| 23 | know, they're at risk, their equity is at | 09:40:35 |
| 24 | risk, and so you think about increasing the | 09:40:39 |
| 25 | value of the company or the value of the | 09:40:41 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 39

| | | |
|---|---|---|
| 1 | equity. | 09:40:43 |
| 2 | Now, obviously I think about it | 09:40:44 |
| 3 | in terms of preserving -- maximizing the value | 09:40:46 |
| 4 | for all of the creditors, and the | 09:40:52 |
| 5 | equityholders.  And so -- and my duties are | 09:40:55 |
| 6 | to -- to -- to be a very big part of the | 09:40:59 |
| 7 | selection process of the senior executives | 09:41:05 |
| 8 | that manage and run the company on a daily | 09:41:08 |
| 9 | basis. | 09:41:11 |
| 10 | At the end of the day, being a | 09:41:13 |
| 11 | director or a manager or a CEO, it's all about | 09:41:16 |
| 12 | the people, and you have to spend lots and | 09:41:20 |
| 13 | lots of time making sure that you are | 09:41:23 |
| 14 | attracting the brightest and the best, and | 09:41:28 |
| 15 | making sure that you're motivating the | 09:41:31 |
| 16 | brightest and the best, and making sure that | 09:41:34 |
| 17 | you've got a very strong trust relationship | 09:41:38 |
| 18 | with the, for me, the chairman, with the | 09:41:42 |
| 19 | senior executive officers.  I want them to | 09:41:46 |
| 20 | trust me, and I want to make sure I can trust | 09:41:49 |
| 21 | them.  And certainly at Energy Future Holdings | 09:41:53 |
| 22 | right now we've got an amazing, you know, | 09:41:57 |
| 23 | senior executive team that I can trust every | 09:42:00 |
| 24 | one of them totally, 100 percent of the time. | 09:42:04 |
| 25 | And I know they feel that they can trust me. | 09:42:08 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 40

| | | |
|---|---|---|
| 1 | So, you know, a big | 09:42:10 |
| 2 | organization like this, 5000, 5500 people, not | 09:42:13 |
| 3 | counting the people at Oncor, it's all about | 09:42:16 |
| 4 | thinking about all of those people, and their | 09:42:19 |
| 5 | families and their livelihood, and as I said | 09:42:22 |
| 6 | already, their safety and well-being.  But | 09:42:26 |
| 7 | it's about knowing the people and making sure | 09:42:31 |
| 8 | that you're -- that you're motivating them. | 09:42:36 |
| 9 | And so I spend a lot of time | 09:42:43 |
| 10 | with them.  I'll go to SPC meetings to listen | 09:42:45 |
| 11 | to them, and watch them -- SPC being the | 09:42:49 |
| 12 | Strategic Planning Committee of the seven | 09:42:52 |
| 13 | senior officers.  So I'll go and I'll listen | 09:42:56 |
| 14 | to them not only go over, whether it be the | 09:42:57 |
| 15 | budget or a particular coal plant that's being | 09:43:01 |
| 16 | brought on-line or things that are going on in | 09:43:08 |
| 17 | nuclear power plants, but it can be human | 09:43:11 |
| 18 | resources, it could be anything that comes to | 09:43:13 |
| 19 | that level.  So I watch them interact with | 09:43:15 |
| 20 | each other and make sure -- because at the end | 09:43:18 |
| 21 | of the day my responsibility is to evaluate | 09:43:21 |
| 22 | them.  I weight their performance and give | 09:43:23 |
| 23 | them that feedback, and continue to make | 09:43:28 |
| 24 | decisions that we've got the right people in | 09:43:31 |
| 25 | the right places that will help maximize the | 09:43:33 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 41

| | | |
|---|---|---|
| 1 | value of Energy Future Holdings, and first and | 09:43:36 |
| 2 | foremost have an environment of -- that | 09:43:40 |
| 3 | protects the safe -- safety and health and | 09:43:44 |
| 4 | welfare of all of the people. | 09:43:48 |
| 5 | Q.    You receive compensation as | 09:43:53 |
| 6 | chairman of the board? | 09:43:59 |
| 7 | A.    I do. | 09:43:59 |
| 8 | Q.    And what is that? | 09:44:00 |
| 9 | A.    $2½ million. | 09:44:00 |
| 10 | Q.    And have you received that | 09:44:02 |
| 11 | every year since 2007? | 09:44:03 |
| 12 | A.    No, ma'am. | 09:44:06 |
| 13 | Q.    It's 2½ now, right? | 09:44:08 |
| 14 | A.    It's -- 2½ is what I said -- | 09:44:10 |
| 15 | what --  I am sorry? | 09:44:12 |
| 16 | Q.    2½ currently? | 09:44:13 |
| 17 | A.    2½ currently. | 09:44:14 |
| 18 | Q.    Right, okay. | 09:44:16 |
| 19 | A.    And I started out $2 million a | 09:44:17 |
| 20 | year, and with some stock awards, stock | 09:44:21 |
| 21 | options, I can't remember exactly what form | 09:44:24 |
| 22 | those were in, quite frankly, and then that | 09:44:27 |
| 23 | was changed in, I think it was 2012.  I think | 09:44:32 |
| 24 | I have been two years under the $2½ million. | 09:44:37 |
| 25 | And there was also at that | 09:44:42 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 42

| | | |
|---|---|---|
| 1 | point another opportunity to -- to acquire | 09:44:44 |
| 2 | stock through an option, a type of option. | 09:44:46 |
| 3 | But that's obviously not a part of -- | 09:44:53 |
| 4 | Q.   Have you done that? | 09:44:55 |
| 5 | A.   No, I have not done it. | 09:44:56 |
| 6 | Q.   Okay.  I thought -- | 09:44:58 |
| 7 | A.   It was at a much higher price | 09:44:59 |
| 8 | than where the stock is today, or would trade | 09:45:01 |
| 9 | today. | 09:45:04 |
| 10 | Q.   Oh, okay.  And is that option | 09:45:04 |
| 11 | still available to you? | 09:45:07 |
| 12 | A.   I assume it is, yeah.  I would | 09:45:08 |
| 13 | have to go look.  I think it is. | 09:45:11 |
| 14 | Q.   I thought I read in -- | 09:45:12 |
| 15 | A.   But again, I mean, it's a much | 09:45:13 |
| 16 | higher price than where the stock is trading | 09:45:15 |
| 17 | today, certainly.  And there's really no | 09:45:19 |
| 18 | market for the stock, so -- today.  So... | 09:45:23 |
| 19 | Q.   I thought I read somewhere that | 09:45:27 |
| 20 | you had some kind of consulting agreement with | 09:45:28 |
| 21 | the debtors? | 09:45:31 |
| 22 | A.   Yeah.  Well, what happened was | 09:45:32 |
| 23 | it changed from I was a consultant under the | 09:45:34 |
| 24 | first contract -- under the first contract I | 09:45:38 |
| 25 | was consultant.  It was structured as a | 09:45:41 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 43

| | | |
|---|---|---|
| 1 | consulting agreement.  And then it changed to | 09:45:43 |
| 2 | an employment agreement, where I'm now an | 09:45:47 |
| 3 | employee of Energy Future Holdings. | 09:45:50 |
| 4 | Q.    Let me just see if I can -- I'm | 09:45:55 |
| 5 | sorry.  Go ahead. | 09:45:58 |
| 6 | A.    And it also -- my title changed | 09:45:59 |
| 7 | from non-executive chairman to executive | 09:46:05 |
| 8 | chairman.  Or just -- I like to say just | 09:46:10 |
| 9 | chairman. | 09:46:16 |
| 10 | Q.    It's easier. | 09:46:16 |
| 11 | A.    Yeah, exactly. | 09:46:17 |
| 12 | Q.    Let me ask you a few questions | 09:46:18 |
| 13 | about that. | 09:46:20 |
| 14 | You said you had a | 09:46:20 |
| 15 | consulting -- I'm not really sure.  When you | 09:46:22 |
| 16 | first came as chairman in 2007 that was | 09:46:25 |
| 17 | pursuant to a consulting agreement; was that | 09:46:31 |
| 18 | what you're saying? | 09:46:33 |
| 19 | A.    It was styled -- yeah, I was | 09:46:34 |
| 20 | not considered an employee of the company. | 09:46:35 |
| 21 | Q.    Okay. | 09:46:36 |
| 22 | A.    And so therefore, I mean, I | 09:46:37 |
| 23 | wasn't in the healthcare plan or any other | 09:46:43 |
| 24 | benefit plans that might be available to | 09:46:44 |
| 25 | employees of the company. | 09:46:46 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 44

| | | |
|---|---|---|
| 1 | Q.    Okay.  So it was strictly a | 09:46:47 |
| 2 | consulting agreement? | 09:46:48 |
| 3 | A.    Consulting agreement, and I | 09:46:50 |
| 4 | was -- and I was the non-executive chairman | 09:46:51 |
| 5 | then. | 09:46:58 |
| 6 | Q.    Okay.  And then sticking just | 09:46:59 |
| 7 | with that for now, when you were the | 09:47:02 |
| 8 | non-executive chairman.  Can you help me out? | 09:47:04 |
| 9 | I don't really understand what that means, the | 09:47:08 |
| 10 | non-executive chairman? | 09:47:10 |
| 11 | A.    Well -- | 09:47:11 |
| 12 | MR. McKANE:  Objection to form. | 09:47:12 |
| 13 | Go ahead. | 09:47:13 |
| 14 | BY MS. SCHWARTZ: | 09:47:14 |
| 15 | Q.    You can answer. | 09:47:14 |
| 16 | A.    Yeah, you know, I think -- to | 09:47:15 |
| 17 | tell you the truth, I think about them | 09:47:19 |
| 18 | basically the same.  I think about them in | 09:47:22 |
| 19 | terms of fiduciary duties that I have as a | 09:47:25 |
| 20 | director, as a chairman.  I don't think that I | 09:47:30 |
| 21 | have -- I don't think about how I carry out my | 09:47:34 |
| 22 | duties today as executive chairman any | 09:47:39 |
| 23 | differently than how I carried out my duties | 09:47:47 |
| 24 | as the non-executive chairman. | 09:47:51 |
| 25 | And I would say to you that the | 09:47:55 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | terms "non-executive" and "executive | 09:47:57 |
| 2 | chairman," I have -- I have Googled it a | 09:47:59 |
| 3 | couple of times trying to figure out -- | 09:48:06 |
| 4 | Q.    You should talk to my | 09:48:08 |
| 5 | colleague, he's good at that. | 09:48:09 |
| 6 | A.    -- what's the difference, | 09:48:11 |
| 7 | because I felt fiduciary duties are the same. | 09:48:12 |
| 8 | Q.    Well, thank you for making me | 09:48:15 |
| 9 | feel normal. | 09:48:17 |
| 10 | A.    Yeah, and I felt that my | 09:48:18 |
| 11 | responsibilities to evaluate the performance | 09:48:20 |
| 12 | of the senior executive team of the company, | 09:48:23 |
| 13 | and, you know, all those things I've already | 09:48:26 |
| 14 | been through, and I have talked about, I | 09:48:28 |
| 15 | didn't feel any change, quite frankly, in | 09:48:30 |
| 16 | that.  And how I think about decisions that | 09:48:34 |
| 17 | I make. | 09:48:36 |
| 18 | Q.    So did you have the same duties | 09:48:37 |
| 19 | and responsibilities when you were | 09:48:41 |
| 20 | non-executive chairman and as chairman, | 09:48:42 |
| 21 | executive chairman? | 09:48:46 |
| 22 | A.    As far as -- as far as I know, | 09:48:46 |
| 23 | yes, ma'am. | 09:48:48 |
| 24 | Q.    All right.  So would it be fair | 09:48:49 |
| 25 | to say that you don't really know the | 09:48:53 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 46

| | | |
|---|---|---|
| 1 | difference between those two titles? | 09:48:55 |
| 2 | MR. McKANE:   Objection to form. | 09:48:58 |
| 3 | Misstates his testimony. | 09:49:00 |
| 4 | But go ahead, Don. | 09:49:01 |
| 5 | BY MS. SCHWARTZ: | 09:49:04 |
| 6 | Q.    Go ahead. | 09:49:04 |
| 7 | A.    Yeah, I mean -- look, I think | 09:49:06 |
| 8 | that from the outside it carries a little more | 09:49:08 |
| 9 | heft -- | 09:49:15 |
| 10 | Q.    Being executive chairman? | 09:49:16 |
| 11 | A.    Yes. | 09:49:18 |
| 12 | Q.    Okay. | 09:49:18 |
| 13 | A.    -- than maybe it really | 09:49:19 |
| 14 | matters. | 09:49:25 |
| 15 | But, you know, I think one of | 09:49:25 |
| 16 | the reasons to change it is because people | 09:49:27 |
| 17 | don't quite understand, what's a non-executive | 09:49:29 |
| 18 | chairman. | 09:49:32 |
| 19 | I mean, I don't feel any less | 09:49:32 |
| 20 | responsibility, any greater responsibility, I | 09:49:34 |
| 21 | have felt the same responsibility through all | 09:49:38 |
| 22 | of this.  Not only the same responsibilities, | 09:49:40 |
| 23 | but the same kind of fiduciary duties through | 09:49:45 |
| 24 | all of it. | 09:49:47 |
| 25 | Q.    All right. | 09:49:47 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | A.    You know, I think it gives you | 09:49:49 |
| 2 | a little more voice out there in the public | 09:49:51 |
| 3 | domain maybe. | 09:49:55 |
| 4 | Q.    Yeah. | 09:49:58 |
| 5 | A.    When you tell somebody in the | 09:50:00 |
| 6 | public that, I'm non-executive chairman. | 09:50:01 |
| 7 | Well, like you, "What's that?" | 09:50:04 |
| 8 | Q.    Right. | 09:50:07 |
| 9 | A.    Why confuse it with that. | 09:50:08 |
| 10 | So anyway, I have -- I've got | 09:50:10 |
| 11 | to tell you that from the very -- from day | 09:50:13 |
| 12 | one -- I mean, I've been the chairman -- I was | 09:50:15 |
| 13 | chairman of a publicly-owned company, I've | 09:50:18 |
| 14 | been chairman of two very large nonprofit | 09:50:20 |
| 15 | organizations, and I've always acted like I'm | 09:50:24 |
| 16 | the chairman, and I understand those | 09:50:28 |
| 17 | responsibilities and what my basic duties are, | 09:50:31 |
| 18 | and -- and I do think -- I guess I would say | 09:50:36 |
| 19 | this about it.  I would say that at the time I | 09:50:39 |
| 20 | became executive chairman I became an employee | 09:50:46 |
| 21 | of the company. | 09:50:48 |
| 22 | Q.    All right.  And what was -- | 09:50:50 |
| 23 | A.    So -- | 09:50:52 |
| 24 | Q.    What was the difference that | 09:50:52 |
| 25 | that meant, as you understand it? | 09:50:53 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 48

| | | |
|---|---|---|
| 1 | A.    Well, what it meant to me was | 09:50:55 |
| 2 | that, you know, I was going to -- you know, | 09:50:58 |
| 3 | I'm an employee of the company.  I'm like all | 09:51:01 |
| 4 | of you.  I'm part of this enterprise, I'm part | 09:51:03 |
| 5 | of this organization.  Not that I wasn't | 09:51:07 |
| 6 | before in my mind, but there's a difference | 09:51:08 |
| 7 | between being a consultant to an organization | 09:51:11 |
| 8 | and an employee. | 09:51:16 |
| 9 | Q.    Is there an economic | 09:51:18 |
| 10 | difference? | 09:51:19 |
| 11 | A.    Well, at that time -- I think | 09:51:21 |
| 12 | it was at the same time we did all of this, I | 09:51:26 |
| 13 | would have to go back and refresh my memory to | 09:51:28 |
| 14 | make sure that, you know, when I agreed to | 09:51:30 |
| 15 | extend -- what happened was, was that | 09:51:35 |
| 16 | basically the kind of handshake, verbal | 09:51:38 |
| 17 | understanding, which we do a lot of in Texas, | 09:51:42 |
| 18 | was that I was going to be the chairman for | 09:51:44 |
| 19 | five years, because that's kind of what I felt | 09:51:48 |
| 20 | like, you know, I was ready to commit myself | 09:51:51 |
| 21 | to.  It wasn't in writing anywhere, but it was | 09:51:56 |
| 22 | a commitment of mine, which counts, matters. | 09:51:58 |
| 23 | If that's what I say I'm going to do, that's | 09:52:02 |
| 24 | what I am going to do.  It's not complicated. | 09:52:05 |
| 25 | And so when five years came | 09:52:08 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 49

| | | |
|---|---|---|
| 1 | around it was -- it was time for me to rethink | 09:52:11 |
| 2 | it, and they asked me to stay.  I've thought | 09:52:15 |
| 3 | about it long and hard -- | 09:52:24 |
| 4 | Q.    Excuse me for one second, sir. | 09:52:25 |
| 5 | Are we now at 2012? | 09:52:27 |
| 6 | A.    We're at 2012.  That's five | 09:52:28 |
| 7 | years, right? | 09:52:31 |
| 8 | Q.    Okay. | 09:52:32 |
| 9 | A.    And I thought about it long and | 09:52:33 |
| 10 | hard, and my basic decision was that -- at | 09:52:35 |
| 11 | that time I got to know the executive team | 09:52:45 |
| 12 | really well, the company really well, the | 09:52:47 |
| 13 | people in the field really well, there was a | 09:52:52 |
| 14 | point that it was just kind of like family. | 09:52:58 |
| 15 | And so I said, you know, it wasn't the plan to | 09:53:01 |
| 16 | be there past five years, but we obviously | 09:53:06 |
| 17 | were facing a lot of challenges that nobody | 09:53:09 |
| 18 | could have foreseen. | 09:53:12 |
| 19 | Certainly when we -- when the | 09:53:14 |
| 20 | acquisition was made in 2007 everybody in the | 09:53:18 |
| 21 | world thought natural gas prices in the United | 09:53:20 |
| 22 | States of America were going to continue to | 09:53:23 |
| 23 | climb, and if they did this investment was | 09:53:25 |
| 24 | going to be just fine.  But guess what?  They | 09:53:29 |
| 25 | didn't.  And guess what?  The oil and gas | 09:53:36 |

| | | |
|---|---|---|
| 1 | industry is going through one of the most | 09:53:39 |
| 2 | amazing technological revolutions in the | 09:53:42 |
| 3 | history of the oil and gas industry.  And what | 09:53:46 |
| 4 | does that mean?  Well, it's great for America, | 09:53:49 |
| 5 | it's great for the people of America because | 09:53:53 |
| 6 | natural gas prices are less, a whole lot less | 09:53:58 |
| 7 | than anybody thought they would be five years | 09:54:02 |
| 8 | after the acquisition.  What does that mean? | 09:54:04 |
| 9 | Well, that means power prices are a whole lot | 09:54:08 |
| 10 | less.  What does that mean?  Well, that means | 09:54:11 |
| 11 | that the financial structure of the company | 09:54:14 |
| 12 | was under serious pressure. | 09:54:16 |
| 13 | We had just completed in the | 09:54:20 |
| 14 | spring of 2011 what we called an amend and | 09:54:23 |
| 15 | extend, which was to amend the debt and extend | 09:54:29 |
| 16 | it out farther into the future, so it would | 09:54:31 |
| 17 | give us some more time for hopefully what | 09:54:33 |
| 18 | would be a recovery in the natural gas market. | 09:54:35 |
| 19 | Q.    So was that time in 2011 the | 09:54:37 |
| 20 | first time -- was it your understanding or | 09:54:40 |
| 21 | your view that that was the first time that | 09:54:46 |
| 22 | the company started feeling, or experiencing | 09:54:48 |
| 23 | financial distress? | 09:54:52 |
| 24 | MR. McKANE:  Object to the form | 09:54:54 |
| 25 | of the question. | 09:54:55 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | A.    Well -- | 09:54:57 |
| 2 | Q.    You can answer.  When he | 09:54:58 |
| 3 | objects to the form, you can answer. | 09:54:59 |
| 4 | A.    Okay.  I am going to answer | 09:55:01 |
| 5 | that question.  I want to go back and answer | 09:55:02 |
| 6 | the original question first, and then -- | 09:55:04 |
| 7 | Q.    Okay. | 09:55:06 |
| 8 | A.    -- then I am going to come back | 09:55:07 |
| 9 | to that one. | 09:55:08 |
| 10 | Q.    Sure. | 09:55:08 |
| 11 | A.    Which is why did I -- 2012, you | 09:55:09 |
| 12 | know.  And so my point I was trying to make | 09:55:11 |
| 13 | was we were seeing a lot of financial | 09:55:14 |
| 14 | challenges, nobody knew where natural gas | 09:55:16 |
| 15 | prices were going to go.  My crystal ball -- | 09:55:17 |
| 16 | I've been watching for 40 years -- | 09:55:21 |
| 17 | Q.    Right. | 09:55:23 |
| 18 | A.    -- and talking to experts in | 09:55:24 |
| 19 | the field for 40 years, and having my own | 09:55:25 |
| 20 | analysis for 40 years.  And nobody had a | 09:55:27 |
| 21 | crystal ball that could tell you where natural | 09:55:28 |
| 22 | gas prices were going to go. | 09:55:31 |
| 23 | But in 2012 I saw this company | 09:55:33 |
| 24 | that I cared a lot about, people that I cared | 09:55:35 |
| 25 | a lot about, wanted my leadership to continue. | 09:55:39 |