CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | So I said okay.  I said okay.  I will do that. | 09:55:46 |
| 2 | You know, it wasn't in the -- | 09:55:52 |
| 3 | my family plan or retirement plan or all of | 09:55:54 |
| 4 | that.  But, you know, okay.  I'm going to be | 09:55:57 |
| 5 | here to get through, help this organization, | 09:55:59 |
| 6 | which is a great organization, with great | 09:56:02 |
| 7 | people, and with great assets, and a great | 09:56:04 |
| 8 | economy, I am going to be here to help them | 09:56:07 |
| 9 | through whatever we're going to face in the | 09:56:09 |
| 10 | years ahead. | 09:56:10 |
| 11 | Q.    Okay. | 09:56:11 |
| 12 | A.    So I don't -- but now your next | 09:56:12 |
| 13 | question -- | 09:56:14 |
| 14 | Q.    Excuse me for one second. | 09:56:15 |
| 15 | A.    Sure. | 09:56:17 |
| 16 | Q.    Let me just -- part of that | 09:56:17 |
| 17 | question I asked you:  Was there an economic | 09:56:19 |
| 18 | benefit to becoming an employee.  You haven't | 09:56:21 |
| 19 | answered that yet. | 09:56:25 |
| 20 | A.    Okay.  Yes.  I was -- I'm now | 09:56:26 |
| 21 | on the healthcare plan. | 09:56:34 |
| 22 | Q.    Any other benefits? | 09:56:35 |
| 23 | A.    No.  I mean, the reason I was | 09:56:37 |
| 24 | hesitating on that is because I think when we | 09:56:39 |
| 25 | raised my annual compensation -- | 09:56:42 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | Q.    Right. | 09:56:46 |
| 2 | A.    -- to $2½ million as opposed to | 09:56:47 |
| 3 | 2 million it was the same exact time. | 09:56:51 |
| 4 | What I can't recall, maybe | 09:56:54 |
| 5 | there was a couple of months in there | 09:56:56 |
| 6 | someplace, right.  So I think that all | 09:56:58 |
| 7 | happened at the same time. | 09:57:01 |
| 8 | Q.    Okay.  And so when you become | 09:57:01 |
| 9 | an employee you get the benefit of the | 09:57:03 |
| 10 | health -- health insurance, correct? | 09:57:08 |
| 11 | A.    That's correct. | 09:57:09 |
| 12 | Q.    What other benefits do you get? | 09:57:10 |
| 13 | A.    None other that I'm aware of. | 09:57:12 |
| 14 | I don't participate in the bonus plans, for | 09:57:15 |
| 15 | instance. | 09:57:17 |
| 16 | Q.    Okay. | 09:57:17 |
| 17 | A.    I'm not a participation -- a | 09:57:19 |
| 18 | participant in the AIP plan or the LTIP plan. | 09:57:21 |
| 19 | Q.    Right. | 09:57:27 |
| 20 | A.    Mine is just -- you know, that | 09:57:28 |
| 21 | was -- the incentive piece, maybe for me, was | 09:57:29 |
| 22 | in stock. | 09:57:35 |
| 23 | Q.    Yeah. | 09:57:36 |
| 24 | A.    And so there was another | 09:57:37 |
| 25 | opportunity to acquire stock, which they had | 09:57:40 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | an option price, I can't remember what the | 09:57:43 |
| 2 | price was exactly. | 09:57:45 |
| 3 | Q.    Right. | 09:57:45 |
| 4 | A.    Anyway, so... | 09:57:46 |
| 5 | Q.    How about being able to have | 09:57:48 |
| 6 | expenses paid for you?  Was there any | 09:57:53 |
| 7 | difference in that when you became an | 09:57:55 |
| 8 | employee? | 09:57:56 |
| 9 | A.    No.  No. | 09:57:56 |
| 10 | Q.    How about a severance | 09:57:58 |
| 11 | component? | 09:58:01 |
| 12 | A.    No. | 09:58:01 |
| 13 | Q.    Did you receive a severance | 09:58:01 |
| 14 | component as an employee? | 09:58:04 |
| 15 | A.    No. | 09:58:04 |
| 16 | Q.    So you have -- under your | 09:58:05 |
| 17 | current employee agreement, as chairman, you | 09:58:07 |
| 18 | do not have a severance component? | 09:58:10 |
| 19 | A.    No, ma'am. | 09:58:12 |
| 20 | Q.    Okay. | 09:58:13 |
| 21 | A.    In fact, I don't think -- now, | 09:58:13 |
| 22 | I don't think any of our officers have a | 09:58:16 |
| 23 | severance component. | 09:58:18 |
| 24 | Q.    Okay.  All right.  Is there | 09:58:20 |
| 25 | anything else that you can think of that was a | 09:58:22 |

| | | |
|---|---|---|
| 1 | financial benefit from the switch from you | 09:58:25 |
| 2 | becoming -- from being a consultant to an | 09:58:28 |
| 3 | employee? | 09:58:31 |
| 4 | A.    No, ma'am. | 09:58:33 |
| 5 | Q.    Okay. | 09:58:34 |
| 6 | Now, what was my second | 09:58:35 |
| 7 | question?  Your answers are long -- | 09:58:36 |
| 8 | A.    You were asking about 2011 -- | 09:58:41 |
| 9 | Q.    I just asked you that because | 09:58:44 |
| 10 | at that point it seemed appropriate based on | 09:58:46 |
| 11 | what you were saying.  Because you were | 09:58:48 |
| 12 | talking about why you were -- you know, you | 09:58:49 |
| 13 | hadn't planned to go on -- | 09:58:52 |
| 14 | A.    And so I made -- | 09:58:53 |
| 15 | Q.    So why don't you tell us about | 09:58:54 |
| 16 | that, in 2011? | 09:58:57 |
| 17 | MR. McKANE:  I'm going to | 09:58:58 |
| 18 | object to the form of the question.  Can you | 09:59:02 |
| 19 | rephrase the question? | 09:59:03 |
| 20 | MS. SCHWARTZ:  Sure. | 09:59:04 |
| 21 | BY MS. SCHWARTZ: | 09:59:05 |
| 22 | Q.    You had said that we could | 09:59:05 |
| 23 | never have expected -- you were talking about, | 09:59:06 |
| 24 | you know, you couldn't have expected what -- | 09:59:09 |
| 25 | the amazing changes that were taking place in | 09:59:14 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 56

| | | |
|---|---|---|
| 1 | the oil and gas industry. | 09:59:16 |
| 2 | A.    Correct. | 09:59:17 |
| 3 | Q.    And the questioning was about | 09:59:17 |
| 4 | you said you had thought, by like a handshake, | 09:59:19 |
| 5 | that you would stay for five years. | 09:59:22 |
| 6 | A.    Mm-hmm. | 09:59:24 |
| 7 | Q.    But then there were these | 09:59:25 |
| 8 | financial challenges occurring. | 09:59:27 |
| 9 | A.    Right. | 09:59:29 |
| 10 | Q.    And the first thing you | 09:59:29 |
| 11 | discussed was this extension of your debt in | 09:59:30 |
| 12 | 2011. | 09:59:33 |
| 13 | A.    Mm-hmm. | 09:59:34 |
| 14 | Q.    And so I said was that the | 09:59:34 |
| 15 | first time that the company started | 09:59:36 |
| 16 | experiencing financial distress, and you said | 09:59:39 |
| 17 | no, and you wanted to address that. | 09:59:42 |
| 18 | A.    Yeah, okay.  I thought -- | 09:59:45 |
| 19 | MR. McKANE:  I would object to | 09:59:47 |
| 20 | the characterization of "distress."  But go | 09:59:49 |
| 21 | ahead. | 09:59:51 |
| 22 | MS. SCHWARTZ:  There's nothing | 09:59:51 |
| 23 | wrong -- | 09:59:52 |
| 24 | BY MS. SCHWARTZ: | 09:59:52 |
| 25 | Q.    It's my -- I am asking you that | 09:59:53 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 57

| | | |
|---|---|---|
| 1 | question.  There's nothing -- | 09:59:54 |
| 2 | A.    I won't say distress.  Okay? | 09:59:55 |
| 3 | Q.    You can say whatever you want. | 09:59:56 |
| 4 | Let me make something clear. | 09:59:58 |
| 5 | A.    Sure. | 10:00:00 |
| 6 | Q.    If I use a word that doesn't | 10:00:00 |
| 7 | accurately reflect what you want to say, say | 10:00:02 |
| 8 | what you want to say. | 10:00:04 |
| 9 | A.    Yeah, thanks. | 10:00:06 |
| 10 | Q.    It's not about what I want to | 10:00:07 |
| 11 | say. | 10:00:08 |
| 12 | A.    Yeah, that helps. | 10:00:08 |
| 13 | Q.    I'm asking the question.  And | 10:00:09 |
| 14 | if you need to clarify something that I said, | 10:00:10 |
| 15 | please do so. | 10:00:12 |
| 16 | A.    Yes, sure. | 10:00:13 |
| 17 | Q.    Please feel free to do so. | 10:00:14 |
| 18 | A.    Sure. | 10:00:16 |
| 19 | What I said was -- what I said | 10:00:16 |
| 20 | was, I thought you were -- two parts to it. | 10:00:18 |
| 21 | What I said was in 2011 we | 10:00:22 |
| 22 | accomplished a major milestone of an amend and | 10:00:25 |
| 23 | extend, which was to extend the debt out for a | 10:00:29 |
| 24 | longer period of time and give us more time | 10:00:34 |
| 25 | for natural gas prices to rebound. | 10:00:36 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 58

| | | |
|---|---|---|
| 1 | Q.    Right. | 10:00:39 |
| 2 | A.    To come back to higher levels. | 10:00:40 |
| 3 | Q.    So when I asked you -- | 10:00:41 |
| 4 | A.    So I certainly didn't feel like | 10:00:42 |
| 5 | we were distressed in 2011.  I was feeling | 10:00:44 |
| 6 | really good about the fact that we had | 10:00:51 |
| 7 | extended our debt out a number of years, which | 10:00:56 |
| 8 | would give us a longer period of time for | 10:01:00 |
| 9 | natural gas prices to rebound.  Which I | 10:01:02 |
| 10 | thought, and many in the industry thought, | 10:01:05 |
| 11 | would in fact happen.  But nobody knew for | 10:01:08 |
| 12 | sure, it was unclear, there was greater | 10:01:11 |
| 13 | uncertainty as to whether or not gas prices | 10:01:16 |
| 14 | would rebound.  Gas prices had come from $7.50 | 10:01:18 |
| 15 | to down to, you know, $3.50, and -- which is, | 10:01:23 |
| 16 | power prices, they directly correlate.  Power | 10:01:30 |
| 17 | prices -- gas price is at 7.50, power prices | 10:01:34 |
| 18 | are $75.  Gas prices are at $3.50, power | 10:01:38 |
| 19 | prices are $35. | 10:01:43 |
| 20 | So power prices from the fall | 10:01:44 |
| 21 | of '07 to the spring of '11 had been cut in | 10:01:46 |
| 22 | half, or thereabouts. | 10:01:52 |
| 23 | Q.    Right. | 10:01:54 |
| 24 | A.    But we, through an incredibly | 10:01:55 |
| 25 | skilled, in my opinion, effort on behalf of | 10:02:00 |

| | | |
|---|---|---|
| 1 | our senior management and the entire | 10:02:05 |
| 2 | enterprise, I would say, we were able to close | 10:02:09 |
| 3 | on extending a substantial amount of our debt | 10:02:13 |
| 4 | out a number of years, which would give us | 10:02:18 |
| 5 | more time for natural gas prices to rebound. | 10:02:20 |
| 6 | So I didn't -- in the spring of 2011 I felt | 10:02:23 |
| 7 | really good about our future. | 10:02:27 |
| 8 | THE COURT REPORTER:  Could we | 10:02:32 |
| 9 | take a break? | 10:02:33 |
| 10 | MS. SCHWARTZ:  Sure. | 10:02:34 |
| 11 | MR. McKANE:  Off the record. | 10:02:35 |
| 12 | THE VIDEOGRAPHER:  The time is | 10:02:36 |
| 13 | now 10:02 a.m.  We're off the record. | 10:02:36 |
| 14 | --- | 10:02:47 |
| 15 | (Recess from 10:02 to 10:11.) | |
| 16 | --- | 10:11:43 |
| 17 | THE VIDEOGRAPHER:  The time is | 10:11:43 |
| 18 | now 10:11 a.m.  Back on the record. | 10:11:47 |
| 19 | BY MS. SCHWARTZ: | 10:11:54 |
| 20 | Q.   Mr. Evans, when did Energy | 10:11:55 |
| 21 | Futures first consider a restructuring, | 10:12:01 |
| 22 | whether out of court or in bankruptcy? | 10:12:04 |
| 23 | A.   Well, I don't know the exact | 10:12:08 |
| 24 | time, but I will tell you that in the fall of | 10:12:14 |
| 25 | 2012 we began to take steps so that we would | 10:12:16 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 60

| | | |
|---|---|---|
| 1 | be prepared if we had to enter bankruptcy or | 10:12:23 |
| 2 | go through a restructuring.  We engaged | 10:12:29 |
| 3 | Kirkland & Ellis in the summer of 2012.  We | 10:12:35 |
| 4 | engaged two compensation consultants in the | 10:12:39 |
| 5 | fall of 2012, one of which we had been working | 10:12:45 |
| 6 | with through the years, but engaged him, that | 10:12:51 |
| 7 | firm, Towers Watson, that firm on a more | 10:12:56 |
| 8 | formal basis to advise and discuss with us | 10:13:00 |
| 9 | things that we needed to think about if that | 10:13:07 |
| 10 | ever came to pass. | 10:13:10 |
| 11 | So I would say that it was in | 10:13:12 |
| 12 | the summer of 2012 we started to -- you know, | 10:13:14 |
| 13 | you're getting a little more certainty around | 10:13:20 |
| 14 | natural gas prices haven't come back yet, | 10:13:23 |
| 15 | power prices haven't come back yet.  I think | 10:13:26 |
| 16 | the industry getting a little more certainty | 10:13:30 |
| 17 | around them likely not coming back, and so I | 10:13:37 |
| 18 | think some of the optimism and hope and belief | 10:13:42 |
| 19 | that natural gas prices and power prices would | 10:13:47 |
| 20 | come back in, I would say the '09 and '10 and | 10:13:50 |
| 21 | '11 period, that began to wane somewhat and, | 10:13:53 |
| 22 | you know what?  These power prices might be | 10:14:02 |
| 23 | something we were going to have to live with | 10:14:04 |
| 24 | for quite some time. | 10:14:07 |
| 25 | So it was the fall of -- the | 10:14:09 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | summer of 2012, I would say. | 10:14:11 |
| 2 | Q.    Okay.  And as chairman have you | 10:14:12 |
| 3 | been stewarding the restructuring? | 10:14:13 |
| 4 | A.    Say that again? | 10:14:18 |
| 5 | Q.    I mean are you the person | 10:14:19 |
| 6 | directing the restructuring? | 10:14:20 |
| 7 | A.    I am -- I am -- no, I wouldn't | 10:14:22 |
| 8 | say I am the person directing it.  We have two | 10:14:25 |
| 9 | co-restructuring officers. | 10:14:28 |
| 10 | Q.    Right. | 10:14:31 |
| 11 | A.    And they're the ones that deal | 10:14:31 |
| 12 | with it on a daily basis.  Stacey Doré, who is | 10:14:33 |
| 13 | here with us today, and Paul Keglevic. | 10:14:37 |
| 14 | Q.    Right. | 10:14:39 |
| 15 | A.    So in terms of when we saw | 10:14:40 |
| 16 | ourselves moving into that, later, I think it | 10:14:43 |
| 17 | was in 2013 actually that we appointed them in | 10:14:46 |
| 18 | addition to their role as general counsel and | 10:14:52 |
| 19 | the CFO, also co-restructuring officers. | 10:14:55 |
| 20 | Q.    How would you describe your | 10:14:59 |
| 21 | involvement in the bankruptcy process? | 10:15:01 |
| 22 | A.    I would describe my involvement | 10:15:04 |
| 23 | as being informed.  I would describe my | 10:15:08 |
| 24 | involvement as participating in leading a | 10:15:13 |
| 25 | number of board discussions around it; leading | 10:15:21 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 62

| | | |
|---|---|---|
| 1 | a number of Compensation Committee meetings | 10:15:27 |
| 2 | around it. | 10:15:30 |
| 3 | So I would say that, you know, | 10:15:35 |
| 4 | I'm leading all of the board calls and all of | 10:15:37 |
| 5 | the board meetings, and we have not only of | 10:15:41 |
| 6 | course the normal scheduled board meetings, | 10:15:48 |
| 7 | we've had some special-called board meetings | 10:15:51 |
| 8 | along the way, and we've had many board phone | 10:15:53 |
| 9 | calls. | 10:15:55 |
| 10 | Q.    Okay. | 10:15:55 |
| 11 | A.    And so I'm very informed about | 10:15:56 |
| 12 | what's going on, and who is doing what. | 10:15:58 |
| 13 | Q.    And the board has taken -- made | 10:15:59 |
| 14 | assessments of various issues and made | 10:16:02 |
| 15 | determinations, isn't that right? | 10:16:04 |
| 16 | A.    That is correct. | 10:16:05 |
| 17 | Q.    Now, we talked a little bit | 10:16:09 |
| 18 | earlier, you did, about your role on the | 10:16:11 |
| 19 | Organization and Compensation Committee. | 10:16:13 |
| 20 | A.    Mm-hmm. | 10:16:16 |
| 21 | Q.    Were you a member of that | 10:16:16 |
| 22 | committee from day one when you came on as | 10:16:19 |
| 23 | chairman of the board? | 10:16:21 |
| 24 | A.    Yes, ma'am. | 10:16:23 |
| 25 | Q.    Okay.  And I am just going -- | 10:16:23 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | A. To the best of my recollection. | 10:16:25 |
| 2 | There may have been a month or two or | 10:16:26 |
| 3 | something. | 10:16:28 |
| 4 | Q. Okay. | 10:16:28 |
| 5 | A. I think I was there at the very | 10:16:29 |
| 6 | beginning. | 10:16:31 |
| 7 | Q. I am just going to call you | 10:16:31 |
| 8 | chairman of the board. I'm not going to call | 10:16:33 |
| 9 | you non-executive chair -- | 10:16:34 |
| 10 | A. Perfect. | 10:16:37 |
| 11 | Q. We will just refer to you for | 10:16:37 |
| 12 | purposes of today, understanding that there | 10:16:40 |
| 13 | was a distinction, but... | 10:16:40 |
| 14 | A. Right. | 10:16:41 |
| 15 | Q. Okay. | 10:16:41 |
| 16 | So you were also chairman of | 10:16:42 |
| 17 | this committee, is that right? | 10:16:43 |
| 18 | A. That is correct. | 10:16:44 |
| 19 | Q. And you currently are today? | 10:16:44 |
| 20 | A. That's correct. | 10:16:46 |
| 21 | Q. All right. Can you tell us how | 10:16:46 |
| 22 | the committee operates? | 10:16:48 |
| 23 | A. Well, we operate based on a | 10:16:49 |
| 24 | charter that lays out our duties and our | 10:16:53 |
| 25 | responsibilities, and we operate in a very | 10:16:56 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 64

| | | |
|---|---|---|
| 1 | organized, methodical, structured-program type | 10:17:04 |
| 2 | of way, in that we lay out on an annual basis | 10:17:12 |
| 3 | what we're going to be discussing at each of | 10:17:14 |
| 4 | the scheduled board meetings, committee | 10:17:17 |
| 5 | meetings, for the coming year. | 10:17:20 |
| 6 | Q.    Okay. | 10:17:22 |
| 7 | A.    We know when we're talking | 10:17:23 |
| 8 | about succession planning.  We know when we're | 10:17:24 |
| 9 | talking about diversity.  We know when we're | 10:17:26 |
| 10 | reviewing AIP metrics.  We know when we're | 10:17:31 |
| 11 | reviewing the scorecards.  We know when we're | 10:17:34 |
| 12 | reviewing the budget.  We know when we're | 10:17:37 |
| 13 | reviewing the equity of the enterprise. | 10:17:39 |
| 14 | So we meet on a regular basis | 10:17:45 |
| 15 | around board meetings, and we meet on a -- on | 10:17:47 |
| 16 | a call basis for special meetings.  We | 10:17:52 |
| 17 | probably average five or six meetings a year, | 10:17:59 |
| 18 | something like that, for call meetings.  And | 10:18:01 |
| 19 | then we'll -- in the earlier years that's kind | 10:18:05 |
| 20 | of what we have had.  And more recently we've | 10:18:08 |
| 21 | had many call meetings. | 10:18:10 |
| 22 | Q.    Okay.  Now, who is on the | 10:18:13 |
| 23 | committee with you? | 10:18:19 |
| 24 | A.    Right now, Arcilia Acosta, who | 10:18:19 |
| 25 | is also on the TCEH board. | 10:18:22 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 65

| | | |
|---|---|---|
| 1 | And Ken Pontarelli, who is one | 10:18:26 |
| 2 | of the sponsor directors.  He's from Goldman | 10:18:33 |
| 3 | Sachs. | 10:18:36 |
| 4 | And then Hugh Sawyer.  Hugh | 10:18:36 |
| 5 | Sawyer, who is an independent director at | 10:18:40 |
| 6 | TCEH.  He serves in an advisory capacity. | 10:18:43 |
| 7 | Q.    When you first got on the O&C | 10:18:46 |
| 8 | Committee how many members were there? | 10:18:50 |
| 9 | A.    Four, as I recall.  We had -- | 10:18:50 |
| 10 | one that is no longer on there is Marc | 10:18:53 |
| 11 | Lipschultz.  He was at KKR. | 10:18:57 |
| 12 | Q.    Okay. | 10:19:01 |
| 13 | A.    But we would have other | 10:19:01 |
| 14 | directors sit in on those meetings, other | 10:19:03 |
| 15 | sponsor directors sit in on the meetings from | 10:19:06 |
| 16 | time to time. | 10:19:10 |
| 17 | Q.    All right.  I am going to -- | 10:19:10 |
| 18 | MS. SCHWARTZ:  Let's mark this | 10:19:15 |
| 19 | document as UST 2. | 10:19:16 |
| 20 | --- | 10:19:42 |
| 21 | (UST Exhibit 2, Energy Future | |
| 22 | Holdings Corp. Organization and Compensation | |
| 23 | Committee Charter (No Bates) was marked for | |
| 24 | identification) | |
| 25 | --- | 10:19:43 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 66

| | | |
|---|---|---|
| 1 | BY MS. SCHWARTZ: | 10:19:43 |
| 2 | Q.    Take a look at that document | 10:19:43 |
| 3 | and let me know whether or not you | 10:19:44 |
| 4 | recognize it. | 10:19:47 |
| 5 | A.    Yes, ma'am.  I do.  I do | 10:19:47 |
| 6 | recognize this document. | 10:19:49 |
| 7 | Q.    And what is that document? | 10:19:50 |
| 8 | A.    This is the Organization and | 10:19:53 |
| 9 | Compensation Committee charter for Energy | 10:19:56 |
| 10 | Future Holdings. | 10:19:59 |
| 11 | Q.    Okay.  And are you familiar | 10:19:59 |
| 12 | with this document? | 10:20:00 |
| 13 | A.    Yes, ma'am.  I am. | 10:20:01 |
| 14 | Q.    Okay.  I want to ask you some | 10:20:02 |
| 15 | questions -- | 10:20:04 |
| 16 | A.    Sure. | 10:20:04 |
| 17 | Q.    -- about it. | 10:20:05 |
| 18 | A.    Of course. | 10:20:06 |
| 19 | Q.    Let me move back.  I forgot I'm | 10:20:06 |
| 20 | mic'd up, so I just can't get up and go get it | 10:20:10 |
| 21 | for you. | 10:20:13 |
| 22 | MR. SCHEPACARTER:  We have | 10:20:15 |
| 23 | other binders.  Does anyone want binders? | 10:20:16 |
| 24 | --- | 10:20:20 |
| 25 | (Discussion off the record.) | |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 67

| | | |
|---|---|---|
| 1 | --- | 10:20:30 |
| 2 | MS. SCHWARTZ:  We are going to | 10:20:30 |
| 3 | continue while he gives out the binders. | 10:20:31 |
| 4 | THE WITNESS:  Good.  Perfect. | 10:20:34 |
| 5 | MS. SCHWARTZ:  All right.  Let | 10:20:36 |
| 6 | me just get back to where I was.  We made a | 10:20:37 |
| 7 | bunch of copies, we have made a lot of copies. | 10:20:40 |
| 8 | BY MS. SCHWARTZ: | 10:20:48 |
| 9 | Q.    Now, this charter is -- if you | 10:20:49 |
| 10 | look at the third page, it's dated, as amended | 10:20:51 |
| 11 | February 27, 2014. | 10:20:54 |
| 12 | A.    Mm-hmm.  Yes, ma'am. | 10:20:57 |
| 13 | Q.    Are there other versions of | 10:20:58 |
| 14 | this charter since you have been the chairman | 10:21:00 |
| 15 | of this O&C Committee? | 10:21:05 |
| 16 | A.    You know, we review it every | 10:21:08 |
| 17 | year. | 10:21:10 |
| 18 | Q.    Yeah. | 10:21:10 |
| 19 | A.    And I don't recall any | 10:21:11 |
| 20 | substantive changes we made in this one -- | 10:21:17 |
| 21 | Q.    Yeah. | 10:21:20 |
| 22 | A.    -- from the previous one.  I | 10:21:22 |
| 23 | would have to go back and review all of the | 10:21:23 |
| 24 | others. | 10:21:25 |
| 25 | Have we made some changes along | 10:21:25 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 68

| | | |
|---|---|---|
| 1 | the way over the last seven years?  I think | 10:21:28 |
| 2 | the answer is yes. | 10:21:31 |
| 3 | Q.    Right. | 10:21:31 |
| 4 | A.    I can't remember any | 10:21:32 |
| 5 | substantive ones. | 10:21:33 |
| 6 | Q.    Right. | 10:21:34 |
| 7 | A.    But I -- I would have to review | 10:21:34 |
| 8 | that. | 10:21:36 |
| 9 | Q.    All right.  Well, we will | 10:21:36 |
| 10 | just -- | 10:21:38 |
| 11 | MS. SCHWARTZ:  Mr. McKane, we | 10:21:39 |
| 12 | would like to see the other charters, please. | 10:21:40 |
| 13 | --- | 10:21:42 |
| 14 | (Request for Production) | |
| 15 | --- | 10:21:45 |
| 16 | BY MS. SCHWARTZ: | 10:21:45 |
| 17 | Q.    Do you remember any changes | 10:21:46 |
| 18 | that have been made to the charter?  Because | 10:21:47 |
| 19 | this is dated very close in proximity to the | 10:21:49 |
| 20 | bankruptcy filing, it's dated February 27, | 10:21:52 |
| 21 | 2014, which is approximately two months before | 10:21:55 |
| 22 | the filing. | 10:22:00 |
| 23 | A.    I'll be honest, I would have to | 10:22:02 |
| 24 | go back and look. | 10:22:04 |
| 25 | Q.    Okay. | 10:22:05 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | | |
|---|---|---|---|
| 1 | A. | I would have to review it. | 10:22:06 |
| 2 | Q. | All right. | 10:22:07 |
| 3 | A. | I am not going to speculate. | 10:22:08 |
| 4 | Q. | Now, here going over Article I, | 10:22:09 |
| 5 | | which talks about the "Purposes of the | 10:22:11 |
| 6 | | Committee." | 10:22:14 |
| 7 | A. | Mm-hmm, yes, ma'am. | 10:22:14 |
| 8 | Q. | Number -- I would like to go | 10:22:16 |
| 9 | | over each one with you. | 10:22:17 |
| 10 | A. | Sure. | 10:22:19 |
| 11 | Q. | Number 1 says "Review" -- and | 10:22:19 |
| 12 | | if I say something that doesn't -- that is not | 10:22:22 |
| 13 | | exactly what's written, you'll let me know. | 10:22:23 |
| 14 | | Okay? | 10:22:26 |
| 15 | A. | Yes, ma'am. | 10:22:26 |
| 16 | Q. | I am going to read from it. | 10:22:27 |
| 17 | | "Review and approve corporate | 10:22:29 |
| 18 | | goals and objectives relevant to the | 10:22:30 |
| 19 | | compensation of the executive officers of the | 10:22:32 |
| 20 | | Company, as defined in Rule 16a-1(f) under the | 10:22:36 |
| 21 | | Securities and Exchange Act of 1934, as | 10:22:44 |
| 22 | | amended, (Executive Officers) and evaluate the | 10:22:46 |
| 23 | | performance in light of those goals and | 10:22:49 |
| 24 | | objectives, and determine and approve the | 10:22:51 |
| 25 | | CEO's compensation based on this evaluation." | 10:22:53 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 70

| | | |
|---|---|---|
| 1 | Is that something that you do? | 10:22:57 |
| 2 | A.    Yes.   That is something that | 10:22:59 |
| 3 | I do. | 10:23:01 |
| 4 | Q.    And the committee does that, | 10:23:01 |
| 5 | right?  You acting with the committee? | 10:23:02 |
| 6 | A.    That is correct.  I lead that | 10:23:06 |
| 7 | and we review the CEO every year. | 10:23:07 |
| 8 | Q.    Okay. | 10:23:10 |
| 9 | A.    And his performance, and | 10:23:10 |
| 10 | evaluate him. | 10:23:11 |
| 11 | Q.    Right. | 10:23:12 |
| 12 | A.    But that's something that I | 10:23:13 |
| 13 | lead. | 10:23:14 |
| 14 | Q.    Okay.  Number 2 is, "Oversee | 10:23:14 |
| 15 | the evaluation of (i), the Executive Officers, | 10:23:17 |
| 16 | and (ii), such other senior officers and key | 10:23:22 |
| 17 | employees as the Committee, in consultation | 10:23:25 |
| 18 | with the CEO, deems prudent" -- why does it | 10:23:26 |
| 19 | say "with" -- and such other key leader | 10:23:37 |
| 20 | employees as the committee in consultation -- | 10:23:39 |
| 21 | "deems prudent and necessary (Additional | 10:23:41 |
| 22 | Persons) and review, determine and approve | 10:23:43 |
| 23 | their compensation levels." | 10:23:46 |
| 24 | Is that something that the O&C | 10:23:47 |
| 25 | does? | 10:23:51 |

| | | |
|---|---|---|
| 1 | A.    Yes, ma'am. | 10:23:51 |
| 2 | Q.    Who are these "Additional | 10:23:52 |
| 3 | Persons"?  Do you know who that refers to? | 10:23:53 |
| 4 | A.    Yes, ma'am.  That would be the | 10:23:55 |
| 5 | Strategic Planning Committee, the SPC.  That | 10:23:56 |
| 6 | would be the seven top executive officers of | 10:23:59 |
| 7 | the company. | 10:24:01 |
| 8 | Q.    Okay.  So in Romanette (i) | 10:24:02 |
| 9 | where it says "Executive Officers," that's | 10:24:08 |
| 10 | different than the SPC, is that correct? | 10:24:10 |
| 11 | MR. McKANE:  Objection to the | 10:24:12 |
| 12 | form. | 10:24:13 |
| 13 | To the best of your knowledge. | 10:24:13 |
| 14 | A.    Yeah, to the best of my | 10:24:14 |
| 15 | knowledge the answer is -- you know, when I -- | 10:24:16 |
| 16 | do I -- do we look at executive -- let me just | 10:24:24 |
| 17 | tell you how I think about executive officers. | 10:24:28 |
| 18 | I think about the executive officers as the | 10:24:31 |
| 19 | top seven on the Strategic Planning Committee. | 10:24:34 |
| 20 | Now -- | 10:24:38 |
| 21 | Q.    Okay. | 10:24:38 |
| 22 | A.    -- you could expand that some | 10:24:40 |
| 23 | if you wanted and look -- and think about | 10:24:41 |
| 24 | senior vice presidents of the company, which | 10:24:44 |
| 25 | are another fourteen or fifteen or so. | 10:24:48 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 72

| | | |
|---|---|---|
| 1 | Do we look at that, do we | 10:24:52 |
| 2 | review it, do we think about it?  Yes.  But do | 10:24:53 |
| 3 | we provide a lot of input as to kind of what | 10:24:57 |
| 4 | those base salaries -- no. | 10:25:00 |
| 5 | Q.    Okay.  Well, let me ask you | 10:25:03 |
| 6 | this. | 10:25:05 |
| 7 | A.    Yes, sure. | 10:25:05 |
| 8 | Q.    Is it fair then to say that | 10:25:05 |
| 9 | your committee focuses, in the majority, on | 10:25:09 |
| 10 | the compensation of those seven members of | 10:25:13 |
| 11 | the SPC? | 10:25:16 |
| 12 | A.    That's correct. | 10:25:17 |
| 13 | Q.    All right.  Number 3 says: | 10:25:18 |
| 14 | "Oversee and make recommendations to the | 10:25:21 |
| 15 | Board, when and if board Approval is required, | 10:25:24 |
| 16 | with respect to the adoption, amendment or | 10:25:26 |
| 17 | termination of incentive compensation, | 10:25:29 |
| 18 | equity-based and other executive compensation | 10:25:31 |
| 19 | and" benefit plans -- "benefits plans, | 10:25:35 |
| 20 | policies and practices covering executives." | 10:25:38 |
| 21 | Do you do that? | 10:25:40 |
| 22 | A.    Yes. | 10:25:41 |
| 23 | Q.    Does the committee do that? | 10:25:41 |
| 24 | A.    Yes. | 10:25:42 |
| 25 | Q.    All right.  Number 4:   "Review | 10:25:42 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | and discuss with the Board executive | 10:25:44 |
| 2 | management succession planning." | 10:25:46 |
| 3 | Do you do that? | 10:25:49 |
| 4 | A.    Yes, we do. | 10:25:50 |
| 5 | Q.    And the board? | 10:25:50 |
| 6 | A.    Yes, we do. | 10:25:51 |
| 7 | Q.    I mean the committee.  I meant | 10:25:52 |
| 8 | the committee. | |
| 9 | A.    Yes, the committee. | 10:25:53 |
| 10 | Q.    And Number 5:  "Oversee grants | 10:25:55 |
| 11 | under, and the administration of, the | 10:25:58 |
| 12 | Company's management equity program"? | 10:25:59 |
| 13 | A.    Yes, ma'am, we do that. | 10:26:02 |
| 14 | Q.    All right. | 10:26:03 |
| 15 | "Make recommendations to the | 10:26:04 |
| 16 | Board with respect to the compensation of the | 10:26:05 |
| 17 | committee's [sic] outside Directors"? | 10:26:07 |
| 18 | A.    Yes, we do that. | 10:26:10 |
| 19 | Q.    And, lastly -- | 10:26:11 |
| 20 | MR. McKANE:  I think you | 10:26:12 |
| 21 | misspoke.  You said "committee."  You meant to | 10:26:13 |
| 22 | say "company."  I think that -- | 10:26:14 |
| 23 | BY MS. SCHWARTZ: | 10:26:16 |
| 24 | Q.    Oh, "Company's outside | 10:26:16 |
| 25 | directors." | 10:26:18 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 74

| | | |
|---|---|---|
| 1 | A.    Mm-hmm. | 10:26:19 |
| 2 | Q.    And Number 7:  "Produce the | 10:26:19 |
| 3 | Committee's report on executive compensation | 10:26:21 |
| 4 | as required by the Securities and Exchange | 10:26:24 |
| 5 | Commission to be included in the Company's | 10:26:27 |
| 6 | annual report on Form 10-K." | 10:26:29 |
| 7 | A.    Yes, ma'am. | 10:26:32 |
| 8 | Q.    Okay. | 10:26:32 |
| 9 | A.    We do that. | 10:26:33 |
| 10 | Q.    Sometimes I find that when | 10:26:34 |
| 11 | there are charters or bylaws, when they're in | 10:26:35 |
| 12 | existence sometimes the actual committees | 10:26:40 |
| 13 | don't do all of the things, and perhaps an | 10:26:41 |
| 14 | annual review would be a good thing because | 10:26:45 |
| 15 | then they could revise it to reflect what they | 10:26:48 |
| 16 | actually do. | 10:26:50 |
| 17 | A.    We do all of these things and, | 10:26:51 |
| 18 | as I said, I mean, we're very process, | 10:26:54 |
| 19 | system-oriented.  And I'm a stickler about | 10:26:59 |
| 20 | that type of thing.  I want -- I don't want | 10:27:02 |
| 21 | anybody cutting any corners.  I want a process | 10:27:05 |
| 22 | to be in place, a system to be in place, and I | 10:27:08 |
| 23 | expect people to follow it. | 10:27:11 |
| 24 | And one of the -- one of the | 10:27:14 |
| 25 | items in our process, as I already mentioned, | 10:27:17 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 75

| | | |
|---|---|---|
| 1 | is we have a checklist that goes through the | 10:27:21 |
| 2 | upcoming year for each meeting, and it will | 10:27:24 |
| 3 | have checkmarks by each one of these, when | 10:27:27 |
| 4 | we're going to discuss these seven items.  So | 10:27:31 |
| 5 | we'll know if we're talking about Item 1 and 2 | 10:27:34 |
| 6 | at the February board meeting, or at the April | 10:27:38 |
| 7 | board meeting, or the October.  We know that | 10:27:40 |
| 8 | we -- we're going to talk about succession | 10:27:44 |
| 9 | planning in the June or July board meeting, | 10:27:46 |
| 10 | we -- so we know in advance these seven things | 10:27:49 |
| 11 | we're going to talk about. | 10:27:52 |
| 12 |         Q.    Okay.  All right. | 10:27:54 |
| 13 |               Also, one other thing I wanted | 10:27:58 |
| 14 | to ask you about here.  Well, let's talk about | 10:27:59 |
| 15 | the first -- number I under "Purposes of the | 10:28:04 |
| 16 | Committee." | 10:28:08 |
| 17 |         A.    Perfect. | 10:28:08 |
| 18 |         Q.    It says:  "Review and approve | 10:28:08 |
| 19 | corporate goals and objectives relevant to | 10:28:13 |
| 20 | compensation of the executive officers." | 10:28:16 |
| 21 |               Correct? | 10:28:17 |
| 22 |         A.    Correct. | 10:28:17 |
| 23 |         Q.    Can you talk to us a little bit | 10:28:18 |
| 24 | about what that -- what that means in | 10:28:22 |
| 25 | practice?  What is it that you actually do in | 10:28:25 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 76

| | | |
|---|---|---|
| 1 | terms of approving corporate goals and | 10:28:28 |
| 2 | objectives? | 10:28:30 |
| 3 | A.    Sure.  Well, in the spring of | 10:28:31 |
| 4 | each year the company -- the company, broadly, | 10:28:34 |
| 5 | begins to consider the budget, the company | 10:28:43 |
| 6 | budget or plan for the ensuing year.  So in | 10:28:49 |
| 7 | the spring of '14 we'll start considering the | 10:28:55 |
| 8 | budget, the plan, the objectives, the goals | 10:28:59 |
| 9 | for 2015.  And that process goes on for about | 10:29:02 |
| 10 | four months, and that process gets input from | 10:29:08 |
| 11 | inside the company, outside the company with | 10:29:16 |
| 12 | respect to advisors that we will have.  That | 10:29:19 |
| 13 | process is informed by our historical | 10:29:25 |
| 14 | performance.  That process is informed by many | 10:29:29 |
| 15 | assumptions that have to be made that come | 10:29:35 |
| 16 | from internal assumptions, but considering a | 10:29:37 |
| 17 | lot of data that we have maybe internally as | 10:29:44 |
| 18 | well as externally. | 10:29:47 |
| 19 | One of the big drivers would be | 10:29:50 |
| 20 | power prices and how are we going to settle on | 10:29:52 |
| 21 | what power price assumption we're going to | 10:29:55 |
| 22 | have for 2015, which is the big driver, it's | 10:29:58 |
| 23 | something you don't have any control over, but | 10:30:04 |
| 24 | you have to put a plan together, a goal | 10:30:06 |
| 25 | together, and an objective together, you have | 10:30:08 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | to make an assumption. | 10:30:12 |
| 2 | And so that process, as I said, | 10:30:13 |
| 3 | continues on, it goes from the business units, | 10:30:15 |
| 4 | it will go up to the financial planning | 10:30:18 |
| 5 | committee at the EFH corporate business | 10:30:20 |
| 6 | services level.  It's likely to come back down | 10:30:24 |
| 7 | to -- | 10:30:28 |
| 8 | Q.    Can I jump in here real | 10:30:29 |
| 9 | quickly? | 10:30:31 |
| 10 | A.    Sure. | 10:30:31 |
| 11 | Q.    And that is, I really would | 10:30:31 |
| 12 | like you to focus -- | 10:30:33 |
| 13 | A.    Mm-hmm. | 10:30:34 |
| 14 | Q.    -- on what review and approval | 10:30:35 |
| 15 | of corporate goals and objectives relating to | 10:30:37 |
| 16 | the compensation of executive officers you and | 10:30:41 |
| 17 | this committee do. | 10:30:44 |
| 18 | A.    Okay.  I'm getting there.  I'm | 10:30:46 |
| 19 | sorry I'm going so long to get there.  I'm | 10:30:47 |
| 20 | just trying to set it up, how it works -- | 10:30:49 |
| 21 | Q.    Okay. | 10:30:51 |
| 22 | A.    -- in terms of making sure that | 10:30:52 |
| 23 | you understand that we understand there's a | 10:30:53 |
| 24 | process by which a budget is established. | 10:30:57 |
| 25 | Because if I am going to review it, I want to | 10:31:00 |

| | | |
|---|---|---|
| 1 | know how it comes to me. | 10:31:01 |
| 2 | Q.    Well, let me inform you of | 10:31:03 |
| 3 | something. | 10:31:04 |
| 4 | A.    Yes, sure. | 10:31:05 |
| 5 | Q.    Do you see all of these | 10:31:05 |
| 6 | documents here? | 10:31:07 |
| 7 | A.    Mm-hmm. | 10:31:07 |
| 8 | Q.    I've read them, and I've also | 10:31:07 |
| 9 | met with lots of people at the company, so I | 10:31:09 |
| 10 | have some background understanding of the | 10:31:11 |
| 11 | process, including that the motion provides | 10:31:15 |
| 12 | that there's a process.  But I just want to | 10:31:19 |
| 13 | let you know, I took some time to, you know, | 10:31:20 |
| 14 | to be ready to -- | 10:31:24 |
| 15 | A.    I can tell you did.  So thanks. | 10:31:26 |
| 16 | I'm probably elaborating -- | 10:31:29 |
| 17 | Q.    I'm very interested to hear -- | 10:31:31 |
| 18 | right. | 10:31:31 |
| 19 | A.    -- too much. | 10:31:34 |
| 20 | So we have a budget that's | 10:31:36 |
| 21 | approved in the fall by the board.  From that | 10:31:37 |
| 22 | budget the O&C Committee looks at the goals, | 10:31:40 |
| 23 | objectives, the net plan for that budget, kind | 10:31:46 |
| 24 | of what our EBITDA targets are, what fuel cost | 10:31:49 |
| 25 | we are assuming, what SG&A costs we're | 10:31:56 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | assuming, what generation of availability for | 10:32:04 |
| 2 | the next year we're assuming, what we think | 10:32:06 |
| 3 | the profit margins will be on the retail side. | 10:32:11 |
| 4 | So we'll look at the budget, | 10:32:14 |
| 5 | understand those assumptions that are in the, | 10:32:16 |
| 6 | kind of the plan, or the goals, or the | 10:32:18 |
| 7 | objectives.  And then from that we will | 10:32:21 |
| 8 | develop -- we will review scorecards that come | 10:32:25 |
| 9 | to us from the SPC, also informed by | 10:32:30 |
| 10 | management at TXU Energy, and informed by | 10:32:36 |
| 11 | management at Luminant. | 10:32:41 |
| 12 | So in the development of the | 10:32:43 |
| 13 | scorecards, which come really out of the | 10:32:45 |
| 14 | budget process, we'll review those scorecards | 10:32:47 |
| 15 | and make a determination about those | 10:32:50 |
| 16 | objectives and those goals, and that are | 10:32:55 |
| 17 | relevant to the compensation. | 10:33:02 |
| 18 | Q.    All right.  Well, let me see if | 10:33:03 |
| 19 | I can ask a different question -- | 10:33:05 |
| 20 | A.    Okay. | 10:33:07 |
| 21 | Q.    -- and try to understand. | 10:33:07 |
| 22 | I understand the -- well, I | 10:33:10 |
| 23 | wouldn't say -- I have been informed, and I | 10:33:11 |
| 24 | have information about the budgeting process. | 10:33:14 |
| 25 | A.    Okay. | 10:33:18 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | Q.    I think I have a pretty good | 10:33:18 |
| 2 | understanding of how it goes.  Carrie Kirby | 10:33:19 |
| 3 | spent a lot of time with us to explain the | 10:33:25 |
| 4 | process, as did others, Mac and Mr. Burke | 10:33:26 |
| 5 | spent time with us -- | 10:33:30 |
| 6 | A.    Right. | 10:33:32 |
| 7 | Q.    -- to go over that. | 10:33:32 |
| 8 | A.    Mm-hmm. | 10:33:34 |
| 9 | Q.    And it was very informative. | 10:33:34 |
| 10 | But I guess one of the | 10:33:38 |
| 11 | questions I had was:  The O&C Committee is a | 10:33:39 |
| 12 | separate committee, it has its own charter, it | 10:33:47 |
| 13 | has its own duties and responsibilities. | 10:33:49 |
| 14 | Does the O&C -- do you ever | 10:33:52 |
| 15 | say, well, okay, we're going to get the | 10:33:55 |
| 16 | scorecards -- it's going to come from this | 10:33:58 |
| 17 | iterative process, bottom up, go back and | 10:34:00 |
| 18 | forth, pushing back, et cetera.  You know, | 10:34:03 |
| 19 | does the O&C Committee ever say, you know, | 10:34:07 |
| 20 | this year we want -- we want to make sure the | 10:34:09 |
| 21 | compensation exceeds last year, or we want to | 10:34:16 |
| 22 | make sure the compensation is here? | 10:34:18 |
| 23 | Do you ever set those types of | 10:34:21 |
| 24 | goals specifically about the compensation and | 10:34:23 |
| 25 | then, you know, use that as part of the budget | 10:34:25 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 81

| | | |
|---|---|---|
| 1 | process? | 10:34:29 |
| 2 | MR. McKANE:  Can I ask a | 10:34:30 |
| 3 | clarifying question?  Are you asking about the | 10:34:31 |
| 4 | total amount of compensation for everybody? | 10:34:32 |
| 5 | I'm just trying to clarify. | 10:34:34 |
| 6 | BY MS. SCHWARTZ: | 10:34:35 |
| 7 | Q.    Executive compensation. | 10:34:35 |
| 8 | MR. McKANE:  Okay. | 10:34:37 |
| 9 | A.    Let me tell you how I think | 10:34:40 |
| 10 | about executive compensation. | 10:34:41 |
| 11 | Q.    Okay. | 10:34:43 |
| 12 | A.    I want a lot of outside, | 10:34:50 |
| 13 | independent input from those that do this for | 10:34:56 |
| 14 | a living.  I want advisors that look at the | 10:34:59 |
| 15 | industry, look at the market, understand who | 10:35:05 |
| 16 | we're competing with, to put that data | 10:35:12 |
| 17 | together for us.  Because when it comes to | 10:35:14 |
| 18 | compensation, it's a competitive world.  And I | 10:35:20 |
| 19 | think it's critically important that we be | 10:35:27 |
| 20 | able to tell our entire organization that | 10:35:30 |
| 21 | we're going to -- our compensation is going to | 10:35:37 |
| 22 | be based on the market, based on the | 10:35:40 |
| 23 | compensation levels of those companies that we | 10:35:47 |
| 24 | compete with.  And we look at a lot of that | 10:35:49 |
| 25 | data. | 10:35:55 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 82

| | | |
|---|---|---|
| 1 | And so the other -- so I want | 10:36:02 |
| 2 | to see a lot of that data, because I want to | 10:36:04 |
| 3 | be able to tell our team, which again, I am | 10:36:06 |
| 4 | going to say this a number of times, I think | 10:36:10 |
| 5 | this team is best of class.  I think -- I | 10:36:12 |
| 6 | really think they're second to none.  And so | 10:36:19 |
| 7 | that's the message that I have been delivering | 10:36:22 |
| 8 | to them. | 10:36:25 |
| 9 | Now I'll evaluate them again at | 10:36:28 |
| 10 | the end of this year and make -- but right now | 10:36:32 |
| 11 | that's where I am, and that's where our | 10:36:35 |
| 12 | committee is, and that's where our board is, | 10:36:38 |
| 13 | that we have an amazing, talented team of | 10:36:44 |
| 14 | people, from the top down to the mine floor, | 10:36:49 |
| 15 | and they should be compensated at the higher | 10:36:54 |
| 16 | end of the range, what we would call top-tier | 10:36:56 |
| 17 | talent. | 10:36:59 |
| 18 | And so when it comes to the | 10:37:02 |
| 19 | executive committee, which is item number 1 in | 10:37:04 |
| 20 | this document, or this is the CEO, and the | 10:37:09 |
| 21 | next one talks about the officers, I think of | 10:37:11 |
| 22 | all of them as kind of top-tier talent. | 10:37:13 |
| 23 | Q.    Go ahead, sorry. | 10:37:17 |
| 24 | A.    Sure.  Go ahead, ask your | 10:37:19 |
| 25 | question. | 10:37:20 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 83

| | | |
|---|---|---|
| 1 | Q.    No, I was going to say, when | 10:37:20 |
| 2 | you first joined in 2007 EFH, had you formed | 10:37:22 |
| 3 | an opinion -- | 10:37:28 |
| 4 | A.    No. | 10:37:29 |
| 5 | Q.    -- about -- | 10:37:29 |
| 6 | A.    No. | 10:37:30 |
| 7 | Q.    Okay.  So when did you form | 10:37:31 |
| 8 | this opinion that this was top-tier talent? | 10:37:32 |
| 9 | A.    Over time.  I mean, I would | 10:37:35 |
| 10 | say, you know, you hire someone, you look at | 10:37:39 |
| 11 | their track record, you look at where they've | 10:37:43 |
| 12 | come from, you talk to people about them, you | 10:37:46 |
| 13 | hear about their performance. | 10:37:47 |
| 14 | But I'm kind of a show-me guy. | 10:37:49 |
| 15 | You know?  I am going to look at -- | 10:37:53 |
| 16 | Q.    But I thought you were from | 10:37:56 |
| 17 | Texas. | 10:37:58 |
| 18 | A.    I'm from Missouri, too. | 10:37:59 |
| 19 | And so, you know, over time you | 10:38:06 |
| 20 | develop your view on them. | 10:38:09 |
| 21 | Q.    But as you sit here today you | 10:38:11 |
| 22 | think they're top-tier talent? | 10:38:13 |
| 23 | A.    That's where they are today. | 10:38:15 |
| 24 | That's where they've been, in my judgment, for | 10:38:17 |
| 25 | the last several years, as I've watched them | 10:38:19 |

Page 84

| | | |
|---|---|---|
| 1 | go through these headwinds and these | 10:38:22 |
| 2 | challenges of forces that they have no control | 10:38:24 |
| 3 | over -- zero. | 10:38:28 |
| 4 | But when I look at the things | 10:38:30 |
| 5 | they do have control over, and look at their | 10:38:32 |
| 6 | performance vis-à-vis the industry, and the | 10:38:34 |
| 7 | industry metrics, and look at some of the | 10:38:37 |
| 8 | amazing accomplishments along the way through | 10:38:40 |
| 9 | all of this:  Bringing on three new coal-fired | 10:38:43 |
| 10 | power plants; operating two of the best | 10:38:47 |
| 11 | nuclear power plants in the world, by industry | 10:38:51 |
| 12 | standards, not, you know, mine, industry. | 10:38:54 |
| 13 | Look into the retail business unit, the retail | 10:38:58 |
| 14 | | 10:39:03 |
| 15 | *HIGHLY* | 10:39:09 |
| 16 | *CONFIDENTIAL* | 10:39:17 |
| 17 | | 10:39:22 |
| 18 | Q.    All right.  Well, we'll get to | 10:39:23 |
| 19 | the scorecards. | 10:39:25 |
| 20 | MR. McKANE:  And just for a | 10:39:25 |
| 21 | second.  We've got to mark that highly | 10:39:26 |
| 22 | confidential, under the protective order. | 10:39:28 |
| 23 | That's not public material information. | 10:39:29 |
| 24 | MS. SCHWARTZ:  I don't know | 10:39:34 |
| 25 | what -- you know, we'll deal with whatever | 10:39:35 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 85

| | | |
|---|---|---|
| 1 | you -- | 10:39:38 |
| 2 | THE WITNESS: That's | 10:39:38 |
| 3 | appropriate. | 10:39:39 |
| 4 | MS. SCHWARTZ: Okay. | 10:39:40 |
| 5 | THE WITNESS: I think I | 10:39:40 |
| 6 | probably shouldn't have said it, but anyway... | 10:39:41 |
| 7 | BY MS. SCHWARTZ: | 10:39:45 |
| 8 | Q. Let me -- | 10:39:45 |
| 9 | A. So I am trying to make the | 10:39:46 |
| 10 | point that, you know, we don't -- you asked me | 10:39:46 |
| 11 | the question, I thought you asked me the | 10:39:49 |
| 12 | question do we have a preconceived idea of | 10:39:50 |
| 13 | what their compensation should be. | 10:39:52 |
| 14 | Q. Well, I wasn't saying | 10:39:55 |
| 15 | preconceived. I was trying to understand -- | 10:39:56 |
| 16 | A. I'm not sure what the word that | 10:39:58 |
| 17 | you used was. | 10:39:59 |
| 18 | Q. Did you have any -- did you | 10:40:00 |
| 19 | have any goal -- in other words, number 1 says | 10:40:02 |
| 20 | that you review and approve corporate goals -- | 10:40:05 |
| 21 | A. Mm-hmm. | 10:40:07 |
| 22 | Q. -- and objectives. | 10:40:07 |
| 23 | So I wanted to know, does the | 10:40:08 |
| 24 | O&C have thoughts about the goals and | 10:40:11 |
| 25 | objectives. | 10:40:14 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | So one of the things I think | 10:40:14 |
| 2 | you've just communicated is that it's very | 10:40:16 |
| 3 | important for you to compensate them on | 10:40:19 |
| 4 | market -- at the market. | 10:40:21 |
| 5 | A.    That's correct. | 10:40:25 |
| 6 | Q.    So that would be I think along | 10:40:25 |
| 7 | the lines of what number 1 was saying.  And | 10:40:28 |
| 8 | that's what I was trying to understand from | 10:40:30 |
| 9 | you. | 10:40:31 |
| 10 | A.    Well, I think -- and that's | 10:40:32 |
| 11 | what I was trying to say.  I was saying the | 10:40:34 |
| 12 | market. | 10:40:35 |
| 13 | Q.    Yeah. | 10:40:36 |
| 14 | A.    And then I moved in over | 10:40:36 |
| 15 | time -- you asked the appropriate question, | 10:40:38 |
| 16 | did you have that from day one, that point of | 10:40:40 |
| 17 | view.  Should they be top tier. | 10:40:41 |
| 18 | Q.    Right. | 10:40:43 |
| 19 | A.    We were talking about top tier. | 10:40:44 |
| 20 | And over time, as I have, we | 10:40:46 |
| 21 | have, the board, the committee, watched | 10:40:48 |
| 22 | performance, I came to the clear point of view | 10:40:51 |
| 23 | several years ago -- I won't say every one of | 10:40:54 |
| 24 | them at the same time, because of the SPC | 10:40:57 |
| 25 | certain members have joined it at different | 10:40:59 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 87

| | | |
|---|---|---|
| 1 | times.  John Young's been there from the very | 10:41:01 |
| 2 | beginning, Paul Keglevic has been there | 10:41:05 |
| 3 | basically from the beginning, Mac McFarland | 10:41:07 |
| 4 | has been there basically from the beginning, | 10:41:10 |
| 5 | Jim Burke's been there basically from the | 10:41:12 |
| 6 | beginning, and then Stacey Doré and Carrie | 10:41:13 |
| 7 | Kirby and John O'Brien have joined the | 10:41:17 |
| 8 | committee more recently. | 10:41:19 |
| 9 |         Q.    Right. | 10:41:20 |
| 10 |         A.    And so, you know, you watch | 10:41:21 |
| 11 | them for a while, when they -- but in terms | 10:41:22 |
| 12 | of -- I've watched all of them over time and | 10:41:26 |
| 13 | now all of them have enough time, as far as I | 10:41:28 |
| 14 | am concerned, in my point of view, they're all | 10:41:31 |
| 15 | top-tier talent, which to me means you ought | 10:41:33 |
| 16 | to be targeting the higher end of the range. | 10:41:36 |
| 17 |         Q.    Okay.  Now, if you take a look | 10:41:38 |
| 18 | at that document in front of you, number IV | 10:41:40 |
| 19 | talks about "Authority and Responsibilities of | 10:41:44 |
| 20 | the Committee." | 10:41:49 |
| 21 |         Do you see that? | 10:41:49 |
| 22 |         A.    Roman Numeral IV? | 10:41:51 |
| 23 |         Q.    Yes. | 10:41:55 |
| 24 |         A.    Got you.  Okay. | 10:41:55 |
| 25 |         Q.    And it says -- I'm not going to | 10:41:56 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 88

| | | |
|---|---|---|
| 1 | read the whole thing, but it says:   "The | 10:41:58 |
| 2 | Committee shall have the sole authority to | 10:42:00 |
| 3 | retain and terminate any compensation | 10:42:02 |
| 4 | consultant to be used to assist in the | 10:42:04 |
| 5 | evaluation of the directors, CEO or senior | 10:42:05 |
| 6 | executive compensation." | 10:42:13 |
| 7 | A little while ago you said | 10:42:14 |
| 8 | that as part of the O&C Committee's | 10:42:16 |
| 9 | determination of compensation you want to get | 10:42:19 |
| 10 | the input from advisors, you want to get input | 10:42:21 |
| 11 | from -- from outside input, you said. | 10:42:23 |
| 12 | A.    Right. | 10:42:28 |
| 13 | Q.    When you came on in 2007, and | 10:42:29 |
| 14 | at that time the O&C was -- had the same | 10:42:34 |
| 15 | duties and responsibilities as it has today, | 10:42:37 |
| 16 | is that correct? | 10:42:38 |
| 17 | A.    You know, again, I would have | 10:42:40 |
| 18 | to go back and look at that charter, then.   I | 10:42:42 |
| 19 | don't know if you -- we talked earlier about | 10:42:44 |
| 20 | have there been modifications to the charter. | 10:42:46 |
| 21 | Q.    Right. | 10:42:48 |
| 22 | A.    So I am not sure exactly what | 10:42:49 |
| 23 | that charter said then, so -- | 10:42:52 |
| 24 | Q.    Would you say that in substance | 10:42:53 |
| 25 | they had the same -- doing the same thing on | 10:42:55 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 89

| | | |
|---|---|---|
| 1 | the O&C, for the time that you've been on that | 10:42:58 |
| 2 | committee? | 10:43:00 |
| 3 | A.    Yeah, I was thinking more | 10:43:00 |
| 4 | about -- you mentioned that we had the | 10:43:01 |
| 5 | authority to hire, you know, outside | 10:43:03 |
| 6 | consultants and this type of thing.  I'm not | 10:43:05 |
| 7 | sure that was in the charter then. | 10:43:07 |
| 8 | Q.    Oh, okay. | 10:43:08 |
| 9 | A.    Is what I was referring to. | 10:43:10 |
| 10 | Q.    So here is my question. | 10:43:11 |
| 11 | A.    Uh-huh. | 10:43:13 |
| 12 | Q.    When you first started on the | 10:43:13 |
| 13 | committee was outside input important? | 10:43:14 |
| 14 | A.    You know, in '07, which was the | 10:43:18 |
| 15 | startup of this new ownership, the committee | 10:43:23 |
| 16 | relied a lot on the input from the sponsors, | 10:43:28 |
| 17 | from the equity owners. | 10:43:34 |
| 18 | Jim Williams, who you see in | 10:43:38 |
| 19 | the minutes, was a specialist they had within | 10:43:41 |
| 20 | TPG that focused on executive compensation. | 10:43:44 |
| 21 | And so for I would say the first year or so we | 10:43:49 |
| 22 | relied a lot on his judgment and his input and | 10:43:52 |
| 23 | his data -- | 10:43:56 |
| 24 | Q.    Excuse me.  I am sorry.  He was | 10:43:58 |
| 25 | a compensation consultant? | 10:44:00 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 90

| | |
|---|---|
| 1       A.    TPG is a very large private | 10:44:02 |
| 2   equity fund. | 10:44:07 |
| 3       Q.    Okay. | 10:44:07 |
| 4       A.    TPG has -- knows the industry, | 10:44:08 |
| 5   the utility industry -- as opposed to other | 10:44:11 |
| 6   industries -- extremely well.  They have other | 10:44:15 |
| 7   investments in the utility industry. | 10:44:16 |
| 8       Q.    Mm-hmm. | 10:44:19 |
| 9       A.    And so an organization that has | 10:44:19 |
| 10   literally billions and billions of dollars | 10:44:22 |
| 11   invested in companies, they have become very | 10:44:25 |
| 12   active members on the boards of those | 10:44:32 |
| 13   companies that they are invested in.  And they | 10:44:34 |
| 14   provide input into those boards.  They have | 10:44:38 |
| 15   people within their organization that | 10:44:40 |
| 16   specialize in the areas that they want to | 10:44:43 |
| 17   provide input, and one of the areas that Jim | 10:44:45 |
| 18   Williams specialized in was compensation. | 10:44:50 |
| 19       Q.    Mm-hmm. | 10:44:54 |
| 20       A.    And so through TPG he provided | 10:44:55 |
| 21   a lot of input as to here's the market, here | 10:44:57 |
| 22   are the ranges, here's how we feel like, you | 10:45:02 |
| 23   know, here's how we would structure whatever | 10:45:07 |
| 24   we might happen to be talking about.  So we | 10:45:10 |
| 25   got a lot of input. | 10:45:13 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 91

| | | |
|---|---|---|
| 1 | And it's an important point to | 10:45:13 |
| 2 | make, though.  The important point is that | 10:45:15 |
| 3 | this is a -- it's a relatively unique board -- | 10:45:17 |
| 4 | right now we have thirteen members -- | 10:45:22 |
| 5 | Q.    On the O&C? | 10:45:23 |
| 6 | A.    No, board -- | 10:45:24 |
| 7 | Q.    Oh, the EFH board? | 10:45:25 |
| 8 | A.    Not the committee, the board. | 10:45:26 |
| 9 | Q.    Yeah. | 10:45:28 |
| 10 | A.    The board has got thirteen | 10:45:28 |
| 11 | members, and seven of them are sponsors. | 10:45:29 |
| 12 | We've always had a majority of the board | 10:45:32 |
| 13 | members were sponsors, or equity owners.  I | 10:45:35 |
| 14 | mean, they're laser-focused on this kind of | 10:45:40 |
| 15 | thing.  They have vast resources behind them | 10:45:43 |
| 16 | to look at issues like this, like | 10:45:46 |
| 17 | compensation, just like they've got vast | 10:45:51 |
| 18 | resources behind them to review budgets | 10:45:57 |
| 19 | brought to the board, which they do. | 10:45:57 |
| 20 | So my point is, is for about | 10:46:00 |
| 21 | the first year, as we were kind of starting up | 10:46:02 |
| 22 | and getting things organized and putting | 10:46:05 |
| 23 | systems in place and processes in place and me | 10:46:07 |
| 24 | getting comfortable with the process, and how | 10:46:10 |
| 25 | it all works, getting myself kind of organized | 10:46:15 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | around it, we had a lot of input from TPG. | 10:46:16 |
| 2 | That would have just been like the first year | 10:46:19 |
| 3 | or so. | 10:46:21 |
| 4 | Q.    What other -- | 10:46:22 |
| 5 | A.    After that -- | 10:46:23 |
| 6 | Q.    Yeah, go ahead. | 10:46:24 |
| 7 | A.    After that I felt that I wanted | 10:46:25 |
| 8 | more outside-the-company input, and so I began | 10:46:28 |
| 9 | directly kind of reporting to the chairman of | 10:46:37 |
| 10 | the O&C Committee, working with a gentleman at | 10:46:38 |
| 11 | Towers Perrin, Richard Meischeid, who later | 10:46:43 |
| 12 | became Towers Watson, who now we have a | 10:46:47 |
| 13 | contract with, but started using Richard | 10:46:49 |
| 14 | Meischeid to give the committee -- me -- input | 10:46:52 |
| 15 | as to the market and what compensation levels | 10:46:57 |
| 16 | were out there in the market, see where we | 10:47:00 |
| 17 | were relative to those compensation levels. | 10:47:03 |
| 18 | So in '09, you know -- yeah, it | 10:47:07 |
| 19 | would have been '09 -- thinking about an | 10:47:10 |
| 20 | outside, independent, totally independent view | 10:47:14 |
| 21 | about compensation. | 10:47:17 |
| 22 | Q.    Like the sponsors weren't | 10:47:18 |
| 23 | independent, this was now you wanted to get an | 10:47:19 |
| 24 | independent -- | 10:47:21 |
| 25 | A.    Right. | 10:47:22 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | Q.    -- independent view? | 10:47:22 |
| 2 | A.    Exactly.  You've got to listen | 10:47:23 |
| 3 | to all of them. | 10:47:25 |
| 4 | Q.    Right. | 10:47:26 |
| 5 | A.    But I thought that was an | 10:47:26 |
| 6 | important source to have. | 10:47:28 |
| 7 | Q.    So was that the first time, in | 10:47:28 |
| 8 | 2009, that the O&C retained a professional -- | 10:47:30 |
| 9 | an independent professional to advise it on | 10:47:34 |
| 10 | compensation? | 10:47:35 |
| 11 | A.    Yeah.  I mean, that was only a | 10:47:36 |
| 12 | year into our existence.  Again, I mean, it | 10:47:38 |
| 13 | probably had only been through the cycle one | 10:47:41 |
| 14 | time. | 10:47:43 |
| 15 | Q.    Okay. | 10:47:43 |
| 16 | A.    You know, and in the first | 10:47:44 |
| 17 | cycle of time we went through it was in early | 10:47:46 |
| 18 | '08, or right at the end.  I mean, we didn't | 10:47:48 |
| 19 | get the CEO hired until early '08. | 10:47:51 |
| 20 | So, you know, you're getting | 10:47:56 |
| 21 | organized, you're putting together charters, | 10:47:57 |
| 22 | you're getting -- processing systems, making | 10:47:59 |
| 23 | sure you've got all of the right information | 10:48:02 |
| 24 | coming in.  And so we were doing that for the | 10:48:04 |
| 25 | course of the year.  And by 2009 I said, hey, | 10:48:05 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 94

| | | |
|---|---|---|
| 1 | listen, I want an outside, independent view of | 10:48:09 |
| 2 | this.  You know, I appreciate the view of TPG, | 10:48:11 |
| 3 | but I wanted -- I wanted more data, I wanted | 10:48:14 |
| 4 | more information.  I'm an engineer, I'm a data | 10:48:20 |
| 5 | guy.  I want to see, you know -- and so, | 10:48:22 |
| 6 | anyway... | 10:48:25 |
| 7 | Q.    Why did you feel that was | 10:48:26 |
| 8 | important? | 10:48:27 |
| 9 | A.    I just think it's good | 10:48:28 |
| 10 | governance.  I think basically it's good, | 10:48:31 |
| 11 | common sense governance, that we have a | 10:48:35 |
| 12 | totally independent source of providing the | 10:48:37 |
| 13 | committee data. | 10:48:39 |
| 14 | Q.    And that data would be used so | 10:48:41 |
| 15 | that the committee could determine what the | 10:48:45 |
| 16 | market-based salaries were? | 10:48:46 |
| 17 | A.    Right. | 10:48:48 |
| 18 | Q.    Would it also be fair to say | 10:48:50 |
| 19 | that the committee was looking to be able to | 10:48:52 |
| 20 | compensate its executives with market-based | 10:48:54 |
| 21 | salary? | 10:48:57 |
| 22 | A.    That's been my position from | 10:48:58 |
| 23 | day one.  From day one. | 10:48:59 |
| 24 | And let me -- you said | 10:49:02 |
| 25 | market-based salary.  I would say market-based | 10:49:05 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | total compensation. | 10:49:08 |
| 2 | Q.    Yeah, I understand that.  Yeah. | 10:49:09 |
| 3 | A.    Okay. | 10:49:12 |
| 4 | Q.    And after using Mr. Meishod -- | 10:49:12 |
| 5 | did you say? | 10:49:16 |
| 6 | A.    Meischeid. | 10:49:17 |
| 7 | Q.    -- Meischeid, did you continue | 10:49:17 |
| 8 | using Towers Perrin consistently? | 10:49:19 |
| 9 | A.    Yeah, it changed to an outfit | 10:49:22 |
| 10 | called Pay Governance. | 10:49:25 |
| 11 | Q.    The same gentleman shifted over | 10:49:29 |
| 12 | to Pay Governance? | 10:49:31 |
| 13 | A.    Yeah, I think Meischeid was | 10:49:32 |
| 14 | still there.  Lost a little bit in there -- | 10:49:34 |
| 15 | Doug Friske is there now with Towers Watson, I | 10:49:40 |
| 16 | think he came out -- I think, I'm not exactly | 10:49:43 |
| 17 | sure, I would have to go back and review my | 10:49:45 |
| 18 | notes. | 10:49:47 |
| 19 | Q.    Right. | 10:49:47 |
| 20 | A.    But one thing I don't have to | 10:49:48 |
| 21 | review is that I always wanted an outside, | 10:49:49 |
| 22 | independent point of view.  Because it's a -- | 10:49:52 |
| 23 | you know, you're collecting information from a | 10:49:56 |
| 24 | lot of different sources, some of it comes | 10:49:58 |
| 25 | from SEC filings, some of it doesn't come from | 10:50:01 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | SEC filings, and so you need -- you need | 10:50:04 |
| 2 | individuals that this is their business, this | 10:50:08 |
| 3 | is what they do.  You know, however they do | 10:50:12 |
| 4 | it, they go out and find the data that you | 10:50:16 |
| 5 | need to make sure that you understand what -- | 10:50:18 |
| 6 | what your competition is doing. | 10:50:21 |
| 7 | Q.    Right. | 10:50:24 |
| 8 | A.    It all gets back to | 10:50:25 |
| 9 | competition.  And you want to make sure that | 10:50:26 |
| 10 | you're providing competitive total | 10:50:28 |
| 11 | compensation to your team of people. | 10:50:29 |
| 12 | Q.    Let's talk about -- a little | 10:50:32 |
| 13 | bit, you had mentioned that -- I don't think I | 10:50:39 |
| 14 | am going to get your expression right.  When | 10:50:43 |
| 15 | you said you -- you were talking about the | 10:50:46 |
| 16 | management team and how they're -- | 10:50:48 |
| 17 | MR. McKANE:  Top-tier talent? | 10:50:51 |
| 18 | A.    Top-tier.  They're world class. | 10:50:53 |
| 19 | Q.    No, no, not that. | 10:50:55 |
| 20 | A.    Best-of-class. | 10:50:56 |
| 21 | MR. SCHEPACARTER: | 10:51:01 |
| 22 | Second-to-none. | 10:51:01 |
| 23 | A.    Second-to-none.  There you go. | 10:51:01 |
| 24 | I'll come up with some others before the | 10:51:03 |
| 25 | afternoon is over with, I promise. | 10:51:05 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | MR. McKANE:  We can't share | 10:51:07 |
| 2 | this transcript with the management team. | 10:51:08 |
| 3 | BY MS. SCHWARTZ: | 10:51:11 |
| 4 | Q.    No, you said something like, | 10:51:11 |
| 5 | you know, when there was like a hailstorm that | 10:51:13 |
| 6 | came and, you know, to see what they did with | 10:51:15 |
| 7 | an unexpected -- unexpected -- | 10:51:18 |
| 8 | MR. McKANE:  Headwinds? | 10:51:21 |
| 9 | MS. SCHWARTZ:  Headwinds, that | 10:51:22 |
| 10 | is it, sorry. | 10:51:23 |
| 11 | MR. McKANE:  Headwinds are a | 10:51:24 |
| 12 | little different. | 10:51:25 |
| 13 | MS. SCHWARTZ:  Well, it was | 10:51:26 |
| 14 | with an H. | 10:51:26 |
| 15 | A.    They're kind of the same kind | 10:51:28 |
| 16 | of thing, to tell you the truth. | 10:51:29 |
| 17 | Q.    But I guess my question is -- | 10:51:31 |
| 18 | A.    Yes. | 10:51:32 |
| 19 | Q.    -- here, you know, it | 10:51:32 |
| 20 | appears -- and I think you had said in the | 10:51:35 |
| 21 | fall or the summer of 2012 was when the | 10:51:37 |
| 22 | company started considering bankruptcy or | 10:51:39 |
| 23 | out-of-court restructuring, et cetera -- | 10:51:43 |
| 24 | A.    Yes. | 10:51:46 |
| 25 | Q.    -- it took some time until | 10:51:46 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 98

| | | |
|---|---|---|
| 1 | there was an actual filing. | 10:51:49 |
| 2 | But in or about that time where | 10:51:50 |
| 3 | was the O&C Committee in terms of its process | 10:51:54 |
| 4 | with regard to compensation?  What were the | 10:51:58 |
| 5 | thoughts going on when now the company is | 10:52:01 |
| 6 | facing a possible out-of-court or in-court | 10:52:04 |
| 7 | restructuring? | 10:52:08 |
| 8 | A.    Okay.  Well, the thoughts were | 10:52:09 |
| 9 | let's get some advice from those who have been | 10:52:11 |
| 10 | through this before.  I hadn't been through it | 10:52:15 |
| 11 | before in this magnitude, this scale, this | 10:52:18 |
| 12 | scope. | 10:52:20 |
| 13 | Q.    Right. | 10:52:20 |
| 14 | A.    So let's get some outside | 10:52:22 |
| 15 | counsel, outside advice, to make sure we're | 10:52:23 |
| 16 | getting good counsel, good advice, as we begin | 10:52:27 |
| 17 | to think about the ensuing years, as we move | 10:52:31 |
| 18 | toward going into this headwind, and what's -- | 10:52:37 |
| 19 | and so it was, you know, hired K&E, hired | 10:52:40 |
| 20 | Towers Watson, and then take the extra step to | 10:52:47 |
| 21 | hire a specialist in making sure that the | 10:52:52 |
| 22 | metrics that we use in our incentive comp | 10:52:59 |
| 23 | system were appropriate, were stretch goals, | 10:53:06 |
| 24 | as they say.  We'll get into all of that | 10:53:16 |
| 25 | later, probably. | 10:53:19 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | But the main point is I want to | 10:53:19 |
| 2 | get surrounded with some people that I can | 10:53:21 |
| 3 | trust, have been there before, have done this | 10:53:23 |
| 4 | before and give us good counsel. | 10:53:26 |
| 5 | And so we hired Doug -- Todd | 10:53:28 |
| 6 | Filsinger and -- Doug Filsinger -- and that's | 10:53:35 |
| 7 | what he does. I mean, he's a -- been advising | 10:53:40 |
| 8 | utilities, energy companies, for a long time, | 10:53:47 |
| 9 | how they set up their compensation plans. And | 10:53:50 |
| 10 | he advised some of them through bankruptcy. I | 10:53:52 |
| 11 | think maybe one was Calpine, maybe he advised. | 10:53:56 |
| 12 | Q. Now you said you had hired | 10:54:00 |
| 13 | Towers Watson, but wasn't Towers Watson | 10:54:02 |
| 14 | already being used? I mean -- | 10:54:05 |
| 15 | A. Yeah, they were already -- good | 10:54:07 |
| 16 | question. | 10:54:10 |
| 17 | They were already being used, | 10:54:10 |
| 18 | but this was a more specific assignment, that | 10:54:11 |
| 19 | you're going to -- you're going to advise us | 10:54:15 |
| 20 | specifically on how we need to be thinking | 10:54:17 |
| 21 | about our compensation program as we face the | 10:54:19 |
| 22 | possibility of an out-of-court restructuring | 10:54:24 |
| 23 | or bankruptcy. | 10:54:28 |
| 24 | So it was much more engagement, | 10:54:28 |
| 25 | much more involvement in designing the | 10:54:31 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | programs, the compensation programs. | 10:54:34 |
| 2 | Q.    Just so I understand the | 10:54:36 |
| 3 | distinction.  When you had reached out to | 10:54:37 |
| 4 | Mr. Meischeid, was that on a formal basis? | 10:54:43 |
| 5 | Was he retained by the company or was that | 10:54:46 |
| 6 | informal? | 10:54:48 |
| 7 | A.    I don't remember exactly how we | 10:54:48 |
| 8 | paid him or exactly what. | 10:54:49 |
| 9 | Q.    Okay.  But it was a -- it was a | 10:54:51 |
| 10 | contract, there was some sort of engagement? | 10:54:54 |
| 11 | A.    And it was an annual kind of, | 10:54:55 |
| 12 | you know, okay, it's time, under our | 10:54:58 |
| 13 | charter, this is the time of year that we're | 10:55:01 |
| 14 | going to -- | 10:55:03 |
| 15 | Q.    Right. | 10:55:04 |
| 16 | A.    -- review compensation. | 10:55:04 |
| 17 | Q.    Okay. | 10:55:05 |
| 18 | A.    And as we're reviewing | 10:55:06 |
| 19 | compensation I want Richard Meischeid to be | 10:55:07 |
| 20 | able to tell me what's happening out there in | 10:55:09 |
| 21 | the market. | 10:55:11 |
| 22 | Q.    Okay.  I got you.  Okay.  So I | 10:55:11 |
| 23 | understand that. | 10:55:14 |
| 24 | A.    All right. | 10:55:16 |
| 25 | Q.    Thank you. | 10:55:16 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 101

| | | |
|---|---|---|
| 1 | And then you said you took the | 10:55:17 |
| 2 | extra step of hiring Mr. Filsinger.  Now tell | 10:55:20 |
| 3 | me about that extra step.  What was that | 10:55:25 |
| 4 | about? | 10:55:28 |
| 5 | A.    Well, again, getting advice | 10:55:28 |
| 6 | from counsel, beginning to kind of get a | 10:55:33 |
| 7 | little feel for the, some of the issues that | 10:55:39 |
| 8 | you need to think about if you're going | 10:55:43 |
| 9 | through a bankruptcy. | 10:55:46 |
| 10 | Q.    Right. | 10:55:49 |
| 11 | A.    And how you ought to design | 10:55:49 |
| 12 | your programs so that they stand the test of | 10:55:53 |
| 13 | the bankruptcy process. | 10:55:58 |
| 14 | There are certain laws around | 10:56:00 |
| 15 | compensation as it relates to the bankruptcy | 10:56:02 |
| 16 | process -- | 10:56:05 |
| 17 | Q.    Right. | 10:56:06 |
| 18 | A.    -- that I wasn't familiar with. | 10:56:10 |
| 19 | And so let's have somebody here | 10:56:11 |
| 20 | that has been through that before, knows it | 10:56:13 |
| 21 | and can help us to design a market-based | 10:56:16 |
| 22 | compensation program for our team of people. | 10:56:22 |
| 23 | Q.    Let me ask you something. | 10:56:24 |
| 24 | During your service as Commerce Secretary did | 10:56:26 |
| 25 | you have occasion to -- did you have any | 10:56:31 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | involvement with the Bankruptcy Abuse | 10:56:34 |
| 2 | Prevention and Consumer Protection Act?  Was | 10:56:40 |
| 3 | that in your bailiwick? | 10:56:40 |
| 4 | A.    No.  I spent most of my time in | 10:56:41 |
| 5 | China. | 10:56:44 |
| 6 | Q.    Okay.  No, I was just curious | 10:56:44 |
| 7 | because you said you weren't familiar with it. | 10:56:46 |
| 8 | So it just made me think, did you have any | 10:56:48 |
| 9 | input on that. | 10:56:51 |
| 10 | A.    No, I didn't.  I am sorry, but | 10:56:52 |
| 11 | I didn't. | 10:56:53 |
| 12 | Q.    That's all right.  It is what | 10:56:53 |
| 13 | it is. | 10:56:55 |
| 14 | Why don't you tell me what your | 10:56:59 |
| 15 | understanding is as to what the bankruptcy | 10:57:01 |
| 16 | laws are with respect to compensation, | 10:57:03 |
| 17 | executive compensation? | 10:57:05 |
| 18 | MR. McKANE:  Can I give him an | 10:57:07 |
| 19 | instruction on that? | 10:57:08 |
| 20 | So you are not to divulge | 10:57:09 |
| 21 | attorney-client communications, but you have a | 10:57:11 |
| 22 | general understanding, and so give your lay | 10:57:13 |
| 23 | understanding of what you understand the rules | 10:57:14 |
| 24 | are.  Answer the question the best you can, | 10:57:16 |
| 25 | without divulging the contents of the -- of | 10:57:20 |