CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | the specific discussions you've had with | 10:57:23 |
| 2 | counsel on the issue.  Okay? | 10:57:25 |
| 3 | THE WITNESS:  Mm-hmm. | 10:57:27 |
| 4 | MR. McKANE:  All right. | 10:57:28 |
| 5 | BY MS. SCHWARTZ: | 10:57:28 |
| 6 | Q.    And just, Mr. Evans, I think I | 10:57:29 |
| 7 | was pretty clear earlier that I have no -- I | 10:57:31 |
| 8 | have no intention to be asking you about | 10:57:35 |
| 9 | attorney-client issues. | 10:57:38 |
| 10 | A.    Mm-hmm. | 10:57:40 |
| 11 | Q.    I'm simply asking you:  What is | 10:57:40 |
| 12 | your understanding of what the laws are with | 10:57:42 |
| 13 | respect to executive compensation in | 10:57:46 |
| 14 | bankruptcy? | 10:57:47 |
| 15 | A.    Well, here's how I feel about | 10:57:50 |
| 16 | it.  I feel the laws allow for us to continue | 10:57:52 |
| 17 | our compensation programs, kind of in the | 10:58:02 |
| 18 | normal course of business.  That we should be | 10:58:07 |
| 19 | basically able to take the programs we have in | 10:58:10 |
| 20 | place, the compensation plans we have in | 10:58:14 |
| 21 | place, and basically continue those plans. | 10:58:18 |
| 22 | I understand that there is an | 10:58:26 |
| 23 | emphasis on the plans, for insiders anyway, | 10:58:28 |
| 24 | being incentive-based, performance-based. | 10:58:36 |
| 25 | You've got to deliver.  And -- and so we gave | 10:58:40 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | a lot of thought into making sure that the | 10:58:46 |
| 2 | plans for executives are incentive-based and | 10:58:49 |
| 3 | they're performance-based.  Which is | 10:58:55 |
| 4 | appropriate, because you're always trying | 10:58:56 |
| 5 | to -- to maximize the value of the enterprise. | 10:59:00 |
| 6 | So that's one fundamental thing | 10:59:12 |
| 7 | that certainly I've thought about, making sure | 10:59:14 |
| 8 | that for the insiders it's not some lay-up, | 10:59:16 |
| 9 | it's not some gimme, it's not some it's easy | 10:59:19 |
| 10 | to achieve. | 10:59:23 |
| 11 | Making sure it's | 10:59:23 |
| 12 | performance-based and the goals are stretch | 10:59:25 |
| 13 | goals, they're ambitious goals, and so that's | 10:59:29 |
| 14 | one of the reason -- it is a reason, I guess, | 10:59:40 |
| 15 | that came out of the hire of Filsinger & | 10:59:43 |
| 16 | Associates, is to have him in there so he can | 10:59:46 |
| 17 | help validate that yes, the programs we're | 10:59:48 |
| 18 | putting together for the executives, the | 10:59:53 |
| 19 | incentive-based part of the program is they | 10:59:56 |
| 20 | are stretch goals, they're ambitious goals, | 11:00:01 |
| 21 | they have been tested against the industry, | 11:00:10 |
| 22 | they've been tested against historic | 11:00:13 |
| 23 | performance.  Making sure that those plans | 11:00:16 |
| 24 | are, as I've already said, they're stretch, | 11:00:25 |
| 25 | you know, they're -- you've got to really | 11:00:28 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | perform in order to achieve them. | 11:00:32 |
| 2 | Understanding, when I say | 11:00:34 |
| 3 | "really perform," you don't have control over | 11:00:36 |
| 4 | everything.  You don't have control over what | 11:00:38 |
| 5 | natural gas prices are going to do, for | 11:00:40 |
| 6 | instance.  And you don't have control over the | 11:00:44 |
| 7 | reliability of the ERCOT network of Texas and | 11:00:46 |
| 8 | you don't have control over what the weather | 11:00:53 |
| 9 | is going to do. | 11:00:56 |
| 10 | And so, you know, you make a | 11:00:56 |
| 11 | lot of assumptions in there that can, even | 11:00:58 |
| 12 | though you may have -- with the things you | 11:01:01 |
| 13 | control, you did a fabulous job. | 11:01:04 |
| 14 | Unbelievable.  Just really back to best of | 11:01:07 |
| 15 | class.  But unfortunately you got hit by a -- | 11:01:10 |
| 16 | natural gas prices collapsing and power prices | 11:01:19 |
| 17 | collapsing and so you didn't meet the goal. | 11:01:24 |
| 18 | So it's not always kind of | 11:01:27 |
| 19 | these performance-based plans.  The | 11:01:29 |
| 20 | performance -- the way they work is, is if the | 11:01:31 |
| 21 | enterprise does well, if the creditors do | 11:01:35 |
| 22 | well, if you increase the value of the | 11:01:40 |
| 23 | enterprise, then management ought to share in | 11:01:42 |
| 24 | that.  But if you don't increase the value of | 11:01:49 |
| 25 | the enterprise, there shouldn't be anything | 11:01:52 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | for management to really share in. | 11:01:55 |
| 2 |      Q.   All right. | 11:01:59 |
| 3 |      MS. SCHWARTZ:  I thought you | 11:02:01 |
| 4 | had said you wanted to take a break, so I -- | 11:02:02 |
| 5 |      THE WITNESS:  I could take one. | 11:02:04 |
| 6 | It's 11 o'clock? | 11:02:06 |
| 7 |      MS. SCHWARTZ:  Yes.  You want | 11:02:08 |
| 8 | to take about a 15-minute break? | 11:02:08 |
| 9 |      MR. McKANE:  That would be | 11:02:10 |
| 10 | wonderful. | 11:02:11 |
| 11 |      THE VIDEOGRAPHER:  Stand by. | 11:02:11 |
| 12 | The time is 11:01 a.m.  This is the end of | 11:02:12 |
| 13 | Disk 2.  We're off the record. | 11:02:20 |
| 14 |      --- | 11:02:22 |
| 15 | (Recess from 11:01 to 11:23.) | |
| 16 |      --- | 11:23:22 |
| 17 |      THE VIDEOGRAPHER:  The time is | 11:23:22 |
| 18 | now 11:23 a.m.  This is the beginning of Disk | 11:23:28 |
| 19 | No. 3.  Back on the record. | 11:23:31 |
| 20 | BY MS. SCHWARTZ: | 11:23:33 |
| 21 |      Q.  So right before the break I | 11:23:34 |
| 22 | had asked you what your understanding was of, | 11:23:36 |
| 23 | perhaps we'll use the term parameters of | 11:23:43 |
| 24 | executive compensation in bankruptcy as | 11:23:46 |
| 25 | opposed to outside. | 11:23:49 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | And you gave me your | 11:23:50 |
| 2 | understanding with respect to that. | 11:23:51 |
| 3 | THE COURT REPORTER:  Andrea, do | 11:24:13 |
| 4 | you have your microphone on? | 11:24:14 |
| 5 | --- | 11:24:19 |
| 6 | (Pause.) | |
| 7 | --- | 11:24:20 |
| 8 | BY MS. SCHWARTZ: | 11:24:20 |
| 9 | Q.    Okay.  I was looking over my | 11:24:25 |
| 10 | notes so that I would make sure I cover | 11:24:31 |
| 11 | everything. | 11:24:34 |
| 12 | A.    Sure. | 11:24:35 |
| 13 | Q.    Okay? | 11:24:35 |
| 14 | A.    Of course. | 11:24:36 |
| 15 | Q.    Before -- and you can if you | 11:24:37 |
| 16 | would like, but I don't need you to tell me | 11:24:40 |
| 17 | that you think the management is top tier.  I | 11:24:42 |
| 18 | think I understand that's your view. | 11:24:46 |
| 19 | But one of the things I wanted | 11:24:51 |
| 20 | to know was what your understanding was of the | 11:24:53 |
| 21 | company's compensation philosophy for paying | 11:24:55 |
| 22 | executives? | 11:24:59 |
| 23 | A.    Well, I think the philosophy | 11:25:02 |
| 24 | for paying executives, again, is we're in a | 11:25:04 |
| 25 | competitive market, we need -- we need to pay | 11:25:08 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 108

| | | |
|---|---|---|
| 1 | competitive total compensation.  We feel like | 11:25:14 |
| 2 | executives, the majority of their total | 11:25:18 |
| 3 | compensation should be incentive-based.  And | 11:25:22 |
| 4 | we think that the incentive metrics should be | 11:25:28 |
| 5 | stretch metrics. | 11:25:39 |
| 6 | Q.    Okay.  Now, and -- | 11:25:43 |
| 7 | A.    Can I add to that, please? | 11:25:55 |
| 8 | Q.    Yes, sure. | 11:25:56 |
| 9 | A.    And I think that we believe | 11:25:58 |
| 10 | there ought to be a -- a base salary, there | 11:26:00 |
| 11 | should be an annual incentive program, and | 11:26:04 |
| 12 | then there should be a longer term incentive | 11:26:10 |
| 13 | program. | 11:26:13 |
| 14 | Q.    Okay.  I guess what I am trying | 11:26:16 |
| 15 | to understand is, was that the philosophy when | 11:26:21 |
| 16 | you first assumed the position as chairman of | 11:26:25 |
| 17 | the O&C, and has there been any change in that | 11:26:28 |
| 18 | since that time? | 11:26:32 |
| 19 | A.    That was the basic philosophy. | 11:26:34 |
| 20 | Q.    Okay. | 11:26:36 |
| 21 | A.    Since the very beginning. | 11:26:38 |
| 22 | Q.    Okay.  You know, as you | 11:26:39 |
| 23 | discussed, there was a change in gas prices? | 11:26:43 |
| 24 | A.    Mm-hmm. | 11:26:51 |
| 25 | Q.    And I assume, but I would | 11:26:52 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | appreciate your confirmation, that you are | 11:26:52 |
| 2 | aware that the company has been operating at a | 11:26:55 |
| 3 | loss since at least 2010, and has consistently | 11:27:01 |
| 4 | done so, and ultimately ended up filing for | 11:27:08 |
| 5 | protection in the Bankruptcy Court. | 11:27:13 |
| 6 | Correct? | 11:27:14 |
| 7 | A.    That's correct. | 11:27:14 |
| 8 | Q.    All right.  Now, in light of | 11:27:15 |
| 9 | the fact -- in light of those factors, has | 11:27:17 |
| 10 | that had any impact on the company's | 11:27:21 |
| 11 | philosophy for executive compensation? | 11:27:24 |
| 12 | A.    From the very beginning we -- | 11:27:30 |
| 13 | the basic principles are to run a competitive | 11:27:34 |
| 14 | market, pay competitive compensation based | 11:27:41 |
| 15 | on -- and the compensation should be based on | 11:27:46 |
| 16 | the performance of the company, the | 11:27:48 |
| 17 | performance of each individual as it relates | 11:27:52 |
| 18 | to the goals of the company, the objectives of | 11:27:56 |
| 19 | the company, and the metrics we use to judge | 11:27:59 |
| 20 | the performance. | 11:28:04 |
| 21 | Q.    I am not sure that you answered | 11:28:06 |
| 22 | the question. | 11:28:10 |
| 23 | A.    Okay.  I will try again. | 11:28:11 |
| 24 | Q.    Let me try to restate the | 11:28:12 |
| 25 | question. | 11:28:14 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | The question was that in light | 11:28:14 |
| 2 | of the -- in the summer of 2012, when the | 11:28:15 |
| 3 | company was bringing on other professionals to | 11:28:19 |
| 4 | advise it in a possible out-of-court/in-court | 11:28:24 |
| 5 | restructuring, earlier you testified that you | 11:28:29 |
| 6 | expanded the role of Towers Watson and you | 11:28:32 |
| 7 | brought on Mr. Filsinger.  And the question | 11:28:34 |
| 8 | is, you know, was there any change in terms of | 11:28:38 |
| 9 | was the company -- did the company say, well, | 11:28:40 |
| 10 | maybe we need to cut back on compensation to | 11:28:45 |
| 11 | not only our executives, but our entire | 11:28:48 |
| 12 | workforce? | 11:28:50 |
| 13 | A.    Well, the executives have not | 11:28:52 |
| 14 | had a raise since December of 2012.  The | 11:28:55 |
| 15 | executives are now being compensated well | 11:29:01 |
| 16 | below the average of compensation in their | 11:29:05 |
| 17 | peer group. | 11:29:12 |
| 18 | John Young is now about 35 | 11:29:14 |
| 19 | percent below the average of his peer group, | 11:29:19 |
| 20 | when you look at his total compensation.  He's | 11:29:24 |
| 21 | the CEO. | 11:29:26 |
| 22 | Paul Keglevic, who is the | 11:29:29 |
| 23 | second highest paid executive also in the | 11:29:32 |
| 24 | company, he's paid about 25 percent below | 11:29:35 |
| 25 | the -- his peer group compensation.  25 | 11:29:40 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 111

| | | |
|---|---|---|
| 1 | percent below the average. | 11:29:44 |
| 2 | And so because we've taken | 11:29:49 |
| 3 | steps like not increasing compensation for the | 11:29:50 |
| 4 | executive officers since December of 2012, | 11:29:58 |
| 5 | their compensation now is below what we would | 11:30:02 |
| 6 | say that our target is, which is to have them | 11:30:07 |
| 7 | at the high end of the range -- 75th | 11:30:12 |
| 8 | percentile.  They're well below that. | 11:30:17 |
| 9 | So in that sense the answer is | 11:30:20 |
| 10 | yes, we -- at the senior-most level, which I | 11:30:23 |
| 11 | think is kind of the important level to kind | 11:30:28 |
| 12 | of send the message to the organization that, | 11:30:34 |
| 13 | you know, we're going to be going through a -- | 11:30:38 |
| 14 | a tough period, okay with not increasing our | 11:30:43 |
| 15 | salary. | 11:30:52 |
| 16 | And consequently, like I said, | 11:30:53 |
| 17 | what has happened is that they're now -- | 11:30:54 |
| 18 | they're now paid -- they're paid within the | 11:30:58 |
| 19 | range, within the market range, but at the way | 11:31:02 |
| 20 | low end of it. | 11:31:06 |
| 21 | Q.   Okay.  So let me see if I can | 11:31:09 |
| 22 | break that down a little bit. | 11:31:10 |
| 23 | A.   Sure. | 11:31:12 |
| 24 | Q.   You're saying that since the | 11:31:12 |
| 25 | end of 2013 they haven't had a raise, is that | 11:31:17 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 112

| | | |
|---|---|---|
| 1 | what you're saying? | 11:31:20 |
| 2 | A.    No, '12. | 11:31:21 |
| 3 | Q.    Since the end of 2012.  So that | 11:31:22 |
| 4 | would be then for the fiscal year 2013? | 11:31:24 |
| 5 | A.    Fiscal and calendar year, which | 11:31:28 |
| 6 | is the same thing. | 11:31:29 |
| 7 | Q.    Okay.  So they didn't get a | 11:31:30 |
| 8 | raise in 2013? | 11:31:32 |
| 9 | A.    Mm-hmm. | 11:31:33 |
| 10 | Q.    And as of 2014, where the | 11:31:34 |
| 11 | company is in bankruptcy, they haven't gotten | 11:31:36 |
| 12 | a raise either? | 11:31:38 |
| 13 | A.    They haven't gotten a raise | 11:31:38 |
| 14 | since December of 2012. | 11:31:41 |
| 15 | Q.    Right. | 11:31:43 |
| 16 | A.    Which meant that that went into | 11:31:43 |
| 17 | effect January of '13. | 11:31:46 |
| 18 | Q.    Right. | 11:31:48 |
| 19 | A.    So they don't have, or did not | 11:31:48 |
| 20 | get a raise in January of '14. | 11:31:51 |
| 21 | Q.    Oh, I am sorry.  So in other | 11:31:54 |
| 22 | words, they got a raise in January -- for the | 11:31:56 |
| 23 | year 2013? | 11:31:59 |
| 24 | A.    They have not had a raise since | 11:32:01 |
| 25 | December, and I said December because -- | 11:32:02 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | |
|---|---|
| 1 | Q.    Oh, I am sorry.  Let me see if | 11:32:05 |
| 2 | I understand you. | 11:32:06 |
| 3 | A.    Yeah. | 11:32:07 |
| 4 | Q.    The plan gets approved in 2012 | 11:32:07 |
| 5 | for the next year, for '13, so they got a | 11:32:10 |
| 6 | raise in 2013, but -- | 11:32:12 |
| 7 | A.    Right. | 11:32:13 |
| 8 | Q.    -- since January 1, 2014 they | 11:32:13 |
| 9 | have had not had their salary raised? | 11:32:16 |
| 10 | A.    That's correct. | 11:32:18 |
| 11 | Q.    Okay.  So they didn't get a | 11:32:19 |
| 12 | raise in the year 2014.  And that was -- and | 11:32:21 |
| 13 | that was a decision that was made by the O&C | 11:32:25 |
| 14 | with respect to going into the -- knowing that | 11:32:28 |
| 15 | you would be filing for bankruptcy? | 11:32:30 |
| 16 | A.    The decision was made by the | 11:32:32 |
| 17 | O&C. | 11:32:35 |
| 18 | Q.    Okay.  Was there any other -- | 11:32:35 |
| 19 | was there any reduction in their salary? | 11:32:37 |
| 20 | A.    No -- | 11:32:41 |
| 21 | Q.    Compensation, excuse me. | 11:32:46 |
| 22 | Overall compensation. | 11:32:47 |
| 23 | A.    Well, I mean, that gets into | 11:32:48 |
| 24 | another discussion we'll probably have, with | 11:32:54 |
| 25 | respect to the metrics that we've changed with | 11:32:56 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 114

| | | |
|---|---|---|
| 1 | respect to the incentive-based program.  We've | 11:33:00 |
| 2 | now made it more difficult for them to achieve | 11:33:03 |
| 3 | their threshold metric, or their target | 11:33:06 |
| 4 | metric. | 11:33:11 |
| 5 | So in that sense the answer is | 11:33:12 |
| 6 | yes, there was a reduction. | 11:33:13 |
| 7 | Q.    I hear you.  We will get to | 11:33:14 |
| 8 | that.  We'll talk about that in a little bit. | 11:33:19 |
| 9 | A.    Okay. | 11:33:22 |
| 10 | Q.    I am going to show you a | 11:33:22 |
| 11 | document, and I would like the court | 11:33:23 |
| 12 | reporter -- | 11:33:36 |
| 13 | MS. SCHWARTZ:  Can I give it to | 11:33:37 |
| 14 | you in this binder? | 11:33:37 |
| 15 | THE COURT REPORTER:  We should | 11:33:38 |
| 16 | pull it out. | 11:33:39 |
| 17 | MS. SCHWARTZ:  I would like to | 11:33:40 |
| 18 | give it to the witness -- okay. | 11:33:40 |
| 19 | --- | 11:33:55 |
| 20 | (UST Exhibit 3, Amended and | |
| 21 | Restated Employment Agreement, dated March 31, | |
| 22 | 2014, between John Young and Energy Future | |
| 23 | Holdings Corp. was marked for identification) | |
| 24 | --- | 11:33:55 |
| 25 | BY MS. SCHWARTZ: | 11:33:55 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 115

| | | |
|---|---|---|
| 1 | Q. This is document number -- that | 11:33:56 |
| 2 | has been marked as UST 3. Take a look at this | 11:33:58 |
| 3 | document and tell me whether or not you | 11:33:59 |
| 4 | recognize it. | 11:34:01 |
| 5 | A. I do. | 11:34:01 |
| 6 | Q. Okay. What is it? | 11:34:01 |
| 7 | A. This is John Young's employment | 11:34:02 |
| 8 | agreement. | 11:34:04 |
| 9 | Q. All right. And that agreement | 11:34:05 |
| 10 | is dated when? | 11:34:07 |
| 11 | A. March of 2014. | 11:34:12 |
| 12 | Q. Okay. And if we take a look, | 11:34:14 |
| 13 | sir, at the paragraph underneath where it says | 11:34:20 |
| 14 | "Witnesseth," it reflects that his employment | 11:34:24 |
| 15 | agreement was first -- his original effective | 11:34:28 |
| 16 | date of his employment agreement was January | 11:34:31 |
| 17 | 6, 2008. Is that right? | 11:34:33 |
| 18 | A. That's what it says. | 11:34:35 |
| 19 | Q. Yes. Thank you. | 11:34:37 |
| 20 | And then it was amended, it | 11:34:39 |
| 21 | appears that it was amended in 2011 and 2012. | 11:34:43 |
| 22 | Is that right? | 11:34:48 |
| 23 | A. That's correct. | 11:34:49 |
| 24 | Q. Okay. And then it was again | 11:34:50 |
| 25 | amended and restated on March 31, 2014, one | 11:34:53 |

| | | |
|---|---|---|
| 1 | month before the bankruptcy filing?  It's in | 11:34:57 |
| 2 | the first paragraph. | 11:35:03 |
| 3 |       A.    The first paragraph -- | 11:35:08 |
| 4 |       MR. McKANE:  Can I direct the | 11:35:09 |
| 5 | witness? | 11:35:10 |
| 6 |       MS. SCHWARTZ:  Sure. | 11:35:10 |
| 7 |       MR. McKANE:  It's over here | 11:35:11 |
| 8 | (indicating). | 11:35:12 |
| 9 |       A.    Oh, up top?  Yes.  I am sorry. | 11:35:12 |
| 10 | Yes. | 11:35:14 |
| 11 |       Q.    Okay? | 11:35:14 |
| 12 |       I guess my first question to | 11:35:16 |
| 13 | you is why was this agreement amended one | 11:35:17 |
| 14 | month before the bankruptcy filing? | 11:35:23 |
| 15 |       A.    I am not familiar with exactly | 11:35:27 |
| 16 | what changes were made. | 11:35:34 |
| 17 |       Q.    Okay.  Is the -- | 11:35:36 |
| 18 |       A.    I would have to go back and | 11:35:38 |
| 19 | review that. | 11:35:39 |
| 20 |       Q.    Okay.  Was the O&C Committee, | 11:35:40 |
| 21 | was the O&C Committee involved with any | 11:35:44 |
| 22 | changes to the employment agreements of the | 11:35:47 |
| 23 | SPC approximately a month before the | 11:35:49 |
| 24 | bankruptcy filing? | 11:35:53 |
| 25 |       A.    I would have to go back and | 11:35:55 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 117

| | | |
|---|---|---|
| 1 | see.  I guess what I'm wondering here, whether | 11:36:01 |
| 2 | or not that had to relate to the change in the | 11:36:08 |
| 3 | incentive-based compensation. | 11:36:11 |
| 4 | Q.    Okay. | 11:36:14 |
| 5 | A.    Which -- which I don't know. | 11:36:15 |
| 6 | Q.    All right. | 11:36:16 |
| 7 | A.    I would have to go back and | 11:36:17 |
| 8 | look. | 11:36:19 |
| 9 | Q.    Let me ask you this.  Let's say | 11:36:19 |
| 10 | you weren't looking at that document. | 11:36:22 |
| 11 | A.    Mm-hmm. | 11:36:23 |
| 12 | Q.    It's correct that the O&C | 11:36:23 |
| 13 | Committee has to approve the compensation for | 11:36:28 |
| 14 | the members of the SPC, right? | 11:36:30 |
| 15 | A.    Correct. | 11:36:32 |
| 16 | Q.    So this employment agreement | 11:36:32 |
| 17 | would have to have been approved by the O&C, | 11:36:35 |
| 18 | is that right? | 11:36:38 |
| 19 | A.    Signed by me. | 11:36:38 |
| 20 | Q.    Right. | 11:36:40 |
| 21 | A.    Mm-hmm. | 11:36:41 |
| 22 | Q.    And you wouldn't sign a | 11:36:41 |
| 23 | document without reading it, right? | 11:36:43 |
| 24 | A.    That's right. | 11:36:44 |
| 25 | Q.    Okay.  And really I think what | 11:36:45 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | I am understanding you're saying is that | 11:36:48 |
| 2 | you're not really sure, like, what changes are | 11:36:50 |
| 3 | in this but you are familiar with this | 11:36:52 |
| 4 | employment agreement? | 11:36:55 |
| 5 | A.    I'm familiar.  That's correct. | 11:36:55 |
| 6 | Q.    Okay.  Take a look, please, at | 11:36:57 |
| 7 | paragraph 3 on page 2.  And that states that | 11:37:01 |
| 8 | Mr. Young's base salary is $1.35 million, is | 11:37:08 |
| 9 | that correct? | 11:37:13 |
| 10 | A.    That's correct. | 11:37:13 |
| 11 | Q.    Now, is it your understanding | 11:37:13 |
| 12 | that that's below market? | 11:37:16 |
| 13 | A.    Well, it is my understanding | 11:37:20 |
| 14 | that his total compensation is below the | 11:37:25 |
| 15 | average of his peer group.  It's about 35 | 11:37:28 |
| 16 | percent below.  I always think about it in | 11:37:33 |
| 17 | terms of total compensation. | 11:37:35 |
| 18 | Q.    Okay. | 11:37:37 |
| 19 | A.    Because if you -- you can pick | 11:37:38 |
| 20 | and choose, but you need to look at total | 11:37:40 |
| 21 | compensation. | 11:37:42 |
| 22 | Q.    What forms the basis of your | 11:37:43 |
| 23 | understanding?  Why do you think that? | 11:37:46 |
| 24 | A.    Why do I think that he's below? | 11:37:49 |
| 25 | Q.    Yes. | 11:37:53 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 119

| | | |
|---|---|---|
| 1 | A.    From SEC records, SEC reporting | 11:37:54 |
| 2 | records of other companies in his peer group | 11:37:58 |
| 3 | that have to state the compensation of the | 11:38:02 |
| 4 | five highest paid executive officers. | 11:38:05 |
| 5 | Q.    Okay. | 11:38:07 |
| 6 | A.    So you go to those SEC | 11:38:07 |
| 7 | reports -- | 11:38:11 |
| 8 | Q.    Right. | 11:38:11 |
| 9 | A.    -- you know, lay out the | 11:38:12 |
| 10 | compensation of the five highest paid, and | 11:38:13 |
| 11 | when you look at John Young's peer group, at | 11:38:16 |
| 12 | the five highest paid, from SEC reporting, | 11:38:21 |
| 13 | he's -- I am told by outside advisors that | 11:38:25 |
| 14 | he's roughly 35 percent below the average. | 11:38:30 |
| 15 | Q.    Okay.  So you didn't go to the | 11:38:33 |
| 16 | SEC reports? | 11:38:35 |
| 17 | A.    No.  No.  No. | 11:38:37 |
| 18 | Q.    Your advisor informed you? | 11:38:37 |
| 19 | A.    No.  Absolutely.  Absolutely. | 11:38:38 |
| 20 | Q.    Okay.  And who would the | 11:38:39 |
| 21 | advisor be that informed you of that? | 11:38:42 |
| 22 | A.    Friske.  That would be Towers | 11:38:43 |
| 23 | Watson. | 11:38:46 |
| 24 | Q.    Okay.  I just want to go over | 11:38:46 |
| 25 | this with you. | 11:38:48 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 120

| | | |
|---|---|---|
| 1 | At number 4 it says that | 11:38:50 |
| 2 | Mr. Young's, his annual -- Executive Annual | 11:38:54 |
| 3 | Incentive Plan target is 125 percent of his | 11:39:04 |
| 4 | base salary. | 11:39:07 |
| 5 | So that would be 125 percent of | 11:39:10 |
| 6 | $1.35 million? | 11:39:13 |
| 7 | A.    That's correct. | 11:39:14 |
| 8 | Q.    Right? | 11:39:16 |
| 9 | A.    Mm-hmm. | 11:39:16 |
| 10 | Q.    And that award, which we'll ask | 11:39:16 |
| 11 | a few questions more about the Executive | 11:39:22 |
| 12 | Annual Incentive Plan, can be modified by an | 11:39:25 |
| 13 | individual modifier? | 11:39:29 |
| 14 | A.    That's correct. | 11:39:31 |
| 15 | Q.    Right? | 11:39:31 |
| 16 | A.    That's correct. | 11:39:32 |
| 17 | Q.    And his individual modifier is | 11:39:32 |
| 18 | what, do you know? | 11:39:36 |
| 19 | A.    Well, it varies from year to | 11:39:38 |
| 20 | year.  It can be as high as 150. | 11:39:39 |
| 21 | Q.    Right. | 11:39:44 |
| 22 | A.    Mm-hmm. | 11:39:46 |
| 23 | Q.    But do you know what his is -- | 11:39:46 |
| 24 | his was? | 11:39:50 |
| 25 | A.    140. | 11:39:51 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 121

| | | |
|---|---|---|
| 1 | Q.    Right. | 11:39:51 |
| 2 | So under this scenario, the | 11:39:52 |
| 3 | total compensation, what's his total | 11:39:54 |
| 4 | compensation for the year 2014?  What is the | 11:39:58 |
| 5 | maximum his total compensation can be? | 11:40:01 |
| 6 | A.    What I can tell you is from | 11:40:05 |
| 7 | last year, what I can tell you, when you | 11:40:10 |
| 8 | compare him with the others, his compensation | 11:40:13 |
| 9 | was about $5½ million, total compensation. | 11:40:18 |
| 10 | Q.    Right.  That was for 2013? | 11:40:22 |
| 11 | A.    Now what I can tell you -- that | 11:40:25 |
| 12 | was 2013. | 11:40:31 |
| 13 | And I can tell you that the | 11:40:32 |
| 14 | average of the other peer group companies | 11:40:34 |
| 15 | looked at by the outside advisors was about | 11:40:38 |
| 16 | $8½ million.  Total compensation. | 11:40:42 |
| 17 | Q.    And that's from information | 11:40:44 |
| 18 | they provided to you? | 11:40:45 |
| 19 | A.    That's from information they | 11:40:46 |
| 20 | provided. | 11:40:47 |
| 21 | Q.    Now, that was written | 11:40:47 |
| 22 | information or by oral information? | 11:40:49 |
| 23 | A.    It's in their declaratory | 11:40:51 |
| 24 | statement that they filed with the court. | 11:40:53 |
| 25 | Q.    Are you talking about the | 11:40:56 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 122

| | | |
|---|---|---|
| 1 | declaration that Friske filed on behalf of | 11:40:58 |
| 2 | Towers Watson? | 11:41:05 |
| 3 |     A.    That's exactly what I am | 11:41:06 |
| 4 | talking about. | 11:41:07 |
| 5 |     Q.    And you read that report? | 11:41:07 |
| 6 |     A.    I did read that report. | 11:41:08 |
| 7 |     Q.    And you looked at the | 11:41:10 |
| 8 | comparables that Towers Watson used to draw | 11:41:11 |
| 9 | those conclusions? | 11:41:14 |
| 10 |     A.    I did look at the comparables. | 11:41:14 |
| 11 |     Q.    And you were satisfied with | 11:41:16 |
| 12 | that? | 11:41:17 |
| 13 |     A.    I was totally satisfied | 11:41:18 |
| 14 | with it. | 11:41:20 |
| 15 |     Q.    You were totally satisfied with | 11:41:21 |
| 16 | the choice of comparables? | 11:41:22 |
| 17 |     A.    I was totally satisfied that in | 11:41:24 |
| 18 | Doug Friske we've hired a firm that has an | 11:41:28 |
| 19 | established track record of providing this | 11:41:32 |
| 20 | kind of information to companies like ours, it | 11:41:34 |
| 21 | was clear the kind of information we were | 11:41:39 |
| 22 | looking for, how does the compensation of our | 11:41:41 |
| 23 | executive team compare with the peer group, | 11:41:45 |
| 24 | beginning with John Young, the five highest | 11:41:50 |
| 25 | paid officers, as well as all seven of the | 11:41:55 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 123

| | | |
|---|---|---|
| 1 | executive team officers.  I wanted to make | 11:41:58 |
| 2 | sure that we had good data to use to think | 11:42:02 |
| 3 | about in setting compensation. | 11:42:06 |
| 4 | And in just about every | 11:42:10 |
| 5 | instance that Friske -- that Towers Watson | 11:42:12 |
| 6 | laid out, whether it's the top seven, or it's | 11:42:16 |
| 7 | John Young, or it's the five highest paid, in | 11:42:21 |
| 8 | every category we were well below the average. | 11:42:27 |
| 9 | In fact, in our LTIP program we | 11:42:30 |
| 10 | had -- on the metrics he used in evaluating | 11:42:36 |
| 11 | the long-term incentive program, we were the | 11:42:38 |
| 12 | lowest of all of the peers, relative to what | 11:42:41 |
| 13 | our peers were paying.  So I -- | 11:42:48 |
| 14 | Q.    Based on your -- | 11:42:50 |
| 15 | A.    So I was very comfortable that | 11:42:53 |
| 16 | where our executive team is right now is well | 11:42:56 |
| 17 | below where -- we're well below where the | 11:42:59 |
| 18 | market is. | 11:43:03 |
| 19 | Q.    Right.  You got comfortable | 11:43:03 |
| 20 | based on the information that was provided to | 11:43:06 |
| 21 | you by Towers Watson -- | 11:43:07 |
| 22 | A.    Correct. | |
| 23 | Q.    -- right? | 11:43:09 |
| 24 | A.    Correct. | 11:43:10 |
| 25 | Q.    So if it turned out that the | 11:43:11 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 124

| | | |
|---|---|---|
| 1 | information in that report was either | 11:43:13 |
| 2 | inaccurate or based on comparables that are | 11:43:15 |
| 3 | not in fact comparable or a court would find | 11:43:20 |
| 4 | that those comparables were not appropriate, | 11:43:25 |
| 5 | then you would be uncomfortable; would that be | 11:43:34 |
| 6 | fair to say? | 11:43:38 |
| 7 |           MR. McKANE:  I'm going to | 11:43:39 |
| 8 | object as incomplete hypothetical and calls | 11:43:40 |
| 9 | for speculation. | 11:43:42 |
| 10 |           MS. SCHWARTZ:  Okay.  The | 11:43:42 |
| 11 | objections are strictly to form, and so I | 11:43:43 |
| 12 | would ask you to state "Objection to form." | 11:43:45 |
| 13 |           MR. McKANE:  And that's -- that | 11:43:47 |
| 14 | is a form objection. | 11:43:49 |
| 15 |           MS. SCHWARTZ:  I would | 11:43:49 |
| 16 | appreciate you -- you say "Objection to form." | 11:43:50 |
| 17 | I'm really not going to play this game. | 11:43:52 |
| 18 |           MR. McKANE:  You're seeking -- | 11:43:53 |
| 19 | the same objection. | 11:43:55 |
| 20 |       A.    Repeat the question, please?  I | 11:43:56 |
| 21 | am not sure -- let me follow it again. | 11:43:57 |
| 22 |       Q.    Yeah.  What I am saying to you | 11:43:59 |
| 23 | is that you got -- let me ask you a different | 11:44:01 |
| 24 | question.  Let me ask you a different | 11:44:04 |
| 25 | question. | 11:44:06 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 125

| | | |
|---|---|---|
| 1 | Is there any other -- did you | 11:44:06 |
| 2 | rely on any other information regarding the | 11:44:09 |
| 3 | market -- what you understand to be the market | 11:44:14 |
| 4 | for compensation of the five top executives | 11:44:17 |
| 5 | other than the report that was provided to you | 11:44:19 |
| 6 | by Towers Watson? | 11:44:21 |
| 7 | A.    Well, I relied on my own | 11:44:23 |
| 8 | judgment with respect to having sat on the | 11:44:25 |
| 9 | committee for seven years now, been the | 11:44:27 |
| 10 | chairman, watching the compensation of peer | 11:44:30 |
| 11 | companies across the industry, across the | 11:44:33 |
| 12 | space.  And so kind of just based on my own | 11:44:36 |
| 13 | judgment and knowledge of compensation over | 11:44:41 |
| 14 | the last seven years, it certainly felt like | 11:44:46 |
| 15 | to me that what he was providing was | 11:44:50 |
| 16 | sufficient for me to make a decision on | 11:44:55 |
| 17 | whether or not John Young's compensation, | 11:45:01 |
| 18 | where it fit in the market.  His total | 11:45:03 |
| 19 | compensation. | 11:45:07 |
| 20 | Q.    Right. | 11:45:07 |
| 21 | A.    And so I didn't verify every | 11:45:08 |
| 22 | precise number, but when somebody gives you, | 11:45:12 |
| 23 | you know, test after test after test after | 11:45:17 |
| 24 | test after test on lots of different metrics | 11:45:18 |
| 25 | within a total compensation package and | 11:45:25 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 126

| | | |
|---|---|---|
| 1 | consistently shows that John Young -- take | 11:45:27 |
| 2 | his, for example -- he's consistently below | 11:45:31 |
| 3 | the average of his peers, then that feels kind | 11:45:34 |
| 4 | of right to me. | 11:45:40 |
| 5 | Q.    You said you also based it on | 11:45:41 |
| 6 | your own judgment and knowledge.  Where did | 11:45:44 |
| 7 | you develop that from? | 11:45:47 |
| 8 | A.    By serving on the committee for | 11:45:49 |
| 9 | seven years. | 11:45:52 |
| 10 | Q.    So in other words -- | 11:45:53 |
| 11 | A.    From talking to Richard | 11:45:54 |
| 12 | Meischeid.  For talking to Doug Friske for | 11:45:55 |
| 13 | years.  For looking at charts and tables and | 11:45:59 |
| 14 | presentations they made over the last five or | 11:46:02 |
| 15 | seven years.  I mean, we get, you know, | 11:46:04 |
| 16 | elaborate kind of presentations as to, okay, | 11:46:08 |
| 17 | here are the 16 companies, and here's -- | 11:46:10 |
| 18 | here's the compensation for each one of these | 11:46:12 |
| 19 | CEOs, and here's the compensation for each one | 11:46:14 |
| 20 | of these CFOs. | 11:46:17 |
| 21 | And I had looked at it over | 11:46:19 |
| 22 | periods of time.  Here's what it was for this | 11:46:22 |
| 23 | executive for '09, and '10 and '11.  And okay, | 11:46:27 |
| 24 | this is for '12.  And so you can see the | 11:46:29 |
| 25 | trends, you can see the patterns.  You can | 11:46:31 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | get, you know, comfortable and familiar with | 11:46:34 |
| 2 | kind of what the compensation is, total | 11:46:37 |
| 3 | compensation in that space.  I mean, I've | 11:46:40 |
| 4 | been -- I've been reviewing these numbers for | 11:46:42 |
| 5 | seven years. | 11:46:44 |
| 6 | Q.    Right.  And when you say "in | 11:46:45 |
| 7 | that space," you're talking about energy | 11:46:47 |
| 8 | companies, is that right? | 11:46:49 |
| 9 | A.    I'm more specifically talking | 11:46:50 |
| 10 | about "peer group." | 11:46:53 |
| 11 | Utility companies that are | 11:46:57 |
| 12 | similar to us, similar in terms of the makeup | 11:46:58 |
| 13 | of what -- of the business units they have | 11:47:02 |
| 14 | within the company.  And are they regulated or | 11:47:06 |
| 15 | deregulated.  We're deregulated.  So we want | 11:47:13 |
| 16 | to look hard at deregulated companies. | 11:47:18 |
| 17 | Q.    Right. | 11:47:20 |
| 18 | A.    So you get really specific on | 11:47:21 |
| 19 | nailing the peer group that you're competing | 11:47:24 |
| 20 | with, and so that's been developed over years, | 11:47:26 |
| 21 | it's not something that we -- you know, we | 11:47:34 |
| 22 | don't take the whole energy space because it's | 11:47:36 |
| 23 | not appropriate to try and compare John | 11:47:40 |
| 24 | Young's salary with the CEO of Exxon, or | 11:47:42 |
| 25 | the CEO of a midstream company, or some | 11:47:44 |

| | | |
|---|---|---|
| 1 | industry -- some energy industry company | 11:47:48 |
| 2 | that's not in the same immediate kind of -- | 11:47:52 |
| 3 | that doesn't compete with us.  I want to be | 11:47:54 |
| 4 | comparing against companies we compete with. | 11:47:57 |
| 5 | Q.    Right.  And so if those | 11:48:00 |
| 6 | companies were -- so were you comparing with | 11:48:03 |
| 7 | companies that similarly weren't operating at | 11:48:06 |
| 8 | a profit for the past four years? | 11:48:09 |
| 9 | A.    Well, you know, again, you look | 11:48:13 |
| 10 | at the peer group, and you look at total | 11:48:16 |
| 11 | compensation, and I think about -- what I | 11:48:18 |
| 12 | always think about when I'm thinking about | 11:48:21 |
| 13 | compensation is make -- going back to what I | 11:48:23 |
| 14 | said earlier -- I'm thinking about the safety | 11:48:28 |
| 15 | and health and welfare of all of the | 11:48:31 |
| 16 | employees, and I'm thinking about maximizing | 11:48:33 |
| 17 | the value of the enterprise. | 11:48:35 |
| 18 | Q.    Right. | 11:48:38 |
| 19 | A.    Going forward.  Going forward. | 11:48:38 |
| 20 | Q.    Right. | 11:48:40 |
| 21 | A.    So I want to make decisions | 11:48:41 |
| 22 | based on what I think is going to maximize the | 11:48:42 |
| 23 | value of the enterprise going forward, is how | 11:48:44 |
| 24 | I make a decision. | 11:48:48 |
| 25 | Q.    Okay.  So going along with what | 11:48:50 |

| | | |
|---|---|---|
| 1 | you said, value -- maximizing the value of the | 11:48:52 |
| 2 | enterprise, your enterprise has been operating | 11:48:57 |
| 3 | at a loss for the past four years. | 11:48:59 |
| 4 | A.    Mm-hmm. | 11:49:02 |
| 5 | Q.    Yet it appears that but for it | 11:49:02 |
| 6 | not providing raises to your senior executives | 11:49:06 |
| 7 | this year, you have -- the company has | 11:49:09 |
| 8 | maintained the same policy, the same | 11:49:12 |
| 9 | philosophy with respect to compensation for | 11:49:15 |
| 10 | senior executives. | 11:49:19 |
| 11 | Can you speak to that? | 11:49:20 |
| 12 | A.    I can, absolutely.  Because | 11:49:22 |
| 13 | you -- at the end of the day you evaluate | 11:49:26 |
| 14 | people on what they can control.  And the | 11:49:28 |
| 15 | reason that this company has not made a profit | 11:49:33 |
| 16 | since 2010 is totally outside the control of | 11:49:35 |
| 17 | John Young, or Paul Keglevic, or Stacey Doré, | 11:49:40 |
| 18 | or Carrie Kirby, or Mac McFarland, or any of | 11:49:44 |
| 19 | these senior executives.  It is solely because | 11:49:51 |
| 20 | power prices collapsed in the industry. | 11:49:54 |
| 21 | In fact, but for the superior | 11:49:56 |
| 22 | performance of the executive team, we probably | 11:49:59 |
| 23 | would have filed a year ago, or two years ago. | 11:50:02 |
| 24 | I think -- what I really think is that this | 11:50:07 |
| 25 | extraordinary team enabled us to kind of stay | 11:50:09 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 130

| | | |
|---|---|---|
| 1 | out of bankruptcy, give us the opportunity for | 11:50:14 |
| 2 | a couple of years for gas prices and power | 11:50:17 |
| 3 | prices to come back, like the whole world | 11:50:20 |
| 4 | thought they would. | 11:50:23 |
| 5 | So this has got nothing to do | 11:50:23 |
| 6 | with the fact, in my judgment -- when I, you | 11:50:26 |
| 7 | know, make compensation decisions, it's kind | 11:50:30 |
| 8 | of interesting, maybe, that we haven't made a | 11:50:32 |
| 9 | profit since 2010, but what really matters is | 11:50:36 |
| 10 | why we didn't make a profit. And it wasn't | 11:50:40 |
| 11 | because of the performance of the team. In | 11:50:43 |
| 12 | fact, but for their performance we probably | 11:50:46 |
| 13 | would have filed two years ago, or a year ago. | 11:50:48 |
| 14 | And it's just, you've got to | 11:50:53 |
| 15 | get back to the fundamental reason this | 11:50:55 |
| 16 | happened, and the fundamental reason this | 11:50:57 |
| 17 | happened is because power prices went from $75 | 11:50:58 |
| 18 | an MW per hour to $35. | 11:51:06 |
| 19 | Now, I don't care how smart you | 11:51:09 |
| 20 | are, how good you are, how talented you are, | 11:51:11 |
| 21 | you just can't overcome those economic forces | 11:51:16 |
| 22 | that you don't have any control over. | 11:51:18 |
| 23 | So what I evaluate, you know, | 11:51:20 |
| 24 | how good is this team at -- at doing the | 11:51:24 |
| 25 | things they can control, how good are they at | 11:51:30 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 131

| | | |
|---|---|---|
| 1 | performing things they are able to control. | 11:51:33 |
| 2 | And I go back, they're second to none. | 11:51:35 |
| 3 | Q.    I got that.  I guess where I am | 11:51:38 |
| 4 | trying to understand is not so much whether | 11:51:42 |
| 5 | things are in their control or not, but if the | 11:51:45 |
| 6 | bottom line of the company, the actual | 11:51:48 |
| 7 | maximization of the value of the company is | 11:51:51 |
| 8 | not growing, and in the contrary is | 11:51:54 |
| 9 | decreasing, I'm wondering whether that -- | 11:51:58 |
| 10 | whether the O&C Committee believes that that | 11:52:02 |
| 11 | needs to be factored into executive | 11:52:06 |
| 12 | compensation? | 11:52:08 |
| 13 | A.    Well, I mean, I said earlier, | 11:52:10 |
| 14 | we've taken some steps.  The senior executives | 11:52:13 |
| 15 | have not had a raise since January of '13. | 11:52:17 |
| 16 | They did not get a raise in January '14. | 11:52:20 |
| 17 | Q.    January '14, right? | 11:52:24 |
| 18 | A.    Now, other -- other members of | 11:52:25 |
| 19 | the enterprise did.  The unions did, our field | 11:52:28 |
| 20 | employees did, other managers have some. | 11:52:34 |
| 21 | But in terms of the executive | 11:52:40 |
| 22 | team, the executive team said no raises for | 11:52:41 |
| 23 | us.  That's what they said. | 11:52:47 |
| 24 | And I would emphasize that was | 11:52:50 |
| 25 | the recommendation that came to us.  That | 11:52:55 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 132

| | | |
|---|---|---|
| 1 | wasn't me saying, hey, you know, we just ought | 11:52:59 |
| 2 | to freeze your salaries.  No.  No.  What they | 11:53:02 |
| 3 | said was, look, the right thing to do, the | 11:53:04 |
| 4 | right message to send, as we get ourselves | 11:53:07 |
| 5 | ready to go through this -- | 11:53:11 |
| 6 | Q.    Right. | 11:53:12 |
| 7 | A.    -- is we shouldn't increase our | 11:53:13 |
| 8 | salaries. | 11:53:15 |
| 9 | Q.    Yeah. | 11:53:15 |
| 10 | Those salaries, except for not | 11:53:19 |
| 11 | having a raise in January of '14, were | 11:53:22 |
| 12 | market-based, is that right? | 11:53:26 |
| 13 | A.    Correct. | 11:53:27 |
| 14 | Q.    What is your understanding of | 11:53:28 |
| 15 | what point in the market, in the percentile, | 11:53:29 |
| 16 | did those salaries fall?  Did they meet the | 11:53:33 |
| 17 | above 75 percentile that you said earlier that | 11:53:35 |
| 18 | you wanted your salary -- the salaries of | 11:53:38 |
| 19 | executive compensation to be -- to fall in? | 11:53:41 |
| 20 | A.    Well, again, it's not a salary | 11:53:44 |
| 21 | thing to me. | 11:53:46 |
| 22 | Q.    Total compensation.  I | 11:53:47 |
| 23 | apologize.  I meant compensation. | 11:53:48 |
| 24 | A.    Yeah.  Total compensation. | 11:53:52 |
| 25 | That's our -- was our | 11:53:53 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 133

| | | |
|---|---|---|
| 1 | aspiration, to have them at that level. | 11:53:56 |
| 2 | Q.    Okay. | 11:53:59 |
| 3 | A.    It's clear to me -- | 11:53:59 |
| 4 | Q.    Did you achieve that -- | 11:54:01 |
| 5 | A.    It's clear to me -- | 11:54:02 |
| 6 | Q.    Yeah. | 11:54:04 |
| 7 | A.    -- that they've drifted down | 11:54:05 |
| 8 | from that substantially, in terms of if we had | 11:54:07 |
| 9 | them there at one time, in the 60 or 75 | 11:54:11 |
| 10 | percentile, then they're not there now. | 11:54:15 |
| 11 | Q.    Okay.  But were they there for | 11:54:19 |
| 12 | 2013? | 11:54:20 |
| 13 | A.    I would have to go back and | 11:54:22 |
| 14 | look at all of the -- now you're trying to -- | 11:54:24 |
| 15 | I think you're comparing the 2012 data, where | 11:54:27 |
| 16 | were they in 2012.  And certainly -- | 11:54:30 |
| 17 | Q.    I am talking about total | 11:54:32 |
| 18 | compensation for the year 2013. | 11:54:33 |
| 19 | A.    Yeah, I would have to go back | 11:54:36 |
| 20 | and have, based on work that Towers Watson | 11:54:38 |
| 21 | would do for us that would be retroactive, | 11:54:45 |
| 22 | looking at what the compensation was for the | 11:54:49 |
| 23 | executive team vis-à-vis their peers in 2012 | 11:54:52 |
| 24 | or '13, I would have to -- | 11:54:57 |
| 25 | Q.    Okay. | 11:54:59 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 134

| | | |
|---|---|---|
| 1 | A.    -- where were we. | 11:55:00 |
| 2 | I know we're below now.  I know | 11:55:01 |
| 3 | in '13 we're below.  Based on his declaration, | 11:55:03 |
| 4 | and the work that he did. | 11:55:08 |
| 5 | Q.    Let me ask you something, so I | 11:55:09 |
| 6 | am really understanding. | 11:55:11 |
| 7 | A.    Sure. | 11:55:12 |
| 8 | Q.    And I sense from you this is a | 11:55:12 |
| 9 | sensitive topic, and I'm just trying to | 11:55:14 |
| 10 | understand what the philosophy is and whether | 11:55:16 |
| 11 | or not certain factors have played into | 11:55:21 |
| 12 | decisions concerning compensation. | 11:55:23 |
| 13 | When you say 2013, the way I, | 11:55:27 |
| 14 | as like a layperson, not doing a budget cycle | 11:55:33 |
| 15 | and starting the -- when I think of 2013 I | 11:55:36 |
| 16 | think of it as how much total compensation | 11:55:40 |
| 17 | these executives are being paid in the year | 11:55:45 |
| 18 | 2013. | 11:55:48 |
| 19 | A.    Mm-hmm. | 11:55:49 |
| 20 | Q.    And I understand that that's | 11:55:49 |
| 21 | set in 2012.  But as far as what they actually | 11:55:51 |
| 22 | were being paid in 2013, what's your | 11:55:56 |
| 23 | understanding?  Were you -- did you believe | 11:56:01 |
| 24 | that their salary was decreasing at that time, | 11:56:04 |
| 25 | or is it that, more correctly, that that's | 11:56:08 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | really now, because they didn't take their | 11:56:13 |
| 2 | raises at the end of 2013, in 2014 their | 11:56:16 |
| 3 | salary has decreased? | 11:56:21 |
| 4 | A.    Yeah, I would have to go back | 11:56:22 |
| 5 | and review the data. | 11:56:24 |
| 6 | Q.    You have no idea about that? | 11:56:24 |
| 7 | A.    Well, I have an idea that in | 11:56:26 |
| 8 | 2013 they were certainly below a 75 | 11:56:29 |
| 9 | percentile -- | 11:56:34 |
| 10 | Q.    Oh, do you? | 11:56:34 |
| 11 | A.    -- if that's what you're | 11:56:35 |
| 12 | asking? | 11:56:38 |
| 13 | Q.    Yes. | 11:56:38 |
| 14 | A.    Yes, yes. | 11:56:39 |
| 15 | MR. McKANE:  Andrea, just to | 11:56:40 |
| 16 | clarify, when he was giving the testimony | 11:56:41 |
| 17 | about it being below, that was 2013 he was | 11:56:41 |
| 18 | talking about.  The record may reflect that | 11:56:44 |
| 19 | and you may want to go back and check.  Just | 11:56:46 |
| 20 | to avoid the confusion on that one. | 11:56:49 |
| 21 | MS. SCHWARTZ:  If someone is | 11:56:50 |
| 22 | confused, it's not me. | 11:56:51 |
| 23 | MR. McKANE:  Okay. | 11:56:52 |
| 24 | BY MS. SCHWARTZ: | 11:56:54 |
| 25 | Q.    I'm sorry I was distracted. | 11:56:55 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | With respect to -- you said | 11:56:58 |
| 2 | earlier that the company retained the advisors | 11:57:02 |
| 3 | in the summer of 2012 because at that point it | 11:57:07 |
| 4 | was -- you needed restructuring counsel. | 11:57:12 |
| 5 | So I'm guess I'm kind of | 11:57:18 |
| 6 | wondering, from that point in time, June of | 11:57:21 |
| 7 | 2012 through 2013, did the O&C take any | 11:57:24 |
| 8 | measures at that time, between June 2012 and | 11:57:31 |
| 9 | the end of June of the same year, to -- | 11:57:37 |
| 10 | A.    June 2012 to... | 11:57:44 |
| 11 | Q.    -- to the end of June -- I | 11:57:48 |
| 12 | mean -- excuse me -- to the end of 2012, the | 11:57:50 |
| 13 | end of 2012, to modify downward the executive | 11:57:52 |
| 14 | compensation? | 11:57:57 |
| 15 | A.    No, I can't recall anything we | 11:58:01 |
| 16 | did to modify downward executive compensation, | 11:58:05 |
| 17 | but what I do recall, again, is in Doug | 11:58:10 |
| 18 | Friske's declaration he went through many | 11:58:17 |
| 19 | metrics for '13, and those many metrics in | 11:58:22 |
| 20 | '13 -- it depends if you're talking about the | 11:58:27 |
| 21 | LTIP program or you're talking about salaries | 11:58:30 |
| 22 | or whatever, or what group, is it seven of | 11:58:34 |
| 23 | them, is it five of them, is it -- or is it | 11:58:37 |
| 24 | CEO -- it consistently shows that that group | 11:58:39 |
| 25 | was below the average of its peers. | 11:58:46 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 137

| | | |
|---|---|---|
| 1 | Q.    Okay.  I wasn't -- | 11:58:50 |
| 2 | A.    And so that's a 50 percent | 11:58:52 |
| 3 | number to me and so it tells me, were they | 11:58:53 |
| 4 | below the 75 percent?  Yes. | 11:58:55 |
| 5 | Q.    I think we would have to look | 11:58:57 |
| 6 | at his actual declaration and see what time | 11:58:58 |
| 7 | period he's talking about.  I was asking about | 11:59:00 |
| 8 | your understanding of that.  But it sounds to | 11:59:02 |
| 9 | me like you've answered the question.  I got | 11:59:04 |
| 10 | your answer on the question. | 11:59:07 |
| 11 | MS. SCHWARTZ:  Let's mark this | 11:59:10 |
| 12 | document, please. | 11:59:11 |
| 13 | --- | 11:59:34 |
| 14 | (UST Exhibit 4, Motion of | |
| 15 | Energy Future Holdings Corp., et al., dated | |
| 16 | August 8, 2014 was marked for identification) | |
| 17 | --- | |
| 18 | BY MS. SCHWARTZ: | 12:00:05 |
| 19 | Q.    I have given you a document | 12:00:05 |
| 20 | that has been marked as UST 4.  Would you | 12:00:07 |
| 21 | please take a look at it and let me know | 12:00:13 |
| 22 | whether you recognize it? | 12:00:14 |
| 23 | A.    Yes, sir -- yes, ma'am.  I sure | 12:00:15 |
| 24 | will. | 12:00:19 |
| 25 | --- | 12:00:19 |

| | | |
|---|---|---|
| 1 | (Witness reviewing document.) | |
| 2 | --- | 12:00:19 |
| 3 | A.    Yes, ma'am.  I do recognize | 12:00:19 |
| 4 | this document. | 12:00:21 |
| 5 | Q.    What is it? | 12:00:21 |
| 6 | A.    This is the motion filed in the | 12:00:22 |
| 7 | court to request that the Court approve | 12:00:25 |
| 8 | payments relating to the incentive | 12:00:31 |
| 9 | compensation. | 12:00:33 |
| 10 | Q.    This is specifically, though, | 12:00:35 |
| 11 | for the insiders? | 12:00:36 |
| 12 | A.    Insiders, uh-huh. | 12:00:37 |
| 13 | Q.    Did you have any involvement in | 12:00:39 |
| 14 | terms of drafting or approving this motion? | 12:00:43 |
| 15 | A.    Did I have any involvement in | 12:00:48 |
| 16 | drafting?  The answer to that would be no. | 12:00:51 |
| 17 | Did I approve of this being filed?  The answer | 12:00:57 |
| 18 | to that would be yes. | 12:01:01 |
| 19 | Q.    Okay.  Can you explain to me -- | 12:01:02 |
| 20 | and I am going to ask you specific questions | 12:01:08 |
| 21 | about the individual plans. | 12:01:11 |
| 22 | A.    Mm-hmm. | 12:01:12 |
| 23 | Q.    But can you tell me, Mr. Evans, | 12:01:12 |
| 24 | what your view and -- as chairman of the O&C | 12:01:15 |
| 25 | Committee is with respect -- was with respect | 12:01:20 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 139

| | | |
|---|---|---|
| 1 | to seeking approval for this insider | 12:01:23 |
| 2 | compensation at this time in the bankruptcy? | 12:01:28 |
| 3 | A.    Well, the non-insiders have | 12:01:32 |
| 4 | already -- their pay for 2014 has already | 12:01:40 |
| 5 | been -- | 12:01:43 |
| 6 | Q.    Right. | 12:01:43 |
| 7 | A.    -- approved. | 12:01:44 |
| 8 | Q.    That's correct. | 12:01:44 |
| 9 | A.    So we think it's certainly | 12:01:46 |
| 10 | important to the management of the company -- | 12:01:49 |
| 11 | And I am talking about not the | 12:01:52 |
| 12 | management team, I'm talking about running the | 12:01:54 |
| 13 | company. | 12:01:56 |
| 14 | Q.    Right. | 12:01:56 |
| 15 | A.    I'm talking about leading the | 12:01:58 |
| 16 | company. | 12:01:58 |
| 17 | -- for the insiders to have | 12:02:00 |
| 18 | assurances, as soon as possible, that they | 12:02:02 |
| 19 | will also be paid, based on the programs that | 12:02:05 |
| 20 | we have in place for 2014. | 12:02:07 |
| 21 | Q.    Now, these are bonus programs, | 12:02:11 |
| 22 | so -- I mean, this is a little different than | 12:02:14 |
| 23 | just paying salary.  Now I'm specifically | 12:02:16 |
| 24 | asking you about bonus programs. | 12:02:20 |
| 25 | Was there any consideration, or | 12:02:22 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | what was the consideration about the timing of | 12:02:28 |
| 2 | filing and seeking these executive bonuses at | 12:02:31 |
| 3 | this stage in the bankruptcy reorganization? | 12:02:34 |
| 4 | A.    Well, I guess it's probably got | 12:02:35 |
| 5 | a number of factors involved.  For many of | 12:02:36 |
| 6 | these people this is the first time they've | 12:02:41 |
| 7 | ever been through a bankruptcy. | 12:02:44 |
| 8 | Q.    Would that be you, too? | 12:02:46 |
| 9 | A.    That would be me, too. | 12:02:46 |
| 10 | Q.    Yes. | 12:02:49 |
| 11 | A.    And so you can imagine -- maybe | 12:02:50 |
| 12 | you can't -- a lot of emotion, a lot of | 12:02:51 |
| 13 | anxiety, a lot of apprehension, what does all | 12:02:55 |
| 14 | of this mean, is the company going to be able | 12:02:58 |
| 15 | to continue to manage its affairs, is it going | 12:02:59 |
| 16 | to be able to continue to operate its | 12:03:02 |
| 17 | compensation programs that it's been operating | 12:03:05 |
| 18 | for the last seven years it's been in charge, | 12:03:08 |
| 19 | are they going to be able to continue to make | 12:03:12 |
| 20 | those kinds of decisions where I've got the | 12:03:14 |
| 21 | certainty that I am going to get paid so I can | 12:03:16 |
| 22 | take care of my family like my family expects | 12:03:20 |
| 23 | me to take care of them. | 12:03:23 |
| 24 | And so I think from a pure | 12:03:26 |
| 25 | management of individuals, and the importance | 12:03:27 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | of kind of -- back to just the kind of health | 12:03:33 |
| 2 | and safety and welfare of the people of your | 12:03:36 |
| 3 | organization, you owe it to them to let them | 12:03:37 |
| 4 | have that answer.  I mean, this is important | 12:03:40 |
| 5 | to their daily lives. | 12:03:44 |
| 6 | And so I think it's important, | 12:03:47 |
| 7 | you've got a group of non-insiders, they know | 12:03:49 |
| 8 | their answer, there's certainty in their mind, | 12:03:54 |
| 9 | they can plan their own affairs, you know, but | 12:03:58 |
| 10 | there's still uncertainty around the insiders. | 12:04:01 |
| 11 | And if you send a message to | 12:04:06 |
| 12 | the insiders that no, we can't continue to run | 12:04:07 |
| 13 | these programs like we have in the past, and | 12:04:12 |
| 14 | we're not going to be able to, I think that's | 12:04:16 |
| 15 | devastating to their morale, not to mention to | 12:04:19 |
| 16 | just kind of what it does to them not knowing. | 12:04:25 |
| 17 | And I think the sooner you get -- you talked | 12:04:29 |
| 18 | about this being sensitive matters.  They are. | 12:04:32 |
| 19 | Q.    Oh, I'm aware. | 12:04:34 |
| 20 | A.    When you deal with somebody's | 12:04:35 |
| 21 | compensation, that's a sensitive matter.  It's | 12:04:37 |
| 22 | how they run their lives. | 12:04:43 |
| 23 | And so I'm all about doing all | 12:04:44 |
| 24 | I can to show the people of our enterprise | 12:04:46 |
| 25 | that I care about them, and I want them to | 12:04:49 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 142

| | | |
|---|---|---|
| 1 | have this answer as quick as we can get it to | 12:04:52 |
| 2 | them.  And I don't want them to be off in no | 12:04:54 |
| 3 | man's land wondering and worrying about are | 12:04:58 |
| 4 | they going to get it.  I want them focused on | 12:05:00 |
| 5 | job one:  Running the company in a safe | 12:05:03 |
| 6 | manner, and operating the company in a safe | 12:05:05 |
| 7 | manner. | 12:05:07 |
| 8 |           And if I've got this -- I think | 12:05:08 |
| 9 | if it was me -- it doesn't apply to me, but if | 12:05:09 |
| 10 | it was me, then I'm kind of thinking, gosh, | 12:05:12 |
| 11 | you know, I go home at night and what's my | 12:05:19 |
| 12 | wife asking me about, or what's my husband | 12:05:21 |
| 13 | asking me.  You know. | 12:05:23 |
| 14 |           So I just think, in terms of | 12:05:24 |
| 15 | just a pure sensitivity to the people of the | 12:05:25 |
| 16 | enterprise, and the organization, it's | 12:05:29 |
| 17 | important that they have that answer as soon | 12:05:36 |
| 18 | as possible. | 12:05:38 |
| 19 |      Q.    Certainly at -- you talked | 12:05:38 |
| 20 | earlier about your fiduciary duties as a | 12:05:39 |
| 21 | member of the board.  You certainly have a lot | 12:05:41 |
| 22 | of constituents that you are responsible for, | 12:05:44 |
| 23 | correct? | 12:05:48 |
| 24 |      A.    Mm-hmm.  Correct. | 12:05:49 |
| 25 |      Q.    Right.  And including | 12:05:51 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 143

| | | |
|---|---|---|
| 1 | creditors? | 12:05:54 |
| 2 | A.    Correct. | 12:05:54 |
| 3 | Q.    Right.  And the bonus amounts | 12:05:54 |
| 4 | that are provided for under the executive | 12:06:00 |
| 5 | compensation programs are very large dollar | 12:06:05 |
| 6 | amounts.  Would you agree? | 12:06:10 |
| 7 | A.    They're -- they're competitive | 12:06:13 |
| 8 | amounts.  They are -- in total compensation, | 12:06:15 |
| 9 | when you look at salary and the bonus amounts, | 12:06:20 |
| 10 | they're -- they're competitive.  They meet my | 12:06:23 |
| 11 | test of we're going to pay within the range of | 12:06:25 |
| 12 | a competitive market. | 12:06:30 |
| 13 | Q.    I didn't ask you if they were | 12:06:32 |
| 14 | competitive.  I asked you whether you thought | 12:06:34 |
| 15 | these were large amounts. | 12:06:36 |
| 16 | A.    Well, I mean, this is a $45 | 12:06:38 |
| 17 | billion enterprise. | 12:06:40 |
| 18 | Q.    Mm-hmm. | 12:06:42 |
| 19 | A.    And there are lots of assets | 12:06:43 |
| 20 | out there to manage and to oversee and be | 12:06:44 |
| 21 | responsible for.  So when I think about it in | 12:06:47 |
| 22 | managing a $45 billion enterprise, when I | 12:06:53 |
| 23 | think about being responsible for the | 12:06:57 |
| 24 | management of the 5,000 people, you know, the | 12:06:58 |
| 25 | numbers get smaller to me. | 12:07:04 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | When I think about the amount | 12:07:05 |
| 2 | of money it is to an individual, it's a | 12:07:06 |
| 3 | significant amount of money, but it meets | 12:07:11 |
| 4 | all of my tests as to is it within, in the | 12:07:15 |
| 5 | range of the competition, of peers that we | 12:07:22 |
| 6 | compete with. | 12:07:26 |
| 7 | And I've got -- you know, | 12:07:26 |
| 8 | that's my sense of it, having been on this -- | 12:07:28 |
| 9 | chairman of this O&C Committee for seven | 12:07:34 |
| 10 | years, but it's also the sense of outside | 12:07:41 |
| 11 | counsel. | 12:07:42 |
| 12 | And also, I'm not aware of | 12:07:42 |
| 13 | any -- I'm not saying there are not any -- I'm | 12:07:44 |
| 14 | not aware of any creditors that are objecting | 12:07:47 |
| 15 | to this.  In fact, to the contrary, I'm aware | 12:07:49 |
| 16 | of some that are supportive of it.  So I am | 12:07:53 |
| 17 | not hearing a lot of objections coming from | 12:07:58 |
| 18 | those that are most interested in maximizing | 12:08:02 |
| 19 | the value of the enterprise.  Which would be | 12:08:04 |
| 20 | the creditors. | 12:08:07 |
| 21 | Q.   So you're saying that as far as | 12:08:09 |
| 22 | timing it was more -- it was important to you | 12:08:12 |
| 23 | to give certainty to your senior management | 12:08:15 |
| 24 | that they would in fact receive these bonuses | 12:08:17 |
| 25 | now; that was a very important initiative of | 12:08:22 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | yours, is that right? | 12:08:26 |
| 2 | MR. McKANE:   Objection to the | 12:08:27 |
| 3 | form.   Misstating prior testimony. | 12:08:28 |
| 4 | BY MS. SCHWARTZ: | 12:08:29 |
| 5 | Q.    Is that correct? | 12:08:30 |
| 6 | A.    Well, what I feel about it is, | 12:08:30 |
| 7 | and I'll say it, you know, maybe it's a little | 12:08:35 |
| 8 | different way -- | 12:08:38 |
| 9 | Q.    Sure. | 12:08:38 |
| 10 | A.    -- but an organization, you go | 12:08:40 |
| 11 | into bankruptcy, there's a lot of stress, | 12:08:46 |
| 12 | there's a lot of uncertainty, and there's a | 12:08:48 |
| 13 | lot of anxiety.  I think one of my jobs is to | 12:08:51 |
| 14 | minimize that.  One of my jobs is to give the | 12:08:54 |
| 15 | people hope.  One of my jobs is we're going to | 12:08:58 |
| 16 | get through this, it's going to be okay.  This | 12:09:01 |
| 17 | is a great company, great assets, great | 12:09:04 |
| 18 | people, it's all going to be fine.  So we're | 12:09:06 |
| 19 | going to get through it. | 12:09:10 |
| 20 | But what I've got to be able to | 12:09:13 |
| 21 | do is deliver also.  I've got to be able to | 12:09:16 |
| 22 | deliver in letting -- taking the uncertainty | 12:09:19 |
| 23 | out of their life in certain areas.  Because | 12:09:24 |
| 24 | what I want is I want this management team to | 12:09:26 |
| 25 | be all-in with me on we're going to get | 12:09:29 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 146

| | | |
|---|---|---|
| 1 | through it.  It's going to be okay.  There | 12:09:34 |
| 2 | is -- you know, there is a brighter future out | 12:09:37 |
| 3 | there when you look at kind of the basics of | 12:09:39 |
| 4 | this enterprise. | 12:09:41 |
| 5 | But if they're wandering around | 12:09:44 |
| 6 | for months and months and months not even | 12:09:46 |
| 7 | knowing what their '14 compensation is going | 12:09:48 |
| 8 | to be, let alone '15 and '16, which, you know, | 12:09:51 |
| 9 | we may still be doing this in '15 and '16, | 12:09:55 |
| 10 | then I don't -- and I worry about them being | 12:09:59 |
| 11 | all-in and what are they worrying about, and | 12:10:03 |
| 12 | what are they thinking about.  I want them | 12:10:06 |
| 13 | thinking about I'm going to operate this | 12:10:10 |
| 14 | company as safely and as efficiently as we | 12:10:12 |
| 15 | possibly can. | 12:10:14 |
| 16 | Q.    When you say you want them to | 12:10:16 |
| 17 | be "all-in," what's the alternative?  They | 12:10:18 |
| 18 | leave? | 12:10:20 |
| 19 | A.    That's up to each individual. | 12:10:21 |
| 20 | Q.    What do you mean by "all-in"? | 12:10:23 |
| 21 | What does that mean? | 12:10:25 |
| 22 | A.    Yeah, they -- well, no, I want | 12:10:26 |
| 23 | them all-in -- I want them all-in, they're | 12:10:28 |
| 24 | there, they're present, and I want them all-in | 12:10:32 |
| 25 | on job-one.  I want them all-in on running | 12:10:34 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | this enterprise -- this is an extremely risky | 12:10:38 |
| 2 | business.  And I'm not talking about | 12:10:42 |
| 3 | financially at this point.  I'm talking about | 12:10:43 |
| 4 | operationally.  When you're operating mines, | 12:10:46 |
| 5 | when you're operating coal-fired power plants. | 12:10:48 |
| 6 | And I don't mean just the -- | 12:10:52 |
| 7 | Q.    The executives are not | 12:10:53 |
| 8 | operating the mines and the coal-fired plants. | 12:10:54 |
| 9 | But let's try to stick with -- | 12:10:58 |
| 10 | let's try to stay with what I'm asking you. | 12:11:00 |
| 11 | And that is with respect to -- with respect to | 12:11:02 |
| 12 | this compensation, which I don't know if | 12:11:07 |
| 13 | you're aware, but one of the plans, the | 12:11:10 |
| 14 | Executive Annual Incentive Plan, is $16 | 12:11:13 |
| 15 | million at its maximum.  That's what the | 12:11:15 |
| 16 | company is seeking approval for now.  Other | 12:11:17 |
| 17 | plans are another $3 million.  Another plan | 12:11:22 |
| 18 | is -- right now the company says it's seeking | 12:11:25 |
| 19 | authorization for compensation of $1.8 | 12:11:29 |
| 20 | million, when in actuality, under the LTIP, | 12:11:34 |
| 21 | which we'll talk about, there's a lot more | 12:11:36 |
| 22 | money as part of that plan. | 12:11:38 |
| 23 | So that's what I am trying to | 12:11:40 |
| 24 | understand from you. | 12:11:42 |
| 25 | A.    Yeah, but let me -- you know, | 12:11:43 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 148

| | | |
|---|---|---|
| 1 | you made a statement that I want to make sure | 12:11:46 |
| 2 | on the record that I don't agree with, which | 12:11:49 |
| 3 | is that the executives don't operate the | 12:11:52 |
| 4 | plants. | 12:11:54 |
| 5 | Q.    Okay.  You can correct me.  I'm | 12:11:54 |
| 6 | sorry.  I didn't think they went to the | 12:11:56 |
| 7 | plants. | 12:11:58 |
| 8 | A.    Well, there's more than going | 12:11:59 |
| 9 | to the plants.  You put the systems in place, | 12:12:01 |
| 10 | the processes in place.  You set the tones. | 12:12:04 |
| 11 | You design and you enforce the safety | 12:12:07 |
| 12 | programs.  You make sure that people are | 12:12:11 |
| 13 | adhering to the safety programs.  I mean, | 12:12:13 |
| 14 | that's what happens at the executive level. | 12:12:16 |
| 15 | Q.    But I think there are some of | 12:12:18 |
| 16 | the executives that do that, like Mac | 12:12:20 |
| 17 | McFarland is in charge of -- I understand | 12:12:22 |
| 18 | that. | 12:12:24 |
| 19 | A.    I go to the plants. | 12:12:25 |
| 20 | Q.    Okay. | 12:12:25 |
| 21 | A.    I've been to the plants.  I've | 12:12:26 |
| 22 | been to the nuclear power plants.  I've been | 12:12:27 |
| 23 | to the coal mines.  I've been -- you go out | 12:12:29 |
| 24 | and you set the tone of our safety. | 12:12:31 |
| 25 | Q.    Right. | 12:12:37 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 149

| | | |
|---|---|---|
| 1 | A.    To me that's part of operating | 12:12:38 |
| 2 | the plant. | 12:12:39 |
| 3 | Q.    Okay. | 12:12:40 |
| 4 | A.    Is having the message very | 12:12:40 |
| 5 | clear to the entire organization, there is not | 12:12:42 |
| 6 | anything more important in this company than | 12:12:44 |
| 7 | the safety and well-being of these people that | 12:12:46 |
| 8 | work here. | 12:12:49 |
| 9 | Q.    I appreciate that. | 12:12:49 |
| 10 | A.    And so to say they don't | 12:12:50 |
| 11 | operate the plants, I just had to have on the | 12:12:52 |
| 12 | record, and make sure I had an exception to | 12:12:54 |
| 13 | that.  Because I don't want people to assume | 12:12:57 |
| 14 | that I think, yeah, they don't operate the | 12:12:58 |
| 15 | plants.  Because I think they do. | 12:13:01 |
| 16 | Q.    Well, I was using the word | 12:13:02 |
| 17 | "operate" meaning like journeymen, people that | 12:13:05 |
| 18 | are actually the day-to-day, hands-on, rank | 12:13:10 |
| 19 | and file of the company.  It wasn't my | 12:13:11 |
| 20 | impression that general counsel operates the | 12:13:13 |
| 21 | plants.  That general counsel is part of your | 12:13:14 |
| 22 | seven-member SPC. | 12:13:18 |
| 23 | So it was more in the layperson | 12:13:20 |
| 24 | general vernacular rather than that the | 12:13:23 |
| 25 | administration of a company at the end of the | 12:13:27 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 150

| | | |
|---|---|---|
| 1 | day is in charge of overall operations. | 12:13:29 |
| 2 | A.    The executive team in the | 12:13:33 |
| 3 | company is very -- very involved, including | 12:13:35 |
| 4 | the general counsel, of setting the | 12:13:38 |
| 5 | atmosphere, of setting the tone, setting the | 12:13:41 |
| 6 | environment that everybody is going to be very | 12:13:43 |
| 7 | focused on running the plants in a safe | 12:13:46 |
| 8 | manner. | 12:13:50 |
| 9 | Q.    I don't think there's any -- | 12:13:51 |
| 10 | any question about that. | 12:13:53 |
| 11 | A.    Okay. | 12:13:54 |
| 12 | Q.    I would like to show you the -- | 12:14:00 |
| 13 | in the motion, I had handed you the motion | 12:14:03 |
| 14 | before, and I would like you to please take a | 12:14:05 |
| 15 | look at page 11.  It starts on page 10. | 12:14:07 |
| 16 | A.    Mm-hmm. | 12:14:17 |
| 17 | Q.    Paragraph 16.  In paragraph 16 | 12:14:17 |
| 18 | there are a host of what are referred to in | 12:14:27 |
| 19 | the motion as a number of risks -- | 12:14:32 |
| 20 | A.    Yes, ma'am. | 12:14:36 |
| 21 | Q.    -- that could result to differ | 12:14:37 |
| 22 | the outcomes on the scorecards.  Right? | 12:14:39 |
| 23 | A.    Yes, ma'am. | 12:14:43 |
| 24 | Q.    And I would like to go through | 12:14:44 |
| 25 | these risks with you. | 12:14:46 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 151

| | |
|---|---|
| 1      A.    Sure. | 12:14:46 |
| 2      Q.    Because what I would like to | 12:14:47 |
| 3  know -- and maybe you can take a minute, and I | 12:14:48 |
| 4  don't have to go through every single one, but | 12:14:51 |
| 5  I would like to know whether these risks that | 12:14:53 |
| 6  are identified here are the same potential | 12:14:56 |
| 7  risks that have -- that are presented to the | 12:15:01 |
| 8  company each year? | 12:15:05 |
| 9      A.    The same potential risks that | 12:15:10 |
| 10 are presented to the company? | 12:15:11 |
| 11     Q.    Each year. | 12:15:13 |
| 12            For example, you started in | 12:15:14 |
| 13 2007 as chairman of the board, right? | 12:15:15 |
| 14     A.    We have to think about these | 12:15:17 |
| 15 risks every year, is that your question? | 12:15:19 |
| 16     Q.    Yes. | 12:15:21 |
| 17     A.    Yes. | 12:15:21 |
| 18     Q.    Are these, you know -- | 12:15:22 |
| 19     A.    Yes. | 12:15:24 |
| 20     Q.    That's what I wanted to | 12:15:24 |
| 21 understand, whether -- | 12:15:26 |
| 22     A.    Yes. | 12:15:26 |
| 23     Q.    So that each year when you're | 12:15:26 |
| 24 developing your metrics, et cetera, these are | 12:15:28 |
| 25 the same risks that are present? | 12:15:30 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 152

| | | | |
|---|---|---|---|
| 1 | A. | Right. | 12:15:32 |
| 2 | Q. | Okay.  Are there any others? | 12:15:32 |
| 3 | A. | Well, you know, let's go | 12:15:34 |
| 4 | through the list.  You can probably -- I would | | 12:15:37 |
| 5 | say there are others and then you can fit it | | 12:15:39 |
| 6 | into one of these.  So we'll go ahead and go | | 12:15:41 |
| 7 | through the list. | | 12:15:43 |
| 8 | Q. | Sure. | 12:15:44 |
| 9 | | "Energy commodity price | 12:15:46 |
| 10 | volatility.  The unique structure of" -- you | | 12:15:47 |
| 11 | want me to read them to you, or do you want to | | 12:15:50 |
| 12 | just -- | | 12:15:52 |
| 13 | A. | That's fine. | 12:15:53 |
| 14 | Q. | Okay.  Sure. | 12:15:53 |
| 15 | | "The unique structure of the | 12:15:55 |
| 16 | ERCOT energy market.  Operating costs of the | | 12:15:56 |
| 17 | company's nuclear and fossil fuel generation | | 12:15:58 |
| 18 | facilities.  Mine operating costs.  Supply and | | 12:16:01 |
| 19 | demand forces with commodity workforce and | | 12:16:03 |
| 20 | industrial markets.  Existing generation | | 12:16:08 |
| 21 | assets and fuel mix.  Fuel emission and other | | 12:16:10 |
| 22 | variable price inputs.  Regulatory or | | 12:16:13 |
| 23 | legislative changes that might affect the | | 12:16:15 |
| 24 | market in which the company operates.  Broader | | 12:16:18 |
| 25 | economic conditions.  The company's ability to | | 12:16:21 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | collect trade receivables from counterparties. | 12:16:23 |
| 2 | The company's ability to attract, retain and | 12:16:26 |
| 3 | service profitable retail customers.  Changes | 12:16:28 |
| 4 | in the prices of transportation of natural | 12:16:31 |
| 5 | gas, coal and other fuel products.  Market | 12:16:34 |
| 6 | heat rates in ERCOT.  The company's ability to | 12:16:37 |
| 7 | effectively hedge against volatile commodity | 12:16:41 |
| 8 | prices.  Access to adequate transmission | 12:16:44 |
| 9 | facilities.  The company's ability to | 12:16:47 |
| 10 | profitably implement cost savings without | 12:16:49 |
| 11 | sacrificing safety or the quality of the | 12:16:52 |
| 12 | company's products.  The nature and impact of | 12:16:54 |
| 13 | the current and future environmental | 12:16:58 |
| 14 | regulations.  The ability to attract and | 12:16:59 |
| 15 | retain skilled employees and leadership to | 12:17:02 |
| 16 | keep the company's financial and operational | 12:17:06 |
| 17 | performance on course." | 12:17:08 |
| 18 | A.   That's a pretty good list.  A | 12:17:12 |
| 19 | pretty good mix, yeah. | 12:17:14 |
| 20 | Q.   Okay.  I just wanted to know if | 12:17:15 |
| 21 | there were any others.  That was my question. | 12:17:17 |
| 22 | A.   No.  No, I think that's a good | 12:17:18 |
| 23 | list. | 12:17:20 |
| 24 | Q.   All right. | 12:17:20 |
| 25 | A.   I think it's a good list. | 12:17:22 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 154

| | |
|---|---|
| 1 | Again, I mean, it's highlighted, in my | 12:17:22 |
| 2 | judgment, by the -- number one is, you know -- | 12:17:24 |
| 3 | when I look at this list I see -- I see risks | 12:17:30 |
| 4 | that we have some control over, and I see | 12:17:33 |
| 5 | risks we have no control over. | 12:17:36 |
| 6 | Q.    Right. | 12:17:39 |
| 7 | A.    Which just goes with the | 12:17:40 |
| 8 | territory. | 12:17:41 |
| 9 | Q.    Right.  I understand that. | 12:17:41 |
| 10 | A.    Okay. | 12:17:43 |
| 11 | Q.    Earlier, you know, when I was | 12:17:43 |
| 12 | asking you questions about why the company | 12:17:48 |
| 13 | decided to put this motion forward at this | 12:17:51 |
| 14 | time, et cetera, you know, you talked about | 12:17:53 |
| 15 | the importance to deliver, right, to your | 12:17:56 |
| 16 | people. | 12:18:00 |
| 17 | A.    Mm-hmm. | 12:18:02 |
| 18 | Q.    And a bunch of things that you | 12:18:02 |
| 19 | said were important to you. | 12:18:05 |
| 20 | A.    Yeah. | 12:18:07 |
| 21 | Q.    I would like to know whether | 12:18:07 |
| 22 | you are of the mind, or -- excuse me, let me | 12:18:09 |
| 23 | rephrase that -- whether it is your belief | 12:18:12 |
| 24 | that if you did not put forth this motion at | 12:18:15 |
| 25 | that time that you would not be able to keep | 12:18:18 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 155

| | | |
|---|---|---|
| 1 | these valuable employees? | 12:18:21 |
| 2 | A.    You know, I've got a much | 12:18:24 |
| 3 | better chance -- we have -- I don't have to | 12:18:30 |
| 4 | say I -- we, as an enterprise, as a family of | 12:18:35 |
| 5 | people that are operating a terribly complex, | 12:18:38 |
| 6 | high-risk enterprise, we have a much better | 12:18:41 |
| 7 | chance of keeping these people if we reduce | 12:18:46 |
| 8 | the uncertainty in their own lives. | 12:18:52 |
| 9 | Q.    Meaning what they get paid? | 12:18:56 |
| 10 | A.    What they get paid. | 12:18:58 |
| 11 | Q.    Right. | 12:18:59 |
| 12 | A.    We have a better chance of | 12:19:00 |
| 13 | keeping these people if they learn from me and | 12:19:02 |
| 14 | others that we're going to do all we can for | 12:19:07 |
| 15 | them, that we care about them, we want to get | 12:19:11 |
| 16 | them that information as soon as we can. | 12:19:16 |
| 17 | And that's a very important | 12:19:22 |
| 18 | signal to send to people, that you care about | 12:19:23 |
| 19 | them. | 12:19:26 |
| 20 | And if I was to sit around | 12:19:27 |
| 21 | saying, well, let's file this in the spring of | 12:19:30 |
| 22 | 2015, well, what good does that do for | 12:19:32 |
| 23 | anybody? | 12:19:36 |
| 24 | I mean, I guess it does some | 12:19:36 |
| 25 | good.  But in the meantime, I think that the | 12:19:38 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | attitude of people will begin to believe their | 12:19:41 |
| 2 | worse kind of, I guess, concerns that well, | 12:19:47 |
| 3 | management of the board doesn't really control | 12:19:52 |
| 4 | this anymore.  We can't continue the same | 12:19:54 |
| 5 | programs that we've been operating on for | 12:19:56 |
| 6 | years and years and years and have served us | 12:19:58 |
| 7 | well over the years. | 12:20:01 |
| 8 | It's just we're adding to the | 12:20:05 |
| 9 | uncertainty of their lives, and so I want to | 12:20:07 |
| 10 | get as much uncertainty out of their lives as | 12:20:10 |
| 11 | I can. | 12:20:12 |
| 12 | Q.    Right. | 12:20:14 |
| 13 | A.    And I want them -- I'll use | 12:20:14 |
| 14 | it again -- all-in on going to work every day | 12:20:17 |
| 15 | to operate this enterprise in a safe, | 12:20:21 |
| 16 | productive manner. | 12:20:24 |
| 17 | Q.    Right. | 12:20:26 |
| 18 | A.    And the longer I delay that, | 12:20:28 |
| 19 | the more risk I feel -- myself having operated | 12:20:30 |
| 20 | and managed enterprises for 40 years, the | 12:20:35 |
| 21 | longer I delay that, the greater risk I feel | 12:20:38 |
| 22 | that they're not going to show up, or some | 12:20:43 |
| 23 | won't, or a few won't show up thinking about | 12:20:46 |
| 24 | job one, which is to operate every day and | 12:20:49 |
| 25 | think about every day operating in a safe | 12:20:53 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 157

| | | |
|---|---|---|
| 1 | productive manner. | 12:20:55 |
| 2 | And so if we keep delaying it, | 12:20:58 |
| 3 | then okay, you're starting to expose -- to me, | 12:20:59 |
| 4 | the way I think about it, is you're starting | 12:21:04 |
| 5 | to expose the whole enterprise and fellow | 12:21:06 |
| 6 | employees to additional risk, because now | 12:21:10 |
| 7 | they're out there working with those in the | 12:21:13 |
| 8 | field, and in the mines, and in the plants, | 12:21:17 |
| 9 | they're maybe thinking about something else. | 12:21:23 |
| 10 | Q.    Well, hang on a second. | 12:21:25 |
| 11 | We're not talking about the | 12:21:26 |
| 12 | rank and file.  The rank and file has their | 12:21:28 |
| 13 | certainty, right? | 12:21:30 |
| 14 | A.    Yeah, I understand that. | 12:21:31 |
| 15 | Q.    Okay. | 12:21:34 |
| 16 | A.    But don't think -- the whole | 12:21:34 |
| 17 | company would be focused on this, that are we | 12:21:35 |
| 18 | going to be able to run the programs like we | 12:21:38 |
| 19 | have been running compensation programs over | 12:21:41 |
| 20 | the years. | 12:21:43 |
| 21 | Q.    Mr. Evans, are you actually | 12:21:45 |
| 22 | saying that the people that are working in the | 12:21:49 |
| 23 | mines are focused on whether or not the senior | 12:21:51 |
| 24 | executives of the company get | 12:21:54 |
| 25 | multimillion-dollar bonuses? | 12:21:56 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 158

| | | |
|---|---|---|
| 1 | A.    I'm saying that what people are | 12:21:58 |
| 2 | wondering about is whether or not the senior | 12:22:02 |
| 3 | executive team can continue to manage the | 12:22:04 |
| 4 | compensation programs we have managed them | 12:22:07 |
| 5 | over the years. | 12:22:10 |
| 6 | Q.    But they're already -- I guess | 12:22:10 |
| 7 | I'm losing a little disconnect.  Because their | 12:22:12 |
| 8 | compensation programs have already been | 12:22:17 |
| 9 | approved.  What is the worry -- I don't | 12:22:18 |
| 10 | understand what you're saying. | 12:22:22 |
| 11 | A.    What I'm saying is if there's a | 12:22:23 |
| 12 | story in the paper that the -- first of all, | 12:22:25 |
| 13 | if there's a story in the paper that the | 12:22:29 |
| 14 | insiders are not being paid. | 12:22:31 |
| 15 | Q.    Okay. | 12:22:32 |
| 16 | A.    Why not?  Why are they not | 12:22:34 |
| 17 | being paid? | 12:22:35 |
| 18 | Well, that's because under | 12:22:36 |
| 19 | bankruptcy then it's got to go through a | 12:22:39 |
| 20 | process, and it's being challenged, and so | 12:22:41 |
| 21 | we've got to figure out if the insiders are | 12:22:44 |
| 22 | going to be paid or not. | 12:22:48 |
| 23 | Q.    Okay. | 12:22:49 |
| 24 | A.    So now you're starting to get | 12:22:49 |
| 25 | to kind of the uncertainty of managing the | 12:22:52 |

| | | |
|---|---|---|
| 1 | enterprise and the uncertainty of managing the | 12:22:53 |
| 2 | compensation programs. | 12:22:56 |
| 3 | Now, I understand that this | 12:22:58 |
| 4 | motion is specifically about just the | 12:22:59 |
| 5 | insiders.  I get that. | 12:23:02 |
| 6 | Q.    Right. | 12:23:03 |
| 7 | A.    But when you're going through a | 12:23:04 |
| 8 | period like this, you know, you've got to know | 12:23:05 |
| 9 | that people throughout the company are talking | 12:23:08 |
| 10 | about kind of, well, what are the risks being | 12:23:10 |
| 11 | involved in bankruptcy. | 12:23:13 |
| 12 | Q.    Of course.  Of course. | 12:23:14 |
| 13 | A.    And so this is another signal | 12:23:16 |
| 14 | of it.  Right?  I mean -- | 12:23:17 |
| 15 | Q.    I don't know -- I don't know if | 12:23:19 |
| 16 | I would agree with you that this particular | 12:23:21 |
| 17 | multimillion-dollar bonuses to executives | 12:23:24 |
| 18 | would be a signal.  Maybe perhaps a sale of | 12:23:26 |
| 19 | assets, or whether or not they're going to | 12:23:29 |
| 20 | have their jobs.  I mean, I think that it | 12:23:31 |
| 21 | would be fair to say that's probably the big | 12:23:34 |
| 22 | concern of the rank and file. | 12:23:36 |
| 23 | But I guess what I just didn't | 12:23:39 |
| 24 | quite understand, why you were suggesting that | 12:23:42 |
| 25 | this was going to be a -- | 12:23:45 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 160

| | | |
|---|---|---|
| 1 | A.    Well, look, I would say this. | 12:23:47 |
| 2 | There's no question, I mean -- I won't say we | 12:23:48 |
| 3 | agree.  I would say, look, this motion, the | 12:23:52 |
| 4 | insiders are focused on it.  Big time. | 12:23:56 |
| 5 | Q.    Right. | 12:23:58 |
| 6 | A.    And they're the ones that set | 12:23:59 |
| 7 | the environment and the tone and the | 12:24:00 |
| 8 | leadership -- | 12:24:01 |
| 9 | Q.    I understand that. | 12:24:02 |
| 10 | A.    -- for the entire enterprise. | 12:24:04 |
| 11 | Q.    I understand that. | 12:24:04 |
| 12 | A.    And so if the insiders have | 12:24:05 |
| 13 | uncertainty, and they have other concerns, and | 12:24:10 |
| 14 | they're not focussing on job-one like they | 12:24:13 |
| 15 | need to be focused on job-one, it impacts the | 12:24:17 |
| 16 | entire enterprise, is all I'm trying to say. | 12:24:19 |
| 17 | Q.    Right.  I got you. | 12:24:22 |
| 18 | Let me ask you this: | 12:24:25 |
| 19 | Do you have any reason to | 12:24:26 |
| 20 | believe that if you did not put forth this | 12:24:27 |
| 21 | motion that you would not be able to retain | 12:24:29 |
| 22 | the insiders? | 12:24:31 |
| 23 | A.    Not put forth the motion or | 12:24:33 |
| 24 | not -- | 12:24:36 |
| 25 | Q.    If you did not put forth the | 12:24:37 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | motion for the bonuses, do you have any reason | 12:24:38 |
| 2 | to believe that they would leave? | 12:24:40 |
| 3 | A.    I have every reason in my mind | 12:24:42 |
| 4 | to think that it would severely damage the | 12:24:46 |
| 5 | value of the enterprise. | 12:24:50 |
| 6 | Q.    That's not the question.  The | 12:24:51 |
| 7 | question is: | 12:24:53 |
| 8 | Do you have any reason to | 12:24:54 |
| 9 | believe that if you didn't put forward the | 12:24:55 |
| 10 | motion, the senior executive management would | 12:24:58 |
| 11 | seek employment elsewhere? | 12:25:00 |
| 12 | A.    Look, I think that there | 12:25:03 |
| 13 | would -- again, I am going to restate it | 12:25:06 |
| 14 | anyway, because how I think about these | 12:25:08 |
| 15 | matters is that I've got a responsibility to | 12:25:10 |
| 16 | maximize the value of the enterprise, and I've | 12:25:14 |
| 17 | got a responsibility to make sure we're doing | 12:25:17 |
| 18 | all we can to run this enterprise in a safe | 12:25:19 |
| 19 | manner.  And I'm just -- my number-one | 12:25:22 |
| 20 | responsibility of maximizing the value of | 12:25:25 |
| 21 | the enterprise, I think that this would hurt | 12:25:28 |
| 22 | the -- if we didn't put forth the motion -- | 12:25:32 |
| 23 | Q.    Right. | 12:25:35 |
| 24 | A.    -- I think it hurts the value | 12:25:36 |
| 25 | of the enterprise. | 12:25:37 |