CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| 1 | had a very large hedge position in place which | 14:53:30 |
| 2 | protected us from, not all of the down draft | 14:53:34 |
| 3 | of power prices, but a substantial part of it, | 14:53:40 |
| 4 | and so we knew for 2007 to 2012 we were going | 14:53:43 |
| 5 | to be okay, even though power prices had | 14:53:50 |
| 6 | collapsed.  And we started looking beyond, | 14:53:54 |
| 7 | into 2013 and 2014, we started to realize, | 14:53:57 |
| 8 | well, gee whiz, you know, we'll see, don't | 14:54:00 |
| 9 | know yet, hopefully not, but there was | 14:54:03 |
| 10 | beginning to be a little bit of concern around | 14:54:07 |
| 11 | where might we be when it comes time to make | 14:54:09 |
| 12 | these LTIP payments. | 14:54:15 |
| 13 | I wanted to, again back to my | 14:54:18 |
| 14 | earlier comments, the importance of having | 14:54:21 |
| 15 | your people, in this case your senior leaders, | 14:54:25 |
| 16 | have some certainty around they're going to | 14:54:28 |
| 17 | get paid.  We looked at it carefully, sought | 14:54:31 |
| 18 | advice on it, and then made the decision to | 14:54:38 |
| 19 | put L/Cs in place on the LTIPs for the members | 14:54:45 |
| 20 | of the SPC, just to protect what they earned. | 14:54:50 |
| 21 | So they're going to earn it. | 14:54:55 |
| 22 | The first program -- that's not what's covered | 14:55:00 |
| 23 | by the L/C.  What's covered by the L/C is '12, | 14:55:02 |
| 24 | '13 and '14. | 14:55:06 |
| 25 | And so those were put in place, | 14:55:10 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | those L/Cs were put in place in time to cover | 14:55:12 |
| 2 | the LTIP for '12, '13 and '14.  And it's just | 14:55:15 |
| 3 | simply kind of taking off the table the senior | 14:55:21 |
| 4 | management being paid that amount of money if | 14:55:25 |
| 5 | they earned it.  I mean, they had to earn it. | 14:55:32 |
| 6 | You know, there were certain metrics they had | 14:55:34 |
| 7 | to meet.  If they met the metrics, and were | 14:55:36 |
| 8 | still there, then we wanted to give them the | 14:55:40 |
| 9 | assurance that it would get paid. | 14:55:42 |
| 10 | Q.    You know, it's a pretty | 14:55:43 |
| 11 | significant step to take to put that | 14:55:48 |
| 12 | substantial amount of money in reserve, if you | 14:55:54 |
| 13 | will. | 14:56:00 |
| 14 | A.    Mm-hmm. | 14:56:00 |
| 15 | Q.    You said that you wanted to | 14:56:00 |
| 16 | give them certainty.  Why else? | 14:56:02 |
| 17 | MR. McKANE:  I am sorry, why | 14:56:06 |
| 18 | what? | 14:56:07 |
| 19 | BY MS. SCHWARTZ: | 14:56:08 |
| 20 | Q.    Why else? | 14:56:08 |
| 21 | MR. McKANE:  Objection; vague. | 14:56:09 |
| 22 | I'm not following you. | 14:56:10 |
| 23 | BY MS. SCHWARTZ: | 14:56:13 |
| 24 | Q.    You can answer. | 14:56:13 |
| 25 | A.    Well, look, I mean, I wanted -- | 14:56:15 |

| | | |
|---|---|---|
| 1 | again, I think it's very important that by | 14:56:21 |
| 2 | that time it was clear to me we had a very | 14:56:25 |
| 3 | strong team at the top. | 14:56:29 |
| 4 | Q.    Right. | 14:56:30 |
| 5 | A.    And I wanted them focused on | 14:56:32 |
| 6 | job-one.  And I didn't -- from my own personal | 14:56:37 |
| 7 | decision I didn't want them concerned whether | 14:56:43 |
| 8 | or not they were going to get paid if they | 14:56:53 |
| 9 | earned the LTIP, earning the -- meaning the | 14:56:57 |
| 10 | metrics, and still there. | 14:57:05 |
| 11 | Q.    Hang on a second.  You already | 14:57:06 |
| 12 | said that, you know, in terms of you wanted | 14:57:08 |
| 13 | them to have certainty. | 14:57:10 |
| 14 | I said were there any other | 14:57:11 |
| 15 | reasons why the company took that step to | 14:57:12 |
| 16 | secure that money under borrowings for these | 14:57:18 |
| 17 | employees? | 14:57:22 |
| 18 | A.    Well, I think again it gets | 14:57:24 |
| 19 | back to kind of, I guess, the total package. | 14:57:25 |
| 20 | I mean, I felt like it was incentivizing, but | 14:57:29 |
| 21 | I also felt like that if we had -- if they had | 14:57:32 |
| 22 | the certainty even if we -- even if we found | 14:57:38 |
| 23 | ourselves in the position of being in a | 14:57:41 |
| 24 | restructuring or in bankruptcy, that they were | 14:57:48 |
| 25 | going to get paid, and so I want them -- you | 14:57:51 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | know, I want them -- I want them still around | 14:57:56 |
| 2 | there.  If they're beginning to worry that, | 14:57:59 |
| 3 | you know, I'm not going to get paid, then that | 14:58:01 |
| 4 | makes them, in my judgment, more vulnerable to | 14:58:04 |
| 5 | somebody coming along and picking them off. | 14:58:08 |
| 6 | Q.    So it was an added ability to | 14:58:10 |
| 7 | retain them? | 14:58:12 |
| 8 | MR. McKANE:  Objection to form. | 14:58:12 |
| 9 | Misstates testimony. | 14:58:14 |
| 10 | BY MS. SCHWARTZ: | 14:58:15 |
| 11 | Q.    Is that correct? | 14:58:15 |
| 12 | MR. McKANE:  Misstates | 14:58:16 |
| 13 | testimony. | 14:58:17 |
| 14 | A.    Yeah, I mean I -- | 14:58:18 |
| 15 | MS. SCHWARTZ:  Actually, it | 14:58:19 |
| 16 | doesn't. | 14:58:19 |
| 17 | MR. McKANE:  It does. | 14:58:20 |
| 18 | A.    Again, these programs, in my | 14:58:22 |
| 19 | judgment, incentive-based, they've got to hit | 14:58:26 |
| 20 | targets.  But is there a retentive piece to | 14:58:30 |
| 21 | it?  Yeah. | 14:58:33 |
| 22 | Q.    It's called a retention -- the | 14:58:33 |
| 23 | whole thing, we just went through that. | 14:58:34 |
| 24 | A.    Right. | 14:58:37 |
| 25 | Q.    I think I know the answer to | 14:58:38 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | this but I am going to ask you the question | 14:58:47 |
| 2 | anyway. | 14:58:49 |
| 3 | A.    Sure. | 14:58:49 |
| 4 | Q.    Under the motion are you aware | 14:58:50 |
| 5 | that -- you know what?  I don't even think I | 14:58:51 |
| 6 | need to ask you that question, because it's | 14:58:54 |
| 7 | really -- well, I guess I'll ask you the | 14:58:55 |
| 8 | question. | 14:58:57 |
| 9 | Under the motion, the motion | 14:58:57 |
| 10 | purports -- well, actually it states that it's | 14:59:00 |
| 11 | only seeking approval of $1.8 million because | 14:59:03 |
| 12 | the payments for general counsel and head of | 14:59:08 |
| 13 | human relations were not, in fact, secured by | 14:59:13 |
| 14 | a letter of credit. | 14:59:18 |
| 15 | Are you aware of that? | 14:59:21 |
| 16 | A.    I am. | 14:59:23 |
| 17 | Q.    Okay.  Did you have any concern | 14:59:24 |
| 18 | that there is not also a request for allowance | 14:59:30 |
| 19 | of the amounts of money that the company has | 14:59:33 |
| 20 | secured for payments under the plan for the | 14:59:36 |
| 21 | other participants? | 14:59:40 |
| 22 | A.    For the other participants? | 14:59:42 |
| 23 | You're talking about the other two? | 14:59:43 |
| 24 | Q.    It's actually John Young, | 14:59:45 |
| 25 | McFarland, Keglevic -- | 14:59:48 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | A.    They're all secured. | 14:59:51 |
| 2 | Q.    And Burke. | 14:59:51 |
| 3 | A.    They all have L/C. | 14:59:53 |
| 4 | Q.    There's no request in the | 14:59:54 |
| 5 | motion for approval of allowance of the | 14:59:55 |
| 6 | continuation of this plan which would include | 14:59:59 |
| 7 | allowance of paying of those claims.  Did you | 15:00:05 |
| 8 | have any concern about that? | 15:00:07 |
| 9 | A.    No.  I mean, it's been | 15:00:09 |
| 10 | discussed, and I've been advised that I don't | 15:00:12 |
| 11 | need to have any concern about it. | 15:00:15 |
| 12 | Q.    Okay.  All right. | 15:00:17 |
| 13 | MS. SCHWARTZ:  Can we go to the | 15:00:21 |
| 14 | owner-operator?  Okay, good. | 15:00:23 |
| 15 | BY MS. SCHWARTZ: | 15:00:32 |
| 16 | Q.    Thank you. | 15:00:33 |
| 17 | A.    Yeah.  You bet. | 15:00:33 |
| 18 | MS. SCHWARTZ:  We're going to | 15:00:44 |
| 19 | take a minute, because I want to take a look | 15:00:45 |
| 20 | and read this. | 15:00:46 |
| 21 | THE WITNESS:  Go ahead.  Help | 15:00:48 |
| 22 | yourself. | 15:00:48 |
| 23 | THE COURT REPORTER:  Can we go | 15:00:51 |
| 24 | off? | 15:00:54 |
| 25 | MS. SCHWARTZ:  Yes, we can go | 15:00:54 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 231

| | | |
|---|---|---|
| 1 | off. | 15:00:55 |
| 2 | THE VIDEOGRAPHER:  The time is | 15:00:55 |
| 3 | 3:00 p.m.  We're off the record. | 15:00:56 |
| 4 | - - - | 15:02:41 |
| 5 | (Pause.) | |
| 6 | - - - | 15:04:13 |
| 7 | THE VIDEOGRAPHER:  The time is | 15:04:13 |
| 8 | now 3:03.  Back on the record. | 15:04:18 |
| 9 | BY MS. SCHWARTZ: | 15:04:21 |
| 10 | Q.    Okay.  Now, where is that other | 15:04:22 |
| 11 | document?  UST 7? | 15:04:24 |
| 12 | A little while ago, Mr. Evans, | 15:04:34 |
| 13 | I showed you this document, UST 7. | 15:04:36 |
| 14 | A.    Right. | 15:04:39 |
| 15 | Q.    Okay. | 15:04:39 |
| 16 | A.    Okay. | 15:04:40 |
| 17 | Q.    And there was a little tumult | 15:04:40 |
| 18 | that perhaps that wasn't the right document | 15:04:46 |
| 19 | for the owner-operator. | 15:04:48 |
| 20 | A.    Right. | 15:04:50 |
| 21 | Q.    Subsequently it was determined | 15:04:50 |
| 22 | by the debtors that that document is in fact | 15:04:52 |
| 23 | the master document under the owner-operator | 15:04:57 |
| 24 | plan. | 15:05:01 |
| 25 | A.    Mm-hmm. | 15:05:02 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | Q.    That's all I am going to say | 15:05:02 |
| 2 | about it, and now I would like to know whether | 15:05:04 |
| 3 | or not you've ever seen it. | 15:05:06 |
| 4 | A.    I have -- I know I have looked | 15:05:07 |
| 5 | at these documents, and, you know, I guess I | 15:05:10 |
| 6 | would say one thing about these.  In the | 15:05:15 |
| 7 | owner-operator there's no stock involved, and | 15:05:18 |
| 8 | so when you look at -- the O&C Committee, we | 15:05:22 |
| 9 | focus, when we look at plans, we focus on the | 15:05:25 |
| 10 | SPC, right, the top seven members. | 15:05:27 |
| 11 | When it comes to those and | 15:05:30 |
| 12 | below, we're aware of the programs, we know | 15:05:34 |
| 13 | what they're doing.  If there's a stock | 15:05:36 |
| 14 | component to it, then yes, absolutely it has | 15:05:39 |
| 15 | to go through the O&C Committee. | 15:05:42 |
| 16 | And if it does not have a stock | 15:05:46 |
| 17 | component to it, then it's not an absolute. | 15:05:48 |
| 18 | I have seen the plan, I know | 15:05:50 |
| 19 | the plan, I'm familiar with the plan.  I can't | 15:05:51 |
| 20 | recall, without going back and looking, | 15:05:54 |
| 21 | exactly how the implementation of it was | 15:05:56 |
| 22 | handled. | 15:06:00 |
| 23 | Q.    Right.  I understand -- and | 15:06:00 |
| 24 | it's called the "EFH Corporation Retention | 15:06:02 |
| 25 | Award Plan." | 15:06:04 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 233

| | | |
|---|---|---|
| 1 | Do you see that? | 15:06:05 |
| 2 | A.    Right.  I do. | 15:06:05 |
| 3 | Q.    And under number 1 it says | 15:06:07 |
| 4 | "Purpose and Effective date."  It says:  "In | 15:06:10 |
| 5 | order to retain the services of certain key | 15:06:13 |
| 6 | employees Energy Future Holdings Corp., a | 15:06:15 |
| 7 | Texas corporation, has adopted this EFH | 15:06:18 |
| 8 | Corp. Retention Award Plan to incentivize such | 15:06:21 |
| 9 | key employees to continue providing services | 15:06:25 |
| 10 | to the Company and its affiliates." | 15:06:27 |
| 11 | Correct? | 15:06:30 |
| 12 | A.    Mm-hmm. | 15:06:31 |
| 13 | Q.    Now, I understand from the | 15:06:31 |
| 14 | documents that have been filed that the | 15:06:34 |
| 15 | members of the SPC are not eligible under the | 15:06:36 |
| 16 | owner-operator -- let me say this -- I am not | 15:06:43 |
| 17 | saying that right. | 15:06:46 |
| 18 | Under the owner-operator plan | 15:06:46 |
| 19 | were the members of the SPC eligible? | 15:06:48 |
| 20 | A.    No. | 15:06:52 |
| 21 | Q.    Okay.  So they were never | 15:06:52 |
| 22 | eligible, right? | 15:06:57 |
| 23 | A.    That's correct. | 15:06:58 |
| 24 | Q.    So there came a point in time | 15:06:58 |
| 25 | when the company -- in the paper it says, | 15:07:02 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 234

| | | |
|---|---|---|
| 1 | sought to continue the owner-operator plan | 15:07:06 |
| 2 | by -- I would like to know why it was | 15:07:09 |
| 3 | continued, and why it appears to be changed? | 15:07:11 |
| 4 | A.    You're talking about to a key | 15:07:17 |
| 5 | leader plan? | 15:07:18 |
| 6 | Q.    Yes. | 15:07:19 |
| 7 | A.    Okay, yeah. | 15:07:19 |
| 8 | Well, again, this | 15:07:21 |
| 9 | owner-operator plan is an incentive plus | 15:07:25 |
| 10 | retention plan that's got a 100 percent cash | 15:07:31 |
| 11 | component to it, and so we were moving our | 15:07:34 |
| 12 | longer-term plans from being equity-based, | 15:07:38 |
| 13 | stock-based, to cash-based. | 15:07:42 |
| 14 | And so that's what we did with | 15:07:45 |
| 15 | the owner-operator plans for -- those plans | 15:07:46 |
| 16 | for two back-to-back two-year periods, '10 and | 15:07:54 |
| 17 | '11 and then '12 and '13. | 15:07:58 |
| 18 | As we looked at the prospects | 15:08:01 |
| 19 | of restructuring, or filing for bankruptcy, we | 15:08:03 |
| 20 | realized that there were certain issues we | 15:08:05 |
| 21 | needed to think more seriously about, like | 15:08:08 |
| 22 | insiders and non-insiders, and so we decided | 15:08:12 |
| 23 | to move away from what we called the | 15:08:17 |
| 24 | owner-operator plan and had, you know, a | 15:08:20 |
| 25 | hundred-and-something people in it, all of | 15:08:24 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 235

| # | | |
|---|---|---|
| 1 | them not designating between insiders and | 15:08:27 |
| 2 | non-insiders, they're just all the same, it's | 15:08:30 |
| 3 | all based off of hitting EBITDA metrics, and | 15:08:33 |
| 4 | whereas the key leader plan we have split into | 15:08:40 |
| 5 | a -- there was a key leader plan and a key | 15:08:45 |
| 6 | leader performance plan. | 15:08:48 |
| 7 | And in the key leader plan | 15:08:48 |
| 8 | was -- we determined it was going to be for | 15:08:53 |
| 9 | non-insiders, and all-time-based.  You just -- | 15:08:56 |
| 10 | you have to be here. | 15:09:00 |
| 11 | And so we put that in place for | 15:09:05 |
| 12 | the non-insiders, and then we put a key leader | 15:09:07 |
| 13 | performance plan in place for, quote, | 15:09:12 |
| 14 | "insiders." | 15:09:14 |
| 15 | Q.    And did you do that because if | 15:09:16 |
| 16 | it was just, in your understanding, a | 15:09:19 |
| 17 | retention plan it wouldn't be permissible | 15:09:23 |
| 18 | under the Bankruptcy Code? | 15:09:25 |
| 19 | A.    We knew it was important for it | 15:09:26 |
| 20 | to be incentive-based, and it's primarily | 15:09:29 |
| 21 | incentive-based. | 15:09:33 |
| 22 | Does it have a retention | 15:09:35 |
| 23 | component to it?  Yeah.  Absolutely. | 15:09:36 |
| 24 | Q.    Well, it's called -- | 15:09:38 |
| 25 | A.    Yeah.  This, again, is | 15:09:40 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | owner-operator.  I was talking more about the | 15:09:43 |
| 2 | key leader performance plan that kind of is a | 15:09:45 |
| 3 | follow-on to these two plans. | 15:09:49 |
| 4 | Q.   I got you. | 15:09:51 |
| 5 | A.   So I take your point. | 15:09:52 |
| 6 | Q.   And in developing the key | 15:09:54 |
| 7 | leader you used the advisors that you had | 15:10:03 |
| 8 | said -- | 15:10:04 |
| 9 | A.   We did.  We did. | 15:10:05 |
| 10 | Q.   With respect to the costs of | 15:10:07 |
| 11 | these plans, is it your view that the costs | 15:10:12 |
| 12 | are reasonable in light of the assets and | 15:10:18 |
| 13 | liabilities of the company? | 15:10:26 |
| 14 | A.   It is my view that they are, | 15:10:28 |
| 15 | and it's, I would say, my informed view by | 15:10:31 |
| 16 | advisors that I rely on, and asked that very | 15:10:36 |
| 17 | question.  I mean, those are the kind of | 15:10:40 |
| 18 | questions you should ask.  I do ask them.  I | 15:10:42 |
| 19 | listen to the advisors that look at that and | 15:10:44 |
| 20 | study that, and then I have to trust their | 15:10:46 |
| 21 | counsel, trust their advice. | 15:10:48 |
| 22 | Q.   Revisiting for a moment the | 15:10:50 |
| 23 | EAIP, the Executive Annual Incentive Plan. | 15:10:54 |
| 24 | A.   Yes. | 15:11:06 |
| 25 | Q.   If you were to describe the | 15:11:07 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 237

| | | |
|---|---|---|
| 1 | level of difficulty, or the stretch, as you | 15:11:08 |
| 2 | called it, of the incentives, on a scale of 1 | 15:11:10 |
| 3 | to 10, where 10 was the hardest to make, and 1 | 15:11:13 |
| 4 | was the easiest, where would you -- where | 15:11:17 |
| 5 | would you place that? | 15:11:19 |
| 6 | A.    To get to the -- | 15:11:21 |
| 7 | MR. McKANE:  Objection to the | 15:11:22 |
| 8 | form. | 15:11:22 |
| 9 | Go ahead. | 15:11:22 |
| 10 | A.    Yeah, I mean, I think, you | 15:11:24 |
| 11 | know, there it kind of depends which metric | 15:11:25 |
| 12 | you're talking about. | 15:11:30 |
| 13 | Q.    How about EBITDA? | 15:11:31 |
| 14 | A.    Yeah, well, but is it the | 15:11:32 |
| 15 | threshold or the target, or the superior? | 15:11:34 |
| 16 | Q.    How about threshold? | 15:11:37 |
| 17 | A.    The target is, I think, the | 15:11:38 |
| 18 | most appropriate one to talk about, because -- | 15:11:39 |
| 19 | or the baseline -- because that's kind of the | 15:11:41 |
| 20 | budget.  And again, a lot of -- a lot of it's | 15:11:43 |
| 21 | outside of your control so you have to kind of | 15:11:49 |
| 22 | judge the risk of those things that are | 15:11:55 |
| 23 | outside of your control. | 15:11:57 |
| 24 | But I would probably put a 7 on | 15:11:59 |
| 25 | it, or an 8 on it, and not a 5, not a 4, or | 15:12:00 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 238

| | | |
|---|---|---|
| 1 | not a 3.  I would probably put a 7 on it. | 15:12:05 |
| 2 | And one of the reasons I say | 15:12:07 |
| 3 | that is because another interesting thing, | 15:12:09 |
| 4 | I've always thought it was interesting, I | 15:12:12 |
| 5 | think the board as well, is the management, | 15:12:14 |
| 6 | every year in developing the budget, and which | 15:12:19 |
| 7 | drives scorecards, we will include what they | 15:12:24 |
| 8 | call a management challenge, and that | 15:12:27 |
| 9 | management challenge is costs that they're | 15:12:30 |
| 10 | going to cut out of the cost structure of the | 15:12:34 |
| 11 | company.  They haven't identified them yet, | 15:12:36 |
| 12 | they don't know where they are for sure, but | 15:12:39 |
| 13 | we're going to put that challenge out there | 15:12:42 |
| 14 | for us to meet. | 15:12:45 |
| 15 | And so, you know, they, in | 15:12:47 |
| 16 | their calculations of what EBITDA will be, | 15:12:50 |
| 17 | that management challenge is in there, which | 15:12:57 |
| 18 | means they've -- they say, hey, we don't know | 15:13:00 |
| 19 | where we're cutting the costs, but we think we | 15:13:04 |
| 20 | can cut it. | 15:13:06 |
| 21 | So they don't have to do that. | 15:13:07 |
| 22 | They could just say no, the budget's the | 15:13:09 |
| 23 | budget, and, you know, hopefully we can save | 15:13:11 |
| 24 | some costs here and there. | 15:13:13 |
| 25 | So, you know, I have seen | 15:13:15 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 239

| | | |
|---|---|---|
| 1 | different signals like that from the | 15:13:18 |
| 2 | management whereby I think they're making it | 15:13:20 |
| 3 | more than a lay-up.  They're making stretch | 15:13:22 |
| 4 | kind of targets. | 15:13:28 |
| 5 | To get to superior, I would say | 15:13:30 |
| 6 | that's a 10.  You know, it's a 9 or 10.  It's | 15:13:32 |
| 7 | a 10.  I mean, it's a 10. | 15:13:37 |
| 8 | Q.    Would it surprise you that in | 15:13:39 |
| 9 | the histories, in the various documents we've | 15:13:42 |
| 10 | received on the company's past performance, | 15:13:46 |
| 11 | that they've in fact hit the superior several | 15:13:48 |
| 12 | times? | 15:13:52 |
| 13 | A.    No, that wouldn't shock me.  We | 15:13:53 |
| 14 | had a lot of targets out there, a lot of | 15:13:55 |
| 15 | metrics out there.  Everything lines up | 15:13:57 |
| 16 | sometimes for you, and, you know, does it | 15:14:00 |
| 17 | happen one out of, you know, I don't know, ten | 15:14:04 |
| 18 | times?  Maybe.  No, that doesn't surprise me. | 15:14:06 |
| 19 | Q.    Can you talk about the | 15:15:02 |
| 20 | presidential pool? | 15:15:03 |
| 21 | A.    I can. | 15:15:06 |
| 22 | From year to year a certain | 15:15:12 |
| 23 | amount of money, a number that sticks in my | 15:15:14 |
| 24 | mind is a $3 million kind of number, that is | 15:15:19 |
| 25 | money set aside for the president or the CEO | 15:15:24 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | to make special spot bonuses to employees.  It | 15:15:30 |
| 2 | goes kind of down through the organization. | 15:15:38 |
| 3 | It's not for the SPC.  There have been spot | 15:15:39 |
| 4 | bonuses made at the SPC level that are always | 15:15:43 |
| 5 | board approved.  But it's for individuals that | 15:15:48 |
| 6 | show, you know, exceptional performance in a | 15:15:54 |
| 7 | certain area, or maybe it's just one | 15:15:57 |
| 8 | extraordinary act -- | 15:16:01 |
| 9 | Q.    Did you say that it's not for | 15:16:04 |
| 10 | SPC? | 15:16:06 |
| 11 | A.    There are spot bonuses that go | 15:16:06 |
| 12 | to -- that have gone to the SPC.  What I can't | 15:16:09 |
| 13 | tell you for absolutely sure, if that came out | 15:16:14 |
| 14 | of the presidential pool or it was separate. | 15:16:17 |
| 15 | Because the spot bonuses always got approved | 15:16:21 |
| 16 | by the board.  And so having not looked at the | 15:16:24 |
| 17 | math, I know he's got some money over here | 15:16:28 |
| 18 | that's -- that is available to him to make | 15:16:33 |
| 19 | spot bonuses, $25,000, $50,000, $10,000, you | 15:16:39 |
| 20 | know, normally somewhat smaller bonuses I | 15:16:42 |
| 21 | guess I would say.  But there have been | 15:16:46 |
| 22 | bonuses that have gone to SPC members for | 15:16:48 |
| 23 | extraordinary performance. | 15:16:52 |
| 24 | Q.    That would be a part of the $3 | 15:16:54 |
| 25 | million pool, right? | 15:16:56 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 241

| | | |
|---|---|---|
| 1 | A.    I don't -- that's my question. | 15:16:57 |
| 2 | Q.    Oh, okay. | 15:16:58 |
| 3 | A.    I can't tell you.  That's why I | 15:16:59 |
| 4 | think maybe not, because that -- those, to my | 15:17:01 |
| 5 | recollection, have always been brought to the | 15:17:05 |
| 6 | board for the board to vote.  So that to me is | 15:17:06 |
| 7 | saying that he probably didn't have that | 15:17:09 |
| 8 | authority.  I am not positive about that.  I | 15:17:11 |
| 9 | would have to go back and look. | 15:17:14 |
| 10 | Q.    So in other words, in addition | 15:17:16 |
| 11 | to these compensation plans there are these | 15:17:17 |
| 12 | quote-unquote "spot" bonuses that the board | 15:17:20 |
| 13 | can separately approve and provide to the | 15:17:25 |
| 14 | SPC -- | 15:17:29 |
| 15 | A.    That's correct.  That's | 15:17:30 |
| 16 | correct. | 15:17:32 |
| 17 | Q.    -- members? | 15:17:32 |
| 18 | A.    That's correct. | 15:17:32 |
| 19 | MS. SCHWARTZ:  Hold on a | 15:17:49 |
| 20 | second. | 15:17:50 |
| 21 | --- | 15:17:51 |
| 22 | (Discussion off the record.) | |
| 23 | --- | 15:17:51 |
| 24 | MS. SCHWARTZ:  Okay.  We would | 15:17:51 |
| 25 | like to take a break. | 15:17:54 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 242

| | | |
|---|---|---|
| 1 | MR. McKANE:  Okay. | 15:17:56 |
| 2 | THE VIDEOGRAPHER:  Stand by. | 15:17:57 |
| 3 | The time is now 3:17 p.m.  Off the record. | 15:17:57 |
| 4 | --- | 15:17:59 |
| 5 | (Recess from 3:17 to 3:21.) | |
| 6 | --- | 15:21:52 |
| 7 | THE VIDEOGRAPHER:  The time is | 15:21:52 |
| 8 | now 3:21 p.m.  Back on the record. | 15:22:01 |
| 9 | MS. SCHWARTZ:  Thank you, | 15:22:06 |
| 10 | Mr. Evans.  We've looked over our notes, we | 15:22:10 |
| 11 | don't have any further questions for you.  We | 15:22:12 |
| 12 | would like to thank you very much for coming | 15:22:14 |
| 13 | here today and -- and thank you. | 15:22:18 |
| 14 | THE WITNESS:  Thank you.  Thank | 15:22:24 |
| 15 | you for your services.  Thank you for your | 15:22:26 |
| 16 | courtesies today.  I very much appreciate | 15:22:27 |
| 17 | those.  And I was glad to be able to come by | 15:22:30 |
| 18 | here and give you my testimony and be of some, | 15:22:34 |
| 19 | hopefully some assistance in this process. | 15:22:39 |
| 20 | MS. SCHWARTZ:  Thank you very | 15:22:40 |
| 21 | much.  We very much appreciated it. | 15:22:41 |
| 22 | THE WITNESS:  You bet.  Thank | 15:22:42 |
| 23 | you. | 15:22:43 |
| 24 | MR. SHORE:  For the record, | 15:22:45 |
| 25 | Chris Shore from White & Case on behalf of the | 15:22:47 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | Ad Hoc Group of TCEH noteholders, unsecured | 15:22:50 |
| 2 | noteholders. | 15:22:53 |
| 3 | Given the manner in which this | 15:22:54 |
| 4 | deposition was set up and the time frame | 15:22:57 |
| 5 | available, rather than ask questions of the | 15:22:58 |
| 6 | witness now based upon the testimony he has | 15:23:01 |
| 7 | given today, we will not seek to cross-examine | 15:23:04 |
| 8 | the witness, but rather, as I understand it, | 15:23:08 |
| 9 | the debtors have committed that they will not | 15:23:13 |
| 10 | seek to use this deposition in any proceeding | 15:23:15 |
| 11 | other than the motions on which the deposition | 15:23:16 |
| 12 | is being sought, and to the extent another | 15:23:21 |
| 13 | creditor or other party in interest seeks to | 15:23:24 |
| 14 | use the deposition, the debtors will not argue | 15:23:27 |
| 15 | that we have waived our right to cross-examine | 15:23:29 |
| 16 | this witness because we did not do so today. | 15:23:31 |
| 17 | MR. McKANE:  Debtors agree to | 15:23:35 |
| 18 | that.  And it's consistent with the fact that | 15:23:36 |
| 19 | you didn't object, but there was a reservation | 15:23:38 |
| 20 | of rights as part of that stipulation | 15:23:39 |
| 21 | regarding the non-objection and the withdrawal | 15:23:43 |
| 22 | of discovery that you have previously served. | 15:23:45 |
| 23 | EXAMINATION BY | 15:23:50 |
| 24 | MR. McKANE: | 15:23:51 |
| 25 | Q.    I have a few questions, | 15:23:51 |

| | | |
|---|---|---|
| 1 | Mr. Evans.  And I am going to ask that we | 15:23:51 |
| 2 | start by going back to what was marked as UST | 15:23:52 |
| 3 | Number 5.  It is the EAIP program.  If the | 15:23:56 |
| 4 | court reporter can provide that to you. | 15:24:00 |
| 5 | MS. SCHWARTZ:  By the way, | 15:24:17 |
| 6 | Mr. Evans, at this point I take the opposite | 15:24:18 |
| 7 | role.  If he asks questions, and I have an | 15:24:22 |
| 8 | objection.  Okay? | 15:24:23 |
| 9 | THE WITNESS:  All right.  I've | 15:24:24 |
| 10 | got you. | 15:24:25 |
| 11 | BY MR. McKANE: | 15:24:26 |
| 12 | Q.    Mr. Evans, I just want to | 15:24:26 |
| 13 | direct you to the first page. | 15:24:27 |
| 14 | A.    Okay. | 15:24:29 |
| 15 | Q.    The first page of the actual | 15:24:29 |
| 16 | document.  Not the cover. | 15:24:33 |
| 17 | A.    Okay. | 15:24:33 |
| 18 | Q.    Sorry.  One more page, sir. | 15:24:34 |
| 19 | The one that's actually labeled number 1. | 15:24:35 |
| 20 | A.    Number 1.  Instead of little | 15:24:38 |
| 21 | (i). | 15:24:41 |
| 22 | Q.    Exactly. | 15:24:42 |
| 23 | A.    Okay. | 15:24:43 |
| 24 | Q.    Do you recall Ms. Schwartz | 15:24:43 |
| 25 | asked you some questions about the second | 15:24:46 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 245

| | | |
|---|---|---|
| 1 | paragraph of Article I? | 15:24:47 |
| 2 | A.    The second paragraph?  Yes, | 15:24:50 |
| 3 | sir. | 15:24:51 |
| 4 | Q.    And she specifically asked you | 15:24:51 |
| 5 | about, it says, "The principal purposes of the | 15:24:53 |
| 6 | Plan are," and then there's the remainder of | 15:24:55 |
| 7 | the sentence -- of the paragraph. | 15:24:58 |
| 8 | Do you see that, sir? | 15:25:00 |
| 9 | A.    Mm-hmm. | 15:25:01 |
| 10 | Q.    And she specifically asked | 15:25:01 |
| 11 | you -- it says, "The principal purposes of the | 15:25:02 |
| 12 | Plan are to attract, motivate and retain key | 15:25:04 |
| 13 | employees." | 15:25:09 |
| 14 | Do you see that? | 15:25:09 |
| 15 | A.    I do. | 15:25:09 |
| 16 | Q.    Do you recall her asking you a | 15:25:09 |
| 17 | series of questions about that? | 15:25:11 |
| 18 | A.    I do. | 15:25:11 |
| 19 | Q.    But there's more to the | 15:25:12 |
| 20 | paragraph than that, right? | 15:25:15 |
| 21 | A.    Correct. | 15:25:16 |
| 22 | Q.    In fact, after the semicolon I | 15:25:17 |
| 23 | believe it states that another principal | 15:25:20 |
| 24 | purpose of the plan is "to align the interests | 15:25:21 |
| 25 | of Participants, Participating Employers and | 15:25:23 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 246

| | | |
|---|---|---|
| 1 | Company shareholders by rewarding performance | 15:25:25 |
| 2 | that satisfies established performance goals." | 15:25:27 |
| 3 | Do you see that? | 15:25:30 |
| 4 | A.    I do. | 15:25:30 |
| 5 | Q.    Do you agree that that's one of | 15:25:30 |
| 6 | the principal purposes of the plan? | 15:25:32 |
| 7 | A.    I do, absolutely. | 15:25:33 |
| 8 | Q.    And sir, do you see after that | 15:25:34 |
| 9 | it says that another principal purpose of the | 15:25:36 |
| 10 | plan is "to motivate Participant behaviors | 15:25:38 |
| 11 | that drive successful results at the | 15:25:41 |
| 12 | corporate, business unit, and individual | 15:25:44 |
| 13 | levels." | 15:25:45 |
| 14 | Do you see that? | 15:25:46 |
| 15 | A.    I do. | 15:25:46 |
| 16 | Q.    Do you agree that that's one of | 15:25:47 |
| 17 | the principal purposes of the EAIP plan? | 15:25:49 |
| 18 | A.    I do. | 15:25:51 |
| 19 | Q.    And finally, sir, it says "and | 15:25:52 |
| 20 | to support collaboration across essential | 15:25:54 |
| 21 | organizational interfaces." | 15:25:57 |
| 22 | Do you see that? | 15:25:58 |
| 23 | A.    I do. | 15:25:59 |
| 24 | Q.    Do you agree that that's one of | 15:25:59 |
| 25 | the principal purposes of the plan? | 15:26:01 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 247

| | | |
|---|---|---|
| 1 | A.    I do. | 15:26:03 |
| 2 | Q.    Do you agree collectively that | 15:26:03 |
| 3 | those are all principal purposes of the plan | 15:26:05 |
| 4 | that are provided in the EAIP? | 15:26:07 |
| 5 | A.    I do. | 15:26:09 |
| 6 | Q.    And, sir, based on all of the | 15:26:12 |
| 7 | principal purposes of the plan and also the | 15:26:14 |
| 8 | plan as you understand it, with the metrics | 15:26:15 |
| 9 | that are contained in it, do you believe that | 15:26:18 |
| 10 | this program is primarily incentivizing? | 15:26:20 |
| 11 | A.    I do. | 15:26:22 |
| 12 | Q.    I next want to turn to the SPC | 15:26:23 |
| 13 | LTIP program.  All right? | 15:26:28 |
| 14 | A.    Okay. | 15:26:30 |
| 15 | Q.    And to do that, you know, you | 15:26:30 |
| 16 | had John Young's employment agreement in front | 15:26:33 |
| 17 | of you, and the LTIP program was Exhibit I. | 15:26:34 |
| 18 | If you could get that back out in front of | 15:26:38 |
| 19 | you, sir. | 15:26:40 |
| 20 | THE WITNESS:  No, that's not | |
| 21 | it.  No.  John Young's -- I think John Young's | |
| 22 | contract. | |
| 23 | MS. SCHWARTZ:  Can I have | |
| 24 | the Young -- is that 3?  Yeah. | |
| 25 | THE WITNESS:  I think it is | |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 248

| | | |
|---|---|---|
| 1 | this one right here.  I don't know if this is | |
| 2 | it or not. | |
| 3 | A.    Yeah, this is it. | 15:27:00 |
| 4 | Okay.  So you were asking? | 15:27:00 |
| 5 | Q.    If you could go to what is | 15:27:00 |
| 6 | Exhibit I of that employment contract. | 15:27:02 |
| 7 | A.    We went to that earlier, right. | 15:27:03 |
| 8 | Okay.  Yes, sir.  I'm not there yet.  I know | 15:27:05 |
| 9 | where it is. | 15:27:08 |
| 10 | Yes, I've got it. | 15:27:08 |
| 11 | Q.    Okay.  You were asked a couple | 15:27:09 |
| 12 | of questions about the LTIP program being -- | 15:27:12 |
| 13 | whether it was a retention program, do you | 15:27:15 |
| 14 | remember that? | 15:27:16 |
| 15 | A.    I do. | 15:27:16 |
| 16 | Q.    And do you see that there's -- | 15:27:17 |
| 17 | there are three awards that are identified in | 15:27:19 |
| 18 | terms of timing, amounts that are in the LTIP | 15:27:20 |
| 19 | program. | 15:27:25 |
| 20 | Do you see that? | 15:27:25 |
| 21 | A.    I do. | 15:27:25 |
| 22 | Q.    If you could turn to the next | 15:27:29 |
| 23 | page.  I would like to direct your attention | 15:27:31 |
| 24 | to A(iv) of the agreement.  It's at the top of | 15:27:33 |
| 25 | the page. | 15:27:34 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 249

| | | |
|---|---|---|
| 1 | Do you see that, sir? | 15:27:35 |
| 2 | A.    I've got it. | 15:27:35 |
| 3 | Q.    Does the SPC LTIP have metrics | 15:27:36 |
| 4 | that must be established before a potential | 15:27:41 |
| 5 | recipient of the award earns the award? | 15:27:45 |
| 6 | A.    Yes. | 15:27:49 |
| 7 | Q.    And what are the metrics? | 15:27:49 |
| 8 | A.    EBITDA.  They have to attain at | 15:27:51 |
| 9 | least the threshold for EBITDA.  And if they | 15:27:55 |
| 10 | attain the threshold, and right at the | 15:28:03 |
| 11 | threshold, it's 50 percent of the amount | 15:28:05 |
| 12 | that's defined in this agreement.  And it can | 15:28:08 |
| 13 | go as high as 100 percent if they do hit the | 15:28:11 |
| 14 | target. | 15:28:14 |
| 15 | Q.    And the threshold and target, | 15:28:16 |
| 16 | or baseline amounts that are described, are | 15:28:19 |
| 17 | those the same EBITDA targets that come out of | 15:28:22 |
| 18 | the EAIP program? | 15:28:24 |
| 19 | A.    They are. | 15:28:25 |
| 20 | Q.    And do you believe that those | 15:28:27 |
| 21 | targets are incentivizing? | 15:28:30 |
| 22 | A.    I do indeed. | 15:28:32 |
| 23 | Q.    How do you reconcile the fact | 15:28:33 |
| 24 | that there is incentivizing targets with the | 15:28:36 |
| 25 | fact that there is a retentive component to | 15:28:37 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 250

| | | |
|---|---|---|
| 1 | the SPC LTIP? | 15:28:40 |
| 2 | A.   Well, I think, you know, look, | 15:28:42 |
| 3 | you can have elements of both.  It gets back | 15:28:43 |
| 4 | to the basic fundamental principle that we | 15:28:45 |
| 5 | subscribe to, which is we're going to pay | 15:28:50 |
| 6 | market-based compensation. | 15:28:54 |
| 7 | And this is an element of that | 15:28:58 |
| 8 | market-based total compensation for John | 15:29:00 |
| 9 | Young.  So I think it certainly has -- it | 15:29:03 |
| 10 | certainly has incentive component to it, as | 15:29:10 |
| 11 | we've already talked about in our discussion, | 15:29:12 |
| 12 | but I think it also has a retentive piece to | 15:29:16 |
| 13 | it, because we're telling somebody that we're | 15:29:20 |
| 14 | going to pay market-based compensation.  And | 15:29:22 |
| 15 | that's what this represents part of.  It's not | 15:29:24 |
| 16 | all of it, but it's part of it. | 15:29:28 |
| 17 | So you can't tell somebody one | 15:29:30 |
| 18 | thing and do something else and expect for | 15:29:32 |
| 19 | them to trust you for very long, or stay with | 15:29:36 |
| 20 | you for very long. | 15:29:40 |
| 21 | Q.   Do you believe that the SPC | 15:29:41 |
| 22 | LTIP program is primarily incentivizing | 15:29:42 |
| 23 | because of those targets? | 15:29:45 |
| 24 | MS. SCHWARTZ:  Objection. | 15:29:46 |
| 25 | A.   I do.  I think it's primarily | 15:29:48 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 251

| | | |
|---|---|---|
| 1 | incentivizing. | 15:29:53 |
| 2 | Q.    And you were asked a series of | 15:29:54 |
| 3 | questions about the changes in the metrics | 15:29:57 |
| 4 | that were made for the EAIP program | 15:30:01 |
| 5 | immediately before the filing of the motion. | 15:30:04 |
| 6 | Do you recall that? | 15:30:05 |
| 7 | A.    Say that again? | 15:30:07 |
| 8 | Q.    There were changes in metrics | 15:30:08 |
| 9 | made to the -- in the EAIP program -- | 15:30:11 |
| 10 | A.    Yes.  Before filing the motion, | 15:30:14 |
| 11 | yes, I do. | 15:30:17 |
| 12 | Q.    And that happened in | 15:30:17 |
| 13 | approximately June of 2014, right? | 15:30:17 |
| 14 | A.    That's correct. | 15:30:19 |
| 15 | Q.    Those metrics were originally | 15:30:19 |
| 16 | set -- when were those metrics originally set | 15:30:21 |
| 17 | for the year 2014? | 15:30:24 |
| 18 | A.    They would have been set in the | 15:30:26 |
| 19 | fall of 2013. | 15:30:28 |
| 20 | Q.    And were you part of the | 15:30:30 |
| 21 | approval process for those metrics? | 15:30:31 |
| 22 | A.    I was. | 15:30:33 |
| 23 | Q.    You have mentioned a number of | 15:30:33 |
| 24 | times that you had independent advisors who | 15:30:36 |
| 25 | were assisting you in 2013? | 15:30:37 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 252

| | | |
|---|---|---|
| 1 | A.    That's correct. | 15:30:40 |
| 2 | Q.    Were they involved in -- | 15:30:40 |
| 3 | A.    They were involved as well. | 15:30:42 |
| 4 | Q.    Did they evaluate the metrics | 15:30:42 |
| 5 | in terms of whether they were incentivizing? | 15:30:44 |
| 6 | A.    They did. | 15:30:46 |
| 7 | Q.    And what was your view and | 15:30:47 |
| 8 | their view about whether the metrics for 2014 | 15:30:49 |
| 9 | were incentivizing when they were initially | 15:30:53 |
| 10 | approved? | 15:30:55 |
| 11 | A.    We concluded they were | 15:30:55 |
| 12 | incentivizing. | 15:30:57 |
| 13 | Q.    And then let's go forward in | 15:30:58 |
| 14 | time to June of 2014. | 15:31:01 |
| 15 | A.    Mm-hmm. | 15:31:03 |
| 16 | Q.    Can you explain why those | 15:31:04 |
| 17 | metrics were revised upwards to make them | 15:31:08 |
| 18 | harder in 2014, based on events that occurred | 15:31:12 |
| 19 | between the initial approval and the revision? | 15:31:16 |
| 20 | A.    Well, as it turned out some of | 15:31:20 |
| 21 | the assumptions that we used in the plan in | 15:31:24 |
| 22 | the fall of 2013, in terms of generation, | 15:31:27 |
| 23 | electric generation and retail sales, as well | 15:31:37 |
| 24 | as power prices, those assumptions, and those | 15:31:44 |
| 25 | metrics year to date, as through April of | 15:31:47 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 253

| | | |
|---|---|---|
| 1 | 2014, we were well ahead of plan, because of | 15:31:54 |
| 2 | some unusual events. | 15:31:58 |
| 3 | And it was my understanding | 15:32:02 |
| 4 | that it is very important when you go into | 15:32:03 |
| 5 | bankruptcy that you go in with a plan that | 15:32:08 |
| 6 | is -- the incentive portion of it is clearly | 15:32:12 |
| 7 | incentivizing.  And so the concern was that if | 15:32:16 |
| 8 | midyear you've already met threshold, or | 15:32:24 |
| 9 | you've already met a target for the full year, | 15:32:28 |
| 10 | which we had not quite, but we certainly | 15:32:32 |
| 11 | looked like we were on track to do that, how | 15:32:34 |
| 12 | incentivizing is that.  That would be what | 15:32:36 |
| 13 | people might say is a lay-up.  That's easy. | 15:32:39 |
| 14 | You're already there.  I mean, that's not | 15:32:43 |
| 15 | incentivizing. | 15:32:46 |
| 16 | Q.    And when you say for those | 15:32:47 |
| 17 | metrics that might have been a lay-up, were | 15:32:49 |
| 18 | you looking going forward? | 15:32:52 |
| 19 | A.    I was looking going forward for | 15:32:52 |
| 20 | the remainder of the year. | 15:32:54 |
| 21 | We wanted -- you know, as I | 15:32:58 |
| 22 | understand it, the Court is going to look at | 15:32:59 |
| 23 | the plan that you submit from the day that you | 15:33:01 |
| 24 | file.  So from the day that we filed to the | 15:33:03 |
| 25 | end of the year we needed to make sure it was | 15:33:07 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 254

| | | |
|---|---|---|
| 1 | clearly an incentivizing plan. | 15:33:10 |
| 2 | Q.    And for those metrics -- | 15:33:12 |
| 3 | there's more than a few metrics.  Were some of | 15:33:15 |
| 4 | the metrics remaining incentivizing as of the | 15:33:17 |
| 5 | time of the filing that didn't need | 15:33:19 |
| 6 | adjustment? | 15:33:21 |
| 7 | A.    We adjusted a lot of the | 15:33:22 |
| 8 | metrics, and a lot of what I would call the | 15:33:24 |
| 9 | threshold metrics and a lot of the target | 15:33:28 |
| 10 | metrics.  So it wasn't just one specific | 15:33:30 |
| 11 | metric that we adjusted.  We adjusted quite a | 15:33:32 |
| 12 | number of them.  And I don't know the exact | 15:33:35 |
| 13 | number, but I can tell you it was a lot of | 15:33:38 |
| 14 | them. | 15:33:40 |
| 15 | And when the committee looked | 15:33:44 |
| 16 | at it and reviewed it in the late | 15:33:47 |
| 17 | spring/summer, it was clear to me that the | 15:33:52 |
| 18 | adjustment that we had made made the plan | 15:33:55 |
| 19 | incentivizing. | 15:33:59 |
| 20 | Q.    And were all -- | 15:33:59 |
| 21 | A.    The remainder of the year. | 15:34:01 |
| 22 | Q.    And·were all the metrics moved | 15:34:03 |
| 23 | upwards, to the extent they were -- | 15:34:04 |
| 24 | A.    They all moved upward.  Not any | 15:34:05 |
| 25 | were moved downward. | 15:34:08 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 255

| | | |
|---|---|---|
| 1 | Q.    And at the time that the | 15:34:09 |
| 2 | original 2013 metrics were approved in the | 15:34:12 |
| 3 | fall of -- sorry. | 15:34:16 |
| 4 | At the time that the 2014 | 15:34:17 |
| 5 | metrics were approved in the fall of 2013 did | 15:34:19 |
| 6 | you have a view as to whether they were | 15:34:23 |
| 7 | primarily incentivizing? | 15:34:25 |
| 8 | A.    I thought they were primarily | 15:34:27 |
| 9 | incentivizing in the fall of 2013. | 15:34:28 |
| 10 | Q.    And then as revised in June of | 15:34:29 |
| 11 | 2014 did you have a view as to whether the | 15:34:31 |
| 12 | metrics were primarily incentivizing? | 15:34:33 |
| 13 | A.    Even more so. | 15:34:35 |
| 14 | Q.    Sir, have you ever heard anyone | 15:34:42 |
| 15 | refer to these incentive programs as | 15:34:45 |
| 16 | self-funding? | 15:34:48 |
| 17 | A.    I have.  I have. | 15:34:49 |
| 18 | Q.    And what do you understand that | 15:34:51 |
| 19 | term to mean? | 15:34:51 |
| 20 | A.    Well, if you align the plans | 15:34:52 |
| 21 | with your shareholders, or in this case people | 15:35:00 |
| 22 | think in terms of creditors, and so if you | 15:35:03 |
| 23 | enhance the value of the enterprise, if you | 15:35:05 |
| 24 | create value for the enterprise over and above | 15:35:09 |
| 25 | the baseline, then you're creating more value | 15:35:13 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 256

| | | |
|---|---|---|
| 1 | for the enterprise, and the thinking is that a | 15:35:19 |
| 2 | small percentage of that should go to the | 15:35:24 |
| 3 | management that allowed -- that drove that, | 15:35:26 |
| 4 | that were responsible for that happening. | 15:35:33 |
| 5 | If you don't create more value | 15:35:37 |
| 6 | for the enterprise, then no, then, you know, | 15:35:39 |
| 7 | there shouldn't be anything for them to share. | 15:35:43 |
| 8 | Q.    Did you believe that these | 15:35:46 |
| 9 | metrics drive performance for programs that | 15:35:47 |
| 10 | are self-funding? | 15:35:49 |
| 11 | A.    I do. | 15:35:51 |
| 12 | Q.    Just a couple of more questions | 15:35:53 |
| 13 | about that LTIP program again.  I apologize | 15:35:55 |
| 14 | for jumping around. | 15:35:58 |
| 15 | A.    Mm-hmm. | 15:35:59 |
| 16 | Q.    When you were talking about the | 15:35:59 |
| 17 | LTIP program you said one of the things you | 15:36:02 |
| 18 | wanted to do was, when there were letters of | 15:36:04 |
| 19 | credit provided, was that you wanted to ensure | 15:36:08 |
| 20 | that the money was available. | 15:36:10 |
| 21 | A.    Mm-hmm. | 15:36:11 |
| 22 | Q.    Do you recall that? | 15:36:11 |
| 23 | A.    I do. | 15:36:12 |
| 24 | Q.    The creation of a letter of | 15:36:12 |
| 25 | credit, did that alter whether the target and | 15:36:15 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 257

| | | |
|---|---|---|
| 1 | threshold metrics must be achieved to earn the | 15:36:19 |
| 2 | money? | 15:36:21 |
| 3 |      A.    Not at all.  I mean, they still | 15:36:22 |
| 4 | have to meet the targets.  They still have to | 15:36:24 |
| 5 | meet the EBITDA target.  And they can't get | 15:36:27 |
| 6 | 100 percent of the money unless they meet | 15:36:33 |
| 7 | baseline or target.  If they just get to | 15:36:35 |
| 8 | threshold, they only get half of it.  If they | 15:36:37 |
| 9 | come in below threshold, they get zero. | 15:36:42 |
| 10 |      Q.    And sir, I think in response to | 15:36:46 |
| 11 | a question that Ms. Schwartz had you were | 15:36:49 |
| 12 | discussing, you know, why were these changes | 15:36:51 |
| 13 | made, and I believe part of your testimony | 15:36:54 |
| 14 | was, well, I wanted -- I wanted this strong | 15:36:55 |
| 15 | team to be focused on job-one. | 15:36:58 |
| 16 |      Do you recall that? | 15:37:00 |
| 17 |      A.    I do, uh-huh. | 15:37:01 |
| 18 |      Q.    When you wanted the strong team | 15:37:02 |
| 19 | to be focused on job-one, what do you mean? | 15:37:04 |
| 20 |      A.    The daily operations of the | 15:37:06 |
| 21 | enterprise.  Staying focused on safety. | 15:37:08 |
| 22 | Staying focused on those goals that we have | 15:37:14 |
| 23 | set, the short-term goals and the longer term | 15:37:17 |
| 24 | goals.  For the year, I would say. | 15:37:21 |
| 25 |      So it's just staying focused, | 15:37:23 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 258

| | | |
|---|---|---|
| 1 | some people say on the blocking and tackling | 15:37:26 |
| 2 | of the enterprise, the basic stuff you do | 15:37:32 |
| 3 | every day when you come to work, and make sure | 15:37:34 |
| 4 | you've got a good, safe, productive | 15:37:36 |
| 5 | environment for your employees, and making | 15:37:39 |
| 6 | sure that you are very much real-time, | 15:37:41 |
| 7 | watching your performance.  I don't want them | 15:37:45 |
| 8 | distracted thinking about something else.  I | 15:37:49 |
| 9 | want them looking at their performance each | 15:37:51 |
| 10 | and every day. | 15:37:52 |
| 11 | Q.   And do these programs, the | 15:37:53 |
| 12 | incentivizing programs that are at issue in | 15:37:55 |
| 13 | this motion, help drive the team to focus on | 15:37:57 |
| 14 | job-one and performance every day? | 15:38:00 |
| 15 | A.   They do, in my opinion, and | 15:38:03 |
| 16 | they tell me they do.  That being, "they" the | 15:38:04 |
| 17 | team. | 15:38:08 |
| 18 | MR. McKANE:  I don't think I | 15:38:16 |
| 19 | have any further questions at this time. | 15:38:18 |
| 20 | Thank you, sir. | 15:38:19 |
| 21 | MS. SCHWARTZ:  I have some | 15:38:19 |
| 22 | redirect.  I am sorry about that. | 15:38:21 |
| 23 | THE WITNESS:  Sure, yeah. | 15:38:22 |
| 24 | FURTHER EXAMINATION | 15:38:24 |
| 25 | BY MS. SCHWARTZ: | 15:38:25 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 259

| | | |
|---|---|---|
| 1 | Q.    Taking a look first at the EFH | 15:38:26 |
| 2 | plan, which was UST 4, I believe -- | 15:38:29 |
| 3 | MR. McKANE:  The EAIP plan? | 15:38:35 |
| 4 | MS. SCHWARTZ:  Yes, the EAIP | 15:38:37 |
| 5 | plan. | 15:38:39 |
| 6 | Q.    You do have it. | |
| 7 | A.    I mean I don't have it here in | |
| 8 | front of me. | |
| 9 | MS. SCHWARTZ:  Does he have it? | |
| 10 | A.    I have got 4.  This one? | |
| 11 | Q.    Yeah -- no, that's the motion. | |
| 12 | You must have it. | |
| 13 | A.    This is the motion. | |
| 14 | MR. McKANE:  This one, sir. | |
| 15 | A.    This one right here? | 15:38:53 |
| 16 | (Indicating UST Exhibit 5.) | 15:38:54 |
| 17 | Q.    Yes. | 15:38:54 |
| 18 | You've said -- several times | 15:38:57 |
| 19 | you've been asked a question, do you find a | 15:39:00 |
| 20 | plan, quote, "primarily incentivizing." | 15:39:02 |
| 21 | When did you become familiar | 15:39:09 |
| 22 | with the term "primarily incentivizing"? | 15:39:11 |
| 23 | A.    I became familiar with that as | 15:39:14 |
| 24 | I listened to counsel and listened to advisors | 15:39:17 |
| 25 | as to the bankruptcy process over the last | 15:39:21 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 260

| | | |
|---|---|---|
| 1 | number of months.  I guess I would say | 15:39:26 |
| 2 | beginning last fall. | 15:39:29 |
| 3 | Q.    Is it correct, Mr. Evans, that | 15:39:30 |
| 4 | you understand that unless the plans are in | 15:39:36 |
| 5 | fact found by the Court to be primarily | 15:39:41 |
| 6 | incentivizing, they may not be approved? | 15:39:43 |
| 7 | A.    Yes.  That's -- again, I | 15:39:47 |
| 8 | haven't been through this before myself. | 15:39:51 |
| 9 | Q.    Right. | 15:39:52 |
| 10 | A.    And so I'm just listening to | 15:39:53 |
| 11 | counsel, listening to advisors, and I | 15:39:55 |
| 12 | understand that's an important element.  But I | 15:39:58 |
| 13 | also am very comfortable in my own personal | 15:40:00 |
| 14 | judgment that the plan -- | 15:40:05 |
| 15 | Q.    Well, you're under oath.  I | 15:40:06 |
| 16 | would expect that you would be comfortable | 15:40:07 |
| 17 | with what you're saying. | 15:40:09 |
| 18 | MR. McKANE:  But could he | 15:40:10 |
| 19 | finish his answer? | 15:40:11 |
| 20 | A.    Well, right, I just -- okay. | 15:40:12 |
| 21 | MR. McKANE:  No, please finish. | 15:40:14 |
| 22 | A.    No, I'm -- I'm very comfortable | 15:40:16 |
| 23 | with it.  I mean, I'm not -- I'm not | 15:40:17 |
| 24 | uncomfortable that the language has changed | 15:40:20 |
| 25 | around and that, you know, talking about | 15:40:24 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 261

| | | |
|---|---|---|
| 1 | retention to incentivizing plans, to me | 15:40:27 |
| 2 | they're -- they're one and the same, in that | 15:40:32 |
| 3 | I -- and what I mean by that is they're all | 15:40:38 |
| 4 | part of a greater whole of maximizing the | 15:40:41 |
| 5 | value of the enterprise.  And so I want these | 15:40:44 |
| 6 | plans to be incentivizing, and I also want | 15:40:48 |
| 7 | this team of people around. | 15:40:52 |
| 8 | Q.    Right.  I understand that. | 15:40:53 |
| 9 | Let me ask you something on | 15:40:54 |
| 10 | that paragraph that Mr. McKane was asking you | 15:40:56 |
| 11 | about, on Article I, the second paragraph. | 15:41:00 |
| 12 | A.    Mm-hmm. | 15:41:03 |
| 13 | Q.    Now, you would agree that | 15:41:05 |
| 14 | there's -- there are a variety of principle | 15:41:07 |
| 15 | purposes there. | 15:41:12 |
| 16 | A.    Mm-hmm. | 15:41:14 |
| 17 | Q.    The principle purpose, to | 15:41:14 |
| 18 | attract good talent.  To motivate good talent. | 15:41:15 |
| 19 | To retain key employees.  To align the | 15:41:18 |
| 20 | interests of participating shareholders by | 15:41:20 |
| 21 | rewarding performance that satisfies | 15:41:24 |
| 22 | established performance goals.  To motivate | 15:41:27 |
| 23 | participant behaviors that drive successful | 15:41:30 |
| 24 | results -- business unit levels, and to | 15:41:32 |
| 25 | support collaboration across the essential | 15:41:35 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 262

| | | |
|---|---|---|
| 1 | organize -- organizational interfaces. | 15:41:39 |
| 2 | A.    Mm-hmm. | 15:41:41 |
| 3 | Q.    I'm just curious how you say | 15:41:42 |
| 4 | that this plan is primarily incentivizing when | 15:41:44 |
| 5 | it has all of those goals? | 15:41:47 |
| 6 | A.    Well, you know, I'm not sure | 15:41:51 |
| 7 | that I -- that the words we're trying to use | 15:41:55 |
| 8 | here -- I think that this plan is a vital, | 15:42:04 |
| 9 | crucial part of the overall total compensation | 15:42:12 |
| 10 | of the E -- SPC.  In this case it's the | 15:42:16 |
| 11 | Executive Annual Incentive Plan. | 15:42:22 |
| 12 | And people can, I guess, judge | 15:42:24 |
| 13 | it's more this or more that.  I think it's the | 15:42:28 |
| 14 | whole, is what I worry about.  And, you know, | 15:42:31 |
| 15 | I've heard the term "primarily" used.  I can | 15:42:36 |
| 16 | get -- as I said, I'm comfortable with that. | 15:42:41 |
| 17 | But it's also these others, and they're | 15:42:48 |
| 18 | important too. | 15:42:51 |
| 19 | So, I mean, I don't know.  I | 15:42:53 |
| 20 | don't want to get too hung up myself, I guess, | 15:42:55 |
| 21 | on that specific language.  All of that is | 15:42:58 |
| 22 | very important -- | 15:43:00 |
| 23 | Q.    Okay. | 15:43:01 |
| 24 | A.    -- to doing what I started out | 15:43:03 |
| 25 | with today, handling the two most important | 15:43:06 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 263

| | | |
|---|---|---|
| 1 | responsibilities I think I have, which is the | 15:43:09 |
| 2 | safety and health and welfare of the company, | 15:43:12 |
| 3 | and maximizing the value of the company. | 15:43:15 |
| 4 | Q.   Good. | 15:43:16 |
| 5 | --- | 15:43:39 |
| 6 | (Discussion off the record.) | |
| 7 | --- | 15:43:45 |
| 8 | MR. McKANE:  What are you | 15:43:45 |
| 9 | handing him? | 15:43:45 |
| 10 | MS. SCHWARTZ:  Take a look -- | 15:43:46 |
| 11 | we'll mark that as what number? | 15:43:48 |
| 12 | THE COURT REPORTER:  Exhibit 8. | 15:44:05 |
| 13 | --- | 15:44:06 |
| 14 | (UST Exhibit 8, EFH Insider | |
| 15 | Compensation, Discussion Materials, August 6, | |
| 16 | 2014 (No Bates) was marked for identification) | |
| 17 | --- | 15:44:07 |
| 18 | BY MS. SCHWARTZ: | 15:44:07 |
| 19 | Q.   Mr. Evans, have you ever seen | 15:44:07 |
| 20 | this document before? | 15:44:09 |
| 21 | A.   Yes, ma'am, I have. | 15:44:10 |
| 22 | Q.   All right.  Would you turn to | 15:44:11 |
| 23 | page 24, please? | 15:44:13 |
| 24 | MR. SHORE:  Andrea, would you | 15:44:22 |
| 25 | identify it for the record? | 15:44:24 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 264

| | | |
|---|---|---|
| 1 | MS. SCHWARTZ:  This is the "EFH | 15:44:25 |
| 2 | Insider Compensation, Discussion Materials," | 15:44:26 |
| 3 | dated August 6, 2014. | 15:44:27 |
| 4 | BY MS. SCHWARTZ: | 15:44:31 |
| 5 | Q.    And I asked you to turn to page | 15:44:31 |
| 6 | 24. | 15:44:33 |
| 7 | A.    I missed it.  25.  Got it. | 15:44:34 |
| 8 | Okay. | 15:44:36 |
| 9 | Q.    Now, do you see there that the | 15:44:36 |
| 10 | table -- it says that:  The table below sets | 15:44:38 |
| 11 | forth the 2014 Threshold, Baseline and | 15:44:40 |
| 12 | Superior targets for the EFH AIP and the EAIP | 15:44:43 |
| 13 | Performance Metrics. | 15:44:49 |
| 14 | Do you see that? | 15:44:50 |
| 15 | A.    Yes, ma'am, I do. | 15:44:51 |
| 16 | Q.    Okay.  Now I want to show you | 15:44:52 |
| 17 | something. | 15:44:54 |
| 18 | MS. SCHWARTZ:  Mark this one as | 15:44:59 |
| 19 | whatever number it is. | 15:45:08 |
| 20 | MR. McKANE:  It's beyond the | 15:45:09 |
| 21 | scope of the redirect.  I want to object. | 15:45:09 |
| 22 | MS. SCHWARTZ:  You talked about | 15:45:11 |
| 23 | the metrics and whether it's primarily | 15:45:12 |
| 24 | incentivizing.  You absolutely did, I am going | 15:45:14 |
| 25 | to ask him. | 15:45:16 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 265

| | | |
|---|---|---|
| 1 | MR. McKANE:  I'm telling you | 15:45:16 |
| 2 | you are going beyond the scope of the | 15:45:17 |
| 3 | redirect. | 15:45:19 |
| 4 | MS. SCHWARTZ:  It's not beyond | 15:45:19 |
| 5 | the scope.  But I am going to ask him. | 15:45:21 |
| 6 | MR. McKANE:  You can ask him. | 15:45:22 |
| 7 | But I'll object to the use of this at trial. | 15:45:23 |
| 8 | MS. SCHWARTZ:  You can object | 15:45:24 |
| 9 | all you want. | 15:45:25 |
| 10 | MR. McKANE:  We'll get a | 15:45:25 |
| 11 | ruling. | 15:45:27 |
| 12 | THE COURT REPORTER:  Exhibit 9. | 15:45:36 |
| 13 | THE WITNESS:  Thank you, sir. | 15:45:38 |
| 14 | --- | 15:45:39 |
| 15 | (UST Exhibit 9, December 31, | |
| 16 | 2013 Incentive Compensation Update, January | |
| 17 | 22, 2014 (No Bates) was marked for | |
| 18 | identification) | |
| 19 | --- | |
| 20 | BY MS. SCHWARTZ: | 15:45:39 |
| 21 | Q.    Let's see, that's the 2013? | 15:45:39 |
| 22 | MR. McKANE:  Can you identify | 15:45:42 |
| 23 | for the record what you handed him and provide | 15:45:43 |
| 24 | me a copy? | 15:45:44 |
| 25 | MS. SCHWARTZ:  Well, you're | 15:45:45 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 266

| | | |
|---|---|---|
| 1 | objecting to it.  So do you want a copy | 15:45:46 |
| 2 | anyway? | 15:45:47 |
| 3 | MR. McKANE:  Didn't I just say | 15:45:48 |
| 4 | you can ask him the questions, and we'll get a | 15:45:49 |
| 5 | ruling from the Judge? | 15:45:51 |
| 6 | MS. SCHWARTZ:  I was making a | 15:45:52 |
| 7 | joke. | 15:45:53 |
| 8 | A.    Where are you at? | 15:45:55 |
| 9 | Q.    Sir, take a look at the first | 15:45:56 |
| 10 | page there. | 15:45:58 |
| 11 | A.    The ones that are circled? | 15:45:58 |
| 12 | Q.    No, the first page.  You don't | 15:46:00 |
| 13 | have to look at the circles. | 15:46:02 |
| 14 | Look under the 2013 actual for | 15:46:04 |
| 15 | Luminant management EBITDA. | 15:46:07 |
| 16 | A.    Mm-hmm. | 15:46:09 |
| 17 | Q.    Do you see that? | 15:46:09 |
| 18 | A.    Yes, ma'am. | 15:46:11 |
| 19 | Q.    Okay.  That number is | 15:46:12 |
| 20 | approximately $2 billion-plus, right? | 15:46:14 |
| 21 | A.    Mm-hmm. | 15:46:19 |
| 22 | Q.    Take a look now back at page 24 | 15:46:19 |
| 23 | for the Luminant management EBITDA, the | 15:46:24 |
| 24 | threshold that was set for the next year, | 15:46:27 |
| 25 | 2014. | 15:46:30 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 267

| | | |
|---|---|---|
| 1 | A.    Uh-huh. | 15:46:31 |
| 2 | Q.    Based on the historical, the | 15:46:31 |
| 3 | threshold is nearly half of what the actual | 15:46:34 |
| 4 | was the prior year, isn't that right? | 15:46:37 |
| 5 | MR. McKANE:  Objection.  You | 15:46:39 |
| 6 | can do the math. | 15:46:42 |
| 7 | A.    Yeah, it's -- you know, the | 15:46:42 |
| 8 | threshold is not nearly half.  It's more than | 15:46:48 |
| 9 | half. | 15:46:51 |
| 10 | Q.    It's nearly half? | 15:46:52 |
| 11 | A.    1,289 verses 2006 -- 2 | 15:46:53 |
| 12 | billion-60.  1,289,000,000 versus | 15:46:57 |
| 13 | 2,060,000,000. | 15:47:02 |
| 14 | So the threshold in '14 is | 15:47:04 |
| 15 | about 60 percent of the actual in '13. | 15:47:07 |
| 16 | Q.    Right. | 15:47:12 |
| 17 | A.    Right. | 15:47:12 |
| 18 | Q.    It's less? | 15:47:12 |
| 19 | A.    Yes.  Absolutely. | 15:47:13 |
| 20 | Q.    Right?  Superior -- | 15:47:15 |
| 21 | significantly less? | 15:47:17 |
| 22 | A.    Sure.  Absolutely. | 15:47:18 |
| 23 | Q.    And as is the baseline? | 15:47:18 |
| 24 | A.    Yes, absolutely. | 15:47:21 |
| 25 | Q.    Right. | 15:47:22 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 268

| | |
|---|---|
| 1          So I am curious.  You have | 15:47:24 |
| 2    stated that you find that these plans are | 15:47:27 |
| 3    primarily incentivizing. | 15:47:31 |
| 4          A.     Mm-hmm. | 15:47:33 |
| 5          Q.     But based on these actual | 15:47:33 |
| 6    numbers compared to what the scorecard is for | 15:47:35 |
| 7    the year coming up, it's a guaranteed bonus? | 15:47:38 |
| 8          MR. McKANE:  Objection to the | 15:47:42 |
| 9    form. | 15:47:43 |
| 10         A.     No.  No. | 15:47:43 |
| 11         Q.     Well, let's look at the | 15:47:45 |
| 12   threshold.  Right? | 15:47:45 |
| 13         A.     Well, you've got to know the | 15:47:46 |
| 14   definition, what goes into the assumptions of | 15:47:48 |
| 15   the EBITDA -- | 15:47:51 |
| 16         Q.     We're comparing the same thing, | 15:47:52 |
| 17   it's EBITDA and EBITDA? | 15:47:54 |
| 18         A.     Yeah, but I'm talking about how | 15:47:55 |
| 19   the number is calculated.  We have a very | 15:47:57 |
| 20   large hedge program, and the hedges collapse. | 15:47:59 |
| 21   We're not as hedged in '14 as we are in -- as | 15:48:03 |
| 22   we were in '13. | 15:48:07 |
| 23         Q.     Okay.  Let's take a look at the | 15:48:08 |
| 24   same factor for 2012. | 15:48:12 |
| 25         MS. SCHWARTZ:  Mark that, | 15:48:31 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 269

```
 1    please.                                        15:48:33

 2                 THE COURT REPORTER:   Exhibit 10.  15:48:33

 3                          - - -                     15:48:34

 4               · (UST Exhibit 10, December 31,

 5    2012 AIP Update, dated February 13, 2013 (No

 6    Bates) was marked for identification)

 7                          - - -                     15:48:39

 8         A.    Okay, got it.                        15:48:39

 9         Q.    Now take a look at what the          15:48:40

10    actual was for the same metric for 2012.        15:48:42

11         A.    Got it.                              15:48:46

12         Q.    It's 2,645, correct?                 15:48:46

13         A.    Got it.                              15:48:50

14         Q.    And again, that far -- that is       15:48:51

15    far greater than the threshold and the          15:48:52

16    baseline.  Both of the threshold and the        15:48:57

17    baseline are less than the actual that came     15:48:59

18    two years ago?                                  15:49:01

19         A.    Right.  Got it.                      15:49:02

20         Q.    Right.                               15:49:03

21               Would it surprise you if I were      15:49:04

22    to tell you that the actual for all the years   15:49:05

23    from 2009 were higher than what the actual      15:49:09

24    targets which were set as "incentives" are      15:49:15

25    lower than?                                     15:49:21
```

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 270

| | | |
|---|---|---|
| 1 | A.    Would that surprise me? | 15:49:22 |
| 2 | Q.    Yes. | 15:49:23 |
| 3 | A.    No, it would not. | 15:49:24 |
| 4 | Q.    Why is that? | 15:49:25 |
| 5 | A.    Because of the hedge program | 15:49:26 |
| 6 | that was put in place in the fall of 2007.  We | 15:49:27 |
| 7 | put a five-year hedge program in place to | 15:49:30 |
| 8 | protect against the possibility that gas | 15:49:33 |
| 9 | prices would collapse -- or not collapse -- | 15:49:37 |
| 10 | but decline over time, and it's a -- and it is | 15:49:42 |
| 11 | a -- it's a scaled hedging program:  More was | 15:49:49 |
| 12 | hedged in '08 than was hedged in '09, more was | 15:49:52 |
| 13 | hedged in '09 than was hedged in '10. | 15:49:56 |
| 14 | You know, I would have to go | 15:49:59 |
| 15 | back.  We not only hedged gas but we hedged | 15:50:00 |
| 16 | heat rate as well. | 15:50:03 |
| 17 | So you've got a very complex | 15:50:05 |
| 18 | hedging program going on, and in the earlier | 15:50:07 |
| 19 | years, as it turned out, because of the way | 15:50:11 |
| 20 | gas prices behaved, and were behaving, we | 15:50:13 |
| 21 | thought we would capture a lot more value from | 15:50:19 |
| 22 | those hedges than we captured in later years, | 15:50:22 |
| 23 | because we could look out into the future, and | 15:50:27 |
| 24 | we could look at the hedge program we had in | 15:50:29 |
| 25 | place for the upcoming year, and we could use | 15:50:31 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 271

| | | |
|---|---|---|
| 1 | what we thought -- we assumed the gas prices | 15:50:34 |
| 2 | would be, and we could figure out how much of | 15:50:40 |
| 3 | that we would be able to capture in that year | 15:50:42 |
| 4 | and put into the EBITDA. | 15:50:45 |
| 5 | We were able to -- as it turned | 15:50:47 |
| 6 | out, looking at it each year going forward, we | 15:50:48 |
| 7 | could see along the way that we -- and I would | 15:50:52 |
| 8 | have to go back and look at the numbers | 15:50:54 |
| 9 | precisely, but that's the trend. | 15:50:56 |
| 10 | Q.    Right. | 15:50:58 |
| 11 | A.    I'm just talking about the | 15:50:58 |
| 12 | trend of what was going on.  We were capturing | 15:51:00 |
| 13 | more in the early years than we were in the | 15:51:02 |
| 14 | later years.  And it doesn't surprise me about | 15:51:05 |
| 15 | 2000-and I think '14, was the last one we | 15:51:09 |
| 16 | looked at, or '13, because it was -- the | 15:51:12 |
| 17 | initial program was a five-year hedge program, | 15:51:15 |
| 18 | meaning we were going out through 2012.  But | 15:51:18 |
| 19 | along the way, as we became more concerned | 15:51:22 |
| 20 | about what gas prices were going to do | 15:51:25 |
| 21 | eventually, we decided to begin to put on more | 15:51:29 |
| 22 | hedges.  But those hedges were not as valuable | 15:51:32 |
| 23 | to us, because the hedges in '07 were put on | 15:51:35 |
| 24 | when gas prices were 7.50, or $8.  By the time | 15:51:40 |
| 25 | we started putting on later hedges, gas prices | 15:51:45 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

| | | |
|---|---|---|
| 1 | were $5, or $4, or... | 15:51:47 |
| 2 | So that -- you know, I would | 15:51:52 |
| 3 | have to get into even more of the details of | 15:51:57 |
| 4 | it, or more of the assumptions, but that's | 15:51:58 |
| 5 | what's driving what looks like -- how could | 15:52:02 |
| 6 | that -- I mean, that looks like a lay-up.  I | 15:52:06 |
| 7 | mean, you did a whole lot better in '12 than | 15:52:08 |
| 8 | did you in '13. | 15:52:10 |
| 9 | Q.    That's exactly right.  I | 15:52:11 |
| 10 | couldn't have said it better than you.  And -- | 15:52:12 |
| 11 | A.    But it all has to do with the | 15:52:14 |
| 12 | hedging program.  If I sat down with you and | 15:52:16 |
| 13 | you could see those numbers -- | 15:52:18 |
| 14 | Q.    Right. | 15:52:21 |
| 15 | A.    -- that's where these big | 15:52:21 |
| 16 | swings are coming from. | 15:52:23 |
| 17 | Q.    Well, that might be helpful, | 15:52:24 |
| 18 | I'm just saying that might be helpful in terms | 15:52:25 |
| 19 | of your application. | 15:52:27 |
| 20 | MR. McKANE:  We can talk about | 15:52:31 |
| 21 | that off the record. | 15:52:32 |
| 22 | MS. SCHWARTZ:  I'm just | 15:52:33 |
| 23 | saying -- that's fine. | 15:52:33 |
| 24 | A.    I just would go back -- you | 15:52:34 |
| 25 | know, I would go back to the fact that we have | 15:52:35 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 273

| | | |
|---|---|---|
| 1 | a very robust program then when we go through | 15:52:40 |
| 2 | setting the metrics, setting thresholds, | 15:52:45 |
| 3 | setting targets, at the table in the room, | 15:52:48 |
| 4 | where the equity owners of the company, they | 15:52:53 |
| 5 | want those metrics to be stretched, they want | 15:52:57 |
| 6 | them to be -- | 15:53:00 |
| 7 | Q.   I heard you. | 15:53:00 |
| 8 | A.   -- aspirational -- | 15:53:02 |
| 9 | Q.   And I heard Mr. Filsinger, too, | 15:53:03 |
| 10 | on the stretch. | 15:53:06 |
| 11 | A.   Just looking at these, without | 15:53:07 |
| 12 | knowing the background of that, without | 15:53:09 |
| 13 | knowing what goes into the assumptions to get | 15:53:11 |
| 14 | to the number? | 15:53:14 |
| 15 | Q.   Yeah. | 15:53:15 |
| 16 | A.   That's a lay-up.  That's not | 15:53:16 |
| 17 | hard. | 15:53:19 |
| 18 | Q.   Okay. | 15:53:19 |
| 19 | A.   But when you know the | 15:53:19 |
| 20 | assumptions, when you know the background, | 15:53:20 |
| 21 | what goes into the calculation and determining | 15:53:22 |
| 22 | the metric, and then you know who is sitting | 15:53:25 |
| 23 | in the room, because we want, by God, we want | 15:53:28 |
| 24 | them to be stretched, we want them to have to | 15:53:32 |
| 25 | work to get there, you get very comfortable | 15:53:34 |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 274

| | | |
|---|---|---|
| 1 | with the numbers that are on this piece of | 15:53:36 |
| 2 | paper. | 15:53:38 |
| 3 |     Q.   Okay. | 15:53:39 |
| 4 |         MS. SCHWARTZ:  I don't have | 15:53:40 |
| 5 | anything further. | 15:53:41 |
| 6 |         THE WITNESS:  Okay, thank you. | 15:53:42 |
| 7 |         MR. McKANE:  I don't either. | 15:53:42 |
| 8 |         Thank you for your time, | 15:53:44 |
| 9 | Mr. Evans. | 15:53:45 |
| 10 |         MS. SCHWARTZ:  Thank you. | 15:53:45 |
| 11 |         THE VIDEOGRAPHER:  Stand by. | 15:53:46 |
| 12 | The time is now 3:53 p.m.  This is the end of | 15:53:47 |
| 13 | Disk No. 5.  The deposition is concluded.  Off | 15:53:50 |
| 14 | the record. | 15:53:52 |
| 15 |                --- | 15:53:52 |
| 16 |     (Time noted:  3:53 p.m.) | |
| 17 | | |
| 18 |          _____ | |
| 19 |          DONALD L. EVANS | |
| 20 | Sworn and subscribed to before | |
| 21 | me, this _____day | |
| 22 | of _____, 2014, | |
| 23 | in the jurisdiction aforesaid. | |
| 24 | | |
| 25 | _____ | |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 275

```
 1        NOTARY PUBLIC
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

```
 1                    ***

 2        ACKNOWLEDGMENT OF DEPONENT

 3     I,_____ , do hereby

 4    acknowledge that I have read and examined the

 5    foregoing testimony, and the same is a true,

 6    correct and complete transcription of the

 7    testimony given by me, and any corrections

 8    appear on the attached Errata sheet signed by

 9    me.

10

11

12

13

14    _____    _____

15    (DATE)                 (SIGNATURE)

16

17

18

19

20

21

22

23

24

25
```

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 277

```
 1              C E R T I F I C A T E

 2    STATE OF NEW YORK      )

 3                           ) ss:

 4    COUNTY OF NEW YORK     )

 5

 6              I, FRANK J. BAS, a Registered

 7    Professional Reporter, Certified Realtime

 8    Reporter and Notary Public within and for the

 9    State of New York, do hereby certify:

10              That DONALD L. EVANS, the witness

11    whose testimony is hereinbefore set forth, was

12    duly sworn by me and that such testimony given

13    by the witness was taken down stenographically

14    by me and then transcribed.

15              I further certify that I am not

16    related by blood or marriage, to any of the

17    parties in this matter and that I am in no way

18    interested in the outcome of this matter.

19              IN WITNESS WHEREOF, I have hereunto

20    set my hand this 25th of September, 2014.

21

22                   FRANK J. BAS, RPR CRR

23              Notary Public No. 01BA6260327

24

25
```

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 278

```
1    STATE OF NEW YORK  )
                    ss:
2    COUNTY OF NEW YORK )
          I wish to make the following
3    changes, for the following reasons:

4    PAGE    LINE(S)    CHANGE              REASON

5    ____|_____|_____|_____

6    ____|_____|_____|_____

7    ____|_____|_____|_____

8    ____|_____|_____|_____

9    ____|_____|_____|_____

10   ____|_____|_____|_____

11   ____|_____|_____|_____

12   ____|_____|_____|_____

13   ____|_____|_____|_____

14   ____|_____|_____|_____

15   ____|_____|_____|_____

16   ____|_____|_____|_____

17   ____|_____|_____|_____

18   ____|_____|_____|_____

19   ____|_____|_____|_____

20                     _____
                        DONALD L. EVANS
21   SUBSCRIBED AND SWORN TO BEFORE ME
     THIS___DAY OF _____, 2014.
22
     _____    _____
23    (NOTARY PUBLIC)        MY COMMISSION EXPIRES:

24

25
```

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
DONALD L. EVANS - 9/25/2014

Page 279

```
 1      --------------- I N D E X ----------------
 2    WITNESS          EXAMINATION BY         PAGE
 3    DONALD L. EVANS   MS. SCHWARTZ        7, 258
 4                      MR. McKANE            243
 5     --------------TRANSCRIPT MARKINGS-----------
 6    REQUESTS:  68
 7     --------------- EXHIBITS-------------------
 8    UST                              FOR ID
 9       UST Exhibit 1, Notice of         21
10       Deposition
11
12       UST Exhibit 2, Energy Future     65
13       Holdings Corp. Organization and
14       Compensation Committee Charter
15       (No Bates)
16
17       UST Exhibit 3, Amended and       114
18       Restated Employment Agreement,
19       dated March 31, 2014, between
20       John Young and Energy Future
21       Holdings Corp.
22
23       UST Exhibit 4, Motion of Energy  137
24       Future Holdings Corp., et al.,
25       dated August 8, 2014
```

```
 1          ----- EXHIBITS CONTINUED -----

 2       UST Exhibit 5, EFH Executive        171

 3       Annual Incentive Plan, Amended,

 4       Effective as of January 1, 2010

 5

 6       UST Exhibit 6, chart, Luminant      195

 7       Score Card Actuals v. Current

 8       Performance Matrix (No Bates)

 9

10       UST Exhibit 7, EFH Corp.            213

11       Retention Award Plan

12

13       UST Exhibit 8, EFH Insider          263

14       Compensation, Discussion

15       Materials, August 6, 2014 (No

16       Bates)

17

18       UST Exhibit 9, December 31, 2013   265

19       Incentive Compensation Update,

20       January 22, 2014 (No Bates)

21

22       UST Exhibit 10, December 31, 2012  269

23       AIP Update, dated February 13,

24       2013 (No Bates)

25
```