# EFH EXECUTIVE ANNUAL INCENTIVE PLAN

## Plan Document

Amended, effective as of January 1, 2010



EXHIBIT  5
WIT: UST
DATE: 9/25/14
FRANK BAS, RPR CRR

## TABLE OF CONTENTS

ARTICLE I.    PURPOSE. ........................................................................................................ 1

ARTICLE II.   DEFINITIONS. ................................................................................................. 1

ARTICLE III.  ELIGIBILITY AND PARTICIPATION. ........................................................... 3

ARTICLE IV.  ESTABLISHMENT OF PERFORMANCE GOALS. ........................................ 3

ARTICLE V.   ESTABLISHMENT OF AWARDS. .................................................................. 3

ARTICLE VI.  APPLICATION OF INDIVIDUAL PERFORMANCE MODIFIER AND
              DETERMINATION OF INDIVIDUAL PARTICIPANT AWARDS. .................... 3

ARTICLE VII. PAYMENT OF AWARDS. ................................................................................ 4

ARTICLE VIII. TERMINATION OF EMPLOYMENT AND PARTIAL AWARDS. ................ 4

ARTICLE IX.  ADMINISTRATIVE PROVISIONS. ................................................................. 5

# EFH EXECUTIVE ANNUAL INCENTIVE PLAN

### Article I.   Purpose.

The EFH Executive Annual Incentive Plan (the "Plan") is amended effective as of January 1, 2010. The Plan provides for annual bonus incentive award opportunities for eligible Participants payable in cash. This Plan, as herein amended, supersedes and replaces all other Plan documents.

The principal purposes of the Plan are to attract, motivate and retain key employees; to align the interests of Participants, Participating Employers and Company shareholders by rewarding performance that satisfies established performance goals; to motivate Participant behaviors that drive successful results at the corporate, business unit and individual levels; and to support collaboration across essential organizational interfaces.

### Article II.   Definitions.

When used in the Plan, the following terms shall have the meanings set forth below:

(a)   "Additional Persons" means such other individuals who are not Executive Officers under the Plan, but who are senior officers and key employees identified by the O&C Committee, in consultation with the Company's Chief Executive Officer.

(b)   "Aggregate Incentive Pool" means the amount equal to the Target Incentive Pool multiplied by the Weighted Funding Percentage.

(c)   "Award" means the amount payable to a Participant under this Plan for any Plan Year, as determined in accordance with the terms of the Plan.

(e)   "Base Salary" means the annualized base salary designated for the Participant in the applicable payroll records of the Participating Employer, prior to any deferrals, and excluding any overtime pay, bonuses, incentive compensation, expense reimbursements and fringe benefits of any kind for the applicable Plan Year.

(f)   "Business Unit" means, individually, or "Business Units" means, collectively, the "TXU Energy", "Luminant" and "Corporate Services" business units of the Company, which are the participating Employers in this Plan.

(g)   "Company" means Energy Future Holdings Corp., and its successors and assigns. With respect to a particular Participant, Company means such Participant's employer.

(h)   "Disability" or "Disabled" means disability as determined under the EFH Long-Term Disability Income Plan, or any successor plan covering Participants.

(i)   "Executive Officers" means the Company's Chief Executive Officer and other Executive Officers, as defined under the charter of the O&C Committee.

1

(j) "Financial Performance Criteria" means various measures of financial performance of the Company established by the O&C Committee for the Plan Year.

(k) "Financial Performance Funding Percentage" means a percentage used to calculate the Aggregate Incentive Pool established by the O&C Committee based on the performance of the Company against the Financial Performance Criteria established for the particular Plan Year.

(l) "Individual Performance Modifier" means individual Participant performance approved by the SPC or O&C Committee (with respect to Executive Officers and Additional Persons) and used in determining a Participant's Award.

(m) "O&C Committee" means the Organization and Compensation Committee of the Board of Directors of the Company.

(n) "Operational Metrics" means non-financial objectives established by each Business Unit that are critical to the function and success of the business.

(o) "Operational Metrics Funding Percentage" means a percentage used to calculate Aggregate Incentive Pool established by the O&C Committee based on the accomplishment of Operational Metrics for the particular Plan Year.

(p) "Participant" means an individual who is an officer of a Participating Employer having a title of vice president or above and who is employed by the Company for a period of three full months during the Plan Year.

(q) "Participating Employer" means, the Company and each of the Business Units. Additional Participating Employers may be added with the approval of the O&C Committee, and participation in the Plan by any such additional Participating Employers will commence as of the effective date designated by the O&C Committee.

(r) "Plan" means this EFH Executive Annual Incentive Plan.

(s) "Plan Year" means the twelve (12) month period beginning January 1 and ending December 31.

(t) "Retirement" means retirement from active employment with the Company upon attaining at least age 55 and completing at least 16 years of service with the Company and any of its subsidiaries.

(u) "SPC" means the group of executive officers of the Company referred to internally as the Strategy & Policy Committee.

(v) "Target Award" means an Award level of an individual Participant, expressed as a percentage of the Participant's Base Salary. The Target Award shall be used in calculating an individual's actual Award for a Plan year.

(w) "Target Incentive Pool" means the amount equal to the aggregate of the Target Awards for all Participants, or a selected group of Participants, as the context may require.

(x) "Weighted Funding Percentage" means the percentage that is the sum of the Financial Performance Funding Percentage and the Operational Metrics Funding Percentage.

**Article III.   Eligibility and Participation.**

All individuals who, as of the first day of a Plan Year, meet the definition of a Participant hereunder, shall be eligible to participate in this Plan for such Plan Year. Awards, if any, for individuals who become Participants during the Plan Year or whose participation in this Plan is terminated during the Plan Year, shall be determined under, and in accordance with, Article VIII hereof. Participation in this Plan for any Plan Year shall not entitle an individual to future participation.

**Article IV.   Establishment of Performance Goals.**

For each Plan Year, the O&C Committee establishes (i) the Financial Performance Criteria, (ii) the Operational Metrics, and (iii) the Target Incentive Pool. Such determinations by the O&C Committee shall be made at such times and shall be based on such criteria as the O&C Committee shall determine, respectively, in their sole discretion. The O&C Committee shall have full authority and discretion, for any particular Plan Year, to modify any of its determinations hereunder, with respect to all Participants or any individual Participant, including determinations which affect the calculation or amount of Awards, in order to take into consideration other benefit programs and/or extraordinary events affecting the financial results of the Company or a Business Unit. Once determined, or modified, such determinations shall be communicated to the affected Participants in such form and manner as the O&C Committee determines to be appropriate.

**Article V.   Establishment of Awards.**

After the end of the Plan Year, the O&C Committee shall determine the Financial Performance Funding Percentage and the Operational Metrics Funding Percentage for each Plan Year. The O&C Committee shall further determine the Weighted Funding Percentage and the resulting Aggregate Incentive Pool for the Plan Year.

**Article VI.   Application of Individual Performance Modifier and Determination of Individual Participant Awards.**

A.   Individual Participant Awards.

The SPC shall determine each Participant's Award, other than for Executive Officers and Additional Persons, for a Plan Year by: (i) multiplying the Participant's Target Award by the Weighted Funding Percentage; and (ii) multiplying such amount by the applicable Individual Performance Modifier determined in accordance with Article VI.B. below.

B.     <u>Application of Individual Performance Modifier</u>.

As described in Article VI.A. above, the amount determined by applying the formula set forth in Article VI.A. shall be adjusted by applying the Individual Performance Modifier for each Participant. The SPC, in its sole discretion, shall determine a Participant's Individual Performance Modifier, other than for Executive Officers and Additional Persons, based on the Participant's performance, which may range from 0% to 150%.

In no event may the aggregate of all Awards determined to be payable to all Participants exceed the Aggregate Incentive Pool.

C.     <u>Determination of Awards for Executive Officers and Additional Persons</u>.

The O&C Committee shall determine the individual Participant Awards in accordance with Article VI.A. above, and the Individual Performance Modifier in accordance with Article VI.B. above, with respect to Executive Officers and Additional Persons who are Participants in the Plan.

**Article VII.**   **Payment of Awards.**

All Awards will be paid in cash to Participants by March 15 of the year following the applicable Plan Year, subject to applicable tax withholding requirements.

**Article VIII.**   **Termination of Employment and Partial Awards.**

Participation in the Plan shall cease immediately upon a Participant's resignation or termination of employment for any reason (with or without cause), or upon the Participant's death, Disability or Retirement. In such event, the Participant may be eligible for a partial award for such Plan Year in accordance with and subject to the provisions of this Article VIII.

A.     <u>Resignation or Termination</u>.

If a Participant resigns or his/her employment with a Participating Employer is terminated (with or without cause) prior to the submission of the Award to payroll for payment for reasons other than death, Disability, Retirement, or transfer to an affiliate of the Company, such Participant shall forfeit any right to receive such Award.

B.     <u>Death, Disability or Retirement</u>.

If a Participant dies, becomes Disabled or Retires during a Plan Year after having attained at least three (3) full months of participation in the Plan during such Plan Year, the Participant, or the Participant's beneficiary in the case of the Participant's death, may, in the sole discretion of the SPC or O&C Committee (with respect to Executive Officers and Additional Persons), be entitled to receive a partial Award, prorated for the number of months that the individual was a Participant hereunder during the Plan Year. For purposes of applying this proration, a month shall include each month during which the individual was employed by a Participating Employer through at least the 15th day of such month prior to the individual's

death, Disability or Retirement. Any such Award shall be paid at the time and in the form that all other Awards are paid for such Plan Year. The decisions of the SPC and O&C Committee with respect to such Awards shall be final and binding on all parties. For purposes of this provision, a Participant's beneficiary shall be his/her surviving spouse or, if he/she has no surviving spouse, his/her estate.

C.     Transfers.

If a Participant (i) transfers from a Participating Employer to an affiliate of the Company after having attained at least three (3) full months of participation in the Plan during the Plan Year, and (ii) continues to be employed by an affiliate of the Company through the remainder of the Plan Year, such individual may, in the sole discretion of the SPC or O&C Committee (with respect to Executive Officers and Additional Persons), be entitled to receive a partial Award hereunder, prorated on the basis of the number of months such individual was employed by the Participating Employer during the Plan Year. For purposes of applying this proration, a Participant shall be deemed to have been employed by the Participating Employer for a month if such Participant was employed by the Participating Employer on the 15th day of such month. Any such Award shall be paid at the time and in the form that all other Awards are paid for such Plan Year. The decisions of the SPC and O&C Committee with respect to such Awards shall be final and binding on all parties.

D.     Participant Status Attained During Plan Year.

If an individual becomes a Participant during a Plan Year, the Participant, may, in the sole and absolute discretion of the SPC or O&C Committee (with respect to Executive Officers and Additional Persons), be eligible to receive a partial Award hereunder, prorated on the basis of the number of months such individual was a Participant during the Plan Year, provided that the Participant attained at least three (3) full months of participation in the Plan during the Plan Year. For purposes of applying this proration, a Participant shall be deemed to have been employed by the Participating Employer for a month if such Participant was employed by the Participating Employer on the 15th day of such month. Any such Award shall be paid at the time and in the form that all other Awards are paid for such Plan Year. The decisions of the SPC and O&C with respect to such Awards shall be final and binding on all parties.

**Article IX.**     **Administrative Provisions.**

A.     Administration.

The Plan shall be administered and interpreted by the Participating Employers through the individuals who have been provided authority hereunder to carry out the administration of this Plan. The O&C Committee and its members, the SPC and its members, and any other individual to whom the O&C and/or SPC has delegated their responsibilities regarding the administration of this Plan, shall have full authority, discretion and power necessary or desirable to administer and interpret this Plan. Without in any way limiting the foregoing, all such individuals shall have complete authority, discretion and power to: (i) determine the Participants for each Plan Year; (ii) determine the Individual Performance Modifier applicable to each Participant; (iii) evaluate and determine the performance of Participants; (iv) determine the

amount of the Award for each Participant; (v) interpret the provisions of this Plan and any other documentation used in connection with this Plan, including documentation specifying individual Performance Goals, Award opportunities and the like; (vi) establish and interpret rules and procedures (written or by practice) for the administration of the Plan; and (vii) make all other determinations and take all other actions necessary or desirable for the administration or interpretation of this Plan. All actions, decisions and interpretations of such individuals shall be final, conclusive and binding on all parties.

B.  No Right to Continued Employment.

Nothing in this Plan shall be deemed by implication, action or otherwise to constitute a contract of employment, or otherwise to provide a Participant with any right of continued employment or impose any limitation on any right of a Participating Employer to terminate a Participant's employment at any time.

C.  No Assignment.

A Participant or Participant's beneficiary shall have no right to anticipate, alienate, sell, transfer, assign, pledge or encumber any right to receive any incentive made under the Plan, nor will any Participant or Participant's beneficiary have any lien on any assets of any Participating Employer, or any affiliate thereof, by reason of any Award made under the Plan.

D.  Withholding.

The Participating Employers shall have the right to deduct or withhold, or require a Participant to remit to the applicable Participating Employer, any taxes required by law to be withheld from Awards made under this Plan.

E.  Amendment of Plan.

The Plan may be amended, suspended or terminated at any time and from time to time, by action of the O&C Committee. In order to be effective, any amendment of this Plan or any Award must be in writing. No oral statement, representation or the like shall have the effect of amending or modifying this Plan or any Award, or otherwise have any binding effect on the Company, the O&C Committee, the SPC, or any individual who has been delegated authority by the O&C Committee or the SPC to administer this Plan.

F.  No Obligation to Continue Plan.

The adoption of the Plan does not imply any commitment to continue to maintain the Plan, or any modified version of the Plan, or any other plan for incentive compensation for any succeeding year.

G.  Governing Law.

The Plan shall be construed in accordance with, and governed by, the laws of the State of Texas. Any disputes arising under this Plan and any action to enforce any provisions hereof, shall be maintained exclusively in the appropriate courts of Dallas County, Texas.

H.  Severability.

In case any provision of the Plan shall be held illegal or void, such illegality or invalidity shall not affect the remaining provisions of this Plan, but shall be fully severable, and the Plan shall be construed and enforced as if said illegal or invalid provisions had never been inserted herein.

I.  Limitation of Liability.

Except for their own gross negligence or willful misconduct regarding the performance of the duties specifically assigned to them under, or their willful breach of the terms of this Plan, the Participating Employer, the O&C Committee and its members, the SPC and its members, and any other entity or individual administering any aspect of this Plan shall be held harmless by the Participants and their respective representatives, heirs, successors, and assigns, against liability or losses occurring by reason of any act or omission under the Plan.

J.  Section 409A Compliance

To the extent applicable, the Plan is intended to comply with, or be exempt from, section 409A of the Internal Revenue Code of 1986 as amended (the "Code"), and shall be administered, construed, and interpreted in accordance with such intent. Payments under this Plan shall be made in a manner that will comply with, or be exempt from, section 409A of the Code, including regulations or other guidance issued with respect thereto, except as otherwise determined by the Company. The applicable provisions of section 409A of the Code are hereby incorporated by reference and shall control over any contrary provisions herein that conflict therewith.

Executed __August 3__, 2010 to be effective as January 1, 2010.

Energy Future Holdings Corp.

By: _____
Rich Landy
Executive Vice President, Human Resources