**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES AND RELATED RELIEF THERETO**

**PLEASE TAKE NOTICE** that, on April 29, 2014, Energy Future Holdings Corp. and certain of its subsidiaries (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). These chapter 11 cases are being jointly administered pursuant to the *Final Order Directing Joint Administration of the Debtors' Chapter 11 Cases* [D.I. 849].

**PLEASE TAKE FURTHER NOTICE** that, on September 15, 2014, the Court entered an order [D.I. 2015] (the "Procedures Order"), authorizing the Debtors to assume executory contracts and unexpired leases and seek related relief thereto pursuant to the procedures set forth in the Procedures Order (the "Assumption Procedures").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Assumption Procedures, the Debtors hereby provide notice of their intent to assume the executory contracts

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

and unexpired leases identified on the attached **Exhibit A** (collectively, the "Contracts and Leases").

PLEASE TAKE FURTHER NOTICE that a proposed cure amount is listed for each of the Contracts and Leases.

PLEASE TAKE FURTHER NOTICE that any objection to the Debtors' assumption of any of the Contracts and Leases or any proposed cure amounts, must be filed in writing with the Court, no later than **4:00 pm prevailing Eastern Time on October 17, 2014**, as required by the Assumption Procedures (the "Assumption Objection Deadline").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Assumption Procedures, if no objection to the assumption of the Contracts and Leases or to any related cure amounts, is filed in accordance with the Assumption Procedures, the Debtors will file with the Court a proposed form of order under a certificate of counsel, substantially in the form attached hereto as **Exhibit B** (the "Assumption Order") and an Amended Assumption Schedule, including such Contracts and Leases and related cure amounts.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Assumption Procedures, if an objection is properly filed, unless such parties agree otherwise in writing, the Debtors will schedule a hearing to consider that objection in accordance with the Assumption Procedures.

PLEASE TAKE FURTHER NOTICE that the proposed assumption of any Contract or Lease shall not constitute an admission by the Debtors that: (1) any such Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or (2) that the Debtors shall have any liability under any such Contract or Lease. The

Debtors also reserve the right to supplement, amend, or otherwise modify the schedule of Contracts and Leases and the amount of any proposed cure amount.

**PLEASE TAKE FURTHER NOTICE** that each Contract or Leases shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Contract or Lease, and all Contracts and Leases related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements have been previously rejected or terminated.

[*Remainder of page intentionally left blank.*]

Dated:  October 3, 2014
       Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:        collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:        edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:        james.sprayregen@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession