## Exhibit B

## GSO and Avenue Call Letter, dated May 27, 2014

WEIL:\95111762\1\47168.0005

**CONFIDENTIAL**
May 27, 2014

**DELIVERED VIA ELECTRONIC MAIL**

Nate Van Duzer
Fidelity Management and Research ("Fidelity")
One Federal Street
Boston, MA 02110

Dear Mr. Van Duzer:

Reference is made to the Restructuring Support and Lock-Up Agreement, dated April 29, 2014 (the "RSA"; capitalized terms used but not otherwise defined herein have the meaning ascribed to such terms in the RSA or the term sheet attached thereto as Exhibit A, as applicable), and as amended thereafter, by and among the Debtors, the Consenting Interest Holders, and the Consenting Creditors.

We are writing to inform you that GSO Capital Partners LP ("GSO") and Avenue Capital Group ("Avenue") (on behalf of certain funds managed or sub-advised by them or their affiliates), as Commitment Parties, are exercising the Call Right effective as of today's date, pursuant to which such Commitment Parties are entitled to purchase the approximately $423 million face amount of EFH Non-Guaranteed Notes held by Fidelity as of April 29, 2014, for a purchase price equal to 37.15% of par plus accrued and unpaid interest through the Petition Date.  To the extent that Fidelity has sold, assigned or otherwise disposed of its EFH Non-Guaranteed Notes, please inform such counterparties as to the exercise of the Call Right.

Please confirm receipt of this letter and provide us with Fidelity's holdings of EFH Non-Guaranteed Notes as of the date of the receipt of this letter (including accrued interest through the Petition Date). Unless we hear otherwise, we will assume Fidelity continues to hold approximately $423 million face amount of Notes held on April 29 and we are therefore prepared to settle the trade T+3, similar to comparable market trading terms.

Please contact Armando Gonzalez at GSO and Christopher Margiotta at Avenue to confirm delivery instructions.  If you have any questions, please do not hesitate to contact us.

- Armando Gonzalez: armando.gonzalez@gsocap.com, 212.503.2119
- Christopher Margiotta: cmargiotta@avenuecapital.com , 212.850.6019



_____
Marisa Beeney
Authorized Signatory
GSO Capital Partners LP

_____
Marc Lasry
Authorized Signatory
Avenue Investments, LP

CC:

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attention: Brad Eric Scheler, Gary L. Kaplan, and Matthew Roose
E-mail addresses: brad.scheler@friedfrank.com, gary.kaplan@friedfrank.com, and matthew.roose@friedfrank.com

_____
Marisa Beeney
Authorized Signatory
GSO Capital Partners LP


_____*[signature]*_____
Marc Lasry
Authorized Signatory
Avenue Investments, LP


CC:

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attention: Brad Eric Scheler, Gary L. Kaplan, and Matthew Roose
E-mail addresses: brad.scheler@friedfrank.com, gary.kaplan@friedfrank.com, and matthew.roose@friedfrank.com