## **Exhibit C**

**York Call Letter, dated July 17, 2014**

WEIL:\95111762\1\47168.0005



**CONFIDENTIAL**
**July 17, 2014**

DELIVERED VIA ELECTRONIC MAIL

Nate Van Duzer
Fidelity Management and Research ("Fidelity")
One Federal Street
Boston, MA  02110
Nate.vanduzer@fmr.com

Dear Mr. Van Duzer:

    Reference is made to the Restructuring Support and Lock-Up Agreement, dated April 29, 2014 (the "RSA"; capitalized terms used but not otherwise defined herein have the meaning ascribed to such terms in the RSA or the term sheet attached thereto as Exhibit A, as applicable), and as amended thereafter, by and among the Debtors, the Consenting Interest Holders and the Consenting Creditors.

    We are writing to inform you that York Capital Management Global Advisors, LLC (on behalf of certain funds managed or advised by it or its affiliates), as a Commitment Party, is exercising the Call Right effective as of today's date, pursuant to which such Commitment Party is entitled to purchase its share of the approximately $423 million face amount of EFH Non-Guaranteed Notes held by Fidelity as of April 29, 2014, for a purchase price equal to 37.15% of par plus accrued and unpaid interest through the Petition Date.  To the extent that Fidelity has sold, assigned or otherwise disposed of its EFH Non-Guaranteed Notes, please inform any transferee as to the exercise of the Call Right.

    Please confirm receipt of this letter and provide us with Fidelity's holdings of EFH Non-Guaranteed Notes as of the date of the receipt of this letter (including accrued interest through the Petition Date).  Unless we hear otherwise, we will assume Fidelity continues to hold the approximately $423 million face amount of Notes held on April 29.  We are also prepared to settle the trade T+3, similar to comparable market trading terms.

    If you have any questions, please do not hesitate to contact us.

Very truly yours,

*Richard P. Swanson*
Richard P. Swanson
General Counsel

cc:  Jeffrey Rosenbaum, jrosenbaum@yorkcapital.com
Armando Gonzalez, Armando.gonzalez@gsocap.com
Christopher Margiotta, cmargiotta@avenuecapital.com
Brad Eric Scheler, brad.scheler@friedfrank.com
Gary L. Kaplan, gary.kaplan@friedfrank.com
Matthew Roose, matthew.roose@friedfrank.com
Ira Dizengoff, idizengoff@akingump.com
Scott Alberino, salberino@akingump.com
Vick Sandu, Vsandu@psam.com
Joe Zalewski, jzalewski@thirdave.com