**Exhibit D**

**Third Avenue Call Letter, dated July 17, 2014**



**DELIVERED VIA ELECTRONIC MAIL**

Nate Van Duzer
Fidelity Management and Research ("Fidelity")
One Federal Street
Boston, MA 02110

July 17, 2014

Re: <u>Energy Future Holdings</u>

Dear Mr. Van Duzer:

Reference is made to the Restructuring Support and Lock-Up Agreement, dated April 29, 2014 (the "RSA") and as amended thereafter by and among the Debtors, the Consenting Interest Holders, and the Consenting Creditors. Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the RSA or the term sheet attached thereto as Exhibit A, as applicable.

Third Avenue Management LLC ("Third Avenue") (on behalf of certain funds managed or advised by it or its affiliates), as a Commitment Party, hereby exercises the Call Right effective as of today's date, pursuant to which such Commitment Party is entitled to purchase its share of the approximately $423 million face amount of EFH Non-Guaranteed Notes held by Fidelity as of April 29, 2014 for a purchase price equal to 37.15% of par plus accrued and unpaid interest through the Petition Date. To the extent that Fidelity has sold, assigned or otherwise disposed of its EFH Non-Guaranteed Notes, please inform such counterparties as to the exercise of the Call Right.

Please confirm receipt of this letter and provide us with Fidelity's holdings of EFH Non-Guaranteed Notes as of the date of the receipt of this letter (including accrued interest through the Petition Date). Unless we hear otherwise, we will assume Fidelity continues to hold approximately $423 million face amount of Notes held on April 29. We are prepared to settle the trade T+3, similar to comparable market trading terms.

Please contact Joe Zalewski (jzalewski@thirdave.com; 212-906-1189) to confirm delivery instructions. If you have any questions, please do not hesitate to contact us.

> **THIRD AVENUE MANAGEMENT LLC, on behalf of certain funds for which it serves as investment advisor,**
>
> By: _____
> Name: W. James Hall
> Title: General Counsel