# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 8, 2014 STARTING AT 9:30 A.M. (EDT)[2]

**I.    CONTESTED MATTERS:**

1.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1792; filed August 8, 2014]

    <u>Response/Objection Deadline</u>:    September 5, 2014 at 4:00 p.m. (EDT); extended to October 2, 2014 at 4:00 p.m. (EDT) for the Office of United States Trustee

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The October 8, 2014 hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EDT). Due to the anticipated number of attendees at the October 8, 2014 hearing, parties are also invited to attend the hearing via live video teleconference from an overflow Courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on October 8, 2014. Any person who wishes to appear telephonically at the October 8, 2014 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, October 7, 2014 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

Responses/Objections Received:

A. Statement of the Ad Hoc Committee of TCEH First Lien Creditors in Support of the Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1967; filed September 5, 2014]

B. Objection of the United States Trustee to Debtors' Motion (A) to Pay Prepetition Bonuses to Insiders and (B) to Continue Insider Bonus Plans [D.I. 1792] [D.I. 2305; filed October 2, 2014]

Related Documents:

i. Declaration of Todd W. Filsinger in Support of Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1793; filed August 8, 2014]

ii. Declaration of Douglas Friske in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1794; filed August 8, 2014]

iii. Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1795; filed August 8, 2014]

iv. Notice of Deposition [D.I. 1859; filed August 15, 2014]

v. Notice of Deposition [D.I. 1861; filed August 15, 2014]

vi. Notice of Withdrawal of Deposition Notices and Discovery Requests [D.I. 1889; filed August 20, 2014]

vii. Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al*., for Entry of an

2

        Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

  viii.  Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

  ix.  Re-Notice of (I) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] and (II) "Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1795] [D.I. 2009; filed September 12, 2014]

  x.  Notice of Deposition [D.I. 2090; filed September 19, 2014]

  xi.  Amended Re-Notice of (I) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] and (II) "Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1795] [D.I. 2096; filed September 22, 2014]

  xii.  Debtors' Motion for Leave to File and Serve a Late Reply in Response to any Objection of the Office of the United States Trustee for the District of Delaware to the "Motion of Energy Future Holdings Corp., *et al.*, for

Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 2110; filed September 23, 2014]

xiii. Order Granting Leave to File and Serve a Late Reply in Response to any Objection of the Office of the United States Trustee for the District of Delaware to the "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 2111; filed September 24, 2014]

xiv. United States Trustee's Objection to the Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Motion to (A) Pay Prepetition Bonuses to Insiders and (B) to Continue Insider Bonus Programs [D.I. 1795] [D.I. 2304; filed October 2, 2014]

xv. Declaration of Michael T. Panacio., Bankruptcy Analyst in Support of Objection of the United States Trustee to Debtors' Motion (A) to Pay Prepetition Bonuses to Insiders and (B) to Continue Insider Bonus Plans [D.I. 2306; filed October 2, 2014]

xvi. Notice of Deposition [D.I. 2308; filed October 3, 2014]

xvii. Declaration of Andrea B. Schwartz in Support of Objection of the United States Trustee to Debtors' Motion (A) to Pay Prepetition Bonuses to Insiders and (B) to Continue Insider Bonus Plans [D.I. 2310; filed October 3, 2014]

Status: The hearing on this matter will go forward.

2. Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1795; filed August 8, 2014]

Response/Objection Deadline: September 5, 2014 at 4:00 p.m. (EDT); extended to October 2, 2014 at 4:00 p.m. (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.  United States Trustee's Objection to the Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Motion to (A) Pay Prepetition Bonuses to Insiders and (B) to Continue Insider Bonus Programs [D.I. 1795] [D.I. 2304; filed October 2, 2014]

Related Documents:

i.  Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1792; filed August 8, 2014]

ii.  Declaration of Todd W. Filsinger in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1793; filed August 8, 2014] *(located at agenda item #1. i)*

iii.  Declaration of Douglas Friske in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 1794; filed August 8, 2014]

iv.  Re-Notice of (I) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] and (II) "Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1795] [D.I. 2009; filed September 12, 2014]

v.  Amended Re-Notice of (I) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain

5

Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] and (II) "Motion of Energy Future Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1795] [D.I. 2096; filed September 22, 2014]

vi. Objection of the United States Trustee to Debtors' Motion (A) to Pay Prepetition Bonuses to Insiders and (B) to Continue Insider Bonus Plans [D.I. 1792] [D.I. 2305; filed October 2, 2014]

vii. Declaration of Michael T. Panacio., Bankruptcy Analyst in Support of Objection of the United States Trustee to Debtors' Motion (A) to Pay Prepetition Bonuses to Insiders and (B) to Continue Insider Bonus Plans [D.I. 2306; filed October 2, 2014]

viii. Declaration of Andrea B. Schwartz in Support of Objection of the United States Trustee to Debtors' Motion (A) to Pay Prepetition Bonuses to Insiders and (B) to Continue Insider Bonus Plans [D.I. 2310; filed October 3, 2014] *(located at agenda item #1. xvii)*

Status: The hearing on this matter will go forward.

RLF1 10889855v.1

Dated: October 6, 2014
      Wilmington, Delaware      */s/ Jason M. Madron*
                                            **RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
                 defranceschi@rlf.com
                 madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
                 stephen.hessler@kirkland.com
                 brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
                 chad.husnick@kirkland.com
                 steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession