IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Melissa R. Dean, Esquire to represent UMB Bank, N.A., as indenture trustee, in these actions.

KLEHR HARRISON HARVEY
BRANZBURG LLP

*/s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 6, 2014

*Melissa Dean*
Melissa R. Dean, Esquire
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 338-3622

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2014

_____
United States Bankruptcy Judge

PHIL1 3898888v.1