IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
:       Chapter 11
In re                                           :
:       Case No. 14-10979 (CSS)
ENERGY FUTURE HOLDINGS,       :
  CORP., *et al.*,                              :       Jointly Administered
                        Debtors.         :
:
:
:
------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF MICHAEL T. PANACIO.,
BANKRUPTCY ANALYST
IN SUPPORT OF OBJECTION OF THE UNITED STATES TRUSTEE
TO DEBTORS' MOTION (A) TO PAY PREPETITION
BONUSES TO INSIDERS AND (B) TO CONTINUE
<u>INSIDER BONUS PLANS</u>**

I, Michael T. Panacio, of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am a Bankruptcy Auditor for the United States Trustee for Region 3 ("U.S. Trustee"), and have full knowledge of the facts herein.

2.    On October 2, 2014, I submitted a Declaration in support of the U.S. Trustee's Objection (the "Declaration").[1] (D.I. 2306).

3.    On October 6, 2014, the Debtors, by their counsel, deposed me regarding the Declaration.

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Objection.

4. During the deposition, I noted a typographical error in Exhibit B. On the spreadsheet titled *TXU Score Card Actuals v. Current Performance Matrix*, for which the data was provided by the debtors, I included the number 969 as the value in the field for TXUE Customer Complaints. This is a typographical error and the number should be 696.

5. The error does not affect any of my analyses or determinations contained in my Declaration.

6. A revised *TXU Score Card Actuals v. Current Performance Matrix* spreadsheet is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Michael T. Panacio

Executed on: October 6, 2014