IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

### CERTIFICATION OF COUNSEL CONCERNING STIPULATION AND AGREED ORDER REGARDING CERTAIN UNCLAIMED PROPERTY

The undersigned hereby certifies as follows:

1. On June 26, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") submitted unclaimed property reports to the Texas Comptroller of Public Accounts (the "Comptroller" and, together with the Debtors, the "Parties") pursuant to section 74.101 of the Texas Property Code (the "TPC") listing unclaimed property, including customer deposits, in the amounts of $84,309.98 (record confirmation no. E63519) and $1,180,782.20 (record confirmation no. E63532) (the "June Reports").

2. On July 1, 2014, the Debtors submitted unclaimed property reports to the Comptroller listing unclaimed property in the amounts of $14,299.66 (record confirmation no. E66097) and $22,395.76 (record confirmation no E66091) (together with the June Reports, the "Outstanding Reports," and the unclaimed property listed therein, the "Unclaimed Property").

3. The Outstanding Reports relate to, among other things, customer deposits and refunds as well as wages, that were unclaimed as of March 1, 2013.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10905518v.1

4. The Debtors have not remitted the Unclaimed Property to the Comptroller because of the commencement of the Debtors' chapter 11 cases.

5. The Debtors intend to file additional unclaimed property reports on an annual basis during the pendency of the chapter 11 cases and following the Debtors' emergence from chapter 11 (the "Additional Reports," and, together with the Outstanding Reports, the "Reports").

6. Section 74.708 of the TPC provides that the Unclaimed Property is "[held] in trust for the benefit of the state on behalf of the missing owner and is liable to the state for the full value of the property, plus any accrued interest and penalty."

7. In accordance with the TPC and in collaboration with the Comptroller, the Debtors have prepared a stipulation and agreed order (the "Stipulation and Order") contemplating remittances to the Comptroller in full satisfaction of any amounts outstanding under, or potentially alleged by the Comptroller as due and owing in connection with, the Unclaimed Property and the Reports. A copy of the Stipulation and Order is attached hereto as Exhibit A. The Stipulation and Order has been circulated, and is acceptable, to the Debtors, the Official Committee of Unsecured Creditors of Energy Future Holdings, Corp., *et. al.*, Wilmington Savings Fund Society, FSB, in its capacity as successor indenture trustee, and counsel to the Ad Hoc Group of TCEH Unsecured Noteholders. The Debtors have also circulated the Stipulation and Order to the U.S. Trustee, and the U.S. Trustee has indicated it does not have any objections to the Stipulation and Order.

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Stipulation and Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: October 6, 2014
   Wilmington, Delaware   */s/ William A. Romanowicz*
             **RICHARDS, LAYTON & FINGER, P.A.**
             Mark D. Collins (No. 2981)
             Daniel J. DeFranceschi (No. 2732)
             Jason M. Madron (No. 4431)
             William A. Romanowicz (No. 5794)
             920 North King Street
             Wilmington, Delaware 19801
             Telephone: (302) 651-7700
             Facsimile: (302) 651-7701
             Email:  collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com
                  romanowicz@rlf.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

-and-

**KIRKLAND & ELLIS, LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:  edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:  james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*