IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
                                                   :   Chapter 11
In re                                              :
                                                   :   Case No. 14-10979 (CSS)
ENERGY FUTURE HOLDINGS,                            :
   CORP., et al.,                                  :   Jointly Administered
                              Debtors.             :
                                                   :
                                                   :
                                                   :
-------------------------------------------------- x
```

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on October 6, 2014, the Supplemental Declaration of Michael T. Panacio., Bankruptcy Analyst In Support of Objection of The United States Trustee To Debtors' Motion (A) To Pay Prepetition Bonuses To Insiders And (B) To Continue Insider Bonus Plans, was served in the manner indicated to the following persons:

1ST CLASS U.S. MAIL AND E-MAIL

Mark D. Collins
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801

Richard M. Cieri
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611

By: */s/ Timothy J. Fox*
Timothy J. Fox, Jr., Esquire
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 fax
Timothy.Fox@usdoj.gov
