# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Calendar Date: 10/06/2014
Calendar Time: 03:45 PM ET

Amended Calendar 10/06/2014 01:05 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6512832 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6512916 | Chad J. Husnick | (312) 862-2009 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6512903 | Andy McGaan | (202) 879-5082 ext. 00 | Kirkland & Ellis LLP - Washington Offic | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6512884 | Mark E. McKane | 415-439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6512878 | Michael Petrino | (202) 879-5175 ext. 00 | Kirkland & Ellis LLP - Washington Offic | Debtor, Energy Future Holdings Corp / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6512921 | Edward Sassower | 212-446-4733 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6512888 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6512894 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LIVE |

*Bridget O'Connor*