IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |

**DECLARATION OF MICHAEL P. ESSER IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN PREPETITION AMOUNTS ON ACCOUNT OF THE INSIDER COMPENSATION PROGRAMS AND (B) CONTINUE THE INSIDER COMPENSATION PROGRAMS IN THE ORDINARY COURSE OF BUSINESS ON A POSTPETITION BASIS**

I, Michael P. Esser, hereby declare the following:

1. I am an associate at the law firm of Kirkland & Ellis LLP, counsel for the Debtors, in the above captioned matter. I am licensed in the State of California and admitted *pro hac vice* in these cases. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10906833v.1

3. Attached hereto as Exhibit A is a true and correct copy of the Amended and Restated Employment Agreement between Stacey H. Doré and Energy Future Holdings Corp. dated March 31, 2014.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of the rough deposition transcript of Michael Panacio dated October 6, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of October 2014 at Wilmington, Delaware

*/s/ Michael P. Esser*
Michael P. Esser