**EXHIBIT B**

**Revised Filsinger Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF TODD W. FILSINGER IN SUPPORT OF
## MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN
## ORDER AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN PREPETITION
## AMOUNTS ON ACCOUNT OF THE INSIDER COMPENSATION PROGRAMS AND
## (B) CONTINUE THE INSIDER COMPENSATION PROGRAMS IN THE ORDINARY
## COURSE OF BUSINESS ON A POSTPETITION BASIS

I, Todd W. Filsinger, declare as follows:

1.      I am a Senior Managing Director of Filsinger Energy Partners, an energy advisory firm that provides high-level strategy, economic and market evaluation, corporate budget development, compensation program design, gross margin forecasting, power and fuel price forecasting, risk management, independent engineering, expert testimony, and complete interim management solutions to energy, industrial, and manufacturing companies and their stakeholders.

2.      I developed the attached declaration in connection with the Debtors' *Motion of Energy Future Holdings Corp., et al., for Entry of AN Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on account of the Insider Compensation*

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

*Programs and (B) Continue the Insider Compensation Programs In The Ordinary Course of Business On a Postpetition Basis.*

3.     I have reviewed documents made available to me by counsel of record for the Debtors in this Action, and performed other investigations in order to determine the facts and circumstances in my declaration.  This declaration are based on personal knowledge and a review of relevant documents and, if called as a witness, I could and would testify competently thereto.

4.     My declaration contains detailed information about the Debtors' confidential internal business strategy and budgeting thresholds as well as nonpublic details of employee compensation.  For example, the section of my report assessing the metrics that trigger bonuses under the Incentive Compensation Plans draws directly upon reports provided to me by the Debtors analyzing Luminant and TXU Energy's projected performance compared to their competitors.  Other sections incorporate information about the Debtors' long-range planning, business risks, proprietary customer pricing and margins, and other performance challenges.  I was advised by the Debtors that given their strong interest in keeping this information from public disclosure, I was to keep confidential the documents provided to me for use in the preparation of my report.  Based on my experience in the industry, I believe that the public disclosure of the information in my attached declaration has the potential to competitively harm the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  August 8, 2014

Todd W. Filsinger
Senior Managing Director
Filsinger Energy Partners

# EXHIBIT A:
# DECLARATION OF TODD W. FILSINGER,
# FILSINGER ENERGY PARTNERS

### August 8, 2014

### Highly Confidential—Filed Under Seal

HIGHLY CONFIDENTIAL

## CONTENTS

1 EXECUTIVE SUMMARY ................................................................................................................ 1-1

2 FILSINGER ENERGY PARTNERS ................................................................................................ 2-9

  2.1   FEP Qualifications.............................................................................................................2-9

  2.2   FEP's Role in the Planning Process.................................................................................2-10

3 EFH OVERVIEW .............................................................................................................................. 3-12

4 DERIVATION OF THE BUSINESS PLAN AND 2014 NON-INSIDER AIP & INSIDER EAIP METRICS .................. 4-13

  4.1   Company Planning Process ...........................................................................................4-13

  4.2   Development of AIP/EAIP Performance Metrics ...........................................................4-13

5 ERCOT MARKET OVERVIEW ....................................................................................................... 5-15

6 COMPENSATION METRIC ANALYSIS ......................................................................................... 6-19

  6.1   Luminant .......................................................................................................................6-19

     6.1.1   Overview of Luminant AIP/EAIP Performance Metrics...............................................6-19

     6.1.2   FEP's Metric Analysis..................................................................................................6-20

  6.2   Luminant Energy Commercial Incentive Plan ...............................................................6-39

  6.3   Luminant Safety Program Incentive Plans ....................................................................6-40

  6.4   TXU Energy ...................................................................................................................6-43

     6.4.1   Overview of TXU Energy Performance Metrics ..........................................................6-43

     6.4.2   FEP's Metric Analysis..................................................................................................6-44

  6.5   Business Services...........................................................................................................6-63

     6.5.1   Overview of Metrics....................................................................................................6-63

     6.5.2   FEP's Metric Analysis..................................................................................................6-64

HIGHLY CONFIDENTIAL

## LIST OF FIGURES

Figure 3-1: Map Indicating Luminant Plant Locations and TXU Energy Operating Area ........................3-12

Figure 5-1: Historic Henry Hub Spot Price .................................................................................5-15

Figure 5-2: Historical Luminant Monticello Coal Generation Capacity Factor...........................5-16

Figure 5-3: Customer Adoption of Non-Affiliated REPs has Rapidly Advanced Since the Opening of the Competitive Market in 2002......................................................................................................5-17

Figure 5-4: Growth of Competitive Retail Products in ERCOT ...........................................................5-18

Figure 6-1: Relationship of Luminant Risk Factors Managed by an Integrated Risk Management Framework.................................................................................................................................6-21

Figure 6-2: ERCOT Wind Installations ................................................................................................6-22

Figure 6-3: Luminant Earnings vs. Houston Ship Channel Natural Gas Prices .........................................6-23

Figure 6-4: Summary of Non-Insider AIP Luminant EBITDA Multifactor Scenarios Analyzed by FEP......6-26

Figure 6-5: Summary of Insider EAIP Luminant EBITDA Multifactor Scenarios Analyzed by FEP...........6-28

Figure 6-6: Luminant Non-Insider AIP Coal Plant Summer Availability Targets vs. Industry Historicals 6-29

Figure 6-7: Luminant Insider EAIP Coal Plant Summer Availability Targets vs. Industry Historicals ......6-30

Figure 6-8: Luminant Non-Insider AIP Coal Plant Non-Summer Availability Targets vs. Industry Historicals ...........................................................................................................................................6-30

Figure 6-9: Luminant Insider EAIP Coal Plant Non-Summer Availability Targets vs. Industry Historicals ...........................................................................................................................................6-31

Figure 6-10: Luminant Non-Insider AIP Nuclear Plant Availability Targets vs. Industry Historicals .......6-32

Figure 6-11: Luminant Insider EAIP Nuclear Plant Availability Targets vs. Industry Historicals .............6-32

Figure 6-12: Incentivizing Effective Cost Management through Transparency at the Luminant Coal Mines ...........................................................................................................................................6-34

Figure 6-13: Comparison of Industry Average Combined O&M and CapEx Costs to 2014 Metrics .......6-35

Figure 6-14: Luminant Non-Insider AIP Risk Factors to Coal Fuel Cost....................................................6-38

Figure 6-15: Luminant Insider EAIP Risk Factors to Coal Fuel Cost.........................................................6-38

Figure 6-16: Safety Awareness in the Sandow 4 Control Room ...........................................................6-42

Figure 6-17: Luminant's "Safety Zero" Motto...................................................................................6-42

Figure 6-18: Relationship of TXU Energy Risk Factors Managed by an Integrated Risk Management Framework.................................................................................................................................6-45

Figure 6-19: Summary of Non-Insider AIP TXU Energy EBITDA Multifactor Scenarios Analyzed by FEP 6-49

Figure 6-20: Summary of Insider EAIP TXU Energy EBITDA Multifactor Scenarios Analyzed by FEP......6-50

Figure 6-21: Risk Factors to Non-Insider AIP TXU Energy Total Costs ....................................................6-51

Figure 6-22: Risk Factors to Insider EAIP TXU Energy Total Costs..........................................................6-52

Figure 6-23: Contribution Margin: TXU Energy 2014 Non-Insider AIP/ Insider EAIP vs. Market History 6-53

Figure 6-24: Residential Market Share of Incumbent REPs and the Growth of Retail Providers ...........6-54

Figure 6-25: Non-Insider AIP Customer Satisfaction Identified Risk Range.............................................6-58

Figure 6-26: Insider EAIP Customer Satisfaction Identified Risk Range..................................................6-58

HIGHLY CONFIDENTIAL



Figure 6-27: Days Sales Outstanding Identified Risk Range ................................................................. 6-59
Figure 6-28:   Energizing Event Success: TXU Energy 2014 Non-Insider AIP/ Insider EAIP vs. Company Actuals....................................................................................................................................... 6-60
Figure 6-29: Complaints to the PUCT........................................................................................ 6-61
Figure 6-30: Non-Insider AIP Customer Complaints Identified Risk Range ........................................... 6-61
Figure 6-31: Insider EAIP Customer Complaints Identified Risk Range ................................................. 6-62
Figure 6-32:  Systems Availability: TXU Energy 2014 Non-Insider AIP/ Insider EAIP vs. Company Actuals
.................................................................................................................................... 6-63

HIGHLY CONFIDENTIAL

## LIST OF TABLES

Table 1-1: Non-Insider AIP Metrics ...........................................................................................1-2

Table 1-2: August-December 2014 Balance of Year Around-the-Clock Commodity Prices and Heat Rates ................................................................................................................................. 1-3

Table 1-3: Summary of Year-to-Date Performance as of June 30, 2014 ....................................1-4

Table 1-4: Updated Insider EAIP Metrics ..................................................................................1-5

Table 6-1: Luminant Non-Insider AIP Metrics .........................................................................6-19

Table 6-2: Luminant Updated Insider EAIP Metrics.................................................................6-20

Table 6-3: Major Contributing Factors to Coal Fuel Costs .......................................................6-24

Table 6-4: August-December 2014 Balance of Year Around-the-Clock Commodity Prices and Heat Rates ................................................................................................................................6-27

Table 6-5: Non-Insider and Insider LCIP Funding Schedule .....................................................6-39

Table 6-6: Luminant Safety Program Incentive Plans "Personnel Safety Index" Metrics.......................6-41

Table 6-7: TXU Energy Non-Insider AIP Metrics......................................................................6-44

Table 6-8: TXU Energy Updated Insider EAIP Metrics..............................................................6-44

Table 6-9: TXU Energy Non-Insider AIP Customer Experience Sub-Scorecard .........................6-56

Table 6-10: TXU Energy Updated Insider EAIP Customer Experience Sub-Scorecard ..............6-56

Table 6-11: Business Services Non-Insider AIP Metrics ...........................................................6-63

Table 6-12: Business Services Updated Insider EAIP Metrics ...................................................6-64

Table 6-13: List of Insiders and Insider EAIP Performance Scoring .........................................6-66

HIGHLY CONFIDENTIAL

## LIST OF ACRONYMS AND TERMS

AIP -- Annual Incentive Plan
CEO -- Chief Executive Officer
CFO -- Chief Financial Officer
COO -- Chief Operating Officer
CQ -- Customer Quality
CapEx -- Capital Expenditures
Company -- Energy Future Holdings Corp. and its subsidiaries
DSO -- Days Sales Outstanding
EAF -- Equivalent Availability Factor
EAIP -- Executive Annual Incentive Plan
EBITDA -- Earnings before interest, taxes, depreciation and amortization
EES -- Energizing Event Success
EFH -- Energy Future Holdings Corp. and its subsidiaries
EIA -- U.S. Energy Information Administration
EIV -- Economic Incremental Value
ERCOT -- Electric Reliability Council of Texas
ESB -- Energy Supply Book
FEP -- Filsinger Energy Partners
FERC -- Federal Energy Regulatory Commission
GWh -- Gigawatt-hour
HSC -- Houston Ship Channel natural gas delivery location
IT -- Information Technology
KLPP -- Key Leader Performance Plan
LCIP -- Luminant Energy Commercial Incentive Plan
LOIE -- Lights Out in Error
LRP -- Long Range Plan
LTIP -- Long Term Incentive Plan
Luminant -- Luminant Holding Company LLC and its subsidiaries
MMBtu -- Million British Thermal Units
MW -- Megawatt
MWh -- Megawatt-hour
NERC -- North American Electric Reliability Corporation
O&M -- Operating and Maintenance
Oncor -- Oncor Electric Delivery Holdings Company LLC and its subsidiaries
PRB -- Powder River Basin coal
PUCT -- Public Utility Commission of Texas
pc-GAR -- North American Electric Reliability Corporation's Generating Availability Report
REPs -- Retail Electricity Providers
SG&A -- Selling, General and Administrative
SPC -- EFH Strategic Planning Committee
SVP -- Senior Vice President
TXU Energy or TXUE -- TXU Energy Retail Company LLC and its affiliates
VP -- Vice President

HIGHLY CONFIDENTIAL 

# 1   EXECUTIVE SUMMARY

Filsinger Energy Partners ("FEP") and I, Todd W. Filsinger, a senior managing director of FEP, have been asked by counsel for Energy Future Holdings Corp. and its subsidiaries ("EFH" or the "Company") to independently assess the reasonableness of the performance metrics that trigger bonuses for certain selected members of senior management (the "Insider" executive team) in the Company's Annual Incentive Plan ("AIP"), 2014 Executive Annual Incentive Plan ("EAIP")[1], AIP/EAIP Luminant Safety Program Incentive Plans, Luminant Energy Commercial Incentive Plan ("LCIP"), Key Leader Performance Plan ("KLPP"), and Long Term Incentive Plan ("LTIP"). Specifically, I was asked to evaluate whether those performance metrics are primarily incentivizing—that is, whether they are stretch goals as opposed to easy to achieve.

**Scorecard Metrics**

As in previous years, the scorecard metrics found in the AIP, EAIP, AIP/EAIP Luminant Safety Program Incentive Plans, and the LCIP were based on targets in the 2014 annual budget and Long Range Plan ("LRP") that the Company developed from the ground-up, separate from its variable compensation programs. The KLPP and LTIP are standalone compensation programs that are a subset of the AIP/EAIP targets. The Company's process for planning and developing the annual budget stretches across a number of months, and involves detailed modeling for each business unit and a robust review of the targets throughout all levels of the organization.

### AIP/EAIP Scorecard Metrics

EFH's operating business units consist primarily of Luminant Holding Company LLC and its subsidiaries ("Luminant") and TXU Energy Retail Company LLC and its affiliates ("TXU Energy" or "TXUE"). Based on the 2014 annual budget and LRP, the Company developed an AIP/EAIP scorecard for each business unit—Luminant, TXU Energy and Business Services—that tailors the incentive metrics to the key financial and operational performance drivers for that particular entity. For example, Luminant's AIP/EAIP metrics focus on earnings before interest, taxes, depreciation and amortization ("EBITDA") (37.5% weight), plant availability (27.5% across coal-fired and nuclear facilities), Operating and Maintenance ("O&M") and Selling, General and Administrative ("SG&A") costs (15%), management of coal fuel costs (10%) and capital expenditures ("CapEx") (10%). Meanwhile, the AIP/EAIP metrics at TXU Energy rely heavily on EBITDA (40% weight) as well as total costs (20%), contribution margin (15%), total customer counts (10%) and customer experience (15%). While the metrics for Luminant and TXU Energy focus on performance of those business units, four of the five metrics at Business Services are derived directly from Luminant and TXU Energy performance metrics. All told, the metrics used in the AIP/EAIP

---

[1] The Company maintains the EAIP for 72 individuals at or above the level of Vice President ("VP"). Twenty-five Company employees within the EAIP are considered Insiders, therefore for purposes of this report these 25 individuals plus one spouse of an Insider are referred to with the term "Insider EAIP".

HIGHLY CONFIDENTIAL

scorecards are substantially similar to, if not the same as, those that have been used by the Company for at least the last five years.

For each AIP/EAIP scorecard metric, the Company established a payout range based on varying levels of performance—threshold, baseline, and superior. If actual performance does not meet the threshold metric, the Company will not pay out a Non-Insider AIP or Insider EAIP bonus. These metrics, if met, will ensure that management has increased value for the Company and its constituencies, holding all else equal.

The original scorecards for all employees covered by the EAIP and AIP were developed based on the 2014 budget and are shown in Table 1-1 below.

Table 1-1: Non-Insider AIP Metrics

| Scorecard | Performance Metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| Luminant | Luminant Management EBITDA ($ mm) | 37.5 | | | |
| | Coal Available Generation (GWh) (Jun-Sep 15) | 10 | 19,102 | 19,898 | 20,385 |
| | Coal Available Generation (GWh) (Jan-May, Sept 16-Dec) | 10 | 33,696 | 35,100 | 36,504 |
| | Nuclear Available Generation (GWh) | 7.5 | 18,810 | 19,388 | 19,786 |
| | Luminant O&M/SG&A ($ mm) | 15 | 1,169 | 1,114 | 1,030 |
| | Coal Fuel Costs ($/MMBtu consumed) | 10 | 1.80 | 1.72 | 1.59 |
| | Luminant Capex ($ mm) | 10 | 664 | 632 | 585 |
| TXU Energy | TXU Energy Management EBITDA ($ mm) | 40 | | | |
| | TXU Energy Total Costs ($ mm) | 20 | 401 | 365 | 328 |
| | Contribution Margin ($/MWh) | 15 | | | |
| | Residential Ending Customer Count (000's) | 10 | 1,372 | 1,429 | 1,486 |
| | TXUE Customer Satisfaction % | 3 | 83.60% | 85.60% | 87.60% |
| | Average Days Sales Outstanding | 3 | 41.0 | 39.5 | 37.9 |
| | TXUE Energizing Event Success (Issues) | 3 | 99.80% | 99.90% | 99.95% |
| | TXUE Customer Complaints | 3 | 696 | 580 | 464 |
| | TXUE System Availability % (Uptime) | 3 | 99.80% | 99.90% | 99.95% |
| Business Services | Competitive Management EBITDA ($ mm) | 20 | 1,790 | 2,099 | 2,305 |
| | Luminant Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| | TXUE Energy Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| | Competitive Total Spend ($ mm) | 20 | 2,444 | 2,310 | 2,132 |
| | EFH Business Services Costs ($ mm) | 20 | 311 | 295 | 279 |

Updated Insider EAIP Scorecard Metrics

Since the Company finalized the 2014 annual budget (using the August 30, 2013 forward commodity curves), commodity prices have shown considerable volatility. Because of these swings in natural gas prices, a mild start to the summer in Texas, and a number of other fundamental drivers, ERCOT power prices for the 2014 balance of year (August through December) have varied by over $10/megawatt-hour ("MWh") in less than two months. Table 1-2 shows this price volatility for the North Hub power price point on selected dates.

HIGHLY CONFIDENTIAL

Table 1-2: August-December 2014 Balance of Year Around-the-Clock Commodity Prices and Heat Rates[2]

| | Curve Date | | | |
|---|---|---|---|---|
| | 8/30/13 | 5/30/14 | 6/30/14 | 7/25/14 |
| North Hub Power ($/MWh) | 37.59 | 43.43 | 39.86 | 33.29 |
| Houston Ship Channel Natural Gas ($/MMBtu) | 3.94 | 4.49 | 4.47 | 3.81 |
| Market Heat Rate (MMBtu/MWh) | 9.55 | 9.66 | 8.91 | 8.74 |

For the first six months of 2014, Luminant performed near the budgeted EBITDA baseline in the Non-Insider AIP metrics, as the Company leveraged the more favorable commodity markets in power and natural gas. Meanwhile, TXU Energy performed below baseline for the first half of the year primarily due to weather challenges that adversely influenced a variety of EBITDA factors. In the past two months, however, commodity prices for the balance of the year have decreased —and as of July 2014, power prices were below the August 30, 2013 curves used in the annual budget and LRP. This lower price environment will make it more difficult for management to execute the Company's original strategy and hit budgeted targets.

The Company recently revisited the Insider EAIP metrics developed from the 2014 annual budget and LRP to account for performance year-to-date (in light of the Company's unaudited June 30, 2014 results), updated commodity curves (June 30, 2014 curves as opposed to August 30, 2013 curves), known one-off circumstances, and potentially lower future variability given the passage of time. A comparison of year-to-date performance against Non-Insider AIP metrics is displayed in Table 1-3.

---

[2] Source: EFH.

HIGHLY CONFIDENTIAL

Table 1-3: Summary of Year-to-Date Performance as of June 30, 2014

| | Performance metric | % Weight | Non-Insider Metrics | | | June YTD Actuals | June YTD Baseline | June YTD Actuals vs. Baseline |
|---|---|---|---|---|---|---|---|---|
| | | | Threshold | Baseline | Superior | | | |
| LUMINANT | Luminant Management EBITDA ($ mm) | 37.5 | [redacted] | [redacted] | [redacted] | 5,339 | 5,585 | -17* |
| | Coal Available Generation (GWh) (Jun-Sep 15) | 10 | 19,102 | 19,898 | 20,385 | 22,445 | 19,899 | -248 |
| | Coal Available Generation (GWh) (Jan-May, Sep 16-Dec) | 10 | 33,696 | 35,100 | 36,504 | 9,571 | 9,596 | 2,746 |
| | Nuclear Available Generation (GWh) | 7.5 | 18,810 | 19,388 | 19,786 | 548 | 572 | -25 |
| | Luminant O&M/SG&A ($ mm) | 15 | 1,169 | 1,114 | 1,030 | 1.62 | 1.72 | 24 |
| | Coal Fuel Costs ($/MMBtu consumed) | 10 | 1.80 | 1.72 | 1.59 | 198 | 282 | 0.10 |
| | Luminant Capex ($ mm) | 10 | 684 | 632 | 585 | | | 84 |
| TXU ENERGY | TXU Energy Management EBITDA ($ mm) | 40 | [redacted] | [redacted] | [redacted] | 180 | 180 | -9 |
| | TXU Energy Total Costs ($ mm) | 20 | 401 | 365 | 328 | | | 0 |
| | Contribution Margin ($/MWh) | 15 | [redacted] | [redacted] | [redacted] | | | -0.33 |
| | Residential Ending Customer Count (000's) | 10 | 1,372 | 1,429 | 1,466 | 1,493 | 1,460 | 33 |
| | TXUE Customer Satisfaction % | 3 | 83.60% | 85.60% | 87.60% | 84.83% | 85.33% | -0.50% |
| | Average Days Sales Outstanding | 3 | 41.0 | 39.5 | 37.9 | 40.9 | 38.5 | -2.4 |
| | TXUE Energizing Event Success (Issues) | 3 | 99.80% | 99.90% | 99.95% | 99.90% | 99.90% | 0.00% |
| | TXUE Customer Complaints | 3 | 696 | 580 | 464 | 339 | 295 | -44 |
| | TXUE System Availability % (Uptime) | 3 | 99.80% | 99.90% | 99.95% | 99.98% | 99.90% | 0.08% |
| BUSINESS SERVICES | Competitive Management EBITDA ($ mm) | 20 | 1,790 | 2,099 | 2,305 | 1,215 | 1,216 | -2* |
| | Luminant Scorecard Multiplier (%) | 20 | 50% | 100% | 200% | 127% | 100% | 27% |
| | TXU Energy Scorecard Multiplier (%) | 20 | 50% | 100% | 200% | 100% | 100% | 0% |
| | Competitive Total Spend ($ mm) | 20 | 2,444 | 2,310 | 2,132 | 1,014 | 1,135 | 122 |
| | EFH Business Services Costs ($ mm) | 20 | 311 | 295 | 279 | 134 | 156 | 22 |

* Full year EBITDA impact of the termination of the Corporate Hedge Program accelerated to the month of termination.

Based on the mid-year analysis, the Company decided to revise the majority of the Insider EAIP[3] metrics to make the threshold targets more challenging to achieve, and to therefore ensure that they continue to be stretch targets through the remainder of the year.  While the Company toughened these Insider EAIP metrics, it kept the Non-Insider AIP metrics the same, except for an approved tightening of the EFH Business Services Costs metric. The updated metrics are shown in Table 1-4 below, with the metrics that changed from the Non-Insider AIP to the Insider EAIP highlighted in yellow.

---

[3] See Appendix for a list of the 26 Insiders who are subject to the Insider EAIP, and for the derivation of their Insider EAIP performance scorecard metrics as a function of business unit performance.

HIGHLY CONFIDENTIAL

Table 1-4: Updated Insider EAIP Metrics[4]

| Scorecard | Performance Metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| Luminant | Luminant Management EBITDA ($ mm) | 37.5 | | | |
| | Coal Available Generation (GWh) (Jun-Sep 15) | 10 | 19,138 | 19,898 | 20,385 |
| | Coal Available Generation (GWh) (Jan-May, Sept 16-Dec) | 10 | 36,356 | 36,935 | 37,543 |
| | Nuclear Available Generation (GWh) | 7.5 | 19,071 | 19,388 | 19,786 |
| | Luminant O&M/SG&A ($ mm) | 15 | 1,142 | 1,114 | 1,030 |
| | Coal Fuel Costs ($/MMBtu consumed) | 10 | 1.68 | 1.64 | 1.59 |
| | Luminant Capex ($ mm) | 10 | 562 | 552 | 531 |
| TXU Energy | TXU Energy Management EBITDA ($ mm) | 40 | | | |
| | TXU Energy Total Costs ($ mm) | 20 | 380 | 365 | 328 |
| | Contribution Margin ($/MWh) | 15 | | | |
| | Residential Ending Customer Count (000's) | 10 | 1,443 | 1,450 | 1,486 |
| | TXUE Customer Satisfaction % | 3 | 84.50% | 85.60% | 87.60% |
| | Average Days Sales Outstanding | 3 | 41.0 | 39.5 | 37.9 |
| | TXUE Energizing Event Success (Issues) | 3 | 99.85% | 99.90% | 99.95% |
| | TXUE Customer Complaints | 3 | 681 | 580 | 464 |
| | TXUE System Availability % (Uptime) | 3 | 99.89% | 99.90% | 99.95% |
| Business Services | Competitive Management EBITDA ($ mm) | 20 | 2,039 | 2,099 | 2,305 |
| | Luminant Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| | TXUE Energy Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| | Competitive Total Spend ($ mm) | 20 | 2,316 | 2,253 | 2,132 |
| | EFH Business Services Costs ($ mm) | 20 | 297 | 295 | 279 |

## Metrics for AIP/EAIP Luminant Safety Program Incentive Plans

Luminant has two separate incentive programs to incentivize safety at its nuclear and fossil generation plants.

Luminant's fossil safety program includes operations at its coal plants, natural gas plants, and mining operations, and is quantified through a "Safety Index" for each operational unit. Safety Indices are based on the combined evaluation of leadership audits (20%), hazard recognition and mitigation (30%), behavior recognition (20%), and safety results (30%), based on Occupational Safety and Health Administration recordable injuries.

Luminant's nuclear safety program features similar personnel safety metrics, as well as specific "Nuclear Safety" metrics that include radiological exposure measurements, significant station events, an environmental rating criteria, and various standardized performance indicators tracked by the NRC.

## LCIP Metrics

The key driver of the LCIP is the Economic Incremental Value ("EIV")—net profits—attributable to hedging and trading transactions executed in 2014.

---

[4] Insider EAIP metrics account for actual performance for the first 6 months of 2014. Differences from Non-Insider metrics are highlighted in yellow.

HIGHLY CONFIDENTIAL

Individuals are only compensated under the LCIP if EIV exceeds ███████ At that point, the LCIP participants earn ██ of the EIV on the next incremental █████████ Beyond ████████ total value, participants earn higher percentages for incremental value earned by Luminant with a peak percentage for ████████

## KLPP Metrics

For the KLPP, two of the Business Services scorecard metrics from the AIP/EAIP plans are used: Competitive Management EBITDA has a 60% weighting and Competitive Total Spend a 40% weighting.

## LTIP Metrics

The LTIP metrics are the same Competitive Management EBITDA targets—for the Threshold and Baseline levels only—as those in the AIP and EAIP scorecards for 2012, 2013, and 2014. For the achievement of Competitive Management EBITDA in between the Threshold and Baseline levels in respect of the applicable fiscal year, SPC LTIP participants receive an amount determined by linear interpolation between the Threshold and Baseline awards (as is the case for the AIP and EAIP programs, too).

### FEP's Involvement and Summary of Opinions Concerning Performance Metrics

FEP was involved in the Company's budget process for 2014 and independently reviewed and helped calibrate the performance metrics that were derived from that budget. Specifically, FEP independently modeled the businesses for 2014, visited selected plants, mines and retail operations, interviewed key staff and gathered relevant comparative industry data for each scorecard metric that was available from market sources or from internal EFH or FEP sources. FEP then analyzed potential outcomes and magnitudes of the downside risks for each specific metric—within the context of the broader energy market—to understand whether those metrics were in fact incentivizing in nature, including whether they were stretch goals or mere lay ups that were likely to be attained no matter the quality of the Company's performance. FEP reviewed each scorecard metric to ensure that it was reasonable, consulted with Company management, and made recommendations—which were ultimately accepted and implemented by the Company—to make the metrics more difficult to meet.

As part of the Company's recent decision to update its metrics for this year, FEP refreshed this analysis based on the Company's actual results from the first six months of 2014. FEP analyzed the Company's performance year-to-date, considered the volatility of the market, and assessed the potential for—and magnitude of—the downside risks for each specific metric in order to assist the Company in assessing and adjusting Insider EAIP metrics to ensure that they continue to constitute stretch goals. FEP provided input into the Company's decision to revise the metrics.

HIGHLY CONFIDENTIAL

Based on my experience in the sector, observation of the Company's management and operations, and detailed review of a complicated mix of risk factors, it is my opinion that the performance metrics in the 2014 Non-Insider AIP and Insider EAIP programs are difficult to achieve, reasonable and fairly incentivize plan participants. In each instance, the AIP/EAIP performance metrics—as well as the metrics for the AIP/EAIP Luminant Safety Program Incentive Plans and the LTIP—constitute stretch goals that incentivize and reward exceptional employee performance; there is no guarantee that the Company will meet any of the metrics in this business environment. There are, in fact, a number of risks that could cause results to differ materially from the metrics including, but not limited to, those associated with:

- Energy commodity price volatility;
- Weather conditions;
- The unique structure of the Texas energy market;
- Operating costs of the Company's nuclear and fossil fuel generation facilities;
- Mine operating costs;
- Supply and demand forces within commodity, workforce and industrial markets;
- Existing generation assets and fuel mix;
- Fuel, emission and other variable price inputs;
- Regulatory or legislative changes that might affect the market in which the Company operates;
- Broader economic conditions;
- The Company's ability to collect trade receivables from counterparties;
- The Company's ability to attract, retain and service profitable retail customers;
- Changes in the prices of transportation of natural gas, coal and other fuel products;
- Market heat rates in ERCOT;
- The Company's ability to effectively hedge against volatile commodity prices;
- Access to adequate transmission facilities;
- The Company's ability to profitably implement cost savings without sacrificing safety or the quality of the Company's products; and
- The nature and impact of current and future environmental regulations.

These risk factors affect each of the metrics in some way—especially EBITDA, the most heavily weighted AIP/EAIP metric at both Luminant (37.5%) and TXU Energy (40%). Based on FEP's modeling efforts and analysis of Company and third party information, the threshold EBITDA metrics that trigger a bonus require strong performance in a complex and highly interrelated power market environment that has exhibited considerable volatility.

In addition to EBITDA, another 27.5% of the bonus associated with Luminant's AIP/EAIP metrics focuses on the availability of its coal- and nuclear-fueled plants for 2014. To earn the threshold bonus, Luminant's management must meet or beat industry averages for availability, plus beat industry

HIGHLY CONFIDENTIAL


averages with regard to O&M and CapEx spending (another 25% of their incentive metrics) to achieve a bonus.

As for TXU Energy, the Texas retail electricity industry in which it operates is extremely competitive, ████

████████████████████████████████████████████

████ (which accounts for 20% of the TXU Energy bonus).  Similarly, a few days of abnormally hot or cold weather during the remaining months of the year could easily result in TXU Energy missing its EBITDA and margin targets.

Meanwhile, TXU Energy set the bar on its Customer Experience metrics very high.  For example, to earn a bonus in the Insider EAIP, TXU Energy management must achieve nearly-perfect 99.85% and 99.89% marks, respectively, on the Energizing Event Success metric (which tallies the success of uninterrupted hookups and service for its customers) and the System Availability metric.  In addition, TXU Energy has targeted a top-10% standard for its customer complaints to the Public Utility Commission of Texas ("PUCT").

In short, each of the Non-Insider AIP and Insider EAIP performance metrics at Luminant and TXU Energy—and, by extension, the metrics at Business Services, which largely consolidate the Luminant and TXU Energy metrics—challenge the Company's key employees to perform at their highest levels. The metrics, if met or exceeded, will increase the value of the Company's estates for the benefit of creditors and other stakeholders.

HIGHLY CONFIDENTIAL

## 2  FILSINGER ENERGY PARTNERS

### 2.1    FEP Qualifications

FEP is an energy advisory firm that provides high-level strategy, economic and market evaluation, corporate budget development, compensation program design, gross margin forecasting, power and fuel price forecasting, risk management, independent engineering, expert testimony, and complete interim management solutions to energy, industrial, and manufacturing companies and their stakeholders. I, Todd W. Filsinger, founded FEP in 2010 after many years in other roles as an engineer, management consultant and energy executive. As a senior managing director at FEP, I have assembled a team of experts who have been intimately involved in many of the key restructurings and financings in the electric power sector over the past three decades.

After graduating from Colorado State University with a degree in mechanical engineering, I began my career in 1986 at the former R.W. Beck, one of the leading independent engineering and technical due diligence firms within the electric power industry. I served at R.W. Beck for 13 years, during which time I rose to Senior Director and Partner.  During that time, I also earned a Masters of Business Administration from the University of Colorado in 1990 and earned distinction as an Accredited Senior Appraiser in the electric power industry.  I briefly served as Vice President at the consulting firm PHB Hagler Bailly before that firm was acquired by the British-based PA Consulting Group in 2000.

In 2002, I became the head of PA Consulting Group's global energy practice, overseeing a staff of more than 100 employees and managing a number of high-profile energy company restructurings, appraisals and financings. I directed the firm's efforts and was actively involved in the Chapter 11 restructurings of electric power producers NRG Energy Inc., Mirant Corporation, Calpine Corporation, the predecessor to the Entegra Power Group and National Energy Group.  In these engagements, I reviewed company budgets, and my team and I conducted due diligence around each entity's revenue forecasts and budgets.  In addition, I provided expert testimony in a number of cases, including the restructurings of Mirant Corporation, Calpine Corporation and the predecessor to the Entegra Power Group.

During the Calpine restructuring, which at the time was the sixth largest non-financial sector bankruptcy in United States' history[5], I was retained as a strategic energy advisor to Calpine's Chief Executive Officer ("CEO") and the commercial operations division.  When the company emerged from bankruptcy in early 2008, I was engaged as the company's interim Chief Operating Officer ("COO").  As COO, I oversaw the Power, Commercial, Environmental Health and Safety, Engineering and Project Development disciplines. Notably, in my role as COO of Calpine, I was responsible for establishing strategic initiatives, deriving and managing annual and monthly budgets, managing day-to-day operations, directing commodity trading

---

[5] www.bankruptcydata.com/Research/Largest_Overall_Non-Financial.pdf

HIGHLY CONFIDENTIAL

and hedging activities, and deriving the annual incentive compensation programs for my commercial and operations staff.

In 2010, I resigned from my position as head of PA Consulting Group's energy practice and founded my own consulting firm, FEP. Since then, FEP has assembled a team of leading energy industry experts, including the former Chief Risk Officer of Calpine Corporation, a Senior Director of asset management and market analysis at Dynegy Inc., a PhD economist and VP of market modeling at Ventyx, and a Senior Vice President ("SVP") of independent engineering and technical due diligence services at SAIC (formerly R.W. Beck). Under my executive management, FEP has provided advanced modeling, advisory services and testimony for numerous utilities, independent power producers, industrial engineering and project management firms, equity investment funds and banks involved in the energy industry.

In 2010, FEP was hired as the energy restructuring advisor to Hawkeye Growth, a major ethanol producer in Iowa. I served as CEO and Chief Financial Officer ("CFO") of Hawkeye Growth. Importantly, in my roles as CEO and CFO of Hawkeye Growth, I was responsible for establishing strategic initiatives, deriving and managing annual and monthly budgets, managing day-to-day production operations, directing commodity trading and hedging activities, overseeing the financial reporting process and the development of incentive compensation plans and initiatives for both management and operating personnel within the organization.

As part of my work, I have repeatedly assisted energy companies and financial institutions in deriving and evaluating cash flow, EBITDA, and cost projections that are used to support, among other things, project investment, financings or corporate forecasting and budgeting processes in the energy industry. All of this work requires evaluating the same, or extremely similar, types of metrics as are found in the scorecards at issue here.

## 2.2    FEP's Role in the Planning Process

EFH hired FEP in December 2012 to provide energy advisory services, including independent advice with regard to the Company's annual planning process and incentive-based pay programs. FEP has independently modeled the EBITDA of Luminant and TXU Energy for 2014. FEP has reviewed the process and timelines associated with development of the annual budget and LRP and incentive pay performance metrics for fiscal year 2014. Over the past year and a half, FEP has frequently engaged with the EFH Organization & Compensation Committee and business units to conduct due diligence, construct financial and economic models, and provide input to ensure that the incentive-based metrics are incentivizing in nature. FEP's analysis and insights have benefitted from numerous meetings with Company managers and executives.

In its assessment of the Company's Non-Insider AIP and Insider EAIP metrics, FEP has analyzed the performance metrics through its fundamental electric power market model as well as FEP-proprietary dispatch and market compensation models, plus its proprietary retail forecasting model. FEP also has

HIGHLY CONFIDENTIAL 

compared the Company's performance metrics against available industry information, where appropriate.

HIGHLY CONFIDENTIAL

## 3 EFH OVERVIEW

EFH is the largest producer and distributor—and one of the largest retailers—of electricity in Texas. Its portfolio includes both competitive and regulated energy companies. EFH's competitive businesses consist primarily of Luminant and TXU Energy. EFH's regulated operations consist of Oncor Electric Delivery Holdings Company LLC and its subsidiaries ("Oncor").

Luminant is the largest power generator in Texas with total nameplate electricity generation capacity of 15,427 megawatts ("MWs"), which accounts for approximately 18% of the generation capacity in the electricity market operated by the Electric Reliability Council of Texas ("ERCOT"). Moreover, Luminant owns and operates twelve surface lignite coal mines in Texas, making it one of the ten largest coal miners in the United States and the largest coal miner in Texas. Luminant's operations also include wholesale trading and marketing, as well as power generation development.

TXU Energy sells electricity to approximately 1.7 million residential and business customers in Texas, which accounts for approximately 26% of the residential and approximately 19% of the business customers in the portion of the ERCOT market that is open to competition.

Oncor, EFH's regulated transmission and distribution business, operates the largest electricity distribution and transmission system in Texas with more than 3.2 million residential and business delivery points. In addition, Oncor operates more than 120,000 miles of transmission and distribution lines. While EFH indirectly owns approximately 80 percent of Oncor, the management of Oncor reports to a separate, independent board of directors.



Figure 3-1: Map Indicating Luminant Plant Locations and TXU Energy Operating Area

HIGHLY CONFIDENTIAL

# 4    DERIVATION OF THE BUSINESS PLAN AND 2014 NON-INSIDER AIP & INSIDER EAIP METRICS

EFH has a robust planning and budgeting process. The budget is developed through both top-down goal-setting from the Company's corporate management, and bottom-up forecasting and budgeting from its individual business units. Embedded in the process are checks and balances that help to ensure accuracy and consistency for the Company as a whole. In addition, EFH has an industry-standard forecasting process for the balance of the current year. This forecasting process incorporates annual planning amounts as adjusted for known factors that have changed either in the markets that EFH participates in, or the operational needs of its staff and generation fleet.

## 4.1    Company Planning Process

In the second quarter of each year, EFH's executive management initiates the annual planning process for the following year by developing high-level strategic goals concerning the Company's finances and operations. The Company's Strategic Planning Committee ("SPC") develops a set of global assumptions to be used by each business unit in its bottom-up analyses. The annual plan is constructed based on a snapshot of the Company and the markets at a particular date in time (the "as-of date"), which typically occurs during the third quarter. This process was conducted for the 2014 budget using the August 30, 2013 commodity curves.

On the as-of date, each business unit takes a snapshot of its operational and financial status and begins the bottom-up construction of an annual and long-range plan. Luminant and TXU Energy executives first set high-level goals to inform the business-level forecasts. These numbers involve specific goals for particular business lines as well as unidentified "go-get" adders and stretch goals. Once the budget team has developed those goals, the senior leadership team at each business unit reviews, assesses, and approves those targets—often after several rounds of iteration—and that business unit plan is presented to the EFH CEO and CFO for review. From there, the EFH CEO and CFO scrutinize and suggest changes to the budget to ensure that corporate strategic goals are achieved. Near the conclusion of the internal review process, each business unit and EFH present the business plan for the next year to the EFH Board of Directors for further review and approval.

## 4.2    Development of AIP/EAIP Performance Metrics

Given the complexities of the electric power generation and retail businesses, it is critical that the performance evaluation metrics incent behaviors that drive staff to do the "right thing" for both the near-term, and long-term financial health of the Company, all in light of maintaining the highest level of employee safety. One simple metric will not necessarily achieve that goal. The metrics at EFH are developed so that managers are incentivized to improve their organization's overall financial and operational position while not necessarily driving specific performance on any one metric.

HIGHLY CONFIDENTIAL

Historically, the Company has designed its incentive payment programs based on the results of the annual budgeting process for each business unit. The annual budget and related LRP are developed from the ground up, separate from and prior to the process of designing incentive compensation metrics. The annual budget for the following calendar year, once approved by corporate executives and the board of directors, forms the basis for the following year's annual incentive payment programs.

After development of the annual budget, the Company then derived performance metrics and scorecards for its incentive payment programs for the following year. The Company has set three different targets that increase in difficulty as the bonuses tied to those metrics increase: **threshold**, which equates to a 50% or 75% bonus multiplier on the total AIP/EAIP pool[6]; **baseline**, which receives a 100% bonus multiplier; and **superior**, with a 200% bonus multiplier. This range helps to account for volatility in the business and to ensure that that no bonus target is binary—binary targets can lead to undesirable results whereby revenues could be achieved in one year to the detriment of the longer term performance, for example. The range of outcomes takes into account some of the factors that are not in the Company's control (e.g., commodity prices and weather).

As previously discussed, the Company recently updated its Insider EAIP metrics in light of year-to-date performance and current market conditions; each change that is incorporated into the Insider EAIP makes the metrics more difficult to achieve, though the metrics remained largely the same for Non-Insiders.

---

[6] For those threshold metrics that remained the same for insiders, the threshold metric triggers a potential bonus of 50% of target; for the threshold metrics that were increased as part of the recent update, meeting threshold triggers a potential bonus of 75% of targeted amounts.

HIGHLY CONFIDENTIAL

# 5   ERCOT MARKET OVERVIEW

ERCOT operates the power grid and manages the deregulated market for the majority of the state of Texas.

ERCOT power prices have been extremely volatile over the last number of years, which has made Luminant's cash flows relatively unstable. That volatility also has created significant market price risk for TXU Energy, which purchases at market prices from Luminant the electricity that it supplies to its customers. Commodity price increases can have devastating consequences for retailers: for example, a number of retail energy commodity providers in the Northeast U.S. exited the business as a result of electricity price increases during the recent "Polar Vortex."[7]  In other words, one short-term weather event can have severe financial implications for retail energy providers.

Natural gas prices have experienced a paradigm shift, as shown in Figure 5-1 below. As a consequence of the dramatic increase of natural gas production from advances in horizontal drilling technologies and hydraulic fracturing ("fracking") in shale formations, natural gas prices over the last five years have dropped to nearly 50% of what they were in the five years prior. This decline has affected the power supply dynamics in ERCOT and has resulted in a decline in electricity prices.



Figure 5-1: Historic Henry Hub Spot Price[8]

Low natural gas prices create a significant challenge to coal plant operators, such as Luminant, whose coal units were designed to run around-the-clock at full production levels. With lower natural gas prices, it can be more economical to dispatch natural gas facilities instead; coal units thus must operate in a less efficient manner—decreasing their operating efficiency to decrease power output, or by potentially cycling on and off, or even shutting down for extended periods—under low natural gas price

---

[7] See Hand, Mark, *Bitter cold sends retail electric suppliers into default on payments*, SNL Financial, February 4, 2014.

[8] U.S. Energy Information Administration ("EIA").

HIGHLY CONFIDENTIAL

environments. This operating inefficiency and potential cycling puts additional stress on the coal units and their availabilities as well as significant upward pressure on O&M costs and CapEx. Luminant's older coal units have been especially impacted, as can be seen in the recent decline in capacity factors for the Company's Monticello coal plant, shown in Figure 5-2.



Figure 5-2: Historical Luminant Monticello Coal Generation Capacity Factor[9]

In my opinion, ERCOT's retail market is likely the most competitive in the United States and among the most competitive retail power markets in the world. Consumers in ERCOT have a greater number of providers and more diverse plan offerings than in any other U.S. market.[10] By the end of 2002—the year that retail competition began in ERCOT—all consumers in competitive areas of the region had at least three REPs from which to choose, and some consumers had up to ten REPs competing for their business.[11] By June 2006, the PUCT reported 75 REPs serving customers. By August 2012, this number had increased to 114 REPs.[12,13] Each of these REPs typically offers multiple plans with varied terms and pricing structures, further complicating the competitive landscape.

With increased choice, customers throughout the competitive areas of ERCOT rapidly adopted new plans and new providers. TXU Energy is an affiliated or incumbent REP because of its relationship with Oncor and position in the market prior to deregulation. After deregulation, however, new entrant competitor REPs have come into the market. By early 2010, more than 50% of residential customers

---

[9] Ventyx Velocity Suite, Unit Generation & Emissions data from US Environmental Protection Agency CEMS database.

[10] *Annual Baseline Assessment of Choice in Canada and the United States (ABACCUS)*, Distributed Energy Financial Group, January 2014.

[11] *Scope of Competition in Electric Markets in Texas*, Report to the 78th Texas Legislature, Public Utility Commission of Texas, January 2003.

[12] *Scope of Competition in Electric Markets in Texas*, Report to the 80th Texas Legislature, Public Utility Commission of Texas, January 2007.

[13] *Scope of Competition in Electric Markets in Texas*, Report to the 83th Texas Legislature, Public Utility Commission of Texas, January 2013.

HIGHLY CONFIDENTIAL

had moved away from existing, incumbent REPs (like TXU Energy, Reliant and others) to non-affiliated REPs, as shown in Figure 5-3 below.  At the same time, retail margins compressed as the market matured.



Figure 5-3:  Customer Adoption of Non-Affiliated REPs has Rapidly Advanced Since the Opening of the Competitive Market in 2002[14]

The migration of customers from affiliated REPs, such as TXU Energy, has placed tremendous pressure on these REPs' customer counts and margins, as market shares have continuously eroded with the maturation of the Texas REP market.

Today, REPs throughout Texas are competing not only on the price of electricity, but also by offering additional services, such as home warranties, internet-connected thermostats and advanced bill payment options. These product offerings indicate the growing need for REPs to differentiate themselves to maintain market share. Figure 5-4 illustrates the rapid increase in the number of unique products that have been offered to residential customers.

---

[14] *Report Cards on Retail Competition and Summary of Market Share Data*, Public Utility Commission of Texas, www.puc.texas.gov/industry/electric/reports/RptCard/.

HIGHLY CONFIDENTIAL



**Figure 5-4: Growth of Competitive Retail Products in ERCOT**[15]

---

[15] *Annual Baseline Assessment of Choice in Canada and the United States (ABACCUS)*, Distributed Energy Financial Group, January 2014.

HIGHLY CONFIDENTIAL

# 6  COMPENSATION METRIC ANALYSIS

## 6.1  Luminant

Luminant's ability to generate corporate earnings is heavily dependent upon multiple interrelated risk factors. The Company thus must incentivize and evaluate its managers through a range of performance-based metrics, including business unit EBITDA, as well as cost and operational factors that influence the bottom line. This section details the metrics that Luminant uses to incentivize top-tier managerial performance through its Non-Insider AIP and Insider EAIP programs, often in the face of uncontrollable and difficult market conditions. It then discusses a number of risk factors that create uncertainty around those metrics, and concludes with an analysis of comparative industry performance and realistic scenarios that could negatively impact corporate earnings.

### 6.1.1  Overview of Luminant AIP/EAIP Performance Metrics

Luminant's Non-Insider AIP and Insider EAIP performance metrics for 2014 are as follows:

Table 6-1: Luminant Non-Insider AIP Metrics

| | Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| 1 | Luminant Management EBITDA ($ mm) | 37.5 | | | |
| 2 | Coal Available Generation (GWh) (Jun-Sep 15) | 10 | 19,102 | 19,898 | 20,385 |
| 3 | Coal Available Generation (GWh) (Jan-May, Sep 16-Dec) | 10 | 33,696 | 35,100 | 36,504 |
| 4 | Nuclear Available Generation (GWh) | 7.5 | 18,810 | 19,388 | 19,786 |
| 5 | Luminant O&M/SG&A ($ mm) | 15 | 1,169 | 1,114 | 1,030 |
| 6 | Coal Fuel Costs ($/MMBtu consumed) | 10 | 1.80 | 1.72 | 1.59 |
| 7 | Luminant CapEx ($ mm) | 10 | 664 | 632 | 585 |
| 8 | Total Payout | 100% | | | |

The metrics in Table 6-1 above were developed during the 2013 Company planning process based on the annual budget and are now the metrics used for Non-Insider AIP.

As reflected in Table 6-2 below, the Company updated its Insider EAIP performance metric targets from the original AIP metrics in light of:

- Performance year-to-date;
- Known events; and
- The June 30, 2014 commodity curves for the balance of the year, as opposed to the August 30, 2013 curves in the original budget.

HIGHLY CONFIDENTIAL

Table 6-2: Luminant Updated Insider EAIP Metrics

| | Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| 1 | Luminant Management EBITDA ($ mm) | 37.5 | | | |
| 2 | Coal Available Generation (GWh) (Jun-Sep 15) | 10 | 19,138 | 19,898 | 20,385 |
| 3 | Coal Available Generation (GWh) (Jan-May, Sep 16-Dec) | 10 | 36,356 | 36,935 | 37,543 |
| 4 | Nuclear Available Generation (GWh) | 7.5 | 19,071 | 19,388 | 19,786 |
| 5 | Luminant O&M/SG&A ($ mm) | 15 | 1,142 | 1,114 | 1,030 |
| 6 | Coal Fuel Costs ($/MMBtu consumed) | 10 | 1.68 | 1.64 | 1.59 |
| 7 | Luminant CapEx ($ mm) | 10 | 562 | 552 | 531 |
| 8 | Total Payout | 100% | | | |

Insider EAIP metrics have only been updated to the extent the new metrics are more difficult to achieve than the original Non-Insider AIP metrics.

## 6.1.2    FEP's Metric Analysis

The following subsections detail FEP's analysis of Luminant's 2014 Non-Insider AIP and Insider EAIP metrics and targets.

### 6.1.2.1    Luminant Management EBITDA

EBITDA is the primary metric upon which the Company evaluates the success of Luminant's management under the Non-Insider AIP and Insider EAIP. Luminant's EBITDA is driven by revenues and expenses related to the generation of electric power, as well as hedging and trading activities. In a competitive wholesale market like ERCOT, generation revenues are driven by the market price of electric power and the overall demand (i.e., "load") of electricity on the system. Generation costs are a function of fuel, O&M costs and overhead expenses. Both generation revenues and costs are impacted by the operational availability of Luminant's generation units, many of which are decades old and face complex technical and regulatory challenges. Hedging and trading earnings are affected by commodity price movements, market liquidity and wholesale sales to TXU Energy.

Luminant operates in a volatile, commodity-driven business. Its EBITDA targets are highly sensitive to variations in a number of risk factors including, but not limited to: weather, load, power prices, natural gas prices, coal fuel costs, availability of power plants, fixed and variable costs (O&M, SG&A, etc.), and hedging/trading activity.

These performance risk factors are highly interrelated, and Luminant has varying levels of control over each, as illustrated in Figure 6-1.

HIGHLY CONFIDENTIAL



Figure 6-1: Relationship of Luminant Risk Factors Managed by an Integrated Risk Management Framework

It is critical to note the large number of factors that are outside of the Company's control. Each of these risks creates significant uncertainty concerning whether Luminant will meet its threshold EBITDA targets.

### 6.1.2.1.1  Luminant Risk Factors

**Weather and Demand Risk: Temperature**

In ERCOT, weather is a primary driver of customer load in winter and summer months due to electrical heating and cooling demand. As load increases, generators with higher costs of supply enter the hourly market, thus increasing electricity prices and margins (holding all else equal). As load decreases, generators with lower operating costs supply the market and more expensive units are not dispatched, thus lowering electricity prices and margins.

Conditional upon the extent and effectiveness of its hedging activities, Luminant has significant exposure to changes in the weather. If the summer in Texas is cooler than expected, Luminant is likely to generate less EBITDA; if it is warmer than expected, Luminant is likely to generate more EBITDA, depending on the level of its hedging profile and the availability of its generating plants.

Risk related to changes in the weather creates uncertainty concerning Luminant's EBITDA-based metrics. Luminant earns much of its EBITDA in the summer, making the Company particularly sensitive to weather during that season. Weather forecasting is so critical to Luminant's bottom line that the Company employs a full-time meteorologist.

HIGHLY CONFIDENTIAL

**Weather and Supply Risk: Wind**

ERCOT is one of the leading markets for wind generation in the United States. The rapid increase of non-dispatchable renewable power resources—such as wind generation—has decreased market certainty (e.g. wind resources respond to changes in wind speed, not to changes in market demand). Over the past decade, wind power capacity has increased more than 900% in ERCOT; the market has seen the addition of approximately 10,000 MW of wind electricity to the grid since 2003, as shown in Figure 6-2.



Figure 6-2: ERCOT Wind Installations[16]

Wind generation, like the weather, is unpredictable. A high wind year could add millions of low-cost megawatt-hours to the grid, displacing higher-cost generation from the supply curve, depressing market prices and reducing Luminant's output and EBITDA.

**Natural Gas Price Risk**

Historically, natural gas power plants have been the marginal units in ERCOT, setting power prices for the market in a majority of hours—aside from the weather or supply and demand risks described above, the price of natural gas primarily determines electricity prices. As natural gas prices declined and low cost wind generation was added, electricity prices dropped significantly.

Unhedged power revenues and EBITDA are highly sensitive to natural gas price movements. Because natural gas is used in a variety of applications—including residential and commercial heating, power generation and as a feedstock for multiple products—the price of natural gas is also driven by broader economic factors as well as anticipated and actual weather conditions throughout the year. In addition,

---

[16] *Report on Existing and Potential Electric System Constraints and Needs*, ERCOT, December 2013.

HIGHLY CONFIDENTIAL

individual power plants are subject to natural gas price risks due to pipeline constraints and operational/reliability issues.

The Luminant portfolio bears risk to movements in natural gas prices. This risk is evidenced in Figure 6-3, which tracks Luminant's earnings (exclusive of the natural gas corporate hedge program executed around the time of the Company's privatization in 2007) in relation to Houston Ship Channel ("HSC") natural gas prices:



Figure 6-3: Luminant Earnings vs. Houston Ship Channel Natural Gas Prices

**Coal Fuel Cost Risk**

In addition to impacting power prices (when the marginal production unit is coal-fired) and thus revenues, coal prices have a significant impact on Luminant's fuel expenses. Luminant's predominately coal-based fleet utilizes two different types and sources of coal: (1) lignite coal mined adjacent to Luminant power plants in Texas, and (2) sub-bituminous coal transported via rail from the Powder River Basin of Wyoming ("PRB"). Currently, three of Luminant's five coal-fired generating plant sites utilize both types of coal in their day-to-day operations, while the other two generating plant sites utilize lignite exclusively. Both sets of fuel are affected by a number of significant factors including, but not limited to, those shown in Table 6-3 below:

HIGHLY CONFIDENTIAL

Table 6-3: Major Contributing Factors to Coal Fuel Costs

| PRB | Lignite |
|---|---|
| NYMEX futures prices | Mining productivity |
| Acquisition and contracting | Fuel quality (MMBtu/ton) |
| Rail transportation and fuel | Mining costs & capital expenditures |
| Railcar maintenance | Mine safety & regulatory compliance |
| Transportation and handling at plant | |
| Ash disposal | |

Commodity price uncertainty and operational complexity creates risk around Luminant's coal fuel costs and thus its ability to meet EBITDA targets.

**Operations Risk: Power Plant Availability**

Ideally, power plants would be available 100% of the time; however, as with any complex industrial process, generators require occasional down-time for repairs and preventative maintenance, including for forced outages (i.e., unplanned outages) and planned outages. Because no energy revenues are generated during outages, availability rates can have major impacts on EBITDA; this is especially true during the summer and winter seasons, when power prices are higher than average. There is risk associated with Luminant's availability targets as unplanned outages are by definition unpredictable and thus, by extension, EBITDA metrics are also at risk.

**Commodity Price Hedging and Trading Risk**

Market power prices in ERCOT have exhibited very high levels of volatility (more than 200% in actively-traded day-ahead markets over the past two years). In other words, based on historical daily price movements, it would not be surprising if daily settled power prices doubled, or were cut in half over the course of a year. This volatility results from a number of factors, including (1) the unpredictability of weather, load, and fuel prices; (2) the inability to store electric power efficiently; (3) the inelasticity of consumer demand; and (4) the illiquidity of power markets. As a consequence, Luminant enters into financial and physical hedges to mitigate these risks. However, hedging can be imperfect and expensive. Luminant's ability to generate hedging and trading profits is impacted by its creditworthiness and the availability of counterparties to transact with in the financial markets.

Luminant currently estimates that hedging and trading activities will contribute approximately an additional ▮▮▮▮▮▮ 2014 EBITDA. Approximately ▮▮▮▮▮▮ this value is anticipated from gains on transactions that have not been executed as of June 30, 2014. These metrics are aggressive and difficult to attain, especially in the current energy market and given Luminant's distressed state.

HIGHLY CONFIDENTIAL

**Cash Flow Risk: O&M and SG&A Expenses**

O&M and SG&A expenses include:

- Non-fuel power production costs;
- Routine (non-capitalized) repairs and improvements;
- Salaries and wages;
- Property and other non-income taxes;
- Sales and marketing expenses; and
- Hedging and trading overhead.

Many of these expenses vary significantly from year to year depending upon plant performance, outage schedules, labor and industrial equipment markets, and regulatory conditions.

### 6.1.2.1.2  Luminant Management EBITDA:  Scenario Analysis

**Full-Year Non-Insider AIP Metrics**

As of the beginning of the year, Luminant targeted ██████████ in EBITDA to trigger a threshold bonus, ██████████ for baseline, and ██████████ for superior. I assessed a number of different scenarios to understand the risks around Luminant's EBITDA targets as of the beginning of the year.

FEP evaluated five representative scenarios based on sensitivities around these market and operational risks.  For example, in scenario 1, FEP modeled likely outcomes if around-the-clock power prices decreased by $3.00/MWh (shaped for the peak months and hours) and Luminant did not meet its trading targets in full ██████████████████████████████████████ which represents additional revenues above and beyond generation plant revenues—for the year; this case assumes they achieve 75% of that value).  This power price scenario is realistic: from June 30, 2014 to July 25, 2014, a period of 18 business days, balance of year 2014 ERCOT North Hub power prices dropped from $39.86/MWh to $33.29/MWh (see Table 1-2).

The other scenarios model the effects of increased O&M spending, unplanned generation outages, higher PRB costs and higher wind power capacity factors—all critical factors that generators face in ERCOT. For each scenario, FEP's proprietary generation asset dispatch model optimized the operations of Luminant's fleet, given a specific range of predicted commodity prices, to forecast revenues, variable costs and other financial contributors to EBITDA.  FEP also conducted extensive Company diligence to estimate costs and to assess the sensitivity of Luminant's physical and financial transaction portfolio to commodity price movements. The results of FEP's Non-Insider AIP EBITDA scenarios are shown in Figure 6-4.

HIGHLY CONFIDENTIAL



| Scenario | Description | Variance to Baseline ($M) | |
|---|---|---|---|
| 1 | • Power prices down $3.00/MWh<br>• Luminant stretch / trading margins @ 75% of plan | ($237) | |
| 2 | • Power prices down $2.00/MWh<br>• Wind capacity factor @ 48% | ($212) | |
| 3 | • 3-month forced outage at Comanche Peak<br>• Wind capacity factor @ 41%<br>• Luminant stretch / trading margins @ 75% of plan | ($262) | |
| 4 | • 2-month forced outage at Comanche Peak<br>• Luminant stretch / trading margins @ 50% of plan<br>• PRB coal prices @ 105% of plan | ($241) | |
| 5 | • Power prices down $1.50/MWh<br>• O&M costs @ 105% of plan | ($149) | |

Figure 6-4: Summary of Non-Insider AIP Luminant EBITDA Multifactor Scenarios Analyzed by FEP

This fundamentals-based approach captures interrelationships between multiple risk factors and their dynamic impacts on the bottom line.    Each of the five scenarios provides a potential situation in which Luminant might perform under or near its threshold-level metrics.  There are dozens of other, equally plausible scenarios that would result in a similar outcome. For example, based on beginning of year open commodity positions, a decrease in around-the-clock power prices of $7.00/MWh would cause Luminant to miss its Non-Insider AIP threshold by approximately $25 million. Based on FEP's analysis, I believe that, as of the beginning of the year, Luminant's Non-Insider AIP EBITDA metric incentivized strong performance by the management team.

**Updated Insider EAIP Metrics**

**Year-to-Date Performance**

Year-to-date performance for Luminant EBITDA is near baseline expectations, despite that commodity prices and market heat rates have been extremely volatile year-to-date:

HIGHLY CONFIDENTIAL

Table 6-4: August-December 2014 Balance of Year Around-the-Clock Commodity Prices and Heat Rates[17]

| | Curve Date | | | |
|---|---|---|---|---|
| | 8/30/13 | 5/30/14 | 6/30/14 | 7/25/14 |
| North Hub Power ($/MWh) | 37.59 | 43.43 | 39.86 | 33.29 |
| Houston Ship Channel Natural Gas ($/MMBtu) | 3.94 | 4.49 | 4.47 | 3.81 |
| Market Heat Rate (MMBtu/MWh) | 9.55 | 9.66 | 8.91 | 8.74 |

After accounting for the variance associated with the termination of the Corporate Hedge Book, Luminant year-to-date EBITDA is $17 million below baseline expectations.[18]

Nonetheless, Luminant recently updated its EBITDA metrics in its adjusted Insider EAIP. The Insider EAIP threshold is now $201 million more than the original AIP threshold, while baseline and superior targets remained ██████████████████████ respectively. As with the full year projections, I assessed the reasonableness of Luminant's EBITDA targets—accounting for both Luminant's year-to-date performance and balance of year risks.

In light of year-to-date performance and Luminant's adjustment of its Insider EAIP bonus threshold, FEP modeled scenarios to assess the risks to, and reasonableness of the Company's Luminant EBITDA metric on the Insider EAIP scorecard—focusing on potential impacts that might occur during the balance of year 2014. The scenarios are similar to those for the beginning-of-year Non-Insider AIP analyses, in that FEP modeled likely outcomes if around-the-clock power prices shifted, as well as stresses to trading margins, O&M, fuel costs, wind capacity factors, and outage scenarios.

---

[17] Source: EFH

[18] For accounting purposes, Luminant was required to accelerate the settlement values related to a legacy set of natural gas hedges that were terminated upon the Chapter 11 filing. The settlement value for these terminated hedges in the year-to-date results was $462 million. In the original LRP, these terminated hedges were assumed to be in place during the entire year. To properly assess Luminant's performance year-to-date, the $290 million of EBITDA related to the terminated hedges must be backed out in the last six months of July through December 2014. Luminant is thus $17 million below baseline: $273 million favorable variance from the unaudited financial results less the $290 million adjustment for the remaining budgeted amounts on the terminated hedges.

HIGHLY CONFIDENTIAL



| Scenario | Description | Variance to Baseline ($M) |
|---|---|---|
| 6 | • Power prices down $3.00/MWh<br>• Margins on transactions executed post June @ 75% of plan | ($26) |
| 7 | • Wind capacity factor @ 47%<br>• Lignite coal prices @ 110% of plan<br>• O&M costs @ 110% of plan | ($44) |
| 8 | • Extension of Comanche Peak #1 refueling outage through December<br>• Wind capacity factor @ 41%<br>• Margins on transactions executed post June @ 75% of plan | ($58) |
| 9 | • Power prices down $6.50/MWh | ($29) |
| 10 | • Power prices down $3.00/MWh<br>• PRB coal prices @ 105% of plan<br>• O&M costs @ 105% of plan | ($32) |

**Figure 6-5: Summary of Insider EAIP Luminant EBITDA Multifactor Scenarios Analyzed by FEP**

Like the scenario analysis for the full-year projections, these five scenarios are all reasonable, realistic situations in which Luminant might not meet, or come close to not meeting, its EBITDA targets. There are others—this list is only illustrative, as there are many equally plausible scenarios. In short, I believe that Luminant's updated Insider EAIP EBITDA metric incentivizes strong performance by the management team for the balance of the year so that, if met, value will be created for the Company's creditors and other constituencies.

HIGHLY CONFIDENTIAL

### 6.1.2.2  Coal Available Generation

The second metric in Luminant's scorecard is Coal Available Generation—a measure of how often power plants are "available" to generate and sell power. This metric measures the total energy that the Company's coal generation units are able to produce after accounting for planned outages, derates and seasonal operations. There are two seasonally-based metrics for assessing Luminant's Coal Available Generation performance:  (1) the summer period from June 1 - September 15 (the period in which a high proportion of Luminant's EBITDA is generated), and (2) the non-summer periods (i.e., January 1 - May 31 and September 16 - December 31).  FEP compared both Luminant metrics to historical industry averages.[19]

**Summer Period: June 1 – September 15.**  Luminant's summer coal availability Non-Insider AIP threshold exceeds the five year industry average of 88% by just under 1%, while the baseline for Non-Insider AIP exceeds historical industry performance over each of the past five years by an average of over 4%.  The peer group of plants are weighted towards plants with higher quality fuels (bituminous coal).  Lignite has a lower heat content and a higher ash content resulting in a more challenging operating environment and often resulting in higher forced and scheduled outage rates.



Figure 6-6:  Luminant Non-Insider AIP Coal Plant Summer Availability Targets vs. Industry Historicals

---

[19] FEP relied on data from the North American Electric Reliability Corporation's ("NERC's") Generating Availability Report ("pc-GAR") database. Specifically, FEP extracted statistics for the Equivalent Availability Factor ("EAF") variable for coal plants from 2008-2012 and converted them into GWh for the Luminant coal fleet in order to compare them to Luminant's Non-Insider AIP and Insider EAIP metrics.

HIGHLY CONFIDENTIAL

Actual performance through June 2014 related to this metric has been slightly below threshold levels. The Company nonetheless recently tightened its Insider EAIP threshold—which now requires Luminant to perform at just over 1% better than the average of historical industry performance over the past five years.   Meanwhile, Luminant's summer coal availability baseline for Insider EAIP is unchanged and requires the Company to exceed historical industry performance over each of the past five years by an average of over 4%.



Figure 6-7:  Luminant Insider EAIP Coal Plant Summer Availability Targets vs. Industry Historicals

**Non-Summer Periods: January 1 – May 31 and September 16 – December 31.**  Luminant's non-summer coal availability Non-Insider AIP threshold exceeds average historical industry performance over the past five years by approximately 1%.



Figure 6-8:  Luminant Non-Insider AIP Coal Plant Non-Summer Availability Targets vs. Industry Historicals

Actual performance through June 2014 has beaten the Non-Insider AIP baseline metric because three coal units that were originally expected to only operate in the summer months of June through September (Martin Lake #3, Monticello #1 and Monticello #2) were returned to service early to take advantage of favorable market conditions during portions of the first half of the year.  The Insider EAIP threshold metric has been increased to account for actual results in the first half of 2014, including the

HIGHLY CONFIDENTIAL

return of the three coal units noted above.  The non-summer coal availability threshold in the Insider EAIP now exceeds historical industry performance over each of the past five years by an average of 1%.



Figure 6-9: Luminant Insider EAIP Coal Plant Non-Summer Availability Targets vs. Industry Historicals[20]

These availability targets are difficult to attain.  Historical industry performance includes plants that burn coal other than lignite.  Lignite, however, has lower heat content, making it more difficult to maintain high plant availability, all else being equal.  Both the summer and non-summer Insider EAIP threshold targets for Luminant's Coal Available Generation metric demand performance equal to or better than industry averages—without even accounting for this difference.  The baseline performance targets therefore also exceed industry averages by a significant margin.

Generation availability in excess of the industry average is meaningful and incentivizing because of the high volatility of commodity prices in the ERCOT market.  Power plants must be available to earn margins from price excursions under tight supply conditions that can increase to as high as $9,000/MWh.  For example, if Luminant has an additional 1,000 MWs of generation available when power prices increase to $9,000/MWh, Luminant earns approximately $9 million of incremental EBITDA for that hour.  Also, availability is important over the course of a year.  If availability is 1% greater on the entire Luminant coal fleet for the year and all of these hours produce economic generation, the incremental EBITDA improvement could be over $30 million per year. I believe that these metrics are incentivizing.

### 6.1.2.3  Nuclear Available Generation

FEP conducted a similar analysis of the fourth metric in Luminant's scorecard, Nuclear Available Generation.  This metric measures the total energy that the Company's nuclear generation units are able to produce after accounting for planned outages.  As with Coal Available Generation, Luminant's 2014 nuclear targets are more stringent than industry averages over each of the past five years.  Luminant's

---

[20] Industry data from NERC pc-GAR.

HIGHLY CONFIDENTIAL

Non-Insider AIP threshold exceeds historical industry performance over each of the past five years by an average of over 1%.



Figure 6-10: Luminant Non-Insider AIP Nuclear Plant Availability Targets vs. Industry Historicals

Performance year-to-date on this metric has been slightly under baseline levels, but the Company still increased the Insider EAIP threshold metric. The Company's Insider EAIP threshold and baseline levels are now nearly 3% and 4% better than industry average, respectively.



Figure 6-11: Luminant Insider EAIP Nuclear Plant Availability Targets vs. Industry Historicals[21]

I believe that these metrics are incentivizing not only because they require better-than-industry performance, but also because nuclear generators are susceptible to longer outages in light of the stringent regulatory framework under which they operate. An average nuclear unit in the United States faces more than a 40% chance of experiencing a forced outage in any given year due to one of the top 25 outage causes, as classified by the NERC. Accordingly, Luminant could not only miss the threshold

---

[21] Industry data from NERC pc-GAR for pressurized water reactors, Luminant data normalized to account for the two nuclear refueling outages planned for 2014.

HIGHLY CONFIDENTIAL

metric, but it might do so by a wide margin if its nuclear units at Comanche Peak experience a prolonged unplanned outage. This would also adversely impact Luminant's ability to attain its EBITDA and O&M metrics. One percent decrease in availability at Comanche Peak could represent approximately a $15 million loss.

The Nuclear Available Generation rates that inform Luminant's incentive metrics are reasonable stretch targets. They incentivize the Company to minimize the impact of unplanned outages at its nuclear facilities and mitigate the adverse effects of planned outages.

### 6.1.2.4   Operating & Maintenance, Selling, General & Administrative Expenses and Capital Expenditures

Luminant's fifth and seventh metrics involve targets for its O&M and SG&A expenses, and CapEx. O&M and SG&A expenses were previously described in section 6.1.2.1.1 ("Luminant Risk Factors"). Capital expenditures typically encompass larger-scale repairs and investments that cost more money and occur over longer time horizons than O&M expenses. Examples of major CapEx spending at Luminant include:

- Coal mine safety initiatives, equipment repairs and expansions;
- Generation repairs and major maintenance;
- Generation development and improvements; and
- Nuclear refueling.

Members of the FEP engineering team visited all of Luminant's mines, coal-fired generation plants and natural gas-fired plants, in part to assess the reasonableness of the Company's budgets, forecasts, maintenance levels, safety practices and actual performance. The Company's commitment to cost effective maintenance, safety and overall cost management was evident at the facilities. For example, at the coal mines, heavy equipment and machinery are labeled with a sign indicating the marginal hourly costs of their operation, as is shown in Figure 6-12.

HIGHLY CONFIDENTIAL 



Figure 6-12: Incentivizing Effective Cost Management through Transparency at the Luminant Coal Mines

The Company, in other words, closely tracks cost metrics to ensure that employees are aware of the relative cost of particular equipment so that they can perform their work in a cost-effective manner.

In addition to site visits, FEP compared Luminant's objectives for O&M and CapEx on a combined basis to industry values. There is no consistent methodology or set of guidelines utilized in the industry for reporting costs specifically as either O&M or CapEx, therefore, FEP evaluated these two factors on a combined basis. FEP compared Luminant's metrics to industry-wide historical cost rates on a $/MWh basis for steam-fired and nuclear generation plants. The industry data available from the Federal Energy Regulatory Commission is accumulated for non-nuclear steam-fired generators, irrespective of the generation fuel type (e.g., coal, natural gas, petroleum products, etc.).

FEP compared this industry data to the metrics for Luminant's fleet of coal and natural gas-fired steam generation units. The cost rate for both Luminant and industry information in the figures below excluded property tax expenses, fuel costs (including nuclear fuel costs), and SG&A, as well as costs from mining activity. Additionally, since the Luminant projection for 2014 did not include any expenditures for building new generation facilities or material expenditures for constructing additional environmental protection equipment, FEP excluded new facility construction CapEx and environmental CapEx from the comparative industry data and analysis.

For the period 2010 through 2013, the industry average for steam-generation related combined O&M and CapEx is $14.67/MWh with a median value of $13.43/MWh. The Non-Insider AIP threshold metric at $12.59/MWh is 14% below the industry average and 6% below the industry median (with numbers

HIGHLY CONFIDENTIAL

below industry average being more difficult to attain than numbers higher). This analysis further validated our on-site observations. Year-to-date, Luminant's O&M and SG&A expenses are better than baseline levels by $24 million. However, Luminant delayed major maintenance on one of its coal units (planned maintenance was to occur in the first half of the year, actual maintenance will occur in the second half of the year). Accordingly, the full year projection for O&M and SG&A expenses is $4 million below baseline objectives. For CapEx, year-to-date performance is $84 million better than baseline for all types of capital projects including the purchase of nuclear fuel and mining activities. The Company thus made the Insider EAIP threshold metric more difficult: it is now $12.54/MWh, which is 15% below the industry average and 7% below the industry median. Ultimately, Luminant's superior metrics for both Insider EAIP and Non-Insider AIP are within the top quartile compared to the industry.

Luminant's nuclear generation O&M and CapEx numbers are similarly better than industry average and median. Across the industry, nuclear generation combined O&M and Capex averages $33.20/MWh with a median value of $31.78/MWh. Luminant's Insider EAIP and Non-Insider AIP threshold metrics, by contrast, are $21.59/MWh and $21.74/MWh, respectively, which places Luminant's threshold objective well within the top quartile of performance as compared to the nuclear industry.



Figure 6-13: Comparison of Industry Average Combined O&M and CapEx Costs to 2014 Metrics[22]

In addition to comparing Luminant's costs to industry averages, FEP also examined common causes of O&M and CapEx variances to further assess whether Luminant's metrics are reasonable. If Luminant

---

[22] 2010-2013 industry data from: Ventyx Velocity Suite, FERC Form 1 filings, Electric Utility Cost Group. Industry data excludes values related to property tax expenses, SG&A, new generation construction and CapEx for additional environmental protection equipment for all steam and nuclear plants. All historical costs converted to 2013 dollars.

HIGHLY CONFIDENTIAL

must unexpectedly replace a single part in a major piece of generation equipment, such as a main transformer or low-pressure turbine rotor, each individual repair might increase O&M costs by over $10 million or $0.19/MWh. Additionally, unplanned major maintenance projects, such as the rewinding of a nuclear or fossil generator stator or replacement of a superheater tube section on one of the 12 coal-fired boilers, could increase Luminant's CapEx by up to $25 million ($0.47/MWh) per occurrence.

### 6.1.2.5   Coal Fuel Costs

Luminant's Coal Fuel Costs metric measures the average price of coal fuel consumed by the Company's generation units.  Because the majority of the Company's coal plants can use both lignite and PRB, the Company's projected fuel costs are based on assumptions relating to (1) the efficiency of lignite mining operations; (2) commodity purchase agreements for PRB, as well as rail transportation agreements; and, (3) the ratios of PRB and lignite used at each plant.

<u>A change in lignite production could adversely affect metric performance.</u> If Luminant's lignite production falls short of estimates, the Company would have to replace that coal with more expensive PRB to maintain the same level of power generation output.  This is a plausible scenario, especially in light of the fact that Luminant will be opening a new mine at the Martin Lake plant that may or may not meet lignite production expectations.  In 2012, Luminant unexpectedly closed one of the Sandow mining areas for safety reasons; this mining area remains inoperable today.  Luminant's liability for land reclamation expenses does not go away with the closure of a mine and may add additional expenses.

Relative to the Non-Insider AIP objectives, a mine closure that results in a three million ton decrease in lignite production would increase fleet-wide average Coal Fuel Costs by approximately $0.09/MMBtu, which would alone cause Luminant to perform below its threshold metric.

Moreover, many of the Luminant mining areas are situated miles away from their respective generation plants:  lignite mined at the Three Oaks mining areas is transported to the Sandow units via a single conveyer belt that measures over 12 miles in length.  This system is essentially a "long rubber band" which, while historically has been operated with high levels of reliability, would likely cease to function if any one part of the continuum broke.  Because there is no PRB rail transport infrastructure at Sandow (nor are there long-term rail contracts in place with this plant to facilitate such purchases), failure of this single conveyer could necessitate either expensive truck-based shipment of up to 24,000 tons of lignite *per day*, or the forced outage of the Sandow generation units.  Either scenario would severely negatively impact Luminant's performance on Coal Fuel Costs, Coal Available Generation, and/or EBITDA metrics.

Performance year-to-date on the Coal Fuel Cost metric has been 10 cents better than plan, and the Company has adjusted the Insider EAIP metric based on that performance.  For the Insider EAIP objectives, a mine closure or below expectation lignite recovery that results in a 10% decrease in lignite production would increase fleet-wide average Coal Fuel Costs by approximately $0.06/MMBtu during the remainder of the year, again causing a below threshold performance level.

HIGHLY CONFIDENTIAL 

<u>A change in the cost of PRB or rail transportation might result in Luminant missing its performance metrics.</u> The total cost of PRB delivered to Luminant's generation plant sites is primarily made up of two key components: the cost of the coal itself plus the transportation costs to deliver the coal to the generation site. Both of these cost components are subject to material volatility. For example, PRB commodity futures have exhibited approximately 15% and 10% annualized price volatility in the 12 months prior to August 30, 2013 and June 30, 2014, respectively. PRB rail transportation costs, which account for nearly 60% to 70% of total PRB fuel costs, have fluctuated by an average of approximately 7% per year over the past four years. In addition to the volatility in the price of the commodity and the costs of these rail services, Luminant has been experiencing delays in its receipt of PRB due to nationwide bottlenecks within the U.S. rail system. These railroad-delivery bottlenecks have placed stress on many U.S. coal-fired power generators as they are forced to rely on their coal inventories to produce power while their coal deliveries sit in railcars mired out in the rail system.

<u>A change in the ratio of lignite to PRB could adversely affect metric performance.</u> Luminant's business plan assumes that the expected on-site mining production of lignite will be consumed first by the generating plants before PRB is utilized. If generating plant operations exceed budgeted levels, Luminant may be forced to use PRB as the incremental fuel. Because PRB is generally more expensive than lignite, an increase in PRB consumption would increase overall coal fuel costs for the fleet. Thus, even while EBITDA may increase, Luminant may end up missing its threshold Coal Fuel Costs metric as a consequence of an increased use of PRB.

* * * *

FEP calculated several potential risk ranges impacting overall coal fuel cost that incorporate the following risks:

- A 10% decrease in lignite production levels;
- Commodity costs for PRB coal increase at historical prior 12 month price volatility levels;
- PRB transportation costs increase by an annualized 7%; and
- An annualized 5% increase in the costs of mining lignite.

The following figures demonstrate the impact of these risks for both the Non-Insider AIP and Insider EAIP.

HIGHLY CONFIDENTIAL



Figure 6-14: Luminant Non-Insider AIP Risk Factors to Coal Fuel Cost



Figure 6-15: Luminant Insider EAIP Risk Factors to Coal Fuel Cost

Moreover, based on an analysis of comparable coal fuel cost data from industry sources, the inflation adjusted industry average for delivered coal cost for plants that burn both lignite and PRB coal has been $1.84/MMBtu for the period 2010-2013. The Company's threshold targets for the Non-Insider AIP and the Insider EAIP—$1.80/MMBtu and $1.68/MMBtu, respectively—are lower than the industry standard for these types of plants, which further demonstrates the difficulty of meeting this metric.[23]

---

[23] Data from Ventyx Velocity Suite, data originally sourced from EIA-923 data and restricted to operating plants with a primary fuel of lignite and which are required to file the delivered coal cost data. Data has been adjusted by FEP for inflation and are reported in 2014 dollars.

HIGHLY CONFIDENTIAL

## 6.2    Luminant Energy Commercial Incentive Plan

Luminant also has a Commercial Incentive Plan specifically limited to the approximately 55 employees who execute all of the hedging and trading strategies for the Company.  These employees are responsible for (1) transacting and managing the sales for all of Luminant's power generation; (2) acquiring all of Luminant's fuel supply requirements; (3) managing and transacting for all of TXU Energy's needs; (4) executing hedges and trades; and (5) all other commercial functions.  The key driver of the LCIP is the EIV or net profits attributable to hedging and trading transactions executed during 2014. For purposes of the Insider LCIP, only one individual participates in this plan.

Creating EIV requires entering into new market transactions that by their very nature have no, or very little, EIV as of the transaction execution date and by internal transactions that are transacted at LRP commodity prices.  Therefore, the EIV for any year is created from the market moving favorably for the executed transactions.  Losses, or negative EIV, can also be incurred on these same transactions.

Individuals are only compensated under the LCIP if EIV exceeds $100 million.  After that point, the LCIP participants earn 2% of the EIV on the next incremental $150 million of value.  Beyond $250 million of total EIV value, the participants earn higher percentages for incremental value earned by Luminant with a peak percentage for 2014 of 7%.  This plan is incentivizing as the LCIP funding level increases concurrently with an increase in Luminant EBITDA.  If LCIP EIV decreases, the plan participants lose value. The tables below outline the incentive pool funding level for the 2014 Non-Insider and Insider LCIP:



| EIV Performance Range ($-millions) | Cumulative Pool Incentive Rate Range | Cumulative Pool Incentive Range ($-millions) |
|---|---|---|
| | | |

At the beginning of the year, the total baseline EIV created by 2014 transactional activity was ▮ million, with ▮ million of that amount related to settled transactions in 2014. As of June 30, 2014, total EIV remaining to be captured was ▮ million for 2014 settlements and ▮ million from

HIGHLY CONFIDENTIAL


transactions executed for settlement beyond year end 2014. This amount, however, can decrease if the Company has trading losses in the balance of the year, so even these amounts are not guaranteed.

Based on my experience, I believe that these metrics are reasonable, challenging and constitute stretch goals that incentivize and award employees for exceptional performance. The difficulty of meeting these metrics underscores the difficulty of meeting Luminant's EBITDA target, which also includes hedging and trading activity.

## 6.3    Luminant Safety Program Incentive Plans

Luminant also focuses on ensuring that its power plants and mines are operated safely to protect the thousands of Company workers at these facilities and the communities that live and work nearby. Safety is at the heart of Luminant's mission and, as such, the Company has undertaken actions to incentivize and promote safe operating procedures and behaviors. Luminant has two separate incentive programs to reward safety at its nuclear and fossil generation plants and mines. Combined, Luminant's nuclear and fossil safety programs cover approximately 3,500 full-time employees. These safety programs represent a key portion of incentive pay for these employees: Fossil and mining -- 15%, Nuclear -- 30%.

Luminant's fossil safety program includes operations at its coal plants, natural gas plants, and mining operations, and is quantified through the measurement of a "Safety Index" for each operational unit. Safety Indices are based on the combined evaluation of leadership audits (20%), hazard recognition and mitigation (30%), behavior recognition (20%), and safety results (30%), as measured by Occupational Safety and Health Administration and/or Mine Safety and Health Administration recordable injuries.

Luminant's nuclear safety program features similar personnel safety metrics, as well as specific "Nuclear Safety" metrics that include radiological exposure measurements, significant station events, an environmental rating criteria, and various standardized performance indicators tracked by the NRC.

Luminant's safety performance is continually tracked and employees are rewarded annually for their performance levels. In the event that any site fatality occurs, <u>zero</u> site safety payout occurs.

An overview of the Personnel Safety Index incentive metrics for Luminant's Safety Program Incentive Plans is included below in Table 6-6:

HIGHLY CONFIDENTIAL 

Table 6-6: Luminant Safety Program Incentive Plans "Personnel Safety Index" Metrics

| Performance metric | % Payout | Threshold | Baseline | Superior |
|---|---|---|---|---|
| **Fossil Safety Metrics** | | | | |
| Leadership Audits | 20 | 80% | 3 per leader/month | 120% |
| Hazard Recognition & Mitigation | 30 | 80% | 1 per employee/month | 120% |
| Behavior Recognition | 20 | 80% | 3% of employees per month | 120% |
| OSHA Recordables | 30 | | | |
| GPO[1] | | 2 | 1 | 1 |
| Coal Generation | | 11 | 7 | 5 |
| Mining | | 23 | 17 | 15 |
| **Nuclear Personnel Safety Metrics** | | | | |
| Comanche Peak Observation Index | 25 | 70 | 80 | 90 |
| Hazard Recognition | 25 | 80% | 15 Industrial Safety Condition Reports/month | 120% |
| Behavior Recognition | 20 | 80% | 3% of employees per month | 120% |
| OSHA Recordables[2] | 30 | 7 | 5 | 3 |

[1] For GPO Safety OSHA Recordable metric to result in Superior with 1 recordable, the injury severity must be less than a DART injury.
[2] If 1 DART injury occurs payout is limited to a maximum of 100% for the six month period regardless of safety index score. If 2 or more DART injuries occur payout is Zero regardless of safety index score.

FEP staff have personally observed the safety operations and management at the Company, which focuses heavily on safety metrics. For example, in the generation plant control room at Sandow 4, a flat-screen television highlighting safety index monthly goals is featured prominently on the wall to maintain focus on safety on a real time basis (see Figure 6-16).

HIGHLY CONFIDENTIAL



Figure 6-16: Safety Awareness in the Sandow 4 Control Room

The stated goal of the Company is always "Safety Zero," as it strives to achieve zero adverse safety incidents.



Figure 6-17: Luminant's "Safety Zero" Motto

Performance year-to-date on the fossil and nuclear plants is tracking above baseline levels for this key set of safety programs. We believe that given the very complex operating environment and the incredible importance of maintaining safety, the safety metrics focus on employee safety and are incentivizing. No adjustments have been made to these metrics.

HIGHLY CONFIDENTIAL 

## 6.4    TXU Energy

TXU Energy is the EFH business unit that provides retail electric service to residential, commercial and industrial end-users in the competitive ERCOT market. Since the 2002 opening of the Texas retail market to competition for electricity customers, TXU Energy has faced increasing challenges from new entrants offering different business models and pricing structures. To remain competitive and profitable, TXU Energy must manage its sales volumes while maintaining or enhancing positive margins and overall customer experience.

TXU Energy's Non-Insider AIP and Insider EAIP encourage strong 2014 financial performance as well as long-term earnings stability and corporate durability through effective management of EBITDA, cost, margin, customer counts and customer experience metrics.

### 6.4.1    Overview of TXU Energy Performance Metrics

To incentivize employee performance, TXU Energy's 2014 Non-Insider AIP and Insider EAIP scorecards use five metrics: (1) TXU Energy EBITDA; (2) TXU Energy Total Costs; (3) Contribution Margin; (4) Residential Ending Customer Count; and (5) TXUE Customer Experience. The following tables show the Non-Insider AIP metrics and the adjusted metrics for the Insider EAIP, which also account for year-to-date performance.

HIGHLY CONFIDENTIAL

Table 6-7: TXU Energy Non-Insider AIP Metrics

| | Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| 1 | TXU Energy Management EBITDA ($ mm) | 40 | ██████ | | |
| 2 | TXU Energy Total Costs ($ mm) | 20 | 401 | 365 | 328 |
| 3 | Contribution Margin ($/MWh) | 15 | ██████ | | |
| 4 | Residential Ending Customer Count (000's) | 10 | 1,372 | 1,429 | 1,486 |
| 5 | TXUE Customer Experience | 15 | see sub-scorecard in Section 6.4.2.5 | | |
| 6 | Total Payout | 100% | | | |

Table 6-8: TXU Energy Updated Insider EAIP Metrics

| | Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| 1 | TXU Energy Management EBITDA ($ mm) | 40 | ██████ | | |
| 2 | TXU Energy Total Costs ($ mm) | 20 | 380 | 365 | 328 |
| 3 | Contribution Margin ($/MWh) | 15 | ██████ | | |
| 4 | Residential Ending Customer Count (000's) | 10 | 1,443 | 1,450 | 1,486 |
| 5 | TXUE Customer Experience | 15 | see sub-scorecard in Section 6.4.2.5 | | |
| 6 | Total Payout | 100% | | | |

These metrics incentivize employees to navigate the Company through numerous performance risk factors, any one or combination of which could result in a missed target and no Non-Insider AIP or Insider EAIP payout.

## 6.4.2   FEP's Metric Analysis

The following subsections detail FEP's analysis of TXU Energy's 2014 Non-Insider AIP and Insider EAIP metrics and targets.

HIGHLY CONFIDENTIAL

#### 6.4.2.1  TXU Energy Management EBITDA

TXU Energy's first performance metric, EBITDA, includes revenues from retail electric sales less (1) expenses associated with those sales and (2) the costs of procuring electric power from wholesale providers.

TXU Energy operates in a highly competitive market with many retail participants and a low barrier to entry for competitors.  Accordingly, the Company's performance is highly sensitive to several fundamental risk factors, including market competition, weather and its impact on electricity demand and power supply prices, costs (e.g., SG&A, CapEx and bad debt), cyber event risk[24], changes in residential or business sales, power price volatility and TXU Energy's ability to hedge and trade through Luminant.

As shown below in Figure 6-18, these performance risk factors are highly interrelated:



Figure 6-18:  Relationship of TXU Energy Risk Factors Managed by an Integrated Risk Management Framework

In fact, these risks affect each of the major components of EBITDA at TXU Energy:  residential segment margin, business segment margin and SG&A costs.

---

[24] For example, Target (a large consumer retailer) recently experienced a breach of customer financial and personal data costing the company over $60 million in additional upfront costs, leading to the early realization of approximately $100 million of CapEx, and contributing to a 46% decline in year-over-year quarterly net income (as reported in Target financial reports and press releases).

HIGHLY CONFIDENTIAL

#### 6.4.2.1.1  Residential and Business Segment Risks

TXU Energy's residential customers provide a significant amount of revenue (over $3 billion projected for 2014) for the Company, with projected residential sales volume of nearly 22 million MWh, or 22 billion kilowatt-hours, for 2014.  TXU Energy's business and industrial segments account for over 16 million MWh of projected 2014 sales volume and $1.4 billion in revenues.  The ultimate EBITDA generated by both residential and business segment classes is susceptible to the key risk factors described above, and customers are likely to be sensitive to the impacts of the restructuring or movements in market electricity prices.  These risk factors make meeting the threshold and other TXU Energy EBITDA metrics far from certain.

**Competition Risk**

Since the ERCOT retail market opened to competition in 2002, TXU Energy has faced increased competition from other REPs.  The number of REPs has continued to increase over time along with a greater number of products and services from which retail consumers can choose.  Because of this competition, there is a reasonable risk that

therefore, material downside risk exists to TXU Energy margins.

**Weather Risk**

In ERCOT, weather is a primary driver of customer load in winter and summer months due to electrical heating and cooling demand.  While REPs typically provide power to their retail customers at fixed prices, they are subject to significant risk if wholesale prices spike, as TXU Energy and other REPs must procure power to cover their open position at market prices.  Even when REPs are hedged at 100% of their expected load, unplanned weather events may increase actual load and necessitate expensive purchases of spot market power.[25]  These unplanned supply purchases can negatively impact EBITDA.  For example, extreme weather that results in an incremental 1,000 MWh of additional TXU Energy sales (approximately equal to *0.003%* of projected TXU Energy 2014 sales volumes) over a *two-hour* period of very high electricity prices might cause TXU Energy to lose nearly $9 million, or more than ▮ of its annual baseline EBITDA.  In addition, mild weather conditions can also have a negative impact on TXU Energy as customer usage declines below expected levels, thereby lowering revenues and the resulting contribution margin.

---

[25] For instance, weather events during the 2013 to 2014 winter forced a number of Northeastern REPs out of business. *See* Hand, Mark, *Bitter cold sends retail electric suppliers into default on payments*, SNL Financial, February 4, 2014.

HIGHLY CONFIDENTIAL

**Open Position Risk**

At any point in time, TXU Energy's supply portfolio of future electricity sales is not fully hedged. Changes in the value of unhedged forecast sales may negatively impact EBITDA. For example, if more than 15 million MWh of residential and business sales were unhedged at a particular point in time and electricity prices increased $5/MWh, TXU Energy could lose more than ██ million.

**Energy Supply Book ("ESB") Execution Risk**

TXU Energy's 2014 EBITDA target for the Company's full year budget was ██ million and the balance of year forecast includes ██ million of EBITDA attributable to managing the ESB portfolio of electricity supply transactions that support residential and business sales volumes. The ability to derive additional cash flow from trading and hedging activities while managing TXU Energy's open position is uncertain. Managers must balance the cost of over-procurement (which has little or no value if weather is milder than expected) against the risk of having to procure for excess load at higher than expected prices. In addition, ESB income is dependent on the margin from executing transactions.

**Customer Counts Risk**

TXU Energy has been in a long-term battle with other REPs for residential and business customers since the ERCOT market opened to retail competition in 2002. TXU Energy's ability to retain or grow its base of residential customers in a competitive marketplace is far from certain.

### 6.4.2.1.2  SG&A Cost Risks

Three primary categories of SG&A cost risks add further uncertainty to TXU Energy EBITDA.

**SG&A Challenge Risk**

Similar to Luminant, TXU Energy faces cash flow risks related to its SG&A costs. Significant uncertainty exists around (1) TXU Energy's ability to realize aggressive EBITDA stretch goals related to marketing costs, employee turnover, efficiency improvements and non-labor savings; (2) costs related to retaining individuals with high levels of intellectual capital and the potential recruiting costs associated with replacing individuals who leave TXU Energy; (3) expenses due to prevention, mitigation and potential remediation of cyber security issues; and (4) unforeseen costs associated with accelerated obsolescence in Information Technology ("IT") software or systems.

**Contingent Customer Incentives Risk**

Other Texas REPs will likely continue to aggressively compete with TXU Energy by offering discounted switching deals to its customers. TXU Energy must respond with a comprehensive communications program highlighting the strengths of the TXU Energy brand and its continuing level of high-quality customer service. The marketing initiatives necessary to respond to these types of aggressive or

HIGHLY CONFIDENTIAL 

disruptive external marketing events or campaigns add costs that can unpredictably and materially diminish projected EBITDA.

**Bad Debt Risk**

The Company's primary credit risk exposure is largely due to final bill non-collection rates that range from 40% to 60% of the final invoice amount due from former customers. In addition, variances to the budgeted write-off amount of 0.8% of revenues can be exacerbated by bill stress from weather-driven load, changes in macroeconomic variables such as unemployment rates, or changes in portfolio credit quality.

### 6.4.2.1.3  TXU Energy Management EBITDA: Scenario Analysis

Each of the above risks can alone or together adversely affect TXU Energy's ability to meet its EBITDA targets. To date, TXU Energy is $9 million behind its baseline target, and there is a material risk that it will miss all of its targeted metrics by year's end. FEP evaluated five scenarios to understand the potential sensitivities around these risks—from the perspective of the beginning of the year for purposes of the Non-Insider AIP metrics, and incorporating year-to-date performance through June 30, 2014 along with any recent information and views to derive the Insider EAIP metrics.

<u>Non-Insider AIP Metrics</u>

For example, in scenario 1, FEP analyzed potential outcomes including a reduction in average prices and margins of ███████ as a response to competitive pricing pressure, and embedded SG&A challenges achieved at 50%. It is important to note that the ███████ change in margin is equal to the threshold level of performance on the Contribution Margin metric. Therefore, if TXU Energy performs at threshold levels on the Contribution Margin metric, it will perform below payout levels on the Management EBITDA metric at year end. The other scenarios include the effects of increased customer attrition, commodity price increases, energy procurement and delivery execution cost increases, increased bad debt expenses, and increased marketing expenditures. FEP modeled each scenario using a proprietary fundamentals-based approach that accounted for the interrelationships between multiple risk factors and their dynamic impacts on the bottom line.

Each of the five scenarios as summarized in Figure 6-19 provides a realistic situation in which TXU Energy would perform under (and Non-Insiders would not earn a bonus) or near the Non-Insider AIP threshold performance level.

HIGHLY CONFIDENTIAL



Figure G-19: Summary of Non-Insider AIP TXU Energy EBITDA Multifactor Scenarios Analyzed by FEP

Based on FEP's analysis, I believe that, as of the beginning of the year, TXU Energy's EBITDA metrics for the Non-Insider AIP were challenging to attain and strongly incentivized TXU Energy management. In my opinion, the risks inherent in the residential segment, business segment, and SG&A cost components of TXU Energy EBITDA have significant potential to cause TXU Energy to miss its threshold performance levels.

<u>Insider EAIP Metrics</u>

Thus far this year, TXU Energy is $9 million behind its baseline target for EBITDA. The Company has nevertheless made the Insider EAIP threshold metric more difficult to attain, raising that target by $38 million, from ████████████████████  The baseline and superior EBITDA metrics for Insider EAIP remain the same as the Non-Insider AIP metrics.

The adjusted Insider EAIP targets, like the budgeted numbers at the beginning of the year, are stretch goals. Execution risk is ever present. For example, if TXU Energy only hits its threshold for Contribution Margin, it will miss all of the payout targets for Management EBITDA at year end.  Moreover, I developed five additional scenarios—all of which are realistic and illustrative—in which TXU Energy would miss its Insider EAIP baseline and, in most cases, threshold targets:

HIGHLY CONFIDENTIAL



Figure 6-20: Summary of Insider EAIP TXU Energy EBITDA Multifactor Scenarios Analyzed by FEP

Accordingly, I believe that TXU Energy's updated Insider EAIP EBITDA metrics are challenging to attain and strongly incentivize TXU Energy management. In my opinion, the risks inherent in the residential segment, business segment, and SG&A cost components of TXU Energy EBITDA have significant potential to cause TXU Energy to miss its threshold performance levels.

### 6.4.2.2   TXU Energy Total Costs

The second metric focuses on managing Total Costs at TXU Energy.   This metric incentivizes management to ensure that TXU Energy's operations are efficient and streamlined even if EBITDA declines because of uncontrollable market events.

There are at least three main categories of TXU Energy costs that are subject to sufficient variation and make the 2014 TXU Energy Total Costs goal demanding: (1) SG&A expenses; (2) bad debt expenses; and (3) IT and CapEx.

I identified a range of potential risks to TXU Energy's Total Costs, projecting a full year of results as well as results for the remaining portion of the year, accounting for year-to-date performance.

HIGHLY CONFIDENTIAL

Non-Insider AIP Identified Risk Range



Figure 6-21:  Risk Factors to Non-Insider AIP TXU Energy Total Costs

SG&A.  FEP identified approximately $45 million in downside risk related to Non-Insider AIP SG&A expenses, which, if realized, would cause TXU Energy to miss its Non-Insider AIP threshold metric.  The SG&A expenses include ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ This spend could vary widely depending on a host of factors.  Additionally, labor, non-labor and management challenge categories have the potential to move unfavorably by approximately $14 million.  TXU Energy maintains an internal labor force of approximately 1,000 full-time-equivalent positions, but TXU Energy also outsources a number of call centers with costs that fluctuate with call volume.  FEP estimates that these costs could increase as much as $2 million.

Bad Debt.  Bad debt expenses—uncertainty relating to TXU Energy's ability to collect on its customer accounts—can also materially increase if TXU Energy experiences higher customer attrition.  Higher bad debt expense would be realized, in part, due to the non-payment of final bills by customers who move.  I estimate at least $11 million in bad debt expense risk for the full year, based on the possibility of unexpectedly hot or cold weather increasing billing pressure and residential account switching.

Information Technology and Capital Expenditures.  IT and CapEx risks may be driven by unforeseen costs and accelerated obsolescence of software systems related to TXU Energy's sophisticated customer accounts and billing functions.  FEP estimates that these costs could realistically increase approximately $2 million to keep pace with ever-changing customer service and data security protocols, exclusive of any costs related to a potential cyber attack on TXU Energy.

Insider AIP Identified Risk Range

Underlying the Total Cost performance thus far this year—which is flat to plan—has been unexpectedly cold weather during the Polar Vortex that drove higher call volume and increased operations costs of

HIGHLY CONFIDENTIAL

about $1 million. Additionally, weather-driven bill stress resulted in bad debts approximately $5 million higher than plan. Those cost overruns were offset by year-to-date fixed cost rates (net of challenges) and CapEx spend below plan of approximately $5 million and $1 million, respectively.

Based on this year-to-date performance, FEP assessed the risks associated with TXU Energy's Total Costs Insider EAIP metrics. There remain significant risks to TXU Energy's ability to meet its Insider EAIP threshold and other targets during the balance of the year, as demonstrated in Figure 6-22. The reduced Insider EAIP threshold metric was lowered $21 million to $380 million primarily reflecting the shorter period remaining in the year.



Figure 6-22: Risk Factors to Insider EAIP TXU Energy Total Costs

### 6.4.2.3   Contribution Margin

TXU Energy's Contribution Margin metric measures the incremental value to TXU Energy's bottom line of each MWh sold. This metric is driven by the difference between top line revenues and the cost of goods sold, and it helps to ensure that TXU Energy does not sacrifice profitability for market share.

There are a number of material revenue risks to TXU Energy's contribution margin, including that: (1) TXU Energy primarily contracts through term offerings of fixed price products;

and (4) there is risk of wholesale market prices changing related to any unhedged positions in the portfolio.

The baseline budget level for 2014 Non-Insider AIP and Insider EAIP Contribution Margin for the portfolio of residential and business customers is ███████ with a threshold for the Insider EAIP pool of ███████. The Insider EAIP threshold was increased from the Non-Insider AIP threshold of ███████ primarily to reflect the shorter timeframe over which competitive and procurement

HIGHLY CONFIDENTIAL

pressures may affect margin performance. Year-to-date performance on this metric is approximately $0.30 below baseline objectives.

As shown in the figure below, for the years 2010 – 2012, FEP's estimate of the average retail margin for competitive retail electric providers in the ERCOT market was approximately ▮▮▮▮▮▮▮▮▮▮ If contribution margin falls to threshold (still significantly above market), EBIDTA for TXU Energy falls below threshold for both the Insider EAIP and Non-Insider AIP.



Figure 6-23: Contribution Margin: TXU Energy 2014 Non-Insider AIP/ Insider EAIP vs. Market History[26]

Given the difficulties of maintaining a level of margin performance that exceeds industry averages, I believe that TXU Energy's Contribution Margin Non-Insider AIP and Insider EAIP metrics are highly challenging and incentivizing to Company employees. The Contribution Margin metric constituted a stretch goal as of the beginning of the year, when TXU Energy began to implement its plan, and the updated metric also constitutes a stretch goal in light of year-to-date performance and balance of year risks.

### 6.4.2.4  Residential Ending Customer Count

The Residential Ending Customer Count metric works in conjunction with the Contribution Margin metric to balance the incremental value of retail energy sales with the maintenance of market share.

---

[26] Sources: EIA, TXU, PUCT

HIGHLY CONFIDENTIAL

Because TXU Energy is the incumbent REP in Northern Texas (i.e., it was spun off from a regulated utility upon market deregulation), it faces intense competitive pressures. Competing REPs have eroded its 100% market share since the introduction of retail choice in 2002. Despite this pressure, TXU Energy has done a better job retaining its customers than other incumbent REPs.



Figure 6-24: Residential Market Share of Incumbent REPs and the Growth of Retail Providers[27]

As of the beginning of the year, I believe that the Non-Insider AIP metrics were incentivizing. TXU Energy's continued margin management and intense competition have placed consistent pressure on TXU Energy's customer counts. ████████████████████████████████████████ The Non-Insider AIP threshold based on the August 30, 2013 budget targeted an annual attrition rate of 7.8%—even accounting for the fact that TXU Energy was likely filing for bankruptcy. By comparison, annualized residential customer losses have reached 8.8% since 2009. I believe that this customer attrition metric was incentivizing to management and would be difficult to achieve in this environment.

Year-to-date performance has been above baseline expectations by approximately 33,000 customers due in part to a one-time acquisition of approximately 12,000 customers during the process of Sharyland Utilities opening up its service territory to outside competition, plus a lower-than-expected customer attrition rate.

---

[27] Market share of incumbent REPs data from the PUCT; the number of REPs serving residential customers is derived from EIA data.

HIGHLY CONFIDENTIAL

In light of year-to-date performance, the Company adjusted both the threshold and baseline metrics for TXU Energy's Residential Ending Customer Count in the Insider EAIP so that the targets track balance of year customer attrition expectations. As compared to the Non-Insider AIP metrics, the Company increased the Insider EAIP threshold metric by 71,000 customers to 1.443 million, and the baseline metric by 21,000 customers to 1.450 million.

Based on current customer counts, TXU Energy must maintain an annualized attrition rate of 6.7% for the balance of the year to hit its Insider EAIP threshold metric—in other words, 1.1% less than the originally targeted attrition levels for threshold. Thus I believe that the updated Insider EAIP metrics are difficult to attain and incentivizing.

HIGHLY CONFIDENTIAL

### 6.4.2.5   TXU Energy Customer Experience Sub-Scorecard

There are five distinct Customer Experience metrics that equally constitute the final 15% of targeted Non-Insider AIP and Insider EAIP payout for TXU Energy:  (1) Customer Satisfaction Percentage; (2) Average Days Sales Outstanding; (3) Energizing Event Success; (4) Customer Complaints; and (5) System Availability Percentage.

Table 6-9: TXU Energy Non-Insider AIP Customer Experience Sub-Scorecard

| Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|
| 1 TXUE Customer Satisfaction % | 3 | 83.60% | 85.60% | 87.60% |
| 2 Average Days Sales Outstanding | 3 | 41.0 | 39.5 | 37.9 |
| 3 TXUE Energizing Event Success (Issues) | 3 | 99.80% | 99.90% | 99.95% |
| 4 TXUE Customer Complaints | 3 | 696 | 580 | 464 |
| 5 TXUE System Availability % (Uptime) | 3 | 99.80% | 99.90% | 99.95% |
| 6    Total Payout Sub Scorecard | 15% | | | |

Table 6-10: TXU Energy Updated Insider EAIP Customer Experience Sub-Scorecard

| Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|
| 1 TXUE Customer Satisfaction % | 3 | 84.50% | 85.60% | 87.60% |
| 2 Average Days Sales Outstanding | 3 | 41.0 | 39.5 | 37.9 |
| 3 TXUE Energizing Event Success (Issues) | 3 | 99.85% | 99.90% | 99.95% |
| 4 TXUE Customer Complaints | 3 | 681 | 580 | 464 |
| 5 TXUE System Availability % (Uptime) | 3 | 99.89% | 99.90% | 99.95% |
| 6    Total Payout Sub Scorecard | 15% | | | |

HIGHLY CONFIDENTIAL

### 6.4.2.5.1  Customer Satisfaction Percentage

The Customer Satisfaction metric tracks residential segment customer satisfaction with TXU Energy based on a Customer Quality ("CQ") Index.  This metric supports TXU Energy's premium brand positioning by incentivizing management focus on the consumer interface points.

The CQ Index is comprised of four customer survey measurements, weighted as follows:
- Enrollment (30%) uses continuous sampling of newly acquired customers concerning their level of satisfaction with the sign-up process;
- Billing / Communications (40%) measures overall satisfaction with TXU Energy on a quarterly basis;
- Customer Service -- Call Center (15%) surveys customers about their overall satisfaction with TXU Energy's telephone based customer channel; and
- Customer Service -- Web (15%) asks a sample of website visitors who visit at least three pages to rate their overall satisfaction with the website.

The CQ Index is affected by both internal and external factors and risks, including:
- IT / infrastructure availability and data accuracy. Response delays or system outages at call centers or on the website detract from the consumer experience;
- Website design. The online interface needs to be clean and intuitive while providing information and tools desired by the customer;
- Bill format changes or introduction of new products. Changes can create confusion for consumers; new products and bills must be thoughtfully designed and tested, and TXU Energy's call centers must be trained to answer questions;
- Bill stress. Unusual weather and/or economic conditions can increase customer bills, drive down overall satisfaction and increase call volume, driving up wait times and reducing customer service satisfaction;
- Staffing. Employee levels at call centers must be adequately scaled to call volume; normal employee turnover puts continuous pressure on selection and training programs; and
- Marketing and customer retention programs. Competitive pressures require complex, targeted and continuously adjusted updates to reflect market conditions. Training and close coordination across consumer interface points are required to avoid confusing consumers with mixed messages.

All of these risks—alone and together—mean that the customer satisfaction threshold is difficult to attain.  In addition, while precautions have been taken to secure customer data and avoid potential cyber security problems, the risk of cyber attack is real.  The consequences of cyber attack can have massive negative repercussions to customer satisfaction.

HIGHLY CONFIDENTIAL 

## Non-Insider AIP Performance Metrics

FEP identified several potential risk factors, including a highly negative skew toward the downside on this metric's performance potential (shown in Figure 6-25).



Figure 6-25:  Non-Insider AIP Customer Satisfaction Identified Risk Range

## Insider EAIP Performance Metrics

Year-to-date through June 2014, TXUE actual performance has been approximately 0.5% below plan levels primarily due to the impacts of higher bills following the Polar Vortex and a web page latency issue that arose from third party browser updates.  FEP's analysis of the balance of year Insider EAIP Customer Satisfaction Percentage metric reflects the current trends and reduced downside primarily due to the passage of time, as shown in the following figure.



Figure 6-26:  Insider EAIP Customer Satisfaction Identified Risk Range

In my opinion, both the Non-Insider AIP and Insider EAIP Customer Satisfaction Percentage metrics properly incentivize management's customer-centric focus in support of TXU Energy's brand strategy and are challenging to achieve.

### 6.4.2.5.2   Average Days Sales Outstanding

Average Days Sales Outstanding ("DSO") is defined as the total accounts receivable (including unbilled) divided by the average daily revenue (including unbilled revenue) from the current and prior month. This metric measures TXU Energy's performance to mitigate credit exposure to retail customers through the timely collections of payments.

Over the past five years, TXU Energy has continued to decrease its DSO from a high of approximately 49.8 days in 2009 to the budgeted baseline level of 39.5 days for 2014.  There are, however, a number of ways that TXU Energy could miss its threshold DSO numbers, including with: (1) bill stress associated with weather extremes; (2) a degradation in macroeconomic conditions that makes it more difficult to

HIGHLY CONFIDENTIAL

collect bills including, for example, a modest 1% increase in the state unemployment rate; (3) observed historical variations in customer payment delays during the year-end holiday season (DSO typically increases by as much as four to five days for November, December and part of January as compared to the rest of the year); and (4) a breakdown in the process of either timely billing distribution or payment collection.

Thus far this year, TXU Energy has performed under its threshold target in this category driven by higher bills due to adverse weather, with an average DSO of 40.9 days, or 2.4 days adverse to the budgeted year-to-date baseline metric. The risk range shown below in Figure 6-27 reflects my assessment of the identified risk range in light of the challenged year-to-date performance, bill stress related to abnormal summer weather, and the possibility of slower than expected collection of payments in November and December, which have been realized in previous years. The DSO metrics are consistent for both the Non-Insider AIP and Insider EAIP.



Figure 6-27: Days Sales Outstanding Identified Risk Range

The combination of these risks and the year-to-date actual performance below threshold makes it clear that this metric is challenging and thus properly incentivizes Company management.

### 6.4.2.5.3  Energizing Event Success

The Energizing Event Success ("EES") metric quantifies TXU Energy's effectiveness at minimizing Lights Out in Error ("LOIE") events affecting TXU Energy's customers. LOIEs occur when, as a consequence of TXU Energy work, there is: (1) a turning on (energizing) or switching event at a later date or time than the customer expects; (2) a de-energizing event at a date or time not expected by the customer; or (3) a switch of service provider not expected by the customer. LOIE events are primarily caused by simple mistakes during customer interactions and thus tend to increase with changes in customer counts, bill-stress and customer switching activity.   Missing these targets will likely increase customer dissatisfaction, attrition rates, bad debt and complaints.

The threshold performance levels are aggressive for both the Non-Insider AIP and Insider EAIP, as TXU Energy must limit its LOIE rate to equal to or less than 0.20% and 0.15%, respectively, of its approximately 2.5 million customer transactions each year. Because this metric has an expected level of performance that nears perfection, the potential for downside performance is much greater than the upside potential.

HIGHLY CONFIDENTIAL

The following figure shows that the 2014 metric performance levels needed to achieve Non-Insider AIP and Insider EAIP thresholds are higher than realized performance levels in two out of the last three years, as well as the average for the three years. While year-to-date performance has been at plan (99.9%), given this history, I believe that TXU Energy's achievement of this metric will not be a given and that the high standard set for the EES metric is incentivizing.



Figure 6-28: Energizing Event Success: TXU Energy 2014 Non-Insider AIP/ Insider EAIP vs. Company Actuals

### 6.4.2.5.4  Customer Complaints

The Customer Complaints metric incentivizes continued levels of high customer satisfaction by measuring consumer complaints recorded at the PUCT and the Better Business Bureau. Among REPs in ERCOT, in the past two years TXU Energy has performed in the top decile for lowest rates of customer complaints recorded at the PUCT. The Non-Insider AIP threshold metric equates to 0.25 monthly complaints per 10,000 customers at the PUCT and incentivizes a continuance of performance at that top decile level.

HIGHLY CONFIDENTIAL



Figure 6-29: Complaints to the PUCT

Customer Complaints performance may be adversely affected by a number of risk factors, including: (1) billing errors; (2) denial of service; (3) disconnect errors; (4) poor customer service; and (5) poor marketing practices. Regardless of service, customers also tend to complain more if their bills rise as a result of weather variability or shifts in the energy markets.

Year-to-date, TXU Energy trails its baseline metric by 44 complaints. Even so, the Company made the Insider EAIP threshold target more difficult to meet. FEP's identified risk range for the Non-Insider AIP metrics (shown in Figure 6-30) reflects historical observed variations in average complaints since January 2012. Similarly, Figure 6-31 shows the balance of year risk to the Insider EAIP metric reflecting the shorter period remaining in the year and a more stringent threshold, challenging management to exceed upper decile performance in the market. For the same reasons that the original Non-Insider AIP projections constituted stretch goals at the beginning of the year, the Insider EAIP targets will not be easy to attain.



Figure 6-30: Non-Insider AIP Customer Complaints Identified Risk Range

HIGHLY CONFIDENTIAL



Figure 6-31: Insider EAIP Customer Complaints Identified Risk Range

### 6.4.2.5.5  System Availability Percentage

TXU Energy's retail operations require consistently reliable information and communications technology.  The System Availability Percentage metric measures how well 13 critical IT and communications infrastructure support systems function, recognizing that reduced availability of critical systems can have deleterious effects on customer experience, acquisitions, real-time delivery execution, billing and collections (e.g. DSO, bad debt), and other business indicators.  Risks to the System Availability Percentage increase with planned events (such as software upgrades or deployment/integration of new systems) as well as unplanned events (such as hardware failures, network or telephony failure, third-party software bugs and application or release defects).

There is risk that TXU Energy misses its threshold target, depending on: (1) the number of new software packages deployed in the period; (2) the amount of new hardware or physical infrastructure deployed in the period; and (3) the familiarity of staff with applications or infrastructure.  Additionally, any cyber attack could result in system outages far in excess of the 0.20% allowed to meet Non-Insider AIP threshold levels or the 0.11% deviation allowed to meet the Insider EAIP threshold metric.

Historical TXU Energy System Availability percentages are shown in the figure below.  2013 performance levels were exceptionally high, as the level of major systems and software modifications was low.  Similarly, year-to-date performance of 99.98% has exceeded plan expectation by 0.08%.  In contrast, expected major systems and software upgrades are scheduled to increase in the balance of 2014.  Notwithstanding this potential for additional downside risk, the Insider EAIP threshold and baseline have been increased in light of year-to-date performance trends, a shorter window of performance, and the criticality of information and communication system availability to the operations of the Company.

Meeting Insider EAIP threshold performance would require that each of TXU Energy's systems experience cumulative outages of less than 10 hours over all of 2014, which is an incentivizing stretch goal.

HIGHLY CONFIDENTIAL



Figure 6-32: Systems Availability: TXU Energy 2014 Non-Insider AIP/ Insider EAIP vs. Company Actuals

## 6.5  Business Services

### 6.5.1  Overview of Metrics

To incentivize exceptional corporate-level performance, the Business Services Non-Insider AIP and Insider EAIP scorecards use five metrics:  (1) Competitive Management EBITDA; (2) Luminant Scorecard Multiplier; (3) TXU Energy Scorecard Multiplier; (4) Competitive Total Spend; and (5) EFH Business Services Costs.

Table 6-11: Business Services Non-Insider AIP Metrics

| | Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| 1 | Competitive Management EBITDA ($ mm) | 20 | 1,790 | 2,099 | 2,305 |
| 2 | Luminant Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| 3 | TXU Energy Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| 4 | Competitive Total Spend ($ mm) | 20 | 2,444 | 2,310 | 2,132 |
| 5 | EFH Business Services Costs ($ mm) | 20 | 311 | 295 | 279 |
| 6 | Total Payout | 100% | | | |

HIGHLY CONFIDENTIAL

Table 6-12: Business Services Updated Insider EAIP Metrics

| | Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| 1 | Competitive Management EBITDA ($ mm) | 20 | 2,039 | 2,099 | 2,305 |
| 2 | Luminant Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| 3 | TXU Energy Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| 4 | Competitive Total Spend ($ mm) | 20 | 2,316 | 2,253 | 2,132 |
| 5 | EFH Business Services Costs ($ mm) | 20 | 297 | 295 | 279 |
| 6 | Total Payout | 100% | | | |

The Business Services scorecard tracks the Luminant and TXU Energy metrics—both in terms of the Competitive Management EBITDA, Scorecard Multipliers and Competitive Total Spend—because it supports those units' work.

### 6.5.2    FEP's Metric Analysis

#### 6.5.2.1    Competitive Management EBITDA

Competitive Management EBITDA is defined as EBITDA for all EFH entities except Oncor. Accordingly, results are driven by the operating entities Luminant and TXU Energy except for an immaterial level of EBITDA at the corporate level. Due to the large number of internal and external variables that can impact earnings at these two business units, there is a wide range of potential outcomes for Competitive Management EBITDA.

Because Business Services metrics relate primarily to the operations of Luminant and TXU Energy, which are detailed in the previous sections, the relevant business risk factors largely mirror the risk factors of those entities. Accordingly, significant uncertainty exists in management's ability to meet the Competitive Management EBITDA metric threshold performance levels, and this metric proves strongly incentivizing.

#### 6.5.2.2    Luminant and TXU Energy Scorecard Multipliers

The Luminant and TXU Energy Scorecard Multipliers replicate the metrics used for the business units, and they are utilized for Non-Insider AIP and Insider EAIP participants in the Business Services group. This report explains in other sections why, after detailed review, I conclude that the business unit metrics are incentivizing stretch goals, not lay ups, and so I will not repeat that discussion here.

HIGHLY CONFIDENTIAL

### 6.5.2.3   Competitive Total Spend

The next metric, Competitive Total Spend, encompasses all expenses (including CapEx) incurred by all of the non-Oncor EFH subsidiaries. This metric is the sum of a number of other metrics discussed in other sections of the report—specifically, O&M/SG&A, CapEx, TXU Energy Total Costs and EFH Business Services Costs, plus an immaterial amount of Corporate SG&A expenses and CapEx.

### 6.5.2.4   EFH Business Services Costs

The last metric involves managing the expenditures at EFH Business Services, which includes departments such as: Corporate Controller, Corporate Planning, Internal Audit & Sarbanes Oxley Compliance, Treasury, Corporate Tax, Risk Management, Information Technology, Legal, External Affairs, Corporate Development & Strategy, Facilities, Human Resources and Supply Chain.

The primary drivers of Business Services Costs are labor, third party service agreements, litigation costs, regulatory affairs, office rents and various stretch targets. For 2014, material downsides to this metric reside in pending and potential litigation costs, such as creditor lawsuits, as well as costs related to the potential expansion of state and federal regulations in areas such as cyber security or physical security. Additionally, in 2014, the Company is deploying four key corporate-wide IT platforms which have the potential to generate cost overruns exceeding threshold performance levels. Any of the above legal, regulatory or operational costs could independently generate a $16 million increase in total costs, leading to the Company's failure to achieve Non-Insider AIP threshold performance levels.

Year-to-date expenses related to this metric have been $22 million below Non-Insider AIP baseline projections. In deriving the Insider EAIP, the Company has decreased the threshold amount by $14 million. This decrease is partially due to year-to-date performance, offset partially by additional material one-time IT costs that are scheduled through the balance of the year.

HIGHLY CONFIDENTIAL

APPENDIX

Company Insiders and Scorecard Calculations

The following table lists the 26 Insiders, who are subject to the Insider EAIP, and the derivation of their Insider EAIP performance scorecard metrics as a function of business unit performance.    These individual weightings are consistent with historical practices.

Table 6-13: List of Insiders and Insider EAIP Performance Scoring

| EFH Insider Members and Reports | EFH EBITDA[1] | EFH Bus. Services | Business Unit Luminant | TXU Energy | Total |
|---|---|---|---|---|---|
| John Young[1,2] | 50% | 50% | - | -- | 100% |
| Paul Keglevic[2] | 50% | 50% | - | -- | 100% |
| Michael Carter | - | 100% | - | - | 100% |
| Patrick Chase | - | 100% | - | - | 100% |
| Joseph Ho | - | 100% | - | - | 100% |
| Anthony Horton | -- | 100% | - | -- | 100% |
| Carla Howard | - | 100% | - | - | 100% |
| Kris Moldovan | - | 100% | - | - | 100% |
| Terry Nutt | - | 100% | - | - | 100% |
| Stanley Szlauderbach | - | 100% | - | - | 100% |
| John O'Brien[2] | 50% | 50% | - | -- | 100% |
| Lisa Blocker | - | 100% | - | - | 100% |
| Carrie Kirby[2] | 50% | 50% | - | - | 100% |
| Theresa Muscato | - | - | 100% | - | 100% |
| Stacey Doré[2] | 50% | 50% | - | -- | 100% |
| Mac McFarland[2] | 25% | - | 75% | - | 100% |
| Richard Federwisch[3] | - | - | 100% | - | 100% |
| Rafael Flores[3] | - | - | 100% | - | 100% |
| Robert ("Bob") Frenzel[4] | - | - | 100% | - | 100% |
| Stephen Horn[3] | - | - | 100% | - | 100% |
| Stephen Kopenitz[3] | - | - | 100% | - | 100% |
| Steve Muscato | - | - | 100% | -- | 100% |
| Edward ("Mike") Williams[3] | - | - | 100% | - | 100% |
| Jim Burke[2] | 25% | - | - | 75% | 100% |
| David Faranetta[4] | - | - | - | 100% | 100% |
| Scott Hudson | - | - | - | 100% | 100% |

1. CEO measured on EFH EBITDA, including Oncor.  All others measured on Competitive EBITDA.
2. Member of Strategy & Policy Committee ("SPC")
3. Portion tied directly to Luminant Safety Program Incentive Plans.
4. Also reports to Paul Keglevic.

HIGHLY CONFIDENTIAL

The derivation of each individuals respective weighting is directly correlated to the focus of his or her daily activities.  For example, Mac McFarland, who is the CEO of Luminant, and Jim Burke, who is the CEO of TXU Energy, each have 25% of their bonus tied to global corporate performance.  The activities of their respective entities are intertwined because TXU Energy relies on Luminant to supply it with power at market prices, while Luminant relies on TXU Energy as a major sales channel for its power production.

HIGHLY CONFIDENTIAL