# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket No. 2317 |

## STIPULATION AND AGREED ORDER
## REGARDING CERTAIN UNCLAIMED PROPERTY

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Texas Comptroller of Public Accounts (the "Comptroller" and, together with the Debtors, the "Parties") hereby enter into this stipulation and agreed order (this "Stipulation and Order"), and stipulate and agree as follows.

### Recitals

WHEREAS, on June 26, 2014, the Debtors submitted unclaimed property reports to the Comptroller pursuant to section 74.101 of the Texas Property Code (the "TPC") listing unclaimed property, including customer deposits, in the amounts of $84,309.98 (record confirmation no. E63519) and $1,180,782.20 (record confirmation no. E63532) (the "June Reports");

WHEREAS, on July 1, 2014, the Debtors submitted unclaimed property reports to the Comptroller listing unclaimed property in the amounts of $14,299.66 (record confirmation no.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

E66097) and $22,395.76 (record confirmation no E66091) (together with the June Reports, the "Outstanding Reports," and the unclaimed property listed therein, the "Unclaimed Property");

WHEREAS, the Outstanding Reports relate to, among other things, customer deposits and refunds as well as wages, that were unclaimed as of March 1, 2013;

WHEREAS, the Debtors have not remitted the Unclaimed Property to the Comptroller because of the commencement of the Debtors' chapter 11 cases;

WHEREAS, the Debtors intend to file additional unclaimed property reports on an annual basis during the pendency of the chapter 11 cases and following the Debtors' emergence from chapter 11 (the "Additional Reports," and, together with the Outstanding Reports, the "Reports");

WHEREAS, section 74.708 of the TPC provides that the Unclaimed Property is "[held] in trust for the benefit of the state on behalf of the missing owner and is liable to the state for the full value of the property, plus any accrued interest and penalty"; and

WHEREAS, the Debtors have determined that the compromise set forth herein is fair and reasonable, and in the best interests of the Debtors, the Debtors' estates and their creditors.

**NOW, THEREFORE,** it is hereby stipulated and agreed to by and among the Parties and upon Bankruptcy Court approval hereof, it shall be ordered as follows:

1. Within 15 days of this Court's approval of this Stipulation and Order, the Debtors will remit the Unclaimed Property to the Comptroller for a total payment to the Comptroller in the aggregate amount of $1,301,787.60 (of which $1,300,447.24 will be paid from the TCEH Debtors'[2] encumbered assets, and the balance of which will be paid out of EFH Corporate

---

[2] For the purposes of this Stipulation and Order, the term TCEH Debtors means, collectively: (a) Energy Future Competitive Holdings Company LLC, (b) Texas Competitive Electric Holdings Company LLC ("TCEH"), and (c) each of TCEH's subsidiaries that are debtors in these chapter 11 cases.

Services) in full satisfaction of any amounts outstanding under, or potentially alleged by the Comptroller as due and owing in connection with, the Unclaimed Property and the Outstanding Reports.

2.  The Debtors will file Additional Reports with, and remit from encumbered assets as applicable the "full value of the property" listed in the Additional Reports to, the Comptroller in accordance with Texas law.

3.  The Comptroller will not seek payment of any interest or penalty by the Debtors in connection with the Unclaimed Property or the Outstanding Reports.

4.  The provisions of this Stipulation and Order constitute an order of this Court, and violations of the provisions of this Stipulation and Order are subject to enforcement and the imposition of legal sanctions in the same manner as any other order of the Court.

5.  The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation and Order.

[*Signatures follow.*]

Stipulated and agreed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.* DEBTORS AND DEBTORS-IN-POSSESSION

By: */s/ William A. Romanowicz*
      **RICHARDS, LAYTON & FINGER, P.A.**
      Mark D. Collins (No. 2981)
      Daniel J. DeFranceschi (No. 2732)
      Jason M. Madron (No. 4431)
      William A. Romanowicz (No. 5794)
      920 North King Street
      Wilmington, Delaware 19801
      Telephone:   (302) 651-7700
      Facsimile:    (302) 651-7701
      Email:         collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com
                    romanowicz@rlf.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

-and-

**KIRKLAND & ELLIS, LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:         james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

By: ___/s/ Rachel R. Obaldo___
    **OFFICE OF THE TEXAS ATTORNEY GENERAL**
    Greg Abbott, Attorney General of Texas
    Daniel T. Hodge, First Assistant Attorney General
    John B. Scott, Deputy Attorney General for Civil Litigation
    Ronald R. Del Vento, Assistant Attorney General, Chief, Bankruptcy & Collections Division
    Rachel R. Obaldo, Assistant Attorney General
    Bankruptcy & Collections Division – 008
    P.O. Box 12548
    Austin, Texas 78711-2548
    Telephone:   (512) 463-2173
    Facsimile:    (512) 936-1409
    Email:        rachel.obaldo@texasattorneygeneral.gov

*Attorneys for the Texas Comptroller of Public Accounts*


SO ORDERED this 7th day of October, 2014:

                                                          The Honorable Christopher S. Sontchi
                                                          United States Bankruptcy Judge