# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## APRIL 29, 2014 THROUGH MAY 31, 2014

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | 12.60 | $9,286.50 |
| 25 | Public Policy Advice | 1.5 | $1,387.50 |
| 30 | Case Administration, Employment and Fee Applications | 34.5 | $20,108.00 |
| Total for All-Debtor Matters | | 48.6 | $30,782.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 1.5 | $1,306.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 22.2 | $19,330.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 2.60 | $1,583.00 |
| 16 | Litigation: Sierra Club - Eastern District of Texas | 38.90 | $31,886.00 |
| 17 | Litigation: Sierra Club - Western District of Texas | 76.0 | $49,855.00 |
| 18 | Litigation: NSR Case | 5.1 | $4,334.00 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | 2.1 | $1,323.00 |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 19.5 | $14,085.50 |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 167.9 | $123,702.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | 56.5 | $39,500.50 |
| 28 | Second Lien DIP Tender Offer | 45.6 | $31,213.50 |
| 29 | Second Lien DIP Notes Offering | 197.4 | $130,007.50 |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 37.1% of the fees ($11,428.86) shall be allocated to the TCEH estate, 61.9% of the fees ($19,051.76) shall be allocated to the EFIH estate, and 1% of the fees ($301.38) shall be allocated to the EFH estate.

RLF1 10908538v.1

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 34 | SEC Matters | 5.9 | $4,009.00 |
| 35 | Corporate Matters | 2.2 | $1,480.00 |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | 307.6 | $206,210.50 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 1.1 | $632.50 |
| 32 | Corporate Matters | 3.9 | $2,629.50 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 5.0 | $3,262.00 |
| **Total** | | **529.1** | **$363,957.00** |

**EXPENSE SUMMARY**
**APRIL 29, 2014 THROUGH MAY 31, 2014**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $25.10 |
| Messenger and Courier Expense | $175.26 |
| Outside Duplication and Binding | $124.50 |
| Telephone Charges | $19.38 |
| **Total:** | **$344.24** |

RLF1 10908538v.1