# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael A. Rosenthal | Partner. Became a Partner in 1992. Member of IL Bar since 1980, TX Bar since 1985, and NY Bar since 2009. | $1,140.00 | 5.5 | $6,270.00 |
| Brian J. Lane | Partner. Joined firm as a Partner in 2000. Member of MD Bar since 1983, and DC Bar since 2000. | $1,085.00 | .1 | $108.50 |
| James J. Moloney | Partner. Became a Partner in 2005. Member of CA Bar since 1994. | $1,035.00 | 1.5 | $1,552.50 |
| Harlan P. Cohen | Partner. Joined firm as a Partner in 1998. Member of TX Bar since 1974. | $1,020.00 | 4.9 | $4,998.00 |
| Jeffrey Trinklein | Partner. Became a Partner in 1997. Member of NY Bar since 2007. | $980.00 | .6 | $588.00 |
| John E. Wise | Partner. Joined firm as a Partner in 2008. Member of NY Bar since 1999. | $970.00 | .9 | $873.00 |
| Ronald Kirk | Senior Of Counsel. Joined firm as a Senior Of Counsel in 2013. Member of TX Bar since 1979. | $925.00 | 1.5 | $1,387.50 |
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $925.00 | 35.4 | $32,745.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $885.00 | 7.8 | $6,903.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Romina Weiss | Partner. Joined firm as a Partner in 2006. Member of NY Bar since 1992. | $845.00 | 5.4 | $4,563.00 |
| Michael L. Raiff* | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $840.00 | 54.9 | $37,818.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $790.00 | 127.3 | $100,567.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $740.00 | 3.7 | $2,738.00 |
| Kathryn A. Kelly | Associate. Joined firm as an Associate in 2011. Member of NY Bar since 2011. | $725.00 | 4.7 | $3,407.50 |
| Jeremy L. Graves | Associate. Joined firm as an Associate in 2008. Member of CO Bar since 2012. | $710.00 | 1.9 | $1,349.00 |
| John-Paul Vojtisek | Associate. Joined firm as an Associate in 2005. Member of NY Bar since 2006. | $710.00 | 20.9 | $14,839.00 |
| Allison Balick | Associate. Joined firm as an Associate in 2009. Member of CA Bar since 2009. | $650.00 | 2.1 | $1,365.00 |
| Gregory A. Odegaard | Associate. Joined firm as an Associate in 2009. Member of NY Bar since 2010, and TX Bar since 2012. | $650.00 | 9.9 | $6,435.00 |

RLF1 10908538v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Russell H. Falconer* | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $535.00 | 4.9 | $3,087.00 |
| Elizabeth M. Viney* | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $485.00 | 11.0 | $6,930.00 |
| Shira D. Weiner* | Associate. Joined firm as an Associate in 2012. Member of NY Bar since 2003. | $795.00 | 7.2 | $4,536.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $575.00 | 93.1 | $53,532.50 |
| Christopher J. Babcock | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2011. | $555.00 | 11.1 | $6,160.50 |
| Matthew G. Bouslog* | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $555.00 | 37.4 | $21,357.00 |
| Katherine E. Cournoyer | Associate. Joined firm as an Associate in 2013. Member of NY Bar since 2012, and TX Bar since 2014. | $555.00 | 65.4 | $36,297.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $355.00 | 10.0 | $3,550.00 |
| **TOTAL** | | | 529.1 | $363,957.00 |
| **Blended Rate** | | $**687.88** | | |

\*  The Debtors and Gibson Dunn have agreed to a blended hourly rate of $630.00 for Mr. Raiff and all associates for work performed on matter numbers 13, 16-18, and 22-24.  For all other matters, this attorney

bills at the hourly rate specified herein.

RLF1 10908538v.1