# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**APRIL 29, 2014 THROUGH MAY 31, 2014**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $2.20 |
| **Total** | **$2.20** |

**Applicable to EFIH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| Messenger and Courier Expense | $175.26 |
| Outside Duplication and Binding | $124.50 |
| **Total** | **$299.76** |

**Applicable to EFH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $22.90 |
| Telephone Charges | $19.38 |
| **Total[8]** | **$42.28** |

**TOTAL EXPENSES** $344.24

---

[8] During this period, Gibson Dunn received a credit from a third-party vendor in the amount of $6,502.75 in connection with an EFH-Debtor matter. Gibson Dunn is requesting approval of the total actual and necessary expenses incurred, and the Debtors will offset this credit amount against EFH-Debtor fees and expenses awarded to Gibson Dunn.