# **EXHIBIT D**

## **Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2014092540 | EFH | 20140522 | William B. Dawson | Reporting Service | | | ($3,123.40) | Cancellation of Service |
| 2014092540 | EFH | 20140522 | William B. Dawson | Reporting Service | | | ($3,379.35) | Cancellation of Service |
| 2014093412 | TCEH | 20140513 | Staff | In House Duplication | $0.10 | 22 | $2.20 | Photocopies: 22 pages |
| 2014093437 | EFIH | 20140517 | Katherine E. Cournoyer | Messenger and Courier Expense | | | $175.26 | Special Delivery |
| 2014093437 | EFIH | 20140517 | Katherine E. Cournoyer | Outside Duplication and Binding | | | $124.50 | Print Documents |
| 2014092540 | EFH | 20140429 | Staff | In House Duplication | $0.10 | 229 | $22.90 | Photocopies: 229 pages |
| 2014092540 | EFH | 20140514 | William B. Dawson | Telephone Charges | | | $13.68 | Telephone Call to Birmingham, AL |
| 2014092540 | EFH | 20140516 | Michael L. Raiff | Telephone Charges | | | $5.70 | Telephone Call to Birmingham, AL |