**EXHIBIT A**

**Statement of Fees By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Accounting / Cut-Off | 192.1 | $103,275.00 |
| 2 | Bankruptcy Support | 258.2 | $123,185.00 |
| 3 | Business Plan | 35.8 | $16,782.50 |
| 4 | Causes of Action | 59.4 | $32,175.00 |
| 5 | Claims | 124.8 | $58,092.50 |
| 6 | Communication | 4.3 | $1,890.00 |
| 7 | Contracts | 418.1 | $214,252.50 |
| 8 | Coordination & Communication with Other Creditor Constituents | 104.1 | $53,152.50 |
| 9 | Coordination & Communication with UCC | 176.8 | $81,155.00 |
| 10 | Court | 11.5 | $8,327.50 |
| 11 | DIP Financing | 104.7 | $44,712.50 |
| 12 | Fee Applications | 96.4 | $32,577.50 |
| 13 | Motions and Orders | 253.0 | $124,490.00 |
| 14 | Retention | 57.3 | $24,360.00 |
| 15 | Statements & Schedules | 72.5 | $38,422.50 |
| 16 | Status Meetings | 72.8 | $45,290.00 |
| 17 | Strategic Transaction Asset Sale | 210.1 | $130,525.00 |
| 18 | Travel Time | 88.3 | $47,075.00 |
| 19 | UST Reporting Requirements | 86.4 | $45,530.00 |
| 20 | Vendor Management | 161.1 | $90,907.50 |
| **Totals:** | | **2,587.7** | **$1,316,177.50** |