# EXHIBIT B

## Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 85.3 | $76,770.0 |
| Emmett Bergman | Managing Director | $750 | 152.4 | $114,300.00 |
| John Stuart | Managing Director | $725 | 224.4 | $162,545.00 |
| Steve Kotarba | Managing Director | $650 | 149.5 | $97,175.00 |
| Matt Frank | Director | $575 | 172.9 | $99,417.50 |
| Jodi Ehrenhofer | Director | $525 | 133.6 | $70,140.00 |
| Peter Mosley | Director | $525 | 157.6 | $82,740.00 |
| Kevin Sullivan | Director | $500 | 97.6 | $48,800.00 |
| Mark Zeiss | Director | $500 | 80.9 | $40.450.00 |
| Matt Williams | Director | $500 | 16.8 | $8,400.00 |
| Paul Kinealy | Director | $500 | 35.0 | $17,500.00 |
| David Blanks | Senior Associate | $450 | 193.2 | $86,940.00 |
| Taylor Atwood | Senior Associate | $450 | 203.6 | $91,620.00 |
| Jeff Dwyer | Associate | $425 | 195.4 | $83,045.00 |
| Daisy Fitzgerald | Associate | $400 | 165.0 | $66,000.00 |
| Jon Rafpor | Analyst | $350 | 189.1 | $66,185.00 |
| Michael Dvorak | Analyst | $325 | 34.6 | $11,245.00 |
| Michael Williams | Analyst | $325 | 40.6 | $13,195.00 |
| Robert Country | Analyst | $325 | 81.4 | $26,455.00 |
| Sarah Pittman | Analyst | $325 | 113.4 | $36,855.00 |
| Mary Napoliello | Paraprofessional | $250 | 65.6 | $16,400.00 |
| **Total Fees Requested** | | | **2,587.7** | **$1,316,177.50** |