# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

**ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Airfare | $15,733.89 |
| Local Transportation | $3,968.72 |
| Lodging | $9,026.66 |
| Meals | $1,823.38 |
| Miscellaneous | $453.88 |
| **Total:** | **$31,006.53** |

**TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Airfare | $10,563.71 |
| Local Transportation | $2,664.58 |
| Lodging | $6,060.49 |
| Meals | $1,224.22 |
| Miscellaneous | $304.73 |
| **Total:** | **$20,817.73** |

**EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Airfare | $1,024.35 |
| Local Transportation | $258.31 |
| Lodging | $587.60 |
| Meals | $118.70 |
| Miscellaneous | $29.55 |
| **Total:** | **$2,018.51** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Airfare | $4,145.83 |
| Local Transportation | $1,045.83 |
| Lodging | $2,378.57 |
| Meals | $480.46 |
| Miscellaneous | $119.59 |
| **Total:** | **$8,170.29** |