# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

***Combined - All Entities***
***Expense Detail by Category***
***August 1, 2014 through August 31, 2014***

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 8/2/2014 | $505.10 | Airfare one-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 8/6/2014 | $505.10 | Airfare one-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 8/8/2014 | $505.10 | Airfare one-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 8/14/2014 | $505.10 | Airfare one-way coach Dallas/San Francisco. |
| Daisy Fitzgerald | 8/18/2014 | $505.10 | Airfare one-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 8/19/2014 | $585.10 | Airfare one-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 8/21/2014 | $585.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 8/4/2014 | $572.93 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 8/7/2014 | $512.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 8/10/2014 | $505.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 8/14/2014 | $505.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 8/18/2014 | $572.63 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 8/21/2014 | $575.64 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 8/25/2014 | $572.93 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 8/28/2014 | $635.93 | Airfare one-way coach Dallas/Seattle. |
| Jodi Ehrenhofer | 8/6/2014 | $742.51 | Airfare coach roundtrip Chicago/Dallas. |
| Jodi Ehrenhofer | 8/11/2014 | $1,014.51 | Airfare coach roundtrip Chicago/Dallas. |
| Jodi Ehrenhofer | 8/25/2014 | $994.51 | Airfare coach roundtrip Chicago/Dallas. |
| Matt Frank | 8/4/2014 | $498.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 8/7/2014 | $408.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 8/11/2014 | $398.00 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 8/13/2014 | $378.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 8/18/2014 | $388.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 8/20/2014 | $378.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 8/25/2014 | $378.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 8/27/2014 | $378.10 | Airfare coach one-way Dallas/Chicago. |
| Robert Country | 8/25/2014 | $470.26 | Airfare one-way coach Chicago/Dallas. |
| Robert Country | 8/27/2014 | $408.10 | Airfare one-way coach Dallas/Chicago. |
| Steve Kotarba | 8/4/2014 | $373.37 | Airfare one-way coach Chicago/Dallas. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## August 1, 2014 through August 31, 2014

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Steve Kotarba | 8/4/2014 | $377.87 | Airfare one-way coach Dallas/Chicago. |
| **Expense Category Total** | | **$15,733.89** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 8/4/2014 | $725.00 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 8/13/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 8/20/2014 | $711.38 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 8/7/2014 | $691.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 8/14/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 8/21/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 8/28/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 8/8/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 8/13/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 8/26/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Matt Frank | 8/7/2014 | $736.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 8/13/2014 | $489.08 | Hotel in Dallas - 2 nights. |
| Matt Frank | 8/19/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Matt Frank | 8/26/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Robert Country | 8/26/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| **Expense Category Total** | | **$9,026.66** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 8/4/2014 | $160.00 | Out of town dinner - D. Fitzgerald, E. Bergman, J. Dwyer, M. Frank - 4. |
| Daisy Fitzgerald | 8/4/2014 | $8.21 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 8/5/2014 | $40.00 | Out of town dinner - D. Fitzgerald. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**August 1, 2014 through August 31, 2014**

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 8/5/2014 | $9.96 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 8/7/2014 | $8.57 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 8/11/2014 | $17.64 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 8/11/2014 | $32.06 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 8/12/2014 | $8.28 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 8/12/2014 | $5.29 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 8/13/2014 | $8.28 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 8/18/2014 | $7.98 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 8/20/2014 | $10.96 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 8/21/2014 | $9.16 | Out of town breakfast - D. Fitzgerald. |
| Jeff Dwyer | 8/5/2014 | $120.00 | Out of town dinner - J. Dwyer, E. Bergman, M. Frank - 3 . |
| Jeff Dwyer | 8/5/2014 | $8.61 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 8/11/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 8/12/2014 | $5.68 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 8/13/2014 | $6.16 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 8/13/2014 | $120.00 | Out of town dinner - J. Dwyer, D. Fitzgerald, E. Bergman - 3. |
| Jeff Dwyer | 8/18/2014 | $3.19 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 8/18/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 8/19/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 8/23/2014 | $5.83 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 8/25/2014 | $80.00 | Out of town dinner - J. Dwyer, M. Frank -2. |
| Jeff Dwyer | 8/27/2014 | $80.00 | Out of town dinner - J. Dwyer, E. Bergman - 2. |
| Jeff Dwyer | 8/28/2014 | $20.57 | Out of town breakfast - J. Dwyer. |
| Jeff Stegenga | 8/7/2014 | $160.00 | Out of town dinner - D. Fitzgerald, S. Kotarba, E. Bergman, J. Ehrenhofer - 4. |
| Jodi Ehrenhofer | 8/6/2014 | $8.01 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/11/2014 | $5.34 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/11/2014 | $40.00 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/25/2014 | $75.45 | Out of town dinner - R. Country, J. Ehrenhofer, M. Dvorak - 3. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**August 1, 2014 through August 31, 2014**

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 8/25/2014 | $6.99 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/26/2014 | $120.00 | Out of town dinner - R. Country, J. Ehrenhofer, M. Dvorak - 3. |
| Matt Frank | 8/4/2014 | $8.62 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/7/2014 | $6.57 | Out of town dinner - M. Frank. |
| Matt Frank | 8/7/2014 | $8.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/11/2014 | $5.51 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/11/2014 | $31.64 | Out of town dinner - M. Frank. |
| Matt Frank | 8/12/2014 | $120.00 | Out of town dinner - M. Frank, J. Dwyer, J. Ehrenhofer - 3. |
| Matt Frank | 8/13/2014 | $10.90 | Out of town dinner - M. Frank. |
| Matt Frank | 8/13/2014 | $10.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/18/2014 | $100.44 | Out of town dinner - E. Bergman, D. Fitzgerald, M. Frank - 3. |
| Matt Frank | 8/19/2014 | $44.00 | Out of town dinner with M. Frank, D. Fitzgerald - 2. |
| Matt Frank | 8/19/2014 | $5.41 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/20/2014 | $5.41 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/25/2014 | $6.23 | Out of town breakfast - M. Frank. |
| Matt Frank | 8/26/2014 | $120.00 | Out of town dinner with E. Bergman, J. Dwyer, M. Frank - 3. |
| Matt Frank | 8/27/2014 | $14.14 | Out of town dinner - M. Frank. |
| Robert Country | 8/25/2014 | $6.69 | Out of town breakfast - R. Country. |
| Steve Kotarba | 8/4/2014 | $7.44 | Out of town dinner - S. Kotarba. |
| **Expense Category Total** | | **$1,823.38** | |

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 8/4/2014 | $4.51 | Verizon conference call charges. |
| Jeff Dwyer | 8/4/2014 | $10.00 | In-Flight Internet charge. |
| Jeff Dwyer | 8/14/2014 | $6.99 | In-Flight Internet charge. |
| Jeff Dwyer | 8/25/2014 | $20.95 | In-Flight Internet charge. |
| Jeff Dwyer | 8/28/2014 | $22.68 | In-Flight Internet charge. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*August 1, 2014 through August 31, 2014*

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Stegenga | 6/30/2014 | $100.19 | FedEx charges. |
| Jeff Stegenga | 7/3/2014 | $28.50 | PACER service fees. |
| Jeff Stegenga | 8/11/2014 | $6.50 | Miscellaneous incidentals. |
| Jodi Ehrenhofer | 8/4/2014 | $56.98 | Verizon conference call charges. |
| John Stuart | 7/25/2014 | $8.00 | In-Flight Internet charge. |
| Matt Frank | 8/4/2014 | $2.41 | Verizon conference call charges. |
| Matt Frank | 8/13/2014 | $39.95 | Internet/Online access fee for month 8/13/14-9/12/14. |
| Sarah Pittman | 8/27/2014 | $99.00 | Internet/online fee: upgrade to Dropbox Pro. |
| Steve Kotarba | 6/30/2014 | $29.09 | FedEx charges. |
| Steve Kotarba | 8/4/2014 | $18.13 | Verizon conference call charges. |
| **Expense Category Total** | | **$453.88** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 8/4/2014 | $45.12 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 8/7/2014 | $44.86 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 8/11/2014 | $4.28 | Taxi from Energy to hotel. |
| Daisy Fitzgerald | 8/11/2014 | $55.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 8/11/2014 | $43.00 | Taxi from DFW Airport to Energy. |
| Daisy Fitzgerald | 8/13/2014 | $25.00 | Taxi from hotel to dinner. |
| Daisy Fitzgerald | 8/13/2014 | $25.00 | Taxi from dinner to hotel. |
| Daisy Fitzgerald | 8/14/2014 | $60.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 8/14/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 8/19/2014 | $42.52 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 8/20/2014 | $5.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 8/20/2014 | $15.00 | Taxi from hotel to dinner. |
| Daisy Fitzgerald | 8/20/2014 | $15.00 | Taxi from dinner to hotel. |
| Daisy Fitzgerald | 8/21/2014 | $17.00 | Taxi from hotel to Energy. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## August 1, 2014 through August 31, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 8/21/2014 | $64.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 8/4/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 8/5/2014 | $4.28 | Taxi to dinner. |
| Jeff Dwyer | 8/6/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/7/2014 | $36.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 8/7/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 8/10/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 8/11/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 8/11/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/13/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/14/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 8/14/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/14/2014 | $65.35 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 8/18/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 8/18/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 8/18/2014 | $76.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 8/19/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/21/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 8/21/2014 | $60.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 8/21/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 8/25/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 8/25/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 8/28/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 8/28/2014 | $60.00 | Taxi from hotel to DFW Airport. |
| Jeff Stegenga | 8/1/2014 | $44.13 | Taxi from hotel to LaGuardia Airport. |
| Jodi Ehrenhofer | 8/6/2014 | $40.00 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 8/6/2014 | $60.00 | Taxi from DFW Airport to hotel. |
| Jodi Ehrenhofer | 8/7/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 8/7/2014 | $15.00 | Taxi from Energy to hotel. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**August 1, 2014 through August 31, 2014**

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 8/8/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 8/8/2014 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 8/8/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 8/11/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 8/11/2014 | $38.75 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 8/12/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 8/13/2014 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 8/13/2014 | $12.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 8/13/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 8/25/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 8/25/2014 | $37.79 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 8/26/2014 | $20.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 8/26/2014 | $20.00 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 8/27/2014 | $15.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 8/27/2014 | $70.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 8/27/2014 | $40.30 | Taxi from O'Hare to home. |
| Matt Frank | 8/4/2014 | $65.00 | Taxi from home to O'Hare Airport. |
| Matt Frank | 8/4/2014 | $130.00 | Parking near client 8/1-8/30. |
| Matt Frank | 8/4/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 8/6/2014 | $5.00 | Parking at dinner. |
| Matt Frank | 8/7/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 8/7/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 8/7/2014 | $159.92 | Rental car in Dallas - 4 days. |
| Matt Frank | 8/11/2014 | $65.00 | Taxi from home to O'Hare Airport. |
| Matt Frank | 8/11/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 8/12/2014 | $11.91 | Taxi from Energy to dinner with E. Bergman, J. Dwyer (A&M). |
| Matt Frank | 8/13/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 8/13/2014 | $60.00 | Taxi from Energy to DFW Airport. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## August 1, 2014 through August 31, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 8/13/2014 | $16.38 | Taxi from hotel to client with E. Bergman (A&M) J. Dwyer (A&M). |
| Matt Frank | 8/18/2014 | $15.00 | Taxi from Energy to dinner. |
| Matt Frank | 8/18/2014 | $15.00 | Taxi from dinner to hotel with E. Bergman, D. Fitzgerald. |
| Matt Frank | 8/18/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 8/18/2014 | $65.00 | Taxi from home to O'Hare Airport. |
| Matt Frank | 8/19/2014 | $14.00 | Taxi from hotel to Energy. |
| Matt Frank | 8/20/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 8/20/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 8/25/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 8/25/2014 | $65.00 | Taxi from home to O'Hare Airport. |
| Matt Frank | 8/27/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 8/27/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 8/27/2014 | $14.00 | Taxi from hotel to Energy. |
| Robert Country | 8/25/2014 | $49.07 | Taxi from home to O'Hare Airport. |
| Robert Country | 8/25/2014 | $65.00 | Taxi from DFW Airport to Energy. |
| Robert Country | 8/27/2014 | $39.06 | Taxi from home to O'Hare Airport. |
| Steve Kotarba | 8/4/2014 | $25.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 8/4/2014 | $25.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 8/4/2014 | $54.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 8/5/2014 | $55.00 | Taxi from Midway Airport to home. |
| **Expense Category Total** | | **$3,968.72** | |
| *Grand Total* | | **$31,006.53** | |