## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## <u>JUNE 1, 2014 THROUGH JUNE 30, 2014</u>

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[5] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 2.2 | $1,456.00 |
| Total for All-Debtor Matters | | 2.2 | $1,456.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | .3 | $160.50 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 1.8 | $1,307.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 6.1 | $3,843.00 |
| 16 | Litigation: Sierra Club - Eastern District of Texas | 11.1 | $8,615.50 |
| 17 | Litigation: Sierra Club - Western District of Texas | 4.5 | $2,835.00 |
| 18 | Litigation: NSR Case | 20.8 | $16,732.50 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | 2.0 | $1,260.00 |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 1.1 | $869.00 |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 47.7 | $35,622.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | 42.1 | $27,912.00 |
| 28 | Second Lien DIP Tender Offer | 10.9 | $8,149.50 |
| 29 | Second Lien DIP Notes Offering | 101.7 | $68,075.50 |

---

[5] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 24.1% of the fees ($350.27) shall be allocated to the TCEH estate, 70.3% of the fees ($1,023.96) shall be allocated to the EFIH estate, and 5.6% of the fees ($81.77) shall be allocated to the EFH estate.

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | 154.7 | $104,137.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 5.6 | $4,171.50 |
| 32 | Corporate Matters | 6.2 | $4,144.00 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 11.8 | $8,315.50 |
| **Total** | | **216.4** | **$149,531.00** |

**EXPENSE SUMMARY**
**JUNE 1, 2014 THROUGH JUNE 30, 2014**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $6.80 |
| Telephone Charges | $3.04 |
| **Total:** | **$9.84** |

RLF1 10908567v.1