# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ronald Kirk | Senior Of Counsel. Joined firm as a Senior Of Counsel in 2013. Member of TX Bar since 1979. | $925.00 | .5 | $462.50 |
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $925.00 | 17.8 | $16,465.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $885.00 | .6 | $531.00 |
| Romina Weiss | Partner. Joined firm as a Partner in 2006. Member of NY Bar since 1992. | $845.00 | 2.1 | $1,774.50 |
| Michael L. Raiff* | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $840.00 | 24.9 | $15,751.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $790.00 | 73.3 | $57,907.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $740.00 | .6 | $444.00 |
| Gregory S. Belliston | Joined firm as an Associate in 2011.* | $725.00 | 1.6 | $1,160.00 |
| John-Paul Vojtisek | Associate. Joined firm as an Associate in 2005. Member of NY Bar since 2006. | $710.00 | 11.5 | $8,165.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gregory A. Odegaard | Associate. Joined firm as an Associate in 2009. Member of NY Bar since 2010, and TX Bar since 2012. | $650.00 | 1.1 | $715.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $575.00 | 18.7 | $10,752.50 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $555.00 | 1.2 | $666.00 |
| Katherine E. Cournoyer | Associate. Joined firm as an Associate in 2013. Member of NY Bar since 2012, and TX Bar since 2014. | $555.00 | 58.4 | $32,412.00 |
| Samuel A. Goldberg | Associate. Joined firm as an Associate in 2013. Member of NY Bar since 2014. | $545.00 | 1.4 | $763.00 |
| Russell H. Falconer* | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $535.00 | 1.1 | $664.50 |
| Elizabeth M. Viney* | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $485.00 | 1.2 | $756.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $355.00 | .4 | $142.00 |
| **TOTAL** | | | **216.4** | **$149,531.00** |
| **Blended Rate** | | **$690.99** | | |

\* The Debtors and Gibson Dunn have agreed to a blended hourly rate of $630.00 for Mr. Raiff and all associates for work performed on matter numbers 13, 16-18, and 22-24. For all other matters, this attorney bills at the hourly rate specified herein.