## **EXHIBIT C**

### **Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## <u>JUNE 1, 2014 THROUGH JUNE 30, 2014</u>

### Applicable to TCEH Debtors

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $6.80 |
| **TOTAL** | **$6.80** |

### Applicable to EFIH Debtors

| Expenses Category | Total Expenses |
|---|---|
| Telephone | $3.04 |
| **TOTAL** | **$3.04** |

**TOTAL EXPENSES** $9.84