# **EXHIBIT D**

## **Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2014093415 | TCEH | 20140602 | Staff | In House Duplication | $0.10 | 22 | $2.60 | Photocopies: 26 pages |
| 2014093415 | TCEH | 20140603 | Staff | In House Duplication | $0.10 | 33 | $3.30 | Photocopies: 33 pages |
| 2014093415 | TCEH | 20140626 | Duke K. Amponsah | In House Duplication | $0.10 | 9 | $.90 | Photocopies: 9 pages |
| 2014071157 | EFIH | 20140617 | John-Paul Vojtisek | Telephone Charges | | | $3.04 | Telephone Call to Dallas, TX |