# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## JULY 1, 2014 THROUGH JULY 31, 2014

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 8.0 | $4,921.50 |
| Total for All-Debtor Matters | | 8.0 | $4,921.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 8.1 | $9,234.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | .2 | $148.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 8.0 | $4,517.50 |
| 16 | Litigation: Sierra Club - Eastern District of Texas | 3.7 | $3,074.50 |
| 17 | Litigation: Sierra Club - Western District of Texas | 70.9 | $45,286.50 |
| 18 | Litigation: NSR Case | 48.2 | $32,791.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 1.7 | $1,071.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 3.7 | $2,331.00 |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 8.1 | $5,302.00 |
| 44 | Non-Working Travel | 2.5 | $1,050.00 |
| Total for TCEH Matters | | 155.1 | $104,805.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | 7.9 | $4,564.00 |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 69.2% of the fees ($3,406.47) shall be allocated to the TCEH estate, 6.4% of the fees ($316.09) shall be allocated to the EFIH estate, and 24.4% of the fees ($1,198.94) shall be allocated to the EFH estate.

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| 29 | Second Lien DIP Notes Offering | 7.1 | $5,161.00 |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | 15.0 | $9,725.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 22.6 | $15,112.50 |
| 32 | Corporate Matters | 32.3 | $21,775.00 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 54.9 | $36,887.50 |
| **Total** | | **233.0** | **$156,339.50** |

**EXPENSE SUMMARY**
**JULY 1, 2014 THROUGH JULY 31, 2014**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $16.50 |
| Travel - Parking | $12.00 |
| Travel – Air & Rail | $1,408.75 |
| **Total:** | **$1,437.25** |