# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael A. Rosenthal | Partner. Became a Partner in 1992. Member of IL Bar since 1980, TX Bar since 1985, and NY Bar since 2009. | $1,140.00 | 8.1 | $9,234.00 |
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $925.00 | 13.4 | $12,395.00 |
| Michael L. Raiff* | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $840.00 | 79.2 | $49,371.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $790.00 | 35.3 | $27,887.00 |
| Gillian McPhee | Of Counsel. Became an Of Counsel in 2007. Member of MD Bar since 1997, and DC Bar since 1998. | $790.00 | .5 | $395.00 |
| Elizabeth A. Ising | Partner. Became a Partner in 2010. Member of NC Bar since 2000, and DC Bar since 2001. | $760.00 | 1.2 | $912.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $740.00 | .2 | $148.00 |
| Jeremy L. Graves* | Associate. Joined firm as an Associate in 2008. Member of CO Bar since 2012. | $710.00 | 5.6 | $3,952.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $575.00 | 10.6 | $6,095.00 |
| Matthew G. Bouslog* | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $555.00 | 21.5 | $13,162.50 |
| Katherine E. Cournoyer | Associate. Joined firm as an Associate in 2013. Member of NY Bar since 2012, and TX Bar since 2014. | $555.00 | 21.3 | $11,821.50 |
| Kasey L. Robinson | Associate. Joined firm as an Associate in 2011. Member of VA Bar since 2011, and DC Bar since 2012. | $555.00 | 2.5 | $1,387.50 |
| Russell H. Falconer* | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $535.00 | 18.0 | $11,340.00 |
| Elizabeth M. Viney* | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $485.00 | 8.9 | $5,607.00 |
| Caitlin A. Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $435.00 | 2.7 | $1,174.50 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $380.00 | 1.5 | $570.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $355.00 | 2.5 | $887.50 |
| **TOTAL** | | | 233.0 | $156,339.50 |
| **Blended Rate** | | **$670.98** | | |

\* The Debtors and Gibson Dunn have agreed to a blended hourly rate of $630.00 for Mr. Raiff and all associates for work performed on matter numbers 13, 16-18, and 22-24. For all other matters, this attorney bills at the hourly rate specified herein.