# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**JULY 1, 2014 THROUGH JULY 31, 2014**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $16.50 |
| Travel - Parking | $12.00 |
| **TOTAL** | **$28.50** |

**Applicable to EFH Debtors**

| Expenses Category | Total Expenses |
|---|---|
| Travel – Air & Rail | $1,408.75 |
| **TOTAL** | **$1,408.75** |

**TOTAL EXPENSES**                                                                                       **$1,437.25**