## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2014093416 | TCEH | 20140703 | Staff | In House Duplication | $0.10 | 15 | $1.50 | Photocopies: 15 pages |
| 2014093416 | TCEH | 20140708 | Staff | In House Duplication | $0.10 | 150 | $15.00 | Photocopies: 150 pages |
| 2014093416 | TCEH | 20140717 | Michael L. Raiff | Travel - Parking | | | $12.00 | Parking for Meeting with Clients |
| 2014091813 | EFH | 20140711 | Michael L. Raiff | Travel – Air & Rail | | | $628.00 | Travel to Dallas from Philadelphia |
| 2014091813 | EFH | 20140711 | Michael L. Raiff | Travel – Air & Rail | | | $679.25 | Travel to Philadelphia from Dallas |
| 2014091813 | EFH | 20140715 | Michael L. Raiff | Travel – Air & Rail | | | $1,305.25 | Round Trip Travel between Philadelphia and Dallas |
| 2014091813 | EFH | 20140715 | Michael L. Raiff | Travel – Air & Rail | | | ($628.00) | Travel to Philadelphia from Dallas |
| 2014091813 | EFH | 20140715 | Michael L. Raiff | Travel – Air & Rail | | | ($630.00) | Travel to Dallas from Philadelphia |
| 2014091813 | EFH | 20140718 | Michael L. Raiff | Travel – Air & Rail | | | $682.25 | Travel to Dallas from Philadelphia |
| 2014091813 | EFH | 20140718 | Michael L. Raiff | Travel – Air & Rail | | | ($628.00) | Travel to Dallas from Philadelphia |