# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2014 THROUGH AUGUST 31, 2014

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[5] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 34.7 | $16,046.00 |
| Total for All-Debtor Matters | | 34.7 | $16,046.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | .2 | $71.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | .3 | $265.50 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 13.5 | $8,450.00 |
| 16 | Litigation: Sierra Club - Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club - Western District of Texas | 68.6 | $49,206.50 |
| 18 | Litigation: NSR Case | 45.6 | $33,926.00 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | 1.5 | $945.00 |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 1.0 | $790.00 |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 130.7 | $93,654.00 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |

---

[5] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 91.7% of the fees ($14,709.63) shall be allocated to the TCEH estate, 0% of the fees ($0.00) shall be allocated to the EFIH estate, and 8.3% of the fees ($1,336.37) shall be allocated to the EFH estate.

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | N/A | N/A |
| 32 | Corporate Matters | 14.7 | $8,508.50 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 14.7 | $8,508.50 |
| **Total** | | **180.1** | **$118,208.50** |

**EXPENSE SUMMARY**
**AUGUST 1, 2014 THROUGH AUGUST 31, 2014**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $1.20 |
| Telephone Charges | $30.54 |
| Travel - Parking | $12.00 |
| **Total:** | **$43.74** |