# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $925.00 | 38.2 | $35,335.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $885.00 | .3 | $265.50 |
| Michael L. Raiff* | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $840.00 | 44.7 | $28,161.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $790.00 | 8.6 | $6,794.00 |
| Jeremy L. Graves | Associate. Joined firm as an Associate in 2008. Member of CO Bar since 2012. | $710.00 | 1.9 | $1,349.00 |
| Russell H. Falconer* | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $535.00 | 40.4 | $25,452.00 |
| Elizabeth M. Viney* | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $485.00 | 5.4 | $3,402.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $575.00 | .9 | $517.50 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $555.00 | 6.6 | $3,663.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Emily B. Speak | Associate. Joined firm as an Associate in 2013. Member of CA Bar since 2013. | $440.00 | 4.3 | $1,892.00 |
| Caitlin A. Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $435.00 | 8.2 | $3,567.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $380.00 | 19.9 | $7,562.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $355.00 | .7 | $248.50 |
| **TOTAL** | | | **180.1** | **$118,208.50** |
| **Blended Rate** | | $**656.35** | | |

\* The Debtors and Gibson Dunn have agreed to a blended hourly rate of $630.00 for Mr. Raiff and all associates for work performed on matter numbers 13, 16-18, and 22-24. For all other matters, this attorney bills at the hourly rate specified herein.