# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 10908641v.1

**EXPENSE SUMMARY**
**AUGUST 1, 2014 THROUGH AUGUST 31, 2014**

### Applicable to TCEH Debtors

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $1.00 |
| Telephone Charges | $25.98 |
| **TOTAL** | **$26.98** |

### Applicable to EFH Debtors

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $.20 |
| Telephone Charges | $4.56 |
| Travel - Parking | $12.00 |
| **TOTAL** | **$16.76** |

**TOTAL EXPENSES**                                                                                           **$43.74**