## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2014093060 | TCEH | 20140807 | Duke K. Amponsah | In House Duplication | $0.10 | 10 | $1.00 | Photocopies: 10 pages |
| 2014093060 | TCEH | 20140806 | William B. Dawson | Telephone Charges | | | $8.74 | Telephone Call to Birmingham, AL |
| 2014093060 | TCEH | 20140806 | Russell H. Falconer | Telephone Charges | | | $1.14 | Telephone Call to Birmingham, AL |
| 2014093060 | TCEH | 20140807 | Russell H. Falconer | Telephone Charges | | | $6.98 | Conferencing Services |
| 2014093060 | TCEH | 20140811 | Staff | Telephone Charges | | | $2.66 | Telephone Call to Waco, TX |
| 2014093060 | TCEH | 20140812 | William B. Dawson | Telephone Charges | | | $6.46 | Telephone Call to Birmingham, AL |
| 2014093399 | EFH | 20140801 | Staff | In House Duplication | $0.10 | 2 | $.20 | Photocopies: 2 pages |
| 2014093399 | EFH | 20140807 | Matthew G. Bouslog | Telephone Charges | | | $1.14 | Telephone Call to New York, NY |
| 2014093399 | EFH | 20140819 | Matthew G. Bouslog | Telephone Charges | | | $3.42 | Telephone Call to New York, NY |
| 2014093399 | EFH | 20140805 | Michael L. Raiff | Travel – Parking | | | $12.00 | Parking for Client Meeting |