IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 2334** |
| | ) | |

**DECLARATION OF ROBERT FRENZEL IN SUPPORT OF
THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR
ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN
EXECUTORY CONTRACTS, EFFECTIVE *NUNC PRO TUNC* TO OCTOBER 7, 2014**

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, hereby declare as follows under penalty of perjury:

1. I am Senior Vice President and Chief Financial Officer of Luminant Energy Company LLC ("Luminant Energy Company") and Luminant Generation Company LLC, ("Luminant Generation" and, together with Luminant Generation and Luminant Mining, the "Debtor Parties"). Each of the Debtor Parties is an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp.").

2. I have worked for EFH Corp. since 2009 and each of the Debtor Parties since 2012. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts, Effective* Nunc Pro Tunc *to October 7, 2014* (the "Motion").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. The Debtors have been evaluating the current and expected use of their executory contracts, the ongoing cost of such contracts, and the effect on the Debtors' business of rejecting the same. The Contracts generally fall into two categories: (a) Uranium Contracts and (b) REC Contracts (each defined herein).

**I.     The Uranium Contracts.**

4. I understand that Luminant Generation entered into (a) contracts dated March 23, 2009, and September 27, 2012, with Areva NC Inc., as seller, for the purchase of uranium products and related services, respectively, and (b) a contract dated April 12, 2010, with BHP Billiton Olympic Dam Corporation Pty LTD., as seller, for the purchase of uranium products (collectively, the "Uranium Contracts"). I understand that the Debtors have determined that the contract prices under the Uranium Contracts are substantially above current market prices and that the Debtors can source uranium and related services on more economical terms pursuant to other contracts or from potential uranium vendors. The Debtors have determined that rejection of the Uranium Contracts would result in significant savings to their estates. Furthermore,

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

negotiations with Counterparties to the Uranium Contracts are unlikely to be productive at this time.

**II.      The REC Contracts.**

5.      I understand that certain regulations require the Debtors to obtain a specified amount of their supply of power from renewable energy sources or otherwise to purchase renewable energy credits ("RECs") in the energy market from renewable energy credit "retailers" or brokers.  I understand that Luminant Energy Company entered into (a) a Luminant Energy Company renewable energy credit agreement, dated October 25, 2012, with DeWind Frisco LLC Co., KODE Novus I LLC, Little Pringle1 LLC, and Little Pringle2 LLC, as the sellers, contemplating the purchase and delivery of RECs (the "DeWind REC Contract") and (b) a master renewable energy purchase and sale agreement, dated March 20, 2013, with Scurry County Wind II LLC, as the seller, contemplating the purchase and delivery of RECs (together with the DeWind REC Contract, the "REC Contracts").  The Debtors have determined that the contract prices under the REC Contracts are substantially above current market prices and that the Debtors can readily source RECs if necessary on more economical terms under other contracts or from other potential REC vendors.  In addition, Luminant Energy Company already has sufficient credits to satisfy the relevant regulatory requirements without the REC Contracts.  Therefore, the Debtors have determined that rejection of the REC Contracts would result in meaningful savings to their estates.

[*Remainder of page intentionally left blank.*]

RLF1 10908635v.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: October 7, 2014

                                                  */s/ Robert Frenzel*
                                                Robert Frenzel
                                                Senior Vice President and Chief Financial Officer
                                                Luminant Energy Company LLC
                                                Luminant Generation Company LLC