# EXHIBIT B

## Executed IRS Forms

Form **4605**

Department of the Treasury — Internal Revenue Service

# Examination Changes- Partnerships, Fiduciaries, S Corporations, and Interest Charge Domestic International Sales Corporations

| Name and address | Employer Identification Number | Form Number |
|---|---|---|
| Texas Competitive Electric Holdings Company LLC f/k/a TXU Energy Co LLC<br>1601 Bryan Street<br>Attn: Tax Dept<br>Dallas, Texas 75201 | 75-2967817 | 1065 |
| | Person Examination Changes Were Discussed With | Name:<br>Title: |

My examination of the above returns resulted in the following adjustments, which we have discussed. We will notify you by mail after the Area Director, Area Manager or Director of Field Operations has reviewed these changes.

| 1. Adjustments to ordinary, distributable net, or taxable income. | Period End: 10/09/2007 | Period End: | Period End: |
|---|---|---|---|
| a. Depletion | 25,314,980.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| 2. Total adjustments to ordinary, distributable net, or taxable income. | 25,314,980.00 | | |
| 3. Ordinary, distributable net, or taxable income as reported. | 244,040,884.00 | | |
| 4. Corrected ordinary, distributable net, or taxable income. | 269,355,864.00 | | |
| 5. Other adjustments | | | |
| a. Portfolio income (loss) interest | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | 453,837,785.00 | | |
| (3) Corrected | 453,837,785.00 | | |
| b. Net gain (loss) under section 1231 not casualty/theft | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | (801,540.00) | | |
| (3) Corrected | (801,540.00) | | |

Remarks

| Examiner's Signature: | Employee ID: | Area Office: | Date: |
|---|---|---|---|
| Larry Goodson | 02-29252 | Farmers Branch, TX | 08/13/2014 |

The person whose signature appears below has reviewed and hereby accepts the examiner's recommended adjustments listed above resulting from an examination of returns of the entity identified above.

| Signature of Partner, Fiduciary, or Authorized Corporate Officer | Date: |
|---|---|
| [signature] CARLA A. HOWARD, SR. VP & General Tax Counsel | 9/23/14 |

Taxpayer: Texas Competitive Electric Holdings Company LLC f/k/a TXU Energy Co LLC
TIN: 75-2967817

## Form 4605 -- Other Adjustments (Continued)

| | Period End: 10/09/2007 | Period End: | Period End: |
|---|---|---|---|
| c. Charitable contributions 50 percent | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | 7,295,388.00 | | |
| (3) Corrected | 7,295,388.00 | | |
| d. Investment income included in portfolio income | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | 453,837,785.00 | | |
| (3) Corrected | 453,837,785.00 | | |
| e. Other credits (not related to rental activities) | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | 1,815,005.00 | | |
| (3) Corrected | 1,815,005.00 | | |
| f. Net earnings (loss) from self-employment | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | 0.00 | | |
| (3) Corrected | 0.00 | | |
| g. Adj./tax pref. items depreciation in serv. after 1986 | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | (60,080,016.00) | | |
| (3) Corrected | (60,080,016.00) | | |
| h. Adj./tax pref. items adjusted gain or loss | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | (10,120,568.00) | | |
| (3) Corrected | (10,120,568.00) | | |
| i. Adj./tax pref. items depletion other than oil & gas | | | |
| (1) Adjustment | 25,314,980.00 | | |
| (2) As Reported | 83,792,683.00 | | |
| (3) Corrected | 58,477,703.00 | | |
| j. Adj./tax pref. items other adjustments & tax pref. items | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | (88,294,096.00) | | |
| (3) Corrected | (88,294,096.00) | | |
| k. Nondeductible expenses | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | 6,614,080.00 | | |
| (3) Corrected | 6,614,080.00 | | |
| l. Distributions - money (cash/securities) | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | 850,727,000.00 | | |
| (3) Corrected | 850,727,000.00 | | |
| m. Distributions - property other than money | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | 7,088,990,960.00 | | |
| (3) Corrected | 7,088,990,960.00 | | |
| | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Form **886-S** (Rev. April 2008)

Department of the Treasury — Internal Revenue Service

## Partners' Share of Income, Deductions, and Credits

Schedule Number 1065

| Name of Partnership | Partnership TIN | Taxable Year Ended |
|---|---|---|
| Texas Competitive Electric Holdings Company LLC f/k/a TXU Energy Co LLC | 75-2967817 | 10/09/2007 |

| Name of Each Partner (1) | Partner TIN (2) | Ordinary income (loss) from trade or business (3) | Portfolio income (loss) interest (4) | Net gain (loss) under section 1231 not casualty/theft (5) | Charitable contributions 50 percent (6) |
|---|---|---|---|---|---|
| a. TXU Energy Holdings Company<br>Status: Limited | 41-2074823 | 2,693,559.00 | 4,538,378.00 | (8,015.00) | 72,954.00 |
| b. Energy Future Competitive Hold<br>Status: Limited | 75-1837355 | 266,662,305.00 | 449,299,407.00 | (793,525.00) | 7,222,434.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total | | 269,355,864.00 | 453,837,785.00 | (801,540.00) | 7,295,388.00 |

**Continuation**

| Partner TIN (7) | Investment income included in portfolio income (8) | Other credits (not related to rental activities) (9) | Net earnings (loss) from self-employment (10) | Adj./tax pref. items depreciation in serv. after 1986 (11) | Adj./tax pref. items adjusted gain or loss (12) |
|---|---|---|---|---|---|
| 41-2074823 | 4,538,378.00 | 18,150.00 | 0.00 | (600,800.00) | (101,206.00) |
| 75-1837355 | 449,299,407.00 | 1,796,855.00 | 0.00 | (59,479,216.00) | (10,019,362.00) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total | 453,837,785.00 | 1,815,005.00 | 0.00 | (60,080,016.00) | (10,120,568.00) |

THIS FORM REFLECTS THE PARTNERS' SHARES AS CORRECTED BY THE PARTNERSHIP EXAMINATION DATED: 08/13/2014

Form **886-S** (Rev. April 2008)

Department of the Treasury — Internal Revenue Service

## Partners' Share of Income, Deductions, and Credits

Schedule Number 1065

| Name of Partnership | Partnership TIN | Taxable Year Ended |
|---|---|---|
| Texas Competitive Electric Holdings Company LLC f/k/a TXU Energy Co LLC | 75-2967817 | 10/09/2007 |

| Name of Each Partner (1) | Partner TIN (2) | Adj./tax pref. items depletion other than oil & gas (3) | Adj./tax pref. items other adjustments & tax pref. items (4) | Nondeductible expenses (5) | Distributions - money (cash/securities) (6) |
|---|---|---|---|---|---|
| c. TXU Energy Holdings Company Status: Limited | 41-2074823 | 584,777.00 | (882,941.00) | 66,141.00 | 8,507,270.00 |
| d. Energy Future Competitive Hold Status: Limited | 75-1837355 | 57,892,926.00 | (87,411,155.00) | 6,547,939.00 | 842,219,730.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Total | 58,477,703.00 | (88,294,096.00) | 6,614,080.00 | 850,727,000.00 |

**Continuation**

| Partner TIN (7) | Distributions - property other than money (8) | (9) | (10) | (11) | (12) |
|---|---|---|---|---|---|
| 41-2074823 | 70,889,910.00 | | | | |
| 75-1837355 | 7,018,101,050.00 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total | 7,088,990,960.00 | | | | |

THIS FORM REFLECTS THE PARTNERS' SHARES AS CORRECTED BY THE PARTNERSHIP EXAMINATION DATED: 08/13/2014

Form **870** (Rev. March 1992)

Department of the Treasury—Internal Revenue Service

# Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance of Overassessment

Date received by Internal Revenue Service

Names and address of taxpayers *(Number, street, city or town, State, ZIP code)*

ENERGY FUTURE HOLDINGS CORP & SUBS
1601 BRYAN ST
Attn: Tax Department
DALLAS, TX 75201

Social security or employer identification number

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

**Increase (Decrease) in Tax and Penalties**

| Tax year ended | Tax | Penalties | | | |
|---|---|---|---|---|---|
| 12-31-2007 | 0 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(For instructions, see back of form)

**Consent to Assessment and Collection**

I consent to the immediate assessment and collection of any deficiencies *(increase in tax and penalties)* and accept any overassessment *(decrease in tax and penalties)* shown above, plus any interest provided by law. I understand that by signing this waiver, I will not be able to contest these years in the United States Tax Court, unless additional deficiencies are determined for these years.

| | | | |
|---|---|---|---|
| **YOUR SIGNATURE HERE** | | | Date |
| **SPOUSE'S SIGNATURE** | | | Date |
| **TAXPAYER'S REPRESENTATIVE HERE** | | | Date |
| **CORPORATE NAME** | ENERGY FUTURE HOLDINGS CORP & SUBS | | |
| **CORPORATE OFFICER(S) SIGN HERE** | CARLA A. HOWARD | Title SR. Vice President & General Tax Counsel | Date 9/23/14 |
| | [signature] | Title | Date |

STF HLNG1000.1

**Name of Taxpayer:** ENERGY FUTURE HOLDINGS CORP & SUBS

**Identification Number:** 75-2669310

## Instructions

### General Information

If you consent to the assessment of the deficiencies shown in this waiver, please sign and return the form in order to limit any interest charge and expedite the adjustment to your account. Your consent will not prevent you from filing a claim for refund *(after you have paid the tax)* if you later believe you are so entitled. It will not prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

We have agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the required State form.

If you later file a claim and the Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

We will consider this waiver a valid claim for refund or credit of any overpayment due you resulting from any decrease in tax and penalties shown above, provided you sign and file it within the period established by law for making such a claim.

### Who Must Sign

If you filed jointly, both you and your spouse must sign. If this waiver is for a corporation, it should be signed with the corporation name, followed by the signatures and titles of the corporate officers authorized to sign. An attorney or agent may sign this waiver provided such action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity *(for example, an* executor, *administrator, or a trustee)* Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | Page 1 of 2 |
|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| ENERGY FUTURE HOLDINGS CORP & SUBS<br>1601 BRYAN ST<br>Attn: Tax Department<br>DALLAS, TX 75201 | 75-2669310 | 1120 |
| | Person with whom examination changes were discussed. | **Name and Title:** |

| 1. **Adjustments to Income** | **Period End** 12-31-2007 | **Period End** | **Period End** |
|---|---|---|---|
| a. Per RAR - Form 4549-B's | (11,533,123) | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | (11,533,123) | | |
| 3. Taxable Income Per Return or as Previously Adjusted | (1,098,098,377) | | |
| 4. **Corrected Taxable Income** | (1,109,631,500) | | |
| Tax Method | | | |
| Filing Status | | | |
| 5. **Tax** | 0 | | |
| 6. **Additional Taxes / Alternative Minimum Tax** | 0 | | |
| 7. Corrected Tax Liability | 0 | | |
| 8. **Less Credits** a. Foreign Tax Credit | 0 | | |
| b. Other Subpart B Credits | 0 | | |
| c. General Business Credit | 0 | | |
| d. Minimum Tax Credit/Bond Credits | 0 | | |
| 9. **Balance** *(Line 7 less Lines 8a through 8d)* | 0 | | |
| 10. Plus Other Taxes a. Credit Recapture & Other Taxes | 0 | | |
| b. Alternative Minimum Tax (Before 2000) | N/A | | |
| c. Environmental Tax | N/A | | |
| d. Other Taxes | N/A | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | 0 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0 | | |
| 13. Adjustments to: a. | 0 | | |
| b. | 0 | | |
| c. | 0 | | |
| d. | 0 | | |
| 14. Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)* *(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | 0 | | |
| 15. Adjustments to Prepayment Credits - Increase *(Decrease)* | 0 | | |
| 16. **Balance Due or *(Overpayment)*** - *(Line 14 adjusted by Line 15)* *(Excluding interest and penalties)* | 0 | | |

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | Page 2 of 2 |
|---|---|---|

| Name of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| ENERGY FUTURE HOLDINGS CORP & SUBS | 75-2669310 | 1120 |

| 17. **Penalties/ Code Sections** | Period End 12-31-2007 | Period End | Period End |
|---|---|---|---|
| a. | 0 | | |
| b. | 0 | | |
| c. | 0 | | |
| d. | 0 | | |
| e. | 0 | | |
| f. | 0 | | |
| g. | 0 | | |
| h. | 0 | | |
| i. | 0 | | |
| j. | 0 | | |
| k. | 0 | | |
| l. | 0 | | |
| m. | 0 | | |
| n. | | | |
| 18. **Total Penalties** | 0 | | |
| Underpayment attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | 0 | | |
| Underpayment attributable to fraud: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | 0 | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0 | | |
| 19. **Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 0 | | |
| b. Penalties *(Line 18)* - computed to | 0 | | |
| c. Interest *(IRC § 6601)* - computed to | 0 | | |
| d. TMT Interest - computed to *(on TMT underpayment)* | 0 | | |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 0 | | |

**Other Information:**

**Note: Form 5701 – 28 follows the final Appeals Resolution of the prior Examination Cycle and does not change or amend any final Appeals determinations of the Net Operating Loss Carryback from 2007 to 2006.**

**Schedule – 6 from the final Appeals determination follows as an exhibit on the next page of this report.**

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|
| Larry Goodson | 02-29252 | Farmers Branch, TX | 8-13-14 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

SCHEDULE 6

Name of Taxpayer:

TXU Corp. and Subsidiary Companies

## Net Operating Loss Carryover

| | 12/31/03 | 12/31/04 | 12/31/05 | 12/31/06 |
|---|---|---|---|---|
| Net operating loss carryover per RAR | (55,929,806) | | | |
| Appeals changes to RAR | (2,912,631,845) | | | |
| Net operating loss carryover as revised | (2,968,561,651) | (4,159,417,559) | (1,880,991,103) | (3,795,344,526) |
| Pre-NOL taxable income per RAR | 2,755,832,367 | 2,486,027,599 | 1,767,817,580 | 4,762,691,333 |
| Appeals changes to RAR | (3,946,688,275) | (201,927,997) | (3,682,171,003) | (275,356,198) |
| Contributions converted to an NOL | 0 | (5,673,146) | 0 | 0 |
| Carryover to following year | (4,159,417,559) | (1,880,991,103) | (3,795,344,526) | 0 |
| | | | | |
| Net operating loss deduction as revised | (2,968,561,651) | (4,159,417,559) | (1,880,991,103) | (3,795,344,526) |
| Net operating loss deduction per RAR | (55,929,806) | 0 | 0 | 0 |
| Adjustment to revenue agent's report | (2,912,631,845) | (4,159,417,559) | (1,880,991,103) | (3,795,344,526) |

## IRC Section 199 Deduction

| | 12/31/06 |
|---|---|
| QPAI per revenue agent's report | 3,027,056,090 |
| Appeals changes to RAR | 0 |
| (a) QPAI as revised | 3,027,056,090 |
| | |
| Qualified taxable income per RAR | 4,121,688,285 |
| Appeals changes to RAR | (4,121,688,285) |
| (b) Qualified taxable income as revised | 0 |
| | |
| Deduction base (lesser of (a) or (b)) | 0 |
| Times | 3% |
| IRC section 199 deduction as revised | 0 |
| | |
| IRC section 199 deduction per RAR | 90,811,683 |
| IRC section 199 deduction as revised | 0 |
| Adjustment to revenue agent's report | 90,811,683 |

## Net Operating Loss Carryback from 2007

| | | |
|---|---|---|
| Tentative 2007 net operating loss available for carryback | | (705,396,692) |
| Pre-NOL taxable income per RAR for 2006 | 4,762,691,333 | |
| Appeals changes to RAR from Schedule 4 | (266,388,378) | |
| Appeals changes to RAR deduction for contributions from Schedule 5 | (8,967,820) | |
| Net operating loss carryover to 2006 as revised | (3,795,344,526) | |
| Taxable income before IRC § 199 deduction and NOL carryback | 691,990,609 | |
| Limitation on net operating loss carryback from 2007 | | 691,990,609 |
| Unused net operating loss carryback from 2007 | | (13,406,083) |
| | | |
| Net operating loss carryback from 2007 per RAR | (641,003,048) | |
| Net operating loss carryback from 2007 as revised | (691,990,609) | |
| Adjustment to revenue agent's report | (50,987,561) | |

Form 4549-B (Rev. July 1980)

Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Name and Address of Taxpayer
ENERGY FUTURE HOLDINGS CORP & SUBS

1601 BRYAN ST
Attn: Tax Department
DALLAS, TX 75201

Social Security or Employer Identification Number
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
Entity

| Adjustments to Income - Increase (Decr) | Year: 12-31-2007 | Year: | Year: |
|---|---|---|---|
| 001 - Smart Meter Depreciation | (36,542,813) | | |
| 004 - Depletion | 4,725,581 | | |
| 005 - Street Light Depreciation | (6,373,513) | | |
| 007 - Repair Stand-Down | (98,052,363) | | |
| 008 - Alcoa Contract Mark-to-Market | 446,211,078 | | |
| 009 - IRC 475 Gain related to Gas Contracts | 115,855 | | |
| 010 - IRC Gain related to Coal Contracts | (23,170,533) | | |
| 011 - IRC 475 Gain related to Wind Contracts | 1,477,309 | | |
| 012 - MTM-Sandow 5 Unit Book Income | 0 | | |
| 013 - Debt Repurchase Premium | (111,628,292) | | |
| 015 - SACROC 1120X | 20,439,833 | | |
| 01501 - SACROC 1120X | 0 | | |
| 01502 - SACROC 1120X | (757,420) | | |
| 016 - Partnership Income | 4,570,741 | | |
| 017 - COGS Section 263A | (66,550,315) | | |
| 018 - Merger Transaction Costs | (63,250,049) | | |
| 019 - Software Development Cost | 6,092,290 | | |
| 020 - Casualty Loss | (53,036,840) | | |
| 021 - Interest Expense-State Tax | 5,741,626 | | |
| 022 - Interest Expense-Debt Discount | 16,154,519 | | |
| 023 - Depreciation Expense | 0 | | |
| 024 - Federal Declared Disaster Carryback 2007 | (31,875,921) | | |
| 025 - EFH Bonus Depreciation | 0 | | |
| Total Adjustments This Page | 14,290,773 | | |
| Income Adjustments Including Previous Page(s) | 14,290,773 | | |

Form 4549-B (Rev. July 1980)

Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Name and Address of Taxpayer
ENERGY FUTURE HOLDINGS CORP & SUBS

1601 BRYAN ST
Attn: Tax Department
DALLAS, TX 75201

Social Security or Employer Identification Number
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
Entity

| Adjustments to Income - Increase (Decr) | Year: 12-31-2007 | Year: | Year: |
|---|---|---|---|
| 027 - Depreciation Expense Result 39yr | 0 | | |
| 029 - Purchase Price Allocation | 0 | | |
| 030 - TCEH Flow-Thru Partnership Adjustment | 25,314,980 | | |
| 031 - OEDHC Flow-Thru Partnership Adjustment | 0 | | |
| 033 - Appeals C/O 1997-2002 Europe Loss | (53,381,384) | | |
| 034 - Appeals A/O 1997-2002 Depreciation | 2,242,508 | | |
| CALC02 - Contributions Deduction Decrease <Increase> | 0 | | |
| CALC04 - NOL Deduction Decrease <Increase> | 0 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Adjustments This Page | (25,823,896) | | |
| Income Adjustments Including Previous Page(s) | (11,533,123) | | |

Form 4549-B (Rev. July 1980)

Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Name and Address of Taxpayer
ENERGY FUTURE HOLDINGS CORP & SUBS

1601 BRYAN ST
Attn: Tax Department
DALLAS, TX 75201

Social Security or Employer Identification Number
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
Entity

| Adjustments to Taxes and Credits | Year: 12-31-2007 | Year: | Year: |
|---|---|---|---|
| CALC13 - General Bus Credit Decrease <Increase> | 0 | | |
| CALC14 - Min Tax Credit/Bond Credits Decrease <Increase> | 0 | | |
| Total Adjustments This Page | 0 | | |

Form 4549-B (Rev. July 1980)

Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Name and Address of Taxpayer
ENERGY FUTURE HOLDINGS CORP & SUBS

1601 BRYAN ST
Attn: Tax Department
DALLAS, TX 75201

Social Security or Employer Identification Number
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
Entity

| Adjustments That Affect Income, Credits, and Taxes | Year: 12-31-2007 | Year: | Year: |
|---|---|---|---|
| 035 - AMTI-Tax Preference Adj--Lignite Depletion | (30,040,561) | | |
| 036 - AMTI-Tax Preference Adj-Post 86 Depreciation | 6,814,467 | | |
| Total Adjustments This Page | N/A | | |

Energy Future Holdings Corporation
75-2669310

## Federal Total Tax

| Year Ending: | 12-31-2007 1: As Filed | 12-31-2007 3: All Adjs |
|---|---|---|
| **REGULAR TAXABLE INCOME:** | | |
| Regular Taxable Income | (1,098,098,377) | (1,109,631,500) |
| **FEDERAL INCOME TAX:** | | |
| Regular Income Tax | 0 | 0 |
| Alternative Capital Gains Tax | n/a | n/a |
| Income Tax Before Adjustment | 0 | 0 |
| Adjustment to Fed Inc Tax | 0 | 0 |
| Federal Income Tax | 0 | 0 |
| **FEDERAL TOTAL TAX:** | | |
| Federal Income Tax | 0 | 0 |
| Alternative Minimum Tax | 0 | 0 |
| Federal Income Tax Plus AMT | 0 | 0 |
| Less: Foreign Tax Credit | 0 | 0 |
| Other Subpart B Credits | 0 | 0 |
| General Business Credit | 0 | 0 |
| Min Tax Credit/Bond Credits | 0 | 0 |
| Plus: Credit Recapture & Other Taxes | 0 | 0 |
| Federal Total Tax | 0 | 0 |

## Regular Taxable Income

| Year Ending: | 12-31-2007 1: As Filed | 12-31-2007 3: All Adjs |
|---|---|---|
| **INCOME:** | | |
| Gross Income - Ordinary | 3,825,492,092 | 4,233,901,040 |
| Capital Gain Before CO/CB | 53,381,384 | 53,381,384 |
| Less: Capital Loss Carryovers | 0 | 0 |
| Capital Loss Carrybacks | 0 | 0 |
| Ordinary Gain/Loss | (21,156,908) | (106,069,669) |
| Passive Income/Loss Allowed | 0 | 0 |
| Total Income | 3,857,716,568 | 4,181,212,755 |
| **DEDUCTIONS:** | | |
| Charitable Contributions Deduction | 0 | 0 |
| Deductions Except Contrib/S199 | 4,955,814,945 | 5,290,844,255 |
| Total Deductions | 4,955,814,945 | 5,290,844,255 |
| **TAXABLE INCOME:** | | |
| TI Before NOLD/Special Deductions | (1,098,098,377) | (1,109,631,500) |
| Less: NOL Carryovers | 0 | 0 |
| NOL Carrybacks | 0 | 0 |
| Dividends-Received Deduction | 0 | 0 |
| Dividends Paid Deduction | 0 | 0 |
| Taxable Income Before S199 | (1,098,098,377) | (1,109,631,500) |
| Less: Section 199 Deduction | 0 | 0 |
| Taxable Income Before Other | (1,098,098,377) | (1,109,631,500) |
| Add: Other Taxable Income | 0 | 0 |
| Regular Taxable Income | (1,098,098,377) | (1,109,631,500) |

Energy Future Holdings Corporation
75-2669310

## Alternative Minimum Tax

| Year Ending: | ======= 12-31-2007 ======= 1: As Filed | 3: All Adjs |
|---|---|---|
| **SMALL CORPORATION:** | | |
| Qualifies for AMT Repeal | No | No |
| **TENTATIVE MINIMUM TAX:** | | |
| Alternative Minimum Taxable Income | (1,124,354,109) | (1,159,113,326) |
| Annualization Factor for AMTI | 1 | 1 |
| AMTI - Annualized | (1,124,354,109) | (1,159,113,326) |
| Less: Exemption | 40,000 | 40,000 |
| Excess AMTI | 0 | 0 |
| Pre-Credit TMT | 0 | 0 |
| Overall AMT FTC Limitation | n/a | n/a |
| AMT Foreign Tax Credit | 0 | 0 |
| TMT - Annualized | 0 | 0 |
| Un-Annualization Factor for TMT | 1 | 1 |
| Tentative Minimum Tax | 0 | 0 |
| **REGULAR TAX:** | | |
| Federal Income Tax | 0 | 0 |
| Less: FTC/Possessions Credit | 0 | 0 |
| Regular Tax After FTC | 0 | 0 |
| **ALTERNATIVE MINIMUM TAX:** | | |
| AMT Before Adjustment | 0 | 0 |
| Adjustment to AMT | 0 | 0 |
| Alternative Minimum Tax | 0 | 0 |

## Alternative Minimum Taxable Income

| Year Ending: | ======= 12-31-2007 ======= 1: As Filed | 3: All Adjs |
|---|---|---|
| **SMALL CORPORATION:** | | |
| Qualifies for AMT Repeal | No | No |
| **PREADJUSTMENT AMTI:** | | |
| Taxable Income Before S199 | (1,098,098,377) | (1,109,631,500) |
| Add: Regular NOL Deduction | 0 | 0 |
| Taxable Income Before Regular NOLD | (1,098,098,377) | (1,109,631,500) |
| Add: Adjustments/Preference Items | 88,250,163 | 65,024,069 |
| Preadjustment AMTI | (1,009,848,214) | (1,044,607,431) |
| **ADJUSTMENTS:** | | |
| ACE Adjustment | (114,505,895) | (114,505,895) |
| AMTI Before AMT NOLD | (1,124,354,109) | (1,159,113,326) |
| **AMT NET OPERATING LOSS:** | | |
| AMT NOL Carryovers | 0 | 0 |
| AMT NOL Carrybacks | 0 | 0 |
| AMT NOLD Limitation | 0 | 0 |
| AMT NOL Deduction | 0 | 0 |
| **ALTERNATIVE MINIMUM TAXABLE INCOME:** | | |
| AMTI Before Section 199 Deduction | (1,124,354,109) | (1,159,113,326) |
| Less: Section 199 Deduction for AMTI | 0 | 0 |
| AMTI Before Other | (1,124,354,109) | (1,159,113,326) |
| Add: Other AMTI | 0 | 0 |
| Alternative Minimum Taxable Income | (1,124,354,109) | (1,159,113,326) |

Energy Future Holdings Corporation
75-2669310

General Business Credit - Summary

| Year Ending: | 12-31-2007<br>1: As Filed | 12-31-2007<br>3: All Adjs |
|---|---|---|
| **STANDARD GBC GENERATED THIS YEAR:** | | |
| Current Standard GBC | 2,926,228 | 2,926,228 |
| Less: Allowed This Year | 0 | 0 |
| Available for CO/CB | 2,926,228 | 2,926,228 |
| **ABSORBED BY CO/CB TO CURRENT YEARS:** | | |
| Carryovers and Carrybacks <From>/To: | | |
| From 12-2007 | 0 | (2,926,228) |
| **NOT ABSORBED IN CURRENT YEARS:** | | |
| <From> This Year: | | |
| Carryovers to Future Years | (2,926,228) | 0 |
| **STANDARD GBC ALLOWED THIS YEAR:** | | |
| Standard GBC Limitation | 0 | 0 |
| Standard GBC Allowed This Year: | | |
| Refundable Standard GBC | n/a | n/a |
| Nonrefundable Standard GBC: | | |
| From This Year | 0 | 0 |
| From Other Years | 0 | 0 |
| Total Nonfundable | 0 | 0 |
| **TOTAL GBC ALLOWED THIS YEAR:** | | |
| Nonrefundable Standard GBC Allowed | 0 | 0 |
| Zone Credits Allowed | 0 | 0 |
| Specified Credits Allowed | 0 | 0 |
| Eligible Small Business Credits Allowed | 0 | 0 |
| Total GBC Before Adjustment | 0 | 0 |
| Adjustment to Total GBC | 0 | 0 |
| Total Nonrefundable GBC Allowed | 0 | 0 |

## General Business Credit Allowed

| Year Ending: | ======= 12-31-2007 ======== 1: As Filed | 3: All Adjs |
|---|---|---|
| **STANDARD GBC AVAILABLE:** | | |
| Current Standard GBC | 2,926,228 | 2,926,228 |
| Standard GBC Carryover | 9,354,319 | 0 |
| Standard GBC Carryback | 0 | 0 |
| Total Standard GBC Available | 12,280,547 | 2,926,228 |
| **STANDARD GBC LIMITATION:** | | |
| Net Income Tax: | | |
| Federal Income Tax | 0 | 0 |
| Alternative Minimum Tax | 0 | 0 |
| Less: Subpart B Credits | 0 | 0 |
| Net Income Tax | 0 | 0 |
| Net Regular Tax: | | |
| Federal Income Tax | 0 | 0 |
| Less: Subpart B Credits | 0 | 0 |
| Net Regular Tax | 0 | 0 |
| Standard GBC Limitation: | | |
| Net Income Tax | 0 | 0 |
| Less: Greater of - | | |
| Tentative Minimum Tax | 0 | 0 |
| 25% x (Net Regular Tax - $25,000) | 0 | 0 |
| Normal GBC Limit | 0 | 0 |
| Add: Former Section 38(c)(2) | 0 | 0 |
| GBC Limit Before S168(k)(4) | 0 | 0 |
| Add: S168(k)(4) Additional GBC Limitation: | | |
| Election I (2008-2009) | n/a | n/a |
| Election II (2009-2010) | n/a | n/a |
| Standard GBC Limitation | 0 | 0 |
| **TOTAL STANDARD GBC ALLOWED:** | | |
| Standard GBC Allowed | 0 | 0 |
| Less: Nonrefundable Standard GBC Allowed | 0 | 0 |
| Refundable Standard GBC Allowed | n/a | n/a |
| **TOTAL GENERAL BUSINESS CREDIT ALLOWED:** | | |
| Nonrefundable Standard GBC Allowed | 0 | 0 |
| Zone Credits Allowed | 0 | 0 |
| Specified Credits Allowed | 0 | 0 |
| Eligible Small Business Credits Allowed | 0 | 0 |
| Total GBC Before Adjustment | 0 | 0 |
| Adjustment to Total GBC | 0 | 0 |
| Total General Business Credit Allowed | 0 | 0 |

## Standard General Business Credit Absorbed

| Year Ending: | ======= [12-31-2002] ======= 1: As Filed | 3: All Adjs | ======= 12-31-2007 ======== 1: As Filed | 3: All Adjs |
|---|---|---|---|---|
| Sum of Current Credits | 9,354,319 | 0 | 2,926,228 | 2,926,228 |
| Absorbed in Current Year | 0 | 0 | 0 | 0 |
| **Absorbed by Carryover to:** | | | | |
| 12-31-2009 | 0 | 0 | 0 | 2,926,228 |
| Sum of Unused Credits | 9,354,319 | 0 | 2,926,228 | 0 |

Energy Future Holdings Corporation
75-2669310

Minimum Tax Credit Allowed

| Year Ending: | ======= 12-31-2007 ======== 1: As Filed | 3: All Adjs |
|---|---|---|
| **MTC GENERATED THIS YEAR:** | | |
| Net Minimum Tax | 0 | 0 |
| Plus Credits Disallowed: | | |
| Orphan Drug (Pre-1995) | 0 | 0 |
| Nonconventional Fuel (Pre-2006) | 0 | 0 |
| Qualified Electric Vehicle (Pre-2007) | 0 | 0 |
| MTC Generated This Year | 0 | 0 |
| **MTC LIMITATION FOR THIS YEAR:** | | |
| Regular Income Tax | 0 | 0 |
| Less: Non-Bond Credits | 0 | 0 |
| Regular Tax After Credits | 0 | 0 |
| Less: Tentative Minimum Tax | 0 | 0 |
| MTC Limitation Before S55(e)/S382 | 0 | 0 |
| Net Change Due to S55(e)/S382 | 0 | 0 |
| MTC Limitation After S55(e)/S382 | 0 | 0 |
| Additional MTC Limitation | 0 | 0 |
| MTC Limitation Before S168(k)(4) | 0 | 0 |
| Section 168(k)(4): | | |
| Election I (2008-2009) | n/a | n/a |
| Election II (2009-2010) | n/a | n/a |
| Election III (2011-2013) | n/a | n/a |
| Election IV (2013-2014) | n/a | n/a |
| MTC Limitation | 0 | 0 |
| **MTC ALLOWED THIS YEAR:** | | |
| MTC from Previous Year | 641,349,629 | 0 |
| MTC Allowed This Year | 0 | 0 |
| Less: Nonrefundable MTC Allowed | 0 | 0 |
| Refundable MTC Allowed This Year | n/a | n/a |
| **MTC AVAILABLE FOR NEXT YEAR:** | | |
| MTC to Next Year Before Adjustment | 641,349,629 | 0 |
| Adjustment to MTC | 0 | 102,541,074 |
| MTC Available for Next Year | 641,349,629 | 102,541,074 |