## **EXHIBIT C**

**Cover Letter**

# Energy Future Holdings

1601 Bryan Street  
Dallas, Texas 75201-3411

Carla A. Howard  
Senior Vice President and General Tax Counsel  
T 214.812.2384  
F 214.812.8886  
carla.howard@energyfutureholdings.com

*VIA HAND DELIVERY AND MAIL*

Mr. John Hemenway  
Team Manager  
Internal Revenue Service  
4050 Alpha Rd  
Farmers Branch, TX 75244-4201

RE: Energy Future Holdings Corp. & Subsidiaries (EIN 75-2669310) –  
2007 Tax Year: Form 4549, Income Tax Examination Changes;  
Texas Competitive Electric Holdings Company LLC (f/k/a TXU Energy Co LLC) –  
Tax Year Ended 10/9/2007: Form 4605 Examination Changes – Partnerships (EIN 75-2967817)

Dear Mr. Hemenway:

Enclosed are the following forms:

1. Form 4605, Examination Changes – Partnerships, for the tax year ended October 9, 2007, of Texas Competitive Electric Holdings Company LLC, f/k/a TXU Energy Co LLC (EIN 75-2967817); and

2. Form 4549, Income Tax Examination Changes, for the 2007 tax year of Energy Future Holdings Corp. & Subsidiaries (EIN 75-2669310), which includes the adjustment from the Form 4605 as well as other adjustments.

As reflected on the Form 4549, the adjustments increase the 2007 taxable loss and thus result in no deficiency and no balance due. Consequently, no assessment will be made for 2007.

As you are aware, the taxpayers are subject to the jurisdiction of the United States Bankruptcy Court for the District of Delaware presiding over the cases of Energy Future Holdings Corporation and certain of its affiliates, captioned In re Energy Future Holdings Corp., No. 14-10979 (CSS) (Bankr. Del.) (the "Bankruptcy Court").

As such, the adjustments reflected herein will/may be subject to the bankruptcy court approval process and any Proof of Claim filed by the government for pre-petition tax years resulting from those adjustments will be subject to the jurisdiction of such court.

If this does not accurately reflect your understanding, please contact me immediately.

Respectfully,

*[signature]*

Carla A. Howard