# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 2338** |
| | ) |

**DECLARATION OF ROBERT FRENZEL
IN SUPPORT OF THE MOTION OF ENERGY
FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN
ORDER AUTHORIZING (A) REJECTION OF A CERTAIN
UNEXPIRED LEASE BETWEEN LUMINANT GENERATION
COMPANY LLC AND U.S. GYPSUM AND (B) ABANDONMENT
OF CERTAIN PROPERTY, EACH EFFECTIVE AS OF NOVEMBER 25, 2014**

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, hereby declare as follows under penalty of perjury:

1. I am the Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC ("Luminant Generation"), an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are corporations organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

subsidiary, Energy Future Intermediate Holding Company LLC, a limited liability company organized under the laws of the state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "<u>Debtors</u>" in this declaration.

2. I have worked for the Debtors since 2009. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp.,* et al*., For Entry of an Order Authorizing (A) Rejection of a Certain Unexpired Lease Between Luminant Generation Company LLC and U.S. Gypsum and (B) Abandonment of Certain Property, Each Effective as of November 25, 2014* (the "<u>Motion</u>").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**I.      Lease to be Rejected.**

3. I understand that Debtor Luminant Generation entered into the Lease for a 13.78 acre tract of land in Nolan County, Texas in November 1987 with U.S. Gypsum to construct and operate the Plant.

4. I understand that, since entering into the Lease, Luminant Generation has entered into two letter agreements and one amendment with U.S. Gypsum to extend the term of the

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Lease. I understand that, under the most recent amendment, entered into in April 2013, the Lease term was extended for an additional three years to August 17, 2016. I understand that, under the Lease, rent is paid in advance, each August 17th, for the following year, in the amount of $100,000.

5. The Debtors previously determined that it was no longer economically feasible for Luminant Generation to continue operations at the Plant. As a result, Luminant Generation ceased production and vacated the premises. The Plant currently lays dormant, and the Debtors do not plan to restart operations at the Plant.

6. I believe the Lease is not necessary for the Debtors' business operations. Further, I believe that the Lease does not have any realizable value in the marketplace and, absent rejection, will impose unnecessary costs on the Debtors' estates. Accordingly, I believe that rejection of the Lease is appropriate and in the best interests of the Debtors, their estates, and their creditors.

## II. Property to be Abandoned.

7. The Property remaining at the premises of the Lease includes the Plant itself, other structures, roads, combustion turbines, compressors, battery storage racks, cables, motors, valves, vacuums, transformers, and other miscellaneous small equipment and tools. Because the Debtors have already ceased operating the Plant, the Property is not necessary for the Debtors' business operations. The Debtors intend to continue to explore opportunities to sell the Property through the Rejection Date. If the Debtors are unable, however, to secure an offer to sell the Property efficiently by the Rejection Date, they believe that abandonment is appropriate because the cost of removing and storing the remaining Property, for future sale or use, would exceed the value of the Property to the Debtors' estates.

8. Accordingly, to prevent any unnecessary postpetition administrative costs, I believe that the abandonment of any Property remaining at the premises is appropriate and in the best interests of the Debtors, their estates, and their creditors.

[*Remainder of page internationally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: October 7, 2014

                                           */s/ Robert Frenzel*
                                           Robert Frenzel
                                           Senior Vice President and Chief Financial Officer
                                           Luminant Generation Company LLC