## <u>EXHIBIT B</u>

**Gidiere Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF
## P. STEPHEN GIDIERE III IN SUPPORT
## OF THE APPLICATION OF THE DEBTORS
## FOR AN ORDER AUTHORIZING THE DEBTORS
## TO RETAIN AND EMPLOY BALCH & BINGHAM LLP
## AS SPECIAL COUNSEL FOR CERTAIN ENVIRONMENTAL
## MATTERS, EFFECTIVE *NUNC PRO TUNC* TO OCTOBER 1, 2014

I, P. Stephen Gidiere III, being duly sworn, state the following under penalty of perjury:

1.      I am a Partner with Balch & Bingham LLP ("Balch"),[2] which has a place of business at 1901 Sixth Avenue North, Suite 1500, P.O. Box 306 (35201), Birmingham, AL 35203-4642.

2.      I submit this declaration on behalf of Balch (the "Declaration") in support of the application (the "Application") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order, pursuant to sections 327(e), 328, and 330 of the Bankruptcy Code for authorization to employ and retain Balch as special counsel to the Debtors

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]      Capitalized terms not otherwise defined in this Declaration shall have the meanings ascribed to them in the Application.

effective *nunc pro tunc* to October 1, 2014. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## Balch's Qualifications

3.      I believe that Balch is particularly well-suited to serve as the Debtors' special counsel for certain environmental matters in these chapter 11 cases.  Balch is a nationally-recognized law firm with more than 250 attorneys in 7 offices.  Balch has represented the Debtors since 2010 and is currently representing the Debtors in multiple pending environmental litigation matters.  In addition to these litigation matters, the firm provides the Debtors with ongoing environmental compliance counseling, permitting, and other guidance, particularly with the Clean Air Act.  Balch has represented the Debtors for such matters for several years.

4.      In providing such prepetition professional services to the Debtors, Balch has become familiar with the Debtors and their business, including the Debtors' financial affairs, debt structure, operations, and related matters.  Having worked with the Debtors' management and their other advisors, Balch has developed relevant experience and expertise regarding the Debtors that will assist it in providing effective and efficient services as described in the Application and the Engagement Letters.  Accordingly, Balch is both well-qualified and uniquely able to represent the Debtors in an efficient and timely manner.

## Description of Services[3]

5.      Subject to further order of the Court, Balch may continue to represent the Debtors in connection with the services provided prepetition.  Balch's representation of the Debtors will include, but shall not be limited to, the following services (collectively, the "Services"):

---

[3]     The chart below is being provided for illustrative purposes only. Nothing in this chart shall modify the terms set forth in the Engagement Letters (as modified by the order entered by this Court approving the Application) or applicable professional standards.  My personal knowledge is limited to the work done by Balch.

(a) litigating against entities, including government and non-governmental entities, who seek civil penalties or injunctive relief related to the Debtors' coal-fueled and other generation units;

(b) providing environmental and regulatory compliance counseling, permitting, and other guidance;

(c) representing Debtors on environmental matters in administrative proceedings;

(d) seeking judicial review and clarification over certain environmental rules and regulations; and

(e) drafting documents related to all the Services above.

6.     Balch will use its reasonable efforts to avoid any duplication of services provided to the Debtors by any of the Debtors' other retained professionals in these chapter 11 cases. To illustrate such efforts, the following chart describes the various services Balch and certain of the Debtors' other professionals are expected to provide:

| *Professional* | *Description of Services* |
| --- | --- |
| Balch & Bingham LLP, as special environmental counsel on certain, discrete environmental matters | Balch will be primarily responsible for:<br><br>• Advising on environmental and regulatory compliance and permitting;<br><br>• Representing Debtors on environmental matters in certain non-bankruptcy administrative proceedings; and<br><br>• Representing the Debtors in connection with the environmental aspects of certain non-bankruptcy litigation matters, including *Sierra Club v. EPA*, No. 14-1110 (D.C. Cir.); *Luminant Generation Co. v. EPA* (E.D. Tex.); *U.S. v. Luminant Generation Co.* (N.D. Tex.); *Luminant Generation Co. v. EPA*, No. 13-1178 (D.C. Cir.); *Sierra Club v. Energy Future Holdings Corp.* (W.D. Tex.), appeal filed (5th Cir.); *Luminant Generation Co. v. EPA*, No. 12-1167 (D.C. Cir.); *Luminant Generation Co. v. EPA*, No. 11-1315 (D.C. Cir.); *Sierra Club v. Energy Future Holdings Corp.*, (E.D. Tex.).<br><br>Balch will **not** be primarily responsible for providing services related to:<br><br>• Providing legal advice on matters that are being principally addressed by Gibson, Dunn & Crutcher LLP and the other firms |

3

| | retained by the Debtors. |
|---|---|
| Gibson, Dunn & Crutcher LLP, as special corporate counsel and litigation counsel on certain, discrete litigation matters | Gibson Dunn will be primarily responsible for:<br><br>• Advising on certain non-bankruptcy capital market transactions, non-bankruptcy merger and acquisition transactions, Securities and Exchange Commission matters, and corporate governance issues.<br><br>• Advising the Debtors in connection with the potential purchase of the assets of Optim Energy (the Debtors have since terminated their involvement in the purchase process).<br><br>• Representing the Debtors in connection with certain non-bankruptcy litigation matters, including *Aurelius Capital Master, Ltd. v. Acosta* (5th Cir.), *TXU Portfolio Management Co., L.P.*, *FPL Energy, LLC* (Tex.)., *Luminant Generation Co., LLC v. EPA* (E.D. Tex.), *Sierra Club v. Energy Future Holdings Corp.* (E.D. Tex.), *Sierra Club v. Energy Future Holdings Corp.* (5th Cir.), *Luminant Energy Co., LLC v. FPL Energy Pecos Wind I, LLC* (D.C. Tex.), and *United States v. Luminant Generation Co., LLC* (N.D. Tex.).<br><br>Gibson Dunn will **not** be primarily responsible for providing services related to:<br><br>• Advising the Debtors on the bankruptcy issues regarding transaction structures being considered as part of the plan of reorganization (including negotiations with lenders and investors related to the same).<br><br>• Advising the Debtors on tax matters (excluding corporate advisory services that may incidentally involve discrete tax issues). |
| Richards, Layton & Finger LLP, as Delaware counsel and conflicts counsel | Richards, Layton & Finger LLP will be primarily responsible for:<br><br>• Acting as Delaware counsel with respect to the Debtors' restructuring, including the review and filing of materials principally drafted by K&E.<br><br>• Interacting with chambers outside of hearings.<br><br>• Acting as conflicts counsel independently from K&E in certain matters.<br><br>Richards, Layton & Finger LLP will **not** be primarily responsible for:<br><br>• Providing legal advice on non-bankruptcy tax matters that are being |

4

|  | principally addressed by Thompson & Knight LLP. |
|  | • Matters where another firm is acting as conflicts counsel. |
|  | • Discrete matters being addressed by Sidley Austin LLP, including the Debtors' potential claims against the Debtors' equity owners in connection with the 2007 buyout. |
|  | • Discrete energy-related transactional matters being handled by McDermott, Will & Emery LLP, except to the extent necessary in connection with preparing applicable pleadings or other documents. |
|  | • Discrete non-bankruptcy issues being handled by Gibson, Dunn & Crutcher LLP. |
| Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, K&E), as primary restructuring counsel | K&E will be primarily responsible for:<br><br>• Providing services related to all bankruptcy-related matters, including, among other things:  (a) corporate governance in the bankruptcy context, (b) advising and consulting on the Debtors' conduct during the chapter 11 cases, including the legal and administrative requirements of operating in chapter 11, (c) meetings and negotiations with parties in interest regarding the Debtors' restructuring, (d) taking all necessary actions to protect and preserve the Debtors' estates, (e) preparing and filing pleadings, (f) postpetition financing and cash collateral matters, (g) structuring potential sales of assets or other asset dispositions, (h) advising on tax matters, including certain non-bankruptcy tax matters where they implicate creditor recoveries or the administration of the Debtors' estates, (i) the negotiation of and preparation of a plan and disclosure statement and all related documents and transactions, (j) interactions with vendors, contract counterparties, and similar parties with respect to the treatment of claims and contracts in the chapter 11 process, (k) the claims resolution process, and (l) all other necessary legal services for the Debtors in connection with the chapter 11 cases not otherwise provided by another retained legal professional.<br><br>K&E will **not** be primarily responsible for:<br><br>• Providing legal advice on non-bankruptcy tax matters that are being principally addressed by Thompson & Knight LLP.<br><br>• Matters where Richards, Layton & Finger LLP is acting as conflicts counsel.<br><br>• Discrete matters being addressed by Sidley Austin LLP, including |

5

<table>
<tr><td></td><td>

the Debtors' potential claims against the Debtors' equity owners in connection with the 2007 buyout.

- Discrete energy-related transactional matters being handled by McDermott, Will & Emery LLP, except to the extent necessary in connection with preparing applicable pleadings or other documents.

- Discrete non-bankruptcy issues being handled by Gibson, Dunn & Crutcher LLP.

- Advising the Debtors in connection with the potential purchase of the assets of Optim Energy (the Debtors have since terminated their involvement in the purchase process).

</td></tr>
<tr><td>

Thompson & Knight LLP, as special counsel for certain tax-related matters

</td><td>

Thompson & Knight will be primarily responsible for:

- Providing services related to certain tax issues, including, among other things: (a) the Debtors' request for a private letter ruling from the Internal Revenue Service (the "<u>IRS</u>") and the tax issues of the related restructuring matters, (b) Texas tax issues not otherwise addressed by the Debtors' other professionals, (c) the resolution of certain historical and ongoing IRS tax controversies and (d) other discrete matters as directed by the Debtors.

- Providing services related to certain record retention issues.

Thompson & Knight will **<u>not</u>** be primarily responsible for:

- Providing any legal advice on non-tax matters other than those related to record retention.

- Providing legal advice on bankruptcy-specific tax matters.

- Providing any legal advice to the Debtors on potential transaction structures (including negotiations with lenders and investors related to the same), except as may relate to the tax issues related to the Debtors' restructuring as described above).

</td></tr>
<tr><td>

Sidley Austin LLP, as special counsel on certain corporate and litigation issues

</td><td>

Sidley Austin will be primarily responsible for:

- Reviewing matters related to potential claims against EFH Corp.'s majority equity owners and other parties related to the transaction that took the Debtors private in 2007.

- Advising the Debtors on certain matters relating to the Environmental Protection Agency.

</td></tr>
</table>

6

|  | • Advising the Debtors on an as-requested basis for certain discrete matters on which Kirkland & Ellis will not advise.<br><br>Sidley Austin will **<u>not</u>** be primarily responsible for providing services related to:<br><br>• Advising the Debtors on potential transaction structures (including negotiations with lenders and investors related to the same).<br><br>• Serving as the primary legal point of contact for operational and financing inquiries from creditors.<br><br>• General restructuring issues. |
|---|---|
| McDermott, Will & Emery LLP, as energy advisor | McDermott will be primarily responsible for:<br><br>• Advising the Debtors on certain discrete energy-related transactional matters, negotiations, and disputes.<br><br>McDermott will **<u>not</u>** be primarily responsible for providing services related to:<br><br>• Providing advisory services related to tax, corporate, litigation, and environmental issues (except as they may relate to discrete energy issues).<br><br>• Advising the Debtors on potential bankruptcy transaction structures (including negotiations with lenders and investors related to the same). |

## **Professional Compensation**

7.      Balch's compensation has been established in accordance with the terms and conditions set forth in the Engagement Letters, as amended.  Balch's hourly billing rates are customarily adjusted annually, as agreed to by Balch and the Debtor.[4]

---

[4]      For example, like many of its peer law firms, Balch increases the hourly billing rate of attorneys and paraprofessionals each year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the Revised UST Guidelines (defined herein)).  As set forth in the Order, Balch will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

7

8.      Upon execution of the Retainer Letter, the Debtors paid $500,000 to Balch as a classic retainer (the "Retainer") before the Petition Date.  Pursuant to the Retainer Letter, Balch allocated the Retainer amount toward a portion of Balch's fees and disbursements before the Petition Date.  As of the Petition Date, Balch has been paid for all professional services and expenses rendered to the Debtors prior to the Petition Date.  As a Tier 1 OCP, Balch sought fees and expenses postpetition through September 30, 2014, in accordance with the procedures set forth in the OCP Order.  Pursuant to the Retainer Letter, Balch intends to apply the Excess Fees toward the Retainer.

9.      The following table summarizes payments Balch received from the Debtors in the 90 days preceding the Petition Date:

| Invoice Date | Invoice Amount | Dates of Service | Payment Date | Payment Amount | Treatment | Retainer Balance |
|---|---|---|---|---|---|---|
| 2/10/14 | $37,677.40 | 1/1/14 to 1/31/14 | 2/20/14 | $37,677.40 | Payment | $500,000 |
| 2/10/14 | $227,125.25 | 1/1/14 to 1/31/14 | 3/13/14 | $227,125.25 | Payment | $500,000 |
| 2/28/14 | $357,893.20 | 2/1/14 to 2/28/14 | 3/13/14 | $357,893.20 | Payment | $500,000 |
| 4/3/14 | $63,723.25 | 3/1/14 to 3/31/14 | 4/17/14 | $63,723.25 | Payment | $500,000 |
| 4/4/14 | $129,766.65 | 3/1/14 to 3/31/14 | 4/11/14 | $128,370.15 | Payment | $500,000 |
| 4/4/14 | $89,825.50 | 3/1/14 to 3/31/14 | 4/17/14 | $89,452.93 | Payment | $500,000 |
| 4/28/14 | $218,219.05 | 4/1/14 to 4/28/14 | 4/28/14 | $218,219.05 | Allocated to Retainer | $274,905.93[5] |

## Statement Regarding U.S. Trustee Guidelines

10.      Balch shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the

---

[5]      After the notice period for the Excess Fees expires and Balch applies the Excess Fees to the Retainer, the estimated Retainer balance will be $40,253.13.

8

Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.  Balch also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013 (the "Revised UST Guidelines"), both in connection with this application and the interim and final fee applications to be filed by Balch in these chapter 11 cases.

## **Attorney Statement Pursuant to Revised UST Guidelines**

11.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

a.   **Question**:  Did Balch agree to any variations from, or alternatives to, Balch's standard billing arrangements for this engagement?

**Answer**:  No.  Balch and the Debtors have not agreed to any variations from, or alternatives to, Balch's standard billing arrangements for this engagement.

b.   **Question**:  Do any of the professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**:  No.  The hourly rates used by Balch in representing the Debtors are consistent with the rates that Balch charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.   **Question**:  If Balch has represented the Debtors in the 12 months prepetition, disclose Balch's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Balch's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

9

**Answer**: Balch's current hourly rates for services rendered on behalf of the Debtors range as follows:

| Billing Category | Range |
| --- | --- |
| Partners | $340 - $655 |
| Associates | $230 - $310 |
| Staff Attorneys | $230 |
| Paraprofessionals | $175 - $195 |

Balch represented the Debtors during the twelve-month period before the Petition Date, using the hourly rates listed above.

d. **Question**: Have the Debtors approved Balch's budget and staffing plan, and, if so, for what budget period?

**Answer**: For the Debtors' environmental matters on which Balch advises the Debtors, the Debtors and Balch routinely discuss the scope of Balch's work and the requisite staffing and budgetary needs. As a result, Balch regularly reevaluates its budgetary and staffing needs in connection with its work for the Debtors. To that end, the Debtors and Balch are finalizing a formal budget and staffing plan for the period from October 1, 2014 to December 31, 2014, which Balch intends to submit with its first interim fee application.

12.    Balch's hourly rates and billing policies are based on market conditions of firms of a size, location, and practice comparable to Balch's. Further, Balch's hourly billing rates are comparable to the rates Balch charges other comparable chapter 11 clients, regardless of location of the debtors. Consistent with past practice and its staffing policies, Balch expects that a number of attorneys will provide services to the Debtors from time to time.

13.    Balch's policy is to charge each client for all expenses and disbursements incurred in connection with the client's case, including, among other things, word processing, telephone and telecopier usage, photocopying charges, travel expenses, expenses for "working meals," as well as non-ordinary overhead expenses such as secretarial overtime. Balch believes that allocating these expenses to the client that incurs them is more equitable than distributing such expenses among all clients through higher hourly billing rates.

10

**Balch's Disinterestedness**

14.    To my knowledge, based on reasonable inquiry, (a) Balch does not hold or represent any interest adverse to any of the Debtors with respect to the matters on which Balch is to be retained in these chapter 11 cases, (b) other than as set forth below, and to the best of my knowledge, information, and belief, Balch has no relationship to any of the Debtors, any of the Debtors' significant creditors, equity interest owners, other known parties in interest in these chapter 11 cases (as identified by the Debtors), or to the Debtors' professionals that are known to be assisting the Debtors in these chapter 11 cases, and (c) to the best of my knowledge, information, and belief, the personnel anticipated to provide services to the Debtors in connection herewith are not related to the U.S. Trustee assigned to these chapter 11 cases, any persons employed on the Office of the U.S. Trustee, or the Bankruptcy Judge presiding over such cases.

15.    To investigate and disclose possible relationships with parties in interest in these chapter 11 cases, Balch researched its client databases and performed reasonable due diligence to determine whether it has any relationships with the entities listed on **Schedule 1** to this Declaration.

16.    Balch currently represents or has represented certain creditors and other entities and parties in interest in these chapter 11 cases in other, unrelated matters.  Certain creditors and/or potential parties in interest in the Debtors' chapter 11 cases are current or former clients or affiliates of clients of Balch or are or were adverse to clients of Balch in connection with matters as to which Balch represented a client.  Listed on **Schedule 2** to this Declaration are the results of the conflicts searched of the entities listed on **Schedule 1**.  Balch has agreed with

11

Energy Future Holdings Corp. not to represent any such creditors or parties in interest in any matters against the Debtors in these chapter 11 cases.

17.     To the best of my knowledge, Balch does not hold or represent any interest adverse to the Debtors, or to their estates, with respect to the matters on which Balch seeks to be employed.   In the event that any further relationships are discovered between Balch and any parties in interest or if the scope of proposed services expands beyond the scope discussed herein, Balch will file a supplemental declaration with the Court.

*[Remainder of page intentionally left blank.]*

12

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 7, 2014

P. Stephen Gidiere III
Partner, Balch & Bingham LLP

# SCHEDULE 1

## **Parties in Interest**

# SCHEDULE 1
## List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtor Affiliates |
| 1(b) | Joint Venture Parties |
| 1(c) | Current and Recent Former Officers and Directors |
| 1(d) | Banks |
| 1(e) | Contractual Counterparties |
| 1(f) | Debtholders and Bondholders |
| 1(g) | DIP Parties and Lenders |
| 1(h) | Indenture Trustees |
| 1(i) | Insurers |
| 1(j) | Interested Parties |
| 1(k) | Investment Banks |
| 1(l) | Landlords |
| 1(m) | Letters of Credit |
| 1(n) | Lienholders |
| 1(o) | Litigants |
| 1(p) | Litigants (Asbestos) |
| 1(q) | Parties Listed in Schedules of Assets and Liabilities |
| 1(r) | Parties Listed in Statements of Financial Affairs |
| 1(s) | Parties that Have Requested Service of Documents Pursuant to Bankruptcy Rule 2002 |
| 1(t) | Potentially Responsible Parties |
| 1(u) | Professionals |
| 1(v) | Shareholders |
| 1(w) | Significant Customers |
| 1(x) | Significant Vendors |
| 1(y) | Surety Bonds |
| 1(z) | Taxing Authorities |
| 1(aa) | Top 50 Unsecured Creditors |
| 1(bb) | Unions |
| 1(cc) | United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members) |
| 1(dd) | Unsecured Creditors' Committee Members and Proposed Advisors |
| 1(ee) | Utilities |

# SCHEDULE 1(a)

## Debtor Affiliates [1]

4Change Energy Company
4Change Energy Holdings LLC
Basic Resources, Inc.
Big Brown 3 Power Company LLC
Big Brown Lignite Company LLC
Big Brown Power Company LLC
Brighten Energy LLC
Brighten Holdings LLC
Collin Power Company LLC
Comanche Peak Nuclear Power Co. LLC
Dallas Power & Light Company
DeCordova II Power Company LLC
DeCordova Power Company LLC
Eagle Mountain Power Company LLC
Ebasco Services of Canada Limited
EEC Holdings, Inc.
EECI, Inc.
EFH Australia (No. 2) Holdings Company
EFH CG Holdings Company LP
EFH CG Management LLC
EFH Corporate Services Company
EFH Finance (No. 2) Holdings Company
EFH FS Holdings Company
EFH Properties Company
EFH Renewables Company LLC
EFH Vermont Insurance Company
EFIH Finance Inc.
Energy Future Competitive Holdings Company LLC
Energy Future Holdings Corp.
Energy Future Intermediate Holding Company LLC
Generation Development Company LLC
Generation MT Company LLC
Generation SVC Company

---

[1]    Certain of these entries are predecessor names of the Debtors or have other historical affiliation and have been searched out of an abundance of caution.

Greenway Development Holding Co.
Humphreys & Glasgow Limited
Lake Creek 3 Power Company LLC
Lone Star Energy Company, Inc.
Lone Star Pipeline Company, Inc.
LSGT Gas Company LLC
LSGT SACROC, Inc.
Luminant Big Brown Mining Company LLC
Luminant Energy Company LLC
Luminant Energy Trading California Company
Luminant ET Services Company
Luminant Generation Company LLC
Luminant Holding Company LLC
Luminant Mineral Development Company LLC
Luminant Mining Company LLC
Luminant Renewables Company LLC
Martin Lake 4 Power Company LLC
Monticello 4 Power Company LLC
Morgan Creek 7 Power Company LLC
NCA Development Company LLC
NCA Resources Development Company LLC
Nuclear Energy Future Holdings II LLC
Nuclear Energy Future Holdings LLC
Oak Grove Management Company LLC
Oak Grove Mining Company LLC
Oak Grove Power Company LLC
Oncor Communications Holdings Company LLC
Oncor Electric Delivery Administration Corporation
Oncor Electric Delivery Company LLC
Oncor Electric Delivery Holdings Company LLC
Oncor Electric Delivery Transition Bond Company LLC
Oncor License Holdings Complany LLC
Oncor Management Investment LLC
Sandow Power Company LLC
Southwestern Electric Service Company, Inc.
TCEH Finance, Inc.
Texas Competitive Electric Holdings Company LLC
Texas Electric Service Company, Inc.
Texas Power & Light Company, Inc.
Texas Utilities Company, Inc.
Texas Utilities Electric Company, Inc.
Tradinghouse 3 & 4 Power Company LLC
Tradinghouse Power Company LLC
TXU Eastern Finance (A) Ltd.
TXU Eastern Finance (B) Ltd.
TXU Eastern Funding Co.

TXU Electric Company, Inc.
TXU Electric Delivery Company
TXU Energy Receivables Company
TXU Energy Retail Company LLC
TXU Energy Solutions Company LLC
TXU Europe CP Inc.
TXU Europe Ltd.
TXU Finance (No. 2) Ltd.
TXU Receivables Company
TXU Retail Services Company
TXU SEM Company
Valley NG Power Company LLC
Valley Power Company LLC.

# SCHEDULE 1(b)

## Joint Venture Parties

Borealis Infrastructure Management Inc.
Collin G/G&B LLC
Fuelco LLC
GIC Special Investments Pte Ltd.
Government of Singapore Investment Corp.
Greenway/G&B Frisco LP
Greenway/G&B General LLC
MHI Nuclear America Inc.
OMERS Administration Corp.
Pantellos Corp.
Skyonic Corp.
STARS Alliance
Texas Transmission Investment LLC

# SCHEDULE 1(c)

## Current and Recent Former Officers and Directors

Acosta, Arcilia C.
Adams, Robert
Ashby, Kevin M.
Austin, Joel S.
Baker, Robert
Blevins, Michael R.
Blocker, Sano
Bonderman, David
Boswell, Barry T.
Boyle, Deborah A.
Brownell, Nora Mead
Burke, James A.
Burton, Ashley A.
Byers, Richard C.
Bys, Jay Allen
Cameron, Andrew A.
Camp, Jeffrey S.
Campbell, David A.
Caraway, Shannon Wade
Carpenter, Walter Mark
Carter, Michael L.
Casarez, Richard
Casey, John M.
Castro, Gabriel R.
Chase, Patrick Kevin
Clevenger, Don J.
Cremens, Charles H.
Davis, David M
Dennis, Deborah L.
Dore, Stacey H.
Duessel, John S.
Dunning, Thomas M.
Elk, Charles W.
Elmer, Debra L.
Enze, Charles R.
Estrada, Robert A.
Evans, Donald L.
Ewert, Cynthia L.
Ewing, Harvey P.
Faranetta, David D.
Federwisch, Richard R.

Ferguson, Thomas D.
Ferraris, Mark F.
Fischer, Michael
Fleshman, Betty R.
Flores, Rafael
Ford, Monte E.
Freiman, Brandon A.
Frenzel, Robert C.
Gary, Printice L.
Geary, John William
Gillespie, Frank P.
Glacken, Shawn
Goering, Matthew A.
Goltz, Frederick M.
Gooch, Cecily Small
Grasso, Michael Paul
Greer, James A.
Guillory, Angela Yvonne
    Williams
Guyton, Michael E.
Hays, Richard C.
Higginbotham, Theron
    Dale, Jr. "Dale"
Hill, William T., Jr.
Ho, Joseph C.
Hogan, Timothy Ross
    "Tim"
Horn, Stephen G.
Horton, Anthony R.
Howard, Carla A.
Hudson, Scott A.
Huffines, James R.
Hull, Leslie Keith
Ingerto, Craig W.
Isaac, Carlos
Jackson, Brenda L.
Jenkins, Charles W., III
Johnson, Keith
Jones, Bradley C.
Jordan, Walter E.
Kaniewski, Zbigniew

Keeter, Aden P.
Keglevic, Paul M.
Kelly, Daniel
Kelly, Gregory B.
Kerber, Kevin H.
Kirby, Carrie L.
Klein, Robert A.
Klumpp, Richard F.
Koenig, Allan J.
Kopenitz, Stephen John
Kubin, Diane J.
Landy, Richard J.
Lebovitz, Scott
Lee-Sethi, Jennifer M.
Leonard, Scott E.
Liaw, Jeffrey
Lidster, Robert J.
Lipschultz, Marc S.
Lovelace, D. Boyd
Lucas, Mitchell L.
Lynch, David Alan
MacDougall, Michael
Mack, Timothy A.
Malick, Aaron Ravi
Matsuda, Hiroshi
Mays, Russell B.
McCool, Thomas P.
McFarland, M. A.
McKaig, Paul T.
Mireles, Kimberly D.
Moldovan, Kristopher E.
Moor, Gary Lee
Moore, Stephanie Zapata
Moore, William A.
Morrissey, John L.
Morrow, Claudia
Muscato, Stephen J.
Neubecker, Greg
Nickerson, Floyd W.
Nutt, Terry
Nye, E. Allen, Jr.

O'Brien, John D.
Olson, Lyndon L., Jr.
Oney, Thomas
Oswalt, Vicki
Pallito, Patti
Pearson, Gerry Lee
Perry, Nancy F.
Peters, Kenneth J.
Peterson, M. M.
Phillips, Buckler
Pontarelli, Kenneth
Pulis, Brenda J.
Quinn, Timothy Michael
Ragland, Stephen N.
Ranger, Rheal R.
Reilly, William K.
Reyes, Paul H
Ridloff, Jason
Rod, Kelli A.
Saito, Kano

Sarich, Gregory S.
Sarver, Kolten
Sawyer, Hugh E.
Sen, Samudra
Shapard, Robert S.
Shibata, Yoshinobu
Smidt, Jonathan D.
Smith, Donald B.
Smith, Ken
Speed, Wesley R.
Spence, Norman C.
Stengel, Amy
Stevens, Cheryl B.
Stewart, John C.
Strauss, Thomas M.
Stuckey, Shawn
Suzuki, Shigemitsu
Szlauderbach, Stanley J.
Taccino, Michael, Jr.
Thompson, Von Wade

Trimble, R.D.
Tulloh, Brian T.
Vazquez, Gabriel V.
Walker, Jeffrey J.
Warren, Autry L.
Watson, Clifford A.
Wentzell, David G.
Williams, C. Michael
Williams, E. Michael
Williams, Glenn W.
Williams, Michael E.
Williams, Patrick
Williamson, Billie Ida
Winston, Lisa M.
Wortham, Richard W., III
Wright, Andrew M.
Young, John F.
Youngblood, Kneeland
Zucchet, Steven J.

# SCHEDULE 1(d)

## **Banks**

Bank of America NA
Bank of New York Mellon, The
Bank of Oklahoma
Bank of Texas
Chase Investments
Citibank
Deutsche Bank
Fidelity Institutional Money Market Funds - Government Portfolio
First National Bank of Granbury
Goldman Sachs Financial Square Government Fund
Invesco ATST Premier U.S. Government Money Portfolio
JPMorgan Chase Bank NA
JPMorgan Chase Bank NA (IL)
JPMorgan Chase Bank NA (NY)
JPMorgan Chase Bank NA (OH)
JPMorgan Chase Bank NA (TX)
JPMorgan Chase through Met Life
M&T Bank
Morgan Stanley Government Portfolio
Western Asset Institutional Government Fund

# SCHEDULE 1(e)

## Contractual Counterparties

10301 Vista Apartments LLC
10400 Sandpiper Apartments LLC
11911 Park Texas Apartments LLC
1201 Louisiana Co. LP
1201 Oaks of Brittany Apartments LLC
12500 Plaza Apartments LLC
1401 Elm Street Condominium Association
16001 Cotillion Apartments LP
2013 Multi-Family Real Estate Fund I LLC
2016 Main Owners Association Inc.
2730 Lafferty Street Apartments LP
321 Partners Ltd.
3B Dozer Service
3M Co.
4101 Pointe Apartments LLC
4150 North Macarthur Boulevard
4Front Engineered Solutions Inc.
500 Jefferson Tower (TX) LLC
5900 Crystal Springs Apartments LLC
601 Jefferson Tower (TX) LLC
667 Maxey Village Apartments LLC
7600 Royal Oaks Apartments LLC
7-Eleven Inc.
99 Cents Only Stores Texas Inc.
A.J. Bart Inc.
AB Mauri Food Inc.
ABB Inc.
Aberfeldy Properties Inc.
Abilene Christian University
Accenture
Ace Cash Express Inc.
Acuity Brands Lighting Inc.
Ada Carbon Solutions (Red River) LLC
ADM Investor Services Inc.
Advance Polybag (Texas) Inc.
Advanced Neuromodulation Systems Inc.
Advanced Pedestals Ltd.
Advent Cleaning Technology Inc.
Aegis
AEP Energy Partners LP
AER Manufacturing LP

Agero Connected Services Inc.
AIG Rail Services Inc.
Air Express International USA Inc.
Air Liquide Electronics US LP
Airtricity Forest Creek Wind Farm LLC
Akzo Nobel Functional Chemicals LLC
Albemarle Corp., a Virginia Corp.
Alcoa
Alcon Laboratories Inc.
Alcon Research Ltd.
Alimak Hek Inc.
All Saints Episcopal School
All Saints Episcopal School of Tyler
Allen Independent School District (TX)
Alliance Center - East Association
Alliance Drilling Fluids LLC
Allied Cambridge LP
Allied Electronics Inc.
Allied Petrochemical LLC
Alloy Casting Co. Inc.
Alman Construction Services
Alpha Coal Sales Co. LLC
Al's Formal Wear of Houston Ltd.
Alside Ennis Extruded Products Co.
Alstom Power Inc.
Altamonte II Ltd.
Alvin Community College
Amalgamate Processing Inc.
Amalgamate Processing Ltd.
Amaz Property Management USA Inc.
American Airlines Inc.
American Equipment Co. Inc. (AMECO)
American Film & Printing Ltd.
American General Life Insurance Co.
American Industrial Minerals LLC
American Multi-Cinema Inc.
American Porcelain Enamel Co. of Dallas
American Residential
American Spincast Inc.
American Wind Power Center
Amerimont Partners LP

Ameripower LLC
Ameron International - FCPD-Centron
ANA Properties LLC
Analytic Stress Relieving Inc.
Android Industries LLC
Angelina & Nacogdoches WCID
Anna Independent School District
Apache Corp.
Applabs Tech Pvt Ltd.
Applabs Technologies Pvt Ltd.
Applied Industrial Technologies Inc.
Aquatic Co.
Aramark Uniform Services
Aransas County Independent School District (TX)
Arch Coal Sales Co. Inc.
Areva Enrichement Services LLC
Areva NC Inc.
Armet Dale Street LP
Arp Independent School District (TX)
Arrowhead Operating Inc.
Artco-Bell Corp.
Asbury Automotive Group Inc.
Ashcraft-European Bakery LP
Asher Media Inc.
Ashford TRS Sapphire VI LLC
Ashford TRS Sapphire VII LLC
Ashland Specialty Chemical Co.
Aspenwood Apartment Partners LP
Asset 1250 Mockingbird LP
Associated Materials Inc.
Atco Rubber Products Inc.
Atlas International Laundry & Dry
Atmos Energy Corp.
Atmos Pipeline-Texas
Attentus Bonham LP
Atwood Distributing GP LLC
Austin Coca Cola Bottling Co.
Austin College
Autobahn Imports LP
Autohaus LLC
Automatic Systems Inc.
Axon Pressure Products Inc.
Axon Solutions Inc.
B.G. Construction
B27 Resources Inc.
Babcock & Wilcox

Baikowski Malakoff Inc.
Baker Hughes Oilfield Operations Inc.
Ball Metal Beverage Container Corp.
Bandag
Bank of New York Mellon Trust Co., The
Bank of New York, The
Bank One Travel Card
Barclays Bank PLC
Baron Investments Ltd.
Bates Container LLC
Baylor Health Care System
Baylor Medical Center at Carrollton
Baylor Richardson Medical Center
Baylor University
Baywind Condominium Association
BC Operating Inc.
Behringer Harvard Burnet Plaza LP
Bell County WCID 3
Bell Helicopter Textron Inc.
Benchmark Industrial Services
Bendco
Beneficial Power LLC
Benetech Inc.
Benetech Inc.
Berkeley First City LP
Best Brands Corp.
BHP Billiton
Bimbo Bakeries USA Inc.
Birdsong Peanuts
Birdville Independent School District (TX)
Blaylock Industries
Blue Cross & Blue Shield
Blueknight Energy Partners LP
Bluewater Thermal Services
BNG Apartments Inc.
BNP Paribas Energy Trading GP
BNSF Railway Co.
BNSF Railway Co. - Coal
Boardwalk Motor Sports LLC
Boaz Energy LLC
Bobcat Bluff Wind Project LLC
Boca Springs LP
Bodycote Thermal Processing Inc.
Boeing Co., The
Boise Packaging & Newsprint LLC
Bollman Industries

Bonsal American Inc.
Bopco LP
Boral Material Technologies Inc.
Borden Dairy Co. of Texas LLC
BorgWarner TorqTransfer Systems Inc.
Bosqueville Independent School District
Bottom Line Food Processors Inc.
Boy Scouts of America
BP Energy Co.
Braeswood Oaks Apartments LLC
Brass Craft Western Co.
Brazos Electric Power Cooperative Inc.
Brazos Presbyterian Homes Inc.
Brazos River Authority - BRA
Brazos Valley Groundwater Conservation
    District
Brazos Wind LP
Breck Operating Corp.
Bridgestone Bandag LLC
Brilliant Energy LLC
Broadridge Output Solutions Inc.
Broadridge Securities Processing
Broan-Nutone Storage Solutions LP (Post)
Brookbend Inc.
Brougher Inc.
Brownwood Housing Authority (TX)
Buckskin Mining Co.
Buffalo Industrial Supply Inc.
Building Materials Corp. of America
Bunge Oils Inc.
Burns & McDonnell Engineering Co.
Business Jet Center Ltd.
Busycon Properties LLC
Butler Materials
Buttons LLC
BVP Veranda Place LP
Caballo Coal Co.
Cadeco Industries Inc.
Caldwell Foundation, The
California Spray Dry
California State Teachers' Retirement
California State Teachers' Retirement
    System
Calpine Energy Services LP
Caltex Feed Yard Inc.
Calvary Cathedral Inc.

Cambridge - Plano Partners MOB IV LP
Cambridge Arlington LP
Cambridge Nassau Bay LP
Cambridge Oaks
Cambridge Walnut Hill LP
Cameco Inc.
Cameron International Corp.
Canberra Industries Inc.
CapGemini America Inc.
Capital One
Caremark PCS Health LLC
Cargill Inc.
Cargill Power Markets LLC
Carlingford Apartments LLC
Carlisle Coatings & Waterproofing Inc.
Carpenter Co.
Carter Chambers LLC
Catalina Tempering - Texas Inc.
Caterpillar Financial Services Corp.
Caterpillar Global Mining Equipment LLC
CBM One LLC
CCMH Houston AP LLC
CCMH Houston Galleria LLC
CCMH Potomac LLC
CCMH Quorum LLC
Cedar Hill Independent School District (TX)
Celina Independent School District (TX)
Centennial Beverage Group LLC
Center Operating Co. LP
Centerpoint Energy Services Inc.
CenterPoint Energy Transition Bond Co. II
    LLC
Central Texas College
Central Texas Corrugated
Central Texas Water Supply
Central Transport International Inc.
Centrifugal Castings Inc.
Certainteed Corp.
Cesco Inc.
CF Chefs Inc.
CF Products LLC
CG Properties LLC
Champion Cooler Corp.
Chandler, City of (AZ)
Chaparral Steel Midlothian LP

Chapel Hill Independent School District (TX)
Charles Needham Industries Inc.
Charleston, The
Charming Charlie Inc.
Chemical Process & Production Inc.
Chesapeake Energy Corp.
Chesapeake Energy Marketing Inc.
Chevron Natural Gas, a division of Chevron USA Inc.
Chico Coffman Tank Trucks Inc.
Chief Adhesives Inc.
Children's Medical Center of Dallas
Chilton Independent School District
Choice Energy Services
Christus Spohn Health System Corp.
CIMA Energy Ltd.
Cimbar Performance Minerals Inc.
Cintas Corp.
Circle 10 Council
Citibank NA
Citigroup Energy Inc.
Clarewood House Inc.
Claye AP3 Investments LLC
Clean Energy
Clearview Electric Inc.
Clearview International LLC
Clements Nut Co.
Cletex Trucking Inc.
Cloud Peak Energy Resources LLC
Clyde Bergemann Inc.
Coastal Foods Inc.
Coca Cola Enterprises
Coca-Cola Bottling of North Texas
Coca-Cola Co., The
Cockrell Printing Co.
Cody Energy LLC
Coffee Process Technology Corp.
COG Operating LLC
Cohesive
College of the Mainland
Collier Metal Specialties Ltd.
Colonial Savings FA
Comanche Independent School District (TX)
Commons on Edgebrook LLC
Computer Engineering Services

Computer Sciences Corp.
Comverge Inc.
Conecsus LLC
Congress Holdings Ltd.
Connell Equipment Leasing Co.
ConocoPhillips Co.
Consolidated Metal Technologies LLC
Constellation Energy Commodities Group Inc.
Constellation New Energy - Gas Division LLC
Contract Powder Coating Inc.
Control Products Corp.
ConverDyn
Convergent Outsourcing
Cook Children's Medical Center
Cooper Aerobics Enterprises Inc.
Coors Distributing Co. of Fort Worth
Coral Energy Canada Inc.
Coral Energy Resources LP
Coral Island Partners Ltd.
Core Laboratories Ltd.
Corrections Corp. of America
Corsicana Technologies Inc.
Cott Beverages Inc.
Courtlandt Square Ltd.
Courtyard by Marriott LP
Cox Fence Fitting Co.
Cox Industries Inc.
Cox's Foodarama Inc.
Cracker Barrel Old Country Store Inc.
Crane Nuclear
Credit Suisse Energy LLC
Credit Suisse International
Crestwood Midstream Partners LP
Crocker Reclamation
Cronus Texas Properties LLC
Crown Cork & Seal USA Inc.
CRV PCM Portfolio II LP
Cryovac Inc.
CTE Entertainment LP
CTI Foods Holding Co. LLC
Cullen Continental II Co. LP
Cummins Southern Plains Ltd.
Cyclone Enterprises Inc.

Cypress Fairbanks Independent School
    District (TX)
Cytec Engineered Materials Inc.
D.R. Horton Inc.
Dads Club Swim Team Inc.
Dairy Pak - a Division of Blue Ridge Paper
    Products Inc.
Daisy Brand LLC
Dal-Air Investment Castings Inc.
Dallas Bar Association
Dallas City Packing Inc.
Dallas Convention Center Hotel
Dallas Country Club
Dallas County Water Control &
    Improvement District
Dallas CPT Fee Owner LP
Dallas Flat Glass Distributors Inc.
Dallas Medical Center LLC
Dallas Morning News Inc., The
Dallas Nephrology Associates
Dallas Woman's Club, The
Dallas World Aquarium Corp., The
Dallas, City of (TX)
Dal-Tile Corp.
Dan-Loc LLC
Dannon Co. Inc.
Darling International Inc.
Daryl Flood Inc.
Data Exchange
Data Systems & Solutions LLC (Rolls
    Royce)
DB Energy Trading LLC
Dealers Electrical Supply
Dean Gilbert Inc.
Deep Elem Real Estate LLC
Deer Horn Aviation Ltd. Co.
Delaware Public Utility Commission
Delaware, State of
Delek Refining Ltd.
Dell Inc.
Dell Marketing LP
Dell USA LP
Deloitte & Touche
Delta Centrifugal Corp.
Delta Petroleum Inc.
Denbury Onshore LLC

Denco of Texas Inc.
Denison Industries Inc.
Derbyshire Investments LLC
Design Tech Homes Ltd.
Deutsche Bank AG
Deutsche Bank Trust Co. Americas
Devon Gas Services LP
Dewind Frisco LLC
DIAB Inc.
Diamondback Management Services Ltd.
Digital - Bryan Street Partnership LP
Dillard Store Services Inc.
Direct Energy LP
Direct Fuels LLC
Display Source Design & Factory Ltd.
Diversified Ceramics Corp.
DLR Restaurant Group Inc.
Do It Best Corp.
Dolgencorp of Texas Inc.
Dollins Pecan Co. Inc.
Don Miguel Mexican Foods Inc.
Double-E Inc.
Doyenne Constructors LLC
Dr. Pepper Bottling Co. of Texas
DRH Worthington Tenant General
DRH Worthington Tenant LP
DST Output Central LLC
DTE Energy Trading Inc.
Duncanville Independent School District
    (TX)
Durham Pecan Co.
Earthgrains Baking Cos. Inc.
Eastex Forest Products
Eastex Lumber & Supply LLC
Eastland Memorial Hospital
EBAA Iron Inc.
Eckel Manufacturing Co. Inc.
Ecolab Inc.
Economy Mud Products Co.
EDF Trading North America LLC
Edward Don & Co.
EECU
EGS Electrical Group LLC
El Campo, City of (TX)
El Dorado Way Condominium Association
El Paso Energy Service Co.

El Paso Natural Gas Co.
Electric Reliability Council of Texas Inc.
    (ERCOT)
Elm Street Portfolio LP
EMC Corp.
Enbridge Energy Partners LP
Encore Wire Corp.
Enduro Composites Inc.
Energy America LLC
Energy Transfer Fuel LP
EnergySolutions Services Inc.
EnerVest Operating LLC
Enhanced Powder Coating LLC
Ensuren Corp.
Enterprise Products Operating LLC
Enterprise Texas Pipeline
Equant Inc.
ER Solutions Inc.
Ergon Asphalt & Emulsions Inc.
Ernst & Young LLP
ESL Construction Ltd.
Essent Healthcare Inc.
Essilor of America Inc.
ETC Katy Pipeline Ltd.
ETC Marketing Ltd.
Etech Inc.
Ethicon Inc., a Johnson & Johnson Co.
Examination Management Services Inc.
Exelon Generation Co. LLC
Extended Stay
F.L. Motheral Co.
Fairfield, City of (TX)
Falcon Resources Inc.
Falcon Steel Co.
Falls of Deer Park LP
Family Dollar Distribution LLC
Family Dollar Stores of Texas LLC
Fantome Tower LP
Federal Home Loan Bank
Federation of State Medical Boards, The
Fehr Foods Inc.
Fiberspar Linepipe LLC
Fidelity Real Estate Co. LLC
Finley Resources Inc.
First Baptist Church of Midland Texas, The
First Co.

First Tennessee Bank National
First Union Rail Corp, a Wells Fargo Co.
Fiserv Solutions Inc.
Fisher Controls International LLC
FL Smidth Airtech Inc.
Flagship Rail Services LLC
Flake Industrial Services Inc.
Flanders Electric Inc.
Fleischmann's Yeast
Flexible Foam Products Inc.
Flint Hills Resources LP
Florestone Products Co.
Florida Power & Light Co.
Flour Bluff Independent School District
Flowers Baking Co. of Houston LLC
Fluor Enterprises Inc.
Fluor Global Services
Forest Creek Wind Farm LLC
Forge USA
Fort Bend Independent School District (TX)
Fort Worth Aluminum Foundry Inc.
Fort Worth Club of Fort Worth
Fort Worth Community Credit Union
Fort Worth Housing Authority
Fort Worth Independent School District
Fort Worth Laundry & Dry Cleaners Inc.
Forward Manufacturing Co.
Fossil Creek Land Partners Inc.
Fossil Partners LP
Four Seasons Hotel Houston
FPG-DMT Harwood LP
FPL Energy Pecos Wind I LLC
FPL Energy Pecos Wind II LLC
FPL Energy Power Marketing Inc.
Frank Kasmir Associates Inc.
Frank Kent Motor Co.
Frazier & Frazier Industries Inc.
Freepoint Commodities LLC
Fresnel Technologies Inc.
Friedkin Cos. Inc.
Fritz Industries Inc.
Frontier General Insurance Agency
Fry at Grand Inc.
FSI International Inc.
FSP Westchase LLC
FTI Industries Inc.

G&K Services
Gaidos of Galveston Inc.
Gainesville Foundry Inc.
Galderma Laboratories LP
Galperti Inc.
GAP Roofing LP
GAP Roofing of Texas LLC
Garland, City of (TX)
Gatesco QM Ltd.
GATX Corp.
GATX Financial Corp., Rail Division
GC Packaging LLC
GCR Truck Tire Centers Inc.
GE Foodland Inc.
Genecov Group Inc., The
General Aluminum Corp.
General Dynamics OTS (Garland) LP
General Magnaplate Texas Inc.
General Motors LLC
Genesys Telecommunications Laboratories
    Inc.
Georg Fischer Central Plastics LLC
George W, Bush Foundation, The
Georgetown Healthcare System
Georgia-Pacific Corrugated LLC
Gerdau Ameristeel
Gerland Corp.
GH Partners LLC
GIT Heritage IV TX LLC
Gleco Plating Inc.
Global Innovation Corp.
Global Rail Systems Inc.
Globix Rolling Creek LLC
Goat Wind LP
Golden Leaf Inc.
Goldman Sachs & Co.
Goldsmith, City of (TX)
Gorman Milling Co. Inc.
GPI Real Estate Management Corp.
GPI Spectrum LLC
Grace Presbyterian Ministries
Graham Packaging Co. LP
Graham, City of (TX)
Grande Communications Networks LLC
Grandview, City of (TX)
Granite Weslayan Partners Ltd.

Granite Westchase Partners Ltd.
Grapevine DCJ LLC
Green Tree Country Club Inc.
Greene Tweed & Co. I LP
Greif Inc.
Griffs of America Inc.
Grocers Supply Co. Inc., The
Gruma Corp.
GSC Enterprises Inc.
GSHS Administrative Services Organization
Guardian Equity Management LLC
Gulf Coast Waste Disposal Authority
Gulf South Pipeline Co. LP
Gulfstream Aerospace LP
Guy Brown Management LLC
GYB Management Services LLC
H&M Resources LLC
H.B. Fuller Co.
H.E.F. Houston LP
Halliburton Energy Services Inc.
Hanson Pipe & Precast LLC
Hanson Pipe & Products, Pressure Pipe
    Division
Harbison-Fischer Manufacturing Co.
Har-Conn Aerospace Inc.
Har-Conn Chrome Co. of Texas, The
Harlans Supermarkets Inc.
Harvest Management Sub LLC
Hawk Installation
HBSN Investment Co. LLC
HCL America Inc.
HCM Utah Inc.
HCRI Dallas Medical Facility LLC
HCRI Nassau Bay Medical Facility LLC
HCRI Plano Medical Facility LLC
HDR Engineering Inc.
Head Start of Greater Dallas Inc.
Headwaters Resources Inc.
HealthSouth Corp.
HealthTrust Purchasing Group LP
Heath, City of (TX)
HEB Grocery Co. LP
Henry Co.
Hensley Industries Inc.
Heritage Apartments
Heritage Bag Co.

Heritage Hotels Rockport LLC
Heritage Madison Tri Associates LP
Hermosa Group LLC
Hewitt Ennisknupp Inc.
Hewlett Packard
HHC TRS Portsmouth LLC
Highland Park Presbyterian Church
Highlands Educational Corp., The
Hilite Industries
Hilite Industries Automotive LP
Hillcrest Baptist Medical Center
Hill-Lake Gas Storage LP
Hilton DFW
Hilton Houston Post Oak
Hines Louisiana Walker One LP
Hines REIT 2800 Post Oak LP
Hi-Pro Feeds Inc.
HK Capital LLC
HM Dunn Co. Inc.
HM Equity Management LLC
Hobas Pipe USA LP
Hobbs Leasing Inc.
Hohman Associates LLC
Holcim (Texas) LP
Hollinee Filtration
Hollinee LLC
Holly Hall Townhomes Homeowners
    Association Inc.
Holt Cat
Holt Texas Ltd.
Holtec International
Hood Flexible Packaging Corp.
Hopkins County Memorial Hospital
Hotel Adolphus
Hotel Inter-Continental Dallas
Houston County WCID #1
Houston Pipe Line Co. LP
Houston Pizza Venture LP
Houston Plating & Coatings LLC
HPT TRS MRP Inc.
HTC Industries
Hubbard Feeds Inc.
Hudson Products Corp.
Hulen Office Plaza Partners Ltd.
Humphrey & Associates Inc.
Hunt Memorial Hospital District

Hunter Panels LLC
HVM LLC
Hydro Conduit of Texas LP
Hydrocarbon Exchange Corp.
Iberdrola Energy Services LLC
Iberdrola Renewables Inc.
IBM Corp.
Ice Embassy Inc.
iCrossing Inc.
IFS Industries Inc.
Igloo Products Corp.
Ignite Restaurant Group Inc.
Imperial Landing
IN-105 Heritage III LLC
Independence Hall Mutual Housing
    Association
Independent Bankers Financial Corp.
Independent Pipe Products Inc.
Indian Mesa Wind Farm LLC
Indian Rubber Co. Inc.
Industrial Lubricant Co.
Infinite Electric LLC
Ingersoll-Rand Co. - Trane/ASBS
Inland American Lodging Dallas Akard
    TRS LP
Inspiring Body of Christ Church
Intecom
Integrated Power Services LLC
Integrated Test Corp.
Integrity Ashford Court LLC
Integrity Pointe LLC
Intelligent Epitaxy Technology Inc.
Interceramic Manufacturing Inc.
Interim Management Group Inc.
Intermex Products USA Ltd.
International Paper Co.
Interstate Forging Industries
Invensys Process Systems
Inwood Manor Condominium Association
Iowa Park, City of (TX)
IPROC Dallas LLC
Irving Bible Church of Irving Texas
Irving, City of (TX)
ista North America Inc.
ITC Management Co. Inc.
Itochu Corp.

J Mac Tool Inc.
J&S Construction LLC
J. Aron & Co.
J.M. Davis Inc.
J.P. Morgan Securities LLC
Jacinto City, City of (TX)
Jacintoport International LLC
Jacksboro Independent School District (TX)
Jacksboro, City of (TX)
Jacksonville, City of (TX)
Jagoe-Public Co.
Jalapeno Tree Holdings LLC
James O Carter Enterprises Inc.
Jaster-Quintanilla Dallas LLP
JAW Equity Management LLC
Jeld-Wen Windows & Doors
JNJ Apartments Inc.
Jones-Blair Co.
Jostens Inc.
JPMorgan Chase Bank NA
Jpmorgan Ventures Energy Corp.
Juniper Chimney Rock Ltd.
Kansas City Southern (KCS) Railway
Kansas City Southern Railway - Coal
KapStone Container Corp.
Katoen Natie Gulf Coast Inc.
Katy Independent School District (TX)
Katy Motels Inc.
Kemlon Products & Development
Kennedale Independent School District
Kerrville Public Utility Board (TX)
Key Equipment
Kimberly-Clark Corp.
Kinder Morgan Inc.
Kinder Morgan Tejas Pipeline LLC
Kinder Morgan Texas Pipeline LLC
KLTV
KMR Park at Willowbrook LLC
KNG Enterprises Inc.
Koch Materials Co.
Kode Novus I LLC
Kode Novus II LLC
Kodiak Management Co. LLC
Kone Inc.
Koral Industries Inc.
Kroger Co.

KTRK Television Inc.
KW Industries Inc.
Kwikset Corp.
L-3 Communications
L-3 Communications Integrated Systems LP
Laboratory Corp. of America
Laboratory Tops Inc.
Lafayette Green Apartments
Laguna Tubular Products Corp.
Lake Country Church
Lalani Lodging Inc.
Lamar Council of Owners, The
Lance Inc.
Land O'Lakes Purina Feed LLC
Land Rover Dallas LP
Landers Machine Co.
Landes Foods LLC
LaSalle National Leasing Corp.
LB Crescent City LP
LB Crescent Park LP
LCRA Transmission Services Corp.
Leaman Building Materials Inc.
Lee College District
Leeland Baking Co. LLC
Leggett & Platt Inc.
Leonora Glen LLC
Leon's Fine Foods Inc.
Leo's Foods Inc.
Lewis Operating Corp.
Lexington Acquiport Colinas LP
LG Apartments LLC
LH 2007 Properties LLC
Liberty Carton Co.
Liberty Tire Recycling LLC
Life Outreach International
Lincoln Technical Institute Inc.
Lindale Rural Water Supply Corp.
Little Pringle 1 LLC
Little Pringle 2 LLC
Loch Energy Square LP
Lockheed Martin Corp.
Lockheed Martin Services Inc.
Lone Star Beef Processors LP
Lone Star Fasteners LLC
Lone Star Industries Inc.
Lonestar Consulting Group LLC, The

Louisiana Energy Services
LPC GSA LLC
LSA - Cleanpart Texas LP
LSG Acquisition Corp.
LST Heat Treating LLC
LTP Inc.
LTTS Charter School Inc.
Luminator Holding LP
M Crowd Restaurant Group Inc.
M&H Crates Inc.
M&L Fort Worth Partners Ltd.
MAALT LP
Mabank, City of (TX)
Mac Haik Chevrolet Ltd.
Macquarie Energy LLC
Macquarie Futures USA Inc.
Macquarie Futures USA LLC
Mac's Snacks Inc.
Madden Galvanizing LLC
Madix Inc.
Magnolia Independent School District (TX)
Mainstream Venture Ltd.
Malones Food Stores LLC
Mamo Enterprises
Marb Farms
Marco Co. LP, The
Mario Sinacola & Sons
Marketing Management Inc.
Marriott 2012 - Housing Horizons LLC
Marriott Corp., The
Marriott12 - HPT TRS MI-135 Inc.
Marsh, Tony C.
Martens, Henry S.
Martin Linen Supply Co.
Martin Sprocket & Gear Inc.
Martindale Feed Mill
Mary Kay Inc.
Mastercraft Business Forms Inc.
Masterfoods USA, a Division of Mars Inc.
Master-Halco Inc.
Mattel Inc.
McDonald Technologies
McKinney Independent School District (TX)
McKinney, City of (TX)
McLennan County Fair Inc.
MEMC Electronic Materials (SW) Inc.

Memorial Medical Center
Menard Independent School District (TX)
Menil Foundation Inc.
Merico Abatement Contractors Inc.
Merrill Lynch Capital Services Inc.
Merrill Lynch Commodities Inc.
Merrill Lynch Pierce Fenner & Smith
Merritt Hawkins & Associates
Mesquite Independent School District (TX)
Mestek Inc.
Metco Environmental Inc.
Methodist Hospitals of Dallas
Metrocrest Hospital Authority
Metroplex Adventist Hospital Inc.
Mexico, Consulado General de / Mexico,
    Consulate General of
Michael Angelo's Gourmet Foods Inc.
Microsoft Licensing GP
Mid-East Texas Groundwater Conservation
    District
Midway ISD
Millwood Hospital LP
Mine Service Ltd.
Mission Foods
Missouri MPP
Mitek Corp.
Mitsui Rail Capital LLC
Modesto Tallow Co.
Mohawk Labs, Div. NCH Corp.
Moody Gardens Inc.
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services LLC
Mori Seiki USA Inc.
Moritz Chevrolet Ltd.
Moritz Partners LP
Morningstar Foods Inc.
Mortex Products Inc.
Mosaic Marina LP
Moss Bluff Hub Partners LP
Mother Parkers Tea & Coffee USA Ltd.
Motiva Enterprises LLC
Movie Tavern Inc.
MP Industries Inc.
MSA Development LLC
Muenster Milling Co.
Munich Re Trading Ltd.

Munro's Uniform Services LLC
Munters Corp.
Muscatine Power & Water
Museum of Nature & Science
MW Crow Inc.
N.J. Malin & Associates LLC
Nachas Inc.
Nacogdoches County Hospital District
Nacogdoches Memorial Hospital
Nalco Co.
Nan Ya Plastics Corp. USA
National Bank of Central Texas
National Gypsum Co.
National Pump & Compressor
National Rail Car Inc.
National Tank Co.
Natural Gas Exchange Inc.
Navarro College
Navarro Pecan Co. Inc.
Navika Capital Group LLC
Navistar Inc.
Neches & Trinity Groundwater
    Conservation District
Nestle USA Inc.
New Alenco Window Ltd.
New Breed Logistics Inc.
New Edgebrook LP
New NGC Inc.
New Radha Krishna Properties of Houston
    LLC
New Rama Krishna Properties LLC
New Sita Ram Properties of Houston LLC
New South-West Baking Co.
New York Mercantile Exchange
New York, State of
Newell Rubbermaid Inc.
NextEra Energy Power Marketing LLC
Nichimen America Capital Corp.
Nieman Printing Inc.
Nissan Motor Acceptance Corp.
Noble Americas Gas & Power Corp.
Norbord Texas (Nacogdoches) Inc.
North Texas Health Care Laundry
    Cooperative Association
Northeast Texas Municipal Water District
Northeast Texas Power Ltd.

Northern Trinity Groundwater Conservation
    District
Northgate Arinso
NorthgateArinso Inc.
Northwest Assistance Ministries
Northwest Senior Housing Corp.
Northwood University
NRG Power Marketing Inc.
NRG Power Marketing LLC
NuCompass Mobility Services Inc.
Nucor Steel, a Division of Nucor Corp.
Nueva Villa Apartment LLC
Oak Lawn Realty Inc.
OakBend Medical Center
Oasis Pipeline LP
Odfjell Terminals (Houston) Inc.
OFT Enterprises Inc.
Oil City Iron Works Inc.
Oil States Industries Inc.
Oldcastle Building Envelope Inc.
Ole Mexican Foods Inc.
Omni Hotels Management Corp.
One Allen Center Co. LLC
Oneok Energy Services Co. LP
Oracle Corp.
Orda Corp.
Otis Elevator Co.
Owens Foods Inc.
Ozburn-Hessey Logistics LLC
Packaging Corp. of America
Pactiv LLC
Palestine Independent School District
Palmetto Mining Inc.
Palms at Rolling Creek
Papa Johns USA Inc.
Parc Plaza Apartments LP
Park at Willowbrook
Park Houston Housing Partners LLC
Park Place Tyler Healthcare LLC
Parker College of Chiropractic
Parker-Hannifin Corp.
Paseo Operating Partners Ltd.
Patterson Brothers Meat Co. Inc.
Paul Broussard & Associates Inc.
Paymentech LP
PC Village Apartments Dallas LP

PCCR USA Inc.
Peabody COALSALES Co.
Peabody Coalsales LLC
Peabody COALTRADE Inc.
Peabody Coaltrade LLC
Pearsall Independent School District
Pecan Deluxe Candy Co.
Pecan Plantation Owners Association Inc.
Pentair Valves & Controls Inc.
Pepsico Inc.
Performance Contracting Inc.
Perini-Grapevine Inc.
Permocast Corp.
Perry & Perry Builders Erectors
Perstorp Coatings Inc.
PHCC-Paramount Healthcare Co. LLC
Phoenix Gas Pipeline Co.
Pied Piper Pet Foods LLC
Pier 1 Imports (US) Inc.
Pierce Construction Inc.
Pilgrim's Pride Corp.
PIM Highland Holding LLC
Pinnacle Technical Resources Inc.
PKWW Ltd.
Plano Conservatory Ltd.
Poco Graphite Inc.
Point 2 Point Global Security Inc.
Poly-America LP
Ponder, City of (TX)
Ponderosa Joint Powers Authority
Port Isabel, City of (TX)
Post Oak TX LLC
Potamkin North Freeway HY LP
Power Control Systems Engineering Inc.
Powerfoam Insulation
PP&L Inc.
PPG Architectural Finishes Inc.
PPL Energy Plus LLC
PPM Energy Inc.
Prairelands Groundwater Conservation
    District
PRC Environmental Inc.
Preferred Freezer Services
Premium Waters Inc.
Presbyterian Village North
Price International Inc.

PricewaterhouseCoopers LLP
Prince Minerals Inc.
Priority Power Management LLC
Professional Compounding Centers of
    America
Professional Installation Network Inc.
Progressive Inc.
Pro-Steel Inc.
Proton Therapy Center, The
Provident Commercial Group
Pryzant Management Inc.
PSPA Investments LLC
Public Utility Commission of Texas
Pulido Associates Inc.
PVI Industries Inc.
PVI Industries LLC
Pyco Industries Inc.
QFC Plastics Inc.
Q-Tech Heat Treat Inc.
Qualawash Holdings LLC
Quality Powder Coating I LLC
Questech Services Corp.
Quilted Care Operations LLC
Quorum International LP
R&R Restaurant Group LLC
R.K. Hall Construction Ltd.
R.R. Donnelley & Sons Co.
Railroad Commission of Texas
Railworks Track Systems
Rainbow Energy Marketing Corp.
Ralls Wind Farm LLC
Rama Northwood Villas LLC
Rama Trails of Woodlake LLC
Rangen Inc.
Ranger Excavating LP
Ray Huffines Chevrolet Inc.
Ray W. Davis Consulting Engineers Inc.
Raytheon Systems Co.
Razzoos Inc.
Realtex Housing Management LLC
Realty Associates Fund IX LP, The
Rearden Capital Corp.
Rectorseal Corp., The
Red Ball Oxygen Co. Inc.
Red River Groundwater Conservation
    District

Red River Pump Specialists LLC
Reed Minerals, a Division of Harsco Corp.
REG Houston LLC
Regal Oil Inc.
Regulus Group LLC
Related Forrester LLC
Reliance National Risk Specialist
Renfro Foods Inc.
Renfro Industries Inc.
Republic Services Procurement Inc., a
    division of Republic Services Inc.
Rexel
Reynolds Asphalt & Construction Co.
RGJ Apartments Inc.
RHE Hatco Inc.
Richards Group, The
Richardson Hospital Authority
Richemont North America Inc.
Ridley USA Inc.
Rinker Materials
River Oaks Baptist Church
River Oaks, City of (TX)
Rivercrest Independent School District
Riviana Foods Inc.
RLJ Fort Worth Hotel Lessee
Roberts & Hammack Inc.
Rockdale Blackhawk LLC
Rockwall Regional Hospital LLC
Rockwell American Manufacturing Co. Inc.
Rockwell Management Corp
Rodeo Plastic Bag & Film Inc.
Roman Catholic Diocese of Dallas
Romco Equipment Co
Rotary Drilling Tools USA LP
Royal Seating Ltd.
RSI Home Products Manufacturing Inc.
Rudy's Food Products Inc.
Rusk County Groundwater Conservation
    District
Russell & Sons Construction Co. Inc.
Russell Stover Candies Inc.
Rutledge Extreme Designs LLC
RVB Apartments Inc.
Ryan C Hoerauf Inc.
Ryan Partnership
RYLA Investments LP

S Starnes H LP
S&B Engineers & Constructors Ltd.
Sachem Inc.
Safety Kleen Services Inc.
SAF-Holland USA Inc.
Saint-Gobain Ceramics & Plastics Inc.
Saint-Gobain Vetrotex America Inc.
Salesforce.com
Salzgitter Mannesmann Stainless Tubes
    USA Inc.
Samsung Austin Semiconductor LP
San Saba Pecan LP
Sanden International (USA) Inc.
Sanderson Farms Inc.
Sansom Park, City of (TX)
Santander Consumer USA Inc.
Saveonenergy.com
Schirm USA Inc.
Schumacher Co. LLC
Schwan's Global Supply Chain Inc.
SCI Funeral & Cemetery Purchasing Coop
Scott & White Memorial Hospital
Screening Systems International
Scurry County Wind II LLC
Seagoville, City of (TX)
Sebring Apartments LLC
Securitas Security Services USA
Security Finance Corp.
Seismic Energy Products LP
Sellers Bros Inc.
Sempra Energy Trading LLC
Sequent Energy Management LP
Service Transport Co.
Seven Acres Jewish Senior Care Services
    Inc.
Shamrock Industries Inc.
Shannon Medical Center
Shaw Maintenance
SHC-KPH LP
Shell Energy North America (US) LP
Shell Federal Credit Union
Sheraton Dallas
Sheraton Hotel
Sherman/Grayson Hospital LLC
Shermco Industries Inc.
Shermco Industries Inc.

Sherwin Williams
Sherwood Equity LLC
SHI
Shin Properties Ltd.
Shriners Hospitals for Children-Houston
Siaram Rolido Parque LLC
Siemens Energy Inc.
Sierra Lease (Short Term)
Sigels Beverages LP
Simeus Foods International Inc.
Simpson Strong-Tie Co. Inc.
Sitel Operating Corp.
Sivalls Inc.
SK Properties LLC
SMBC Rail Services LLC
SMI Energy LLC
Smith, Vance
Snider Industries LLP
Sofia Enterprises LP
Sojitz American Capital Corp.
Solar Turbines Inc.
Solo Cup Operating Corp.
Solutionset
Sonoco Products Co.
South Limestone Hospital District
South Texas Affordable Properties Corp.
Southeastern Freight Lines Inc.
Southern California Gas Co.
Southern Crane & Elevator
Southern Foods Group LLC
Southern Methodist University
Southern Tire Mart
Southern Trinity Groundwater Conservation
    District
Southlake, City of (TX)
Southline Metal Products Co.
Southwest Airlines Co.
Southwest Atrium Offices Ltd.
Southwest Canners of Texas Inc.
Southwest Coca-Cola Bottling Co.
Southwest Deli Group Inc.
Southwest Energy LP
Southwest Heat Treat Services LLC
Southwest Metal Treating Corp.
Southwest Real Estate Enterprises LC
Southwest Shipyard LP

Specialty Property Ltd.
Specialty Retailers Inc.
SPR Packaging LLC
Spring Hill Apartments
Spring Independent School District (TX)
SPX Corp.
St. Joseph's Regional Health Center Inc.
Stafford Municipal School District (TX)
Standard Meat Co.
Stanley Black & Decker Inc.
Stanley Mechanics Tools
Star Electricity Inc.
StarPak Corp.
Star-Telegram Inc.
Star-Telegram Operating Ltd.
State Farm Life Insurance Co.
Statewide Cotton Co.
Steag Energy Services LLC
Sterilite Corp.
Steritec Inc.
Sterling Bay Inc.
Stevens Transport Inc.
Stewart & Stevenson
STMicroelectronics Inc.
Stolt-Nielsen USA Inc.
StonCor Group Inc.
Stone Mountain Properties LLC
Stress Engineering Services Inc.
Structural & Steel Products
Suburban Farms Inc.
Sugar Land Ice & Sports Center
Suhm Spring Works Inc.
Sun Coast Resources Inc.
Sungard Consulting Services Inc.
Sungard Energy Systems
Sungard Energy Systems
Sungard Energy Systems
Sunstone Cowboy Lessee LP
Sunstone Longhorn Lessee LP
Superior Drillpipe Manufacturing Inc.
Superior Essex Communications LP
SuperMedia LLC
Sure Cast Inc.
Swarco/Reflex Inc.
Sweetlix
Sweetwater Wind 1 LLC

Sweetwater Wind Power LLC
SWHT LLC
Swiff-Train Co. LLC
Swiss Re Risk Solutions Corp.
SWSC - Hurst LP
Sylvania Industrial Park Inc.
SystemsGroup Inc.
Taco Bueno Restaurants LP
Taggart Global LLC
Tanglewilde Townhomes Homeowners
     Association Inc.
Tarco of Texas Inc.
Targa Gas Marketing LLC
Tarrant County College District (TX)
Tarrant Regional Water District (TX)
Tatoosh LP
TDS Excavation Services
Team Excavating
Technical Chemical Co.
Teco-Westinghouse Motor Co.
Temple Baptist Church, The - Odessa
TENAM
Tenaska Gas Storage LLC
Tenaska Marketing Ventures
Tenaska Power Services Co.
Tenet Healthcare Corp.
Tenet HealthSystems Medical Inc.
TENEX
Tex Corr LP
Texas Big Spring LP
Texas Building Products Inc.
Texas College
Texas Commission on Environmental
     Quality - TCEQ
Texas Department of Criminal Justice
Texas Electric Cooperatives Inc.
Texas Energy Operations LC
Texas Energy Transfer Co. Ltd.
Texas Gas Transmission LLC
Texas Health Presbyterian Hospital - WNJ
Texas Health Resources Inc.
Texas Heat Treating Inc.
Texas Hospital for Advanced Medicine
Texas Instruments Inc.
Texas Interfaith Housing Corp.
Texas Juvenile Justice Department

Texas Lime Co.
Texas Masonry Supply Inc.
Texas MPP
Texas Municipal Power Agency
Texas Rehabilitation Hospital
Texas Scottish Rite Hospital for Children
Texas Tech University Health Science
     Center
Texas Textile Services Ltd.
Texas Tile Manufacturing LLC
Texas Tower Ltd.
Tex-La Electric Cooperative of Texas Inc.
     ("Tex-La") Project 301
Tex-La Electric Cooperative of Texas Inc.
     ("Tex-La") Project 302
Texla Energy Management Inc.
Texoma Community Center
Texpac Hide & Skin Ltd.
Texstars Inc.
Texwood Industries LP
Thermal Specialties Inc.
Thomas Steel Drums Inc.
Three Rivers Operating Co. LLC
Threshold Arbor Ridge LP
Time Warner Entertainment Co. LP
Titus County Freshwater Supply District
T-N-T Engineering Inc.
Tomball Texas Hospital Co. LLC
Tommy Swanson Oil Co. Inc.
Tom's Foods Inc.
Total Gas & Power North America Inc.
Tower Extrusion Ltd.
Toys R Us-Delaware Inc.
TPUSA Inc.
Tractebel LNG North America Service
     Corp.
Trafigura AG
Transactel (Barbados) Inc.
Transport Service Co.
Transwestern
Transwestern
TRC Recreation LP
Treemont Retirement
Trend Offset Printing Services Inc.
Trent Wind Farm LP
Trinity Asphalt Inc.

Trinity Bend Services LP
Trinity Forge Inc.
Trinity Industries Inc.
Trinity MC LLC
Trinity River Authority
Trinity River Authority of Texas
Trinity Valley Foods Inc.
Triple D Uniform Rental Inc.
Triquint Semiconductor Texas LP
Triumph Aerostructures - Vought Aircraft
    Division
Triumph Aerostructures LLC
Triumph Fabrications - Fort Worth Inc.
Troup Independent School District (TX)
Troup, City of (TX)
Truman Arnold Cos.
Turner Industries Group LLC
Twin Creeks Medical Center One LP
Twin Eagle Resource Management LLC
Twin Restaurant Investment
TXI Operations LP
TXON Partners LLC
TXU 2007-1 Leasing LLC
Tyler Ford Ltd.
Tyler Pipe Co., a Division of McWane Inc.
UBS AG
Unarco Material Handling Inc.
Unimin Corp.
United Air Lines Inc.
United Electric Co.
United Regional Health Care Systems Inc.
United States Army Corps of Engineers
United States Enrichment Corp. (USEC)
United States Nuclear Regulatory
    Commission
United Way of Tarrant County
Universal Blanchers LLC
Universal Blastco
Universal Display & Fixtures Co. Inc.
University of Houston
University of Houston-Clear Lake
University of Texas Health Science Center
    at Houston
University of Texas Southwestern Medical
    Center at Dallas, The
University Park Partnership I Ltd.

Upper Trinity Groundwater Conservation
    District
UrAsia Energy
Urenco Enrichment Co. Ltd.
URS Corp.
US Bank Global Trust Services
US Bank NA
US Corrugated of Mesquite LLC
US Galvanizing LLC
US Ply Inc.
US Silica Co.
USMD Hospital at Fort Worth LP
USMD Hospital of Arlington LP
V&M Star
Valero Texas Power Marketing Inc.
VAM Drilling USA Inc.
VAM USA LLC
Vanguard Permian LLC
VBL Investments Corp
Veolia Environmental Services - Industrial
    Services
Vertis Inc.
ViewPoint Bank NA
Visible Changes Inc.
Vitol Inc.
VXI Global Solutions Inc.
VXL Houston Properties LLC
W.T. Byler Co.
W2007 MVP Dallas LLC
Waco, City of (TX)
Wahlco Metroflex
Wallace Theater Corp. II
Walsh & Watts Inc.
Warfab
Warrington Condominium, The
Warwick Towers Council of Co-Owners,
    The
Washington Gas Energy Services Inc.
Watco Cos. Inc.
Waters Partners LLC
Watson & Chalin Manufacturing Inc.
Waukesha-Pearce Industries Inc.
Weatherford Artificial Lift Systems LLC
Weatherford International Inc.
Weaver Manufacturing Co. Inc.
Wells Fargo Bank Northwest NA

Wells Fargo Dealer Services Inc.
Wesley, Kyle Scott
West Afton LLC
West Texas Municipal Power Agency
Westbury Housing Partners LP
Westchase Park View Landings Ltd.
Western Container Corp.
Western Extrusions Corp.
Western of Texas Forge & Flange Co.
Western Texas College
Westhill Place LP
Westinghouse Electric Co. LLC
Westview Drive Investments LLC
Whitmore Manufacturing Co., The
Whitson Foods LP
Willbanks Metals Inc.
William Marsh Rice University
Williamson Printing Corp.

Wills Point, City of (TX)
Wilmington Trust Co.
Wilsonart International Inc.
Wilsonart LLC
Wingo Feed Mill Inc.
Wire Forms Inc.
WireCo WorldGroup Inc.
Wise Regional Hospital Authority
Wm Renewable Energy LLC
WMI Merger Co. LLC
WoodsEdge Community Church
Worksoft Inc.
Worsham Steed Gas Storage LP
WPX Energy Marketing LLC
WTCC Houston Investors V LP
WTCC Houston Mezz GP V LLC
York Properties of Houston LLC
YRC Enterprises Services Inc.

# SCHEDULE 1(f)

## Debtholders and Bondholders

1776 CLO I
2367 - Western Asset Management High
    Income Portfolio Inc.
2497 - Pimco Income Strategy Fund II
3023 - VRS Bank Loan Portfolio
383 Madison Funding
3i Debt Management
3i Debt Management Investments Ltd.
3i Debt Management US LLC
40/86 Advisors
40/86 Strategic Income Fund
A.J. Sloane & Co.
AAA Northern California Nevada & Utah
    Insurance Exchange
ABCLO 2007-1 Ltd.
Aberdeen Asset Management
Aberdeen Loan Funding Ltd.
Aberdeen Management
Abry Partners
ACA CLO 2005-1 Ltd.
ACA CLO 2006-1 Ltd.
ACA CLO 2006-2 Ltd.
ACA CLO 2007-1 Ltd.
ACA Management LLC
ACIS CLO 2013 2 Ltd.
ACP Master Ltd.
Advanced Series Trust - AST High Yield
    Portfolio
Advanced Series Trust: AST J.P. Morgan
    Strategic Opportunities Portfolio
Advent Capital Management
Advent Global Opportunity Master Fund,
    The
Aegon
Aegon Custody BV RE MM High Yield
    Fund
AEGON USA Investment Management
    LLC
AEH CB LP

AFR - Fidelity Advisor Series I: Fidelity
    Advisor Floating Rate High Income
    Fund
AG Centre Street Partnership LP
AG Diversified Credit Strategies Master LP
AG Global Debt Strategy Partners LP
AG Super Fund International Partners LP
Ahab Capital Management
Ahab Capital Management Inc.
AIM Floating Rate Fund
Aimco CLO Series 2005-A
Aimco CLO Series 2006-A
Aladdin Capital
Alcentra
Alden Global Adfero BPI Fund Ltd.
Alden Global Distressed Opportunities
    Master Fund LP
Alliance Capital
AllianceBernstein LP
AllianceBernstein LP (US)
Allianz Global Investors
Allianz Global Investors US LLC
Allstate
Allstate Life Insurance Co.
Alzette European CLO SA
American AgCredit
American Century Investment Management
    Inc.
American Funds Insurance Series - B Fund
American Funds Insurance Series High
    Income Bond Fund
American Health Life Insurance Co.
American High-Income Trust
American Money Management
Ameriprise Certificate Co.
Ameriprise Financial Inc.
Amherst CLO Ltd.
Amundi
Amundi Alternatives Advent Global
    Opportunity Master Fund

AN Invest CLO II Ltd.
Anchorage Capital Group LLC
Anchorage Capital LLC
Anchorage Capital Master Offshore Ltd.
Andromeda Global Credit Fund Ltd.
Angelo Gordon
Angelo Gordon & Co.
Angelo Gordon & Co. LP - Private Account
ANS US Holdings Ltd.
Aon Investment Consulting Inc.
APG Asset Management
Apidos Capital Management LLC
Apidos CDO I
Apidos CDO II
Apidos CDO III
Apidos CDO IV
Apidos CDO V
Apidos CDO VI
Apidos Cinco CDO
Apidos Quattro CDO
Apollo / Stone Tower
Apollo Capital
Apollo Centre Street Partnership LP
Apollo Credit Funding I Ltd.
Apollo Credit Opportunity Fund III LP
Apollo Franklin Partnership LP
Apollo Global Management LLC
Apollo Management Holdings LP
Apollo Special Opportunities Managed
    Account LP
Apollo SPN Investments I Credit LLC
Appaloosa Management LP
Applied Fundamental Research LLC
Arch Investment Holdings IV Ltd.
Arch Reinsurance Ltd.
Archview Investment Group LP
Ares
Ares Institutional Loan Fund BV
Ares Management LLC
Ares Strategic Investment Management LLC
Ares Strategic Investment Partners III LP
Ares Strategic Investment Partners Ltd.
Ares XII CLO Ltd.
Ares XXII CLO Ltd.
Arizona State Retirement System
Arrowgrass

Arrowgrass Capital Partners (US) LP
Arrowgrass Capital Partners LLP
Arrowgrass Distressed Opportunities Fund
    Ltd.
Arrowgrass Master Fund Ltd.
Arrowood Indemnity Co.
Artio Global High Income Fund
Artio Global High Income Group Trust
    Fund
Artio Global Management LLC
Ascension Health
Asset Allocation & Management Co.
Associated British Foods Pension Scheme
ATP Investment Management
Atrium III
Atrium IV
Atrium V
Aucara Heights Inc.
Aurelius
Aurelius Capital Management LP
Aurelius Capital Master Ltd.
Aurelius Opportunities Fund II LLC
AustralianSuper
Automobile Club of Southern California
    Pension Plan
Avenue
Avenue Capital Group
Avenue Capital Management
Avenue Capital Management II LP
Avenue CLO Fund Ltd.
Avenue CLO II Ltd.
Avenue CLO III Ltd.
Avenue Investments LP
Avenue Investments LP
Aviary Capital Enterprises Inc.
Aviva Investors North America Inc.
BA/CS Credit 1 LLC
Babson Capital
Babson Capital Europe
Babson Capital Loan Strategies Master Fund
    LP
Babson Capital Management
Babson Capital Management LLC
Baker Street CLO II Ltd.
Baker Street Funding CLO 2005-I Ltd.
BALC - Ballyrock CLO II Ltd.

Balyasny Asset Management
Bank of America Fund
Bank of America Merrill Lynch
Bank of America NA
Bank of Oklahoma
Baptist Foundation of Texas
Barclays
Barclays Bank PLC
Barclays Bank PLC, Cayman Islands Branch
Barclays Bank PLC, New York Branch
Barclays Capital Inc.
Battalion CLO 2007-I Ltd.
Battery Park High Yield Long Short Fund Ltd.
Battery Park High Yield Opportunity Master Fund Ltd
Battery Park High Yield Opportunity Strategic Fund Ltd.
Baycare Health System
BBT Capital Management
BC Unlimited LLC
BC Unltd. LLC
Beach Point Capital
Beach Point Distressed Master Fund LP
Beach Point Loan Master Fund LP
Beach Point SCF 1 LP
Beach Point SCF IV LLC
Beach Point Select Master Fund LP
Beach Point Strategic Master Fund LP
Beach Point Total Return Master Fund LP
BeachPoint SCF Multi Port LP
Bell Atlantic Master Trust
Benefit Street Credit Alpha Master Fund Ltd.
Benefit Street Partners LLC
Benefit Street Strategic Fund Ltd.
Benida Group
Benida Group LLC, The
Bennet Management Corp.
Bennett Offshore Restructuring Fund Inc.
Bennett Restructuring Fund LP
Bentham Wholesale Global Income Fund
Bentham Wholesale Syndicated Loan Fund
Berkshire Hathaway Inc.
Beta Equities Inc.
Big River Group Fund SPC Ltd.

Bill & Melinda Gates Foundation Trust
Birch Capital Fund SPC Limited Bond Segregated Portfolio
BIS Postal Services Act 2011 Co. Ltd.
Black Diamond
Black Diamond Capital Management LLC
Black Diamond CLO 2005-2 Ltd.
BlackRock
BlackRock Advisors LLC
Blackrock Debt Strategies Fund Inc.
Blackrock Defined Opportunity Credit Trust
Blackrock Financial Management
Blackrock Floating Rate Income Strategies Fund Inc.
Blackrock Floating Rate Income Trust
Blackrock Funds II Blackrock Floating Rate Income Portfolio
Blackrock Global Investment Series: Income Strategies Portfolio
Blackrock Limited Duration Income Trust
Blackrock Secured Credit Portfolio of Blackrock Funds II
Blackrock Senior Floating Rate Portfolio
Blackstone / GSO
Blackstone Debt Advisors
Blackstone Special Funding (Ireland)
BLT 2009-1 Ltd.
BLT 24 LLC
BLT 27 LLC
BLT 33 LLC
BLT 36 LLC
BLT 42 LLC
BLT 8 LLC
BLT I LLC
Blue Crescent Fund LP
Blue Falcon Ltd.
Blue Mountain Capital Management LLC
Blue Mountain Capital Management LLC
Bluebay Asset Management
Bluecrest Capital
Bluecrest Capital International Master Fund Ltd.
Bluecrest Capital Management
BlueCrest Capital Management (New York) LP

BlueCrest Multi Strategy Credit Master Fund Ltd.
BMO Asset Management Inc.
BOC Pension Investment Fund
Boeing Co. Employee Retirement Plans Master Trust Investment Control Pool
Bond Fund of America, The
Boston Harbor CLO 2004-1
Boston Income Portfolio
BPC Opportunities Fund LP
Brentwood CLO Ltd.
Brevan Howard Asset Management LLP
Brevan Howard Credit Catalysts Master Fund Ltd.
Brevan Howard Master Fund Ltd.
BRF Senior Income LP
Brigade Capital
Brigade Capital Management LLC
Brigade Credit Fund II Ltd.
Brigade Distressed Value Master Fund Ltd.
Brigade Leveraged Capital Structures Fund Ltd.
Brigade Opportunistic Credit Fund 16 LLC
Brigade Opportunistic Credit Fund ICL LP
Brigade Opportunistic Credit LBG Fund Ltd.
Broad Street Funding LLC
Brookfield Investment
Brookfield Investment Management Inc.
Brownstone Investment Group LLC
BTG Pactual
BTG Pactual GLB Asset Management
BTG Pactual Global Asset Management
Bushnell Loan Fund II Subsidiary Holding Co. II LLC
California Public Employees Retirement System
California State Teachers Retirement System
Callidus Debt Partners CLO Fund III
Camulos Capital
Canaras Capital
Canaras Summit CLO Ltd.
Candlewood Credit Value Master Fund II LP
Candlewood Investment Group

Candlewood Investment Group LP
Candlewood Special Situations Master Fund Ltd.
Canyon Partners
Capital Research
Capital Research & Management Co. (US)
Capital Ventures International
Carl Marks Management
Carl Marks Strategic Investments LP
Carlson Capital
Carlyle
Carlyle Azure CLO Ltd.
Carlyle Bristol CLO Ltd.
Carlyle Daytona CLO Ltd.
Carlyle High Yield Partners IX Ltd.
Carlyle High Yield Partners VII Ltd.
Carlyle High Yield Partners VIII Ltd.
Carlyle High Yield Partners X Ltd.
Carlyle Investment Management LLC
Carlyle McLaren CLO Ltd.
Carlyle Partners
Carlyle Veyron CLO Ltd.
Carval Investors LLC
Caspian Capital LP
Castle Garden Funding
Castle Hill
Castle Hill Asset
Castle Holdings Trust 1
Castle Holdings Trust 2
Castlerigg Master Investment Ltd.
Caterpillar Financial
Caywood-Scholl Capital Management
CCP Acquisition Holdings
CCP Credit Acquisition Holdings LLC
CELF Advisors LLP
Cent CDO 10 Ltd.
Cent CDO 12 Ltd
Cent CDO 14 Ltd
Cent CDO 15 Ltd
Cent CDO XI Ltd.
Centerbridge
Centerbridge Credit Advisors LLC
Centerbridge Group
Centerbridge Partners
Centerbridge Special Credit Partners II LP
Centerbridge Special Credit Partners LP

Central States Southeast & Southwest Areas Health & Welfare Fund

Central States Southeast & Southwest Areas Pension Fund

Centurion CDO 8 Ltd.

Centurion CDO 9 Ltd.

Cetus Capital LLC

CFIM Hybrid Tri-Asset Fund

Chatham Asset Management

Chi Operating Investment Program L P

Childrens Healthcare of Atlanta Inc.

Chimney Rock Investments

Chou Associates

Chou Associates Management Inc.

Chrysler LLC Master Retirement Trust

CIFC Asset Management

CIFC Deerfield

Citadel Investment Group

Citadel Securities Trading LLC

Citi Private Bank

Citibank Hold (SLT)

Citibank NA

Citibank-Distressed Secondary

Citigroup Financial Products Inc.

Citigroup Global Markets Inc.

Citigroup Pension Plan

City of New York Group Trust

Claren Road

Claren Road Asset Management LLC

Claren Road Asset Management LLC

Claren Road Credit Master Fund Ltd.

Claren Road Credit Opportunities Master Fund Ltd.

CLF Finance Co. LLC

Clinton Group

Clover1 Loan Funding LLC

Club Pension Plan

Clydesdale CLO 2003 Ltd.

Clydesdale CLO 2007 Ltd.

CO Moore LP

COA Caerus CLO Ltd.

COA CLO 2010-2 Sub CBNA LLC

Coca Cola Co. Master Retirement Trust, The

COF II ST LLC

Columbia Funds Series Trust II Columbia Floating Rate Fund

Columbia Funds Variable Series Trust II Variable Portfolio

Columbia Management

Columbia Management Investment Advisers LLC

Columbia Strategic Income Fund

Columbia Strategic Income Fund Variable Series

Commercial Industrial Finance Corp.

Commerz Markets LLC

Commingled Pension Trust Fund (High Yield Bond) of JPMC Bank NA

Commingled Pension Trust Fund (High Yield) of JPMorgan Chase Bank NA

Confluent 2 Ltd.

Confluent 4 Ltd.

Conning Asset Management

Conocophillips Master Trust

Constellation Capital

Consumer Program Administrators Inc.

Contrarian Capital Management LLC

Contrarian Funds LLC

Cornell University

Corporate Debt Opportunities Fund LP

Cortland Capital

Cortland Capital Market

Credit Capital Investments LLC

Credit Suisse

Credit Suisse Alternative Capital Inc.

Credit Suisse Asset Management LLC (CSAM)

Credit Suisse Asset Management LLC (US)

Credit Suisse Asset Manager

Credit Suisse Capital LLC

Credit Suisse Dollar Senior Loan Fund Ltd.

Credit Suisse Floating Rate High Income Fund

Credit Suisse Global Hybrid Income Fund

Credit Suisse High Income Fund

Credit Suisse Loan Funding LLC

Credit Suisse Securities (USA) LLC

Credit Suisse Strategic Income Fund

Credit Suisse Syndicated Loan Fund

Credit Suisse, Cayman Islands Branch

Credit Value Master Fund III LP

Credit Value Partners Distressed Duration Master Fund LP
Credit Value Partners LP
Credit Value Partners LP
Crescent 1 LP
Crescent Alternative Credit Partners LP
Crescent Capital
Crescent Capital Group LP
Crescent Senior Secured Floating Rate Loan Fund LLC
CRS Master Fund LP
CSAA Insurance Exchange
CSS LLC
CSS LLC
CVC Credit Partners
CVF Lux Securities Trading SARL
CVI CVF II Lux Securities Trading SARL
CVI GVF CLO 1 Ltd.
CVIC II Lux Securities Trading SARL
CVIC Lux Securities Trading SARL
CWD OC 522 Master Fund Ltd.
Cyrus Capital Partners LP
Cyrus Capital Partners LP (US)
Cyrus Opportunities Master Fund II
Cyrus Select Opportunities Master Fund Ltd.
DA Capital LLC
Danske Bank
Danske Bank A/S (Asset Management)
Davidson Kempner Partners
DBSO Limited CDO Corp.
DCF Capital LLC
DCF Partners LP
DDJ Capital Management LLC
De Meer
Deep Value Hedged Income
Delaware Corporate Bond Fund A Series, Delaware Group Income Funds
Delaware Diversified Income Trust
Delaware Group Foundation Funds, Delaware Conservative Allocation Portfolio
Delaware Group Foundation Funds, Delaware Moderate Allocation Portfolio
Delaware Group Income Funds - Delaware Diversified Floating Rate Fund
Delaware Group Income Funds, Delaware High-Yield Opportunities Fund
Delaware Investments
Delaware Pooled Trust - The Core Pl Fixed Income Portfolio
Delaware VIP Trust - DE VIP High Yield Series
Delaware VIP Trust - Delaware VIP Limited-Term Diversified Income Series
Deutsche Asset Management
Deutsche Asset Management Syndicate
Deutsche Bank
Deutsche Bank - FM
Deutsche Bank AG, Cayman Islands Branch
Deutsche Bank AG, London Branch
Deutsche Bank AG, New York Branch
Deutsche Bank Securities Inc.
Deutsche Investment Management Americas Inc.
DiMaio Ahmad Capital LLC
Diversified Credit Portfolio Ltd.
DK Acquisitions Partners LP
DK Partners
DO S1 Ltd.
Doral Bank
Dow Employees Pension Plan
Dow Retirement Group Trust
Drawbridge Investment Ltd.
Drawbridge Special Opportunities Fund LP
Drawbridge Special Opportunities Fund Ltd.
Duane Street CLO 1 Ltd.
Duane Street CLO II Ltd.
Duane Street CLO III Ltd.
Duane Street CLO IV Ltd.
Duane Street CLO V Ltd.
DuPont Capital Management Corp.
DW Investment Management LP
Eastland CLO Ltd.
Eaton Vance
Eaton Vance - Grayson & Co. Fund
Eaton Vance Floating Rate Income Fund
Eaton Vance High Yield
Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio
Eaton Vance Limited Duration Income Fund

Eaton Vance Management
Eaton Vance Management Inc.
Eaton Vance Medallion Floating-Rate
    Income Portfolio
Eaton Vance Prime Fund Inc.
Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Income Trust
Eaton Vance Short Duration Diversified
    Income Fund
Eaton Vance VT Floating-Rate Income
    Fund
Eaton Vance-Floating Rate Income Trust
Elliott Associates LP
Elliott International Capital Advisors Inc.
Elliott International LP
Ellis Lake Capital LLC
Ellis Lake Master Fund LP
Emerson Place CLO Ltd.
Employees' Retirement Fund of The City of
    Dallas
Energy Future Holdings
Energy Future Intermediate Holdings
Ensign Peak
Ensign Peak Advisors Inc.
Epic Asset Management
Equity Group Investments
Essex Park CDO Ltd
Estors CLO I Ltd.
Euroclear Bank
Fairway Fund Ltd.
Farallon Capital Management LLC (US)
Farmstead Capital Management
FCO MA Centre Street LP
FCO MA II UB Securities LLC
FCO MA III LP
FCO MA III UB Securities LLC
FCO MA LSS LP
FCO MA Maple Leaf LP
FCO MA ML Corp.
FCO MA SC LP
FCOF II UB Investments LLC
FCOF II UB Securities LLC
FCOF II UST LLC
FCOF III UB Investments LLC
FCOF UB Investments LLC
FCOF UST LLC

Federated Investment Management Co.
Fedex Corp. Employees Pension Trust
Feingold O'Keeffe
Feingold O'Keeffe Capital LLC
Fenwick Recovery Master Fund Inc.
Fernwood Associates LLC
Fernwood Foundation Fund LLC
Fernwood Restructuring Ltd.
FGOY Investments Corp.
FGOY Securities Ltd.
Fidelity Central Investment Portfolios LLC
Fidelity Floating Rate Central Fund
Fidelity Floating Rate High Income
    Investment Trust
Fidelity Investments
Fidelity Management & Research Co.
Fidelity Series Floating Rate High Income
    Fund
Fidelity Summer Street Trust
Fifth Street Capital LLC
Fir Tree
First 2004-I CLO Ltd.
First Trust Advisors LP
First Trust High Yield Long Short ETF
First Trust Senior Floating Rate Income
    Fund II
First Trust Senior Loan Fund
First Trust Short Duration High Income
    Fund
First Trust Strategic High Income Fund II
First Trust Tactical High Yeild ETF
First Trust/Four Corners Senior Floating
    Rate Income Fund II
Firstenergy System Master Retirement Trust
Flagship CLO IV
Flagship CLO V
Flagship CLO VI
Fonds Voor Gemene Rekening
    Beroepsvervoer
Footprints Asset Management
Footprints Asset Management & Research
    Inc.
Fore CLO Limited 2007-I
Fore ERISA
Fore Multi Strategy Fund Ltd.
Fore Research

Fore Research & Management LP
Fortress Credit Opportunities I LP
Fortress ETXU LLC
Fortress Investment Group LLC
Forum Funds
Founders Grove CLO Ltd.
Four Corners Capital Management
Franklin
Franklin Advisers Inc.
Franklin Advisors Inc.
Franklin Custodian Funds Inc.
Franklin Floating Rate
Franklin High Income Fund (Canada)
Franklin High Income Securities Fund
Franklin High Income Trust
Franklin Income Fund
Franklin Income Securities Fund
Franklin Institutional Global High Yield
Franklin Mutual Advisers LLC
Franklin Mutual Advisers LLC
Franklin Templeton Variable Insurance
    Products Trust
Franklin Universal Trust
Fraser Sullivan CLO V Ltd.
Fraser Sullivan Investment Management
FS Investment Corp.
FTS SIP Corp.
FTS SIP LP
Fubon Asset Management Co. Ltd.
Future Directions Credit Opportunities Fund
Future Fund Board of Guardians
Galaxy CLO 2003-1 Ltd.
Gallatin CLO II 2005-1 Ltd.
GAMCO Asset Management Inc.
Garland Business Corp.
Gateway CLO Ltd.
General Board of Pension & Health Benefits
    of The United Methodist Church
General Electric Pension Trust
General Motors Canadian Hourly Rate
    Employees Pension Plan, The
General Motors Canadian Retirement
    Program For Salaried Employees, The
General Motors Hourly Rate Employes
    Pension Trust, The

General Retirement System of The City of
    Detroit
GIC Private Ltd.
GK Debt Opportunity Fund Ltd.
Gleneagles CLO Ltd.
Global Bond Investors SA
Global Credit Advisers
Global Credit Advisers LLC
GM Canada Foreign Trust, The
GMO
GMO Credit Opportunities Fund LP
GMO Mean Reversion Fund (Onshore)
Golden Knight II CLO Ltd.
Golden Tree
GoldenTree Asset Management LP (US)
Goldentree Loan Opportunities III Ltd.
Goldentree Loan Opportunities IV Ltd.
Goldentree Loan Opportunities V Ltd.
Goldman Sachs
Goldman Sachs Credit
Goldman Sachs Lending Partners LLC
Goldman Sachs Trust II Goldman Sachs
    Multi Manager Alternatives Fund
Golub Capital
Good Hill
Goodwin Capital Advisers
Government of Singapore Investment Corp.
    Pte Ltd.
Gracie Asset Management
Grand Horn CLO Ltd.
Granite Bay Long/Short Credit Master Fund
    LP
Grant Grove CLO Ltd.
Grantham Mayo Van Otterloo & Co. LLC
Grayson & Co.
Grayson CLO Ltd.
Grayston CLO 2001-1
Great West Putnam High Yield Bond Fund
Greenbriar CLO Ltd.
Greyrock CDO Ltd.
Greystone Investments
Gruss
Gruss Asset Management
Gruss Global Investors Master Fund
    (Enhanced) Ltd.
Gruss Global Investors Master Fund Ltd.

GSC Capital
GSC Group CDO Fund VIII Ltd.
GSC Partners
GSC Partners CDO Fund IV Ltd.
GSC Partners CDO Fund V Ltd.
GSC Partners CDO Fund VII Ltd.
GSC Partners CDO Fund VIII Ltd.
GSO Capital Partners LP
GSO/Blackstone Debt Funds Management
    LLC
Guardian Loan Opportunities Ltd.
Guggenheim Portfolio Co. X LLC
Gulf Stream - Sextant CLO 2006-I Ltd.
Gulf Stream Compass CLO 2005-II Ltd.
Gulf Stream Sextant CLO 2007 1 Ltd.
Gulf Stream-Compass CLO 2007 Ltd.
Gulf Stream-Rashinban CLO 2006-1 Lt
Halcyon
Halcyon Asset Management LLC
Halcyon Loan Investors CLO I Ltd.
Halcyon Loan Investors CLO II Ltd.
Halcyon Restructuring
Halcyon SAM CLO 2008-II BV
Halcyon SAM European CLO 2007-1 BV
Halcyon SAM LS/SU 2007-1 Ltd.
Halcyon SAM LS/SU 2007-2 Ltd.
Halcyon SAM LS/SU CLO II Ltd.
Hampton Funding LLC
Harbourmaster Capital
Harbourview CLO 2006-I
Harch Capital Management
Harch CLO II Ltd.
Hartford Balanced Income Fund, The
Hartford Floating Rate Fund, The
Hartford High Yield Fund, The
Hartford High Yield HLS Fund, The
Hartford Investment Management Co.
Hartford Strategic Income Fund, The
Hartford Unconstrained Bond Fund, The
Harvard Management
Harvest CLO V PLC
Hayman Capital
Hayman Capital Master Fund LP
HBK Investments LP
HBK Master Fund LP
Helios Advantage Income Fund Inc.

Helios High Income Fund Inc.
Helios High Yield Fund
Helios Multi Sector High Income Fund Inc.
Helios Strategic Income Fund Inc.
Hewett's Island CLO II Ltd.
Hewetts Island CLO VI Ltd.
Hewitt Ennisknupp Inc.
HFR RVA Advent Global Opportunity
    Master Trust
HIG Whitehorse
HIG Whitehorse Capital LLC
High Income Opportunities Portfolio
High Income Portfolio
Highbridge
Highbridge Capital
Highbridge International LLC
Highbridge Principal Strategies Credit
    Opportunities Master Fund LP
Highfields Capital Management
Highland Capital
Highland Capital Management FM
Highland Capital Management LP
Highland Credit Opportunities CDO Ltd.
Highland Floating Rate Opportunities Fund
Highland Iboxx Senior Loan ETF
Highland Loan Master Fund LP
Highland Special Situations Fund
Highlander Euro CDO BV
Highlander Euro CDO II BV
HighTower Advisors LLC
HighVista Strategies
Hillmark Capital
Hillmark Funding Ltd.
HIMCO
Honeywell Common Investment
Hotchkis & Wiley Capital Management
    LLC
HSBC Wealth Management
HSBC Wealth Management Services
    (Private Account)
Hudson Bay Capital Management LP
Hugheson Ltd.
Hyperion Brookfield Asset Management
IBM Personal Pension Plan Trust
Icahn Associates
IDS Life Insurance Co.

IG Putnam US High Yield Income Fund
Igchys - IG FI Canadian Allocation Fund
Ignis Asset Management
Illinois State Board of Investment
Income Fund of America, The
Industriens Pension Portfolio FMBA High Yield Obligationer 1
Industriens Pension Portfolio FMBA High Yield Obligationer III
ING (L) Flex-Senior Loans
ING Capital LLC
ING Financial Markets LLC
ING International (II) - Senior Loans
ING Investment Management CLO II Ltd.
ING Investment Management CLO III Ltd.
ING Investment Management CLO IV Ltd.
ING Investment Management CLO V Ltd.
ING Investment Management LLC
ING Investment Trust Co. Plan For Employee Benefit Investment Funds - Senior Loan Fund
ING Investments
ING Investments Management Co.
ING Prime Rate Trust
Innocap Fund SICAV PLC In Respect of Mason Sub Fund
Innocap Fund SICAV PLC In Respect of Russell Sub Fund
Intermarket Corp.
International Monetary Fund Retired Staff Benefits Investment Account
International Monetary Fund Staff Retirement Plan
International Paper Co. Commingled Investment Group Trust (Oaktree)
International Paper Co. Commingled Investment Group Trust (Wellington)
Interpolis Pensioenen Global High Yield Pool
Invesco Dynamic Credit Opportunities
Invesco Floating Rate Fund
Invesco Funds III-Invesco US Senior
Invesco Kampen Senior Loan Fund
Invesco PowerShares Capital Management LLC
Invesco Senior Income Trust

Invesco Senior Loan Fund
Invesco Senior Secured Management Inc.
Invesco Van Kampen Dynamic Credit Opportunities Fund
Invesco Van Kampen Senior Income
Invesco Zodiac Funds-Invesco US Senior Loan Fund
Investors Canadian High Yield Income Fund
Iowa Public Employees Retirement System
Iowa Public Employees' Retirement System - IPERS (Oaktree)
Ivy Funds VIP High Income
Ivy High Income Fund
J. Caird Investors (Bermuda) LP
J. Caird Partners LP
Janus Capital
Janus Capital Funds PLC
Janus Capital Group
Janus US High Yield Fund
Jasper CLO Ltd.
Jaws Capital LP
Jefferies Capital
Jeffries High Yield
Jersey Street CLO Ltd.
JHF II Multi Sector Bond Fund
JHF II Short Duration Credit Opportunities Fund
JHF II-Global High Yield Fund
JHYF 1 Loan Funding LLC
JMP Credit Advisors
John Hancock
John Hancock Fund II - Floating Rate Income Fund
John Hancock Hedged Equity & Income Fund
JP Morgan
JP Morgan Investment Management
JP Morgan Investment Management Inc.
JP Morgan Leveraged Loans Master Fund LP
JP Morgan Private Bank
JP Morgan Securities LLC
JP Morgan Securities LLC (Broker)
JP Morgan Whitefriars Inc.
JPM Chase
JPM Whitefriars Inc.

JPMBI RE Blackrock Bank Loan Fund
JPMC Retirement Plan Brigade Bank Loan
JPMorgan Asset Management
JPMorgan Asset Management-Cincinnati
JPMorgan Chase
JPMorgan Chase Bank NA
JPMorgan Chase Retirement Plan, The
JPMorgan Core Plus Bond Fund
JPMorgan Floating Rate Income Fund
JPMorgan High Yield Fund
JPMorgan Income Builder Fund
JPMorgan Strategic Income Opportunities
    Fund
Julius Baer Global High Group Trust Fund
Julius Baer Global High Income Fund
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Katonah Debt Advisors LLC
Katonah IX CLO Ltd.
Katonah VII CLO Ltd.
Katonah VIII Ltd.
Katonah X CLO Ltd.
KDP Asset Management
Kil Loan Funding LLC
Kildonan Castle
Kilimanjaro
Kilimanjaro Advisors LLC
King Street Acquisition Co. LLC
King Street Capital Management LP
Kingsland Capital Management LLC
Kingsland I Ltd.
Kingsland II Ltd.
Kingsland III Ltd.
Kingsland IV Ltd.
Kingsland V Ltd.
KKR
KKR & Co. LP
KKR Asset Management LLC
KKR Debt Investors II (2006) (Ireland) LP
KKR Financial CLO 2005 2 Ltd.
KKR Financial CLO 2005-1 Ltd.
KKR Financial CLO 2006-1 Ltd.
KKR Financial CLO 2007-1 Ltd.
KKR Financial CLO 2007-A Ltd.
KKR Financial Holdings LLC
Kloiber Investments LLC

Knight Capital Group
Knight Libertas LLC
Knight Loans LLC
KS Capital Partners LP
KS International Master Ltd.
KS Management
KS Management Corp.
KTRS Credit Fund LP
L-3 Communications Corp. Master Trust
Laguna Funding LLC
Landmark IX CDO Ltd.
Landmark V CDO Ltd.
Landmark VI CDO Ltd.
Landmark VII CDO Ltd.
Landmark VIII CLO Ltd.
LaSalle Bank NA
Latitude CLO I
Latitude CLO II Ltd.
Latitude CLO III Ltd.
Leveragesource III LP
Leveragesource III SARL
Leveragesource V SARL
LGT Multi Manager Bond High Yield USD
Liberty CLO
Liberty Mutual
Liberty Mutual Employees Thrift Incentive
    Plan
Liberty View Capital Managemant
Libertyview Capital
LibertyView Capital Management
Libertyview Loan Fund LLC
Libra Global Ltd.
Life Insurance of The Southwest
Lightpoint CLO V Ltd.
Lightpoint CLO VII Ltd.
Lightpoint CLO VIII Ltd.
Lincoln National Life Insurance Co.
    Separate Account 12, The
Lincoln National Life Insurance Co.
    Separate Account 20, The
Lincoln Variable Insurance Products Trust -
    LVIP Delaware Foundation Moderate
    Allocation
Lincoln Variable Insurance Products Trust-
    The LVIP Delaware Foundation
    Conservative Allocation

Linden Advisors LLC
Linden Capital LP
Litespeed Management LLC
Litespeed Master Fund Ltd.
Littlejohn Opportunities Master Fund LP
LLT Ltd.
LMA SPC
Loan Funding IV LLC
Loan Funding VII LLC
Loan Strategies Funding LLC
Lockheed Martin Corp. Master Retirement
    Trust
Loeb Capital Management
Loeb Partners
Logan Circle
Logan Circle Partners LP
Lonestar Capital Management
Longhorn Capital DT LP
Longhorn Capital LP
Longhorn Credit Funding LLC
Loomis Sayles
Loomis Sayles & Co. LP
Loomis Sayles Absolute Strategies Trust
Loomis Sayles Bond Fund
Loomis Sayles CLO I Ltd.
Loomis Sayles Strategic Alpha Trust
Loomis Sayles Strategic Income Fund
Lord Abbett
Lord Abbett & Co. LLC
Lord Abbett Investment Trust - Floating
    Rate Fund
Lord Abbett Investment Trust-High Yield
    Fund
Los Angeles County Employees Retirement
    Association
Louisiana State Employees' Retirement
    System (JP Morgan)
Louisiana State Employees' Retirement
    System (Nomura)
LSR Loan Funding LLC
Lucent Technologies Inc. Master Pension
    Trust
Lufkin Advisors LLC
Luminous Capital Global Credit
    Opportunities Fund A LP
Luminus Energy Partners Master Fund

Luminus Management
Luminus Management LLC
Luminus Partners
Lumx Beach Point Total Return Fund Ltd.
Lutetium Capital
Luxor Capital Group LP
LVIP-JP Morgan High Yield Fund
Lyles Investments
MAC Capital Ltd.
MacKay Shields LLC
Macquarie Bank Ltd.
Macquarie Bank Ltd.-Sydney Head Office
Macquarie Investment Management
Macys Inc. Defined Benefit Plans Master
    Trust
Madison Park Funding I Ltd.
Madison Park Funding II Ltd
Madison Park Funding III Ltd
Madison Park Funding IV Ltd.
Madison Park Funding V Ltd.
Madison Park Funding VI Ltd.
Magnetar Financial LLC
Managed Accounts Master Fund Services
    Map 13
Managers High Yield Fund
Manikay Master Fund LP
Manikay Partners LLC
Manulife Asset Management (US) LLC
Manulife Asset Management LLC
Manulife Floating Rate Income Fund
Manzanita Investments LP
Map 139 Segregated Portfolio of LMA SPC
MAP 89 Segregated Portfolio
Marathon Asset Management
Marathon Asset Management LP
Marathon Blue Active Fund Ltd.
Marathon Centre Street Partnership
Marathon CLO II Ltd.
Marathon Credit Dislocation Fund LP
Marathon Credit Opportunity Master Fund
    Ltd.
Marathon Liquid Credit Long Short Fund
Marathon Special Opportunity Master Fund
    Ltd.
Mariner
Mariner Investment Group LLC

Mariner LDC
Marksbury Investments LLC
Marlborough Street CLO Ltd.
Marret Asset Management
Mason Capital
Mason Capital LP
Mason Capital Management LLC
Mason Capital Master Fund LP
Massachusetts Financial
Massachusetts Mutual Life Insurance Co.
Master Foods Investments LLC
Master SIF SICAV SIF
MatlinPatterson
MatlinPatterson Capital
Matlinpatterson Distressed Opportunities
    Master Account LP
Matlinpatterson Fund Iv (Hedge) Master
    Account LP
MatlinPatterson Global Advisers LLC
Maxim Putnam High Yield Bond Portfolio
    of Maxim Series Fund Inc.
Mayport CLO Ltd.
McDermott Master Trust
McDonnell Loan Opportunity II Ltd.
Mercer Park / Sandelman
Meritage Fund LLC
Merrill Lynch Pierce Fenner & Smith Inc.
Merrill Lynch Pierce Fenner & Smith Inc.
    (Broker)
Met Investors Series Trust - Met/Eaton
    Vance Floating Rate Portfolio
MetLife Investment Advisors Co. LLC
Metropolitan West Asset Management
Metropolitan West High Yield Bond Fund
Metropolitan West Low Duration Bond
    Fund
Metropolitan West Total Return Bond Fund
MFS Investment Management
Microsoft Global Finance Ltd.
Midtown Acquisitions LP
Missouri Education Pension Trust
Mizuho Asset Management
MJX Asset Management LLC
Moab Capital Partners
Moab Partners LP
Momentum Capital Fund Ltd.

Montgomery County Employees Retirement
    System
Monument Park CDO Ltd.
Moore Capital
Morgan Stanley & Co. LLC
Morgan Stanley Senior Funding Inc.
Morgan Stanley Smith Barney LLC
Mount Kellett
Mount Kellett Capital Management LP
Mountain View CLO II Ltd.
Mountain View CLO III Ltd.
Mountain View Funding CLO 2006-1
MP Credit Partners
MP Senior Credit Partners
MSD Capital LP
MSD Credit Opportunity Master Fund LP
MSD Investments
MSD Value Investments LP
MT Wilson CLO II Ltd.
MT Wilson CLO Ltd.
Multimix Wholesale Diversified Fixed
    Interest Trust
Municipal Employees Retirement System of
    Michigan
Murphy & Durieu
Murphy & Durieu LP
Musashi II Ltd.
Muzinich & Co. Inc.
MV Credit Opportunity Fund LP
Napier Park Global Capital LLC
Nash Point CLO
National Elevator Industry Pension Plan
National Investment Services High Yield
    Fund LLC
National Life Insurance Co.
National Railroad Retirement Investment
    Trust - High Yield
NB Distressed Debt Investment Fund Ltd.
NB Distressed Debt Master Fund LP
NCRAM Loan Trust
Neptune Finance CCS Ltd.
Neuberger Berman
Neuberger Berman Alternative Funds:
    Neuberger Berman Absolute Return
    Multi Manager Fund
Neuberger Berman Fixed Income LLC

Neuberger Berman High Income Bond Fund
Neuberger Berman High Income Fund LLC
Neuberger Berman High Yield Bond Fund
New Fleet Asset Management LLC
New York City Employees Retirement
    System
New York City Police Pension Fund
New York Life
New York Times Co. Pension Trust
Newfleet * Hartford
Newfleet * SA
Newfleet Asset Management
Newfleet Asset Management LLC
Nexpoint Credit Strategies Fund
NGM Insurance Co.
Nicholas Applegate
Nob Hill CLO Ltd.
Nomura Bond & Loan Fund
Nomura Corporate Funding Americas LLC
Nomura Corporate Reaserch & Asset
    Management Inc.
Nomura Corporate Research
Nomura Corporate Research & Asset
    Management Inc. (US)
Nomura Global Financial Products Inc.
Nomura International PLC
Nomura Securities International Inc.
Nomura US Attractive Yield Corporat Bond
    Fund Mother Fund
Nordkap Bank AG
North Dakota State Investment Board
Nuveen Asset Management LLC
Oak Hill Advisors LP
Oak Hill Credit Alpha Master Fund LP
Oak Hill Credit Opportunities Financing
    Ltd.
Oak Hill Credit Partners
Oak Hill Credit Partners II Ltd.
Oaktree Capital Management LP
Oaktree FF Investment Fund LP
Oaktree High Yield Fund II LP
Oaktree High Yield Fund LP
Oaktree High Yield Plus Fund LP
Oaktree Huntington Investment Fund LP
Oaktree Loan Fund 2X (Cayman) LP

Oaktree Opportunities Fund VIII (Parallel 2)
    LP
Oaktree Opportunities Fund VIII Delaware
    LP
Oaktree Opportunities Fund VIIIB Delaware
    LP
Oaktree Opps IX Holdco Ltd.
Oaktree Opps IX Parallel 2 Holdco Ltd.
Oaktree Senior Loan Fund LP
Oaktree Value Opportunities Fund Holdings
    LP
OCA Brigade Credit Fund II LLC
Ocean Trails CLO I
Ocean Trails CLO II
Och-Ziff Capital Management
OCM High Yield Trust
OCM Opportunities Fund VII Delaware LP
OCM Opportunities Fund VIIB Delaware
    LP
OCP Investment Trust
Ohio Police & Fire Pension Fund
OHSF II Financing Ltd.
Oklahoma Teachers Retirement System
Omega Advisors Inc.
Omega Capital Investors LP
Omega Overseas Partners Ltd.
Onex Credit Partners LLC
Onex Debt Opportunity Fund Ltd.
Onex Senior Credit Fund LP
Oppenheimer Funds
OppenheimerFunds Inc.
Optimum Trust-Optimum Fixed Income
    Fund
Oregon Public Employees Retirement Fund
Otlet Capital Management
Otlet Capital Management LP
Owl Creek Asset
Owl Creek Asset Management
Owl Creek Investments I LLC
Oz Management LLC
OZ Management LP
Oz Special Master Fund Ltd.
OZF Credit Opportunities Master Fund II
P River Birch Ltd.
P. Schoenfeld Asset Management LP
Pacholder High Yield Fund

Pacific Gas & Electric Co. Post Retirement Medical Plan Trust - Non-Management Employees & Retirees
Pacific Life Fund Advisors LLC
Pacific Life Funds - PL Floating Rate Loan Fund
Pacific Life Insurance
Pacific Select Fund - Floating Rate Loan Portfolio
Pacific Select Fund - High Yield Bo Portfolio
Palmetto Investors Master Fund LLC
Panning Capital
Panning Capital Management
Panning Master Fund LP
Par Four Investment
Par IV Funding
Patton Albertson & Miller LLC
Paulson & Co.
PCI Fund LLC
Peak6 Investments
PECM Strategic Funding LP
Penn Capital Management
Penn Mutual Life Insurance Co.
Penn Mutual Life Insurance Co. (Asset Management)
Pennsylvania State Employees Retirement System, Commonwealth of
Pennsylvania Treasury Department, Commonwealth of
Penteli Master Fund Ltd.
Perella Weinberg Partners
Perella Weinberg Partners Capital Management LP
Perella Weinberg Partners Xerion Master Fund Ltd.
Permal Contrarian Fund I Ltd.
Permal LGC Ltd.
Permal Stone Lion Fund Ltd.
Perry Capital
Perry Principals LLC
Petrusse European CLO SA
PFA Asset Management
PFA Kapitalforvaltning Fondsmæglerselskab A/S
PG&E Corp. Retirement Master Trust

Phillips 66 Co.
Phoenix
Phoenix Edge Series Fund: Phoenix Multi Sector Fixed Income Series
Phoenix Investment Adviser LLC
Phoenix Investment Adviser LLC
Phoenix Investment Partners
Phoenix Life Insurance Co.
Phoenix Multi-Sector Fixed Income Fund
Phoenix Multi-Sector Short Term Bond Fund
Phoenix Senior Floating Rate Fund
Pictet Funds (Lux)
Pictet US High Yield
PIMCO
PIMCO - Pacific Investment Management Co.
Pimco Cayman Global Credit Alpha Fund
Pimco Cayman Global Credit Libor Plus Fund
Pimco Foreign Bond Fund (US Dollar-Hedged)
Pimco Global High Yield Strategy Fund
Pimco High Income Fund
Pimco Long - Term Credit Fund
Pine River Capital Management LP
Pine River Credit Relative Value Master Fund Ltd.
Pine River Fixed Income Master Fund Ltd.
Pine River Master Fund Ltd.
Pine River Opportunistic Credit Master Fund LP
Pinebridge
Pinebridge Investments LLC
Pioneer Diversified High Income Trust
Pioneer High Income Trust
Pioneer Investment
Pioneer Investment Management Inc.
Point State Capital LP
Pointstate Capital LP
Pointstate Fund LP
Post Advisory
Post Advisory Group
Post Advisory Investment LLC
Post Leveraged Loan Master Fund LP
Post Strategic Master Fund LP

Post Total Return Master Fund LP
Powershares Senior Loan Portfolio
PPM America Inc.
Primerica Life Insurance Co.
Primus CLO I Ltd.
Princeton Advisory
Principal Financial
Principal Financial Group
Principal Funds Inc. - High Yield Fund I
Principal Funds Inc.- Bond & Mortgage
    Securities Fund
Principal Funds Inc. High Yield Fund
Principal Global Investors LLC
Principal Investors Fund Inc.- Bond &
    Mortgage Securities Fund
Principal Life Insurance Co.
Principal Life Insurance Co. - Bond &
    Mortgage Separate Account
Principal Life Insurance Co. On Behalf of
    One Or More Separate Accounts
Principal Variable Contracts Fund Inc. Bond
    & Mortgage Securiities Account
ProFund Advisors LLC
Prospect Harbor Credit Partners LP
Protective Life
Protective Life Insurance Co.
Providence Equity
Providence Equity Partners
Prudential
Prudential Insurance
Prudential Investment Management Inc.
Prudential Series Fund: Diversified Bond
    Portfolio
Prudential Series Fund: High Yield Bond
    Portfolio, The
PSAM
Public Employees Retirement System of
    Ohio
Putnam
Putnam Absolute Return 500 Fund
Putnam Absolute Return 700 Fund
Putnam Asset Allocation Funds
    Conservative Portfolio
Putnam Asset Allocation Funds: Balanced
    Portfolio
Putnam Diversified Income Trust

Putnam Diversified Income Trust (CA
    Master Fund)
Putnam Dynamic Asset Allocation Growth
    Fund
Putnam Floating Rate Income Fund G Rate
    Income Fund
Putnam Global Funds - Putnam World Wide
    Income Fund
Putnam Global Income Trust
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Investment Management LLC
Putnam Investments
Putnam Master Intermediate Income Trust
Putnam Premier Income Trust
Putnam Retirement Advantage GAA
    Balanced Portfolio
Putnam Retirement Advantage GAA
    Conservative Portfolio
Putnam Retirement Advantage GAA
    Growth Portfolio
Putnam Retirement Advantage GAA Income
    Strategies Portfolio
Putnam Total Return Fund LLC
Putnam Total Return Trust
Putnam Variable Trust-Private Diversified
    Income Fund
Putnam Variable Trust-Private High Yield
    Fund
Putnam VT: Global Asset Allocation Fund
Pyramis Floating Rate High Income
    Commingled Pool Fund
Pyxis Capital LP
Pyxis Credit Strategies Fund
Pyxis Floating Rate Opportunities Fund
Pyxis Iboxx Senior Loan ETF
Pyxis Special Situations Fund
Qantas Superannuation Plan
Qualcomm Global Trading Inc.
Qualcomm Global Trading Pte Ltd.
Race Point III CLO Ltd.
Race Point IV CLO Ltd.
RBC
RBC Capital Markets LLC
RBC Dexia Investor Services Trust
RBS

RBS Greenwich Capital
RBS Securities Inc.
Red River CLO Ltd.
Redwood Capital Management LLC
Reef Road Capital
Reef Road Master Fund Ltd.
Regatta Funding Ltd.
Regents of The University of California
Regiment Capital
Regiment Capital Advisors
Regiment Capital Ltd.
Relative Value A Series of Underlying
    Funds Trust
Relative Value Partners LLC
Renaissance Reinsurance Ltd.
RidgeWorth Capital Management Inc.
River Birch Capital LLC
River Birch Master Fund LP
Riversource Life Insurance Co.
Rockwall CDO II Ltd.
Rockwall CDO Ltd.
Royal Bank of Canada
Royal Bank of Scotland Group PLC, The
Royal Mail Pension Plan
Russell Investment Co. Russell Multi
    Strategy Alternative Fund
Russell Strategic Bond Fund
Ryan Labs
Saba Capital Management LP
Saba Capital Master Fund II Ltd.
Safety Insurance Co.
Safety National Casualty Corp.
Salient Advisors LP
Salomon Brothers Holding Co. Inc.
San Francisco City & Country Employees'
    Retirement System
San Gabriel CLO I Ltd.
San Joaquin County Employees' Retirement
    Association
Sandell Asset Management
Sanford C. Bernstein Fund Inc. II
    Intermediate Duration Portfolio
Sankaty
Sankaty Advisors LLC
Sankaty Beacon Investment Partners LP

Sankaty Credit Opportunities (Offshore
    Master) IV LP
Sankaty Credit Opportunities III LP
Sankaty Credit Opportunities IV LP
Sankaty Credit Opportunities V A LP
Sankaty Credit Opportunities V A2 Master
    LP
Sankaty Credit Opportunities V B LP
Sankaty Drawbridge Opportunities LP
Sankaty High Income Partnership LP
Sankaty Managed Account (PSERS) LP
Sankaty Managed Account (UCAL) LP
Sankaty Managed Account TCCC LP
Sankaty Senior Loan Fund LP
Sankaty Senior Loan Fund PLC
Saratoga Partners
SC Credit Opportunities Mandate LLC
Sciens Capital Management
Scoggin Capital
Scoggin Capital Management
Scoggin Capital Management II LLC
Scoggin Capital Management LP II
Scoggin International Fund Ltd.
Scoggin Worldwide Fund Ltd.
Scotiabank
Scottish Widows Investment Partnership
    Ltd.
Sears Holdings Pension Trust
Seasons Series Trust-Asset Allocation:
    Diversified Growth Portfolio
SEI Global Master Fund PLC - The SEI
    High Yield Fixed Income Fund
SEI Global Master Fund PLD -The Sei High
    Yield Fixed Income
SEI Institutional Investment Trust Enhanced
    LIBOR Opportunities Fund
SEI Institutional Investment Trust
    Opportunistic Income Fund
SEI Institutional Investments Trust High
    Yield Bond Fund
SEI Institutional Managed Trust - High
    Yield Bond Fund
SEI Institutional Managed Trust Enhanced
    Income Fund
SEI Institutional Managed Trust High Yield
    Bond Fund

Seix Advisors
Seix Investment Advisors LLC
Seix Investment Advisors LLC
Senator Global Opportunity Master Fund LP
Senator Investment
Senator Investment Group LP
Seneca Capital
Senior Debt Portfolio
Sentinel Asset Management Pty Ltd.
SG Americas Securities LLC
SG Distressed Fund LP Private
Shasta CLO I Ltd.
Sheffield Asset Management LLC
Sheffield International Partners Master Ltd.
Sheffield Investment Management
Sheffield Partners LP
Shenkman
Shenkman Capital Management Inc.
Shinnecock CLO 2006-1 Ltd.
Sierra CLO II Ltd.
Silver Crest CBNA Loan Funding LLC
Silver Oak Capital LLC
Silver Point Capital
Silver Rock Financial LLC
Silverado CLO 2006-I Ltd.
Silvermine Capital
Silvermine Capital Management LLC
SkyTop Capital Management LLC
Smith Management LLC
Sol Loan Funding LLC
Solus Alternative Asset Management
Solus Alternative Asset Management LP
Solus Core Opportunities Master Fund Ltd.
Sound Harbor Partners
Sound Point Capital
Sound Point Capital Management
Sound Point Credit Opportunities Master
    Fund LP
Southern Ute Indian Tribe
Southfork CLO Ltd.
Southpaw Asset
Southpaw Credit Opportunity Master Fund
    LP
SPCP Group LLC
Standard Bank PLC
Standard Life Investments

Standard Life Investments (USA) Ltd.
Stanfield Azure CLO Ltd.
Stanfield Bristol CLO Ltd.
Stanfield Carrera CLO Ltd.
Stanfield Daytona CLO Ltd.
Stanfield McLaren CLO Ltd.
Stanfield Veyron CLO Ltd.
Starwood
Starwood Energy
Starwood Energy Fixed
State of Connecticut Retirement Plans &
    Trust Funds
State of Wisconsin Investment Board
State Street Bank & Trust Co.
State Street Global Advisors
State Street Global Advisors (SSgA)
State Teachers Retirement System of Ohio
Stedman Cbna Loan Funding LLC
Stedman Loan Fund II Subsidiary Holding
    Co. II LLC
Stellar Performer Globalseries W Global
    Credit
Sterne Agee & Leach Inc.
Stichting Bedrijfstakpensioenfonds Voor
    Het Beroepsvervoer Over De Weg
Stichting Bewaarder Syntrus Achmea
    Global High Yield Pool
Stichting Pensioenfonds Hoogovens
Stichting Pensioenfonds Voor
    Fysiotherapeuten
Stockcross Financial Services Inc.
Stone Creek Partners LP
Stone Harbor Global Funds PLC - Stone
    Harbor Leveraged Loan Portfolio
Stone Harbor High Yield Bond Fund
Stone Harbor Invest Funds PLC - Stone
    Harbor High Yield Bond Fund
Stone Harbor Investment Partners LP
Stone Harbor Leveraged Loan Fund LLC
Stone Harbor Leveraged Loan Portfolio
Stone Lion Capital Partners LP
Stone Lion Portfolio LP
Stone Tower Capital
Stone Tower CDO II Ltd.
Stone Tower Credit Funding I Ltd.
StoneCreek Partners LLC

Stoney Lane Funding I Ltd.
Strategic Income Management LLC
Stratford CLO Ltd
Sunamerica Income Funds - Sunamerica
     High Yield Bond Fund
Sunamerica Senior Floating Rate Fund Inc.
Sunrise Partners LP
Sunrise Partners Ltd.
SunTrust
Sup FCO MA UB Securities LLC
Super FCO MA LP
Supervalu Inc. Master Investment Trust
Susquehanna Advisors Group
Susquehanna Capital Group
Symphony Asset Management
Symphony Asset Management LLC
Symphony CLO II Ltd.
Symphony CLO VI Ltd.
T. Rowe Price
T. Rowe Price Institutional Floating Rate
     Fund
T. Rowe Price Institutional High Yield Fund
Taconic Capital Advisors
Taconic Capital Advisors LP
Taconic Capital Partners
Taconic Master Fund 1.5 LP
Taconic Opportunity Master Fund LP
Talamod Asset Management LLC
Talek Investments
Tall Tree Investment
Target Asset Allocation Funds
Target Asset Management
Target Conservative Allocation Fund
Target Moderate Allocation Fund
Tasman Fund LP
TCW Absolute Return Credit Fund LP
TCW Asset Management
TCW Capital Trust
TCW Funds Metwest High Yield Bond
     Fund
TCW Investment Management
TCW Senior Secured Floating Rate Loan
     Fund LP
TCW Senior Secured Loan Fund LP
Teachers Insurance & Annuity Association
     of America

Teachers Retirement System of The City of
     New York
Teachers' Retirement System of Oklahoma
Teak Hill Master Fund LP
Teilinger Capital Ltd.
Texas Absolute Credit Opportunities
     Strategy LP
Texas County & District Retirement System
Third Avenue
Third Avenue Focused Credit Fund
Third Avenue Management LLC
Third Avenue Trust
THL Credit Partners
THL Credit Senior Loan
Thornburg Investment
Thornburg Investment Income Builder Fund
Thrivent Asset Management LLC
TIAA-CREF
Titan Investment Holdings
Titan Investment Holdings LP
Titan Investment Holdings SL LP
TMCT II LLC
TMCT LLC
Tralee CDO I Ltd.
Triboro Funding Ltd.
Trilogy Capital
Trilogy Portfolio Co. LLC
Trimaran Advisors
Trimaran Advisors Katona
Trustees of Dartmouth College
Turnpike Ltd.
UBS
UBS AG - Stamford, CT Branch
UBS GAM US - State of Connecticut
     Retirement Plans & Trust Funds
UBS Global Asset Management (Americas)
     Inc.
UBS O'Connor LLC
UBS Securities
UBS Securities LLC
UBS Stamford Branch TRS
UFCW Consolidated Pension Fund
UFCW Northern California Employers Joint
     Pension Trust Fund
Ult Loan Funding 1 LLC
UMC Benefit Board Inc.

Unilever United States Inc. and Its Subsidiaries and Affiliates, Master Trust Agreement Under Various Employee Benefit Plans of

Unipension Invest FMBA High Yield Obligationer II

Unisys Master Trust

Ursamine

Ursamine Credit Advisors

US High Yield Bond Fund

US Underwriters Insurance Co.

USAA Asset Management Co.

USAA Cornerstone Moderately Aggressive Fund

USAA Cornerstone Moderately Conservative Fund

USAA Global Opportunities Fund

USAA Investment Management Co.

USAA Mutual Fund

USAA Mutual Funds Trust - USAA Flexible Income Fund

USAA Mutual Funds Trust USAA High Yield Opportunities Fund

USAA Mutual Funds Trust: USAA Cornerstone Aggressive Fund

USAA Mutual Funds Trust: USAA Cornerstone Moderate Fund

USAA Mutual Funds Trust-USAA High Income Fund

Valholl Ltd.

Valic Co. II-High Yield Bond Fund

Van Eck Associates Corp.

Vanguard

Vanguard Group Inc., The

Vanguard High Yield Corporate Fund

Varde Investment Partners LP

Varde Partners Inc.

Vector Capital

Venor Capital

Venor Capital Management

Venor Capital Master Fund Ltd.

Venture II CDO 2002 Ltd.

Venture IX CDO Ltd.

Venture V CDO Ltd.

Venture VII CDO Ltd.

Venture VIII CDO Ltd.

Victoria Court CBNA Loan Funding LLC

Virtus Multi Sector Fixed Income Fund

Virtus Multi Sector Intermediate Bond Fund

Virtus Multi-Sector Short Term Bond Fund

Virtus Partners LLC

Virtus Senior Floating Rate Fund

Virtus Total Return Fund

Vista Leveraged Income Fund

Vitesse CLO Ltd.

VR Advisory Services Ltd.

VR Global Partners LP

Vulcan

VVIT: Virtus Multi Sector Fixed Income Series

VVIT: Virtus Strategic Allocation Series

W&R Target Funds Inc. - High Income Portfolio

W.R. Huff Asset Management Co. LLC

Waddell & Reed

Waddell & Reed Advisors High Income Fund Inc.

Waddell & Reed Services

Wallace H. Coulter Foundation, The

Walnut Street Associates

WAMCO

Water Island Capital LLC

Watershed Asset

Watershed Asset Management

Watershed Capital Institutional Partners III LP

Watershed Capital Partners (Offshore) Master Fund II LP

Watershed Capital Partners (Offshore) Master Fund LP

Waterstone Capital Management LP

Wellington Management Co. LLP

Wellington Management Portfolios (Dublin) Plc - US$ Core High Yield Bond Portfolio

Wellington Management Portfolios Dublin PLC Global High Yield Bond Portfolio

Wellington Trust Co. NA Multiple Collective Investment Fund Trust II Core High Yield Bond Portfolio

Wellington Trust Co. NA Multiple Common Trust Funds Trust-Opportunistic Fixed Income Allocation Portfolio
Wellpoint Inc.
Wells Capital Management
Wells Capital Management - 12222133
Wells Capital Management - 13702900
Wells Capital Management - 13823100
Wells Capital Management - 13923601
Wells Capital Management - 16463700
Wells Capital Management - 16959701
Wells Capital Management - 18325402
Wells Capital Management - 18866500
Wells Capital Management - 22952000
Wells Capital Management - 23928601
Wells Capital Management - 23960800
Wells Capital Management - 25464400
Wells Capital Management Inc.
Wells Fargo & Co. Master Pension Trust
Wells Fargo Advantage High Income Fund
Wells Fargo Advantage High Yield Bond Fund
Wells Fargo Advantage Income Opportunities Fund
Wells Fargo Advantage Multi-Sector Income Fund
Wells Fargo Advantage Strategic Income Fund
Wells Fargo Advantage Utilities & High Income Fund
Wells Fargo Bank NA
Wells Fargo Floating Rate Loan Fund
West Bend Mutual Insurance Co.
West Gate Horizons
Westbrook CLO Ltd.

Westchester CLO Ltd.
Western Asset Floating Rate High In Fund LLC
Western Asset Management
Western Asset Management Co.
WG Horizons CLO I
Whippoorwill Associates Inc.
Whitebox Advisors LLC
Whitehorse Capital
Whitehorse II Ltd.
Whitehorse III Ltd.
Whitehorse IV Ltd.
Whitestone Funding Ltd.
Wilmington Trust Investment Management LLC
Wilshire Institutional Master Fund II SPC - Wilshire Alden Global Event Driven Opportunities SP
Wingspan Investment Management LP
Wingspan Master Fund LP
WJ Investments
WM Pool - High Yield Fixed Interest Trust
Worden II TX LLC
Worden Master Fund II LP
Worden Master Fund LP
Worden TX LLC
WR Huff Asset Management Co. LLC
WRH Global Securities Pooled Trust
XL Re Ltd.
York Capital
York Capital Management Global Advisors LLC
Zell Credit Opportunities Side Fund LP
Ziff Brothers Investments LLC

# SCHEDULE 1(g)

## DIP Parties and Lenders

4086 Advisors
Aberdeen Asset Management (US)
Abry Capital
Abry Partners LLC
Aegon Funding Corp.
All Pensions Group (APG) / Stichting
    Pensioenfonds ABP
AllianceBernstein
Allstate Insurance
Anchorage Advisors
Apidos Capital
Apollo Capital Management
Apollo Investment Corp.
AQR Capital Management
Ares Management LP
Arrowpoint Asset
Arrowpoint Asset Management LLC
AXA Investment Managers
Babson Capital Global Loans Ltd.
Bank of America NA
Bank of Tokyo-Mitsubishi UFJ
Bank of Tokyo-Mitsubishi UFJ Ltd., The
Barclays Bank Plc
Beach Point Capital Management LP
Beal Bank
Bennett Management
Black Ant Group
Black Ant Value Master Fund, The
Black Diamond Capital
Black Diamond Partners LLP
BMO Capital Markets
Brigade
Canaras Capital Management LLC
Canyon Capital Advisors
Capital Research Global
Caspian Capital Management
Castle Hill Asset Management LLC
Chase Lincoln First Commercial Corp.
Citibank NA
Citigroup Global Markets Inc.
Cohanzick

Columbia Management Advisors
Column Park Asset Management
Constellation Capital Management
Credit Suisse Alternative Investments
Crescent Management
Curian Long Short Credit Fund
CVC Capital Partners Ltd.
CVC Global Credit Opportunities Master
    Fund LP
Cyrus Capital LP
DB Portfolio
Deutsche Asset Management (DeAM)
Deutsche Bank AG, New York Branch
Deutsche Bank Securities Inc.
Dimaio Ahmad Partners
Dunham Monthly Distribution Fund
Empyrean
Federated Investors
Fidelity
Fifth Street Finance Corp.
Fonds Voor Gemene Rekening
    Beroepsvervoer – HYBO: Stichting
    Bedrijfstakpensioenfonds Voor Het
    Beroepsvervoer Over De Weg
Fortress
Fountain Capital Management
Franklin Custodian Funds - Franklin
    Utilities Fund
Fraser Sullivan
Fraser Sullivan Investment
GIC (Government Investment Corporation
    of Singapore)
Glendon Capital Management LP
GreyWolf Capital
Greywolf Capital Management
GSO
GSO Capital Partners LP
Guggenheim Investments
Guggenheim Partners
HBK Global Securities LP
HBK Master Fund LP (HBK)

Hildene Capital Management LLC
Hillmark Capital Management LP
HSBC Securities USA Inc.
ICE Canyon / Canyon Partners
ICE Canyon LLC
ING Capital Market LLC
ING Funds
ING Investments LLC (Arizona)
Insight Investment Management Ltd.
Invesco
Invesco - NAM (National Asset
    Management)
Jefferies LLC
JHF II – US High Yield Bond Fund
JMP Group Inc.
JNL/PPM America High Yield Bond Fund,
    a Series of JNL Series Trust
JNL/PPM America Strategic Income Fund
JPM Pacholder
JPMorgan Asset Management - US
Kevin B. and Anne-Marie Roth Revocable
    Trust
King Street Capital LLP
Kingsland Capital
Kramer Van Kirk Strategies LP
KS Capital
KVK Services LLC
Loews Corp.
Loop Capital Markets LLC
Magnetar Capital
Manulife Financial
Marathon Asset Management LLC (NY)
Matlin Patterson Capital Management LP
Merrill Lynch Pierce Fenner & Smith Inc.
Metropolitan Life Investment Ltd.
MidOcean
Mitsubishi UFJ Financial Group Inc.
MLIS Westchester Merger Arbitrage UCITS
    Fund
Mockingbird Credit
Moore Capital Management LP
Morgan Stanley Senior Funding Inc.
Napier Park
Nationwide Insurance Co.
Neuberger & Berman
New York Life Insurance

Newcastle Capital Management
Nokota Management LP
Nomura
Oak Hill
Och Ziff - OZ Management
Octagon Advisory Group LLC
Octagon Credit Investors
Onex Corp.
Oppenheimer
Orchard First Source Asset Management
    LLC
Orchard Global Asset Management
Orix
Pacific Investment Management - PIMCO
Par IV Capital Management Inc.
Peak 6 Investments
Peak6 Achievement Master Fund Ltd.
Pentwater
Pentwater Capital Management
Pioneer Investment Management USA
Princeton Advisory Group
Providence Capital
Providence Equity Partners Inc
Prudential Asset Management Co. Inc.
Putnam Floating Rate Income Fund
QPR Holdings Ltd.
RBC Capital Markets
Redwood Capital
Regions Financial
Robert J. Tannor Roth IRA
Roth Living Trust
Roth, Anne Marie
Roth, Kevin B.
Royal Bank of Canada
Saratoga
Scotia Capital Inc.
Shenkman Capital
Silver Rock
Silverpoint
Solus
Soros Fund Management
Sound Point
Stanton Asset Management Inc.
Sumitomo Mitsui Banking Corp.
T&P St. John LLC
T. Rowe Price Associates Inc.

Tegean Capital Management LLC
THL Credit Group LP
Thomas H. Lee Partners
TPG Inc.
Triumph Capital Group Inc
Triumph Group Inc.
Trust Company of the West
Union Bank NA
Virtus High Yield Fund
Vulcan Capital
Vulcan Credit

Water & Power Employees' Retirement
    Disability & Death Benefit Insurance
    Plan
WCM Alternatives -- Event Driven Fund
WCM Master Trust
Wells Fargo
West Gate Horizons Advsrs LLC
Western Asset Management US -WAMCO
Westgate Enterprises LLC
WhiteHorse Capital Partners
Whitehorse Capital Partners LP
Williams Capital Group LLC
Zeron Group

# SCHEDULE 1(h)

## Indenture Trustees

American Stock Transfer & Trust Co.
Bank of New Mellon, The
Bank of New York Mellon Trust Co., The
Barclays Bank
Christiana Trust
Citibank
Citigroup
Computershare Trust Co. of Canada
Credit Suisse
CSC Trust Co. of Delaware
Deutsche Bank
J.Aron/Goldman Sachs
Law Debenture Trust Co. of New York
Merrill Lynch/Bank of America
Morgan Stanley
North American Coal Royalty Co.
US Bank NA
Wilmington Savings Fund Society FSB
Arizona Bank
BOKF NA
UMB NA

# SCHEDULE 1(i)

## Insurers

ACE
AIG
American Nuclear Insurers
Argo Re (Bermuda)
Associated Electric & Gas Insurance Services (AEGIS)
Axis
Beazley
Chubb Atlantic Indemnity Ltd. (Bermuda)
Endurance
Energy Insurance Mutual (EIM)
European Mutual Association for Nuclear Insurance (EMANI)
Federal Insurance Co.
FM Global
HCC
Liberty Mutual/Safeco
Monitor
Navigators
Nuclear Electric Insurance Ltd. (NEIL)
Nuclear Energy Liability Insurance Association (NELIA)
Oil Casualty Insurance Ltd. (OCIL)
RLI
RSUI (CRC)
Starr Aviation
Starr Cos.
Starr Surplus Lines Insurance Co.
Torus
XL Insurance (Bermuda) Ltd.

# SCHEDULE 1(j)

## Interested Parties

ADA Carbon Solutions
Alloys & Components Southwest
Applied Industrial Technologies
Automatic Systems Inc.
Billingsley
Brady Corp.
Casey Construction
Centerpoint Energy
Dell Marketing LP
Devon Energy
Energy & Process Corp.
Ferguson Enterprises Inc.
Fisher Controls International
FLSmidth Krebs
FLSmidth USA Inc.
Google
H&E Equipment Services Inc.
Instrument & Valve Services Co.
ITC Holdings
Kinder Morgan
Lhoist North America
Michelin North America Inc.
Motion Industries Inc.
Red Ball Oxygen Co.
Regulator Technologies Inc.
SeatingZone
Shale-Inland Holdings LLC
Southern Co., The
Sun Coast Resources
Targa Gas
Texas Commission on Environmental Quality
Wave Technology Solutions Group Inc.
Westinghouse Electric Company LLC
WW Grainger Inc.

# SCHEDULE 1(k)

## **Investment Banks**

BofA Merrill Lynch
Citigroup
Credit Suisse
Goldman Sachs
JP Morgan
KKR Capital Markets
Lehman
Morgan Stanley
Williams Capital Group

# SCHEDULE 1(l)

## Landlords

6555 Sierra
Advantus Capital Management Inc.
AIG Rail Services Inc.
Alford, Landon
American Public Insurance Co.
Bank of New York Mellon Trust Co., The
Bank of New York, The
Blue Cross and Blue Shield of Florida Inc.
CALSTRS Lincoln Plaza
CapGemini America Inc.
Catholic Aid Association
Christian, Larry
Clark, Jack
Clearview
Comerica Bank
Congress Holdings Ltd.
Connell Equipment Leasing Co.
CP Fort Worth LP
Daffan, Ron
Dallas, City of (TX)
Farm Bureau Life Insurance Co. of
    Michigan
First on 6th LP
First Union Rail Corp, a Wells Fargo Co.
Flagship Rail Services Inc.
GATX Corp.
Great Western Insurance Co.
Greensport/Ship Channel Partners LP
Guaranty Title Co. of Robertson County Inc.
Hamilton Fidelity LP
Hamilton, Barry
Hill, Bobby

Jackson National Life Insurance Co.
Jaggi, Robbye Oram
John Hancock Life Insurance Co.
John Hancock Variable Life Insurance Co.
Key Equipment Finance Inc.
Kokel-Oberrender-Wood Appraisal Ltd.
Lafayette Life Insurance Co., The
LaSalle Bank NA
Lawler, Harry
Lexington Acquiport Colinas LP
Lionstone CFO Two LP
Manufacturers Life Insurance Co.
Manulife Insurance Co.
Microsoft Corp.
MTL Insurance Co.
Nichimen America Capital Corp.
Northern Trust Co. of New York
PPM America Inc.
Sanderson, Charles
Saul Subsidiary II LP
SMBC Rail Services LLC
Sojitz American Capital Corp.
State Farm Life Insurance Co.
Texas Life Insurance Co.
Thorne, Elizabeth Oram
Tyler Junior College
US Bank Global Trust Services
US Bank NA
Wells Fargo Bank Northwest NA
Western United Life Assurance Co.
Wilmington Trust Co.

# SCHEDULE 1(m)

## **Letters of Credit**

Citibank

# SCHEDULE 1(n)

## Lienholders

Bank of New York Mellon Trust Co. NA, The
Bank of New York Mellon, The
Bank of New York Trust Co. NA, The
Citibank NA
Civitas Capital Management LLC
CSC Trust Co. of Delaware
First Union Commercial Corp.
Mastercraft Printed Products & Services Inc.
Phillip Morris Credit Corp.
Tex-La Electric Cooperative of Texas Inc.
TXU 2007-1 Railcar Leasing LLC
TXU Railcar Trust 2005-A
US Bank NA
US West Financial Services Inc.
Wachovia Bank NA
Wells Fargo Bank Northwest NA

# SCHEDULE 1(o)

## Litigants

Acosta, Arcilia C.
ACP Master Ltd.
Adlestein, Mark
Akin, Clifton
Akpom, Okey
Alcorn, Steve L.
Allen, Bradley D.
American Honda Finance
Arrellanos, Tistan
Atmos Energy Corp.
Aurelius Capital Master Ltd.
Baltimore, City Council of the City of (MD)
Baltimore, City of (TX)
Baltimore, Mayor of the City of (MD)
Bank of America
Bank of America Corp.
Bank of America NA
Bank of Tokyo-Mitsubishi UFJ Ltd., The
Barclays Bank PLC
Barnett, Bryan A.
Barton, Thomas L.
Batey, Robert M.
Behnken, Diane
Bennett, Milton A.
Black, Jennifer
Blackmon, Donald
Blair, David
Blakeney, Jim
Blankumsee, Kennith E.
Bodiford, Cody R.
Bradley, Buster L
Branscom, David A.
Brinson, John F.
Brown,  Walter R.
Brown, Patrick L.
Buchanan, Charles A.
Capital One
Caraballo, Miguel
Centerpoint Energy Field Services LP
Centerpoint Energy Houston Electric LLC
Centerpoint Energy Inc.

Centerpoint Energy Properties Inc.
Centerpoint Energy Service Co. LLC
Centerpoint Energy Services Inc.
Centerpoint Resources Corp.
Chase Bank USA NA
Chexsystems Inc.
Chyba, Pamela
Citibank NA
Citicards CBNA
Citigroup Inc.
Citimortgage
Coe, James D.
Collette, Joe
Collins, Danny L.
Collins, Roy L.
Conner, Robert H.
Cook, Danny L.
Cooperatieve Centrale Raiffeisen
    Boerenleenbank BA
Crawford, Billy M.
Credit Suisse
Credit Suisse Group AG
Credit Suisse International
D.W. Vorwerk
Davis, Charles E.
Davis, Clifford R.
Delta Air Lines Inc.
Deutsche Bank AG
Deutsche Bank Trust Co. Americas
Diaz, Maria
Discover Financial Services
Dosier, David L
Doss, Bill, Jr.
Employees Retirement Fund of the City of
    Dallas
Environmental Integrity Project
Equifax Information Services
Experian Information Solutions Inc.
Ferrell, Brian F.
First Premier Bank
Fling, Gregory A.

Flores, Jamie
Fluor Enterprises Inc.
Fort Bend Independent School District (TX)
FPL Energy LLC
FPL Energy Pecos Wind I LLC
FPL Energy Pecos Wind I LP
FPL Energy Pecos Wind II LLC
FPL Energy Pecos Wind II LP
French, Richard D.
Gatson, Walter R
Gladden, Garry D.
Goltz, Frederick M.
Goodrich, Robert D.
Griffin, Daniel
Griffin, James A.
Gusman, James
Haar, Gregory A.
HBOS PLC
Hopkins, Teddy G.
Hornbuckle, Billy R.
Houston County Ready- Mix Concrete Co. Inc.
HSBC Bank PLC
HSBC Card Services Inc.
HSBC Holdings PLC
Indian Mesa Wind Farm LLC
Indian Mesa Wind Farm LP
Indústrias Nucleares Do Brasil (INB)
Innovis Data Solutions
Jackson, Lisa P., in her official capacity as Administrator of the USEPA
Jefferson, Maurice
Jenkins, Richard I.
Johnson, Cynthia
Johnson, Glinda
Johnson, Marla
JP Morgan Chase & Co.
JPMorgan Chase Bank NA
Keglevic, Paul
Klement Properties Inc.
Klement, Karl
Koepp, Dwight J.
Kuykendall, Roger A.
Lambert, Edward E.
Law Debenture Trust Co. of New York
Lawhorn, James C.

Leal, Gilbert
Lebovitz, Scott
Littleton, Eric
Lloyds Banking Group PLC
LVNV Funding LLC
MacDougall, Michael
MasterCard Inc.
MasterCard International Inc.
Mcbride, John P.
Merritt, Charles D.
Midland Funding LLC
Miller, David
Mitchell, Felonice
Morgan, Audrey M.
Morris, Chris
Mosby, Walt
New Britain Firefighters' and Police Benefit Fund, City of  (CT)
NextEra Energy Resources LLC
Nolley, Desi A.
Norinchukin Bank, The
Norwood, Timothy
Ocwen Loan Servicing LLC
Our Land, Our Lives
Parker, Rhonda
Pennington, Lynda
Perciasepe, Bob, in his capacity as Acting Administrator, USEPA
Perez, Gerardo
Perry, Tracy D.
Petroleum Geo-Services Inc.
Pharis, Harvey E.
Phoenix Recovery Group
Pierce, Steven E.
Pierce, Timothy A.
Pitts, Jimmie C.
PlainsCapital Corp.
Pyers, Ricky D.
Qualls, Joshua D.
Rackspace Hosting Inc.
Reliant Energy
Reliant NRG
RentDebt Automated Collection
Reyes, Joe R.
Rhea, Dan J.
Richardson, Jamie

Rife, Michael D.
Rives, Johnny C.
Roberson, Gabriel
Rogers, Mark S.
Rollins, Regina
Rotatable Technologies LLC
Royal Bank of Canada
Royal Bank of Scotland Group PLC, The
Salazar, Micale G.
Schlumberger Technology Corp.
Schrade, Linda
Schrade, Paul
Self, Hose E.
Shankle, Learon R.
Sibley, Eric
Sierra Club
Silva, Sofia
Silvers, Mark A.
Simpson, Willard
Smidt, Jonathan D.
Smith, Donny R.
Smith, Jimmy B.
Societe Generale SA
Spence, Gary D.
Spohn, David W
Stoker, Willie C.
Suarez, Elas
Tarrant County Regional Water District
    (TX)
Texas Instruments Inc.
Thomas, Jarest D.
Tigue, James
Tolteca Enterprises Inc.
Trans Union LLC

Tucker, Roy H.
Turner, John B.
UBS AG
United Revenue Corp.
United States Environmental Protection
    Agency
United States of America
Vargas, Maria
Vargas, Natalie (a Minor)
Vaughn, Jimmy N.
Verizon Wireless
Visa Inc.
Visa International Service Association
Visa USA Inc.
Wade, Donald
Waggoner, Avery D.
Wallace, James
Washington, James
Wells Fargo Credit Inc.
WestDeutsche ImmobilienBank AG
WestLB AG
Whipple, Jackie L.
White Stallion Energy Center LLC
Williams, Danny R.
Williams, Donald R.
Williams, James L.
Wilmington Trust Co.
Wilson, Amber
Winkenweder, Barry A
Woodforest National Bank
Young, John
Young, Richard
Youngblood, Dawn
Youngblood, Edwin

# SCHEDULE 1(p)

## Litigants (Asbestos)

3M Co.
4520 Corp.
84 Lumber Co.
A.O. Smith Corp.
A.W. Chesterton Co.
AAF-McQuay Inc.
AAMCO Transmissions inc.
ABB Inc.
ABB Lummus Crest Inc.
Abbott Laboratories
Abitibi Bowater Inc.
Able Supply Co.
AC&R Insulation Co. Inc.
AC&S Inc.
Accelerated Memory Production Inc.
ACDELCO, a Brand of GM Service and
    Parts Operations, A Division of General
    Motors
Ace Hardware Corp.
ACH Food Cos. Inc.
ACME Brick Co.
Adams, Robert Dan, Jr.
Adams, Robert Dan, Sr.
Addison, John
Addison, Linda
Advance Auto Parts Inc.
Advance Stores Co. Inc.
Advance Stores Inc.
Aecom USA Inc.
AEP Texas North Co.
AERCO International Inc.
AES Corp.
AFC-Holcroft LLC
Aftermarket Auto Parts Alliance Inc.
Afton Pumps Inc.
AGCO Corp.
AGCO Farm Equipment Inc.
Ahlfeld, William
Ahrend, Paula Simpson
Air & Liquid Systems Corp.
Air Conduit LLC

Air Liquid Systems Corp.
Air Products & Chemicals Inc.
Airco Inc.
Ajax Magnethermic Corp.
AKZO Nobel Paints LLC
Alabama Power Co.
Albany Felts
Albany International Corp.
Alberino, Anthony M.
Alberino, Thomas
Alcatel-Lucent USA Inc.
ALCO Division of Nitram Energy Inc.
ALCOA Inc.
Alfa Laval Inc.
Alliance Laundry Holdings LLC
Alliance Machine Co., The
Alliant Techsystems Inc.
Allied Crane Inc.
Allied Insulation Supply Co. Inc.
Allied Manufacturing Corp.
Allied Manufacturing Inc.
Allied Minerals Inc
Allied Packing & Supply Inc.
AlliedSignal Inc.
Allison, Patricia
Allison, Robert
Alvarez, Sheena
Amchem Products Inc.
AMEC Construction Management Inc.
Ameren Corp.
Ameren Illinois Co.
American Biltrite Inc.
American Boiler Tank & Welding Co. Inc.
American Bridge Co.
American Honda Motor Co. Inc.
American Optical Corp.
American Petroleum Institute Inc.
American Standard Inc.
Ameron International Corp.
Ametek Inc.
AMF Inc.

Anchor Packing Co. Inc.
ANCO Insulations Inc.
Anderson, Patricia
Andrews, David R.
Andrews, Susan F.
Anheuser Busch Brewery
Appleton Wire Works Inc.
Aqua-Chem Inc.
Archer-Daniels-Midland Co.
ARCO Corp.
Arens, Randall
Arens, Sheryl
Argo International Corp.
Armstrong International Inc.
Armstrong Pumps Inc.
Asbeka Industries of New York Inc.
Asbestos Corp. Ltd.
Associated Engineering & Equipment
Asten Johnson Inc.
Austin County (TX)
Austin Energy
Austin Industrial Inc.
Autozone Inc.
Avery, Jimmie
Avondale Industries Inc.
Ayers, Tommy
Azrock Industries Inc.
B&B Engineering & Supply Co. Inc.
Babcock Borsig Inc.
Babcock Borsig Power Inc.
Baker Hughes Oilfield Operations Inc.
Ballard, Christopher
Banach, Gordon
Banach, Helen M.
Barber, James D.
Bargeron, Diane
Barnum, Samuella
Baroid Industrial Drilling Products
Bascob, Shona Jean
BASF Catalysts LLC
Bates, Dorothy
Bates, Willie R.
Baxter, Anna
Baxter, Charles
Beazer East Inc.
Bechtel Construction Co.

Bechtel Construction Operations Inc.
Bechtel Corp.
Bechtel Energy Corp.
Bechtel Enterprise Holding Inc.
Bechtel Environmental Inc.
Bechtel Equipment Operations Inc.
Bechtel Group Inc.
Bechtel Infrastructure Corp.
Bechtel National Inc.
Bechtel Personnel & Operational Services
    Inc.
Bechtel Power Corp.
Belcher, Margaret
Beljan, Mary
Bell & Gossett Co.
Bella Co.
Bellco Industrial Engineering Co.
Bellco Industrial Piping Co.
Beniot, Melissa Schexnayder
Benjamin F. Shaw Co.
Bergstrom, Geoffrey
BF Goodrich Co.
Bird Inc.
Bledsoe, Roger
Bledsoe, Yolanda
Blocker, Donald Keith
Blocker, Donald Ray (Deceased)
Blocker, Linda
Boise Cascade Corp.
Bondex International Inc.
Bondstand
Borden Chemical Inc.
Boubouis, Anthony
Boubouis, Morphia
Braden, Douglas
Braden, Regina
Bradford, Bobbie E.
Brasher, Connie
Brooks, Richard
Brooks-Woodson, Regina
Brown & Root Holdings Inc.
Brown & Root Inc.
Brown, Geraldine
Brown, Martha
Brown, Martha Jacqueline
Browning, Dawn

Bryan Steam Corp.
Bryan Steam LLC
Bryant, Doyle
Bryant, Joyce
Buffalo Pumps Inc.
Burnham Corp.
Burns International Services Corp.
Burton, Clarence
Burton, Debra
Butscher, Alisa
BW/IP Inc.
BW/IP International Inc.
Byerly, Susan
Byron Jackson Pumps
C.F. Braun & Co. Inc.
C.F. Braun Engineering Corp.
Cabell, Linda
Calcutt, Billy A.
Calcutt, Ruth H.
Caldwell, Judith
Caldwell, Richard J.
Calvert, Everett
Calvert, Gwendolyn
Campbell, Gerald
Canfield, Judy
Canfield, Matthew
Capco Inc.
Capek, Brenda
Capek, Richard
Carborundum Co. (The)
Carlisle Co. Inc.
Carpenter, Patrick E.
Carr, Cecillia
Carr, Stephen
Carrier Corp.
Case, Mary
Case, Richard
Catalytic Industrial Maintenance Co. Inc.
CBS Corp.
Celanese Ltd.
Cerone, Carmine
Certainteed Corp.
Chamlee, Betty
Champagne, Nancy Marie
Champion, Jackie D.
Champlain Cable Corp.

Charter Oil Co.
Cherry, Delmon
Cherry, Jean
Chevron USA Inc.
Chicago Pump
Chisholm, Sharon
Chrisman, Joseph
Christensen, Cedric
Christensen, Patricia
Citgo Petroleum Corp.
Cleaver-Brooks Co. Inc.
Cleaver-Brooks Inc.
Clubb, John H.
Coen Co. Inc.
Coleman, Clarence
Coleman, Donnie
Coleman, Julia
Collins, Jane
Collins, John E.
Coltec Industries Inc.
ConocoPhillips Co.
Continental Tire North America Inc.
Control Components Inc.
Conway, Bob
Conway, Kate
Conwed Corp.
Cooper Industries Inc.
Coots, David A.
Copes-Vulcan Inc.
Corbett Fabricating Co. Inc.
Cottrell, Jane
Crane Co.
Cronin, William
Crown Central LLC
Crown Cork & Seal Co. Inc.
Cust O Fab Tank Services LLC
Custer, Deborah
Cyprus Industrial
D.B. Riley Inc.
Dana Corp.
Danna, Barry
Danz, Karen
DAP Products Inc.
Darr, Sue
Daughhetee, Dorothy
Daughhetee, Eldon

Davidson, Mark, Judge
Davis, Marvin G.
Davy Mckee Corp.
De Laval Turbine Inc.
Degregorio, Joan
Degregorio, Richard
DeLaval
Dempsey, Henry M.
Denton, Robert Frazior
Dereuisseaux, Lois
Dereuisseaux, Wallace
Deytens, Beverly
Deytens, William
Diamond Shamrock Refining & Marketing
    Inc.
Diamond Shamrock Refining Co.
Dickerson, John
Dickerson, Martha
Dickman, Susan
Dickman, Wesley
Disantis, Dioro
Discount Auto Parts Inc.
Dobson, Dennis
Dobson, Jean
Dobson, Lester
Dodge, William F.
Dodson, Dowell
Domco Products Texas LP
Domino, Susan
Dover Corp.
Drake, Elizabeth
Drake, Joe C., Jr.
Dresser Industries Inc.
Driver, Aaron
Driver, Adria
Driver, Christopher
Driver, Stacy
Dryfka, Candace
Dunn, Elsie Faye
Dunn, Emmett L.
DuPriest, Barbara
DuPriest, Ronald
Durbin, Raymond
Durbin, Sylvia
Dutkowski-Dobson, Maria
Easter, Marjorie

Eastman Chemical Co.
Eaton Corp.
Edwards, Andrew
Edwards, Billie R.
Edwards, Martha
Ehret, Ana
Ehret, Edward
Eldridge, Elizabeth
Elle, Linda
Elliott Turbomachinery Co. Inc.
Englehardt, Dieter
Erie City Iron Works
Estate of Alexander J. Hecker, Deceased
Estate of Allen J. Hall
Estate of Anthony Garzillo
Estate of Ardis Graham, Deceased
Estate of Avner Cockroft, Jr., Deceased
Estate of Barbara J. McGaha
Estate of Billy Belcher, Deceased
Estate of Bob Conway, Deceased
Estate of Bruce L. Eubanks, Deceased
Estate of Burney B. Mullens, Deceased
Estate of Burney B. Mullens, Deceased
Estate of Carl Scivicque, Deceased
Estate of Cecil Chisholm, Jr., Deceased
Estate of Cecil Wayne Skinner, Deceased
Estate of Choyce Alton Brown, Deceased
Estate of Clyde Ahlfeld, Deceased
Estate of Clyde Kiddoo, Deceased
Estate of Cooper Tilghman, Deceased
Estate of Craig E. Capp, Deceased
Estate of Darrell Driver
Estate of David Eldridge, Deceased
Estate of David Saldana Sanchez Sr.,
    Deceased
Estate of Dawna Snyder, Deceased
Estate of Donald Hooks, Deceased
Estate of Dorothy Ricci, Deceased
Estate of Ephrem Bargeron, Deceased
Estate of Ernest K. Wall, Deceased
Estate of Eugene M. Sinisi, Deceased
Estate of Floyd L. Bergstrom, Sr., Deceased
Estate of Francis E. Leider, Deceased
Estate of Frederick Stein
Estate of Freeman E. Allison, Deceased
Estate of Galen F. Wagner II, Deceased

Estate of George H Fenicle, Deceased
Estate of Gerald Gann, Deceased
Estate of Gerald Webster, Deceased
Estate of Gladys Rothe, Deceased
Estate of Gregory Hill, Deceased
Estate of Harold Custer, Deceased
Estate of Harry Easter, Deceased
Estate of Hazel Coleman, Deceased
Estate of Helen McKenna, Deceased
Estate of Henry Boettcher, Deceased
Estate of Hollis H. Holmes, Deceased
Estate of Jack Champion, Deceased
Estate of Jack N. Holman, Deceased
Estate of Jack Rankin, Deceased
Estate of Jackie Dean Simmons, Deceased
Estate of James D. Chamlee, Deceased
Estate of James Fawcett, Deceased
Estate of James Frazee, Deceased
Estate of James G. Havens, Sr., Deceased
Estate of James H. Vercher, Deceased
Estate of James Kuhn, Deceased
Estate of James R. Hiltz, Deceased
Estate of James Wolfgang, Sr., Deceased
Estate of James Yarbrough, Deceased
Estate of Jerry A. West, Sr., Deceased
Estate of Jerry McClendon, Deceased
Estate of Jesse Stovall, Jr., Deceased
Estate of Jimmie Barber, Deceased
Estate of John E. Dryfka, Deceased
Estate of John E. Simpson, Deceased
Estate of John G. Meyers, Deceased
Estate of John J. O'Gorman, Jr., Deceased
Estate of John Mays, Deceased
Estate of John Zywicki, Deceased
Estate of Juanita C. Collins, Deceased
Estate of Keith R. Myers, Deceased
Estate of Kenneth L. Drake, Sr., Deceased
Estate of Kenneth L. Shreve, Deceased
Estate of Lamar Houston
Estate of Lawrence Johnson, Deceased
Estate of Lee E. Lucas, Deceased
Estate of Leo Raymond Oquist, Decedent
Estate of Leon Henager, Deceased
Estate of Lester L. Coots, Deceased
Estate of Linda Cato, Deceased
Estate of Lloyd Hackler, Deceased

Estate of Loyd Don Wofford
Estate of Luke Thomas, Deceased
Estate of Mack W. Brasher
Estate of Margaret Cerone, Deceased
Estate of Margaret Gade, Deceased
Estate of Marianne Clancy, Deceased
Estate of Mario Karlich
Estate of Martin Proffitt
Estate of Mary Pridmore, Deceased
Estate of Melvin E. Turner, Jr.
Estate of Merle Kiser, Deceased
Estate of Michael Powell, Deceased
Estate of Nancy B. Soiferman, Deceased
Estate of Norman F. Iehle
Estate of Orval Reed
Estate of Otis H. Norris, Deceased
Estate of Patrick Anderson, Deceased
Estate of Patrick K. Stewart
Estate of Paul Collins
Estate of Percy Marshall, Deceased
Estate of Quincy James, Deceased
Estate of Ralph Laubecher, Deceased
Estate of Ralph Liebau, Deceased
Estate of Raphael Planert, Deceased
Estate of Raymond McGhee, Deceased
Estate of Rebecca D. Carpenter, Deceased
Estate of Richard A. Smith, Deceased
Estate of Richard J. Sterling, Deceased
Estate of Richard Pike, Deceased
Estate of Ricky Kraatz
Estate of Robert Alberino
Estate of Robert Butscher, Deceased
Estate of Robert C. Wyatt, Sr., Deceased
Estate of Robert Danz, Deceased
Estate of Robert Elle, Deceased
Estate of Robert L. Greene, Deceased
Estate of Robert M. Byerly, Sr., Deceased
Estate of Robert R. Robinson, Deceased
Estate of Robert W. McNely, Deceased
Estate of Roger Huck, Deceased
Estate of Ronald Augusta McColley,
     Deceased
Estate of Roy Hutslar, Deceased
Estate of Ruby Nell Adams, Deceased
Estate of Salomon Shuman, Deceased
Estate of Samuel Lee Barnum, Deceased

Estate of Samuel McCain, Deceased
Estate of Shelton Spain
Estate of Stephen Nosko, Deceased
Estate of Steven C. League, Sr., Deceased
Estate of Tami Ballard, Deceased
Estate of Thelma J. Miller, Deceased
Estate of Therese Bluhm
Estate of Townsend Elmo Reed, Deceased
Estate of Tyll Vanzler, Deceased
Estate of Velma C. Johnson, Deceased
Estate of Vira Perry
Estate of Virgil Jewell, Deceased
Estate of Wallace Rabenburg
Estate of Walter Hill, Deceased
Estate of Walter Jacques, Deceased
Estate of Wayne Lee Stewart, Deceased
Estate of Wendell R. Jackson
Estate of William Darr, Deceased
Estate of William F. Pfingsten, Deceased
Estate of William Furlong, Deceased
Estate of William Peppers, Deceased
Estate of William Thomas Merrit, Deceased
Estate of Willie Williams
Etchason, Edward
Eubanks, Candis
Exxon Mobil Corp.
Fairbanks Morse Pump Co.
Fawcett, Rosenda
FBCO Inc.
Featherlite
Feinberg, Phyllis
Feinberg, Stephen B.
Fenicle, Mark
Fenicle, Shirley
Ferrell, Edward
Ferrow Engineering
Fitch, Glenda
Fitch, William
Flake-Mays, Neda
Flannery, Patrick
Flores, Robin
Flowserve (US) Inc.
Flowserve Corp.
Fluor Corp.
Fluor Daniels Maintenance Services Inc.
Fluor Daniels Services Corp.

Fluor Daniels Williams Brothers
Fluor Enterprises Inc.
Fluor Holding Co. LLC
Fluor Texas Inc.
Flynn, Chiemi
Flynn, David Neal
FMC Corp.
Ford Motor Co.
Foseco Inc.
Foster Wheeler Constructors Inc.
Foster Wheeler Energy Corp.
Foster, Jordan
Foust, Jolene Joy
Fraley, Shirley
Fraley, Theodore
Franco, Elsa
Freeman, Allison
Furlong, Virginia
Gade, Stanley
Galetti, Edward J.
Galle, Kim
Gann, Cheryl
Garlock Inc.
Garlock Sealing Technologies Inc.
Garlock Sealing Technologies LLC
Garzillo, Theresa
Gencorp Inc.
General Electric Co.
General Motors Corp.
General Refractories Co.
George Staton Co. Inc.
George, Charlene
George, Roger W.
Georgia Talc Co.
Georgia-Pacific Corp.
Georgia-Pacific LLC
Gerenstein, Barry
Gili, Maryglen
Glen Alden Corp.
Gonzalez, Gilbert
Gonzalez, Patricia
Good, Roger
Goodrich Corp.
Goodyear Tire & Rubber Co.
Goulds Pumps Inc.
Gow, George

Gow, Vivian
Grady, Deanna
Grady, Mark
Grady, Marlena
Grady, Walter P.
Grady, Walter R., Deceased
Graham, Linda
Green, Bobby W.
Greene Tweed & Co. Inc.
Greene, Gracie J.
Griffey, Joyce
Griffey, Roger K.
Griffiths, Charles R.
Griffiths, Diana
Grove, George
Grove, Yvonne
Guard Line Inc.
Guillot, Sheri Schexnayder
Guirguis, Samy
Gulbrandsen, Fred
Gunerman, Karen
H.B. Zachry Co.
Hack, William K.
Hackler, Arnold
Hackney, Harold
Hackney, Linda
Hagan, Janet
Hagan, Kenneth
Hall, Leonore
Hall, Vicki
Halliburton Co.
Harman, Harold
Harman, Karen
Harris, Lulu
Harris, Terry L.
Hart, Irene A.
Hart, Marvin W.
Haveg Industries Inc.
Haveg Pipe Co.
Havens, Jeanette
Haycook, Carolyn
Haycook, Harvey L.
Hayes, Edward
Hayes, Iva
Hayhurst, Emily
Head, Ione

Head, Keith
Hecht, Bernis
Hecht, Edmund
Hecker, Gary
Hedgpeth, Brenda
Henley/MWK Holding Inc.
Henry Vogt Machine Co.
Henson, Larry, Deceased
Herndon, Robert
Herring, Gerald W.
Herring, Nona Lee
Hicks, Patti
Hill, Arletha
Hill, Gloria
Hill, Linda
Hiltz, James T.
Hindman, John W.
Hobbs, Arlon J.
Hoffman, Beatrice
Hoffman, Eugene
Holman, Bryan V.
Holman, Joe D.
Holman, Wade N.
Holmes, Lotherine
Honeywell Inc.
Hooks, Steven
Hooks, Tommie H.
Hope, Robert
Hoskins, James Michael
Hoskins, James Preston, Deceased
Houston, Wilma
Huber, William
Huck, Sandra
Hughes, Elizabeth
Hughes, John
Humphreys, Margaret
Humphreys, William
Huntington Ingalls Inc.
Iehle, Dorothy
IMO Delaval Inc.
IMO Industries Inc.
Industrial Holdings Corp.
Ingersoll Rand Corp.
Ingersoll-Rand Co.
Irvine, Betty Lou Young
ITT Corp.

ITT Industries Inc.
Jackson, Dan
Jackson, David W.
Jackson, Scott
Jacques, George
James, Dorothy
Jasper, Diane
Jasper, Joseph
Jeansen, Barbee
Jeffrey, Joel, Deceased
Jeffrey, John Michael
Jeffrey, Myrna
Jeffrey, Ricky Marcel
Jenkins, Alva
Jenkins, Doris
Jenkins, Walter
Jennings, Jean
Jennings, Kenneth
Jestes, Herman Ralph
Jestes, Opel
Jewell, Margaret
J-M Manufacturing Co. Inc.
John Crane Inc.
Johnson, David
Johnson, Debra
Johnson, Jeanette
Johnson, Perry L.
Jones, John Henry, Jr.
Jones, Tammy Thaxton
Jones, Teresa Lynn
Jourdain, Robert
Jourdain, Sharon
Justice, Barbara
Justice, William
Kaiser Cement Corp.
Kaiser, Charles, Sr.
Kapp, Susan
Karlich, Marilyn
Kay, James F.
Kay, Marianne
KCG Inc.
Kell Holding Corp.
Kelly Moore Paint Co. Inc.
Kelly Springfield Tire Co.
Kemper, Harvey
Kemper, Kathleen

Kennedy, Herman
Kewanee Boiler Corp.
Kiddoo, Dorothy
King, David
King, Fredrick
King, Margaret
King, Patricia
Kinsley, Christina
Kirk, James
Kiser, Kathryn
Kliafis, Joellen Lugene
Kraatz, Ricky
Kraatz, Terry
LaGloria Oil & Gas Co.
LaMartina, Peggy
LaMartina, Richard
Lamons Gasket Co. Inc.
Lamons Metal Gasket Co. Inc.
Langevin, Albert D., Jr.
Langevin, Paulette, Deceased
Laningham, Donald
Laningham, Ruth
Lansdale, Robert A.
LaPointe, Herbert
Latuda, Louis
Laubecher, Sylvia
Laurens, Herman
Laurens, Rosa
Lavender, Jala
League, Delberta
Leamons, Dorothy
Leamons, Herman
Leider, Frank J.
Lennox Industries Inc
Levitt, Dale
Levitt, Gloria
LGS Technologies LP
Liberda, August
Liebau, Shirley
Litchfield, Charlie
Littleman, Kee
Lone Star Steel Co.
Loughlin, William
Lucas, Donald
Lucas, Sherry Mace
Lucent Technologies Inc.

Lust, Josephine
Lust, Leonard M.
M.L.T.C. Co.
M.W. Kellogg Co. The
Mahaffey, Gordana
Mahaffey, Harold
Manchester, Sandra
Manchester, Wallace H., Jr., Deceased
Marie, Pauline
Maroldo, Anthony
Marquez, Lewis
Marsh, Gene
Marsh, Karla
Marshall, Bertha
Marshall, Caroly
Marshall, Earl
Marshall, Florence
Marshall, Robert
Martin, Iona James
Martin, Paul Ledale
Martinez, Sergio
Massey Energy Corp.
Massey-Ferguson
Mavronicles, Charles
Mavronicles, Gus, Jr.
Mavronicles, Jeanette
Mavronicles, Linda
Maynard, Diane
Mazenko, Darla
Mazenko, Robert
McCain, Cynthia
McClendon, Debra K.
McClinton, Gwendolyn
McClinton, Sidney
McColley, Ronald Andrew
McGhee, Melanie
McKenna, John
McNeil & NRM Inc.
McNeil Ohio Corp. Inc.
McNely, Betty
McQuay International, a Daikin Industries
    Co.
Meister, Horst K.
Meister, Norma
Mendoza, Alvaro
Mendoza, Isabel

Merrit, Carolyn J.
Metropolitan Life Insurance Co.
Meyers, Linda R.
Mid-Valley Inc.
Miller, Betty
Miller, Calvin
Miller, Melvin C.
Miller, Roger W.
Milwhite Inc.
Mine Safety & Appliances Co.
Minneapolis Moline
Minnesota Mining & Manufacturing Co.
Miss, Giusto
Miss, Massimiliana
Mitchell, Joe M.
Mitchell, Kefa
Mongan, Peter C.
Mongan, Sarah
Monsanto Co.
Montgomery, Laura
Mooney, Dorothy
Morbitzer, Nancy
Morbitzer, Paul
Moskowitz, Allen M.
Mott, Glenn
Mueggenborg, Norbert Paul
Mullens, Joyce A.
Mundy Construction Co.
Mundy Industrial Maintenance Inc.
Murco Wall Products Inc.
Musgrove, Barbara
Musgrove, Frank
Myers, Nancy E.
National Oilwell Varco Inc.
Natkin & Co.
Natkin Service Co. of Houston
Natkin Service Co. of Kansas
Nechodomu, Gerald
Nechodomu, Terry
Neill, Delmar
Nielsen, Elizabeth
Nielsen, Robert
Noble, Barbara
Noble, James
Noonan, Helen
Noonan, Michael G.

Norris, Deanna K.
Norris, Debra
Norris, Otis N.
Northrop Grumman Ship Systems Inc.
Norton Co., Safety Products Division
Nosko, Mark
Nyarady, James
Oakfabco Inc.
O'Brien, David
O'Brien, Karen
Occidental Chemical Corp.
O'Donnell, Troy J.
Oglebay Norton Co.
O'Gorman, Jacqueline
Oquist, Gail
Otto, Doris
Otto, Theodore
Owens Illinois Inc.
Owings, Bobby J.
Paizza, Ethna
Palagalla, Eryla
Palmer, Carol
Palmer, Harold
Panaro, George
Paratore, Martin
Parke, Elizabeth
Parke, Walter, Deceased
Parker Hannifin Corp.
Parker Hannifin Corp.
Parker, Dorothy
Parker, John B.
Parsons Chemical Engineering Inc.
Parsons Energy & Chemicals Group Inc.
Parsons Infrastructure & Technology Group
    Inc.
Pastore, Erminio L.
Payne, Allen, Deceased
Payne, Debra
Payne, Derek
Payne, Erik
Payne, Jana James
Payne, Kevin
Pecora Corp.
Peerless Industries Inc.
Peerless Pump
Peppers, Jo Ann

Perry, Troy
Petkovsek, Bonnie Lee
Petkovsek, David
Pfingsten, William E.
Pharmacia Corp.
Pharmacia LLC
Philips Electronics North America Corp.
Phillips Chemical Holdings Co.
Phillips Petroleum Co.
Pichler, Kim
Pichler, Margie, Deceased
Pinto, Janice
Pinto, John A.
Pizzillo, Dawn
Porter, William
Powell, John R.
Presley, Stephen
Priddy, Anna
Priddy, Creston P.
Pridmore, David
Pridmore, George
Proffitt, Joyce
Pugh, Teresa
Puleo, Joseph L.
Pullman Inc.
Purvis, Veva
Quaker Oats Co.
Qualls, Angela L. Norris
Quigley Co. Inc.
Rabenburg, Frank
Rankin, Rosie Mae Solze
Rapid-American Corp.
Rapley, Batty
Rapley, David R., Deceased
Rapley, Frank, II
Raytheon Engineers & Constructors
Red Seal Electric Co.
Reed, Townsend Elmo
Reed, Wilma J.
Ref Chem LP
Regan, John
Renteria, Suzanne H.
Rentmeester, Clayton
Resco Holdings Inc.
Rhodes, Bettie Ruth
Rhone-Poulenc AG Co. Inc.

Rhone-Poulenc Inc.
Ricci, Junior
Richards, Gail
Richards, Roy J.
Riley Power Inc.
Riley Stoker Corp.
Ritter, Carol
Ritter, Coy
Roberson, Judith
Roberson, Millard David
Roberts, John T.
Robinson, John H.
Rodriguez, Alicia
Rohletter, Bobby J.
Rohletter, Millie
Ross Laboratories
Rostankoyski, Joy
Routhier, George
Routhier, Veronica
RPM Inc.
Russell, Florence
Russell, Thomas
Saenz, Francisca
Saenz, Juan
Saint Gobain Abrasives Inc.
Salazar, Rosa
San Jacinto Maintenance Inc.
Sanchez, Elogia
Santa Fe Braun Inc.
Scanlon, Sharon
Schexnayder, Janelle Rodrigue
Schexnayder, Ryan
Scivicque, Ruth
Scroggins, Billie
Scroggins, Wendell, Sr.
Sellgren, Karen
Sellgren, Paul E., Deceased
Sepco Corp.
Serviss, Candace J.
Serviss, Carson L.
Shaw Group Inc., The
Shockley, Dora
Shockley, Perry
Shores, Rose
Shreve, Claudia Gail
Shuman, Roberta

Sibley, Eric
Siemens Energy & Automation Inc.
Siemens Industry Inc.
Silva, Sofia
Simmons, Phoebe
Simpson, Benthal G.
Simpson, John K.
Sinisi, Nuala
Sinisi, Stuart
Skinner, Joyce
Slaughter, Brenda
Slutz, Kimberly
Smith, David D.
Smith, Edward
Smith, Luther P., Jr.
Smith, Ruth M.
Smith, S. D.
Smith, Sammie L.
Soiferman, Harvey
Solomons, Helen
Sorrell, Robert
Spears, Connie
SPX Corp.
Stager, Charlotte
Stager, Douglas
Stalik, Edward E.
Standco Industries Inc.
Stanley, Christine
Stanley, Peter
Stark, Albert
Stark, Frances
Staton Lumber Yard
Stearns-Rogers Corp.
Stein, Margaret
Sterling, Linda J.
Steuck, Amy
Stewart, Edward
Stewart, Marguerite
Stewart, Terry
Stickrod, Brian Kelly
Stinson, Margaret
Stinson, Roger
Stokeley Van Camp Inc.
Straka, Catherine
Straka, John
Strenger, Virginia M.

Striffler, Hugh
Sturm, Herman, Jr.
Sturm, Pauline
Sud-Chemie Inc.
Sue, Jeffrey
Sue, Kristin
Sullivan, Constance
Sullivan, Joseph
Sun Oil Co. Inc.
Sunoco Inc. (R&M)
Superior Boiler Works Inc.
Sylvester, Kenneth
Sylvester, Sharon
T.H. Agriculture & Nutrition LLC
Tate, William M.
Taylor-Seidenbach Inc.
Temperino, Michele
Temperino, Rosalia
Terrill, Gary
Terrill, Sandy
Texaco Inc.
Texas Gas Transmission LLC
Texas Industries Inc.
THAN Inc.
Thomas Hayward Chemical Co.
Thomas, Carilion E.
Thomas, Gardenia
Thomas, Henry Lee
Thomas, John E.
Thomas, Joyce
Tie, John H.
Tie, Marylin
Tilghman, Betty Jane
Todd, Gerald
Toscano, James
Toscano, Jeanette
Total Petrochemicals USA Inc.
Trane Co.
Trane US Inc.
Triangle Maintenance
Trinity Construction Co. Inc.
Triplex Inc.
Tripp, Ellen
Turner, Joann
Turner, Pamela
Twentieth Century Glove Co.

TXI
Tyson, Pamela
Tyson, Sylvester
U.S. Rubber Co.
Ultramar Diamond Shamrock Corp.
Union Carbide Chemicals & Plastic Co.
Union Carbide Corp.
Uniroyal Holding Inc.
Uniroyal Inc.
United Conveyor Corp.
United States Steel Corp.
URS Energy & Construction
USA Norton Co.
Valero Energy Corp.
Vanzler, Mary Ellen
Varricchio, Lawrence
Verrengia, Florence
Verrengia, John
Viacom Inc.
Victor-Littleman, Irene
Vinson, Henry
Vinson, Iva J.
Voight, Connie
Voight, Joseph F.
Wagner, Michelle
Walker, Mary
Wall, Lillian L.
Wallace, Madonna
Walsh, Francis J.
Walters, Myrna
Walters, Robert Lee
Ward, Mary
Ward, Travis
Wardle, Karen
Wardle, Neil
Warren Pumps LLC
Washington Group International Inc.
Weaver, Louis K.
Webster, Harold
Weddell, Eleanor
Weddell, Trovillo
Weiland, Chester
Weiland, Judy
West, Valerie
Wheelabrator Chicago Inc.
White Motor Co.

White, Earl, Jr.
White, Norma Lee
White-New Idea Co.
Whitt, Anthony
Whitt, J.D., Deceased
Whitt, Shirlene
Whitt, Stoney
Whittaker Clark & Daniels Inc.
Wilder, Donald H.
Wilder, Elosia R.
William Powell Co., The
Williams, Ann
Williams, Chandra
Williams, Mary
Willis, Percy James, Jr., Deceased
Winder, Elda
Winder, Harvey
Wofford, Ada
Wolfgang, Judith
Woodson, Melvin

Woodward, Anna Matlock
Woodward, Don O'Neil
Xcel Energy Services Inc.
Yarbrough, Kaycee
Yaros, Robert
Yarway Corp.
Yazzie, Duane
York International Corp.
Young, Patricia
Young, Scott Douglas
Young, Willard, Deceased
Zahra, Joseph
Zamata, Charles
Zapata, Etelvero
Zapata, Maria
Zbigniewicz, Catherine
Zbigniewicz, Leon
Ziebarth, Philip L.
Zurn Industries Inc.
Zywicki, Joanne

# SCHEDULE 1(q)

## Parties Listed in Schedules of Assets and Liabilities

10928 Audelia Road LP
1605 Cooper Property Partners LP
2H Transport
2R Environmental Systems LLC
3 Degrees
4 Star Electronics Inc.
4B Components Ltd.
6425 Gess Ltd.
800 Heights Apartments
9750 Forest Lane LP
A All Animal Control
A Better Answer Communication Centers
    Inc.
A&M Farm Supply
A&W Bearings & Supply Co. Inc.
A.E. Bruggemann & Co. Inc.
A.K. Gillis & Sons Inc.
A1 All American Septic Service
A-1 Auto Supply
A-1 Locksmiths
A2 Research
A3M Vacuum Service
AAA Blast-Cote Inc.
AAA Cooper Transportation
AB Chance Co.
AB Erwin Welding
ABB Combustion Engineering
Abbott, Cynthia
Abbott, Emmett A.
Abbott, Grayson
ABC Auto Parts
ABM Technical Services
ABN Amro Bank NV
ABQ Energy Group Ltd.
Abraham, Sam
Abraham, Sammy J.
Abrams, Gregory S.
Abron, Misty
Abron, Triston
Abston, Curtis
Abston, Margaret

Accelerated Pump Services
Accudata Systems Inc.
Ace Industries Inc.
Ace Locksmith Service
ACF Tarp & Awning Inc.
ACFM Inc.
Acker, Tracy
Acme Iron & Metal Co.
Acme Packet Inc.
Acme Truck Line
Acopian Technical Co.
ACT Independent Turbo Services Inc.
Acumen Learning LLC
Adam, Marilyn W.
Adams Elevator Equipment Co.
Adams Oil Co.
Adams, Ben L.
Adams, Bettie J.
Adams, Chrystalyn
Adams, Edith
Adams, Fae Z.
Adams, Frances Powell
Adams, James V.
Adams, Jarvis
Adams, Jimmy T.
Adams, Joe Edward, Jr.
Adams, Keith
Adams, Linda Lee
Adams, Marge
Adams, Michael Glenn
Adams, Ruby Nell, Deceased
Adams, Sarah E.
Adams, William S.
Adamson, John N.
Adamson, Sammy
Adamson, William L.
Adcock, Leroy
Adcock, Louise B.
Adelle W Mims Testementary Trust
Adina Cemetary Association
ADK Solutions LLC

Adkins, Annette
Adkins, Charles E.
ADP Taxware Division of ADP Inc.
Advantage Document Destruction
Advantage Energy LLC
Advantage Pressure Pro LLC
AEC Powerflow LLC
Aechternacht, Frances
AER Manufacturing II Inc.
AER Manufacturing Inc.
Aerofin Corp.
Aeromotive Engineering Corp.
Aerotek Energy Services Inc.
AES Ironwood LLC
AES Southland LLC
AFA Investment Inc. Trust Account
Affordable Housing of Parker County Inc.
Agan, Roxie
Agan, William B.
Agee, Jeffrey S.
Agers, April
Aggreko Texas LP
AGI Industries Inc.
AG-Power
AGR Group LLC
AGR Inspection Inc.
AHA Process Inc.
Ahaan Partners LLC
AHF Aspen Chase LLC
AHF Community Development LLC
AHL Princeton LLC
Ainsworth, Billy
Air Dimensions Inc.
Air Liquide America Corp.
Air Sampling Associates Inc.
Airflow SC
Airgas Refrigerants Inc.
Airgas Specialty Products
Airrite Air Conditioning Co. Inc.
Airrosti Rehab Centers LLC
Airways Freight Corp.
AK Armature Inc.
AK Steel Corp.
Akins, Durwin Bain
Akins, Gettis M.
Akzo Nobel Chemicals Inc.

Alamo Manufacturing Co.
Albaugh Inc.
Albosta, Richard F
Albright, Karen Kenny
Alcala, Lisa R.
Alcatel Network Systems Inc.
Alcatel-Lucent
Alcolac Inc.
Aldinger Co.
Aldon Co. Inc.
Alere Toxicology Services Inc.
Alere Wellbeing Inc.
Alexander, Buster Owens
Alexander, Dorothy
Alexander, Earl W.
Alexander, Edmon Earl
Alexander, John L.
Alexander, Marsha
Alexander, Misty
Alexander, Shirley
Alexander, Shirley Ann
Alford Investments
Alford, E.B.
Alford, Jess B., Jr.
Alford, Lucille Rayford
Alford, Mary Frances
Alford, Mary Frances Engle
Alford, R.O.
Alfords Warehouse
Alison Control Inc.
All Pro Automotive
Allegheny International
Allegro Development Corp.
Allen, Alice Wright
Allen, Alma Fay
Allen, Bob
Allen, Dorothy
Allen, Henry (Deceased)
Allen, James C.
Allen, Lear T.
Allen, Lloyd
Allen, May
Allen, Nellie
Allen, Paul Silas, Jr.
Allen, Randolph M.
Allen, Rosetta

Allen, Una Faye
Allen, Viola R.
Allen's Truck & Trailer
Allen-Sherman-Hoff
Alliance Document Shredding
Alliance Geotec
Alliance Geotechnical Group of Austin
Alliance of Diversity Printers
Alliance Scaffolding Inc.
Allied Chemical Co.
Allied Composite Plastics Inc.
Allied Energy Resources Corp.
Allied Environmental Solutions Inc.
Allied Precision Fabricating Inc.
Allied Towing Service
Allison, Freeman
Allison, Wilma
Allred, James Preston
Allred, Johnny Lynn
Allstate Transmission
Allstate Vacuum & Tanks Inc.
Alltex Coring & Sawing LLC
Alltex Pipe & Supply Inc.
All-Tex Plumbing Supply Inc.
Allums, Aubrey
Allums, Bobby
Allums, Carolyn
Allums, Garl Dee Harris
Allums, Lori Lewis
Allums, Virginia
Allums, Virginia Allred
Alma Baton Trust
Almond, Robert
ALN & ALN Apartment Data
ALN Apartment Data Inc.
Alonti
Alpha Glass & Mirror
Alpine Power Systems
Alsay Inc.
Alsbridge Inc.
Alstom Esca
Alstom Inc.
Alston Environmental Co. Inc.
Alston Equipment Co.
Alston, Douglas L., Jr.
Alston, Douglas, Sr.

Alston, Kathy
Alston, Mark
Alston, Sophie Weaver
Alsup, Daniel M.
Alsup, John K.
Alsup, Kelly J.
Alsup, Molly Ann
Altair Co.
Altura Cogen LLC
Altura Homes LP
Altus Network Solutions Inc.
Amac Holdings
Amac I Driscoll Place LLC
Amarco Petroleum Inc.
Amber, Kay
Ambre Energy Ltd.
Ambrose, Thomas
Ameren Missouri
Ameren UE
Amerenue
American Annuity Group
American Barrel & Cooperage Co.
American Campaign Signs
American Cancer Society Inc.
American Crane & Equipment
American Cyanamid
American Cyanamid Co.
American Drilling & Sawing Inc.
American Electric Power Service Corp.
American Energy Corp. Inc.
American Energy Products Inc.
American Enerpower Inc.
American Equipment Co. Inc.
American Gas Marketing Inc.
American Hoechst Corp.
American Industrial Heat Transfer Inc.
American Institute of CPAs
American Litho Texas Inc.
American Motorists Insurance Co.
American Norit Inc.
American Republic Insurance Co.
American Residential Services LLC
American Software Inc.
American Spill Control Inc.
Amerigas Corp.
Ameri-Liquid Transport Inc.

Ameripipe Supply
Ameripride Linen & Apparel Services
Amerisouth XX Ltd.
Amerson, Donald R.
Amerson, Doyle
Amerson, Jerry
Amerson, Jerry Ann
Amerson, Rex
Ames, Sherry L.
Ametek Drexelbrook
Ametek Power Instruments - Rochester
Ametek/Process & Analytical Instruments
    Division
AMG Casa Rosa LLC
AMG-A Management Group Inc.
Amheiser, Brett
Amistco Separation Products Inc.
Ammons, Polly Mcfadden
AMP-A Tyco Electronics Corp.
AMS Consulting
AMS Corp.
Amsted Rail Inc.
Anadarko Energy Services Co.
Anadarko Petroleum Corp.
Anadite Inc.
Ana-Lab Corp.
Analysis & Measurement Corp. (AMS)
Analysts Services Inc.
Analytic Stress Inc.
Anatec International Inc.
Anchor Crane & Hoist
Ancira Enterprises Inc.
Andersen's Sales & Salvage Inc.
Anderson Chavet & Anderson Inc.
Anderson Greenwood
Anderson Greenwood & Co.
Anderson, Billy Ray
Anderson, Bobbie Ann
Anderson, Boyza
Anderson, Brenda
Anderson, Brenda K.
Anderson, Brenda Kay
Anderson, Charles Glenn
Anderson, Claudie Mae
Anderson, David H.
Anderson, Earnestine E.

Anderson, Gary
Anderson, Ghevonne Elizabeth
Anderson, J.C., Jr.
Anderson, Jack E.
Anderson, Janet Sue
Anderson, Jon R.
Anderson, Joseph James
Anderson, Lauri J.
Anderson, Louie Lee
Anderson, Marguerite
Anderson, O.D.
Anderson, Roger
Anderson, Rose Marie
Anderson, Rosetta
Anderson, Roy Lee
Anderson, Sylvia
Anderson, Thomas Wayne
Anderson, Vernice
Anderson, Vernice E. III
Anderson, Zella Ruth
Andon Specialties
Andres, Janis Lynn
Andrew LLC
Andrews Transmission
Andritz Environmental Solutions Inc.
Andritz Inc.
Andrus, Ken
Angelina & Nacogdoches Counties Water
    Control & Improvement District
Anita Morris Dent Living Trust
ANP Funding I LLC
Anrterburn, Lester S.
Antero Resources I LP
Anthony, Susan Stough
Anton Paar
Anton Paar USA Inc.
Antonette, Virginia
Aon Hewitt
API Heat Transfer Inc.
APNA Energy
APNA Holdings LLC
Apple
Applegate, Eddie
Applegate, Joy
Applied Data Resources Inc.
Applied Energy Co.

Applied Industrial Systems Inc.
Applied Security Technologies Inc.
Approach Operating LLC
Approva Corp.
April Building Services Inc.
APS America LLC
Aptpcy Ltd.
AquatiPro
Aquilex Hydrochem Inc.
Aramark Refreshment Services
Aramark Services Inc.
Aranet Inc.
Aratex Services Inc.
Arbill
Arbiter Systems
Arbor Woods Housing LP
Arboretum Estates Ltd.
Arch Energy Resources Inc.
Archer, Clayton
Archer, Irene
Arco Oil & Gas Co.
Areva Solar Inc.
Areva T&D Inc.
Argus Services Corp. Inc.
Arizona Public Service Co.
Ark Delivery
Arkema Inc.
Arkla-Tex Waste Oil
Arledge, John C.
Arledge, Ramona
Arlington Senior Housing LP
Armalite Architectural Products/
    Arco Metals
Armco Steel Co.
Armore Charter Oak Ltd.
Armore Trophy Club LLC
Armstrong Warehouse
Armstrong, Arthur A.
Armstrong, Bessie
Armstrong, Herbert Ray
Armstrong, Judith Diana
Arnett, Fred
Arnett, Hannah Simons
Arnette, Fred
Arnn, Claudia Ann
Arnold, Aline B.

Arnold, Billy W.
Arnold, Joel N.
Arnold, R.M.
Arnold, Robert M.
Arouty, Heidi
Arrow Electronics Inc.
Arrow Industries Inc.
Arterburn, Mark
Arterburn, Martin L.
Ascend Marketing LLC
ASCO
Asco Equipment
Ashby, Linda
Ashby, Linda M.
Ashford Apartments GP LLC
Ashingdon Ltd. Co., The
Ashland Chemical Co.
Ashland Inc.
Ashley Automation & Technology Inc.
Ashmore, Casey
Ashmore, Courtney
Ashmore, Tim
Aspen Chase Apartments
Associated Supply Co. Inc.
Asthana, Manu
ASTM International
Aston Brook
A-Swat Pest Control
AT&SF Railway Co., The
AT&T Global Information Solutions
Atkins, Anita
Atkins, James Robert
Atkinson Industries Inc.
Atkinson, Allen N.
Atkinson, Sue
Atlanta Reporters Inc.
Atlantic Group Inc., The
Atlas Copco Industrial Compressors Inc.
Atlas Elevator Inspection Service Inc.
Atlas Sales & Rentals Inc.
Atmos Energy Marketing LLC
Atmos Pipeline - Texas
Atmos Pipeline - Texas, a Division of
    Atmos Energy Corp.
ATP Results
ATS Logistics Services Inc.

Atteridge, Susan
ATTSI
Attwood, Josie Bell
Aultman, W.S.
Austin Armature Works
Austin Circuits Inc.
Austin Community College (TX)
Austin, Jewel
Austin, Stephen F.
Austron Inc.
Auther, Lena Billingsly
Automatic Door Systems
Automationdirect.com Inc.
Autoscribe
Autoscribe Corp., The
Autrey B. Harmon Trust
Autry, Terry
Autumn Breeze
Aventas Inc.
Avepoint Inc.
Avery, J.S.
Avery, Margelene
Avery, Margeline Penney
Avey, Goldie Faye
Avila, Bonnie J.
Avila, Jesse C.
Avis Box
Avista Technologies
Avnet Inc.
Awalt, Warren David
Awtry, Loyd E.
Axelson Inc.
Axia Land Services LLC
Axis Technologies
Axure Software Solutions Inc.
Axway Inc.
Ayala, Antonio
Ayers, Jimmy
Ayers, Joan Carol
Ayme, Anna C.
Aztec Industries
Aztec Manufacturing Co.
Aztec Promotional Group LP
Azul, The
B&J Equipment Ltd.
B&M Machine Co.

B&M RE Investments LLC
B.E. Barnes LP
B.I. Inform Inc.
B.S. Tire
Baban-Loutsenko, Liuba
Babcock & Wilcox Construction Co. Inc.
Babeco Fabrication & Machining
Baggett, Joyce Waits
Bagley, John Leon
Bagley, Nelwyn Joyce
Bahmani, Sina
Baiamonte, Terry E.
Baier, Nathalie
Bailey, Blake H.
Bailey, Dora
Bailey, Margaret A.
Bailey, Walter L.
Bailey, William H.
Baird, Trena Lefan
Bak Services Inc.
Baker Hughes
Baker Sign Co.
Baker, C.W.
Baker, Charles W.
Baker, Christopher D.
Baker, Dorothy
Baker, Dorothy Morris
Baker, John Furman
Baker, Lori
Baker, Rebecca Jo
Baker, Valaree Kaye
Baker's Rib
Baldridge, Joan
Baldwin, Richard P.
Ballard, William
Ballas, Nan McLeod
Ballenger, Jean
Ballenger, Jimmy W.
Ballenger, R. Max
Ballow, Adelle
Ballow, Betty Joyce
Ballow, Billy Ralph
Ballow, Grace
Ballow, Hazel
Ballow, Herman
Ballow, Marion

Ballow, Mozelle
Ballow, Thelma
Baltimore Gas & Electric Co.
Banda, Eliseo
Banda, Evelyn
Band-It-Idex Inc.
Bandyopadhyay, Dipankar
Bane, Bobby
Bane, Charles
Banister, Jo Ann
Banister, Jo Ann Alford
Bank of New York as Indenture Trustee,
    The
Bankhead Attorneys
Bankhead, Allene
Bankhead, Tom A.
Banks, A.D.
Banks, Herbert
Banks, Joy Dell
Banks, Vada
Barbour, James Lee
Barclay
Bardin Greene Apartment LLC
Barker Chemical Co.
Barker, Dana Gene
Barker, Earl E.
Barker, Jimmy
Barker, Mary
Barker, William P.
Barksdale, Brad
Barley, Kathleen
Barley, Michael
Barnard, M.J.
Barnes Group Inc.
Barnes, Annie Marie
Barnes, Inez
Barnes, Jean
Barnett, Bryan
Barnett, Cecil
Barnett, Daisy Pittman
Barnett, Jack W.
Barnett, John
Barnett, John B., MD
Barnett, Larry
Barnett, Lolene
Barnett, Mary Selman

Barnett, Mary Selman Langley
Barnett, Wendell
Barnett, William D., MD
Barnsco Inc.
Barnum, Betty Stern
Barr, Chadwick Z.
Barr, Malissa
Barr, Pattye
Barrett, Inga
Barrett, Jackie
Barrett, James
Barrett, Ray
Barrett, Rena
Barrientez, Opal M.
Barron, Bobbie (Green)
Barron, Isaiah
Barron, Matthew Ramon
Barron, Melvin E.
Barron, Theophilus, III
Barron, Theophilus, Sr.
Barron, Theophus
Barron, Vicki
Barron, Wyna J.
Barrow, George W.
Barrow, Jack
Barry, Charles B.
Barry, Judy
Bartle, Paul
Bartley, Jerry Lynn
Bartley, Ronnie
Barton, Bob
Barton, Clara P.
Barton, Harold Dean
Barton, Jean
Barton, Jerry Wayne
Barton, Jo Nan
Barton, Kenneth L.
Barton, Michael W.
Barton, Theresa E.
Barton, Willis W., Jr.
Basa Resources Inc.
Basel, Neal Daniel
BASF Construction Chemicals LLC
Bashinski, Agnes
Bashinski, Ted
Basic PSA Inc.

Bassett, Agnes
Bassett, Curtis
Bassett, Don
Bassett, Ivy Dee
Bassett, Jack
Bassett, Jean
Bassett, John
Bassett, John Farrell
Bassett, Lessie
Bassett, Mack
Bassett, R. Damon
Bassett, William C.
Bassett, William Robert "Bob"
Bastrop Scale Co. Inc.
Bastrop-Travis Emergency Services District
    #1 (TX)
Batchelor, James
Bates, Holly
Bates, Lon
Bates, Louise
Bates, Mark
Bath, Robert M.
Baton, Anita
Battelle-Northwest
Battery Associates Inc.
Baughman, Clara
Baughman, Clara Fay
Baughman, Jane
Baughman, Leona
Baughman, William
Baughman, William E.
Baulch, Ethelene
Baw, Charles W.
Baw, John H.
Baw, Lewis Calvin
Baw, Virgil L
Baw, Virgil L., Jr.
Baxley, Gladys
Baxter Clean Care
Baxter Oil Service
Baxter, Sharon Sue
Bay International LLC
Bayer Corp.
Bayer MaterialScience LLC
Bayou Petroleum
Bayou Vista Development Co

Bayport Chemical Service Inc.
Baysinger, Carolyn
Baysinger, Dora
Baysinger, Jessie M.
Baysinger, Jessie Mae
Baysinger, Vourlice
Baytank (Houston) Inc.
Baytown Valve & Fitting Co.
Beach, Leslie R. Gill
Beacon Hill Staffing
Beacon Hill Staffing Group
Beacon Petroleum Management Inc.
Beard, Jerry
Beardsley, Donna
Bearrientos, Opal M.
Beasley, Emma Lee
Beasley, Janelle
Beason, Jerry
Beauchamp, Ida Lorene
Bechtel Software Inc.
Bechtel, Joan M.
Beck, Buddy
Beck, Frances
Beck, Lasca
Beck, Pat
Becker, Joyce D.
Beckham, Barry Keith
Beckham, Janis Marie
Beckham, Julia S.
Beckham, William A.
Beckner, Sharon Ann Sanders
Bedco Enterprises Inc.
Beechem Equipment Inc.
Bee-Line Promotions
Beeman, Ginia Dian Eason
Behrend, Arthur
Bell County Road & Bridge Department
Bell County Water Control & Improvement
    District #1 (TX)
Bell, Carla Ann Weaver Krout
Bell, Eva Jean
Bella Casita Apartments
Belleview Condo Associates I Ltd.
Ben Hogan Co.
Ben Meadows Co. Inc.
Ben Shemper & Sons Inc.

Benavidez, Gloria
Benbow, Marion W.
Benbow, Mark W.
Benbow, Winthrop L.
Bender, Deanne Gaskins
Benik, Iris
Benjamin, L.
Bennett Water Well Drilling Inc.
Bennett, Linda Booker
Bennett, Mac L., III
Bennett, Robert Burroughs
Bennett, William Calvin
Bent Tree Properties Inc.
Benzoline Energy Co.
Bergen Brunswig Corp.
Bernard, Rudolph
Bernstein, Vera M.
Beroset, Michael
Berridge Manufacturing
Berry Petroleum Co.
Berry, June Williams
Berry, Maxine Houston
Berry, Patricia L.
Berwind Railway Service Co.
Best Buy Business Advantage
Best Buy For Business
Best Investment Co.
Best Service Tank Wash Inc.
Best Western-Granbury
Betenbough Homes
Bethlehem Baptist Church
Betsy Ross Flag Girls Inc.
Bette Henriques Trust
Bettis Corp.
Bettis, Douglas Dewey
Bettis, James Jay
Bettisaif, James J.
Betts, Brian
Betts, Ouida
Betts, Velda
Betz Laboratories
Bewind Railway Service Co.
BFI Inc.
BFI Industries Inc.
BFI Waste Services of Texas LP
BG Energy Merchants LLC

BGC Environmental Brokerage Services LP
BH Management Services Inc.
Bickley, Mavor B.
Bickley, Mavor Baton
Biegler, David
Bienville Inc.
Biezenski, Brenda Nell
Big Buck Country RV Park LLC
Big Three Industries Inc.
Biggers, Maxie Wright
Bighorn Walnut LLC
Bigspeak Inc.
Billy Cox Trucking
Billy Craig's Service Center
Birch, Stella Elizabeth
Bird, Robert
Birdsell, David
Bishop Lifting Products
Bius, Ben
BJ Process & Pipeline Services Co.
BJS Services Inc.
Blac Inc.
Black Barrel Energy LP
Black, Charles L.
Black, Janie
Black, Jon
Black, Lillian
Blackburn, Joseph W.
Blackburn, Paula Neil
Blacklands Railroad
Blackman, Maxine E.
Blackmon, Randy
Blackstone, Donald
Blackstone, George
Blackstone, Judith
Blackstone, Linda
Blackstone, Margaret E.
Blackstone, Mary Ann
Blackstone, Norma
Blackstone, Ronald
Blackstone, Ronald J.
Blackwell, J.B.
Blackwell, Ruth Rowland
Blair, Macbeath
Blakely, Dana L.
Blakemore, William R.

Blalock, Ann
Blalock, Billy Joe
Blalock, Elizabeth
Blalock, Robert Evans
Blalock, Sherrill
Bland, John Bell
Blankenship, Pat
Blanton, M.
Blanton, Monnie
Bledsoe, Roger
Bledsoe, Sarah Jackson
Blentech Corp.
Blevins, Jeanne
Blevins, William
Blissett, Danise D.
Blocker, Lisa
Bloom, Nancy Turner
Bloomberg
Bloomberg BNA
Bloomberg Raft
Blue Ribbon Asset Management LLC
Blue, Billy Ray
Blue, Billy Wayne
Blue, Donald Rex, Jr.
Blue, Michael Trent
Blue, Ollie Bridges
Blue, Richard Todd
Blum, Carolyn
Blum, Ronald H.
Blunt, Jean Harper
Blutrend LLC
BNP Paribas
Boakye, Randy
Board Vantage Inc.
Boatler, Billy P.
Boaze, Freida Joy
Bob Lilly Professional Marketing Group
    Inc.
Bobcat of Longview
Bob's Septic Tank Service
Boca Group Central LLC
Bodine, Rex
Bodney, Lawona
Bodycote International Inc.
Boecking, Nelda
Boecking, Tom

Boggs, Barbara
Boggs, Donald
Boggs, Donald B.
Boggs, Paul
Boggs, Paul E.
Boland, Carl Austin
Boland, Charles Clarence, Jr.
Boland, Craig Patrick
Boldwater Brokers LP
Bolin Construction Inc.
Boling, Cannon David
Boll Filter Corp.
Bolt, Doris Busby
Bolton, D.A., Jr.
Bolton, Lola Hazel
Bolton, Lou Langley
Bolton, Sudie Mae
Bolton, William M.
Bond, Malcolm L.
Bond, Michael Lee
Bond, Terry Ann
Bonded Lightning Protection Systems Ltd
Bonds, Amanda K.
Bongfeldt, Debbie
Bonita Gardens LLC
Bonner, Barbara Reed
Bonner, Carl Y.
Bonner, Kerry G.
Bonner, Roy S.
Bonnerestate, Ben Y.
Bonney Forge Corp.
Bontello, Bernice
Booker, Henry Lawrence, III
Booth Inc.
Booth, Jeanine B.
Boral Bricks Inc.
Borden Chemical Co.
Borden Inc.
Boren, Catherine H.
Boren, Ray H.
Borg-Warner Corp.
BorgWarner Inc.
Bosecker, Brian
Boston Gas Co.
Boston School of Medicine
Boswell, Barry

Botello, Alejo
Botello, Marina Cruz
Bottom at Steels Creek LLC, The
Boudreau, George
Boudreaux, Angela
Boundary Equipment Co. Ltd.
Boundless Network
Bowen, Ilene
Bowen, Jerry F.
Bowen, M.S., Deceased
Bowen, Ray Morris
Bowen, Richard
Bowen, W.H.
Bowen, W.H., Jr.
Bowens, Fannie
Bowens, Marilyn
Bowens, Marilyn L.
Bowens, T.C.
Bowers, Jeffrey
Bowers, Julie
Bowles Energy Inc.
Bowling, George William
Bowman, Cheryl L.
Bowman, James E.
Boy Scouts of America Pack #790
Boyd, Lovelace D.
Boyd, Melba
Boyd, R.A.
Boyd, Ray
Boyles Galvanizing Co.
BP America Inc.
BP Canada Energy Marketing Corp.
BP Corp. North America Inc.
Brackens, Tony L.
Braddock's Auto Trim & Tint
Braden Enterprises
Bradford, Marjorie Gayle
Bradley, Bonnie
Bradley, Elsie
Bradley, John Carlton
Bradley, Kenneth
Bradley, Mary
Bradley, Mary Dillard
Bradley, R.E.
Bradly, Sally B.
Brady Lee Thornton Trust

Braes Hollow Apartments
Bragg, Betty
Bragg, Beverly V.
Bragg, David M.
Bragg, Peggy J.
Bragg, Stephen D.
Brake Supply - Southwest Inc.
Brammer, Joan
Brance-Krachy
Branch, Alma
Branch, Casey
Branch, James
Brandenburg, Mary
Brandenburg, Tommy
Brandes, Wanda
Brandon, Florence Armstrong
Brandsford, Mitchell R.
Brannam, Verdie B.
Brannam, Verdie V.
Brannon, Helen Jones
Bransford, Everett R.
Bransford, George J.
Bransford, George Jake
Bransford, Mitchell R.
Brasch Manufacturing Co. Inc.
Brasher, James E.
Brau, Harvey
Braun, Walter Conrad
Brazos Valley Energy LP
Brazzell, Bonnie
Brecht, Charles
Breckenridge, Mary
Bredthauer, William G.
Breedlove, O.D.
Breeze LLC
Breeze Power LLC
Brehe, Deborah K.
Brehm, Shirley Thompson
Bremond Back To School Rally
Brenda S. Stewart Trust
Brentwood Apartments
Breton, Jonathon
Brett, Wilson
Brevard, Richard Weign
Brewton, Steven
Brian, D.A.

Brice Co.
Brice Co. Barclay Wholesale
Bridges, Dewey Roland
Bridgestone Firestone North American Tire
    LLC
Bridgman, Michael
Briggs, Maurine H.
Briggs, Steve
Bright Guy Inc.
Bright Truck Leasing Co.
Brightcove Inc.
Brightman Energy LLC
Brightwell, Barbara
Brightwell, Barbara A.
Brightwell, Donald
Brightwell, Mary
Brightwell, Michael Ray
Brightwell, Nathan
Brightwell, Nell Faulkner
Brightwell, Oneal
Brightwell, O'Neal
Brightwell, Richard E.
Brightwell, S.L.
Bristol, Betty Smith
Bris-Tow Inc.
Bristow, Kay Carolyn Sanders
Britt, Judy Gail
Britt, Kimberli S.
Britt, Ron L.
Brittain, Martha
Broach, Donna Thompson
Broach, Harold Leon
Broach, Mataline
Brock, Martha Lenora
Brockway, Martha L. King
Brogoitti, Andre
Brogoitti, David
Brogoitti, Glenda J.
Brogoitti, Inez
Brokmeyer, Ron
Bron Tapes of Texas Inc.
Brooklyn Union Gas Co.
Brooks Bent Tree LLC
Brooks, Ben Charles
Brooks, Brandi Nicole
Brooks, C.L.

Brooks, Christopher David
Brooks, Courtney Dawn
Brooks, Elmer E.
Brooks, Elmer Elsworth
Brooks, Emma Faye
Brooks, George Wilson
Brooks, Glenn R.
Brooks, Haley Michelle
Brooks, Jakob Frazier
Brooks, Jesse Milton
Brooks, Jimmie F.
Brooks, John T., III
Brooks, Josie Pearl
Brooks, Lillie
Brooks, Linda
Brooks, Mark
Brooks, Mark E.
Brooks, R.J.
Brooks, William R.
Broussard Logistics
Broussard, Pamela
Brown, Barbara Anne
Brown, Bernie
Brown, Betty
Brown, David P.
Brown, Edna
Brown, Edna Ruth
Brown, Edward
Brown, F.L.
Brown, Francis Eugene
Brown, Gary M.
Brown, Gus
Brown, Helen
Brown, Joe R.
Brown, John
Brown, Jon S.
Brown, Leon Ora
Brown, Ora Lee Cooper
Brown, Randy
Brown, Robin Laird
Brown, Sherry A.
Brown, Wanda Ann
Brown, Wesley
Brown-Hughes
Brownie, Kelley
Browning, Brenda A.

Browning, Kathleen Banks
Browning, Richard M.
Browning-Ferris Industries Chemical
    Services Inc.
Browning-Ferris Industries Inc.
Brownsboro Independent School District
    (TX)
Broy, Lorraine Wilson
Broyhill Furniture Insustries Inc.
Bruce, Frank
Bruechner-Martinez Herman
Bruechner-Martinez, Jose
Bryan Pendleton Swats & McAllister LLC
Bryan Texas Utilities
Bryan, Billy Todd
Bryan, David
Bryan, Ehtel Todd
Bryan, J.
Bryant, Daniel
Bryant, Delana Joyce
Bryant, Keith
Bryant, Leonard E.
Bryant, Retha Jean
B's Extra 21 Express LLC
BS Tire
B's Xtra 21 Express LLC
BSR Gas Marketing Ltd.
Buchanan, Donald
Buchanan, Mark Davis
Buck, Tonya Jones
Buckley Oil Co. of Dallas
Buckner, Marie Slominski
Buckner, R.C.
Buckner, Robert Doyle
Budd, Murlyene
Buffalo Cogen Partners LLC
Buffco Production Inc.
Buffington, Marilyn Shields
Buford, Thomas Adams
Bug Master, The
Bukowski Brothers Plumbing
Bullard, Charlie Ruth
Bullard, Gregory Lynn
Bullard, Jerry Don
Bullard, Randy
Bullen Pump & Equipment

Bullock Bennett & Associates LLC
Bullock, A.L.
Bullock, Marsha A.
Bullock, Pollie
Bullock, Ronald Eugene
Bullock, Ruby L.
Bullock, Shirley Ann
Bullock, Sonya Lynn
Bullock, Wanda
Burchfield, Rachel
Burd, Gladys
Burd, Homer L.
Burdette, Eva
Burdette, Gregory
Burdick, Margie L.
Burdin Mediations
Burford & Ryburn LLP
Burge, Charles
Burge, Patricia
Burgess, Annie B.
Burgess, Horace
Burgoon Co.
Burgstahler, Vicki L.
Burke Welding Supply & Tool Co.
Burke, Byron William
Burke, Kathryn M., Trustee
Burke, Kathryn Marie
Burke, Kenneth Arthur, Jr.
Burke, Mary L. Kesterson
Burke, S.L.
Burke, Stacey
Burke, Thomas Porter
Burkhart, Bobbye Marie Warrick
Burkhart, Van Howard, Jr.
Burland Enterprises Inc.
Burndy Corp.
Burnett, Frederick W., Jr.
Burnett, Lucy D.
Burns Engineering Services
Burns, Amanda Lou
Burns, Clyde E.
Burns, Eva Joyce
Burns, Henry D.
Burns, Michael A.
Burrell, Austin
Burrell, Hardy

Burrell, J.W., Jr.
Burrell, James
Burrell, Raymond
Burrows, Margaret Jane
Burrows, Margaret Jane Ferguson
Burrows, Peggy Jo
Burt, Helen
Burt, Jerry
Burtch, Dorman
Burtch, Harriett Louise
Burtch, Robert Barker, Jr.
Busby, Paulette Williams
Bush, Barbara George
Bush, Winnie Lou
Business Resource Group
Butcher, Alisa
Butler, Jesse
Butler, Misti
Butler, Roy L.
Butler, Ruth Hunt
Butts, Sue
Buzbee, William W.
Byers, Shirley
Bynum, Beatrice Lewis
Byrd, Ronnie
Bys, Jay
C&H Distributors LLC
C&J Revocable Trust
C&P Pump Services Inc.
C&S Filter Co. Inc.
C.J. Martin Co.
C.N. Flagg
C.R. Boatwright Trust
C.Y. & L.K. Cochran Living Trust
CA Inc.
Cabot Oil & Gas Corp.
Cabot Oil & Gas Marketing Corp.
Cad Supplies Specialty Inc.
Cain, Frank M.
Cain, Larry J.
Cain, Margie
Cain, Richard
Caldwell, Eric
Caldwell, Jill Barnett
Caldwell, Murline Wyatt
Caldwell, Ron

Caldwell, Vickie Dixon
Calgon Carbon Corp.
Calhoun, Emmett Delane
Callan, L. Joseph
Callaway, Grace Suzanne
Callicutt, Inez
Callicutt, Richard L.
Calpine Corp.
Calvert Chamber of Commerce (TX)
Calyon
Cam Air LLC
Cambridge Energy Solutions LLC
Cambridge Homes Inc.
Cameron Iron Works
Cameron, Andrew
Cameron, Dennis K.
Cameron, Kim
Cameron, Mary Josephine Greer
Cammack, Nelda Jane
Camp, Jeffrey
Campbell Soup Co.
Campbell Taggart
Campbell, A.T.
Campbell, Eva Jean Fuller
Campbell, Helen Grace
Campbell, Pam
Campbell, Pamela Gayle
Camterra Resources
Canadian Imperial Bank of Commerce
Cancel, Eustaquio
Can-Doo Transport LLC
Cannon, David Boling
Cannon, Eddie Gene
Cannon, Frances Hooper
Cannon, James E. (Buck)
Cannon, Joe
Cannon, Laverne Monaghan
Cannon, Lucile
Cannon, Virginia Ann
Cannon, Willis Lindon
Cantebria Crossing Dallas LLC
Cantu, Brenda Craig
Cap Trades LP
Capcorp Conveyor Aggregate Products
    Corp.
Capel, Alec

Capel, Emilee
Capgemini Energy LP
Capgemini US LLC
Capital IQ Inc.
Capps, Barry
Capps, Christine
Capps, Mike
Capsule Products
Caraway, Aleta Brown
Caraway, Shannon
Caraway, Wilson D.
Carboline Co.
Cardinal, Paul
Careballo, Miguel
CaremarkPCS Health LLC
Cargile, Darla Kim
Cariker, Kenneth W.
Cariker, Suzanne
Carl Owens Truck & RV Collision Center
Carl P. Wallace & Co.
Carleton North Central Ltd.
Carlingford Phase II
Carlisle, Mildred
Carlos, Priscilla Kaye Gill
Carlson, John
Carlton-Bates Co.
Carmichael, Elaine
Carnation Co.
Carnation Co. (Can Division)
Carnation Co. Inc.
Carolyn Jean Engle Stokes Gst Exempt
    Trust
Caropresi, Gregory J.
Caropresi, Sadie
Carotex Inc.
Carpenter, Barry
Carpenter, Billie J.
Carpenter, Billy J.
Carpenter, Bobby N.
Carpenter, Bruce, MD
Carpenter, Dale
Carpenter, Dava Jane
Carpenter, Delores
Carpenter, Donald
Carpenter, Faye
Carpenter, H.D.

Carpenter, Iona B.
Carpenter, Jane
Carpenter, Judy
Carpenter, Mildred
Carpenter, Nolan
Carpenter, Paul D.
Carpenter, Sarah
Carpenter, Steven B.
Carr, Carol S.
Carrell, Colin
Carriage Homes of Signature Place
Carrier Air Conditioning
Carrier Bock Co.
Carrier Enterprise LLC SC
Carrington, Stacey Westmoreland
Carrizo Oil & Gas Inc.
Carroll, C.L.
Carroll, Chester Lee Carroll III
Carroll, Chester Lee, Sr.
Carroll, Fines E.
Carson, Billy J.
Carson, Mary Jane
Carter Blood Care Institute
Carter Chambers Supply Inc.
Carter Equipment
Carter, A.G., Jr.
Carter, Billy C.
Carter, Clinton
Carter, Frances Jackson
Carter, James
Carter, Joyce Brooks
Carter, Marjorie W.
Carter, Michael
Carter, W.H. Kelly
Caruthers, V.
Carvajal, Ludvina
Carver Inc.
Carver Inc., (Murray-Carver)
Cascade Analytic LLC
Cascades 120 LLC
Case, C.S.
Case, Dan
Casey Industrial Inc.
Casey, Allen
Casey, Ronald
Casey, Roy

Casey, Roy, Jr.
Casey, Tommy W.
Cashen, Evelyn L.
Caskey, Bobbie Sue
Caskey, E. Floyd
Caskey, Ernest E.
Caskey, Lucille
Cassidy Turley Commercial Real Estate
    Services Inc.
Cassity, Danny S.
Castlerock Communities LP
Castleton Commodities Merchant Trading
    LP
Castro, Gabriel
Castro, Jaime
Castro, Janet
Castrol Industrial NA Inc.
Cate, Sylvia Favors
Caterpillar Global Mining
Cattron-Theimeg International Ltd.
CBI Na-Con Inc.
CBLS Ltd., a Texas LP
CBRE
CCCI
CCI Ridgeway Celeburne
CCP Concrete Pumping LP
CDI-Chemical Distributors Inc.
CEB
Ceballos, Lottie D.
Cecil Umphress Boat Docks
Cedar Hill Senior Housing LP
Cedar Point LP
Cedar Point Townhomes
CED-United Electric Co.
Celebration [Restaurant]
Cellco Partnership
Cenac Towing Inc.
Cenark Growers
Centennial Tuscany Villas LP
Centex A Lock Inc.
Centex Homes
Central Crude Inc.
Central Freight Lines
Central Power & Light Co.
Central Texas Workforce
Central Volkswagen

Centrifugal Technologies Inc.
Century Legacy Village
Century Partners Joint Venture
Cetco Oilfield Services Co.
Cetech Inc.
Cgmt 2006-C5 Pecan Crossing Drive
    Apartments LLC
CGS Inc.
CGS Mule
Chambers, Alton
Chambers, James N.
Chambers-Liberty County Navigation
Champion Building Products
Champion Forest Ltd.
Champion International Corp.
Champion Winkler Oil Corp.
Champions Forrest One LP
Champions Park Apartments
Chance, Dorothy Mae
Chance, Walter B.
Chancellor, Jim L.
Chancellor, Vaughn Hancock
Chancelloras, Mary as Trustee
Chand, M.
Chandler, Annie Cherry
Chandler, Gay Edna
Chandler, Jerry G.
Channel Shipyard
Chaparral Steel Co.
Chapman Court Reporting Service
Chapman, Cecil P.
Chapman, Dwayne
Chapman, Kathy Louise
Chardonol Corp.
Charles D. Ross Living Trust
Charles E. White Trust
Charles W. Weaver Manufacturing Co. Inc.
Charlie Thomas Ford Ltd.
Charlton, Louis
Charter International Oil Co.
Charter Real Estate Services II
Chase, Patrick
Chatham Energy Partners LLC
Chatleff Controls Inc.
Cheap Electric Now
Checkfree Services Corp.

Checkfreepay Corp.
Chem Tech Inc.
Chemcentral Corp.
Chemco Inc.
Chemetron
Chemetron Investments Inc.
Chemical Cleaning Inc.
Chemical Conservation of Georgia
Chemical Dynamics Inc.
Chemical Exchange Co.
Chemical Express
Chemical Reclamation Services Inc.
Chemical Transport Inc.
Chem-Mod LLC
Chempoint
Chempump a Division of Teikoku
Chemquest Inc.
Chemtrade Chemicals Corp.
Chem-Vac Services Inc.
Cherokee Horn Energy LLC
Cherokee Horn Production LP
Cherry, F.G.
Cherry, Grady
Cherry, Kathleen Kenny
Cherry, Ruth Mullen
Cherry. F.G.
Chesapeake Exploration Co.
Chesapeake Exploration LLC
Chesapeake Exploration LP
Chesapeake Operating Inc.
Chesler Analytics LLC
Chessmore, Laurie Catherine
Chestnutt, Ian
Chevron Corp.
Chevron Natural Gas
Chevron Pipeline Co.
Chevron/Texaco
Chicago Mercantile Exchange Inc.
Chief Exploration & Development
Chief Holdings LLC
Chief Oil & Gas LLC
Chief Supply Corp.
Chiemi Flynn, Chieme
Childers Products Co.
Childers, Michael P.
Childrens Home Foundation, The

Childrens Home of Lubbock
Childress, Benny Ladod
Childress, Lottie
Choice Energy LP
Chris Hunter Lumber Co. LLC
Christian, E. Weldon
Christian, Herschel D.
Christian, Hershel O.
Christian, James T., Jr.
Christian, Patty
Chromalloy Gas Turbine Corp.
CHTP Holdings Corp
Churchill, C.
Cielo Wind Services Inc.
CIGNA Property & Casualty Insurance Co.
Cimarex Energy Co.
Cincinnati Inc.
Cintas Document Management
Cippele Joint Venture
Circle Ten Boy Scouts
Cisco Systems Inc.
CIT Group, The
Citadel Energy Investments Ltd.
Cities Aggregation Power Project Inc.
Citizens Association For Sound Energy
Citizens Development Center
Citizens National Bank
Citnal Corp.
Citrus Energy Corp.
City Industries Inc.
City Motor Supply Inc.
City Wide Building Services Inc.
Cityville Oak Park LP
C-L Resins Inc.
Clairborne Apartments
Clamp, Jerry Wade
Clarendon College
Clark, Charles
Clark, Charles H.
Clark, Danny
Clark, J.O.
Clark, Judith Kathryn
Clark, Laverne Cooper
Clark, Marie
Clark, Pauline
Clark, Ruby G.

Clark, Steven
Clark, Weldon
Clarke Checks Inc.
Clarklift of Fort Worth Inc.
Classic Chevrolet Buick Pontiac GMC
Classic Energy LLC
Claudius Peters Americas Inc.
Clawson, Wilma Grace
Clay, Denison
Clay, Janie
Clay, Jimmy
Clay, Rex
Claye CB2 Investments LLC
Clayton Williams Energy Inc.
Clean Air Engineering Inc.
Clean Coal Solutions LLC
Clean Energy Technology Association Inc.
Clearly, Beverly
Clearwater Underground Water
    Conservation District
Cleaver, Lucy Yarber
Cleburne Propane
Cleme Manor Charitable Apartments
Cleme Manor Charitable Trust
Clements Oil Corp.
Clements, C.W.
Clements, L.C.
Clemmons, Marilyn
Clemmons, Martin D.
Clemmons, Mary Ann
Clemmons, Morris C., Jr.
Clemmons, Sam., Jr.
Clemmons, Theodore Pope
Clemmons, William E.
Cleveland, Betty Harris
Click2Learn Inc.
Clifford Power Systems Inc.
Clifton, Cindy S.
Climer Wilson LLC
Closs, Ralph
Closs, Robert
Cloud, Chris
Clyde Bergemann Bachmann Inc.
CMC Steel Fabricators
CNA Holdings
CNA Insurance Co.

CNE Peaking LLC
CNX Gas Co. LLC
Co Ax Valves Inc.
Coalstar
Coalstar Energy
Coastal Recycling
Coastal States Crude Gathering Co.
Coastal Tank Lines
Coastal Transport Co. Inc.
Cobb, Janet Lynn Wilhite
Cobb, Juanita B.
Cobern, Marian Thompson
Cochran, Charles Y., III
Cochran, Charles Y., IV
Cochran, Kenneth D.
Cody Partners III Ltd.
Cody, A.B.
Cody, Billy Rex
Cody, Ora B.
Cody, Patsy
Cofer, Mary Nell
Cogentrix Energy Power Management LLC
Coggiola, Lisa
Cognos Corp.
Cohagen, Arnold
Cohagen, Dorothy O.
Cohagen, Edward Emmett
Cohagen, John
Cohen, Judith Nell
Coker, Ron
Coker, Ronald E.
Cokinos Natural Gas Co.
Cole, Clarence
Cole, Eva Barrett
Cole, Eva E.
Cole, J.C.
Cole, Janice Anne Colley
Coleman, Annie
Coleman, Eddy
Coleman, Edna
Coleman, Edna Govan
Coleman, Martha Pittman
Coleman, Mary
Coleman, Mary Ann Clemmons
Cole-Parmer Instruments
Collard, Danny

Colle Towing
Colley Group LP
Colley, Jean D.
Colley, Paul S.
Colley, Paul S., Jr.
Colley, Rebecca Booker
Colley, Wesley David
Collins Park Apartments
Collins Radio
Collins, Charlotte L.
Collins, John
Collins, Juanita
Collins, Kathy Lynn Barton
Collins, Lorene Brewer
Collins, Mildred
Collum, Rhea N.B.
Colonia Tepeyac Ltd.
Colorado School of Mines
Columbus Bearing & Industrial Supply
Colwell, Miley
Comanche Pipeline Inc.
Combest, Preston
Combs, Odric L.
Combs, Thomas Gail
Combustion Engineering Inc.
Commerce Grinding Co.
Commodity Risk Management LLC
Communication Devices Inc.
Communications Workers of America
Community Coffee Co.
Community National Bank & Trust of Texas
Compare Power LLC
Compass Technology Group
Compete Energy Inc.
Complete Printing & Publishing
Compliance Assurance Associates
Compliance Assurance Inc.
Comprehensive Computer Consulting Inc.
Comstock Oil & Gas LP
Comtek Group
Comtek Telecom LLC
Conagra Foods Packaged Foods LLC
Concord Energy LLC
Condit, a Fluid Flow Products Co.
Cone, A.C., Jr.
Cone, Linda Gay

Cone, Linda Gay Pearce
Confer, Martha J.
Confidential Services Inc.
Confirmhub LLC
Conger, Carl
Conley Group Inc.
Connecticut Workers' Compensation
    Commission
Connection Technology Center Inc.
Connell, Frank D.
Connell, Phylliss Kaye
Conner, Diana Berry
Conners Construction
Conners Construction Co. Inc.
Connie, Taraba
Conoco Inc.
Conroy Ford Tractor Inc.
Conroy, Christine
Conroy, Joel C.
Conroy, John
Conroy, John A.
Conroy, Johnny
Conroy, Regina
Consolidated Casting Corp.
Consolidated Restaurant Operations Inc.
Construction Industry Solutions Corp
Consumerinfo.com Inc.
Consumers Energy Co.
Conti, Joseph V., Sr
Continental AG
Continental Can Co./Crown Beverage
Continental Energy Group
Continental General Tire Inc.
Continental Message Solution Inc.
Continental Products
Continental Products of Texas
Contingent Network Services LLC
Contract Geological Services
Control Disposal Co.
Control System & Instrumentation
    Consultants Ltd. (CSI)
Convalescent Center
Converters Ink Co.
Convey, Dana D.
Convey, William Hull
Conway, Janet

Cook, Bette Reed
Cook, Jerry W.
Cook, Lee Bell
Cook, Lucy Rives
Cook, Michael R.
Cook, R.F., Jr.
Cooke, Thomas Corbett, Jr.
Cooks Composites & Polymers Co.
Cooper Airmotive Inc.
Cooper Cameron Corp.
Cooper Industries Inc. (Cooper Airmotive)
Cooper, Aaron
Cooper, Annie Dixon
Cooper, Billie Sue Ballenger
Cooper, Charles A.
Cooper, Cleo
Cooper, Clifford
Cooper, Mae N.
Cooper, Robert D.
Cooper, Roger Wade
Coors Distributor
Copano Energy Services
Copeland, James W.
Copeland, Mabel
Copprell, Charles I
Copprell, J.L.
Cordray, A.A.
Cordray, A.E.
Cordray, C. Barnett
Cordray, John W.
Cordray, Julia E.
Core Laboratories
Cornett, Luann
Coronado Apartments
Coronado Power Ventures LLC
Corporate Search Partners
Corporate Telecom Solutions
Corporate Travel Consultants Inc.
Corpus Christi Island Apartment Villas Inc.
Corsicana Welding Supply
Cortez, Pamela Johns
Cosden Oil & Chemical Co.
Cosgrove, Fern Y.
Costar Realty Information Inc.
Cott, Marion Beth
Cottages of Bedford

Cotton, Charles
Counterfire Ltd.
Courtney, Della Faye
Courtyards at Kirnwood Apartments
Cousins, David Lee
Covey, E. Hilton
Covey, F.
Cowan, Robert J.
Cowart, Dax S.
Cowart, Irene
Cowger, Chris
Cox, Charles Rufus
Cox, Dustin
Cox, Marie
Cox, Maxine
Cox, Paul B.
Cox, Robert Edward
Cox, Roger Dale
Cox, Ronda Lummus
Coyote Petroleum Ventures Ltd.
CPI Pipe & Steel Inc.
CPL Industries
CPR Savers & First Aid Supply LLC
CPV Power Development Inc.
CPV Rattlesnake Den Renewable Energy
    Co. LLC
CQG Inc.
Cragg, Chris
Craig, Alcie
Craig, Chris
Craig, Jack T.
Craig, Jean
Craig, Margaret
Craig, Mary
Craig, Ricky
Craig, Ronald
Craig, Russell
Craig, S.E.
Craig, Tennille
Crane
Crane, Joyce
Cravey, Frances
Cravey, Thomas
Cravey, Wendell Craig
Crawford, Belle
Crawford, Beverly

Crawford, Beverly W.
Crawford, Billy Jack
Crawford, Charles R.
Crawford, Johnnie Graham
Crawford, Julie
Crawford, Millicent Anne
Crayton, Betty Jo
Creative Spark
Creditriskmonitor.com Inc.
Creech, Devin Blake
Creek Point LP
Creekview Apartments
Creekwood Place LP II
Cremens, Charles
Crenshaw, Mary L.
Crenshaw, Samuel T.
Crestbook Apartments
Crews, Archie R., Jr.
Crews, Doris B.
Criddle, Anderson
Criddle, Frank
Criddle, Odell
Criddle, Otis
Criddle, Thelma C.
Crider, Judy
Crim, Agnes King
Crim, E.F. III
Crim, E.F., Jr.
Crim, Helen
Crim, Kevin Blaine
Crim, Marie
Crim, Mary Louise
Crim, Ralph F.
Crim, Rex
Crim, Sterling Cromwell
Crim, Travis
Crim, Travis Frank
Crim, Truett
Crims Chapel Cemetery Assoc.
Crockett, Yvonne F.
Cron, Naomi Lee
Cropper, Karen Bettina
Crosby Boat Co.
Crosby Tugs Inc.
Cross County Water Supply Corp.
Cross Match Technologies Inc.

Cross, Joan
Cross, Robbie
Crossmark Transportation Services LLC
Crouch, Barney L.
Crouse, Katherine
Crowell-Morrison, Alisha
Crowell-Morrison, Regina
Crowley, Selma L.
Crown Central Petroleum Corp.
Crown Zellerbach Corp.
Crowson, Ruth Ann Britton
Crum & Forster
Crumbley, Nicole
Cruz, Alberto
Cruz, Lillian
Cruz, Phillip
Crystal Gas Storage Inc.
CSC Credit Services Inc.
CSC Engineering & Environmental
    Consultants Inc.
CSC Landfill
CSI Acqustion Co. LLC
CSX Transportation
CTU of Delaware Inc.
Culinaire International Belo
    Mansion/Pavilion
Culpepper, Brenda
Cumberland, Bob Ann
Cummings, Brian
Cummings, Hubert
Cummings, Hubert J.
Cummings, Lillian
Cummings, Maxine
Cummings, Natalie
Cummins Family Trust, The
Cummins Sales & Service
Cunningham Family Trust No. One
Cunningham, Elaine
Cunningham, W.A.
Cunningham, Wriley Mae
Cuplex Inc.
Curbell Plastics Inc.
Curd Enterprises Inc.
Currey Enterprises
Currey, Cathryn Grail
Currey, David M.

Currey, Julia C.
Currey, Palmore C., II
Currey, Palmore, II
Currey, Robert B.
Currey, Sue
Currie, Alton
Curry, Barbara
Curry, Susie
Curtis, Jacqueline
Cusack, Pamela Susan
Custom Cakes
Custom Clutch & Drive Co. Inc.
Cutsforth Products Inc.
Cycle Chem
Cynco Specialty Inc.
Cypress Fairbanks Occupational Medicine
    Clinic
Cytec Industries Inc.
Czajkoski, Jo Anna Fowler
Czajkowski, Kie B.
D&B Parts Corp.
D&D Radiator & Muffler
D&E Enterprise
D&E Services Inc.
D&R Electronics
D&R Marine Inc.
Dabbs, Karen Gray
Daco Fire Equipment
Daffan Investments
Daffan Mechanical
Dailey, Patrick A.
Dairy Diner Corp.
Dairy Pak
DairyPak
Dairy-Pak, a Division of Champion
    International Corp.
Daktronics Inc.
Dalchem Corp.
Dale Property Services LLC
Dale Resources LLC
Dale, Dennis
Dale, Kelly
Dale, Kris
Dallaly, Alondra Havens
Dallas Basketball Ltd.
Dallas Central Appraisal District

Dallas Chapter TEI
Dallas County School Equalization Fund
    (TX)
Dallas County Schools
Dallas Exploration Inc.
Dallas Foam
Dallas Housing Authority
Dallas Power & Light
Dallas Series of Lockton Cos. LLC
Dallas Zoo
Dalworth Industries Inc.
Dal-Worth Paint Manufacturing Co.
Damerons, Mary A.
Dan A. Hughes Co. LP
Daniel Oil
Daniel Radiator Corp.
Daniel, Basel F.
Daniel, Basel Neal
Daniel, E.L.
Daniel, Gomez
Daniels, S.E.
Dansby, Charles W.
Dansby, Eugene
Dansby, Eugene, Mrs.
Dansk Energy Services LP
Darden, Vegie
Darlin, Richard
Darr Equipment Co.
Darr Lift Truck Co.
DART
Dartez, Brenda
Daryl Flood Mobility Solutions
Data South Systems Inc.
Dataline Energy LLC
Datalogix Inc.
Datapak
Datawatch Systems Inc.
Daugherty, Cathy
Daugherty, Jeannie
Daugherty, R.L.
Daugherty, W. David
Daunis, Gari Dianne
Davaco Inc.
Davenport, Kathrine
David H. Arrington Oil & Gas Inc.
David M. & Sue Currey Family Trust

David, Ellis
Davidson Document Solutions Inc.
Davidson, Danny Buck
Davidson, Diane C.
Davidson, Lorene Taylor
Davis Brothers
Davis Crane Service
Davis Dubose Forestry & Real Estate
    Consultants Pllc
Davis Family Mineral Trust, The
Davis Inotek Instruments
Davis, B.G.
Davis, Bobby G.
Davis, Charles Oscar
Davis, Douglas
Davis, Eliza Jane
Davis, Glory Nell
Davis, Jack Willard
Davis, Jimmie Gaye
Davis, Jo Ann
Davis, Joe C.
Davis, Joe Jack
Davis, Jon
Davis, Jon T.
Davis, Juanita
Davis, Kyle Rodney
Davis, L.J.
Davis, Major Charles
Davis, Martha
Davis, Mary Jane Springfield
Davis, Nina Mae
Davis, Norman L.
Davis, Novie Shivers
Davis, Ross M.
Davis, Sue
Davis, T.G.
Davis, Vessie M.
Dawson, Elise Langford
Dawson, Lois Ann
Day, David H.
Day, Kathryn E.
Day, Marlene B.
Day, Norma
Day, Norma I.
Day, Patsy Jean
Day, Ralph P.

Day, William Mark, Jr.
DC Energy LLC
DC Power Supply
DCP East Texas Gathering LP
DCP Midstream LLC
DD Jet Ltd. LLP
De Lage Landen
Dead River Ranch
Dean Foods Co.
Dean, A.E.
Dean, A.E., Jr.
Dean, Billy Wayne
Dean, Chad
Dean, Donna Holder
Dean, Linda J.
Deans, Neve Edward, Jr.
Deaton, Amy Myrtle
Deaton, Billy Wayne
Deaton, Dora Ann
Deaton, Harold G.
Deaton, Judith
Deaton, Larry D.
Deaton, Larry Don
Debenport, Don
Debenport, Don A.
Deborde, Florence E.
Decal Shop, The
Decision Analyst Inc.
Deep South Equipment
Degeyter, Brock
Del Real, Rebecca
Delano Texas LP
Delaware Public Utility Commission,
    State of
Delbert Keith White Testamentary Trust
Delco-Remy America Inc.
Delek Marketing & Supply LP
Delmarva Power & Light Co.
Delo Inc.
Deloitte Services LP
Delta Chemical
Delta Consulting Group Inc.
Delta Distributors Inc.
Delta Machining
Delta Oil & Gas Ltd.
Delta Petroleum Corp.

Delta Services
Delta Tubular Processors
Demmler, Luann
Dempsey, Eula
Denet Towing Service Inc.
Denka Chemical Corp.
Dennard & Todd Overhead Door
Dennard, Charles L., Jr.
Denney, Ardette
Dennis, Rosemary K. P.
Dennis, Tim
Denson, Pamela A.
Dent, George F.
Dent, J.T.
Dent, Mary Grace
Denver & Rio Grande Western Railroad
Desiccare Inc.
Design Systems Group Inc.
Desoto Inc.
Destec (at Lyondell-Arco)
Destination Energy LLC
Detora Analytical Inc.
Dettenwanger, Vicki B.
Detyens, Beverly
Deutsche Bank Trust Co. Americas, Admin
Devine, Barbara Ann
Devoe & Reynolds Co. Inc.
Devon Energy Management Co.
Devon Energy Operating Co.
Devon Energy Production Co. LP
Dewey, James
Dewey, James, Sr.
Dewind Co.
Dewitt, Julienna Weaver
Dewitt-Schwalm, Cody
Dewitt-Schwalm, Jennifer
DFW Midstream Services LLC
DG Fastchannel Inc.
Dialsmith LLC
Diamond Shamrock Consumer Relations
Diamond Shamrock Corp.
Diamond-Kuhn Paint Co.
Diane, Swiger
Diaz Ceballos, Lottie
Dickerson, Kevin
Dickie, Brain

Dien Inc.
Diermann, Scott
Digabit Inc.
Digital Media Services LLC
Dill, Jerry D.
Dill, Melanie
Dill, Russell
Dill, Talma
Dillard, Anne K.
Dillard, Robert W.
Dillon, Don
Dillon, Patricia Ward
Dimension Imaging
Dimmock, Shirley
Dimmock, Velda A.
Diosdado, Esteban
Diosdado, Maria R.
Direct Fuels
DIRECTV
DIS Partners LLC
Discount Power
Discovery at Mandolin
Discovery Operating Inc.
Disick, Janelle
Displaytek Corp.
Disposal Systems Inc.
Dis-Tran Products Inc.
Diversified Fall Protection
Dixie Chemical Co.
Dixie Oil Processors Inc.
Dixon Services Inc.
Dixon, Charles Edward
Dixon, Deborah Robinson
Dixon, Eric
Dixon, Gwendolyn
Dixon, J.C.
Dixon, James
Dixon, Spivey
Dixon,Vivian L.
DKM Enterprises LLC
Dli, Azima
DMS Refining Inc.
Dnow LP
Do, Cong
Dobbs, Bill
Dobbs, Daisy Harris

Dobbs, Gary D.
Dobbs, Maurice
Doble Engineering Co.
Document Binding Co. Inc.
Docusign Inc.
Dodd, Jerry
Dodson, Allie M.
Dodson, Margie Langley
Doerge, Virginia Holcomb
Doggett, E.O.
Doggett, Jerry L.
Doggett, Mary L.
Doherty, Martha Clemmons
Doke Partners LLC
Dolezal, Mary Ann Lewis
Dollison, Juanita Rhymes
Dominguez, Gerardo
Dominion Energy Marketing Inc.
Dominion Retail Inc.
Domtar AW LLC
Don Franke Enterprises
Don H. Wilson Inc.
Don Ross Nabb Production Cos.
Donaldson Co.
Donaldson, Martha B.
Donaldson, Sharon Trimble
Donaldson, Stephen E.
Donnie, Rickard
Donovan, Frank Delano
Dopson, Peggy Jo
Dorantes, Anastacio
Dorantes, Rosario
Dorchester Refining Co.
Dore, Stacey
Dorham, Leanza
Dorough, Angela M.
Dorsey, Charles B.
Dorsey, Danny Q.
Dorsey, Don Keith
Dorsey, Eldon N.
Dorsey, Farrell L.
Dorsey, Gail
Dorsey, Glenn
Dorsey, J.B.
Dorsey, James S.
Dorsey, Jerry

Dorsey, Kay Ann
Dorsey, Maxie D.
Dorsey, Richard D.
Dorsey, Roddy M.
Dorsey, Terry R.
Dorsey, Tony E.
Dorsey, W.L.
Dorsey, Weldon
Doss, Donald
Dotson, Virgil W.
Douglas, Nancy
Douthit, Erma Jean
Douthit, Erma Jean Todd
Dove, Bradley
Dover Resources (Sargent)
Dow Chemical Co.
Dow Hydrocarbons & Resources Inc.
Dow Jones Legal Department
Dowden Building Materials Inc.
Dowden, Dorothy
Dowden, Jaems
Dowell Schlumberger Inc.
Dowmont, Vicki
Downs, Butch
Downs, Effie
Downs, Henry B.
Downs, Mary Nell
Downs, Susan
Downtown Dallas Improvement District
Dowty, June
Drackett Co.
Drackett Inc.
Drake Group, The
Drake, Patrick
Drake, Sandra M.
Drake, William S.
Draper, Alfred Lynn
Draper, James M.
Drees Custom Homes
Dresser Inc.-Masoneilan
Drew, Bessie
Drew, Kenneth
Drew, M.G.
Driggers, Charles G.
Driggers, Charles R.
Driltech Mission LLC

Drive, Aaron
Drive, Christopher
Drue & Mary Harris Family Trust
Drummon, Olyarie Newsome
Dry, Candace
DTCC Data Repository (US) LLC
DTE Energy
D-Tec Inc.
DTN/Meteorlogix
Dubberly, Tommy
Dubose Oil Products Co.
Dubose, Betty H.
Dubose, David H.
Dubose, Earl G.
Ducourt, Jewell Marie Combs
Dudley, Art
Dudley, James E.
Dudley, Mary E.
Duecker Rubber Service Inc.
Duessel, John
Duffee, Edward M.
Duffee, Johnie R.
Duffey, Ada
Duffey, Claude
Duffey, Claude Lee
Duggan Industries Inc.
Dugger, Robbie
Duke Energy Carolinas LLC
Duke Energy Ohio Inc.
Duke, Janie Jewell Gibson (Deceased)
Dukes, Ladelle Caskey
Dulany, Jo Ann
Dulany, Stanley
Du-Mar Marine Services Inc.
Duncan Disposal #688
Duncan, Byron
Duncan, Caryn S.
Duncan, Curtis
Duncan, David
Duncan, Donald W.
Duncan, Melissa
Dunklin, Gladys
Dunklin, Sallie Tate
Dunlap Swain
Dunn & Gerhart
Dunn Equipment Co.

Dunn Heat Exchangers Inc.
Dunn, Danny G.
Dunn, Dean A.
Dunn, Harold Joseph
Dunn, Jimmie
Dunn, Johnnie Mae
Dunnam, Vance
DuPont Powder Coatings
Dupont, Rebecca
Dupriest, Barbara
Dura Mar of Granbury
Durant Chevrolet Buick GMC
Durham, John Mitchell
Durham, Willis L.
Dust Control Technology Inc.
Dutcher-Phipps
Dutcher-Phipps Crane
Duval Corp.
DVB Bank AG
Dye, Linda L.
Dymke, Charlotte Ann
Dynamex Inc.
Dynamic Details Texas LLC
Dynegy Power Corp.
Dyonyx LP
DZ Atlantic
Dzedovich, Michael
E&C Harrell Farm & Ranch
E. Floyd Caskey Trust
E. Systems Inc.
E.I. Du Pont de Nemours & Co.
E.ON New Build & Technology
Eagle Auto Parts
Eagle Express Inc.
Eagle Oil & Gas Co.
Eagle-Picher Industries Inc.
Easley, H. Wayne
Easley, Louise
Easley, Patsy
Easley, Wilber
Eason, Danny
Eason, Mary E.
East Kelly AFB
East Texas Auto Air
East Texas Auto Glass
East Texas Connection 2

East Texas Medical Center
East Texas Refrigeration Inc.
East Texas Testing Laboratory Inc.
Eastern American Energy Corp.
Eastland City Hall (TX)
Eastland, John Joseph
Eastland, Leura Montez
Eastman Kodak Co.
Eastrans LLC
East-Tex Land & Minerals LLC
Easylink Services Corp.
Eaton, Terry
Eban Village I Apartments
Eban Village II Ltd.
Ebasco Services Inc. (LA)
Ebasco Services Inc. (NY)
Ebenezer Water Supply Corp.
Ebers, Sharon Allen
EBF & Associates
Eckersley, Matt
Ecofab Covers International Inc.
Economy Septic Tank Service
Ecorp Energy Marketing LLC
Ecotality North America
Ector Drum Co.
ED&F Man Capital Inc.
Edelmon, Louie V.
EDF Trading Resources LLC
Edifecs Inc.
Edison Machine
Edison Mission Marketing & Trading Inc.
Edmondson, Charles M.
Edward F. Miller Trust
Edward Jones & Co.
Edward Vogt Valve Co.
Edwards, David
Edwards, John W.
Edwards, Julie
Edwards, Kathie
Edwards, Mattie
Edwards, Robert Lee
Edwards, Virginia Bell
Edwards, W.F.
Edwards, William R.
Edwards, William R., III
Edwin Bohr Electronics Inc.

Edwin, Davidson
Efacec USA
EFJ Australia (No. 2) Holdings Co.
EGC Instruments & Controls
Ehret, Laura Honeycutt
Ehrlish, Mary Pauline Willey
Ehrmantraut, William
EIS Inc.
Eiver, Thomas F.
El Dorado Ranch
El Paso Corp.
El Paso Electric Co.
El Paso Phoenix Pumps Inc.
Elcon Inc.
Eldridge, Rosa, Deceased
eLearning Brothers Custom LLC
Elecsys International Corp.
Electric Boat Corp.
Electric Motor Repair
Electric Power Research Institute Inc.
Electrical Consultants Inc.
Electricity Ratings LLC
Electro Switch Corp.
Electro-Chem Etching Co. Inc.
Electro-Coatings
Electro-Coatings Inc.
Element 1 Engineering Inc.
Elf Atochem North America Inc.
Elite Brokers Inc.
Elkins, Harold
Elkins, Sue
Elliott Ford Lincoln Mercury
Elliott, Allen
Elliott, Benjamin
Elliott, Bobby
Elliott, Charles
Elliott, Chris
Elliott, Kathleen
Elliott, Mary
Elliott, Mary Virginia
Elliott, Merida
Elliott, Patsy
Elliott, Patsy F.
Elliott, Shelly
Elliott, Sylvester M.
Ellis, Barbara

Ellis, Bobbie
Ellis, Con Del, Jr.
Ellis, Craig B.
Ellis, Eugene
Ellis, Jennifer, G.
Ellis, Juanita
Ellis, Myra
Ellis, Pauline G.
Ellis, Ryan R.
Ellis, Shirl D.
Ellis, Stephen
Ellis, Tom W., Jr.
Ellison, Anne Shelby
Ellison, John B.
Ellison, Rosie Edna
Ellison, William Edward, Deceased
Elp Simon Lo
Elrod, Iris Groce
Elrod, Mary
ELS Schaefer Family Ltd., The,
    a Texas Family LP
Elvis, Goss
Embarcadero Technologies Inc.
Embry, Melissa
Embry, Melissa Messec
Embury, Terrence L.
Emedco
Emedco Inc.
Emera Energy Services Inc.
Emerson Electric Co.
Emerson Network Power Lierber Services
    Inc.
Emerson, Mary Louise
Emmons, A. Don
Emmons, Franklin
Emmons, Keith L.
Emmons, Keith Linn
Emmons, Linda G.
Emmons, Margie
Empire Pest Control
Emrey, G.J.
Emrey, Virginia
Enable Energy Resources LLC
Enbridge G&P (East Texas) LP
Enbridge Pipelines
Enbridge Pipelines (East Texas) LP

Enbridge Pipelines (NE Texas) LLC
Encana Oil & Gas USA
Enclave at Copperfield Apartments
Enclean Acquisition Inc.
Endeavor Energy Resources LP
Endress & Hauser Inc.
Enduring Resources LLC
Enerfin Resources II-92 LP
Energy Authority (TEA)
Energy Capital Partners II LLC
Energy Marketing Division of Hess Corp.
Energy Services Group International Inc.
Energy Trade Management GP LLC
Energy Ventures Analysis Inc.
Energy4u
Energypro Inc.
Energyusa - TPC Corp.
Enernex Corp.
Engelland, George
Engine Components Inc.
Engineered Casting Repair Services Inc.
Engitech Environmental Training
Engitech Inc.
English, David
English, Grace
English, Mike
English, Thomas
English, Tim
Enlink Midstream Operating LP
Ennis, Beatrice
Ennis, Marshall
Enpro Inc.
Enpro Industries Inc.
Ensenada de Las Colinas I Apartments
    Investors LP
Enstor Katy Storage & Transportation
Enstor Operating Co. LLC
Entech Consulting Services
Entergy
Entergy LLC
Entergy Operations Inc.
Entergy Power Marketing Corp.
Enterprise Gathering LLC
Enterprise Rent A Car
Enterra Corp.
Environmental Air Products Inc.

Environmental Resource Associates
Environmental Resources Management Inc.
Enze, Charles
EOG Resources
EOL Water Supply Corp.
Epcot LLC
Epsilon Data Management LLC
Epsilon Power Funding LLC
Equaterra Inc.
Equest LLC
Equipment Depot of Dallas Inc.
Equipment Repair Center
EQX Ltd.
Ergon Inc.
ERI Consulting Engineers Inc.
ERI Consulting Inc.
Eric Ryan Corp., The
ERM Inc.
Ermine Hudspeth Revocable Trust
Erspamer, Mary
Erspamer, Steve Glenn
Erspamer, Victor
ERTC
Ervin, Eugene
Erwin, Gay Taylor
Escambia Operating Co. LLC
eServices Inc.
ESI Acquisition Inc.
Esker Inc.
Esource Holdings LLC
Estate of  Bobbie Jane Reese
Estate of A.B. Worsham Jr.
Estate of Alton Hardwick
Estate of Alvin Schiller Jr.
Estate of Alvis Gene Richardson
Estate of Amos Hightower
Estate of Annett Solley
Estate of Annie Bell Jackson
Estate of Annie Jean Mcquaide, Deceased
Estate of Arnold Lockwood Miller
Estate of Ava Ruth Brevard
Estate of B.L. Rainwater Estate, Deceased
Estate of Beth E. Daniel
Estate of Betty L. Prichard (Deceased)
Estate of Betty Williamson
Estate of Billy Joe Whatley

Estate of Billy Wayne Tompkins
Estate of Bobbie Jane Reese
Estate of Bobby L. Allums
Estate of Bonnie Carter
Estate of Bonnie Woodall
Estate of Bradley H. Hunter
Estate of Brady H. Hunter
Estate of C. Simmons
Estate of C.C. Favors
Estate of C.D. Williams
Estate of C.H. Fenton
Estate of Carol Cannon Boling
Estate of Charlene Alford
Estate of Chattie Lee Mims
Estate of Chester L. Lemley
Estate of Clifton K Fleming
Estate of D.G. Houston
Estate of D.T. Reynolds
Estate of David Brooks
Estate of Dell Anderson
Estate of Della Faye Courtney
Estate of Delmon Gray
Estate of Donald Davis Carpenter
Estate of Doris Litton
Estate of Dorothy Danford
Estate of Dorothy Glasgow
Estate of E.W. Lewis
Estate of Earl E. Perkins
Estate of Early & B.W. Reece
Estate of Ed Trojacek
Estate of Edward Long
Estate of Edwin K. Harvey
Estate of Eleanor M. Cooper
Estate of Ella D. Honeycutt
Estate of Elsie H. Lloyd
Estate of Emery Douglas Bradford
Estate of Emma Fay Brooks
Estate of Era Mae Reynolds
Estate of Everett H. Morton
Estate of Fernd Tolson
Estate of Finus Lewis
Estate of Flora L. Thompson
Estate of Florence Miller, Deceased
Estate of Floyd Moseley
Estate of Frances Jo Drury
Estate of Frank Connell

Estate of George Bryan Greer
Estate of Georgia Mae Johnson
Estate of Glen English
Estate of Grover Tyler
Estate of Guyann Humphres
Estate of H.L. Houston
Estate of Harmon Rayford Sorge
Estate of Hattie Callicutt
Estate of Hattie Tillman
Estate of Henry D. Burns
Estate of Herbert & Marguerite Melton
Estate of Howard & Pearl Redmon
Estate of Ida Whatley
Estate of Irma Hinkle
Estate of Itasca Brooks (Deceased)
Estate of J. Harold Nussbaum
Estate of J.D. Spencer
Estate of J.L. Higginbotham
Estate of J.W. Lewis
Estate of Jack Gray
Estate of James E. Thomas
Estate of James Spann
Estate of Jay W. Martin (Deceased)
Estate of Jean C. Gill
Estate of Jessie Mae Simon
Estate of Jim Anderson
Estate of Jim Ras Pitts
Estate of Jimmie L. Gan
Estate of Joe Keith Thomas
Estate of John Anne Kyle
Estate of John Bell Bland
Estate of John E. Daniel
Estate of John L. Capistran
Estate of John Mims
Estate of John W. Brooks
Estate of Joseph M. Cox
Estate of Joy E. Hackleman
Estate of Juaneice Warrick
Estate of Juanita Suravitz
Estate of Kaiser Glover Mullins
Estate of Kenneth M. Besecker
Estate of L.D. Wright
Estate of L.O. Pelham
Estate of Ladye B. Taylor
Estate of Lanella M. Horton (Deceased)
Estate of Lester L. Hoskins

Estate of Lewis Simons
Estate of Lillian Laurence
Estate of Lillie Mae Gray
Estate of Lisa Dawn
Estate of Lois Laird Overton
Estate of Lola B. Williams
Estate of Lolene Barnett
Estate of Loma Shipp
Estate of Louise Laurence
Estate of Loydal S. Tillman
Estate of Luberta Menefee
Estate of Luther Brightwell
Estate of M. Linton Jones
Estate of Mable Reynolds Carpenter
Estate of Margaret Connell
Estate of Margie & Franke Emmons
Estate of Margie Gunter Emmons
Estate of Margie Wyatt
Estate of Marie S.Brown
Estate of Marion Johnson
Estate of Mary Ann Meneley (Deceased)
Estate of Mary Ann Swinney Sires
Estate of Mary Austin
Estate of Mary S. Copprell (Deceased)
Estate of Matthew K. Gentry
Estate of Mattie Ritter McAdams
Estate of Maude Mcneill
Estate of Maurice S. Anderson
Estate of Maxine Kroll
Estate of Melba Spann
Estate of Myrtle M. Smith
Estate of Noble Redfearn
Estate of Norma Jean Haney
Estate of Odies Moore
Estate of Olyarie N. Drummond
Estate of P.C. Monaghan
Estate of Paul D. Jones
Estate of Peggy Joyce Thornton
Estate of Phyllis Gray
Estate of Presley Sadler
Estate of R.E. Simon
Estate of Reese Garrison
Estate of Rev. Benjamin Smylie
Estate of Richard Joseph Parker
Estate of Robbie Lee Esters
Estate of Robert H. Benbow

Estate of Robert Kuhl Minors
Estate of Robert P. Smith
Estate of Roger Steward
Estate of Rondia Hackleman
Estate of Ruby C. Reynolds
Estate of Ruby P. Morris
Estate of Ruby Pelham
Estate of Ruby Stewart
Estate of Ruby Williams
Estate of Russell R. Ross
Estate of Ruth M. Cherry
Estate of S.K. Reynolds
Estate of Sam E. Craig
Estate of Sidney A. Sharp
Estate of Stanley Dulany
Estate of Stanley Slominski
Estate of Starley C. Fenton
Estate of Starley Fenton
Estate of Sudie Mae Bolton
Estate of Sue Lovell
Estate of T.B. Poindexter
Estate of Texana McCarley
Estate of Theophilus Barron, Sr.
Estate of Thomas G. Prior
Estate of Thomas G. Prior
Estate of Tony Houston (Deceased)
Estate of Velma K. Bland
Estate of Vernell Reynolds
Estate of Virgie Gill
Estate of W.C. Wyatt
Estate of W.J. Baker
Estate of W.W. & Bertha Abbott
Estate of W.W. Abbott
Estate of W.W. Steward, Jr .
Estate of Waldon H. Orr
Estate of Walter Barr
Estate of Wendell R. Jackson
Estate of Wesley & Merion Williams
Estate of Wesley G. Smith
Estate of Wilford Anderson
Estate of William C. Bassett
Estate of Yolanda Veloz
Estates of J.W. & Rita Wilson
Estates of Stanley Albert Williams & Virgil
    Williams
Estes, Jimmy

E-Systems Inc.
Ethicon Inc.
Ethridge, John T.
Ethridge, Kathleen
Ethridge, Tillman E., Jr.
Ethyl Corp.
ETS Acquisitions
ETS79 Inc.
Eubanks Alternator & Starter
EUCG Inc.
Eurecat U.S. Inc.
Eureka Revenue Inc.
Eutectic Metals Co. Inc.
Evans, Donald
Evco Partners LP
Evelyn Laird Cashen Trust
Evergreen Energy Inc.
Evergreen Helicopters Inc.
Evonik Energy Services LLC
Ewert, Cynthia
Exelon Corp.
Exelon Powerlabs
Exide Corp.
Experian Marketing Services
Experian Marketing Solutions Inc.
Experis US Inc.
Explorer Pipeline Co.
Extex Laporte LP
Extreme Reach
Exxon Corp.
ExxonMobil
F.E. Moran Inc. Special Hazard
Facility Solutions Group
Fairbanks, Carolyn Y.
Fairbanks, David C. as Trustee
Fairchild, Nancy
Fairfield Chamber of Commerce (TX)
Fairfield Family Practice
Fairfield Fence Service
Fairview, Town of (TX)
Fairway Sports Vehicles
Fairway Supply Inc.
Fall Lake Apartments
Falls of Point West Apartments
Falls of West Oaks Apartments
Falls of West Oaks LP

Faranetta, David
Farler, Mary Jo Flanagan
Farley, Patsy Matthews
Farley, Sondra Crim
Farley, Tim
Farm Credit Bank of Texas
Farmer Foundation Co.
Farmer, H.M.
Farmers Home Administration
Faro Technologies
Farouk Systems Inc.
Farquhar, C.D.
Farrar, Kathleen B.
Farrington, J.S.
Farwest Corrosion Control Co.
Farzana LLC
Fas-Line Fluid Services LLC
Faulkner Contractors Inc.
Faulkner, Bobby R.
Faulkner, D.V.
Faulkner, Gayle
Faulkner, L.R.
Faulkner, Rubie Nell
Faulkner, William Hugh "Dick"
Faulkner, William Robert
Fauske & Associates LLC
Favill Funding Interest LP
Favors, Ada Bell
Favors, Charles D.
Favors, Charles David
Favors, Edd
Favors, Edd C.
Favors, Jeremy
Favors, Jerry W.
Favors, Jessie C.
Favors, Jessie C., III
Favors, Joe Ray
Favors, John Waye
Favors, Larry D.
Favors, Michelle
Favors, Sidney T.
FC Dallas Soccer LLC
FE Hill Co. LLP
Fears, Homer
Fears, Jake H., Deceased
Fears, Michael H.

Fears, Terry Joe
Feaster, Virginia Lee Thigpen
FEC Liquidation Inc.
FEC Liquidation Inc. (Forney Engineering Co.)
Fechtman, David
Federal Pacific Electric Co.
Federwisch, Richard
Fehr Bros Industries Inc.
FENOC
Fenogllio, Walter D.
Fenton, John David
Fenton, Robert Earl
Fenton, Starley C.
Ferguson Waterworks #1105
Ferguson, Boyd R.
Ferguson, Fay
Ferguson, Florinda Fay
Ferguson, Helen
Ferguson, Laura B.
Ferguson, Lois
Ferguson, Myrna Loy
Ferguson, Roland M.
Ferguson, Williams Alfred, Dr.
Ferguson, Williams Arthur
Fernandez, Robert I.
FFG Enterprises Inc.
FGE Power LLC
Ficklin, Blossom Hobbs
Fidelity Express
Field Forms & Promotions LLC
Field Safety Resources Inc.
Fields, Melanie Jones
Fieseler, Joel
Fieseler, Lori
Film Stage & Showbiz Expo LLC
Filpro Corp.
Filtair Co., The
Fimat USA Inc.
Financial Adjustment Bureau
Finch, Ruby
Findley, Rachel
Findley, Shawn
Finke Farms
Finklea, Martha Josephine
Finley, Beulah

Finley, Daniel Ray
Finley, David K.
Finley, James Ray
Finneran, John
Fin-Tech Inc.
Fireside Enterprises
Firestone
First Advantage LNS Screening Solutions Inc.
First Avenue Realty Inc.
First Choice Power LP
First Solar Inc.
First Texas Homes Inc.
FirstEnergy Solutions Corp.
First-Shred
Fisher Controls
Fisher Safety
Fisher Scientific Co. LLC
Fisher, Suzanne Redwine
Fishnet Security Inc.
Fitting Valve & Control Corp.
Fitting Valve & Control Corp. (by Squibb-Taylor)
Fitzgerald Family Trust
Fitzgerald, James
Fitzgerald, Sue H.
Five Houston Cornerstone Ltd.
Five Point Partners LLC
Five Star Collision Center
FL Smidth Inc. - AFT Division
Flamingo Terrace Apartment LLC
Flanagan, Alford L.
Flanagan, Billy W. as Trustee
Flanagan, Billy Wayne
Flanagan, Cody Lee
Flanagan, Doris
Flanagan, Joe Don
Flanagan, Mary Jerene
Flanagan, R.N.
Flash Cubes Ice Service LLC
Flashnick, Ryan
Flatt, Kivan J.
Fleet Maintenance of Texas
Fleet, Debra
Fleet, Donald M.
Fleet, Donald Richard, Jr.

Fleetbody Equipment
Fleetwatcher LLC
Fleming, Brenda C.
Fleming, Patricia P.
Fleshman, Betty
Flint Ink Corp.
Flora, Lawana
Flory, Michael J.
Flo-Tex Inc.
Flournoy, Gloria Haston
Flowers, Debra Nell
Flowmaster Inc.
Flowserve Corp. FCD
Floyd, B.G.
Floyd, Elton
Floyd, Jo Ann M.
Floyd, Yvonne
FLSmidth Inc. Airtech Division
Fluke Corp.
Fluke Electronics
Flynn, Maureen
Flynt, Betty Jane
Focus Learning Corp.
Focus Pointe Local Inc.
Foley, Anita Reynolds
Folley, Kenneth
Folmar, Janet
Fomby, Ada
Fomby, Ben C.
Fomby, Jack
Fondren Forensics Inc.
Foote, Mary Nell, Attorney in Fact
Forbus, Daniel Eugene
Forbus, Daniel L., Jr.
Forbus, Jesse A., Sr.
Forbus, Joe L.
Forbus, Vernon Lyn
Forbus, Z.O.
Ford, Annie
Ford, James A.
Ford, Joan Tate
Ford, Lee
Ford, Mike Brown
Ford, Riata
Foreman, Torrey
Forest Hills Apartments LP

Forester Bros. Cattle Co.
Forestry Suppliers Inc.
Forge Group
Forge Group North America LLC
Forman, Kathrine J.
Formosa Plastics Corp., Texas
Forney Engineering
Forsyth, Gail
Forsyth, Lloyd E., Jr.
Fort Worth Cowtown Marathon
Fort Worth Emergency Service District #1
    (TX)
Fort Worth PID #01 (Downtown)
Fossil Power Systems Inc.
Foster & Kleiser
Foster, Clyde Jerald
Foster, James
Foster, James David
Foster, Jerry
Foster, Judy
Foster, Kevin W.
Foster, Nelva
Foster, Nelva M.
Fotomat Corp.
Fountain Oaks Apartments
Fountain, Darlene
Fountain, Richard
Fountaingate
Fountains Bent Tree LLC
Four Seasons
Four Seasons Resort & Club
Four Sevens Energy Co. LLC
Four Sevens Oil Co. Ltd.
Four Sevens Resources Co. Ltd.
Four Star Heating & Air Conditioning
Fowler, Albert
Fowler, Cleo
Fowler, Cleo S.
Fowler, Gordon
Fowler, Gordon N., Jr.
Fowler, Rosemary
Fox, Gary Louis
Foxworth-Galbraith Lumber Co.
Foy, Bryan Kelly
Foy, Craig Morris
Foy, Howell Greer

Foy, James
Foy, John Edward
Foy, Sandra
FPS Fire Protection Specialists
France, Delma Gene
Francen, Katherine A.
Frances L. Petteway Living Revocable
    Living Trust
Frances, Mary
Frandsen, Dallas J.
Frank Emmons Community Interest
Franklin County Water District (TX)
Franklin Covey Client Sales Inc.
Franklin, Bethine
Franklin, Carlos
Franklin, Crate, Jr.
Franklin, Horace
Franklin, Margretta Cummings
Franks, Debra L.
Franks, Jimmy D.
Frazier, Billy Wayne
Frazier, James
Frazier, Wade
Freedom Park LP
Freel, Carl D.
Freel, Emily
Freel, Gene
Freel, Janene K.
Freeman, Alice
Freeman, Alice Pearl
Freeman, Bill C.
Freeman, Billy
Freeman, Brian
Freeman, Jeffrey
Freeman, Jerry
Freeman, Lanny
Freeman, Laura E.
Freeman, Laura Elizabeth
Freeman, Mattie Bell
Freeman, Renea
Freeman, Wade
Freeney, Tommie Thompson
Freeny, Hazel
Freestone County 4H Adult Leader Assoc.
Freestone County Agrilife Extension Service
Freightcar America Inc.

Frenzel, Robert
Fresh Del Monte Produce Co.
Fresno Chemicals Co.
Frier, Harry
Frigiking Corp.
Fritcher, Edward B.
Frito Lay
Frontera Gas Supply Inc.
Frost, Catherine Cook
Frost, R.M.
Frost, Shirley R.
Frozen Food Express Truckers Association
Fry, Tolly
Fryer, Francis B.
Fryer, Hugh E.
Fryer, J. Douglas
Fryer, Jim S.
Fryer, Lena Mae
Fsoc Gas Co. Ltd.
Fudge Oil Service
Fuel Masters LLC
Fugman, Gwendolyn Carrol
Fulgham, Joe B.
Fuller, Alvie
Fuller, Annie
Fuller, Bobbie
Fuller, Bobbie L.
Fuller, H. B.
Fuller, Jonathan
Fuller, Mattie
Fuller, William L.
Fulmer, Mary Ann
Fulton, Cheryl J.
Fun N Sun Sports Center
Funderburk, Sue
Furon Metallic Gaskets
Furrh, Mary Ann
Fusion Energy Group Ltd.
Fusion Inc.
Fussell, Amelia G.
Future Com Corp.
Futurecom
Futuregen Industrial Alliance Inc.
Futures Co., The
G&G Construction
G&W Engineers Inc.

G.B. Boots Smith Corp.
G.P. Smith Inc.
G2 Electrical Testing & Consulting Inc.
G4S NSSC
GA Options LLC
Gabriel, Ray
Gage, C.A.
Gage, Karen D.
Gage, Martha J.
Gallegos, Cheri Boland
Galls Inc.
Galveston County (TX)
Galveston, City of (TX)
Gambell, Betty
Gambell, Willie
Gamble, Willie A., Jr.
GamTex Industries Inc.
Gandy Family Trust
Gandy, Virginia Arnold
Gann, Aaron
Gantt, Bettye Lewis
Garban Capital Markets LLC
Garban Futures LLC
Garber Brothers
Garcia, Joe
Garcia, Jose M.
Garcia, Ruben
Garden Terrace I Duplexes
Gardenhire, Alan
Gardenhire, Terry
Gardner Denver Machinery Inc.
Gardner Denver Nash LLC
Gardner Iron & Metal Co. Inc.
Gardner, Don
Garland Meadows Ltd.
Garmannslund, Cherry Day
Garner, Leeanna Page
Garrard, Ann
Garretson, O.W.
Garrett, Billy
Garrett, David
Garrett, Jan
Garrett, Lea
Garrett, Linda C.
Garrett, Margaret Louie
Garrison Industries Inc.

Garrison, Mozelle
Gary F. Lachman & Associates
Gary, Carrie
Garza, Sabrina Nicole
Gas Energy Management
Gas Equipment Co. Inc.
Gaskins, Daniel
Gaskins, Douglas
Gates Corp.
Gates, Helen
Gateway Greycrest
Gateway Processing Co.
Gateway Public Facility Corp.
Gatlin, Glen
Gauntt, Ardelia
Gautier Oil Co. Site
Gavilon LLC
Gavlon Industries Inc.
GCR Tire Centers
GE Analytical Instruments Business Group
GE Analytical Instruments Inc.
GE Betz Inc.
GE Energy Management Services Inc.
GE Energy Services
GE Industrial Systems
GE Multilin
GE Nuclear Energy
GE Transportation System
Gear Cleaning Solutions LLC
Geary, J.W., Jr.
Geary, John
Geary, Joseph W., Jr.
Gebco Associates LP
Gee, Tara A.
Geer, Vera Johnson
Gemini Scientific Corp
Gen. Chemical Performance Products LLC
Gene B. Fleming Trust, The
General Atomic Electronic Systems Inc.
General Atomics Systems
General Land Office, Commissioner of (TX)
General Motors Fleet & Commercial
General Telephone Co.
General Tire & Rubber
General Tire & Rubber Co., The
General Tire Inc.

Genesis Solutions
Genesys
Genesys Conferencing NA
Genola, Linda
Genon Energy Management LLC
Gensley, John
Gentry Trucking
Gentry, Donald Joe
Gentry, Jimmie R.
Gentry, Katherine Sue
Gentry, Kelly
Gentry, Kenneth Hays
Gentry, Mary Frances
Gentry, Michael Wayne
Gentry, Robert
Gentry, Robert R.
Gentry, Roy Kelly
Gentry, Winnie Mae
Geo Drilling Fluids
Geophysical Data Management
George P. Futch Trust
George, Debra K.
George, Finis M. (Patsy)
Georgia Gulf Corp.
Georgia Power Co.
Georgia-Pacific
Georgia-Pacific Chemicals Inc.
Geotech Environmental Equipment
Geotechnical Services
Geppert, Joseph W.
Geppert, Marcia M.
Geren, Lawana Louise
Geren, Steven J.
Geren, William Preston
Gerhardts Inc.
Geters, Douglas
Geters, Douglas, IV
Geters, Ivan
GETS Global Signaling
Geurin, Karen Akard
Geus
GFI Group Inc.
Giardina, Mary D.
Gibbons, Joe K. (Deceased)
Gibbs International Inc.
Gibbs, Homer

Gibbs, Joshua
Gibbs, Suzanne
Gibraltar Fence Co.
Gibson, Annie
Gibson, Charles F.
Gibson, Charles Wayne
Gibson, Desmond
Gibson, Don
Gibson, Emmett M.
Gibson, Ethel
Gibson, Gladys
Gibson, Jackie
Gibson, Jackie J.
Gibson, Lillie Faye
Gibson, Ludie
Gibson, Nalda B.
Gibson, Orland
Gibson, Patsy F.
Gibson, Patsy G.
Gibson, Pauline G.
Gibson, Royce
Gibson, Vernon
Gibson, Wayne
Gibson, Willie Mae
Gibson,Thelma
Gifford Hill Cement
Gifford Hill Readymix
Gila River Power LLC
Gilbert Environmental Inc.
Gilbert, Ron
Gill, Billie
Gill, Billy Ray
Gill, Cindy
Gill, George V.
Gill, John E.
Gill, John Earvy
Gill, Roland L
Gillean, C.L.
Gillean, Rebecca
Gilley, Lisa H.
Gilliam, Archie Lee
Gilliam, Glenda Favors
Gilliam, Martha Brooks
Gillmore, Steven V.
Gilmer Rural Fire District #01 (TX)
Giltner, Terri Lynn

Gingles, Robert Lee
Gingles, Wilma R.
Giovanna Apartments, The
Gipson Industrial Coatings Inc.
Gipson, Angie L.
Gipson, Billy Mack
Gipson, Billy W.
Gipson, Lillie Faye
Gipson, Robert
GK Services
Glacial Energy Holdings
Gladwin Management Inc.
Glantz Joint Trust
Glantz, Melvin N.
Glaze, Ben
Glaze, Janet C. Harris
Glaze, Naomi
Glazner, Una Loyd
Gleichenhaus Advisors LLC
Glen Rose Healthcare Inc.
Glen Rose Medical Center
Glen, Arnold
Glenn Springs Holdings Inc.
Glenn, Alvin E.
Glenn, Linda
Glennon, Lacey H.
Glitsch Inc.
Global Alarm Systems
Global Knowledge
Global Montello Group Corp.
Global Technical Training Services Inc.
Global Universal Inc.
Globe Union Inc.
Glockzin Ranch Properties Ltd.
Glockzin, Emanuel H., Jr.
Glover, Frank M.
Glover, Lavonne
Glover, Scott
Glyndon J. Shelton
GNB Battery Technologies Inc.
Goates, Frances Montgomery
Godfrey, Richard A.
Godfrey, Sandra C.
Godfrey-Griffith, Robin
Godfrey-Griffith, Ryan
Goering, Matthew

Goeth, Nelda Jean Williams
Goetz, Edward A.
Goetz, Frances L.
Goforth, Chapyne
Goins, Richard W.
Golden Brew Coffee Service
Golden Spread Electric Cooperative Inc.
Golden Triangle Storage Inc.
Golightly, Carolyn
Golightly, John
Golightly, Larry
Gonzalez, Amanda
Gonzalez, Seferino
Gooch, Cecily
Good, Bobby G.
Good, Joan
Goode, Randy W.
Goodgion, Edgar
Goodgion, Fred
Goodman Co. LP
Goodman Manufacturing Co.
Goodman, A.
Goodman, Doris Pearl
Goodman, Elizabeth A.
Goodpasture Inc.
Goodrich Petroleum Co. LLC
Goodrich Petroleum Corp.
Goodson, Paul
Goodwin, David
Goodwin, Ricky
Goolsby, Edith Louise
Goss, Lillie
Goss, W.M.
Gotcher, Gerald
Gothard, Dinita
Gothard, Donita
Gothard, Johnette
Goudeau, Peggy A.
Goudeau, William G.
Gouge, Jason
Gould & Lamb
Gould Electronics Inc.
Gould Inc.
Gould Instrument Systems
Grace Manufacturing Inc.
Grace, Tommy

Gracy Title Co.
Graham Electronics
Graham Energy Services Inc.
Graham Magnetics
Graham Magnetics by Carlisle Cos. Inc.
Graham Resources
Graham, Deborah
Graham, George T.
Graham, Mart
Graham, Martha Slominski
Graham, Richard S.
Graham, Virginia
Graham-White Sale Corp.
Gramling, Ozzie Elwood
Grammer, Gennell
Granberry, Robert Dale
Granbury Parts Plus
Grand Canyon Management
Grand Prairie Independent School District
    (TX)
Granite Advisory Holdings LLC
Granite Telecommunications LLC
Grant, John W.
Grantham Oil
Grasso, Michael
Graver Water
Graver Water Systems Inc.
Graves, James
Graves-Matthews, Joe Ben
Graves-Matthews, Lauren
Gravograph New Hermes
Gray, A.J.
Gray, Carrie
Gray, Dale E.
Gray, Daniel K.
Gray, Delmon
Gray, Donald L.
Gray, Donna L.
Gray, Dorothy Baughman
Gray, Ethel Raye Phillips
Gray, Gary W.
Gray, Jack E.
Gray, James
Gray, Jeri Saundra
Gray, John W.
Gray, Johnnie

Gray, Kenneth
Gray, Larry L.
Gray, Lillie
Gray, Lillie Mae
Gray, Ollie
Gray, Ollie Simon
Gray, Phyllis
Gray, Robert A.
Gray, Stanley
Gray, Susan L.
Gray, Thomas E.
Gray, Timothy W.
Gray, Wanda Williams
Gray, William J.
Graybar Electric Co. Inc.
Great Lakes Chemical Corp.
Great River Energy
Greatwide Dallas Mavis LLC
Green Custom Services
Green Mountain Power Corp.
Green, Ann
Green, Ava
Green, Canzola Hughes
Green, Ernest
Green, Hazel
Green, James Richard
Green, Jerry
Green, Jessie
Green, John
Green, Lonnie Gerald
Green, Mindi
Green, Nancy Watson
Green, Roy
Green, Sherry A.
Green, Sue
Greene, Michael
Greeney, Floyd
Greeney, Tommie M.
Greenslade & Co. Inc.
Greer, Almeda Joy
Greer, Andrew Bryan
Greer, Frank S., Jr.
Greer, Frank W., Jr.
Greer, Frank Whited, Jr.
Greer, Gary Charles
Greer, George C.

Greer, Helen M.
Greer, James R.
Greer, John B., Jr.
Greer, Larry Sidney
Greer, Megan Leah
Greer, Michael Frank
Greer, Robert Ewing
Gregg Industrial Insulators Inc.
Gregg, Dorothy
Gregory Laird Cashen 1999 Trust
Gregory Power Partners LP
Gregory, Elizabeth
Gregory, John H.
Gregory, Lura Mae Riley
Gregory, Paul C.
Gregory, Robert G.
Greif Bros. Corp.
Greyhound Lines Inc.
Grichar, Dimple Dell Fowler
Griffen, Joan B.
Griffin, Barbara
Griffin, Christopher H.
Griffin, Mark
Griffin, William
Griffith, Henry W.
Griffith, Kathryn
Grill, Lee
Grimes, Linda Arlene Sanders
Grimes, Mareva N.
Grimes, William T.
Grismore, Madie R.
Groce, Jack
Groesbeck Lions Club
Grote, Anita Truett
Grounds, Angelia
Grounds, Joan Elizabeth
Group 1 Software Inc.
Group Four Inc.
Grubb Filtration Testing Services Inc.
Grubb, Dapha Sanders
Gruetzners Collision Center
Grumman Houston Corp.
Grunewald, Edna L.
Gruver, Deborah K.
Gruver, Winfree O.
GT Analysis Inc.

GT Distributors Inc.
GTE
GTL Energy (USA) Ltd.
GTTSI
Guaranty Bank
Guckian, Kenneth C.
Guerra, Barbara Ann
Guess, Gary
Guest, C.R.
Guidroz, Patricia
Guidry, Rodney
Guidry, Stephanie Waits
Guillory, Angela Yvonne
Gulf Oil Corp.
Gulf Precision Industries
Gulf States Tube Corp.
Gulfmark Energy Inc.
Gulfport Harbor (MS)
Gulfport Harbor Master
Gulfport, City of (MS)
Gullard, Betty
Gumbin Revocable Trust, The
Gumbin, Jack M.
Gumbin, Owen
Gundry, Connie Alston
Gunn, Cardell
Gunn, Margaret
Gunn, Patricia Ann Harris
Gunter, Dorthine Westmoreland
Gusbeth, Rocio Dennice Taube
Gutor Electronic Inc.
Gutor North America
H&D Distributors
H&H Oil Services Inc.
H. Muehlstein & Co. Inc.
H3 Oil & Gas LLC
Habrour, Kelly R.
HAC Corp.
Hackler, J.S.
Haddon, Margaret L.
Haddon, Paul D.
Haden, E. Doris
Haden, J.H.
Haden, Jerry
Haden, Linda
Hagen, Carolyn

Hagen, Charles
Hagen, Charles, Trustee
Hagen, Diana Jones
Hagen, Jeff
Hagen, Jerry, Jr.
Haines, Coletha
Hajagos, Les
Hajek, Florence
Hakim, Aminah Abdul
Hale, Gregory Allen
Hale, Robert Wayne
Haley, Jesse F.
Halff Associates Inc.
Hall, Adron
Hall, Becky
Hall, Dovie M.
Hall, E.D.
Hall, Lauren Long
Hall, Mary B.
Hall, Ruth M.
Hall, Ruthmary
Hall, Sammie, Jr.,
Hall, Shirley Marie
Hall, Vicki
Halliburton
Halliday, Edward
Halliday, Frances Cleo
Hall-Mark Fire Apparatus
Hallwood Energy Corp.
Ham, Ronald
Hamilton, Brian D.
Hamilton, Cathy
Hamilton, Delma C.
Hamilton, James D.
Hamilton, Jerry
Hamilton, Treva Gail Jenkins
Hamm, Elaine
Hammack, Jason A.
Hammonds, Gary
Hammonds, Lucille
Hammonds, Mark
Hammonds, Robert
Hammonds, Teresa
Hammons, Betty Jean Allred
Hampton Hollow Townhomes
Hampton, Audrey Sue

Hampton, Cinthia
Hampton, Darwin
Hampton, Gyp H.
Hampton, Henry M.
Hampton, Judy
Hampton, Randall Paul
Hampton, Richard K.
Hampton, Ruth
Hampton, Virgil M.
Han-Boone International Inc.
Hancock, Counce
Hancock, Counce Harrison
Hancock, Jimmy
Hancock, Joe
Hancock, Lynn Adams
Hancock, Ruby
Hancock, Zelvin
Hand, Gail
Hand, Harvey
Hanes, J.R.
Haney, Daniel L.
Haney, Michael
Haney, Michael James
Haney, William Patrick, Jr.
Hanks, Lonetha Childress
Hanszen, Jerry
Harber, Eula Faye Jones
Harbour, Kelly Ann
Hardaway, Michael Brant
Hardgrave, John
Hardy Ship Service
Hardy, Dessie Bell
Hardy, Jenny
Hardy, Joel M.
Hardy, John R.
Hardy, John R. as Trustee
Hardy, John R., Jr.
Hardy, John Rayford
Hardy, L.D.
Hardy, Margie Crawford
Hardy, Sarah Langford
Hargrove, Burx
Hargrove, Janice
Harkless, Sherman
Harlan, Alexander, Jr.
Harlingen Area Builders

Harmon, Alonzo Rather
Harmon, Autrey Blanton
Harmon, Bob
Harmon, John D.
Harold Moore & Associates
Harp, Kathryn
Harp, Lovell
Harper, Antoinette
Harper, Audrey F.
Harper, J.J.
Harper, James Artha
Harper, Nathaniel
Harper, Sallie M.
Harpold, Jill
Harpole, Carole
Harrell Farm & Ranch
Harrell, Donald
Harrell, Donald B.
Harrell, Lanice Morton
Harrell, Vestal P.
Harris Bros. Co
Harris Corp.
Harris, Ann
Harris, Billie Hugh
Harris, C.O.
Harris, Carey
Harris, Charles
Harris, Charles Kenneth
Harris, Darrell
Harris, Dee
Harris, Delta Lee
Harris, Diane
Harris, Dorothy Bridges
Harris, Drue
Harris, Ella
Harris, Garvis O.
Harris, Jack A.
Harris, James C.
Harris, James Curtis
Harris, James E.
Harris, James Luther
Harris, James O.
Harris, Jennell L.
Harris, Jesse M.
Harris, Joseph A.
Harris, Larry

Harris, Lura Dell
Harris, Mary
Harris, Mitchell Lynn
Harris, Richard Pou
Harris, Robert
Harris, Ronald
Harris, Ronny Phil
Harris, Terry Lynn
Harris, Vernon
Harris, Virginia N.
Harris, Virginia Rhymes
Harris, Wayne
Harrison Walker & Harper LP
Harrison, Benjamin L.
Harrison, Evelyn
Harrison, Heather L.
Hart, Bobbie Nell
Hart, Buna G.
Harte-Hanks Data Technologies Inc.
Hartsell Oil
Harvey, Christopher Ryan
Harvey, Jeanette
Harvey, Ken
Harwell, Bruce T.
Hashaway, Henry, Jr.
Hashaway, Robert Lewis
Haskell-Knox-Baylor UGWCD
Haston, Lester H., II
Hatley, Linnie
Hatley, Timothy W.
Havens, Perry D.
Havron, Marianne B.
Hawk Fabrication & Machine Shop
Hawkins, Nancy Harris
Hawks Creek Cantamar LLC
Hayes, Dana G.
Hayes, Gary
Hayes, John H., II
Hayes, Karey
Hayes, Obra Faye
Haynes, Frank
Haynesworth, Cynthia
Haynesworth, Mike
Hays, Albert
Hays, Carolyn Elizabeth
Hays, Elwin (Deceased)

Hays, Galen Morris
Hays, Gary Pat
Hays, Harold V.
Hays, Jack
Hays, James F.
Hays, Jerry
Hays, Lena
Hays, Lena L.
Hays, Mary Loyce
Hays, Oren
Hays, Robert W.
Hays, Sally
Hays, William Wayne
Hazel Laird Smith Trust
Hazlewood, Carolyn
HCB Inc.
HCC
HCC Contracting Inc.
HE Spann Co. Inc.
Head, Phyllis Ann
Headrick, Lois V.
Healthcare Coalition of Texas Inc.
Heard, Kenneth M.
Heard, Martha
Heard, Martha Christine
Hearn, Harold Ray
Hearne Chamber of Commerce (TX)
Hearne Independent School District Project
   Graduation
Hearne Steel Co. Inc.
Heartland Cement Co.
Heat Energy Advanced Technology Inc.
Heatherwilde Villas Housing LP
Heffernan, Betty
Heffernan, John J.
Heim, Ruby
Heim, Velmer
Heintz, Kurt
Helen Irving Oehler Trust
Helena Chemical Co
Helmig, Virginia Sue
Helton, Carolyn
Hemby Management Trust
Hemby Real Estate Co. Ltd.
Hemschot, Christopher A.
Henager, Deanna

Henager, Nova
Henager, William A.
Henager, William Troy
Henderson, Christine E. Baton
Henderson, John Paul
Henderson, Marvin L.
Henigan, Acie
Henley, Ledainne Marie Combs
Henley, Suzanne
Hennekes, David
Henrich, Charles
Henrichs, Alvia M.
Henrichs, Ervin B.
Henriques, Bette Rose Scharff
Hensen, Scott
Hensley, Marshall
Hensley, Mary
Hensley, Mary Ophelia
Hensley, Robert
Henson, Hugh M.
Henson, Leon
Henson, Leon
Henson, Odessa Dixon
Henwood Energy Services Inc.
Herald of Truth Ministries Inc.
Herbert Harris Cashen II 1999 Trust
Hercules Inc.
Herguth Laboratories Inc.
Heritage Land Bank
Heritage Land Bank FLCA
Heritage Trust Co. of NM
Hernandez, Alejandra
Hernandez, Denise Yates
Hernandez, Ralph III
Herndon, Nick
Herod, Carl
Herod, Dorris
Herod, R.V.
Herod, Vada B.
Heroes For Children
Herrin, Hoy L.
Herrin, Sarah
Hertz-Penske Leasing
Herzog, Glen E.
Herzog, Glenn
Hess Energy Trading Co. LLC

Hess Furniture & Appliances
Hess, James
Hester, Nancy Kay
Hexcel Corp.
Hexion Specialty Chemicals
Hickman, Annie Lou
Hicks, C. Don
Hicks, Daniel
Hicks, Daniel B.
Hicks, Gail
Hicks, Henry C.
Hicks, Jean Jones
Hicks, Lacy E.
Hicks, Mary
Hicks, Mary R.
Hicks, Thelma
Hicks, Travis B.
Hidy, Sarah Jo
Hiers, Terry Quinton
Higdon, Charles
Higginbotham, Jimmy K.
Higginbotham, Theron
High Plains Radiology
Highland Church of Christ
Highland Park Library, Town of (TX)
Highland Pump Co.
Highland Resources
Highland Resources Inc.
Hightower, Glen
Hightower, Margie
Hilbert, Gaynell
Hill Country Springs Inc.
Hill Country Wind Power LP
Hill Ranch Ltd.
Hill Regional Hospital (TX)
Hill, Amy L.
Hill, Arthur
Hill, B.F. as Trustee
Hill, Betty
Hill, Bobbie Jean
Hill, Booker T.
Hill, Edwina C.
Hill, F.R. Jr.
Hill, Katherine Fay
Hill, Marilyn Sue
Hill, Nancy

Hill, Roy W.
Hill, Roy W. as Trustee
Hill, Thomas
Hilldrup Cos.
Hills Branch LLC
Hillstrand, Kris
Hindman, Virginia M.
Hines, Doris E.
Hines, George J. (Deceased)
Hines, Lizzie
Hines, Mary
Hinson, Alvin
Hinson, Charles
Hinson, Eura
Hinson, Jesse T., Jr.
Hinson, Leita M.
Hinson, Luther R.
Hinson, Mary Jane
Hinson, Muriel
Hinston, Clair
Hinton, Aline Lewis
Hird, John
Hireright Solutions Inc.
Hitachi Data Systems Corp.
Hitchcock Industries Inc.
Hitzelberger Family Trust
Hitzelberger, Barbara Lomax
Hitzelberger, James
Hitzelberger, Robert
Hitzelberger, William
Hlavinka Equipment Co., The
Ho, Joseph
Hoapt LP
Hobas Pipe USA
Hobbes, Linza E.
Hobbs, David V.
Hobbs, Delores
Hobbs, Dolores
Hobbs, Harold Gene, Jr.
Hobbs, Mark
Hobbs, Travis
Hockaday School
Hocker Inc.
Hodde & Hodde Land Surveying Inc.
Hodge, Jo Ruth
Hodge, Tyrone

Hodges, Jack
Hoffer Flow Control Inc.
Hofmann Engineering Pty. Ltd.
Hogan, Daniel
Hogan, David W.
Hogan, Linda
Hogan, R.W., Jr.
Hogan, Timothy
Hogue, Jonnie
Holcim (US) Inc.
Holcomb Inc.
Holcomb, Fairlena
Holcomb, James
Holcomb, James Russell, III
Holcomb, James Russell, Jr.
Holcomb, Jeanette
Holcomb, Thomas
Holcomb, Wilton P.
Holden, Fredrick E., Sr.
Holder, Johnny
Holderman, Mabel
Holecek, Melody
Holland, Betty Jean
Holland, H.D.
Holland, Monnie Lou
Holleman, Edward T.
Holleman, George Y.
Holleman, Hoyt
Holleman, John
Holleman, Margaret Young
Holleman, Mary T.
Holleman, Mary Todd
Holleman, Robert
Holley, David
Holley, David R.
Holley, Shirley A.
Holliday, Mildred
Hollis R. Sullivan Inc.
Holloway, Donald R.
Holloway, James
Holman Boiler
Holman, Delma Ray
Holman, Tommy Ray
Holmes, Joe
Holmes, Kevin
Holmes, Rocky D.

Holmes, Thomas Michael
Holophane
Holophane, an Acuity Brands Co.
Holt Co.
Holt, Audrey L.
Holt, Helen Rice as Trustee
Holt, Loretta Lea
Holtek Enterprises Inc.
Home Builders Association of Greater
    Dallas Inc.
Homer David Smith Jr. Exempt Trust
Homer, Thelma P.
Homer, Tommy Joe
Homewood Products Corp.
Homrich & Berg Inc.
Honea, Edna Irene
Honeycutt, Charles E.
Honeycutt, Delpha D.
Honeycutt, Don
Honeycutt, Donald M., Jr.
Honeycutt, Gayle
Honeycutt, Harold
Honeycutt, Reuben O.
Honeycutt, Roxann
Honeywell Optoelectronics Division
Hood, Don
Hooker Chemical
Hooks Ford Chrysler Plymouth
Hooks, Zeffer B.
Hoover, David
Hoover, S.L.
Hoover, Wyn
Hopkins, C.B., Jr.
Horaney, Faezeh
Horaney, Ronald C.
Horizon Environmental Services Inc.
Horn, Clyde R.
Horn, Stephen
Horn, Vera
Hortenstine Ranch Co. LLC
Horton, Anthony
Horton, Nancy
Horton-Gunn Partners Ltd.
Hoskins, Sharon
Host Integrity Systems
Hotsy Carlson Equipment Co.

Houck, Oliver A.
House, Ann Verlyne
House, Danna Newman
Household International
Houser, C.D. Kilpatrick
Houser, Lillie B.
Houston Authority, Port of
Houston Belt & Terminal Railway Co.
Houston Energy Services Co. LLC
Houston Etching Co.
Houston Marine Services
Houston Oil & Mineral Corp.
Houston Patricia Southway Ltd.
Houston Pipe Benders
Houston Plating Co.
Houston Scrap
Houston Ship Repair Inc.
Houston Solvents & Chemicals Co.
Houston SRE Inc.
Houston Wire & Cable
Houston, Bob
Houston, Bobby Keith
Houston, Charles
Houston, Jack
Houston, Littie Blanton
Houston, Marcel
Houston, Rex
Howard, Carla
Howard, Don Blanton
Howard, Hall Renfro
Howard, Judy K.
Howard, Linda Dixon
Howard, Richard
Hoy, Stacy
HTS Ameritek LLC
Hubbard, Edna Diane
Huckabay, Nathaniel
Hudco Industrial Products Inc.
Hudman, Lisa Lewis
Hudson Cook LLP
Hudson Living Trust, The
Hudson, Dorothy E.
Hudson, Ella Mae
Hudson, Karen
Hudson, Matthew C.
Hudson, Sandra G.

Hudson, Scott
Hudspeth, Brian R.
Hudspeth, Ermine Hall
Huff, Mary Lou
Huffman Equipment & Services
Huffman, Joan
Huffman, Norman E.
Hugghins, Rodney A.
Hughes Building Supply
Hughes, David K.
Hughes, Halbert
Hughes, John W.
Hughes, Kimbell
Hughes, Lena Mae
Hughes, Willie B.
Hugus, Nelson F.
Hugus, Wayne Nelson
Huie, Michael
Huk, Melanie R.
Hulcher Services Inc.
Hulen, Cathryn C.
Hulen, Cohen
Hulse, Ann
Hulse, John
Hulsey, Corrine
Humphrey, Curtis
Humphries, David
Hunt Oil Co.
Hunt, Frankie Sue
Hunt, Glen T.
Hunt, James S.
Hunt, Juanita Harris
Hunt, Julia
Hunt, William A.
Hunter & Associates
Hunter, Beatrice
Hunter, Joan
Hunter, Mae
Hunter, Sadell Houston
Hunter, Samuel
Huron Industries Inc.
Hurst Jeremiah 29:11 LP
Hurst Metallurgical
Hurst, Thomasena
Husain, Ausaf
Husky Marketing & Supply Co.

Hussman Corp.
Hutcherson, Annice
Hutchings, Ben Luther
Hutchings, Carlos
Hutchings, Don Earl
Hutchings, Harry B.
Hutchings, Talmadge Douglas "Doug"
Hutchison Pipe & Waste Materials Division
Hutson Creative Goup Inc.
Hutson, Christine
Hutson, Christine L.
Hutson, Leonard
HW Services LLC
Hyde, C. Brodie, II
Hyde, Patricia
Hydradyne Hydraulics LLC
Hydraquip Corp.
Hydratight Operations Inc.
Hydraulic Service & Supply Co.
Hydril Co.
Hydrocarbon Recovery Services
Hydrographic
Hynes, Marie Allred
Hysmith, Mary Lou Allen
Hytorc Division Unex Corp.
Hytorc of Texas
Hyundai Corp. USA
Hyundai Heavy Industries Co. Ltd.
IAF Advisors
IAG Energy Brokers Inc.
IBM Credit LLC
Ice Trade Vault
ICI Americas Inc.
ICL-IP America Inc.
Icon Information Consultants LP
Ideal Cleaners
Ideas 'N Motion
IFE
IHS Cera Inc.
IIRX LP
Ilco
Imacc Corp. Varian
Imo Pump Inc.
Imperial Sugar Co.
Imperial Technologies Inc.
Imprimis Group Inc.

Improving Enterprises Inc.
Incentivize Enterprises
Indal Aluminum
Indeck Energy Services Inc.
Indigo Energy
Indigo Minerals LLC
Industria Carbonifera Rio Deserto Ltd.
Industrial Accessories Co. Inc.
Industrial Equipment Co. of Houston
Industrial Fire Equipment
Industrial Info Resources Inc.
Industrial Lubricants
Industrial Networking Solutions
Industrial Services Group Inc.
Industrial Solvents
Industrial Solvents Gulf
Industrial Specialty Chemicals
Indust-Ri-Chem
Inet Corp.
Infoprint Solutions LLC
Infosys Technologies Ltd.
infoUSA
Infuse Energy LLC
Ingalls Shipbuilding Inc.
Ingersoll Rand Industrial
Ingersoll Rand Industrial Technologies
Ingerto, Craig
Ingram, Frankie La Rue
Ingram, Gary Speer
Ingram, James
Ingram, James F.
Ingram, Johnnny Ray
Inland Container Corp.
Inland Contractors Inc.
Inmate Trust Fund
Innovate Media Group LLC
Inovis USA Inc.
Inpensa Inc.
Insert Key Solutions Inc.
Inside EPA
Insidesales.com Inc.
Insight Vision Systems
Insightexpress LLC
Inspectorate America Corp.
Instine, Russell D.

Institute For Applied Network Security
    LLC, The
Institute For Corporate Productivity
Instrumentation Products Inc.
Intec Inc.
Integra Energy LLC
Integral Petroleum Corp.
Integral Resources Inc.
Integrated Power Services
Integrity Chauffeured Transportation LLC
Integrys Energy Services Inc.
Intelligen Resources LP
Intellirent
Interactive Data
Inter-City Systems
Intercontinental Manufacturing Co.
Intergen US Holdings LLC
Intergulf Fuels Hydrosep Inc.
Intergulf Inc.
Internal Data Resources Inc.
International Flavors & Fragrances Inc.
International Swaps & Derivatives
    Association Inc.
International Terminal Corp.
Interstate Battery
Interstate Battery America
Interstate Gas Supply Inc.
Intertek
Invensys Rail Co.
Inventys Thermal Technologies
Investment Support Systems Inc.
Investors Management Trust Estate Group
    Inc.
ION Energy Group
IPR-GDF Suez Energy Marketing NA Inc.
IPS
IQ Products
Iris Power Engineering Inc.
Iron Mountain Inc.
Iron Mountain Information Management
    Inc.
Irons, Jerry
Ironwood Oil & Gas LLC
Iroquois Gas Transmission System
Irvine, Young
Irving 390 Holdings LLC

Irving International Women's Consortium
Irving St Charles LP
Irving, Linda Ruth Ragland
Irwin Real Estate Co.
Isaac, Herman
Isaac, John Vernon, Sr.
IT Financial Management Association
    (ITFMA)
Iteq Inc.
IVS
Ivy Rod Inc.
Ivy, Cleon
J&E Die Casting
J. Aron & Co.
J. Brown Co.
J. Burns Brown Trust
J. Conly & Associates Inc.
J. Givoo Consultants Inc.
J. Parks Trust
J.C. & S.B. Patrick Living Trust
J.C. Pennco
J.D. Minerals
J.E. Cichanowicz Inc.
J.F. Brooks 2004 Trust
J.F. Smith & Sons
J.K. Co LLC
J.M. Huber Corp.
J.R. Simplot Co.
J.T. Philp Co.
J.W. Gathering Co.
J/T Hydraulics & Service Co
Jack Clark First on 6th LP
Jack L. Phillips Co.
Jack Russell Oil LLC
Jacks, Ella
Jacks, Joseph Clifton
Jacks, William Seborn
Jackson, Annie Spencer
Jackson, Beneta
Jackson, Bette
Jackson, C.J.
Jackson, David
Jackson, David L.
Jackson, Fred B.
Jackson, Hattie
Jackson, Helen Ramsey

Jackson, Henry Lee
Jackson, J. Travis
Jackson, J.E.
Jackson, J.R.
Jackson, J.W., Jr.
Jackson, Joyce
Jackson, Louise
Jackson, Mary C.
Jackson, Mike G.
Jackson, O.M.
Jackson, Ria M.
Jackson, Robin Dell Stone
Jackson, Walter B.
Jackson, Willie E.
Jackson-Green, Angela
Jackson-Green, Markus
Jacobs, Anita
Jacobs, Herman
Jacobs, John
Jake Dean Photography
James & Ruby Greer Family Trust
James C. White Co. Inc.
James Preston Allred Life Estate
James R. Cavender Investment
James River Corp./Dixie Products Group
James Riverdixie/Northern Inc.
James, Allen
James, Baggerman
James, Beth
James, Blundell
James, Chris
Jarboe, Michael
Jarnagin, Jerry Christine Sanders
Jarrell Plumbing Co
Jarrell, Debbye Webster
Jarrell, Freeman
Jarrott, Bill
Jaster-Quintanilla Dallas LLP
Javelin Energy LLC
JC Penney Corp. Inc.
JDMI LLC
JDRF Glen Rose
Jeanes, Ricky
Jeb Sales Co. Inc.
Jefferies, Janice Marie
Jefferson, City of (TX)

Jefferson, Mary Evelyn
Jefferson, Thelma
Jeffery, Anthony
Jeffery, Shalinda
Jeffrey W. Smith Jr. Trust
Jenetek LLC
Jenkins Electric Co. Inc.
Jenkins, Betty
Jenkins, C.L.
Jenkins, Lavelle Dorsey
Jenkins, Marilyn Dunn
Jenkins, Randy
Jennie S. Karotkin Trust
Jennings, Lajuan
Jernigan, Travis Eugene
Jerry Lee Smith Trustee
Jerry, Brian
Jerry's Grease Trap
Jerry's Sport Center Inc.
Jesse P. Taylor Oil Co.
Jet Specialty Inc.
Jety Rentals & Property Management
Jim Cox Sales Inc.
Jimmy, Thomas
JJ Janitorial
JM Test Systems Inc.
JNT Technical Services Inc.
Jobe, Jack Joe
Jobe, Jack P.
Jobe, Jacqualyn K.
JOC Oil Co.
Jock, Judy
Jock, Sam
Joe Mack Laird Trust
Joe Wallis Co. Inc.
Johann Haltermann Ltd.
John Hancock Life Insurance Co. (USA)
John Hancock Partnership Holdings I LP
John Hancock Partnership Holdings II LP
Johnny On The Spot
Johns, Dorothy
Johns, Frank Hubbard
Johns, J. Frank
Johns, R.
Johns, Russell Kevin
Johnson Controls Inc.

Johnson Service Group Inc.
Johnson, Austin W.
Johnson, Barbara
Johnson, Bobbie Renee
Johnson, Charles
Johnson, Charlyn Shivers
Johnson, Chester
Johnson, Cliff
Johnson, Dempsey
Johnson, Donald
Johnson, Doris
Johnson, Doris Perkins
Johnson, Doris Rhymes
Johnson, Elizabeth G.
Johnson, Genetha
Johnson, Gerald
Johnson, Glen
Johnson, Glen William
Johnson, Helin Debra
Johnson, John
Johnson, Lillian B.
Johnson, M.L.
Johnson, Michael E., Sr., Dr.
Johnson, Peggy Joyce
Johnson, Robert
Johnson, Robert, Jr.
Johnson, Roberta
Johnson, Ruby A.
Johnson, Sammy
Johnson, Stephanie Havens
Johnson, T.C., Jr.,
Johnson, Tara Long
Johnson, Teresa
Johnson, Wallice W.
Johnson, Wilborn
Johnson, Young A.
Johnstone Supply
Johnstone, Lillian G.
Jones & Laughlin Steel Co.
Jones 7-11-7 Inc. of Baytown Texas
Jones, A. Wayne
Jones, Alex Juan
Jones, Anita Barron
Jones, Bennie D.
Jones, Betty Jean Spharler
Jones, Betty Spharler

Jones, Bobby
Jones, Bobby E.
Jones, Carl R.
Jones, Clifford
Jones, Crystal
Jones, Dianne E.
Jones, Dolores
Jones, Donna Cummings
Jones, Dorothy Jean
Jones, E.M.
Jones, Esther
Jones, F.E., Jr.
Jones, Forrest
Jones, Frances
Jones, Gene L.
Jones, H.C. (Deceased)
Jones, Hugh A.
Jones, Hugh Don
Jones, J.B., MD
Jones, Jessie Rogers
Jones, Joan
Jones, John B.
Jones, Katherine H.
Jones, Kendricks
Jones, L.P.
Jones, Lee Aulton
Jones, Lois Ellen
Jones, Louise
Jones, Mack
Jones, Margie N.
Jones, Mary Lee
Jones, Mary Lynn
Jones, Mary S.
Jones, Mildred L.
Jones, Odie
Jones, Orville D.
Jones, Pat
Jones, Patsy
Jones, Paul
Jones, R.W.
Jones, Ralph
Jones, Rayford W.
Jones, Richard
Jones, Robbie
Jones, Rosie Lee
Jones, Ruth Louise

Jones, Sybil
Jones, Tom W.
Jones, Travis
Jones, Vernon
Jones, Wanda
Jones, Wayne
Jordan Jones & Goulding Inc.
Jordan, Ann Turner
Jordan, Bettie W.
Jordan, Dennis
Jordan, James David
Jordan, Kenneth W.
Jorgensen, Earl M.
Joshi, Kamal
Joskes
Joyce Gunn Howell Heritage Trust
Joyner, Barbara Beth (Deceased)
Joyner, Belinda Jones
Joyner, Thomas Stephens
Jubilee Oil Service
Julian & Bette Henriques Trust
Juniper Fleming Ltd.
Juniper Lakeview Ltd.
Juniper Northwest Freeway - Creekwood
    Apartments
Just In Time Sanitation Services
Justiss, Mildred C.
JW Lighting Inc.
J-W Operating Co.
J-W Pipeline Co.
JWN Cattle Co. LLC
Kadane Corp.
Kamen Inc.
Kaminski, Thomas
Kanavos, Mark E.
Kanawha Scales & Systems Inc.
Kaneka Texas Corp.
Kangerga Interests Ltd
Kangerga Management
Kangerga, Clay
Kangerga, Scott
Kano Laboratories
Karouzos, Ken W.
Karres, Cynthia
Kastleman & Associates Inc.
Katz, Livenie M.

Kay Ann McKinney Trust
Kay L. Smith Werlin Exempt Trust
Kaydon Custom Filtration
KBSR Inc.
KC Champions Parke LP
KC Cottrell Inc.
KC Spring Creek Apartments LP
KCD GP2 LLC
KD Timmons Inc.
KDM Co.
Keasler, Glenda
Kecsmith Partnership
Keeney, Ronald
Keeton, Edward
Keeton, Larry Wayne
Keeton, Lee Elvin
Keeton, Virgil
Keeton, Willie B.
Keith, Ben E.
Keith, Doris I.
Keith, Kenneth
Keith's Commercial
Keith's Commercial Refrigeration
Keldred, Martin
Kelley, Betty L.
Kelley, Carl H., Jr.
Kelley, James
Kelley, Rosetta Jackson
Kellis, Pierce
Kelly, David T.
Kelly, Gregory
Kelly, Helen Louise
Kelly, Kathleen S.
Kelly, Permelia Elizabeth
Kelly, R.J.
Kelly's Carthage Collision Center Inc.
Kelly's Paint & Body
Kelly's Truck Terminal Inc.
Kelsey, Alexander
Kema Inc.
Kenco Golf Cars
Kendall, Margaret Lloyd
Kendrick, David
Kendrick, Gerald L.
Kendrick, Viva A.
Kengo Services

Kennedale Rotary
Kennedy, Billy Ann
Kennedy, Jeff
Kenneth Hays Gentry Trust, The
Kenneth K. Kenny II Trust
Kenny, John
Kenny, Kevin K.
Kent Industries
Kent, Jill
Kent, Kevin
Kenty, Sterling W., Trustee
Kepner Tregoe Inc.
Kernan, Kevin M.
Kerr, Melba Brooks
Kerrville Public Utility Board
Kerschbaum, Todd J.
Kestrel Resources Inc.
Ketkoski, Kelley Ane
Key Power Solutions LLC
Key West Village LP
Key, Virgie
Keystone Exploration Ltd.
Keystone Seneca Wire Cloth Co.
Keystone Valve Corp.
KFX Inc.
Kidwell, Alton
Kidwell, Carlos
Kidwell, Hope
Kidwell, Vonna Jean
Kiewit Mining Group Inc.
Kilgore, Paul
Kilgore, Tanya
Kim R. Smith Logging Inc.
Kimball Energy Corp.
Kimbell Inc.
Kimmel, Floye
Kimmel, James
Kinco Inc.
Kinder Morgan Interstate Gas Transmission
    LLC
Kindred, Pirle Mae
Kinemetrics
Kinetic Energy LLC
Kinetic Engineering Corp.
King Aerospace Inc.
King, Annie Lee Price

King, Austin Travis
King, Burt Allen
King, Christopher Lee
King, Dorothy J.
King, Erke C
King, Jed David
King, Jimmie F.
King, Jon Dale
King, Kirk A.
King, Laura Hortense
King, Leeman
King, Morty Steven
King, Robert Ross
King, Ronnie
King, W.L.
King, Walter Michael
Kingscote Chemicals Inc.
Kingsley, James D.
Kip Glasscock PC
Kirby, Carrie
Kirby, Robert H.
Kirk & Blum Manufacturing Co. Inc.
Kirk, Julie Beauchamp
Kirkendall, E.W.
Kirkendall, Lurline F.
Kirkland, Billie J.
Kirkland, Irma
Kirkland, J.F.
Kirkpatrick, James Scott
Kirkpatrick, Martha
Kirkpatrick, Rita
Kirksey, Lorane
Kirksey, Winfield
Kitowski, Charles J.
Kittrell, Joanne
KJDFI Inc.
Kjera, Tawna
KLD Engineering PC
Kleinfelder Texas 100 LLC
Kliafas, Joellen Lugene
Kliemann, Janet Stough
Klinge & Co. Pty. Ltd.
Klobucar-Hooper, Alice
Klobucar-Hooper, Marcus
Klotz, William
Kmart

Knape Associates
Knapp, Lorrae
Kneblik, Jerry
Kneeland, Maurice B.
Knierim, John
Knife River Corp. South
Knight Security Systems LLC
Knight Services Inc.
Knight, David
Knightsbridge Apartments LP
Knox, M.N.
Knucklehead's True Value
Kobylar, Richard
Koch Carbon LLC
Koch Gateway Pipeline Co.
Koch Pipeline Co. LP
Koch Supply & Trading LP
Kochak, Doris G.D.
Kocian, Jerry
Koelling & Associates Inc.
Koenig Inc. of Delaware
Koenig, Allan
Koerner, Norman
Kokoruda, George
Kokosing Construction Co. Inc.
Kolbasinski, Janie Slominski
Komandosky, John,
Konica, Photo Service U.S.A.Inc.
Koonce, Geneva
Koonce, Kimmy
Kopenitz, Stephen
Kopetsky, Martha B.
Koppell, Yolanda Veloz
Koppers Co. Inc.
Kortz, Cynthia
Kosse Roping Club
Kosse Volunteer Fire Department
Koudelka, Charles
Kozad Properties Ltd.
Kraft Foods
Krechting, John
Kreller Group Inc.
Kridler, Keith A.
Kridler, Sandra K.
KRJA Systems Inc.
Kroger

Krolczyk, David E.
Krolczyk, Leon V.
Kroll Laboratory Specialists
Kroll, Clifford
Kroll, Randy
Kronick, Jeanette
Kross, David
Krouse, Lloyd V.
Krouse, Maxine B.
Kubitza Utilities
Kuhl, Bobby R.
Kuhl, Clyde S.
Kuhl, Diann
Kuhl, Dustin Allen
Kuhl, Franklin Coy
Kuhl, Joe Dan
Kuhl, Juanita
Kuhl, Lisa Dawn
Kuhl, Lowell D.
Kuhl, Robert Keith
Kuhl, Walter E.
Kuykendall, Jana
Kuykendall, Joni
Kyger, Mary K.
Kyle, Dan
Kyle, Douglas
Kyle, Kit Brooks
L&L Investments
L&L Management Co.
L.B. Foster Co.
L.K. Sowell Charitable Trust
La Gloria Oil & Gas Co.
La Grange Acquisition LP
La Prensa Comunidad
La Quinta Inn  #0558
La Quinta Inn #0505
La Quinta Inn #0527
La Quinta Inn #0960
La Quinta Inn #6258
La Quinta Inn #6303
La Quinta Inn Waco University Inn
Lab Quality Services
Lacy Surveying & Mapping
Lacy, Barbara
Lacy, D. Brent
Laddie Dee Landers II Trust

Laderach, Henry D.
Lafferty, Elizabeth
Lagrone, Margie Cordray
Laird Plastics
Laird, Brant
Laird, Helen Crumley
Laird, Neely R.
Laird, Ronee
Laird, Susan Spencer
Lakdawala, Sailesh
Lake Country Newspapers
Lake Dallas Independent School District (TX)
Lake Highlands Landing
Lake, Odell, Mrs.
Lakeland Medical Associates
Lakewood Club Apartments LP
Lamartina, Margaret
Lamartina, Peggy
Lamb, Sarah Ellison
Lamb, William M.
Lambert, Lavalda B.
Lambert, Ola Orand
Lambright, Virginia Ann
Lamson, Leroy
Lancaster, Barbara
Lancaster, Bobby
Lance Friday Homes
Landers, L.D., Sr.
Landers, Thelma L.
Landers, Thelma Lee
Landmann, Rose Morgan E.
Landreth Metal Forming Inc.
Landsdale, Robert A.
Lane, Robert
Langdon, Don L.
Lange, Dorothy
Lange, H.G.
Lange, John B., III as Chapter 11 Trustee of Westbury Community Hospital LLC
Langford, Carter Norris, Jr.
Langford, Curtis A.
Langford, Elise Brothers
Langford, Jason
Langford, Riikina
Langford, Robyn E.

Langley, Diana
Langley, Doicus
Langley, Ira Lee
Langley, Maude
Langrum, Paul
Langston, Edythe
Langston, Melody
Lanny Counts LLC
Lantana Midstream I Ltd.
Lantern Power
Laquinta-Glen Rose
Laquinta-Granbury
Larry, Geneva
Las Villas de Magnolia Inc.
Laster/Castor Corp.
Latham, Dolores J.
Latham, Joe E.
Latham, Tillman
Latham, William J.
Lathwood, Cindy D.
Laughlin, Hershel Joe
Laughlin, Nishia M.
Laurel Point Senior Apartments
Laurence, Altaree
Laurence, Donald Ray
Laurence, Ernest Wayne
Laurence, Ronald Earl
Laurence, Thelma Lynn
Lavalerm II LLC
Lavalley, Elizabeth
Lavender, Jim O.
Lavender, Morris E.
Law Offices of John C. Sherwood, The
Law Offices of John Charles Sherwood, The
Lawrence, Edna
Lawrence, Larry
Lawrence, Lee Roy
Lawrence, Zena
Laws, John E.
Lawson, James
Lay Mechanical
Layne Central Waterwells
Lazarus, Richard J.
LB Ravenwood Apartments LP
LBC Houston LP
LCJ Management Inc.

Le Blanc, Melissa Joyce
Le Boeuf Brothers Towing Co.
Lea, Jones
Leach, Don
Lead Strong Inc.
Leaders Property Management Services Inc.
League, Alice Lee
Leak Repairs Inc.
Leamons Family Trust "A"
Leamons, Adolphus Sherman
Leamons, Cecilia
Leamons, Daisy F.
Leamons, Daisy Frede
Leclaire, Louise Lomax
Ledbetter, Steve
Ledeen, Lou Lee
Lee, Cecil U.
Lee, Clifton E., Jr.
Lee, Gae L.
Lee, Genie
Lee, Harold B.
Lee, Jimmy R.
Lee, Joann
Lee, John W., Jr.
Lee, Leon Jimmie
Lee, Mable O.
Lee, Ocie
Lee, Tammie Kay
Lee, Walter W.
Lee-Sethi, Jennifer Marie
Lefan, William Ray
Legacy Park Apartments
Legacy Point Apartments
Legend Natural Gas IV LP
Legg, Janet R.
Lehman Brothers Commodity Services Inc.
Lemley, William David
Lemmon, J.
Lenamon, Benjamin Robert
Lenamon, Effie Gill
Lenamon, Travis Eugene
Leonard Cattle Co.
Leonard, Gayla Lummus
Leonard, Rockwell
Leonard, Scott
Lerner, Jeffrey D.

Leschnik, Jane A.
Leschnik, Jane Ann
Leseur, Madelyn
Leslie Controls Inc.
Lettis Consultants International
Lewis Goetz Co.
Lewis,  Leon
Lewis, Alton D.
Lewis, Brad Robert
Lewis, Charles Deron
Lewis, Charles Marion
Lewis, H.R.
Lewis, Jack H., Jr.
Lewis, Jimmy Allen
Lewis, Johnny Mack
Lewis, Linda
Lewis, Lloyd
Lewis, Macky
Lewis, Marie
Lewis, Mary
Lewis, Rubbie Nell
Lewis, Ruby Nell
Lewis, Thomas Edward
Lewis, V.M.
Lewis, W.W.
Lexington Leader, The
LexisNexis
Liadley, Jayton
Liberty County Hospital District #1
Liberty Farm Landscaping
Liberty Waste Disposal Co.
Library Control Inc.
Liburdi Turbine Services Inc.
Life Estate of James Preston Allred
Life Estate of Winfree O. Gruver
Lifeprotection Sprinkler LLC
Lightbourn, John D.
Lightle, Curtis
Lightning Eliminators
Liles, Donna
Liles, E.W.
Liles, Earnest W.
Liles, Tommy Lee
Lilly, James
Lilly, Loretta
LIM Holdings

Limestone County Fair
Limestone Mechanical Inc.
Linde Division Union Carbide
Lindley, James R.
Lindsay, Shannon
Linebarger, Amy P.
Liniado, Mark
Linkedin Corp.
Linkey, Mary Evelyn
Lion Energy Ventures Inc.
Lion Mineral Co. Inc.
Lippman Consulting Inc.
Liquid Futures LLC
Littelfuse Startco
Little, Betty Bassett
Littlepage Real Estate
Litton Data Systems
Litton Industries Inc.
Littrell, Clyde
Livers, Doris Marie Brooks
Livers, G.L.
Livingston Pecan & Metal Inc.
Llano Royalty Ltd.
Lloyd, Bob M.
Lloyd, David G., DDS
Lloyd, George
LM&B Shamburger
Locin Oil Corp.
Lock & Key Locksmith Service
Lock, Cynthia Nelms
Locke, Earline
Locke, Earline Mullen
Lockhart, James
Lockheed Corp.
Lockheed Missles & Space Co. Inc.
Lockridge, Janet
Lockridge, Tommy
Lodor Enterprises Inc.
Loftice, Edgar
Loftice, Gerald R.
Loftin, Floyd A.
Lofts at Crossroad Centre, The
Logan Corp.
Logan, James M.
Logue, Robert
Lois J. Zigel Trust

Lokey, Paul E.
Lomax, Presley T.
Lomax-Hitzelberger Family LP
Lomax-Howell Family LP
Lomita Gasoline Co.
London, Jannette
Lone Star Gasket & Supply Inc.
Lone Star Land Bank FLCA
Lone Star Logistics
Lone Star Peterbilt
Lone Star Railroad Contractors Inc.
Lone Star Safety & Supply
Long, Aaron Mitchell
Long, Charles M.
Long, Gregory Foy
Long, Imogene
Long, Jaime D.
Long, Michael S.
Long, Mitchell E.
Longview Asphalt Inc.
Longview National Bank
Longview Refining
Longview Surveying
Lonza Co. Inc.
Lopez, Francisco
Lopez, Jennifer
Lopez, Jill
Loritsch Family Trust, The
Lositsch, Nina Katherine
Lott, Hattie Raye
Lott, J.E.
Louise Y. Cain Revocable Trust
Louisiana Pacific Corp.
Louisiana Power & Light Co.
Love, Don
Love, E.L.
Love, Mary
Love, Rose
Lovelace, Carolyn Tate
Lovelace, Joe
Lowe Tractor & Equipment Inc.
Lown, Barbara Y.
Lowrie, Brian
Lowrie, Robin M.
Lowry, Bonnie
Lowry, Cynthia A.

Lowry, Donald Bart
Lowry, Floyd
Lowry, James
Lowry, Timothy Bret
LPS Futures
LRT Lighting Resources Texas LLC
Lube-O-Seal
Lube-Power Inc.
Lubrication Engineers Inc.
Lubrication Services Inc.
Lubrizol Corp., The
Lucas Group
Lucas, Clifford
Lucas, Lance
Lucas, Mitchell
Luccous, Sarah Jane
Lucky Lady Oil Co.
Ludeca Inc. C/O Jeffcote Ind.
Ludwig, Sue Belle
Luetge, Penny Annette
Lukefahr, Joanne
Lullene J. Reagan Trust
Lumbermen's Mutual Casualty Co.
    Insurance Co.
Lummus, James Randall
Lummus, Michelle
Lumpkin, B.H.
Lumpkin, Joyce Edna Sanders
Luna, Eleanor Virginia
Lunceford, Jennine R.
Lunera Lighting Inc.
Lunsford, Bobbye
Lunsford, Delbert
Lunsford, Harry
Lunsford, Mary
Lunsford, Mary Janice
Lunsford, Vera
Luster, Eliza
Lynch, David
Lynch, Donald
Lynch, Frances Kay Burchett
Lynch, Gloria
Lynn, Billy
Lynn, Dewey
Lynn, Diana
Lynn, Dovie Ophelia

Lynn, Eugene
Lynn, John F.
Lynn, Lowell
M Enterprise For Technology
M 'N M Enterprises
M&L Valve Service Inc.
M&M Oil Services Co.
M&M Partnership
M&M The Special Events Co.
M&S Technologies
M. Lipsitz & Co. Inc.
M.A. Hutto Trucking LLC
M.G. Cleaners
M.G. Cleaners LLC
Mabry, Doris Capps
Mabry, Manly R.
Mack Bolt & Steel
Mack, Constance
Mack, Florence
Mackenzie, Cathy
Macmillan Bloedel Containers
Mac's Radiator Co
Macy's
Madden, Fred
Maddox, Donald W.
Maddox, Eugenia
Maddox, Eva
Maddox, Evelyn
Maddox, Joan
Maddox, Lorine
Maddox, Taft
Madewell & Madewell Inc.
Madgett, David J.S.
Madisonville Midstream LLC
Maggie Focke Irrevocable Trust, The
Magnolia Marine Transport
Magnus-Shoreline Gas
Mail Systems Management Association
Maine, Sharon S.
Majkszak, Loyce
Major League Soccer LLC
Malloy, Cynthia M.
Maloney, Charlotte
Maloney, Dorothy
Maloney, Jared Douglas
Maloney, Michael

Mamas Daughter Diner
Mammoet USA South Inc.
Mamzic, Charles L., Jr.
Mamzic, Curtis E.
Mamzic, Paul C.
Manns, Stephen Bruce
Mansbach Metal Co.
Manuel, Robert J.
Maples, Ella D. Thompson
Marabou Midstream Services LP
Marathon Battery Co.
Marathon Capital LLC
Marberry, Helen Lloyd
Marco, Nancy Clemmons
Marfield Corporate Stationery
Margaret E. Waldrop Trust
Margie G. Emmons Testamentary Trust
Marie F. Futch Trust
Marine Professional Services Inc.
Marion, Neta Abbott
Marketforce Corp.
MarketPay
Marks, Bernard H.
Marks, David T.
Marks, Debra
Marks, James M.
Marks, Jeffrey
Marks,Theodore Nussbaum
Marksmen Inc.
Markwell, Helen Morris
Marquez, Margaret
Marshall Miller & Associates Inc
Marshall R. Young Oil Co.
Marshall, Harriette
Marshall, Iner M.
Marston & Marston Inc.
Martin Apparatus Inc.
Martin Living Trust
Martin Operating Partnership LP
Martin, Allan Robert
Martin, Beauford
Martin, Charles
Martin, Charles Dean
Martin, Daniel Sidney, Jr.
Martin, Dianne
Martin, Fannie Maude

Martin, Hazel
Martin, Holloway
Martin, Jerry Thomas
Martin, John, Jr.
Martin, Larry D.
Martin, Laura Roberts
Martin, Leonard D.
Martin, Luevern
Martin, Marilyn K.
Martin, Ozelle
Martin, Phelix
Martin, Robert
Martin, Russell L., Jr.
Martin, Sharon E.
Martin, Sheila Lynn
Martin, Todd Scott
Martin, William
Martin, William F., Jr.
Martinez, Glenda
Marwill, M.H.
Mary Catherine Stephenson Trust
Mary JLR Partnership Ltd.
Masefield Natural Gas Inc.
Mason, Alan Royce
Mason, Clara Lee
Mason, Diana
Mason, Jeffrey
Mason, Nenian Lafon
Mason, Russell
Mass Flow Technology Inc.
Mass Technologies
Massey Services Inc.
Massey, Gary
Massey, J.L.
Massey, Kathlyne
Master Marine Inc.
Master Pumps & Equipment
Master-Lee Decon Services Inc.
Master-Lee Industrial Services
Masterson, Kay
Masterword Services Inc.
Mate, Jean
Material Control Inc.
Material Handling & Controls
Matex Wire Rope Co. Inc.

Matheson Division of Searle Medical
    Products
Mathews [Trucking]
Mathilde E. Taube Revocable Trust
Mathis, Harry D.
Matrix Resources Inc.
Matthews, A.P.
Matthews, A.P., IV
Matthews, A.P., Jr.
Matthews, Angus
Matthews, Dwight
Matthews, Evie Catherine
Matthews, J.G.
Matthews, Joann
Matthews, Joe
Matthews, Oliver
Matthews, Richard
Matthews, Sue
Matthews, William Paul
Mattison, Frank D.
Mattison, Joseph D.
Mauldin, Jack, Jr.
Maxim Crane Works
Maximo Utilities Working Group (MUWG)
Maxpro South
Maxson, Linda Berry
Maxton, Fleda
Maxton, James
Maxwell, Jackson, II
Maxwell, M.J.
Maxwell, Marion Jackson, II
May Department Stores Co., The
May, Bettie
May, Charles
May, Louise
May, Ralph
May, Ralph C.
May, Wayne
Mayasich, Verna
Mayberry, Annie Bell
Mayden Enterprises LLC
Mayfield, Frances
Mayfield, Harmon
Mayfield, Joe Dan
Mayfield, Steven L.
Mayflower Transit LLC

Mayo, James
Mayo, Judity
Mays, Russell
Mazanec, Susan Gail White
Mazda Motors of America Inc.
MBF Clearing Corp.
McAdams, Peggy
McAdams, Peggy A.
McAfee Inc.
McAfee, David
McAlister, R.A.
McAloon, Catherine
McAnally, Ernest L.
McAnally, Gerald G.
McAnally, Glinda S.
McAnally, Joseph Ryan
McAnally, Kenneth W.
McAnally, Marsha G.
McAnally, Mary Opal
McBay, Michael
McBeth, Arneil
McBeth, E.A.
McBride, Sarah
McBurnett, Anne Young
McCabe, Del
McCalip & Co. Inc.
McCall, Gail
McCall, Gene R.
McCall, Merion Gail Williams
McCall, Michael
McCarley, Arnold A.
McCarley, Earl F.
McCarley, Margaret D.
McCarley, T.L.
McCarley, T.L., Mrs.
McCarthy, Jackson Sjoberg
McCarty, Don
McCarty, Gordon
McCarty, Robert C.
McCarty, Suzanne
McClanahan, Robert R.
McClellan, Donna J.
McClendon, Joe
McCluney, Nikki
McClung, Janette Newsome
McClure, Kristopher E.

McCollum, Don
McCollum, Donald Ray
McCollum, Dorris
McCollum, Nancy Lillian
McCollum, Richard Ray
McCombe, Allison Small
McConnell, Mary
McConnell, T.F.
McConnell, Willie
McCook, Mary Margaret Roberts
McCool, Thomas
McCoy, J.F.
McCoy, Karen S.
McCoy, Mary Idotha
McCoy, Nancy Forsyth Dickard
McCoy, Walter J.
McCravey, Darrell
McCray, Jeanette
McCreight, Ginger Ellen Harris
McCright, Janet
McCurdy, James
McCurley, Stephen
McDavid, Ronald Pierce
McDavid, Sidney Patrick
McDonald, Charles E.
McDonald, Dorothy
McDonald, Lyndal
McDonough Construction Rentals
McDonough, Amy
McDonough, William Michael
McElhaney, Cammy Porier
McElhaney, Vera Harris
McElroy, Lillian M.
McElroy, Limel
McElroy, Limel, Jr.
McElroy, Llewellyn
MCF Acquisition II Ltd.
McFadden, Donald
McFall, Paige
McFarlan, Ann
McFarland, Cecile C.
McFarland, Evelynn
McFarland, Mark
McFarland, Thomas
McFarland, Thomas Michael
McFarlin, Brian

McGarrity, Catherine
McGarry, Mignon
McGatlin, Cindy
McGatlin, Johnny
McGee, Alma
McGee, Toni Burrows
McGhee, Kathaleen
McGill, Alice Marie Stone
McGlinn, Frances Karen
McGonagill, Gary
McGowan, Myrtle B.
McGowan, Robert
McGuire, Anderson
McGuire, Lonnie
McGuire, Mack
McGuire, Raymond
McGuire, Sammy
McGuire, Truman
McInroe, Patrick
McIntosh, Edna Pittman
McKay, Rubye
McKellar, Betsy
McKellar, Joseph
Mckellar, Mark
McKelvey, J.M.
McKelvy, Patricia
McKenzie Equipment Co.
McKenzie, Cecile
McKinley Marketing Partners Inc.
McKinney, Jimmy L.
McKinney, Lanell W.
McKinney, Sheral A.
McKinsey & Co. Inc. United States
McKnight, Margaret
McKnight, Mildred Hardy
McKnight, William M., Jr.
McLaughlin, J.C.
McLaughlin, J.C., Jr.
McLaughlin,Betty Jo
McMahon, Gaylene
McMillan LLP
McMullin, Jeanne
McNally, Michael
McNamer, Dona Weaver
McNeely, Chad
McNeil, Falina

McNeil, Gene
McNeill, George D.
McNeill, J.C.
McNeill, Paula
McNish, H.L.
McNish, Thelma
McNutt Cattle & Land
McNutt, Joseph  H.
McNutt, Juanita
McNutt, Robert
MCP Group
McQueen, Jennifer
McQueen, Randal
McRae, Billy Frank
McRae, Gloria Jean
McRae, Glynda Beth Brooks
McShan, Ganell
McShan, K.A.
McWhorter Technologies Inc.
McWhorter, Kay H.
MDA Federal Inc.
MDA Information Systems LLC
ME2C
Mead, Betty Jean Harris
Meadows, The
MeadWestvaco Corp.
Measurement Specialties
Mecca Design & Production Inc.
Medallion Gas Services Inc.
Medical City Hospital Dallas
Meek Family Trust
Megger Inc.
Megger Ltd.
Meisel Photochrome Corp.
Mejia, Melvin
Melcher, C. Leroy
Melton, Herbert
Melton, Marguerite
Melvarene, Allison
Melvin C. Miller
Melzer Consulting
Melzer, Laurence Stephen
Memorial Production Partners GP LLC
Mendez, Ramon
Menefee, Melba Jernigan
Menefee, Richard Earl

Menephee, Sadie
MEP Consulting Engineers Inc.
Mercer Investment Consulting Inc.
Mercer Transportation Co. Inc.
Merchant, Malik
Merchants Fast Motor Lines
Mereken Energy Corp.
Mergis Group, The
Merichem Co.
Merrell, M.D.
Merrill Consultants
Merritt, John
Mersen USA BN Corp.
Merwin W. Thompson Trust
Merwin Wiley Laird Trust
Mesquite Chamber of Commerce (TX)
Messec, Carla
Messec, Marie
Messner, Karen
MES-Texas
Meta Payment Systems
Metallic Development Corp.
Metals Trading Corp.
Metanoia USA LLC
Metcalf, Connie Mae
Metcalf, Winnie Vale
Metro Aviation
Metro-Ford Truck
Metten, Michelle
Mettler-Toledo Inc.
Metuchen Holdings Inc.
Metzgar, Maedell Jones
Mexia Pump & Motor Shop
Meyer, C.H.
Meyer, Carol
Meyer, Charles Henry (Deceased)
Meyer, John
Meyer, Joyce Carol Cartwright
Meyers, Anthony
Meyers, Frank
MG Cleaners LLC
MHI Nuclear North America Inc.
MHMR Senior Housing LP
Miami Gardens Apartments
Michelson Steel & Supply
Micon International Corp.

Micro Display
Micro Precision Calibration
Mid American Signal Inc.
Mid South Commerce & Industrial
Mid-Del Group LLC
Middleton, Virginia
Mid-Ohio Battery Inc.
Mid-South Wood Products Inc.
Midstate Environmental Services
Midstate Environmental United Recyclers
    LLC
Mid-States Energy LP
Midway CC Hotel Partners LP
Midway Independent School District
Midway Mixed Use Development at
    Farmers Branch LLC
Midway Townhomes Ltd.
Midwest Emery
Mieco Inc.
Mike Carlson Motor Co.
Mildredge, Andy
Miles, Jerry
Miles, Joe
Miles, Joe S.
Miles, Johnny
Miley Trailer Co.
Millard, Tammy Lynn
Millen, Barbara Brown
Miller Brewing Co.
Miller, Arnold L.
Miller, Beverly K.
Miller, Billy Gene
Miller, Bonnie
Miller, Cavitta
Miller, David W.
Miller, Edward F.
Miller, Jeff
Miller, Latonya
Miller, Lillie Jane
Miller, Mabel
Miller, Mary Ann
Miller, Mary Naye
Miller, Morgan
Miller, Sha'neatha
Miller, Ta'keisha
Milligan, Jerry

Milligan, Mary Ann
Mills, Brenda Bransford
Millstein & Co.
Milton, Frances A.
Milton, Sherri R.
Mims, Angus
Mims, John
Mims, John Jacob
Mims, Lona June
Mims, Mary E.
Mims, Viola
Mine Safety Associates
Minick, Myra
Minitab Inc.
Minshew, Dixie A.
Minter, L.F.B., Trustee
Minter, Maudine Arnett
Minter, Sheri
Minton, Robert M.
Mireles, Kimberly
Mirror Industries
Miss, Giusto
Miss, Massimiliana
Mississippi Power Co./Plant Daniels
Mississippi Power Co./Plant Watson
Missouri Pacific Railroad
Mitchell 1
Mitchell, Bud Charles
Mitchell, Cecil
Mitchell, Charles H.
Mitchell, Charles Meredith
Mitchell, Daniel
Mitchell, Emogene Weaver Cates
Mitchell, John, Mr.
Mitchell, Joseph
Mitchell, Kelly
Mitchell, Larry C.
Mitchell, Larry G.
Mitchell, Lucille Crim
Mitchum, Edgar Durward
Mitsubishi Heavy Industries Ltd.
Mitsubishi Nuclear Energy Systems Inc.
Mitsubishi Power Systems Americas Inc.
MLX MDW Family LP
MMA Partnership
MNM Enterprises

Moab Oil Inc.
Mobay Chemical
Mobil Chemical Co.
Mobil Oil
Mobil Oil Corp.
Mobil Research & Development Corp.
Mobile Crane Repair
Mobilecal Inc.
Mobi-Light Inc.
Modis Group, The
Moffitt, Grace
Mohawk Labs
Moisner, Sally A.
Mona W. Stephens Living Trust
Monaghan, Kathy Louise
Monaghan, Orland W.
Monaghan, R.G.
Monaghan, Richard Y.
Monaghan, S.L.
Monaghan, Sammy
Monahans Housing Authority
Moncrief, Virginia K.
Mondello, James F.
Mondello, Jamie F.
Money, Merrick
Monitor [Liability Managers]
Monson, Lloyd
Montalbano, Anthony
Montalbano, Elizabeth
Montelongo, Jesse
Montelongo, Perla
Montgomery, David
Montgomery, Deroa
Montgomery, Grace
Montgomery, Grace D.
Montgomery, Janis
Monzon, Irma G.
Mooney, Annie Bell (Deceased)
Mooney, Fletcher V.
Moonlite Printing & Graphics
Moore, Addison P.
Moore, Andrew F.
Moore, Bessie
Moore, Brenda Sue
Moore, Charles
Moore, Dailis C.

Moore, David R.
Moore, Deidi
Moore, Essie M. Gill
Moore, Gary
Moore, Imogene
Moore, Ivery Joe
Moore, John
Moore, John H.
Moore, Kenneth W.
Moore, M.G.
Moore, Maggie
Moore, Maggie M.
Moore, Manly M.
Moore, Nancy Ruth Colley
Moore, Ronnie W.
Moore, Stephanie
Moore, Virginia
Moore, William
Moosberg, Frances McKay
Mora, Suzanne Snow
Morehead, Charles
Moreland, Benette Simon
Moreland, Bobby L.
Moreland, Ella Mae
Moreland, Eugene
Moreland, Velma
Moretti, George, Jr.
Morgan, Elisabeth L.
Morgan, Ellis
Morgan, Jane Dell Flanagan
Morgan, M.W.
Morgan, Murray W.
Morgan, Thomas A.
Moring, Sally Gregory
Morris Farms Partnership
Morris Tick Co. Inc.
Morris, A.E., Dr.
Morris, Adrian
Morris, Alfred E., Dr.
Morris, David
Morris, Harold Glenn, Jr.
Morris, J. Al
Morris, Jimmy Dean
Morris, Jo Ann
Morris, June
Morris, Kenneth

Morris, Oma Jean
Morris, Ruby P. Laurence
Morrison Metalweld Process Corp.
Morrison, Virginia Eason
Morriss, Martha Leah
Morriss, Michael
Morrow, Claudia
Morse, Eugene R., Jr.
Morton,  Latresa J.
Morton, Fane
Morton, Glassell James
Morton, Glassell T.
Morton, Jessie
Morton, Joe L.
Morton, Joe Larry
Morton, Lucille Y.
Morton, Melba A.
Morton, Nelwyn
Morton, Ruel H.
Morton, Sharron
Morton, Vera
Mosaic Co., The
Moseley, Glenda
Moseley, Lillian
Moseley, Lillian W.
Moseley, Luther B.
Moseley, Margaret
Moseley, Royce
Moseley, W.B.
Moseley, William B., Jr.
Mosely, Floyd
Moser Gardens Apartments
Moser, Stella M.
Mosley, Mary Van Buchanan
Moss Point Marine
Moss, Carlton
Moss, Cathy
Moss, Diana
Moss, Lorene
Mostek Corp.
Motive Equipment Inc.
Moton, Jerrie
Motorola Semiconductor Products
Mount Pleasant Titus County Chamber of
    Commerce
Mount Pleasant, City of (TX)

Mount, Elaine
Mountain Fuel Resources
Mouser Electronics Inc.
Moussaid, Robert
Mouton, Nell Ray
Mozell, Simon Shears
MPM Products Inc.
MRP Mandolin LP
MRP Shadow Creek LP
MSC Industrial Supply
MSC Industrial Supply Co. Inc.
MShan, Betty
Mt. Pleasant Rodeo Association
Mt. Pleasant, City of (TX)
Mueller Inc.
Mueller, Randall T.
Mullen, Aaron Lee
Mullen, Cicero
Mullen, Elbert Lee
Mullen, Leon
Mullen, Phillip
Mullen, Willie D.
Mullens, Burney B.
Mullens, Eric W.
Mullens, Louis Eugene, Jr.
Mullens, Robert L.
Mullens, Samuel
Mullens, Steven B.
Mullin, Stephanie
Mullins, Herman Lee
Mullins, Imogene
Mullins, Joseph
Mullins, Martha Jane
Mullins, Maxie
Mullins, Nathaniel
Mumur Corp.
Munden, Sherman
Munn, John
Munro Petroleum & Terminal Corp.
Murdock Engineering Co.
Murdock Lead Co.
Murfin, Patsy J.
Murlyene, Budd
Murmur Corp.
Murmur Leasing Corp.
Murph Metals Co. Inc.

Murphy Gas Gathering Inc.
Murphy Oil Corp.
Murphy's Deli
Murray Energy Inc.
Murray, Albert Curtis
Murray, Cindy L.
Murray, Garland S.
Murray, Glen
Murray, O.U.
Murray, William U.
Muscato, Stephen
Muse, Angeline B.
Muse, Michael L.
Mustang Drilling Inc.
Mustang Ridge Apartments LP
Muzio, Lawerence J., Dr.
Muzyka, Louise Slominski
Muzyka, Verna Slominski
MW Smith Equipment
MXEnergy Inc.
Myers Aubrey Co.
Myers Services
Myers, Keith R.
Myers, S.D.
Mzyk, Donan
N.D. Williams Timber Co.
N.E. Leon County ESD #4
N.W. Leon County ESD #3
Naba Energy Inc.
Nacco Industries Inc.
NAES Corp. Turbine Services Division
Nagle Pumps Inc.
Nalco
Nalco Analytical Resources
Nance, Arthur
Nance, Riley Wayne
Napa Auto Parts Store
Narramore, Norma Gaddis
Nasdaq OMX Commodities Clearing Co.
Nasdaq OMX Corp. Solutions LLC
Nasdaq OMX Group Inc., The
Nash Engineering Co.
National Business Furniture
National Car Rental
National Cash Register Corp.
National Chrome

National Energy & Trade LP
National Flame & Forge Inc.
National Grid
National Institute of Standards &
    Technology
National Metals Co.
National Park Conversation Association
National Scientific Balloon Facility
National Standards Testing Laboratory
National Starch
National Starch & Chemical Co.
National Starch & Chemical Corp.
National Supply Co.
National Technical Systems
National Technology Transfer Inc.
Nations Bank, as trustee
Nations, Julia Thompson
Nationwide Insurance
NatronX Technologies LLC
Natural Gas Management Inc.
Natural Gas Odorizing Inc.
Natural Gas Pipeline of America LLC
Natural Resources Defense Council
Navarro, Jose A.
NCH Corp.
NCR Corp.
NDE Inc.
Neal Plating Co.
Neal, Amber June
Neal, Oscar M.
Nears, Joseph H., Jr.
Neason, Elizabeth
Nebraska Public Power District
Nebraska Public Power District- Cooper
    Nuclear Station
Neely, Margie
Neely, Margie Lynn
Neely, Michael L.
Neely, Russell
Neicheril, Simon J.
Neill, Stephen R.
Nelms, Catherine J.
Nelms, Joe A.
Nelms, Toby C.
Nelms, William Charles
Nelson Family Revocable Trust, The

Nelson, Charlotte M.
Nelson, Peggy Ruth
Nelson, Roberta Favors
Nelson, William I.
Netco Co. Inc.
Nevada Corp.
New Cingular Wireless PCS LLC
New England Village Holdings LLC
New Jersey Natural Gas Co.
New Valley Corp.
New World Power Texas Renewable Energy
    LP
Newark Core Barnett LLC
Newark Element14
Newark Energy LLC
Newberry Executive Solutions LLC
Newberry, Wilson
Newcom, Mollie Ann
Newe, Rachel
Newell, James Ross
Newman, Carroll Gene
Newman, Daisy
Newman, Della M.
Newman, Dennis
Newman, Donnie R.
Newman, Jamie Sue
Newman, Joan
Newman, Len E.
Newman, Mary
Newman, Marzelle
Newman, Nelda Joyce
Newman, Troy
Newpark Environmental Services Inc.
Newpark Waste Treatment
Newsom, L.N.
Newsome, Carl Edwin
Newsome, Carlton W.
Newsome, Effie Claudine Rowe
Newsome, Sam F., Jr.
Newsome, Winfred Ted
nFront Security
NGTS LP
Nicely, Clyde E.
Nicely, Edna
Nicely, James C.
Nicely, John David

Nicholas, Ronald W.
Nicholas, Terry
Nicholas, Truman
Nichols, Rosie I.
Nicholson, Eddie H.
Nicholson, Tammy
Nickerson, Floyd
Nickerson, James David
Nickerson, Jesse L.
Nicol Scales Inc.
Nicol, James
Nicole Gas Production Ltd.
Nielsen, Marilyn
Nilberg, Bjorn
Nilsen, Charles B., Jr.
Nivisys
Nix Family Revocable Trust, The
Nix, Billie Dunn
Nixon, Cristie
Nixon, Leslie
NJR Energy Services Co.
NL Industries Inc.
Nobel Water Technologies
Noble Energy Inc.
Noble, Jeffrey
Noble's Transmissions - Automobile
Noblit, Lila L.
Noco Energy Corp.
Nodal Exchange LLC
Nolan County United Way Inc.
Nolan, Billy Joe
Nolan, Donna Marie
Nolan, Dwight Christopher
Nolan, Eliria
Nolen, William L., Jr.
Nooruddin Investments LLC
Nordco Rail Services & Inspection
    Technologies LLC
Nordstrom, Linda L.
Norit Americas Inc.
Norman, David
Norman, Freda J.
Norman, Jerry
Norman, Jerry L.
Norman, Lee Rice
Norman, Rex Allen

Norse Technologies Inc.
Nortex Midstream Partners LLC
Nortex Trading & Marketing LLC
North American Galvanizing & Coatings
    Inc.
North American Tie & Timber LLC
North Central College District (TX)
North Highland Mobil
North Riverside Tx Partners LLC
North Star Real Estate Services
North Walnut Creek Properties Inc.
Northam, Patsy
Northeast Machine & Tool Co.
Northeast Texas Livestock Assoc
Northern States Power Co.
Northern Tool & Equipment Co.
Northrop Grumman Corp.
Northwest Miami Gardens LP
Northwest Plastic Engravers
Northwoods
Norton, Cindy
Norton, Jerry
Norwest Corp.
Notgrass, Margaret
NRG Energy Inc.
NRG EV Services LLC
NRS
NSSI Recovery Services Inc.
Nuclear Energy Liability Insurance
    Association
Nuclear Security Services Corp.
Nuclear Sources & Services Inc.
Nucon Internatinal Inc.
Nunley, Kenneth
Nussbaum, Claude A., Jr.
Nussbaum, Harold J.
Nussbaum, Julius
Nussbaum, Lottie Lucille
Nutt, Melba June
NWL Inc.
NWS Technologies
NWT Corp.
Oak Hollow Housing LP
Oakes, Jason T.
Oakite Products
Oakite Products Inc.

Oakley Service Co.
Oaks Bent Tree LLC
Oates, Frances Merle Brown
Oates, Joe G.
Oates, Merle
Oates, Merle Brown
Obenhaus, Hazel Williams
Oberlag, Randal Kevin
Oberlag, Reginald Lee
O'Brien Energy Co.
O'Brien Resources LLC
O'Brien, John
OBrien, Malcolm C.
Occidental Electrochemicals Corp.
Occidental Energy Marketing Inc.
Occidental Power Services Inc.
OceanConnect LLC
Ocho Flores Inc.
Odom, Joyce
Odom, William, Jr.
Off-Duty Law Office Randall Johnston
Office Tiger LLC
OfficeMax Inc.
O'Gregg, Travis
OGS Desdemona Pipeline LP
Oil Price Information Service
Oil Skimmers Inc.
Oilgear Co.
Oklahoma City Air Logistics Center
Oklahoma Tank Lines Inc.
Ola Worsham Revocable Living Trust
Olague, Eladio
Olague, Kimberly
Oletha Investments LLC
Oliver, Billie
Oliver, Dewayne
Oliver, Kirk R
Olivo, Carlos
Olsen, Cecilia J.
Olsen, David
Olshan Demolition
Olympic Fastening Systems
OM Workspace
Omaha Public Power District
O'Malley, Paul
OME Corp.

Omega Energy Corp.
Omega Optical
OMI Crane Services
Omicron Controls Inc.
On The Spot Detailing & Truck
On The Spot Detailing & Truck Accessories
One Nation Energy Solutions LLC
One Oaklake IV LLC
One Oaklake VII LLC
One Safe Place Media Corp.
One Source Virtual HR Inc.
O'Neil, Thomas Michael
Oneok Westex Transmission LP
On-Site Safety
Open Text Inc.
Openlink Financial LLC
Opinionology Inc.
Optim Energy LLC
Optimus LLC
Optionable Energy Services
Optoelectronics Division
Optron Inc.
Oracle USA Inc.
Oradat, Cecil P.
Orand, Billye
Orand, James F.
Orand, Michael E.
Orion Energy Services LLC
Orion Pipeline Ltd.
Orkin Inc.
Orosz, David M.
Orosz, J.R.
Orosz, Mary Beth
Orosz, Ronald Barry
Orr, Carl E.
Orr, John
Orr, Rickey Dean
Ortho Diagnostics Inc.
Orville D Jones
Orville, J.
Osco Inc.
O'Shields, Reba
OTC II-Energy Ltd
Overhead Door Co. of Midland
Overhead Door Co. of Waco
Overhead Door Co. of Waco/Temple-Belton

Overland Conveyor Co. Inc.
Overly Door Co.
Overly Manufacturing Co.
Overmiller, Patsy
Overstreet, Gary
Overton 1990 Children's Trust
Overton Family Trusts
Owen, Florence
Owen, Guy
Owen-Illinois
Owens Clary & Aiken LLP
Owens Corning Fiberglas Corp.
Owens Illinois
Owens, Debra Ann McKellar
Owens, Helen Bassett
Owens, J.L.
Owens, Lucile M.
Owens-Brockway Glass Container Inc.
Owensby & Kritikos Inc.
Owens-Illinois Inc.
Oxid Inc.
Oxyrene
Ozarka
Ozarka Drinking Water
Ozarka Drinking Water - Nestle Waters
Ozgercin, Alev
P&H Minepro Services
P.A. Inc.
P.D.C. Ball LP, The
PAC Systems Inc.
Pacific Gas & Electric
Pacific Intermountain Express (PIE)
Pacific Resource Recovery
Pacificorp
Packard Truck Line
Pagel, Suzanne
Pair, Laurie Fenstemaker
Paktank Gulf Coast Inc.
Palatial Productions LLC
Palco Engineering & Construction Services
Pall Systems Services
Palmer, Amy P.
Palmer, Peggy
Palo Alto Networks Inc.
Paloma Barnett LLC
Pamplin, Edward

Pamplin, Laura Jean
Panda Fund Development Co.
Pannell, Billy Gene
Pannell, Ella
Pannell, Elmer Ross
Pannell, George
Pannell, George Doyle
Pannell, Leroy
Pannell, Richard
Pannell, W.R.
Panola County Junior Livestock Show
Panola National Bank, The
Panola Producing Co.
Panther Chemical
Panther Industries Inc.
Pape, Jimmie
Paperlyte Films
Paradise Lawns of Texas
Paragon Technologies Inc.
Paramount Packaging Co.
Parish, Alvin N., Jr.
Parish, Ann
Parish, Arnold
Parish, Carolyn E.
Parish, Rickey A.
Parish, Rosemary
Parish, Thomas F., Jr.
Parity Energy Inc.
Park Gates at City Place
Park, Elizabeth
Park, Walter
Parkem Industrial Services Inc.
Parker Power Systems Inc.
Parker, Barbara A.
Parker, Bonnie Lou
Parker, Crawford, Jr.
Parker, Felix, III
Parker, Jack
Parker, Jacob
Parker, Mars
Parker, Mary I.
Parker, Richard K.
Parker, Savana
Parker, Steve
Parks, Duncan Edward, Jr.
Parks, Gloria J.

Parks, Mary Ann
Parkside Point Apartments LP
Parnell, Robert L.
Parr Instrument Co.
Parr, Jerry
Parra, Marco A.
Parrott Oil
Parson, Lela Dell Corn
Parsons, Carolyn Raye
Parsons, Floy R.
Parsons, Myrle B.
Parsons, Tim P.
Partida, Raynaldo
Partner, Bobby Hill
Paskin Properties Joint Venture
Passco Seneca Kenswick LLC
Pat Peck Nissan Inc.
Pat Peck Nissan/Yugo
Patara Oil & Gas LLC
Pate, Kathy Gentry
Patel, Belur
Pathfinder Equipment Locators
Pathmaker Group
Patman, Evelyn
Patman, JW
Patricia A. Wilson Trust
Patrick, Brian
Patrick, James
Patrick, Sandra
Patsy L.R. Partnership Ltd.
Patterson, Cleo
Patterson, Hope
Patterson, J.R., Jr.
Patterson, James Patrick
Patton, Robert
Paul Rowell Construction
Paul Weiss Rifkind Wharton
Paul, E.D., Jr.
Paul, Emmett D., Jr.
Paul, Leonard
Paul, Melody Langston
Paul's Oil Service
Pavelka, Mark
Pawkett, Mildred Stanzel
Paxton Resources
Pay Governance LLC

Payne, Norma J. Fowler
Payne, Virginia W.
Payton, Janetha Bradford
PCY APT LLC
Peabody Coal Sales Co.
Peabody Coal Trade Inc.
Peak Energy Corp.
Pearl Brewing Co.
Pearl Brewing LLC
Pearson, Cecil L.
Pearson, Donald Ray, Jr,
Pearson, Gerry
Pearson, Jerry J.
Pearson, Lewis Jonathan
Pearson, Mary K.
PECO
Pederson, Nell Laird
Peebles Irrevocable Trust, The
Peebles, Joy Lavern
Peerless Manufacturing Co.
Pelham, Bobby Ray
Pelham, Donald Ray
Pelham, Greg
Pelham, H. Frank
Pelham, J.D.
Pelham, James
Pelham, Judge W.
Pelham, Laudis V.
Pelham, Lucille
Pelham, Marvin
Pelham, Mattie Odell
Pelham, Ruby, Deceased
Pelican Associates LLC
Pelicans Landing Apartments
Pelmam, James
Pence, H.
Pence, Jeanette
Penney, Bernice
Penney, Floyd
Penney, Floyd Denson
Penney, Joe L.
Penney, Kenneth L.
Pentair Valves & Controls US LP
Pepper, A.N.
Pepper, C.F.
Pepper, Darrell

Pepper, David
Pepper, Jennifer Sue
Pepper, Kenneth Wayne
Pepper, Matthew
Pepper, Robert C.
Pepper, Roy Dee, Jr.
Pepper, Roy, Jr.
Pepper, Steven
Pepper, William Lee
Percival, Robert V.
Perdue, Cheryl Lynn
Perez, Gay Anne Gill
Performance Consulting Services Inc.
Performance Friction Products
Perkins & Perkins
Perkins, Gilmer B.
Perkins, Jeannie K. Walthall
Perkins, Laverne
Perkins, Lois Drummond
Perkins, Phyllis L.
Permelia, Elizabeth Kelly
Permian Basin Pest & Weed Control LLC
Permian Basin Water
Permian Homes
Perron, Bernice McWhorter
Perry, Glenn A,
Perry, Nancy
Perry, Rudolph
Persful, Jerrye Steward
Personal Edge
Pete Laird Ranch Trust Agency
Peterbilt Motors Co.
Peters, Kenneth
Peterson Maritime Inc.
Petro Source Resources
Petro United Terminals Inc.
Petro-Canada
Petromax Refining Co. LLC
Petro-Tex Chemical Corp.
Petro-Valve Inc.
Petteway, John Henry (Deceased)
Petty, Adelle McAlpin Jackson
Petty, Patsy Sue
Peveto, R.S.
PGI International Ltd.
Phenix, Corneil H.

Phenix, James N.
Philadelphia Gear Corp.
Philley, Steven M.
Phillips, Ann McNeill
Phillips, Barbara J.
Phillips, Barry
Phillips, Carroll D.
Phillips, Deloris
Phillips, George
Phillips, James D.
Phillips, Nenian
Phillips, Octavia
Phillips, Richard
Phillips, Roger R.
Phillips, Thomas E.
Phillips, Viola
Phillips, Wanda Kay
Phipps, Evelyn Marie
Phipps, Marie
Phoenix Air Flow Inc.
Phoenix Oil Inc.
Physical Science Laboratory
Piazz, Aethna
Picerne Development
Pickens, John J.
Pickett, Jenny Wilson
Pierce, Dora Bell
Pierce, Jewel
Pierce, Larry D.
Pierce, Opal B.
Pike, Frances Mayfield
Pilar, Lilly Saundra Kay
Pilgrim, Edith Mae
Pilgrim, Hubert
Pilgrims Industries Inc.
Pilot Industries of Texas Inc.
Pinata Foods Inc.
Pine Street Baptist Church
Pine Terrace Apartments
Pinkerton, Jerry
Pinnacle Derivatives Group LLC
Pinnacle Natural Gas Co.
Pinnacle West Corp.
Pioneer Strategy Group LLC
Pipes Equipment
PIRA Energy Group

Pitney Bowes Global Financial Services
Pitney Bowes Inc.
Pittman, Edward Gene
Pittman, Pitt
Pittman, Woodard Eugene
Pitts Industries
Pitts, Doris Boyce
Pitts, Harold E.
Pitts, Ima O.
Pittsburg Gazette
Pitzer, Alma Vaughn
Pizza Hut
Placid Refining Co.
Plains Marketing LP
Plant Recovery Co.
Plaster, Gevona Lynn
Plastics Manufacturing Co.
Plater, Zygmunt J.B.
Platt, Raymond
Platt, William
Pleasant Creek Apartments
Pleasant Creek Corners Associates
Plexmar Resins Inc.
Plicoflex Inc.
PM Metallurgical Labs Inc.
PMG Worldwide LLC
Pneumat Systems Inc.
PNI Transportation Inc.
Podolsky, Betty Carla
Poindexter Family Partners Ltd.
Poindexter, Dorothy E.
Point West Holdings Partnership
Poland, Jerry
Polar Technology
Polaris Markets Ltd.
Politico
Pollard, Janie L.
Pollock Paper Distributors
Pond, Matthew D.
Ponder, Jana Harrell
Pool, Amanda Jewel
Pool, Clifford Harold
Pool, David Joshua
Pool, David R.
Pool, Dovie Lee
Pool, Eli W.

Pool, Emma
Pool, Jewell
Pool, Katrina
Pool, Lynda Y.
Pool, Mark
Pool, Mildred Bridges
Pool, Reuben S.
Pool, Ronnie S.
Pool, Wendell C.
Poole, Jeanett
Poole, Jeanette
Poole, Patricia G.
Pooled Equipment Inventory Co.
Pop A Lock
Pope, Mary Jane
Pope, Ouida
Porta di Roma
Porter, Christine
Porter, Deborah L.
Porter, Derek
Porter, Sara Katherine
Posey, Callie
Posey, Kerry
Poston, John W., Dr.
Potentia Energy LLC
Potter, Lloyd, Dr.
Potter, Myra Brooks
Potts, Jonathan Glenn
Potts, K.D.
Potts, Stephen
Poulter, Linda R.
Poulter, Robert
Powe, Rachael Spratt
Powe, Walter Allen
Powell Service Division
Powell, Irene
Powell, J.
Powell, Joe Lee, Jr.
Powell, Lawrence
Powell, Scott
Power Merchants Group LLC
Power Systems Mfg. LLC
Power4Georgians LLC
Powerfect Services
Powergen UK Plc
Powers, Shirley Brooks Gentry

PowerWorld Corp.
PPC Land Ventures Inc.
PPG Industries Inc.
PPG Protective & Marine Coatings
PPL Susquehanna LLC
Prairie Island Nuclear
Praxair Distribution Inc.
Praxair Inc.
Precision Machine
Precision Warehouse Design LLC
Preferred Metal Technologies Inc.
Premier Energy Group LLC
Premier Industrial Corp.
Premier Industries Inc.
Presbyterian Hospital Childrens Unit
Presbyterian Hospital of Dallas
Presidents Corner Apartments
Prestige Ford
Prestige Interiors Corp.
Preston Exploration Co. LP
Prestridge, Janie Ruth
Price International Inc.
Price, Jackie
Price, Jimmie C.
Price, Jimmy
Price, Kenneth
Price, Linda
Price, Marlin Keith
Price, Patsy Ruth
Prichard, E.E.
Prichard, John David
Prichard, Ozelle
Prichard, Paula
Prichard, Ricky G.
Pridmore, Mary
Priefert Manufacturing Co. Inc.
Primrose Houston South Housing
Primrose of Cedar Hill Apartments
Princeton
Printpack Inc.
Prior Steel Processing
Prior, Lucille Nussbuam
Prior, Nancy C.
Pritchett Engineering & Machine Inc.
Pritchett, Danny
Pritchett, Tabitha

Pro Vigil Inc.
Process Control Outlet Div II
Process Instruments Inc.
Processor & Chemical Services Inc.
Proctor & Gamble Corp.
Proctor & Gamble Manufacturing Co.
Procurement Advisors LLC
Professional Advocacy Association of Texas
    (PAAT)
Professional Assessment & Consultation
    Inc.
Professional Safety Services
Professional Toxicology Services Inc.
Progress Fuels Corp.
Prolepsis Training Inc.
Proliance Energy LLC
Promecon USA Inc.
Promet Energy Partners LLC
Propes, Becky
Propes, Joan C.
Proservanchor Crane Group
Prosigns
Prosoft Technology Group Inc.
Protox Services
Pro-Vigil Inc.
Provisional Safety Management &
    Consultants
Provisional Safety Management LLC
Pruitt, Agnes Faye
Pruitt, E.K. (Bud)
Pruitt, Jason
Pryor, Earline
Pryor, Wilbert
Prysock, Jackie
PS Doors
PSEG Nuclear LLC
PTI Services
Pulizzi, Victoria
Pump Services Inc.
Punch Press & Shear
Purdie, Betty
Purdie, Betty Ann Morris
Pure Chem
Purex Industries - Turco Products Division
Purolator Security Inc.
Putman, Kathy J.

PVI Industries LLC
PVO Energy
QMS
Quady, Steve
Quail Ridge Management Corp.
Quality Carriers
Quality Delivery Service
Quanex Corp.
Quanex Corp. (Gulf States Tube Division)
Quary, Linda
Quary, Rick
Quemetco Inc.
Quemetco Metals Ltd. Inc.
Quest Diagnostics Inc.
Questcare Medical Services
Quexco Inc.
Quicksilver Resources Inc.
Quigley, Charles K.
Quigley, Sandra
Quinn, Alice, V
Quinn, Anna Southwell
Quinn, M.D., Jr.
Quintanilla, Jose S.
Quintanilla, Juan E.
Quintanilla, Laura I.
Quintanilla, Yesenia
Qwest Communications Co. LLC
R&L Carriers Inc.
R&R Associates
R&R Maintenance & Repair LLC
R.J. Corman Railroad Derailment Services
R.L. Banks & Associates Inc.
R.S. Equipment Co.
R.W. Beck Inc.
Radarsign LLC
Radcliffe, Sylvia
Rader, Betty
Radiation Consultants Inc.
RadioShack Corp.
Radwell International Inc.
Rail Services Corp.
Railroad Tools & Solutions LLC
Railworks Track Systems Texas Inc.
Rain For Rent
Raleigh Junk Co.
Ralph Wilson Plastics Co.

Ralph, May
Ramby, Susie M.
Ramey Family Trust
Ramey, Jack A.
Ramey, Mary Lou
Ramey, Peggy Jo
Ramos, Carol C.
Ramsey, Horace, Jr.
Ramsey, Jesse Helen Harris
Ramsey, Lawrence
Rancone, Leslie Ann
Rand, Stanley
Randazzo, Anna Marie
Randazzo, N.T.
Randstad Professionals U.S.
Raney, Gwen D.
Range Energy Services Co.
Rankin Family Trust
Rankin, Hudley V.
Ranton, Billy
Rapley, Betty
Rascoe, Robert L.
Rash, Lyle
Rash, Pamela
Rash, Terry Dale
Ratliff Ready-Mix LP
Ratliff, Matt
Rattenni, Michael
Raulston, Michele Wright
Ravi, Malick Aaron
Rawley, C.
Rawlinson, Amanda Lou
Rawlinson, James K
Rawlinson, Larry
Rawlinson, Larry W.
Rawson, Roy L., Jr.
Raxter, Barbara A.
Ray, Barbara
Ray, Billy O.
Ray, Ida Ruth
Ray, Kenneth
Ray, Kenneth Dean
Ray, L.O.
Ray, Lawrence H.
Ray, Martha E.
Ray, Sue

Ray, Tony G.
Rayburn Country Electric Cooperative
Raychem
Raye, Carolyn
Raye, Larry
Raye, Larry W.
Rayford, Bess L.
Rayford, J.D.
Rayford, J.J.
Raymer, Lois
RC Delta Holdings LLC
RDO Equipment Co.
Read, Mary Jo Laird
Reade, Pauline Slominski
Reade, Willard Purdy, III
Reagan, Fred
Reagan, Louie R.
Reagan, Lullene
Reagent Chemical & Research Inc.
Real Property Resources Inc.
Real, Alpha Barnes
Realty Appreciation Ltd.
Realty Associates Fund VII LP
Realty Crew LLC
Reardon, Kim
Reaves, Horace
Recognition Equipment Inc.
Recognition International Inc.
Recovered Oil Services
Recovery Systems Inc.
Recruiting Jobs Personnel Consultants Inc.
Recruitmilitary LLC
Red Hat Inc.
Red Hat Rentals
Red, Laura Young
Red, Leslie Young
Redding, L. Joy
Reddy Ice
Redfearn Jones, Ann
Redfearn Property Management
Redfearn Real Estate Co.
Redfearn, Alfred M.
Redfearn, Beverly
Redfearn, Bradley
Redfearn, Bradley Keith
Redfearn, E.T.

Redfearn, Ercle Milton
Redfearn, Eula
Redfearn, Joe G.
Redfearn, John Mitchell
Redfearn, John N.
Redfearn, Maurice L.
Redfearn, Max Wayne
Redfearn, Patrick E.
Redfearn, Pauline M.
Redfearn, Prestell
Redfearn, Scott E.
Redfearn, Scott Eugene
Redfearn, Tennie Louise Hickey
Redfearn, Vera
Redfearn, Vera M.
Redfearn, Wayne
Redfearn, Weldon
Redican, Eileen
Redland Prismo Co.
Redmon, Dale
Redmon, Glassel
Redmon, Wilma R.
Redwine, Ras, V
Redwood Garden Ltd.
Redwood Software Inc.
Reece, Birdie Lee
Reece, Early
Reece, Nita
Reece, Zettie M.
Reed & Gaddis Construction Inc.
Reed National Air Products
Reed Rockbit Co.
Reed Tubular
Reed, Carol A.
Reed, Fayrene Foster
Reed, Hugh D., III
Reed, Hugh D., Jr.
Reed, Hugh Davis, III
Reed, Joyceann
Reed, Michael R.
Reed, O.D., Jr.
Reed, Rodney J.
Reed, Sherri Roberts
Reed, Terri
Reedy Engineering Inc.
Reedy, Davis

Reef Industries Inc.
Reese, Merice Dee
Reese, Preston
Reeves Oil Co. Inc.
Reeves, Billie Margaret
Reeves, Raymond D.
Regina Co., The
Regions Bank
Regulator Technologies Inc.
Regulatory Compliance Services
Reichert, Denise
Reichert, Oscar
Reichhold Inc.
Reichle, Muriel
Reichold Chemical
Reid, Cappie
Reid, Janice
Reilly, William
Reinhausen Manufacturing Inc.
Rekieta, Daniel
Reliability Center Inc.
Reliance Electric Co.
Reliance National Risk Specialists
Reliant Energy Power Supply LLC
Rema Tip Top North America Inc.
REMC Inc.
Remhc LP
Remington Arms
Renaissance Village Apartments
Renewable Energy Corp.
Renfro, Patti Sue
Renfroe, Charles Z.
Renfroe, Nella J.
Renteria, Jose
Renteria, Maria
Rentmeester, Clayton
Rentsys
Rentsys Recovery Services Inc.
Renz, Walter
Reppa, William
Republic Energy Inc.
Republic Mineral Corp.
Republic Sales & Manufacturing Co.
Republic Services #688
Republic Services National Accounts
Republic Services of Austin

Research Now Inc.
Residences at Starwood
Residences at Waxahachie LP, The
Resource Refining Co.
Restorx of Texas Ltd.
Restructuring Today
Results Cos. LLC, The
ResultsPositive Inc.
Retzloff Industries Inc.
Reuter, Roger
Reva Energy LLC
Rexa Koso America Inc.
Rexene Polymers
Reynolds, David Edmond
Reynolds, Elbert
Reynolds, H. Gene
Reynolds, Kenneth
Reynolds, Kimberly Brevard
Reynolds, Lindian
Reynolds, Olen
Reynolds, Renna
Reynolds, Ruby C.
Reynolds, S.K.
Reynolds, Vernell
Rhea, J.J.
Rhoden, Jerome
Rhodes, Anita Jo Ballow
Rhodes, Fannie Nell Humphres
Rhodes, Justus B.
Rhodes, Ronnie Joe
Rhodes, Sandra Ann
Rhodia Inc.
Rhymes, Genester
Rhymes, Jessee Mae
Rhymes, O.T.
Rhymes, Richard
Rhymes, Richard L.
Rice, Barbara Nell
Rice, Betty Rives
Rice, Jacky
Rice, Susan
Rice, Thomas E.
Rice, Thomas E., Jr.
Richard O. Barham Supertree Nursery
Richard Wayne & Roberts
Richard, Cammie

Richard, Matthew
Richards, Clemmie
Richards, J. Donald
Richards-Gebaur AFB
Richardson, Angela R.
Richardson, Audra F.
Richardson, Bobby
Richardson, Brenda Gayle
Richardson, Chevelle T.
Richardson, David
Richardson, Debbie M.
Richardson, Ella M.
Richardson, Henrietta
Richardson, Juanita
Richardson, Keven
Richardson, Luretta
Richardson, Perry, Jr.
Richardson, Russell
Richardson, Russell D.
Richardson, Suzann Shamburger
Richardson, Vernell Isaac
Richardson, Vivian C.
Richey, Jeanine Booth
Rickey Bradley Feed & Fertilizer
Ricky, Bradley
Riddick, Annita M.
Riddle, Sandra J.
Riddle, William T.
Ridge at Willowchase
Ridge Point Apartments
Ridgeways Inc.
Ridgway's Ltd.
Rieger, Charline
Rieger, W.N.
Right Code Staffing
Rightsell, Joyce
RightThing LLC
Riley, Aletta
Riley, Clitis A.
Riley, G.J. Embrey Roston
Riley, Gina Renee Jones
Riley, Horace
Riley, Jettie
Riley, Johnnie Mae
Riley, Melvin A., IV
Riley, Michael A.

Riley, Michael Anthony
Riley, Patrick James
Riley, Philip Neil
Riley, Teresa
Riley, Vivian W.
Riley, Vivian, Deceased
Riley, Walter West
Riley, Wilson
Rinchem Resource Recovery
Rio Bonito Holdings LP
Rischer, Ruby
Rittenberry, Pamela Ann Riley
Ritter, Dell
Ritter, Myra S. Lambert
River Technologies LLC
Riverside Chemical Co.
Rives, Ann
Rives, Emory
Rives, Gus E.
Rives, J.D.
Rives, Johnny
Rives, L.J.
Rives, Lonie
Rives, Marion T.
Rives, Michael P.
Riviera Finance
RMB Consulting & Research Inc.
Roach, C.G.
Roach, Edmund L.
Roach, Joy Ruth
Roach, Joy Ruth Baker
Roach, Joyce Williams
Roach, Philip
Robbins, Judith Ann
Robert Allen Youngblood II Trust
Robert Dulaney Trust
Robert Half International Inc.
Roberts Air Conditioning
Roberts, B.L.
Roberts, Bonita
Roberts, Brian D.
Roberts, Deborah
Roberts, Dennis L.
Roberts, Donald R. (Deceased)
Roberts, Edith
Roberts, Edith G.

Roberts, Evelyn
Roberts, Jolynn
Roberts, L.R.
Roberts, Lorine Simon
Roberts, Patricia
Roberts, Quentin
Roberts, Roy D.
Roberts, Ryan Hayden
Roberts, Shirley Jean
Roberts, Todd Raymond
Robertson, Gloria
Robertson, James D.
Robertson, Larue
Robertson, Myrtis
Robertson, R.R.
Robertson, Robert R. Jr.,
Robertson, Walter G.
Robin, Jeanette W.
Robinson Nugent Inc.
Robinson, Deborah
Robinson, Diana Dean
Robinson, Eula Anita
Robinson, Frances
Robinson, Jerry
Robinson, Joseph M.
Robinson, Lemanda Bradford
Robinson, Lisa
Robinson, Mellie
Robinson, Odma Pittman
Robinson, Paula Houston
Robinson, Phyllis Ann
Robinson, Rachael Mae
Robinson, Sue Clemmons
Robinson, Zena E.
Robison, Melita
Roc Tx Presidents Corner LLC
Rock English
Rockdale Building Material Center
Rockdale Signs & Photography
Rockett-Hanft, Tracey
Rockey Co.
Rockfish Interactive Corp.
Rockin'M Products
Rockwell Automation
Rockwell Collins Inc.
Rockwell International Corp.

Rod, Kelli
Rodgers, Philip W.
Rodgers, Robert
Roe, Dewayne
Roe, Keith Eugene
Roe, Louise
Rogers Galvanizing Co.
Rogers, Annell
Rogers, Cheryl Ann
Rogers, Cleo W.
Rogers, Elton
Rogers, Fairy L.
Rogers, Farris
Rogers, J. Lynn
Rogers, J.E.
Rogers, Jerry Lynn
Rogers, Joe Eugene
Rogers, Johnnie Huckeba
Rogers, Judy
Rogers, Kenneth Dewayne
Rogers, Martha Paul
Rogers, Melba Grace S.
Rogers, Randall Lee
Rogers, Ruby J.
Rogers, Ruby Janell
Rogers, Tommy Tilford
Rogers, Travis L.
Rogers, Walter Lynn
Rohletter, Christopher
Rolf, Brandon W.
Rolf, Tammie J.
Rollins Leasing
Rolls Royce Civil Nuclear
ROM Tech Services
Romar Supply Inc.
Romirez, Carolyn Barrow
Roofing Supply Group
Roper, Marie W.
Roquemore, Barbara
Rosario, Tandee L.
Rosas, Sharon F. Rohasek
Rose, Billy Lee
Rose, Joseph M.
Rose, Morgan E. Landmann
Rose, Paula
Rose, Perry

Rose, Thomas
Rosemont at Ash Creek Apartments
Rosemont at Cedar Crest Apartments
Rosemont at Heatherbend Apartments
Rosemont at Lakewest Apartments
Rosemont at Melody Place Apartments
Rosemont at Melody Village
Rosemont at Oak Hollow Apartments
Rosen Brener Group
Rosenthal Energy Advisors Inc.
Rosewell, Remonia Elois
Ross, Casey
Ross, Charles D.
Ross, J.L.
Ross, K. E.
Ross, Kevin A.
Ross, Novella Sirls
Ross, R.J.
Rotaquip Inc.
Rota-Tech Inc.
Rother, Scott
Roto Hammer Industries Inc.
Rotolok Valves Inc.
Roto-Rooter
Roundtree, Benny W.
Roussel, Scharmel H.
Rowan, Howard R.
Rowan, Sandra L.
Rowe, Marion
Rowe, Robert
Rowe, Tommie
Rowley, Edna E. Leamons
Royall, Dwight
RRGI Collins Park LLC
R-S Matco Inc.
RSP Architects Ltd.
RSR Holding Corp.
RTP Corp.
Ruan Truck Lease
Rucker, Kimmy S.
Rudd, G. Hardy, Dr.
Rudd, Kathy Ann
Rufus, Estelle C.
Rufus, Estelle Cummings
Runnels Glass Co.
Rupe, O.C.

Rupe, Rosalyn
Rural Rental Housing Assoc. of Texas
Rusk Soil & Water Conservation District
    #447
Russell, Edward A.
Russell, Ellen
Russell, Kenneth
Russell, Mary
Russell, Traylor
Rustic Creations
Rutherford, Charles P.
Rutland, Bennett Keith
Ryan Herco Products Corp
Ryan LLC
Ryan Walsh Inc.
Ryan Walsh Stevedoring Co.
Ryan, Godfrey
Ryan, Leclair
S&S Delivery
S&S Machining & Fabrication Inc.
S. Holcomb Enterprise Inc.
S.E. Brister Towing
S.I. Warehousing Co. Inc.
Saab Training LLC
Sabel Industries Inc.
Sabella, Kenneth J., II
Sabine Hub Services
Sabine Pipe Line LLC
SABMiller
Sabre Tubular Structures
Saddlewood Apartments
Sadler, Harold
Saegert, Shannon E.
Saegert, Tracy M.
Safeco
Safetran Systems Corp.
Safety-Kleen Corp.
Safety-Kleen Systems Inc.
Safeway Inc.
Safeway Stores Inc.
Sage Environmental Consulting LP
Sage Pointe Apartments
Sager, Sharon
Saia Motor Freight Line LLC
Saint-Gobain Advanced Ceramics
Saint-Gobain Performance Plastics Corp.

Saldana, Thomas
Sales Verification LLC
Salesmanship Club Charitable
Salsberry, Kitty Whisler
Salt Lake City Corp.
Salt River Project Agricultural Improvement
    and Power District
Sampson, Karan
Sampson, Rachel C., Jr.
Samson Lone Star LP
Samson Resources Co.
Samuel Strapping Systems
Samuels, Joy Reynolds
San Augustine
Sanchez, Cynthia
Sanchez, Jose Angel
Sanchez, Maria Lusia
Sanchez, Rosa Nelly
Sanders, Bernice
Sanders, Curtis
Sanders, E.A.
Sanders, E.L.
Sanders, Edwin
Sanders, Euell Lee
Sanders, Haskell Joseph
Sanders, Imogene
Sanders, Janie
Sanders, Kendall Wayne
Sanders, Linda Sue
Sanders, Peggy Joyce
Sanders, Sandra K.
Sanders, Thurston Gaylon
Sanders, V.A.
Sanders, Willie
Sandoz Agro Inc.
Sandspoint Apartment LP
Sandvik Mining & Construction
Sandvik Rock Tools Inc.
Santa Fe Railroad
Santos Radiator
Santos, Gregory
Santos, Jefferson
Santronics Inc.
Sao, Sany
SAP America Inc.
Saputo, Grace

Sarah Elizabeth Gold Living Trust
Sarah F. Smith Exempt Trust
Saratoga Royalty LP
Sargas Texas LLC
Sargent-Sorrell Inc.
Sartin, Billie Lois
Sartor, Mary Alma Red
Sather, Edwin
Sather, Kenneth
Satori Energy
Satterfield, Marie
Saunders, Reginald A.
Sauter, Linda McKay
Savannah Gas Inc.
SaveOnEnergy Ltd.
Savitz Field & Focus
Sawatzky, Trevor
Sawyer, Hugh Edgar, III
SBC Holdings
Scantron Corp.
Scarborough, Vickki
Schaefer, Emma Louise
Schaeffer Manufacturing Co.
Schane, Michael
Schappell, Michele Marie
Scharlach, Arthur
Scharlach, Arthur Jr.
Scharlach, Sarah
Schaumburg & Polk Inc.
Schenectady Chemical Co.
Schepps Dairy
Schiller, Ila Ruth
Schindler, Charles
Schlieszus, Kendra Renee Potts
Schlitz Brewery
Schlumberger Ltd.
Schmeltekopp, Martha Lou
Schmulen, Victoria
Schnee-Morehead Chemical
Schneider Electric Buildings Americas Inc.
Schneider Electric It USA Inc.
Schneider, Bryce
Schoenrath, Wilbert
Scholz, L. Charles
Schultz, Dustin
Schumacher, Mariojane

Schwartz, Ida May
Schwartz, Josephine G.
Schwartz, Nona Lois
Schwartz, R.C.
Schwartz, Richard J.
Schwartz, Seth
Schwartz, Simon
Schwarzer, A.G.
Schweers, Miriam Smith
Scientech LLC
Scientech NES Inc.
Scientific Ecology Group Inc.
Scoggins, Jackie
Scoggins, William
Scoreboard Sales & Service
Scotland Yard Apartments
Scott & White Health Plan
Scott Homes LLC
Scott, Colleen
Scott, Dave
Scott, James
Scott, Kevin
Scott, Linda Sue
Scott, Thomas W.
Scullin, Mike
Scullin, Traci
SD Myers
Sealco LLC
Seale, Brian R.
Sealy, E.R.
Sealy, R.R.
Searcy, Alice L.
Searcy, John M., Sr.
Searle Medical Products Inc.
Sears
Sears Roebuck & Co.
Seaton, James
Seaton, Tami
Secutor Consulting
See, Stratton Benton
SEFCOR
SEI Energy LLC
Seidel, Ronald
Seidler, Philippe
Seidlits, Curtis
Seimears, Pat

Seldomridge, Robert J.
Self Serve Fixture Co. Inc.
Self-Service Fixture Co.
Sellars, Carolyn Baysinger McGowan
Sellars, Clifton
Sells, Elizabeth
Seminole Canada Gas Co.
Seminole Energy Services LLC
Semon, Kathy
Semple, Karen
Send Word Now
Sengelmann, Robin Overton
Sepaugh, C.E.
Serendipity Electronics
Sermatech International Inc.
Serveron Corp.
Service Lines Inc.
Service Tugs & Crew Boats
Servicemaster
Servicemax Inc.
Seton Identification Products
Sevier, Ella Katie
Sewell, Steven
SGI Liquidating Co.
SGS
Shack Bennett Cashen 1999 Trust
Shadowridge Village
Shaikh, Nancy
Shamblin, Paul
Shamburger, Gene Paul
Shamrock Energy LLC
Shapard, Robert Sumner
Sharp, Deborah Haney
Sharp, Ida
Sharp, James A.
Sharp, L.R., Jr.
Sharp, Thomas H.
Shastid, B.D.
Shastid, Kevin
Shavers Neighbourhood Store LLC
Shaw Environmental Inc.
Shaw, Charles W.
Shaw, Kimberly Maloney
Shaw, Lela Ann
Shaw, Scotty Rogers
Shawkey, Selia Trimbel

Sheets, Jan Johnson
Sheetze, Catherine Gunn
Shell Chemical Co.
Shell Oil Co.
Shell Oil Products Co.
Shell Pipeline Corp.
Shelton, Carol Polson
Shelton, D.F.
Shelton, Glyndon J.
Shepard, Elmer J.
Shepard, Lula
Shepherd, Adell
Sheraton Corp.
Sherburn Electronics
Sheridan Park
Sherman, Gloria J.
Shermco Industrial Services
Sherrod, Richard W.
Sherwood Forest Apartments
Shettlesworth, Mettie
Shields, Basil Price
Shields, Carol Sue
Shields, Garvis Preston
Shintech Industries
Shipman, Barry
Shipp Chase & Megan
Shipp, Dale F.
Shipp, Patricia A.
Shipper Car Line Inc.
Shirley M. Laird Armstrong Trust
Shirley M. Laird Children's Trust
Shirley, George
Shivers, Cleora
Shivers, Lona V.
Shivers, Lona Wyatt
Shoemaker, J.W.
Shoemaker, Mary
Sholes, Shirley Ann
Shop My Power Inc.
Short, Gloria J.
Shred, Austin
Shreveport Rubber & Gasket Co.
Shriver, Verdinell
Shrum, Billy P.
Shrum, Cleo
Shrum, Donald

Shrum, E.C.
Shrum, Johnnie
Shrum, Tommie L.
Shull, Kathryn L.
Shults, Ricky
Shults, Ricky Allen
Shultz, Duane E.
Shumate, David E.
Shumate, David, Jr.
Shumate, Joe E.
Shumate, Margaret
Shumate, Tanya
Shumate, Wanda Jones
Shurbet, Bobbie
Shurbet, Juadeen
Shurtleff, Marion E.
Sibila, Michael
Sibley, Lawana Harper
Sick Maihak Inc.
Siegler, Jonathan A.
Siemens Power Corp.
Siemens Rail Automation Corp.
Siemens Westinghouse
Sigler, David
Sigma Chemical Co.
Sign Effects Inc.
Sihi Pumps Inc.
Sikes, Joanne Nussbaum
Silar, Michelle
Silgan Containers Corp.
Silgan Containers Corp. (Carnation)
Silva, David
Silva, Tommie Ann
Silver Refiners of America
Silveria Billing Services LLC
Silvey, Tiffany
Silwood Technology Limited
SIMC
Simmons, Ann
Simmons, Barbara
Simmons, Carrell Tony
Simmons, Donald D.
Simmons, Joe
Simmons, Joyce A.
Simmons, Julie
Simmons, Lee

Simmons, Lillie Jean
Simmons, Lynn
Simmons, Lynn E.
Simmons, Margaret J.
Simmons, McArthur
Simmons, Nancy
Simmons, Noble
Simmons, Norma
Simmons, R.L.
Simmons, Sheila Bransford
Simmons-Boardman Publishing Corp.
Simon, Addie
Simon, Annie Bell
Simon, Bernice
Simon, C.L.
Simon, Clem
Simon, Cleo Ramsey
Simon, Emmie B.
Simon, Isaiah
Simon, Odies
Simon, R.E.
Simon, Travis
Simons, Bernice
Simons, Felix
Simpson, Carrie
Simpson, Fred
Simpson, Hugh
Simpson, Izella Anderson
Simpson, Lola
Sims, Delores H.
Sims, Floy Munden
Sims, Marilyn Alexander
Sims, Rocky
Simtec Inc.
Sinclair & Valentine
Sinclair, Charles W.
Sinclair, James Henry, Sr.
Sinclair, Micky
Singleton, Floydzella Arnett
Sipes, Aubrey Marion
Sipes, David L.
Sipes, Evelyn Frances
Sipes, William M.
Sirva Worldwide Inc.
Sisk, David
Sisto, Anthony David

Sitech Tejas
Sithe Energy Marketing LP
Sitton, Dan
Sitton, Janelle
Sitton, William
Skelton, Hamp
Skidmore, Mary Jane
Skiles, Mary
Skip Godwin Cattle Co. Inc.
Skipper, Jerome
Skipper, Juanita Simon
Skipper, Marilyn
SKM Systems Analysis Inc.
Skycom Inc.
Skyhigh Networks Inc.
Skyles, Jane L. Loggins
Slater Controls Inc.
Sloan Delivery Service Inc.
Slominski, Antone
Slominski, Edward
Slominski, Frances
Slominski, Pauline
Slone, Rosemary
Small, Virginia Reed
Smarsh Inc.
Smart International Inc.
Smelscer, Rubin Earl
Smelscer, Stanley
Smiley Lawn Care
Smiley, Scott
Smiley, Wanda Harris
Smith & Conway Farm
Smith County Emergency Services District
    #02 (TX)
Smith International
Smith Jones Inc.
Smith Oil Co.
Smith Pump Co. Inc.
Smith Welch Memorial Library
Smith, Alisha M.
Smith, Amy
Smith, Bonnie
Smith, Brad
Smith, Carl
Smith, Carolyn
Smith, Cecil I.

Smith, Charlie
Smith, Charrla
Smith, Daphne
Smith, Debra Jean
Smith, Donna Newman Thomas
Smith, Emily Lou
Smith, Esther Lietemeyer
Smith, Eula
Smith, Floycille Caskey
Smith, Gladys Lillian
Smith, Gloria Payne
Smith, H.M.
Smith, Harold
Smith, Hazel Laird
Smith, Herbert Dean
Smith, Howard
Smith, Ida G.
Smith, J.W.
Smith, James H.
Smith, James W.
Smith, Jean
Smith, Jewel Simon
Smith, Joe G.
Smith, John Wesley
Smith, June Blount
Smith, Kim
Smith, Larry
Smith, Laura Ruth
Smith, Lisa
Smith, Lon A., Jr.
Smith, Lonnie
Smith, Marilyn
Smith, Marilyn Ann
Smith, Mary Dell
Smith, Mary Marie
Smith, Michael
Smith, Nickie Paul
Smith, Nora Mae
Smith, Opal Bridges
Smith, Oscar I.
Smith, Paul
Smith, Ruby Barrow
Smith, Ruby Mae Watson
Smith, Russell
Smith, Shirley June Blount
Smith, Stephen

Smith, Tabitha, A Minor
Smith, Tammy A.
Smith, Virginia D.
Smith, Virginia L.
Smith, W.J.
Smith, William
Smith, William A.
Smith, William L., Jr.
Smith, Willie Mae
Smith-Jones Inc.
Smithwick, Lenice Boggs
Smolinsky, Kristine
Smotherman, Burdean
Smylie, James
Snellings, Joe T.
Snellings, Penny
Snider Industries Inc.
SNK GP Alborda LP
Snow Coils
Snow, Daniel Parker
Snow, Matthew Allen
Snow, Steven Ray
Snow, William R.
Snyder, Bradley
Snyder, Kielan Vaughn
Soape, R.
Socratic Technologies Inc.
Software Engineering of America Inc.
Soileau, Marvin
Soileau, Rowana Starr
Sojitz Corp. of America
SolidState Controls Inc.
Solomon Corp.
Solvents & Chemicals Inc.
Somervell County Hospital District
Sommerfeld, Evelyn
Somp Cottages LLC
Sor Inc.
Sorge, Julia Sue
Souldon, Richardson, Deceased
Sound Ideas Production Group Inc.
Source One Supply Inc.
South Carolina Electric & Gas
South Coast Products
South Jersey Gas Co.
South Jersey Resources Group LLC

South Pointe Apartments
South Texas Electric Cooperative Inc.
Southern Bulk Solvents
Southern Crane Global Safety Services Inc.
Southern Cross Transmission LLC
Southern Generation Technologies LLC
Southern Global Safety Services Inc.
Southern Graphic Systems Inc.
Southern Gulf
Southern Methodist University, Office of
    Real Estate
Southern Oaks Housing LP
Southern Plastic
Southern Scrap & Metal Co. Inc.
Southern Tire Mart LLC
Southers, Stanley R.
Southland Co.
Southland Land & Cattle Co.
Southwell, Kelly Walt
Southwest Aquatic Services
Southwest Disposal
Southwest Energy Distributors Inc.
Southwest Galvanizing
Southwest Gas Corp.
Southwest Geoscience
Southwest Meter & Supply Co.
Southwest Ocean Services Inc.
Southwest Office Systems Inc.
Southwest Power Pool Inc.
Southwest Radiation Calibration Center
Southwest Solutions Group Inc.
Southwest Trucking
Southwestern Barge & Fleet Service
Southwestern Drug Corp.
Southwestern Electric Power Co. (Swepco)
Southwestern Plating Co. Inc., The
Southwestern Public Service
Sox, Bryan
SP5 2603 Augusta LP
Spanish Master
Spann, James
Spann, Melba
Spann, Melba Ann
Spark Energy Gas LP
Spark Energy LP
Sparkletts & Sierra Springs

Sparks, Aubrey
Sparks, Bobbie
Sparks, Ray
Sparks, Terri Lee
Spears, Delila
Spears, Glady C.
Special Delivery Service Inc.
Specialty Oil
Specialty Sand Co.
Specified Properties KLI LP
Spectron Energy Inc.
Spectron Energy Services Ltd.
Spectronics
Spectrum Industrial Flooring Inc.
Speed Commerce
Speegle Oil & Gas Co.
Speer, Betty
Speer, Ceylon C.
Spencer Family Farm LLC
Spencer, Alex L., Sr.
Spencer, Carl G.
Spencer, Jeffie Mae
Spencer, Mike E.
Spencer, Robert B., Jr
Sphar, Diana
Sphar, Diana Walker
Spherion Staffing LLC
Spigit Inc.
Spike's Auto Parts
Spike's Corner Inc.
Spitzenberger, Marie
Splann, Sam
Splann, Sammy
Spohr, Susan J. Clements
Sprague Electric
Sprague Energy Corp.
Sprayberry, Billy Jack
Sprayberry, Ricky Lynn
Spraying Systems Co.
Spriggs, Karla Jo
Springbrook Properties LLC
Spring-Clean Inc.
Springfield, Michelle
Springfield, Scott
Sprinkle, Phillip R.
SPRM Killeen Phase II LP

Sprouse, James
Spurlock, Betty
Squires, Ineze
Squires, James W.
Squires, Linda Darlene
Squires, Minna Lo
Squires, S.F.
St. Charles Apartments
St. Charles Consulting Group
St. Gabriel Contractors
St. James Software Ltd.
St. Joseph Occupational
St. Louis Southwestern Railway Co.
St. Regis Paper Co.
Stablein, Jodi L.
Stacha, William R.
Stacy, Bessie A.
Stafford, Deborah
Stagg, Gerald A.
Stan Trans Inc.
Standard & Poor's Financial Services LLC
Standard Coffee Service
Standard Environmental Product
Standard Environmental Products Co. Inc.
Standard Fruit & Steamship Co.
Standard Iron & Metal
Standard, Carl
Standard, Grace
Standard, Pat
Standley, Susan L.
Stang Industries Inc.
Stanley Proto Industrial Tools
Stanley Works, The
Stanley, Bessie Mae
Stanley, Hughes
Stanley, Jimmy E.
Stansell, James
Stansell, Ralph Gale
Stansell, Tommy
Stantrans Inc.
Star S. Industries
Star Solvents
Stark-King Family Living Trust
Starks, W.P.
Starnes, A.L.
Starnes, Ruth

Starr
Starsupply Petroleum Inc.
Stasila, Marilyn Doggett
State Chemical Manufacturing Co.
Steagall Oil Co. of Texas
Steckler, Sanford
Steeldip Galvanizing Co. Inc.
Steele, Janie Kay Mayfield
Steelman Industries Inc.
Stegall, James H.
Stegall, Shelby Jean
Steger Energy Corp.
Stegman, Maxie
Steiner, Susan Marie Newman
Stem Family LP
Stem, Greg
Stem, Marie M.
Stem, Tracy S.
Stemco Inc.
Stenberg, Kurt
Stenson, Phyllis A.
Stephens Little Inc.
Stephens, Carlton
Stephens, Ethel Jean
Stephens, Gay
Stephens, Helen May
Stephens, Sally
Stephens, Willene
Stephens, William R., Jr.
Sternberg, Emile
Steve Moody Micro Services LLC
Steven, Clark
Stevens, Cheryl
Stevens, Margaret Ann
Stevenson, Beverly Kay
Stevenson, Debra Lynn
Steve's Battery Service
Steward, E.M.
Steward, H.Y.
Steward, Hugh Leighton
Steward, Jonnie E.
Steward, Lucille Riley
Steward, Roger David
Stewart & Stevenson Services
Stewart & Stevenson Services Inc.
Stewart, Frances D.

Stewart, James M.
Stewart, Robert G.
Stewart, W.
Stewart, W.M.
Still, Betty Lynn
Stillwell, J.G.
Stillwell, Patricia
Stokes, Carolyn Jean Engle
Stone Creek Apartments
Stone, Charles Aaron
Stone, Jerry
Stone, Margie
Stone, Rebecca Holcomb
Stone, Wynell Shields
Stoneleigh on Kenswic
Stoneman, Larry
Storer Services
Storm, Frances
Stosberg, Kermit
Stough, Joy Brown
Stout, Daisy
STP Nuclear Operating Co.
Stracener, Lida
Stracener, Lorraine
Strain Ranch
Strain, Barbara Isaac
Strange, William D., Jr.
Streamserve DS LLC
Stress Center, The
Strickland, Dessie
Strickland, Nina French
Stringer Oil Field Services
Stringer, Laura Nell Harris
Strobe Tech LLC
Stroh Brewery
Stroman, Mary E.
Stroman, Vivian
Strong, Beth
Strong, Mary Beth
Stroope, Barbara
Stroube, H.R.
Struck, Birdie Mae
Struck, Stephen R.
Stuart, Tiffany Southwell
Stubblefield, David
Stuckey, Stephen

Studivant, Paul
Sturgis Iron & Metal Co. Inc.
Suez LNG Service NA LLC
Suggs, Joyce Cordray
Sullair Corp.
Sullivan Transfer & Storage
Sullivan, Alice M.
Sullivan, Norma Jean
Sulzer Turbo Services
Summerall, Dan
Summit Energy LLC
Summit Power Project Holding LLC
Sun Exploration & Production Co.
Sunbelt Chemicals Inc.
Sunbelt Industrial Services
Sundown Energy LP
Sunoco Inc.
Sunseri, Matthew W.
Suntrac Services Inc.
Superbolt Inc.
Superior Crushed Stone LLC
Superior Fleet Service Inc.
Superior Silica Sand LLC
SupplyPro Inc.
Sure Flow Equipment Inc.
Surface Preparation
Survey Monkey Inc.
Susan Crane Inc.
Suttles Truck Leasing Inc.
Sutton Terminal Warehouse Inc.
Sutton, Thomas
Swagelok West Texas
Swails, Marion
Swearengin, Curtis
SWG Consultants Inc.
Swift, Jeanette
Swift, Marvin
Swiger, A.C.
Swingle, Tracy
Swinney, Leona
Swinney, Victor
SWN Communications Inc.
Sybase Inc.
Sylvester, Elliott, Jr.,
Symmetricom
Symtrex Inc.

Synagogue, Bernice
Syngenta Crop Protection
Syntech Chemicals Inc.
System Energy Resources Inc.
System Media Plant
Systems Technology Inc.
T&M Industrial Services
T&M Mercantile Properties
T.H. Agriculture & Nutrition Co. Inc.
Taber Estes
Tableau Software Inc.
Tacker, Victory Owen
TAEH Inc.
Tagos Group LLC, The
Talbot Waste Oil
Tallant, Jeanette Davis
Talley Chemical & Supply
Talley, David Ray
Tanglewood Exploration LLC
Tank Industry Consultants
Tanner, Mark E.
Tanton, Nell T.
Tanton, Neville W.
TAP Farms Revocable Management Trust
TAP Farms Trust
Tarleton State University ROTC
Tarrant County - Forest Grove
Tarrant County Public Health Lab
Tarrant, Daisy I.
Tarrant, Douglas
TAS Enviromental Services
Tate, Annie Larue
Tate, Barbara Jane
Tate, Connie
Tate, Delana J.
Tate, Devin Lynn
Tate, Ernestine Warren
Tate, Ethel G.
Tate, Ethel Glenice
Tate, Evelyn
Tate, F.O.
Tate, Floyd
Tate, Imogene Brown
Tate, Judy
Tate, Lynn Rex
Tate, Milford W.

Tate, Phylmer C.
Tate, Prue M.
Tate, Susan R.
Tatom, Susan Jean Colley
Taube, Christine
Taube, Edward
Taube, Herman H.A.
Taube, Jose Jaime
Taube, Ruben Warren
Taube, Toby Austin
Taube, Warren
Tax 2000
Taylor Auto Electric & Magneto
Taylor Iron-Machine Works Inc.
Taylor Mosely Joyner
Taylor Technologies Inc.
Taylor, Artie
Taylor, Artie V.
Taylor, Becky
Taylor, Caroline
Taylor, Connie L.
Taylor, Denise A.
Taylor, Dorothy M.
Taylor, Earl Dean
Taylor, George R.
Taylor, J.M.
Taylor, Jimmie
Taylor, Joe Lynn
Taylor, John S.
Taylor, Joyce D.
Taylor, Kerry
Taylor, Ladye B.
Taylor, Melba
Taylor, Ora
Taylor, Rayford
Taylor, Ruthie Lee
Taylor, Wesley
Taylor, William B.
Taylor, William B., Jr.
Taylor, William E.
Tbey & Associates
TCT Futures LLC
TDS Excavation Services LLC
Teague Chronicle The
Tealium Inc.
Tec Trading Inc.

TEC Well Service Inc
Teccor Electronics
Technical Diagnostic Services Inc.
Technology & Management Services Inc.
Technology Lubricants Corp.
Techsnabe Xport (Tenex)
Techstar Inc.
Techway Services Inc.
TEI Struthers Wells
TEI-Struthers Wells
Tejada, Michael
Tejas Mobile Air
Tektronix Inc.
Teledyne Analytical Instruments
Teledyne Continental Motors, Aircraft
    Products Division
Teledyne Geotech
Teledyne Instruments - Test Services
Teledyne Instruments Inc.
Telus International (US) Corp.
Telvent DTN Corp. Office
Temperature Measurement Systems
Templeton Electrical Air Conditioning &
    Refrigeration
Templeton, Tamara
Tenam Corp.
Tenaska Inc.
Tenneco Chemical Co.
Tenneco Oil Co.
Tenneco Polymers Inc.
Tennessee Gas Pipeline Co.
Terhune, Carl
Terix Computer Service
Terminix
Terminix Processing Center
Terrell, Daphne Williams
Terrell, R.L.
Terry, Charles
Terry, Earline
Terry, Mark
Terry, Michael G.
Terry, Nona Grace
Tesoro Corp.
Testex Inc.
Tex Tin Corp.
Texaco Inc.

Texas A&M Engineering Experiment
Texas A&M University System, The
Texas Alkyls Inc.
Texas American Petrochemicals Inc.
Texas Association of Appraisal Districts
Texas Barcode Systems Inc.
Texas Bay Plantation House LP
Texas Bearing Co. Inc.
Texas City Refining
Texas City, City of (TX)
Texas Communications
Texas Country Music Hall of Fame
Texas Department of Aging & Disability
    Services, State of
Texas Department of Agriculture
Texas Department of Corrections, State of
Texas Department of Motor Vehicles
Texas Department of Public Safety
Texas Department of Transportation
Texas Document Solutions
Texas Eco Services Inc.
Texas Electricity Ratings
Texas Energy Report
Texas Excavation Safety System Inc.
Texas Gas Service Co.
Texas Hide & Metal Co.
Texas Inter-Faith Housing Corp
Texas Lyceumm Association Inc., The
Texas M&M Acquisitions LLC
Texas Mill Supply Inc.
Texas Nameplate Co. Inc.
Texas Natural Resource Conservation
Texas Parks & Wildlife Department
Texas Pointe Royale Apartments
Texas Power Consultants
Texas Public Utility Commission, State of
Texas Quality Products Inc.
Texas Railroad Commission, State of
Texas Railway Car Corp.
Texas Refinery Corp
Texas Retail Energy LLC
Texas Scottish Rite Hospital
Texas Scottish Rite Hospital for Crippled
    Children
Texas Secretary of State
Texas Solvents & Chemicals Co.

Texas Southwest Gas LLC
Texas Star Cafe & Catering
Texas Steel & Wire Corp.
Texas Texture Paint
Texas Texture Paint Co.
Texas Utilities Generating Co. (TUGCO)
Texas Utilities Services Inc.
Texas Wildlife Damage Management Fund
Texas Wildlife Services
Texen Power Co. LLC
Tex-La Electric Coop. of Texas Inc.
TFS Energy Solutions LLC
Thacker, Georgia Jean
Tharp, Sharon S.
Theobald Software Gmbh
Thermal Specialties Technology Inc.
Thermo Eberline LLC
Thermo Electron North America
Thermo Electron North America LLC
Thinkhaus Creative
Thomas & Betts Corp.
Thomas Engineering Inc.
Thomas Jacobsen
Thomas R. Adams Family LP
Thomas Williams
Thomas, Anthony G.
Thomas, Beth Waits
Thomas, Carilione
Thomas, Colleen
Thomas, Ellen
Thomas, Evie Inez
Thomas, Gine
Thomas, Helen
Thomas, Houston
Thomas, James C.
Thomas, Jimmy D.
Thomas, Joe Keith
Thomas, Kathryn C.
Thomas, Keith A.
Thomas, Larry C.
Thomas, Oliver D.
Thomas, Peter
Thomas, Richard
Thomas, Ronnie
Thomas, Rosie Lee
Thomas, Shirley

Thomas, Susie Monaghan
Thomas, Wilma K.
Thompson Can Co.
Thompson, Alice P.
Thompson, B.
Thompson, Bernice
Thompson, Betty J.
Thompson, Bill
Thompson, Charlie
Thompson, Christopher D.
Thompson, Curtis
Thompson, David K.
Thompson, David Ray
Thompson, Donald K.
Thompson, Flora
Thompson, H.J., Jr.
Thompson, Henry A., Jr.
Thompson, Jake
Thompson, James Trivett
Thompson, Jeffry
Thompson, Jerry V.
Thompson, Joe R.
Thompson, Jonathan Scott
Thompson, Joseph Leon
Thompson, Laverne B.
Thompson, Lorraine
Thompson, Mabel
Thompson, Mary M.
Thompson, Molly
Thompson, Patsy
Thompson, Perry
Thompson, Shelia Bransford
Thompson, Tommy
Thompson, Von
Thompson-Hayward Chemical Co.
Thompsonmatsen & Associates Inc.
Thompson-Vogele, James
Thompson-Vogele, Karlla
Thomson Reuter Contract Administration
Thornberry, Frederick
Thorne, Janice
Thornhill Catering
Thornton, Angela H.
Thornton, Brady Lee
Thornton, Jeri
Thornton, Nelda Jean

Thornton, Oscar Stanley
Thornton, Peggy Gunter
Thornton, Sandra
Thornton, Sherry Ann
Thornton, Steven F.
Thornton, Terry Jan
Thornton, Theresa Nan
THP PM Group LLC
Three Pillar Consulting
Three Sixty Events 1
Throckmorton, Verlie
Thunderbird Oil & Gas LLC
Thurman, Georgia Beal (Deceased)
Thurman, Isaac
Thurman, Queena Ray
Thuron
Thuron Industries Inc.
Thyrotek Corp.
ThyssenKrupp Robins Inc.
TIC - The Industrial Co.
Tidy Aire Inc.
Tillison, Jo Ann Brooks
Tillison, Sammy
Tillman, Curtis C.
Tillman, Edward
Tillman, Mollye
Timber Ridge Apartments
Timber Ridge Housing II Ltd.
Timber Ridge Housing Ltd.
Timber Run LP
Timberline Forest Apartments
Time Traders Inc.
Time Warner Cable Business Class
Timken Co., The
Tinkham, Peter
Tioga Pipe Supply Co. Inc.
Tippit, Harvey C.
Tippit, Sharon Sue
Tipps, Draper
Tipps, Lestene
Tipps, Mack D.
Tipton, Randy M.
Tischler Kocurek
Titan Operating LLC
Titan Resources LLC
Titus County General Accounting (TX)

Titus County Hospital District
Titus, Aaron
Titus, Bernice
Titus, Billy
Titus, Charlie
Titus, Emerson
Titus, Ena M. (Deceased)
Titus, Fynas W.
Titus, Jimmy D.
Titus, Leila M.
Titus, Phylemon
Titus, Rosell
Titus, Tom
TJM Institutional Services LLC
TLG Services Inc.
TLO
TMS Delivery Inc.
Todd Shipyard Corp.
Todd, Bobbie H.
Todd, Joe Orville
Todd, Orville
Todd, Richard A.
Todd, Virginia
Todd, Walter
Tom Narum Construction
Tom Scott Farm
Tom Scott Lumber Yard Inc.
Tomerlin, Jean Adams
Tommy Williams Welding
Tommy, Strong
Tompkins, Annie L.
Tompkins, Gayle Ann
Tompkins, J.O.
Tompkins, Joe I.
Tompkins, Lennie Bell
Tompkins, Roberta
Toners, Truty
Tony Jones Inc.
Tood, Gerald
Toomey, Marilyn Hill
Toomey, Marilyn Sue
Toon, Delores
Toon, William Michael
Toothman, Marilyn Reed
Top Golf USA
Toronto-Dominion Bank

Torres, Geraldine Thomas
Total Lubrication Management
Total Petroleum
Tower Oil & Technology Co.
Towne Oaks Apartments LP
Towns, Geneva Caskey
Towns, Russell Allen
Townsend, A.L.
Townsend, Darlene
TPG Global LLC
Tradespark LP
Trailmaster Tanks Inc.
Trails at Rock Creek
Trails Rock Creek Holdings LP
Transbas Inc.
Transcanada Energy Ltd.
Transco Exploration Co.
Transcold Express
Transcontinental Gas Pipe Line Corp.
Trans-Expedite Inc.
Transnexus Inc.
Transportation Technology Center Inc.
Transwestern Pipeline Co.
Trantham, Jack
Travers, Mary Harris
Travis Crim LLC
Traylor, Mary
Traylor, Thomas
TRCA
Treasure, Peggy Ann
Trejo, Donna F.
Trejo, Miguel A.
Trench Ltd.
Trent, Susan Louise
Tri Century Management Solutions Inc.
Tri Tool Inc.
Triana, Willie Jean
Triangle Wire & Cable Inc.
Trident Response Group LLC
Tri-Lam Roofing & Waterproofing
Trimac Bulk Transportation Inc.
Trimac Transportation
Trimble, Barry
Trimble, Roxanne
Trimble, Wilmer Forrest, Jr.
Trinity Development Joint Venture

Trinity East Energy LLC
Trinity Rail Components
Triple 5 Industries
Triple D Pump Co. Inc.
Triple P Lawn Service
Tristar Producer Services of Texas LP
Tristem
Tri-Water Supply Corp.
TRK Engineering Services Inc.
Trojacek, Darrell W.
Trojacek, Frances
Trojacek, Staci L.
Truck Harbor Inc.
Truck Stops of America
Truck/Trailer Equipment
Truett Laboratories
Truett, Bayne
Truett, Larry
Truett, Peggy
Truett, Vivian
Trumbull Asphalt
Trunkline Gas Co.
TRW Inc.
TRW Mission Manufacturing Co.
TTCI
TU Electric Emergency Number
Tuben Wind LLC
Tuel, Linda L. Lambert
Tulloh, Brian
Tuneup Masters
Turner, A.L.
Turner, Daniel
Turner, Dean W. as Trustee
Turner, Donetta
Turner, Doreen
Turner, Frances J.
Turner, Gary L.
Turner, Georgia
Turner, John Judson
Turner, Madonna Rives
Turner, Margaret Susan
Turner, Peggy J. Bolton
Turner, Raymond W.
Turner, Richard Leonard
Turner, Robert L.
Turner, Sylvia A.

Turner, Thomas R., MD
Turner, Virginia
Turner, Virginia M.
Turner, William E.
Turney, Sharon
Turnipseed, Dale
Turnipseed, Jerry
Turnipseed, Ray
Turns, Dianne
Turns, Ingrid C.
Turpin, Robert L.
Tuthill, Frederick J.
Tuthill, John R.
Tuthill, Margene
Tuttle, Ann M.
Tuttle, Ann Martin
Tuttle, Bobby
TVS Filters
Twin City Iron & Metal Co. Inc.
Twin City Transmission
TWR Lighting Inc.
TX Brook Apartments LP
TX Kirnwood Apartments LP
TX Life Insurance Co.
TX Melody Apartments LP
TXP Holdings LLC
Tyco Fire Products
Tyco Valves & Controls
Tyler Bank & Trust
Tyler, Jimmy L.
Type K Damper Drives
U.S. Underwater Services Inc.
UC Service Corp.
UL Workplace Health & Safety
Umphress, Cecil
Underwood, Max B.
Unholtz-Dickie Corp.
Unibus Division of Powell Delta
Unified Logic Inc.
Unifirst Holdings LLP
Unilock
Unimark LLC
Unimeasure Inc.
Union Electric Co.
Union Tank Car Co.
Unisys Corp.

Unitank Terminal Services
United Auto Disposal
United Dynamics AT Corp.
United Energy Trading LLC
United Express
United Galvanizing Inc.
United Gas Pipeline Co.
United Inns
United Metal Recyclers
United Parcel Service Inc.
United Servo Hydraulics Inc.
United States Brass Corp.
United States Plastic Corp.
United Texas Transmission Co.
United Van Lines LLC
Unitek Environmental Services Inc.
Unity Search LLP
Univar
Universal Blueprint Paper Co.
Universal Manufacturing Co.
University of Tennessee, The
University of Texas System
Unverzagt, Andrew
Upham Oil & Gas Co.
Upjohn Co.
Urban Environments LLC
Urban Jungle
US Air Force
US Army Corp. of Engineers
US Bank Global Trust Services
US Bank Rail Car
US Brass
US Coast Guard
US Corps of Engineers
US Department of Justice
US Department of The Army
US Department of Transportation
US Drug Enforcement Administration
US Drug Enforcement Agency
US Envelope
US Industrial Chemical Co.
US Industries (Axelson)
US Internal Revenue Service
US Postal Service
US Silica Co.
US Underwater Services LLC

USAF
Utegration
Utex Industries Inc.
Utilicast LLC
Utilities Analyses LLC
Utilityhelper.com LLC
Utley, O.B., Jr.
V247 QSE Corp.
Vac-Hyd Processing Corp.
Vacker, Panda Lynn Turner
Vadner, Brenda S.
Val Cap Marine Services
Valence Electron LLC
Valence Operating Co.
Valiant Media Inc.
Validyne Engineering
Valley Faucet Co.
Valley Solvent Co.
Valley Steel Products
Valspar Corp., The
Valve Technologies Inc.
Van Buskirk, Gaylor
Van Buskirk, Ronald
Van Der Horst Corp. of America
Van Der Horst USA. Corp.
Van Waters & Rogers Inc.
Vandecarr, George
Vandecarr, Lois
Vanderwater, Wendy Helen
Vanguard Solutions Inc.
Vanguard Vacuum Trucks
Vanhorn, Susan H.
Vansickle, Dorothy
Vansickle, Emilee
Vansickle, O.B., "Oscar"
Vantage Energy LLC
Vantage Fort Worth Energy LLC
Varco
Varel Manufacturing Co.
Vargas Energy Ltd.
Vario, Mary Lynn
Varnado, O.A.
Varo Semiconductor Inc.
Varx Inc.
Vaseleck, Brian
Vaseleck, Sabrina

Vasquez, David
Vaughan Mobile Fleet Services a Division
    of Vaughn Equipment Sales & Rentals
    Inc.
Vaughn, Adelaide
Vaughn, Charlie L.
Vaughn, Retha Jean
Veasey, Vinton Vannoy
Veer Advisors LLC
Velarde, Nita Greer
Velocity Group LLC
Veloz, Guy J.
Velsicol Chemical Corp.
Velvin Oil Co. Inc.
Vendere Partners Ltd.
Veolia Environmental Services
Verado Energy Inc.
Veranda @ Twin Oaks Apartment Homes,
    The
Verbal Communications Inc.
Verdi Enterprises LLC
Verifications Inc.
Veritext
Verizon
Verizon Business
Verizon Southwest
Vesta Capital Partners LP
Vestalia LLC
Veteran Energy LLC
Veterans Land Board
VHSC Cement LLC
Vickers, Mary E.
Vicksburg Refinery
Victor Cornelius Inc.
Victor Equipment Co.
Victoria Mechanical Services Inc.
Vieira, Alice
Villa Del Rio Ltd.
Village Key Apartments
Village of Hawks Creek Apartments
Village of Johnson Creek Apartments
Villas of Oak Hill
Villas of Redmond Apartments
Villas on Callaway Creek
Villegas, Agustina
Villegas, Feliciano

Vinson Process Controls
Vinson Process Controls Co. LP
Vinton, Gary D.
Virginia Power Energy Marketing Inc.
Virtue Inc.
Visage Energy Corp.
Vise, Bill
Vise, Ora Lee
Viser, W.B. as Trustee
Vishay BLH
Vision & Healing Ministries
Vista Com
Vitrano, Jane Meeks
Vogelsang, William
VoiceLog
Voith Turbo Inc.
Volante Mobile Inc.
Volcik, Douglas Alan
Volian Enterprises Inc.
Volterra Energy LLC
Volvo Rents 139
Von Gardner, Larry
Vopak North America Inc.
Vorwerk, D.W.
Vought Corp.
Vox Mobile LLC
Voyten Electric & Electronics Inc.
Vu, Xuan
VWR International LLC
W.C. Supply Co. Inc.
W.J. Barney & Connecticut Insurance
    Guarantee Association
W.R. Grace & Co.
W.R. Grace & Co. Conn.
W.R. Grace Co.
W.S. Red Hancock Inc.
W.W. Grainger Inc.
Wack, Gloria
Waco Carbonic Co Leasing
Waco Carbonic Co. Inc.
Wade, Freddy
Wade, Minnie Lee
Wade, Vickey
Wadley Institute of Molecular Medicine
Waffle House
Waggoner, Garry

Wagner, Galen F.
Wahle, Sheryl Lynn
Waid, Barbara Ann
Waits, Elroy
Waits, Mary Dean
Waits, Roy Lee
Waits, T.B.
Waits, Tommy Joe
Wakefield Associates
Walden Energy LLC
Waldrop, A.H.
Waldrop, Dorothy
Waldrop, Dwayne
Waldrop, John Ivan
Waldrop, Kenny
Waldrop, Paula Ann
Waldrop, Steven Carl
Waldrop, William D.
Walker, Arlena Chancellor
Walker, Betty Jean
Walker, Buster
Walker, Camella
Walker, Daisy Mae
Walker, Jack D.
Walker, James J.
Walker, Jeffrey
Walker, Jettie James
Walker, Linda
Walker, Pat
Walker, Patsy Ruth
Walker, Roger
Wall, Candace Elizabeth
Wallace, Billy Wayne
Wallace, Carl P., Jr.
Wallace, Dale M.
Wallace, David B.
Wallace, Frankie Lee
Wallace, Helen Louise
Wallace, Lloyd E.
Wallace, Louise
Wallace, Lowry A.
Wallace, Mary D.
Wallace, Oddie
Wallace, Opaline
Wallace, Paul A.
Wallace, Percy Everett

Wallace, Ruth
Wallace, William Edward
Wallace, William W.
Waller, Annie I.
Waller, Carnell
Waller, Frankie Syble
Waller, H.A.
Waller, Laverne
Waller, Mary Frances
Waller, W.D.
Walling, Dale
Wallis, Virginia Ruth
Walls, Audrey
Walls, Holmes
Wal-Mart Store #371
Walnut Creek Mining Co.
Walsh Timber Co.
Walter, Jo Ann
Walters, F.
Walters, Jo Ann
Walters, Patsy Gillispie
Walthall, George Bruce
Walthall, George E. "Cotton"
Walthall, Harold Michael
Walther, Jill Harrell
Walther, Melvin
Walton, J.L. Cato
Walton, Kathryn
Walton, Royce
Ward Timber Holdings
Ward, Annie Florence
Ward, Lorna K.
Ward, Michael H.
Ward, W.R., Jr.
Ward, William H.
Warfab Field Machining & Erection Corp.
Warner, Jill
Warren, C.W.
Warren, Evelyn D.
Warren, Marilyn K.
Warren, Marilyn Katherine
Warrick, David
Warrick, J.D.
Warrick, Kathy
Warrick, Larry
Warrick, Paul

Warrington Homes LLC
Warsham, John C.
Wasatch Energy LLC
Washington, Mildred
Washington, Patricia Shears
Washington, Valrie
Wasilewski, Susan E.
Waste Management National Services Inc.
Waste Management of Fort Worth
Waste Oil Collectors Inc.
Waste Water Solutions
Wastewater Solutions
Water & Process Technologies
Watkins, Ruth
Waton, Alma L.J.
Watsco Sales & Service
Watson, Allene C.
Watson, Bradley
Watson, Clifford
Watson, David H.
Watson, Edward L.
Watson, Jason
Watson, Jeffery Raymond
Watson, John Alix, Jr.
Watson, John McClain, Dr.
Watson, Kenneth Alan
Watson, L.A.
Watson, Larry Donnall
Watson, Linda K.
Watson, Lois Wright
Watson, Mammie R.
Watson, Mariwynn Alford
Watson, Rex D.
Watson, Sidney
Watson, William H., Jr.
Watts Marketing & Management Services
    Inc.
Watts, Merry
Watts, Vanessa Marie
Watts,Virginia
Waugh, Mallory
Waveland Wastewater Management District
Wayne Bradley Trust
WC Supply Co. Inc.
WCR Inc.
Weatherford Aerospace Inc.

Weatherford US Inc.
Weatherford US LP
Weatherford, Bobby
Weatherford, Sabrena Sue
Weatherford, Sabrina
Weathersbee, Barbara J.
Weaver, Adele
Weaver, Agnes Langley
Weaver, Betty
Weaver, Bill
Weaver, Bonnie Mae
Weaver, Carl E.
Weaver, Elaine
Weaver, Ellen T.
Weaver, Hershel
Weaver, Inez
Weaver, Inez Porter
Weaver, Inos
Weaver, J.R.
Weaver, Jaye
Weaver, Jim William, Jr.
Weaver, Larry A.
Weaver, Louis
Weaver, Minnie Bell
Weaver, Phillip
Weaver, Ronald Wayne
Webb, Affie
Webb, Sandra Lefan
Weben Industries Inc.
Webprop LLC
Websense Inc.
WebSitePulse
Webster, Bill
Webster, Cathy
Webster, City of (TX)
Webster, Daniel
Webster, Daniel Morris
Webster, William Billy
Webster, William W.
Webtrends Inc.
Wedgeworth, Gary
Weeks, Edward, Dr.
Weeks, Etta Todd
Weeks, Sharon Brogoitti
Weems, Carolyn
Wegher, Joyce Craig

Weiland, Chester C.
Weingarten Weather Consulting
Weingarten, Andy
Weir Power & Industrial
Weiser, Jeffrey M.
Welch, Barbara S.
Welch, Henry D.
Welch, James Millard, Jr.
Welch, Kathy Anne Kyle
Welch, Lucille Holcomb
Welch, Mark
Welch, Mary Deirdre
Weldon, Dorothy Marie
Weldon, Jack
Weldstar Co.
Wells Fargo Bank Northwest NA
Wells Fargo Commodities LLC
Wells Fargo Equipment Finance Inc.
Wells Fargo Rail Car
Wells, Brien Water
Wells, James
Wells, Maudie Larue
Well-Vac
Wendy Krispin Caterer Inc.
Wenning, Brian
Wesco Aircraft Electronic Products Group
Wesley, Warren
West A Thomson Reuters Business
West Tennessee Communications
West Tex Groundwater District
West, Jerry A.
West, Jewell Crowder
Westar Energy Inc.
West-Armbruster, Jamie
West-Armbruster, Katheleen
Westerheide, Jeffery
Western Chemical International
Western Electric Co. Inc.
Western Fuels Association
Western Gas Resources Inc.
Western Geophysical Co.
Western Marketing Inc.
Western Production Co.
Western Specialty Coatings Co.
Western Systems Power Pool (WSPP Inc.)
Western Union Corp.

Westgate Complex LLC
Westgate Park Apartments
Westinghouse Electric Co. - NS Field
    Services
Westinghouse Motor Co.
Westland Oil
Westmoreland, Carmela A.
Westmoreland, Ilene G.
Westmoreland, Joe K.
Westmoreland, Larry D.
Westmoreland, Merle
Weston Solutions Inc.
Westphal, Susie J.
Westphal, Susie Jane
Westvaco
Westwood Residential
Weyerhaeuser NR Co.
Whatley, Dorothy Pearson
Wheeler, Billy G.
Wheeler, Claudia B.
Wheeler, Elizabeth L.
Whipple, John
Whisnant, Catherine
Whispering Pines Apartments LLC
Whitaker, Archie Mae
Whitaker, Mary Jane
Whitaker, William
Whitaker, William H.
White Chemical International
White Septic Tank Co.
White, Barbara Ann
White, Bruce
White, C.C.
White, Charles Steven
White, Cherice
White, Chris
White, Constance Marie
White, Debra D.
White, Donald M.
White, Dorothy W.
White, Elvia N.
White, Evelyn Irene
White, Freddie
White, Irene
White, Joy
White, Joy Fenton

White, Joy Fenton
White, Kenneth
White, Kevin L.
White, Kirk
White, Mardel Morris
White, Mary
White, Rhonda
White, Richard
White, Robert, Jr.,
White, Savanah
White, Thermon
Whitehead, Clifton
Whitehead, Clifton Rayford
Whitehead, Donald R.
Whitehead, Tossie McGuyer
Whitehurst, Margery
Whiteside, Diane Morris
Whitfield, Mae Frances Hughes
Whiting Services Inc.
Whitney Smith Co.
Whitrock, Leah K.
Whitt, Lloyd
Whitten, Donald
Whitten, Linda
Whitwell, Carolyn W.
Wicker, Linda Kay
Wigginton, E. Maxine
Wiggs, Brett
Wight, David
Wilbanks, Barbara
Wilber, Bonnie
Wilburn, Watson
Wilder, C.
Wilder, Donna
Wilder, J.W.
Wilder, Jay
Wildwood Branch
Wildwood Branch Townhomes LP
Wiley Sanders Tank Lines Inc.
Wilganowski, Larry
Wilhite,  Lillian
Wilhite, George
Wilhite, Jan
Wilhite, Lillian
Wilhite, Mike
Wilhite, Perry M.

Wilkerson, Inez
Wilkerson, Pamela
Wilkerson, Sally
Wilkerson, Thomas L.
Wilkerson, Walter
Wilkinson, Correatta
Wilkinson, Dorothy C.
Wilkinson, Gordon
Wilks, Douglas
Wilks, Ellen
Wilks, Ellen Hall
Wilks, Louella
Wilksco, Louella Alford
Willard, Billy Neal
Willard, Finis
Willard, Herman
Willard, Joe
Willard, Leslie D.
Willard, Tommie
Willard, Vernon
William B. Taylor Family Trust
William B. Taylor Marital Trust
William Oncken Corp., The
Williams Janitorial
Williams Power Co. Inc.
Williams Products Inc.
Williams, A.C.
Williams, Ada
Williams, Amy Mamzic
Williams, Archie Darrell
Williams, Barbara
Williams, Betty Marie
Williams, Bob
Williams, Brenda
Williams, Bronice Barron
Williams, Bruce
Williams, Bruce
Williams, Carolyn Reed
Williams, Cecil
Williams, Christina Ann
Williams, Claudia
Williams, Clifford A.
Williams, Clovis
Williams, Cora Bell
Williams, D.J.
Williams, Daniel C.

Williams, Daniel Lynn
Williams, Daphene
Williams, Darlene F.
Williams, David Lee
Williams, Donald Laverne
Williams, Donna
Williams, Douglas
Williams, Douglas, Jr.
Williams, Edward
Williams, Elizabeth V.
Williams, Emma Jane
Williams, Emma Nell
Williams, Glenn
Williams, Graylon
Williams, Gregory
Williams, Helen
Williams, Jack P.
Williams, Jack Wayne
Williams, Jacqueline K.
Williams, James
Williams, James E.
Williams, Jeffrey Alan
Williams, John
Williams, John E.
Williams, Judy Haden
Williams, Justin
Williams, Keith R.
Williams, Leslie Jo Newman
Williams, Lois P.
Williams, Lyndon Albert
Williams, M.L.
Williams, Marie
Williams, Michael
Williams, Myra
Williams, Opal G.
Williams, Patricia Slominski
Williams, Paula
Williams, Paula G.
Williams, Ralph
Williams, Rebecca
Williams, Reetus
Williams, Ronnie
Williams, Ruby Jean
Williams, Sam
Williams, Steve
Williams, Steven Mark

Williams, Sue
Williams, Thomas Hiram
Williams, Tommy Gene
Williams, Tommy Joe
Williams, Troy
Williams, Troy Ray
Williams, Wendell Woodrow
Williams, Wesley
Williams, Willie B.
Williams, Wyndle A.
Williamson, Billie
Williamson, Charles M.
Williamson, John M.
Williamson, Margaret J. Bolton
Willingham, Delilah
Willis, Cathy A.
Willis, Nolan B.
Willmer, George D.
Willowdale Services
Wilmoth, Terri Roy
Wil-Ron Manufacturing Corp.
Wilson Co.
Wilson Engraving Co. Inc.
Wilson, Algon
Wilson, Earl, Sr.
Wilson, Elba
Wilson, Grail Currey
Wilson, Hiram
Wilson, Irene
Wilson, Jack
Wilson, Jeff
Wilson, Joe W.
Wilson, John F.
Wilson, Judy Y.
Wilson, Marie Arterburn
Wilson, Patricia A.
Wilson, R.W.
Wilson, Rena Beth Shields
Wilson, Richard
Wilson, Tommy
Wilson, Vicki Hoskins
Wilson, Vicki L.
Wilson, Virginia Parish
Wimberley, Charles E.
Wimberly, Sandra Sue
Winchester Industries Inc.

Windle, Donna Sue Morton
Windle, Ida Fay
Windle, Parker
Windsor Plantation LP
Windsor, Paul
Wingfield, Dorothy J.
Wingtip LLC
Winniford, Gloria
Winniford, M.D.
Winonics Inc.
Winsatt, Paula L.
Winston Capital Corp.
Winston Refining
Winston, Lisa
Wisconsin Electric Power Co.
Wise, Edith
Wise, T.W.
Wise, Versie
Wistrand, Richard
Witcher, Bobbie (Deceased)
Witco Chemical Co.
Witco Corp.
Witt O'Brien's
Witt, Billy H.
Wix, Johnny J.
Wiznucleus Inc.
WJ CPR & First Aid
Wofford, Loyd Don
Wolf Creek Nuclear Operating
Wolf Point Engineers, a Division of North
    Alabama Fabricating Co. Inc.
Wolf, Peggy Aileen
Wolfgang, Jams
Wolfram Research
Wollitz, Charles
Womble Co. Inc.
Wonderware
Wood Family Trust
Wood Group Power Plant Services Inc.
Wood Group Power Solutions Inc.
Wood, Al
Wood, Andrea L.
Wood, Bernice
Wood, Bobby C.
Wood, C.B.
Wood, Dora Lee

Wood, Krystal
Wood, Mark
Wood, Mary S.
Wood, Mattie Louise
Wood, Mike
Wood, Pam
Wood, Patsy
Wood, William Franklin
Wood-Al Holdings Joint Ventures
Woodall, Donald
Woodall, Louie V.
Woodall, Marolyn C.
Woodedge
Woodland Ridge
Woods, Arlyn
Woods, Cerestra
Woods, Charles Steven
Woods, Emma Lou
Woods, Genelle McKay
Woods, James Drew
Woods, Sonja Richardson
Woods, Thomas Hill
Woodson Lumber
Woodson Lumber Co. of Lexington
Woodward, Brenda
Woodwind Apartments
Woolley Tool Co.
Worden Safety Products LLC
Worden, Charis Martin
Workplace Solutions
Worley Parsons Group Inc.
Worley, Martha Kate
Worley, Martha M.
Worsham, Bobbie Miller
Worsham, Joe A.
Worsham, John C.
Worsham, Ola
Worthington Point
Worthington, The
Wray Ford
Wren Oilfield Services Inc.
WRH Realty Services Inc.
WRH Sage Pointe Ltd.
Wriggle, Curtis Wayne
Wrigh, Shelli
Wright Chemical Corp.

Wright, Adriene J.
Wright, Andrew
Wright, Angie Neill Moore
Wright, Beatrice
Wright, Billy Ray, Deceased
Wright, Brett
Wright, C.J.
Wright, Cleo M
Wright, Deloras Ann Sanders
Wright, Donna
Wright, Dorothy
Wright, Earnest
Wright, Eddie
Wright, Edward W.
Wright, Edward Wayne
Wright, Elizabeth Clemmons
Wright, Harlee D.
Wright, J.D.
Wright, James
Wright, John
Wright, Joyce
Wright, L.D., Jr.
Wright, L.J.
Wright, Mary
Wright, Michele Woods
Wright, Patricia
Wright, Rhuby
Wright, Roscoe
Wright, Sandra Richardson
Wright, Sharon Sue
Wright, Shirley
Wright, Vonda Lou
Wright, Wanda D.
Wright, Wanda Darlene
Wrigley, Daniel
Wrigley, Rachel
Wrotenbery, Martha Lunsford
W-S Industrial Services Inc.
WSI
WTG Fuels Inc.
Wyatt Industries
Wyatt, Euell E.
Wyatt, Frederica H.
Wyatt, Gloria Jo
Wyatt, Grace Baw
Wyatt, H.A.

Wyatt, Hugh A., Jr.
Wyatt, Larry
Wyatt, Larry Eugene
Wyatt, Margie
Wyatt, Marie Brevard
Wyatt, Melody May
Wyatt, Sammy B.
Wyatt, W.C.
Wyche, Mary Lois
Wylie, Carl L.
Wylie, Denver Louise
Wylie, James E.
Wylie, Wilma Lee
Wynn, Martha Brooks
Wynn, Martha Joyce Brooks
Wynn, Sandra B.
Wynne, Mae Brown
Xcel Energy
Xerox Corp.
XH LLC
XL Oil & Chemical Inc.
XL Specialty Insurance Co.
Xojet On
Xtra 21 Express Trucking
Yaka Energy LLC
Yandle, C.P.
Yandle, Charley
Yandle, Frankie
Yandle, Frankie Dunklin
Yandle, Wayne
Yankelovich Partners Inc.
Yarborough, James L., Jr.
Yarborough, N. Patricia, Dr.
Yarbrough, James
Yarbrough, Kaycee
Yates Constructors LLC
Yellow Freight Lines
Yellowfin Energy Consulting LLC
YMCA Turkey Trot
Yohn, Steve K.
York, a Johnson Controls Co.
York, Chat
York, Lester

Young County Butane Co.
Young, Alan G.
Young, G. B.
Young, Jewell Pauline
Young, Jim T.
Young, Kelley McKinney
Young, Laurissa
Young, Michael G.
Young, Terri Laird
Young, Wanda Jo
Young, Willie Mae
Youngblood, Bob
Youngblood, James
Youngblood, Jane
Youngblood, Robert A.
Youngs Tank Inc.
Youth Athletic Basketball Assoc of Glen
    Rose
YRC Inc.
Z Firm, The
Zachry, Rick
Zafar, Kay-Khosro
Zager, Mary Ann
Zainfeld, Stanley
Zamorsky, Willie S.
Zan, Albin
Zapata Gulf Marine
Zee Medical Service Co
Zemanek, Victor
Zeneca Inc.
Zigel, Lois S.
Zimmer Inc.
Zimmerman, Herbert G.
Zimmite Corp.
Ziola, Judy E. Coursey
Zoecon Corp.
Zoho Corp.
Zones Inc.
Zuchowski, C.B.
Zureich, Herbert
Zurn Pex Inc.
Zweiacker, Paul

# SCHEDULE 1(r)

## Parties Listed in Statements of Financial Affairs

2603 Augusta Investors
Aca Inc.
Accessdata Group LLC
Acclaim Energy Ltd.
Acme Boiler Co.
Adelstein, Mark
Adobe Systems Inc.
Advanced Analytical Laboratories LLC
Advanced Discovery
Aegis Communications Group Inc.
AEP-Texas Central Co.
AEP-Texas North Co.
Aero-Metric Inc.
AES Alamitos LLC
Affiliated Electric Group LLC
Afton Chemical Corp.
Air & Gas Systems Inc.
Air Liquide America Specialty
Airgas Safety Inc.
Airgas Southwest Inc.
Airgas Specialty Products Inc.
Aker Solutions Americas Inc.
Alberici Constructors Inc.
All In One Printing LLC
Allconnect Inc.
Allen-Brady Co.
All-State Industries Inc.
Alon USA
Alpha Industrial Supply
American Golf Cars
Americom Telecommunications Inc.
Ametek Canada Inc.
Anderson Fertilizer & Milling Co.
Anderson, Craig
Andxco LLC
Angelina & Nacogdoches Water Control &
    Improvement District #1
Angus Systems Group Inc.
Anodamine Inc.
Anvil International
Apex Titan Inc.

AR/WS Texas GP LLC
Argo Turboserve Corp.
Argus Media Inc.
Aristotle International Inc.
Arrow Tech
Artografx Inc.
Ascend Performance Materials LLC
Aspen Power LLC
Association of Edison Illuminating Cos.
Association of National Advertisers
Astech Inc.
Atlas Copco Comptec LLC
Automotive Rentals Inc.
B&L Portable Toilets
B. J. Glass Co.
Badger Daylighting Corp.
Bailey, Kathey
Barco Pump
Bartlett Nuclear Inc.
Basic-PSA Inc.
Bell Nunnally & Martin LLP
Benitez, Jose F.
Bergen Power Pipe Supports Inc.
Beroset, Michael D., II
BHP Billiton Olympic Dam
Bi Inform Inc.
Big Data Energy Services Inc.
Big Springs Area Community Foundation
    Inc.
Billy Craig Service Station
Bingham McCutchen LLP
Blevins, Michael
B-Line Filter & Supply Inc.
Bloomberg Finance  LP
BNY Mellon Asset Servicing
Bob Lilly Professional Promo
Bobkat Agricultural Services &
    Construction Inc.
Booth, Bruce R.
Borchardt, Richard W.
Bosworth Brokers LLC

Bottom Co. Cleaners The
Bradley Arant Boult Cummings LLP
Bradley, Andrew T.
Bradley, Annice
Brady Media Group LLC
Brady, Hugh L.
Brandpoint
Brandwizard Technologies Inc.
Brook Anco Corp.
Brooks, Barbara
Brown, Walter R.
Browz LLC
Bryan Technical Services Inc.
Bryan, John Gibson
Building Specialties
Byers, Delberta
Byers, Larry
C. P. Ft Worth LP
C.A.R.E. Waxahachie
C.C. Creations Ltd.
Caldwell Machine & Gear Inc.
Camelot Strategic Marketing
Cameron Construction & Equipment
Cameron Measurement Systems Division
Cantu Foods & Supply
Capax Discovery LLC
Capitol City Janitorial Inc.
Cardinal Pumps & Exchangers Inc.
Carl S. Richie Jr. Attorney at Law
Carl White's Autoplex
Caterpillar Inc.
Catholic Charities
Cattron Theimeg Inc.
Cavazos, Eddie
CBC Engineers & Associates Ltd.
CCET
CDW Direct LLC
Center For Resource Solutions
Centerpoint Energy Gas
Central Texas Security & Fire Equipment
Century Link
Century Process Equipment of South Texas
    LLC
CH2M Hill Engineers Inc.
Chargepoint Inc.
Chemsearch

Chemtex Industrial Inc.
Chestnutt, Ivan
Chestnutt, Judith
Christian Community Action of Lewisville
Chromalox
Chwmeg Inc.
Circuit Breaker Sales Co Inc.
Citi Prepaid Services
Clark, Diane Rae
Clear Lake Regional Medical Center
Clyde Union Inc.
Cm Productions Inc.
Coastal Chemical Co. LLC
Cohesive Information Solutions Inc.
Cole Chemical & Distributing Inc.
Communications Supply Corp.
Community Lifeline Center Inc.
Compass Power LLC
Competitrack Inc.
Complete Environmental Products
Compliance & Ethics Learning Solutions
Computershare Trust Company NA
Conklin Group The
Conspec Controls Inc.
Contech Engineered Solutions
Continental Wireless Inc.
Contract Callers Inc.
Contractors Building Supply Co
Contxt Corp.
Cotton, Mary Ann, PhD
Cousins Chipman & Brown LLP
Crmfusion Inc.
Curran International
Custom Hose
Cutsforth Inc.
Dallas Area Rapid Transit
Dallas Fan Fares Inc.
Danaher Industrial Controls
Daryl Flood Logistics,Inc
DAS Inc.
Dauplaise, Catherine E
Davenport, Vida
Davis Instruments
DCP Midstream Marketing, LLC
Dell Software Inc.
Delta Airlines

Democratic Legislative Campaign
    Committee
Denton County (TX)
Digital FX Dallas Inc.
Distributed Energy Financial
Distribution International
DMI Corp.
Dockrey, William D.
Double J Drilling
Doublehill Properties Inc.
DP Engineering Ltd.
Drennen Engineering Inc.
Drives & Control Services Inc.
DST Mailing Services Inc.
Ducky Bobs
Duke Energy Corp.
Dun & Bradstreet Inc.
Duratek Inc.
Dybzinski, Mary
E.D.H. Electric Inc.
Eagle Eye Power Solutions LLC
Earth Networks Inc.
East Hills Instruments Inc.
Eastland Central Appraisal District (TX)
Eastland County (TX)
Easy Recycling & Salvage Inc.
Edwin Cooper Inc.
EFH Retirement Plan Trust
Eggelhof Inc.
Electric Bond & Share Corp.
Electric Reliability Countil of Texas Inc.
Electro-Sensors Inc.
EMC Corp.
EME Homer City Generation LP
Emed Co. Inc.
Emerson Network Power Liebert
Emsco
Emultec Inc.
Energy & Engineering Solutions
Energy Advisory Service LLC
Energy Portfolio Associates LLC
Energy Solutions
Enoserv LLC
Enserch E&C
Enviro Sciences Inc.
Environ International Corp.

EOn New Build & Technology
E-Oscar Web
Eox Holdings LLC
Equipment Depot
Equivalent Data
ESA Consulting Engineers PA
ESG International Inc.
Estate of Billy Richardson, Deceased
Estate of Clyde Littrell, Deceased
Estate of Craig E. Kapp, Deceased
Estate of Darlene J. Figura, Deceased
Estate of Donald Fountain, Deceased
Estate of Jackie Reed, Deceased
Estate of James Preston Hoskins, Deceased
Estate of Janice Philips
Estate of Larry Hedrick, Deceased
Estate of Leonard W. Dybzinski, Deceased
Estate of Marian Hamilton, Deceased
Estate of Robert D. Hoselton, Deceased
Estate of Thomas Shepherd
ETS Inc.
Evalueserve Inc.
Evans, Richard
Evoqua Water Technologies LLC
Experian
Express Cleaning Services Inc.
F.E. Hill Co. LLP
Fabricated Pipe Inc.
Fahy, David William
FCS Construction LLC
Fiduciary Benchmarks Insights
Figura, Thomas C.
Fina, Michael C.
Fitch Ratings Inc.
Fitzpatrick Locomotive Services
Fleet Body Equipment
Flextech Industries Ltd.
Flowserve Corp. - Lynchburg
Flowserve US Inc.
FLSmidth Salt Lake City Inc.
Forney Corp.
Fort Worth Chamber of Commerce
Fort Worth Promotion & Development Fund
Fountain, Louise
Fountain, Marc
Fountain, Myron

Fox Printing LLC
Fox Scientific Inc.
Frank Surveying Co. Inc.
Frederick Cowan & Co. Inc.
Freeman Hughes
Freestone Central Appraisal District
Frisco Project For The Future
Frontline Systems
G2 Electrical Testing
Ga Global Markets LLC
Gabriel/Jordan
Garcia, Lisa
Garcia, Lisa A.
Gartner Inc.
Gas Capital I LLC
GCR Inc.
GE Infrastructure Sensing Inc.
General Atomic Technologies Corp.
General Chemical Performance
Genesys Telecommunications Labs Inc.
Geoscape
Glacken, Pamela Shawn
Glen Rose Auto Parts
Glen Rose Medical Foundation
Global Knowledge Training LLC
Global View Software Inc.
Gnet Group LLC
Goldberg Godles Wiener & Wright LLP
Good Energy
Good Samaritans of Garland
Goodmans LLP
Granbury Air Conditioning & Heating
Graybill, Arlene
Graybill, Dale
Graybill, Delmar
Graybill, Lloyd (Deceased)
Grayson County (TX)
Greater Houston Partnership
Greater Longview United Way
Gregg, Travis O.
Gruber Hurst Johansen Hail
Gtanalysis Inc.
Guardian 801 Country Place LLC
H.K. Ferguson
Halo Branded Solutions
Hamilton, Jasmine

Hamon Research-Cottrell Inc.
Hanes Geo Components
Hawkins Parnell Thackston & Young LLP
Hayes, Lloyd Grant
Hays, Carol
Hays, James L.
Hedrick, Michael
Hedrick, Phyllis
Hefner Roofing LLC
Helmsbriscoe Resource One
Henderson Aggregates LLC
Henek Fluid Purity Systems Inc.
Hennigan Engineering Co Inc.
Henson Sales & Service Inc.
Hernandez, Anthony
Hilti Inc.
HMWK LLC
Holliday Fenoglio Fowler
Honeywell International Inc.
Horizon Technology
Hoselton, Jeffrey L.
Houston Hispanic Chamber of Commerce
Houston Light & Power
Huffman, Dana
Huther & Associates Inc.
IBEW Local 2337
IBEW Local Union No 220
ICF Resources LLC
ICI LP America Inc.
Idea Integration Corp.
Incredible Pizza Management Group LLC
Infogroup
Infosec Institute
Ingram Concrete LLC
Intelometry Inc.
Intercall Inc.
Interface Americas Inc.
International Paint LLC
Ircameras Inc.
Ironhorse Unlimited Inc.
ISI Commercial Refrigeration Inc.
J.D.'S Babbitt Bearings LLC
J.J. Janitorial
Jackson Sjoberg McCarthy & Townsend
    LLP

Jackson, Lisa, as Administrator of the U.S.
    Environmental Protection Agency
James Mintz Group Inc.
Jani-King National Accounts Division
Jay Henges Enterprises Inc.
Jernigan, Travis Eugene
Jeta Corp.
John T Boyd Co.
John Zink Co. LLC
Johnson Equipment Co.
Johnson Matthey LLC
Joseph Oat Corp.
Just Energy Texas I Corp.
K&G Maintenance
Kaufman County Senior Citizens Services
Keep Midland Beautiful
Kelly Hart & Hallman LLP
Kennedy Reporting Service Inc.
Kirk & Blum
Klein, Cari
Kleinfelder
Knife River
Koetter Fire Protection of Austin LLC
Koetter Fire Protection of Longview LLC
Kria Systems Inc./Maptek
Kwikboost
La Vega Independent School District
Lakewood Apartments
Lam Lyn & Philip PC
Lane Valente Industries Inc.
Lange, B. John, III
Language Line Services
LauckGroup, The
Leathers, Catherine Ann
Leica Geosystems Mining
Life Cycle Engineering Inc.
Link Co. The
Liquidity Energy LLC
LIRX
Littrell, Ruby
Litwin
Loggins Culinary
Lone Star Yellow Pages Inc.
Lowry, William
Lubbert, Randall J.
Ludlum Measurements Inc.

Lufkin Armature Works Inc.
Lyon Workspace Products
Malakoff Truck Body Inc.
Margan Inc.
Marking Services Inc.
Marsh USA Inc.
Mastercraft Printed Products
McCarthy, Gina, as Administrator of the
    U.S. Environmental Protection Agency
McRae, John Larry
MECO Inc. Maintenance Engineering
Meeker Marketing LLC
Meggitt Safety Systems Inc.
Mehta Tech Inc.
Meisner, Sally A.
Merrick Group Inc. The
Metro Coffee Grouppe Inc.
Micro Motion Inc.
Microsoft Services
Miller Electric Co.
Mirion Technologies (GDS) Inc.
Mitsubishi Electric Power
Mlink Technologies Inc.
Mobile Mini I Inc.
Monster Worldwide Inc.
More Tech Inc.
Morgan, James O.
Morris Nichols Arsht & Tunnell LLP
Morrison Knudsen Corp.
Morrison Supply Co.
Morrison, Jennifer
Motiva Enterprises LLC
Mphs Inc.
Mti Industrial Sensors
Murray, Glenn
National Conference of State Legislators
National Economic Research Associates
National Energy & Utility Affordability
    Coalition
National Mining Association
National Oilwell
Neighborhood Centers
Netec International Inc.
Neuanalytics
New Age Industries
Newark Inone

Newberry Executive Coaching & Consulting LLC
Newgen Products LLC
Niece Equipment LP
N-Line Traffic Maintenance
Nolan Battery Co., LLC
Nolan County Welfare Association
Noria Corp.
North Dallas Shared Ministries
North Ellis County Outreach
Northeast Texas Opportunity Inc.
Northside Community Center
Novem Inc.
NRG Texas Power LLC
Nuclear Electric Insurance
Nueces County Department of Human Services (TX)
Nye, David T.
Nye, Melinda A.
NYSE Market Inc.
Oil Analysis Lab Inc.
Okey, Akpom
Oklahoma State Treasurer
Oliver Equipment Co
Olson, Haley
Olympic Wear LLC
Omega Project Solutions Inc.
Omni Hotels & Resorts
Onyx Power & Gas Consulting LLC
Open Systems International Inc.
Oppel Tire & Service
Overhead Door Co. of Tyler-Longview
P&H Mining Equipment Inc.
Pace Analytical Services Inc.
Palisade Corp.
Pallas Realty Advisors Inc.
Palmer Johnson Power Systems LLC
Parago Inc.
Parkey, Gary
PCI Promatec
Peak Activities Inc.
PEICO
Peopleclick Inc.
Philadelphia Mixing Solutions
Philips, Craig
Phoenix Safety Management Inc.

Piping Technology & Products Inc.
Pivot Inc.
Plant Automation Services
Platts
Point Multimedia LLC
Post Glover Resistors Inc.
Poston, John W., Sr., PhD
Power Control Systems
Powko Industries LLC
Precise Software Solutions Inc.
Preferred Pump
Prestige Economics LLC
Priefert Ranch Equipment
Primrose Oil Co. Inc.
Princess Three Corp.
Producers Cooperative Association
Progressive Instruments
Progressive Pumps Corp.
Prolexic Technologies Inc.
Prosper Data Technologies LLC
Protec Inc.
PRT Inc.
PSI Group Inc.
Public Affairs Council
Pullift Corp.
Purvis Industries Ltd.
Qualitrol Co. LLC
Qualspec LLC
R Construction Co.
R.A.D. Trucking Ltd.
R.H. Sweeney Associates
R.J.Trading Group Ltd.
R.S. Hughes Co Inc.
R.W. Beck Group Inc.
R.W. Harden & Associates Inc.
Railinc
Rapid Power Management LLC
Ray W. Davis Consulting
Raytheon Engineering & Constructors
Red River Central Appraisal District (TX)
Reed, Jacquelyn
Republican Attorneys General Association
Republican Party of Texas
Republican State Leadership Committee
Results Positive Inc.
Reynolds Co.

Richard Automation Inc.
Richardson, Sandra
Ricks Excavation
Rise School of Dallas, The
Rissing Strategic LLC
Ritz Carlton, The
RMKN Corp.
Robert Half Finance & Accounting
Robert Half Legal
Roberts Hotels Houston LLC
Rockfish
Rolled Alloys Inc.
Romar & Associates
Round Rock Area Serving Center
Roundhouse Electric & Equipment Co.
Royal Oaks Country Club
Royal Purple LLC
RSA Security Inc.
Rsi Industrial LLC
Rusk Appraisal District
Rusk County United Way
Ryan Mackinnon Vasapoli & Berzok LLP
Sabre Industries Tubular Structures
Salerno, David
Salford Systems
Salvation Army Garland
Satori Enterprises LLC
Savage, Robert T., Jr.
Savitz Research Solutions
Schaffer, William J., Jr.
Scheef & Stone LLP
Scheinost, Floyd E.
Schlumberger Canada Ltd.
Schmidt Medical Clinic Pa
Schneider Electric Buildings
Schneider Electric USA Inc.
Scientech
Scrogum, Benjamin
Scurry County Welfare Inc.
Select Medical Corp.
Senior Flexonics Inc. Pathway
Senior Flexonics Pathway Inc.
Serveron Corp.
Servocon Associates Inc.
Serzynski, Julian
Shaver's Crawfish & Catering

Shepherd, Willa Maye
SHI International Corp.
Siemens Demag Delaval
Sign Express
Signwarehouse
Simeio Solutions Inc.
Simpson, Naomi J.
Simpson, William (Deceased)
Small, Allison McCombe
Smartpros Ltd.
SNL Financial LLC
Solarwinds Inc.
Somervell County Hospital
Sopus Products
South Milam County United Way
Southern Apparatus Services Inc.
Southern Co. Services Inc.
Southern Crane & Elevator Service Inc.
Sps Inc.
St Charles Consulting Group
Standard Utility Construction Inc.
Stansell Pest Control Co
Staples Technology Solutions
State Legislative Leaders Foundation
State Street Bank & Trust Co. of
    Connecticut NA
Steve Mahaffey Construction Inc.
Stone, T. Jeff
Stovall, Steve
Strato Inc.
Stroz Friedberg LLC
Sumtotal Systems Inc.
Sun & Sun Industries Inc.
Sunbelt Transformer
Sungard Treasury Systems
Sunrise Senior Living Services Inc.
Sunsource
Superior Service Co.
Swan Analytical Instruments
Sweet Melissa's Liquidation Warehouse Inc.
Swetman Baxter Massenburg LLC
Swingle, Tracy
Sybron Chemicals Inc.
Symantec Corp.
T&V Optimum LLC
TAES LLC

Talenthunter LLC
Talley & Associates
Taxware LLC
Taylor, Victoria
Teledyne Brown Engineering
Telvent DTN  LLC
Templeton Air Conditioning
Tercero, Michelle
Texas 4 H Youth Development Foundation
Texas Chiropractic College
Texas Conservative Coalition
Texas Democratic Party
Texas Eastern Transmission Corp.
Texas FFA Foundation
Texas Neighborhood Services
Texoma Council of Governments
Thermo Gamma Metrics LLC
Thermo Ramsey
Thermon Heat Tracing Services
Thomson Reuters (Markets) LLC
Thorco Holdings LLC
Timberlake & Dickson Inc.
Timsco Texas Industrial
Toledo Automotive
Top Line Rental LLC
Torgerson, Terry
Torres Credit Services Inc.
Transmissions & Distribution Services Inc.
Tri Lam Roofing & Waterproofing
Triangle Engineering Inc.
Trident Steel Corp.
Trinity Parts & Components LLC
Trinity Waste Services
Triple J SA Construction Inc.
Triton Supply Inc.
TSI Inc.
Tuff Ice
TXU Gas Capital I
Tyco Electronics Corp.
Ubm Enterprise Inc.
Ue Systems Inc.
Uline
UniFirst Holdings Inc.
United Controls International
United Cooperative Services
United Engineers & Constructors

United Fund of Somervell County
United States Department of Treasury
United Training Specialists LLC
United Way of Abilene
United Way of Brazos Valley
United Way of Capital Area
United Way of Franklin County TX
United Way of Hood County
Universal Machining
Universal Technologies Inc.
Uplift Education
USPS PERMIT 1906 TXU ENERGY
UT Dallas Accounts Receivable
Utilities Service Alliance Inc.
Valerie & Co.
Van Winkle, Harold
Vanguard Solutions Inc.
Verint Americas Inc.
Vermont Department of Taxes
Victoria's Incredible Pizza Co. Ltd.
Videotex Systems Inc.
Vitalsmarts LC
Vitria Technology Inc.
Vorwerk, D.W.
Vox Technologies
Wadeking, Lawrence
Wadeking, Lilian
Wagstaff, Donald E. M.
Warner, Candace
Waterfall Security Solutions Ltd.
Webucator Inc.
West Tenn Communications
Westbury Community Hospital LLC
Western Process Computers Inc.
Western Services Corp.
Weyerhaeuser NR Co.
Wheelock Energy
Wichita Falls Faith Mission
Williams Patent Crusher
Williams Scotsman Inc.
Williams, Marjorie
Wilson, Eavy
Windham Manufacturing Co Inc.
Windrock Inc.
WMG Inc.
Wolters Kluwer Financial Services Inc.

Womack Machine Supply Cos.
Womble Drilling Co. Inc.
Wood County Electric
World Affairs Council of Dallas/Fort Worth
World Marketing Dallas
Wright Line Inc.
Wylie Ministerial Alliance

Xylem Dewatering Solutions Inc.
Yankelovich Partners
Young Conaway Stargatt & Taylor LLP
Zackary, Kirk D.
Zasio Enterprises Inc.
Zee Medical Inc.
Ziegler, Dianne

# SCHEDULE 1(s)

## Parties that Have Requested Service of Documents Pursuant to Bankruptcy Rule 2002

Abrams & Bayliss LLP
Ad Hoc Committee of EFIH Unsecured
    Noteholders And EFIH Second Lien Dip
    Commitment
Ad Hoc Committee of TCEH First Lien
Ad Hoc Group of EFH Legacy Noteholder
Ad Hoc Group of TCEH Unsecured
    Noteholders
Airgas USA LLC
Akerman LLP
Akin Gump Strauss Hauer & Feld LLP
Alvarez & Marsal
American Stock Transfer & Trust Co. LLC
Andrews Kurth LLP
Angelina County (TX)
ArcelorMittal USA LLC
Ashby & Geddes PA
Bailey Brauer PLLC
Bailey Law Firm, The
Baker Botts LLP
Bank of Arizona
Bingham McCutchen LLP
Blank Rome LLP
Blume Faulkner Skeen & Northam PLLC
Brickfield Burchette Ritts & Stone PC
Brown & Connery LLP
Brown Rudnick LLP
Bryan Cave LLP
Buchalter Nemer, A Professional Corp.
Buchanan Ingersoll & Rooney PC
Carmody MacDonald PC
Centerpoint
Central Texas Security & Fire Equipment
    Inc.
Chadbourne & Parke LLP
Chicago Bridge & Iron Co. NV
Ciardi Ciardi & Astin
Cleary Gottlieb Steen & Hamilton LLP
Cohen & Grigsby PC
Connolly Gallagher LLP
Cousins Chipman & Brown LLP

Cowles & Thompson
Cozen O'Connor
Cross & Simon LLC
Crowe & Dunlevy PC
CSC Trust of Delaware
D. Courtney Construction Inc.
Data Systems & Solutions LLC
Davis Polk & Wardwell LLP
Dentons US LLP
Devon Energy Corp.
Drinker Biddle & Reath LLP
Dykema Gossett PLLC
EFH Creditors Committee
EFH Equity Interest Holders
Electric Reliability Council of
    Texas/ERCOT
Falls County (TX)
First Lien TCEH Notes
First Union Rail Corp.
Foley & Lardner LLP
Fort Bend County (TX)
Fox Rothschild LLP
Frederic Dorwart Lawyers
Fried Frank Harris Shriver & Jacobson LLP
Gardere Wynne Sewell LLP
Gay McCall Isaacks Gordon & Roberts PC
Gellert Scali Busenkell & Brown LLC
Goodwin Procter LLP
Graham Independent School District (TX)
Harris County (TX)
Haynes & Boone LLP
Henry Pratt Co. LLC
Hinckley Allen
Hogan Firm, The
Jones Day
Kansas City Southern Railway (KCS)
Kasowitz Benson Torres & Friedman LLP
Kelley Drye & Warren LLP
Kelly Hart & Hallman LLP
Klehr Harrison Harvey Branzburg LLP
Kramer Levin Naftalis & Frankel LLP

Lackey Hershman LLP
Landis Rath & Cobb LLP
Law Office of Patricia Williams Prewitt
Linebarger Goggan Blair & Sampson LLP
Lloyd Gosselink Rochelle & Townsend PC
Locke Lord LLP
Lower Colorado River Authority
    Transmission Services Corp.
    (LCRA TSC)
Manion Gaynor & Manning LLP
Marathon Management
Margolis Edelstein
McCarter & English LLP
McCathern PLLC
McCreary Veselka Bragg & Allen PC
McKool Smith
Milbank Tweed Hadley & McCloy LLP
Morris James LLP
Morris Nichols Arsht & Tunnell LLP
Morrison & Foerster LLP
Munsch Hardt Kopf & Harr PC
Myers Hill
Nelson Mullins Riley & Scarborough LLP
Neuces County (TX)
Nixon Peabody
North Central Texas College District
North Texas Municipal Water District
Nova Chemicals Inc.
O'Melveny & Myers LLP
Pachulski Stang Ziehl & Jones LLP
Pacific Investment Management Co. LLC
Patterson Belknap Webb & Tyler LLP
Paul Weiss Rifkind Wharton & Garrison
    LLP
Perdue Brandon Fielder Collins & Mott LLP
Pinckney Weidinger Urban & Joyce LLC
Pope Hardwicke Christie Schell Kelly &
    Ray LLP
Potter Anderson & Corroon LLP
Property Tax Partners
Quarles & Brady LLP
Red Ball Oxygen Co.
Reed Smith LLP
Richards Group Inc., The
Richards Layton & Finger
Rolls Royce

Rolls-Royce Civil
Ropes & Gray LLP
SAP Industries Inc.
Saul Ewing LLP
Searcy & Searcy PC
Securities and Exchange Commission
Seward & Kissel LLP
Shearman & Sterling LLP
Sheehy Lovelace & Mayfield PC
Shrode, Allen
Skadden Arps Slate Meagher & Flom LLP
Smith Katzenstein & Jenkins LLP
Smith, Michael G.
Snell & Wilmer LLP
Somervell County (TX)
Squire Sanders (US) LLP
Streusand Landon & Ozburn LLP
Sullivan Hazeltine Allinson LLC
Targa Gas Marketing
Taylor English Duma LLP
Texas Ad Valorem Taxing Jurisdictions
Texas Attorney General, Office of The
Texas Office of Public Utility Counsel
    (OPUC)
Tex-La Electric Cooperative of Texas
Thompson Coburn LLP
Travis County (TX)
Tucker Arensberg PC
Union Pacific Railroad Co.
United States Attorney, Office of the
United States Department of Agriculture,
    Rural Utilities Service
United States Department of Justice
United States Trustee, Office of the
URS Energy & Construction Inc.
Valero Texas Power
Vedder Price PC
Walnut Springs Independent School District
    (TX)
Weinstein Radcliff LLP
Weyerhaeuser Co.
White & Case LLP
Wilmer Cutler Pickering Hale & Dorr LLP
Wilmington Savings Fund Society
Wilmington Savings/WSFS
Wilmington Trust FSB

Wilmington Trust NA
Winston & Strawn LLP
Womble Carlyle Sandridge & Rice LLP

Young Conaway Stargatt & Taylor LLP
Young County (TX)

# SCHEDULE 1(t)

## Potentially Responsible Parties

3M Co.
American Barrel Co.
Amoco Chemical Corp.
Arco Chemical Co.
Atlantic Richfield Co.
Baker Hughes Oilfield Operations Inc.
Baker Petrolite Corp.
BASF Corp.
Beazer East Inc.
Bio-Ecology Systems Inc.
BP America Production Co.
BP Amoco Chemical Co.
BP Products North America Inc.
Champion Technologies Inc.
Chemtron Corp.
Chemtura Corp.
Clean Harbors Environmental Services Inc.
Copperopolis Asbestos
Crystal Chemical Co.
Diamond Shamrock
DSI Facility
Eltex Chemical & Supply Co.
Environmental Enterprises Inc.
Exxon Chemical Co. USA
Exxon Mobil Corp.
Federal Mogul
General Dynamics Corp.
Giant Resource Recovery - Attalla Inc.
Goodyear Tire & Rubber Co.
Groendyke Transport Inc.
Hydrite Chemical Co.
International Paper Co.
Lion Oil Co.
Lyondell Chemical Co.
M&M Chemical
Malone Services

Marathon Ashland Pipe Line LLC
Marathon Oil Co.
Marathon Petroleum Co.
Marine Shale Processors
Matlack Systems Inc.
Mission Petroleum Carriers Inc.
Monsanto Co.
Nalco Chemical Co.
NL Treating Chemicals
North Main Metals Recycling
Occidental Chemical Corp.
Ondeo Nalco Co.
Perma-Fix Environmental Services Inc.
Pharmacia Corp.
Pollution Control Industries Inc.
Rohm & Haas Co.
Romic Environmental Technologies Corp.
Roy O. Martin Lumber Co. LLC
RSR Corp.
Sea Lion Chemical
Sea Lion Technology Inc.
Sheridan Disposal Services
Solvents & Petroleum Service Inc.
Solvents Recovery Service of New Jersey
Inc., The
Sonics International Inc.
Southeast Texas Environmental LLC
Southwest Specialty Chemicals Inc.
Texas Instruments Inc.
Trelleborg Coated Systems US Inc.
Trinity Industries Inc.
Utah Power & Light
Voda Petroleum Inc.
Welchem Inc.
Younger Brothers Inc.

# SCHEDULE 1(u)

## Professionals

Akin Gump Strauss Hauer & Feld LLP
Alvarez & Marsal
Balch & Bingham
Blackstone Advisory Group
Blackstone Advisory Partners LP
Brown Rudnick LLP
Cadwalader Wickersham & Taft (CWT)
Cadwalader Wickersham & Taft LLP
Capstone Advisory Group LLC
Centerview Partners LLC
Citigroup Global Markets Inc.
Concentric Energy Advisors
Davis Polk & Wardwell LLP
Deloitte & Touche
Deutsche Bank Securities Inc.
Enoch Kever
Epiq Bankruptcy Solutions
Ernst & Young LLP
Evercore Group
Filsinger Energy Partners
Franklin Advisors Inc.
Fried Frank Harris Shriver & Jacobson LLP
FTI Consulting
Furr, Robert
Gavin Solmonese
Gibson Dunn & Crutcher
Hawkins Parnell
Houlihan Lokey Capital Inc.
Hunton & Williams
I&O Communications
ICF Resources LLC
Jackson Sjoberg McCarthy & Townsend
 LLP
Jones Day
JP Morgan Securities LLC
Kirkland & Ellis LLP
KPMG

Kramer Levin Naftalis & Frankel LLP
Lazard
Loop Capital Markets LLC
McDermott Will & Emery
Mesirow Financial
Miller Buckfire & Co LLC
Millstein & Co.
Moelis & Co. LLC
Morgan Lewis & Bockius
Navigant Consulting Inc.
O'Melveny & Myers LLP
Paul Weiss Rifkind Wharton & Garrison
 LLP
Perella Weinberg Partners
Peter J. Solomon Co.
PricewaterhouseCoopers LLP
Richards Layton & Finger
Ropes & Gray LLP
Rothschild Inc.
SAIC Energy Environment & Infrastructure
 LLC
Schulte Roth & Zabel LLP
Schulte, Roth & Zabel
Shearman & Sterling LLP
Sidley Austin LLP
Simpson Thacher
Stratus Energy Group
Towers Watson
Vinson & Elkins
Wachtell Lipton Rosen & Katz
White & Case LLP
Wilkie Farr
Wilkie Farr & Gallagher LLP
Williams Capital Group LP, The
Winstead PC
Zolfo Cooper LLC

# SCHEDULE 1(v)

## Shareholders

Abu Dhabi Investment Authority
ACA Family LP (Acosta Trust)
Acosta, Arcilia C.
AlpInvest Partners Co-Investments 2007 CV
Alvaro
AP TXU Holdings LLC
ASF Park Sub 2 LP
AXA Capital America LP
AXA CDP Co-Investment Fund FCPR
AXA Co-Investment Fund II FCPR
Baker, Thomas
Bank of Nova Scotia, The
bcIMC (WCBAF) Private Placement (2006)
    Investment Corp.
bcIMC Private Placement (2006) Investment
    Corp.
Bird, Robert D., Jr.
Black Canyon Direct Investment Fund LP
Blevins, Michael R.
Bosecker, Brian Timothy
Burton Hills Limited LP
California Public Employees' Retirement
    System
California State Teachers' Retirement
    System
Canyon Balanced Equity Master Fund Ltd.
Canyon TXU LP
Canyon Value Realization Fund LP
Centaurus Capital LLC
Centaurus TEF LP
Citigroup
Citigroup Alternative Investments Corp.
Citigroup Alternative Investments LLC
Co-Investment Capital Partners LP
Co-Investment Partners (NY) LP (Lexington
    Partners)
Co-Investment Partners 2005 LP (Lexington
    Partners)
CPP Investment Board (USRE II) Inc.
Cumbria LP
Davis, Douglas L.

Degeyter, Brock M.
Dick, Ralph L.
Diermann, Scott L.
Ecofin Co-Investment LP
Ecofin TXU LP
ECP I (NE Energy IP) LP
Elliott Associates LP
Elliott International LP
Ellis, Stephen L.
Energy Capital Partners I LP
Energy Capital Partners I-A LP
Evans, Donald L.
Federwisch, Richard R.
FinVest Capital Ltd.
Frier, Harry Leonard, Jr.
Geary, John William
Goldman Sachs & Co.
Gooch, Cecily Small
Goodwin, Ricky Bob
Grace, Tommy Glen, Jr.
Greene, M.S.
Griffin, Mark John
GS Capital Partners
GS Capital Partners VI Fund LP
GS Capital Partners VI Parallel LP
GS Global Infrastructure Partners I LP
GS Infrastructure Offshore TXU Holdings
    LP
GS Institutional Infrastructure Partners I LP
GSCP VI Germany TXU Holdings LP
GSCP VI Offshore TXU Holdings LP
Guillory, Angela Yvonne Williams
Hamilton Lane Co-Investment Fund LP
Harris, Wayne L.
Higdon, Charles A.
Higginbotham, Theron Dale, Jr. "Dale"
Hogan, Timothy Ross "Tim"
HRJ Growth Capital II (NQ) LP
HRJ Growth Capital II LP
HVB Capital Partners AG

Institutional Benchmark (Master Feeder) Ltd.

Institutional Benchmarks Series (Master Feeder) in respect of the

Jarrell, Freeman, Jr.

Jeanes, Ricky L.

KKR 2006 Fund LP

KKR Associates Reserve LLC

KKR Partners III LP

KKR PEI Investments LP

Kohlberg Kravis Roberts & Co. LP

Koonce, Kimmy Sue

Kopenitz, Stephen John

Kross, David Christopher

Kuwait Investment Authority

Lehman Brothers

LGT Capital Invest Ltd.

Lightle, Curtis L.

MacVest 1 Ltd.

Madden, Fred Webster, Jr.

Mason Capital SPV I LLC

Mason Capital SPV I LP

McBay, Michael Raymond

McCabe, Del Andrew

Meserve, Richard A., Dr.

Meyers, Anthony Michael

Moor, Gary Lee

Moore, Stephanie Zapata

Moore, William A.

Morgan Stanley

Morgan Stanley & Co. Inc.

Morley Investments Ltd.

NB Co-Investment Group LP

NB Co-Investment Partners LP

NB Fund of Funds XVIII – Co-Investment Holding LP

NB PEP Investments I LP (Inc.)

NB Secondary Opportunities Pooling LP

NB Tangible Assets Fund LP

Neuberger Berman

New York Life Capital Partners III LP

New York Life Capital Partners III-A LP

Norinchukin Bank, The

Northwestern Mutual Life Insurance Co., The

OPERF Co-Investment LLC

OPTrust Private Equity Direct NA I Inc.

Pearson, Gerry Lee

PI Co-Invest LLC

Quintana Energy Fund-FI LP

Quintana Energy Fund-TE LP

Quintana Energy Partners LP

Quiram, David

Reilly, William K.

Rose, Thomas Wayne

Rosemont Solebury Co-Investment Fund (Offshore) LP

Rosemont Solebury Co-Investment Fund LP

Sageview Capital LP

Savina, James J.

Skidd, Stephen N.

Smith, Donald B.

Smith, Russell Alan

Smith, Stephen L.

Speedy Investment Pte Ltd.

State Street

Stockwell Fund LP

Stonger, D. Frank

Strategic Co-Investment Partners LP

Teachers Insurance & Annuity Association of America

Texas Energy Future Capital Holdings LLC

Texas Energy Future Co-Invest LP

Texas Energy Future Holdings LP

Texas Energy Industries Company, Inc.

Thompson, Molly M.

Thompson, Von Wade

TPG FOF V-A LP

TPG FOF V-B LP

TPG Management LP

TPG Partners IV LP

TPG Partners V LP

TPG Partners V LP

Tulloh, Brian T.

Whipple, John Christopher

Wilks, Douglas Greg

Williamson, Billie Ida

Young, John F.

Youngblood, Kneeland

# SCHEDULE 1(w)

## **Significant Customers**

ALCOA
Barclays Bank PLC
BP Energy
Citigroup Energy Inc
Credit Suisse Energy LLC
DB Energy Trading
EDF Trading North America LLC
ERCOT (Electric Reliability Counsel of Texas)
Federal Deposit Insurance Corp. (FDIC)
J Aron Co.
Natural Gas Exchange Inc.
NextEra Energy Power Marketing
Shell Energy
Valero Texas Power Marketing, Inc.

# SCHEDULE 1(x)

### Significant Vendors

3B Dozer Service
3E Energy Inc.
4-L Engineering Co. Inc.
4-Star Hose & Supply Inc.
5DT Inc.
6 Stones
7-Eleven Inc.
A&E Machine Shop Inc.
A&K Railroad Materials Inc.
A.B. Erwin Welding
A.L. Helmcamp Inc.
A+ Fabrication
AAF International
Aaxion
Abasco LLC
ABB Inc.
ABC Auto
ABL Services Inc.
Able Communications Inc.
AboveNet Communications Inc.
Abresist Corp.
Absolute Consulting Inc.
Academy of Medicine Engineering &
    Science of Texas
ACAP Health Consulting
Accenture LLP
Access Industrial Maintenance Inc.
Accretive Solutions-Dallas LP
Ace Welding & Fabrication
ACFM Inc.
ACM Global High Yield Offshore
Acosta, Arcilia
ACT Independent Turbo Services
ACT Pipe & Supply Inc.
Action Cleaning Systems
Action Stainless & Alloys Inc.
Acuity Specialty Products Inc.
Acuren Inspection Inc.
Ad Gifts Co. Inc.
Ada Carbon Solutions (Red River) LLC
Ada Carbon Solutions LLC

Ada Environmental Solutions
Ada ES Inc.
ADM Investor Services Inc.
ADP Inc.
Advanced Analytical Laboratories
Advanced Industries Inc.
Advanced Technologies Consultants
AEC Powerflow
Aecom Technical Services Inc.
Aegis Communications Group
Aegis Insurance Services
Aeon PEC
AEP Energy Partners Inc.
AEP Energy Services, Inc.
AEP North
AEP Southwestern Electric Power Co.
AEP Texas Central Co.
AEP Texas North Co.
AEP-North (WTUT)
Aequity Holdings LLC
Aerometric Inc.
Aerovironment Inc.
Aerzen USA
Aetna
Aetna Hartford
Aetna Inc.
Agency/Medium Term Finance
Aggreko Inc.
Aggreko LLC
Agilent Technologies
AGT Services
Air Hygiene International Inc.
Air Liquide America Specialty Gases LLC
Air Mac Inc.
Air Power Sales & Service
Airgas
Airgas Safety
Airgas Specialty Products
Akin Gump Strauss Hauer & Feld LLP
Akron Consulting LLC
Albemarle Corp.

Alcoa
Alden Research Laboratory Inc.
Alecom Metal Works Inc.
Alimak Hek Inc.
Alin Machining Co. Inc.
All Pro Automotive
All State Industries Inc.
Allen Machine & Equipment
Allen Sherman Hoff
Allen Systems Group Inc.
Allen's Electric Motor Service
Allen's Electric Motors
Alliance Power Group
Alliant Energy Corporate Services Inc.
Allied Electronics Inc.
Alloys & Components Southwest
All-State Belting LLC
Allstate Groundwater Control
All-Tex Pipe & Supply Inc.
Allums, Ramona
Alman Construction Services
Alman Electric Inc.
Alpha Coal Sales Co. LLC
Alpha Erosion Products
Alpha Natural Resources
Alpha Services
Alstom Power
Altran
Aluminum Co. of American (Alcoa)
Alvarez & Marsal LLC
Amber L. York Trust
Ameco
Ameralloy Steel Corp.
Amercable
Ameren Energy Generating Co.
Amerex Brokers LLC-Emissions
Amerex Brokers LLC-Gas
Amerex Brokers LLC-Power
Amerex Brokers LLC-Retail
American Air Filter
American Airlines Center
American Coalition For Clean Coal
    Electricity
American Corporate Partners Inc.
American Crane & Equipment Corp.
American Efficiency Services LLC
American Electric Power Inc.
American Elevator Technologies
American Gear & Pump
American Hydraulics
American International Group
American Legislative Exchange Council
American List Counsel
American Multi-Cinema Inc.
American Nuclear Insurers
American Power Services Inc.
American Red Cross
American Red Cross - Dallas Area Chapter
American Trainco Inc.
Ameritek
Ameritek Plant Services LLC
Ametek Solidstate Controls
Amplifinity Inc.
Amsted Rail
Anadarko E&P Onshore LLC
Analysis & Measurement Services Corp.
Analytic Partners Inc.
Ancira Ford
Ancira Winton Chevrolet Inc.
Anderson County (TX)
Anderson Fertilizer
Anderson Greenwood Crosby Valve
Andrews Transport Inc.
Anixter-Dallas
Ann Mcgee Cooper & Associates Inc.
Anthony Mechanical Services Inc.
Aon (Bermuda) Ltd.
Aon eSolutions Inc.
Aon Risk Services Southwest Inc.
AP Services LLC
Apache Corp.
Apex Geoscience Inc.
APG Consulting Inc.
API Systems Group Inc.
Applabs Tech Pvt Ltd.
Applegate Commodities LLC
Applied Energy Co. LLC
Applied Industrial Technologies Inc.
Apptio Inc.
Apptricity
APS American LLC
Aramark Uniform Services

Arbill Industries Inc.
Arborgen LLC Livingston
Arch Coal Sales Co. Inc.
Archon Resources LLC
Areva Inc.
Areva NC Inc.
Areva NP Inc.
Argo Power Services Ltd.
Ariba Inc.
Arinc Inc.
Arkansas Industrial Machinery Inc.
Arkansas Oklahoma Railroad Co. Inc.
Arlington Urban Ministries
Armstrong International Inc.
Arnold & Porter LLP
Arrow Geomatics Inc.
Arrowhead Contractor Supply Inc.
Arthur Temple College of Forestry
Asbestos Removal Inc.
Ascend Performance Materials
Asgco Manufacturing Inc.
Asher Media Inc.
Assistance Center of Collin County (TX)
Association of Electric Cos. of Texas
AT&T
AT&T Corp.
AT&T Internet Services Inc.
AT&T Opus
ATC Nuclear
Atkins North America Inc.
Atlas Commodities LLC
Atlas Copco
Atlas Copco Compressors LLC
Atlas Manufacturing Co. Inc.
ATR Inc.
Atwood, Sarah
Aumund Corp.
Austin White Lime Co.
Automatic Systems Inc.
Automation Service
Automation Technology Inc.
Autonomy Inc.
Avenue Omnibus Account LLC
AWC Inc.
Axon Solutions Inc.
Ayco Co. LP

Azima DLI
Azima Inc.
B&D Industrial & Mining Services Inc.
B&G Machine Inc.
B&K Services
B&W Power Generation Group Inc.
B.E. Consulting Inc.
B3 Systems Inc.
Babcock & Wilcox
Babcock & Wilcox Power Generation
    Group Inc.
Bait Barn Fisheries, The
Baker Botts LLP
Baker Hughes Inc.
Baker, James A., III
Baker, Thomas L.
Balch & Bingham LLP
Baldwin Metals Co. Inc.
Bamert Seed
Bank of New York Corporate Trust Admin
    Support, The
Bank of New York Mellon Corporate Trust
    Municipal, The
Bank of New York Mellon Corporate Trust,
    The
Bank of New York Mellon, The
Bank of New York Trustee, The
Bank of New York, The
Bank One Purchasing Card
Bank One Travel Card
Barclays Bank
Barco Inc.
Barlett Nuclear Inc.
Baro Cos.
Baro Holdings Inc.
Barr Engineering Co.
Barry Sibul Co.
Barsco
Bartley, Jimmy
Bartley, Virginia
Basis Technologies Inc.
Bass Engineering Co. Inc.
Bastrop County Tax Office (TX)
Bay Area/General Crane Service
Bayless Auto Supply
Baylor Health Care System

Bazaarvoice Inc.
BCS Stop & Go Potties
Beach Street Consulting Inc.
Beacon Aviation Inc.
Beacon Training Services Inc.
Becht Engineering Co. Inc.
Bechtel Power Corp.
Beckville Independent School District (TX)
Bell Helicopter Textron Inc.
Bellomy Research
Benchmark Industrial Services
Bendco
Benetech Inc.
Bentley Systems Inc.
Bently Nevada Corp.
Beshear Group Inc.
Best Mechanical Inc.
Best Pump Works
Best Pumpworks
Bete Fog Nozzle Inc.
Beveridge & Diamond PC
BFI Pumps Inc.
BFI Waste Systems of North America LLA
BG Construction
BHP Billiton Olympic Dam Corp. Pty Ltd.
BI Inform Global
Bibb, Kyle
Big Dumpster, The
Bipartisan Policy Center
Bi-State Rubber Inc.
Black & Veatch Corp.
Blackstone Advisory Partners LP
Bland Construction Co.
Blevins, Michael R.
Bloomberg LP
Blue & Silver Energy
Blue Cross Blue Shield Health Care
    Services Corp.
Blue Flame
Bluewater Strategies LLC
BMT WBM Inc.
BNL Industries Inc.
BNSF Railway Co.
BNY Mellon
Bob Lilly Professional Marketing
Bolin Construction Inc.

Bolttech Mannings
Boomi Inc.
Boral Material Technologies Inc.
Border States Electric Supply
Boron Products LLC
BOSC Mutual Fund
Boston Consulting Group Inc.
Boston Mutual Life
Bowdens Guaranteed Hydromulch
Box Inc.
Boy Scouts of America
BP America Production Co.
BP Energy Co.
Bracewell & Giuliani LLP
Brahmtex Inc.
Brake Supply Co.
Brake Supply-Southwest Inc.
Brazos Mag LLC
Brazos River Authority (TX)
Brazos Valley Parts Co.
Brazos Wind LP
Breaktime Solutions
Brenntag Southwest Inc.
Brian Kelly Glass & Mirror Co. Inc.
Bridgeline Digital
Bridgestone Americas Tire Operations
Brighter Tomorrows Inc.
Britjon Co. LLC
Broadspire Services Inc.
Brooks, Johnny Earl
Brooks, Mark Edward
Brown McCarroll LLP
Bryan & Bryan Asphalt Road Oil Co.
Bryan Cave LLP
Bryan Hose & Gasket - Rockdale
Bryan Hose & Gasket Inc.
BSG TPV LLC
BTU Brokers Inc.
Buckman Laboratories Inc.
Buffalo Industrial Supply Inc.
Build Computer Products
Bullard Inc.
Burns & McDonnell
Burns & McDonnell Engineering Co.
Business Imaging Systems Inc.
Business Interiors

Business Wire
Butler & Land Inc.
Butler Materials
BWF America Inc.
BWM Services
C&E Air Conditioning Services
C.L. Smith Industrial Co.
Cactus Environmental Service
Cadwalader Wickersham & Taft LLP
CAFCO
Calder Testers Inc.
Call Center Concepts Inc.
Call Communications Inc.
Camcorp Inc.
Cameco Corp.
Cameco Inc.
Camelot Communications Ltd.
Cameron Compression Systems
Cameron International Corp.
Cameron Technologies
Camp Central Appraisal District (TX)
Camp County Land & Title Co.
Campbell, David
Canberra Industries Inc.
Cantu Foods & Marketing Corp.
Capco Contractors Inc.
Capco Fabricators Inc.
Capco Supply
Capcorp Inc.
CapGemini America Inc.
Capgemini North America Inc
Capital City Janitorial Inc.
Capps True Value Hardware & Ag Center
Capstone Advisory Group LLC
Caremark
Cargill Inc.
Cargill Salt
Carl White Chevrolet
Carlson Software
Carrollton Farmers Branch Independent
    School District (TX)
Carry The Load
Carthage Machine & Welding Inc.
Carver PA Corp.
Case M&I LLC
Cassidy Turley

Cassidy Turley Midwest Inc.
Castell Interlocks Inc.
Castro Roofing of Texas
Cat Financial Capital Solutions
Caterpillar Financial Corp.
Caterpillar Financial Services Inc.
Caterpillar Global Mining Field Services
    LLC
Caterpillar Global Mining LLC
Catholic Charities Diocese of Fort Worth
Cattron Group International
Cavazos, Eddie
Cayuga Independent School District (TX)
CBP Engineering Corp.
CBRE Investors AAF Strategic Partners US
    Value 5
CBREI ITF Calstrs-Dallas Tower
CBS Roofing Services
CCC Group Inc.
CDF Services Inc.
Ceco Sales Corp.
CED - Consolidated Electrical Distributors
    Inc.
CED Fort Worth Credit
CED/Interstate Electric Co.
Cedar Hill Food Pantry
Celanese
Celanese Chemicals
Cellular One
Cellxion LLC
Celtex Industries
CEMS Professional Services LLC
Cemspro
Center Operating Co. LP
Centerpoint Energy
Centerpoint Energy Gas Receivables LLC
Centerpoint Energy Houston Electric LLC
Centerview Partners LLC
Central Marketing
Central Texas Security & Fire
Century Geophysical Corp.
Century Weatherproofing Inc.
CenturyLink
Certrec Corp.
Cervantes Delgado Inc.
Cesco Inc.

CFC Cleaning & Security Service
CFJ Manufacturing
CGS Brokerage LLC
CH2M Hill Inc.
Chapman Construction Co. LP
Checkpoint Consulting LLC
Chemical Lime Co. of Texas
Chemical Lime Inc.
Chemical Weed Control Inc.
Chemtex
Cherokee Central Appraisal District (TX)
Cherokee County (TX)
Chesapeake Energy Corp.
Childrens Medical Center (Dallas, TX)
Choice Energy Services Retail LP
Choice Natural Gas LP
Choose Energy LLC
Christian Information & Services Center
Chubb & Son
Chuck Ward & Associates Inc.
Chumley, Brenda Joyce
CI Actuation
CIO Executive Council
Circuit Breaker Sales & Repair Inc.
Cistera Networks
Cit Group/Equipment Financing Inc.
Citibank NA
Citibank NA Corporate Asset
Citibank New York
Citigroup Energy Inc.
Citigroup Global Markets Inc.
Citrix Systems Inc.
Cladtec (Texas)
Claren Road Credit Master Fund Ltd.
Clark Welding Services
Clary E&I Services LLC
Clay Cooley Nissan
Clearview International LLC
Click2learn.com Inc.
Cloud Peak Energy LLC
Clowers Co.
Clyde Bergemann Inc.
Coal Combustion Inc.
Coalfire Systems Inc.
Coastal Chemical LLC
Coffield, H.H., Estate of, Deceased

Cohesive Solutions
Collin County (TX)
Colloid Environmental Tech LLC
Commiato's Machine & Repair Service Inc.
Communications Direct Inc.
Community National Bank & Trust
Community Services Inc.
Commvault Systems Inc.
Como-Pickton Independent School District (TX)
Compass Professional Health Services
Compass Royalty Management LLC
Compete
Competitive Cleaning
Competitive Cleaning Services
Compressor Controls Corp.
Computer Associates
Computer Associates International Inc.
Computer Engineering Services
Computershare
Comverge Inc.
Concentra Health Services Inc.
Conco Services Corp.
Conco Systems Inc.
Condit Co. Inc.
Conference Board
Congress Holdings Ltd.
Connell Equipment Leasing Co.
Consolidated Communications
Consolidated Mine Service Inc.
Constellation Energy
Constellation Energy Commodities Group Inc.
Construction Industry Solutions Corp.
Container Products Corp.
Contech Construction
Contech Construction Products
Continental Field Systems
Continuant
Contractor's Supplies Inc.
Control Components Inc.
Control System & Instrumentation Consultants Ltd.
Control Systems Co.
Controlled Fluids Inc.
ConverDyn

Conveying Solutions LLC
Cooling Tower Maintenance & Repair
Cooper Clinic PA
Coppell, City of - Coppell Independent
    School District (TX)
Coquest Energy Services Inc.
Core Visual Inspection Services
Corporate Executive Board
Corporate Green Inc.
Corporate Trust Agency
Corporate Trust Clearing
Corptax LLC
Corrosion Control Services
Corrosion Eliminator Inc.
Corrpro Cos. Inc.
Cosa Instrument Corp.
Cosa Xentaur Corp.
Courtney Construction Inc.
Cover-Tek Inc.
Covington & Burling
Coyote Designs
CP Fort Worth LP
Crane Environmental
Crane Nuclear
Crawford & Co.
Crawford Electric Supply
CRC Group Inc.
Credit Suisse Energy LLC
Credit Suisse International
Credit Suisse Securities USA LLC
Credit Systems International Inc.
Crimson Engineered Solutions LLC
Crisp Industries Inc.
Critical Assets
Critical Power Exchange LLC
Crocker Reclamation
Croft, Warner B.
Cross Cleaning Solutions LLC
Cross Country Home Services Inc.
Crowe Horwath LLP
Crown Products Inc.
CSC Communications Supply Corp.
CSC Engineering & Environmental
    Consulting
CSC Trust Co. of Delaware
CSI

CSI Global Deposition Services
CSS Direct Inc.
CSW Superior Corp.
CT Corp. System
CTI
Cummins Southern Plains Inc.
Cummins Southern Plains LLC
Cummins Southern Plains Ltd.
Curtis-McKinley Roofing & Sheet Metal
    Inc.
Custom Hose & Supply
Customer Incentives
Cutsforth Inc.
CVMS Waco Data Partners LLC
Cyara Solutions Corp.
Cypress Fairbanks Independent School
    District (TX)
D&B - Dun & Bradstreet
D&C Cleaning Inc.
Dakota Distributing LP
Dallas Aerial Surveys Inc.
Dallas Arboretum
Dallas Convention Center Hotel
    Development Corp.
Dallas County (TX)
Dallas County Health & Human Services
    (TX)
Dallas County Tax Office (TX)
Dallas Film Society Inc.
Dallas Regional Chamber
Dallas Stars
Dallas USCM Event Host Committee
Dallas Water Utilities (TX)
Dallas, City of (TX)
Damper Co. of America
Darchem Engineering Ltd.
Darr Equipment LP
Darr Lift
DART Revenue Department
Dashiell LLC
Data Exchange
Data Systems & Solutions
Dauplaise, Catherine E.
David Round Co., The
Davis Motor Crane Service
DB Energy Trading LLC

DCI Group LLC
Dealers Electrical Supply
Deatech Consulting Co.
Debault Welding
Deepdive Networking Inc.
Defrance, Kenneth
Defrance, Ronald Joseph
Delek Refining Ltd.
Dell Computer Corp.
Dell Marketing LP
Dell USA LP
Deloitte & Touche
Delta Fabrication & Machine
Delta Rigging & Tools Inc.
Denbury Resources Inc.
Dennis Cameron Construction & Equipment
    LLC
Depend-A-Can Co.
Depository Trust Co.
Derek Scott's Auto Park
Design Assistance Corp.
Detroit Edison Co.
Devonway Inc.
Dezurik Inc.
DFW Communications
DFW Minority Supplier Development
    Council
DHL Analytical
Diamond Power
Diamond Power International Inc.
Diamond Power Specialty
Diamond Systems
Dick & Sons Diving Service
Didrikson Associates Inc.
Diesel Power Supply Co.
Dieste Inc.
Directory Concepts
Dirgin Water Supply Corp.
Diversified Drilling Services Inc.
Dixie Equipment LLC
DMC Carter Chambers Inc.
Dodson Trucking Inc.
Don Drive Interiors Inc.
Doyenne Constructors LLC
DPC Industries Inc.
Drake Controls

Dresser Direct
Dresser Inc.
Dresser-Rand Co.
Dresser-Rand/Leading Edge
DSS Fire Inc.
DST Output Central LLC
DTE Energy Trading Inc.
Duff & Phelps LLC
Duggins Wren Mann & Romero LLP
Duncanville Independent School District
    (TX)
Duncanville Outreach Ministry
DV Studios
DXP Enterprises Inc.
Dynamic Equipment & Systems Inc.
Dynamo Suite LLC
EADS Co., The
Eagle Burgmann Industries LP
Earth Technology Pty Ltd.
East Baton Rouge Parish (LA)
East Texas Seed Co.
East Texas Wildlife Damage Control
Eastern Instruments
Eastern Technologies Inc.
Eastex Telephone
Eastex Telephone Coop Inc.
Eaton Corp.
ECE Consulting Group Inc.
Ecochem Analytics
Ecova Inc.
EDF Trading North America LLC
Edge Energy LLC
EDH Electric Inc.
Edison Electric Institute
Edko LLC
Effective Environmental Inc.
Efficient Attic Systems LP
Effox Inc.
Effox-Flextor
EFIHC
EIS
Ekato Corp.
El Campo Spraying Inc.
Electrical Builders Inc.
Electrical Controller Products
Electrico Inc.

Electromark Co.
Electro-Motive Diesel Inc.
Elk Engineering Associates Inc.
Elliott Electric Supply
EMANI
EMC Corp.
Emerson Network Power
Emerson Process Management Power &
    Water Solutions Inc.
Empirix Inc.
Employment Learning Innovations Inc.
Empower Software Solutions
Enduro Composites Inc.
Enercon Services Inc.
Enerflex Energy Systems Inc.
Energy & Process Corp.
Energy Edge Consulting LLC
Energy Federation Inc.
Energy Insurance Mutual Ltd.
Energy Laboratories
Energy Link LLC, The
Energy Northwest
Energy Pac
Energy Portfolio Associates LLC
Energy Services Group Inc.
Energy Steel & Supply Co.
Energy Transfer
Energy Transfer Fuel LP
EnergySolutions Services Inc.
Enertech Unit of Curtiss-Wright Flow
    Control Co.
Enertechnix
Engine Systems Inc.
Engineered Casting Repair
Engineering Consultants Group Inc.
Engineering Resources LLC
Enkitec LP
Enoch Kever
Enrich Consulting, Inc.
Enserco Energy Inc.
Ensuren Corp.
Entech Sales & Service Inc.
Entergy Operation Inc.
Enviance Inc.
Environment/One Corp.
Environmental Systems Corp.

Enze, Charles Ray
EOAC
E-On Climate & Renewables
EOP Group, The
EOX Holdings LLC
Epiq Bankruptcy Solutions LLC
Episcopal Foundation of Texas
EPM Power & Water Solutions Inc.
EPRI
EPRI (Energy Power Research Institute)
EPS LLC
Equifax Information Services LLC
Equipment Depot
Equipment Imaging & Solutions Inc.
Equivalent Data
ER Solutions Inc.
ERCOT
E-Rewards
Ernst & Young LLP
Esco Corp.
EscoSupply
E-Source Cos. LLC
E-Source Holdings LLC
ESP - Energy Systems Products Inc.
EST Group Inc.
Estes Okon Thorne & Carr Pllc
Etherios Inc.
Ettl Engineers & Consultants Inc.
Eubanks Auto Electric Inc.
Eubanks, Cindy Marie
Eubanks, Herbert E., Jr.
Evans, Donald L.
Evercore Group LLC
Everest Dallas Channels Inc.
Evolution Markets Inc.
Evolve Research
Excel Carbon & Alloy Corp.
Excel Foundry & Machine Inc.
Exec Security Services Co.
Exelon Generation Co.
Experian Business Information Solutions
    Inc.
Explosive Professionals Inc.
Exponent Inc.
Expro Specialized Services Inc.
Extend Health Inc.

Ezell Construction
F.E. Hill Co Ranch Ltd.
F.E. Moran Inc.
Factory Mutual Insurance Co.
Falkenberg Construction
Family Resource Center
Fannin Central Appraisal District (TX)
Fastenal Co.
FBE Construction Ltd.
FCC Environmental LLC
FCX Performance Inc.
Federal Emergency Management Agency
    (FEMA)
Federal Signal Corp.
Feedback Plus Inc.
Ferguson Enterprises
Ferguson Waterworks
FFG Enterprises Inc.
Fidelity Employer Services Co. LLC
Fidelity Investments Treasury Fund
Fidelity National Title Insurance Co.
Filsinger Energy Partners
Fina, Michael C.
Financial Engineering Associates
Firehost Inc.
Firetrol Protection Systems Inc.
First Acquisition Republic Group
First On 6th LP
Fiserv Inc.
Fish & Richardson PC
Fisher Controls / IVS
Fisher IT Inc.
Fisher Scientific
Fitch Inc.
Flagship Rail Services Inc.
Flanders Electric Inc.
Flanders Electric Ltd.
Flexco
Flint Hills Resources LP
Flir Commercial Systems Inc.
Floresville Ford Mercury Ltd.
Flow Solutions Inc.
Flowmatics Inc.
Flowserve Corp.
Flowserve Pump Division
Flowserve US Inc.

Flowserve USA
FLSmidth Airtech
FLSmidth Airtech AFT Division
FLSmidth Inc.
FLSmidth Krebs Inc.
Fluid Engineering
Fluor Enterprises Inc.
Fluor Global Services
Foresee Results Inc.
Forrester Research Inc.
Forsythe Solutions Group Inc.
Fort Bend Independent School District (TX)
Fort Worth Gasket & Supply
Fort Worth, City of (TX)
Forward Energy Group LLC
Foster Wheeler North America Corp.
Four States Petroleum Transport Inc.
Fox Scientific Supplies & Equipment
Foxworth Galbraith
FPL Energy Pecos Wind I LP
FPL Energy Pecos Wind II LP
Franklin Auto Supply
Franklin Covey Co.
Franklin Independent School District (TX)
Freepoint Commodities LLC
Freese & Nichols Inc.
Freestone County (TX)
Freestone County Title Co.
Frham Safety Products Inc.
Fried Frank Harris Shriver & Jacobson
Frisco Construction Services
Frisco Stadium LLC
Fronek Power Systems LLC
Frontier Associates LLC
Frontier Surveying
Frontier Trading Co. Inc.
Frost Crushed Stone
Fuel Exchange LLC
Fuel Tech Inc.
Fulbright & Jaworski LLP
Furmanite America
Furmanite Inc.
Future Com Corp.
G&K Services
G&L Mechanical Contractor LP
G2 Electrical Testing & Consulting LLC

Gajeske Inc.
Galaxytech
Gamble, Phil, Attorney at Law
Gardner Denver Nash
Garland Independent School District (TX)
Gartner Group
GATX Corp.
GBT Steel Group
GC Services LP
GCP Americas LLC
GCR Truck Tire Centers Inc.
GE Analytical Instruments
GE Capital
GE Control Solutions
GE Energy
GE Energy Control Solutions Inc.
GE Energy Motors
GE Energy Parts
GE Inspection Technologies LP
GE Intelligent Platforms Inc.
GE International Inc.
GE Mobile Water Inc.
GE Technology Finance
GE Transportation Finance
Gel Laboratories LLC
Gem-Trim LLC
General Atomics
General Datatech LP
General Electric Co.
General Electric International Inc.
General Insulation
General Physics Corp.
Generator & Motor Services Inc.
Genesis Systems Inc.
Genesys Telecommunications Laboratories
    Inc.
Genilogix LLC
Genscape Inc.
Georgetown Railroad Co.
Georgia Western
Geo-Solutions Inc.
Gexpro
GFI
GFS Texas
Gibson Dunn & Crutcher LLP
Gimmal Group Inc.

Gimmal LLC
GK Techstar LLC
Glacken, Pamela Shawn
Glacken, Shawn
Gleason Reel
Glen Rose Independent School District (TX)
Glen Rose Medical Clinic
GLM DFW Inc.
Global Bondholder Services Corp.
Global Consulting Partners
Global Energy Decisions Inc.
Global Ice Blasting Inc.
Global Rail Systems Inc.
Glowpoint Inc.
Goddard Enterprises
Godwin Pumps of America
GOH Medical PA
Golder Associates Inc.
Goldman Sachs & Co.
Goldman Sachs Fund Group
Good Samaritan Ministries
Good Shepherd Medical Center
Goodall Rubber Co.
Google Inc.
Gorrondona & Associates Inc.
Gosdin's Dozer Service
GP Strategies Corp.
Grace - Grapevine Relief and Community
    Exchange
Graebel
Grainger
Grand Prairie United Charities
Graphic Products
Grasslander
Graver Technologies
Great Place to Work Institute
Great Southwestern Fire & Safety
Greater East Texas Community Action
    Program
Greenberg Grant & Richards Inc.
Greenbrier Rail Services
Greene, M.S.
Green's Custom Services
Greens Port Ship Channel Partners
Gregg County (TX)
Gregg Industrial Insulators Inc.

Greg's Overhead Door Services Inc.
Griffin Restoration Inc.
Groppe Long & Littell
GTTSI - Global Technical Training Services Inc.
Guaranty Title Co.
Gulf States Toyota Inc.
Gurrola, Juan
Guy Brown Management LLC
Guy Brown Medical
Guy Brown Products
GXS
H&E Equipment Services
H.E. Spann Co. Inc.
H.H. Howard & Sons Inc.
H5 Farms LLC
Hach Co.
Hagemeyer North America
Haggin Marketing
Haldor Topsoe Inc.
Hamon Custodis Inc.
Hanes Geo Co.
Hanning, Pamela D.
Hanning, Rickey L.
Hannon Hydraulics
Hanson Aggregate
Harlow Filter Supply Inc.
Harold Beck & Sons Inc.
Harris County Community Services (TX)
Harris Industries Inc.
Harrison County Glass Co.
Hatfield & Co.
Hawk Installation & Construction Inc.
Hawkins & Parnell
Hawkins Parnell Thackston & Young LLP
Haynes & Boone LLP
Hayward Tyler Inc.
HCL America Inc.
HD Supply Construction Supply Ltd.
HD Supply Utilities Ltd.
HDR Engineering Inc.
Headwaters
Headwaters Resources Inc.
Health Testing Solutions LP
Helmick Corp.
Helmsbriscoe Performance Group LLC

HELP Center Community
HELP Center of Temple
Helwig Carbon Products Inc.
Henderson County (TX)
Henry Pratt Co.
Henson Motor Co.
Heritage Title & Abstract
Hertz Equipment Rental
Hesse & Associates Inc.
Hewitt Associates LLC
Hewlett Packard Financial Services Co.
Hewlett-Packard
HF & Associates Inc.
High Temperature Technologies
High Voltage Inc.
Highway Machine Co. Inc.
Hildreth, John
Hill + Knowlton Strategies
Hillhouse Power Solutions Inc.
HireRight Inc.
Hitachi Data Systems
Hitachi Data Systems Credit Corp.
Hitachi Power Systems America
Hi-Tech Testing Service Inc.
Hoist & Crane Service Group
Holliday Fenoglio Fowler LP
Holman Boiler Works Inc.
Holmes Murphy & Associates Inc.
Holt Cat
Holt Cat Rental
Holtec International
Honeywell Inc.
Honeywell Industry Solutions
Hood Central Appraisal District (TX)
Hood County (TX)
Hooper, Christine P.
Hopkins County Tax Office (TX)
Hopson Services Co. Inc.
Horiba Instruments Inc.
Houlihan Lokey Capital Inc.
Houston Zoo Inc.
Howden Buffalo Inc.
Howden North America
Howser, Virginia P.
HRchitect Inc.
HRWK Inc.

Hubbell Power Systems
Huffines, James R.
Humphrey & Associates Inc.
Hunter Office Furniture
Hunton & Williams LLP
Husch Blackwell LLP
Husch Blackwell Sanders LLP
Hydradyne Hydraulics
Hydroaire Service Inc.
Hydrotex Dynamics Inc.
Hydrovac Services Inc.
Hyperspring LLC
I&O Communications
IBEW Local Union #2078
IBEW Local Union #2078 Dues
IBEW Local Union #220
IBEW Local Union #2337
IBEW Local Union #2337 Dues
IBM Corp.
Icap Energy LLC
Icap United Inc.
ICE US OTC Commodity LLC
iCrossing Inc.
Ideal Direct Marketing Execution
I-Deal LLC
IEX Corp.
IHS Global Inc.
Ikard Wynne LLP
ILRT Inc.
Imagemaker Post Inc.
Imagination Branding
IMG College LLC
Imperium Public Affairs
Independent Air Brake Service
Industrial Electric Motor Co
Industrial Electronic Supply Inc.
Industrial Lubricant Co.
Industrial Refractory Services
Industrial Silo Source Inc.
Industrial Supply Solutions Inc.
Industry Services Group Inc.
Inficon Inc.
Infogroup Enterprise Solutions
Information Alliance
Ingersoll-Rand Air Center
Ingersoll-Rand Co.

Ingram Enterprises Inc.
Inmotion Scales
Innis Co., The
Innovative Control Solutions
Innovative Millwork Systems Inc.
Inolect LLC
Instine, Jacquelyn Louise
Instine, Russell Doyle
Institute of Nuclear Power Operations
Instrument & Valve Services Co.
Intec Communications LLC
Intech Inc.
Integrated Global Services Inc.
Integrated Power Services LLC
Integrity Integration Resources
Intella Sales LLC
Interactions Corp.
Intercontinental Exchange Inc.
Interface Flooring Systems Inc.
Interim Management Group Inc.
Intermountain Electronics Inc.
Internal Revenue Service
International Business Machines Corp.
International Exterminator
International Quality Consultants Inc.
Intertek AIM
Intralinks Inc.
Invensys
Invensys Process Systems
Invensys Systems Inc.
Invesco Aim Investment Services
IPC Systems Inc.
Ipsos ASI
Ireland Carroll & Kelley PC
Iris Power LP
Irving Cares
Irving Independent School District (TX)
Irving Independent School District (TX) Tax
    Office
Irving, City of (TX)
ISC Constructors LLC
Isco Industries Inc.
Isco Industries LLC
ista North America Inc.
ITC Nuclear Fuel Services (Cayman) Ltd.
Itron Inc.

ITT Engineered Valves
IVG Energy Ltd.
J Aron & Co.
J Conly & Associates Inc.
J Givoo Consultants Inc.
J Sugar Co. Inc.
J&S Construction LLC
Jack Central Appraisal District (TX)
Jack County (TX)
Jack W Gullahorn PC
Jackson Kelly Pllc
Jackson Pipe & Steel
Jackson Sjoberg McCarthy & Wilson LP
Jackson Walker LLP
James A. Baker Production Fund
Jani-King DFW
Jani-King Inc.
Jaster-Quintanilla Dallas LLP
Jay Martin Co. Inc.
JD's Babbitt Bearings LLC
Jellyvision Lab Inc.
Jenfitch LLC
Jernigan, Travis Eugene
Jerry Lang Combustion Consulting
JF Services Inc.
Jimmie Deal Inc.
Jim's Rental Services
JJA Inc.
JK-Co. LLC
JLCC Inc.
JLP Credit Opportunity Master Fund Ltd.
JMEG LP
Joel Wink Equipment Services LLC
John Crane Inc.
Johnson & Pace Inc.
Johnson Controls/York
Johnson Matthey Catalysts LLC
Johnson Matthey Inc.
Johnson Matthey Stationary Emissions
    Control LLC
Johnson Oil Co.
Jordan & Hall
Joy Global Surface Mining
Joyce Crane
Joyce Steel Erection Ltd.
JP Morgan Chase Bank

JP Morgan Chase Co.
JP Morgan Chase NA
JP Morgan Securities Inc.
JPMorgan Chase Bank NA
JSC Law Enforcement Sales
Judy Newton Land Services LLC
K Street Partners Inc.
K&L Gates LLP
K. Fernandez & Associates
K.D. Timmons Inc.
Kalenborn Abresist Corp.
Kalsi Engineering Inc.
Kansas City Southern Railway
Kansas Gas & Electric
Kasowitz Benson Torres & Friedman LLP
Kastner, Leonard R.
Kastner, Marina Ann
Katy Independent School District (TX)
Kekst & Co. Inc.
Kelly, Mike
Kelm Engineering
Kennametal Inc.
Kennametal Tricon Metals & Services
Kennedy Wire Rope & Sling Co.
Kestrel Power Engineering LLC
Kforce Inc.
KHA Geologics LLC
Kiewit Finance Group Inc.
Klein Products of Texas Inc.
Knighthawk Engineering Inc.
Koetter Fire Protection
Koetter Fire Protection of Austin LLC
Koetter Fire Protection of Longview
Kohlberg Kravis Roberts & Co.
Konecranes Inc.
Konecranes Nuclear Equipment & Services
Koso America Inc.
Koso America/Rexa
Kownurko, William A.
KPMG LLP
Kramer Levin Naftalis & Frankel
Kria Systems Inc.
KSB Inc.
Kusin, Gary
L&H Industrial
L-3 Communications

Lacy Surveying Inc.
Lambert Oil Co. Inc.
Lancaster Outreach Center
Landauer Inc.
Landon Alford
Landy, Richard J.
Lanier Parking Solutions
Larrett Inc.
Lauck Group, The
Lauren Engineers & Constructors Inc.
Laurie Fenstemaker Pair
Layne Christensen Co.
Lay's Manufacturing Inc.
Lay's Mining Service
Lazard Freres & Co. LLC
LCG Consulting
LCM Technology Lc
LCRA Transmission Services Corp.
Leadership Resource Center
Leak Detection Services
Leclairryan PC
Leco Corp.
Lectrodryer LLC
Lee County Tax Office (TX)
Lee Hecht Harrison LLC
Leeco Energy Services
Leica Geosystems Inc.
Leica Inc.
Level 3 Communications LLC
Levi Ray & Shoup Inc.
Lewis, Gibson D.
Lewis-Goetz & Co. Inc.
Lexair Inc.
Lexington Acquiport Colinas LP
Lhoist North America
Lhoist North America of Texas
Liberty County (TX)
Liberty Mutual Group
Liberty Mutual Insurance Co.
Liberty Power
Life Account LLC
Lillard Wise Szygenda Pllc
Limestone County (TX)
Lin R Rogers Electrical Contractors Inc.
Lindig Construction Inc.
Lionstone CFO Two Ltd.

Liquid Process Technologies
Littler Mendelson PC
Live Energy Inc.
LivePerson Inc.
Lochridge-Priest
Locke Lord Bissell & Liddell
Lockton Cos. LLC
Locomotive Service Inc.
Lone Star Air & Hydraulics LLC
Lone Star Chevrolet
Lone Star Railroad
Lonestar Actuation
Lonestar Group Consulting Services LLC
Lonestar Group LLC, The
Long Industries
Longview Bridge & Road Inc.
Longview Fab & Machine Inc.
Loomis Sayles Bond Fund
Loomis Sayles Strategic Income Fund
Loop Capital Markets LLC
Lormar Reclamation Service
Louisiana Energy Services
Louisiana Enrichment Services
Love Title & Abstract
LP Amina LLC
LPB Energy Consulting
LPI Consulting Inc.
LRS-RDC Inc.
Lubbock Electric Co. Inc.
Lubrication Services LLC
Lucas, Mitchell L.
Lufkin Electric Co. Inc.
Lufkin France
Lufkin Industries Inc.
Lufkin Rubber & Gasket
Luminant Energy
Luminant Energy Co. LLC
Lyle Oil Co.
M&C Products Analysis Technology Inc.
M&S Technologies Inc.
M.T. Casey & Associates
M.W. Smith Equipment Inc.
Mackson Inc.
Macquarie Energy LLC
Macquarie Futures
Madison Group LLC

Magellan Behavior Health Inc.
Magellan Behavioral Health
Magnetic Instrumentation Inc.
Magnetic Instrumentation Inc.
Magnetrol International Inc.
Magnolia Independent School District (TX)
Magnum Engineering & Controls Inc.
Magnum Technical Services
Mainline Information Systems Inc.
Maintenance Engineering Corp.
Mammoet USA Inc.
Management Associated Results Co.
Management Resources Group Inc.
Mannings USA
Maptek
Marco Inspection Services LLC
Marco Specialty Steel Inc.
Mario Sinacola & Sons
Mario Sinacola & Sons Excavating Inc.
Marketing Arm Inc., The
MarketNet Inc.
Markit Group Ltd.
Marriott International Inc.
Martin Engineering
Martin Luther King Community Center
Martin Marietta Materials Inc.
Martzell & Bickford
Mass Technologies Inc.
Mastec North America Inc.
Mastercraft Business Forms Inc.
Mastercraft Printed Products & Services
Master-Lee Engineered Products
Masterplan
Matheson Tri-Gas
Mathilde E. Taube Living Trust A
Mathilde E. Taube Living Trust B
Mathworks Inc., The
Mayhan Fabricators Inc.
MC2 Energy LLC
McAdams Road Advisory LLC
McAulay Firm, The
McCollum Electronics Inc.
McCombs School of Business
McConnell & Jones LLP
McConway & Torley Group
McCullough & Associates

McDermott Will & Emery
McDonald Public Relations Inc.
McDonald, Margie
McDonough Construction
McGivney & Kluger PC
McGivney & Kluger PC Trust
McGlinchey Stafford Pllc
McGuirewoods Consulting LLC
McGuireWoods LLP
McJunkin Red Man Corp.
McKinney, City of (TX)
McLennan County (TX)
McMaster-Carr Supply Co.
McNichols Co.
Mechanical & Ceramic Solutions Inc.
Mechanical Dynamics
Mechanical Dynamics & Analysis Inc.
Mechtech Inc.
MECO Inc.
Media Management
Medium Term Finance
Medsafe
Mega Energy LP
Megger
Mehlman Vogel Castagnetti Inc.
Mellon Bank
Mellon Trust of New England NA
Menardi
Menardi Mikropul LLC
Mercer
Mercer Human Resource Consulting
Mercer Rubber Co.
Merico Abatement Contractors Inc.
Meridium Inc.
Merrick Industries
Merrill Lynch Capital Services
Merrill Lynch Commodities
Merrill Lynch Pierce Fenner & Smith
Merritt, Dorothy
Meserve, Richard A., Dr.
Mesquite Social Services
Mesquite Tax Fund (TX)
Metabank
Metco Environmental
MetLife
Metrocrest Service Center

Metso Minerals Industries Inc.
Mexican American Legislative Policy
 Council
Mfg Industrial Corp
Mgroup Strategies
MHC X-Ploration Corp.
Michael C Fina Corporate Sales Inc.
Michelin North America
Michelin Tire Co.
Michelin Tire Corp.
Microsoft Corp.
Microsoft Licensing GP
Midco Sling & Cable Co.
Midco Sling of East Texas
Midlothian Cement TXI Operations
Midwesco Filter Resources Inc.
Midwest Energy Emissions Corp.
Midwestern State University
Mignon McGarry
Milam County (TX)
Milbank Tweed Hadley & McCloy LLP
Millco Advisors LP
Miller & Chevalier
Miller & Chevalier Chartered
Miller Chevalier
Miller Electric Co. - Dallas
Miller Electric Co. - Orlando
Miller-Starnes Chevrolet Buick Inc.
Mimeo.com Inc.
Mincom Inc.
Mine Service Inc.
Mine Service Ltd.
Minority Alliance Capital
Mirion Technologies
Mirion Technologies (MGPI) Inc.
Mission Arlington
Missouri & Northern Arkansas Railroad Co.
 Inc.
Missouri Department of Revenue
Mistras Group Inc.
Mitchell County (TX)
Mitsubishi Electric Power Products Inc.
Mobile Enterprises Inc.
Model Metrics Inc.
ModSpace
Modular Space Corp.

Moelis & Co. LLC
Moltz Morton O'Toole LLP
Moody's Analytics Inc.
Moody's Investors Service
Morgan Lewis & Bockius
Morgan Lewis & Bockius LLP
Morgan Stanley & Co. Inc.
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services
Morgan Stanley Government Portfolio
Morgan Stanley Institutional Liquidity
 Funds
Morgan Stanley Treasury Portfolio Funds
Morris Material Handling Inc.
Mosby Mechanical
Motion Industries
Motiva Enterprises LLC
MP Husky LLC
MPR Associates Inc.
MPW Industrial Water Services
MRC Rail Services LLC
MRDB Holdings Inc.
MRO Software
MTI Industrial Sensors
Munters Corp.
Museum of Nature & Science
Music Mountain Water Co.
Nacogdoches Memorial Hospital
Naes Corp.
Nalco Co.
Napa Auto Parts
Napa Tire & Auto Supply Inc.
NASDAQ OMX Commodities
Nassif Chbani Inc.
National Association of Manufacturers
National Chemsearch
National Field Services
National Filter Media Corp. (NFM)
National Mining Association
National Pump & Compressor (LA)
National Pump & Compressor (TX)
National Switchgear Systems Inc.
Natural Gas Exchange Inc.
Navasota Valley Electric Cooperative
Navigant Consulting Inc.
NC Motors & Controls Inc.

NCO Financial Systems Inc.
Nebraska, State of
NEED - National Energy Education
	Development
NERA - National Economic Research
	Association
Netco Inc.
Network & Security Technologies
Network of Community Ministries Food
	Bank
Neu Consulting Group LLC
Neuco Inc.
Neundorfer Inc.
New Pig Corp.
New Prospect Water Supply Corp.
Newark Corp.
NewEdge USA LLC
Newport Group Inc., The
Newport News Industrial Corp.
NextEra Energy Power Marketing
NF Urenco Enrichmt
Nice Systems Inc.
Nix Electric Co.
Noble Americas Gas & Power Corp.
Noble Technical Consultants Inc.
Noblett Electric Motor Service
Nolan Power Group LLC
North American Energy Services
North American Substation Services
North Antelope Rochelle Mine
North Central Ford
North Highland Co., The
North Houston Valve & Fitting Inc.
North Louisiana Land Grading Inc.
North Plains Systems
North Plains Systems
NorthBridge Group
Northeast Emergency District - Euless
Northeast Texas Machine Welding &
	Hardfacing Corp.
Northeast Texas Municipal Water District
Northeast Texas Power Ltd.
Northeastern Pavers Inc.
Northgate Arinso
NorthgateArinso Inc.
Nov Wilson LP

Nova Machine Products
Novinium Inc.
Novo 1
NRG Power Marketing Inc.
NRG Power Marketing LLC
Nuclear Electric Insurance
Nuclear Energy Institute
Nuclear Logistics Inc.
NuCompass Mobility Services Inc.
Nucon International Inc.
Nueces County Community Action Agency
NuEnergy Inc.
Nukem Inc.
Nunn Electric Supply
NWP Indian Mesa Wind Farm LP
NWS Technologies LLC
Oakridge Bellows
Oberti Sullivan LLP
Occupational Health Centers of the
	Southwest
Ocwen Loan Servicing LLC
Odessa Pumps & Equipment Inc.
OEAAT Inc.
Office of Surface Mining
Ogletree Deakins Nash Smoak & Stewart
	PC
Okonite Co., The
Oliver Goldsmith Co. Inc.
Olson, Lyndon L., Jr.
Olympus NDT Inc.
O'Melveny & Myers LLP
Omnibound Technologies Inc.
OMS Strategic Advisors LLC
Oncor Electric Delivery
Oncor Electric Delivery Holdings
Ondeo Nalco Co.
O'Neal Flat Rolled Metals
O'Neill Athy & Casey PC
OneMain Financial
OneSource Virtual HR Inc.
Online Resources Corp.
Open Text Corp.
Operator Training & Inspection Services
	LLC
Opnet Technologies
Oracle America Inc.

Oracle Credit Corp.
Orbital Tool Technologies Corp.
Orion Instruments
OSIsoft Inc.
Otis Elevator Co.
Overhead Door Co. of Tyler
Oxea Corp.
P&E Mechanical Contractors LLC
Pala Interstate LLC
Palco Engineering & Construction
Pall Advanced Separations System
Pall Corp.
Pall Trinity Micro
Palmetto Mining Inc.
Palos Enterprises Inc.
Panola County (TX)
Pape Enterprises Inc.
Parago Promotional Services Inc.
Pariveda Solutions Inc.
Park Place Technologies
Parker Auto Supply
Parker, John Cody
Parker, John W.
Parkey Consulting
Particulate Control Technologies
Pasco Inc.
Pastor Behling & Wheeler LLC
Patara Oil & Gas LLC
PATH - People Attempting To Help
Pattern Recognition Technologies
Paul Broussard & Associates Inc.
Paul Weiss Rifkind Wharton & Garrison
PCI / Promatec
Pco Div II Inc.
PCPC Direct Ltd.
PCPC Inc.
Peabody Coalsales LLC
Peabody Coaltrade LLC
Peabody Powder River Mining LLC
PEICo / Southern Electric International Inc.
Pennsylvania Crusher Corp.
Perella Weinberg Partners LP
Performance Contracting Inc.
Perry & Perry Builders Erectors
Perry & Perry Builders Inc.
Perry Street Communications LLC

Peter's Chevrolet
Peterson, Amos J.
Peterson, Jimmy Leo
Philadelphia Gear - a brand of Timken
    Gears & Services Inc.
Philip Morris Capital Corp.
Philips & Meachum Public Affairs
Phoenix Industrial Services LP
Pierce Construction Inc.
Pierce Pump
Pilgrim International
Pillsbury Winthrop Shaw Pittman
Pinnacle Industries Ltd.
Pinnacle Investigations
Pinnacle Technical Resources Inc.
Pioneer Enterprises
Pioneer Well Services LLC
Pira Energy Group
Pitney Bowes Purchase Power
Pitney Bowes Software Inc.
PKMJ Technical Services Inc.
Plains Pipeline LP
Plant Equipment & Services Inc.
Plastocor Inc.
Platinum Intelligent Data Solutions
Platts - Division of McGraw-Hill
Point 2 Point Global Security Inc.
Polan Culley Advocacy Group
Polygon
Port-A-Jon
Powell Delta /Unibus Division
Powell Electrical Systems Inc.
Power & Industrial Services Corp.
Power Advocate Inc.
Power Brokers LLC
Power Control Systems Engineering Inc.
Power Distribution Products Inc.
Power Engineers Inc.
Power Pac
Power Partners Inc.
Power Plant Outage Services LLC
Power Plant Services
Power Support Inc.
Power System Services Ltd.
PowerAdvocate
PowerRail Distribution Inc.

Powmat Ltd.
Practicing Perfection Institute
PRC Environmental Inc.
Precision Interior Constructors
Precision Landscape Management
Predict Inc.
Preferred Pump & Equipment Inc.
Premier Concrete Products
Premier Technical Services Inc.
Price International Inc.
PricewaterhouseCoopers LLP
Priefert Manufacturing Co. Inc.
Prime Controls LP
Prime Energy Services LLC
Princess Three Operating
Princeton Payment Solutions LLC
Print Synergies Inc.
Priority Power Management LLC
Process Solutions Inc.
Process Solutions Integration
Producers Cooperative
Professional Training Technologies Inc.
Progress Rail Inc.
Progress Rail Services
Progressive Water Treatment
Pro-Line Water Screen Services
Property Cost Systems
Protect Controls Inc.
Pro-Tem
Protiviti Inc.
Provisional Safety Management
Prowell, Anna
PS Energy Group Inc.
PSAM Worldarb Master Fund Ltd.
PSW Inc.
Public Strategies Inc.
Public Utility Commission of Texas
PublicRelay Inc.
Puente Brothers Investments
Puffer-Sweiven LP
Pureworks Inc.
PVO Energy LP
Pyramid Security Advisors
Quality Consultants
Quality Fuel Trailer & Tank
Qualtech NP

Qualys Inc.
Quantum Spatial Inc.
Quest Software
R&R Heat Exchangers
R.J. Corman Railroad
R.W. Harden & Associates Inc.
RAB Inc.
RAB of Louisiana Inc.
RAD Trucking Ltd.
Railroad Commission of Texas
Railroad Friction Products Corp
Railworks Track Systems Texas
Ran Davis Software LLC
Rand Worldwide Subsidiary Inc.
Randy Turner Services LLC
Ranger Excavating LP
Rawson Inc.
Rawson LP
Ray W. Davis Consulting Engineers Inc.
RC Facility Services LLC
Reagan Transportation
Reagan, Alta Rae
Red Ball Oxygen Co. Inc.
Red Dot Corp.
Red Man Pipe & Supply Co.
Red River Environmental Product
Red River Pump Specialists LLC
Regional Steel Inc.
Regional Steel Products Inc.
Regulus Group LLC
Reilly, William K.
Relay Security Group
Reliance Insurance
Remote Ocean Systems
Renewal Parts Maintenance Inc.
Republic Services National
Republican Governors Association
RES Energy Solutions
Rescar Inc.
Reuters America Inc.
Revenew International LLC
Rexel
Rexel Summers
Reynolds Co., The
Reynolds Industrial Contractors
Riata Ford

Rice University
Richard Parker Family Trust
Richards Group, The
Richards Layton & Finger PA
Richie, Carl S., Jr., Attorney at Law
Richwood Industries Inc.
Rickey N. Bradley Feed & Fertilizer
Ricochet Fuel Distributors
Rightnow Technologies Inc.
Rimpull Corp.
River City Valve Service Inc.
Robert E. Lamb Inc.
Robert J. Jenkins & Co.
Roberts & Spencer Instrument Co.
Roberts Coffee & Vending
Roberts, Jack
Robertson County (TX)
Robinson Fans Inc.
Rockbestos Surprenant Cable Corp.
Rocket Software Inc.
Rolling Plains Management Corp.
Romco Equipment Co
Romero's Concrete Construction
Ronan Engineering Co.
Ropes & Gray LLP
Rosemount Analytical
Rosemount Inc.
Rosemount Nuclear Instruments Inc.
Ross, Alicia Bee
Ross, John Michael
Rotaserv LP
Rotating Equipment Repair Inc.
Round Rock Area Serving Center
Roussel & Clement
RPM Services Inc.
RR Donnelley Receivables Inc.
RSCC Wire & Cable LLC
Rud Chain Inc.
RuhrPumpen Inc.
Runge Inc.
RungePincockMinarco
Rusk County (TX)
Rusk County Electric
Rusk County Electric Co-Op Inc.
Rusk County Electric Cooperative
Rusk County Rural Rail District

Rusk County Well Service Co. Inc.
Russell & Sons Construction Co. Inc.
Russell Reynolds Associates Inc.
Rutherford Equipment
Ryan Inc.
Ryan Mackinnon Vasapoli & Berzok
S&C Electric Co.
S&S Machining & Fabrication
Sabia Inc.
Sabine River Authority of Texas
Sabre Alloys LP
Sadler, Charles D.
Safariland LLC
Saferack
Safety Services Co
SAG Enterprises
SAIC
SAIC Energy Environment & Infrastructure
    LLC
Sales Marketing & Real Technologies
Salesforce.com Inc.
Salesmanship Club Charitable Golf of
    Dallas Inc.
Salvation Army Corps Midland
Salvation Army, The
Samson Lone Star LLC
Sandlin Motors Inc.
SAP Public Services
Sargent & Lundy LLC
SAS Global Corp.
SAS Institute Inc.
Saul Subsidiary II LP
Saulsbury Industries
Saveonenergy.com
SBCC Inc.
Schindler Elevator Corp.
Schlueter Group, The
Schlueter, Stan
Schmidt, Paul A., MD
Schneider Electric
Schulz Electric Co.
Schweitzer Engineering Laboratories
Scientech - Division of Curtiss Wright Flow
    Control Service Corp.
Scope Management Ltd.
Scope Management Solutions Ltd.

Score Atlanta Inc.
Scott & White
Scotwood Industries Inc.
Screening Systems International
Seamans Inc.
Secureworks Inc.
Securitas Security Services USA Inc.
Select Energy Services
Select Oilfiled Construction
Selectica Inc.
Sendero Business Services LP
Seneca Group LLC, The
Senior Flexonics Inc.
Senior Source, The
Sentry Equipment Corp.
Serena International
Serena Software Inc.
Serengeti Law
Set Environmental Inc.
Setpoint Integrated Solutions
SGS North America Inc.
Sharing Life Community Outreach
Sharyland Utilities LP
Shaw Maintenance
Shaw Maintenance (CB&I)
Shearman & Sterling
Sheldon, Richard
Shell Energy North America US LP
Shell Lubricants
Sheltering Arms Senior Services
Shermco Industries Inc.
Sherwin Williams
SHL US Inc.
Sidley & Austin
Sidley Austin LLP
Siemens Demag Delaval Turbomachinery
    Inc.
Siemens Energy Inc.
Siemens Industry Inc.
Siemens Power Generation Inc.
Siemens Water Technologies Inc.
Siemens Westinghouse Power Corp.
Silverpop Systems Inc.
Silverscript Insurance Co.
SimGenics LLC
Simon Greenstone Panatier Bartlett

Simon Peragine Smith & Redfearn
SimplexGrinnell LP
Simpson Thacher & Bartlett LLP
Sitech Tejas
Sitecore USA Inc.
Sitel Operating Corp.
Six Flags Over Texas
SKA Consulting LP
SKF USA Inc.
Skillsoft Corp.
Skycom Inc.
Skyhawk Chemicals Inc.
Slover & Loftus
SmartSignal Corp.
SMI Energy LLC
Smith County Tax Office (TX)
Smith Equipment USA
Smith Hanley Associates LLC
Sochem Solutions Inc.
Societa Chimica Larderello SpA
Software House International
Solvents & Metals Inc.
Somervell County General Fund (TX)
Somervell County Water District (TX)
Somervell Floors
Sound Technologies
Southern Co. Services
Southern Crane & Elevator
Southern States Inc.
Southern Tire Mart
Southern Tire Mart #49
Southwell Industries
Southwest Airgas
Southwest Airlines Co.
Southwest Business Corp.
Southwest Research Institute
Southwestern Bell Telephone
Southwestern Corp.
SPA Victoria LP
Spacenet Inc.
Spar Inc.
Spectera Inc.
Spectro Analytical Instruments
Spectro Inc.
Spencer Stuart
Spencer-Harris of Arkansas Inc.

Spiramid LLC
SPM Flow Control Inc.
Spot Coolers
Sprint
SPX Flow Control
SPX Flow Technology
SPX Heat Transfer Inc.
SPX Heat Transfer LLC
SPX Transformer Solutions Inc.
SPX Valves & Controls
ST2 LLC
Stafford Juneau Holdings Inc.
Standard & Poor's
Standard Laboratories Inc.
Standard Parking Corp.
Stanley Consultants Inc.
Star Electricity LLC
Star International Inc.
Star Tex Power
STARS Alliance
State Industrial Products
Statement Systems Inc.
Steag Energy Services LLC
Steam Specialties Inc.
Steam Turbine Alternative Resources
Steddum, Michael
Stein Industries Inc.
Stella-Jones
Stephen F. Austin University
Stewart - America's Premier Sign Co.
Stewart & Stevenson
Stewart & Stevenson Power Products
Stock Equipment Co. Inc.
Stone & Webster Inc.
Storm Technologies Inc.
Story-Wright Inc.
Stovall, Steve
Straight Edge Energy Consultants
Stress Engineering Services Inc.
Structural Integrity Associates
Structure Works Inc.
Stryke Inc.
Stuart C Irby Co.
Studio 206
Successfactors Inc.
Successfactors.com

Sulphur Springs Independent School District (TX)
Sulphur Springs, City of (TX)
Sulzer Pumps
Sulzer Pumps (US) Inc.
Summit Controls Inc.
Summit Electric
Summit Energy Services Inc.
Sun Coast Resources Inc.
Sun Technical Services Inc.
Sunbelt Supply Co.
Sungard Consulting Services LLC
Sungard Energy Systems
Superior Belt Filter LLC
Survey Sampling International
Susman Godfrey LLP
Sutherland Asbill & Brennan LLP
Sweetwater Wind 1 LLC
Swenson, Kurt R.
Swesco Inc.
Swigor Marketing Group LLC
SWS Environmental Services
Sybase - an SAP Co.
Syniverse Technologies LLC
Systems Group Inc.
T&T Lighting
TA Instruments Waters LLC
Taber Estes Thorne & Carr Pllc
Taggart Global LLC
Talley & Associates
Target Rock Corp.
Tarrant County (TX)
Tarrant County Department of Human Services (TX)
Tarver, James D., Jr.
Taylor Armature Works LLC
Taylor Brothers Welding Service Inc.
Taylor Telcomm Inc.
TCEHC
TD Industries
TDC Filter Manufacturing Inc.
TDS Excavation Services
TeaLeaf Technology Inc.
Team Excavating
Team Industrial Services Inc.
Team Oil Tools

TEC Well Service Inc.
Tech Plan Inc.
Techline Inc.
Technetics Group Columbia
Technologent
Techserv Consulting & Training
Teco-Westinghouse Motor Co.
TEKsystems Inc.
Telecom Electric Supply Co.
Teledyne
Teledyne Monitor Labs Inc.
Teledyne Test Services
Telvent USA  LLC
Telwares
Temenos
Templeton Air Conditioning &
    Refrigeration
Tenaska Power Services Co.
Tennessee Valley Authority
Terix Computer Service Inc.
TerraSource Global
TES Energy Services LP
TES Inc.
Test Dynamics Inc.
Testex Inc.
Tex Blast Sandblasting
Tex La Electric Cooperative
Texas Air Hydraulic Services & Supply
Texas Air Hydraulics
Texas Air Systems Inc.
Texas Alloys & Tool Co.
Texas Association of Business
Texas Big Spring
Texas Commission on Environmental
    Quality
Texas Competitive Power Advocates Inc.
Texas Comptroller of Public Accounts
Texas Crushed Stone Co.
Texas Department of Criminal Justice
Texas Department of State Health Services
Texas Department of Transportation Trust
    Fund
Texas Diesel Maintenance Inc.
Texas Disposal Systems
Texas Energy Aggregation LLC
Texas Energy Research Associates Inc.

Texas Engineering Experiment
Texas Flags Ltd.
Texas Health Resources
Texas Heritage Title LLC
Texas Meter & Device Co.
Texas Mining & Reclamation Association
Texas New Mexico Power Co.
Texas Power & Light Co.
Texas Process Equipment Co.
Texas State Comptroller of Public Accounts
Texas State History Museum Foundation
Texas State Treasury
Texas Trees Foundation
Texas Valve & Fitting Co
Texas Weather Instruments Inc.
Texas, Public Utility Commission of
Texas, Railroad Commission of
Texasadmin.com Inc.
Tex-La Electric Cooperative
TFS Energy Futures LLC
TFS Energy LLC
Thermal Engineering International Inc.
Thermal Specialties Inc.
Thermo Electron NA LLC
Thermo Environmental Instruments Inc.
Thermo Fisher Scientific
Thermo Orion Inc.
Thermo Process Instruments LP
Thibado Inc.
Thomas, Gerald E.
Thomas, Janice
Thomasson Co.
Thompson & Knight LLP
Thompson, Jake
Thompson, Sally
Thomson Reuters
Thomson Reuters
Thomson Reuters (Property Tax Services)
    Inc.
Thomson Reuters West
Thurman Transportation Inc.
ThyssenKrupp Elevator Corp.
ThyssenKrupp Safway Inc.
Tibco Software Inc.
Time Warner Cable
Timken Gears & Services Inc.

Timsco International Inc.
Timsco Texas Industrial Maintenance
    Supply Co.
Titan Engineering Inc.
Titus Central Appraisal District (TX)
Titus County (TX)
Titus County Fresh Water Supply District
    No. 1 (TX)
TLT-Babcock Inc.
TNT Crane & Rigging
Todds A/C Inc.
Toledo Automotive Supply of Carthage Inc.
Tomecek Electric
Top Hat Services
Toshiba International Corp.
Total Alchemy LLC
Towers Watson Pennsylvania Inc.
TowHaul Corp.
Townley Engineering & Manufacturing Co.
    Inc.
Townley Foundry & Machine Co. Inc.
Townley Manufacturing Co.
TPG Capital LP
TPG Capital Management LP
TPUSA Inc.
Trac-Work Inc.
Trane
Trans Union Corp.
Transactel (Barbados) Inc.
Transcat Inc.
Trans-Rental Inc.
TransUnion LLC
Transwestern
TRC Cos. Inc.
Trend Gathering & Treating LP
Trent Wind Farm LP
Tri Special Utility District
Trico Corp.
Trimble, Barry D.
Trimble, Roxanna M.
Trinity Industries Inc.
Trinity River Authority of Texas
Trinity River Water Authority
Triple J SA Inc.
Triple M Machine Inc.
Tripwire Inc.

TRT Development Co. West Houston
True North Consulting LLC
Truman Arnold Cos.
TSI Holdings LLC
TSTC Waco
Tullett Prebon Americas Corp.
Tullett Prebon Financial Service LLC
Turbine Repair Services
Turbo Components & Engineering
TurboCare
Turn Key Operations
Turner Bros Crane & Rigging
Turner Seed Co.
Turnkey Security Inc.
Twin Eagle Resource Management LLC
Twin State Trucks Inc.
TXU Electric Delivery Co.
TXU Energy
TXU Energy Receivables Co.
TXU Energy Retail Co.
TXU Receivables Co.
Ty Flot Inc.
Tyler Junior College
Tyler Junior College Foundation
Tyndale Co. Inc.
Tyson Building Corp.
UG USA Inc.
UniFirst
United Building Maintenance Inc.
United Conveyor Corp.
United Conveyor Supply Corp.
United Recyclers LP
United Rentals
United Rentals North America Inc.
United Sciences Testing Inc.
United States Chamber of Commerce
United States Department of Energy
United States Enrichment Corp.
United States Gypsum Co.
United States Mine Safety & Health
    Administration
United States Naval Academy
United States Naval Academy Foundation
United States Nuclear Regulatory
    Commission

United States Treasury Single Taxpayors (IRS)
United Training Specialists LLC
United Way of Metropolitan Dallas
Univar USA Inc.
Universal Blastco
Universal Vacuum Service
University of North Texas
University of Texas at Arlington
University of Texas at Austin
University of Texas at Dallas
Uranium One Inc.
Urban League of Greater Dallas
URS Corp.
US Bank Corporate Trust
US Bank Trust NA
US Enrichment Corp.
USP & E Global LLC
USPS
U-Tegration Inc.
Utilities Service Alliance Inc.
Utility Integration Solutions
Utility Marketing Services Inc.
Utility Systems Inc.
Valcor Engineering
Valero Texas Power Marketing Inc.
Vannoy & Assoc Inc.
Vaughan Equipment Sales & Rental
Vault Energy Solutions LLC
Vector Controls LLC
Velan Valve Corp.
Velocity Industrial LLC
Venture Aggregates LLC
Venture Research Inc.
Ventyx Inc.
Veolia ES Industrial Services
Verifications Inc.
Veritox Inc.
Verizon
Verizon Business
Verizon Southwest
Verizon Wireless
Vinson & Elkins
Vinson Process Controls Co.
Vishay Transducers
Vista Training Inc.

Vitality Group, The
Vitrue Inc.
VMware Inc.
VoiceLog
Voith Turbo Inc.
Vose Software BVBA
Voxai Solutions Inc.
VR Steel LLC
VXI Global Solutions Inc.
Wabtec Global Services
Wachtell Lipton Rosen & Katz
Waco Auto Glass Center
Waco Foundation
WageWorks Inc.
Wahlco Metroflex
Walker Sewell LLP
Ward County (TX)
Ward Sign Co.
Warfab Inc. & Erection Corp.
Warren Fabricating Corp.
Washington Speakers Bureau
Waste Control Specialists LLC (WCS)
Waste Management of Texas Inc.
Watco Cos. Inc.
Watco Mechanical Services
Water Texas PAC
Watercut Services Inc.
Waukesha Electric
Waukesha-Pearce Industries Inc.
Wave Technology Solutions Group
Weatherproofing Services LLC
Weber Shandwick
WebFilings LLC
Webster, Frances M.
Weir Minerals
Weir Slurry Group Inc.
Weir SPM
Weir Valves & Controls USA Inc.
Wells Fargo Bank
Wells Fargo Bank Northwest NA
Wells Fargo Home Mortgage
Wesco
West Dallas Multipurpose Center
West Publishing Corp.
West Texas Opportunities Inc.
Westech Engineering Inc.

Western Asset Institutional Government
    Fund
Western Data Systems
Western Filter Co. Inc.
Western States Fire Protection
Western Technology Inc.
Westfire Inc.
Westin Engineering Inc.
Westinghouse Electric Co.
Westinghouse Electric Co. LLC
Westinghouse-Nuclear
Weyco Manufacturing
Weyerhaeuser
White & Case
White Cap Construction
White Fence Inc.
White Oak Radiator Service
White Technologies Inc.
Whitehead Construction Inc.
Whitson & Co.
Wholesale Pump & Supply
Wholesale Supply Inc.
Wick Phillips LLP
Wildcat Cranes Inc.
Willbros T&D Services
William E. Groves Construction
Williams Capital Group LP, The
Williams Patent Crusher & Pulverizer Co.
Williamson, Billie Ida
Willis of Texas Inc.
Wilson Co.
Wilson Culverts
Wilson Industries
Wilson Mohr Inc.
Wilson Supply Co.
Wilsonart International Holdings
Wilson-Mohr Inc.
Windstream
Winstead PC
Winston & Strawn LLP
Wire Rope Industries
Wirerope Works Inc.
WM Renewable Energy

WOI Petroleum
Womble Drilling Co.
Women's Business Enterprise National
    Council
Wood, Patricia
Woodson Lumber & Hardware
Woodwright Co. Inc.
Workday Inc.
Workplace Resource of Dallas
Worksoft
World Energy Solutions Inc.
WPP Group USA Inc.
WRG LLC
W-S Industrial Services Inc.
W-S Specialty Services LLC
WSI Corp.
Wyoming Department of Revenue AV Tax
Xenon Marketing LLC
XOJet Inc.
XTO Energy Inc.
Yanaway, Diane
Yates Buick Pontiac GMC
Yates Buick/GMC
Yokogawa Corp. of America
York Capital Management LP
York Credit Opportunities Fund LP
York Credit Opportunities Master Fund LP
York Multi Strategy Master Fund
York Pump & Equipment
York Risk Services Group Inc.
York, a Johnson Controls Co.
York, Amber Lemerle
York, Byron P., Jr
Young Central Appraisal District (TX)
Youngblood Oil Co.
Youngblood, Kneeland
Zayo Fiber Solutions
Zeefax Inc.
Zep Sales & Service
Zepco
Zephyr Environmental Corp.
Zivelo
Zolfo Cooper LLC

# SCHEDULE 1(y)

### Surety Bonds

Liberty Mutual Insurance Co.
Railroad Commissioners of Texas
Reliance Insurance Co.
RLI
Safeco Insurance Co. of America
Texas Department of Transportation, State of
Texas Department of Transportation, State of  (Paris District)
Texas Department of Transportation, State of  (Tyler District)
Texas State Highway & Public Transportation Commission
Texas Transportation Commission
Texas, State of
United States Army Corp of Engineers, Fort Worth

# SCHEDULE 1(z)

## Taxing Authorities

Abbott Independent School District (TX)
Abbott, City of (TX)
Abernathy, City of (TX)
Abilene Independent School District (TX)
Abilene, City of (TX)
Academy Independent School District (TX)
Ackerly, City of (TX)
Adams County (CO)
Addison, Town of (TX)
Agua Dulce, City of (TX)
Airline Improvement District (TX)
Alabama Department of Revenue
Alamo Heights, City of (TX)
Alamo, City of (TX)
Albany Independent School District (TX)
Albany, City of (TX)
Aldine Community Improvement District (TX)
Aledo Independent School District (TX)
Aledo, City of (TX)
Alice, City of (TX)
Allen Independent School District (TX)
Allen, City of (TX)
Alma, Town of (TX)
Alpine, City of (TX)
Alto Independent School District (TX)
Alto, Town of (TX)
Alton, City of (TX)
Alvarado Independent School District (TX)
Alvarado, City of (TX)
Alvin, City of (TX)
Alvord Independent School District (TX)
Alvord, Town of (TX)
Amarillo, City of (TX)
Anahuac Municipal Development District (TX)
Anahuac, City of (TX)
Anderson County (TX)
Andrews County (TX)
Andrews County Hospital District (TX)
Andrews Independent School District (TX)

Andrews, City of (TX)
Angelina County (TX)
Angelina County FWD (TX)
Angelina County Jr. College (TX)
Angleton, City of (TX)
Angus, City of (TX)
Anna Independent School District (TX)
Anna, City of (TX)
Annetta North, Town of (TX)
Annetta South, Town of (TX)
Annetta, Town of (TX)
Annona, Town of (TX)
Anson Independent School District (TX)
Anson, City of (TX)
Apple Springs Independent School District (TX)
Aquilla Independent School District (TX)
Aransas County (TX)
Aransas County Health Services (TX)
Aransas Pass Crime Control District (TX)
Aransas Pass Develop District (TX)
Aransas Pass, City of (TX)
Arapahoe County (CO)
Archer City Independent School District (TX)
Archer City, City of (TX)
Archer County (TX)
Arcola, City of (TX)
Argyle Crime Control District (TX)
Argyle Independent School District (TX)
Argyle, City of (TX)
Arizona Department of Revenue
Arkansas, State of
Arlington Independent School District (TX)
Arlington, City of (TX)
Arp Independent School District (TX)
Arp, City of (TX)
Asherton, City of (TX)
Aspermont, Town of (TX)
Atascosa County (TX)
Athens Independent School District (TX)

Athens Municipal Water Authority (TX)
Athens, City of (TX)
Aubrey Independent School District (TX)
Aubrey, City of (TX)
Aurora, City of (TX)
Austin Community College - Bastrop (TX)
Austin Community College - Lee (TX)
Austin Community College - Travis County
    (TX)
Austin Community College (TX)
Austin County (TX)
Austin Independent School District (TX)
Austin Metropolitan Transit Authority (TX)
Austin, City of (TX)
Austwell, City of (TX)
Avalon Independent School District (TX)
Avery Independent School District (TX)
Axtell Independent School District (TX)
Azle Crime Control District (TX)
Azle Independent School District (TX)
Azle, City of (TX)
Baca County (CO)
Bailey County (TX)
Bailey, City of (TX)
Bailey's Prairie, Village of (TX)
Baird, City of (TX)
Balch Springs, City of (TX)
Ballinger Independent School District (TX)
Ballinger Memorial Hospital District (TX)
Ballinger, City of (TX)
Balmorhea, City of (TX)
Bandera County (TX)
Bangs Independent School District (TX)
Bangs Municipal Development District (TX)
Bangs, City of (TX)
Bardwell, City of (TX)
Barry, City of (TX)
Bartlett Independent School District (TX)
Bartlett, City of (TX)
Bartonville, Town of (TX)
Bastrop County (TX)
Bastrop Independent School District (TX)
Bastrop, City of (TX)
Bastrop-Travis ESD #1 (TX)
Bay City, City of (TX)
Baylor County (TX)

Baylor County Hospital District (TX)
Baylor Hospital District (TX)
Bayou Vista, City of (TX)
Bayside, Town of (TX)
Baytown Crime Control (TX)
Baytown Fire EMS (TX)
Baytown Municipal Development District
    (TX)
Baytown, City of (TX)
Bayview, Town of (TX)
Beasley, City of (TX)
Beaumont, City of (TX)
Beckville Independent School District (TX)
Bedford, City of (TX)
Bee County (TX)
Beeville, City of (TX)
Bell County (TX)
Bell County Road (TX)
Bellaire, City of (TX)
Bellevue Independent School District (TX)
Bellevue, City of (TX)
Bellmead, City of (TX)
Bells Independent School District (TX)
Bells, Town of (TX)
Bellville, City of (TX)
Belton Independent School District (TX)
Belton, City of (TX)
Benavides, City of (TX)
Benbrook Library District (TX)
Benbrook, City of (TX)
Benjamin, City of (TX)
Bent County (CO)
Berryville, Town of (TX)
Beverly Hills, City of (TX)
Big Lake, City of (TX)
Big Spring Independent School District
    (TX)
Big Spring, City of (TX)
Big Wells, City of (TX)
Birdville Independent School District (TX)
Bishop, City of (TX)
Blackwell Independent School District (TX)
Blackwell, City of (TX)
Blanco County (TX)
Blanco County North Library District (TX)
Bland Independent School District (TX)

Blanket Independent School District (TX)
Blanket, Town of (TX)
Blooming Grove Independent School
    District (TX)
Blooming Grove, Town of (TX)
Blossom, City of (TX)
Blue Mound Crime Control (TX)
Blue Mound, City of (TX)
Blue Ridge Independent School District
    (TX)
Blue Ridge, City of (TX)
Bluff Dale Independent School District (TX)
Blum Independent School District (TX)
Blum, Town of (TX)
Bogata Crime Control (TX)
Bogata, City of (TX)
Boles Home Independent School District
    (TX)
Bonham Independent School District (TX)
Bonham, City of (TX)
Borden County (TX)
Borden Independent School District (TX)
Bosque County (TX)
Bosqueville Independent School District
    (TX)
Boulder County (CO)
Bowie County (TX)
Bowie Independent School District (TX)
Bowie, City of (TX)
Boyd Independent School District (TX)
Boyd, Town of (TX)
Brackettville, City of (TX)
Brady, City of (TX)
Brazoria County (TX)
Brazoria, City of (TX)
Brazos Country, City of (TX)
Brazos County (TX)
Brazos County ESD #1 (TX)
Breckenridge Independent School District
    (TX)
Breckenridge, City of (TX)
Bremond Independent School District (TX)
Brenham, City of (TX)
Brewster County (TX)
Brewster County ESD No. 1 (TX)
Bridge City, City of (TX)

Bridgeport Independent School District
    (TX)
Bridgeport, City of (TX)
Brock Independent School District (TX)
Bronte, Town of (TX)
Brookesmith Independent School District
    (TX)
Brooks County Health Services (TX)
Brookshire - Katy Drainage District (TX)
Brookshire, City of (TX)
Brookside Village, City of (TX)
Broomfield County (CO)
Broomfield, City of (CO)
Brown County (TX)
Brownfield, City of (TX)
Brownsboro, City of (TX)
Brownsville, City of (TX)
Brownwood Independent School District
    (TX)
Brownwood, City of (TX)
Bruceville-Eddy Independent School
    District (TX)
Bruceville-Eddy, City of (TX)
Brush Creek MUD (TX)
Bryan Independent School District (TX)
Bryan, City of (TX)
Bryson Independent School District (TX)
Bryson, City of (TX)
Buckholts Independent School District (TX)
Buckholts, Town of (TX)
Buda, City of (TX)
Buena Vista Independent School District
    (TX)
Buffalo Gap, Town of (TX)
Buffalo Independent School District (TX)
Buffalo, City of (TX)
Bullard Independent School District (TX)
Bullard, Town of (TX)
Bulverde Area Rural Library (TX)
Bunker Hill Village, City of (TX)
Burkburnett Independent School District
    (TX)
Burkburnett, City of (TX)
Burke, City of (TX)
Burleson County (TX)
Burleson Independent School District (TX)

Burleson, City of (TX)
Burnet CIndependent School District (TX)
Burnet County (TX)
Byers, City of (TX)
Bynum Independent School District (TX)
Bynum, Town of (TX)
Caddo Mills Independent School District (TX)
Caddo Mills, City of (TX)
Caldwell County (TX)
Caldwell, City of (TX)
Calhoun County (TX)
California Franchise Tax Board
Callahan County (TX)
Callisburg Independent School District (TX)
Calvert Independent School District (TX)
Cameron Independent School District (TX)
Cameron, City of (TX)
Camp County (TX)
Camp Wood, City of (TX)
Campbell Independent School District (TX)
Campbell, City of (TX)
Canada Revenue Agency
Caney City, Town of (TX)
Caney, Town of (TX)
Canton Independent School District (TX)
Canton, City of (TX)
Canyon Lake Community Library (TX)
Canyon, City of (TX)
Carbon, Town of (TX)
Carlisle Independent School District (TX)
Carrizo Springs, City of (TX)
Carroll Independent School District (TX)
Carrollton - Farmers Branch Independent School District (TX)
Carrollton, City of (TX)
Carrollton-Farmers Branch Independent School District (TX)
Carthage Independent School District (TX)
Carthage, City of (TX)
Castle Hills Crime Control & Prevention (TX)
Castle Hills, City of (TX)
Castleberry Independent School District (TX)
Castleman Creek Watershed (TX)

Castro County (TX)
Castroville, City of (TX)
Cayuga Independent School District (TX)
Cedar Hill Independent School District (TX)
Cedar Hill, City of (TX)
Cedar Park, City of (TX)
Celeste Independent School District (TX)
Celeste, City of (TX)
Celina Independent School District (TX)
Celina, Town of (TX)
Center, City of (TX)
Centerville Independent School District (TX)
Centerville, City of (TX)
Central Heights Independent School District (TX)
Central Independent School District (TX)
Central Texas College (TX)
Central Texas College District (TX)
Chambers County Health Services (TX)
Chambers-Liberty Counties Navigation (TX)
Chambers-Liberty County (TX)
Chandler, City of (TX)
Chapel Hill Independent School District (TX)
Chapell Hill, Town of (TX)
Charlotte, City of (TX)
Cherokee County (TX)
Cherokee County Development District 1 (TX)
Chico Independent School District (TX)
Chico, City of (TX)
Childress County (TX)
Childress County Hospital District (TX)
Childress Independent School District (TX)
Childress, City of (TX)
Chillicothe, City of (TX)
Chilton Independent School District (TX)
China Springs Independent School District (TX)
Chireno Independent School District (TX)
Chireno, City of (TX)
Chisum Independent School District (TX)
Choctaw Watershed District (TX)

Cibolo Canyons Special Improvement
    District (TX)
Cibolo, City of (TX)
Cisco Independent School District (TX)
Cisco Jr. College District (TX)
Cisco, City of (TX)
City View Independent School District (TX)
Clarendon Maintenance (TX)
Clarksville Independent School District
    (TX)
Clarksville, City of (TX)
Clay County (TX)
Clay County FD #1 - Deandale (TX)
Clay County FD #2 - Arrowhead (TX)
Clear Creek Watershed (TX)
Clear Fork GWCD (TX)
Clear Lake Shores, City of (TX)
Clearwater UWCD (TX)
Cleburne Independent School District (TX)
Cleburne, City of (TX)
Clifton Independent School District (TX)
Clifton, City of (TX)
Clute, City of (TX)
Clyde Independent School District (TX)
Clyde, City of (TX)
Coahoma Independent School District (TX)
Coahoma, Town of (TX)
Cockrell Hill, City of (TX)
Coffee City, Town of (TX)
Coke County (TX)
Coke County UWCD (TX)
Coldspring, City of (TX)
Coleman County (TX)
Coleman Hospital District (TX)
Coleman, City of (TX)
College Station Independent School District
    (TX)
College Station, City of (TX)
Colleyville Crime Control (TX)
Colleyville, City of (TX)
Collin County (TX)
Collin County Jr. College District (TX)
Collinsville Independent School District
    (TX)
Collinsville, Town of (TX)
Colmesneil, City of (TX)

Colony, City of, The (TX)
Colorado City, City of (TX)
Colorado County (TX)
Colorado Independent School District (TX)
Columbus, City of (TX)
Comal County (TX)
Comal County Emergency Services District
    3 (TX)
Comal County Emergency Services District
    6 (TX)
Comanche County (TX)
Comanche County Hospital (TX)
Comanche Independent School District (TX)
Comanche, City of (TX)
Combes, Town of (TX)
Combine, City of (TX)
Commerce Independent School District
    (TX)
Commerce, City of (TX)
Community Independent School District
    (TX)
Como, Town of (TX)
Como-Pickton Independent School District
    (TX)
Concho County (TX)
Connally Independent School District (TX)
Conroe, City of (TX)
Converse, City of (TX)
Cooke County (TX)
Cool, City of (TX)
Coolidge Independent School District (TX)
Coolidge, Town of (TX)
Cooper Independent School District (TX)
Cooper, City of (TX)
Coppell Crime Control District (TX)
Coppell Independent School District (TX)
Coppell, City of (TX)
Copper Canyon, Town of (TX)
Copperas Cove Independent School District
    (TX)
Copperas Cove, City of (TX)
Corinth Crime Control District (TX)
Corinth, City of (TX)
Corpus Christi Crime Control District (TX)
Corpus Christi Independent School District
    (TX)

Corpus Christi Metropolitan Transit
  Authority (TX)
Corpus Christi, City of (TX)
Corrigan, Town of (TX)
Corsicana Independent School District (TX)
Corsicana, City of (TX)
Coryell County (TX)
Cotulla, City of (TX)
County Wide Equalization (TX)
Coupland Independent School District (TX)
Cove, City of (TX)
Covington Independent School District (TX)
Covington, City of (TX)
Crandall Independent School District (TX)
Crandall, City of (TX)
Crane County (TX)
Crane Hospital District (TX)
Crane Independent School District (TX)
Crane, City of (TX)
Crawford Independent School District (TX)
Crawford, Town of (TX)
Cresson, City of (TX)
Crockett Independent School District (TX)
Crockett, City of (TX)
Cross Plains, Town of (TX)
Cross Roads, Town of (TX)
Crossroads Independent School District
  (TX)
Crowell, City of (TX)
Crowley Crime Control (TX)
Crowley Independent School District (TX)
Crowley, City of (TX)
Crystal City, City of (TX)
Cuero, City of (TX)
Culberson County (TX)
Culberson County Groundwater
  Conservation District (TX)
Culberson County GWCD (TX)
Culberson County Hospital District (TX)
Culberson-Allamore Independent School
  District (TX)
Cumby Independent School District (TX)
Cumby, City of (TX)
Cushing Independent School District (TX)
Cushing, City of (TX)
Daingerfield, City of (TX)

Daingerfield-Lone Star Independent School
  District (TX)
Dalhart, City of (TX)
Dallas County (TX)
Dallas County Community College District
  (TX)
Dallas County FCD #1 (TX)
Dallas County Hospital District (TX)
Dallas County U&R District (TX)
Dallas Independent School District (TX)
Dallas Metropolitan Transit Authority (TX)
Dallas, City of (TX)
Dalworthington Gardens Crime Control
  (TX)
Dalworthington Gardens, City of (TX)
Danbury, City of (TX)
Dawson County (TX)
Dawson County Hospital District (TX)
Dawson Independent School District (TX)
Dawson, Town of (TX)
Dayton, City of (TX)
De Kalb, City of (TX)
De Leon, City of (TX)
Deaf Smith County (TX)
Dean, City of (TX)
Decatur Independent School District (TX)
Decatur, City of (TX)
Deep Ellum Standard PID (TX)
Deer Park Crime Control District (TX)
Deer Park Fire Control Prevention & EMS
  District (TX)
Deer Park, City of (TX)
Del Mar College (TX)
Del Rio, City of (TX)
Delaware Division of Revenue
Deleon Independent School District (TX)
Delta County  Emergency Services District
  (TX)
Delta County (TX)
Delta County MUD (TX)
Delta EMD #1 (TX)
Denison Independent School District (TX)
Denison, City of (TX)
Denton County (TX)
Denton County Development District No 4
  (TX)

Denton County ESD #1 (TX)
Denton County FWSD #1B (TX)
Denton County LID #1 (TX)
Denton County RUD #1 (TX)
Denton County Transportation Authority
    (TX)
Denton Independent School District (TX)
Denton, City of (TX)
Denver City, Town of (TX)
Denver County (CO)
Deport, City of (TX)
Desoto Independent School District (TX)
DeSoto, City of (TX)
Detroit Independent School District (TX)
Detroit, Town of (TX)
Devine, City of (TX)
Dew Independent School District (TX)
DFW Shared Area (Grapevine City) (TX)
Diboll Independent School District (TX)
Diboll, City of (TX)
Dickens County (TX)
Dickens, City of (TX)
Dickinson Management District (TX)
Dickinson, City of (TX)
Dilley, City of (TX)
Dimmit County (TX)
Dimmitt, City of (TX)
Dish, Town of (TX)
District of Columbia, Government of the
Dodd City Independent School District (TX)
Dodd City, Town of (TX)
Donahoe Creek WCID (TX)
Donna, City of (TX)
Dorchester, Town of (TX)
Double Oak, Town of (TX)
Douglas County (CO)
Douglass Independent School District (TX)
Downtown PID - Premium (TX)
Downtown PID - Standard (TX)
Dripping Springs Community Library (TX)
Driscoll, City of (TX)
Dublin Independent School District (TX)
Dublin, City of (TX)
Dumas, City of (TX)
Duncanville Independent School District
    (TX)

Duncanville, City of (TX)
Duval County Emergency Services District
    No. 1 (TX)
Eagle Lake, City of (TX)
Eagle Mountain-Saginaw Independent
    School District (TX)
Eagle Pass, City of (TX)
Early Independent School District (TX)
Early, City of (TX)
East Baton Rouge Parish (LA)
East Bernard, City of (TX)
East Coke County Hospital District (TX)
East Memorial Hospital District (TX)
East Montgomery County Improvement
    District (TX)
East Montgomery County Improvement
    District A (TX)
East Tawakoni, City of (TX)
East Travis Gateway Library District (TX)
Eastland County (TX)
Eastland Independent School District (TX)
Eastland Memorial Hospital District (TX)
Eastland, City of (TX)
Ector County (TX)
Ector County Hospital District (TX)
Ector County Independent School District
    (TX)
Ector Independent School District (TX)
Ector Utility District (TX)
Ector, City of (TX)
Edcouch, City of (TX)
Eden, City of (TX)
Edgecliff Village, Town of (TX)
Edgewood Independent School District (TX)
Edgewood, Town of (TX)
Edinburg, City of (TX)
Edna, City of (TX)
Edom, City of (TX)
El Campo, City of (TX)
El Cenizo, City of (TX)
El Lago, City of (TX)
El Paso City Transit Department (TX)
El Paso County (CO)
El Paso County (TX)
El Paso County Emergency Services 2 (TX)
El Paso, City of (TX)

Eldorado, City of (TX)
Electra Hospital District (TX)
Electra Independent School District (TX)
Electra, City of (TX)
Elgin Independent School District (TX)
Elgin, City of (TX)
Elkhart Independent School District (TX)
Elkhart, Town of (TX)
Ellis County (TX)
Elm Creek Watershed - Bell (TX)
Elm Creek Watershed (TX)
Elsa, City of (TX)
Emerald Bay MUD (TX)
Emergency Service District #1 (TX)
Emhouse, Town of (TX)
Emory, City of (TX)
Enchanted Oaks, Town of (TX)
Encinal, City of (TX)
Ennis Independent School District (TX)
Ennis, City of (TX)
Era Independent School District (TX)
Erath County (TX)
Erath County Development District No. 1
    (TX)
Escobares, City of (TX)
ESD #1 - Maypearl (TX)
ESD #2 - Midlothian (TX)
ESD #3 - Italy (TX)
ESD #4 - Red Oak (TX)
ESD #5 - Ferris (TX)
ESD #6 - Waxahachie (TX)
ESD #7 - Bristol (TX)
ESD #8 - Avalon (TX)
ESD #9 - Palmer (TX)
Etoile Independent School District (TX)
Eula Independent School District (TX)
Euless Crime Control District (TX)
Euless, City of (TX)
Eureka, City of (TX)
Eustace Independent School District (TX)
Eustace, City of (TX)
Evant, Town of (TX)
Everman Crime Control (TX)
Everman Independent School District (TX)
Everman, City of (TX)
EWC Higher Ed Center (TX)

Fair Oaks Ranch, City of (TX)
Fairfield Hospital District (TX)
Fairfield Independent School District (TX)
Fairfield, City of (TX)
Fairview, Town of (TX)
Faith Community Hospital District (TX)
Falfurrias, City of (TX)
Falls County (TX)
Falls County RFD #1 (TX)
Falls County RFD #2 (TX)
Falls County RFD #3 (TX)
Falls County WCID #1 (TX)
Fannin County (TX)
Fannindel Independent School District (TX)
Farmers Branch, City of (TX)
Farmersville Independent School District
    (TX)
Farmersville, City of (TX)
Fate, City of (TX)
Fayette County (TX)
Fern Bluff MUD (TX)
Ferris Independent School District (TX)
Ferris, City of (TX)
Fisher County (TX)
Fisher County Hospital District (TX)
Florence Independent School District (TX)
Florence, City of (TX)
Flower Mound Crime Control District (TX)
Flower Mound Fire Control District (TX)
Flower Mound, Town of (TX)
Floydada, City of (TX)
Forest Hill Library District (TX)
Forest Hill, City of (TX)
Forney Independent School District (TX)
Forney, City of (TX)
Forsan Independent School District (TX)
Forsan, Town of (TX)
Fort Bend County Assistance District No. 1
    (TX)
Fort Bend County Assistance District No. 4
    (TX)
Fort Bend County Assistance District No. 5
    (TX)
Fort Stockton Independent School District
    (TX)
Fort Stockton, City of (TX)

Fort Worth Crime Control (TX)
Fort Worth Independent School District
 (TX)
Fort Worth Metropolitan Transit Authority
 (TX)
Fort Worth, City of (TX)
Franklin County (TX)
Franklin County WD (TX)
Franklin Independent School District (TX)
Franklin, City of (TX)
Frankston Independent School District (TX)
Frankston, Town of (TX)
Fredericksburg, City of (TX)
Freeport, City of (TX)
Freer, City of (TX)
Freestone County (TX)
Friendswood, City of (TX)
Frio County (TX)
Frisco Independent School District (TX)
Frisco, City of (TX)
Frost Independent School District (TX)
Frost, City of (TX)
Fruitvale Independent School District (TX)
Ft Worth PID #01 (Downtown) (TX)
Ft Worth PID #14 (Trinity Bluff) (TX)
Fulshear, City of (TX)
Fulton, Town of (TX)
Gaines County (TX)
Gainesville Hospital District (TX)
Gainesville Independent School District
 (TX)
Gainesville, City of (TX)
Galena Park Independent School District
 (TX)
Galena Park, City of (TX)
Galveston, City of (TX)
Ganado, City of (TX)
Garden Ridge, City of (TX)
Garland Independent School District (TX)
Garland, City of (TX)
Garner Independent School District (TX)
Garrett, Town of (TX)
Garrison Independent School District (TX)
Gatesville Independent School District (TX)
Gatesville, City of (TX)
George West, City of (TX)

Georgetown Independent School District
 (TX)
Georgetown, City of (TX)
Georgia Department of Revenue
Gholson Independent School District (TX)
Gholson, City of (TX)
Giddings, City of (TX)
Gillespie County (TX)
Gilmer Independent School District (TX)
Gilmer, City of (TX)
Glasscock County (TX)
Glasscock County Independent School
 District (TX)
Glasscock County UWD (TX)
Glen Rose Independent School District (TX)
Glen Rose, City of (TX)
Glenn Heights, City of (TX)
Godley Independent School District (TX)
Godley, City of (TX)
Gold-Burg Independent School District
 (TX)
Goldthwaite Independent School District
 (TX)
Goliad Municipal Development District
 (TX)
Goliad, City of (TX)
Golinda, City of (TX)
Gonzales County (TX)
Goodlow, City of (TX)
Gordon Independent School District (TX)
Gordon, City of (TX)
Goree, City of (TX)
Gorman Independent School District (TX)
Gorman, City of (TX)
Grady Independent School District (TX)
Graford Independent School District (TX)
Graford, City of (TX)
Graham Hospital District (TX)
Graham Independent School District (TX)
Graham, City of (TX)
Granbury Independent School District (TX)
Granbury, City of (TX)
Grand Falls-Royalty Independent School
 District (TX)
Grand Prairie Crime Con (TX)
Grand Prairie, City of (TX)

Grand Saline Independent School District (TX)
Grand Saline, City of (TX)
Grandfalls, Town of (TX)
Grandview Independent School District (TX)
Grandview, City of (TX)
Granger Independent School District (TX)
Granger, City of (TX)
Granite Shoals, City of (TX)
Granjeno, City of (TX)
Grapeland Hospital District (TX)
Grapeland Independent School District (TX)
Grapeland, City of (TX)
Grapevine - Colleyville Independent School District (TX)
Grapevine Area Tax Office (TX)
Grapevine Crime Control (TX)
Grapevine, City of (TX)
Grapevine-Colleyville Independent School District (TX)
Grayson County (TX)
Grayson County Jr. College District (TX)
Greenville Independent School District (TX)
Greenville, City of (TX)
Greenwood Independent School District (TX)
Gregg County (TX)
Gregory, City of (TX)
Grimes County (TX)
Groesbeck Independent School District (TX)
Groesbeck, City of (TX)
Groves, City of (TX)
Guadalupe County (TX)
Gun Barrel City, Town of (TX)
Gunter Independent School District (TX)
Gunter, City of (TX)
Gustine Independent School District (TX)
Gustine, Town of (TX)
Hale County (TX)
Hallettsville, City of (TX)
Hallsburg Independent School District (TX)
Hallsburg, City of (TX)
Hallsville, City of (TX)
Haltom City Crime Control (TX)
Haltom City, City of (TX)

Hamilton County (TX)
Hamilton, City of (TX)
Hamlin Hospital District (TX)
Hamlin Independent School District (TX)
Hamlin, City of (TX)
Hardeman County (TX)
Harker Heights, City of (TX)
Harlingen, City of (TX)
Harmony Independent School District (TX)
Harris County (TX)
Harris County Department of Education (TX)
Harris County ESD # 12 (TX)
Harris County ESD # 6 (TX)
Harris County ESD 10 (TX)
Harris County ESD 12 (TX)
Harris County ESD 14 (TX)
Harris County ESD 2 (TX)
Harris County ESD 21 (TX)
Harris County ESD 28 (TX)
Harris County ESD 4 (TX)
Harris County ESD 46 (TX)
Harris County ESD 5 (TX)
Harris County ESD 50 (TX)
Harris County ESD 6 (TX)
Harris County ESD 60 (TX)
Harris County ESD 7 (TX)
Harris County ESD 80 (TX)
Harris County Flood Control District (TX)
Harris County Hospital District (TX)
Harris-Ft. Bend ESD 100 (TX)
Harrold Independent School District (TX)
Harts Bluff Independent School District (TX)
Haskell - Knox - Baylor - UGWCD (TX)
Haskell - Knox - Baylor UWCD (TX)
Haskell County (TX)
Haskell County Hospital District (TX)
Haskell Independent School District (TX)
Haskell, City of (TX)
Haslet, City of (TX)
Hawley Independent School District (TX)
Hawley, City of (TX)
Hays County (TX)
Hays County ESD 3 (TX)
Hays County ESD 8 (TX)

Hearne Independent School District (TX)
Hearne, City of (TX)
Heath, City of (TX)
Hebron, Town of (TX)
Hedwig Village, City of (TX)
Helotes, City of (TX)
Hempstead, City of (TX)
Henderson County (TX)
Henderson County ESD #1 (TX)
Henderson County ESD #2 (TX)
Henderson County ESD #3 (TX)
Henderson County ESD #4 (TX)
Henderson County ESD #5 (TX)
Henderson County LID #3 (TX)
Henderson Independent School District
    (TX)
Henderson, City of (TX)
Henrietta Independent School District (TX)
Henrietta, City of (TX)
Hereford, City of (TX)
Hermleigh Independent School District (TX)
Hewitt, City of (TX)
Hickory Creek, Town of (TX)
Hico, City of (TX)
Hidalgo, City of (TX)
High Plains UWCD #1 (TX)
Highland Independent School District (TX)
Highland Park Independent School District
    (TX)
Highland Park, Town of (TX)
Highland Village, City of (TX)
Hill College - Alvarado (TX)
Hill College - Cleburne (TX)
Hill College - Godley (TX)
Hill College - Grandview (TX)
Hill College - Joshua (TX)
Hill College - Keene (TX)
Hill College - Rio Vista (TX)
Hill College - Venus (TX)
Hill County (TX)
Hill County Emergency Services District #1
    (TX)
Hill County ESD #1 (TX)
Hill County ESD #2 (TX)
Hill Jr. College District (TX)
Hillsboro Independent School District (TX)

Hillsboro, City of (TX)
Hilshire Village, City of (TX)
Hitchcock, City of (TX)
Holiday Lakes, City of (TX)
Holland Independent School District (TX)
Holland, City of (TX)
Holliday Independent School District (TX)
Holliday, City of (TX)
Hollywood Park, Town of (TX)
Honey Grove Independent School District
    (TX)
Honey Grove, City of (TX)
Hood County (TX)
Hood County Development District No. 1
    (TX)
Hood County Library District (TX)
Hopkins County (TX)
Hopkins County Hospital District (TX)
Horseshoe Bay, City of (TX)
Hospital District #1 (TX)
Houston Community College District (TX)
Houston County (TX)
Houston County Emergency Services
    District  2 (TX)
Houston County ESD 1 (TX)
Houston County ESD 2 (TX)
Houston County Hospital District (TX)
Houston Independent School District (TX)
Houston Metropolitan Transit Authority
    (TX)
Houston, City of (TX)
Howard County (TX)
Howard Jr. College (TX)
Howe Independent School District (TX)
Howe, Town of (TX)
Hubbard Independent School District (TX)
Hubbard, City of (TX)
Hudson Independent School District (TX)
Hudson Oaks, City of (TX)
Hudson, City of (TX)
Huerfano County (CO)
Hughes Springs, City of (TX)
Humble, City of (TX)
Hunt County (TX)
Hunt Memorial Hospital District (TX)
Hunters Creek Village, City of (TX)

Huntington Independent School District (TX)
Huntington, City of (TX)
Huntsville, City of (TX)
Hurst Crime Control District (TX)
Hurst, City of (TX)
Hurst-Euless-Bedford Independent School District (TX)
Hutchins, City of (TX)
Hutto Independent School District (TX)
Hutto, City of (TX)
Illinois Department of Revenue
Impact, Town of (TX)
Indiana, State of
Ingleside on the Bay, City of (TX)
Ingleside, City of (TX)
Internal Revenue Service, United States
Iowa Colony Crime Control District (TX)
Iowa Colony, Village of (TX)
Iowa Park CISD (TX)
Iowa Park Independent School District (TX)
Iowa Park, City of (TX)
Ira Independent School District (TX)
Iraan, City of (TX)
Iredell Independent School District (TX)
Iredell, City of (TX)
Irving FCD #1 (TX)
Irving FCD #3 (TX)
Irving Independent School District (TX)
Irving, City of (TX)
Italy Independent School District (TX)
Italy, Town of (TX)
Itasca Independent School District (TX)
Itasca, City of (TX)
Jacinto City, City of (TX)
Jack County (TX)
Jack WCID #1 (TX)
Jacksboro Independent School District (TX)
Jacksboro, City of (TX)
Jackson County (TX)
Jacksonville Independent School District (TX)
Jacksonville, City of (TX)
Jamaica Beach, City of (TX)
Jarrell Independent School District (TX)
Jarrell, City of (TX)

Jasper, City of (TX)
Jayton, City of (TX)
Jayton-Girard Independent School District (TX)
Jeff Davis County (TX)
Jeff Davis County ESD 1 (TX)
Jeff Davis County Health Serv (TX)
Jefferson County (CO)
Jefferson County (TX)
Jefferson, City of (TX)
Jersey Village Crime Control District (TX)
Jersey Village, City of (TX)
Jewett, City of (TX)
Jim Hogg County (TX)
Jim Hogg County Assistance District (TX)
Jim Hogg County Health Services (TX)
Jim Ned Consolidated Independent School District (TX)
Jim Wells County (TX)
Johnson County (TX)
Johnson County ESD #1 (TX)
Johnson County FWD (TX)
Jolly, City of (TX)
Jones County (TX)
Jones Creek, Village of (TX)
Jonestown, City of (TX)
Josephine, City of (TX)
Joshua Independent School District (TX)
Joshua, City of (TX)
Jourdanton, City of (TX)
Junction, City of (TX)
Justin, City of (TX)
Karnes City, City of (TX)
Karnes County (TX)
Katy Independent School District (TX)
Katy, City of (TX)
Kaufman County (TX)
Kaufman County Develop District (TX)
Kaufman Independent School District (TX)
Kaufman RFD #1 - Kaufman (TX)
Kaufman RFD #2 - Mabank (TX)
Kaufman RFD #3 - Terrell (TX)
Kaufman RFD #4 - Kemp (TX)
Kaufman RFD #5 - Scurry (TX)
Kaufman RFD #6 - Forney (TX)
Kaufman, City of (TX)

Keechi Water District #1 (TX)
Keene Independent School District (TX)
Keene, City of (TX)
Keller Crime Control District (TX)
Keller Independent School District (TX)
Keller, City of (TX)
Kemah, City of (TX)
Kemp Independent School District (TX)
Kemp Municipal Development District (TX)
Kemp, Town of (TX)
Kempner, City of (TX)
Kendall County (TX)
Kendleton, City of (TX)
Kenedy, City of (TX)
Kennard Independent School District (TX)
Kennard, City of (TX)
Kennedale Independent School District (TX)
Kennedale, City of (TX)
Kent County (TX)
Kentucky Department of Revenue
Kerens Independent School District (TX)
Kerens, City of (TX)
Kermit Independent School District (TX)
Kermit, City of (TX)
Kerr County (TX)
Kerrville, City of (TX)
Kilgore College District (TX)
Kilgore Independent School District (TX)
Kilgore, City of (TX)
Killeen Independent School District (TX)
Killeen, City of (TX)
Kimble County Emergency Services District (TX)
Kingsville, City of (TX)
Kinney County (TX)
Kinney County Health Services (TX)
Kleberg County (TX)
Klondike Independent School District (TX)
Knollwood, Village of (TX)
Knox City, Town of (TX)
Knox County (TX)
Knox County Hospital District (TX)
Kopperl Independent School District (TX)
Kosse, Town of (TX)
Krugerville, City of (TX)
Krum Independent School District (TX)

Krum, City of (TX)
Kyle, City of (TX)
La Feria, City of (TX)
La Grange, City of (TX)
La Joya, City of (TX)
La Marque, City of (TX)
La Porte Fire Control Prevention & EMS District (TX)
La Porte, City of (TX)
La Poynor Independent School District (TX)
La Vega Independent School District (TX)
La Villa, City of (TX)
Lacy Lakeview, City of (TX)
Ladonia, Town of (TX)
Lago Vista, City of (TX)
Laguna Vista, Town of (TX)
Lake Bridgeport, City of (TX)
Lake Dallas, City of (TX)
Lake Highlands PID (TX)
Lake Jackson, City of (TX)
Lake Travis Community Library (TX)
Lake Worth Crime Control (TX)
Lake Worth Independent School District (TX)
Lake Worth, City of (TX)
Lakeside City, Town of (TX)
Lakeside WCID #1 (TX)
Lakeside, Town of (TX)
Lakeway, City of (TX)
Lakewood Village Municipal Development District (TX)
Lamar County (TX)
Lamesa Independent School District (TX)
Lamesa, City of (TX)
Lampasas County (TX)
Lampasas, City of (TX)
Lancaster Independent School District (TX)
Lancaster, City of (TX)
Laneville Independent School District (TX)
Langford Creek WCD (TX)
Laredo City Transit Department (TX)
Laredo, City of (TX)
Larimer County (CO)
Las Animas County (CO)
Latexo Independent School District (TX)
Latexo, City of (TX)

Lavon, Town of (TX)
Lawn, Town of (TX)
League City, City of (TX)
Leander, City of (TX)
Lee County (TX)
Leon County (TX)
Leon Independent School District (TX)
Leon Valley, City of (TX)
Leona, City of (TX)
Leonard, City of (TX)
Leroy, City of (TX)
Levelland, City of (TX)
Lewisville Crime Control District (TX)
Lewisville Fire Control District (TX)
Lewisville Independent School District (TX)
Lewisville, City of (TX)
Lexington Independent School District (TX)
Lexington, Town of (TX)
Liberty County (TX)
Liberty Independent School District (TX)
Liberty, City of (TX)
Limestone County (TX)
Limestone County ESD #1 (TX)
Limestone County ESD #2 (TX)
Lincoln Park, Town of (TX)
Lindale Independent School District (TX)
Lindale, Town of (TX)
Linden, City of (TX)
Lindsay Independent School District (TX)
Lindsay, Town of (TX)
Lingleville Independent School District (TX)
Lipan - Kickapoo Water (TX)
Lipan - Kickapoo Water District (TX)
Lipan Independent School District (TX)
Lipan, City of (TX)
Little Elm Independent School District (TX)
Little Elm, Town of (TX)
Little River-Academy, City of (TX)
Live Oak County (TX)
Live Oak, City of (TX)
Liverpool, City of (TX)
Livingston, Town of (TX)
Lockhart, City of (TX)
Log Cabin, City of (TX)
Logan County (CO)

Lometa Independent School District (TX)
Lone Oak Independent School District (TX)
Lone Oak, City of (TX)
Lone Star Meadows PID (TX)
Lone Wolf Water District (TX)
Longview Independent School District (TX)
Longview, City of (TX)
Loraine Independent School District (TX)
Loraine, Town of (TX)
Lorena Independent School District (TX)
Lorena, City of (TX)
Los Fresnos, City of (TX)
Los Indios, Town of (TX)
Los Ybanez, City of (TX)
Lott, City of (TX)
Louisiana Department of Revenue
Lovejoy Independent School District (TX)
Lovelady Independent School District (TX)
Lovelady, City of (TX)
Loving County (TX)
Loving County WID #1 (TX)
Lowry Crossing, City of (TX)
Lubbock County (TX)
Lubbock, City of (TX)
Lucas, City of (TX)
Lueders, City of (TX)
Lufkin Independent School District (TX)
Lufkin, City of (TX)
Luling, City of (TX)
Lumberton, City of (TX)
Lyford, City of (TX)
Lynn County (TX)
Lynn County Hospital District (TX)
Lytle, City of (TX)
Mabank Independent School District (TX)
Mabank, Town of (TX)
Madison County (TX)
Magnolia, City of (TX)
Maine Revenue Services
Malakoff Crime Control and Prev District (TX)
Malakoff Independent School District (TX)
Malakoff, City of (TX)
Malone Independent School District (TX)
Malone, Town of (TX)
Manor Independent School District (TX)

Manor, City of (TX)
Mansfield Independent School District (TX)
Mansfield, City of (TX)
Manvel, City of (TX)
Marble Falls, City of (TX)
Marfa, City of (TX)
Marion County (TX)
Marion, City of (TX)
Marlin Independent School District (TX)
Marlin, City of (TX)
Marquez, City of (TX)
Marshall, City of (TX)
Mart Independent School District (TX)
Mart, City of (TX)
Martin County (TX)
Martin County Hospital District (TX)
Martin County Water District #1 (TX)
Martins Mill Independent School District
    (TX)
Martinsville Independent School District
    (TX)
Maryland Comptroller, Revenue
    Administration Division
Matador, Town of (TX)
Mathis, City of (TX)
Maverick County (TX)
Maverick County LFW & CDC (TX)
May Independent School District (TX)
Maypearl Independent School District (TX)
Maypearl, City of (TX)
McAllen, City of (TX)
McCamey Hospital District (TX)
McCamey Independent School District (TX)
McCamey, City of (TX)
McCulloch County (TX)
McCulloch County Hospital District (TX)
McDade Independent School District (TX)
McGregor Independent School District (TX)
McGregor, City of (TX)
McKinney Independent School District (TX)
McKinney, City of (TX)
McLendon-Chisholm, City of (TX)
McLennan Community College (TX)
McLennan County (TX)
Meadows of Chandler Creek MUD (TX)
Meadows Place, City of (TX)

Medina County (TX)
Megargel, Town of (TX)
Melissa Independent School District (TX)
Melissa, City of (TX)
Melvin, Town of (TX)
Menard County (TX)
Menard, City of (TX)
Mercedes, City of (TX)
Meridian Independent School District (TX)
Meridian, City of (TX)
Merkel Independent School District (TX)
Merkel, Town of (TX)
Mertens, Town of (TX)
Mertzon, City of (TX)
Mesa UWD (TX)
Mesquite Independent School District (TX)
Mesquite Tax Fund (TX)
Mesquite, City of (TX)
Mexia Independent School District (TX)
Mexia, City of (TX)
Middle Pecos GCD (TX)
Middle Trinity Water District (TX)
Midland County (TX)
Midland County Junior College District
    (TX)
Midland Independent School District (TX)
Midland Memorial Hospital District (TX)
Midland, City of (TX)
Midlothian Independent School District
    (TX)
Midlothian, City of (TX)
Midway Independent School District (TX)
Milam County (TX)
Milano Independent School District (TX)
Milano, City of (TX)
Mildred Independent School District (TX)
Mildred, Town of (TX)
Miles, City of (TX)
Milford Independent School District (TX)
Milford, Town of (TX)
Miller Grove Independent School District
    (TX)
Mills County (TX)
Millsap Independent School District (TX)
Millsap, Town of (TX)
Mineola, City of (TX)

Mineral Wells Independent School District (TX)
Mineral Wells, City of (TX)
Mingus, City of (TX)
Mission, City of (TX)
Mississippi Department of Revenue
Missouri City, City of (TX)
Missouri, State of
Mitchell County (TX)
Mitchell Hospital District (TX)
Mobile City, City of (TX)
Monahans - Wickett - Pyote Independent School District (TX)
Monahans, City of (TX)
Monahans-Wickett-Pyote Independent School District (TX)
Mont Belvieu, City of (TX)
Montague County (TX)
Montgomery County ESD 1 (TX)
Montgomery County ESD 12-A (TX)
Montgomery County ESD 3 (TX)
Montgomery County ESD 5 (TX)
Montgomery County ESD 6 (TX)
Montgomery County ESD 7 (TX)
Montgomery County ESD 8 (TX)
Montgomery County ESD 9 (TX)
Montgomery, City of (TX)
Moody Independent School District (TX)
Moody, City of (TX)
Moran, City of (TX)
Morgan County (CO)
Morgan Independent School District (TX)
Morgan, City of (TX)
Morgan's Point Municipal Development District (TX)
Morgan's Point Resort, City of (TX)
Morgan's Point, City of (TX)
Morris County (TX)
Mount Calm, City of (TX)
Mount Enterprise, City of (TX)
Mount Pleasant, City of (TX)
Mount Vernon, Town of (TX)
Mt. Calm Independent School District (TX)
Mt. Enterprise Independent School District (TX)

Mt. Pleasant Independent School District (TX)
Mt. Vernon Independent School District (TX)
Muenster Hospital District (TX)
Muenster Independent School District (TX)
Muenster Water District (TX)
Muenster, Town of (TX)
Mullins Independent School District (TX)
Munday CIndependent School District (TX)
Munday, City of (TX)
Murchison Independent School District (TX)
Murchison, City of (TX)
Murphy Municipal Development District (TX)
Murphy, City of (TX)
Mustang Ridge, City of (TX)
Mustang, Town of (TX)
Nacogdoches County (TX)
Nacogdoches County Hospital District (TX)
Nacogdoches ESD #1 (TX)
Nacogdoches ESD #2 (TX)
Nacogdoches ESD #3 (TX)
Nacogdoches ESD #4 (TX)
Nacogdoches Independent School District (TX)
Nacogdoches, City of (TX)
NASA Management District (TX)
Nash, City of (TX)
Nassau Bay, City of (TX)
Natalia, City of (TX)
Navarro College District (TX)
Navarro County (TX)
Navarro ESD #1 (TX)
Navarro, Town of (TX)
Navasota, City of (TX)
NCT College (TX)
NE TX Community Jr. College (TX)
Nebraska, State of
Neches Independent School District (TX)
Nederland, City of (TX)
Needville, City of (TX)
Nevada, City of (TX)
New Braunfels, City of (TX)

New Castle Independent School District (TX)
New Chapel Hill, City of (TX)
New Fairview, City of (TX)
New Hope, Town of (TX)
New London, City of (TX)
New Summerfield Independent School District (TX)
New Summerfield, City of (TX)
New York State Department of Taxation & Finance
Newark, City of (TX)
Newcastle, City of (TX)
Neylandville, Town of (TX)
Nixon, City of (TX)
Nocona, City of (TX)
Nolan County (TX)
Nolan County Hospital District (TX)
Nolanville, City of (TX)
Noonday, City of (TX)
Nordheim, City of (TX)
Normangee Independent School District (TX)
Normangee, Town of (TX)
North Central Texas College (TX)
North Hopkins Independent School District (TX)
North Lamar Independent School District (TX)
North Richland Hills Crime Control District (TX)
North Richland Hills, City of (TX)
North Runnels Hospital District (TX)
Northeast Leon County ESD #4 (TX)
Northeast Texas Community College (TX)
Northeast Texas Community Jr. College (TX)
Northlake, Town of (TX)
Northwest Dallas County FCD (TX)
Northwest Independent School District (TX)
Northwest Leon County ESD #3 (TX)
Nueces County (TX)
Nueces Hospital District (TX)
Oak Leaf, Town of (TX)
Oak Point Municipal Development District (TX)

Oak Point, City of (TX)
Oak Ridge North, City of (TX)
Oak Ridge, Town of (TX)
Oak Valley, Town of (TX)
Oakwood Independent School District (TX)
Oakwood, Town of (TX)
O'Brien, City of (TX)
Odem, City of (TX)
Odessa Jr. College District (TX)
Odessa, City of (TX)
O'Donnell Independent School District (TX)
O'Donnell, Town of (TX)
Oglesby Independent School District (TX)
Oglesby, City of (TX)
Old River-Winfree, City of (TX)
Old Town Spring Improvement District (TX)
Olmos Park, City of (TX)
Olney Hospital District (TX)
Olney Independent School District (TX)
Olney, City of (TX)
Onalaska, City of (TX)
Orange County (TX)
Orange Grove, City of (TX)
Orange, City of (TX)
Orchard, City of (TX)
Oregon Department of Revenue
Otero County (CO)
Overton Independent School District (TX)
Overton Municipal Development District (TX)
Overton, City of (TX)
Ovilla Municipal Development District (TX)
Ovilla, City of (TX)
Oyster Creek, City of (TX)
Paducah, Town of (TX)
Paint Creek Independent School District (TX)
Paint Rock, Town of (TX)
Palacios, City of (TX)
Palestine Independent School District (TX)
Palestine, City of (TX)
Palm Valley, City of (TX)
Palmer Independent School District (TX)
Palmer, Town of (TX)
Palmhurst Crime Control District (TX)

Palmhurst, City of (TX)
Palmview Crime Control District (TX)
Palmview, City of (TX)
Palo Pinto County (TX)
Palo Pinto County Emergency District (TX)
Palo Pinto Hospital District (TX)
Palo Pinto Independent School District (TX)
Pampa, City of (TX)
Panola CGWCD (TX)
Panola County (TX)
Panola County Junior College District (TX)
Panola ESD #1 (TX)
Pantego, Town of (TX)
Panther Creek CIndependent School District
    (TX)
Paradise Independent School District (TX)
Paradise, City of (TX)
Paris Independent School District (TX)
Paris Jr. College (TX)
Paris, City of (TX)
Parker County (TX)
Parker County ESD #1 (TX)
Parker County ESD #3 (TX)
Parker County ESD #6 (TX)
Parker County ESD #7 (TX)
Parker County Hospital District (TX)
Parker, City of (TX)
Pasadena Crime Control District (TX)
Pasadena, City of (TX)
Pattison, City of (TX)
Payne Springs, Town of (TX)
Pearland, City of (TX)
Pearsall, City of (TX)
Peaster Independent School District (TX)
Pecan Gap, City of (TX)
Pecan Hill, City of (TX)
Pecos - Barstow - Toyah Independent
    School District (TX)
Pecos County (TX)
Pecos, City of (TX)
Pecos-Barstow-Toyah Independent School
    District (TX)
Pelican Bay, City of (TX)
Penelope Independent School District (TX)
Penelope, Town of (TX)
Penitas Crime Control District (TX)

Penitas, City of (TX)
Pennsylvania Department of Revenue
Permian Basin UWCD (TX)
Perrin-Whitt Independent School District
    (TX)
Perryton, City of (TX)
Petrolia Independent School District (TX)
Petrolia, City of (TX)
Petronila, City of (TX)
Pflugerville Independent School District
    (TX)
Pflugerville, City of (TX)
Pharr, City of (TX)
Pilot Point Independent School District (TX)
Pilot Point, City of (TX)
Pinehurst, City of (TX)
Piney Point Village, City of (TX)
Pittsburg Independent School District (TX)
Pittsburg, City of (TX)
Plainview, City of (TX)
Plano Independent School District (TX)
Plano, City of (TX)
Pleak, Village of (TX)
Pleasant Valley, Town of (TX)
Pleasanton, City of (TX)
Point Comfort, City of (TX)
Point, City of (TX)
Polk County (TX)
Ponder Independent School District (TX)
Ponder, Town of (TX)
Poolville Independent School District (TX)
Port Aransas, City of (TX)
Port Arthur, City of (TX)
Port Isabel, City of (TX)
Port Lavaca, City of (TX)
Port Neches, City of (TX)
Port of Houston Authority (TX)
Portland, City of (TX)
Post Oak Bend City, Town of (TX)
Post, City of (TX)
Poteet, City of (TX)
Pottsboro Independent School District (TX)
Pottsboro, Town of (TX)
Poynor, Town of (TX)
Prairie View Crime Control & Prevention
    District (TX)

Prairie View, City of (TX)
Prairiland Independent School District (TX)
Premont, City of (TX)
Presidio, City of (TX)
Primera, Town of (TX)
Princeton Independent School District (TX)
Princeton, City of (TX)
Progreso Lakes, City of (TX)
Progreso, City of (TX)
Prosper Independent School District (TX)
Prosper, Town of (TX)
Prowers County (CO)
Pueblo County (CO)
Putnam, Town of (TX)
Pyote, Town of (TX)
Quanah, City of (TX)
Quinlan Independent School District (TX)
Quinlan, City of (TX)
Quintana, Town of (TX)
Quitaque, City of (TX)
Quitman, City of (TX)
Rains County (TX)
Rains County Fire District (TX)
Rains Independent School District (TX)
Rancho Viejo, Town of (TX)
Ranger Independent School District (TX)
Ranger Jr. College District (TX)
Ranger, City of (TX)
Rankin Hospital District (TX)
Rankin Independent School District (TX)
Rankin, City of (TX)
Ravenna, City of (TX)
Raymondville, City of (TX)
Reagan County (TX)
Reagan County Hospital District (TX)
Reagan Independent School District (TX)
Real County (TX)
Red Oak Independent School District (TX)
Red Oak, City of (TX)
Red River County (TX)
Reeves County (TX)
Reeves County Hospital District (TX)
Reeves County WID #2 (TX)
Refugio, Town of (TX)
Regan County WSD (TX)
Reklaw, City of (TX)

Reno Crime Control District (TX)
Reno, City of (TX)
Reno, City of (TX) (Lamar Country)
Reno, City of (TX) (Parker County)
Reno, City of (TX) (Tarrant County)
Rhome, City of (TX)
Rice Hospital District (TX)
Rice Independent School District (TX)
Rice, City of (TX)
Richardson Independent School District (TX)
Richardson, City of (TX)
Richland Hills Crime Control District (TX)
Richland Hills, City of (TX)
Richland, Town of (TX)
Richmond, City of (TX)
Richwood Crime Control & Prevention District (TX)
Richwood, City of (TX)
Riesel Independent School District (TX)
Riesel, City of (TX)
Rio Bravo, City of (TX)
Rio Grande City, City of (TX)
Rio Hondo Municipal Development District (TX)
Rio Hondo, City of (TX)
Rio Vista Independent School District (TX)
Rio Vista, City of (TX)
Rising Star Independent School District (TX)
Rising Star, Town of (TX)
River Oaks Crime Control District (TX)
River Oaks, City of (TX)
Rivercrest Independent School District (TX)
Roanoke, City of (TX)
Roaring Springs, Town of (TX)
Robert Lee, City of (TX)
Robertson County (TX)
Robertson County RFD (TX)
Robinson Independent School District (TX)
Robinson, City of (TX)
Robstown, City of (TX)
Roby Independent School District (TX)
Roby, City of (TX)
Rochester, Town of (TX)
Rockdale Independent School District (TX)

Rockdale Municipal Development District (TX)
Rockdale, City of (TX)
Rockport, City of (TX)
Rocksprings, Town of (TX)
Rockwall County (TX)
Rockwall County Asst District (TX)
Rockwall Independent School District (TX)
Rockwall, City of (TX)
Rogers Independent School District (TX)
Rogers, Town of (TX)
Rolling Plains WD (TX)
Rollingwood, City of (TX)
Roma, City of (TX)
Roscoe Independent School District (TX)
Roscoe, City of (TX)
Rosebud, City of (TX)
Rosebud-Lott Independent School District (TX)
Rosenberg, City of (TX)
Rosser, Village of (TX)
Rotan, City of (TX)
Round Rock Independent School District (TX)
Round Rock, City of (TX)
Rowlett, City of (TX)
Roxton Independent School District (TX)
Roxton, City of (TX)
Royse City Independent School District (TX)
Royse City, City of (TX)
Rule, Town of (TX)
Runaway Bay, City of (TX)
Runge, Town of (TX)
Runnels County (TX)
Rural Fire District #01 (TX)
Rusk County (TX)
Rusk County ESD #1 (TX)
Rusk County GWC District (TX)
Rusk Independent School District (TX)
Rusk, City of (TX)
Sabinal, City of (TX)
Sabine County (TX)
Sachse, City of (TX)
Sadler, City of (TX)
Saginaw Crime Control (TX)

Saginaw, City of (TX)
Saint Jo, City of (TX)
Saint Paul, Town of (TX)
Salado Independent School District (TX)
Salado Library District (TX)
Salado, Village of (TX)
Salder-Southmayd Independent School District (TX)
Saltillo Independent School District (TX)
Sam Rayburn Independent School District (TX)
San Angelo Independent School District (TX)
San Angelo, City of (TX)
San Antonio Advanced Transportation District (TX)
San Antonio Metropolitan Transit Authority (TX)
San Antonio, City of (TX)
San Benito, City of (TX)
San Diego Municipal Development District (TX)
San Diego, City of (TX)
San Felipe, City of (TX)
San Jacinto County (TX)
San Jacinto Jr. College (TX)
San Juan, City of (TX)
San Marcos, City of (TX)
San Saba County (TX)
San Saba, Town of (TX)
Sanctuary, Town of (TX)
Sands Independent School District (TX)
Sanger Independent School District (TX)
Sanger, City of (TX)
Sansom Park Crime Control District (TX)
Sansom Park, City of (TX)
Santa Anna Independent School District (TX)
Santa Anna, Town of (TX)
Santa Clara, City of (TX)
Santa Fe, City of (TX)
Santa Rita UWCD (TX)
Santa Rosa, Town of (TX)
Santo Independent School District (TX)
Savoy Independent School District (TX)
Savoy, City of (TX)

Schertz, City of (TX)
Schleicher County (TX)
Schleicher County Health Services (TX)
School Equalization (TX)
Scurry County (TX)
Scurry County Hospital District (TX)
Scurry, Town of (TX)
Scurry-Rosser Independent School District (TX)
Seabrook Crime Control (TX)
Seabrook, City of (TX)
Seadrift, City of (TX)
Seagoville, City of (TX)
Sealy, City of (TX)
Seguin, City of (TX)
Seis Lagos MUD (TX)
Selma Municipal Development (TX)
Selma, City of (TX)
Seminole Independent School District (TX)
Seminole Memorial Hospital District (TX)
Seminole, City of (TX)
Seven Points, City of (TX)
Seymour Independent School District (TX)
Seymour, City of (TX)
Shackelford County (TX)
Shackelford County Hospital District (TX)
Shady Shores, Town of (TX)
Shavano Park Crime Control (TX)
Shavano Park, City of (TX)
Sherman Independent School District (TX)
Sherman, City of (TX)
Shoreacres, City of (TX)
Simonton, City of (TX)
Sinton, City of (TX)
Sivells Bend Independent School District (TX)
Slidell Independent School District (TX)
Slocum Independent School District (TX)
Smiley, City of (TX)
Smith County (TX)
Smith County ESD #1 (TX)
Smith County ESD #2 (TX)
Smith County MUD #1 (TX)
Smithville, City of (TX)
Snyder Independent School District (TX)
Snyder, City of (TX)

Somervell County (TX)
Somervell County Water District (TX)
Sonora, City of (TX)
South Carolina Department of Revenue
South Houston Crime Control District (TX)
South Houston, City of (TX)
South Limestone Hospital District (TX)
South Padre Island, Town of (TX)
South Plains Water District (TX)
Southeast Leon County ESD #1 (TX)
Southlake Crime Control (TX)
Southlake, City of (TX)
Southmayd, City of (TX)
Southside Place, City of (TX)
Southwest Leon County ESD #2 (TX)
Spectrum Management District (TX)
Spring Valley Village, City of (TX)
Springtown Independent School District (TX)
Springtown, City of (TX)
Spur, City of (TX)
Stafford, City of (TX)
Stagecoach, Town of (TX)
Stamford Hospital District (TX)
Stamford Independent School District (TX)
Stamford, City of (TX)
Stanton Independent School District (TX)
Stanton, City of (TX)
Starr Independent School District (TX)
Stephens County (TX)
Stephenville Independent School District (TX)
Stephenville, City of (TX)
Sterling City Independent School District (TX)
Sterling City, City of (TX)
Sterling County (TX)
Sterling UWCD (TX)
Strawn Independent School District (TX)
Strawn, City of (TX)
Streetman, Town of (TX)
Sugar Land, City of (TX)
Sullivan City Crime Control District (TX)
Sullivan City, City of (TX)
Sulphur Bluff Independent School District (TX)

Sulphur Springs Independent School District (TX)
Sulphur Springs, City (TX)
Sulphur Springs, City of (TX)
Sunnyvale Independent School District (TX)
Sunnyvale, Town of (TX)
Sunset, City of (TX)
Surfside Beach, City of (TX)
Sweeny, City of (TX)
Sweetwater Independent School District (TX)
Sweetwater, City of (TX)
Swisher County (TX)
Taft, City of (TX)
Tahoka, City of (TX)
Talco, City of (TX)
Tarrant County (TX)
Tarrant County Hospital District (TX)
Tarrant County Jr. College (TX)
Tarrant County Regional Water District #1 (TX)
Tatum Independent School District (TX)
Tatum, City of  (TX)
Tatum, City of (TX)
Taylor County (TX)
Taylor Independent School District (TX)
Taylor Lake Village, City of (TX)
Taylor, City of (TX)
Teague Hospital District (TX)
Teague Independent School District (TX)
Teague, City of (TX)
Tehuacana WCID #1 (TX)
Tehuacana, Town of (TX)
Temple Health & Bioscience EDD (TX)
Temple Independent School District (TX)
Temple Junior College District (TX)
Temple, City of (TX)
Terrell County (TX)
Terrell Hills, City of (TX)
Terrell Independent School District (TX)
Terrell, City of (TX)
Terry County (TX)
Terry Hospital District (TX)
Texarkana, City of (TX)
Texas City, City of (TX)
Texas Comptroller's Office, State of

Thompsons, Town of (TX)
Thorndale Independent School District (TX)
Thorndale, City of (TX)
Thornton, Town of (TX)
Thorntonville, Town of (TX)
Thrall Independent School District (TX)
Thrall, City of (TX)
Three Rivers, City of (TX)
Three Way Independent School District (TX)
Throckmorton County (TX)
Throckmorton Independent School District (TX)
Throckmorton, Town of (TX)
Tiki Island, Village of (TX)
Timpson Public Library (TX)
Tioga, Town of (TX)
Titus County (TX)
Toco, City of (TX)
Tolar Independent School District (TX)
Tolar, City of (TX)
Tom Bean Independent School District (TX)
Tom Bean, City of (TX)
Tom County (TX)
Tom Green County (TX)
Tomball, City of (TX)
Tool, City of (TX)
Toyah, Town of (TX)
Travis County (TX)
Travis County ESD #02 (TX)
Travis County ESD #12 (TX)
Travis County ESD 11 (TX)
Travis County ESD 2 (TX)
Travis County ESD 3 (TX)
Travis County ESD 4 (TX)
Travis County ESD 5 (TX)
Travis County ESD 8 (TX)
Travis County Hospital District (TX)
Trent Independent School District (TX)
Trent, Town of (TX)
Trenton Independent School District (TX)
Trenton, City of (TX)
Tri-County Groundwater Conservation District (TX)
Trinidad Independent School District (TX)
Trinidad, City of (TX)

Trinity County (TX)
Trinity Valley Community College - Frankston (TX)
Trinity Valley Community College - Henderson (TX)
Trinity Valley Community College - Kaufman (TX)
Trinity Valley Community College - La Poynor (TX)
Trinity Valley Community College - Palestine (TX)
Trinity Valley Community College (TX)
Trophy Club ESD (TX)
Trophy Club MUD #1 (TX)
Trophy Club, Town of (TX)
Troup Independent School District (TX)
Troup, City of (TX)
Troy Independent School District (TX)
Troy, City of (TX)
Tulia, City of (TX)
Turkey, City of (TX)
Tuscola, City of (TX)
Tye, City of (TX)
Tyler County (TX)
Tyler Independent School District (TX)
Tyler Jr. College District (TX)
Tyler Junior College District (TX)
Tyler, City of (TX)
Union Valley, City of (TX)
Universal City, City of (TX)
University Park, City of (TX)
Upper Brushy Creek WCID #1A (TX)
Upshur County (TX)
Upton County (TX)
Upton County FD #1 - Rankin (TX)
Upton County FD #2 - McCamey (TX)
Upton County Water District (TX)
Uptown Standard PID (TX)
Uvalde County (TX)
Uvalde County Health Services (TX)
Uvalde, City of (TX)
Val Verde County (TX)
Valley Creek WCD (TX)
Valley Mills, City of (TX)
Valley View Independent School District (TX)

Valley View, Town of (TX)
Valwood Improvement Authority (TX)
Van Alstyne Independent School District (TX)
Van Alstyne, City of (TX)
Van Horn, Town of (TX)
Van Independent School District (TX)
Van Zandt County (TX)
Van, City of (TX)
Venus Independent School District (TX)
Venus, Town of (TX)
Vernon Independent School District (TX)
Vernon Regional Jr. College District (TX)
Vernon, City of (TX)
Vickery Meadows Standard PID (TX)
Victoria County (TX)
Victoria, City of (TX)
Vidor, City of (TX)
Virginia Department of Taxation
VZC ESD #1 (Mabank) (TX)
VZC ESD #2 (Grand Saline) (TX)
Waco Independent School District (TX)
Waco, City of (TX)
Walker County (TX)
Wall Independent School District (TX)
Waller County (TX)
Waller, City of (TX)
Waller-Harris ESD #200 (TX)
Wallis, City of (TX)
Walnut Springs Independent School District (TX)
Walnut Springs, City of (TX)
Ward County (TX)
Ward County WD #2 (TX)
Washington County (CO)
Washington County (TX)
Waskom, City of (TX)
Waste Disposal District (TX)
Watauga Crime Control District (TX)
Watauga, City of (TX)
Water Valley Independent School District (TX)
Waxahachie Independent School District (TX)
Waxahachie, City of (TX)

Weatherford Independent School District (TX)
Weatherford Jr. College District (TX)
Weatherford, City of (TX)
Webb County (TX)
Webster, City of (TX)
Weinert, City of (TX)
Weir, City of (TX)
Weld County (CO)
Wellington, City of (TX)
Wells Branch Library District (TX)
Wells Independent School District (TX)
Wells, Town of (TX)
Wes Tex Groundwater (TX)
Weslaco, City of (TX)
West Columbia, City of (TX)
West Independent School District (TX)
West Lake Hills, City of (TX)
West PID (TX)
West Rusk Independent School District (TX)
West Tawakoni, City of (TX)
West University Place, City of (TX)
West, City of (TX)
Westbank Library District (TX)
Westbrook Independent School District (TX)
Westbrook, City of (TX)
Western Texas College District (TX)
Westlake, Town of (TX)
Westover Hills, Town of (TX)
Westwood Independent School District (TX)
Westwood Magnolia Parkway Improvement District (TX)
Westworth Village Crime Control District (TX)
Westworth Village, City of (TX)
Wharton County (TX)
Wharton, City of (TX)
White Oak, City of (TX)
White Settlement Crime Control District (TX)
White Settlement Independent School District (TX)
White Settlement, City of (TX)

Whitehouse Independent School District (TX)
Whitehouse, City of (TX)
Whitesboro Independent School District (TX)
Whitesboro, City of (TX)
Whitewright Independent School District (TX)
Whitewright, Town of (TX)
Whitney Independent School District (TX)
Whitney, Town of (TX)
Wichita County (TX)
Wichita County WID #2 (TX)
Wichita Falls Independent School District (TX)
Wichita Falls, City of (TX)
Wickett, Town of (TX)
Wilbarger County (TX)
Wilbarger General Hospital District (TX)
Williamson County (TX)
Williamson County ESD #10 (TX)
Williamson County ESD #3 (TX)
Williamson County ESD #5 (TX)
Williamson County ESD #7 (TX)
Williamson County ESD #8 (TX)
Williamson County ESD #9 (TX)
Williamson County MUD #10 (TX)
Williamson County MUD #11 (TX)
Willow Park, City of (TX)
Wills Point Independent School District (TX)
Wills Point, City of (TX)
Wilmer, City of (TX)
Wimberley Village Library (TX)
Windcrest Crime Control & Prevention District (TX)
Windcrest, City of (TX)
Windom, Town of (TX)
Windthorst Independent School District (TX)
Winfield Independent School District (TX)
Winfield, City of (TX)
Wink, City of (TX)
Winkler County (TX)
Winkler County Health Services (TX)

Wink-Loving Independent School District (TX)
Winnie Stowell Hospital District (TX)
Winona Independent School District (TX)
Winters Independent School District (TX)
Winters, City of (TX)
Wise County (TX)
Wise County ESD #1 (TX)
Wise County WCID #1 (TX)
Wise County WSD #2 (TX)
Wolfe City Independent School District (TX)
Wolfe City, City of (TX)
Wood County (TX)
Woodcreek, City of (TX)
Wooden Independent School District (TX)
Woodlands Township EDZ, The (TX)
Woodlands Township, The (TX)
Woodsboro, Town of (TX)

Woodson Independent School District (TX)
Woodson, Town of (TX)
Woodville, Town of (TX)
Woodway, City of (TX)
Wortham Independent School District (TX)
Wortham, Town of (TX)
Wylie Independent School District (TX)
Wylie, City of (TX)
Wyoming, State of
Yantis Independent School District (TX)
Yantis, Town of (TX)
Yoakum, City of (TX)
Yorktown, City of (TX)
Young County (TX)
Yuma County (CO)
Zavalla Independent School District (TX)
Zavalla, City of (TX)
Zephyr Independent School District (TX)

# SCHEDULE 1(aa)

## Top 50 Unsecured Creditors

ADA Carbon Solutions (Red River
    Environmental Products)
AEP Texas North Co.
Alcoa
Ameco Inc.
American Stock Transfer & Trust Co. LLC
Asher Media Inc.
Automatic Systems Inc.
Bank of New York Mellon Trust Co., The
Benchmark Industrial Services
BNSF Railway Co.
Brake Supply Co. Inc.
Capgemini North America Inc.
Centerpoint Energy Houston
Courtney Construction Inc.
Crane Nuclear Inc.
Data Systems & Solutions LLC
    (Rolls Royce)
FLSmidth Airtech Inc.
Fluor Global Services
Frisco Construction Services
Generator & Motor Services Inc.
Grainger
HCL America Inc.
Headwaters Resources Inc.
Holt Cat

Hydrocarbon Exchange Corp.
J&S Construction LLC
Kansas City Southern Railway (KCS)
Law Debenture Trust Co. of New York
Lower Colorado River Authority
Merico Abatement Contractors Inc.
Mine Service Ltd.
Northeast Texas Power Ltd.
Pension Benefit Guaranty Corp.
Performance Contracting Inc.
Pierce Construction Inc.
Ranger Excavating LP
Ryan Partnership (formerly SolutionSet)
Securitas Security Services USA
Shaw Maintenance (CB&I)
Siemens Power Generation Inc.
Sitel LLC
Taggart Global LLC
Team Excavating
Texas-New Mexico Power Co.
TPUSA
Transactel Inc.
Trent Wind Farm LP
UMB Bank NA
Warfab
Westinghouse Electric Co. LLC

# SCHEDULE 1(bb)

## Unions

International Brotherhood Of Electrical Workers Local No. 2078
International Brotherhood Of Electrical Workers Local No. 220
International Brotherhood Of Electrical Workers Local No. 2337

# SCHEDULE 1(cc)

## United States Trustee, Judges, and Court Contacts for the District of Delaware (and Key Staff Members)

Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Walsh, Peter J.
Werkheiser, Rachel
West, Michael

Wynn, Dion

# SCHEDULE 1(dd)

## Unsecured Creditors' Committee Members and Proposed Advisors

ADA Carbon Solutions (Red Rver)
The Bank of New York Mellon
FTI Consulting
HCL America, Inc.
Holt Texas LTD, d/b/a Holt Cat
Law Debenture Trust Company of New York
Lazard
Morrison & Foerster LLP
Pension Benefit Guaranty Corporation
Polsinelli PC

# SCHEDULE 1(ee)

## Utilities

1stel Inc.
Abilene Regional Landfill
Abovenet Communications Inc.
AEP Texas Central Co.
AEP Texas North Co.
Allied Waste Services #058
Allied Waste Services #069
Allied Waste Services #794
American Messaging
Aqua Water Supply Corp.
AT&T Inc.
AT&T Internet Services Inc.
AT&T Mobility
AT&T Mobility LLC
AT&T Opus
AT&T Opus Billing Department
Atmos Energy
BCS Stop & Go
Bi-County Water Supply Corp.
Bi-County Water Supply Inc.
Bluebonnet Electric Coop Inc.
Bowie-Cass Electric Cooperative
Bullard Inc.
Bullard Inc.
Cactus Environmental Services
Cellular One
Centerpoint Energy Inc.
CenturyLink
Clean Harbors
Colorado River Municipal Water District
Commercial Metals Co.
Consolidated Communications
Coppell, City of (TX)
Crims Chapel Water Supply Corp.
Dallas Water Utilities (TX)
Direct Energy Business
Dish Network
Duncan Disposal
Eastex Telephone
Effective Environmental
Eola Water Supply Corp.

ERCOT
Fairfield, City of (TX)
Fairplay Water Supply Corp.
FCC Environmental LLC
Fort Worth Water Department (TX)
Garland, City of (TX)
Glen Rose Water Department, City of (TX)
Glen Rose, City of (TX)
GLM Inc.
Glowpoint Inc.
Graham Water Department, City of (TX)
Granbury Municipal Utilities, City of (TX)
H&H Water Supply Corp.
Inter-County Communications Inc.
Irving, City of (TX)
Itasca Landfill
Level 3 Communications LLC
Lower Colorado River Authority
Lubbock Electric Co. Inc.
Mesquite, City of (TX)
Mexia Landfill
Mid East Texas Groundwater Conservation
Midstate Environmental Services
Midstate Environmental United
Mitchell County Utility (TX)
Mitchell County Utility Co.
Monahans, City of (TX)
Navarro County Electric Coop Inc.
Navasota Valley Electric
New Prospect Water Supply Corp.
Nueces Electric Cooperative
Pinehill Landfill
Pleasant Oaks Landfill TX LP
Port-A-Jon
Progress Energy
Progressive Waste Solutions
Progressive Water Treatment
Republic Services National
Robertson County Water (TX)
Robertson County Water Supply Corp.
Rock Hill Water Supply Corp.

Rusk County Electric Cooperative Inc.
Savoy, City of (TX)
Set Environmental Inc.
Sharyland Utilities LP
Somervell County Water District (TX)
Southwest Fannin County (TX)
Southwest Fannin County Water
    Supply Corp.
Southwestern Bell Telephone
Southwestern Electric Power Co.
Sprint
Starboard Environmental Audit
    Services Inc.
Stryker Lake WSC
SuddenLink
Sulphur Springs Water Department,
    City of (TX)
Sulphur Springs, City of (TX)
Sunnyvale, Town of (TX)
Sweetwater Water Department, City of (TX)
Sweetwater, City of (TX)
Texas Disposal Services
Texas-New Mexico Power Co.
Time Warner Cable
TRI Special Utility District
Tri-County Electric Coop Inc.
Tri-County Electric Cooperative Inc.
Trinidad Water Department, City of (TX)
Trinidad, City of (TX)
United Recycler Services Inc.
United Recyclers Services of Texas LP
Universal Recycling Technologies
Universal Vacuum Services
Upshur Rural Electric Co-Op
Verizon Business
Verizon Southwest
Verizon Wireless
Waste Management
Waste Management Lewisville Hauling
Windstream Communications
Windstream Communications
Wood County Electric
Wood County Electric Cooperative Inc.

# SCHEDULE 2

## **Specific Disclosure**

| Name Searched | Category | A.K.A. / D.B.A. | Status (Current, Former, Closed) | Client/Adverse |
|---|---|---|---|---|
| 3M Co. | Contract Counterparties; Litigant - Asbestos; Potentially Responsible Parties | Comserv, Inc. formerly M3m; 3M National Advertising Company of Chicago; 3M f/k/a Minnesota Mining & Manufacturing Co. | closed/current | client/adverse |
| 84 Lumber Co. | Litigants - Asbestos | | closed | adverse |
| A.W. Chesterton Co. | Litigants - Asbestos | | closed | client |
| AAA Cooper Transportation | SoALs | | Closed | Adverse |
| AAF-McQuay Inc. | Litigants - Asbestos | AAF McQuay International | closed | adverse |
| AB Chance Co. | SoALs | | Closed | Client |
| ABB Inc. | Contract Counterparties; Litigant - Asbestos; Significant Vendors | | current/closed | client/adverse |
| Abbott Laboratories | Litigants - Asbestos | | closed | client |
| Abitibi Bowater Inc. | Litigants - Asbestos | | closed | client |
| ABN Amro Bank NV | SoALs | | Closed | Adverse |
| Accenture LLP | Significant Vendors | | closed | adverse |
| ACE | Insurers | ACE Insurance Company; ACE American Insurance; ACE LLC | closed; former | client/adverse |
| Ace Cash Express Inc. | Contract Counterparties | | former/closed | client/adverse |
| Ace Hardware Corp. | Litigants - Asbestos | | closed | client |
| ACME Brick Co. | Litigants - Asbestos | ACME Brick f/k/a Jenkins Brick Co. | closed/current | client/adverse |
| Acuity Specialty Products Inc. | Significant Vendors | | closed | adverse |
| Adams, Robert | Officers and Directors | Robert B. Adams; Robert E. Adams, Jr.; Robert L.T. Adams; Robert G. Adams; Robert J. Adams III | current/closed | client/adverse |
| Adobe Systems Inc. | SoFAS | | Closed | Adverse |
| ADP Inc. | Significant Vendors | Automatic Data Processing Inc. | closed | client/adverse |
| Advance Auto Parts Inc. | Litigants - Asbestos | | closed | client |
| Aecom USA Inc. | Litigants - Asbestos | AECOM Technology Corporation | former | adverse |
| Aegis | Contract Counterparties; Significant Vendors | The Aegis Group | closed | adverse |
| Aegon | Bondholders | Aegon Insurance; Aegon USA; AB-Aegon Altalanos Biztosito Rt. | Closed | Client |
| AEP Texas Central Co. | Significant Vendors | AEP; American Electric Power | former/current | adverse/client |
| AES Corp. | Litigants - Asbestos | | closed | adverse |
| Aetna Inc. | Significant Vendors | Aetna Casualty & Surety Ins Co; Aetna Life Ins.; Aetna Group USA | current/closed/former | client/adverse |
| Aggreko LLC | Significant Vendors | Aggreko, Inc. | former | adverse |
| Agilent Technologies | Significant Vendors | | closed | adverse |
| AIG | Insurers | AIG Insurance Co. | closed/current | adverse/client |
| Ainsworth, Billy | SoALs | | Closed | Client |
| Air Products & Chemicals Inc. | Litigants - Asbestos | | closed | client/adverse |
| Airco Inc. | Litigants - Asbestos | | closed | client |
| Airgas | Significant Vendors | Airgas South; Gulf States Airgas | closed/current | client/adverse |
| AK Steel Corp. | SoALs | | Closed | Adverse |
| Akzo Nobel Functional Chemicals LLC | Contract Counterparties | | closed | adverse |
| Alabama Department of Revenue | Taxing Authorities-State | | closed/former/current | adverse/client |
| Alabama Power Co. | Litigants - Asbestos | | current | client |
| Albany International Corp. | Litigants - Asbestos | | closed | adverse |
| ALCOA | Significant Customers; Top 50 Unsecured Creditors; Litigants - Asbestos | ALCOA Power Generating Inc. - Yadkin Division | current /closed | adverse |
| Alcolac Inc. | SoALs | | Closed | Adverse |
| Alexander, Shirley | SoALs | | closed | adverse |
| Alexander, Shirley Ann | SoALs | | closed | client; adverse |
| Allen, James C. | SoALs | | closed | adverse |
| AllianceBernstein LP | Debtholders | | former | adverse |
| Allied Electronics Inc. | Contract Counterparties; Significant Vendors | | closed | adverse |
| Allied Manufacturing Corp. | Litigants - Asbestos | | closed | client |
| Allied Minerals Inc | Litigants - Asbestos | | closed | client |
| Allied Waste Services | Utilities | | former | client |
| Allison, Robert | Litigants - Asbestos | | closed | adverse |
| Allstate Life Insurance Co. | Debtholders | | closed | adverse |
| Alpha Services | Significant Vendors | | closed | client |
| Alstom Power Inc. | Contract Counterparties | Alstom Power f/k/a ABB Alsom | closed | client/adverse |
| Alvarez & Marsal LLC | Significant Vendors | | current | adverse |
| Ameco Inc. | Significant Vendors | AMECO Properties, LLC | current | adverse |
| Ameren Inc. | Litigants - Asbestos | Ameren Energy Fuels and Services | current/closed | client/adverse |
| Ameren Energy Generating Co. | Significant Vendors | | closed | adverse |
| Ameren Missouri | SoALs | | Current | Client |
| American Cyanamid Co. | SoALs | | Closed | Adverse |
| American Electric Power Inc. | Significant Vendors | AEP | current/closed | client/adverse |
| American Energy Corp. Inc. | SoALs | American Energy Exchange, Inc. | Closed | Client |
| American Energy Products Inc. | SoALs | | Closed | Client |
| American General Life Insurance Co. | Contract Counterparties | American General Life and Accident Ins. Co. | closed/current | client/adverse |

| | | | | |
|---|---|---|---|---|
| American Honda Finance | Litigants | | former/client | client |
| American International Group | Significant Vendors | | closed/former | client/adverse |
| American Motorists Insurance Co. | SoALs | | Former; Closed | Adverse |
| American Nuclear Insurers | Insurers; Significant Vendors | | closed | client |
| American Red Cross | Significant Vendors | | closed | adverse |
| American Standard Inc. | Litigants - Asbestos | | closed | adverse |
| Amerigas Corp. | SoALs | AmeriGas Propane, LP; AmericGas Partners LP | Closed; Current | Client |
| Ameritek | Significant Vendors | Ameritek Assembly, Inc; Ameritek Machinery | closed | client/adverse |
| Ameron International Corp. | Litigants - Asbestos | | former | client |
| Ametek Inc. | Litigants - Asbestos | | closed | client/adverse |
| Amoco Chemical Corp. | Potentially Responsible Parties | | former | adverse |
| Anadarko Petroleum Corp. | SoALs | | Former; Current | Adverse |
| Anchorage Advisors | DIP Lenders | | Closed | Client |
| Anchorage Capital LLC | Debtholders | | former | adverse |
| Anderson, Gary | SoALs | | former; closed | Adverse |
| Anderson, Patricia | Litigants - Asbestos | Patricia A. Anderson | closed | adverse |
| Anderson, Roger | SoALs | | closed | adverse |
| Andrew LLC | SoALs | Andrew SC (IDR), LLC | Current | Client |
| Andrews, David R. | Litigants - Asbestos | | former | adverse |
| Andritz Inc. | SoALs | Andritz (USA), Inc. | Closed | Adverse; Client |
| Angelo Gordon & Co. | Bondholders; Debtholders | | former | adverse |
| Aon Hewitt | SoALs | | Current | Adverse |
| Apache Corp. | Contract Counterparties; Significant Vendors | Apache Construction; Apache Products | closed | adverse |
| Apidos Quattro CDO | Debtholders | | current | adverse |
| Apple | SoALs | | | |
| | | Apple South, Inc.; Apple Computers; Apple Holdings, LLC;  Apple Development LLC | Closed; Former | Client; Adverse |
| Applied Industrial Technologies | Contract Counterparties; Significant Vendors | | closed | adverse |
| Aramark Uniform Services | Contract Counterparties; Significant Vendors | | closed | adverse |
| Archer-Daniels-Midland Co. | Litigants - Asbestos | | current/closed | client/adverse |
| Ares Management LLC | Debtholders | | current | client |
| Argus Services Corp. Inc. | SoALs | Argus Information and Advisory Services | Former | Adverse |
| Ariba Inc. | Significant Vendors | | closed | adverse |
| Arizona Public Service Co. | SoALs | | Former | Adverse |
| Arkema Inc. | SoALs | | Closed | Adverse |
| Arlington, City of (TX) | Taxing Authorities-Texas | | current | client |
| Arrow Electronics Inc. | SoALs | | Current; Closed | Client; Adverse |
| Asbury Automotive Group Inc. | Contract Counterparties | | closed | client |
| Ascend Performance Materials | Significant Vendors | | current | adverse |
| Ascension Health | Debtholders | | current | adverse |
| Ashland Inc. | SoALs | Ashland Oil, Inc. | Closed | Cient |
| Aspen Power LLC | SoFAS | | Current | Adverse |
| Associated Electric & Gas Insurance Services (AEGIS) | Insurers | | former | adverse |
| AT&T | Significant Vendors; Utilities | AT&T Information Systems; AT&T Communications; AT&T Alabama; AT&T Wireless; New Cingular Wireless d/b/a AT&T Mobility | closed/current/former | client/adverse |
| Atlas Copco | Significant Vendors | Atlas Copco Construction & Mining Technique USA | current | adverse |
| Atmos Energy Corp. | Contract Counterparties; Litigants | | current | client |
| Austin, City of (TX) | Taxing Authorities-Texas | | closed | adverse |
| Avenue Investments LP | Debtholders | | former | adverse |
| AWC Inc. | Significant Vendors | | former | adverse |
| Axis | Insurers | Axis Insurance; Axis Group; Axis Canada Co.; Axis Specialty Insurnace Company | current/closed/former | client/adverse |
| Babcock & Wilcox | Contract Counterparties; Significant Vendors | Babcock Wilcox Construction | closed/current | client/adverse |
| Babson Capital Management | Debtholders | | former | adverse |
| Baker, Dorothy | SoALs | | closed | Adverse |
| Baker, James A., III | Significant Vendors | | closed | client |
| Baker, Robert | Officers and Directors | | closed/former | adverse |
| Baker, Thomas | Shareholders | | current | adverse |
| Ballard, William | SoALs | | closed | adverse |
| Bank of America | Litigants; Debtholders; Banks | Bank of America NA | current/closed/former | client/adverse |
| Bank of Oklahoma | Banks | | former/current | adverse |
| Bank of Texas | Banks | Bank of Texas NA | current | adverse |
| Barclay | SoALs | | | |
| | | Barclay Enterprises, LLC; Barclay American Commercial; The Barclay Group | Closed | Client |

| | | | | |
|---|---|---|---|---|
| Barclays Bank PLC | Contract Counterparties; Debtholders; Significant Vendors | | closed/current/former | client/adverse |
| Barco Inc. | Significant Vendors | Barco Hydraulics | closed | client |
| Barnett, Larry | SoALs | | closed | adverse |
| Barton, Jean | SoALs | | closed | adverse |
| BASF Corp. | Potentially Responsible Parties | | closed/current | adverse |
| Bayer Corp. | SoALs | | Closed | Adverse |
| Bayer MaterialScience LLC | SoALs | Bayer CorpScience LP | Current | Client |
| Baylor University | Contract Counterparties | | former | adverse |
| Beal Bank | DIP Lenders | | Former; Current | Client; Adverse |
| Beazer East Inc. | Litigants - Asbestos; Potentially Responsible Parties | | closed | client/adverse |
| Beazley | Insurers | Beazly Group | former | client |
| Bechtel Corp. | Litigants - Asbestos; Significant Vendors | Bechtel Enterprises; Bechtel Group | closed | client/adverse |
| Bentley Systems Inc. | Significant Vendors | | closed | adverse |
| Bently Nevada Corp. | Significant Vendors | | closed | client |
| Bimbo Bakeries USA Inc. | Contract Counterparties | | closed | client |
| Black & Veatch Corp. | Significant Vendors | | closed | adverse |
| Blackrock | Bondholders; Debtholders | Blackrock Financial Management | former | adverse |
| Blair, David | Litigants | | current | adverse |
| Blue Cross & Blue Shield | Contract Counterparties; Landlords; Significant Vendors | BC&BS of Alabama; BC&BS of Georgia; BC&BS OF Florida; BC&BS of Minnesota; BC&BS of Tennessee | current/closed/former | client/adverse |
| BMO Capital Markets | DIP Lenders | BMO Capital Markets Financing, Inc. | Closed; Former; Current | Adverse |
| BNSF Railway Co. | Significant Vendors; Top 50 Unsecured Creditors | The Burlington Northern and Santa Fe Railway Co. | current/former | client/adverse |
| BNY Mellon | Significant Vendors | BNY Mellon Alcentra Mezzanine Partners | current | client/adverse |
| Borg-Warner Corp. | SoALs | Borg Warner Accept. Corp. | Closed | Client |
| Boston Mutual Life | Significant Vendors | | closed | client |
| Boy Scouts of America | Contract Counterparties; Significant Vendors | | former | adverse |
| Boyd, Melba | SoALs | | closed | adverse |
| BP America Production Co. | Potentially Responsible Parties; Significant Vendors | | current/former | adverse |
| BP Energy Co. | Contract Counterparties; Significant Vendors | BP Energy Trading Corp. | current/closed | adverse |
| BP Products North America Inc. | Potentially Responsible Parties | | closed/former/current | adverse |
| Bradley Arant Boult Cummings LLP | SoFAS | | Former | Adverse |
| Breeze LLC | SoALs | Breeze Enterprises, LLC | Former | Adverse |
| Bridgestone Firestone North American Tire LLC | SoALs | Bridgestone Firestone Diversified Products Company | Closed | Adverse |
| Brigade Capital Management | Debtholders | | current | client |
| Brooks, Linda | SoALs | | closed | adverse |
| Brooks, Richard | Litigants - Asbestos | Richard D. Brooks, Jr; | closed | adverse |
| Brooks, William R. | SoALs | | closed | client |
| Brown Rudnick LLP | Professionals | | former | adverse |
| Brown, Walter | Litigants | Walter Brown, Sr | closed | adverse |
| Brown, Betty | SoALs | | closed | adverse |
| Brown, Edna | SoALs | | closed | adverse |
| Brown, Geraldine | Litigants - Asbestos | | closed | adverse |
| Brown, Helen | SoALs | | closed | adverse |
| Brown, John | SoALs | | closed | adverse |
| Brown, Patrick | Litigants | | current/closed | adverse |
| Brown, Randy | SoALs | | former | adverse |
| Browning-Ferris Industries Inc. | SoALs | | Closed | Client; Adverse |
| Buda, City of (TX) | Taxing Authorities-Texas | | closed | adverse |
| Burke, James | Officers and Directors | | closed | adverse |
| Business Interiors | Significant Vendors | Business Interiors Inc. | current/closed | adverse |
| Business Wire | Significant Vendors | | closed | adverse |
| Caldwell, Eric | SoALs | | closed | adverse |
| Caldwell, Richard | Litigants - Asbestos | | closed | client |
| California Public Employees Retirement System | Debtholders | | current | client |
| Cambridge Homes Inc. | SoALs | | Closed; Former | Adverse |
| Cameco Inc. | Contract Counterparties; Significant Vendors | Cameco Industries, Inc. | closed | client |
| Camelot Communications Ltd. | Significant Vendors | Camelot Communications, Inc. | closed | adverse |
| Cameron International Corp. | Contract Counterparties; Significant Vendors | | current | adverse |
| Campbell, David | Officers and Directors | David A. Campbell | closed | adverse |
| Canadian Imperial Bank of Commerce | SoALs | | Closed; Current | Adverse |
| Canyon Capital Advisors | DIP Lenders | | Closed; Current | Adverse; Client |

| Capgemini US LLC | SoALs | | Closed | adverse |
|---|---|---|---|---|
| Capital One | Litigants; Contract Counterparties | Captial One FSB; Capital One Financial; Capital One Bank; Capital One Bank USA, NA | current/closed | adverse |
| Carboline Co. | SoALs | | Closed | Adverse |
| Caremark | Significant Vendors | CVS Caremark Corp.; Caremark RX (Formerly MedPartners); | current/closed | client/adverse |
| Caremark PCS Health LLC | Contract Counterparties | Caremark PCS, Inc. | closed | adverse |
| Cargill Inc. | Contract Counterparties; Significant Vendors | Cargill Alliant LLC | current/former/closed | adverse |
| Carlton-Bates Co. | SoALs | | Closed | Adverse |
| Carpenter, Sarah | SoALs | | former | adverse |
| Carrier Corp. | Litigants - Asbestos | | current/closed | client/adverse |
| Carter, James | SoALs | | current/closed | adverse |
| Castlerigg Master Investment Ltd. | Debtholders | | former | adverse |
| Caterpillar | Significant Vendors | Caterpillar Financial Systems; Catepillar, Inc. | current/former/closed | client/adverse |
| Caterpillar Inc. | SoFAS | | Closed | Adverse |
| CCC Group Inc. | Significant Vendors | | closed | adverse |
| Celanese | Significant Vendors | Hoechst Celanese Corp. | closed | client |
| Cellco Partnership | SoALs | Verizon Wireless | Closed; Current | Adverse |
| Cellular One | Significant Vendors; Utilities | RCC Holding, Inc. dba Cellular One | closed | client |
| Centerpoint Energy Inc. | Litigants; Top 50 Unsecured Creditors | Centerpoint Energy Resources Corp.; | current | adverse |
| Centex Homes | SoALs | Centex Home Equity Company | Closed | Adverse |
| Central Transport International Inc. | Contract Counterparties | | closed | adverse |
| CenturyLink | Significant Vendors; Utilities | CenturyLink Communications | current | adverse |
| Certainteed Corp. | Contract Counterparties; Litigants - Asbestos | | former/closed | client/adverse |
| CH2M Hill Inc. | Significant Vendors | | closed | client/adverse |
| Charming Charlie Inc. | Contract Counterparties | | current | adverse |
| Chase Bank USA NA | Litigants | Chase Bank of Texas, NA | closed | adverse |
| Checkfree Services Corp. | SoALs | | Closed | Adverse |
| Chemetron | SoALs | | Closed | Client |
| Chemical Lime Co. of Texas | Significant Vendors | Chemical Lime Company of Alabama | current | client |
| Chemical Reclamation Services Inc. | SoALs | | Closed | Adverse |
| Chemtron Corp. | Potentially Responsible Parties | | closed | adverse |
| Chemtura Corp. | Potentially Responsible Parties | | current | adverse |
| Chesapeake Exploration LLC | SoALs | | Former | Adverse |
| Chevron Corp. | SoALs | | Closed | Adverse |
| Chromalox | SoALs | | Closed | Adverse |
| Chubb & Son | Significant Vendors | Chubb & Son Insurance | current | client |
| Cintas Corp. | Contract Counterparties | | current/former/closed | client/adverse |
| Cisco Systems Inc. | SoALs | | Closed; Former | Adverse |
| Cit Group/Equipment Financing Inc. | Significant Vendors | | closed/former | adverse |
| Citadel Investment Group | Debtholders | | closed/current | client/adverse |
| Citibank | Banks; Indenture Trustees; Letters of Credit; Debtholders; Contract Counterparties; Lienholders; Significant Vendors; Top 50 Unsecured Creditors | | closed/ current | client/adverse |
| Citigroup | Indenture Trustees; Investment Banks; Shareholders | Citigroup Investments; Citigroup Energy; Citigroup Financial | closed/current/former | client/adverse |
| Citigroup Global Markets Inc. | Debtholders; Professionals; Significant Vendors | Citigroup Global Markets Realty Corp. | closed/current/former | client/adverse |
| Citimortgage | Litigants | | current/closed/former | client/adverse |
| Citizens National Bank | SoALs | Citizens & Southern National Bank | Closed | Client |
| Citrix Systems Inc. | Significant Vendors | | closed | adverse |
| City of Houston, TX | Debtholders | | Former | Adverse |
| Clark, Steven | SoALs | | closed | adverse |
| Clarke Checks Inc. | SoALs | Clarke American Checks, Inc. | Closed | Adverse |
| Clean Harbors | Utilities | Clean Harbors Environmental Services,Inc. | current | client |
| Clearview | Landlords | Clearview Media,LLC | former | client |
| Clinton Group | Debtholders | | current | adverse |
| CNA Holdings | SoALs | | Former | Adverse |
| CNA Insurance Co. | SoALs | | Closed | Client; Adverse |
| Coastal Recycling | SoALs | Coastal Recycling Services, LLC | Current | Adverse |
| Coca Cola Enterprises | Contract Counterparties | | current | client |
| Cognos Corp. | SoALs | | Closed | Adverse |
| Cole, Clarence | SoALs | | closed | adverse |
| Coleman, Annie | SoALs | | former | adverse |
| Coleman, Edna | SoALs | | closed | adverse |
| Coleman, Julia | Litigants - Asbestos | Julia Allen Coleman | current/closed | adverse |
| Coleman, Mary | SoALs | | current; closed | adverse |

| | | | | |
|---|---|---|---|---|
| Colle Towing | SoALs | | Closed | Adverse |
| Collins, John | SoALs | | closed | adverse |
| Collins, Mildred | SoALs | | closed | client |
| Colonial Savings FA | Contract Counterparties | | closed | adverse |
| Combustion Engineering Inc. | SoALs | Combustion Engineering New Tube Mill | Closed | Client; Adverse |
| Comerica Bank | Landlords | Comerica Bank - Texas; Comerica Bank & Trust | closed/former/current | client/adverse |
| Communications Workers of America | SoALs | Communications Workers of America, AFL-CIO 89119 | Closed | Adverse |
| Computer Associates | Significant Vendors | Computer Associates International,Inc. | closed | adverse |
| Computer Sciences Corp. | Contract Counterparties | Computer Science Corporation a/k/a SCS | closed | client/adverse |
| Concentra Health Services Inc. | Significant Vendors | | closed | adverse |
| Confidential Services Inc. | SoALs | | Current | Adverse |
| Conner, Robert H. | Litigants | Robert H. Conner, Jr.; Robert H. Conner, Sr | former | client |
| Conoco Inc. | SoALs | | Closed | Adverse |
| Constellation Energy | Significant Vendors | Constellation Energy Commodities Group | closed/current | adverse |
| Constellation New Energy - Gas Division LLC | Contract Counterparties | | current | adverse |
| Consumers Energy Co. | SoALs | Consumers Energy Corp. | Closed; Current | Client; Adverse |
| Container Products Corp. | Significant Vendors | | closed | adverse |
| Control Components Inc. | Litigants - Asbestos; Significant Vendors | | closed | client |
| Control Products Corp. | Contract Counterparties | | former | adverse |
| Control Systems Co. | Significant Vendors | | closed | client |
| Convergys Corp. | Contract Counterparties | | closed | adverse |
| Cooper Cameron Corp. | SoALs | Cooper Cameron Company | Current; Closed | Adverse |
| Corporate Executive Board | Significant Vendors | | closed | adverse |
| Cott Beverages Inc. | Contract Counterparties | | closed | adverse |
| Courtyard by Marriott | Contract Counterparties | | closed | client |
| Crawford & Co. | Significant Vendors | | closed | client |
| CRC | Significant Vendors | CRC Insurance Services | Closed | Adverse |
| Credit Suisse | Debtholders; Indenture Trustees; Investment Banks; Litigants | Credit Suisse Bank; Credit Suisse Securities; Credit Suisse Energy; Credit Suisse International; Credit Suisse Loan Funding | current/closed/former | client/adverse |
| Credit Value Partners | Debtholders | | current | adverse |
| Crescent Capital Group LP | Debtholders | Crescent Capital (fKA TCW) | curent | adverse |
| Crim, Travis Frank | SoALs | | closed | adverse |
| CSC Credit Services Inc. | SoALs | | Closed; Former | Adverse |
| CSC Engineering & Environmental Consultants Inc. | SoALs | | Current | Adverse |
| CSC Engineering & Environmental Consulting | Significant Vendors | | current | adverse |
| CSI | Significant Vendors | CSI, Inc. | closed | client |
| CSX Transportation | SoALs | | Closed; Current; Former | Client; Adverse |
| CTI | Significant Vendors | CTI Resource Management Services | current | adverse |
| Currey, Robert B. | SoALs | | current | client |
| Cytec Engineered Materials Inc. | Contract Counterparties | | former | client |
| D.R. Horton Inc. | Contract Counterparties | DR Horton - Texas, Ltd. | closed/current/former | client/adverse |
| DairyPak | SoALs | Dairy Pack - A Division of Blue Ridge Paper Products | Current | Adverse |
| Dallas, City of (TX) | Contract Counterparties | City of Dallas | current | adverse |
| DAS Inc. | SoFAS | DAS North America, Inc. | Former | Client |
| Davis Instruments | SoFAS | | Closed | Adverse |
| Davis, Charles | Litigants | Charles C. Davis | current/closed | adverse |
| Davis, Clifford | Litigants | | closed | adverse |
| Davis, David | Officers and Directors | | former | adverse |
| Davis, Martha | SoALs | | closed | adverse |
| Dean Foods Co. | SoALs | | Current | Client; Adverse |
| Delaware, State of | Contract Counterparties | | closed | adverse |
| Dell Computer Corp. | Significant Vendors | | closed | client |
| Deloitte & Touche | Significant Vendors; Top 50 Unsecured Creditors | | closed | client/adverse |
| Delta Air Lines Inc. | Litigants | | closed | adverse |
| Delta Airlines | SoFAS | | Closed | Adverse |
| Denbury Onshore LLC | Contract Counterparties | | current | adverse |
| Denbury Resources Inc. | Significant Vendors | | closed | adverse |
| Desoto Inc. | SoALs | Desoto Treatment Materials, Inc.; Desoto Treated Materials, Inc. | Current | Client |
| Detroit Edison Co. | Significant Vendors | | closed/current | client/adverse |
| Deutsche Bank | Banks; Debtholders; Indenture Trustees | Deutsche Bank Securities, Inc.; Deutshce Bank AG New York Branch; Deutsche Bank Trust Company Americas | closed/current | client/adverse |
| Devon Energy Production Co. LP | SoALs | | Former | Adverse |
| Diamond Power | Significant Vendors | Diamond Power International Inc.; Diamond Power Speciality | Current; Closed | Adverse |
| Diamond Shamrock | Potentially Responsible Parties | Diamond Shamrock Refining Company, L.P; | Current | Adverse |

| | | | | |
|---|---|---|---|---|
| DiMaio Ahmad Capital LLC | Debtholders | | Current | Adverse |
| Dimmit County (TX) | Taxing Authorities-Texas | | Current | Adverse |
| Direct Energy Business | Utilities | Direct Energy LP | Current | Adverse |
| Discover Financial Services | Litigants | | Closed | Adverse |
| Diversified Drilling Services Inc. | Significant Vendors | Diversified Drilling Corporation | Closed | Adverse |
| Dixie Equipment LLC | Significant Vendors | | Closed | Client |
| Dixon, James | SoALs | | current; closed | adverse; client |
| Donaldson Co. | SoALs | Heiskell & Donaldson | Closed | Client |
| Dover Resources (Sargent) | SoALs | | Closed | Client |
| Dow Chemical Co. | SoALs | | Closed | Adverse |
| Drawbridge Special Opportunities Fund LP | Debtholders | Drawbridge Special Opportunities Fund Ltd. | Closed | Adverse |
| DTE Energy Trading Inc. | Significant Vendors | DTE Energy | Closed | Adverse |
| Duff & Phelps LLC | Significant Vendors | | Closed | Client; Adverse |
| Dun & Bradstreet Inc. | SoFAS | | Closed | Client; Adverse |
| Duncan, Curtis | SoALs | | closed | adverse |
| DXP Enterprises Inc. | Significant Vendors | | Closed | Adverse |
| Eagle-Picher Industries Inc. | SoALs | | Closed | Adverse |
| Earth Technology Pty Ltd. | Significant Vendors | Earth Tech Inc. | Closed | Client |
| Eastern Technologies Inc. | Significant Vendors | | Closed | Client |
| Eastman Kodak Co. | SoALs | | Closed | Client; Adverse |
| Eaton Corp. | Significant Vendors | Eaton Financial Corporation; Eaton Leasing Corp. | Current | Client |
| Ecova Inc. | Significant Vendors | | Current | Adverse |
| Edison Electric Institute | Significant Vendors | | Closed | Client |
| Edmondson, Charles M. | SoALs | | Former | Adverse |
| Edward Jones & Co. | SoALs | | Closed; Current | Adverse |
| Edwards, David | SoALs | | Former; closed | client; adverse |
| EIS | Significant Vendors | EIS, Inc. | Closed | Adverse |
| EIS Inc. | SoALs | | Closed | Adverse |
| El Paso Corp. | SoALs | | Closed | Adverse |
| El Paso Electric Co. | SoALs | El Paso Energy Marketing Co.; El Paso Natural Gas Company; El Paso Energy Corp. | Closed; Current | Client; Adverse |
| El Paso Energy Service Co. | Contract Counterparties | El Paso Energy | Closed | Adverse |
| El Paso Natural Gas Co. | Contract Counterparties | | Former; Closed | Client; Adverse |
| Elf Atochem North America Inc. | SoALs | | Closed | Adverse |
| Ellis, Barbara | SoALs | | Former | adverse |
| EMC Corp. | Contract Counterparties; Significant Vendors | EMC Insurance Company; EMC Company | Closed | Client; Adverse |
| EME Homer City Generation LP | SoFAS | | Former | Client |
| Emerson Electric Co. | SoALs | | Closed; Current | Client; Adverse |
| Emerson Process Management Power & Water Solutions Inc. | Significant Vendors | Emerson Process Management | Closed | Adverse |
| Empyrean | DIP Lenders | Empyrean Equity Holdings LLC | Current | Client |
| Enbridge Energy Partners LP | Contract Counterparties | Enbridge Energy Management Group, LLC; Embridge Energy Company | Current | Client; Adverse |
| Enbridge Pipelines | SoALs | Enbridge Midcoast Energy; Enbridge Enterngy Partners | Closed; Former | Client |
| Encana Oil & Gas USA | SoALs | | Former; Current | Adverse |
| Enduring Resources LLC | SoALs | | Former | Adverse |
| Enercon Services Inc. | Significant Vendors | | Closed | Client |
| Energy Authority (TEA) | SoALs | | Closed; Current | Adverse |
| Energy Future Competitive Holdings Co. LLC | Debtors, Debtor Affiliates, and Certain Related Entities | Energy Future Holdings Corp.; Energy Future Intermediate Holding Co. LLC | Closed | Client |
| Energy Insurance Mutual Ltd. | Significant Vendors | | Closed | Adverse |
| Energy Solutions | SoFAS | American Energy Solutions, Inc.; Green Energy Solutions, Inc. | Closed | Client |
| Energy Transfer | Top 50 Unsecured Creditors | Energy Transfer Group, LLC; Energy Transfer Fuel LP | Closed | Client |
| Energyusa - TPC Corp. | SoALs | EnergyUSA Propane Division | Closed | Client |
| Engine Components Inc. | SoALs | | Current | Client |
| Enstor Operating Co. LLC | SoALs | | Closed | Client |
| Entergy | SoALs | Entergy Nuclear Operations, Inc.; Entergy Services, Inc.; Entergy Solutions Ltd; Entergy Koch; Entergy Mississippi, Inc.; Entergy Texas, Inc.; Entergy Koch Trading LP; Entergy Louisiana | Closed; Current; Former | Client; Adverse |
| Entergy Operation Inc. | Significant Vendors | Entergy Nuclear Operations | Closed | Client |
| Enterprise Rent A Car | SoALs | | Closed | Adverse |
| Environmental Integrity Project | Litigants | | Current; Closed | Adverse |
| Episcopal Foundation of Texas | Significant Vendors | Episcopal Foundation | Closed | Client |
| Equifax Information Services LLC | Significant Vendors | Equifax Credit Information Service | Closed | Adverse |
| Ergon Inc. | SoALs | | Closed | Client; Adverse |
| ERM Inc. | SoALs | | Former | Adverse |
| Ernst & Young LLP | Professionals; Significant Vendors | Ernest & Young Project Financial Group | Closed; Current | Client; Adverse |
| Escambia Operating Co. LLC | SoALs | | Closed | Client |
| Esco Corp. | Significant Vendors | | Closed | Adverse |

| ESI Acquisition Inc. | SoALs | | | |
| | | ESI Tractebel Acquisition Corp.; ESI Northeast Energy Acquisition Funding, Inc. | Former | Client |
| Essex Park CDO Ltd | Debtholders | | Closed | Adverse |
| E-Systems Inc. | SoALs | | Closed | Adverse |
| Ethyl Corp. | SoALs | Ethyl Research & Development | Closed | Client; Adverse |
| ETS Inc. | SoFAS | ETS Consulting; ETS Lacroix Fils NV S.A. (Belgium) | Closed; Current | Adverse |
| Evans, Donald | SoALs | | Former | adverse |
| Evans, Donald L. | Officers and Directors; Shareholders; Significant Vendors | Donald Evans, Jr. | Closed | Client; Adverse |
| Evolution Markets Inc. | Significant Vendors | | Former | Adverse |
| Exelon Corp. | SoALs | | Closed; Current | Client; Adverse |
| | | Exelon Nuclear; Exelon Generation Company | | |
| Exelon Generation Co. | Contract Counterparties; Significant Vendors | Exelon Generation Co., LLC | Closed | Adverse |
| Exide Corp. | SoALs | Exide Technologies | Closed; Current | Client; Adverse |
| Experian Business Information Solutions Inc. | Significant Vendors | Experian Information Solutions Inc. | Closed | Client; Adverse |
| Extended Stay | Contract Counterparties | | Current | Adverse |
| Exxon Mobil Corp. | Potentially Responsible Parties | Exxon Chemical Co. USA | Current; Closed | Client; Adverse |
| ExxonMobil | SoALs | | Closed | Client |
| Factory Mutual Insurance Co. | Significant Vendors | | Closed | Adverse |
| Fairway Supply Inc. | SoALs | | Closed | Adverse |
| Family Dollar Stores of Texas LLC | Contract Counterparties | Family Dollar Stores, Inc.; Family Dollar Distribution LLC | Closed | Client |
| Farm Credit Bank of Texas | SoALs | Farm Credit Bank of St. Louis | Former; Closed | Client |
| Farmers Home Administration | SoALs | | Current | Adverse |
| Faro Technologies | SoALs | | Closed | Client |
| Fastenal Co. | Significant Vendors | | Former | Adverse |
| Featherlite | Litigants - Asbestos | Featherlite Building Products | Closed | Client |
| Federal Deposit Insurance Corp. (FDIC) | Significant Customers | | Current; Closed | Client; Adverse |
| Federal Home Loan Bank | Contract Counterparties | Federal Home Loan Bank of Dallas | Former | Adverse |
| Federal Insurance Company | Insurers | | Current | Adverse |
| Federal Mogul | Potentially Responsible Parties | Federal Mogul Corporation | Closed | Adverse |
| Federal Signal Corp. | Significant Vendors | | Closed | Adverse |
| FEMA | Significant Vendors | | Current; Closed | Adverse |
| Ferguson Enterprises | Significant Vendors | | Current; Closed | Client; Adverse |
| Fernwood Associates LLC | Debtholders | | Closed | Adverse |
| Fernwood Foundation Fund LLC | Debtholders | | Closed | Adverse |
| Fernwood Restructuring Ltd. | Debtholders | | Closed | Adverse |
| Fidelity Investments | Debtholders | Fidelity Investments Services Company | Closed | Client; Adverse |
| Fidelity National Title Insurance Co. | Significant Vendors | Fidelity National Title Insurance Company of Tennessee; Fidelity National Title Insurance Company of New York | Current; Closed | Client; Adverse |
| Financial Engineering Associates | Significant Vendors | | Current | Adverse |
| Firestone | SoALs | Firestone Polymers LLC | Closed | Adverse |
| First Baptist Church of, The | Contract Counterparties | The First Baptist Church of Temple, TX | Closed | Adverse |
| First Premier Bank | Litigants | | Current; Closed | Client; Adverse |
| First Solar Inc. | SoALs | First Solar Electric Services, Inc. | Current | Adverse |
| First Tennessee Bank National | Contract Counterparties | | Current; Closed | Client; Adverse |
| First Union Commercial Corp. | Lienholders | | Closed | Client |
| First Union Rail Corp, a Wells Fargo Co. | Contract Counterparties | | Former | Adverse |
| Fiserv Inc. | Significant Vendors | | Former; Closed | Adverse |
| Fiserv Solutions Inc. | Contract Counterparties | Fiserv Lending Solutions | Former; Closed | Adverse |
| Fisher Scientific | Significant Vendors | | Closed | Adverse |
| Flannery, Patrick | Litigants - Asbestos | | Closed | Client |
| Flint Hills Resources LP | Significant Vendors | Flint Hills Resources Alaska, LLC | Closed | Adverse |
| Flint Ink Corp. | SoALs | | Closed | Adverse |
| Florida Power & Light Co. | Contract Counterparties | | Current | Client |
| Fluid Engineering | Significant Vendors | | Closed | Adverse |
| Fluor Enterprises Inc. | Contract Counterparties; Significant Vendors; Litigants | | Current; Closed | Adverse |
| Fluor Global Services | Contract Counterparties; Significant Vendors; Top 50 Unsecured Creditors | | Current; Closed | Adverse |
| Forestry Suppliers Inc. | SoALs | | Closed | Client |
| Formosa Plastics Corp., Texas | SoALs | | Closed | Adverse |
| Fortress Investment Group LLC | Bondholders; Debtholders | Fortress Investment Group, LLC of New York; Fortress Investment Group, ULC of Toronto, Canada | Closed | Adverse |
| Foster Wheeler North America Corp. | Significant Vendors | | Current | Adverse |
| Foster, Judy | SoALs | | former | adverse |
| FPL Energy Pecos Wind I LLC | Litigants; Significant Vendors | | Current | Client |
| FPL Energy Power Marketing Inc. | Contract Counterparties | | Current | Adverse |
| Franklin Floating Rate | Debtholders | | Current; Closed | Adverse |

| | | | | |
|---|---|---|---|---|
| Frito Lay | SoALs | | Closed | Adverse |
| FS Investment Corp. | Debtholders | | Current | Adverse |
| Fuel Masters LLC | SoALs | | Closed | Adverse |
| Fusion Inc. | SoALs | | | |
| | | Atomic Fusion; Digital Fusion, Inc.; Create Fusion Ltd.; Fusion Furniture, Inc. | Closed; Current | Client |
| G&K Services Inc. | Contract Counterparties | | Closed | Client; Adverse |
| Gartner Inc. | SoFAS | | Closed | Adverse |
| GATX Corp. | Contract Counterparties; Landlords; Significant Vendors | | Closed | Client |
| GATX Financial Corp., Rail Division | Contract Counterparties | | Closed | Client |
| GE Energy | Significant Vendors | | Current; Closed | Client; Adverse |
| GE Energy Management Services Inc. | SoALs | GE Energy Financial Services | Current | Adverse |
| GE Energy Services | SoALs | | Closed | Client; adverse |
| GE Industrial Systems | SoALs | | Closed | Adverse; Client |
| GE Nuclear Energy | SoALs | | Current; Closed | Adverse; Client |
| General Dynamics Corp. | Potentially Responsible Parties | | Closed | Adverse |
| General Dynamics OTS (Garland) LP | Contract Counterparties | | Closed | Adverse |
| General Electric Co. | Litigants - Asbestos; Significant Vendors | General Electric Capital Corporation; GE Capital | Current | Client |
| General Motors LLC | Contract Counterparties | | Closed; Current | Client; Adverse |
| Gentry, Robert | SoALs | | closed | client |
| Georgia Department of Revenue | Taxing Authorities-State | | Current; Closed | Adverse |
| Georgia-Pacific LLC | Litigants - Asbestos | Georgia Pacific Corporation; Georgia Pacific LLC | Current; Former; Closed | Client; Adverse |
| Geo-Solutions Inc. | Significant Vendors | | Current | Adverse |
| Geotechnical Services | SoALs | Jesco Environmental & Geotechnical Services, Inc. | Closed | Client |
| GFI | Significant Vendors | GFI Management Services, Inc. | Closed | Adverse |
| Gibson Dunn & Crutcher LLP | Significant Vendors | | Closed | Client |
| Gibson, Don | SoALs | | closed; current | client |
| Glenn Springs Holdings Inc. | SoALs | | Closed | Adverse |
| Globe Union Inc. | SoALs | | Closed | Adverse |
| Goldman Sachs & Co. | Contract Counterparties; Shareholders; Significant Vendors | Goldman Sachs Credit; Goldman Sachs Lending Partners LLC; Goldman Sachs Trust; Goldman Sachs Mortgage Co.; Goldman Sachs Commercial Mortgage Capital, L.P.; Goldman Sachs Credit Partners, LP; Goldman Sachs Specialty Lending Group, LLC | Current; Closed; Former | Client; Adverse |
| Goodman Co. LP | SoALs | | Closed | Adverse |
| Goodwin, David | SoALs | | current | adverse |
| Goodyear Tire & Rubber Co. | Potentially Responsible Parties | | Current; Former | Client; Adverse |
| Government of Singapore Investment Corp. Pte Ltd. | Debtholders | | Current | Adverse |
| Graebel | Significant Vendors | Graebel Worldwide | Closed | Adverse |
| Graham, Linda | Litigants - Asbestos | | Closed | Adverse |
| Grainger | Significant Vendors; Top 50 Unsecured Creditors | Grainer, Inc.; WW Grainger | Closed | Adverse |
| Gray, James | SoALs | | closed | client; adverse |
| Gray, John W. | SoALs | | closed | adverse |
| Gray, Johnnie | SoALs | | current | adverse |
| Gray, Kenneth | SoALs | | closed | adverse |
| Great Lakes Chemical Corp. | SoALs | | Closed | Adverse |
| Great River Energy | SoALs | | Current | Adverse |
| Great Western Insurance Co. | Landlords | | Current | Adverse |
| Green, John | SoALs | | closed; former | adverse |
| Greenberg Grant & Richards Inc. | Significant Vendors | | Former | Adverse |
| Greene, Michael | SoALs | | closed | adverse |
| Greer, James A. | Officers and Directors | | Current | Adverse |
| Greif Bros. Corp. | SoALs | | Former; Closed | Adverse |
| Greif Inc. | Contract Counterparties | Grief Bros. Inc. | Current | Client; Adverse |
| Greyhound Lines Inc. | SoALs | Greyhound Bus Lines, Inc. | Former; Closed | Client; Adverse |
| Greyrock CDO Ltd. | Debtholders | | Current | Adverse |
| Griffin, James A. | Litigants | | Current | Adverse |
| Griffin, Mark | SoALs | | closed | adverse |
| Griffin, Mark John | Shareholders | | Closed | Adverse |
| Griffin, William | SoALs | | closed | adverse |
| Group Four Inc. | SoALs | | Closed | Client |
| GSO Capital Partners LP | Bondholders | GSO/Blackstone Debt Funds Management LLC | Current | Adverse |
| GTE | SoALs | GTE Spacenet; GTE Finance Company; GTE Network Services | Closed | Client; Adverse |
| Guaranty Bank | SoALs | GuarantyNational Bank of Tallahassee | Closed | Adverse |
| Guggenheim Partners | DIP Lenders | Guggenheim Partners Investment Management, Inc. | Current; Former | Adverse |
| Gulf South Pipeline Co. LP | Contract Counterparties | | Current | Client |

| Gulfport, City of (MS) | SoALs | City of Gulfport Property Acquisition | Current; Closed; Former | Client; Adverse |
|---|---|---|---|---|
| Gulfstream Aerospace LP | Contract Counterparties | | Current; Former | Client; Adverse |
| H&E Equipment Services | Significant Vendors | | Current | Adverse |
| Hach Co. | Significant Vendors | | Former | Adverse |
| Halliburton | SoALs | Halliburton Entergy Services | Closed | Client |
| Halliburton Energy Services Inc. | Contract Counterparties | | Current; Former | Client; Adverse |
| Hamilton, James D. | SoALs | | closed | adverse |
| Hamilton, Jerry | SoALs | | former | adverse |
| Hamon Custodis Inc. | Significant Vendors | | Closed | Adverse |
| Harch Capital Management | Debtholders | | Current | Adverse |
| Harlingen, City of (TX) | Taxing Authorities-Texas | | Former | Adverse |
| Harmon, Bob | SoALs | | closed | client |
| Harmon, John D. | SoALs | | closed | adverse |
| Harris Corp. | SoALs | Harris Semiconductor Inc. | Closed | Client |
| Harris, Charles | SoALs | | closed | adverse |
| Harris, Darrell | SoALs | | former | adverse |
| Harris, Jack A. | SoALs | | former; closed | adverse |
| Harris, James E. | SoALs | | closed | adverse |
| Harris, Mary | SoALs | | former; closed | adverse |
| Harris, Robert | SoALs | | closed; current | adverse |
| HCL America Inc. | Contract Counterparties; Significant Vendors; Top 50 Unsecured Creditors | | Closed | Adverse |
| HDR Engineering Inc. | Contract Counterparties; Significant Vendors | | Current | Adverse |
| Headwaters Resources Inc. | Significant Vendors | Headwaters Inc. | Current; Closed | Client; Adverse |
| HealthSouth Corp. | Contract Counterparties | HealthSouth Inc.; HealthSouth Ambulatory Surgery Center of Mobile; HealthSouth Holdings, Inc.; HealthSouth Surger Center of Atlantal HealthSouth Sports Medicine Council; HealthSouth Foundation; HealthSouth Diagnostic Center; HealthSouth Sugical Greensboro; HealthSouth of Dothan Inc. | Current; Former; Closed | Client; Adverse |
| HEB Grocery Co. LP | Contract Counterparties | | Current; Former; Closed | Adverse |
| Helena Chemical Co | SoALs | | Closed | Adverse |
| Henry Co. | Contract Counterparties | | Current | Adverse |
| Hercules Inc. | SoALs | | Closed | Adverse |
| Hertz Equipment Rental | Significant Vendors | | Closed | Client; Adverse |
| Hewitt Associates LLC | Significant Vendors | | Former | Adverse |
| Hewlett Packard | Significant Vendors | Hewlett-Packard Co.; Hewlett Packard Compaq; Hewlett Packard Financial Services Company | Current; Closed | Client; Adverse |
| Hidalgo, City of (TX) | Taxing Authorities-Texas | | Current | Adverse |
| Highland Capital | Bondholders | Highland Capital Partners, Inc.; Highland Capital Management, LP | Closed; Current | Client |
| Highland Capital Management LP | Debtholders | Highland Capital Management FM | Current | Client |
| Highland Park Independent School District (TX) | Taxing Authorities-Texas | | Current | Adverse |
| Hill + Knowlton Strategies | Significant Vendors | Hill & Knowlton Inc. | Closed | Client |
| Hill, Gloria | Litigants - Asbestos | | Closed | Adverse |
| Hill, Linda | Litigants - Asbestos | | Fomer; Closed | Adverse |
| Hill, Thomas | SoALs | | closed | client; adverse |
| Hill, William T., Jr. | Officers and Directors | William Hill | Former | Adverse |
| Hodges, Jack | SoALs | | closed | adverse |
| Holcomb Inc. | SoALs | Holcomb Drafting, Inc. | Former | Adverse |
| Holliday Fenoglio Fowler LP | Significant Vendors | | Current; Closed | Adverse |
| Holloway, James | SoALs | | closed | adverse |
| Holmes, Joe | SoALs | | closed | adverse |
| Holtec International | Contract Counterparties; Significant Vendors | | Current | Adverse |
| Honeywell Inc. | Significant Vendors | Honeywell Industry Solutions; Honeywell International, Inc.; Honeywell International Inc. | Current; Closed | Client; Adverse |
| Hope, Robert | Litigants - Asbestos | Robert S. Hope, Jr. | Current | Adverse |
| Horizon Technology | SoFAS | Horizon Technology, Inc. | Closed | Client |
| Horn, Stephen | SoALs | | closed | adverse |
| Horn, Stephen G. | Officers and Directors | | Former | Adverse |
| Houlihan Lokey Capital Inc. | Professionals; Significant Vendors | | Fomer | Adverse |
| Household International | SoALs | | Closed | Client |
| Houston Scrap | SoALs | | Closed | Adverse |
| Houston Wire & Cable | SoALs | | Former | Adverse |
| Houston, Wilma | Litigants - Asbestos | | Current | Adverse |
| Howard, Richard | SoALs | | closed | adverse |
| HSBC Card Services Inc. | Litigants | | Closed | Adverse |
| Hudco Industrial Products Inc. | SoALs | | Closed | Client |
| Hughes, John | Litigants - Asbestos | John Hughes Jr. | Current; Closed | Client; Adverse |
| Humphreys, William | Litigants - Asbestos | William G. Humphreys M.D. | Closed | Adverse |

| Hunt Oil Co. | SoALs | Hunt Oil USA, Inc. | Closed | Adverse |
|---|---|---|---|---|
| Huntington Ingalls Inc. | Litigants - Asbestos | Huntington Ingalls Industries Inc. | Current | Client |
| Hussman Corp. | SoALs | | Closed | Adverse |
| Hyundai Heavy Industries Co. Ltd. | SoALs | | Closed | Adverse |
| Iberdrola Renewables Inc. | Contract Counterparties | | Closed | Client |
| IBM Corp. | Contract Counterparties; Significant Vendors | IBM Credit Corp.; IBM Personal Pension Plan Trust (ING); IBM Personal Pension Plan Trust (Oaktree); IBM Business Machines Corporation | Current; Closed | Client; Adverse |
| IBM Credit LLC | SoALs | | | Client |
| ICI Americas Inc. | SoALs | | Closed; Former | Client |
| IHS Global Inc. | Significant Vendors | IHS Global Limited; IHS Global S.A. | Current | Adverse |
| Illinois Department of Revenue | Taxing Authorities-State | | Closed | Adverse |
| Indian Mesa Wind Farm LLC | Litigants | | Current | Client |
| Indiana, State of | Taxing Authorities-State | | Current; Closed | Adverse |
| Infosys Technologies Ltd. | SoALs | | Closed | Client |
| ING Investment Management Co. | Debtholders | ING Capital LLC; ING Investment Management CLO II Ltd.;  ING Investment Management CLO III Ltd.; ING Investment Management CLO IV Ltd.; ING Investment Management CLO V Ltd.; ING Investment Trust Co. Plan For Employee Benefit Investment Funds - Senior Loan Fund | Current | Adverse |
| Ingalls Shipbuilding Inc. | SoALs | | Closed | Adverse |
| Ingersoll Rand Co. | Significant Vendors | Ingersoll-Rand Air Center; Ingersoll-Rand Co. - Trane/ASBS | Current; Closed | Client; Adverse |
| Ingram, James | SoALs | | current; closed | client; adverse |
| Insert Key Solutions Inc. | SoALs | | Current | Adverse |
| Interactive Data | SoALs | | Closed | Adverse |
| Internal Data Resources Inc. | SoALs | | Closed | Client |
| Internal Revenue Service, United States | Taxing Authorities-State | | Current; Former; Closed | Adverse |
| International Brotherhood Of Electrical Workers | Unions | | Current; Former; Closed | Adverse |
| International Business Machines Corp. | Significant Vendors | | Current; Closed | Adverse |
| International Flavors & Fragrances Inc. | SoALs | | Closed | Adverse |
| International Paint LLC | SoFAS | | Closed | Adverse |
| International Paper Co. | Contract Counterparties; Potentially Responsible Parties; Debtholders | International Paper Co. Commingled Investment Group Trust (Oaktree); International Paper Co. Commingled Investment Group Trust (Wellington) | Current; Closed | Client; Adverse |
| Interstate Forging Industries | Contract Counterparties | | Closed | Adverse |
| Invensys | Significant Vendors | Invensys Process Systems; Invensys Systems, Inc. | Closed | Client; Adverse |
| Invesco Senior Secured Management Inc. | Debtholders | Invesco Senior Income Trust; Invesco Senior Loan Fund; Invesco Van Kampen Dynamic Credit Opportunities Fund; Invesco Van Kampen Senior Income; Invesco Zodiac Funds-Invesco US Senior Loan Fund | Current | Adverse |
| IPS | SoALs | IPS Avon Park Corporation | Closed | Adverse |
| Iron Mountain Inc. | SoALs | Iron Mountain Construction, LLC | Former | Adverse |
| Iron Mountain Information Management Inc. | SoALs | Irson Mountain Intellectual Property Management, Inc.; Iron Mountain Off Site Date Project | Current; Closed | Client; Adverse |
| ITC Holdings | Interested Parties | ITC Holdings Company | Closed | Client; Adverse |
| Itron | Significant Vendors | Itron Electricity Metering | Closed | Adverse |
| J Aron & Co. | Significant Vendors; Significant Customers | | Current | Adverse |
| J.M. Huber Corp. | SoALs | | Closed | Adverse |
| J.R. Simplot Co. | SoALs | | Current | Adverse |
| Jackson, David | SoALs | | closed; current | client; adverse |
| Jackson, David W. | Litigants - Asbestos | David Jackson | Current; Closed | Client; Adverse |
| Jackson, Hattie | SoALs | | closed | adverse |
| Jackson, Lisa | Litigants | | Current | Client |
| Jackson, Scott | Litigants - Asbestos | Scott P. Jackson | Current; Closed | Client; Adverse |
| Jackson, Willie E. | SoALs | | closed | adverse |
| James, Chris | SoALs | | closed | adverse |
| Jani-King DFW | Significant Vendors | Jani-King Inc. | Closed | Adverse |
| Jefferies LLC | DIP Lenders | Jefferies, Inc.; Jefferies Finance LLC | Current; Closed | Client; Adverse |
| Jenkins, Doris | Litigants - Asbestos | | Closed | Adverse |
| Jenkins, Richard I. | Litigants | | Closed | Adverse |
| Jennings, Kenneth | Litigants - Asbestos | Kenneth W. Jennings | Closed | Adverse |
| JM Test Systems Inc. | SoALs | | Former | Adverse |
| John Crane Inc. | Significant Vendors | | Closed | Adverse |
| John Hancock Life Insurance Co. | Landlords | John Hancock Variable Life Insurance Co. | Closed | Client; Adverse |
| John Zink Co. LLC | SoFAS | | | Client |
| Johnson, Barbara | SoALs | | closed | adverse |

| | | | | | |
|---|---|---|---|---|---|
| Johnson, Charles | SoALs | | | closed | client; adverse |
| Johnson, Chester | SoALs | | | closed | adverse |
| Johnson, David | Litigants - Asbestos | | | Current | Adverse |
| Johnson, Debra | Litigants - Asbestos | | | Current; Closed | Adverse |
| Johnson, Donald | SoALs | | | closed | client; adverse |
| Johnson, Doris | SoALs | | | closed | adverse |
| Johnson, Gerald | SoALs | | | closed | adverse |
| Johnson, Jeanette | Litigants - Asbestos | | | Closed | Adverse |
| Johnson, John | SoALs | | | closed; former | adverse |
| Johnson, Marla | Litigants | | | Closed | Adverse |
| Johnson, Robert | SoALs | | | closed | client; adverse |
| Johnson, Roberta | SoALs | | | closed | adverse |
| Johnstone Supply | SoALs | | Johnstone Supply Div Davis Service | Closed | Adverse |
| Jones Day | Professionals | | | Closed | Adverse |
| Jones, Bobby | SoALs | | | closed | adverse |
| Jones, Clifford | SoALs | | | current | adverse |
| Jones, John Henry, Jr. | Litigants - Asbestos | | | | |
| Jones, Louise | SoALs | | | closed | adverse |
| Jones, Patsy | SoALs | | | former | adverse |
| Jones, Paul | SoALs | | | former | client |
| Jones, Ralph | SoALs | | | closed | adverse |
| Jones, Richard | SoALs | | | closed; current | adverse |
| Jones, Tammy Thaxton | Litigants - Asbestos | | | Closed | Adverse |
| Jones, Teresa Lynn | Litigants - Asbestos | | | Closed | Adverse |
| Jones, Vernon | SoALs | | | closed | adverse |
| Jones, Wanda | SoALs | | | closed | adverse |
| Jones, Wayne | SoALs | | | closed; current | adverse; client |
| JP Morgan | Bondholders; Debtholders; Investment banks; Significant Vendors | JPMorgan Chase; JP Morgan Securities; JP Morgan Elctronical Financial Services, Inc.; JP Morgan Chase Trust Company; JP Morgan Chase Bank; JP Morgan Chase & Company; | | Current; Closed | Client; Adverse |
| Julius Baer Global High Group Trust Fund | Debtholders | Julius Baer Global High Income Fund | | Closed | Adverse |
| Justice, Barbara | Litigants - Asbestos | | | Current | Client |
| Justice, William | Litigants - Asbestos | | | Current | Adverse |
| Kanawha Scales & Systems Inc. | SoALs | | | Closed | Adverse |
| Kaneka Texas Corp. | SoALs | | | Closed | Adverse |
| Kansas City Southern (KCS) Railway | Top 50 Unsecured Creditors; Significant Vendors | Kansas City Southern Railway | | Current | Adverse |
| Kasowitz Benson Torres & Friedman LLP | Significant Vendors | | | Current | Client |
| KDM Co. | SoALs | | KDM Technologies Consultant, Inc. | Closed | Adverse |
| Kelly, Daniel | Officers and Directors | | Daniel E. Kelly | closed | Adverse |
| Kema Inc. | SoALs | | | Former | Client |
| Kennedy, Jeff | SoALs | | | former | adverse |
| KFX Inc. | SoALs | | | Closed | Adverse |
| Kilgore, Tanya | SoALs | | | closed | adverse |
| Kimberly-Clark Corp. | Contract Counterparties | | | closed; current; former | Client; Adverse |
| Kinder Morgan Inc. | Contract Counterparties | Kinder Morgan; Kinder Morgan Energy Partners | | current; former | Client |
| King, Margaret | Litigants - Asbestos | Margaret Anne King | | current | Client |
| King, Patricia | Litigants - Asbestos | Patricia Denise King aka Patricia Denise Johnson | | close | Adverse |
| Kirkland & Ellis LLP | Significant Vendors | | | closed | Adverse |
| KKR & Co. LP | Bondholders | KKR Financial Corp.; KKR Strategic Capital Fund, LP; KKR Capital Markets LLC; | | closed; former | Adverse |
| Kmart | SoALs | | Kmart Corporation | Closed | Client; Adverse |
| Koch Carbon LLC | SoALs | | | Closed | Adverse |
| Koch Gateway Pipeline Co. | SoALs | | | Current; Closed | Adverse |
| Koch Supply & Trading LP | SoALs | | | Former | Adverse |
| Kohlberg Kravis Roberts & Co. LP | Significant Vendors; Shareholders | | | current; closed | client |
| Kone Inc. | Contract Counterparties | | | closed | Adverse |
| Koppers Co. Inc. | SoALs | | Koppers Industries, Inc. | Closed | Client; Adverse |
| KPMG LLP | Professionals; Significant Vendors | KPMG Virgin Islands | | closed | Client; Adverse |
| Kraft Foods | SoALs | | Kraft Foods Global, Inc. | Closed | Client; Adverse |
| Kroger Co. | Contract Counterparties | | | closed | Client |
| KS Capital Partners LP | Debtholders | | | Closed | Adverse |
| L-3 Communications | Significant Vendors; Contract Counterparties; Debtholders | L-3 Communications Vertex Aerospace, LLC; L-3 Communications Corporation; Level 3 Communications, LLC | | current; former; closed | Client; Adverse |
| La Quinta Inn | SoALs | | | Closed | Client |
| Laboratory Corp. of America | Contract Counterparties | Laboratory Corporation of America Holding | | closed | Client; Adverse |
| Land Rover Dallas LP | Contract Counterparties | Land Rover; Land Rover North America; Land Rover Corporation (UK) | | closed | Client; Adverse |
| Landmark V CDO Ltd. | Debtholders | | | Former | Adverse |
| Lane, Robert | SoALs | | | closed | client |

| | | | | |
|---|---|---|---|---|
| LaSalle Bank NA | Debtholders; Landlords | LaSalle Bank FSB; LaSalle National Bank | current; former; closed | Client; Adverse |
| LaSalle National Leasing Corp. | Contract Counterparties | | closed | client |
| Lazard Freres & Co. LLC | Significant Vendors | Lazard Freres | closed | Client |
| Ledbetter, Steve | SoALs | | closed | client |
| Lee, John W., Jr. | SoALs | | closed | client |
| Leggett & Platt Inc. | Contract Counterparties | Leggett & Platt Financial Service | closed | Adverse |
| Lehman | Investment Banks; Shareholders | Lehman Brothers; Lehman Brothers/sherson Amer.Expres; Lehman Roberts Co.; Capital Crossing, a Division of Lehman/Lehman Brothers Bank; Finance America, LLC -a Lehman Brothers Affiliate; Lehman Brothers, Inc.; Lehman Brothers Holding; Lehman Brothers Special Finance; Lehman Brothers Bank FSB | current; former; closed | Client; Adverse |
| Leica Geosystems Inc. | Significant Vendors | Leica Geosystems AG | Former | client |
| Leica Inc. | Significant Vendors | | closed | adverse |
| Levi Ray & Shoup Inc. | Significant Vendors | | closed | Adverse |
| Lewis, Linda | SoALs | | former; closed | adverse |
| Lewis, Lloyd | SoALs | | former; closed | adverse |
| Lewis, Mary | SoALs | | closed | adverse |
| LexisNexis | SoALs | | Closed | Adverse |
| Lhoist North America | Significant Vendors | Lhoist North America of Tennessee, Inc. F/K/A Franklin Industrial Minerals; Lhoist North America of Alabama, LLC | current; closed | client |
| Liberty Mutual | Debtholders; Significant Vendors; Surety Bonds; Insurers | Liberty Mutual Insurance Co.; Liberty Mutual Group, Inc.; Liberty Mutual Assurance Company; Liberty Mutual Surety; Liberty Mutual Holding Company; Liberty Mutual Life Assurance of Boston; Liberty Mutual Insurance Group; Liberty Mutual Group | current; former; closed | Client; Adverse |
| Lilly, James | SoALs | | closed | adverse |
| Lindsay, Shannon | SoALs | | closed | client |
| Lockheed Corp. | SoALs | Lockheed Martin | Closed | Client |
| Lockheed Martin Corp. | Contract Counterparties; Debtholders | Lockheed Martin; Lockheed Martin Tactical Defense | closed | Client; Adverse |
| Loeb Partners | Bondholders | Loeb Partners Realty, LLC | Closed | Client; Adverse |
| Loews Corp. | DIP Lenders | Loews Hotels; Loews Le Concorde; Loews New York Hotel; Loews/CAN Holdings | Closed | Client; Adverse |
| Loop Capital Markets LLC | Professionals; Significant Vendors | | closed | Client |
| Lord Abbett | Debtholders | | former | Adverse |
| Louisiana Pacific Corp. | SoALs | | Closed | Client; Adverse |
| Louisiana Power & Light Co. | SoALs | | Closed | Client |
| Lubrizol Corp., The | SoALs | Lanzhou Lubrizol - Lanlian Additive Co.; Lubrizol Limited | Closed; Current | Client |
| Lucas Group | SoALs | | Closed; Former | Client; Adverse |
| Lucas, Donald | Litigants - Asbestos | Donald L. Lucas | closed | client |
| M&M Chemical | Potentially Responsible Parties | M&M Chemical & Equipmant Co., Inc. | closed | Adverse |
| M&T Bank | Banks | M & T Bank Corporation; M & T Bank | Current; Former; closed | Client; Adverse |
| Macquarie Energy LLC | Significant Vendors | | Current | Adverse |
| Macy's | SoALs | | Closed | Adverse |
| Madden, Fred | SoALs | | former | adverse |
| Madden, Fred Webster, Jr. | Shareholders | Fred Madden | Former | Adverse |
| Madix Inc. | Contract Counterparties | | Current; closed | Client; Adverse |
| Magnetar Capital | DIP Lenders | | Closed | Client |
| Mainline Information Systems Inc. | Significant Vendors | | closed | Adverse |
| Maintenance Engineering Corp. | Significant Vendors | Maintenance Engineering Consultants | closed | Adverse |
| Management Resources Group Inc. | Significant Vendors | Management Resource Group LLC | former; closed | client |
| Manulife Asset Management LLC | Debtholders | Manulife Asset Management | former | adverse |
| Marathon CLO II Ltd. | Debtholders | | former | adverse |
| Marathon Oil Co. | Potentially Responsible Parties | | closed | Client; Adverse |
| Marathon Petroleum Co. | Potentially Responsible Parties | Marathon Ashland Petroleum LLC | closed | Client; Adverse |
| Marriott Corp., The | Contract Counterparties | Marriott Park Ridge Corporation; Marriott PLP Corporation; Marriott International, Inc. | former; closed | Client; adverse |
| Marshall, Robert | Litigants - Asbestos | | closed | adverse |
| Martin Marietta Materials Inc. | Significant Vendors | | former; closed | Client |
| Martin, Paul Ledale | Litigants - Asbestos | Paul Martin | closed | Adverse |
| Martin, Robert | SoALs | | current | adverse |
| Martin, William | SoALs | | closed | adverse |
| Mary Kay Inc. | Contract Counterparties | | Former | Adverse |

| | | | | |
|---|---|---|---|---|
| Massachusetts Mutual Life Insurance Co. | Debtholders | Massachusetts Mutual Life Inusurance Company D/B/A Southeastern Financial Group; Massachusetts Mutual Life Insurance Co. d/b/a Cornerstone Associates; | current; closed | Client; Adverse |
| Mastec North America Inc. | Significant Vendors | | closed | adverse |
| MasterCard Inc. | Litigants | Mastercard International, Inc./Incorporated; Mastercard; Mastercard Worldwide | current; former; closed | adverse |
| Matthews, Joann | SoALs | | closed | adverse |
| Mayflower Transit LLC | SoALs | | Closed | Adverse |
| McAfee Inc. | SoALs | | Closed | Adverse |
| McCall, Michael | SoALs | | closed | adverse |
| McClendon, Debra K. | Litigants - Asbestos | Debra McClendon | closed | adverse |
| McClendon, Joe | SoALs | | current | advese |
| McFarland, M. A. | Officers and Directors | Mamie McFarland; Michael McFarland; Mark McFarland; Matthew McFarland | current; former; closed | client; adverse |
| McFarland, Mark | SoALs | | closed | advese |
| McGlinchey Stafford Pllc | Significant Vendors | McGlinchey Stafford | closed | Client |
| McKinsey & Co. Inc. United States | SoALs | | Former | Adverse |
| McMaster-Carr Supply Co. | Significant Vendors | | closed | adverse |
| McQuay International, a Daikin Industries Co. | Litigants - Asbestos | AAF-McQuay International, Inc.; McQuay International, Inc. | closed | adverse |
| MeadWestvaco Corp. | SoALs | | Current | Adverse |
| Mechanical Dynamics | Significant Vendors | Mechanical Dynamics & Analysis | closed | client |
| MECO Inc. | Significant Vendors | MECO Holding Company | closed | adverse |
| Mellon Bank | Significant Vendors | Mellon Bank N.A.; Mellon Bank N.A. a Subsidiary of Mellon Financial | closed | client; adverse |
| Memorial Hospital | Significant Vendors | Mizell Memorial Hospital Incorporated | closed | client |
| Mercer | Significant Vendors | Mercer LLC | current | adverse |
| Merrill Lynch | Significant Vendors; Contract Counterparties; Indenture Trustees | Merrill Lynch Pierce, Fenner & Smith Incorporated; Merrill Lynch Credit Corp.; Merrill Lynch Capital; Merrill Lynch Bank USA; Merrill Lynch Business Financial Services, Inc.; Merrill Lynch Portfolio Management, Inc.; Merrill Lynch Mortgage Lending LLC | current; former; closed | client; adverse |
| Merritt Hawkins & Associates | Contract Counterparties | | closed | adverse |
| Mesirow Financial | Professionals | | Closed | Client |
| MetLife | Significant Vendors | MetLife Auto & Home; MetLife Investors; MetLife Insurance Company (F/K/A The Travelers Insurance Company); MetLife Disability; MetLife Home Loans; Metropolitan Life Insurance Company | current; former; closed | client; adverse |
| MHI Nuclear America Inc. | Debtors, Debtor Affiliates, and Certain Related Entities | MHI Nuclear | closed | adverse |
| Michelin North America | Significant Vendors | Michelin Tire Corp.; Michelin Tire Co. | closed | client; adverse |
| Microsoft Corp. | Landlords | Microsoft Corporation | closed | adverse |
| Midland Funding LLC | Litigants | Midland Funding | current; former; closed | client; adverse |
| Midland, City of (TX) | Taxing Authorities-Texas | Midland City | former; closed | adverse |
| Mieco Inc. | SoALs | | Closed | Adverse |
| Miller Electric Co. | Significant Vendors | Miller Electric Manufacturing Co. | closed | client |
| Miller, Betty | Litigants - Asbestos | Betty Moore-Miller | closed | adverse |
| Miller, David | Litigants | David A. Miller; David L. Miller; David E. Miller Jr.; David R. Miller | current; former; closed | adverse |
| Miller, Jeff | SoALs | | closed | adverse |
| Miller, Melvin C. | Litigants - Asbestos | Melvin Miller | closed | client |
| Miller, Roger W. | Litigants - Asbestos | Rodger Miller | current; closed | adverse |
| Mississippi Department of Revenue | Taxing Authorities-State | | current; former | adverse |
| Mississippi Power Co./Plant Daniels | SoALs | Mississippi Power Company | Current | Client |
| Mississippi Power Co./Plant Watson | SoALs | Mississippi Power Company | Current | Client |
| Mitsui Rail Capital LLC | Contract Counterparties | | closed | adverse |
| Moab Oil Inc. | SoALs | Mobil Oil Exploration & Producing SE, Inc. | Closed | Client |
| Mobil Chemical Co. | SoALs | Mobil Chemical Company Plastic Division | Closed | Adverse |
| Modular Space Corp. | Significant Vendors | ModSpace | current; former | client; adverse |
| Monsanto Co. | Potentially Responsible Parties | Monsanto | closed | adverse |
| Moody's Investors Service | Significant Vendors | Moody's Investor Service, Inc. | closed | adverse |
| Moore, Charles | SoALs | | current; closed | adverse |
| Moore, John | SoALs | | current; closed | client; adverse |
| Moore, John H. | SoALs | | closed | adverse |
| Moore, William | SoALs | | closed | client |
| Moore, William A. | Officers and Directors | William Moore | closed | client |
| Morgan Lewis & Bockius LLP | Significant Vendors | | current | adverse |

Schedule 2 Complete List

| | | | | |
|---|---|---|---|---|
| Morgan Stanley | Indenture Trustees; Investment Banks; Shareholders; Significant Vendors; Contract Counterparties; Top 50 Unsecured Creditors; Banks | Morgan Stanley Senior Funding, Inc.; Morgan Stanley Capital Group, Inc.; Morgan Stanley & Company, Inc.; Morgan Stanley Mortgage Capital, Inc.; Morgan Stanley Bank, NA; Morgan Stanley Bank International Limited | current; closed | client; adverse |
| Morgan, Thomas A. | SoALs | | former | adverse |
| Morris Material Handling Inc. | Significant Vendors | Morris Material Handling/Parts | closed | client; adverse |
| Morris, Chris | Litigants | | closed | adverse |
| Morris, Kenneth | SoALs | | closed | client |
| Morrissey, John L. | Officers and Directors | John Morrissey | current; closed | client |
| Motion Industries | Significant Vendors | Motion Industries, Inc. | closed | adverse |
| Motiva Enterprises LLC | Contract Counterparties; Significant Vendors | | closed | client |
| Mouser Electronics Inc. | SoALs | | Current | Client |
| MRO Software | Significant Vendors | MRO Software Inc.; | Closed | Client |
| MSC Industrial Supply Co. Inc. | SoALs | | Former | Adverse |
| Murphy Oil Corp. | SoALs | Murphy Oil USA, Inc. | Current; Closed | Client; Adverse |
| MXEnergy Inc. | SoALs | | Closed | Client |
| Nalco Chemical Co. | Potentially Responsible Parties | Nalco Co. | Closed | Client |
| Nan Ya Plastics Corp. USA | Contract Counterparties | | Closed | Adverse |
| National Association of Manufacturers | Significant Vendors | | Closed | Client |
| National Business Furniture | SoALs | | Closed | Adverse |
| National Car Rental | SoALs | National Car Rental Systems, Inc. | Closed | Adverse |
| National Grid | SoALs | National Grid USA | Former; Closed | Client |
| National Metals Co. | SoALs | | Closed | Client |
| National Mining Association | Significant Vendors | | Former | Client |
| National Oilwell Varco Inc. | Litigants - Asbestos | | Current | Client |
| National Starch & Chemical Corp. | SoALs | | Closed | Adverse |
| National Tank Co. | Contract Counterparties | National Tank Truck Carriers, Inc. | Closed | Client |
| Nations Bank | SoALs | Nations Bank of Georgia | Closed | Client |
| Nationwide Insurance | SoALs | Nationwide General Insurance Company | Former; Closed | Adverse |
| Nationwide Insurance Co. | DIP Lenders | Nationwide Mutual Fire Insurance; Nationwide Life Insurance Company | Closed; Current; Former | Client; Adverse |
| Natkin & Co. | Litigants - Asbestos | Nalco Co.; The Natkin Service Co. | Closed | Client |
| Navigators | Insurers | The Navigators | Current | Closed |
| Navistar Inc. | Contract Counterparties | International Truck & Engine Corp (Navistar); Navistar Financial Corporation; Navistar International, Inc.; Navistar International Transportation, Inc.; Navistar Truck & Engine | Current; Closed | Adverse |
| NCH Corp. | SoALs | | Current | Adverse |
| NCO Financial Systems Inc. | Significant Vendors | | Current; Closed | Adverse |
| NCR Corp. | SoALs | | Closed; Former; Current | Adverse |
| Nestle USA Inc. | Contract Counterparties | | Current | Adverse |
| New Cingular Wireless PCS LLC | SoALs | | Closed; Current | Adverse |
| New NGC Inc. | Contract Counterparties | | Current | Adverse |
| New Pig Corp. | Significant Vendors | | Current; Closed | Client; Adverse |
| New York Life Insurance | DIP Lenders | | Closed | Adverse |
| Newport News Industrial Corp. | Significant Vendors | Newport Industries Limited | Current | Client |
| NextEra Energy Resources LLC | Litigants | | Current | Client; Adverse |
| Noble Energy Inc. | SoALs | | Closed | Adverse |
| Nomura Corporate Funding Americas LLC | Debtholders | Nomura Corporate Research; Nomura International PLC; Nomura Asset Securities Corporation | Current; Closed | Adverse |
| North Highland Co., The | Significant Vendors | | Closed | Adverse |
| Northern States Power Co. | SoALs | | Closed; Current | Client; Adverse |
| Northern Tool & Equipment Co. | SoALs | | Current; Closed | Client; Adverse |
| Northwoods | SoALs | Northwoods Country Club | Current | Client |
| NRG Energy Inc. | SoALs | | Current; Former; Closed | Client; Adverse |
| NRG Power Marketing Inc. | Contract Counterparties | NRG Power Marketing LLC | Current; Closed | Adverse |
| Nuclear Energy Institute | Significant Vendors | | Current | Client |
| Nucor Steel, a Division of Nucor Corp. | Contract Counterparties | | Current; Closed | Adverse |
| Nukem Inc. | Significant Vendors | American Nukem | Closed | Adverse |
| Oaktree Capital Management LP | Bondholders; Debtholders | Oaktree FF Investment Fund LP; Oaktree High Yield Fund II LP; Oaktree High Yield Fund LP; Oaktree High Yield Plus Fund LP; Oaktree Huntington Investment Fund LP;  Oaktree Loan Fund 2X (Cayman) LP; Oaktree Opportunities Fund VIII (Parallel 2) LP; Oaktree Opportunities Fund VIII Delaware LP; Oaktree Opportunities Fund VIIIB Delaware LP; Oaktree Fund GP I, LP | Current; Closed | Client; Adverse |
| O'Brien, David | Litigants - Asbestos | | Current | Adverse |

Schedule 2 Complete List

| Occidental Chemical Corp. | Potentially Responsible Parties | | Current; Closed | Client; Adverse |
|---|---|---|---|---|
| Octagon Credit Investors | DIP Lenders | | Former | Adverse |
| Ocwen Loan Servicing LLC | Litigants; Significant Vendors | | Current | Client |
| Office Tiger LLC | SoALs | | Closed | Adverse |
| O'Melveny & Myers LLP | Significant Vendors | | Closed | Client |
| Onex Corp. | DIP Lenders | | Former | Adverse |
| Oracle America Inc. | Significant Vendors | | Current | Adverse |
| Orix | DIP Lenders | | | |
| | | Orix Alliant C-Spring Garden Venture; Orix C-Spring Garden LLC; Orix Real Estate Equities | Closed | Adverse |
| Orkin Inc. | SoALs | Orkin Pest Control | Former | Adverse |
| Orr, John | SoALs | | former | adverse |
| Otis Elevator Co. | Contract Counterparties; Significant Vendors | | Current; Closed | Client; Adverse |
| Owen-Illinois | SoALs | | Closed | Adverse |
| Oz Special Master Fund Ltd. | Debtholders | Oz Master Fund Ltd. | Closed | Adverse |
| Pacholder High Yield Fund | Debtholders | Pacholder Value Opportunity Fund LP | Closed | Adverse |
| Pacific Life Insurance | Debtholders | | Closed | Adverse |
| Pacificorp. | SoALs | | Closed | Client |
| Pactiv LLC | Contract Counterparties | | Closed | Adverse |
| Parago Inc. | SoFAS | | Current | Adverse |
| Paragon Technologies Inc. | SoALs | | Closed | Adverse |
| Paramount Packaging Co. | SoALs | | Closed | Adverse |
| Parker-Hannifin Corp. | Contract Counterparties | | Current; Closed | Client; Adverse |
| Payne, Kevin | Litigants - Asbestos | | Closed | Adverse |
| PECO | SoALs | Peco Foods, Inc. | Closed | Client; Adverse |
| Peerless Manufacturing Co. | SoALs | | Closed | Client; Adverse |
| Pentwater Capital Management | DIP Lenders | | Former | Client |
| Performance Contracting Inc. | Significant Vendors | | Current; Closed | Adverse |
| Peterbilt Motors Co. | SoALs | | Closed | Adverse |
| Peters, Kenneth | SoALs | | closed | adverse |
| Pflugerville, City of (TX) | Taxing Authorities-Texas | | Closed | Adverse |
| Pharmacia Corp. | Potentially Responsible Parties | | Current; Closed | Adverse |
| Phillips 66 Co. | Debtholders | | Closed | Adverse |
| Phillips, Barry | SoALs | | former | adverse |
| Pilgrim's Pride Corp. | Contract Counterparties | | Closed | Adverse |
| Pinnacle Natural Gas Co. | SoALs | | Closed | Client |
| Pioneer Investment | Debtholders | Pioneer Investment Management Inc. | Current | Adverse |
| Pioneer Investment Management USA | DIP Lenders | | Former | Adverse |
| Pitney Bowes Purchase Power | Significant Vendors | Pitney Bowes Software Inc.; Pitney Bowes Credit Corporation; Pitney Bowes Capital Services | Closed; Former | Client; Adverse |
| Pizza Hut | SoALs | Pizza Hut Restaurant Assoc.; Pizza Hut of America | Closed; Former | Client; Adverse |
| Plains Pipeline LP | Significant Vendors | PlainsCapital Corp.; Plains All American Pipeline LP; | Current | Adverse |
| Polygon | Significant Vendors | Polygon Leasingl Polygon Company | Closed | Adverse |
| Pooled Equipment Inventory Co. | SoALs | | Current | Client; Adverse |
| Port of Houston Authority (TX) | Taxing Authorities-Texas | | Closed | Adverse |
| Porter, William | Litigants - Asbestos | William W. Porter | Current | Adverse |
| Powell, Scott | SoALs | | closed | client |
| PPG Architectural Finishes Inc. | Contract Counterparties | | Closed | Adverse |
| PPG Industries Inc. | SoALs | | Closed | Client; Adverse |
| PPM America Inc. | Landlords | PPM America Special Investments Fund, LP; PPM America Special Investments CBO II, LP; PPM America Special Investments Fund, LP (Fund 1) | Closed | Adverse |
| PPM Energy Inc. | Contract Counterparties | | Closed | Client |
| Praxair Distribution Inc. | SoALs | | Closed | Adverse |
| Praxair Inc. | SoALs | | Former; Current; Closed | Adverse |
| PricewaterhouseCoopers LLP | Professionals | | Current; Closed | Adverse |
| Prince Minerals Inc. | Contract Counterparties | Prince Minerals Holding Corp. | Current | Adverse |
| Principal Financial Group | Debtholders | | Former | Adverse |
| Process Solutions Inc. | Significant Vendors | | Closed | Adverse |
| Progress Energy | Utilities | Progress Energy Inc.; Progress Energy Florida, Inc.; Progress Energy Carolinas, Inc.; Progress Energy Florida; | Current; Closed | Client; Adverse |
| Progress Rail Inc. | Significant Vendors | | Closed | Client; Adverse |
| Protec Inc. | SoFAS | | Former | Client |
| Protective Life Insurance Co. | Debtholders | | Closed | Adverse |
| Providence Capital | DIP Lenders | | Closed | Adverse |
| Prudential Insurance | Debtholders | Prudential Imi Insurance Company; Prudential Insurance Company of America | Closed | Client; Adverse |
| PS Energy Group Inc. | Significant Vendors | | Closed | Client |
| Public Strategies Inc. | Significant Vendors | | Closed | Client |

Schedule 2 Complete List

| Public Utility Commission of Texas | Contract Counterparties; Significant Vendors | | Closed | Adverse |
|---|---|---|---|---|
| Pump Services Inc. | SoALs | | Closed | Adverse |
| Quest Software | Significant Vendors | | Closed | Adverse |
| R.J. Corman Railroad | Significant Vendors | | Closed | Client |
| R.R. Donnelley & Sons Co. | Contract Counterparties | | Closed | Adverse |
| Rain For Rent | SoALs | | Closed | Adverse |
| Raytheon Systems Co. | Contract Counterparties | | Closed | Adverse |
| RBC Capital Markets LLC | Debtholders | | Current | Adverse |
| Recognition Equipment Inc. | SoALs | | Closed | Client |
| Reddy Ice | SoALs | Reddy Ice Holdings Inc. | Former; Current | Adverse |
| Reed Minerals, a Division of Harsco Corp. | Contract Counterparties | | Current; Closed | Client; Adverse |
| Regiment Capital Ltd. | Debtholders | | Current | Adverse |
| Reliance Electric Co. | SoALs | | Closed; Current | Client; Adverse |
| Reliance Insurance Co. | Surety Bonds | Reliance Standard Life Insurance Co.; Reliance Insurance Co. of Illionis | Current; Closed | Client; Adverse |
| Reliant Energy | Litigants | Reliant Energy, Inc.; Reliant Energy services, Inc | Closed | Adverse |
| Republic Services Inc. | Significant Vendors; Utilities; Contract Counterparties | | Current; Closed | Client; Adverse |
| Republican Attorneys General Association | SoFAS | | Current | Client |
| Reynolds Co. | Significant Vendors | Reynold Metals Company | Closed | Client; Adverse |
| Reynolds, Olen | SoALs | | closed | adverse |
| Rhodia Inc. | SoALs | | Closed | Client |
| Richardson, Bobby | SoALs | | former | adverse |
| Ritz Carlton, The | SoFAS | The Ritz-Carlton Hotel Company LLC | Closed | Client; Adverse |
| RLI | Insurers; Surety Bonds | RLI Insurance Company | Closed | Adverse |
| Robert Half International Inc. | SoALs | | Former; Closed | Adverse |
| Roberts, Patricia | SoALs | | former | adverse |
| Robinson, Jerry | SoALs | | closed | client |
| Rockwell Automation | SoALs | | Current;  Former; Closed | Client |
| Rockwell International Corp. | SoALs | Rockwell International Korea Ltd.; Rockwell International Overseas Corp.; Rockwell International Taiwan Company Ltd | Closed; Former; Curent | Adverse; Client |
| Rogers, Judy | SoALs | | former | adverse |
| Rohm & Haas Co. | Potentially Responsible Parties | | Closed | Client; Adverse |
| Rollins Leasing | SoALs | | Closed | Client |
| Romar & Associates | SoFAS | Romar Beach Owners Association Inc. | Current | Adverse |
| Ropes & Gray LLP | Professionals; Significant Vendors | | Closed | Client |
| Rosemount Inc. | Significant Vendors | | Closed | Adverse |
| Roto-Rooter | SoALs | | Closed | Adverse |
| Royal Bank of Canada | Debtholders | | Current; Former; Closed | Client; Adverse |
| Royal Bank of Scotland Group PLC, The | Debtholders | | Current; Former; Closed | Client; Adverse |
| RSUI (CRC) | Insurers | RSUI Indemnity Company | Closed | Adverse |
| Ryan LLC | SoALs | Ryan McHugh Contracting LLC | Closed | Client |
| S&B Engineers & Constructors Ltd. | Contract Counterparties | | Current | Adverse |
| S&C Electric Co. | Significant Vendors | | Closed | Adverse |
| Sabel Industries Inc. | SoALs | | Closed | Adverse |
| Safeco Insurance Co. of America | Surety Bonds | Safeco Property & Casualty Insurance Co. | Closed | Client; Adverse |
| Safety National Casualty Corp. | Debtholders | | Closed | Client |
| Safeway Inc. | SoALs | Safeway Group Inc. | Closed | Client; Adverse |
| Safeway Stores Inc. | SoALs | | Closed | Client |
| SAIC | Significant Vendors; Professionals | SAIC Energy | Current; Closed | Client; Adverse |
| Salesforce.com | Contract Counterparties; Significant Vendors | | Current | Adverse |
| Salvation Army, The | Significant Vendors | | Closed | Client |
| San Antonio, City of (TX) | Taxing Authorities-Texas | | Current | Adverse |
| San Augustine | SoALs | Moscow Camden and San Augustine Railroad LLC | Former | Client |
| Sanders, Willie | SoALs | | former | adverse |
| Sanderson Farms Inc. | Contract Counterparties | | Current; Closed | Adverse |
| Sanderson, Charles | Landlords | | Current | Adverse |
| Sandoz Agro Inc. | SoALs | | Closed | Client |
| Sankaty Advisors LLC | Debtholders | | Current | Adverse |
| Santa Fe Railroad | SoALs | Santa Fe Pacific Railroad Company | Current | Client |
| Santander Consumer USA Inc. | Contract Counterparties | | Former | Client |
| SAP America Inc. | SoALs | | Closed; Current | Client; Adverse |
| SAS Institute Inc. | Significant Vendors | | Closed | Adverse |
| Scantron Corp. | SoALs | | Closed | Adverse |
| Schindler Elevator Corp. | Significant Vendors | | Current; Former; Closed | Adverse |
| Schneider Electric | Significant Vendors | | Closed | Adverse |
| SCI Funeral & Cemetery Purchasing Coop | Contract Counterparties | | Former | Adverse |
| Scotia Capital Inc. | DIP Lenders | | Closed | Adverse |

| Scott & White | Significant Vendors | Scott & White Long Term Acute Care Hospital | Closed | Adverse |
|---|---|---|---|---|
| Scott, James | | | closed; former | adverse |
| SEI Global Master Fund PLC - The SEI High Yield | Debtholders | | Former | Adverse |
| Select Medical Corp. | SoALs | | Closed | Adverse |
| Sempra Energy Trading LLC | Contract Counterparties | | Current; Closed | Adverse |
| Servicemaster | SoALs | | Closed | Client; Adverse |
| Shasta CLO I Ltd. | Debtholders | | Current | Adverse |
| Shaw Group Inc., The | Litigants - Asbestos | | Closed | Client; Adverse |
| Shaw Maintenance | Contract Counterparties; Significant Vendors | | Current | Adverse |
| Sheffield Investment Management | Bondholders | | Former | Adverse |
| Sheldon, Richard | Significant Vendors | | Closed | Adverse |
| Shell Chemical Co. | SoALs | | Closed | Adverse |
| Shell Energy | Significant Customers; Contract Counterparties; Top 50 Unsecured Creditors; Significant Vendors | | Current; Closed | Adverse |
| Shell Oil Co. | SoALs | Shell Frontier Oil & Gas Co. | Closed; Current | Client; Adverse |
| Shell Oil Products Co. | SoALs | | Closed | Adverse |
| Sheraton Corp. | SoALs | Sheraton Tunica Corp. | Closed | Client |
| Sheraton Hotel | Contract Counterparties | | Closed | Adverse |
| Sherwin Williams | Contract Counterparties; Significant Vendors | Sherwin Williams Paint Company; Sherwin Williams Company | Closed | Client; Adverse |
| Shriners Hospitals for Children-Houston | Contract Counterparties | Shriner Hospital for Children | Current | Closed |
| Siemens | Contract Counterparties; Significant Vendors; Top 50 Unsecured Creditors | Siemens Energy Inc.; Siemens Building Technologies, Inc. | Current | Client |
| Siemens Power Corp. | SoALs | Siemens Power Generation; Siemens Power Technology; Seimens Power Transmission & Distribution | Closed; Former | Client; Adverse |
| Siemens Westinghouse | SoALs | | Closed | Adverse |
| Sierra Club | Litigants | | Current; Former | Adverse |
| Sigma Chemical Co. | SoALs | Siemens Westinghouse Power Corp. | Closed | Client |
| Silgan Containers Corp. | SoALs | | Closed | Adverse |
| Silver Oak Capital LLC | Debtholders | | Closed | Adverse |
| Silver Point Capital | Debtholders | | Closed | Client |
| Simmons, Barbara | SoALs | | Closed | Client |
| SimplexGrinnell LP | Significant Vendors | | Current | Adverse |
| Simpson, Carrie | SoALs | | closed | adverse |
| Sinclair & Valentine | SoALs | | Closed | Adverse |
| Skillsoft Corp. | Significant Vendors | | Closed | Adverse |
| Smith, Amy | SoALs | | current | adverse |
| Smith, Bonnie | SoALs | | closed | adverse |
| Smith, Brad | SoALs | | current | client |
| Smith, Carl | SoALs | | closed | adverse |
| Smith, Carolyn | SoALs | | closed; current | adverse |
| Smith, Charlie | SoALs | | closed | adverse |
| Smith, Edward | Litigants - Asbestos | Edward Foster Smith | Closed | Adverse |
| Smith, Harold | SoALs | | current | adverse |
| Smith, Howard | SoALs | | closed | client; adverse |
| Smith, James H. | SoALs | | closed | adverse |
| Smith, James W. | SoALs | | closed | adverse |
| Smith, Jean | SoALs | | closed | client |
| Smith, Ken | Officers and Directors | | Former | Adverse |
| Smith, Kim | SoALs | | closed | adverse |
| Smith, Michael | SoALs | | closed; former; current | client; adverse |
| Smith, Paul | SoALs | | closed; current | client; adverse |
| Smith, Russell | SoALs | | closed | adverse |
| Smith, Stephen | SoALs | | closed | adverse |
| Smith, William | SoALs | | current; former; closed | adverse |
| Smith, William A. | SoALs | | closed | adverse |
| Solus Alternative Asset Management | Debtholders | | Current | Adverse |
| Sonoco Products Co. | Contract Counterparties | | Closed | Client |
| South Carolina Electric & Gas | SoALs | | Closed; Current | Client; Adverse |
| Southeastern Freight Lines Inc. | Contract Counterparties | | Closed | Adverse |
| Southern Co. Services | Significant Vendors | Southern Communications (Southern Linc) | Current | Client |
| Southern Co., The | Interested Parties | Southern Company Energy Solutions LLC | Current; Closed | Client |
| Southern Foods Group LLC | Contract Counterparties | Southern Classic Food Group LLC | Closed | Adverse |
| Southern Gulf | SoALs | Gulf Southern Communications; Southern Gulf CoasetDivision | Closed | Adverse |
| Southland Co. | SoALs | Southland Power Constructors; Southland Financial Corp.; Southland Lumber Company; Southland Mower Corp.; Southland National Insurance Corp; Southland Publishing Co.; Southland Tire Company | Closed; Current; Former | Client; Adverse |
| Southland Land & Cattle Co. | SoALs | Southland Development Corp. | Closed | Adverse |

| | | | | |
|---|---|---|---|---|
| Southwest Business Corp. | Significant Vendors | | Former | Client |
| Southwest Gas Corp. | SoALs | | Closed | Adverse |
| Southwest Power Pool Inc. | SoALs | | Current | Adverse |
| Southwestern Bell Telephone | Significant Vendors | | Current; Closed | Adverse |
| Southwestern Electric Power Co. | Utilities | | Current; Closed | Adverse |
| Southwestern Electric Power Co. (Swepco) | SoALs | | Current | Client |
| SPCP Group LLC | Debtholders | | Current | Client; Adverse |
| Spears, Connie | Litigants - Asbestos | | Closed | Adverse |
| Specialty Retailers Inc. | Contract Counterparties | | Closed | Adverse |
| Spectera Inc. | Significant Vendors | | Closed | Adverse |
| Spectrum Management District (TX) | Taxing Authorities-Texas | | Closed | Adverse |
| Sprague Electric | SoALs | | Closed | Adverse |
| Spraying Systems Co. | SoALs | | Closed | Adverse |
| Sprint | Significant Vendors; Utilities | Sprint Inc.; Sprint Nextel Corp.; Sprint Communications Company, LP | Closed | Client; Adverse |
| SPX Corp. | Contract Counterparties; Significant Vendors | | Closed | Client |
| St. Joseph Regional Health Center | Contract Counterparties | | Current | Adverse |
| St. Regis Paper Co. | SoALs | | Closed | Adverse |
| Standard & Poor's | Significant Vendors | | Closed | Client |
| Standard Parking | Significant Vendors | | Closed | Adverse |
| Stanley Works, The | SoALs | Stanley Tools | Closed | Adverse |
| Starwood | Debtholders | Starwood Capital Group | Current; Former | Adverse |
| State Farm Life Insurance Co. | Contract Counterparties | | Current; Closed | Client; Adverse |
| State Street Bank & Trust Co. | Debtholders | | Closed | Client; Adverse |
| Stella-Jones | Significant Vendors | | Former; Closed | Adverse |
| Sterilite Corp. | Contract Counterparties | | Closed | Client |
| Stewart, Edward | Litigants - Asbestos | Edward L. Stewart | Closed | Adverse |
| Stewart, Terry | Litigants - Asbestos | Terry D. Stewart | Closed | Adverse |
| Stinson, Margaret | Litigants - Asbestos | | Current | Adverse |
| Stinson, Roger | Litigants - Asbestos | | Current | Adverse |
| Stone & Webster Inc. | Significant Vendors | | Current; Closed | Client; Adverse |
| Stuart C Irby Co. | Significant Vendors | | Current; Closed | Client; Adverse |
| Stuckey, Shawn | Officers and Directors | | Closed | Client |
| SuddenLink | Utilities | Suddenlink TV | Current | Adverse |
| Sumitomo Mitsui Banking Corp. | DIP Lenders | | Closed | Adverse |
| Sunsource | SoFAS | | Closed | Client |
| Surface Preparation | SoALs | US Filter Surface Preparation Group; USF Surface Preparation | Closed | Client |
| Susan Crane Inc. | SoALs | | Closed | Client |
| Sutherland Asbill & Brennan LLP | Significant Vendors | | Former | Client |
| Suttles Truck Leasing Inc. | SoALs | | Closed | Client |
| Sybase - an SAP Co. | Significant Vendors | | Closed | Adverse |
| Sybase Inc. | SoALs | | Closed | Adverse |
| Symantec Corp. | SoFAS | | Closed | Adverse |
| Symphony Asset Management | Debtholders | | Current | Adverse |
| Syniverse Technologies LLC | Significant Vendors | | Former | Client |
| Systems Technology Inc. | SoALs | | Closed | Adverse |
| T. Rowe Price | Debtholders | | Current | Client |
| Taggart Global LLC | Contract Counterparties; Significant Vendors | Taggart Global Operations | Former | Adverse |
| Tate, Evelyn | SoALs | | closed | adverse |
| Taylor, Caroline | SoALs | | current | adverse |
| Taylor, Connie L. | SoALs | | closed | adverse |
| Taylor, Melba | SoALs | | closed | adverse |
| Teachers Insurance & Annuity Association of America | Debtholders | | Former | Adverse |
| TeaLeaf Technology Inc. | Significant Vendors | | Closed | Adverse |
| TEKsystems Inc. | Significant Vendors | | Current; Closed | Adverse |
| Teledyne Brown Engineering | SoFAS | | Closed | Adverse |
| Telvent DTN  LLC | SoFAS | | Current | Adverse |
| Temple Baptist Church, The - Odessa | Contract Counterparties | | Closed | Adverse |
| Temple, City of (TX) | Taxing Authorities-Texas | | Closed | Adverse |
| Tenaska Inc. | SoALs | | Closed | Adverse |
| Tenaska Power Services Co. | Contract Counterparties; Significant Vendors | | Current | Adverse |
| Tenet Healthcare Corp. | Contract Counterparties | | Closed | Adverse |
| Tennessee Gas Pipeline Co. | SoALs | East Tennessee Gas Pipeline Company | Current; Closed | Client; Adverse |
| Tennessee Valley Authority | Significant Vendors | | Current; Closed | Client; Adverse |
| Terminix | SoALs | Allied Bruce Terminix Companies Inc.; Terminix International | Closed | Client; Adverse |
| Tesoro Corp. | SoALs | | Current | Adverse |
| Texas Department of Transportation | Significant Vendors | | Closed | Adverse |
| Texas Eastern Transmission Corp. | SoALs | | Closed | Client |
| Texas Electric Cooperatives Inc. | Contract Counterparties | | Current | Adverse |
| Texas Gas | SoALs | Texas Gas Transmission LLC | Current | Client |
| Texas Gas Transmission LLC | Contract Counterparties | | Current | Client |

| | | | | |
|---|---|---|---|---|
| Texas Instruments Inc. | Contract Counterparties; Litigants; Potentially Responsible Parties | | Current | Client |
| Texas Life Insurance Co. | Landlords | | Closed | Adverse |
| Texas Neighborhood Services | SoFAS | | Former | Adverse |
| Texas Public Utility Commission, State of | SoALs | | Closed | Adverse |
| Texas, Public Utility Commission of | Significant Vendors | | Closed | Adverse |
| Texas, State of | Surety Bonds | | Current | Adverse |
| The Bank of New York | Banks; Debtholders; Contract Counterparties; Lienholders; Significant Vendors; Indenture Trustees; Landlords | | former/closed | client/adverse |
| The Bank of New York Mellon | Banks; Debtholders; Contract Counterparties; Lienholders; Significant Vendors; Indenture Trustees; Landlords | Bank of New York Mellon Trust Company | current/former | client/adverse |
| The Boeing Co. | Contract Counterparties; Debtholders | | closed/former | client/adverse |
| Thermal Engineering International Inc. | Significant Vendors | | Current | Adverse |
| Thibado Inc. | Significant Vendors | Horst Equipment Repair, Inc. d/b/a Thibado, Inc. | Current | Client |
| Thomas H. Lee Partners | DIP Lenders | | Closed | Client |
| Thomas Williams | SoALs | | current | adverse |
| Thomas, Henry Lee | Litigants - Asbestos | Henry Lee | Current; Closed | Adverse |
| Thomas, John E. | Litigants - Asbestos | John Thomas | Current | Adverse |
| Thomas, Larry C. | SoALs | | closed; current | adverse |
| Thomas, Shirley | SoALs | | closed; former | adverse |
| Thompson, Bill | SoALs | | closed | adverse |
| Thompson, Charlie | SoALs | | closed | adverse |
| Thompson, Curtis | SoALs | | closed | adverse |
| Thompson, Joe R. | SoALs | | closed | adverse |
| Thompson, Sally | Significant Vendors | | Closed | Adverse |
| Thompson, Tommy | SoALs | | closed | adverse |
| Thomson Reuters | Significant Vendors | | Former; Closed | Adverse |
| ThyssenKrupp Elevator Corp. | Significant Vendors | | Closed | Client |
| TIC - The Industrial Co. | SoALs | The Industrial Company of Atlanta | Closed | Adverse |
| Timber Ridge Apartments | SoALs | | Current | Client |
| Time Warner Cable | Significant Vendors; Utilities; Contract Counterparties | Time Warner Entertainment Co LP | Current; Closed | Client; Adverse |
| Timken Co., The | SoALs | Timken Bearings Company | Closed | Adverse |
| Todd, Walter | SoALs | | former | client |
| Tom's Foods Inc. | Contract Counterparties | | Closed | Adverse |
| Toronto-Dominion Bank | SoALs | | Closed | Adverse; Client |
| Toshiba International Corp. | Significant Vendors | | Current | Adverse |
| Toys R Us-Delaware Inc. | Contract Counterparties | Toys R Us Inc. | Closed | Adverse |
| TPG | Bondholders; Significant Vendors; Shareholders; Top 50 Unsecured Creditors | TPG Growth | Current | Client |
| TPG Inc. | DIP Lenders | TPG Growth; TPG Axons Funds | Current; Closed | Client |
| Trane | Significant Vendors; Litigants - Asbestos | The Trane Co. | Closed | Adverse |
| Trans Union Corp. | Significant Vendors; Litigants | TransUnion LLC | Closed | Adverse |
| Transcat Inc. | Significant Vendors | | Closed | Adverse |
| Travis Crim LLC | SoALs | | Closed | Adverse |
| Tri-County Electric Coop Inc. | Utilities | | Current | Adverse |
| Trimac Bulk Transportation Inc. | SoALs | | Closed | Adverse |
| Trinity Industries Inc. | Contract Counterparties; Potentially Responsible Parties; Significant Vendors | | Former; Closed | Client; Adverse |
| Triumph Capital Group Inc | DIP Lenders | | Closed | Client |
| Triumph Group Inc. | DIP Lenders | Triumph Management Group | Closed | Adverse |
| TRW Inc. | SoALs | | Closed | Client |
| TSI Inc. | SoFAS | | | |
| | | Tool Systems Inc.; TSI Partners LP; Team TSI Corp.; Sequel TSI of Alabama; Pegasus TSI | Closed; Former | Adverse; Client |
| Turner Industries Group LLC | Contract Counterparties | | Current | Client |
| Turner, Daniel | SoALs | | closed | adverse |
| Turner, John B. | Litigants | John Turner | Current | Adverse |
| Turner, Pamela | Litigants - Asbestos | | Closed | Adverse |
| Turner, Virginia | SoALs | | former | adverse |
| TXU 2007-1 Leasing LLC | Contract Counterparties; Lienholders; Debtors, Debtor Affiliates, and Certain Relates Entities; Significant Vendors | TXU 2007-1 Railcar Leasing LLC; TXU Electric Co. Inc.; TXU Energy Trading Company | Current; Closed | Adverse |
| Tyco Fire Products | SoALs | Tyco Fire & Building Products | Closed | Client |
| Tyco Valves & Controls | SoALs | | Former | Adverse |
| U.S. Underwater Services Inc. | SoALs | | Closed | Client |
| UBS AG | Contract Counterparties; Debtholders | UBS Securities | Former; Closed | Adverse |

| | | | | |
|---|---|---|---|---|
| Uline | SoFAS | | Closed | Adverse |
| UniFirst | Significant Vendors | Unifirst Corporation; | Closed | Client |
| UniFirst Holdings Inc. | SoFAS | | Closed | Client |
| Union Carbide Corp. | Litigants - Asbestos | | Closed | Client; Adverse |
| Union Electric Co. | SoALs | | Closed | Client |
| Union Tank Car Co. | SoALs | | Closed; Current | Adverse; Client |
| Unisys Corp. | SoALs | (non-U.S. subsidiaries) | Closed | Client |
| United Cooperative Services | SoALs | | Former | Adverse |
| United Parcel Service Inc. | SoALs | | Closed | Adverse |
| United Rentals | Significant Vendors | | Closed | Adverse |
| United States Army Corps of Engineers | Contract Counterparties | | Current; Former; Closed | Adverse |
| United States Department of Treasury | SoFAS | | Closed | Adverse |
| United States Environmental Protection Agency | Litigants | | Current; Former; Closed | Adverse |
| United States of America | Litigants | | Current; Former; Closed | Adverse |
| United Van Lines LLC | SoALs | | Closed | Adverse |
| Univar USA Inc. | Significant Vendors | | Closed | Adverse |
| Universal Manufacturing Co. | SoALs | Universal Studios Manufacturing; Universal Manufacturing & Logistics Ltd. | Closed | Client |
| University of Tennessee, The | SoALs | Univesity Health Systems (U. of T); Univesity of Tennessee at Chattanooga; University Medical Center in Lebanon, Tennessee | Closed; Former | Adverse |
| Upjohn Co. | SoALs | | Closed | Client |
| US Air Force | SoALs | | Closed | Adverse |
| US Bank NA | Contract Counterparties; Indenture Trustees; Landlords; Lienholders; Significant Vendors | | Current; Former; Closed | Adverse |
| US Corps of Engineers | SoALs | | Closed; Former; Current | Adverse |
| US Department of Justice | SoALs | | Closed | Adverse |
| US Drug Enforcement Administration | SoALs | | Closed | Adverse |
| US Envelope | SoALs | Westvaco - Division of US Envelope | Closed | Adverse |
| US Mine Safety & Health Administration | Significant Vendors | | Current | Adverse |
| US Postal Service | SoALs | | Closed | Adverse |
| US Red Hancock Inc. | SoALs | W.S. "Red" Hancock, Inc. | Closed | Adverse |
| US Underwater Services LLC | SoALs | | Closed | Client |
| Valspar Corp., The | SoALs | | Closed | Adverse |
| Van Waters & Rogers Inc. | SoALs | | Closed | Adverse |
| Vanguard | Bondholders | Vanguard Beauty Distributors; Vanguard Bank & Trust Company; The Vanguard Group, Inc.; Vanguard Truck Centers Inc.; Vanguard Corp.; Vanguard Ins.; Vanguard Bank; Vanguard High Yield Corporate Fund; Vanguard Vinyl | Closed; Former; Current | Adverse; Client |
| Varco | SoALs | Varco/Prudon; National Oilwell Varco Inc. | Closed; Former | Adverse; Client |
| Venor Capital | Debtholders | | Current | Client |
| Veolia Environmental Services - Industrial Services | Contract Counterparties; Significant Vendors | | Former | Client |
| Verizon | Significant Vendors; Utilites; Litigants | Verizon Capital; Verizon Wireless fka Rural Cellular Corporation; Verizon South Inc.; Verizon Communications | Current; Closed | Client; Adverse |
| Vertis Inc. | Contract Counterparties | | Former; Closed | Client; Adverse |
| Victor Equipment Co. | SoALs | Victor-Coyne Equipment | Closed | Adverse |
| Vinson & Elkins | Professionals; Significant Vendors | | Closed | Adverse |
| Visa Inc. | Litigants | | Current; Closed | Adverse |
| VMware Inc. | Significant Vendors | | Closed | Adverse |
| Volvo Rents 139 | SoALs | | Current | Adverse |
| W.R. Grace & Co. | SoALs | | Closed | Adverse; Client |
| W.W. Grainger Inc. | SoALs | | Current; Former | Client |
| Wachovia Bank NA | Lienholders | | Closed | Client; Adverse |
| Wade, Donald | Litigants | Donald E. Wade | Closed | Adverse |
| Waffle House | SoALs | | Former; Current; Closed | Client; Adverse |
| Walker, Linda | SoALs | | closed | adverse |
| Walker, Mary | Litigants - Asbestos | | Closed | Adverse |
| Wallace, James | Litigants | James E. Wallace | Closed | Adverse |
| Wal-Mart Store #371 | SoALs | Wal-Mart Store #1088 | Closed | Adverse |
| Walters, Robert Lee | Litigants - Asbestos | Robert Walters | Current | Adverse |
| Ward, Mary | Litigants - Asbestos | | Current | Adverse |
| Washington Group International Inc. | Litigants - Asbestos | | Closed | Client; Adverse |
| Watkins, Ruth | SoALs | | closed | adverse |
| Weaver, Phillip | SoALs | | closed | adverse |
| Weir Valves & Controls USA Inc. | Significant Vendors | | Closed | Adverse |
| Wellington Management Co. LLP | Debtholders | | Current | Adverse |
| Wells Capital Management | Debtholders | | Closed | Adverse |

| Wells Fargo | Debtholders; Significant Vendors; Contract Counterparties; Landlords; Lienholders; Debtholders | Wells Fargo, N.A.; Wells Fargo Home Mortgage; Wells Fargo Bank; Wells Fargo fka Wachovia Bank | Current; Former; Closed | Client; Adverse |
|---|---|---|---|---|
| Wells, James | SoALs | | closed | client |
| Wesco | Significant Vendors | | Closed | Adverse |
| Westar Energy Inc. | SoALs | | Current | Adverse; Client |
| Western Asset Management | Debtholders | | Current | Adverse |
| Western Electric Co. Inc. | SoALs | | Closed | Adverse |
| Western Extrusions Corp. | Contract Counterparties | Western Extrusions, Inc. | Closed | Client |
| Western Services Corp. | SoFAS | Western Litigation Services | Current | Client |
| Western Union Corp. | SoALs | Western Union International Inc. | Closed | Client |
| Westinghouse Electric Co. | Contract Counterparties; Significant Vendors; Top 50 Unsecured Creditors | | Closed | Client; Adverse |
| Weston Solutions Inc. | SoALs | | Closed | Adverse |
| Westvaco | SoALs | Westvaco - Division of US Envelope; | Closed | Adverse |
| Westwood Residential | SoALs | | Former | Adverse |
| Weyerhaeuser | Significant Vendors | | Closed | Client; Adverse |
| Whitaker, William | SoALs | | closed | adverse |
| White Technologies Inc. | Significant Vendors | | Closed | Adverse |
| White, Chris | SoALs | | closed | client |
| White, Freddie | SoALs | | closed | client |
| White, Irene | SoALs | | closed | adverse |
| White, Mary | SoALs | | closed | adverse |
| Wick Phillips LLP | Significant Vendors | | Current | Client |
| Williams Power Co. Inc. | SoALs | | Current | Adverse |
| Williams Scotsman Inc. | SoFAS | | Current | Adverse |
| Williams, Ann | Litigants - Asbestos | | Closed | Adverse |
| Williams, Barbara | SoALs | | closed | adverse |
| Williams, Brenda | SoALs | | current | adverse |
| Williams, Bruce | SoALs | | closed | client; adverse |
| Williams, Edward | SoALs | | closed; former | adverse |
| Williams, Glenn | SoALs | | former | adverse |
| Williams, Helen | SoALs | | former; closed | adverse |
| Williams, James | Litigants | | Current; Closed | Adverse |
| Williams, James | SoALs | | closed | adverse |
| Williams, James E. | SoALs | | former | adverse |
| Williams, John | SoALs | | closed | adverse |
| Williams, M.L. | SoALs | | closed | adverse |
| Williams, Mary | Litigants - Asbestos | Mary S. Williams; Mary O. Williams; Mary E. Williams; Mary Hayden Williams | Closed | Client; Adverse |
| Williams, Michael | SoALs | | closed | client; adverse |
| Williams, Paula | SoALs | | closed | adverse |
| Williams, Ralph | SoALs | | current; closed | adverse |
| Williams, Rebecca | SoALs | | former; closed | adverse |
| Williams, Ronnie | SoALs | | closed | adverse |
| Williams, Steve | SoALs | | former; closed | adverse; client |
| Williams, Troy | SoALs | | former; closed | adverse |
| Williams, Wesley | SoALs | | current | adverse |
| Wilmington Trust Co. | Contract Counterparties; Landlords; Litigants | | Current; Former; Closed | Adverse |
| Wilson, Jack | SoALs | | closed | adverse |
| Wilson, Jeff | SoALs | | closed | adverse |
| Wilson, Richard | SoALs | | former; closed | adverse |
| Windsor Plantation LP | SoALs | Windsor Club at Westcott Plantation LLC | Former | Adverse |
| Windstream | Significant Vendors; Utilites | Windstream Corporation; William fka AllTell; Windstream Communications; Windstream KDL, Inc. | Current; Former | Adverse |
| Winstead PC | Professionals | | Former | Client |
| Winston & Strawn LLP | Significant Vendors | | Closed | Client; Adverse |
| Witco Corp. | SoALs | | Closed | Adverse |
| Wolf Creek Nuclear Operating | SoALs | | Closed | Client |
| Wolters Kluwer Financial Services Inc. | SoFAS | | Former | Adverse |
| Womack Machine Supply Cos. | SoFAS | | Closed | Adverse |
| Womble Co. Inc. | SoALs | Gary Womble; Womble Carlisle Sandridge & Rice; James Womble | Closed; Current | Adverse; Client |
| Woodforest National Bank | Litigants | | Closed | Adverse |
| World Marketing Dallas | SoFAS | | Current | Client |
| Worthington Point | SoALs | Worthington Steel Company of Decatur LLC | Closed | Adverse |
| Worthington, The | SoALs | Worthington Mortgage Group; Worthington Federal Bank | Closed; Former | Client; Adverse |
| Wright, Dorothy | SoALs | | former | adverse |
| Wright, James | SoALs | | former; closed | client; adverse |
| Wright, John | SoALs | | former | client |
| Wright, Mary | SoALs | | current; closed | adverse |
| Wright, Patricia | SoALs | | closed | adverse |
| WSI | SoALs | WSI Printing; New London (WSI) | Closed; Current | Adverse |
| Xerox Corp. | SoALs | | Closed; Current | Adverse; Client |

Schedule 2 Complete List

| XL Insurance (Bermuda) Ltd. | Insurers | | Current; Closed | Client; Adverse |
|---|---|---|---|---|
| XL Specialty Insurance Co. | SoALs | | Former | Client |
| Young, John | Litigants; Officers and Directors; Shareholders | Young, John F. | Current; Closed | Adverse |
| Young, Patricia | Litigants - Asbestos | | Closed | Adverse |
| Young, Richard | Litigants | | Current | Adverse |
| Zeneca Inc. | SoALs | Zeneca Specialties | Closed | Adverse; Client |
| Zimmer Inc. | SoALs | Zimmer Development Company; Zimmer Spine | Closed; Current | Adverse |
| Zones Inc. | SoALs | Flood Zones, Inc. | Closed | Client |