## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
### PURSUANT TO DEL. BANKR. L.R. 9010-1

1.  Jason M. Madron, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of Iskender H. Catto (the "Admittee") of McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10173, to represent the above captioned debtors and debtors in possession in the above-captioned cases as special counsel for certain energy-related transactional matters. The Admittee is a member in good standing of the Bar of Washington, D.C. and the Bar of the States of New York and New Jersey, and is admitted to practice before the United States District Courts for the Southern District of New York and the District of New Jersey, and the Supreme Court of the United States.

Dated: October 7, 2014
      Wilmington, Delaware

                    Jason M. Madron (Bar No. 4431)
                    RICHARDS, LAYTON & FINGER, P.A.
                    One Rodney Square
                    920 North King Street
                    Wilmington, Delaware 19801
                    Telephone: (302) 651-7700
                    Facsimile: (302) 651-7701
                    E-mail: Madron@rlf.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2.    Pursuant to Local Rule 9010-1, the Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdiction shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1, and have access to, or has acquired, a copy of the Local Rules and is generally familiar with those Local Rules.  In accordance with the *Revised Standing Order for District Court fund effective July 23, 2009*, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the United States District Court for the District of Delaware prior to the filing of this motion.

/s/ Iskender H. Catto
Iskender H. Catto
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail:  icatto@mwe.com

3.    Motion granted.

Dated: October __8__, 2014
       Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE