IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) |  |
| ) | **Ref. Docket Nos. 1963, 1972** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 11, 2014, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B." I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C."

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
10th day of September, 2014

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.<br><br>               Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  HIGHWAY MACHINE CO INC
         ATTN: JANET FISHER
         3010 S OLD US HWY 41
         PRINCETON, IN 47670

Please note that your claim # 3671-01 in the above referenced case and in the amount of
    $223,940.00 has been transferred **(unless previously expunged by court order)** to:

        SONAR CREDIT PARTNERS III, LLC
        TRANSFEROR: HIGHWAY MACHINE CO INC
        200 BUSINESS PARK DRIVE, SUITE 201
        ARMONK,, NY 10504

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                   UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF DELAWARE
                   824 NORTH MARKET STREET, 3RD FLOOR
                   WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 1963         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2014                          David D. Bird, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2014.

**EXHIBIT B**

TXU ENERGY
CREDITOR LISTING

| Name | Address |
|---|---|
| ASM CAPITAL IV, L.P. | TRANSFEROR: WOI PETROLEUM 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| HIGHWAY MACHINE CO INC | ATTN: JANET FISHER 3010 S OLD US HWY 41 PRINCETON IN 47670 |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: HIGHWAY MACHINE CO INC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK, NY 10504 |
| WOI PETROLEUM | PO BOX 686 HIGHWAY 259 NORTH DAINGERFIELD TX 75638 |

Total Number of Records Printed    4

# EXHIBIT C

*EFH_NTC OF TRANSFER_9-11-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801