**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**SECOND SUPPLEMENTAL VERIFIED STATEMENT OF KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP AND THE HOGAN FIRM
PURSUANT TO BANKRUPTCY RULE 2019**

Kasowitz, Benson, Torres & Friedman LLP ("KBT&F") and The Hogan Firm ("Hogan" and together with KBT&F, "Counsel") hereby submit this second supplemental verified statement (the "Second Supplemental Rule 2019 Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in connection with the above-captioned chapter 11 case of Energy Future Holdings Corp. ("EFH Corp.").

1. KBT&F is a law firm that maintains its principal office at 1633 Broadway, New York, New York 10019, and has additional offices throughout the United States. Hogan is a law firm that maintains its principal office at 1311 Delaware Avenue, Wilmington, Delaware 19806.

2. KBT&F and Hogan currently represent, among others, the ad hoc group of holders of EFH Corp. notes (the "Ad Hoc Group") in connection with the above-referenced case.

3. On June 25, 2014, Counsel filed its *Verified Statement of Kasowitz, Benson, Torres & Friedman LLP and the Hogan Firm Pursuant to Bankruptcy Rule 2019* [Docket No. 1108] (the "Original Rule 2019 Statement").

4. Since Counsel filed the Original Rule 2019 Statement, Credit Value Partners, LP, D. E. Shaw Galvanic Portfolios, L.L.C. and Solus Alternative Asset Management LP joined as members of the Ad Hoc Group. Accordingly, pursuant to Bankruptcy Rule 2019(d), Counsel

submits this Second Supplemental Rule 2019 Statement to update and supplement the Original Rule 2019 Statement, as to the Ad Hoc Group only. This Second Supplemental Rule 2019 Statement does not address the holdings of any of Counsel's other clients.

5. The Ad Hoc Group is presently comprised of Contrarian Capital Management, LLC, Credit Value Partners, LP, Deutsche Investment Management Americas Inc., D. E. Shaw Galvanic Portfolios, L.L.C. and Solus Alternative Asset Management LP as holders, advisors, or affiliates of advisors to holders, or managers of various accounts with investment authority, contractual authority or voting authority, of or with respect to (a)(i) the 5.55% notes originally due November 15, 2014 (the "5.55% Notes"); (ii) the 6.50% notes originally due November 15, 2024 (the "6.50% Notes"); (iii) the 6.55% notes originally due November 15, 2034 (the "6.55% Notes," and together with the 5.55% Notes and the 6.50% Notes, the "Legacy Notes"), issued by EFH Corp. pursuant to three separate indentures, each dated November 1, 2004 (as amended modified or supplemented); and (b) the 9.75% unsecured notes due October 15, 2019 (the "2019 Unexchanged Notes" and together with the Legacy Notes, the "Unsecured Notes"), issued by EFH Corp. pursuant to that certain indenture, dated November 16, 2009 (as amended modified or supplemented).

6. In May 2014, the Ad Hoc Group was formed and engaged KBT&F to represent it in connection with the above-referenced case. In June 2014, the Ad Hoc Group engaged Hogan to serve as Delaware counsel.

7. Counsel has been advised by the members of the Ad Hoc Group that, as of the date hereof, they or their affiliates are the holders, advisors, or affiliates of advisors to holders, or managers of various accounts with investment authority, contractual authority or voting

authority, of or with respect to more than $52.5 million of the aggregate principal amount of the Unsecured Notes.

8.      As of the April 29, 2014, the total aggregate principal amount of outstanding Legacy Notes was approximately $1.864 billion (including approximately $1.282 billion held by Debtor Energy Future Intermediate Holding Company LLC) and the total aggregate principal amount of outstanding 2019 Unexchanged Notes was approximately $2 million.

9.      In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each member of the Ad Hoc Group, **Exhibit A** hereto lists the names, addresses and "the nature and amount of all disclosable economic interests" in EFH Corp. held or managed by each member of the Ad Hoc Group.  Counsel has been advised that none of the members of the Ad Hoc Group hold any interests in EFH Corp. beyond those disclosed on Exhibit A.[1]

10.     Although the Ad Hoc Group has retained KBT&F and Hogan to represent its interests in EFH Corp. collectively as a group, each member of the Ad Hoc Group makes its own decisions as to how it wishes to proceed and does not speak for, or on behalf of, any other creditor, including the other members of the Ad Hoc Group in their individual capacities.  In addition, the Ad Hoc Group does not represent or purport to represent any other entities in connection with these jointly-administered Chapter 11 cases.

11.     Nothing contained in this Second Supplemental Rule 2019 Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against or interests in any of the above-captioned debtors held by any member of the Ad Hoc Group, its affiliates or any other entity, or (b) an admission with respect to any

---

[1]     Counsel understands that certain members of the Ad Hoc Group may hold or manage interests in certain other debtors (*i.e.*, not EFH Corp.) that are part of these jointly-administered Chapter 11 cases.  Counsel does not represent the Ad Hoc Group or its members with respect to interests in any debtor other than EFH Corp.  As such, this statement only discloses interests that the members of the Ad Hoc Group have in EFH Corp.

fact or legal theory.  Nothing herein should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Group to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these jointly-administered Chapter 11 cases.

12. As of the date hereof, neither KBT&F nor Hogan hold any claims against or interests in EFH Corp. or any of the other debtors in these jointly-administered Chapter 11 cases.

13. KBT&F and Hogan reserve the right to revise, supplement and/or amend this Second Supplemental Rule 2019 Statement as need be, including but not limited to, if the holdings set forth herein change in any material respect.

Dated: October 9, 2014
   Wilmington, Delaware   THE HOGAN FIRM

               By: /s/ Garvan F. McDaniel
               Garvan F. McDaniel, Esq. (DE #4167)
               1311 Delaware Avenue
               Wilmington, Delaware 19806
               Telephone:  (302) 656-7540
               Facsimile:  (302) 656-7599
               Email:  gfmcdaniel@dkhogan.com

               – and –

               KASOWITZ, BENSON, TORRES
                & FRIEDMAN LLP
               David S. Rosner, Esq.
               Andrew K. Glenn, Esq.
               Daniel A. Fliman, Esq.
               1633 Broadway
               New York, New York 10019
               Telephone:  (212) 506-1700
               Facsimile:  (212) 506-1800
               Email:  drosner@kasowitz.com
                  aglenn@kasowitz.com
                  dfliman@kasowitz.com

               *Counsel to the Ad Hoc Group of EFH Corp.*
               *Noteholders*

## **Exhibit A**

| Entity[2] | Address | Holdings |
|---|---|---|
| Contrarian Capital Management, LLC | 411 W. Putnam Avenue Suite 425 Greenwich, CT 06830 Attention: Jonathan Neiss | $5,000,000 of 5.55% Notes $33,500,000 of 6.50% Notes $2,500,000 of 6.55% Notes |
| Credit Value Partners, LP | 49 W. Putnam Avenue Greenwich, CT 06830 Attention: Ryan Eckert | $1,321,000 of 2019 Unexchanged Notes |
| Deutsche Investment Management Americas Inc. | 345 Park Avenue New York, NY 10154 Attention: Shameem R Kathiwalla Saurav-N Sen | $8,226,000 of 6.50% Notes |
| D. E. Shaw Galvanic Portfolios, L.L.C. | 1166 6th Ave, 9th Floor New York, NY 10036 Attention: Shi Nisman | $1,000,000 of 5.55% Notes |
| Solus Alternative Asset Management LP | 410 Park Avenue New York, New York 10022 Attention: Stephen Blauner Michael Colodner | $1,000,000 of 6.50% Notes |

---

[2] Holds the listed disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold the listed disclosable economic interests.