

# ENERGY SYSTEMS PRODUCTS, INC.

14525 FM 529, Suite 206
Houston, TX 77095

October 6, 2014

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station
PO Box 4613
New York, NY 10163-4613

Re: EFH Bankruptcy Claim # 4026 Filed Date 9/2/2014

To whom it may concern:

Not remembering that we had already filed a "Proof of Claim" form #620 on 5/28/2014, we submitted a second form on 9/2/2014.
Please withdraw ESP/Energy Systems Products, Inc.'s "Proof of Claim" form #4026

Thank you,

*[signature]*

Bob Warnsman
President



**ENERGY SYSTEMS PRODUCTS**

14525 FM 529, Suite 206
Houston, TX 77095

NORTH HOUSTON TX 773
06 OCT 2014 PM 4 L

OCT 09 2014

Energy Futures Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station
PO Box 4613
New York, NY 10163-4613

10163461313