**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 1699** |

_____

**NOTICE OF FILING OF (I) SUPPLEMENTAL DECLARATION OF STEVEN SIMMS
IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT
AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND (II) REVISED ORDER
AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
RETAIN AND EMPLOY FTI CONSULTING, INC. AS OF MAY 19, 2014**

**PLEASE TAKE NOTICE** that, on July 25, 2014, the Official Committee of Unsecured

Creditors (the "**Committee**") of Energy Future Competitive Holdings Company LLC

("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC

("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company

(collectively with EFCH and TCEH, the "**TCEH Debtors**"), filed the *Application of the Official*

*Committee of Unsecured Creditors of Energy Future Holdings Corp. et.al., for Entry of an Order*

*Under Sections 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and*

*Retention of FTI Consulting, Inc. as Financial Advisor Effective May 19, 2014* [Docket No.

1699] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware

(the "**Bankruptcy Court**").  Pursuant to the Application, the Committee is seeking entry of an

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

order pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code authorizing and approving the retention and employment of FTI Consulting, Inc. as Financial Advisor to the Committee.

PLEASE TAKE FURTHER NOTICE that, in support of the Application, the Committee filed the *Declaration of Steven Simms in Support of Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp. et al., for Entry of an Order Under Sections 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective May 19, 2014*, which was attached as Exhibit B to the Application.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit 1 is the *Supplemental Declaration of Steven Simms in Support of Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp. et al., for Entry of an Order Under Sections 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective May 19, 2014* in connection with, and in support of, the Application.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit 2 is a revised form of order approving the Application (the "**Revised Order**").

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit 3 is a blackline showing the changes to the Revised Order from the proposed form of order filed with the Application.

The Committee intends to present the Revised Order to the Bankruptcy Court at the hearing currently scheduled for **October 28, 2014 at 12:00 p.m. (ET)**.

2

Dated: Wilmington, Delaware
      October 9, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
        brettmiller@mofo.com
        lmarinuzzi@mofo.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*
      -and-

*/s/ Christopher A. Ward*_____
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
        jedelson@polsinelli.com
        skatona@polsinelli.com

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*

48988151.1