## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 2 | Chapter 11 Bankruptcy Filing | 638.70 | $379,840.00 |
| 3 | [ALL] Automatic Stay | 123.20 | $69,088.50 |
| 4 | [ALL] Bond Issues | 14.60 | $6,685.00 |
| 5 | [ALL] Business Operations | 2.40 | $1,765.50 |
| 6 | [ALL] Case Administration | 258.90 | $118,051.00 |
| 7 | [ALL] Cash Management | 97.60 | $49,846.00 |
| 8 | [ALL] Claims Administration & Objections | 35.50 | $17,305.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 766.20 | $438,258.50 |
| 10 | [ALL] Corporate and Securities Issues | 82.10 | $45,042.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 64.80 | $28,679.00 |
| 12 | [ALL] Hearings | 419.00 | $310,292.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 270.50 | $135,731.50 |
| 16 | [ALL] Non-Debtor Affiliates | 58.10 | $27,713.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 239.70 | $131,488.00 |
| 18 | [ALL] Non-Working Travel | 133.80 | $99,803.00 |
| 19 | [ALL] Official Committee Issues & Meet. | 60.30 | $47,885.00 |
| 21 | [ALL] Plan and Disclosure Statements | 530.90 | $303,780.50 |
| 22 | [ALL] Private Letter Ruling/IRS Matters | 61.30 | $68,954.50 |
| 23 | [ALL] Regulatory Issues | 47.10 | $26,247.00 |
| 24 | [ALL] Rest. Support Agrmt./Global Settle | 518.80 | $340,369.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 179.10 | $129,304.00 |
| 27 | [ALL] Schedules, SoFAs | 37.00 | $20,249.50 |
| 29 | [ALL] Tax Issues | 68.60 | $60,709.50 |
| 30 | [ALL] U.S. Trustee Issues | 34.00 | $23,565.50 |
| 32 | [ALL] Valuation | 66.60 | $40,201.00 |
| 33 | [ALL] Vendor Communications | 239.20 | $61,039.00 |
| 34 | [TCEH] Asset Disposition | 85.90 | $43,211.50 |
| 35 | [TCEH] Automatic Stay | 5.80 | $3,557.00 |
| 36 | [TCEH] Bond Issues | 21.90 | $11,262.00 |
| 37 | [TCEH] Business Operations | 42.40 | $20,187.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 312.00 | $215,972.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 1,200.10 | $817,345.50 |
| 42 | [TCEH] Environmental Issues | 4.10 | $2,637.00 |
| 48 | [TCEH] Non-Working Travel | 6.60 | $5,995.00 |
| 49 | [TCEH] Official Committee Issues & Meet. | 24.70 | $24,890.50 |
| 52 | [TCEH] Private Letter Ruling/IRS Issues | 7.10 | $3,412.00 |
| 57 | [TCEH] Trading and Hedging Contracts | 28.00 | $18,539.00 |
| 58 | [TCEH] Transition Services | 7.00 | $4,354.00 |
| 59 | [TCEH] U.S. Trustee Issues | 4.80 | $3,856.50 |
| 60 | [TCEH] Utilities | 4.50 | $1,880.00 |
| 62 | [TCEH] Vendor Communications | 194.70 | $112,213.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 1,790.20 | $1,423,825.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 991.10 | $659,429.00 |
| 73 | [EFIH] Non-Working Travel | 22.10 | $19,192.50 |
| 77 | [EFIH] Private Letter Ruling/IRS Issues | 3.10 | $3,653.50 |
| 78 | [EFIH] Rest. Support Agrmt./Global Sett. | 82.30 | $45,943.50 |
| 86 | [EFH] Contested Matters & Advers. Proc. | 68.30 | $56,205.50 |
| 101 | [EFH] Retiree and Employee Issues/OPEB | 19.70 | $18,321.00 |
| 106 | [ALL] Venue | 526.10 | $369,123.00 |
| 107 | [ALL] Invoice Review | 5.60 | $2,534.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 51.00 | $27,706.50 |
| **Totals:** | | **10,557.10** | **$6,897,139.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $6,269.07 |
| Standard Copies or Prints | $18,542.40 |
| Binding | $69.30 |
| Color Copies or Prints | $9,725.10 |
| Production Blowbacks | $4,923.40 |
| Closing/Mini Books | $72.00 |
| Overnight Delivery | $1,909.87 |
| Outside Messenger Services | $881.28 |
| Local Transportation | $1,628.83 |
| Travel Expense | $69,484.77 |
| Airfare | $57,143.43 |
| Transportation to/from airport | $16,279.20 |
| Travel Meals | $2,312.67 |
| Other Travel Expenses | $1,047.23 |
| Court Reporter Fee/Deposition | $8,638.25 |
| Trial Office Expenses | $68.00 |
| Outside Computer Services | $8,802.49 |
| Outside Printing Services | $3,538.96 |
| Outside Copy/Binding Services | $61,920.54 |
| Working Meals/K&E Only | $37.25 |
| Working Meals/K&E and Others | $20.00 |
| Catering Expenses | $33,256.14 |
| Outside Retrieval Service | $11,083.87 |
| Computer Database Research | $28,644.10 |
| Overtime Transportation | $5,251.67 |
| Overtime Meals - Non-Attorney | $780.00 |
| Overtime Meals - Attorney | $3,389.62 |
| Rental Expenses | $1,170.58 |
| **Total:** | **$356,890.02** |