# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 930.00 | 25.00 | $23,250.00 |
| Richard M Cieri | Partner | 1981 | Restructuring | 1,195.00 | 197.30 | $235,773.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 850.00 | 4.60 | $3,910.00 |
| David R Dempsey | Partner | 2006 | Litigation - General | 825.00 | 353.60 | $291,720.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,045.00 | 82.40 | $86,108.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 995.00 | 3.60 | $3,582.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 935.00 | 282.00 | $263,670.00 |
| Vicki V Hood | Partner | 1977 | Employee Benefits | 1,075.00 | 6.60 | $7,095.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 840.00 | 286.60 | $240,744.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 895.00 | 75.40 | $67,483.00 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,090.00 | 1.50 | $1,635.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,225.00 | 79.20 | $97,020.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,025.00 | 254.80 | $261,170.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 925.00 | 250.90 | $232,082.50 |
| Andres C Mena | Partner | 2001 | Corporate - Debt Finance | 895.00 | 21.20 | $18,974.00 |
| Dennis M Myers, P.C. | Partner | 1990 | Corporate - Capital Markets | 1,125.00 | 120.70 | $135,787.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,195.00 | 110.90 | $132,525.50 |
| Bridget K O'Connor | Partner | 2003 | Litigation - General | 840.00 | 228.10 | $191,604.00 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,145.00 | 7.60 | $8,702.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 840.00 | 336.50 | $282,660.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 775.00 | 115.80 | $89,745.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,095.00 | 223.20 | $244,404.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 775.00 | 323.00 | $250,325.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,195.00 | 34.30 | $40,988.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 795.00 | 106.30 | $84,508.50 |
| David M Tarr | Partner | 2007 | Corporate - Debt Finance | 795.00 | 14.50 | $11,527.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 795.00 | 183.40 | $145,803.00 |
| Paul Zier | Partner | 2000 | Corporate - | 805.00 | 7.40 | $5,957.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julia Allen | Associate | 2012 | Capital Markets Litigation - General | 520.00 | 184.40 | $95,888.00 |
| Robert W Allen | Associate | 2012 | Litigation - General | 730.00 | 59.80 | $43,654.00 |
| Aaron M Berlin | Associate | 2011 | Corporate - Debt Finance | 595.00 | 8.80 | $5,236.00 |
| Katherine Bolanowski | Associate | 2009 | Corporate - Debt Finance | 710.00 | 64.60 | $45,866.00 |
| Diana Chang | Associate | 2012 | Litigation - General | 520.00 | 58.10 | $30,212.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 450.00 | 172.20 | $77,490.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 520.00 | 191.70 | $99,684.00 |
| Kristen L Derhaag | Associate | 2012 | Corporate - Debt Finance | 595.00 | 34.70 | $20,646.50 |
| Jennifer Elliott | Associate | 2012 | Employee Benefits | 520.00 | 9.90 | $5,148.00 |
| Michael Esser | Associate | 2009 | Litigation - General | 710.00 | 310.60 | $220,526.00 |
| Jonathan F Ganter | Associate | 2010 | Litigation - General | 750.00 | 154.50 | $115,875.00 |
| Arjun Garg | Associate | 2008 | Litigation - General | 750.00 | 16.10 | $12,075.00 |
| Michael Gawley | Associate | 2013 | Litigation - General | 450.00 | 29.80 | $13,410.00 |
| Emily Geier | Associate | 2012 | Restructuring | 595.00 | 252.90 | $150,475.50 |
| Matthew Goldberger | Associate | 2014 | Restructuring | 450.00 | 10.60 | $4,770.00 |
| Rachel E Goldstein | Associate | 2012 | Litigation - General | 595.00 | 1.00 | $595.00 |
| William Guerrieri | Associate | 2008 | Restructuring | 750.00 | 70.90 | $53,175.00 |
| John O Gunderson | Associate | 2009 | Corporate - Capital Markets | 710.00 | 84.80 | $60,208.00 |
| Michele E Gutrick | Associate | 2008 | Litigation - General | 750.00 | 1.20 | $900.00 |
| Sean F Hilson | Associate | 2013 | Restructuring | 450.00 | 29.90 | $13,455.00 |
| Munsoor Hussain | Associate | 2008 | Taxation | 835.00 | 42.50 | $35,487.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 450.00 | 389.20 | $175,140.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 595.00 | 110.40 | $65,688.00 |
| Michael Keeley | Associate | 2012 | Corporate - Capital Markets | 520.00 | 21.20 | $11,024.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 450.00 | 16.60 | $7,470.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 450.00 | 216.90 | $97,605.00 |
| Ashley Littlefield | Associate | 2011 | Litigation - General | 595.00 | 39.20 | $23,324.00 |
| Sophie Milrom | Associate | 2014 | Restructuring | 520.00 | 2.70 | $1,404.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 450.00 | 175.40 | $78,930.00 |
| Brett Murray | Associate | 2013 | Restructuring | 520.00 | 310.00 | $161,200.00 |
| Jessica Peet | Associate | 2014 | Restructuring | 520.00 | 135.10 | $70,252.00 |
| Jessica Pettit | Associate | 2014 | Litigation - General | 450.00 | 92.10 | $41,445.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 450.00 | 2.10 | $945.00 |
| Max Schlan | Associate | 2012 | Restructuring | 520.00 | 286.00 | $148,720.00 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 710.00 | 323.10 | $229,401.00 |
| Anthony Sexton | Associate | 2011 | Restructuring | 595.00 | 311.70 | $185,461.50 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 520.00 | 288.60 | $150,072.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 450.00 | 24.00 | $10,800.00 |
| Jessica Subler | Associate | 2014 | Corporate - General | 450.00 | 7.30 | $3,285.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 450.00 | 165.20 | $74,340.00 |
| Neil E Walther | Associate | 2010 | Restructuring | 665.00 | 102.10 | $67,896.50 |
| Andrea Weintraub | Associate | 2013 | Restructuring | 520.00 | 135.90 | $70,668.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 450.00 | 331.40 | $149,130.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 520.00 | 281.40 | $146,328.00 |
| Cassie Zhang | Associate | 2012 | Corporate - Capital Markets | 595.00 | 35.40 | $21,063.00 |
| | | | | | 9,328.40 | $6,555,123.00 |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 195.00 | 65.50 | $12,772.50 |
| Cristopher Djonovic | Case Assistant | 6 months | Restructuring | 170.00 | 2.40 | $408.00 |
| Hyunjin Kim | Case Assistant | 2 years | IP - Litigation | 200.00 | 39.80 | $7,960.00 |
| John Nedeau | Case Assistant | 1 year | Restructuring | 170.00 | 95.10 | $16,167.00 |
| Samuel Schmidt | Case Assistant | 1 year | IP - Litigation | 200.00 | 2.30 | $460.00 |
| Ellisa Shim | Case Assistant | 1 year | Litigation - General | 200.00 | 47.00 | $9,400.00 |
| Deana Baglanzis | Legal Assistant | 9 years | Corporate - General | 300.00 | 0.90 | $270.00 |
| Elizabeth Burns | Legal Assistant | 4 years | Corporate - General | 325.00 | 3.00 | $975.00 |
| Junelia J Edwards | Legal Assistant | 4 years | Litigation - General | 265.00 | 11.00 | $2,915.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 250.00 | 1.00 | $250.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 355.00 | 85.70 | $30,423.50 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 320.00 | 122.90 | $39,328.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 265.00 | 63.50 | $16,827.50 |
| Adrienne Levin | Legal Assistant | 7.5 years | Litigation - General | 310.00 | 112.90 | $34,999.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 290.00 | 153.00 | $44,370.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 250.00 | 0.80 | $200.00 |
| Meghan Rishel | Legal Assistant | 9 months | Litigation - | 250.00 | 1.00 | $250.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | General | | | |
| Laura Saal | Legal Assistant | 2 years | Restructuring | 300.00 | 27.10 | $8,130.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 330.00 | 121.80 | $40,194.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 290.00 | 7.00 | $2,030.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 290.00 | 18.70 | $5,423.00 |
| William G Marx | Litigation Suppt Cons | 4.5 years | Litigation - General | 295.00 | 48.40 | $14,278.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 295.00 | 76.10 | $22,449.50 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 290.00 | 3.50 | $1,015.00 |
| Linda M Chuk | Other | 2 years | Admin Services | 205.00 | 0.20 | $41.00 |
| Stephanie D Frye | Other | 6 years | Admin Services | 270.00 | 17.10 | $4,617.00 |
| Stephen P Garoutte | Other | 2 years | Admin Services | 200.00 | 16.90 | $3,380.00 |
| Allison Graybill | Other | 1.5 years | Admin Services | 180.00 | 7.70 | $1,386.00 |
| Elaine S Santucci | Other | 2 months | Admin Services | 195.00 | 7.70 | $1,501.50 |
| Linda A Scussel | Other | 10 years | Admin Services | 295.00 | 44.90 | $13,245.50 |
| Daniel Hill | Project Assistant | 1.5 years | Restructuring | 200.00 | 5.20 | $1,040.00 |
| Andrew Brniak | Support Staff | 3 years | Support Staff | 265.00 | 7.70 | $2,040.50 |
| Carmelo A Soto | Trial Tech Consultant | 16 years | Litigation - General | 300.00 | 10.90 | $3,270.00 |
| | | | | | 1,228.70 | $342,016.50 |

| | | |
|---|---|---|
| | **Total Fees** | **$6,897,139.50** |