# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $4,637.62 |
| Standard Copies or Prints | $17,023.10 |
| Binding | $69.30 |
| Color Copies or Prints | $8,253.30 |
| Production Blowbacks | $4,450.40 |
| Closing/Mini Books | $72.00 |
| Overnight Delivery | $1,882.34 |
| Outside Messenger Services | $881.28 |
| Local Transportation | $1,472.74 |
| Travel Expense | $65,523.63 |
| Airfare | $40,820.74 |
| Transportation to/from airport | $14,867.90 |
| Travel Meals | $2,009.12 |
| Other Travel Expenses | $651.23 |
| Court Reporter Fee/Deposition | $8,638.25 |
| Trial Office Expenses | $68.00 |
| Outside Computer Services | $8,802.49 |
| Outside Printing Services | $3,538.96 |
| Outside Copy/Binding Services | $61,920.54 |
| Working Meals/K&E Only | $37.25 |
| Working Meals/K&E and Others | $20.00 |
| Catering Expenses | $31,919.44 |
| Outside Retrieval Service | $11,083.87 |
| Computer Database Research | $22,250.73 |
| Overtime Transportation | $4,240.80 |
| Overtime Meals - Non-Attorney | $700.00 |
| Overtime Meals - Attorney | $2,420.99 |
| Rental Expenses | $1,170.58 |
| **Total:** | **$319,426.60** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $560.40 |
| Standard Copies or Prints | $292.90 |
| Color Copies or Prints | $180.60 |
| Overnight Delivery | $11.55 |
| Local Transportation | $9.25 |
| Travel Expense | $1,991.34 |
| Airfare | $6,743.55 |
| Transportation to/from airport | $656.64 |
| Travel Meals | $142.22 |
| Other Travel Expenses | $180.00 |
| Computer Database Research | $880.95 |
| Overtime Transportation | $559.15 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $372.67 |
| **Total:** | **$12,601.22** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,043.58 |
| Standard Copies or Prints | $1,226.40 |
| Color Copies or Prints | $1,291.20 |
| Production Blowbacks | $473.00 |
| Overnight Delivery | $15.98 |
| Local Transportation | $146.84 |
| Travel Expense | $1,444.80 |
| Airfare | $6,981.24 |
| Transportation to/from airport | $754.66 |
| Travel Meals | $161.33 |
| Other Travel Expenses | $144.00 |
| Catering Expenses | $1,336.70 |
| Computer Database Research | $5,512.42 |
| Overtime Transportation | $451.72 |
| Overtime Meals - Non-Attorney | $60.00 |
| Overtime Meals - Attorney | $595.96 |
| **Total:** | **$21,639.83** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $27.47 |
| Travel Expense | $525.00 |
| Airfare | $2,597.90 |
| Other Travel Expenses | $72.00 |
| **Total:** | **$3,222.37** |