# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 2 | Chapter 11 Bankruptcy Filing | 554.60 | $364,831.00 |
| 5 | [ALL] Business Operations | 38.30 | $33,892.50 |
| 6 | [ALL] Case Administration | 224.50 | $100,203.00 |
| 7 | [ALL] Cash Management | 46.20 | $27,180.50 |
| 8 | [ALL] Claims Administration & Objections | 32.00 | $14,480.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 1,908.40 | $1,137,632.50 |
| 10 | [ALL] Corporate and Securities Issues | 8.30 | $6,696.00 |
| 12 | [ALL] Hearings | 277.50 | $184,353.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 78.80 | $41,667.50 |
| 16 | [ALL] Non-Debtor Affiliates | 19.90 | $11,063.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 98.70 | $52,041.00 |
| 18 | [ALL] Non-Working Travel | 99.00 | $68,315.50 |
| 19 | [ALL] Official Committee Issues & Meet. | 46.90 | $38,824.00 |
| 21 | [ALL] Plan and Disclosure Statements | 663.80 | $421,152.00 |
| 22 | [ALL] Private Letter Ruling/IRS Matters | 60.30 | $75,182.00 |
| 23 | [ALL] Regulatory Issues | 38.50 | $21,401.00 |
| 24 | [ALL] Rest. Support Agrmt./Global Settle | 281.70 | $174,394.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 353.00 | $237,483.50 |
| 27 | [ALL] Schedules, SoFAs | 204.00 | $114,581.00 |
| 29 | [ALL] Tax Issues | 64.20 | $63,736.00 |
| 30 | [ALL] U.S. Trustee Issues | 19.80 | $15,304.00 |
| 32 | [ALL] Valuation | 20.20 | $9,797.00 |
| 33 | [ALL] Vendor Communications | 138.90 | $34,653.50 |
| 34 | [TCEH] Asset Disposition | 26.10 | $13,070.00 |
| 35 | [TCEH] Automatic Stay | 59.00 | $27,094.00 |
| 36 | [TCEH] Bond Issues | 20.90 | $10,868.00 |
| 37 | [TCEH] Business Operations | 59.00 | $28,555.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 251.00 | $173,965.50 |
| 39 | [TCEH] Claims Administration & Objections | 11.00 | $6,493.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 31.00 | $25,799.50 |
| 43 | [TCEH] Hearings | 21.10 | $19,423.50 |
| 46 | [TCEH] Non-Debtor Affiliates | 46.80 | $23,963.50 |
| 47 | [TCEH] Non-K&E Retentions & Fee Apps | 1.50 | $1,260.00 |
| 48 | [TCEH] Non-Working Travel | 17.10 | $15,722.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 87.60 | $57,361.50 |
| 62 | [TCEH] Vendor Communications | 97.00 | $55,480.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 1,042.10 | $838,118.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 1,984.60 | $1,487,591.00 |
| 70 | [EFIH] Hearings | 32.10 | $23,115.00 |
| 73 | [EFIH] Non-Working Travel | 38.40 | $29,220.00 |
| 86 | [EFH] Contested Matters & Advers. Proc. | 2.40 | $1,115.00 |
| 89 | [EFH] EFH Properties | 3.60 | $1,922.00 |
| 101 | [EFH] Retiree and Employee Issues/OPEB | 10.10 | $7,961.50 |
| 107 | [ALL] Invoice Review | 68.80 | $31,734.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 108.40 | $54,066.50 |
| **Totals:** | | **9,297.10** | **$6,182,763.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $4,544.65 |
| Standard Copies or Prints | $14,774.00 |
| Binding | $9.10 |
| Color Copies or Prints | $8,027.40 |
| Production Blowbacks | $5,470.50 |
| Overnight Delivery | $2,417.98 |
| Overnight Delivery - Refund | -$41.20 |
| Outside Messenger Services | $244.48 |
| Local Transportation | $2,403.82 |
| Travel Expense | $61,356.05 |
| Airfare | $46,848.03 |
| Transportation to/from airport | $11,966.47 |
| Travel Meals | $2,956.86 |
| Other Travel Expenses | $433.77 |
| Court Reporter Fee/Deposition | $20,447.66 |
| Outside Computer Services | $2,000.00 |
| Outside Printing Services | $8,089.70 |
| Outside Copy/Binding Services | $13,195.83 |
| Working Meals/K&E Only | $48.85 |
| Catering Expenses | $19,805.87 |
| Outside Retrieval Service | $2,288.00 |
| Computer Database Research | $23,330.08 |
| Overtime Transportation | $6,012.30 |
| Overtime Meals - Non-Attorney | $412.00 |
| Overtime Meals - Attorney | $2,607.93 |
| Rental Expenses | $1,051.11 |
| Leased Equipment | $1,500.00 |
| **Total:** | **$262,201.24** |