# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 965.00 | 27.90 | $26,923.50 |
| Judson D Brown | Partner | 2004 | Litigation - General | 840.00 | 1.00 | $840.00 |
| Richard M Cieri | Partner | 1981 | Restructuring | 1,245.00 | 188.80 | $235,056.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 895.00 | 16.10 | $14,409.50 |
| Thad Davis | Partner | 2005 | Taxation | 925.00 | 0.50 | $462.50 |
| David R Dempsey | Partner | 2006 | Litigation - General | 825.00 | 320.70 | $264,577.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,195.00 | 58.80 | $70,266.00 |
| Jeffrey Gettleman | Partner | 1974 | Restructuring | 895.00 | 0.90 | $805.50 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 995.00 | 5.60 | $5,572.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 995.00 | 263.10 | $261,784.50 |
| Vicki V Hood | Partner | 1977 | Employee Benefits | 1,075.00 | 4.00 | $4,300.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 915.00 | 182.90 | $167,353.50 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 995.00 | 49.90 | $49,650.50 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,195.00 | 9.80 | $11,711.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,295.00 | 83.00 | $107,485.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,025.00 | 221.00 | $226,525.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 925.00 | 270.90 | $250,582.50 |
| Andres C Mena | Partner | 2001 | Corporate - Debt Finance | 995.00 | 9.10 | $9,054.50 |
| Dennis M Myers, P.C. | Partner | 1990 | Corporate - Capital Markets | 1,195.00 | 9.50 | $11,352.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,245.00 | 48.40 | $60,258.00 |
| David M Nemecek | Partner | 2003 | Corporate - Debt Finance | 995.00 | 1.60 | $1,592.00 |
| Bridget K O'Connor | Partner | 2003 | Litigation - General | 840.00 | 216.30 | $181,692.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 840.00 | 304.80 | $256,032.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 840.00 | 89.00 | $74,760.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,125.00 | 168.90 | $190,012.50 |
| Brian E Schartz | Partner | 2008 | Restructuring | 840.00 | 268.20 | $225,288.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,245.00 | 24.60 | $30,627.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 795.00 | 181.30 | $144,133.50 |
| David M Tarr | Partner | 2007 | Corporate - Debt | 875.00 | 4.40 | $3,850.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | Finance | | | |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 875.00 | 83.90 | $73,412.50 |
| Julia Allen | Associate | 2012 | Litigation - General | 520.00 | 122.40 | $63,648.00 |
| Robert W Allen | Associate | 2012 | Litigation - General | 730.00 | 11.60 | $8,468.00 |
| Aaron M Berlin | Associate | 2011 | Corporate - Debt Finance | 595.00 | 8.70 | $5,176.50 |
| Katherine Bolanowski | Associate | 2009 | Corporate - Debt Finance | 710.00 | 74.90 | $53,179.00 |
| Diana Chang | Associate | 2012 | Litigation - General | 520.00 | 4.90 | $2,548.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 450.00 | 194.60 | $87,570.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 520.00 | 181.90 | $94,588.00 |
| Kristen L Derhaag | Associate | 2012 | Corporate - Debt Finance | 595.00 | 12.30 | $7,318.50 |
| Michael Esser | Associate | 2009 | Litigation - General | 710.00 | 237.10 | $168,341.00 |
| Jonathan F Ganter | Associate | 2010 | Litigation - General | 750.00 | 331.80 | $248,850.00 |
| Arjun Garg | Associate | 2008 | Litigation - General | 750.00 | 31.00 | $23,250.00 |
| Michael Gawley | Associate | 2013 | Litigation - General | 450.00 | 19.00 | $8,550.00 |
| Emily Geier | Associate | 2012 | Restructuring | 595.00 | 231.90 | $137,980.50 |
| Matthew Goldberger | Associate | 2014 | Restructuring | 450.00 | 28.90 | $13,005.00 |
| Rachel E Goldstein | Associate | 2012 | Litigation - General | 595.00 | 7.50 | $4,462.50 |
| William Guerrieri | Associate | 2008 | Restructuring | 750.00 | 126.30 | $94,725.00 |
| John O Gunderson | Associate | 2009 | Corporate - Capital Markets | 710.00 | 60.70 | $43,097.00 |
| Michele E Gutrick | Associate | 2008 | Litigation - General | 750.00 | 216.80 | $162,600.00 |
| Sean F Hilson | Associate | 2013 | Restructuring | 450.00 | 70.20 | $31,590.00 |
| Munsoor Hussain | Associate | 2008 | Taxation | 835.00 | 11.80 | $9,853.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 450.00 | 341.70 | $153,714.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 595.00 | 181.00 | $107,695.00 |
| Joon Kim | Associate | 2012 | Corporate - Investment Management | 595.00 | 0.50 | $297.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 450.00 | 3.90 | $1,755.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 450.00 | 195.00 | $87,750.00 |
| Joshua R McLane | Associate | 2009 | Taxation | 790.00 | 12.50 | $9,875.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 450.00 | 101.90 | $45,855.00 |
| Brett Murray | Associate | 2013 | Restructuring | 520.00 | 236.10 | $122,772.00 |
| Jessica Peet | Associate | 2014 | Restructuring | 520.00 | 90.10 | $46,852.00 |
| Michael A Petrino | Associate | 2008 | Litigation - General | 750.00 | 15.40 | $11,550.00 |
| Jessica Pettit | Associate | 2014 | Litigation - | 450.00 | 71.70 | $32,265.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Carleigh T Rodriguez | Associate | 2013 | General Environment - Transactional | 450.00 | 17.20 | $7,740.00 |
| Max Schlan | Associate | 2012 | Restructuring | 520.00 | 262.50 | $136,500.00 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 710.00 | 268.60 | $190,706.00 |
| Anthony Sexton | Associate | 2011 | Restructuring | 595.00 | 283.30 | $168,563.50 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 520.00 | 241.30 | $125,476.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 450.00 | 11.50 | $5,175.00 |
| Jessica Subler | Associate | 2014 | Corporate - General | 450.00 | 3.50 | $1,575.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 450.00 | 187.90 | $84,555.00 |
| Neil E Walther | Associate | 2010 | Restructuring | 665.00 | 28.90 | $19,218.50 |
| Andrea Weintraub | Associate | 2013 | Restructuring | 520.00 | 1.40 | $728.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 450.00 | 323.80 | $145,710.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 520.00 | 298.40 | $155,168.00 |
| | | | | | 8,277.30 | $5,890,664.50 |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 195.00 | 36.90 | $7,195.50 |
| Cristopher Djonovic | Case Assistant | 6 months | Restructuring | 170.00 | 2.70 | $459.00 |
| John Nedeau | Case Assistant | 1 year | Restructuring | 170.00 | 80.20 | $13,634.00 |
| Elizabeth Burns | Legal Assistant | 4 years | Corporate - General | 325.00 | 7.10 | $2,307.50 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 250.00 | 8.90 | $2,225.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 355.00 | 53.00 | $18,815.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 320.00 | 56.80 | $18,176.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 265.00 | 49.90 | $13,223.50 |
| Adrienne Levin | Legal Assistant | 7.5 years | Litigation - General | 310.00 | 45.20 | $14,012.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 290.00 | 139.90 | $40,571.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 250.00 | 0.80 | $200.00 |
| Meghan Rishel | Legal Assistant | 9 months | Litigation - General | 250.00 | 51.80 | $12,950.00 |
| Laura Saal | Legal Assistant | 2 years | Restructuring | 300.00 | 51.30 | $15,390.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 330.00 | 182.10 | $60,093.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 290.00 | 12.90 | $3,741.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 290.00 | 48.90 | $14,181.00 |
| William G Marx | Litigation Suppt | 4.5 years | Litigation - | 295.00 | 48.30 | $14,248.50 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Cons | | General | | | |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 295.00 | 100.70 | $29,706.50 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 290.00 | 14.30 | $4,147.00 |
| Stephanie D Frye | Other | 6 years | Admin Services | 270.00 | 6.80 | $1,836.00 |
| Stephen P Garoutte | Other | 2 years | Admin Services | 200.00 | 1.20 | $240.00 |
| Daniel Hill | Project Assistant | 1.5 years | Restructuring | 200.00 | 0.80 | $160.00 |
| Natasha Nguyen | Project Assistant | 1 year | IP - Litigation | 195.00 | 12.40 | $2,418.00 |
| Lina Slenys | Trial Tech Specialist | 6 months | Litigation - General | 300.00 | 3.50 | $1,050.00 |
| | | | | | 1,019.80 | $292,099.00 |

| | | | | **Total Fees** | | **$6,182,763.50** |
|---|---|---|---|---|---|---|