## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $3,311.02 |
| Standard Copies or Prints | $11,312.70 |
| Binding | $7.70 |
| Color Copies or Prints | $6,462.90 |
| Production Blowbacks | $3,337.30 |
| Overnight Delivery | $2,417.98 |
| Overnight Delivery - Refund | -$41.20 |
| Outside Messenger Services | $244.48 |
| Local Transportation | $1,444.92 |
| Travel Expense | $50,443.55 |
| Airfare | $34,166.12 |
| Transportation to/from airport | $9,663.30 |
| Travel Meals | $2,282.79 |
| Other Travel Expenses | $289.77 |
| Court Reporter Fee/Deposition | $20,447.66 |
| Outside Computer Services | $2,000.00 |
| Outside Printing Services | $8,089.70 |
| Outside Copy/Binding Services | $13,195.83 |
| Working Meals/K&E Only | $28.85 |
| Catering Expenses | $19,805.87 |
| Computer Database Research | $13,498.36 |
| Overtime Transportation | $4,839.50 |
| Overtime Meals - Non-Attorney | $412.00 |
| Overtime Meals - Attorney | $1,657.47 |
| Rental Expenses | $1,051.11 |
| Leased Equipment | $1,500.00 |
| **Total:** | **$211,869.68** |

**TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $53.19 |
| Standard Copies or Prints | $1,002.20 |
| Binding | $1.40 |
| Color Copies or Prints | $282.90 |
| Local Transportation | $459.97 |
| Travel Expense | $623.70 |
| Airfare | $1,171.75 |
| Transportation to/from airport | $830.27 |
| Travel Meals | $24.89 |
| Computer Database Research | $2,306.66 |
| Overtime Transportation | $500.40 |
| Overtime Meals - Attorney | $340.00 |
| **Total:** | **$7,597.33** |

**EFIH - Expense Summary**

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $1,180.44 |
| Standard Copies or Prints | $2,383.90 |
| Color Copies or Prints | $1,262.10 |
| Production Blowbacks | $2,133.20 |
| Local Transportation | $498.93 |
| Travel Expense | $9,719.00 |
| Airfare | $9,339.92 |
| Transportation to/from airport | $1,243.40 |
| Travel Meals | $627.58 |
| Other Travel Expenses | $144.00 |
| Working Meals/K&E Only | $20.00 |
| Outside Retrieval Service | $2,288.00 |
| Computer Database Research | $7,459.06 |
| Overtime Transportation | $651.52 |
| Overtime Meals - Attorney | $610.46 |
| **Total:** | **$39,561.51** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $75.20 |
| Color Copies or Prints | $19.50 |
| Travel Expense | $569.80 |
| Airfare | $2,170.24 |
| Transportation to/from airport | $229.50 |
| Travel Meals | $21.60 |
| Computer Database Research | $66.00 |
| Overtime Transportation | $20.88 |
| **Total:** | **$3,172.72** |