# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | [ALL] Automatic Stay | 45.20 | $29,291.50 |
| 5 | [ALL] Business Operations | 16.30 | $11,739.50 |
| 6 | [ALL] Case Administration | 143.70 | $87,277.00 |
| 8 | [ALL] Claims Administration & Objections | 100.10 | $59,569.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 1,680.90 | $899,014.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 345.30 | $296,031.00 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 90.10 | $54,714.50 |
| 12 | [ALL] Hearings | 238.60 | $163,177.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 661.90 | $456,779.50 |
| 16 | [ALL] Non-Debtor Affiliates | 3.30 | $2,062.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 40.40 | $26,039.00 |
| 18 | [ALL] Non-Working Travel | 108.90 | $91,628.50 |
| 19 | [ALL] Official Committee Issues & Meet. | 50.20 | $33,184.50 |
| 21 | [ALL] Plan and Disclosure Statements | 795.40 | $620,020.50 |
| 22 | [ALL] Private Letter Ruling/IRS Matters | 3.40 | $4,403.00 |
| 23 | [ALL] Regulatory Issues | 15.70 | $10,500.50 |
| 24 | [ALL] Rest. Support Agrmt./Global Settle | 667.10 | $500,019.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 483.90 | $387,181.50 |
| 27 | [ALL] Schedules, SoFAs | 14.20 | $13,318.00 |
| 29 | [ALL] Tax Issues | 317.50 | $345,119.00 |
| 30 | [ALL] U.S. Trustee Issues | 5.00 | $5,433.00 |
| 32 | [ALL] Valuation | 227.40 | $135,469.50 |
| 33 | [ALL] Vendor and Other Creditor Issues | 3.50 | $595.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 78.30 | $45,434.50 |
| 35 | [TCEH] Automatic Stay | 20.70 | $16,939.00 |
| 36 | [TCEH] Bond Issues | 2.40 | $1,715.00 |
| 37 | [TCEH] Business Operations | 1.80 | $1,125.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 83.10 | $58,250.50 |
| 39 | [TCEH] Claims Administration & Objection | 86.10 | $53,668.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 276.90 | $197,250.50 |
| 46 | [TCEH] Non-Debtor Affiliates | 48.20 | $30,890.50 |
| 52 | [TCEH] Private Letter Ruling/IRS Issues | 2.40 | $2,625.00 |
| 57 | [TCEH] Trading and Hedging Contracts | 21.10 | $11,513.50 |
| 60 | [TCEH] Utilities | 4.30 | $1,995.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 95.60 | $62,083.00 |
| 65 | [EFIH] Bond Issues | 8.60 | $8,469.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 187.90 | $179,691.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 913.40 | $611,588.00 |
| 70 | [EFIH] Hearings | 5.40 | $4,995.00 |
| 73 | [EFIH] Non-Working Travel | 7.70 | $6,852.50 |
| 87 | [EFH] Corp. Governance and Sec. Issues | 13.40 | $14,790.00 |
| 89 | [EFH] EFH Properties | 60.90 | $38,410.50 |
| 92 | [EFH] Non-Core Subs/Discontinued Op. | 0.50 | $388.50 |
| 95 | [EFH] Non-Working Travel | 4.80 | $4,200.00 |
| 96 | [EFH] Official Committee Issues & Meet. | 44.20 | $26,107.00 |
| 107 | [ALL] Invoice Review | 98.90 | $57,132.50 |
| **Totals:** | | **8,124.60** | **$5,668,680.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $4,498.21 |
| Standard Copies or Prints | $7,495.90 |
| Binding | $97.30 |
| Color Copies or Prints | $10,787.10 |
| Production Blowbacks | $2,956.20 |
| Overnight Delivery | $776.10 |
| Outside Messenger Services | $77.96 |
| Local Transportation | $1,892.46 |
| Travel Expense | $47,452.19 |
| Airfare | $45,751.12 |
| Transportation to/from airport | $10,840.85 |
| Travel Meals | $1,581.72 |
| Other Travel Expenses | $493.77 |
| Court Reporter Fee/Deposition | $26,040.00 |
| Outside Copy/Binding Services | $650.40 |
| Working Meals/K&E Only | $10.52 |
| Catering Expenses | $15,387.19 |
| Outside Retrieval Service | $8.39 |
| Computer Database Research | $22,837.76 |
| Overtime Transportation | $2,978.41 |
| Overtime Meals - Non-Attorney | $56.00 |
| Overtime Meals - Attorney | $1,621.22 |
| Rental Expenses | $2,501.83 |
| Cash Credits | -$595.70 |
| **Total:** | **$206,196.90** |