# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 965.00 | 19.90 | $19,203.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,195.00 | 35.10 | $41,944.50 |
| Richard M Cieri | Partner | 1981 | Restructuring | 1,245.00 | 194.50 | $242,152.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 775.00 | 53.10 | $41,152.50 |
| David R Dempsey | Partner | 2006 | Litigation - General | 825.00 | 298.40 | $246,180.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,195.00 | 94.30 | $112,688.50 |
| Jeffrey M Gould | Partner | 2006 | Litigation General | 795.00 | 89.00 | $70,755.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 995.00 | 177.60 | $176,712.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 915.00 | 201.30 | $184,189.50 |
| Sarkis Jebejian, P.C. | Partner | 1995 | Corporate - M&A/Private Equity | 1,195.00 | 8.20 | $9,799.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,295.00 | 83.00 | $107,485.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,025.00 | 121.00 | $124,025.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 925.00 | 202.00 | $186,850.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 775.00 | 14.10 | $10,927.50 |
| Andres C Mena | Partner | 2001 | Corporate - Debt Finance | 995.00 | 2.50 | $2,487.50 |
| Dennis M Myers, P.C. | Partner | 1990 | Corporate - Capital Markets | 1,195.00 | 6.30 | $7,528.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,245.00 | 10.40 | $12,948.00 |
| Bridget K O'Connor | Partner | 2003 | Litigation - General | 840.00 | 137.00 | $115,080.00 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,175.00 | 25.90 | $30,432.50 |
| William T Pruitt | Partner | 2004 | Litigation - General | 840.00 | 229.60 | $192,864.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 840.00 | 9.20 | $7,728.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,125.00 | 200.80 | $225,900.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 840.00 | 142.00 | $119,280.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,245.00 | 36.80 | $45,816.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 795.00 | 224.40 | $178,398.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 875.00 | 23.20 | $20,300.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sara B Zablotney | Partner | 2003 | Taxation | 1,095.00 | 44.20 | $48,399.00 |
| Julia Allen | Associate | 2012 | Litigation - General | 595.00 | 165.30 | $98,353.50 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 795.00 | 5.20 | $4,134.00 |
| Katherine Bolanowski | Associate | 2009 | Corporate - Debt Finance | 795.00 | 13.20 | $10,494.00 |
| Diana Chang | Associate | 2012 | Litigation - General | 595.00 | 5.80 | $3,451.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 520.00 | 134.80 | $70,096.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 595.00 | 153.20 | $91,154.00 |
| Michael Esser | Associate | 2009 | Litigation - General | 750.00 | 160.50 | $120,375.00 |
| Jessica Fricke | Associate | 2012 | Litigation - General | 595.00 | 36.50 | $21,717.50 |
| Jonathan F Ganter | Associate | 2010 | Litigation - General | 775.00 | 101.10 | $78,352.50 |
| Arjun Garg | Associate | 2008 | Litigation - General | 775.00 | 57.20 | $44,330.00 |
| Michael Gawley | Associate | 2013 | Litigation - General | 520.00 | 14.80 | $7,696.00 |
| Emily Geier | Associate | 2012 | Restructuring | 685.00 | 138.90 | $95,146.50 |
| Rachel E Goldstein | Associate | 2012 | Litigation - General | 665.00 | 44.90 | $29,858.50 |
| Andrew W Grinrod | Associate | 2012 | Litigation - General | 595.00 | 63.10 | $37,544.50 |
| William Guerrieri | Associate | 2008 | Restructuring | 840.00 | 79.70 | $66,948.00 |
| Michele E Gutrick | Associate | 2008 | Litigation - General | 775.00 | 275.80 | $213,745.00 |
| Haris Hadzimuratovic | Associate | 2008 | Litigation - General | 710.00 | 36.30 | $25,773.00 |
| Sean F Hilson | Associate | 2013 | Restructuring | 535.00 | 65.20 | $34,882.00 |
| Munsoor Hussain | Associate | 2008 | Taxation | 865.00 | 10.30 | $8,909.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 535.00 | 234.80 | $125,618.00 |
| Mike Jones | Associate | 2011 | Restructuring | 685.00 | 7.10 | $4,863.50 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 520.00 | 6.20 | $3,224.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 665.00 | 74.80 | $49,742.00 |
| Katherine R Katz | Associate | 2010 | Litigation - General | 750.00 | 52.50 | $39,375.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 520.00 | 9.50 | $4,940.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 750.00 | 32.00 | $24,000.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 520.00 | 13.10 | $6,812.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 535.00 | 146.60 | $78,431.00 |
| Ashley Littlefield | Associate | 2011 | Litigation - General | 665.00 | 9.20 | $6,118.00 |
| Melanie MacKay | Associate | 2010 | Litigation - General | 710.00 | 21.40 | $15,194.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Christopher J Maner | Associate | 2012 | Litigation - General | 595.00 | 73.90 | $43,970.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 520.00 | 14.00 | $7,280.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 535.00 | 90.50 | $48,417.50 |
| Roxana Mondragon-Motta | Associate | 2011 | Litigation - General | 665.00 | 12.20 | $8,113.00 |
| Brett Murray | Associate | 2013 | Restructuring | 625.00 | 169.90 | $106,187.50 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 685.00 | 36.00 | $24,660.00 |
| Jessica Peet | Associate | 2014 | Restructuring | 625.00 | 10.50 | $6,562.50 |
| Samara L Penn | Associate | 2010 | Litigation - General | 710.00 | 12.40 | $8,804.00 |
| Michael A Petrino | Associate | 2008 | Litigation - General | 775.00 | 46.10 | $35,727.50 |
| Jessica Pettit | Associate | 2014 | Litigation - General | 520.00 | 98.40 | $51,168.00 |
| Bradford B Rossi | Associate | 2011 | Energy | 625.00 | 22.40 | $14,000.00 |
| Max Schlan | Associate | 2012 | Restructuring | 625.00 | 203.90 | $127,437.50 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 595.00 | 66.60 | $39,627.00 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 795.00 | 179.40 | $142,623.00 |
| Anthony Sexton | Associate | 2011 | Restructuring | 685.00 | 211.50 | $144,877.50 |
| Stephanie Shropshire | Associate | 2014 | Litigation - General | 520.00 | 38.50 | $20,020.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 625.00 | 122.50 | $76,562.50 |
| David A Snyder | Associate | 2011 | Corporate - M&A/Private Equity | 625.00 | 25.70 | $16,062.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 595.00 | 19.40 | $11,543.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 520.00 | 12.10 | $6,292.00 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 595.00 | 9.90 | $5,890.50 |
| Jean Tinkham | Associate | 2013 | Litigation - General | 520.00 | 20.80 | $10,816.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 450.00 | 150.40 | $67,680.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 710.00 | 103.40 | $73,414.00 |
| Jason Whiteley | Associate | 2010 | Energy | 795.00 | 42.00 | $33,390.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 535.00 | 207.40 | $110,959.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 625.00 | 193.60 | $121,000.00 |
| | | | | | 7,046.20 | $5,365,589.00 |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 195.00 | 21.40 | $4,173.00 |
| John Nedeau | Case Assistant | 1 year | Restructuring | 170.00 | 29.80 | $5,066.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 250.00 | 10.00 | 195.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 355.00 | 29.90 | $10,614.50 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 320.00 | 15.70 | $5,024.00 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 330.00 | 27.20 | $8,976.00 |
| Adrienne Levin | Legal Assistant | 7.5 years | Litigation - General | 310.00 | 118.90 | $36,859.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 290.00 | 53.70 | $15,573.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 250.00 | 146.30 | $36,575.00 |
| Meghan Rishel | Legal Assistant | 9 months | Litigation - General | 250.00 | 58.30 | $14,575.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 330.00 | 85.40 | $28,182.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 290.00 | 25.40 | $7,366.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 290.00 | 13.90 | $4,031.00 |
| William G Marx | Litigation Suppt Cons | 4.5 years | Litigation - General | 295.00 | 48.40 | $14,278.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 295.00 | 134.60 | $39,707.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 290.00 | 149.10 | $43,239.00 |
| Stephanie D Frye | Other | 6 years | Admin Services | 270.00 | 34.60 | $9,342.00 |
| Stephen P Garoutte | Other | 2 years | Admin Services | 200.00 | 10.00 | $2,000.00 |
| Allison Graybill | Other | 1.5 years | Admin Services | 180.00 | 24.40 | $4,392.00 |
| Barbara L Jenifer | Other | 3.5 years | Admin Services | 170.00 | 6.90 | $1,173.00 |
| Linda A Scussel | Other | 10 years | Admin Services | 295.00 | 26.80 | $7,906.00 |
| Daniel Hill | Project Assistant | 1.5 years | Restructuring | 200.00 | 7.70 | $1,540.00 |
| | | | | | 1,078.40 | $303,091.50 |

**Total Fees**      **$5,668,680.50**