## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $4,243.09 |
| Standard Copies or Prints | $6,798.70 |
| Binding | $97.30 |
| Color Copies or Prints | $10,191.90 |
| Production Blowbacks | $2,956.20 |
| Overnight Delivery | $540.11 |
| Local Transportation | $1,606.95 |
| Travel Expense | $42,945.80 |
| Airfare | $38,932.84 |
| Transportation to/from airport | $7,674.96 |
| Travel Meals | $1,372.24 |
| Other Travel Expenses | $452.77 |
| Court Reporter Fee/Deposition | $26,040.00 |
| Outside Copy/Binding Services | $650.40 |
| Working Meals/K&E Only | $10.52 |
| Catering Expenses | $6,762.05 |
| Outside Retrieval Service | $8.39 |
| Computer Database Research | $21,275.16 |
| Overtime Transportation | $1,875.69 |
| Overtime Meals - Non-Attorney | $56.00 |
| Overtime Meals - Attorney | $1,387.67 |
| Rental Expenses | $2,501.83 |
| Cash Credits | -$595.70 |
| **Total:** | **$177,784.87** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $31.51 |
| Standard Copies or Prints | $232.40 |
| Color Copies or Prints | $148.50 |
| Outside Messenger Services | $38.98 |
| Travel Expense | $297.40 |
| Airfare | $417.21 |
| Transportation to/from airport | $377.92 |
| Travel Meals | $13.10 |
| Other Travel Expenses | $20.50 |
| Computer Database Research | $107.60 |
| Overtime Transportation | $359.10 |
| Overtime Meals - Attorney | $12.75 |
| **Total:** | **$2,056.97** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $176.52 |
| Standard Copies or Prints | $397.00 |
| Color Copies or Prints | $446.70 |
| Overnight Delivery | $235.99 |
| Outside Messenger Services | $38.98 |
| Local Transportation | $186.36 |
| Travel Expense | $2,926.60 |
| Airfare | $1,889.79 |
| Transportation to/from airport | $2,093.26 |
| Travel Meals | $125.38 |
| Other Travel Expenses | $20.50 |
| Catering Expenses | $8,625.14 |
| Computer Database Research | $1,294.00 |
| Overtime Transportation | $715.77 |
| Overtime Meals - Attorney | $200.80 |
| **Total:** | **$19,372.79** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $47.09 |
| Standard Copies or Prints | $67.80 |
| Local Transportation | $99.15 |
| Travel Expense | $1,282.39 |
| Airfare | $4,511.28 |
| Transportation to/from airport | $694.71 |
| Travel Meals | $71.00 |
| Computer Database Research | $161.00 |
| Overtime Transportation | $27.85 |
| Overtime Meals - Attorney | $20.00 |
| **Total:** | **$6,982.27** |