# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 5 | [ALL] Business Operations | 32.10 | $29,527.00 |
| 6 | [ALL] Case Administration | 69.40 | $37,961.00 |
| 7 | [ALL] Cash Management | 8.50 | $4,916.50 |
| 8 | [ALL] Claims Administration & Objections | 486.50 | $318,423.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 2,168.60 | $1,201,576.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 551.30 | $412,318.50 |
| 12 | [ALL] Hearings | 64.90 | $46,116.50 |
| 13 | [ALL] Insurance | 38.20 | $18,299.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 1,225.70 | $644,484.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 239.30 | $158,354.50 |
| 18 | [ALL] Non-Working Travel | 106.90 | $85,349.00 |
| 19 | [ALL] Official Committee Issues & Meet. | 22.60 | $18,979.00 |
| 21 | [ALL] Plan and Disclosure Statements | 1,173.70 | $988,538.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 519.70 | $434,235.50 |
| 27 | [ALL] Schedules, SoFAs | 44.80 | $47,236.50 |
| 28 | [ALL] Shared Services | 6.00 | $3,750.00 |
| 29 | [ALL] Tax Issues | 309.40 | $327,099.00 |
| 32 | [ALL] Valuation | 1,935.60 | $1,164,396.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 115.90 | $65,865.00 |
| 35 | [TCEH] Automatic Stay | 26.20 | $18,765.00 |
| 37 | [TCEH] Business Operations | 4.60 | $3,600.50 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 4.90 | $3,356.50 |
| 39 | [TCEH] Claims Administration & Objection | 64.90 | $39,302.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 223.70 | $168,755.00 |
| 46 | [TCEH] Non-Debtor Affiliates | 4.50 | $2,812.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 32.20 | $18,531.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 121.00 | $81,567.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 19.30 | $13,209.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 444.20 | $312,552.00 |
| 96 | [EFH] Official Committee Issues & Meet. | 47.90 | $31,616.00 |
| 107 | [ALL] Invoice Review | 100.70 | $48,227.50 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 169.30 | $102,486.00 |
| **Totals:** | | **10,382.50** | **$6,852,207.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,667.02 |
| Standard Copies or Prints | $6,827.70 |
| Binding | $62.30 |
| Color Copies or Prints | $10,850.70 |
| Production Blowbacks | $1,244.70 |
| Closing/Mini Books | $24.00 |
| Overnight Delivery | $426.20 |
| Outside Messenger Services | $337.82 |
| Local Transportation | $1,605.75 |
| Travel Expense | $30,711.66 |
| Airfare | $31,105.57 |
| Transportation to/from airport | $4,727.01 |
| Travel Meals | $1,233.10 |
| Other Travel Expenses | $179.17 |
| Court Reporter Fee/Deposition | $2,975.25 |
| Other Court Costs and Fees | $74.00 |
| Other Trial Expenses | $100.20 |
| Outside Contract Attorneys | $295,176.00 |
| Outside Copy/Binding Services | $1,347.72 |
| Working Meals/K&E Only | $8.51 |
| Computer Database Research | $19,626.08 |
| Overtime Transportation | $2,806.17 |
| Overtime Meals - Non-Attorney | $112.00 |
| Overtime Meals - Attorney | $2,229.61 |
| Rental Expenses | $6,302.63 |
| **Total:** | **$422,760.87** |