**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Dean C Bachus | Partner | 2004 | Taxation | 975.00 | 0.30 | $292.50 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 965.00 | 45.70 | $44,100.50 |
| Marin K Boney | Partner | 2008 | Litigation - Antitrust/Competition | 775.00 | 0.50 | $387.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,195.00 | 183.60 | $219,402.00 |
| Richard M Cieri | Partner | 1981 | Restructuring | 1,245.00 | 105.70 | $131,596.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 895.00 | 7.70 | $6,891.50 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 775.00 | 147.00 | $113,925.00 |
| David R Dempsey | Partner | 2006 | Litigation - General | 825.00 | 244.90 | $202,042.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,195.00 | 77.70 | $92,851.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 775.00 | 138.60 | $107,415.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation General | 795.00 | 153.30 | $121,873.50 |
| William Guerrieri | Partner | 2008 | Restructuring | 840.00 | 73.80 | $61,992.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 995.00 | 151.90 | $151,140.50 |
| Edward B Holzwanger | Partner | 2004 | Labor & Employment | 825.00 | 2.00 | $1,650.00 |
| Vicki V Hood | Partner | 1977 | Employee Benefits | 1,075.00 | 13.70 | $14,727.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 915.00 | 183.60 | $167,994.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 975.00 | 7.20 | $7,020.00 |
| Sarkis Jebejian, P.C. | Partner | 1995 | Corporate - M&A/Private Equity | 1,195.00 | 1.10 | $1,314.50 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 995.00 | 5.60 | $5,572.00 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | IP - Transactional | 1,075.00 | 7.90 | $8,492.50 |
| Daniel Lewis | Partner | 2008 | IP - Transactional | 840.00 | 1.80 | $1,512.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,295.00 | 78.80 | $102,046.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,025.00 | 111.40 | $114,185.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 925.00 | 158.40 | $146,520.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 775.00 | 207.10 | $160,502.50 |
| Roberto S Miceli | Partner | 2000 | Real Estate | 885.00 | 1.40 | $1,239.00 |
| Dennis M Myers, P.C. | Partner | 1990 | Corporate - Capital Markets | 1,195.00 | 1.00 | $1,195.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,245.00 | 4.60 | $5,727.00 |
| Joanne Nagjee | Partner | 2007 | Taxation | 895.00 | 102.80 | $92,006.00 |
| Bridget K O'Connor | Partner | 2003 | Litigation - General | 840.00 | 142.60 | $119,784.00 |
| Benjamin D Panter | Partner | 2006 | Executive Compensation | 875.00 | 0.70 | $612.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Adam C Paul | Partner | 1997 | Restructuring | 965.00 | 13.30 | $12,834.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 775.00 | 52.70 | $40,842.50 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,175.00 | 29.60 | $34,780.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 840.00 | 151.00 | $126,840.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 840.00 | 2.70 | $2,268.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,125.00 | 163.60 | $184,050.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 840.00 | 181.60 | $152,544.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,245.00 | 53.60 | $66,732.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 795.00 | 161.60 | $128,472.00 |
| R Timothy Stephenson | Partner | 1990 | Labor & Employment | 1,025.00 | 0.80 | $820.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,095.00 | 44.40 | $48,618.00 |
| Julia Allen | Associate | 2012 | Litigation - General | 595.00 | 127.30 | $75,743.50 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 795.00 | 31.50 | $25,042.50 |
| Katherine Bolanowski | Associate | 2009 | Corporate - Debt Finance | 795.00 | 4.70 | $3,736.50 |
| Peter Bryce | Associate | 2014 | Litigation - General | 520.00 | 54.70 | $28,444.00 |
| Diana Chang | Associate | 2012 | Litigation - General | 595.00 | 41.50 | $24,692.50 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 520.00 | 15.20 | $7,904.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 595.00 | 153.20 | $91,154.00 |
| Jennifer Elliott | Associate | 2012 | Employee Benefits | 625.00 | 3.70 | $2,312.50 |
| Michael Esser | Associate | 2009 | Litigation - General | 750.00 | 163.70 | $122,775.00 |
| Arjun Garg | Associate | 2008 | Litigation - General | 775.00 | 2.60 | $2,015.00 |
| Michael Gawley | Associate | 2013 | Litigation - General | 520.00 | 68.00 | $35,360.00 |
| Emily Geier | Associate | 2012 | Restructuring | 685.00 | 131.90 | $90,351.50 |
| Matthew Goldberger | Associate | 2014 | Restructuring | 535.00 | 10.50 | $5,617.50 |
| Rachel E Goldstein | Associate | 2012 | Litigation - General | 665.00 | 42.30 | $28,129.50 |
| Andrew W Grinrod | Associate | 2012 | Litigation - General | 595.00 | 70.60 | $42,007.00 |
| Ryan Guerrero | Associate | 2013 | Corporate - General | 535.00 | 4.80 | $2,568.00 |
| Michele E Gutrick | Associate | 2008 | Litigation - General | 775.00 | 19.80 | $15,345.00 |
| Haris Hadzimuratovic | Associate | 2008 | Litigation - General | 710.00 | 124.00 | $88,040.00 |
| Sean F Hilson | Associate | 2013 | Restructuring | 535.00 | 71.00 | $37,985.00 |
| Sam Hong | Associate | 2008 | IP - Transactional | 685.00 | 2.30 | $1,575.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 535.00 | 228.70 | $122,354.50 |
| Ashley G James | Associate | 2010 | Labor & Employment | 710.00 | 0.30 | $213.00 |
| Mike Jones | Associate | 2011 | Restructuring | 685.00 | 39.40 | $26,989.00 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 520.00 | 82.00 | $42,640.00 |
| Lauren R Kanzer | Associate | 2014 | Restructuring | 535.00 | 38.50 | $20,597.50 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 665.00 | 47.50 | $31,587.50 |
| Katherine R Katz | Associate | 2010 | Litigation - General | 750.00 | 1.30 | $975.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 520.00 | 35.60 | $18,512.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 750.00 | 121.30 | $90,975.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 520.00 | 94.20 | $48,984.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Teresa Lii | Associate | 2014 | Restructuring | 535.00 | 157.40 | $84,209.00 |
| Ashley Littlefield | Associate | 2011 | Litigation - General | 665.00 | 28.10 | $18,686.50 |
| Melanie MacKay | Associate | 2010 | Litigation - General | 710.00 | 71.30 | $50,623.00 |
| Christopher J Maner | Associate | 2012 | Litigation - General | 595.00 | 79.30 | $47,183.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 520.00 | 92.00 | $47,840.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 535.00 | 67.50 | $36,112.50 |
| Roxana Mondragon-Motta | Associate | 2011 | Litigation - General | 665.00 | 84.30 | $56,059.50 |
| Jaran R Moten | Associate | 2013 | Litigation - General | 520.00 | 20.90 | $10,868.00 |
| Michael Muna | Associate | 2013 | Corporate - General | 450.00 | 32.00 | $14,400.00 |
| Brett Murray | Associate | 2013 | Restructuring | 625.00 | 183.40 | $114,625.00 |
| Victor Noskov | Associate | 2013 | Restructuring | 625.00 | 14.20 | $8,875.00 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 685.00 | 165.80 | $113,573.00 |
| Jessica Peet | Associate | 2014 | Restructuring | 625.00 | 13.90 | $8,687.50 |
| Samara L Penn | Associate | 2010 | Litigation - General | 710.00 | 86.70 | $61,557.00 |
| Jessica Pettit | Associate | 2014 | Litigation - General | 520.00 | 22.20 | $11,544.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 535.00 | 6.70 | $3,584.50 |
| Bradford B Rossi | Associate | 2011 | Energy | 625.00 | 17.00 | $10,625.00 |
| Max Schlan | Associate | 2012 | Restructuring | 625.00 | 255.20 | $159,500.00 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 595.00 | 143.60 | $85,442.00 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 795.00 | 196.00 | $155,820.00 |
| Anthony Sexton | Associate | 2011 | Restructuring | 685.00 | 273.00 | $187,005.00 |
| Stephanie Shropshire | Associate | 2014 | Litigation - General | 520.00 | 106.50 | $55,380.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 625.00 | 247.40 | $154,625.00 |
| David A Snyder | Associate | 2011 | Corporate - M&A/Private Equity | 625.00 | 26.90 | $16,812.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 595.00 | 97.50 | $58,012.50 |
| Sarah Stock | Associate | 2013 | Litigation - General | 520.00 | 43.70 | $22,724.00 |
| Pierson Stoecklein | Associate | 2011 | Corporate - General | 625.00 | 26.20 | $16,375.00 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 595.00 | 148.70 | $88,476.50 |
| Stephanie S Thibault | Associate | 2009 | Litigation - General | 750.00 | 96.00 | $72,000.00 |
| David Thompson | Associate | 2013 | Corporate - General | 450.00 | 8.50 | $3,825.00 |
| Jean Tinkham | Associate | 2013 | Litigation - General | 520.00 | 27.10 | $14,092.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 450.00 | 204.40 | $91,980.00 |
| Jenna Ward | Associate | 2014 | Restructuring | 535.00 | 30.00 | $16,050.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 710.00 | 123.70 | $87,827.00 |
| Jason Whiteley | Associate | 2010 | Energy | 795.00 | 57.40 | $45,633.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 535.00 | 230.10 | $123,103.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 625.00 | 126.20 | $78,875.00 |
| | | | | | 8,660.20 | $6,372,048.00 |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 195.00 | 43.20 | $8,424.00 |
| John Nedeau | Case Assistant | 1 year | Restructuring | 170.00 | 18.20 | $3,094.00 |
| Jim Castro | Legal Assistant | 3 months | Corporate - General | 265.00 | 4.50 | $1,192.50 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 250.00 | 30.00 | $7,500.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 355.00 | 56.50 | $20,057.50 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 320.00 | 40.10 | $12,832.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 265.00 | 34.10 | $9,036.50 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 330.00 | 108.60 | $35,838.00 |
| Adrienne Levin | Legal Assistant | 7.5 years | Litigation - General | 310.00 | 135.90 | $42,129.00 |
| David I Meresman | Legal Assistant | 1.5 years | IP - Litigation | 250.00 | 6.50 | $1,625.00 |
| Carrie Oppenheim | Legal Assistant | 6 years | Restructuring | 290.00 | 3.00 | $870.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 290.00 | 83.10 | $24,099.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 250.00 | 176.20 | $44,050.00 |
| Meghan Rishel | Legal Assistant | 9 months | Litigation - General | 250.00 | 51.00 | $12,750.00 |
| Laura Saal | Legal Assistant | 2 years | Restructuring | 300.00 | 7.90 | $2,370.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 330.00 | 114.50 | $37,785.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 290.00 | 35.00 | $10,150.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 290.00 | 12.10 | $3,509.00 |
| Thomas Mangne | Litigation Suppt Cons | 9 years | Litigation - General | 295.00 | 1.70 | $501.50 |
| William G Marx | Litigation Suppt Cons | 4.5 years | Litigation - General | 295.00 | 56.90 | $16,785.50 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 295.00 | 111.10 | $32,774.50 |
| Katelyn Ye | Litigation Suppt Cons | 11.5 years | Litigation - General | 290.00 | 1.00 | $290.00 |
| Raul D Catungal | Litigation Suppt Spec | 3 years | Litigation - General | 290.00 | 1.80 | $522.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 290.00 | 131.50 | $38,135.00 |
| Muhammad A Rashid | Litigation Suppt Spec | 2 years | Litigation - General | 290.00 | 8.30 | $2,407.00 |
| Olivia Altmayer | Other | 3 months | Admin Services | 220.00 | 6.50 | $1,430.00 |
| Rhonda Dase | Other | 9 years | Admin Services | 270.00 | 10.70 | $2,889.00 |
| Stephanie D Frye | Other | 6 years | Admin Services | 270.00 | 22.20 | $5,994.00 |
| Stephen P Garoutte | Other | 2 years | Admin Services | 200.00 | 42.60 | $8,520.00 |
| Allison Graybill | Other | 1.5 years | Admin Services | 180.00 | 60.40 | $10,872.00 |
| Daniel Hill | Other | 1.5 years | Restructuring | 200.00 | 3.50 | $700.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara L Jenifer | Other | 3.5 years | Admin Services | 170.00 | 1.00 | $170.00 |
| Stacey A Otte | Other | 4.5 years | Admin Services | 295.00 | 1.00 | $295.00 |
| Kenneth Sampson | Other | 1 year | Admin Services | 195.00 | 17.70 | $3,451.50 |
| Elaine S Santucci | Other | 6 months | Admin Services | 195.00 | 61.20 | $11,934.00 |
| Linda A Scussel | Other | 10 years | Admin Services | 295.00 | 204.80 | $60,416.00 |
| Kurt J Wunderlich | Other | 3 years | Admin Services | 500.00 | 4.10 | $2,050.00 |
| Natasha Nguyen | Project Assistant | 1 year | IP - Litigation | 195.00 | 13.90 | $2,710.50 |
| | | | | | **1,722.30** | **$480,159.00** |

**Total Fees Requested**                **$6,852,207.00**