# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,400.45 |
| Standard Copies or Prints | $5,603.60 |
| Binding | $58.80 |
| Color Copies or Prints | $10,376.40 |
| Production Blowbacks | $602.70 |
| Closing/Mini Books | $24.00 |
| Overnight Delivery | $426.20 |
| Outside Messenger Services | $317.82 |
| Local Transportation | $1,289.58 |
| Travel Expense | $23,740.88 |
| Airfare | $22,297.05 |
| Transportation to/from airport | $4,078.87 |
| Travel Meals | $923.60 |
| Other Travel Expenses | $136.77 |
| Court Reporter Fee/Deposition | $2,975.25 |
| Other Court Costs and Fees | $74.00 |
| Other Trial Expenses | $100.20 |
| Outside Paralegal Assistance | $295,176.00 |
| Outside Copy/Binding Services | $1,347.72 |
| Working Meals/K&E Only | $8.51 |
| Computer Database Research | $19,161.08 |
| Overtime Transportation | $2,153.17 |
| Overtime Meals - Non-Attorney | $112.00 |
| Overtime Meals - Attorney | $1,893.11 |
| Rental Expenses | $6,302.63 |
| **Total:** | **$401,580.39** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $45.60 |
| Standard Copies or Prints | $681.50 |
| Binding | $3.50 |
| Color Copies or Prints | $172.50 |
| Production Blowbacks | $642.00 |
| Local Transportation | $277.96 |
| Travel Expense | $6,698.76 |
| Airfare | $6,747.50 |
| Transportation to/from airport | $270.63 |
| Travel Meals | $238.41 |
| Computer Database Research | $330.00 |
| Overtime Transportation | $397.96 |
| Overtime Meals - Attorney | $76.50 |
| **Total:** | **$16,582.82** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $169.36 |
| Standard Copies or Prints | $238.00 |
| Color Copies or Prints | $87.00 |
| Outside Messenger Services | $20.00 |
| Local Transportation | $28.96 |
| Airfare | $1,025.51 |
| Transportation to/from airport | $218.86 |
| Travel Meals | $31.09 |
| Other Travel Expenses | $42.40 |
| Overtime Transportation | $168.17 |
| Overtime Meals - Attorney | $180.00 |
| **Total:** | **$2,209.35** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $51.61 |
| Standard Copies or Prints | $304.60 |
| Color Copies or Prints | $214.80 |
| Local Transportation | $9.25 |
| Travel Expense | $272.02 |
| Airfare | $1,035.51 |
| Transportation to/from airport | $158.65 |
| Travel Meals | $40.00 |
| Computer Database Research | $135.00 |
| Overtime Transportation | $86.87 |
| Overtime Meals - Attorney | $80.00 |
| **Total:** | **$2,388.31** |