IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related Docket No. 2368** |

**DECLARATION OF JEREMY B. COFFEY IN SUPPORT OF
OBJECTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB
TO MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL*, FOR ENTRY
OF AN ORDER (A) APPROVING BIDDING PROCEDURES, (B) SCHEDULING
AN AUCTION AND RELATED DEADLINES AND HEARINGS,
AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

I, Jeremy B. Coffey, state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and the State of Texas. I am a Partner at Brown Rudnick LLP and represent Wilmington Savings Fund Society, FSB ("WSFS") in this action.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a September 12, 2014 email from Sesh Raghaven at Evercore Partners ("Evercore") to a prospective bidder, Bates Number EFH-EVR090000362.[1]

3. Attached hereto as Exhibit 2 is a true and accurate copy of a July 2014 Presentation to Interested Investors prepared by Evercore (the "Teaser"), along with a cover email, Bates Numbers EFH-EVR090000013 through EFH-EVR090000025.[2]

---

[1] Pursuant to Paragraph 16(a) of the *Confidentiality Agreement and Stipulated Protective Order* ("Protective Order") [D.I. 1833], this document is being filed under temporary seal because it has been designated as "Confidential."

4.      Attached hereto as <u>Exhibit 3</u> are relevant excerpts from the Deposition Transcript of William O. Hiltz, taken on October 6, 2015 (the "<u>Hiltz Depo.</u>").

5.      Attached hereto as <u>Exhibit 4</u> are relevant excerpts from the Deposition Transcript of Hugh Sawyer, taken on June 26, 2014 (the "<u>Initial Sawyer Depo.</u>").

6.      Attached hereto as <u>Exhibit 5</u> are relevant excerpts from the Deposition Transcript of Charles Cremens, taken on October 8, 2014 (the "<u>Cremens Depo.</u>").

7.      Attached hereto as <u>Exhibit 6</u> are relevant excerpts from the Deposition Transcript of Hugh Sawyer, taken on October 8, 2014 (the "<u>October Sawyer Depo.</u>").

8.      Attached hereto as <u>Exhibit 7</u> are relevant excerpts from EFH's Annual Report (Form 10-K) filed with the U.S. Securities and Exchange Commission (February, 19 2013).

9.      Attached hereto as <u>Exhibit 8</u> are relevant excerpts from EFCH's Annual Report (Form 10-K) filed with the U.S. Securities and Exchange Commission (February 19, 2013).

10.     Attached hereto as <u>Exhibit 9</u> is a true and exact copy of Richard Bravo and Mark Chediak, *TXU Teeters as KKR et al. Reap $528 Million in Fees*, Bloomberg News (Oct. 22, 2012), *available at* http://www.businessweek.com/news/2012-10-22/txu-teeters-as-kkr-et-al-dot-reap-528-million-fees.

11.     Attached hereto as <u>Exhibit 10</u> are relevant excerpts from EFH's Annual Report (Form 10-K) filed with the U.S. Securities and Exchange Commission (April 30, 2014).

12.     Attached hereto as <u>Exhibit 11</u> are relevant excerpts from EFH's Quarterly Report (Form 10-Q) filed with the U.S. Securities and Exchange Commission (August 2, 2013).

---

[2]    <u>Id.</u>

Signed under the pains and penalties of perjury this 10th day of October, 2014.

*/s/Jeremy Coffey*
Jeremy Coffey