IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Related to Docket No. 2370** |

**MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT TO LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER SHORTENING THE TIME TO CONSIDER MOTION FOR ENTRY OF AN ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE UNDER SEAL (I) AN UNREDACTED VERSION OF ITS OBJECTION TO MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL*, FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES, (B) SCHEDULING AN AUCTION AND RELATED DEADLINES AND HEARINGS, AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF AND (II) EXHIBITS 1 AND 2 TO THE DECLARATION OF JEREMY B. COFFEY IN SUPPORT OF THE OBJECTION**

Wilmington Savings Fund Society, FSB ("WSFS"), by and through its undersigned counsel, respectfully submits this motion (the "Motion to Shorten") for entry of an Order, substantially in the form attached hereto as **Exhibit A**, shortening the applicable notice period for the *Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) an Unredacted Version of its Objection to Motion of Energy Future Holdings Corp., et al, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection* (the "Motion to Seal") filed contemporaneously herewith, pursuant to Rules 9006-1(c) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States

{00903033;v1 }

Bankruptcy Court for the District of Delaware (the "Local Rules"), and section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). WSFS proposes that the Motion to Seal be heard at the hearing scheduled for October 17, 2014 at 9:30 a.m. (EDT) and that objections to the relief requested, if any, be heard at that time. In support of the Motion to Shorten, WSFS respectfully states as follows:

1. Local Rule 9006-1(c) requires 18 days' notice prior to the hearing date where time for notice and hearing is not otherwise specified in the Local Rules or the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). See DEL. BANKR. L.R. 9006-1(c). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice. See DEL. BANKR. L.R. 9006-1(e). WSFS submits that there is sufficient cause to justify shortening the notice period for the hearing of the relief requested in the Motion to Seal.

2. As set forth in more detail in the Motion to Seal, the *Objection of Wilmington Savings Fund Society, FSB to Motion of Energy Future Holdings Corp., et al, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* (the "Objection") and Exhibits 1 and 2 to the Coffey Declaration (collectively, the "Sealed Documents") attach quotes and otherwise reference certain documents that have been designated as confidential by the Debtors pursuant to the *Confidentiality Agreement and Stipulated Protective Order* (the "Protective Order") [Docket No. 1833]. Out of an abundance of caution and pursuant to the Protective Order, WSFS seeks to file the Sealed Documents under seal. To the extent not resolved in advance of the hearing on the Debtors' motion, WSFS submits that the Motion to Seal be heard at the hearing scheduled for October 17, 2014 at 9:30 a.m. (EDT).

{00903033;v1 }

3. Moreover, hearing the Motion to Seal on shortened notice will not prejudice any party-in-interest. In order to allow parties maximum notice, WSFS's Motion to Shorten and Motion to Seal will be served: (i) by electronic mail, hand delivery, overnight mail, or express mail on (a) the EFIH Debtors; (b) the Office of the U.S. Trustee for the District of Delaware; (c) counsel for the Official Committee of Unsecured Creditors; and (ii) by First Class U.S. Mail upon all other parties that have requested notice pursuant to Bankruptcy Rule 2002.

## CONCLUSION

For the reasons set forth herein, WSFS respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the Motion to Shorten and granting WSFS such other and further relief as is appropriate under the circumstances.

Dated: October 10, 2014  
      Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*  
William P. Bowden (No. 2553)  
Gregory A. Taylor (No. 4008)  
500 Delaware Avenue  
P.O. Box 1150  
Wilmington, Delaware 19899  
Telephone: (302) 654-1888  
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP  
Edward S. Weisfelner (admitted pro hac vice)  
Seven Times Square  
New York, New York 10036  
Telephone: (212) 209-4800  
Facsimile: (212) 209-4801

- and -

{00903033;v1 }

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee*

{00903033;v1 }