**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, et al., | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered . |

**VERIFIED STATEMENT OF BROWN RUDNICK LLP, COUNSEL TO THE *AD HOC* CONSORTIUM OF TCEH SECOND LIEN NOTEHOLDERS AND WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Brown Rudnick LLP ("Brown Rudnick"), counsel to Wilmington Savings Fund Society, FSB ("WSFS") and certain unaffiliated holders (each, a "Noteholder," and collectively the "Consortium"), of (i) 15% Senior Secured Second Lien Notes due 2021 (the "TCEH Second Lien Notes") and (ii) 15% Senior Secured Second Lien Notes due 2021 (Series B) (the "TCEH Second Lien Series B Notes" and, collectively with the TCEH Second Lien Notes, the "Notes"), issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., as issuers pursuant to that certain Indenture dated as of October 6, 2010 (as amended, supplemented or modified, the "Indenture"), by and among TCEH, TCEH Finance, Inc., certain affiliates, as guarantors, and WSFS, as successor indenture trustee to Bank of New York Mellon Trust Company, N.A., hereby submits this verified statement (this "Statement") and in support thereof states as follows:

1.    On or around April 29, 2013, certain members of the Consortium retained Brown Rudnick to represent them in connection with potential restructuring discussions involving the above-captioned debtors and debtors-in-possession (the "Debtors"). From time to time

thereafter, certain additional Noteholders have joined the Consortium and certain Noteholders have resigned from the Consortium.

2.      As of the date of this Statement, in addition to the Consortium, Brown Rudnick, along with Ashby & Geddes, P.A. and Troutman Sanders LLP, represents WSFS in its capacity as successor trustee under the Indenture.  Other than as disclosed herein, Brown Rudnick does not represent or purport to represent any other entities with respect to the Debtors' chapter 11 cases.[1]  In addition, each member of the Consortium does not purport to act, represent, or speak on behalf of any other entities in connection with the Debtors' chapter 11 cases.

3.      The members of the Consortium or affiliates hold disclosable economic interests, or act as investment advisors or managers to funds and/or accounts of their respective subsidiaries that hold disclosable economic interests in relation to the Debtors.  In accordance with Bankruptcy Rule 2019, and based upon information provided to Brown Rudnick by each member of the Consortium, attached hereto as Exhibit A is a list of the names, addresses, and the nature and amount of each disclosable economic interest of each present member of the Consortium as of October 10, 2014.

4.      Nothing contained in this Statement (or Exhibit A hereto) is intended to, nor should be construed to, constitute: (a) a waiver or release of any claims filed or to be filed against or interests in the Debtors held by any member of the Consortium, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory.  Nothing herein should be construed as a limitation upon, or waiver of, any rights of any member of the Consortium to

---

[1]      The Consortium has not taken, and does not currently intend to take, any particular position before the Court.  As such, this Statement is filed out of an abundance of caution and to provide the Court and parties in interest notice of the Consortium's existence and Brown Rudnick's prior and continuing representation thereof in addition to its representation of WSFS.

assert, file and/or amend any proof of claim in accordance with applicable law and any Orders entered in these cases.

5.    From time to time, additional parties may become members of the Consortium, and certain members of the Consortium may cease to be members in the future. Brown Rudnick reserves the right to amend or supplement this Statement as necessary for that, or any other, reason in accordance with Bankruptcy Rule 2019.

*[Remainder of page intentionally left blank]*

Dated: October 10, 2014
          Wilmington, Delaware

**BROWN RUDNICK, LLP**

By: ___*/s/  Jeremy B. Coffey*_____
      Edward S. Weisfelner (admitted *pro hac vice*)
      Seven Times Square
      New York, New York 10036
      Telephone: (212) 209-4800
      Facsimile: (212) 209-4801

      - and –

      Jeffrey L. Jonas (admitted *pro hac vice*)
      James W. Stoll (admitted *pro hac vice*)
      Jeremy B. Coffey (admitted *pro hac vice*)
      One Financial Center
      Boston, Massachusetts 02111
      Telephone: (617) 856-8200
      Facsimile: (617) 856-8201

      *Co-Counsel to Wilmington Savings Fund*
      *Society, FSB, solely in its capacity as successor*
      *Indenture Trustee, and Counsel to the*
      *Consortium*