**EXHIBIT A**

## Disclosable Economic Interests[2]

| Name of Noteholder | Address | TCEH First Lien Claims | TCEH Second Lien Claims | TCEH Unsecured Claims | Other |
|---|---|---|---|---|---|
| Appaloosa Management, L.P. | 51 JFK Pkwy Short Hills, NJ 07078 | TCEH First Lien Credit Agreement Claims: $25,000,000 | TCEH Second Lien Notes: $73,900,000<br><br>TCEH Second Lien Series B Notes: $284,599,000 | | |
| CI Holdco Ltd. | 500 Park Avenue New York, NY 10022 | | TCEH Second Lien Notes: $150,000,000 | | EFH 6.55% Series R Notes $40,000,000[3] |
| Mount Kellett Capital Management LP | 280 Park Avenue, 4th Floor East, New York, NY 10017 | | TCEH Second Lien Notes: $262,614,000 | | |
| Taconic Capital Advisors L.P., on behalf of one or more private investment funds | 450 Park Avenue, 9th Floor New York, NY 10022 | TCEH First Lien Credit Agreement Claims: $320,000,000<br><br>TCEH First Lien Bonds: $30,000,000 | TCEH Second Lien Notes: $93,000,000 | TCEH 10.25% Unsecured Notes: $120,000,000 | EFIH 11.75% Second Lien Claims: $66,000,000<br><br>TCEH First Lien DIP Claims: $8,465,347 |

---

[2] To the best of Brown Rudnick's knowledge, the information herein is accurate as of October 10, 2014. The amounts set forth herein include only outstanding principal and do not include accrued or unpaid interest or other amounts that may be owing under the applicable debt documents.

[3] This position is held by an affiliate of CI Holdco Ltd.