# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 10/9/14 at 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| Edward Sassower | Kirkland & Ellis | EFH (the Debtors) |
| Mark McKane | " | " |
| David Dempsey | " | " |
| Jim Bird | " | " |
| Lorenzo Marinuzzi | Fox Rothschild | Ad Hoc Comm - TCEH Unsec Noss |
| Pauline K. Morgan | Morrison & Foerster | Official Committee of Unsecured Creditors |
| Brian S. Hermann | Young Conaway | Ad Hoc Committee |
| Marisa Terranova | Paul Weiss, Rifkind, Wharton & Garrison | Ad Hoc of TCEH First Lien Creditors |
| Greg Taylor | RLF | Debtors |
| Guy Davis | Ashby & Geddes | WSFS, Trustee |
| Andrea B. Schwartz | Klehr Harrison | U.S. Trustee |
| Richard L. Schepacarter | U.S. Trustee | UMB Bank, Indenture Trustee |
| Timothy J. Fox, Jr. | " | " |
| Ann Kashishian | Chipman Brown Cicero & Cole | Ad hoc committee of EFH Unsecured Noteholders |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

Calendar Date: 10/09/2014
Calendar Time: 10:30 AM ET

#6
Amended Calendar 10/09/2014 05:56 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6518663 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrator Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6519373 | Ashley F. Bartram | (512) 475-4937 | Attorney General Of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6518660 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6519375 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6518281 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6518713 | Michael Custer | (302) 777-6500 | Pepper Hamilton LLP | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6519379 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6518776 | Michael L. Davitt | (214) 969-2938 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6517934 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6518651 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Representing, CSC Trust Co. of Delaware / LISTEN ONLY |

Raymond Reyes ext. 881

CourtConfCal2012

Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6519384 | Julia Frost-Davies | (617) 951-8422 | Bingham McCutchen, LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6519364 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Client, Energy Future Holdings Corp / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6518635 | Keely Hamlin | (212) 859-8318 | Fried, Frank, Harris, Shriver & Jacobson | Creditor, Fidelity / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6518480 | Brian Hermann | 212-373-3545 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6518972 | William Hildbold | (212) 336-4063 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6518650 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6518585 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6518182 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |