IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| *Debtors.* | ) (Jointly Administered) |
| | ) **Re: Docket No. 2087** |

**STATEMENT IN SUPPORT AND RESERVATION OF RIGHTS OF EFIH FIRST LIEN DIP AGENT WITH RESPECT TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES, (B) SCHEDULING AN AUCTION AND RELATED DEADLINES AND HEARINGS, AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Deutsche Bank AG New York Branch, as administrative agent (the "EFIH First Lien DIP Agent") under Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.'s debtor-in-possession financing facility, by and through its undersigned counsel, hereby files this statement in support and reservation of rights with respect to the *Motion of Energy Future Holdings Corp., ET AL., for Entry of an Order (A) Approve Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* [Docket No. 2087] (the "Bidding Procedures Motion")[2] and respectfully represents as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter II cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Bidding Procedures Motion.

## STATEMENT

The EFIH First Lien DIP Agent believes that a sale process for the "E-side" assets could benefit all parties in interest. Accordingly, the EFIH First Lien DIP Agent is supportive of the Bidding Procedures Motion. The EFIH First Lien DIP Agent, however, reserves the right to comment or be heard on the final form of order and related exhibits to be presented to the Court. In this regard, the Debtors have represented to the EFIH First Lien DIP Agent that they will be adding the EFIH First Lien DIP Agent to the list of Reviewing Parties. Further, to the extent, if any, that the Debtors revise the proposed bidding procedures to give any other constituents a greater role in or visibility into the process (in the selection of the stalking horse or otherwise), the EFIH First Lien DIP Agent respectfully submits that such revisions should incorporate the EFIH First Lien DIP Agent given its significant stake in these cases.

Dated: October 10, 2014

POTTER ANDERSON & CORROON LLP

*/s/ Laurie Selber Silverstein*

Laurie Selber Silverstein (DE Bar No. 2396)
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

**SHEARMAN & STERLING LLP**
Fredric Sosnick
Ned S. Schodek
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for the EFIH First Lien DIP Agent*