## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that on this 10th day of October 2014, I caused a true and correct copy of the foregoing *Statement In Support and Reservation of Rights of EFIH First Lien Dip Agent With Respect to The Motion of Energy Future Holdings Corp., et al., for Entry of An Order (A) Approving Bidding Procedures, (B) Scheduling An Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* to be served by First Class Mail on the attached service list:

Under penalty of perjury, I declare the foregoing to be true and correct.

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE No. 5210)

James H. Millar, Esq.
DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

Mark R. Somerstein, Esq.
Keith H. Wofford, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

D. Ross Martin, Esq.
Andrew G. Devore, Esq.
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Nicholas J. Brannick, Esq.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Warren A. Usatine, Esq.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
25 Main Street
P. O. Box 800
Hackensack, NJ 07602

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard M. Cieri, Esq.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611

James H.M. Sprayregen, Esq.
Chad J. Husnick, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801

Todd M. Goren
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019

Richard L. Schepacarter
U.S. Trustee's Office
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Pauline K. Morgan, Esq.
Joel A. Waite, Esq.
Ryan M. Bartley, Esq.
Andrew L. Magaziner, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Jeffrey L. Jonas, Esq.
Andrew P. Strehle, Esq.
Jeremy B. Coffey, Esq.
Howard Siegel, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
ASHBY & GEDDES, PA
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Alan W. Kornberg, Esq.
Kelly A. Cornish, Esq.
Brian S. Hermann, Esq.
Jacob A. Adlerstein, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019