IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 2370 & 2371 |

**ORDER GRANTING MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB PURSUANT TO LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER SHORTENING THE TIME TO CONSIDER MOTION FOR ENTRY OF AN ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE UNDER SEAL (I) AN UNREDACTED VERSION OF ITS OBJECTION TO MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL*, FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES, (B) SCHEDULING AN AUCTION AND RELATED DEADLINES AND HEARINGS, AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF AND (II) EXHIBITS 1 AND 2 TO THE DECLARATION OF JEREMY B. COFFEY IN SUPPORT OF THE OBJECTION**

Upon consideration of the motion (the "Motion to Shorten")[1] of Wilmington Savings Fund Society, FSB ("WSFS") for entry of an Order providing that the applicable notice period for the relief requested in the *Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) an Unredacted Version of its Objection to Motion of Energy Future Holdings Corp., et al, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection* (the "Motion to Seal"), be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and the Court having determined that

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

{00903033;v1 }

granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Seal and the Motion to Shorten has been given, and after due deliberation and sufficient cause appearing therefore, it is hereby,

**ORDERED**, that the Motion to Shorten is granted; and it is further,

**ORDERED**, that the Motion to Seal shall be heard on October 17, 2014 at 9:30 a.m. (EDT), and that any objections to the relief requested in the Motion to Seal shall be heard at the hearing; and it is further,

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

Dated: October 10, 2014
       Wilmington, DE

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

{00903033;v1 }