# Court Conference

**Calendar Date:** 10/10/2014
**Calendar Time:** 02:00 PM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
#6

Amended Calendar 10/10/2014 11:12 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522672 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522481 | David Dempsey | (202) 879-5127 ext. 00 | Kirkland & Ellis LLP - Washington Offic | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522608 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522339 | Justin Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522244 | Jeffrey L. Jonas | 617-856-8577 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522194 | Charles L. Kerr | (212) 468-8051 ext. 43 | Morrison & Foerster | Creditor, Creditor's Commitee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522390 | D. Ross Martin | (617) 951-7000 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522473 | Andy McGaan | (202) 879-5082 ext. 00 | Kirkland & Ellis LLP - Washington Offic | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522465 | Mark E. McKane | 415-439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522515 | Matthew Nicholson | (212) 819-2606 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522461 | Bridget K. O'Connor | (202) 879-5175 ext. | Kirkland & Ellis LLP - Washington Offic | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6522476 | Edward Sassower | 212-446-4733 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522492 | Tyler Semmelman | (302) 651-7687 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522466 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522330 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leonard | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522305 | Meredith S. Tinkham | (617) 951-7250 ext. 00 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522333 | Jarrett Vine | (302) 252-0929 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522322 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522248 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522758 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |