IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                              :   Chapter 11
                                                    :
Energy Future Holdings, Inc., *et al.*,             :   Case No. 14-10978 (CSS)
                                                    :
                                 Debtors.           :   (Jointly Administered)
                                                    :
                                                    :   Re: Docket Nos. _____

---------------------------------------------------------------- x

### ORDER GRANTING MOTION TO FILE UNDER SEAL UNREDACTED VERSIONS OF: (I) OBJECTION OF THE EFIH SECOND LIEN NOTES INDENTURE TRUSTEE AND EFIH SECOND LIEN GROUP TO DEBTORS' MOTION TO APPROVE BIDDING PROCEDURES; AND (II) EXHIBIT A THERETO

Upon consideration of the Motion (the "**Motion**")[1] of the Indenture Trustee and EFIH Second Lien Group to file unredacted versions of the following documents under seal: (i) the Objection of the EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group to Debtors' Motion to Approve Bidding Procedures (the "**Objection**"); and (ii) Exhibit A to the Objection ("**Exhibit A**") and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2); and it appearing that notice of the Motion has been given as set forth in the Motion and that no further notice need be given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1.    The Motion is granted as set forth herein.

2.    The Indenture Trustee and EFIH Second Lien Group are hereby authorized to file the unredacted version of the Objection and Exhibit A under seal.

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

3.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.     This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and implementation of this Order.

Dated: October ____, 2014

                                        _____
                                        The Honorable Christopher S. Sontchi
                                        United States Bankruptcy Judge