IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Objection Deadline: October 17, 2014 @ 9:30 a.m.<br>Hearing Date: October 17, 2014 @ 9:30 a.m.<br>Related to Docket No. 2370 |

## NOTICE OF HEARING REGARDING MOTION FOR ENTRY OF AN ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE UNDER SEAL (I) AN UNREDACTED VERSION OF ITS OBJECTION TO MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL, FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES, (B) SCHEDULING AN AUCTION AND RELATED DEADLINES AND HEARINGS, AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF UNDER SEAL AND (II) EXHIBITS 1 AND 2 TO THE DECLARATION OF JEREMY B. COFFEY IN SUPPORT OF THE OBJECTION

**PLEASE TAKE NOTICE** that, on October 10, 2014, Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee (the "Trustee"), filed and served the **Motion for Entry of An Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) An Unredacted Version of Its Objection to Motion of Energy Future Holdings Corp., et al, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof Under Seal and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection** [Docket No. 2370] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon, so as to be received by, the undersigned counsel on or before **October 17, 2014 at 9:30 a.m. (prevailing Eastern Time)**. Only properly and timely filed objections or responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that the Motion is scheduled to be heard by the Bankruptcy Court on **October 17, 2014 at 9:30 a.m. (prevailing Eastern Time)** before The Honorable Christopher S. Sontchi, Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN**

{00903361;v1 }

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 10, 2014
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

/s/ William P. Bowden

William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee*

{00903361;v1 }