# EXHIBIT 4

**Filed Under Temporary Seal – Subject to Energy Future Holdings Protective Order**