# EXHIBIT 6

**Filed Under Temporary Seal – Subject to Energy Future Holdings Protective Order**