# EXHIBIT 14

**Filed Under Temporary Seal – Subject to Energy Future Holdings Protective Order**