# CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 10th day of October, 2014, I caused copies of the foregoing **Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp.,** *et al.***, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof** to be served upon the parties below as indicated:

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
William A. Romanowicz, Esq.
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 N. King St.
Wilmington, DE 19801
VIA HAND DELIVERY

Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022-4611
VIA FIRST CLASS MAIL

James H.M. Sprayregen, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
VIA FIRST CLASS MAIL

 

L. John Bird (No. 5310)

ACTIVE 27706133v1 10/10/2014