# EXHIBIT 20

**Page 1**

```
 1  UNITED STATES BANKRUPTCY COURT
 2  DISTRICT OF DELAWARE
 3
 4
 5  In re:                           :
                                     :   Chapter 11
 6  ENERGY FUTURE HOLDINGS           :
    CORP., et al.,                   :   Case No. 14-10979(CSS)
 7                                   :
           Debtors.                  :   (Jointly Administration
 8  _____   :   Requested)
    CSC TRUST COMPANY OF DELAWARE,:
 9  as INDENTURE TRUSTEE and         :
    COLLATERAL TRUSTEE,              :
10                                   :
           Plaintiff,                :
11                                   :
      v.                             :   Adv. Proc. No. 14-50410
12                                   :   (CSS)
    COMPUTERSHARE TRUST COMPANY,     :
13  N.A., COMPUTERSHARE TRUST        :
    COMPANY OF CANADA, EPIQ          :
14  BANKRUPTCY SOLUTIONS, LLC,       :
    EPIQ SYSTEMS, INC., EPIQ         :
15  SYSTEMS ACQUISITIONS, INC.,      :
    THE DEPOSITORY TRUST COMPANY,    :
16  and CEDE & CO.,                  :
                                     :
17         Defendants.               :
    _____   :
18
19
20                          United States Bankruptcy Court
21                          824 North Market Street
22                          Wilmington, Delaware
23
24                          September 16, 2014
25                          11:11 AM - 1:41 PM
```

1            Now, there may be some interrelationships between
2    those, but that's entirely our point.  Those things need to
3    be explored when we know what the transaction is.
4            Thank you, Your Honor.
5            THE COURT:  You're welcome.  I'm going to overrule
6    the objection and grant the extension of exclusivity.  I
7    think review of the relevant factors easily support an
8    extension of exclusivity.  I think that the now five months
9    to file a plan, approximately seven to solicit, is an
10   appropriate time frame, this is an extremely complex case,
11   there's a lot of things that are moving, dynamics have
12   changed, and even though there appears to be a path forward
13   for perhaps a quicker disposition of some assets of the
14   estate, the -- of the debtors' estates -- excuse me -- the
15   group of the debtors as a whole has a long way to go in
16   order to get to a plan of reorganization that is hopefully
17   confirmable whether on a global basis or in pieces.  I mean
18   that's one of the I'm sure very intense negotiations that'll
19   occur over the next months to try to figure out exactly what
20   an exit strategy for this debtor is.
21           I think that just a two month or three month even
22   extension of exclusivity won't accomplish anything, we're
23   going to be right back here having the same argument and
24   you're going to get the same ruling, provided things
25   continue to move.

1            I don't think the EFIH transaction in and of
2    itself should determine when exclusivity will or won't be
3    extended, it's one piece of a broader case.
4            I do believe that while there are significant
5    amounts of money that are at issue in connection with the
6    objectors, you can't deny the fact that a larger amount of
7    money has already been paid, and that while I understand
8    there may be technical issues -- and they're not technical
9    -- legal issues with regard to how the bid occurs and
10   whether or not that will make what everybody says is an
11   oversecured claim maybe not an oversecured claim, I think
12   that's something that we can deal with when it arises, and I
13   think it really makes the case for exclusivity because we
14   won't know exactly what the process is, and that's okay,
15   because part of the whole point of exclusivity is to allow
16   the debtors to figure out what the process is going to be
17   and not commit them at an overly early stage to a plan that
18   isn't going to work or a process that might not ultimately
19   work.
20           I think Mr. Shore and others would say they did
21   that nine months ago and that's part of what a lot of the
22   fights were in connection with the RSA.  That's dead and
23   gone and we don't need to worry about it, other than the
24   context that I think that the debtors should be given a
25   reasonable opportunity to move forward from that and figure