## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### SECOND VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Ad Hoc Committee of EFIH Unsecured Noteholders,[2] by and through its undersigned counsel, hereby submits this second verified statement (the "Second Verified Statement"), and respectfully states as follows:

1.       The Ad Hoc Committee of EFIH Unsecured Noteholders engaged Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") on May 24, 2013 and Chipman Brown Cicero & Cole LLP, f/k/a Cousins Chipman & Brown LLP, ("Chipman Brown") on April 24, 2014 to represent it in connection with a potential restructuring of the above-captioned debtors and debtors in possession (the "Debtors").

2.       On June 27, 2014, the Ad Hoc Committee of EFIH Unsecured Noteholders submitted the *Verified Statement of the Ad Hoc Committee of EFIH Unsecured Noteholders Pursuant to Bankruptcy Rule 2019* [D.I. 1193], listing the nature and amounts of all "disclosable

---

[1]   The last four digits of Energy Future Holdings Corp.'s ("EFH") tax identification number are 8810.  The location of the above-captioned debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   The "Ad Hoc Committee of EFIH Unsecured Noteholders" means the ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes (the "EFIH Senior Toggle Notes") due December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. ("EFIH Finance"), as issuers, and UMB Bank, N.A., as successor trustee.

economic interests" (as defined by Bankruptcy Rule 2019(a)(1)) in relation to the Debtors that each member of the Ad Hoc Committee of EFIH Unsecured Noteholders held as of June 23, 2014.

3.      As of the date of this Second Verified Statement, Akin Gump and Chipman Brown represent the Ad Hoc Committee of EFIH Unsecured Noteholders in connection with the Debtors' chapter 11 cases.  Akin Gump and Chipman Brown do not represent the Ad Hoc Committee of EFIH Unsecured Noteholders as a committee (as such term is employed in the Bankruptcy Code and Bankruptcy Rules) and do not undertake to represent the interests of, and are not fiduciaries for, any creditor, party in interest, or entities other than the Ad Hoc Committee of EFIH Unsecured Noteholders.  In addition, the Ad Hoc Committee of EFIH Unsecured Noteholders does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

4.      The members of the Ad Hoc Committee of EFIH Unsecured Noteholders either hold claims or manage accounts that hold claims against the Debtors' estates arising from the purchase of the EFIH Senior Toggle Notes.  In accordance with Bankruptcy Rule 2019, a list of the names, addresses and the "nature and amount of all disclosable economic interests" in relation to the Debtors reported to Akin Gump and/or Chipman Brown to be held as of October 10, 2014 by each member of the Ad Hoc Committee of EFIH Unsecured Noteholders is attached hereto as Exhibit A.[3]

5.      Nothing contained in this Second Verified Statement (or the exhibit hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Committee of EFIH Unsecured Noteholders to assert, file and/or amend their claims in

---

[3]  Nothing in this Second Verified Statement shall have the effect of or be construed to limit the right of any member of the Ad Hoc Committee of EFIH Unsecured Noteholders from asserting entitlement to any amount in addition to the "disclosable economic interest" set forth on Exhibit A hereto.

accordance with applicable law and any orders entered in these chapter 11 cases.

6.    Additional holders of EFIH Senior Toggle Notes may become members of the Ad Hoc Committee of EFIH Unsecured Noteholders, and certain members of the Ad Hoc Committee of EFIH Unsecured Noteholders may cease to be members in the future.  Akin Gump and Chipman Brown reserve the right to amend and/or supplement this Second Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated:  October 10, 2014
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

_____/s/ William E. Chipman, Jr._____
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:        chipman@chipmanbrown.com
              olivere@chipmanbrown.com
              kashishian@chipmanbrown.com
- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Ira S. Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002
Email:        idizengoff@akingump.com
              mlahaie@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:    (202) 887-4000
Facsimile:    (202) 887-4288
Email:        salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders*