**Exhibit A**

**Exhibit A**

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Avenue Capital Management II, LP, on behalf of Avenue Capital Management II GenPar, LLC | 399 Park Avenue New York, NY 10022 | $452,808,344 in EFIH Senior Toggle Notes[1] $33,800,000 in TCEH 2012 Incremental Term Loans[2] |
| GSO Capital Partners LP | 345 Park Avenue 31st Floor New York, NY 10154 | $195,000,611 in EFIH Senior Toggle Notes $167,000,000 in TCEH 2015 Notes[3] |
| P. Schoenfeld Asset Management LP | 1350 Avenue of the Americas 21st Floor New York, NY 10019 | $105,692,339 in EFIH Senior Toggle Notes $25,000,000 in EFIH 2022 Notes[4] |
| Third Avenue Management LLC | 622 Third Avenue 31st Floor New York, NY 10017 | $106,756,999 in EFIH Senior Toggle Notes $4,000,000 in EFH Legacy 2034 Notes[5] $60,000,000 of TCEH 2015 Notes $40,000,000 of TCEH Senior Toggle Notes[6] |

---

[1] "EFIH Senior Toggle Notes" means the principal outstanding amount of the EFIH Senior Toggle Notes.

[2] "TCEH 2012 Incremental Term Loans" means the principal outstanding amount deemed to have been incurred pursuant to Section 1 of that certain Incremental Amendment No. 1, dated as January 4, 2013, by and among the Incremental 2012 Term Lenders (as defined therein), Energy Future Competitive Holdings Company LLC ("EFCH"), the Texas Competitive Electric Holdings Company LLC ("TCEH"), the Credit Parties (as defined therein) party thereto, and Citibank, N.A., as Administrative Agent and Collateral Agent.

[3] "TCEH 2015 Notes" means the principal outstanding amount of the 10.25% fixed senior notes due November 1, 2015, issued by TCEH and TCEH Finance, Inc., pursuant to that certain Indenture, dated as of October 31, 2007, by and among TCEH and TCEH Finance, Inc. as the issuers; EFCH and certain TCEH subsidiaries, as guarantors, and Law Debenture Trust Company of New York, as successor trustee to the Bank of New York Mellon Trust Company, N.A. ("BNY").

[4] "EFIH 2022 Notes" means the principal outstanding amount of the 11.75% senior secured second lien notes due March 1, 2022, issued by EFIH and EFIH Finance pursuant to that certain Indenture (the "EFIH Second Lien Note Indenture"), dated April 25, 2011, by and among EFIH and EFIH Finance, as issuers, and BNY, as trustee.

[5] "EFH Legacy 2034 Notes" means the principal outstanding amount of the 6.55% series R senior notes due November 15, 2034, issued by EFH pursuant to that certain Indenture (the "EFH Legacy Note Indenture"), dated November 1, 2004, by and among EFH, as issuer, and BNY, as trustee.

[6] "TCEH Senior Toggle Notes" means the 10.50%/11.25% Senior Toggle Notes due November 1, 2016, issued by TCEH and TCEH Finance pursuant to that certain Indenture, dated as of December 6, 2007, by and among TCEH and TCEH Finance, Inc. as the issuers; EFCH and certain TCEH subsidiaries, as guarantors; and Law Debenture Trust Company of New York, as successor trustee to BNY.

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| York Capital Management Global Advisors, LLC | 767 Fifth Avenue 17th Floor New York, NY 10153 | $444,600,000 in EFIH Senior Toggle Notes $6,000,000 in EFH LBO Toggle Notes[7] $9,000,000 in EFIH 2021 Notes[8] $2,000,000 in EFH Legacy 2014 Notes[9] $20,000,000 in EFH Legacy 2024 Notes[10] $5,000,000 in EFH Legacy 2034 Notes |

---

[7] "EFH LBO Toggle Notes" means the principal outstanding amount of 11.25%/12.00% toggle notes due November 1, 2017, issued by EFH pursuant to that certain Indenture, dated as of October 31, 2007, by and among EFH, as the issuer, EFCH and EFIH, as guarantors, and BNY, as trustee.

[8] "EFIH 2021 Notes" means the principal outstanding amount of the 11.0% senior secured second lien notes due October 1, 2021, issued by EFIH and EFIH Finance pursuant to the EFIH Second Lien Note Indenture.

[9] "EFH Legacy 2014 Notes" means the principal outstanding amount of the 5.55% series P senior notes due November 15, 2014, issued by EFH pursuant to the EFH Legacy Note Indenture.

[10] "EFH Legacy 2024 Notes" means the principal outstanding amount of the 6.50% series Q senior notes due November 15, 2024, issued by EFH pursuant to the EFH Legacy Note Indenture.

2