IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings, Inc., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket Nos. 2087, 2379 and 2380** |

------------------------------------------------------------- x

### NOTICE OF REFILING OF OBJECTION OF THE EFIH SECOND LIEN NOTES INDENTURE TRUSTEE AND EFIH SECOND LIEN GROUP TO DEBTORS' MOTION TO APPROVE BIDDING PROCEDURES

On October 10, 2014, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for $2,156,392,000 aggregate principal amount of second lien notes issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., and certain Second Lien Noteholders (the "**EFIH Second Lien Group**"), filed their objection (the "**Objection**") [Dkt. No. 2379] to the EFIH Debtors' motion (the "**Bid Procedures Motion**") for entry of an order approving (a) approving bidding procedures, (b) scheduling an auction and related deadlines and hearings, and (c) approving the form and manner of notice thereof [Dkt. 2087].

KL2 2867459.1 067250/00001

Please take notice that, attached hereto as Exhibit A, is a revised Objection which contains fewer redactions (with the Debtors' permission) than the original version. No other changes have been made.

Dated: October 11, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
        rfeinstein@pszjlaw.com

- and -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000
Email: tmayer@kramerlevin.com
        jbrody@kramerlevin.com

*Counsel to the EFIH Second Lien Group and the Indenture Trustee*

- and -

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Indenture Trustee*