IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings, Inc., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                           ) ss:
COUNTY OF NEW CASTLE       )

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the EFIH Second Lien Notes Indenture Trustee in the above-captioned action, and that on the 10th day of October 2014 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

*Objection of EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group to Debtors' Motion to Approve Bidding Procedures [UNREDACTED COPY]*

_____
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this __13__ day of October 2014

_____
Notary Public
Commission Exp.: _____

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

DOCS_DE:195699.1 23731/001

EFIH Confidentiality Agreement
**Unredacted** Service List
Case No. 14-10979 (CSS)
Document No. 195690
03 – Hand Delivery
05 – First Class Mail

**Hand Delivery**
(U.S. Trustee)
Richard Schepacarter, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Mark Collins, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**Hand Delivery**
(Counsel for the Official Committee of Unsecured Creditors)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**First Class Mail**
(Counsel to the Debtors)
Richard M. Cieri, Esquire
Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611

**First Class Mail**
(Counsel to the Debtors)
James H.M. Sprayregen, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
Andrew McGaan, Esquire
William T. Pruitt, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

**First Class Mail**
(Counsel to the Debtors)
Bridget O'Connor, Esquire
David R. Dempsey, Esquire
KIRKLAND & ELLIS LLP
655 15th Street NW
Washington, DC 20005

**First Class Mail**
(Counsel to the Debtors)
Mark E. McKane, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104

**First Class Mail**
(Counsel for the Official Committee of Unsecured Creditors)
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd M. Goren, Esquire
Charles L. Kerr, Esquire
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019