IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) ) | Case No. 14-10979 (CSS) |
| | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) | **Related to D.I. 2271** |

### AMENDED NOTICE OF DEPOSITION OF WILLIAM O. HILTZ

**TO:** William O. Hiltz, Senior Managing Director, Evercore Group LLC, c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Mark E. McKane, 555 California Street, San Francisco, California 94104.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of William

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

1

O. Hiltz in connection with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof*, filed September 19, 2014 [Docket No. 2087] and the relief requested therein, on **October 14, 2014 at 9:30 a.m.** (Eastern Standard Time), at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036.  The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: October 13, 2014
Wilmington, Delaware

>FOX ROTHSCHILD LLP
>
>By: /s/ Jeffrey M. Schlerf
>Jeffrey M. Schlerf (No. 3047)
>John H. Strock (No. 4965)
>L. John Bird (No. 5310)
>919 North Market St., Suite 300
>Wilmington, DE 19801
>Telephone:  (302) 654-7444
>Facsimile:  (302) 463-4971
>jschlerf@foxrothschild.com
>jstrock@foxrothschild.com
>lbird@foxrothschild.com
>
>and
>
>WHITE & CASE LLP
>Thomas E. Lauria (admitted *pro hac vice*)
>Matthew C. Brown (admitted *pro hac vice*)
>Southeast Financial Center, Suite 4900
>200 South Biscayne Blvd.
>Miami, FL 33131
>Telephone:  (305) 371-2700
>Facsimile:  (305) 358-5744
>tlauria@whitecase.com
>mbrown@whitecase.com
>
>J. Christopher Shore (admitted *pro hac vice*)
>Gregory M. Starner (admitted *pro hac vice*)
>1155 Avenue of the Americas
>New York, NY 10036
>Telephone:  (212) 819-8200
>Facsimile:  (212) 354-8113
>cshore@whitecase.com
>gstarner@whitecase.com
>
>*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*

3