
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that that I, L. John Bird, hereby certify that on the 10th day of October, 2014, true and correct copies of the following were served upon the parties on the attached service list by electronic mail:

1. Ad Hoc Group Of TCEH Unsecured Noteholders' Responses and Objections to Initial Consolidated Requests of the Ad Hoc Committee of TCEH First Lien Creditors Pursuant to Legacy Discovery Protocol; and

2. Ad Hoc Group Of TCEH Unsecured Noteholders' Responses and Objections to Debtors' Initial Consolidated Requests in Accordance with the Legacy Discovery Protocol.

Dated: October 13, 2014  
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: /s/ L. John Bird  
Jeffrey M. Schlerf (No. 3047)  
John H. Strock (No. 4965)  
L. John Bird (No. 5310)  
Citizens Bank Center  
919 North Market St., Suite 300  
Wilmington, DE 19801  
Telephone:  (302) 654-7444  
Facsimile:  (302) 463-4971  
jschlerf@foxrothschild.com  
jstrock@foxrothschild.com  
lbird@foxrothschild.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

-and-

WHITE & CASE LLP
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

-and-

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of
TCEH Unsecured Noteholders*