*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Official Service List for Legacy Discovery**

| | | |
|---|---|---|
| alawrence@mofo.com<br>aprinci@mofo.com<br>brettmiller@mofo.com<br>ckerr@mofo.com<br>erichards@mofo.com<br>jmarines@mofo.com<br>ksadeghi@mofo.com<br>lmarinuzzi@mofo.com<br>smartin@mofo.com<br>tgoren@mofo.com<br>jpeck@mofo.com | James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Charles L. Kerr<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000 | *Counsel for the Official Committee of Unsecured Creditors* |
| tlauria@whitecase.com<br>charles.koster@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>mshepherd@whitecase.com<br>harrison.denman@whitecase.com | J. Christopher Shore<br>Gregory M. Starner<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200 | *Counsel for the Ad Hoc Group of TCEH Unsecured Noteholders* |
| jcoffey@brownrudnick.com<br>jdmarshall@brownrudnick.com<br>jjonas@brownrudnick.com<br>jstoll@brownrudnick.com<br>MJackson@brownrudnick.com<br>spoddar@brownrudnick.com<br>alauchheimer@brownrudnick.com<br>eweisfelner@brownrudnick.com | Edward S. Weisfelner<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800 | *Counsel for Wilmington Savings Fund Society* |

| | | |
|---|---|---|
| julia.allen@kirkland.com<br>elizabeth.dalmut@kirkland.com<br>alexander.davis@kirkland.com<br>ddempsey@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>michele.gutrick@kirkland.com<br>SHessler@kirkland.com<br>CHusnick@kirkland.com<br>howard.kaplan@kirkland.com<br>alevin@kirkland.com<br>amcgaan@kirkland.com<br>MMcKane@kirkland.com<br>BOconnor@kirkland.com<br>WPruitt@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>ksturek@kirkland.com<br>holly.trogdon@kirkland.com<br>andrew.welz@kirkland.com<br><br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com<br>Romanowicz@rlf.com | Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>Bridget O'Connor<br>David Dempsey<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>.<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A**<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700 | *Proposed Counsel to the Debtors and Debtors in Posession* |
| Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | Richard L. Schepacarter<br>U.S. Department of Justice<br>Office of the United State Trustee<br>J. Caleb Boggs Federal Bulding<br>844 N. King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br><br>Andrea B. Schwartz<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>Southern District of New York<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>(212) 510-0531 | *Counsel for U.S. Trustee* |

2

KE 33136671.8

| | | |
|---|---|---|
| akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>LMWeiss@wlrk.com<br>rgmason@wlrk.com | Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000 | *Counsel for Texas Energy Future CapitalHoldings LLC and Texas Energy Future Holdings Limited Partnership* |
| aaron.krieger@ropesgray.com<br>andrew.devore@ropesgray.com<br>erin.macgowan@ropesgray.com<br>john.mcclain@ropesgray.com<br>keith.wofford@ropesgray.com<br>leonard.winters@ropesgray.com<br>mark.somerstein@ropesgray.com<br>martin.crisp@ropesgray.com<br>meredith.tinkham@ropesgray.com<br>ross.martin@ropesgray.com<br>ssally@ropesgray.com<br>timothy.farrell@ropesgray.com<br>William.Roberts@ropesgray.com<br>michael.winograd@ropesgray.com | Keith H. Wofford<br>Mark R. Somerstein<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212)-596-9000 | *Counsel for CSC Trust Company of Delaware* |
| aglenn@kasowitz.com<br>dfliman@kasowitz.com<br>DRosner@kasowitz.com | David Rosner<br>Andrew Glenn<br>Daniel Fliman<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN**<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>Telephone: (212) 506-1726 | *Counsel for the Ad Hoc Group of EFH Legacy Noteholders and Caxton Associates* |

3

KE 33136671.8

| | | |
|---|---|---|
| jeffrey.sabin@bingham.com<br>julia.frost-davies@bingham.com<br>patrick.strawbridge@bingham.com<br>amy.kyle@bingham.com<br>christopher.carter@bingham.com | Jeffrey Sabin<br>**BINGHAM MCCUTCHEN LLP**<br>399 Park Avenue<br>New York, NY 10022-4689<br>Telephone: 212-705-7747<br><br>Julia Frost-Davies<br>Patrick Strawbridge<br>**BINGHAM MCCUTCHEN LLP**<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617-951-8000 | *Counsel for Pacific Investment Management Company LLC (PIMCO)* |
| abernstein@paulweiss.com<br>adenhoff@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>edso@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>mkatz@paulweiss.com<br>erichlin@paulweiss.com<br>RBartley@ycst.com | Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000 | *Counsel for the Ad Hoc Committee of TCEH First Lien Creditors* |
| rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com | Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br>**NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02100<br>Telephone: 617-345-1000 | *American Stock Transfer & Trust Company, LLC as Indenture Trustee for Certain Notes* |
| kotwick@sewkis.com<br>ashmead@sewkis.com<br>Debaecke@BlankRome.com | Mark D. Kotwick<br>John Ashmead<br>**SEWARD & KISSEL LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: 212-574-1200<br><br>Michael D. BeBaecke<br>**BLANK ROME LLP**<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | *Wilmington Trust FSB in its Capacity as TCEH First Credit Agent* |

4

KE 33136671.8

| | | |
|---|---|---|
| ghorowitz@kramerlevin.com | Gregory A. Horowitz<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 | *Computershare Trust Company, N.A. and Computershare Trust Company of Canada as Party of Interest* |