IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 1996, 2019, 2049, 2068** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 18, 2014, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B." I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C."

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
19th day of September, 2014

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 20 18

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AEC POWERFLOW, LLC
     100 SW SCHERER ROAD
     LEES SUMMIT, MO 64082
```

Please note that your claim # 4272-01 in the above referenced case and in the amount of $53,849.66 has been transferred **(unless previously expunged by court order)** to:

```
     TRC MASTER FUND LLC
     TRANSFEROR: AEC POWERFLOW, LLC
     ATTN: TERREL ROSS
     PO BOX 633
     WOODMERE, NY 11598
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                    824 NORTH MARKET STREET, 3RD FLOOR
                    WILMINGTON, DE 19801
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 1996       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/18/2014                                    David D. Bird, Clerk of Court

                                                    /s/ Lauren Rodriguez
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 18, 2014.

**EXHIBIT B**

TXU ENERGY
CREDITOR LISTING

| Name | Address |
|---|---|
| AEC POWERFLOW, LLC | 100 SW SCHERER ROAD LEES SUMMIT MO 64082 |
| CUTSFORTH PRODUCTS INC | 5160 INDUSTRIAL WAY, SUITE 101 FERNDALE WA 98248 |
| CUTSFORTH PRODUCTS INC | 7854 12TH AVE SOUTH BLOOMINGTON MN 55425 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ROYAL PURPLE, LLC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| PROGRESSIVE WATER TREATMENT | 2535 E UNIVERSITY DR. MCKINNEY TX 75069 |
| PROGRESSIVE WATER TREATMENT | PO BOX 774 MCKINNEY TX 75070 |
| ROYAL PURPLE, LLC | 2780 WATERFRONT PARKWAY E DR SUITE 200 INDIANAPOLIS IN 46214 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: CUTSFORTH PRODUCTS INC 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TRC MASTER FUND LLC | TRANSFEROR: AEC POWERFLOW, LLC ATTN: TERREL ROSS PO BOX 633 WOODMERE NY 11598 |
| TRC MASTER FUND LLC | TRANSFEROR: PROGRESSIVE WATER TREATMENT ATTN: TERREL ROSS PO BOX 633 WOODMERE NY 11598 |

Total Number of Records Printed     10

**EXHIBIT C**

*EFH_NTC OF TRANSFER_9-18-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801