IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket Nos. 2074-2076** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                        ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 17, 2014, I caused to be served the:

    a) "Notice of Fee Statement," dated September 17, 2014, to which was attached the "First Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period April 29, 2014 through May 31, 2014," dated September 16, 2014 [Docket No. 2074],

    b) "Notice of Fee Statement," dated September 17, 2014, to which was attached the "Second Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2014 through June 30, 2014," dated September 16, 2014 [Docket No. 2075], and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

c)  "Notice of Fee Statement," dated September 17, 2014, to which was attached the "Third Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2014 through July 31, 2014," dated September 16, 2014 [Docket No. 2076],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
19th day of September, 2014

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

-2-

**EXHIBIT A**

| | |
|---|---|
| EFH_A&M FEE APPS DI 2074-2076_9-17-14<br>ENERGY FUTURE HOLDINGS CORP ET AL<br>ATTN: ANDREW M WRIGHT & CECILY GOOCH<br>1601 BRYAN ST 43RD FL<br>DALLAS, TX 75201 | EFH_A&M FEE APPS DI 2074-2076_9-17-14<br>UNITED STATES TRUSTEE – REGION 3<br>ATTN: RICHARD L. SCHEPACARTER<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING ST, ROOM 2207<br>WILMINGTON, DE 19801 |
| EFH_A&M FEE APPS DI 2074-2076_9-17-14<br>UNITED STATES TRUSTEE – REGION 3<br>ATTN: ROBERTA A. DEANGELIS<br>833 CHESTNUT ST, SUITE 500<br>PHILADELPHIA, PA 19107 | EFH_A&M FEE APPS DI 2074-2076_9-17-14<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>ATTN: ANDREA B. SCHWARTZ<br>U.S. FEDERAL BUILDING<br>201 VARICK STREET, ROOM 1006<br>NEW YORK, NY 10014 |
| EFH_A&M FEE APPS DI 2074-2076_9-17-14<br>SHEARMAN & STERLING LLP<br>(AGENT TO EFIH FIRST LIEN DIP FINANCING)<br>ATTN: FREDERICK SOSNICK ESQ &<br>NED SHODEK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | EFH_A&M FEE APPS DI 2074-2076_9-17-14<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>(COUNSEL TO AGENT TCEH DIP FINANCING)<br>ATTN: EVAN FLECK AND MATTHEW BROD<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| EFH_A&M FEE APPS DI 2074-2076_9-17-14<br>MORRISON & FOERSTER LLP<br>(COUNSEL TO OFFICIAL CREDITORS'<br>COMMITTEE)<br>ATTN: LORENZO MARINUZZI & JENNIFER MARINES<br>250 W. 55TH STREET<br>NEW YORK, NY 10019 | EFH_A&M FEE APPS DI 2074-2076_9-17-14<br>GODFREY & KAHN, S.C.<br>(PROPOSED COUNSEL TO FEE COMMITTEE)<br>ATTN: KATHERINE STADLER<br>ONE EAST MAIN STREET<br>MADISON, WI 53703 |