**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 2077 & 2078** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 17, 2014, I caused to be served the:

    a)  "Certification of Counsel Regarding Order Scheduling Omnibus Hearing Dates," dated September 17, 2014 [Docket No. 2077], (the "Certification of Counsel"), and

    b)  "Fourth Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon," dated September 17, 2014 [Docket No. 2078], (the "4th Omnibus Re-Notice"),

    by causing true and correct copies of the:

    i.   Certification of Counsel and 4th Omnibus Re-Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  Certification of Counsel and 4th Omnibus Re-Notice, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

---

1   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

    iii.    4th Omnibus Re-Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Ca Li Zhang

Carol Zhang

Sworn to before me this
19th day of September, 2014

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN, SACHS & CO.) KEVIN G. ABRAMS & JOHN M. SEAMAN 20 MONTCHANIN ROAD, SUITE 200 WILMINGTON DE 19807 |
| ADA CARBON SOLUTIONS | (RED RIVER ENVIRONMENTAL PRODUCTS) ATTN: PETER O. HANSEN 1460 W CANAL COURT LITTLETON CO 80120-5632 |
| ADA CARBON SOLUTIONS (RED RIVER ENVIRON. PRODUCTS) | ATTN: PETER O HANSEN 1460 W CANAL CT LITTLETON CO 80120-5632 |
| AEP TEXAS NORTH COMPANY | ATTN: CHARLES R. PATTON 1 RIVERSIDE PLAZA COLUMBUS OH 43215-2372 |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC.) ATTN: SUNDEEP S. SIDHU 420 S. ORANGE AVENUE, SUITE 1200 ORLANDO FL 32801-4904 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY LINDSAY ZAHRADKA ONE BRYANT PARK, BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVENUE, NW WASHINGTON DC 20036-1564 |
| ALCOA | ATTN: MAX W LAUN 201 ISABELLA STREET PITTSBURGH PA 15219-5858 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS, ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY 55 WEST MONROE, SUITE 4000 CHICAGO IL 60603 |
| AMECO INC | ATTN: DEAN SMITH 2106 ANDERSON ROAD GREENVILLE SC 29611 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL 6201 15TH AVENUE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST COMPANY LLC | ATTN: PAUL KIM 6201 15TH AVENUE BROOKLYN NY 11219 |
| ANDREWS KURTH LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA 111 CONGRESS AVENUE SUITE 1700 AUSTIN TX 78701 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ PO BOX 1150 WILMINGTON DE 19899 |
| ASHER MEDIA INC | ATTN: KALYN ASHER 15303 DALLAS PARKWAY, SUITE 1300 ADDISON TX 75001 |
| AUTOMATIC SYSTEMS INC | ATTN: MICHAEL HOEHN 9230 EAST 47TH STREET KANSAS CITY MO 64133 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS 2001 ROSS AVE. DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 222 DELAWARE AVE STE 900 WILMINGTON DE 19801 |
| BENCHMARK INDUSTRIAL SERVICES | ATTN: MIKE WILCOX 2100 STATE HIGHWAY 31 E KILGORE TX 75662 |
| BENCHMARK INDUSTRIAL SERVICES | ATTN: MIKE WILCOX PO BOX 931 KILGORE TX 75663 |
| BINGHAM MCCUTCHEN LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP) ATTN: JEFFREY S. SABIN ESQ 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JULIA FROST-DAVIES ESQ & CHRISTOPHER L. CARTER ESQ ONE FEDERAL STREET BOSTON MA 02110-1726 |
| BLANK ROME | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103 |
| BLUME  FAULKNER  SKEEN & NORTHAM PLLC | (COUNSEL TO NATIONAL FIELD SERVICES) ATTN: BRETTON C. GERARD 111 W. SPRING VALLEY ROAD, SUITE 250 RICHARDSON TX 75081 |
| BNSF RAILWAY COMPANY | C/O HAYNES & BOONE, LLP ATTN: IAN T. PECK, ESQ. 201 MAIN STREET, SUITE 2200 FORT WORTH TX 76102-3126 |
| BNSF RAILWAY COMPANY | ATTN: JASON SPENCER 3001 LOU MENK DR FORT WORTH TX 76131 |
| BNSF RAILWAY COMPANY | ATTN: PETER LEE, SENIOR GENERAL ATTORNEY 2500 LOU MENK DRIVE FORT WORTH TX 76131-2828 |

| Claim Name | Address Information |
|---|---|
| BRAKE SUPPLY CO INC | ATTN: DAVID KOCH 5501 FOUNDATION BLVD EVANSVILLE IN 47725 |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C. RYAN 1025 THOMAS JEFFERSON STREET, NW WASHINGTON DC 20007 |
| BROWN & CONNERY, LLP | (COUNSEL TO SAP INDUSTRIES, INC.) ATTN: DONALD K. LUDMAN 6 NORTH BROAD STREET, SUITE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM STREET HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY COFFEY ESQ ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON 55 SECOND STREET, 17TH FLOOR SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) ATTN: KATHLEEN A. MURPHY 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| CAPGEMINI NORTH AMERICA INC | ATTN: ISABELLE ROUX-CHENU 623 FIFTH AVE 33RD FLOOR NEW YORK NY 10022 |
| CARMODY MACDONALD P.C. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY D. WILLARD 120 S. CENTRAL AVENUE, SUITE 1800 SAINT LOUIS MO 63105 |
| CENTERPOINT ENERGY HOUSTON | ROBERT CLAUDE, ESQ., ASSOCIATE GENERAL COUNSEL 1111 LOUISIANA STREET HOUSTON TX 77002 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES, LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK 388 GREENWICH ST, 21ST FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON STREET FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J. ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC) ATTN: WILLIAM E. KELLEHER, JR. 625 LIBERTY AVENUE PITTSBURGH PA 15222-3152 |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO NOVA CHEMICALS INC.) ATTN: THOMAS D. MAXSON 625 LIBERTY AVENUE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, UNIVERSITY ST., SUITE 700 MONTREAL QC H3A 3S8 CANADA |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: KAREN C. BIFFERATO ESQ & KELLY M. CONLAN ESQ 1000 WEST STREET, SUITE 1400 WILMINGTON DE 19801 |
| COURTNEY CONSTRUCTION INC | ATTN: KARLOS COURTNEY 2617 US HWY 79N CARTHAGE TX 75633 |

| Claim Name | Address Information |
|---|---|
| COUSINS CHIPMAN & BROWN, LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN 1007 NORTH ORANGE STREET, SUITE 1110 WILMINGTON DE 19801 |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN STREET, SUITE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J. ARON & COMPANY) ATTN: MARK E. FELGER 1201 NORTH MARKET STREET, SUITE 1001 WILMINGTON DE 19801 |
| CRANE NUCLEAR INC | PRESIDENT OR GENERAL COUNSEL 2825 COBB INTERNATIONAL BLVD NW KENNESAW GA 30152 |
| CROSS & SIMON, LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) ATTN: MICHAEL J. JOYCE ESQ 1105 N MARKET ST STE 901 WILMINGTON DE 19801 |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ 324 N ROBINSON AVE STE 100 OKLAHOMA CITY OK 73102 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| DATA SYSTEMS & SOLUTIONS LLC | (ROLLS ROYCE) MILES COWDRY,ROLLS-ROYCE CIVIL NUCLEAR,994-A EXPLORER BLVD HUNTSVILLE AL 35806 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVENUE, SUTIE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE 222 DELAWARE AVE., STE. 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R. FINE 1717 MAIN STREET, SUITE 4000 DALLAS TX 75201 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND, AGENT 307 INTERNATIONAL CIRCLE STE 270 COCKEYSVILLE MD 21030 |
| EPIQ BANKRUPTY SOLUTIONS, LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. 757 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| FLUOR GLOBAL SERVICES | ATTN: CARLOS M. HERNANDEZ 6700 LAS COLINAS BLVD IRVING TX 75039 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD 919 NORTH MARKET STREET, SUITE 300 WILMINGTON DE 19801 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.) ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE ONE NEW YORK PLAZA NEW YORK NY 10004 |
| FRISCO CONSTRUCTION SERVICES | ATTN: CLAY THOMAS 9550 JOHN W. ELLIOTT DRIVE, SUITE 106 FRISCO TX 75033 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO.) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN 1000 LOUISIANA, STE. 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C. | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL 777 E. 15TH ST. PLANO TX 75074 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 913 N. MARKET STREET, 10TH FLOOR WILMINGTON DE 19801 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| GRAINGER | ATTN: JOHN L. HOWARD 100 GRAINGER PKWY LAKE FOREST IL 60045 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: JONATHAN HOOK 30 ROCKEFELLER CENTER, 26TH FLOOR NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: PATRICK L. HUGHES 1221 MCKINNEY ST STE 2100 |

| Claim Name | Address Information |
|---|---|
| HAYNES AND BOONE LLP | HOUSTON TX 77010 |
| HAYNES AND BOONE, LLP | (COUNSEL TO BNSF RAILWAY COMPNAY) ATTN: IAN T. PECK 201 MAIN STREET, SUITE 2200 FORT WORTH TX 76102-3126 |
| HCL AMERICA INC | ATTN: RAGHU RAMAN LAKSHMANAN 330 POTRERO AVENUE SUNNYVALE CA 94085 |
| HEADWATERS RESOURCES INC | ATTN: HARLAN M. HATFIELD 10701 S RIVER FRONT PARKWAY SUITE 300 SOUTH JORDAN UT 84095 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS, INC.) ATTN: JENNIFER V. DORAN 28 STATE STREET BOSTON MA 02109 |
| HOLT TEXAS LTD, D/B/A HOLT CAT | ATTN: MICHAEL PURYEAR, ESQ., GENERAL COUNSEL 3302 SOUTH W.W. WHITE RD SAN ANTONIO TX 78222 |
| HYDROCARBON EXCHANGE CORP. | ATTN: R SCOTT HOPKINS 5910 N CENTRAL EXPRESSWAY STE 1380 DALLAS TX 75206 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| J & S CONSTRUCTION LLC | ATTN: JEFF GRODEL PO BOX 400 BUFFALO TX 75831 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 901 MAIN STREET, SUITE 6000 DALLAS TX 75202 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E. PECAN STREET, SUITE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL 2727 NORTH HARWOOD STREET DALLAS TX 75201 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: MICHAEL L. DAVITT 2727 NORTH HARWOOD STREET DALLAS TX 75201 |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | ATTN: WILLIAM WOCHNER 427 WEST 12TH STREET KANSAS CITY MO 64105 |
| KANSAS CITY SOUTHERN RAILWAY (KCS) | ATTN: WILLIAM WOCHNER PO BOX 219335 KANSAS CITY MO 64121-9335 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH 101 PARK AVENUE NEW YORK NY 10178 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H. LEMISCH 919 MARKET STREET, SUITE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LACKEY HERSHMAN, LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 400 MADISON AVE STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NATURAL GAS PIPELINE COMPANY OF AMERICA; EL PASO NATURAL GAS) ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FREEWAY, SUITE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS P.O. BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |

| Claim Name | Address Information |
|---|---|
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130-6036 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| LOWER COLORADO RIVER AUTHORITY | ATTN: PHIL WILSON TRANSMISSION SERVICES CORP 3700 LAKE AUSTIN BLVD. AUSTIN TX 78703 |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE PO BOX 220 AUSTIN TX 78767 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION, INC.) ATTN: JAMES E. HUGGETT & AMY D. BROWN 300 DELAWARE AVENUE, SUITE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND, LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI & KOREY G. KALLSTROM 90 SOUTH SEVENTH STREET, SUITE 3300 MINNEAPOLIS MN 55402 |
| MCCATHERN, PLLC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L. HOWELL REGENCY PLAZA 3710 RAWLINS, SUITE 1600 DALLAS TX 75219 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON PO BOX 1269 ROUND ROCK TX 78680 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY ONE BRYANT PARK, 47TH FLOOR NEW YORK NY 10036 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. 600 TRAVIS STREET, SUITE 7000 HOUSTON TX 77002 |
| MERICO ABATEMENT CONTRACTORS INC | ATTN: ATTN: MIKE CROFFLAND - GENERAL MANAGER 201 ESTES DR LONGVIEW TX 75602-6100 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) 111 NORTH 6TH STREET PO BOX 846 CLINTON OK 73601 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: JONATHAN BROWN 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MINE SERVICE LTD | ATTN: KEITH DEBAULT 855 E US HIGHWAY 79 ROCKDALE TX 76567 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: NATALIE D RAMSEY ESQ & DAVIS LEE WRIGHT ESQ 1105 N MARKET ST STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M. MILLER PO BOX 2306 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ 3050 FROST BANK TOWER 401 CONGRESS AVE AUSTIN TX 78701-4071 |
| MYERS HILL | (COUNSEL TO PROPERTY TAX PARTNERS) ATTN: ROBERT J. MYERS 2525 RIDGMAR BLVD., STE. 150 FORT WORTH TX 76116 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC.) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN STREET, 17TH FLOOR PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN 100 SUMMER STREET BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| NORTHEAST TEXAS POWER LTD | ATTN: DAVID PETTY, PRESIDENT PO BOX 557 CUMBY TX 75433 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN PO BOX 8705 WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL HASTINGS LLP | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: LUC A DESPINS ESQ, ANDREW V TENZER ESQ G. ALEXANDER BONGARTZ ESQ 75 EAST 55TH STREET 1ST FL NEW YORK NY 10022 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: CRAIG YAMAOKA, SENIOR FINANCIAL ANALYST 1200 K STREET, NW WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M. AMADOR, ATTY 1200 K STREET, N.W. WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ PO BOX 13430 ARLINGTON TX 76094-0430 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |
| PERFORMANCE CONTRACTING INC | ATTN: CHUCK WILLIAM 16400 COLLEGE BLVD LENEXA KS 66219 |
| PIERCE CONSTRUCTION INC | ATTN: KENNETH PIERCE - OWNER PO BOX 69 BECKVILLE TX 75631 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS AFFILIATES AND SUBSIDIARIES) ATTN: KEVIN M. CAPUZZI 1220 NORTH MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T. DONILON, ESQ. 1220 NORTH MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| POLSINELLI PC | (PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE) ATTN: EDWARD FOX ESQ 900 THIRD AVE 21ST FL NEW YORK NY 10022 |
| POLSINELLI PC | (PROPOSED COUNSEL TO THE EFH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 WEST 7TH STREET, SUITE 600 FORT WORTH TX 76102 |

| Claim Name | Address Information |
|---|---|
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ PO BOX 951 WILMINGTON DE 19801 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO NORTH CENTRAL AVENUE PHOENIX AZ 85004-2391 |
| RANGER EXCAVATING LP | ATTN: BRAD MCKENZIE - CONTROLLER 5222 THUNDER CREEK ROAD AUSTIN TX 78759 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE) ATTN: RICHARD A. ROBINSON 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: AMY M. TONTI, ESQ. REED SMITH CENTRE 225 FIFTH AVENUE, SUITE 1200 PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT CORPORATION & MICROSOFT LICENSING, GP) ATTN: JOSEPH E. SHICKICH, JR. & HILARY B. MOHR 1001 - 4TH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| RYAN PARTNERSHIP (FORMERLY SOLUTIONSET) | ATTN: MARY PERRY 440 POLARIS PARKWAY WESTERVILLE OH 43082 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ PO BOX 1266 WILMINGTON DE 19899 |
| SECURITAS SECURITY SERVICES USA | ATTN: SONIA JASMAN 2 CAMPUS DRIVE PARSIPPANY NJ 07054-4400 |
| SECURITAS SECURITY SERVICES USA | ATTN: LEGAL DEPARTMENT 4330 PARK TCE DRIVE WESTLAKE VILLAGE CA 91361 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10014 |
| SHAW MAINTENANCE (CB&I) | ATTN: RICHARD E. CHANDLER, JR. C/O CB&I - ONE CB&I PLAZA 2103 RESEARCH FOREST DRIVE THE WOODLANDS TX 77380 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHEEHY, LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON 510 N. VALLEY MILLS DR., SUITE 500 WACO TX 76710 |
| SILLS CUMMIS & GROSS P.C. | (COUNSEL TO BENBROOK ELECTRIC PARTNERS, LLC) ATTN: VALERIE A. HAMILTON, ESQ. 600 COLLEGE ROAD EAST PRINCETON NJ 08540 |
| SITEL LLC | ATTN: DAVID BECKMAN, CHIEF LEGAL OFFICER 3102 WEST END AVENUE, SUITE 900 NASHVILLE TN 37203 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: JAY M. GOFFMAN FOUR TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO PO BOX 636 WILMINGTON DE 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON 155 NORTH WACKER DRIVE, SUITE 2700 CHICAGO IL 60606-1720 |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M. MILLER PO BOX 410 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES, INC.) ATTN: DAVID E. LETA 15 WEST SOUTH TEMPLE, SUITE 1200 SALT LAKE CITY UT 84101 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON 221 E. FOURTH ST., SUITE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STREUSAND, LANDON & OZBURN, LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND 811 BARTON SPRINGS RD, STE. 811 AUSTIN TX 78704 |

| Claim Name | Address Information |
|---|---|
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY, LLC) ATTN: ELIHU E. ALLINSON, III 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| TAGGART GLOBAL LLC | ATTN: JOHN LUKE C/O FORGE GROUP LTD 4000 TOWN CENTER BLVD., STE 300 CANONSBURG PA 15317 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY, LLC) ATTN: STEPHEN C. GREENBERG 1600 PARKWOOD CIRCLE, SUITE 400 ATLANTA GA 30339 |
| TEAM EXCAVATING | ATTN: WAYNE YOST, OWNER 815 N MAIN STREET WRENS GA 30833 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS-NEW MEXICO POWER COMPANY | ATTN: SCOTT SEAMSTER 414 SILVER AVENUE SW ALBUQUERQUE NM 87102-3289 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD, 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS STREET, 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST, 16TH FLOOR HOUSTON TX 77002 |
| THE HOGAN FIRM | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: DANIEL K HOGAN ESQ 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| THE HOGAN FIRM | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS | ATTN: ANDREW S CONWAY ESQ 200 EAST LONG LAKE RD STE 300 BLOOMFIELD HILLS MI 48304 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK PLAZA, SUITE 3200 SAINT LOUIS MO 63101 |
| TPUSA | ATTN: JOHN WARREN MAY 1991 SOUTH 4650 WEST SALT LAKE CITY UT 84104 |
| TRANSACTEL INC | ATTN: GUILLERMO MONTANO 18 CALLE 25-85 Z.10 TORRE TRANSACTEL PRADERA GUATEMALA CITY GUATEMALA |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TRENT WIND FARM L.P. | ATTN: CHRISTINE MCGARVEY TRENT WIND FARM 1423 CR 131 TRENT TX 79561 |
| TRENT WIND FARM LP | ATTN: JAY JADWIN & LISA GROFF TRENT WIND FARM 155 W. NATIONWIDE BLVD, SUITE 500 COLUMBUS OH 43215 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & BRETT GOODMAN ESQ THE CHRYSLER BUILDING 405 LEXINGTON AVE NEW YORK NY 10174 |
| TUCKER ARENSBERG, P.C. | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LITTLETON CO 80124 |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON VICE PRESIDENT 2 SOUTH BROADWAY, SUITE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS STREET, STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J. TROY CIVIL DIVISION P.O. BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES OF AMERICA | FEDERAL COMMUNICATIONS COMMISSION UNITED STATES DEPARTMENT OF JUSTICE ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| US DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & W BRADLEY RUSSELL ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ BRIDGEWATER PLACE PO BOX 352 GRAND RAPIDS MI 49501-0352 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L. SCHEIN, ESQ. 1633 BROADWAY, 47TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
| --- | --- |
| WACHTELL, LIPTON, ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 WEST 52ND STREET NEW YORK NY 10019 |
| WARFAB | ATTN: CALVIN GRACE – PRESIDENT & CEO 607 FISHER RD LONGVIEW TX 75604 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) ATTN: GREGORY M. WEINSTEIN 6688 N. CENTRAL EXPRESSWAY, SUITE 675 DALLAS TX 75206 |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| WESTINGHOUSE ELECTRIC CO LLC | ATTN: MIKE SWEENEY SR VP & GENERAL COUNSEL LEGAL & CONTRACTS 1000 WESTINGHOUSE DRIVE, SUITE 572A CRANBERRY TOWNSHIP PA 16066 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: THOMAS LAURIA; MATTHEW BROWN 200 SOUTH BISCAYNE BOULEVARD, SUITE 4900 MIAMI FL 33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR. SEC. NOTES DUE 2020) ATTN: PHILIP D. ANKER; CHARLES C. PLATT; DENNIS L. JENKINS & GEORGE W. SHUSTER, JR. 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J. HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 SOUTH SIXTH STREET, SUITE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ 8301 KATY FREEWAY HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MARK L. DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  243**

**EXHIBIT B**

ENERGY FUTURE HOLDINGS CORP., ET AL.
SERVICE LIST - CONSENTED 2002 LIST PARTIES
EMAIL NOTICE

| Creditor Name | Email Address |
|---|---|
| BAILEY BRAUER PLLC<br>(COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.)<br>ATTN: BENJAMIN L. STEWART | bstewart@baileybrauer.com |
| SEARCY & SEARCY, P.C.<br>(COUNSEL TO D.COURTNEY CONSTRUCTION, INC.)<br>ATTN: JOSHUA P. SEARCY | joshsearcy@jrsearcylaw.com;<br>jrspc@jrsearcylaw.com |

| Total Email Count | 3 |
|---|---|

**EXHIBIT C**

**EFH_DN 2078_09-17-14**

PRICEWATERHOUSECOOPERS LLP ("PWC")
ATTN: JAMES R. HANLON
2001 ROSS AVENUE SUITE 1800
DALLAS, TX 75201

**EFH_DN 2078_09-17-14**

ERNST & YOUNG LLP
ATTN: STEPHEN A. THIEL, COORDINATING PARTNER
2323 VICTORY AVENUE, SUITE 2000
DALLAS, TX  75219

**EFH_DN 2078_09-17-14**

DELOITTE & TOUCHE LLP
ATTN: RANDY STOKX
2200 ROSS AVENUE, SUITE 1600
DALLAS, TX  74201