IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Brenda S. Walters, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, co-counsel to the Ad Hoc Committee of TCEH First Lien Creditors in the above-captioned matter, and that on October 10, 2014, she caused copies of the following to be served upon the parties on the attached service list in the manner indicated.

*Limited Objection of the Ad Hoc Committee of TCEH First Lien Creditors to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* (Docket No. 2395)

_____
Brenda S. Walters

SWORN TO AND SUBSCRIBED before me this 13th day of October 2014.

_____
Notary Public
DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov, 29, 2016

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

# SERVICE LIST
## 10/10/2014

Derek C. Abbott, Esq.
Andrew Remming, Esq.
Erin Fay, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
(Interest Holders)
*First Class Mail*

Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson, LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
(Henry Pratt Company, LLC)
*First Class Mail*

Philip D. Anker, Esq
7 World Trade Center
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich St.
New York, NY 10007
(Marathon Asset Management)
*First Class Mail*

Daniel K. Aston, Esq.
Joseph J. McMahon, Jr., Esq.
Ciardi Ciardi & Astin
1204 North Market Street
Wilmington, DE 19801
(TXU 2007-1 Railcar Leasing; Atmos Energy)
*First Class Mail*

Kevin G. Abrams, Esq.
John M. Seaman, Esq.
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Goldman, Sachs & Co.
*First Class Mail*

Desiree M. Amador, Esq
Office of the Chief Counsel
Pension Benefit Guaranty Corp.
1200 K. Street, N.W.
Washington, DC 20005-4026
(Pension Benefit Guaranty Corp)
*First Class Mail*

John Ashmead, Esq.
Mark D. Kotwick, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
(TCEH First Lien Credit Agent)
*First Class Mail*

Michael L. Atchley, Esq.
Matthew T. Taplett, Esq.
Pope, Hardwicke, Christie, Schell, Kelley & Ray, L.L.P.
500 West 7th Street
Fort Worth, TX 76102
(Tarrant Regional Water District, Northeast Texas Municipal Water District)
*First Class Mail*

James F. Bailey, Esq
The Bailey Law Firm, P.A.
Three Mill Road, Suite 306A
Wilmington,, DE 19806
(Gabriel Roberson)
*First Class Mail*

Karen C. Bifferato, Esq.
Kelly Conlan, Esq.
Connolly Gallagher LLP
The Brandywine Bldg.
1000 West Street, 14th Floor
Wilmington, DE 19801
(Pacific Investment Management Co.)
*First Class Mail*

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Litttletown, CO 80124
(tw telecom inc.)
*First Class Mail*

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801
(Aurelius Capital Management)
*First Class Mail*

Mark S. Chehi, Esq.
Kristhy M. Peguero, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19801
(Borealis Infrasstructure Management)
*First Class Mail*

Dustin L. Banks, Esq.
Gay, McCall, Isaacks, Gordon & ROberts, P.C.
1919 S. Shiloh Road, Suite 310, LB 40
Garland, TX 75042
(Garland Independent School District, City of Garland)
*First Class Mail*

William P. Bowden, Esquire
Gregory Taylor, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
WSFS
*First Class Mail*

Kay D. Brock, Esq.
David Escamilla, Esq.
Travis County
P.O. Box 1748
Austin, TX 78767
*First Class Mail*

Elizabeth Bands Calva, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Somervell County)
*First Class Mail*

Jeffrey S. Cianciulli, Esq.
Weir & Partners LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
(Evercore Group)
*First Class Mail*

Richard Cieri, Esq.
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
(Debtors)
*First Class Mail*

Mark D. Collins, Esq.
Jason M. Madron, Esq.
Daniel J. DeFranceschi, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Debtors)
*First Class Mail*

Amanda D. Darwin, Esq.
Richard C. Pedone, Esq.
Erik Schneider, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(American Stock Transfer & Trust)
*First Class Mail*

Luc A. Despins, Esq.
Andrew V. Tenzer, Esq.
G. Alexander Bongartz, Esq.
Paul Hastings LLP
77 East 55th Street
New York, NY 10022
(CSC (TCEH 11.5% Senior Secured Notes Indenture))
*First Class Mail*

Howard Cohen, Esq.
Robert Malone, Esq.
David B. Aaronson, Esq.
Drinker Biddle & Reath LLP
222 Delaware Ave., Suite 1410
Wilmington, DE 19801
(Citibank, N.A., TCEH DIP Agent)
*First Class Mail*

Scott D. Cousins, Esq.
Mark D. Olivere, Esq.
Ann M. Kashishian, Esq.
Cousins Chipman & Brown, LLP
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Ad Hoc Committee of EFIH Unsecured Noteholders
*First Class Mail*

Michael D. DeBaecke, Esq
Stanley B. Tarr, Esq.
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Wilmington Trust, N.A. , TCEH First Lien Credit Agent)
*First Class Mail*

John P. Dillman, Esq
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253
(Harris County, Angelina County)
*First Class Mail*

Ira S. Dizengoff, Esq
Stephen M. Baldini, Esq.
Robert J. Boller, Esq.
Abid Aureshi, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Place, Bank of America Tower
New York, NY 10036
(Ad Hoc Committee of EFIH Unsecured Noteholders)
*First Class Mail*

Dennis F. Dunne, Esq.
Evan R. Fleck, Esq.
Karen Gartenberg, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(Harris County)
*First Class Mail*

Mark E. Felger, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1101
Wilmington, DE 19801
(J. Aron & Company)
*First Class Mail*

Julia Frost-Davies, Esq
Christopher Carter, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(Pacific Investment Management)
*First Class Mail*

Bretton C. Gerrard, Esq.
The Bretton Gerard Law Firm
111 W. Spring Valley Rd., Ste 250
Richardson, TX 75081
(National Field Services)
*First Class Mail*

Gregory T. Donilon, Esq.
Pinckney, Harris & Weidinger, LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19801
(Automatic Systems, Inc.)
*First Class Mail*

David D. Farrell, Esq.
Thompson Coburn LLP
One US Bank Plaza, Suite 3200
St. Louis, MO 63101
(Martin Engineering Company)
*First Class Mail*

Edward M. Fox, Esq.
Polsinelli Shughart
805 Third Avenue, Suite 2020
New York, NY 10022
Committee Counsel
*First Class Mail*

Georffrey Gay, Esq.
Lloyd Gosselink Rochelle & Townsend
816 Congress Ave., Suite 1900
Austin, TX 78701
(Steering Committee of Cities Served by Oncor)
*First Class Mail*

Steven A. Ginther, Esq.
Special Assistant Attorney General
Missouri Dept of Revenue, General Counsel's Office
301 W. High Street Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
(Missouri Dept of Revenue)
*First Class Mail*

| | |
|---|---|
| Neil B. Glassman, Esq.<br>Jamie L. Edmonson, Esq.<br>GianClaudio Finizio, Esq.<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(CSC (TCEH 11.5% Senior Secured Notes Indenture))<br>*First Class Mail* | Jay M. Goffman, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>(Borealis Infrastrructure Managment, Inc.)<br>*First Class Mail* |
| Peter S. Goodman, Esq.<br>Michael R. Carney, Esq.<br>McKool Smith<br>One Bryant Park, 47th Fl.<br>New York, NY 10036<br>(Alcoa Inc.)<br>*First Class Mail* | Lee Gordon, Esq<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680<br>(Texas Ad Valorem Taxing Jurisdictions)<br>*First Class Mail* |
| Stephen C. Greenberg, Esq.<br>Taylor English Duma LLP<br>1600 Parkwood Circle, Suite 400<br>Atlanta, GA 30339<br>(Henry Pratt Company, LLC)<br>*First Class Mail* | Kerry L. Haliburton, Esq.<br>Naman, Howell, Smith & Lee, PLLC<br>P.O. Box 1470<br>Waco, TX 76703-1470<br>Buffalo Industrial Supply, Inc.<br>*First Class Mail* |
| John A. Harris, Esq.<br>Jason D. Curry, Esq.<br>Quarles & Brady LLP<br>Renaissance One,Two North Central Avenue<br>Phoenix, AZ 85004-2391<br>(TXU 2007-1 Railcar Leasing LLC)<br>*First Class Mail* | Jonathan Hook, Esq.<br>Haynes and Boone LLP<br>30 Rockefeller Center, 26th Floor<br>New York, NY 10012<br>(Airgas USA, LLC)<br>*First Class Mail* |
| Patrick Hughes, Esq.<br>Haynes and Boone LLP<br>1221 McKinney Street, Suite 1200<br>Houston, TX 77010<br>(Airgas USA, LLC)<br>*First Class Mail* | Internal Revenue Servcie<br>2970 Market Street<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>*First Class Mail* |

Jeffrey L. Jonas, Esq.
Andrew P. Strehle, Esq.
Jeremy B. Coffey, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(WSFS)
*First Class Mail*

Michael J. Joyce, Esq.
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801
(Fidelity Management)
*First Class Mail*

Renita D. King, Esq.
Legal Specialist
ConocoPhillips Company
600 N. Dairy Ashford, Suite ML1128
Houston, TX 77079
(ConocoPhillips Company)
*First Class Mail*

Ari J. Kunofsky, Esq.
Bradley Russell
U. S. Department of Justice, Civil Division
P.O. Box 227, Ben Franklin Station
Washington, DC 20044-0875
(USA)
*First Class Mail*

Thomas E. Lauria, Esq.
Southeast Financial Center, Suite 4900
Matthew C. Brown, Esq.
White & Case LLP
200 South Biscayne Boulevard
Miami, FL 33131
(Ad Hoc Group of TCEH Unsecured Noteholders)
*First Class Mail*

Laura Davis Jones, Esq.
Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 18th Floor
P.O. Box 8705
Wilmington, DE 19801
(Second Lien Indenture Trustee and the EFIH Second Lien Group)
*First Class Mail*

Harold L. Kaplan, Esq
Mark Hebbeln, Esq.
Lars A. Peterson, Esq.
Foley & Lardner LLP
321 N. Clark St, Suite 2800
Chicago, IL 60654
(UMB Bank, N.A.)
*First Class Mail*

Steven K. Kortanek, Esq.
Mark L. Desgrosseilliers, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Centerpoint Energy
*First Class Mail*

Adam G. Landis, Esq
Matthew McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
(Alcoa, Marathon Mgmt, Nextera Energy Resources)
*First Class Mail*

Raymond H. Lemish, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street Mall, Suite 1000
Wlilmington, DE 19801
(UMB Bank)
*First Class Mail*

David E. Leta, Esq.
Todd V. Jones, Esq.
Snell & Wilmer, L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
(Headwaters Resources)
*First Class Mail*

Benjamin Loveland, Esq
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(Marathon Asset Management)
*First Class Mail*

D. Ross Martin, Esq.
Andrew G. Devore
Ropes & Gray LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600
(CSC Trust Company of Delaware)
*First Class Mail*

Thomas D. Maxon, Esq.
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
(Nova Chemicals Inc.)
*First Class Mail*

Kevin Lippman, Esq.
Munsch Hardt Kopf & Harr
500 N. Akard Street, Suite 3800
Dallas, TX 75201
(Electric Reliability Council of Texas)
*First Class Mail*

Daniel A. Lowenthal, Esq
Craig W. Dent, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(Indenture Trustee, Law Debenture)
*First Class Mail*

Richard G. Mason, Esq.
Emil Kleinhaus, Esq.
Austin Witt, Esq.
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019
Interest Holders
*First Class Mail*

Thomas Moers Mayer, Esq.
Joshua K. Brody, Esq.
Gregory A. Horowitz, Esq.
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Second Lien Indenture Trustee and the EFIH Second Lien Group)
*First Class Mail*

Michael M. McConnell, Esq
Clay Taylor, Esq.
Katherine Thomas, Esq.
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
(Steering Committee of Cities Served by Oncor)
*First Class Mail*

Hugh M. McDonald
Louis Curcio, Esq.
Bretrt D. Goodman, Esq.
Troutman Sanders LLP
The Chrysler Building, 405 Lexington Avenue
New York, NY 10174
(WSFS)
*First Class Mail*

Noel Steffes Melacon, Esq.
Steffes, Vingiello & McKenzie, LLC
13702 Coursey Boulevard, Building 3
Baton Rouge, LA 70817
(Setpoint Integrated Solutions)
*First Class Mail*

Stephen M. Miller, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Indentures Trustee, Law Debenture)
*First Class Mail*

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19801
(Electric Reliability Counsil of Texas)
*First Class Mail*

Garvan F. McDaniel, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
(Ad Hoc Gropu of EFH Legacy Noteholders)
*First Class Mail*

Mark E. McKane, Esq.
Kirkland & Ellis LLP
555 California Steret
San Francisco, CA 94104
(Debtors)
*First Class Mail*

James A. Millar, Esq.
David B. Aaronson, Esq.
Drinker Biddle & Reath LLP
1177 Avenue of hte Americas, 41st Floor
New York,, NY 10036-2714
(CSC Trust Company of Delaware)
*First Class Mail*

Kathleen M. Miller, Esq.
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
Wilmington, DE 19801
Airgas USA, LLC; Valero Texas Power Marketing, Inc.
*First Class Mail*

Paul D. Moak, Esq.
McKool Smith
600 Travis Street, Suite 7000
Houston, TX 77002
(Alcoa Inc.)
*First Class Mail*

Hal F. Morris, Esq.
Ashley Bartram, Esq.
Ashley F. Bartram, Esq.
Texas Attorney General's Office, Bankruptcy & Collections Division
300 West 15th Street,
P.O. Box 12548
Austin, TX 78701
(Texas Commission on Environmental Quality; Railroad Commission)
*First Class Mail*

Bridget O'Connor, Esq.
David R. Dempsey, Esq.
Kirkland & Ellis LLP
655 15st St. NW
Washington, DC 20005
(Debtors)
*First Class Mail*

George N. Panagakis, Esq.
Carl T. Tullson, Esq.
Albert L. Hogan, III, Esq.
Matthew N. Kriegel, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606
(Borealis Infrastructure Management, Inc.)
*First Class Mail*

Richard C. Pedone, Esq.
Amanda D, Darwin
Lee Harrington, Esq.
Nixon Peabody, LLP
101 Summer Street
Boston, MA 02110
(American Stock Transfer & Trust Co.)
*First Class Mail*

Russell Munsch, Esq.
3050 Frost Bank Tower
Munsch Hardt Kopf & Harr
401 Congress Avenue
Austin, TX 78701
(Electric Reliability Council of Texas)
*First Class Mail*

Rachel Obaldo, Esq
John Mark Stern, Esq.
Office of the Texas Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711
*First Class Mail*

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
(Committee Counsel)
*First Class Mail*

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Nicholas J. Brannick, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
CSC Trust Company of Delaware
*First Class Mail*

| | |
|---|---|
| Marc J. Phillips, Esq.<br>Manion Gaynor & Manning LLP<br>The Nemours Bldg., 1007 North Orange Street, 10th Fl<br>Wilmington, DE 19801<br>(Steering Cmmittee of Cities svd by Oncor)<br>***First Class Mail*** | James Prince, Esq.<br>Omar J. Alaniz, Esq.<br>Ian E. Roberts, Esq.<br>Baker Botts L.L.P.<br>201 Ross Avenue<br>Dallas, TX 75201<br>(CenterPoint Energy Houston)<br>***First Class Mail*** |
| Natalie D. Ramsey, Esq.<br>DavisLee Wright., Esq.<br>Montgomery McCracken Walker & Rhoads LLP<br>1105 Noerth Market Street, Suite 1500<br>Wilmington, DE 19801<br>(PI Law Firms)<br>***First Class Mail*** | David S. Rosner, Esq.<br>Andrew K. Glenn, Esq.<br>Daniel Fliman, Esq.<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>(Ad Hoc Group of EFH Legacy Noteholders)<br>***First Class Mail*** |
| Jeffrey S. Sabin, Esq.<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>(Pacific Investment Management Co.)<br>***First Class Mail*** | Michael B. Schaedle, Esq<br>Blank Rome, LLP<br>One Logan Square, 130 North 18th Street<br>Philadelphia, PA 19103<br>(Wilmington Trust, N.A., TCEH First Lien Credit Agent)<br>***First Class Mail*** |
| Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>(First Union Rail Corporation)<br>***First Class Mail*** | Brad E. Scheler, Esq<br>Gary Kaplan, Esq.<br>Matthew Roose, Esq.<br>Fried, Frank, Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>(Fidelity Management)<br>***First Class Mail*** |

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*First Class Mail*

Secretary of State
Franchise Tax
Division of Corporations
401 Federal Street
PO Box 898
Dover, DE 19903
*First Class Mail*

Securities & Exchange Comm
Securities & Exchange Comm
100 F Street, NE
Washington, DC 20549
*First Class Mail*

Mary Kay Shaver
Varnum LLP
Bridgewater Place
PO Box 352
Grand Rapids, MI 49501
(Applabs)
*First Class Mail*

Sundeep S. Sidhu
Andrea Hartley, Esq.
Jules Cohen, Esq.
Akerman LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801
(Siemens Power Generation Inc.)
*First Class Mail*

Jeffrey M. Schlerf, Esq.
John H. Strock, Esq.
L. John Bird, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Ad Hoc Group of TCEH Unsecured Noteholders
*First Class Mail*

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
820 Silverlakd Blvd., Suite 100
Dover, DE 19904
*First Class Mail*

Howard Seife, Esq.
David LeMay, Esq.
Marc B. Rotman, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(NextEra Energy, Inc.)
*First Class Mail*

J. Christopher Shore, Esq.
Gregory M. Starner, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(Ad Hoc Group of TCEH Unsecured Noteholders)
*First Class Mail*

Howard L. Siegel, Esq
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103-3402
(WSFS)
*First Class Mail*

Laurie S. Silverstein, Esq.
Jeremy Ryan, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801
(Deutsche Bank)
*First Class Mail*

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046
(United States of America)
*First Class Mail*

Owen M. Sonik
Perdue Brandon Fielder Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
(Galena Park ISD)
*First Class Mail*

James H. Sprayregen, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(Debtors)
*First Class Mail*

Matthew G. Summers, Esq.
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801
(UNRECO)
*First Class Mail*

Christopher P. Simon, Esq.
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
American Stock Transfer & Trust
*First Class Mail*

Mark R. Somerstein, Esq.
Keith H. Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(CSC Trust Company of Delaware)
*First Class Mail*

Frederic Sosnick, Esq.
Ned Schodek, Esq.
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022
(Deutsche Bank)
*First Class Mail*

Jason A. Starks
Assitant Attorneys General
Arthur A. Stewart
Texas Comptroller of Public Accounts
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
*First Class Mail*

Matthew J. Troy, Esq.
U. S. Department of Justice, Civil Division
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
(USA Dept of Agriculture, Rural Utilities Division)
*First Class Mail*

Warren A. Usatine, Esq.
Nicholas J. Brannick, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
(CSC Trust Company of Delaware)
*First Class Mail*

Gregory Weinstein
Wenstein Radcliff
6688 N. Central Expressway, Suite 675
Dallas, TX 75206
(Mario Sinacola & Sons)
*First Class Mail*

Edward S. Weisfelner, Esq.
Gordon Z. Novod, Esq.
James W. Stoll, Esq
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
(WSFS)
*First Class Mail*

Stephanie Wickouski, Esq.
Bryan Cave
1290 Avenue of the Americas
New York, NY 10104-3300
(EFIH Second Lien Notess Indentrue Trustree)
*First Class Mail*

Brian Womac
Stacey Kremling, Esq.
Womac Law
8301 Katy Freeway
Houston, TX 77024
(2603 Augusta Investors)
*First Class Mail*

Christopher Ward, Esq.
Justin Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Committee Counsel
*First Class Mail*

William P. Weintraub, Esq
Kizzy Jarashow, Esq.
Goodwin Procter LLP
New York Times Bldg, 620 Eighth Avenue
New York, NY 10018
(Aurelius)
*First Class Mail*

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
(Tarrant County, Dallas County)
*First Class Mail*

Gregory D. Willard, Esq.
Carmody MacDonald P.C.
120 S. Central Avenue, Suite 1800
St. Louis, MO 63105
(Automatic Systems, Inc.)
*First Class Mail*