IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |

## NOTICE OF SERVICE

     **PLEASE TAKE NOTICE** that on the 10th day of October, 2014, a true and correct copy of **The Ad Hoc Committee of EFIH Unsecured Noteholders' Responses and Objections to the Official Committee of Unsecured Creditors' Initial Consolidated Legacy Discovery Requests** was served upon the parties listed below *via* electronic mail.

James M. Peck
Brett H. Miller
Lorenzo M Arinuzzi
Charles L. Kerr
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
alawrence@mofo.com
aprinci@mofo.com
brettmiller@mofo.com
ckerr@mofo.com
erichards@mofo.com
jmarines@mofo.com
ksadeghi@mofo.com
lmarinuzzi@mofo.com
smartin@mofo.com
tgoren@mofo.com
jpeck@mofo.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

108290964 v1

J. Christopher Shore
Gregory M. Starner
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
tlauria@whitecase.com
charles.koster@whitecase.com
cshore@whitecase.com
daudette@whitecase.com
gstarner@whitecase.com
mbrown@whitecase.com
mshepherd@whitecase.com
harrison.denman@whitecase.com

Edward S. Weisfelner
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
jcoffey@brownrudnick.com
jdmarshall@brownrudnick.com
jjonas@brownrudnick.com
jstoll@brownrudnick.com
MJackson@brownrudnick.com
spoddar@brownrudnick.com
alauchheimer@brownrudnick.com
eweisfelner@brownrudnick.com

Richard M. Cieri
Edward O. Sassower, P.C.
Stephen Hessler
Brian E. Schartz
Mark E. McKane
Bridget O'Connor
David Dempsey
William Pruitt
Bryan Stephany
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
julia.allen@kirkland.com
elizabeth.dalmut@kirkland.com
alexander.davis@kirkland.com
ddempsey@kirkland.com
michael.esser@kirkland.com
jonathan.ganter@kirkland.com

michele.gutrick@kirkland.com
SHessler@kirkland.com
CHusnick@kirkland.com
howard.kaplan@kirkland.com
alevin@kirkland.com
amcgaan@kirkland.com
MMcKane@kirkland.com
BOconnor@kirkland.com
WPruitt@kirkland.com
esassower@kirkland.com
bschartz@kirkland.com
steven.serajeddini@kirkland.com
anthony.sexton@kirkland.com
bstephany@kirkland.com
ksturek@kirkland.com
holly.trogdon@kirkland.com
andrew.welz@kirkland.com

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
collins@RLF.com
defranceschi@RLF.com
madron@rlf.com
Romanowicz@rlf.com

Richard L. Schepacarter
U.S. Department of Justice
Office of the United State Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Richard.Schepacarter@usdoj.gov

Andrea B. Schwartz
U.S. Department of Justice
Office of the U.S. Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, New York 10014
Andrea.B.Schwartz@usdoj.gov

Richard G. Mason
John F. Lynch
Emil A. Kleinhaus
Angela K. Herring
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
akherring@wlrk.com
eakleinhaus@wlrk.com
jlynch@wlrk.com
LMWeiss@wlrk.com
rgmason@wlrk.com

Keith H. Wofford
Mark R. Somerstein
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
aaron.krieger@ropesgray.com
andrew.devore@ropesgray.com
erin.macgowan@ropesgray.com
john.mcclain@ropesgray.com
keith.wofford@ropesgray.com
leonard.winters@ropesgray.com
mark.somerstein@ropesgray.com
martin.crisp@ropesgray.com
meredith.tinkham@ropesgray.com
ross.martin@ropesgray.com
ssally@ropesgray.com
timothy.farrell@ropesgray.com
William.Roberts@ropesgray.com
michael.winograd@ropesgray.com

David Rosner
Andrew Glenn
Daniel Fliman
KASOWITZ, BENSON, TORRES & FRIEDMAN
1633 Broadway, 22nd Floor
New York, NY 10019
aglenn@kasowitz.com
dfliman@kasowitz.com
DRosner@kasowitz.com

Jeffrey Sabin
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
jeffrey.sabin@bingham.com

Julia Frost-Davies
Patrick Strawbridge
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA 02110
julia.frost-davies@bingham.com
patrick.strawbridge@bingham.com
amy.kyle@bingham.com
christopher.carter@bingham.com

Andrew J. Ehrlich
Jacob A. Adlerstein
Adam J. Bernstein
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
abernstein@paulweiss.com
adenhoff@paulweiss.com
aehrlich@paulweiss.com
akornberg@paulweiss.com
bhermann@paulweiss.com
edso@paulweiss.com
jadlerstein@paulweiss.com
kcornish@paulweiss.com
mkatz@paulweiss.com
erichlin@paulweiss.com
RBartley@ycst.com

Amanda D. Darwin
Richard C. Pedone
Erik Schneider
Morgan Nighan
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02100
rpedone@nixonpeabody.com
adarwin@nixonpeabody.com
eschneider@nixonpeabody.com
mnighan@nixonpeabody.com

Mark D. Kotwick
John Ashmead
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
kotwick@sewkis.com
ashmead@sewkis.com

Michael D. DeBaecke
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Debaecke@BlankRome.com

Gregory A. Horowitz
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
ghorowitz@kramerlevin.com

Dated: October 13, 2014
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ William E. Chipman, Jr.
William E. Chipman, Jr. (No. 3818)
Mark Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:       chipman@chipmanbrown.com
              olivere@chipmanbrown.com
              kashishian@chipmanbrown.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Stephen M. Baldini (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)

One Bryant Park
New York, New York 10036
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002
Email:    idizengoff@akingump.com
           aqureshi@akingump.com
           sbaldini@akingump.com
           rboller@akingump.com
           mlahaie@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:    (202) 887-4000
Facsimile:    (202) 887-4288
Email:    salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH*
*Unsecured Noteholders*

7