IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------x | : | Chapter 11 |
| *In re* | : | |
| | : | Case No. 14-10979 (CSS) |
| Energy Future Holdings Corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | |
| ------------------------------------------------------x | | |

**NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF TEXAS ENERGY FUTURE CAPITAL HOLDINGS LLC, TEXAS ENERGY FUTURE HOLDINGS LIMITED PARTNERSHIP, KOHLBERG KRAVIS ROBERTS & CO. L.P., TPG CAPITAL, L.P. AND GOLDMAN, SACHS & CO., INC. TO INITIAL CONSOLIDATED REQUESTS**

PLEASE TAKE NOTICE that on October 10, 2014, a copy of the **Responses And Objections Of Texas Energy Future Capital Holdings LLC, Texas Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. And Goldman, Sachs & Co., Inc. To Initial Consolidated Requests**, was caused to be served via electronic mail upon the parties on the attached service list.

---

[1] The last four digits on Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Wilmington, Delaware
Dated:  October 13, 2014

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Andrew R. Remming_____
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Erin R. Fay (No. 5268)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware  19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel to Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and Associated Individuals*

-and-

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason (admitted *pro hac vice*)
John F. Lynch (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Counsel to Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Associated Individuals*