**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF STEPHEN A. THIEL IN SUPPORT OF THE SECOND
SUPPLEMENT TO THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP.,
*ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN
AND EMPLOY ERNST & YOUNG LLP AS PROVIDERS OF TAX ADVISORY AND
INFORMATION TECHNOLOGY SERVICES EFFECTIVE *NUNC PRO TUNC* TO THE
PETITION DATE**

I, Stephen A. Thiel, under penalty of perjury, declare as follows:

1.      I am a Principal at Ernst & Young LLP ("EY").

2.      I provide this Declaration on behalf of EY in support of the Second Supplement to

the Application[2] of Energy Future Holdings Corp, *et al.*, for Entry of an Order Authorizing the

Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and

Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date (the "Second

Supplement").

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms not otherwise defined in this Declaration shall have the meanings ascribed to them in the *Application of Energy Future Holdings Corp,* et al., *for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 655].

3.      The facts set forth in this Declaration are based upon my personal knowledge, information, and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY under my supervision and direction.

### Scope of Services

4.      As set forth in further detail in the Master Services Agreement, by and between EY and EFH Corporate Services Company, dated June 10, 2010, as amended (the "MSA"), and the related statement of work, by and between EY and EFH Corporate Services Company, dated August 25, 2014 (the "Property Tax Software SOW"), attached as **Exhibit J** to the Second Supplement, EY has agreed to assist EFH Corporate Services Company with identifying, evaluating and selecting a fully integrated property tax software system for its affiliates, Luminant Big Brown Mining Company LLC, Luminant Energy Company LLC, Luminant Energy Trading California Company, Luminant ET Services Company, Luminant Generation Company LLC, Luminant Holding Company LLC, Luminant Mineral Development Company LLC, Luminant Mining Company LLC, and Luminant Renewables Company LLC (collectively, the "Luminant Entities"), as well as provide to EFH Corporate Services Company permissible support services as EFH Corporate Services Company works with their chosen third party software vendor to implement such software (the "Property Tax Software Services"), subject to approval by the Court of the *Application of Energy Future Holdings Corp,* et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 655], the *Supplement to the Application of Energy Future Holdings Corp, et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective* Nunc Pro Tunc *to the*

*Petition Date* [D.I. 1885], the Second Supplement, and the terms and conditions of the MSA and the Property Tax Software SOW.[3]  Subject to the detailed description in the MSA and the Property Tax Software SOW, a summary description of the Property Tax Software Services is set forth below.

5.      As set forth in detail in the MSA, EY will perform certain services as set forth in specific statements of work executed pursuant to the MSA.

6.      As set forth in detail in the Property Tax Software SOW, EY will assist and support EFH Corporate Services Company with identifying, evaluating and selecting a fully integrated property tax software system for its affiliates, the Luminant Entities.  Such assistance and support may include:

     a.     Providing EFH Corporate Services Company with a comparison of the costs, benefits, and additional support structures necessary for each third party system that EFH Corporate Services Company chooses to evaluate. These cost factors are expected to include the additional costs of implementation including any data conversion costs, middleware requirements, or other costs necessary to have a fully functioning system. Qualitative factors will also be identified that include ease of use, integration, and compatibility with existing systems, risks associated with the financial stability of the firm offering the software, service support, and history in power generation/distribution implementation.

     b.     Reviewing and making recommendations regarding the data to be identified and relayed to the core property tax system.

     c.     Reviewing EFH Corporate Services Company's current internal property tax processes and making recommendations, as applicable, focused on internal controls and that the selected program adheres to best practices for proactive management of property taxes.  EY expects that this review will encompass the processes for both real and personal property asset tracking and management of property tax liabilities, as well as focus on identifying areas where process flow might be enhanced to improve efficiencies and/or accounting controls.

---

[3]   To the extent that this Declaration and the terms of the MSA and/or the Property Tax Software SOW are inconsistent, the terms of the MSA and/or the Property Tax Software SOW shall control.

d.     Providing to EFH Corporate Services Company permissible support services as EFH Corporate Services Company works with their chosen third party software vendor to implement such software.

7.     EY's project deliverables under the Property Tax Software SOW may include flow charts, tables, evaluation rubrics, or other written and/or oral comments related to the competitor evaluations and review of internal processes as identified by EY through the procedures performed above.  Deliverables may also include any additional work product that EY believes would be of benefit to EFH Corporate Services Company in connection with the work outlined above.

## Professional Compensation

8.     Pursuant and subject to the detailed descriptions contained in the Property Tax Software SOW, EY intends to charge EFH Corporate Services Company for the services rendered in connection with the Property Tax Software SOW based on the time that EY's professionals spend performing them, billed at the hourly rate designated in the table below for each such individual.  EFH Corporate Services Company will also pay any potential value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the services rendered in connection with the Property Tax Software SOW, including any such taxes and related administrative costs that result from billing arrangements specifically requested by EFH Corporate Services Company.

| Title | Rate Per Hour |
|---|---|
| Partner (more than 10 years) | $582 |
| Partner (6th through 10th year) | $543 |
| Partner (1st through 5th year) | $516 |
| Executive Director | $480 |

| | |
|---|---|
| Senior Manager | $470 |
| Manager | $360 |
| Senior (3rd through 4th+ year) | $285 |
| Senior (1st through 2nd year) | $234 |
| Staff (2nd+ year) | $183 |
| Staff (1st year) | $105 |
| Intern/CSA | $105 |

9.      EY's hourly rates are subject to annual adjustment each July 1.

10.      This project is not authorized to exceed $150,000.  Any extension or increase in spending will require amendment to the Property Tax Software SOW or similar written agreement between EY and EFH Corporate Services Company (e.g., e-mails) and will be subject to the approval of the Court.

11.      In addition to the fees set forth above, EFH Corporate Services Company will reimburse EY for any direct expenses incurred in connection with EY's retention in these chapter 11 cases and the performance of the services set forth in the MSA and the Property Tax Software SOW.  EY's direct expenses shall include, but not be limited to, reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations, and other expenses specifically related to this engagement.

12.      The MSA also includes language substantially similar to the following:

> If we are required by applicable law, legal process or government action to produce information or personnel as witnesses with respect to the Services or this Agreement, you shall reimburse us for any professional time and expenses (including reasonable external and internal legal costs) incurred to respond to the request, unless we are a party to the proceeding or the subject of the investigation.

5

**Terms of Engagement**

13.     EY's provision of the Property Tax Software Services to the Debtors is contingent upon the Court's approval of the terms and conditions set forth in the MSA and the Property Tax Software SOW.

**Other Items**

14.     Subject to EY's compliance with applicable professional standards in its performance of services for the Debtors, EY shall use reasonable efforts to comply with clear and reasonable instructions of the Debtors in avoiding duplication of services provided by the Debtors' other retained professionals in these chapter 11 cases.

15.     EY and the professionals that it employs are qualified to represent the Debtors in the matters for which EY is proposed to be employed.

16.     Except as otherwise set forth herein, EY has not shared or agreed to share any of its compensation in connection with this matter with any other person.

17.     To the best of my knowledge, information, and belief formed after reasonable inquiry, EY does not hold nor represent any interest materially adverse to the Debtors in the matters for which EY is proposed to be retained.  The proposed employment of EY is not prohibited by or improper under Bankruptcy Rule 5002.  Accordingly, I believe that EY is eligible for retention by the Debtors under the Bankruptcy Code.

18.     At the Debtors' request, following the Petition Date and prior to Court approval of EY's engagement in these cases, EY has provided, and may continue to provide in its sole discretion, certain services to the Debtors.  Thus, EY requests that its retention be authorized *nunc pro tunc* to the Petition Date, the date on which EY began providing postpetition services to the Debtors.

6

19.     EY intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the MSA, and the Property Tax Software SOW, and pursuant to any additional orders or procedures that may be established by the Court in these chapter 11 cases.

*[Signature Page Follows]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 12, 2014

**Stephen A. Thiel**
**Principal, Ernst & Young LLP**