IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 14-10979-CSS |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDING CORP., INC., *et al.*, | ) | Related to: 2087 |
| | ) | |
| | ) | **Hearing Date:** Oct. 17, 2014 at 9:30 am. |
| | ) | **Obj. Deadline:** Oct. 15, 2014 at noon |
| | ) | |
| Debtors. | ) | |

## UNITED STATES' LIMITED OBJECTION TO THE DEBTORS' MOTION TO APPROVE BIDDING PROCEDURES

The United States objects to the Debtors' *Motion for Entry of an Order (A) Approving Bid Procedures, (B) Scheduling An Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* [D.I. 2087, "Motion"], and states as follows:

1. The Debtors have alleged that they would prefer a sale that qualifies as a "tax-free" reorganization under 26 U.S.C. § 368. At the same time, the Debtors stated that they are willing to consider bids that would generate an income tax liability for the Debtors.

2. The Debtors assert that a bid that fails to qualify as a tax-free reorganization under section 368 may generate a $7 billion income tax liability. [D.I. 2296, Omnibus Tax Memo., p. 5.] The Debtors claim they would be unable to pay this $7 billion tax liability. [*Id.*]

1

2

3.  The United States reserves its right to object to the acceptance of any bid that would generate a large unfunded income tax liability.  These potential tax liabilities would be administrative expenses of the estate.  11 U.S.C. § 503(b)(1)(B).  As such, these taxes must be paid as part of any Chapter 11 plan confirmation, just like the Debtors' other administrative expenses.  11 U.S.C. § 1129(a)(9)(A).

Date:  October 15, 2014

                                              Respectfully submitted,

                                              TAMARA W. ASHFORD
                                              Acting Assistant Attorney General
                                              Tax Division

                                              */s/ Ari D. Kunofsky*
                                              ARI D. KUNOFSKY
                                              W. BRADLEY RUSSELL
                                              Trial Attorneys, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Washington, D.C.  20044
                                              202-353-9187 (v)
                                              202-514-6866 (f)
                                              Ari.D.Kunofsky@tax.usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system on all parties.

Dated: October 15, 2014

                                            */s/ Ari D. Kunofsky*
                                            ARI D. KUNOFSKY
                                            Trial Attorney
                                            United States Department of Justice, Tax Division