# SIGN-IN SHEET

**CASE NAME:** Energy Future  
**CASE NO:** 14-10979  
**COURTROOM LOCATION:** 6  
**DATE:** 10/15/14 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Sassower | Kirkland & Ellis LLP | EFH (the Debtors) |
| Mark McKane | " | " |
| David Dempsey | " | " |
| Chad Husnick | " | " |
| L John B.? | " | " |
| Mark D. Oliver | Fox Rothschild | Ad-Hoc Group TCEH UNSC Notes |
| Brian S. Neumann (by phone) | Chapman Brown | |
| Paulina K. Morgan | Paul Weiss, Rifkind, Wharton & Garrison; Young Conaway | Ad Hoc Comm of EFIH Unsec Noteholders; TCEH First Lien Creditors |
| Dan DeFrancheschi | Richards Layton Finger | Debtors |
| Jason Madron | " " " | " |
| Stacy Newman | Ashby + Geddes | WSFS |
| Justin Edelson | Polsinelli | |
| Nick Sarlession | U.S. Trustee | Committee |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Companyshore |
| Andrew R. Schwartz | Heer Kevin Kornafnagler | US Bank Indenture Trustee |
| Richard L Schepacher | " " | " |
| Timothy J Fox, Jr. | " " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
#6

Calendar Date: 10/15/2014
Calendar Time: 10:00 AM ET

1st Revision 10/14/2014 01:52 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6521171 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6527141 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6527307 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6544435 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6527924 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6524282 ~~Kent Collier~~ @ Katrina Page | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6527929 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6525037 | Michael L. Davitt | (214) 969-2938 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6527291 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6527226 | Craig W. Dent | (212) 336-2864 | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6527083 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren, LLP | Client, Michelle Dreyer / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522566 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Representing, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6527077 | Benjamin Feder | 212-808-7925 | Kelley Drye & Warren, LLP | Creditor, CSC Trust Company of Delaware / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6526908 | Keely Hamlin | (212) 859-8318 | Fried, Frank, Harris, Shriver & Jacobs | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6524417 | Daniel J. Harris | (212) 468-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522133 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6524594 | Brian Hermann | 212-373-3545 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6521606 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell, Lipton, Rosen & Katz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6524403 | William Hildbold | (212) 336-4063 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522089 ~~Hal F. Morris~~ Charlie Shelton | | (512) 475-4550 | Attorney General Of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6528521 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6528233 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6527321 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |

Robert Malone
Patrick ~~Maletta~~ Strawbridge