**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 17, 2014 STARTING AT 9:30 A.M. (EDT)[2]**

**I.   WITHDRAWN MATTER:**

1. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Period Within Which the Debtors May Remove Luminant Generation Company, LLC v. Titus County Appraisal District [D.I. 1990; filed September 10, 2014]

   Response/Objection Deadline:     September 24, 2014 at 4:00 p.m. (EDT)

   Responses/Objections Received:   None.

   Related Documents:

   i.   Notice of Withdrawal of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Period Within Which the Debtors

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The October 17, 2014 hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EDT). Due to the anticipated number of attendees at the October 17, 2014 hearing, parties are also invited to attend the hearing via video teleconference from an overflow Courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on October 17, 2014. Any person who wishes to appear telephonically at the October 17, 2014 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Thursday, October 16, 2014** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

        May Remove Luminant Generation Company, LLC v. Titus County Appraisal District" [D.I. 1990] [D.I. 2341; filed October 7, 2014]

    Status: On October 7, 2014, the Debtors withdrew this matter without prejudice. Consequently, no hearing with respect to this matter is required.

## II. UNCONTESTED MATTER GOING FORWARD:

2. Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) an Unredacted Version of its Objection to Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection [D.I. 2370; filed October 10, 2014]

    Response/Objection Deadline:    October 17, 2014 at 9:30 a.m. (EDT)

    Responses/Objections Received:    None at this time.

    Related Documents:

    i. Motion of Wilmington Savings Fund Society, FSB Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) an Unredacted Version of its Objection to Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection [D.I. 2371; filed October 10, 2014]

    ii. Order Granting Motion of Wilmington Savings Fund Society, FSB Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) an Unredacted Version of its Objection to Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection [D.I. 2378; filed October 10, 2014]

    iii. Notice of Hearing Regarding Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) an Unredacted Version of its Objection to Motion of Energy Future Holdings

    Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof Under Seal and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection [D.I. 2388; filed October 10, 2014]

 Status: The hearing on this matter will go forward.

### III. **CONTESTED MATTER GOING FORWARD:**

3. Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2087; filed September 19, 2014]

  Response/Objection Deadline: October 3, 2014 at 4:00 p.m. (EDT); extended to October 10, 2014 at 4:00 p.m. (EDT) for all parties-in-interest; further extended to October 15, 2014 at 12:00 p.m. (EDT) for the Office of the United States Trustee and the United States Department of Justice

  Responses/Objections Received:

  A. Objection of Wilmington Savings Fund Society, FSB to Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2368; filed October 10, 2014]

  B. Statement in Support and Reservation of Rights of EFIH First Lien DIP Agent with Respect to the Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2374; filed October 10, 2014]

  C. Objection of the Official Committee of Unsecured Creditors to Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2377; filed October 10, 2014]

  D. Objection of the EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group to Debtors' Motion to Approve Bidding Procedures [D.I. 2379; filed October 10, 2014]

E. Objection of Delaware Trust Company, as Indenture Trustee, to Debtors' Motion for Approval of Bidding Procedures [D.I. 2385; filed October 10, 2014]

F. Statement and Reservation of Rights of UMB Bank, N.A., as Indenture Trustee, with Respect to Motion for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings and (C) Approving the Form and Manner of Notice Thereof [D.I. 2386; filed October 10, 2014]

G. Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2389; filed October 10, 2014]

H. Response of the Ad Hoc Committee of EFIH Unsecured Noteholders to Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2390; filed October 10, 2014]

I. Joinder of Law of Debenture Trust Company of New York, as Indenture Trustee, to the Objections of the Official Committee of Unsecured Creditors and the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2392; filed October 10, 2014]

J. Limited Objection of the Ad Hoc Committee of TCEH First Lien Creditors to the Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2395; filed October 10, 2014]

K. Notice of Refiling of Objection of the EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group to Debtors' Motion to Approve Bidding Procedures [D.I. 2398; filed October 11, 2014]

L. Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2445; filed October 14, 2014]

RLF1 10931461v.1

M.     The EFH Notes Indenture Trustee's Statement in Support of the Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2446; filed October 14, 2014]

N.     Debtors' Omnibus Reply to Objections to Bidding Procedures Motion [D.I. 2447; filed October 14, 2014]

O.     United States' Limited Objection to the Debtors' Motion to Approve Bidding Procedures [D.I. 2454; filed October 15, 2014]

Related Documents:

i.     Declaration of William O. Hiltz in Support of the Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2088; filed September 19, 2014]

ii.     Notice of Deposition of Debtors [D.I. 2099; filed September 23, 2014]

iii.     Notice of Deposition of William O. Hiltz [D.I. 2100; filed September 23, 2014]

iv.     Notice of Deposition [D.I. 2102; filed September 23, 2014]

v.     Notice of Deposition of Hugh E. Sawyer [D.I. 2103; filed September 23, 2014]

vi.     Notice of Deposition of William O. Hiltz [D.I. 2104; filed September 23, 2014]

vii.     Notice of Deposition of Charles H. Cremens [D.I. 2105; filed September 23, 2014]

viii.     Notice of Deposition of Paul M. Keglevic [D.I. 2106; filed September 23, 2014]

ix.     Notice of Deposition of Carla Howard [D.I. 2114; filed September 24, 2014]

x.     Notice of Deposition of Anthony R. Horton [D.I. 2115; filed September 24, 2014]

xi.     Notice of Deposition of William O. Hiltz [D.I. 2116; filed September 24, 2014]

xii. Notice of Deposition of Paul Keglevic [D.I. 2117; filed September 24, 2014]

xiii. Notice of Deposition of Debtors in Connection with Sale Procedures Motion [D.I. 2118; filed September 24, 2014]

xiv. Notice of Deposition of Debtors [D.I. 2260; filed September 29, 2014]

xv. Notice of Deposition of Charles H. Cremens [D.I. 2261; filed September 29, 2014]

xvi. Notice of Deposition of Paul Keglevic [D.I. 2262; filed September 29, 2014]

xvii. Notice of Deposition of William O. Hiltz [D.I. 2263; filed September 29, 2014]

xviii. Notice of Deposition of Carla Howard [D.I. 2264; filed September 29, 2014]

xix. Amended Notice of Deposition of William O. Hiltz [D.I. 2268; filed September 30, 2014]

xx. Amended Notice of Deposition of Debtors [D.I. 2269; filed September 30, 2014]

xxi. Amended Notice of Deposition of Hugh E. Sawyer [D.I. 2270; filed September 30, 2014]

xxii. Amended Notice of Deposition of William O. Hiltz [D.I. 2271; filed September 30, 2014]

xxiii. Amended Notice of Deposition of Charles H. Cremens [D.I. 2272; filed September 30, 2014]

xxiv. Amended Notice of Deposition of Paul M. Keglevic [D.I. 2273; filed September 30, 2014]

xxv. Notice of Deposition of Charles H. Cremens [D.I. 2275; filed September 30, 2014]

xxvi. Notice of Deposition of Hugh E. Sawyer [D.I. 2276; filed September 30, 2014]

xxvii. Notice of Deposition of Anthony R. Horton [D.I. 2277; filed September 30, 2014]

xxviii. Notice of Deposition of Carla Howard [D.I. 2278; filed September 30, 2014]

xxix. Notice of Deposition of Paul M. Keglevic [D.I. 2279; filed September 30, 2014]

xxx. Notice of Deposition of William O. Hiltz [D.I. 2280; filed September 30, 2014]

xxxi. Amended Notice of Deposition of Carla Howard [D.I. 2287; filed October 1, 2014]

xxxii. Amended Notice of Deposition of Anthony R. Horton [D.I. 2288; filed October 1, 2014]

xxxiii. Amended Notice of Deposition of William O. Hiltz [D.I. 2289; filed October 1, 2014]

xxxiv. Amended Notice of Deposition of Paul Keglevic [D.I. 2290; filed October 1, 2014]

xxxv. Amended Notice of Deposition of Debtors in Connection with Sale Procedures Motion [D.I. 2291; filed October 1, 2014]

xxxvi. Notice of Deposition of Hugh E. Sawyer [D.I. 2292; filed October 1, 2014]

xxxvii. Notice of Deposition of Charles H. Cremens [D.I. 2293; filed October 1, 2014]

xxxviii. Letter from Bridget K. O'Connor, Esq. to The Honorable Christopher S. Sontchi Concerning Discovery Disputes in Connection With Motion to Approve Bidding Procedures With Respect to Stalking Horse Selection for Reorganized EFH Equity Sale Process [D.I. 2294; filed October 1, 2014]

xxxix. Letter to The Honorable Christopher S. Sontchi Regarding Outstanding Discovery Disputes [D.I. 2295; filed October 1, 2014]

xl. Notice of Telephonic Only Hearing [D.I. 2298; filed October 2, 2014]

xli. Letter to The Honorable Christopher S. Sontchi from Charles L. Kerr in Response to Letter from Bridget K. O'Connor, Esq. to The Honorable Christopher S. Sontchi Dated October 1, 2014 [D.I. 2299; filed October 2, 2014]

xlii. Letter to Judge Sontchi from Edward S. Weisfelner [D.I. 2300; filed October 2, 2014]

xliii.  Letter to The Honorable Christopher S. Sontchi Regarding Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2301; filed October 2, 2014]

xliv.  Notice of Deposition of Hugh Sawyer [D.I. 2320; filed October 7, 2014]

xlv.  Declaration of Jeremy B. Coffey in Support of Objection of Wilmington Savings Fund Society, FSB to Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2369; filed October 10, 2014]

xlvi.  Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) an Unredacted Version of its Objection to Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection [D.I. 2370; filed October 10, 2014]

xlvii.  Declaration of Charles L. Kerr in Support of Opposition to Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2381; filed October 10, 2014]

xlviii.  Declaration of David S. Kurtz in Support of Opposition to Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [D.I. 2383; filed October 10, 2014]

xlix.  Motion to File Under Seal Unredacted Versions of: (I) Objection of the EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group to Debtors' Motion to Approve Bidding Procedures; and (II) Exhibit A Thereto [D.I. 2384; filed October 10, 2014]

l.  Amended Notice of Deposition of William O. Hiltz [D.I. 2403; filed October 13, 2014]

li.  Second Amended Notice of Deposition of William O. Hiltz [D.I. 2404; filed October 13, 2014]

lii.  Notice of Deposition of David S. Kurtz [D.I. 2432; filed October 13, 2014]

RLF1 10931461v.1

    liii.    Amended Notice of Deposition of David S. Kurtz [D.I. 2451; filed October 14, 2014]

<u>Status</u>: The hearing on this matter will go forward on a contested basis.

*[Remainder of page intentionally left blank.]*

Dated: October 15, 2014
      Wilmington, Delaware                              */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession