# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 15, 2014 Wilmington Savings Fund Society, FSB, as successor trustee under that certain indenture, by and through its undersigned counsel, served a copy of Wilmington Savings Fund Society, FSB's Responses and Objections to Debtors' Request for Production of Documents and Interrogatories to Wilmington Savings Society, FSB on the parties below via electronic mail.

| Richards Layton & Finger, P.A.<br>Mark D. Collins<br>Daniel J. DeFranceshi<br>Jason M. Madron<br>920 North King Street<br>Wilmington, DE 19801 | Kirkland & Ellis LLP<br>Richard M. Cieri<br>Edward O Sassower<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611 |
|---|---|

Dated: October 15, 2014
Wilmington, Delaware

                     **ASHBY & GEDDES, P.A.**

                     */s/ William P. Bowden*
                     William P. Bowden (I.D. No. 2553)
                     Gregory A. Taylor (I.D. No. 4008)
                     500 Delaware Avenue
                     P.O. Box 1150
                     Wilmington, Delaware 19899
                     Telephone: (302) 654-1888
                     Facsimile: (302) 654-2067

- and –

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Aaron B. Lauchheimer (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and –

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
James W. Stoll (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*