## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | **Re: Docket No. 2446** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     §
                           §     SS:
NEW CASTLE COUNTY    §

Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by Cross & Simon, LLC, counsel to American Stock Transfer & Trust Company, as Indenture Trustee in the above-captioned cases, and that on the 14th day of October, 2014, she caused copies of **The EFH Notes Indenture Trustee's Statement in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [Docket No. 2446]** to be served upon the attached service list via first class U.S. mail, postage prepaid.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Stephanie MacDonald

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

\Dated:  October 15, 2014

Notary Public

NICOLE DIBIASO
MY COMMISSION
EXPIRES
Oct. 9, 2015
NOTARY PUBLIC
STATE OF DELAWARE

## SERVICE LIST

ASHBY & GEDDES, PA
ATTN: WILLIAM BOWDEN ESQ &
GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON, DE 19899

POLSINELLI PC
ATTN: CHRISTOPHER WARD ESQ, JUSTIN
EDELSON ESQ, SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS ESQ, JAMES W. STOLL; JEREMY
COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

MORRISON & FOERSTER LLP
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ;
LORENZO MARINUZZI ESQ; TODD M. GOREN ESQ;
DANIEL J HARRIS ESQ
250 W 55TH ST
NEW YORK, NY 10019

BROWN RUDNICK LLP
ATTN: EDWARD S. WEISFELNER ESQ.
SEVEN TIMES SQUARE
NEW YORK, NY 10036

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES;
ROBERT FEINSTEIN
PO BOX 8705
WILMINGTON, DE 19899

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN ESQ, R. STEPHEN
MCNEILL
& JEREMY RYAN ESQ
PO BOX 951
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER; JOSHUA BRODY;
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

SHEARMAN & STERLING LLP
ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

BRYAN CAVE LLP
ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

COLE SCHOTZ MEISEL FORMAN & LEONARD, P.A.
ATTN: NORMAN L. PERNICK; J. KATE STICKLES
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

RAYMOND H. LEMISH, ESQUIRE
KLEHR HARRISON HARVEY BRANZBURG LLP
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
ATTN: WARREN A. USATINE
25 MAIN STREET
HACKENSACK, NJ 07602

HAROLD L. KAPLAN, ESQUIRE
MARK F. HEBBELIN, ESQUIRE
LARS A. PETERSON, ESQUIRE
FOLEY & LARDNER LLP
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313

ROPES & GRAY, LLP
ATTN: KEITH H. WOFFORD; MARK R. SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

FOX ROTHSCHILD LLP
ATTN: JEFFREY SCHLERF; JOHN STROCK;
L. JOHN BIRD
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

ROPES & GRAY LLP
ATTN: D. ROSS MARTIN; ANDREW G. DEVORE
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

WHITE & CASE LLP
ATTN: THOMAS LAURIA; MATTHEW BROWN
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131

DRINKER BIDDLE & REATH LLP
ATTN: JAMES H. MILLAR
1177 AVENUE OF THE AMERICAS
41ST FLOOR
NEW YORK, NY 10036-2714

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

MORRIS JAMES LLP
ATTN: STEPHEN M. MILLER
PO BOX 2306
WILMINGTON, DE 19899-2306

RICHARDS, LAYTON & FINGER, P.A.
ATTN: MARK D. COLLINS; DANIEL J. DEFRANCESCHI
JASON M. MADRON; WILLIAM A. ROMANOWICZ
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

KIRKLAND & ELLIS LLP
ATTN: EDWARD O. SASSOWER, P.C.; STEPHEN E.
HESSLER; BRIAN E. SCHARTZ
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: PAULINE MORGAN; RYAN BARTLEY; ANDREW
MAGAZINER; ASHLEY MARKOW
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

KIRKLAND &ELLIS LLP
ATTN: JAMES H.M. SRAYREGEN PC;
CHAD J. HUSNICK,; STEVEN N. SERAJEDDINI
300 NORTH LASALLE
CHICAGO, IL 60654

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN
HERMANN; JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019