IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that that I, L. John Bird, hereby certify that on the 15th day of October, 2014, true and correct copies of the following were served upon the parties on the attached service list by electronic mail:

1. Ad Hoc Group Of TCEH Unsecured Noteholders' Responses and Objections to Debtors' Request for Production of Documents and Interrogatories to the Ad Hoc Group Of TCEH Unsecured Noteholders.

Dated: October 15, 2014
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
lbird@foxrothschild.com

-and-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

WHITE & CASE LLP
Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

-and-

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of
TCEH Unsecured Noteholders*

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Official Service List for Legacy Discovery**

| | | |
|---|---|---|
| alawrence@mofo.com<br>aprinci@mofo.com<br>brettmiller@mofo.com<br>ckerr@mofo.com<br>erichards@mofo.com<br>jmarines@mofo.com<br>ksadeghi@mofo.com<br>lmarinuzzi@mofo.com<br>smartin@mofo.com<br>tgoren@mofo.com<br>jpeck@mofo.com | James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Charles L. Kerr<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000 | *Counsel for the Official Committee of Unsecured Creditors* |
| tlauria@whitecase.com<br>charles.koster@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>mshepherd@whitecase.com<br>harrison.denman@whitecase.com | J. Christopher Shore<br>Gregory M. Starner<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200 | *Counsel for the Ad Hoc Group of TCEH Unsecured Noteholders* |
| jcoffey@brownrudnick.com<br>jdmarshall@brownrudnick.com<br>jjonas@brownrudnick.com<br>jstoll@brownrudnick.com<br>MJackson@brownrudnick.com<br>spoddar@brownrudnick.com<br>alauchheimer@brownrudnick.com<br>eweisfelner@brownrudnick.com | Edward S. Weisfelner<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800 | *Counsel for Wilmington Savings Fund Society* |

KE 33136671.8 (rev 9/30/14)

| | | |
|---|---|---|
| julia.allen@kirkland.com<br>elizabeth.dalmut@kirkland.com<br>alexander.davis@kirkland.com<br>ddempsey@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>michele.gutrick@kirkland.com<br>SHessler@kirkland.com<br>CHusnick@kirkland.com<br>howard.kaplan@kirkland.com<br>alevin@kirkland.com<br>amcgaan@kirkland.com<br>MMcKane@kirkland.com<br>BOconnor@kirkland.com<br>WPruitt@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>ksturek@kirkland.com<br>holly.trogdon@kirkland.com<br>andrew.welz@kirkland.com<br><br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com<br>Romanowicz@rlf.com | Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>Bridget O'Connor<br>David Dempsey<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>.<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A**<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700 | *Proposed Counsel to the Debtors and Debtors in Posession* |
| Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | Richard L. Schepacarter<br>U.S. Department of Justice<br>Office of the United State Trustee<br>J. Caleb Boggs Federal Bulding<br>844 N. King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br><br>Andrea B. Schwartz<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>Southern District of New York<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>(212) 510-0531 | *Counsel for U.S. Trustee* |

2

KE 33136671.8

| | | |
|---|---|---|
| akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>LMWeiss@wlrk.com<br>rgmason@wlrk.com | Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000 | *Counsel for Texas Energy Future CapitalHoldings LLC and Texas Energy Future Holdings Limited Partnership* |
| aaron.krieger@ropesgray.com<br>andrew.devore@ropesgray.com<br>erin.macgowan@ropesgray.com<br>john.mcclain@ropesgray.com<br>keith.wofford@ropesgray.com<br>leonard.winters@ropesgray.com<br>mark.somerstein@ropesgray.com<br>martin.crisp@ropesgray.com<br>meredith.tinkham@ropesgray.com<br>ross.martin@ropesgray.com<br>ssally@ropesgray.com<br>timothy.farrell@ropesgray.com<br>William.Roberts@ropesgray.com<br>michael.winograd@ropesgray.com | Keith H. Wofford<br>Mark R. Somerstein<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212)-596-9000 | *Counsel for CSC Trust Company of Delaware* |
| aglenn@kasowitz.com<br>dfliman@kasowitz.com<br>DRosner@kasowitz.com | David Rosner<br>Andrew Glenn<br>Daniel Fliman<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN**<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>Telephone: (212) 506-1726 | *Counsel for the Ad Hoc Group of EFH Legacy Noteholders and Caxton Associates* |

| | | |
|---|---|---|
| jeffrey.sabin@bingham.com<br>julia.frost-davies@bingham.com<br>patrick.strawbridge@bingham.com<br>amy.kyle@bingham.com<br>christopher.carter@bingham.com | Jeffrey Sabin<br>**BINGHAM MCCUTCHEN LLP**<br>399 Park Avenue<br>New York, NY 10022-4689<br>Telephone: 212-705-7747<br><br>Julia Frost-Davies<br>Patrick Strawbridge<br>**BINGHAM MCCUTCHEN LLP**<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617-951-8000 | *Counsel for Pacific Investment Management Company LLC (PIMCO)* |
| abernstein@paulweiss.com<br>adenhoff@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>edso@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>mkatz@paulweiss.com<br>erichlin@paulweiss.com<br>RBartley@ycst.com | Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000 | *Counsel for the Ad Hoc Committee of TCEH First Lien Creditors* |
| rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com | Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br>**NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02100<br>Telephone: 617-345-1000 | *American Stock Transfer & Trust Company, LLC as Indenture Trustee for Certain Notes* |
| kotwick@sewkis.com<br>ashmead@sewkis.com<br>Debaecke@BlankRome.com | Mark D. Kotwick<br>John Ashmead<br>**SEWARD & KISSEL LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: 212-574-1200<br><br>Michael D. BeBaecke<br>**BLANK ROME LLP**<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | *Wilmington Trust FSB in its Capacity as TCEH First Credit Agent* |

| ghorowitz@kramerlevin.com | Gregory A. Horowitz<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 | *Computershare Trust Company, N.A. and Computershare Trust Company of Canada as Party of Interest* |