A-1

## EXHIBIT A

A-1

Energy Future Holdings et. al
De Minimis Asset Sales Motion Reporting
For the Period September 1, 2014 to September 30, 2014

*De Minimis Asset sales with a sales price less than $250,000*

| Aggregate total sales prices |
|---|
| $167,103.33 |

*De Minimis Asset sales / transfers with a sales price greater than $250,000*

| General description of asset sold | Name of purchaser, parties-in-interest or affiliates of the Debtors and relationships with these parties | Sales price | Broker's final estimate of third parties paid commission |
|---|---|---|---|
| Pad F - Northlake property 1,050,885 square feet (@ 24 acres) | CW PSF, LLC of One Arts Plaza, 1722 Routh Street, #1313, Dallas, TX 75201. | $2,017,274.73 | Not applicable - there were no third parties paid commissions during the process. |

*De Minimis Asset Abandonments with an estimated book value less than $250,000*

| Aggregate total of book value of assets abandoned | |
|---|---|
| None recorded during the period September 1, 2014 to September 30, | |

*De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| General description of asset abandoned | Estimated book value |
|---|---|
| None recorded during the period September 1, 2014 to September 30, | |