IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Energy Future Holdings Corp., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF SERVICE OF COMPUTERSHARE TRUST COMPANY, N.A. AND COMPUTERSHARE TRUST COMPANY OF CANADA'S RESPONSES AND OBJECTIONS TO DEBTORS' REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES TO THE EFIH SECOND LIEN NOTES INDENTURE TRUSTEE AND EFIH SECOND LIEN GROUP**

**PLEASE TAKE NOTICE** that on October 15, 2014, Computershare Trust Company, N.A., and Computershare Trust Company of Canada, as indenture trustee (together, the "Second Lien Indenture Trustee"), served the *Computershare Trust Company, N.A. and Computershare Trust Company of Canada's Responses and Objections to Debtors' Request for Production of Documents and Interrogatories to the EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group* upon the individual(s) set forth on the attached service list, in the manner indicated.

Dated: October 15, 2014      PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         rfeinstein@pszjlaw.com

- *and* -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
　　　　ghorowitz@kramerlevin.com
　　　　jbrody@kramerlevin.com

*- and –*

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Second Lien Indenture Trustee*

**EFIH – Discovery Service List**
Case No. 14-10979 (CSS)
Document No. 195770
11 – Electronic Delivery

**Electronic Delivery**
*james.sprayregen@kirkland.com*
*chad.husnick@kirkland.com*
*steven.serajeddini@kirkland.com*
*richard.cieri@kirkland.com*
*edward.sassower@kirkland.com*
*stephen.hessler@kirkland.com*
*brian.schartz@kirkland.com*
*bridget.oconnor@kirkland.com*
(Counsel to the Debtors)
James H.M. Sprayregen, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Richard M. Cieri, Esq.
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Bridget K. O'Connor, Esq.
Kirkland & Ellis LLP

**Electronic Delivery**
*collins@rlf.com*
*defranceschi@rlf.com*
*madron@rlf.com*
(Counsel to the Debtors)
Mark Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.