## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Energy Future Holdings Corp., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 15th day of October, 2014, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s), in the manner indicated thereon:

*Notice Of Service Of Computershare Trust Company, N.A. And Computershare Trust Company Of Canada's Responses And Objections To Debtors' Request For Production Of Documents And Interrogatories To The EFIH Second Lien Notes Indenture Trustee And EFIH Second Lien Group*

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)

**EFIH – Discovery Service List**
Case No. 14-10979 (CSS)
Document No. 195770
11 – Electronic Delivery

**Electronic Delivery**
*james.sprayregen@kirkland.com*
*chad.husnick@kirkland.com*
*steven.serajeddini@kirkland.com*
*richard.cieri@kirkland.com*
*edward.sassower@kirkland.com*
*stephen.hessler@kirkland.com*
*brian.schartz@kirkland.com*
*bridget.oconnor@kirkland.com*
(Counsel to the Debtors)
James H.M. Sprayregen, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Richard M. Cieri, Esq.
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Bridget K. O'Connor, Esq.
Kirkland & Ellis LLP

**Electronic Delivery**
*collins@rlf.com*
*defranceschi@rlf.com*
*madron@rlf.com*
(Counsel to the Debtors)
Mark Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.