**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | ) )<br>) )<br>) )<br>) )<br>) )<br>) ) |

Chapter 11

Case No. 14-10979 (CSS)

(Jointly Administered)

**NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF DELAWARE
TRUST COMPANY, AS INDENTURE TRUSTEE, TO DEBTORS' REQUEST FOR
PRODUCTION OF DOCUMENTS AND INTERROGATORIES CONCERNING
THE DEBTORS' BIDDING PROCEDURES MOTION**

PLEASE TAKE NOTICE that, on October 15, 2014, the **Responses and Objections of Delaware Trust Company, as Indenture Trustee, to the Debtors' Request for Production of Documents and Interrogatories Concerning the Debtors' Bidding Procedures Motion** was served on counsel for the Debtors on the attached service list via electronic mail.

52881/0001-11028401v2

Dated:  October 15, 2014

        COLE, SCHOTZ, MEISEL, FORMAN
        & LEONARD, P.A.


        */s/ J. Kate Stickles*

| | |
|---|---|
| Norman L. Pernick (DE 2290) | Warren A. Usatine |
| J. Kate Stickles (DE 2917) | 25 Main Street, |
| 500 Delaware Avenue, Suite 1410 | P.O. Box 800 |
| Wilmington, DE  19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile:  302-652-3117 | Facsimile:  201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |

   --and--

ROPES & GRAY LLP

| | |
|---|---|
| Keith H. Wofford | D. Ross Martin |
| Mark R. Somerstein | Andrew G. Devore |
| 1211 Avenue of the Americas | Prudential Tower |
| New York, NY 10036-8704 | 800 Boylston Street |
| Telephone: 212-596-9000 | Boston, MA  02199-3600 |
| Facsimile:  212-596-9090 | Telephone: 617-951-7000 |
| Keith.Wofford@ropesgray.com | Facsimile: 617-951-7050 |
| Mark.Somerstein@ropesgray.com | Ross.Martin@ropesgray.com |
| | Andrew.Devore@ropesgray.com |

   --and--

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile:  212-248-3141
James.Millar@dbr.com

*Counsel for Delaware Trust Company,
as successor indenture trustee*

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) ) | Case No. 14-10979 (CSS) |
| *Debtors*. | ) ) ) | (Jointly Administered) |
| DELAWARE TRUST COMPANY, as INDENTURE TRUSTEE, | ) ) ) ) ) |   |
| *Plaintiff*, | ) ) ) |   |
| v. | ) ) ) | Adversary Proceeding No. 14-50363 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | ) ) ) ) ) |   |
| *Defendants*. | ) ) |   |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, certify that on October 15, 2014, I caused a copy of the **Notice of Service of Responses and Objections of Delaware Trust Company, as Indenture Trustee, to the Debtors' Request for Production of Documents and Interrogatories Concerning the Debtors' Bidding Procedures Motion** to be served via electronic mail on the parties on the service list attached hereto.

                        COLE, SCHOTZ, MEISEL,
                        FORMAN & LEONARD, P.A.

                        */s/  J. Kate Stickles*
                        J. Kate Stickles (No. 2917)
                        500 Delaware Avenue, Suite 1410
                        Wilmington, DE  19801
                        Telephone: 302-652-3131
                        kstickles@coleschotz.com

                        *Counsel for Delaware Trust Company,*
                        *as successor indenture trustee*

2

**Service List**

Jason M. Madron, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
madron@rlf.com

Bridget K. O'Connor, Esquire
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
bridget.oconnor@kirkland.com

Mark E. McKane, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
mmckane@kirkland.com

Michael A. Petrino, Esquire
David R. Dempsey, Esquire
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
michael.petrino@kirkland.com
ddempsey@kirkland.com

Andrew R. McGaan, Esquire
Samara L. Penn, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
amcgaan@kirkland.com
samara.penn@kirkland.com

William T. Pruitt, Esquire
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
william.pruitt@kirkland.com