## Exhibit A

| **Sale Assets:** | Scrap and equipment related to a retired natural gas-fired electric plant located in Nolan County, Texas (the "Plant"), including: copper and other valuable scrap materials; GE Frame 6B turbine and generators; transformers; valves; pump sections; switchyard equipment; and other miscellaneous equipment and inventory.[1] |
|---|---|
| **Debtor/Seller:** | Luminant Generation Company LLC ("Luminant Generation"). |
| **Purchaser:** | PRC Environmental, Inc. ("PRC"), on behalf of various third-party purchasers. |
| **Price/Terms:** | Approximately $650,000.00 estimated aggregate net proceeds. Individual sale transactions will be settled on a net 30-day basis. |
| **Book Value:** | $0.[2] |
| **Marketing/Sales Process:** | Luminant Generation has employed PRC to market, prepare for sale, and sell the Sale Assets. PRC seeks buyers for the assets using a competitive bid process and established protocols and market mechanisms to optimize purchase price. |
| **Other Significant Terms:** | PRC will be paid a broker fee between 10% and 15% of the gross sale proceeds, and compensated for time, materials, and equipment rental rates, and other related expenses incurred in connection with salvage and sale activities. All potential Sale Assets will be removed from the leased Plant location on or before November 21, 2014. All work will be completed by January 15, 2015. |

**Known Encumbrances:**

| Liens[3] | Identity of Lienholder |
|---|---|
| DIP Liens | Citibank, N.A. |
|  | 1615 Brett Road, Building III |

---

[1] Pursuant to the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing (A) Rejection of a Certain Unexpired Lease Between Luminant Generation Company LLC and U.S. Gypsum and (B) Abandonment of Certain Property, Each Effective as of November 25, 2014* [D.I. 2338], the Debtors are seeking to reject the ground lease with United States Gypsum Company for the premises on which the Plant is located, and to abandon any property remaining at the leased premises as of November 25, 2014. Because the Plant is retired, the Debtors intend to sell the Sale Assets irrespective of the rejection of the lease.

[2] In accordance with applicable accounting rules, the retired Plant and related Sale Assets have zero net book value.

[3] The terms "DIP Liens," "Prepetition First Priority Liens," and "Prepetition Second Priority Liens" are defined in the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, For Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [D.I. 73] (the "TCEH DIP Motion").

|  | New Castle, DE 19720<br>Attn: Bank Loan Syndications Department<br>Copy to Owen Coyle (same address as above) |
| --- | --- |
| Prepetition First Priority Liens | Delaware Trust Company of Delaware<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>Attn: Joseph McFadden<br><br>Wilmington Trust, N.A.<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn: Jeffrey T. Rose, Esq. |
| Prepetition Second Priority Liens | Wilmington Savings Fund Society, FSB<br>Global Bankruptcy Restructuring Services<br>500 Delaware Avenue<br>Wilmington, DE 1980<br>Attn: Patrick Healy<br><br>Bank of New York Mellon Trust Company, N.A.<br>Corporate Trust Division<br>601 Travis Street - 16th Floor<br>Houston, TX 77002<br>Attn: TCEH Senior Secured Second Lien Notes Trustee |
| Property Tax Lien - Nolan County, TX | Nolan County Tax Assessor/Collector<br>Property Ownership & Liens<br>100 E. 3rd Street #108<br>Sweetwater, TX 79556 |
| Direct Sales Tax Lien - State of Texas | State of Texas, Comptroller's Office<br>Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capital Station<br>Austin, TX 78711 |

**Known Affected/Interested Governmental/Regulatory Entities:**

| Nature of Interest | Entity |
| --- | --- |
| Property Tax Lien - Nolan County, TX | Nolan County Tax Assessor/Collector<br>Property Ownership & Liens<br>100 E. 3rd Street #108<br>Sweetwater, TX 79556 |
| Direct Sales Tax Lien - State of Texas | State of Texas, Comptroller's Office<br>Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capital Station<br>Austin, TX 78711 |