IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> ENERGY FUTURE HOLDINGS CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PINCKNEY, WEIDINGER, URBAN & JOYCE LLC AS COUNSEL FOR THERMO FISHER SCIENTIFIC INC. AND NOTICE OF SUBSTITUTION OF COUNSEL OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP AS COUNSEL FOR THERMO FISHER SCIENTIFIC INC.**

PLEASE TAKE NOTICE that Pinckney, Weidinger, Urban & Joyce LLC and Kevin M. Capuzzi, Esquire hereby withdraw as counsel for Thermo Fisher Scientific Inc. in the above-captioned bankruptcy case and hereby respectfully request that their names be removed from all service lists for this case, including all electronic service lists and the ECF notification system for this case.

PLEASE TAKE FURTHER NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP and Kevin M. Capuzzi, Esquire hereby enter and substitute their appearance for Pinckney, Weidinger, Urban & Joyce LLC, as counsel for Thermo Fisher Scientific Inc. in the above-captioned bankruptcy case and request that all notices be given or required to be given and all papers served or required to be served, including but not limited to orders, reports, pleadings, motions, applications, petitions, requests, complaints, plans, disclosure statements, or demands,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

8323535 v1

whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex, or otherwise, be given to and served upon the following:

> Kevin M. Capuzzi, Esquire
> Benesch, Friedlander, Coplan & Aronoff, LLP
> 222 Delaware Avenue, Suite 801
> Wilmington, Delaware  19801
> Telephone:    (302) 442-4063
> Facsimile:    (302) 442-7012
> Email:        kcapuzzi@beneschlaw.com

This entry of appearance shall not apply to any proceeding or transaction occurring outside of this Court, or to any proceeding or transaction occurring in another proceeding before this Court.

| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
|---|---|
| By: /s/ Kevin M. Capuzzi<br>Kevin M. Capuzzi (DE Bar No. 5462)<br>1220 N. Market Street, Suite 950<br>Wilmington, DE 19801<br>Telephone:  (302) 504-1497<br>Facsimile:  (302) 442-7046<br>Email:  kcapuzzi@pwujlaw.com<br><br>*Former Counsel to Thermo Fisher Scientific Inc.*<br><br>Date: October 16, 2014 | By: s/ Kevin M. Capuzzi<br>Kevin M. Capuzzi (DE Bar No. 5462)<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware  19801<br>Telephone:  (302) 442-4063<br>Facsimile:  (302) 442-7012<br>Email:  kcapuzzi@beneschlaw.com<br><br>*Current Counsel to Thermo Fisher Scientific Inc.*<br><br>Date: October 16, 2014 |