IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: Docket No. 1698** |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MAY 13, 2014 AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

I, Christopher A. Ward, Esq., of Polsinelli PC, proposed counsel to the official committee of unsecured creditors (the "**Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**"), hereby certify as follows:

1.  On July 25, 2014, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al., for Entry of an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 1698] (the "**Application**").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

48625482.3

2. The objection deadline for the Application was August 6, 2014 at 4:00 p.m. (ET). The Responding Parties (as defined below) were given an extension to respond until August 7, 2014 at 4:00 p.m. (ET).

3. The Committee received informal comments from the Ad Hoc Group of TCEH Unsecured Noteholders, the EFH Unsecured Notes Trustee, the EFIH Unsecured Notes Trustee, and the Office of the United States Trustee (collectively, the "**Responding Parties**"). The Committee also shared the form of order with the TCEH Debtors, but they did not have any comments.

4. The Committee has revised the form of order (the "**Order**") to incorporate the comments of the Responding Parties, which is attached hereto as Exhibit A. Attached as Exhibit B is a blackline showing the changes made to the Order as compared to the form of order originally filed with the Application.

5. Accordingly, the Committee respectfully requests that this Court enter the Order attached hereto as Exhibit A at its earliest convenience.

Dated: Wilmington, Delaware
October 16, 2014

　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher A. Ward*
　　　　　　　　　　　　　　　　　　　　　Christopher A. Ward (Del. Bar No. 3877)
　　　　　　　　　　　　　　　　　　　　　Justin K. Edelson (Del. Bar No. 5002)
　　　　　　　　　　　　　　　　　　　　　Shanti M. Katona (Del. Bar No. 5352)
　　　　　　　　　　　　　　　　　　　　　**POLSINELLI PC**
　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1101
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 252-0920
　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 252-0921
　　　　　　　　　　　　　　　　　　　　　cward@polsinelli.com
　　　　　　　　　　　　　　　　　　　　　jedelson@polsinelli.com
　　　　　　　　　　　　　　　　　　　　　skatona@polsinelli.com

　　　　　　　　　　　　　　　　　　　　　*Proposed Counsel to the Official Committee of Unsecured Creditors*

48625482.3