IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Related to D.I. 2087 and 2385** |

### NOTICE OF FILING OF DELAWARE TRUST COMPANY'S PROPOSED REVISED BIDDING PROCEDURES ORDER

**PLEASE TAKE NOTICE** that, on September 19, 2014, the Motion of Energy Future Holdings Corp., et al. for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving Form and Manner of Notice Thereof [D.I. 2087] (the "Bidding Procedures Motion") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on October 10, 2014, the Objection of Delaware Trust Company, as Indenture Trustee, to Debtors' Motion for Approval of Bidding Procedures [D.I. 2385] (the "Objection") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, in furtherance of the Objection, attached hereto as Exhibit 1 is Delaware Trust Company's proposed Revised Bidding Procedures Order. Attached hereto as Exhibit 2 is a black line of the proposed Revised Bidding Procedures Order reflecting all of Delaware Trust Company's proposed revisions to the proposed order that was filed with the Bidding Procedures Motion.

[Signatures on Next Page]

Dated: October 16, 2014

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

        /s/ Kate Stickles
        Norman L. Pernick (DE 2290)    Warren A. Usatine
        J. Kate Stickles (DE 2917)       25 Main Street,
        500 Delaware Avenue, Suite 1410  P.O. Box 800
        Wilmington, DE 19801          Hackensack, NJ 07602
        Telephone: 302-652-3131        Telephone: 201-489-3000
        Facsimile: 302-652-3117         Facsimile: 201-489-1536
        npernick@coleschotz.com        wusatine@coleschotz.com
        kstickles@coleschotz.com

    --and--

ROPES & GRAY LLP
Keith H. Wofford                    D. Ross Martin
Mark R. Somerstein               Andrew G. Devore
1211 Avenue of the Americas      Prudential Tower
New York, NY 10036-8704         800 Boylston Street
Telephone: 212-596-9000          Boston, MA 02199-3600
Facsimile: 212-596-9090          Telephone: 617-951-7000
Keith.Wofford@ropesgray.com      Facsimile: 617-951-7050
Mark.Somerstein@ropesgray.com    Ross.Martin@ropesgray.com
                                          Andrew.Devore@ropesgray.com

    --and--

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Delaware Trust Company,
as successor indenture trustee*