IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF SERVICE OF "DEBTORS' RESPONSES AND OBJECTIONS TO THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE DEBTORS CONCERNING THE BIDDING PROCEDURES MOTION PURSUANT TO RULES 7026 AND 7034"**

PLEASE TAKE NOTICE that, on the 2nd day of October, 2014, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a copy of **Debtors' Responses and Objections to the Ad Hoc Group of TCEH Unsecured Noteholders Requests for Production of Documents to the Debtors Concerning the Bidding Procedures Motion Pursuant to Rules 7026 and 7034** to be served on the following counsel of record as follows:

**VIA EMAIL AND FEDERAL EXPRESS**

J. Christopher Shore, Esq.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
E-mail:    cshore@whitecase.com

**VIA EMAIL AND FEDERAL EXPRESS**

Jeffrey M. Schlerf, Esq.
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899
E-mail:    jschlerf@foxrothschild.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10937940v.1

Dated: October 16, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession