## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

### NOTICE OF SERVICE OF "DEBTORS' RESPONSES AND OBJECTIONS TO DELAWARE TRUST COMPANY'S FIRST SET OF DOCUMENT REQUESTS TO DEBTORS IN CONNECTION WITH BIDDING PROCEDURES MOTION"

PLEASE TAKE NOTICE that, on the 2nd day of October, 2014, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a copy of **Debtors' Responses and Objections to Delaware Trust Company's First Set of Document Requests to Debtors in Connection With Bidding Procedures Motion** to be served on the following counsel of record as follows:

**VIA EMAIL AND FEDERAL EXPRESS**

D. Ross Martin
ROPES & GRAY LLP
800 Boylston Street Prudential Tower
Boston, MA 02199
E-mail:        Ross.Martin@ropesgray.com

Norman L. Pernick
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
E-mail:        npernick@coleschotz.com

**VIA EMAIL AND FEDERAL EXPRESS**

Warren A. Usatine
COLE, SHOTZ, MEISEL, FORMAN
 & LEONARD, P.A.
25 Main Street
Hackensack, NJ 07601
E-mail:        wusatine@coleschotz.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10937959v.1

Dated:  October 16, 2014
   Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:   collins@rlf.com
     defranceschi@rlf.com
     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:   edward.sassower@kirkland.com
     stephen.hessler@kirkland.com
     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini  (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:   james.sprayregen@kirkland.com
     chad.husnick@kirkland.com
     steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 10937959v.1