# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 1,217.3 | $ 174,212.50 |
| 2 | 2014 Property Tax Consulting | 374.0 | $ 68,175.00 |
| 3 | Sales and Use Tax Examination Consulting Services | 14.8 | $ 7,145.20 |
| 4 | Fee Statement and Fee Application Preparation | 26.1 | $ 5,950.80 |
| 5 | Retention Services | 23.5 | $ 8,299.00 |
| | **Total** | **1,655.7** | **$ 263,782.50** |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 2,832.49 |
| Lodging | N/A | $ 7,568.04 |
| Travel Meals | N/A | $ 623.42 |
| Ground Transportation | N/A | $ 2,283.01 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 13,306.96** |