## EXHIBIT B

### Professionals' Information

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bibby, Thomas D | Partner - Advisory | $ 658 | 3.6 | $ 2,368.80 |
| Burdett, Brian R | Principal - Tax | $ 682 | 6.4 | $ 4,364.80 |
| Lyell, Steve | Senior Manager - Tax | $ 425 | 10.9 | $ 4,632.50 |
| Bennett, Tricia | Manager - Advisory | $ 250 | 176.4 | $ 44,100.00 |
| Fulmer, Brandon T | Manager - Tax | $ 437 | 2.3 | $ 1,005.10 |
| Plangman, Monica | Manager - Bankruptcy | $ 298 | 19.9 | $ 5,930.20 |
| Campbell, Celeste | Senior Associate - Bankruptcy | $ 228 | 26.1 | $ 5,950.80 |
| Jumonville, Brandon | Senior Associate - Tax | $ 350 | 2.8 | $ 980.00 |
| Alves, Matthew | Associate - Tax | $ 175 | 241.9 | $ 42,332.50 |
| Bhai, Aamir | Associate - Advisory | $ 125 | 196.7 | $ 24,587.50 |
| Douthey, Amy | Associate - Advisory | $ 125 | 199.6 | $ 24,950.00 |
| Karcasinas, Theodore J | Associate - Tax | $ 241 | 3.3 | $ 795.30 |
| Kuo, Jackie | Associate - Advisory | $ 125 | 89.9 | $ 11,237.50 |
| Milner, Aaron | Associate - Advisory | $ 125 | 180.5 | $ 22,562.50 |
| Molnar, Zack | Associate - Advisory | $ 125 | 166.8 | $ 20,850.00 |
| Neitzel, Jacklyn | Associate - Tax | $ 175 | 121.2 | $ 21,210.00 |
| Waggoner, Holly | Associate - Advisory | $ 125 | 207.4 | $ 25,925.00 |
| **Total Fees Requested** | | | **1,655.7** | **$ 263,782.50[1]** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $686,149.00. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $422,366.50 thus benefitting the Chapter 11 estate by same amount.