# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 2,832.49 |
| Lodging | N/A | $ | 7,568.04 |
| Travel Meals | N/A | $ | 623.42 |
| Ground Transportation | N/A | $ | 2,283.01 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **13,306.96** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 2,832.49 |
| Lodging | N/A | $ | 7,568.04 |
| Travel Meals | N/A | $ | 623.42 |
| Ground Transportation | N/A | $ | 2,283.01 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **13,306.96** |