# EXHIBIT D

Detailed Description of Expenses and Disbursements

KPMG LLP
EFH Expense Detail
April 29, 2014 through May 31, 2014

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05164284 | Voucher Analysis Services | 20140501 | Kuo, Jackie | air | | | $ 186.50 | One way coach airfare incurred on 5/1/14 traveling from Dallas, TX to Houston, TX while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140502 | Molnar, Zack | air | | | $ 300.25 | Airfare expense, coach class, for round trip from IAH to DFW and back on 4/28/14 and 5/2/14 while performing work for Energy Future Holdings Accounts Payable Process Improvement (only included 1/2 airfare for return trip on 5/2) |
| 05164284 | Voucher Analysis Services | 20140509 | Molnar, Zack | air | | | $ 249.50 | Airfare expense incurred on 5/9/14 traveling from DAL to IAH while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140512 | Molnar, Zack | air | | | $ 206.00 | Airfare expense incurred on 5/12/14 traveling from IAH to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140518 | Molnar, Zack | air | | | $ 454.50 | Roundtrip airfare expense incurred on 5/15/14 and 5/18/14 traveling from HOU to DAL and back while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140519 | Kuo, Jackie | air | | | $ 71.50 | One way coach airfare incurred on 5/19/14 traveling from Houston, TX to Dallas, TX while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140522 | Bhai, Aamir | air | | | $ 233.99 | One-way coach class airfare return flight from Dallas, Texas to Las Vegas. Departure Date: 05/22/2014. Flight cost same as flight to Houston. Took One-way to different destination. |
| 05164284 | Voucher Analysis Services | 20140523 | Kuo, Jackie | air | | | $ 410.50 | Round trip coach airfare 5/23/14 - 5-27-14 traveling from Houston, TX to Dallas, TX while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140523 | Molnar, Zack | air | | | $ 325.50 | Roundtrip airfare expense incurred on 5/23/14 and 5/26/14 traveling from IAH to DAL and back while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140530 | Kuo, Jackie | air | | | $ 188.25 | One way coach airfare incurred on 5/30/14 traveling from DFW to IAH to while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140531 | Molnar, Zack | air | | | $ 206.00 | One way coach airfare incurred on 5/31/14 traveling from DFW to IAH while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140501 | Bhai, Aamir | lodging | | | $ 526.89 | Hotel fees incurred in Dallas, TX for 2 nights (4/29-5/1) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140501 | Kuo, Jackie | lodging | | | $ 336.56 | Hotel fees incurred in Dallas, TX for 2 nights (4/29-5/1) while performing work for Energy Future Holdings Accounts Payable Process Improvement (1 nite backed out for 4/28 @$168.28) |
| 05164284 | Voucher Analysis Services | 20140502 | Molnar, Zack | lodging | | | $ 371.92 | Hotel fees incurred in Dallas, TX for 4 nights (4/29-5/2) while performing work for Energy Future Holdings Accounts Payable Process Improvement (1 night backed out for 4/28 @$185.96) |

KPMG LLP
EFH Expense Detail
April 29, 2014 through May 31, 2014

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05164284 | Voucher Analysis Services | 20140507 | Bhai, Aamir | lodging | | | $ 375.26 | Hotel fees incurred in Dallas, TX for 2 nights (5/05-5/07) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140509 | Bhai, Aamir | lodging | | | $ 375.26 | Hotel fees incurred in Dallas, TX for 2 nights (5/07-5/09) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140509 | Molnar, Zack | lodging | | | $ 710.00 | Hotel fees incurred in Dallas, TX for 4 nights (5/05-5/09) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140514 | Bhai, Aamir | lodging | | | $ 375.26 | Hotel fees incurred in Dallas, TX for 2 nights (5/12-5/14) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140515 | Molnar, Zack | lodging | | | $ 424.35 | Hotel fees incurred in Dallas, TX for 3 nights (5/12-5/15) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140516 | Bhai, Aamir | lodging | | | $ 375.26 | Hotel fees incurred in Dallas, TX for 2 nights (5/14-5/16) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140522 | Bhai, Aamir | lodging | | | $ 567.89 | Hotel fees incurred in Dallas, TX for 3 nights (5/19-5/22) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140523 | Kuo, Jackie | lodging | | | $ 673.12 | Hotel fees incurred in Dallas, TX for 4 nights (5/19-23) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140523 | Molnar, Zack | lodging | | | $ 512.90 | Hotel fees incurred in Dallas, TX for 5 nights (5/18-5/23) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140527 | Molnar, Zack | lodging | | | $ 177.50 | Hotel fees incurred in Dallas, TX for 1 nights (5/26-5/27) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140528 | Bhai, Aamir | lodging | | | $ 187.69 | Hotel fees incurred in Dallas, TX for 4 nights (5/27-5/28) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140530 | Bhai, Aamir | lodging | | | $ 375.26 | Hotel fees incurred in Dallas, TX for 4 nights (5/28-5/30) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140530 | Kuo, Jackie | lodging | | | $ 504.84 | Hotel fees incurred in Dallas, TX for 3 nights (5/27-5/30) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140530 | Kuo, Jackie | lodging | | | $ 63.00 | Parking expense incurred for 3 nights (5/27-30) while performing work for Energy Future Holdings Accounts Payable Process Improvement |

KPMG LLP
EFH Expense Detail
April 29, 2014 through May 31, 2014

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05164284 | Voucher Analysis Services | 20140530 | Molnar, Zack | lodging | | | $ 532.50 | Hotel fees incurred in Dallas, TX for 4 nights (5/27-5/30) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140531 | Molnar, Zack | lodging | | | $ 102.58 | Hotel fees incurred in Dallas, TX for 1 nights (5/30-5/31) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140501 | Molnar, Zack | travel meals | | | $ 14.67 | Out of town meal charge (lunch) incurred at Chophouse burger in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140501 | Molnar, Zack | travel meals | | | $ 10.55 | Out of town meal charge (dinner) incurred at Carmine's Pizza in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140502 | Molnar, Zack | travel meals | | | $ 8.98 | Out of town meal charge (dinner) incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140505 | Bhai, Aamir | travel meals | | | $ 19.43 | Out of town meal charge incurred on 05/05/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140506 | Bhai, Aamir | travel meals | | | $ 13.37 | Out of town meal charge incurred on 05/06/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140506 | Bhai, Aamir | travel meals | | | $ 14.88 | Out of town meal charge incurred on 05/06/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140507 | Bhai, Aamir | travel meals | | | $ 2.25 | Out of town meal charge incurred on 05/07/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140507 | Bhai, Aamir | travel meals | | | $ 10.28 | Out of town meal charge incurred on 05/07/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140508 | Bhai, Aamir | travel meals | | | $ 18.66 | Out of town meal charge incurred on 05/08/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140508 | Bhai, Aamir | travel meals | | | $ 10.00 | Out of town meal charge incurred on 05/08/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140508 | Bhai, Aamir | travel meals | | | $ 7.31 | Out of town meal charge incurred on 05/08/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140509 | Bhai, Aamir | travel meals | | | $ 11.01 | Out of town meal charge incurred on 05/08/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140509 | Bhai, Aamir | travel meals | | | $ 5.63 | Out of town meal charge incurred on 05/09/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |

KPMG LLP
EFH Expense Detail
April 29, 2014 through May 31, 2014

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05164284 | Voucher Analysis Services | 20140509 | Bhai, Aamir | travel meals | | | $ 8.61 | Out of town meal charge incurred on 05/09/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140509 | Bhai, Aamir | travel meals | | | $ 36.00 | Out of town meal charge incurred on 05/09/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140512 | Molnar, Zack | travel meals | | | $ 11.64 | Out of town meal charge incurred at Which wich in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140512 | Molnar, Zack | travel meals | | | $ 19.36 | Out of town meal charge incurred at Amico's in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140513 | Molnar, Zack | travel meals | | | $ 4.50 | Out of town meal charge incurred at Bennys Bagels in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140513 | Molnar, Zack | travel meals | | | $ 5.36 | Out of town meal charge incurred at Relish in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140513 | Molnar, Zack | travel meals | | | $ 7.79 | Out of town meal charge incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140514 | Molnar, Zack | travel meals | | | $ 6.75 | Out of town meal charge (breakfast) incurred at Bennys Bagels in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140514 | Molnar, Zack | travel meals | | | $ 12.05 | Out of town meal charge (lunch) incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140514 | Molnar, Zack | travel meals | | | $ 29.19 | Out of town meal charge incurred at E Bar Tex Mex in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140515 | Molnar, Zack | travel meals | | | $ 12.39 | Out of town meal charge incurred at Bennys Bagels in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140515 | Molnar, Zack | travel meals | | | $ 16.81 | Out of town meal charge incurred in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140519 | Bhai, Aamir | travel meals | | | $ 16.22 | Out of town meal charge incurred on 05/19/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140519 | Bhai, Aamir | travel meals | | | $ 8.12 | Out of town meal charge incurred on 05/19/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140519 | Molnar, Zack | travel meals | | | $ 12.05 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140519 | Molnar, Zack | travel meals | | | $ 20.41 | Out of town meal charge incurred at Amico's in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140520 | Bhai, Aamir | travel meals | | | $ 8.98 | Out of town meal charge incurred on 05/20/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140520 | Bhai, Aamir | travel meals | | | $ 2.16 | Out of town meal charge incurred on 05/20/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |

KPMG LLP
EFH Expense Detail
April 29, 2014 through May 31, 2014

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05164284 | Voucher Analysis Services | 20140520 | Molnar, Zack | travel meals | | | $ 12.05 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140520 | Molnar, Zack | travel meals | | | $ 28.56 | Out of town meal charge incurred at J. Pepe's in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140521 | Bhai, Aamir | travel meals | | | $ 7.31 | Out of town meal charge incurred on 05/21/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140521 | Molnar, Zack | travel meals | | | $ 8.93 | Out of town meal charge incurred at Which Wich in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140521 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140522 | Bhai, Aamir | travel meals | | | $ 8.93 | Out of town meal charge incurred on 05/22/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140522 | Molnar, Zack | travel meals | | | $ 10.01 | Out of town meal charge incurred at Miquel's in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140522 | Molnar, Zack | travel meals | | | $ 7.04 | Out of town meal charge incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140523 | Molnar, Zack | travel meals | | | $ 2.00 | Out of town meal charge incurred at Bennys Bagels in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140523 | Molnar, Zack | travel meals | | | $ 13.75 | Out of town meal charge incurred at Chophouse Burgers in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140527 | Bhai, Aamir | travel meals | | | $ 7.36 | Out of town meal charge incurred on 05/27/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140527 | Bhai, Aamir | travel meals | | | $ 25.93 | Out of town meal charge incurred on 05/27/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140527 | Molnar, Zack | travel meals | | | $ 7.85 | Out of town meal charge incurred at Jimmy Johns in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140527 | Molnar, Zack | travel meals | | | $ 20.41 | Out of town meal charge incurred at Amico's in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140528 | Bhai, Aamir | travel meals | | | $ 6.71 | Out of town meal charge incurred on 05/28/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05164284 | Voucher Analysis Services | 20140528 | Molnar, Zack | travel meals | | | $ 10.36 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140528 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140529 | Molnar, Zack | travel meals | | | $ 4.01 | Out of town meal charge incurred at Bennys Bagels in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140529 | Molnar, Zack | travel meals | | | $ 8.93 | Out of town meal charge incurred at Which Wich in Dallas, TX. Attendees: Z. Molnar |

KPMG LLP
EFH Expense Detail
April 29, 2014 through May 31, 2014

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05164284 | Voucher Analysis Services | 20140529 | Molnar, Zack | travel meals | | | $ 10.01 | Out of town meal charge incurred at Chophouse Burgers in Dallas, TX Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140530 | Molnar, Zack | travel meals | | | $ 6.91 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140530 | Molnar, Zack | travel meals | | | $ 12.23 | Out of town meal charge incurred at Carmine's Pizza in Dallas, TX Attendees: Z. Molnar |
| 05164284 | Voucher Analysis Services | 20140501 | Bhai, Aamir | ground | | | $ 50.00 | Parking expense incurred for 2 nights (4/29-5/1) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140501 | Bhai, Aamir | ground | | | $ 134.40 | Mileage incurred in excess of normal commute for roundtrip travel from office in Houston, TX to client site in Dallas, TX while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140501 | Kuo, Jackie | ground | | | $ 42.00 | Parking expense incurred for 2 nights (4/29-5/1) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140501 | Kuo, Jackie | ground | | | $ 151.46 | Car rental expense incurred for 3 days (4/29-5/1) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140501 | Kuo, Jackie | ground | | | $ 53.00 | Cab ride expense incurred on 5/1/14 traveling from IAH to home while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140502 | Molnar, Zack | ground | | | $ 74.50 | Cab ride expense incurred on 5/2/14 traveling from IAH to home while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140502 | Molnar, Zack | ground | | | $ 80.00 | Cab ride expense incurred on 5/2/14 traveling from EFH office to DFW while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140505 | Molnar, Zack | ground | | | $ 53.48 | Cab ride expense incurred on 5/5/14 traveling from DFW to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140509 | Bhai, Aamir | ground | | | $ 100.00 | Parking expense incurred for 4 nights (5/05-5/09) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140512 | Molnar, Zack | ground | | | $ 15.00 | Cab ride expense incurred on 5/12/14 traveling from office to hotel while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140512 | Molnar, Zack | ground | | | $ 25.00 | Cab ride expense incurred on 5/12/14 traveling from DAL to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140515 | Molnar, Zack | ground | | | $ 14.53 | Cab ride expense incurred on 5/15/14 traveling from office to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |

**KPMG LLP**
**EFH Expense Detail**
**April 29, 2014 through May 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05164284 | Voucher Analysis Services | 20140515 | Molnar, Zack | ground | | | $ 5.70 | Cab ride expense incurred on 5/15/14 traveling from hotel to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140518 | Molnar, Zack | ground | | | $ 55.25 | Cab ride expense incurred on 5/18/14 traveling from DFW to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140519 | Kuo, Jackie | ground | | | $ 88.00 | Cab ride expense incurred on 5/19/14 traveling from home to Houston, TX while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140522 | Bhai, Aamir | ground | | | $ 100.00 | Parking expense incurred for 4 nights (5/19-05/22) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140523 | Kuo, Jackie | ground | | | $ 84.00 | Parking expense incurred for 4 nights (5/19-23) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140523 | Kuo, Jackie | ground | | | $ 254.12 | Car rental expense incurred for 5 days (5/19-23) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140523 | Kuo, Jackie | ground | | | $ 79.00 | Cab ride expense incurred on 5/23/14 traveling from IAH to home after return flight while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140523 | Molnar, Zack | ground | | | $ 121.00 | Parking expense incurred on 5/23/14 at IAH while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140527 | Kuo, Jackie | ground | | | $ 33.93 | Cab ride expense incurred on 5/27/14 traveling from home to IAH for departing flight while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140527 | Molnar, Zack | ground | | | $ 56.15 | Cab ride expense incurred on 5/27/14 traveling from DFW to hotel while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140530 | Kuo, Jackie | ground | | | $ 201.54 | Car rental expense incurred for 4 days (5/27-5/30) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140530 | Kuo, Jackie | ground | | | $ 85.00 | Cab ride expense incurred on 5/30/14 traveling from Houston, TX to home while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140530 | Bhai, Aamir | ground | | | $ 100.00 | Parking expense incurred for 4 nights (5/12-5/16) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140530 | Molnar, Zack | ground | | | $ 60.54 | Cab ride expense incurred on 5/30/14 traveling from DFW to hotel while performing work for Energy Future Holdings Accounts Payable Process Improvement |

**KPMG LLP**
**EFH Expense Detail**
**April 29, 2014 through May 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05164284 | Voucher Analysis Services | 20140530 | Molnar, Zack | ground | | | $ 54.00 | Cab ride expense incurred on 5/30/14 traveling from office to DFW while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140531 | Molnar, Zack | ground | | | $ 61.00 | Cab ride expense incurred on 5/31/14 traveling from hotel to DFW while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 05164284 | Voucher Analysis Services | 20140531 | Molnar, Zack | ground | | | $ 50.41 | Parking expense incurred for 2 days at IAH while performing work for Energy Future Holdings Accounts Payable Process Improvement |