## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF DISINTERESTEDNESS OF
## PRICEWATERHOUSECOOPERS LLP PURSUANT TO THE
## ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF
## CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS

I, James R. Hanlon, declare under penalty of perjury:

1.      I am a Partner of PricewaterhouseCoopers LLP, which has a place of business at 2001 Ross Avenue Suite 1800, Dallas, Texas 75201 (the "Company").

2.      Energy Future Holdings Corporation ("EFH") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Company provide certain internal audit and information security services to the Debtors, namely, EFH Corporate Services Company, EFH and, as may be necessary in the course of providing such services, EFH's affiliates, as well as federal individual income tax services to certain members of such Debtors' senior management, and the Company has consented to provide such services (collectively, the "Services").[2]

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    To the extent there is no objection to this declaration before the objection deadline has passed, the Debtors will withdraw the *Application of Energy Future Holdings Corp.,* et al., *for Entry of an Order Authorizing the Debtors to Retain and Employ PricewaterhouseCoopers LLP as Internal Audit, Information Security, and Tax* (Continued...)

3.      The Company may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  The Company does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matter on which the Company is proposed to be employed.

4.      As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these chapter 11 cases.

5.      The Company also notes the following representations:

(a)  Prior to the Petition Date, pursuant to an engagement letter dated March 8, 2013 (the "Lender Engagement Letter"), the Company was retained by Paul, Weiss, Rifkind, Wharton & Garrison LLP to provide tax and restructuring advisory services (the "Lender Representation") in connection with Paul Weiss's representation of certain first-lien lenders under that certain Credit Agreement, dated as of October 10, 2007, by and among TCEH, as borrower, EFCH and certain of its subsidiaries, as guarantors, and Citibank, N.A., as administrative agent. The Company has continued to provide such services since the Petition Date. I understand that both the Debtors have been aware of the Lender Representation since its inception and previously consented thereto and waived any potential conflict in connection therewith. I understand further that the Lenders are also aware of PwC's retention by the Debtors, and, subject to PwC maintaining the limitations on sharing information regarding the Lender Representation set forth in the Lender Engagement Letter, have waived any

_Consultants Effective Nunc Pro Tunc to the Petition Date_ [D.I. 654] (the "Application"), without prejudice and with the understanding that the Company's retention and compensation as an ordinary course professional will remain _nunc pro tunc_ to April 29, 2014 (the "Petition Date"), the petition date in the Debtors' cases.

potential conflict that would preclude PwC from performing the Services.[3]

(b) Pursuant to a separate master services agreement dated June 7, 2010 (as amended, supplemented or modified from time to time), PwC has provided and may continue to provide internal auditing services to the Debtors' non-debtor affiliate, Oncor Electric Company LLC, similar to those services provided to the Debtors under the MSA, as well as tax advisory work (the "Oncor Representation").

I understand that the Lender Representation and the Oncor Representation are unrelated to the Services being provided by the Company to the Debtors, and, accordingly, do not represent an interest adverse to the Debtors or their estates with respect to the matters upon which the Company is to be employed.

6.      Neither I nor any principal, partner, director, officer, etc., of or professional employed by, the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Company.

7.      Neither I nor any principal, partner, director, officer, of or professional employed by, the Company, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Company is to be employed.

8.      The Debtors owe the Company $0.00 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532.

---

[3]   I understand that the Debtors agreed to (and have continued to) pay PwC's fees in connection with the Lender Representation.

9.    I understand that the *Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* does not authorize any of the Debtors to pay the Company for prepetition services.

10.    I further understand that this Declaration will not suffice as the Company's proof of claim.

11.    As of the Petition Date, the Company was party to an agreement for indemnification with certain of the Debtors. A copy of such agreement is attached as **Exhibit 1** to this Declaration.

12.    Such agreement for indemnification (the "OCP Agreement") is subject to the following modifications, applicable during the pendency of the Debtors' chapter 11 cases:

> (c) the Company shall not be entitled to indemnification, contribution, or reimbursement for services provided under the OCP Agreement other than those described in such OCP Agreement, unless such services and indemnification therefor are approved by the Bankruptcy Court.

> (d) Notwithstanding anything to the contrary in the OCP Agreement, the Debtors shall have no obligation to indemnify the Company, or provide contribution or reimbursement to the Company, for any claim or expense related to such OCP Agreement that is either:    (i) judicially determined (the determination having become final) to have arisen from the Company's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege the breach of the Company's contractual obligations under the OCP Agreement unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Co.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to the exclusions set forth in clauses (i) and (ii) above, but determined by the Court, after notice and a hearing to be a claim or expense for which the Company should not receive indemnity, contribution or reimbursement under the terms of the OCP Agreement as modified by this Order.

> (e) If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final

order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, the Company believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the OCP Agreement (as modified by this Order), including without limitation the advancement of defense costs, the Company must file an application therefor in this Court, and the Debtors may not pay any such amounts to the Company before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by the Company for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify the Company. All parties in interest in these chapter 11 cases shall retain the right to object to any demand by the Company for indemnification, contribution or reimbursement.

13.    The Company has conducted an inquiry regarding its retention by any creditors and other parties in interest of the Debtors and will conduct further reviews as it becomes aware of additional parties in interest.[4]   At any time during the period of its employment, if the Company should discover any facts bearing on the matters described herein, the Company will supplement the information contained in this Declaration.

---

[4] The results of the Company's conflicts review were filed together with the Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Date: October _16_, 2014

James R. Hanlon

## Exhibit 1

C 0638655 C.

# MASTER SERVICES AGREEMENT

## BY AND BETWEEN

## PRICEWATERHOUSECOOPERS

## AND

## EFH CORPORATE SERVICES COMPANY

## DECEMBER 14, 2009

### CONTRACT NO. C 0638655 C.

C 0638655 C.

## TABLE OF CONTENTS

ARTICLE 1................................................... DEFINITIONS
ARTICLE 2................................................... ASSIGNABLE SCOPE OF WORK AND DELIVERABLES
ARTICLE 3................................................... NON - EXCLUSIVE
ARTICLE 4................................................... TERM OF AGREEMENT
ARTICLE 5................................................... COMPENSATION
ARTICLE 6................................................... INVOICES & PAYMENTS
ARTICLE 7................................................... ACCEPTANCE
ARTICLE 8................................................... SALES / USE TAX
ARTICLE 9................................................... WORK SITE SAFETY SECURITY
ARTICLE 10................................................. ALCOHOL, DRUGS AND WEAPONS
ARTICLE 11................................................. INSURANCE
ARTICLE 12................................................. INDEPENDENT CONTRACTOR RELATIONSHIP
ARTICLE 13................................................. ASSIGNMENT
ARTICLE 14................................................. SUBCONTRACTING
ARTICLE 15................................................. BINDING ON SUCCESSORS AND ASSIGNS
ARTICLE 16................................................. STANDARDS AND CODES
ARTICLE 17................................................. CHANGES IN WORK AND DELIVERABLES
ARTICLE 18................................................. EXTRA WORK
ARTICLE 19................................................. FORCE MAJEURE
ARTICLE 20................................................. SUSPENSION FOR CAUSE
ARTICLE 21................................................. TERMINATION
ARTICLE 22................................................. WARRANTY
ARTICLE 23................................................. RECORDS AND RIGHT TO AUDIT
ARTICLE 24................................................. BUSINESS ETHICS
ARTICLE 25................................................. CONTRACTOR'S RESPONSIBILITY FOR WORK
ARTICLE 26................................................. CONFLICT OF INTEREST
ARTICLE 27................................................. TAXES
ARTICLE 28................................................. INDEMNIFICATION
ARTICLE 29................................................. INTELLECTUAL PROPERTY
ARTICLE 30................................................. COMPLIANCE WITH LAWS
ARTICLE 31................................................. CONFIDENTIAL AND PROPRIETARY INFORMATION
ARTICLE 32................................................. RIGHTS TO DATA
ARTICLE 33................................................. GOVERNING LAW; ARBITRATION
ARTICLE 34................................................. NON-WAIVER OF RIGHTS
ARTICLE 35................................................. SURVIVAL
ARTICLE 36................................................. SEVERABILITY
ARTICLE 37................................................. PUBLICITY
ARTICLE 38................................................. IMMIGRATION
ARTICLE 39................................................. NOTICES
ARTICLE 40................................................. REPRESENTATIVES
ARTICLE 41................................................. AMENDMENTS
ARTICLE 42................................................. ATTACHMENTS
ARTICLE 43................................................. MISCELLANEOUS
ARTICLE 44................................................. COUNTERPARTS
................................................. ENTIRETY OF AGREEMENT

i

C 0638655 C.

If, during the term of this Agreement, CONTRACTOR knows or becomes aware of any facts or circumstances contrary to the covenants provided for in the preceding paragraph of this Article 23, CONTRACTOR will immediately notify COMPANY and provide sufficient information for COMPANY to take appropriate protective or corrective actions. CONTRACTOR further agrees to cooperate fully in any investigation undertaken by COMPANY.

### ARTICLE 24: CONTRACTOR'S RESPONSIBILITY FOR WORK

CONTRACTOR's role with respect to the Work performed under this Agreement is advisory only. Accordingly, CONTRACTOR will not provide an audit or attest opinion or other form of assurance, and CONTRACTOR will not perform any of the functions of COMPANY'S independent public accounting firm with respect to any information provided to it pursuant to this Agreement. Nothing in this Article is intended to relieve CONTRACTOR of any obligations that it has undertaken, or will undertake, pursuant to a duly executed Schedule A. Because CONTRACTOR will provide the Work solely for Company's and/or its COMPANY GROUP use and benefit and pursuant to a relationship exclusively with Company, CONTRACTOR disclaims any contractual or other responsibility, liability or duty of care to persons other than the COMPANY or the COMPANY Group, as applicable, based upon the Work or upon any Deliverables or advice CONTRACTOR provides. Any spreadsheets, electronic materials or software tools that CONTRACTOR provides to Company that are not identified as Deliverables in the applicable Schedule A, are for Company's convenience and are provided AS IS. CONTRACTOR will not be responsible for results obtained by anyone other than CONTRACTOR from the use of those items.

### ARTICLE 25: CONFLICT OF INTEREST

CONTRACTOR will exercise reasonable efforts to ensure that those members of engagement team performing Work for COMPANY pursuant to a Schedule A will not engage in any activity that will prevent them from performing the Work in a professional manner during the term of the applicable Statement of Work.

If CONTRACTOR becomes aware during the course of an engagement under a particular Schedule A that those individuals performing Work under a Schedule A are actively advocating in another matter a position materially adverse to COMPANY'S interests in the engagement CONTRACTOR will promptly notify COMPANY of that matter and the conflict.

### ARTICLE 26: TAXES

CONTRACTOR will comply with all federal, state, or municipal laws, rules and regulations regarding taxes and the payment of taxes, until the Work has been completed, including, without limitation, social security, state unemployment insurance, gross receipts taxes, withholding taxes, and income tax.

### ARTICLE 27: INDEMNIFICATION

Each party agrees to and will defend, protect, indemnify and hold harmless the other party from and against all Claims brought or suffered by any member of COMPANY Group or CONTRACTOR Group (as applicable) for death or bodily injury or the damage to or loss or destruction of any real or tangible personal property, arising out of, or incident to or related in any way to, directly or indirectly, performance of this Agreement, but only in proportion to, and to the extent that such Claims are caused by or result from a breach of this Agreement or the negligence or intentional acts or omissions of the other party. To the extent necessary to permit COMPANY to enforce the indemnity provided in the preceding sentence, CONTRACTOR agrees that with respect to any Claims brought against COMPANY Group, CONTRACTOR will and does hereby waive as to COMPANY Group any defense it may have by virtue of the workers' compensation laws of any state.

In accordance with Article 13, CONTRACTOR shall be responsible for all Work under this Agreement, including Work performed by Other Contractor Firms. Any and all Claims of any Other Contractor Firm

C 0638655 C.

relating to the Work, Deliverables or this Agreement shall be brought by CONTRACTOR and not by any Other Contractor Firm. CONTRACTOR shall defend, protect, indemnify and hold harmless the COMPANY Group from and against any damages arising from a Claim asserted (in violation of the preceding sentence) directly by any of CONTRACTOR's direct or indirect subsidiaries or any Other Contractor Firm relating to the Work, Deliverables or this Agreement.

Without limiting CONTRACTOR's indemnity obligations hereunder, including CONTRACTOR's indemnity obligations in the preceding sentence, COMPANY shall defend, protect, indemnify and hold harmless CONTRACTOR and the Beneficiaries (defined in Article 13) from and against all third party claims and damages arising from or relating to the Work or Deliverables relating to engagements for tax; Transaction Services or Accounting Advisory Services, except to the extent finally determined to have resulted from CONTRACTOR's gross negligence or intentional misconduct relating to such Work and/or Deliverables.

The party entitled to indemnification (the "Indemnified Party") shall promptly notify the party obligated to provide such indemnification (the "Indemnifying Party") of any claim for which the Indemnified Party seeks indemnification hereunder and the Indemnifying Party shall have the exclusive right and authority to conduct the defense or settlement of any such claim at the Indemnifying Party's sole expense and the Indemnified Party shall cooperate with the Indemnifying Party in connection therewith. The party not conducting the defense shall nonetheless have the right to participate in such defense at its own expense. The Indemnified Party shall have the right to approve the settlement of any claim that imposes any liability or obligation other than the payment of money damages.

EXCEPT WITH RESPECT TO EACH PARTY'S INDEMNIFICATION OBLIGATIONS UNDER THIS AGREEMENT, AND EXCEPT FOR CLAIMS RELATED TO A BREACH OF ARTICLE 30 OF THIS AGREEMENT AND CLAIMS INVOLVING GROSS NEGLIGENCE, FRAUD, WILFUL MISCONDUCT, EACH PARTY'S MAXIMUM LIABILITY TO THE OTHER ARISING FOR ANY REASON RELATING TO THIS AGREEMENT SHALL BE LIMITED TO THE AMOUNT OF FEES PAID OR OWING TO CONTRACTOR FOR THE PERFORMANCE OF WORK UNDER THE RELEVANT SCHEDULE A UNDER THIS AGREEMENT.

NEITHER PARTY SHALL HAVE ANY LIABILITY TO THE OTHER FOR ANY LOST PROFITS OR SPECIAL, INCIDENTAL, INDIRECT OR CONSEQUENTIAL DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

### ARTICLE 28: INTELLECTUAL PROPERTY

CONTRACTOR will obtain permission to use any and all third party intellectual property that may be required in order for CONTRACTOR to perform the Work. This permission will include all necessary licenses and governmental approvals.

CONTRACTOR will hold harmless and indemnify COMPANY GROUP from and against, and defend COMPANY Group against, any and all Claims, asserted by any third party against Company Group to the extent such Claims result from infringement, misappropriation or violation by the Deliverables (including any Contractor Property included therein) of any third party's patent, copyright, trademark or trade secret. The foregoing provisions shall not apply to any infringement arising out of: (i) use of the Deliverables other than for the permitted purposes as set forth in the Statement of Work or this Agreement or in accordance with applicable documentation or instructions supplied by Contractor or for other than COMPANY'S internal purposes; (ii) any material alteration, modification or revision of the Deliverables not expressly authorized in writing by Contractor; (iii) the combination of the Deliverables with materials not supplied by Contractor not expressly authorized in writing by Contractor or (iv) Deliverables based solely upon information, specifications or designs provided by or at Company's direction.

In case any of the Deliverables or any portion thereof is held, or in CONTRACTOR'S reasonable opinion is likely to be held, in any such suit to constitute infringement, Contractor may within a reasonable time, at its option, either: (i) secure for Company the right to continue the use of such infringing item; or (ii) replace, at

13