# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 10/17/14 at 9:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JEFFREY S SABIN | Bingham McCutchen, LLP | Pimco |
| Tom Mayer | Kramer Levin | EFIH Second Lien Group-Indenture Trustee |
| Greg Horowitz | Kramer Levin | EFIH Second Lien Group-Indenture Trustee |
| Alice Byowitz | Kramer Levin | EFIH Second Lien Group-Indenture Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl + Jones | EFIH Second Lien Group-Indenture Trustee |
| Colin R Robinson | Pachulski Stang Ziehl + Jones | EFIH Second Lien Group-Indenture Trustee |
| Howard A Cohen | Drinker Biddle + Reath | Citibank, DIP Agent |
| Robert K Malone | " " " | " " |
| ARLENE ALVES | SEWARD + KISSEL | WILMINGTON TRUST AS TCEH FIRST LIEN AGENT |
| Ross Martin | Ropes + Gray | Delaware Trust Company |
| Andrew Devore | " " | " " " |
| Keith Wofford | " " | " " " |
| Warren Usatine | Cole Schotz | " " " |
| Katie Stickles | Cole Schotz | " " " |
| Garvan McDaniel | The Hogan Firm | Ad Hoc Committee EFH |
| Donald Lodman | Brown & Connery | SAP America |
| Alan W. Kornberg, Jacob Adlerstein | Paul, Weiss, Rifkind, Wharton & Garrison | Ad Hoc Committee of TCEH First Lien Creditors |
| Pauline K Morgan | Young Conaway Stargatt + Taylor | Ad Hoc Committee of TCEH First Lien Creditors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 10/17/14 at 9:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Shore | White + Case | Ad hoc Group of TCEH Unsec Notes |
| Tom Lauria | " " | " |
| Jeffrey Schlerf | Fox Rothschild | " |
| Mark Olivere | Chipman Brown | Ad Hoc Committee of EFIH Unsec. Noteholders |
| Ira Dizengoff | Akin Gump Strauss Hauer & Feld | " |
| Abid Qureshi | " | " |
| Rob Boller | " | " |
| Scott Alberino | " | " |
| Ed Weisfelner | Brown Rudnick | WSFS, Trustee |
| Jeff Jonas | " " | " " |
| Jonathan Marshall | " " | " " |
| Greg Taylor | Ashby + Geddes | " " |
| Adam Landis | Landis Rath & Cobb | NextEra Energy Resources |
| Howard Seife | Chadbourne & Parke | " " |
| Michael Joyce | Cross & Simon | Fidelity |
| Matt Roose | Fried Frank | Fidelity |
| Kevin Mangan | Womble Carlyle | EFIH 2nd |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

LEE HARRINGTON NIXON PEABODY AST, AS INDENTURE TRUSTEE AT EFH

# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 10/17/14 at 9:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | Committee |
| Justin Edelson | Polsinelli | Committee |
| Brett Miller | MoFo | Committee |
| Charles Kerr | MoFo | Committee |
| Alex Lawrence | MoFo | Committee |
| Dan Harris | MoFo | Committee |
| Todd Goren | MoF | |
| Richard Pedone | Nixon Peabody | AST as Indenture Trustee at EFH |
| Stephen Miller | Morris James LLP | Law Debenture as Indenture Trustee TCH |
| Brian Guiney | Patterson Belknap | " " " |
| ANDREW McGAAN | Kirkland & Ellis | Debtors |
| Mark McKane | " " | " " |
| Steve Hessler | " " | " " |
| Bridget O'Connor | " " | " " |
| Bryan Stephany | " " | " " |
| Edward Sassower | " " | " " |
| Fred Sosnick | Shearman & Sterling | Deutsche Bank New York |
| Ned Schodek | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

| | | |
|---|---|---|
| Jeremy Ryan | Potter Anderson & Corroon | " |
| R. Stephen McNeill | " | " |

# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 10/17/14 at 9:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| MARK HEBBELN | FOLEY & LARDNER LLP | UMB BANK, NA, AS TRUSTEE |
| Bryan Stephany | K+E | EFH |
| W. BRADLEY RUSSELL | DEPARTMENT OF JUSTICE | UNITED STATES |
| David J. DeFranceschi | Richards Layton & Finger | Debtors |
| Jason M. Madron | " " | Debtors |
| Ellen Slights | USAO | United States |
| Ray Lemisch | Klehr Harrison | UMB Bank, Indenture Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**