B1 - DOM - 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

INDIVIDUAL NOTICE OF ASSUMPTION OF
UNEXPIRED LEASE OR EXECUTORY CONTRACT

TARRANT REGIONAL WATER DISTRICT
ATTN: JIM OLIVER - GENERAL MANAGER
800 E. NORTHSIDE DR.
FORT WORTH, TX 76120

LUMINANT GENERATION COMPANY LLC

Re:   WATER LEASE - EAGLE MOUNTAIN EXECUTED ON 5/6/1952 (the "Contract or Lease").

**PLEASE TAKE NOTICE** that on September 15, 2014 the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order on the motion of the debtors and debtors in possession (the "Debtors"), pursuant to sections 363, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, and 6007, approving expedited procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases and granting related relief [D.I. 2015] (the "Procedures Order").[2]

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   A copy of the Procedures Order can be found on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide this "Individual Notice of Assumption and Assignment of Unexpired Lease or Executory Contract" (the "Notice") of their intent to assume the Contract or Lease.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has the financial wherewithal to meet all future obligations under the Contract or Lease and may be evidenced upon written request by the counterparty to the Contract or Lease, thereby demonstrating that the Debtor has the ability to comply with the requirements of adequate assurance of future performance.[3]

**PLEASE TAKE FURTHER NOTICE** that the proposed cure amount under the Contract or Lease is $ 0.00.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Debtors' assumption of the Contract or Lease or any proposed cure amount, must be filed in writing with the Court, no later than October 17, 2014, as required by the terms of the Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if an objection is properly filed, as specified above, unless such parties agree otherwise in writing, the Debtors will promptly file a notice of hearing to consider that objection at the next regularly scheduled omnibus hearing that is at least seven (7) days after the filing on an objection or as soon thereafter as the Court is available. The Debtors shall have until two (2) days prior to the scheduled hearing to file a reply to such objection. Such Contract or Lease will only be deemed assumed upon entry by the Court of a consensual form of Assumption Order resolving the objection as between the objecting party and the Debtors, or upon further order of the Court.

---

[3] The Debtors shall serve the counterparty to the Contract or Lease with evidence of adequate assurance upon such counterparty's written request to Debtors' counsel.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if no objection is filed in accordance with the above procedures, the Debtors will include and file with the Court the above-described Contract or Lease in an assumption schedule attached to the proposed form of order under a certificate of no objection, substantially in the form attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that the proposed assumption of the Contract or Lease shall not constitute an admission by the Debtors that: (1) the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or (2) that the Debtors shall have any liability under the Contract or Lease. The Debtors also reserve the right to supplement, amend, or otherwise modify the schedule of Contracts and Leases and the amount of any proposed cure amount.

**PLEASE TAKE FURTHER NOTICE** that the Contract or Lease shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect the Contract or Lease, and all Contracts and Leases related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements have been previously rejected or terminated.

[*Remainder of page intentionally left blank.*]

B1 - DOM - 16

Dated: October 3, 2014
Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

## Exhibit 1

## Proposed Assumption Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) ) |
| Debtors. | ) (Jointly Administered) ) |

### ORDER APPROVING THE ASSUMPTION
### OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases; and due and proper notice of the Individual Assumption Notice having been provided to each applicable counterparty as set forth in the Amended Assumption Schedule, and it

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The assumption of the Contracts and Leases as set forth in the Amended Assumption Schedule is hereby approved.

2. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

3. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedule and any claims against the Debtors arising under the Contracts and Leases prior to the entry of this Order are forever barred and enjoined.

4. Assumption of the Contracts and Leases and payment of any associated cure amounts do not represent a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any lease.

5. Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE