# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>**Related Docket No. 2370** |

**ORDER AUTHORIZING WILMINGTON SAVINGS FUND SOCIETY, FSB TO FILE UNDER SEAL (I) AN UNREDACTED VERSION OF ITS OBJECTION TO MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL*, FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES, (B) SCHEDULING AN AUCTION AND RELATED DEADLINES AND HEARINGS, AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF AND (II) EXHIBITS 1 AND 2 TO THE DECLARATION OF JEREMY B. COFFEY IN SUPPORT OF THE OBJECTION**

Upon consideration of the *Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) An Unredacted Version of its Objection to Motion of Energy Future Holdings Corp., et al, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection* (the "Motion")[1] filed by Wilmington Savings Fund Society, FSB ("WSFS"), as successor trustee under that certain indenture, dated as of October 6, 2010 (as amended or supplemented), among Texas Competitive Electric Holdings, LLC ("TCEH"), TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee (the "Indenture"), the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion has been given, and no other or further notice is required; the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefore; it is hereby

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. WSFS is authorized to file a redacted version of the Objection.

3. WSFS is authorized to file Exhibits 1 and 2 to the Coffey Declaration under seal.

4. Unredacted copies of the Objection and the sealed exhibits to the Coffey Declaration shall not be made available to anyone except for this Court, the U.S. Trustee, counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors, counsel to the Protective Order Parties and others upon further Court Order.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: Wilmington, Delaware
       October 17, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE