# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 316.90 | $181,490.50 |
| 2 | Metric Analysis | 84.80 | $40,042.50 |
| 3 | Generation Analysis | 165.30 | $88,661.00 |
| 4 | Retail Analysis | 97.90 | $47,390.50 |
| 5 | Commodity Analysis | 93.50 | $57,886.00 |
| 6 | Competitor Analysis | 123.50 | $55,037.00 |
| 7 | EBITDA Projection | 15.10 | $9,636.00 |
| 8 | Environmental Analysis | 74.40 | $40,412.50 |
| 9 | Short-Range Forecast | 30.00 | $14,920.00 |
| 10 | Capital Projects | 0.50 | $215.00 |
| 11 | Wholesale Operations | 60.30 | $28,936.00 |
| 12 | Retail Operations | 82.70 | $42,198.50 |
| 13 | T&D Operations | 1.60 | $728.00 |
| 14 | Data Collection and Diligence | 199.70 | $105,135.00 |
| 15 | Reports | 193.60 | $105,494.50 |
| 16 | Hearings | 6.10 | $3,340.50 |
| 17 | On-Site Diligence | 100.3 | $50,052.00 |
| 18 | Project Management | 68.30 | $40,895.00 |
| 19 | Project Administration | 38.45 | $21,045.50 |
| **Totals:** | | **1,752.95** | **$933,516.00** |

_____

1. Non-working travel time has been billed at 50% of actual time incurred.