## EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 188.90 | $141,675.00 |
| Jean Agras | Managing Director | $720 | 181.80 | $130,896.00 |
| Gary Germeroth | Managing Director | $720 | 187.70 | $135,144.00 |
| Scott Davis | Director | $545 | 159.30 | $86,818.50 |
| Paul Harmon | Director | $575 | 93.80 | $53,935.00 |
| Michael Gadsden | Managing Consultant | $460 | 89.60 | $41,216.00 |
| Jill Kawakami | Managing Consultant | $430 | 196.90 | $84,667.00 |
| Robert Monday | Managing Consultant | $450 | 1.00 | $450.00 |
| Michael Perry | Managing Consultant | $410 | 148.50 | $60,885.00 |
| Samuel Schreiber | Managing Consultant | $455 | 185.10 | $84,220.50 |
| Laura Hatanaka | Consultant | $390 | 216.60 | $84,474.00 |
| Pamela Morin | Consultant | $380 | 5.75 | $2,185.00 |
| Brian Rettig | Analyst | $275 | 35.50 | $9,762.50 |
| Alex Vinton | Analyst | $275 | 62.50 | $17,187.50 |
| | | Totals: | 1,752.95 | $933,516.00 |