# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Overnight Delivery | $39.00 |
| Lodging | $15,011.89 |
| Airfare | $15,710.33 |
| Transportation to/from airport | $3,454.38 |
| Travel Meals | $3,214.26 |
| Other Travel Expenses | $2,602.51 |
| SNL Regulatory Research | $12,500.00 |
| Vehicle Rental Expenses | $893.38 |
| **Total:** | **$53,425.75** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Overnight Delivery | $38.34 |
| Lodging | $14,756.59 |
| Airfare | $15,443.16 |
| Transportation to/from airport | $3,395.63 |
| Travel Meals | $3,159.60 |
| Other Travel Expenses | $2,558.25 |
| SNL Regulatory Research | $12,287.42 |
| Vehicle Rental Expenses | $878.19 |
| **Total:** | **$52,517.18** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
|  |  |
| **Total:** | $0 |

### EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Overnight Delivery | $0.66 |
| Lodging | $255.30 |
| Airfare | $267.17 |
| Transportation to/from airport | $58.75 |
| Travel Meals | $54.66 |
| Other Travel Expenses | $44.26 |
| SNL Regulatory Research | $212.58 |
| Vehicle Rental Expenses | $15.19 |
| **Total:** | **$908.57** |