## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| B110 | Case Administration | 35.90 | $18,240.50 |
| B160 | Fee/Employment Applications | 27.40 | $14,993.00 |
| B270 | Energy Trading | 173.10 | $139,157.50 |
| B280 | Generating Assets | 27.60 | $15,319.50 |
| B330 | Non-Working Travel (Billed at ½ Rate) | 44.40 | $13,024.25 |
| | **TOTAL** | **308.40** | **$200,752.75** |