## **EXHIBIT B**

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $850 | 164.50 | $135,787.50 |
| Robert M. Lamkin | Partner | $760 | .50 | $380 |
| Timothy W. Walsh | Partner | $1,005 | 1.8 | $1,809 |
| Darren Azman | Associate | $555 | 10.5 | $5,827.50 |
| Christopher S. Bloom | Associate | $405 | 9.1 | $3,685.50 |
| Ryan A. Wagner | Associate | $515 | 119.10 | $52,349.75 |
| Jill Kaylor-Brett | Legal Assistant | $315 | 2.9 | $913.50 |
| Total Fees Requested: | | | 308.4 | $200,752.75 |