## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---:|
| Binding | Williams Lea | $12.50 |
| Telecommunications | Conference Plus (aka Arkadin) | $106.93 |
| Computer Research | Westlaw/PACER | $2,993.29 |
| Express Mail | Federal Express | $249.74 |
| Business Meals | | $223.57 |
| Airfare | American/United | $8,275.00 |
| Lodging | Joule/Marriott | $8,208.91 |
| Travel Meals | Various | $951.54 |
| Transportation: | | |
| (a) Local Transportation | Local Taxi Companies | $942.20 |
| (b) Car Rental | Budget Rental | $1,220.88 |
| (c) Train Travel | Amtrak | $348.00 |
| Parking | Various | $1,106.00 |
| Miscellaneous | | $192.09 |
| **TOTAL** | | $24,830.65 |