**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

### Expense Detail by Category

### April 29, 2014 through May 31, 2014

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | May 2, 2014 | $ 75.00 | Same Day Flight Change |
| Ryan Wagner | May 4, 2014 | $ 743.00 | Airfare Round Trip Coach NY/Dallas |
| Ryan Wagner | May 9, 2014 | $ 75.00 | Same Day Flight Change |
| Ryan Wagner | May 19, 2014 | $ 917.00 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | May 2, 2014 | $ 200.00 | Flight Change Fee |
| Iskender H. Catto | May 5, 2014 | $1,424.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | May 12, 2014 | $1,538.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | May 19, 2014 | $1,439.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | May 27, 2014 | $1,864.00 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**            **$8,275.00**

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | April 29, 2014 | $ 216.01 | Hotel in Dallas |
| Ryan Wagner | April 30, 2014 | $ 216.01 | Hotel in Dallas |
| Ryan Wagner | May 1, 2014 | $ 216.01 | Hotel in Dallas |
| Ryan Wagner | May 4, 2014 | $ 356.16 | Hotel in Dallas |
| Ryan Wagner | May 5, 2014 | $ 356.16 | Hotel in Dallas |
| Ryan Wagner | May 6, 2014 | $ 356.16 | Hotel in Dallas |
| Ryan Wagner | May 7, 2014 | $ 356.16 | Hotel in Dallas |
| Ryan Wagner | May 8, 2014 | $ 356.16 | Hotel in Dallas |
| Ryan Wagner | May 19, 2014 | $ 344.63 | Hotel in Dallas |
| Ryan Wagner | May 20, 2014 | $ 344.64 | Hotel in Dallas |
| Ryan Wagner | May 21, 2014 | $ 344.64 | Hotel in Dallas |
| Iskender H. Catto | April 29, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | April 30, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | May 1, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | May 5, 2014 | $ 333.10 | Hotel in Dallas |
| Iskender H. Catto | May 6, 2014 | $ 337.22 | Hotel in Dallas |
| Iskender H. Catto | May 7, 2014 | $ 335.16 | Hotel in Dallas |

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 8, 2014 | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | May 12, 2014 | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | May 13, 2014 | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | May 19, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | May 20, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | May 21, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | May 27, 2014 | $ 261.42 | Hotel in Dallas |
| Iskender H. Catto | May 28, 2014 | $ 266.00 | Hotel in Dallas |
| Iskender H. Catto | May 29, 2014 | $ 266.00 | Hotel in Dallas |

**Expense Category Total:**     **$8,208.91**

### *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | April 29, 2014 | $ 17.97 | Out of Town Breakfast |
| Ryan Wagner | April 29, 2014 | $ 11.56 | Out of Town Lunch |
| Ryan Wagner | April 29, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | April 30, 2014 | $ 5.30 | Out of Town Breakfast |
| Ryan Wagner | April 30, 2014 | $ 19.24 | Out of Town Lunch |
| Ryan Wagner | May 1, 2014 | $ 2.83 | Out of Town Breakfast |
| Ryan Wagner | May 1, 2014 | $ 8.28 | Out of Town Lunch |
| Ryan Wagner | May 1, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 2, 2014 | $ 2.17 | Out of Town Breakfast |
| Ryan Wagner | May 2, 2014 | $ 7.03 | Out of Town Lunch |
| Ryan Wagner | May 4, 2014 | $ 35.99 | Out of Town Lunch |
| Ryan Wagner | May 5, 2014 | $ 22.49 | Out of Town Breakfast |
| Ryan Wagner | May 5, 2014 | $ 7.98 | Out of Town Lunch |
| Ryan Wagner | May 5, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 6, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 7, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 8, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 9, 2014 | $ 25.87 | Out of Town Lunch |
| Ryan Wagner | May 19, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 20, 2014 | $ 21.19 | Out of Town Breakfast |
| Ryan Wagner | May 20, 2014 | $ 9.82 | Out of Town Lunch |
| Ryan Wagner | May 20, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 21, 2014 | $ 35.01 | Out of Town Dinner |
| Ryan Wagner | May 22, 2014 | $ 25.77 | Out of Town Lunch |
| Iskender H. Catto | April 29, 2014 | $ 40.00 | Out of Town Breakfast |
| Iskender H. Catto | April 30, 2014 | $162.32 | Out of Town Dinner – I. Catto, R. Wagner, G. Moore, T. Silvey - 4 |

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 2, 2014 | $ 8.65 | Out of Town Lunch |
| Iskender H. Catto | May 7, 2014 | $106.87 | Out of Town Dinner – I. Catto, R. Wagner – 2 |
| Darren Azman | May 1, 2014 | $ 40.00 | Out of Town Lunch |

**Expense Category Total:**        **$951.54**

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | May 2, 2014 | $ 60.00 | Taxi from Hotel to Airport |
| Ryan Wagner | May 2, 2014 | $ 163.61 | Car Service from LGA |
| Ryan Wagner | May 4, 2014 | $ 87.55 | Car Service to LGA |
| Ryan Wagner | May 4, 2014 | $ 58.55 | Taxi from Airport to Hotel |
| Ryan Wagner | May 9, 2014 | $ 60.00 | Taxi from Hotel to Airport |
| Ryan Wagner | May 9, 2014 | $ 150.13 | Car Service from LGA |
| Ryan Wagner | May 19, 2014 | $ 85.54 | Car Service to LGA |
| Ryan Wagner | May 19, 2014 | $ 69.00 | Taxi from Airport to Hotel |
| Ryan Wagner | May 19, 2014 | $ 43.95 | Taxi in Dallas |
| Ryan Wagner | May 22, 2014 | $ 57.00 | Taxi from Hotel to Airport |
| Ryan Wagner | May 22, 2014 | $ 83.54 | Car Service from LGA |
| Iskender H. Catto | May 27, 2014 | $ 4.58 | Taxi in Dallas |
| Darren Azman | May 1, 2014 | $ 18.75 | Round Trip Taxi from Home to Train |
| | **SUBTOTAL** | **$ 942.20** | |
| Iskender H. Catto | May 5, 2014 | $ 503.85 | Car Rental |
| Iskender H. Catto | May 12, 2014 | $ 254.97 | Car Rental |
| Iskender H. Catto | May 19, 2014 | $ 319.03 | Car Rental |
| Iskender H. Catto | May 27, 2014 | $ 143.03 | Car Rental |
| | **SUBTOTAL** | **$1,220.88** | |
| Darren Azman | May 1, 2014 | $ 348.00 | Round Trip Amtrak NY/Delaware |
| | **SUBTOTAL** | **$ 348.00** | |

**Expense Category Total:**        **$2,511.08**

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 29, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | April 30, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 1, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 2, 2014 | $ 165.00 | Airport Parking |
| Iskender H. Catto | May 2, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | May 5, 2014 | $ 165.00 | Airport Parking |
| Iskender H. Catto | May 6, 2014 | $ 25.00 | Hotel Parking |

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 6, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 7, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 8, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 9, 2014 | $ 5.00 | Parking |
| Iskender H. Catto | May 12, 2014 | $ 99.00 | Airport Parking |
| Iskender H. Catto | May 12, 2014 | $ 10.00 | Parking |
| Iskender H. Catto | May 12, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 13, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 14, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | May 19, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 19, 2014 | $ 132.00 | Airport Parking |
| Iskender H. Catto | May 20, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 21, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 22, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | May 27, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 28, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 29, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 30, 2014 | $ 123.00 | Airport Parking |
| Iskender H. Catto | May 30, 2014 | $ 8.00 | Parking |

**Expense Category Total:** **$1,106.00**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | May 4, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | May 2, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | May 9, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | May 19, 2014 | $ 12.95 | In Flight Mobile Service |
| Ryan Wagner | May 19, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | May 22, 2014 | $ 14.02 | In Flight Mobile Service |
| Ryan Wagner | May 22, 2014 | $ 25.00 | Checked Bag Fee |
| Iskender H. Catto | May 2, 2014 | $ 7.39 | Gas |
| Iskender H. Catto | May 9, 2014 | $ 8.03 | Gas |
| Iskender H. Catto | May 14, 2014 | $ 7.17 | Gas |
| Iskender H. Catto | May 22, 2014 | $ 11.34 | Gas |
| Iskender H. Catto | May 30, 2014 | $ 6.19 | Gas |

**Expense Category Total:** **$ 192.09**