## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 2.4 | $1,236.00 |
| B160 | Fee/Employment Applications | 2.4 | $1,236.00 |
| B270 | Energy Trading | 124.80 | $100,552.50 |
| B310 | Claims Administration and Objections | .40 | $206.00 |
| B330 | Non-Working Travel (Billed at ½ Rate) | 38.80 | $12,269.00 |
| | **TOTAL** | **168.80** | **$115,499.50** |