**EXHIBIT B**

**Professionals' Information**

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $850 | 121.90 | $97,835.00 |
| Ryan A. Wagner | Associate | $515 | 46.90 | $17,664.50 |
| | Total Fees Requested: | | 168.80 | $115,499.50 |