## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Telecommunications | Conference Plus (aka Arkadin) | $106.83 |
| Computer Research | Westlaw/PACER | $1,655.30 |
| Express Mail | Federal Express | $324.55 |
| Airfare | American/United | $7,690.00 |
| Lodging | Marriott | $6,684.33 |
| Meals | Various | $692.34 |
| Transportation: | | |
| (a) Local Transportation | Local Taxi Companies | $587.14 |
| (b) Car Rental | Budget Rental | $1,142.09 |
| Parking | Various | $815.00 |
| Miscellaneous | | $134.68 |
| **TOTAL** | | $19,832.26 |