**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**Expense Detail by Category**

**June 1, 2014 through June 30, 2014**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | June 1, 2014 | $ 912.00 | Airfare Round Trip Coach NY/Dallas |
| Ryan Wagner | June 16, 2014 | $ 554.00 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | June 3, 2014 | $1,434.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | June 9, 2014 | $1,548.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | June 17, 2014 | $1,544.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | June 23, 2014 | $1,698.00 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**                    **$7,690.00**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | June 1, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | June 2, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | June 3, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | June 4, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | June 5, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | June 16, 2014 | $ 349.23 | Hotel in Dallas |
| Ryan Wagner | June 17, 2014 | $ 349.23 | Hotel in Dallas |
| Ryan Wagner | June 18, 2014 | $ 349.23 | Hotel in Dallas |
| Ryan Wagner | June 19, 2014 | $ 349.23 | Hotel in Dallas |
| Iskender H. Catto | June 3, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | June 4, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | June 5, 2014 | $ 295.40 | Hotel in Dallas |
| Iskender H. Catto | June 9, 2014 | $ 298.52 | Hotel in Dallas |
| Iskender H. Catto | June 10, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | June 17, 2014 | $ 390.73 | Hotel in Dallas |
| Iskender H. Catto | June 18, 2014 | $ 394.85 | Hotel in Dallas |
| Iskender H. Catto | June 19, 2014 | $ 392.79 | Hotel in Dallas |
| Iskender H. Catto | June 23, 2014 | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | June 24, 2014 | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | June 25, 2014 | $ 335.16 | Hotel in Dallas |

**Expense Category Total:**                    **$6,684.33**

## *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | June 1, 2014 | $ 40.00 | Out of Dinner |
| Ryan Wagner | June 2, 2014 | $  8.28 | Out of Town Lunch |
| Ryan Wagner | June 2, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | June 4, 2014 | $ 30.01 | Out of Town Breakfast |
| Ryan Wagner | June 4, 2014 | $  9.88 | Out of Town Lunch |
| Ryan Wagner | June 5, 2014 | $  5.30 | Out of Town Breakfast |
| Ryan Wagner | June 5, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | June 16, 2014 | $  6.06 | Out of Town Lunch |
| Ryan Wagner | June 16, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | June 17, 2014 | $ 18.00 | Out of Town Breakfast |
| Ryan Wagner | June 17, 2014 | $  8.38 | Out of Town Lunch |
| Ryan Wagner | June 18, 2014 | $ 27.69 | Out of Town Breakfast |
| Ryan Wagner | June 18, 2014 | $  9.96 | Out of Town Lunch |
| Ryan Wagner | June 19, 2014 | $ 15.00 | Out of Town Breakfast |
| Ryan Wagner | June 19, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | June 3, 2014 | $ 10.22 | Out of Town Lunch |
| Iskender H. Catto | June 3, 2014 | $ 26.00 | Out of Town Dinner |
| Iskender H. Catto | June 5, 2014 | $ 35.07 | Out of Town Dinner |
| Iskender H. Catto | June 6, 2014 | $  8.65 | Out of Town Dinner |
| Iskender H. Catto | June 10, 2014 | $ 19.49 | Out of Town Breakfast |
| Iskender H. Catto | June 10, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | June 11, 2014 | $  8.65 | Out of Town Dinner |
| Iskender H. Catto | June 17, 2014 | $  5.14 | Out of Town Lunch |
| Iskender H. Catto | June 17, 2014 | $ 27.01 | Out of Town Lunch – I. Catto, R. Wagner - 2 |
| Iskender H. Catto | June 18, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | June 19, 2014 | $ 28.26 | Out of Town Lunch – I. Catto, R. Wagner - 2 |
| Iskender H. Catto | June 25, 2014 | $ 11.00 | Out of Town Lunch |
| Iskender H. Catto | June 25, 2014 | $ 86.45 | Out of Town Dinner – I. Catto, G. Moor - 2 |
| Iskender H. Catto | June 26, 2014 | $  7.84 | Out of Town Lunch |
| **Expense Category Total:** | | **$692.34** | |

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | June 1, 2014 | $ 73.51 | Car Service to LGA |
| Ryan Wagner | June 1, 2014 | $ 56.00 | Taxi to Hotel from Airport |
| Ryan Wagner | June 6, 2014 | $ 62.40 | Taxi to Airport from Hotel |
|  | June 6, 2014 | $ 86.54 | Car Service from LGA |
| Ryan Wagner | June 16, 2014 | $ 87.55 | Car Service to LGA |
| Ryan Wagner | June 16, 2014 | $ 57.00 | Taxi to Hotel from Airport |
| Ryan Wagner | June 20, 2014 | $ 66.40 | Taxi to Airport from Hotel |
| Ryan Wagner | June 20, 2014 | $ 92.56 | Car Service from LGA |
| Iskender H. Catto | June 5, 2014 | $ 5.18 | Taxi in Dallas |
|  | **SUBTOTAL** | **$587.14** |  |
| Iskender H. Catto | June 3, 2014 | $232.81 | Car Rental |
| Iskender H. Catto | June 9, 2014 | $246.59 | Car Rental |
| Iskender H. Catto | June 17, 2014 | $262.18 | Car Rental |
| Iskender H. Catto | June 23, 2014 | $400.51 | Car Rental |
|  | **SUBTOTAL** | **$1,142.09** |  |
| **Expense Category Total:** |  | **$1,729.23** |  |

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 3, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | June 3, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 4, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 5, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 6, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | June 6, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | June 9, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | June 10, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 11, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | June 11, 2014 | $ 99.00 | Hotel Parking |
| Iskender H. Catto | June 17, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | June 17, 2014 | $ 12.00 | Parking |
| Iskender H. Catto | June 18, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 18, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 19, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 20, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | June 23, 2014 | $ 10.00 | Parking |
| Iskender H. Catto | June 23, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 24, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 25, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 26, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | June 26, 2014 | $ 8.00 | Parking |
| **Expense Category Total:** |  | **$815.00** |  |

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | June 1, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | June 6, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | June 16, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | June 20, 2014 | $ 25.00 | Checked Bag Fee |
| Iskender H. Catto | June 3, 2014 | $ 5.30 | Gas |
| Iskender H. Catto | June 11, 2014 | $ 8.55 | Gas |
| Iskender H. Catto | June 20, 2014 | $ 13.00 | Gas |
| Iskender H. Catto | June 26, 2014 | $ 7.83 | Gas |
| **Expense Category Total:** | | **$134.68** | |