## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B160 | Fee/Employment Applications | 2.7 | $1,390.50 |
| B270 | Energy Trading | 57.60 | $45,342.00 |
| B330 | Non-Working Travel (Billed at ½ Rate) | 24.30 | $8,116.50 |
| | **TOTAL** | **84.60** | **$54,849.00** |

DM_US 55461668-1.093681.0012