## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $850 | 57.9 | $49,215.00 |
| Ryan A. Wagner | Associate | $515 | 26.7 | $13,750.00 |
| | Total Fees Requested: | | 84.6 | $54,849.00 |