## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Telecommunications | Conference Plus (aka Arkadin) | $84.15 |
| Airfare | American/United | $6,337.40 |
| Lodging | Marriott | $3,536.09 |
| Meals | Various | $359.42 |
| Transportation: | | |
| (a) Local Transportation | Local Taxi Companies | $307.86 |
| (b) Car Rental | Budget Rental | $912.11 |
| Parking | Various | $573.00 |
| Miscellaneous | | $54.54 |
| **TOTAL** | | $12,164.57 |