# EXHIBIT D
**Detailed Description of Expenses and Disbursements**

DM_US 55461668-1.093681.0012

**Expense Detail by Category**

**July 1, 2014 through July 31, 2014**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | July 7, 2014 | $ 684.00 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | July 7, 2014 | $1,494.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | July 14, 2014 | $1,474.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | July 23, 2014 | $1,649.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | July 29, 2014 | $1,036.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**                               **$6,337.40**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | July 7, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | July 8, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | July 9, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | July 10, 2014 | $ 321.58 | Hotel in Dallas |
| Iskender H. Catto | July 7 , 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | July 8, 2014 | $ 317.24 | Hotel in Dallas |
| Iskender H. Catto | July 9, 2014 | $ 316.43 | Hotel in Dallas |
| Iskender H. Catto | July 14, 2014 | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | July 16, 2014 | $ 333.10 | Hotel in Dallas |
| Iskender H. Catto | July 28, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | July 29, 2014 | $ 323.63 | Hotel in Dallas |

**Expense Category Total:**                               **$3,536.09**

## *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | July 7, 2014 | $ 7.69 | Out of Town Lunch |
| Ryan Wagner | July 7, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | July 8 , 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | July 9, 2014 | $ 15.00 | Out of Town Breakfast |
| Ryan Wagner | July 9, 2014 | $ 7.66 | Out of Town Lunch |
| Ryan Wagner | July 9, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | July 10, 2014 | $ 33.01 | Out of Town Breakfast |
| Ryan Wagner | July 10, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | July 8, 2014 | $ 26.14 | Out of Town Lunch – I. Catto, R. Wagner - 2 |
| Iskender H. Catto | July 8, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | July 9, 2014 | $ 14.01 | Out of Town Dinner |
| Iskender H. Catto | July 14, 2014 | $ 7.84 | Out of Town Lunch |
| Iskender H. Catto | July 16, 2014 | $ 13.00 | Out of Town Dinner |
| Iskender H. Catto | July 16, 2014 | $ 35.07 | Out of Town Dinner |

**Expense Category Total:**          **$359.42**

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | July 7, 2014 | $ 94.55 | Car Service to LGA |
| Ryan Wagner | July 7, 2014 | $ 58.75 | Taxi from Airport to Hotel |
| Ryan Wagner | July 11, 2014 | $ 59.00 | Taxi from Hotel to Airport |
| Ryan Wagner | July 11, 2014 | $ 95.56 | Car Service from LGA |
|  | **SUBTOTAL:** | **$ 307.86** |  |
| Iskender H. Catto | July 7, 2014 | $ 452.69 | Car Rental |
| Iskender H. Catto | July 14, 2014 | $ 182.32 | Car Rental |
| Iskender H. Catto | July 15, 2014 | $ 164.07 | Car Rental |
| Iskender H. Catto | July 28, 2014 | $ 113.03 | Car Rental |
|  | **SUBTOTAL:** | **$ 912.11** |  |

**Expense Category Total:**          **$1,219.97**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | July 7, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | July 7, 2014 | $   8.00 | Parking |
| Iskender H. Catto | July 8, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | July 8, 2014 | $   8.00 | Parking |
| Iskender H. Catto | July 9, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | July 10, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | July 10, 2014 | $   8.00 | Parking |
| Iskender H. Catto | July 14, 2014 | $ 10.00 | Parking |
| Iskender H. Catto | July 14, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | July 14, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | July 14, 2014 | $   8.00 | Parking |
| Iskender H. Catto | July 17, 2014 | $   8.00 | Parking |
| Iskender H. Catto | July 28, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | July 29, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | July 30, 2014 | $ 99.00 | Airport Parking |
| Iskender H. Catto | July 30, 2014 | $ 10.00 | Parking |

**Expense Category Total:**         **$573.00**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | July 7, 2014 | $12.95 | In Flight WiFi |
| Ryan Wagner | July 11, 2014 | $14.02 | In Flight WiFi |
| Iskender H. Catto | July 10, 2014 | $ 9.00 | Gas |
| Iskender H. Catto | July 17, 2014 | $ 7.82 | Gas |
| Iskender H. Catto | July 30, 2014 | $10.75 | Gas |

**Expense Category Total:**         **$54.54**