## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Objection Deadline: November 7, 2014 at 4:00 p.m. |

## FOURTH MONTHLY
## FEE STATEMENT OF MCDERMOTT WILL & EMERY LLP
## FOR ALLOWANCE OF AN ADMINISTRATIVE
## CLAIM FOR COMPENSATION AND REIMBURSEMENT
## OF EXPENSES INCURRED FROM AUGUST 1, 2014 THROUGH AUGUST 31, 2014

| | |
|---|---|
| Name of Applicant | McDermott Will & Emery LLP |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, et al. Debtors and Debtors in Possession |
| Date of Retention: | Retention Order Entered on September 16, 2014 (Effective as of April 29, 2014) |
| Period for which compensation and reimbursement is sought: | August 1, 2014 through August 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $82,346.40 (80% of $102,933.00)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $15,338.95 |

This is a **X** monthly ___ interim ___ final application. No prior application filed.[3]

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    McDermott voluntarily reduced its fees by $441.00 and its expenses by $136.78 the Fee Period (as defined herein). Consequently, McDermott does not seek payment of these fees and expenses in this Monthly Fee Statement (as defined herein).

[3]    Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Application shall be addressed in accordance with the Interim Compensation Order and Fee Order.

"Bankruptcy Rules"), the *Order Authorizing the Employment and Retention of McDermott Will & Emery LLP as Special Counsel to the Debtors and Debtors in Possession for Certain Energy-Related Transactional Matters* Nunc Pro Tunc *to the Petition Date,* dated September 16, 2014 [D.I. 2062] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm of McDermott Will & Emery LLP (together, "McDermott"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $82,346.40 for the reasonable and necessary legal services McDermott rendered to the Debtors from August 1, 2014 through August 31, 2014 (the "Fee Period") (80% of $102,933.00); and (ii) reimbursement for the actual and necessary expenses that McDermott incurred, in the amount of $15,338.95 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.    In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by McDermott partners, associates, and paraprofessionals during the Fee Period with respect to each of the task code categories McDermott established in accordance with its internal billing procedures. As reflected in Exhibit A, McDermott incurred $102,933.00 in fees during the Fee Period.  Pursuant to this Monthly Fee Statement, McDermott seeks reimbursement for 80% of such fees ($82,346.40 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding the McDermott attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement.

Attorneys and paraprofessionals of McDermott have expended a total of 174.7 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which McDermott is seeking reimbursement in this Monthly Fee Statement.  All of these disbursements comprise the requested sum for McDermott's out-of-pocket expenses.

- **Exhibit D** consists of McDermott's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.

## Proposed Payment Allocation

2.   In accordance with paragraph 2(b) of the Interim Compensation Order, all of the work performed by McDermott during the Fee Period was performed on behalf of debtor Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

## Representations

3.   Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  McDermott reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

[*Remainder of page intentionally left blank.*]

WHEREFORE, McDermott requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $97,822.13 consisting of (a) $82,346.40 which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by McDermott and (b) $15,338.95 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: October 16, 2014          /s/ *Iskender H. Catto*

**MCDERMOTT WILL & EMERY LLP**
Iskender H. Catto (*pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:     (212) 547-5400
Facsimile:     (212) 547-5444
Email:           icatto@mwe.com

Special Counsel to the Debtors and Debtors in Possession
for Certain Energy-Related Transactional Matters

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## VERIFICATION OF ISKENDER H. CATTO

1.      I, Iskender H. Catto, am a partner of the law firm of McDermott Will & Emery LLP ("McDermott"), located at 340 Madison Ave., New York, New York 10173.  I am the lead attorney from McDermott working on the above-captioned chapter 11 cases.  I am a member in good standing of the bars of the states of New York and New Jersey.  There are no disciplinary proceedings pending against me.

2.      I have personally performed many of the legal services rendered by McDermott as special counsel to the Debtors for certain energy-related transactional matters and am familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for McDermott Will & Emery LLP complies with Rule 2016-2.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ *Iskender H. Catto*
Iskender H. Catto
as Partner of McDermott Will & Emery LLP

2