## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 1.00 | $315.00 |
| B160 | Fee/Employment Applications | 32.00 | $16,480.00 |
| B270 | Energy Trading | 90.00 | $68,508.00 |
| B310 | Claims Administration and Objections | .80 | $252.00 |
| B330 | Non-Working Travel (Billed at ½ Rate) | 50.90 | $17,378.00 |
| | **TOTAL** | **174.70** | **$102,933.00** |