## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $850 | 94.50 | $80,325.00 |
| Christopher S. Bloom | Associate | $405 | 8.70 | $3,523.50 |
| Ryan A. Wagner | Associate | $515 | 69.70 | $35,895.50 |
| Jill Kaylor-Brett | Legal Assistant | $315 | 1.80 | $567.00 |
| Total Fees Requested: | | | 174.70 | $102,993.00 |