## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Binding | Williams Lea | $15.00 |
| Telecommunications | Conference Plus (aka Arkadin) | $195.23 |
| Computer Research | Westlaw/Pacer | $255.40 |
| Express Mail | Federal Express | $15.87 |
| Business Meals | Various | $186.55 |
| Airfare | American/United | $5,775.80 |
| Lodging | Marriott | $6,062.30 |
| Travel Meals | Various | $295.24 |
| Transportation: | | |
| (a) Local Transportation | Local Taxi Companies | $616.17 |
| (b) Car Rental | Budget Rental | $1,001.57 |
| Parking | Various | $873.00 |
| Miscellaneous | | $46.82 |
| **TOTAL** | | $15,338.95 |