# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**Expense Detail by Category**

**August 1, 2014 through August 31, 2014**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | August 4, 2014 | $ 660.20 | Airfare Round Trip Coach NY/Dallas |
| Ryan Wagner | August 18, 2014 | $ 530.00 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | August 10, 2014 | $1,675.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | August 18, 2014 | $1,325.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | August 23, 2014 | $1,585.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**                          **$5,775.80**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | August 4, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | August 5, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | August 6, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | August 7, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | August 18, 2014 | $ 310.05 | Hotel in Dallas |
| Ryan Wagner | August 19, 2014 | $ 310.05 | Hotel in Dallas |
| Ryan Wagner | August 20, 2014 | $ 310.05 | Hotel in Dallas |
| Ryan Wagner | August 21, 2014 | $ 310.05 | Hotel in Dallas |
| Iskender H. Catto | August 5, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 6, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 7, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 12, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 13, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 14, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 18, 2014 | $ 289.06 | Hotel in Dallas |
| Iskender H. Catto | August 19, 2014 | $ 289.06 | Hotel in Dallas |
| Iskender H. Catto | August 20, 2014 | $ 289.06 | Hotel in Dallas |
| Iskender H. Catto | August 26, 2014 | $ 289.06 | Hotel in Dallas |
| Iskender H. Catto | August 27, 2014 | $ 287.00 | Hotel in Dallas |
| Iskender H. Catto | August 28, 2014 | $ 289.06 | Hotel in Dallas |

**Expense Category Total:**                          **$6,062.30**

## *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | August 4, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | August 5, 2014 | $ 37.00 | Out of Town Dinner |
| Ryan Wagner | August 6, 2014 | $ 35.23 | Out of Town Dinner |
| Ryan Wagner | August 7, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | August 18, 2014 | $ 28.00 | Out of Town Breakfast |
| Ryan Wagner | August 19, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | August 21, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | August 19, 2014 | $ 35.01 | Out of Town Breakfast |
| **Expense Category Total:** | | **$295.24** | |

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | August 4, 2014 | $ 95.56 | Car Service to LGA |
| Ryan Wagner | August 4, 2014 | $ 58.35 | Taxi from Airport to Hotel |
| Ryan Wagner | August 8, 2014 | $ 66.00 | Taxi from Hotel to Airport |
| Ryan Wagner | August 8, 2014 | $ 81.53 | Car Service from LGA |
| Ryan Wagner | August 18, 2014 | $ 92.56 | Car Service to LGA |
| Ryan Wagner | August 18, 2014 | $ 58.00 | Taxi from Airport to Hotel |
| Ryan Wagner | August 22, 2014 | $ 63.60 | Taxi from Hotel to Airport |
| Ryan Wagner | August 22, 2014 | $ 100.57 | Car Service from LGA |
| | **SUBTOTAL** | **$ 616.17** | |
| Iskender H. Catto | August 8, 2014 | $ 213.65 | Car Rental |
| Iskender H. Catto | August 12, 2014 | $ 292.08 | Car Rental |
| Iskender H. Catto | August 18, 2014 | $ 285.61 | Car Rental |
| Iskender H. Catto | August 23, 2014 | $ 210.23 | Car Rental |
| | **SUBTOTAL** | **$1,001.57** | |

**Expense Category Total:**       **$1,617.74**

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 5, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | August 5, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | August 5, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 6, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 7, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 8, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | August 12, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 12, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | August 12, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | August 13, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 14, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 15, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | August 18, 2014 | $ 10.00 | Parking |
| Iskender H. Catto | August 18, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 18, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | August 19, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 20, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 21, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | August 26, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | August 26, 2014 | $ 10.00 | Parking |
| Iskender H. Catto | August 26, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 28, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | August 29, 2014 | $ 10.00 | Parking |

**Expense Category Total:**       **$873.00**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 8, 2014 | $ 6.39 | Gas |
| Iskender H. Catto | August 15, 2014 | $ 7.16 | Gas |
| Iskender H. Catto | August 21, 2014 | $ 9.64 | Gas |
| Iskender H. Catto | August 29, 2014 | $23.63 | Gas |

**Expense Category Total:** **$46.82**