# **EXHIBIT A**

## **Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 1,255.4 | $ 174,075.00 |
| 2 | 2014 Property Tax Consulting | 225.1 | $ 40,980.75 |
| 3 | Sales and Use Tax Examination Consulting Services | 6.6 | $ 3,584.90 |
| 4 | Fee Statement and Fee Application Preparation | 53.8 | $ 12,239.50 |
| 5 | Retention Services | 7.1 | $ 2,115.80 |
| 6 | SOX Phase 0 | 76.0 | $ 21,267.00 |
| 7 | SOX Phase I | 475.8 | $ 83,490.30 |
| 8 | 2013 Tax Return Review | 36.7 | $ 17,425.50 |
| 9 | Loan Staff Services | 36.9 | $ 6,457.50 |
| | **Total** | **2,173.4** | **$ 361,636.25** |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 5,569.66 |
| Lodging | N/A | $ 9,745.02 |
| Travel Meals | N/A | $ 1,347.94 |
| Ground Transportation | N/A | $ 2,564.35 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 19,226.97** |