# EXHIBIT B

## Professionals' Information

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Burdett, Brian R | Principal - Tax | 3.5 | $ 682 | $ 2,387.00 |
| Crockett, Clifford M | Partner - Tax | 8.8 | $ 575 | $ 5,060.00 |
| Hennessey, Josh | Partner - Tax | 1.2 | $ 485 | $ 582.00 |
| Cargile, David | Managing Director - Advisory | 66.8 | $ 325 | $ 21,710.00 |
| Costar, David | Director - Advisory | 37.6 | $ 290 | $ 10,904.00 |
| Kane, John P | Senior Manager - Tax | 18.0 | $ 465 | $ 8,370.00 |
| Lyell, Steve | Senior Manager - Tax | 4.9 | $ 425 | $ 2,082.50 |
| Sievers, Ryan | Senior Manager - Tax | 2.3 | $ 465 | $ 1,069.50 |
| Bennett, Tricia | Manager - Advisory | 137.2 | $ 250 | $ 34,300.00 |
| Brannon, Andrew | Manager - Tax | 5.1 | $ 385 | $ 1,963.50 |
| Fulmer, Brandon T | Manager - Tax | 2.3 | $ 437 | $ 1,005.10 |
| Mosby, Matthew | Manager - Tax | 2.5 | $ 385 | $ 962.50 |
| Plangman, Monica | Manager - Bankruptcy | 7.1 | $ 298 | $ 2,115.80 |
| Seeman, Nick | Manager - Advisory | 63.5 | $ 250 | $ 15,875.00 |
| Campbell, Celeste | Senior Associate - Bankruptcy | 53.8 | $ 228 | $ 12,239.50 |
| Huggins, Julie | Senior Associate - Advisory | 79.2 | $ 190 | $ 15,048.00 |
| Isakulov, Shokhrukh | Senior Associate - Advisory | 77.5 | $ 190 | $ 14,725.00 |
| Alves, Matthew | Associate - Tax | 135.9 | $ 175 | $ 23,782.50 |
| Ballard, Tripp | Associate - Advisory | 106.0 | $ 125 | $ 13,250.00 |
| Bhai, Aamir | Associate - Advisory | 159.8 | $ 125 | $ 19,975.00 |
| Douthey, Amy | Associate - Advisory | 163.9 | $ 125 | $ 20,487.50 |
| Karcasinas, Theodore J | Associate - Tax | 0.8 | $ 241 | $ 192.80 |
| Kuo, Jackie | Associate - Advisory | 187.4 | $ 125 | $ 23,425.00 |
| Milner, Aaron | Associate - Advisory | 154.7 | $ 125 | $ 19,337.50 |
| Molnar, Zack | Associate - Advisory | 198.7 | $ 125 | $ 24,837.50 |
| Neitzel, Jacklyn | Associate - Tax | 119.95 | $ 175 | $ 20,991.25 |
| Rangwala, Hussain | Associate - Advisory | 88.5 | $ 125 | $ 11,062.50 |
| Rios, Jose | Associate - Advisory | 48.0 | $ 125 | $ 6,000.00 |
| Waggoner, Holly | Associate - Advisory | 147.7 | $ 125 | $ 18,462.50 |
| Adedeji, Peju | Contractor [1] | 90.7 | $ 104 | $ 9,432.80 |
| **Total** | | **2,173.4** | | **$ 361,636.25**[2] |

---

[1] Contractor passed through at cost to KPMG

[2] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $924,001.25. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $562,365.00 thus benefitting the Chapter 11 estate by same amount.