## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

### ALL - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---:|
| Airfare | N/A | $ | 5,569.66 |
| Lodging | N/A | $ | 9,745.02 |
| Travel Meals | N/A | $ | 1,347.94 |
| Ground Transportation | N/A | $ | 2,564.35 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **19,226.97** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---:|
| Airfare | N/A | $ | 5,569.66 |
| Lodging | N/A | $ | 9,745.02 |
| Travel Meals | N/A | $ | 1,347.94 |
| Ground Transportation | N/A | $ | 2,564.35 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **19,226.97** |