# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2014 through June 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 06251972 | Voucher Analysis Services | 20140602 | Molnar, Zack | air | | | $ 204.50 | One way coach airfare incurred on 6/2/14 traveling from IAH to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140602 | Kuo, Jackie | air | | | $ 188.25 | One way coach airfare incurred on 6/2/14 traveling from IAH to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140605 | Kuo, Jackie | air | | | $ 191.25 | One way coach airfare incurred on 6/5/14 traveling from DFW to IAH while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140605 | Bhai, Aamir | air | | | $ 382.50 | Roundtrip coach class airfare from Houston to Dallas. Departure Date: 06/02/14 Return Date: 06/05/14. Business Purpose: Client: EFH. |
| 06251972 | Voucher Analysis Services | 20140606 | Molnar, Zack | air | | | $ 206.00 | One way coach airfare incurred on 6/6/14 traveling from DFW to IAH while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140610 | Kuo, Jackie | air | | | $ 191.25 | One way coach airfare incurred on 6/10/14 traveling from TPA to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140613 | Kuo, Jackie | air | | | $ 119.16 | One way coach airfare incurred on 6/13/14 traveling from DAL to HOU while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140613 | Molnar, Zack | air | | | $ 410.60 | Round trip coach airfare incurred on 6/13/14 return, depart 6/16/14 traveling from DAL to HOU while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140616 | Costar, David | air | | | $ 512.33 | Roundtrip coach class airfare from Raleigh, NC to Dallas, TX; dates 6/16-6/19; airfare split 50/50 due to multi-location/purpose itinerary (D.Costar) |
| 06251972 | Voucher Analysis Services | 20140616 | Kuo, Jackie | air | | | $ 119.16 | One way coach airfare incurred on 6/16/14 traveling from HOU to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140617 | Isakulov, Shokhrukh | air | | | $ 683.19 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 06/17/14 Return Date: 06/20/14. Business Purpose: EFH |
| 06251972 | Voucher Analysis Services | 20140620 | Kuo, Jackie | air | | | $ 190.50 | One way coach airfare incurred on 6/20/14 traveling from DAL to STL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140622 | Isakulov, Shokhrukh | air | | | $ 692.78 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 06/22/14 Return Date:06/27/14. Business Purpose: Worked at EFH client |
| 06251972 | Voucher Analysis Services | 20140623 | Kuo, Jackie | air | | | $ 190.50 | One way coach airfare incurred on 6/23/14 traveling from HOU to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2014 through June 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 06251972 | SOX Phase I | 20140624 | Costar, David | air | | | $ 512.94 | Coach airfare from NYC to Dallas on 6/24, returning home from Dallas to Raleigh on 6/26 (D.Costar) |
| 06251972 | Voucher Analysis Services | 20140627 | Bhai, Aamir | air | | | $ 396.50 | One way coach airfare Houston to Dallas (6/27/14) for the Energy Future Holdings Accounts Payable Process Improvement. |
| 06251972 | Voucher Analysis Services | 20140628 | Kuo, Jackie | air | | | $ 178.25 | One way coach airfare incurred on 6/28/14 traveling from DAL to STL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140628 | Molnar, Zack | air | | | $ 200.00 | Change fee due to client request |
| 06251972 | Voucher Analysis Services | 20140605 | Kuo, Jackie | lodging | | | $ 548.96 | Hotel fees incurred in Dallas, TX for 3 nights (6/02-6/05) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140606 | Molnar, Zack | lodging | | | $ 557.88 | Hotel fees incurred in Dallas, TX for 4 nights (6/2-6/6) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140608 | Bhai, Aamir | lodging | | | $ 574.58 | Hotel fees incurred in Dallas, TX for 3 nights (6/05-6/08) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140610 | Kuo, Jackie | lodging | | | $ 504.84 | Hotel fees incurred in Dallas, TX for 3 nights (6/10-6/13) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140613 | Bhai, Aamir | lodging | | | $ 410.32 | Hotel fees incurred in Dallas, TX for 3 nights (6/09-6/13) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140613 | Molnar, Zack | lodging | | | $ 560.42 | Hotel fees incurred in Dallas, TX for 4 nights (6/9-6/13) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140618 | Costar, David | lodging | | | $ 378.06 | Hotel fees incurred in Dallas, TX for 2 nights (6/16-6/18) while performing work client EFH project start |
| 06251972 | SOX Phase I | 20140619 | Costar, David | lodging | | | $ 278.88 | Hotel fees incurred in Dallas, TX for 1 night (6/18-6/19) while performing work client EFH project start |
| 06251972 | SOX Phase I | 20140620 | Isakulov, Shokhrukh | lodging | | | $ 624.56 | Hotel fees incurred in Dallas, TX for 3 nights (6/17-6/20) while performing work client EFH project start |
| 06251972 | Voucher Analysis Services | 20140620 | Bhai, Aamir | lodging | | | $ 519.80 | Hotel fees incurred in Dallas, TX for 4 nights (6/16-6/20) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140620 | Kuo, Jackie | lodging | | | $ 519.80 | Hotel fees incurred in Dallas, TX for 4 nights (6/16-6/20) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140620 | Molnar, Zack | lodging | | | $ 519.80 | Hotel fees incurred in Dallas, TX for 4 nights (6/16-6/20) while performing work for Energy Future Holdings Accounts Payable Process Improvement |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2014 through June 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 06251972 | Voucher Analysis Services | 20140627 | Bhai, Aamir | lodging | | | $ 839.25 | Hotel fees incurred in Dallas, TX for 4 nights (6/23-6/27) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140627 | Kuo, Jackie | lodging | | | $ 811.44 | Hotel fees incurred in Dallas, TX for 4 nights (6/23-6/27) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140627 | Isakulov, Shokhrukh | lodging | | | $ 984.75 | Hotel fees incurred in Dallas, TX for 5 nights (6/22-6/27) while performing work client EFH project start |
| 06251972 | Voucher Analysis Services | 20140627 | Molnar, Zack | lodging | | | $ 710.00 | Hotel fees incurred in Dallas, TX for 4 nights (6/23-6/27) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140628 | Molnar, Zack | lodging | | | $ 200.84 | Hotel fee incurred in Dallas, TX for 1 night (6/27-6/28) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140628 | Kuo, Jackie | lodging | | | $ 200.84 | Hotel fee incurred in Dallas, TX for 1 night (6/27-6/28) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140527 | Molnar, Zack | travel meals | | | $ 7.85 | Out of town meal charge incurred at Jimmy Johns in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140527 | Molnar, Zack | travel meals | | | $ 20.41 | Out of town meal charge incurred at Amico's in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140528 | Molnar, Zack | travel meals | | | $ 10.36 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140528 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140529 | Molnar, Zack | travel meals | | | $ 4.01 | Out of town meal charge incurred at Bennys Bagels in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140529 | Molnar, Zack | travel meals | | | $ 8.93 | Out of town meal charge incurred at Which Wich in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140529 | Molnar, Zack | travel meals | | | $ 10.01 | Out of town meal charge incurred at Chophouse Burgers in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140530 | Molnar, Zack | travel meals | | | $ 6.91 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140530 | Molnar, Zack | travel meals | | | $ 12.23 | Out of town meal charge incurred at Carmine's Pizza in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140602 | Bhai, Aamir | travel meals | | | $ 4.33 | Out of town meal charge incurred on 06/02/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140602 | Bhai, Aamir | travel meals | | | $ 10.07 | Out of town meal charge incurred on 06/02/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140602 | Molnar, Zack | travel meals | | | $ 10.36 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2014 through June 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 06251972 | Voucher Analysis Services | 20140602 | Molnar, Zack | travel meals | | | $ 20.41 | Out of town meal charge incurred at Amico's in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140603 | Bhai, Aamir | travel meals | | | $ 8.22 | Out of town meal charge incurred on 06/03/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140603 | Molnar, Zack | travel meals | | | $ 11.24 | Out of town meal charge incurred at La Madeleine in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140603 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140603 | Molnar, Zack | travel meals | | | $ 9.15 | Out of town meal charge incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140603 | Molnar, Zack | travel meals | | | $ 11.74 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140604 | Bhai, Aamir | travel meals | | | $ 17.21 | Out of town meal charge incurred on 06/04/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140604 | Bhai, Aamir | travel meals | | | $ 7.05 | Out of town meal charge incurred on 06/05/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140604 | Molnar, Zack | travel meals | | | $ 10.36 | Out of town meal charge incurred at Chick-fil-a in Dallas , TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140604 | Molnar, Zack | travel meals | | | $ 29.88 | Out of town meal charge incurred at Deep Sushi in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140604 | Molnar, Zack | travel meals | | | $ 18.00 | Out of town meal charge incurred at Amico's in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140605 | Molnar, Zack | travel meals | | | $ 10.01 | Out of town meal charge incurred at Miguel's in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140605 | Molnar, Zack | travel meals | | | $ 8.95 | Out of town meal charge incurred at Chophouse Burgers in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140605 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140606 | Molnar, Zack | travel meals | | | $ 17.06 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140609 | Bhai, Aamir | travel meals | | | $ 2.71 | Out of town meal charge incurred on 06/09/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140609 | Molnar, Zack | travel meals | | | $ 10.28 | Out of town meal charge incurred at Which Wich in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140610 | Bhai, Aamir | travel meals | | | $ 9.74 | Out of town meal charge incurred on 06/10/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140610 | Molnar, Zack | travel meals | | | $ 12.88 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2014 through June 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 06251972 | Voucher Analysis Services | 20140611 | Bhai, Aamir | travel meals | | | $ 7.99 | Out of town meal charge incurred on 06/11/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140612 | Bhai, Aamir | travel meals | | | $ 9.74 | Out of town meal charge incurred on 06/12/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140616 | Costar, David | travel meals | | | $ 40.00 | Meal: Dinner at Texas Spice, Dallas, TX (D. Costar) |
| 06251972 | Voucher Analysis Services | 20140617 | Bhai, Aamir | travel meals | | | $ 9.43 | Out of town meal charge incurred on 06/17/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140617 | Costar, David | travel meals | | | $ 2.36 | Meal: Breakfast at Murphy's Deli, Dallas, TX (D.Costar) |
| 06251972 | SOX Phase I | 20140617 | Costar, David | travel meals | | | $ 4.27 | Meal: Breakfast at Murphy's Deli, Dallas, TX (D.Costar) |
| 06251972 | SOX Phase I | 20140617 | Costar, David | travel meals | | | $ 7.50 | Meal: Lunch at Burrito Jimmy's, Dallas, TX (D. Costar) |
| 06251972 | SOX Phase I | 20140617 | Costar, David | travel meals | | | $ 40.00 | Meal: Dinner at Texas Spice, Dallas, TX (D. Costar) |
| 06251972 | SOX Phase I | 20140617 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140617 | Molnar, Zack | travel meals | | | $ 9.85 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140618 | Bhai, Aamir | travel meals | | | $ 5.00 | Out of town meal charge incurred on 06/18/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140618 | Bhai, Aamir | travel meals | | | $ 13.42 | Out of town meal charge incurred on 06/18/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140618 | Bhai, Aamir | travel meals | | | $ 7.99 | Out of town meal charge incurred on 06/18/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140618 | Costar, David | travel meals | | | $ 5.23 | Meal: Breakfast at Murphy's Deli, Dallas, TX (D.Costar) |
| 06251972 | SOX Phase I | 20140618 | Costar, David | travel meals | | | $ 8.11 | Meal: Lunch at La Madelaine, Dallas, TX (D.Costar) |
| 06251972 | SOX Phase I | 20140618 | Costar, David | travel meals | | | $ 40.00 | Meals: Dinner at Hyatt Regency DFW (D.Costar) |
| 06251972 | SOX Phase I | 20140618 | Costar, David | travel meals | | | $ 8.11 | Meals: Lunch at "The Corner Bakery" (D.Costar) - |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2014 through June 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 06251972 | SOX Phase I | 20140618 | Isakulov, Shokhrukh | travel meals | | | $ 12.00 | Out of town Breakfast at Flying Fish. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140618 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town Lunch at Zenna Restaurant. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140618 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140618 | Molnar, Zack | travel meals | | | $ 8.60 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140618 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140619 | Bhai, Aamir | travel meals | | | $ 11.89 | Out of town meal charge incurred on 06/19/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140619 | Isakulov, Shokhrukh | travel meals | | | $ 12.00 | Out of town Breakfast at Café Brazil. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140619 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town Lunch at Wild Salsa. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140619 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140619 | Molnar, Zack | travel meals | | | $ 28.82 | Out of town dinner charge incurred at Mi Cocina in Dallas, TX. Attendees: Z. Molnar |
| 06251972 | Voucher Analysis Services | 20140620 | Bhai, Aamir | travel meals | | | $ 7.85 | Out of town meal charge incurred on 06/20/14. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140620 | Isakulov, Shokhrukh | travel meals | | | $ 12.00 | Out of town Breakfast at Café Brazil. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140620 | Isakulov, Shokhrukh | travel meals | | | $ 15.48 | Out of town Lunch at Wild Salsa. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140620 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140620 | Molnar, Zack | travel meals | | | $ 11.74 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2014 through June 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 06251972 | SOX Phase I | 20140622 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140623 | Isakulov, Shokhrukh | travel meals | | | $ 12.00 | Out of town Breakfast at Flying Fish. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140623 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town Lunch at Zenna Restaurant. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140623 | Isakulov, Shokhrukh | travel meals | | | $ 39.54 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140624 | Costar, David | travel meals | | | $ 18.00 | Meals: Dinner at Sheraton Dallas on 6/24 (D.Costar) |
| 06251972 | SOX Phase I | 20140624 | Isakulov, Shokhrukh | travel meals | | | $ 12.00 | Out of town Breakfast at Café Brazil. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140624 | Isakulov, Shokhrukh | travel meals | | | $ 11.44 | Out of town lunch at Taco Borracho in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140624 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140625 | Costar, David | travel meals | | | $ 10.49 | Meals: Lunch at "Mad Hatter Café" (D.Costar) |
| 06251972 | SOX Phase I | 20140625 | Costar, David | travel meals | | | $ 2.54 | Breakfast at Starbucks |
| 06251972 | SOX Phase I | 20140625 | Costar, David | travel meals | | | $ 40.00 | Meals: Dinner at The Iron Cactus (D. Costar) |
| 06251972 | SOX Phase I | 20140625 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town Lunch at Chili's in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140625 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140626 | Costar, David | travel meals | | | $ 2.44 | Out of town breakfast @ the Corner (D. Costar) |
| 06251972 | SOX Phase I | 20140626 | Costar, David | travel meals | | | $ 6.00 | Meals: Lunch at El Chico (D. Costar) |
| 06251972 | SOX Phase I | 20140626 | Costar, David | travel meals | | | $ 5.23 | Out of town dinner - DFW (D. Costar) |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2014 through June 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 06251972 | SOX Phase I | 20140626 | Isakulov, Shokhrukh | travel meals | | | $ 12.00 | Out of town Breakfast at Flying Fish. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140626 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town Lunch at Zenna Restaurant. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140626 | Isakulov, Shokhrukh | travel meals | | | $ 39.54 | Out of town Dinner at Cheesecake Factory. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140627 | Isakulov, Shokhrukh | travel meals | | | $ 12.00 | Out of town Breakfast at Flying Fish. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140627 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town Lunch at Zenna Restaurant. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | SOX Phase I | 20140627 | Isakulov, Shokhrukh | travel meals | | | $ 39.54 | Out of town Dinner at Cheesecake Factory. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 06251972 | Voucher Analysis Services | 20140602 | Kuo, Jackie | ground | | | $ 80.00 | Cab fare incurred on 6/2/14 traveling from home to HOU airport while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140605 | Bhai, Aamir | ground | | | $ 75.00 | Parking expense incurred for 3 nights (6/02-6/05) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140605 | Kuo, Jackie | ground | | | $ 204.66 | Car rental expense incurred for 4 days (6/2-6/5) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140606 | Molnar, Zack | ground | | | $ 25.00 | Cab fare incurred on 6/6/14 traveling from office to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140606 | Molnar, Zack | ground | | | $ 50.41 | Parking expense incurred on 6/6/14 for 5 days at IAH while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140609 | Molnar, Zack | ground | | | $ 54.55 | Cab fare incurred on 6/9/14 traveling from DFW to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140613 | Molnar, Zack | ground | | | $ 21.39 | Cab fare incurred on 6/13/14 traveling from office to DFW for return flight while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140616 | Costar, David | ground | | | $ 54.85 | Cab fare from DFW to Dallas KPMG office (D. Costar) |
| 06251972 | Voucher Analysis Services | 20140616 | Kuo, Jackie | ground | | | $ 26.25 | Cab fare incurred on 6/16/14 traveling from DAL airport to EFH while performing work for Energy FutureHoldings |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2014 through June 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 06251972 | Voucher Analysis Services | 20140616 | Molnar, Zack | ground | | | $ 25.20 | Cab fare incurred on 6/16/14 traveling from DFW to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140617 | Costar, David | ground | | | $ 5.00 | Transportation: DART rail system fare (D. Costar) |
| 06251972 | SOX Phase I | 20140617 | Isakulov, Shokhrukh | ground | | | $ 97.00 | Cab fare from home - Gurnee, IL to Chicago O'hare airport. Business purpose: Client EFH |
| 06251972 | SOX Phase I | 20140617 | Isakulov, Shokhrukh | ground | | | $ 55.00 | Cab fare from DFW airport to the hotel in Dallas. Business purpose: Client EFH |
| 06251972 | Voucher Analysis Services | 20140617 | Molnar, Zack | ground | | | $ 5.95 | Cab fare incurred traveling from hotel to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140618 | Costar, David | ground | | | $ 53.95 | Cab fare from EFH office to Hyatt Regency DFW (D. Costar) |
| 06251972 | SOX Phase I | 20140618 | Isakulov, Shokhrukh | ground | | | $ 48.00 | Cab fare from hotel in Dallas to a restaurant. Business purpose: Client EFH |
| 06251972 | SOX Phase I | 20140618 | Isakulov, Shokhrukh | ground | | | $ 50.00 | Cab from a restaurant back to the hotel in Dallas, TX. Business purpose: Client EFH |
| 06251972 | Voucher Analysis Services | 20140618 | Molnar, Zack | ground | | | $ 8.43 | Cab fare incurred traveling from hotel to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140619 | Isakulov, Shokhrukh | ground | | | $ 45.00 | Cab from hotel in Dallas to a restaurant. Business purpose: Client EFH |
| 06251972 | SOX Phase I | 20140619 | Isakulov, Shokhrukh | ground | | | $ 46.00 | Cab from a restaurant back to the hotel in Dallas, TX. Business purpose: Client EFH |
| 06251972 | Voucher Analysis Services | 20140619 | Molnar, Zack | ground | | | $ 7.78 | Cab fare incurred traveling from hotel to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140620 | Bhai, Aamir | ground | | | $ 40.00 | Parking expense incurred for 4 nights (6/16-6/20) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140620 | Costar, David | ground | | | $ 30.00 | Parking: airport parking for 3 days (6/16-6/19) at Raleigh Durham airport; expense total $60 split between EFH and other project outside of EFH (D. Costar) |
| 06251972 | Voucher Analysis Services | 20140620 | Kuo, Jackie | ground | | | $ 31.00 | Cab fare incurred on 6/20/14 traveling from EFH to DAL airport while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140620 | Kuo, Jackie | ground | | | $ 48.42 | Cab fare incurred on 6/20/14 traveling from STL to home after performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140620 | Isakulov, Shokhrukh | ground | | | $ 65.00 | Cab from EFH office to a restaurant in Dallas. Business purpose: Client EFH |
| 06251972 | SOX Phase I | 20140620 | Isakulov, Shokhrukh | ground | | | $ 38.00 | Cab from restaurant in Dallas to DFW airport. Business purpose: Client EFH |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2014 through June 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 06251972 | SOX Phase I | 20140620 | Isakulov, Shokhrukh | ground | | | $ 95.00 | Cab from Chicago O'hare airport to Gurnee, IL (home) upon return from Dallas. Business purpose: Client EFH |
| 06251972 | Voucher Analysis Services | 20140620 | Molnar, Zack | ground | | | $ 5.70 | Cab fare incurred traveling from hotel to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140620 | Molnar, Zack | ground | | | $ 14.02 | Cab fare incurred on 6/20/14 traveling from DFW to hotel while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140620 | Molnar, Zack | ground | | | $ 136.25 | Parking expense incurred on 6/20/14 for 5 days at IAH while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | SOX Phase I | 20140622 | Isakulov, Shokhrukh | ground | | | $ 98.00 | Cab from Hickory Hills, IL to Chicago O'hare airport for departing flight. Business purpose: Client EFH |
| 06251972 | Voucher Analysis Services | 20140623 | Kuo, Jackie | ground | | | $ 29.75 | Cab fare incurred on 6/23/14 traveling from home to STL for departing flight while performing work for Energy Future Holdings |
| 06251972 | Voucher Analysis Services | 20140623 | Kuo, Jackie | ground | | | $ 27.00 | Cab fare incurred on 6/23/14 traveling from DAL airport to EFH while performing work for Energy FutureHoldings |
| 06251972 | SOX Phase I | 20140624 | Costar, David | ground | | | $ 55.55 | Cab fare from DFW to Sheraton Dallas on 6/24/2014 |
| 06251972 | SOX Phase I | 20140626 | Costar, David | ground | | | $ 35.95 | Cab fare from EFH in downtown Dallas to TXU in Irving, TX (D. Costar) |
| 06251972 | SOX Phase I | 20140626 | Costar, David | ground | | | $ 41.00 | Cab fare from TXU site in Irving, TX to DFW on 6/26 (D. Costar) |
| 06251972 | SOX Phase I | 20140626 | Costar, David | ground | | | $ 24.00 | Airport Parking (6/24 - 6/26) - split between EFH and other project (D. Costar) |
| 06251972 | SOX Phase I | 20140627 | Isakulov, Shokhrukh | ground | | | $ 97.00 | Cab from Chicago O'hare airport to Hickory Hills, IL. Business purpose: Client EFH |
| 06251972 | SOX Phase I | 20140627 | Isakulov, Shokhrukh | ground | | | $ 387.31 | Car Rental in Dallas, TX. Dates used from 6/22 to 6/27. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 06251972 | SOX Phase I | 20140627 | Isakulov, Shokhrukh | ground | | | $ 67.11 | Car Rental Gasoline Fuel Expenses. Dates 6/22-6/27. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 06251972 | Voucher Analysis Services | 20140628 | Kuo, Jackie | ground | | | $ 75.00 | Cab fare incurred on 6/28/14 traveling from EFH to DFW while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 06251972 | Voucher Analysis Services | 20140628 | Kuo, Jackie | ground | | | $ 83.87 | Cab fare incurred on 6/28/14 traveling from IAH to home while performing work for Energy Future Holdings Accounts Payable Process Improvement |