**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: D.I. 661, 1837, 2028, 2055 |

**THIRD SUPPLEMENTAL DECLARATION OF JEFFERY J. STEGENGA
IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN
ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY
ALVAREZ & MARSAL NORTH AMERICA, LLC AS RESTRUCTURING
ADVISOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Jeffery J. Stegenga, being duly sworn, hereby depose and say:

1. I am a Managing Director of Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees) and its wholly owned subsidiaries, "A&M"), whose principal office is located at 600 Madison Avenue, New York, NY 10022. I submit this declaration (the "Third Supplemental Declaration") to supplement my prior declarations that have been submitted in connection with A&M's proposed retention in these chapter 11 cases. Unless otherwise stated in this Third Supplemental Declaration, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals of A&M. To

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

2.  On April 29, 2014, Energy Future Holdings Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

3.  On May 29, 2014 the Debtors filed their *Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date* [D.I. 661] (the "Retention Application"). In support of the Retention Application, A&M filed the *Declaration of Jeffery J. Stegenga in Support of the Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date*, attached as Exhibit B to the Retention Application (the "Stegenga Declaration").

4.  On August 14, 2014 and September 16, 2014, the Debtors filed the First Supplemental Declaration and Second Supplemental Declaration, respectively, to disclose certain additional information that had become available to A&M since the filing of the Stegenga Declaration.

5.  I submit this Third Supplemental Declaration to disclose certain additional information that has become available to A&M since the filing of the Stegenga Declaration.

2

**Additional Potential Parties in Interest**

6. As set forth in the Stegenga Declaration, and in connection with its proposed retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether it has any conflicts or other relationships that might affect A&M's status as a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code or cause A&M to hold or represent interest adverse to the Debtors.

7. Specifically, A&M has received from the Debtors and/or their representatives, a list of the names of additional individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Additional Potential Parties in Interest") which names were not included on the original list of entities reviewed by A&M in connection with the Stegenga Declaration.

8. The Additional Potential Parties in Interest provided to A&M are listed on **Schedule A** to this Third Supplemental Declaration. In connection with the preparation of this Third Supplemental Declaration, A&M conducted a review of the Additional Potential Parties in Interest consistent with the procedures described in paragraph 11 of the Stegenga Declaration. A summary of any relationships A&M has with the Additional Potential Parties in Interest is set forth on **Schedule B** hereto.

9. Based on the results of its review, to be best of my knowledge A&M does not have an active relationship with any of the Additional Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases.

10. Insofar as I have been able to ascertain and except as specifically disclosed herein and in the Stegenga Declaration, A&M does not hold or represent any interests adverse to the Debtors' estates and, to the best of my knowledge, remains a "disinterested

person" as that term is defined in Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: October 17, 2014            */s/ Jeffery J. Stegenga*
    Wilmington, Delaware            Jeffery J. Stegenga
                                            Alvarez and Marsal North America, LLC
                                            Managing Director

## SCHEDULE A

## Additional Parties-in-Interest

**ADVISORS**
AKIN GUMP
BROWN RUDNICK
CADWALADER, WICKERSHAM & TAFT
CHADBOURNE & PARK
COUSINS, CHIPMAN & BROWN LLP
DAVIDSON KEMPNER
DAVIS POLK
DO S1 LIMITED
FAIRWAY FUND LIMITED
FARMSTEAD CAPITAL MANAGEMENT
FOLEY & LARDNER
FORE ERISA
FORE MULTI STRATEGY FUND, LTD.
FRIED FRANK
FTI CONSULTING
GAVIN SOLMONESE
GRANTHAM, MAYO, VAN OTTERLOO & CO., LLC
HALCYON ASSET MANAGEMENT LLC
JEFFERIES
KASOWITZ BENSON TORRES & FRIEDMAN
KING STREET CAPITAL MANAGEMENT, L.P.
KRAMER LEVIN
LAZARD
LMA SPC (FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO)
LUXOR CAPITAL GROUP, LP
MORRIS, NICHOLS, ARSHT & TUNNELL
MORRISON & FOERSTER
O'MELVENEY & MYERS
OCH-ZIFF CAPITAL MANAGEMENT, ON BEHALF OF CERTAIN FUNDS
P. SCHOENFELD ASSET MANAGEMENT L.P.
PACHULSKI STANG ZIEHL & JONES
PAUL, WEISS
PERELLA WEINBERG
PETER J. SOLOMON
POLSINELLI
ROPES & GRAY
SCHULTE, ROTH & ZABEL
SKYTOP CAPITAL MANAGEMENT LLC
THIRD AVENUE TRUST ON BEHALF OF THIRD AVENUE FOCUSED CREDIT FUND
VR ADVISORY SERVICES LTD. IN ITS CAPACITY AS ADVISOR TO VR GLOBAL PARTNERS, L.P.
WACHTELL, LIPTON
WHITE & CASE
WILLKIE FARR
YOUNG CONAWAY STARGATT & TAYLOR, LLP

**COMMODITY**
NEW WORLD POWER TEXAS RENEWABLE ENERGY LIMITED PARTNERSHIP

**DIRECTORS AND OFFICERS**
FERRARIS, MARK F.

**DEBT**
WILMINGTON TRUST, N.A.

**DEBTHOLDERS**
ALCENTRA
AMERICAN MONEY MANAGEMENT
APG ASSET MANAGEMENT
BLUEBAY ASSET MANAGEMENT
CARLSON CAPITAL
DDJ CAPITAL MANAGEMENT, LLC
FARMSTEAD CAPITAL MANAGEMENT
GOOD HILL
HIGHFIELDS CAPITAL MANAGEMENT
HIGHVISTA STRATEGIES
IGNIS ASSET MANAGEMENT
JEFFERIES CAPITAL
LONESTAR CAPITAL MANAGEMENT
LYLES INVESTMENTS
MIZUHO ASSET MANAGEMENT
NEW YORK LIFE
SARATOGA PARTNERS
SCOTIABANK
SENECA CAPITAL
SUNTRUST
VECTOR CAPITAL
ZIFF BROTHERS INVESTMENTS, LLC
VR GLOBAL PARTNERS LP

**DIP LENDERS**
ICE CANYON LLC
QPR HOLDINGS LTD.
ROTH, ANNE MARIE
ROTH, KEVIN B.
THOMAS H. LEE PARTNERS
WESTGATE ENTERPRISES LLC

**EFIH DIP**
4086 ADVISORS
ABRY CAPITAL
ANNE MARIE ROTH
ARROWPOINT ASSET
CANYON CAPITAL ADVISORS
CHASE LINCOLN FIRST COMMERCIAL CORPORATION
COHANZICK
CURIAN LONG SHORT CREDIT FUND
CVC GLOBAL CREDIT OPPORTUNITIES

## SCHEDULE A (Continued)

### Additional Parties-in-Interest (Continued)

   MASTER FUND, L.P.
DB PORTFOLIO
DUNHAM MONTHLY DISTRIBUTION FUND
GREYWOLF CAP MGMT
HARVARD MANAGEMENT COMPANY
INDUSTRIENS PENSION PORTFOLIO F.M.B.A.,
   HIGH YIELD OBLIGATIONER III
INSIGHT INVESTMENT MANAGEMENT
   LIMITED
JEFFERIES LLC
JMP GROUP INC
JNL/PPM AMERICA HIGH YIELD BOND FUND,
   A SERIES OF JNL SERIES TRUST
JNL/PPM AMERICA STRATEGIC INCOME
   FUND
KEVIN B. AND ANNE-MARIE ROTH
   REVOCABLE TRUST
KEVIN B. ROTH
KRAMER VAN KIRK CREDIT STRATEGIES LP
LOEWS CORPORATION
MIDOCEAN
MLIS WESTCHESTER MERGER ARBITRAGE
   UCITS FUND
MOCKINGBIRD CREDIT
NEW YORK LIFE INSURANCE
OCH-ZIFF CAPITAL MANAGEMENT
OCTAGON CREDIT INVESTORS
ORCHARD FIRST SOURCE ASSET
   MANAGEMENT LLC
PEAK6 ACHIEVEMENT MASTER FUND LTD
PENTWATER
PRINCETON ADVISORY GROUP
QPB HOLDINGS LTD.
REGIONS FINANCIAL
ROBERT J. TANNOR ROTH IRA
ROTH LIVING TRUST
SCOTIA CAPITAL INC
T&P ST JOHN LLC
THE BLACK ANT VALUE MASTER FUND
TRIUMPH GROUP INC
VULCAN CAPITAL
WATER AND POWER EMPLOYEES'
   RETIREMENT, DISABILITY, AND DEATH
   BENEFIT INSURANCE PLAN
WCM ALTERNATIVES: EVENT-DRIVEN FUND
WCM MASTER TRUST

**GUARANTY**
ENERGY AMERICA, LLC
STATE OF NEW YORK

**INTERESTED PARTIES**
ALLOYS & COMPONENTS SOUTHWEST
BILLINGSLEY

BRADY CORP.
CASEY CONSTRUCTION
DELL MARKETING LP
ENERGY & PROCESS CORP.
FERGUSON ENTERPRISES INC.
FISHER CONTROLS INTERNATIONAL
GOOGLE
H&E EQUIPMENT SERVICES INC.
INSTRUMENT & VALVE SERVICES CO.
ITC HOLDINGS
LHOIST NORTH AMERICA
MICHELIN NORTH AMERICA INC.
MOTION INDUSTRIES INC.
RED BALL OXYGEN CO.
REGULATOR TECHNOLOGIES INC.
SEATINGZONE
SHALE-INLAND HOLDINGS LLC
SOUTHERN CO., THE
TEXAS COMMISSION ON ENVIRONMENTAL
   QUALITY
WAVE TECHNOLOGY SOLUTIONS GROUP
INC.

**LIEN**
BLC CORPORATION
FCC EQUIPMENT FINANCING, INC
FCC EQUIPMENT FINANCING, INC.
FLEET BUSINESS CREDIT, LLC
KOMATSU FINANCIAL LIMITED
   PARTNERSHIP
ROMCO EQUIPMENT CO.
SG EQUIPMENT FINANCE USA CORP.
TXU 2007-1 RAILCAR LEASING LLC
UNITED STATES OF AMERICA ACTING BY
   AND
VARILEASE FINANCE INC.

**LITIGATION**
ABB COMBUSTION ENGINEERING AND CAN
   INSURANCE COMPANY
BECHTEL CORPORATION AND NATIONWIDE
   INSURANCE
DAVID JOHNSON
DAVID MILLER
DAVID R. ANDREWS
ELIZABETH NIELSEN AND ROBERT NIELSEN
ENTERPRISE RENT A CAR
JOHN COLLINS
JOHN HUGHES AND ELIZABETH HUGHES
LINDA ADDISON AND JOHN ADDISON
ROBERT ALLISON
UNION CARBIDE CORP
UNITED STATES OF AMERICA
URS CORPORATION; URS ENERGY &

## SCHEDULE A (Continued)

### Additional Parties-in-Interest (Continued)

CONSTRUCTION, INC.
US POSTAL SERVICE

**ORDINARY COURSE PROFESSIONALS**
ALLIANCE CONSULTING GROUP
ALLISON MCCOMBE SMALL
AMERICAN APPRAISAL
ARNOLD & PORTER LLP
AYCO COMPANY LP
BLUEWATER STRATEGIES LLC
CADWALADER WICKERSHAM & TAFT (CWT)
CARL S. RICHIE, JR. ATTORNEY AT LAW
DCI GROUP LLC
DUFF & PHELPS LLC
EDDIE CAVAZOS
FIRST ADVANTAGE
GOLDBERG GODLES WIENER & WRIGHT
GOODMANS LLP
HARRIS & DICKEY LLC
HMWK LLC
I&O COMMUNICATIONS
IMPERIUM PUBLIC AFFAIRS
IRELAND CARROLL & KELLEY PC
JACK ROBERTS
JACK W GULLAHORN PC
JOHN HILDRETH
KEKST AND COMPANY INC
KYLE BIBB
LAM LYN & PHILIP PC
LAURIE FENSTEMAKER PAIR
LAW OFFICES OF DAN GUS
LEAD STRONG INC
LISA GARCIA
LOCKE LORD BISSELL & LIDDELL
LPI CONSULTING INC
MCCONNELL & JONES LLP
MCGUIREWOODS LLP
MEHLMAN VOGEL CASTAGNETTI INC
MERCER
MERCER GLOBAL
MESIROW FINANCIAL
MGROUP STRATEGIES
MIGNON MCGARRY
MIKE KELLY
MILLER & CHEVALIER CHARTERED
NORTON ROSE FULBRIGHT
O'NEILL, ATHY & CASEY PC
PEOPLE CENTRIC SOLUTIONS LLC
PERRY STREET COMMUNICATIONS LLC
PHIL GAMBLE
PHILIPS & MEACHUM PUBLIC AFFAIRS
POLAN CULLEY ADVOCACY GROUP
PRICKETT JONES & ELLIOTT PA
PUBLIC STRATEGIES INC

R. H. SWEENEY ASSOCIATES
RISSING STRATEGIC
ROBERT HALF FINANCE & ACCOUNTING
RYAN LLC
RYAN MACKINNON VASAPOLI & BERZOK
SAK CONSULTING, LLC
SCHEEF & STONE LLP
SHL US INC.
ST CHARLES CONSULTING GROUP
STROZ FRIEDBERG LLC
TALLEY & ASSOCIATES
THE BESHEAR GROUP, INC.
THE EOP GROUP
THE SCHLUETER GROUP
TLG SERVICES, INC.
TRAVIS EUGENE JERNIGAN
WEBER SHANDWICK
WEBFILINGS LLC

**RULE 2002**
AKERMAN LLP
ANDREWS KURTH LLP
ARCELORMITTAL USA LLC
BINGHAM MCCUTCHEN LLP
BLANK ROME LLP
BRYAN CAVE LLP
BUCHANAN INGERSOLL & ROONEY PC
CARMODY MACDONALD PC
CIARDI CIARDI & ASTIN
CLEARY GOTTLIEB STEEN & HAMILTON LLP
COZEN O'CONNOR
DENTONS US LLP
DRINKER BIDDLE & REATH LLP
DYKEMA GOSSETT PLLC
FOX ROTHSCHILD LLP
GARDERE WYNNE SEWELL LLP
GOODWIN PROCTER LLP
HINCKLEY ALLEN
JONES DAY
KLEHR HARRISON HARVEY BRANZBURG LLP
LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORP. (LCRA TSC)
MCCARTER & ENGLISH LLP
MILBANK TWEED HADLEY & MCCLOY LLP
MORRIS JAMES LLP
MUNSCH HARDT KOPF & HARR PC
NELSON MULLINS RILEY & SCARBOROUGH LLP
NIXON PEABODY
NOVA CHEMICALS INC.
PATTERSON BELKNAP WEBB & TYLER LLP
POTTER ANDERSON & CORROON LLP
QUARLES & BRADY LLP

**SCHEDULE A (Continued)**

**Additional Parties-in-Interest (Continued)**

RICHARDS LAYTON & FINGER
SAUL EWING LLP
SECURITIES AND EXCHANGE COMMISSION
SEWARD & KISSEL LLP
SHEARMAN & STERLING LLP
SNELL & WILMER LLP
SQUIRE SANDERS (US) LLP
UNITED STATES DEPARTMENT OF JUSTICE
WEYERHAEUSER CO.
WILMER CUTLER PICKERING HALE & DORR LLP
WOMBLE CARLYLE SANDRIDGE & RICE LLP

VULCAN CREDIT

**Tax**
ADAMS COUNTY
DALLAS, CITY
GREENVILLE, CITY
HARRIS COUNTY
HOUSTON, CITY
MESQUITE, CITY
PLANO ISD
PORT OF HOUSTON AUTHORITY
SAN JACINTO JR. COLLEGE
WELD COUNTY

**TCEH DIP**
40/86 ADVISORS INC
ABRY PARTNERS, LLC
ARROWPOINT ASSET MANAGEMENT LLC
AXA INVESTMENT MANAGERS
BEAL BANK
BLACK ANT GROUP
COLUMN PARK ASSET MGMT
CVC CAPITAL PARTNERS LIMITED
FOUNTAIN CAPITAL MGMT
GLENDON CAPITAL MANAGEMENT LP
GREYWOLF CAPITAL
HILDENE CAPITAL MANAGEMENT LLC
KVK SERVICES LLC
NATIONWIDE INSURANCE COMPANY
NEWCASTLE CAPITAL MANAGEMENT
NOKOTA MANAGEMENT LP
OCH ZIFF - OZ MGMT
OCTAGON ADVISORY GROUP LLC
ORCHARD GLOBAL ASSET MGMT
ORIX ZERON GROUP
PEAK 6 INVESTMENTS
SARATOGA
SOROS FUND MANAGEMENT
STANTON ASSET MANAGEMENT INC.
SUMITOMO MITSUI BANKING CORP
TEGEAN CAPITAL MANAGEMENT LLC
TRIUMPH CAPITAL GROUP INC
TRUST COMPANY OF THE WEST

Case 14-10979-CSS    Doc 2503    Filed 10/17/14    Page 10 of 13

## SCHEDULE B

## Known Connections to Additional Potential Parties in Interest in Unrelated Matters

**CURRENT AND FORMER CLIENTS OF A&M AND/OR ITS AFFILIATES**[1]

ABB COMBUSTION ENGINEERING
BLUEBAY ASSET MANAGEMENT
CARLSON CAPITAL
CITY OF ARLINGTON
CITY OF DALLAS
CITY OF GREENVILLE
CITY OF HOUSTON
CITY OF MESQUITE
COUNTY OF HARRIS
COUNTY OF WELD
DCI GROUP LLC
DUFF & PHELPS LLC
FIRST ADVANTAGE
JEFFERIES CAPITAL
LONESTAR CAPITAL MANAGEMENT
LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORP.MIZUHO ASSET MANAGEMENT
NATIONWIDE INSURANCE COMPANY
NEW YORK LIFE
NIXON PEABODY
NOVA CHEMICALS INC.
PORT OF HOUSTON AUTHORITY
ROBERT HALF FINANCE & ACCOUNTING
SAN JACINTO JR. COLLEGE
SCOTIABANK
SECURITIES AND EXCHANGE COMMISSION
SENECA CAPITAL
SNELL & WILLMER LLP
STATE OF LOUISIANA, DEPT OF REVENUE
STATE OF NEW YORK
SUNTRUST
TXU 2007-1 RAILCAR LEASING LLC
UNION CARBIDE CORP.
UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES OF AMERICA
URS CORPORATION
VECTOR CAPITAL

**SIGNIFICANT EQUITY HOLDERS OF CURRENT AND FORMER A&M CLIENTS**[2]

ABB COMBUSTION ENGINEERING
ABRY PARTNERS, LLC
ALCENTRA
ADAMS COUNTY
ARCELORMITTAL USA LLC
BECHTEL CORPORATION
CITY OF COMMERCE
COUNTY OF ADAMS
DDJ CAPITAL MANAGEMENT
GOOGLE
HIGHFIELDS CAPITAL MANAGEMENT
IGNIS ASSET MANAGEMENT
ITC HOLDINGS
JEFFERIES CAPITAL
MESIROW FINANCIAL
MIZUHO ASSET MANAGEMENT
NATIONWIDE INSURANCE COMPANY
NEW YORK LIFE
STATE OF NEW YORK
SUNTRUST
THOMAS H. LEE PARTNERS
VECTOR CAPITAL
URS CORPORATION
ZIFF BROTHERS INVESTMENTS, LLC

---

[1] A & M and/or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters..

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

RLF1 10941862v.1

## SCHEDULE B (Continued)

## Known Connections to Additional Potential Parties in Interest in Unrelated Matters
## (Continued)

**CREDITORS IN A&M ENGAGEMENTS**[3]
AMERICAN MONEY MANAGEMENT
EOP GROUP
NEW YORK LIFE
SARATOGA
SCOTIABANK
STATE OF NEW YORK
SUNTRUST

**MEMBERS OF NOTEHOLDERS GROUP**[4]

**PROFESSIONALS & ADVISORS**[5]
AKERMAN LLP
AMERICAN APPRAISAL
ANDREWS KURTH LLP

ARNOLD & PORTER LLP
BINGHAM MCCUTCHEN LLP
BLANK ROME LLP
BRYAN CAVE LLP
BUCHANAN INGERSOLL & ROONEY PC
CADWALADER WICKERSHAM & TAFT
CIARDI CIARDI & ASTIN
CLEARY GOTTLIEB STEEN & HAMILTON LLP
COZEN O'CONNOR
DENTONS US LLP
DRINKER BIDDLE & REATH LLP
DUFF & PHELPS LLC
DYKEMA GOSSETT PLLC
FOX ROTHSCHILD LLP
GARDERE WYNNE SEWELL LLP
GOODMANS LLP
GOODWIN PROCTER LLP
HINCKLEY ALLEN
JEFFERIES CAPITAL
JONES DAY
KELST AND COMPANY INC.
KLEHR HARRISON HARVEY BRANZBURG LLP
LOCKE LORD BISSELL & LIDDELL
MCCARTER & ENGLISH LLP
MCGUIRE WOODS LLP
MERCER GLOBAL
MILBANK TWEED HADLEY & MCCLOY LLP
MORRIS JAMES LLP
NELSON MULLINS RILEY & SCARBOROUGH LLP
NIXON PEABODY
NORTON ROSE FULBRIGHT
PATTERSON BELKNAP WEBB & TYLER LLP
POTTER ANDERSON & CORROON LLP
QUARLES & BRADY LLP
RICHARDS LAYTON & FINGER PA
SAUL EWING LLP
SEWARD & KISSEL LLP
SNELL & WILMER LLP
SHEARMAN & STERLING LLP
SQUIRE SANDERS (US) LLP
THOMAS COBURN LLP
WILMER CUTLER PICKERING HALE & DORR LLP
WOMBLE CARLYLE SANDRIDGE & RICE LLP

**SIGNIFICANT JOINT VENTURE PARTNERS**[6]

---

[3] A&M is currently advising or has previously advised these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) as creditors or various official creditors' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

[4] A&M is currently advising or has previously advised various official or unofficial noteholders' committees in which these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) were members or which represented the interests of these parties or their affiliates.

[5] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[6] These parties or their affiliates are significant joint venture partners of other (Continued…)


## SCHEDULE B (Continued)

## Known Connections to Additional Potential Parties in Interest in Unrelated Matters (Continued)

WEYERHAEUSER CO.

**INDIVIDUAL PARTIES**[7]
JOHN ADDISON
ROBERT ALLISON
DAVID R. ANDREWS
JOHN COLLINS
JOHN HUGHES
DAVID JOHNSON
DAVID KING
DAVID MILLER
ROBERT NIELSEN

**A&M VENDORS**[8]
AMERICAN APPRAISAL
ANDREWS KURTH LLP
BINGHAM MCCUTCHEN LLP
BLANK ROME
BRYAN CAVE LLP
CADWALADER WICKERSHAM & TAFT
CARMODY MACDONALD PC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
DELL MARKETING LLP
DENTONS US LLP
ENTERPRISE RENT-A-CAR
GARDERE WYNNE SEWELL LLP
GOODWIN PROCTER LLP
JONES DAY
LOCKE LORD BISSELL & LIDDELL
MCGUIRE WOODS LLP

MERCER GLOBAL
MUNSCH HARDT KOPF & HARR PC
NELSON MULLINS RILEY & SCARBOROUGH LLP
NEW YORK LIFE
PLANO ISD
QUARLES & BRADY LLP
ROBERT HALF FINANCE & ACCOUNTING
SECURITIES AND EXCHANGE COMMISSION
SHEARMAN & STERLING LLP
SNELL & WILMER LLP
SQUIRE SANDERS (US) LLP
ST. CHARLES CONSULTING GROUP
STATE OF NEW YORK
US POSTAL SERVICE
WOMBLE CARLYLE SANDRIDGE & RICE LLP

**A&M CAPITAL PARTNERS INVESTOR**[9]

---

clients or former clients of A&M or its affiliates in wholly unrelated matters.

[7] These individual parties are identified in A&M's client database. Due to the common nature of their names, these individuals may be clients of A&M or equity holders or board members of other clients or former clients of A&M or their affiliates in wholly unrelated matters.

[8] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates

[9] An affiliate of A&M is the general partner of an investment partnership in which an affiliate of New York Life Insurance is an investor.

1. In addition to the relationships disclosed on **Schedule B**, I note that:

  (a) New York Life, County of Harris and County of Fort Bend are Potential Parties in Interest. A&M's Chief Human Resources Officer is a board member of NY Life Retirement Plan Services. An employee of an A&M affiliate is a Director of a Harris County Municipal Utility District. Another employee of an A&M affiliate is a Director of a Fort Bend County Levee Improvement District. None of these personnel are working on this engagement.

  (b) As disclosed in the Stegenga Declaration, Alvarez & Marsal Inc. ("A&M Inc."), the majority owner of A&M's parent company, Alvarez & Marsal Holdings, LLC ("A&M Holdings"), holds a significant ownership interest in Alvarez & Marsal Capital, LLC ("A&M Capital"). A&M Capital is an investment vehicle that indirectly serves as the general partner of A&M Capital Partners, LP (the "A&M Fund") that makes private equity investments in companies (all of whom are wholly unrelated to these proceedings). In addition to the A&M Capital relationships described in the Stegenga Declaration, an affiliate of New York Life Insurance Company ("NY Life") has a passive limited partnership stake in the A&M Fund. NY Life has been identified on Schedule A as a debtholder of the Debtors.