**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) ) ) | **Re: D.I. 2087, 2088, 2368, 2369, 2370, 2374, 2377, 2379, 2381, 2383, 2384, 2385, 2386, 2389, 2390, 2392, 2395, 2398, 2445, 2446, 2447, 2454** |

**NOTICE OF FILING OF REVISED PROPOSED
FORM OF "ORDER (A) APPROVING BIDDING PROCEDURES,
(B) SCHEDULING AN AUCTION AND RELATED DEADLINES AND HEARINGS,
AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF"**

PLEASE TAKE NOTICE that, on September 19, 2014, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof** [D.I. 2087] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the relief requested in the Motion (and objections thereto) commenced before The Honorable Christopher S. Sontchi

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this Notice have the meanings ascribed to them in the Motion.

at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **October 17, 2014, at 9:30 a.m. prevailing Eastern Time** and is scheduled to continue on **October 20, 2014, at 11:00 a.m. prevailing Eastern Time** (the "Hearing"). Objections to the Motion were due by no later than October 10, 2014, at 4:00 p.m. prevailing Eastern Time.

PLEASE TAKE FURTHER NOTICE that, in response to comments from various parties in interest and to address certain objections to the Motion, the Debtors hereby file (i) a revised proposed form of order in connection with the Motion (the "Order"), attached hereto as **Exhibit A**, including revised Bidding Procedures attached as **Exhibit 1** to the Order. For the convenience of the Bankruptcy Court and parties in interest, (i) a redline of the Order against the form of order filed on September 19, 2014 is attached hereto as **Exhibit B**, and (ii) a redline of the Bidding Procedures against the version filed on September 19, 2014, is attached hereto as **Exhibit C**.

PLEASE TAKE FURTHER NOTICE that the Order is subject to ongoing negotiations among parties in interest, and to the extent the Debtors make any further revisions to the Order or the Bidding Procedures prior to the conclusion of the Hearing, the Debtors intend to present a redlined copy of such revised documents to the Bankruptcy Court at the Hearing.

Dated: October 20, 2014
      Wilmington, Delaware        */s/ William A. Romanowicz*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com
        romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession