# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 2311, 2490 |
| | ) |
| | ) Hearing Date: October 28, 2014 at 12:00 p.m. |

## NOTICE OF HEARING WITH RESPECT TO "TARRANT REGIONAL WATER DISTRICT'S OBJECTION TO ASSUMPTION OF UNEXPIRED LEASE OR EXECUTORY CONTRACT" [D.I. 2490] IN CONNECTION WITH "NOTICE OF ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND RELATED RELIEF THERETO" [D.I. 2311]

PLEASE TAKE NOTICE that, on September 15, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases* [D.I. 2015] (the "Procedures Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Procedures Order, the Court approved certain procedures by which the above-captioned debtors and debtors in possession (collectively, the "Debtors") may reject, assume (in some instances, as amended), and assume and assign certain of their prepetition executory contracts and prepetition unexpired leases.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Procedures Order, on October 3, 2014, the Debtors filed and served the *Notice of Assumption of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto* [D.I. 2311] (the "Assumption Notice").

PLEASE TAKE FURTHER NOTICE that, by the Assumption Notice, the Debtors provided notice of, among other things, their intent to assume that certain *Water Lease - Eagle Mountain Executed on 5/6/1952* (the "Lease") by and between one or more of the Debtors and Tarrant Regional Water District ("TRWD").

PLEASE TAKE FURTHER NOTICE that, on October 17, 2014, TRWD filed *Tarrant Regional Water District's Objection to Assumption of Unexpired Lease or Executory Contract* [D.I. 2490] (the "Objection") in response to the Assumption Notice as it pertains to the Lease.

PLEASE TAKE FURTHER NOTICE that, consistent with the Procedures Order, the Debtors (i) hereby provide notice that a hearing to consider the Objection and the Assumption Notice as it relates to the Lease will be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **October 28, 2014 starting at 12:00 p.m. (noon) (Eastern Daylight Time)** and (ii) are authorized (and intend) to file a reply to the Objection no later than **October 24, 2014.**

*[Remainder of page intentionally left blank.]*

Dated:  October 20, 2014
        Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession