# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 10/21/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew McGaan | K&E | Debtors |
| Edward Sassower | " | " |
| Stephen Hessler | " | " |
| Mark McKane | " | " |
| Dan DeFrancesch | Richards, Layton + Finger | " |
| Jason Madron | " " " | " |
| Natalie Landis | Landis Rath + Cobb | Next Era Energy |
| Howard Seife | Chadbourne & Parker | " |
| Matthew McGuire | Landis Rath + Cobb | " |
| Fred Sosnick | Shearman & Sterling | Deutsche Bank New York |
| Ned Schodek | " | " |
| Jeremy Ryan | Potter Anderson & Corroon | " |
| R. Stephen McNeill | " | " |
| J. Christopher Shore | White & Case | Ad Hoc Grp TCEH N-holder |
| Thomas Lauria | " | " |
| Peg Schiel | Fox Rothschild | " |
| Dan Lowish | Klehr Harrison | UMB Bank, Indenture Trustee |
| Kevin Manson | Womble Carlyle | Fluor |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 10/21/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Hank Olivera | Chipman Brown Cicero & Cole | The Alter Cole of EFIH Unsec. Noteholder |
| Abid Qureshi | Akin Gump Strauss Hauer & Feld | " |
| Rob Boller | " | " |
| Scott Alberino | " | " |
| ARLENE ALVES | SEWARD + KISSEL | WILMINGTON TRUST CO. TCEH FIRST LIEN AGENT |
| Howard A. Cohen | Drinker Biddle & Roth | Citibank, DIP Agent |
| Ed Weisfelner | Brown Rudnick | WSFS |
| Jeff Jones | " | " |
| Jonathan Marshall | " | " |
| Havan Stelman | Ashby & Geddes | " |
| Gregg Hoss | Kaine Louis | EFIH 2L Linn Indent Trustee |
| Alice Byowitz | " | " |
| Brett Miller | Morrison & Foerster | Official Committee |
| Charles Kerr | " | " |
| Todd Goren | " | " |
| Andrew Leblanc | Patterson Belknap | Law Debenture |
| Steve Miller | Morris James | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO.:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 10/21/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| N. Christopher Griffiths | Connolly Gallagher LLP | Pimco |
| Jeff Silvin | Bingham | Pimco |
| Richard Pedone | Nixon Peabody | American Stock Transk as Indenture Trustee |
| Garvan McDaniel | The Hogan Firm | Ad Hoc Committee of EFH |
| Mark Hebbeln | Foley + Lardner | UMB Bank, NA as trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 10/21/14 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | Committee |
| Justin Edelson | Polsinelli | Committee |
| Brett Miller | MoFo | Committee |
| Charles Kerr | MoFo | Committee |
| Todd Goren | MoFo | Committee |
| Alex Lawrence | MoFo | Committee |
| Dan Harris | MoFo | Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 10/21/2014
Calendar Time: 09:30 AM ET

1st Revision 10/20/2014 04:13 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6535888 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6539014 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6537924 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6534855 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6539001 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6536217 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6535705 | Ju-Lie Bell | (212) 588-6114 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6539093 | Jon R. Berke | (646) 378-3108 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6538999 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6538895 | Alexander Bongartz | (212) 318-6000 | Paul Hastings LLP | Interested Party, Paul Hastings LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6538932 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6538689 | Philip E Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |

| Debtor | Case # | Proceeding | Tel # | Name | Firm Name | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538629 | Stephen Burmazian | 212-878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6537267 | Justin Carroll | (212) 326-3939 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539322 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6536813 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6535687 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538893 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538909 | Jim Cooper | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538142 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538871 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538946 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6536877 | Christopher Dressel | 312-407-0968 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539181 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren, LLP | Client, Michelle Dreyer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6537713 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Representing, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539143 | Benjamin Feder | 212-808-7925 | Kelley Drye & Warren, LLP | Creditor, CSC Trust Company of Delaware / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538659 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538885 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6535835 | Mark Flannagan - Client | (312) 832-4364 | Foley & Lardner LLP | Trustee, Mark Flannagan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538663 | Patrick Fleury (Client) | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6534874 | Daniel Fliman | (212) 506-1713 | Kasowitz Benson Torres & Friedman | Interested Party, The Ad Hoc EFH Legacy Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6536226 | Sarah Foss | (212) 294-6810 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539026 | Ches Garrison | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Cousins Chipman & Brown, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6535695 | Brett D. Goodman | 212-704-6170 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538974 | Xiaoyu Gu | 952-984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538864 | Sam Greene | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538900 | Keely Hamlin | (212) 859-8318 | Fried, Frank, Harris, Shriver & Jacobson | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538652 | Craig Hart | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538903 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6536814 | Tom Humphreys | (212) 468-8006 | Morrison & Foerster | Representing, Creditor Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6535663 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539037 | Howard Jacobson | 202-887-4179 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6535844 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539091 | Evgeny Karlik | 212-225-2275 | Cleary Gottlieb Steen & Hamilton | Interested Party, Evgeny Karlik / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538643 | Matthew Kimble | 212-878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539044 | Geoffrey King | (312) 853-0324 | Sidley Austin LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538817 | Nathaniel Kirk | (212) 888-5222 | Third Avenue Management, LLC | Interested Party, Third Avenue Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539105 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6535672 | Aaron Krieger | (212) 596-9592 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538968 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538819 | Brian Lennon | (212) 906-0279 | Third Avenue Management | Interested Party, Third Avenue Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539034 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6544607 | Richard G Mason | (212) 403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding LLC & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6537608 | James Millar | (973) 549-7000 | Drinker Biddle & Reath LLP | Representing, CSC Trust Company of Delaware, as Indenture Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538888 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539058 | Brett Myrick | (312) 853-1049 | Sidley Austin LLP | Other Prof., Sidley Austin LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538673 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, Solus LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538995 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Representing, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6539032 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538829 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |

| Debtor | Case Number | Proceeding | Conf ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538887 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538959 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538656 | Kiran Ramineni | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538830 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6534849 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538700 | Vick Sandhu | (212) 649-9535 | PSAM, LP | Interested Party, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6537312 | Richard Schepacarter | (302) 573-6491 | Office of the United States Trustee | U.S. Trustee, Office of the United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6536887 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538894 | Michael Shepherd | (305) 925-4790 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6535658 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capital Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538812 | Edwin Tai | (212) 888-5222 | Third Avenue Management, LLC | Interested Party, Third Avenue Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6536933 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mohawk Capital LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6534601 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538892 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6537173 | Sina Toussi | (646) 571-1872 | VR Capital | Creditor, VR Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538973 | Jack Tracy | (212) 872-7439 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538516 | Frank F. Velocci | (973) 549-7078 | Drinker Biddle & Reath LLP | Creditor, CSC Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6534904 | Clint Wallace | (212) 506-1933 | Caplin & Drysdale | Creditor, AdHoc Group of EFH Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6535560 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538978 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6538825 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |