# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 335.90 | $192,943.00 |
| 2 | Metric Analysis | 231.80 | $98,857.50 |
| 3 | Generation Analysis | 155.30 | $77,457.00 |
| 4 | Retail Analysis | 92.30 | $46,801.00 |
| 5 | Commodity Analysis | 175.10 | $90,709.00 |
| 6 | Competitor Analysis | 33.90 | $18,469.00 |
| 7 | EBITDA Projection | 40.80 | $18,915.00 |
| 8 | Environmental Analysis | 99.40 | $57,103.00 |
| 9 | Short-Range Forecast | 164.20 | $84,805.50 |
| 10 | Capital Projects | 32.60 | $14,025.50 |
| 11 | Wholesale Operations | 96.90 | $57,517.00 |
| 12 | Retail Operations | 135.50 | $61,862.50 |
| 13 | T&D Operations | 7.10 | $3,230.50 |
| 14 | Data Collection and Diligence | 150.30 | $66,966.50 |
| 15 | Reports | 36.70 | $18,659.50 |
| 16 | Hearings | .40 | $300.00 |
| 17 | On-Site Diligence | 141.3 | $71,865.50 |
| 18 | Project Management | 43.3 | $27,083.00 |
| 19 | Project Administration | 32.35 | $15,930.50 |
| **Totals:** | | **2,005.15** | **$1,023,500.50** |

_____

1. Non-working travel time has been billed at 50% of actual time incurred.