**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 147.20 | $110,400.00 |
| Jean Agras | Managing Director | $720 | 156.00 | $112,320.00 |
| Gary Germeroth | Managing Director | $720 | 154.30 | $111,096.00 |
| Scott Davis | Director | $545 | 236.30 | $128,783.50 |
| Paul Harmon | Director | $575 | 87.60 | $50,370.00 |
| Tim Wang | Director | $575 | 131.10 | $75,382.50 |
| Michael Gadsden | Managing Consultant | $460 | 147.30 | $67,758.00 |
| Jill Kawakami | Managing Consultant | $430 | 180.80 | $77,744.00 |
| Michael Perry | Managing Consultant | $410 | 178.60 | $73,226.00 |
| Samuel Schreiber | Managing Consultant | $455 | 188.70 | $85,858.50 |
| Laura Hatanaka | Consultant | $390 | 178.30 | $69,537.00 |
| Pamela Morin | Consultant | $380 | 7.75 | $2,945.00 |
| Brian Rettig | Analyst | $275 | 60.70 | $16,692.50 |
| Alex Vinton | Analyst | $275 | 150.50 | $41,387.50 |
|  |  | Totals: | 2,005.15 | **$1,023,500.50** |