## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

### ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $17,170.59 |
| Airfare | $19,734.98 |
| Transportation to/from airport | $3,977.70 |
| Travel Meals | $3,919.14 |
| Other Travel Expenses | $2,452.90 |
| Subscription fee | $89.00 |
| Vehicle Rental Expenses | $1,930.24 |
| **Total:** | **$49,274.55** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $16,964.27 |
| Airfare | $19,497.84 |
| Transportation to/from airport | $3,929.90 |
| Travel Meals | $3,872.05 |
| Other Travel Expenses | $2,423.43 |
| Subscription fee | $87.93 |
| Vehicle Rental Expenses | $1,907.05 |
| **Total:** | **$48,682.47** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---|
|  |  |
| **Total:** | **$0** |

### EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $206.32 |
| Airfare | $237.14 |
| Transportation to/from airport | $47.80 |
| Travel Meals | $47.09 |
| Other Travel Expenses | $29.47 |
| Subscriptions | $1.07 |
| Vehicle Rental Expenses | $23.19 |
| **Total:** | **$592.08** |