# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 294.30 | $153,926.00 |
| 2 | Metric Analysis | 298.20 | $153,564.00 |
| 3 | Generation Analysis | 136.50 | $68,307.50 |
| 4 | Retail Analysis | 162.80 | $64,498.00 |
| 5 | Commodity Analysis | 110.80 | $50,253.00 |
| 6 | Competitor Analysis | 176.40 | $76,313.00 |
| 7 | EBITDA Projection | 26.30 | $14,494.00 |
| 8 | Environmental Analysis | 35.50 | $19,972.50 |
| 9 | Short-Range Forecast | 52.20 | $25,213.50 |
| 10 | Capital Projects | 13.10 | $5,471.00 |
| 11 | Wholesale Operations | 55.80 | $33,199.50 |
| 12 | Retail Operations | 57.70 | $22,386.50 |
| 13 | T&D Operations | 0.50 | $205.00 |
| 14 | Data Collection and Diligence | 122.00 | $56,467.50 |
| 15 | Reports | 164.80 | $93,657.50 |
| 16 | Hearings | 0 | $0.00 |
| 17 | On-Site Diligence | 123.00 | $61,860.50 |
| 18 | Project Management | 21.70 | $14,255.00 |
| 19 | Project Administration | 32.55 | $15,562.50 |
| | **Totals:** | **1,884.15** | **$929,606.50** |

1. Non-working travel time has been billed at 50% of actual time incurred.