# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 112.60 | $84,450.00 |
| Jean Agras | Managing Director | $720 | 65.90 | $47,448.00 |
| Gary Germeroth | Managing Director | $720 | 205.00 | $147,600.00 |
| Scott Davis | Director | $545 | 191.40 | $104,313.00 |
| Paul Harmon | Director | $575 | 100.30 | $57,672.50 |
| Tim Wang | Director | $575 | 80.70 | $46,402.50 |
| Michael Gadsden | Managing Consultant | $460 | 146.60 | $67,436.00 |
| Jill Kawakami | Managing Consultant | $430 | 173.90 | $74,777.00 |
| Michael Perry | Managing Consultant | $410 | 177.60 | $72,816.00 |
| Samuel Schreiber | Managing Consultant | $455 | 155.80 | $70,889.00 |
| Laura Hatanaka | Consultant | $390 | 212.50 | $82,875.00 |
| Pamela Morin | Consultant | $380 | 8.75 | $3,325.00 |
| Brian Rettig | Analyst | $275 | 62.10 | $17,077.50 |
| Alex Vinton | Analyst | $275 | 191.00 | $52,525.00 |
| | | **Totals:** | **1,884.15** | **$929,606.50** |