## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | | Amount |
|---|---|---|
| Lodging | | $17,347.19 |
| Airfare | | $19,782.80 |
| Transportation to/from airport | | $3,175.39 |
| Travel Meals | | $4,265.94 |
| Other Travel Expenses | | $2,252.92 |
| Vehicle Rental Expenses | | $2,440.23 |
| **Total:** | | **$49,264.47** |

### TCEH - Expense Summary

| Service Description | | Amount |
|---|---|---|
| Lodging | | $16,870.57 |
| Airfare | | $19,239.26 |
| Transportation to/from airport | | $3,088.14 |
| Travel Meals | | $4,148.73 |
| Other Travel Expenses | | $2,191.02 |
| Vehicle Rental Expenses | | $2,373.18 |
| **Total:** | | **$47,910.90** |

### EFIH - Expense Summary

| Service Description | | Amount |
|---|---|---|
| | | |
| **Total:** | | **$0** |

### EFH - Expense Summary

| Service Description | | Amount |
|---|---|---|
| Lodging | | $476.62 |
| Airfare | | $543.54 |
| Transportation to/from airport | | $87.25 |
| Travel Meals | | $117.21 |
| Other Travel Expenses | | $61.90 |
| Vehicle Rental Expenses | | $67.05 |
| **Total:** | | **$1,353.57** |