# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 150.30 | $83,288.50 |
| 2 | Metric Analysis | 322.20 | $164,082.00 |
| 3 | Generation Analysis | 126.60 | $68,434.00 |
| 4 | Retail Analysis | 93.60 | $36,473.00 |
| 5 | Commodity Analysis | 44.70 | $23,689.00 |
| 6 | Competitor Analysis | 75.80 | $27,365.00 |
| 7 | EBITDA Projection | 20.60 | $12,553.00 |
| 8 | Environmental Analysis | 7.00 | $4,592.00 |
| 9 | Short-Range Forecast | 35.30 | $17,421.50 |
| 10 | Capital Projects | 0.40 | $300.00 |
| 11 | Wholesale Operations | 74.10 | $40,295.00 |
| 12 | Retail Operations | 42.40 | $23,194.50 |
| 13 | T&D Operations | 0 | $0 |
| 14 | Data Collection and Diligence | 244.90 | $ 134,084.00 |
| 15 | Reports | 293.90 | $151,271.00 |
| 16 | Hearings | 0 | $0 |
| 17 | On-Site Diligence | 126.90 | $61,190.00 |
| 18 | Project Management | 77.30 | $38,280.00 |
| 19 | Project Administration | 53.50 | $25,300.50 |
| | **Totals:** | **1,789.50** | **$911,813.00** |

_____

1. Non-working travel time has been billed at 50% of actual time incurred.