**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 152.50 | $114,375.00 |
| Jean Agras | Managing Director | $720 | 94.90 | $68,328.00 |
| Gary Germeroth | Managing Director | $720 | 144.00 | $103,680.00 |
| Scott Davis | Director | $545 | 162.00 | $88,290.00 |
| Paul Harmon | Director | $575 | 69.10 | $39,732.50 |
| Tim Wang | Director | $575 | 174.50 | $100,337.50 |
| Michael Gadsden | Managing Consultant | $460 | 137.60 | $63,296.00 |
| Jill Kawakami | Managing Consultant | $430 | 178.30 | $76,669.00 |
| Michael Perry | Managing Consultant | $410 | 156.30 | $64,083.00 |
| Samuel Schreiber | Managing Consultant | $455 | 165.10 | $75,120.50 |
| Laura Hatanaka | Consultant | $390 | 164.70 | $64,233.00 |
| Pamela Morin | Consultant | $380 | 12.20 | $4,636.00 |
| Brian Rettig | Analyst | $275 | 6.00 | $1,650.00 |
| Alex Vinton | Analyst | $275 | 172.30 | $47,382.50 |
| | | Totals: | 1,789.50 | **$911,813.00** |