# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $15,061.18 |
| Airfare | $15,620.10 |
| Transportation to/from airport | $2,915.77 |
| Travel Meals | $3,499.86 |
| Other Travel Expenses | $2,481.04 |
| Vehicle Rental Expenses | $1,446.89 |
| **Total:** | **$41,024.84** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $14,501.24 |
| Airfare | $15,039.38 |
| Transportation to/from airport | $2,807.37 |
| Travel Meals | $3,369.74 |
| Other Travel Expenses | $2,388.80 |
| Vehicle Rental Expenses | $1,393.10 |
| **Total:** | **$39,499.63** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
|  |  |
| **Total:** | **$0** |

### EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $559.94 |
| Airfare | $580.72 |
| Transportation to/from airport | $108.40 |
| Travel Meals | $130.12 |
| Other Travel Expenses | $92.24 |
| Vehicle Rental Expenses | $53.79 |
| **Total:** | **$1,525.21** |