## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---:|---:|
| 1 | Voucher Analysis Services | 1,049.0 | $ 131,375.00 |
| 2 | 2014 Property Tax Consulting | 241.0 | $ 44,251.00 |
| 3 | Sales and Use Tax Examination Consulting Services | 6.0 | $ 4,092.00 |
| 4 | Fee Statement and Fee Application Preparation | 65.4 | $ 14,830.70 |
| 5 | Retention Services | 10.5 | $ 3,080.00 |
| 7 | SOX Phase I | 992.0 | $ 161,699.60 |
| 8 | 2013 Tax Return Review | 3.5 | $ 1,627.50 |
| 9 | Loan Staff Services | 6.8 | $ 1,190.00 |
| | **Total** | **2,374.2** | **$ 362,145.80** |

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 10,261.96 |
| Lodging | N/A | $ 12,482.93 |
| Travel Meals | N/A | $ 2,495.38 |
| Ground Transportation | N/A | $ 5,895.85 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 31,136.12** |