## EXHIBIT B

### Professionals' Information

The KPMG professionals who rendered professional services in these cases during the

Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|
| Burdett, Brian R | Principal - Tax | 6.0 | $ | 682 | $ | 4,092.00 |
| Hennessey, Josh | Partner - Tax | 2.1 | $ | 485 | $ | 1,018.50 |
| Amadei, Michael D | Director - Advisory | 10.6 | $ | 290 | $ | 3,074.00 |
| Cargile, David | Managing Director - Advisory | 37.7 | $ | 325 | $ | 12,252.50 |
| Costar, David | Director - Advisory | 39.7 | $ | 290 | $ | 11,513.00 |
| Kane, John P | Senior Manager - Tax | 3.5 | $ | 465 | $ | 1,627.50 |
| Lyell, Steve | Senior Manager - Tax | 5.7 | $ | 425 | $ | 2,422.50 |
| Bennett, Tricia | Manager - Advisory | 2.0 | $ | 250 | $ | 500.00 |
| Plangman, Monica | Manager - Bankruptcy | 10.1 | $ | 298 | $ | 3,009.80 |
| Seeman, Nick | Manager - Advisory | 60.8 | $ | 250 | $ | 15,200.00 |
| Alves, Matthew | Associate - Tax | 177.2 | $ | 175 | $ | 31,010.00 |
| Ballard, Tripp | Associate - Advisory | 131.1 | $ | 125 | $ | 16,387.50 |
| Bhai, Aamir | Associate - Advisory | 153.2 | $ | 125 | $ | 19,150.00 |
| Campbell, Celeste | Senior Associate - Bankruptcy | 62.9 | $ | 228 | $ | 14,341.20 |
| Douthey, Amy | Associate - Advisory | 137.9 | $ | 125 | $ | 17,237.50 |
| Garza, Juanita | Associate - Bankruptcy | 2.9 | $ | 193 | $ | 559.70 |
| Huggins, Julie | Senior Associate - Advisory | 69.1 | $ | 190 | $ | 13,129.00 |
| Isakulov, Shokhrukh | Senior Associate - Advisory | 203.4 | $ | 190 | $ | 38,646.00 |
| Kuo, Jackie | Associate - Advisory | 164.0 | $ | 125 | $ | 20,500.00 |
| Lariscy, Matthew R. | Associate - Advisory | 133.4 | $ | 125 | $ | 16,675.00 |
| Milner, Aaron | Associate - Advisory | 126.3 | $ | 125 | $ | 15,787.50 |
| Molnar, Zack | Associate - Advisory | 168.6 | $ | 125 | $ | 21,075.00 |
| Nebel, Bob | Associate - Advisory | 1.5 | $ | 125 | $ | 187.50 |
| Neitzel, Jacklyn | Associate - Tax | 62.8 | $ | 175 | $ | 10,990.00 |
| Rangwala, Hussain | Associate - Advisory | 175.9 | $ | 125 | $ | 21,987.50 |
| Rios, Jose | Associate - Advisory | 95.5 | $ | 125 | $ | 11,937.50 |
| Waggoner, Holly | Associate - Advisory | 165.9 | $ | 125 | $ | 20,737.50 |
| Adedeji, Peju | Contractor *[1] | 164.4 | $ | 104 | $ | 17,097.60 |
| **Total Hours and Fees** | | **2,374.2** | | | **$** | **362,145.80**[2] |

---

[1]   Contractor passed through at cost to KPMG.

[2]   KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014.  During the Fee Period, KPMG's standard rates for services rendered totaled $915,586.00.  KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $570,537.80  thus benefitting the Chapter 11 estate by same amount.