# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 10,261.96 |
| Lodging | N/A | $ 12,482.93 |
| Travel Meals | N/A | $ 2,495.38 |
| Ground Transportation | N/A | $ 5,895.85 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 31,136.12** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 10,261.96 |
| Lodging | N/A | $ 12,482.93 |
| Travel Meals | N/A | $ 2,495.38 |
| Ground Transportation | N/A | $ 5,895.85 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 31,136.12** |