# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | SOX Phase 1 | 20140629 | Isakulov, Shokhrukh | air | | | $ 688.34 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 06/29/14 Return Date:07/04/14. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | Voucher Analysis Services | 20140630 | Kuo, Jackie | air | | | $ 178.25 | One way coach airfare incurred on 6/30/14 traveling from HOU to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140630 | Molnar, Zack | air | | | $ 430.50 | Round trip airfare expense incurred on 6/27/14 - 6/30/14 traveling from DAL to HOU while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140703 | Molnar, Zack | air | | | $ 396.50 | Round trip airfare expense incurred on 7/03/14 - 7/07/14 traveling from DAL to HOU while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140703 | Costar, David | air | | | $ 136.06 | Transportation expense: Weather related flight change fee-Delta (D. Costar) |
| 07222640 | Voucher Analysis Services | 20140703 | Kuo, Jackie | air | | | $ 300.00 | Round trip coach airfare incurred on 7/3/14 traveling from DAL to HOU, HOU to DAL 7/7 while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140706 | Isakulov, Shokhrukh | air | | | $ 678.71 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 07/06/14 Return Date:07/11/14. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140708 | Amadei, Michael D | air | | | $ 1,044.00 | Round Trip Coach Airfare from DC to DFW, 7/8 to 7/9 |
| 07222640 | Voucher Analysis Services | 20140710 | Bhai, Aamir | air | | | $ 391.67 | Round trip coach airfare from DFW to IAH on 7/10/14 and returned on 7/14 for the EFH project in Dallas, Texas. |
| 07222640 | Voucher Analysis Services | 20140711 | Kuo, Jackie | air | | | $ 322.50 | Round trip coach airfare incurred 7/11/14 (depart). 7/14/14 return (DAL to TPA) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140711 | Molnar, Zack | air | | | $ 222.00 | Round trip coach airfare expense incurred on 7/12/14 traveling from DAL to HOU while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140711 | Costar, David | air | | | $ 903.49 | Airfare for week of 7/7-7/11 from RDU to DFW; fare purchased on 6/30/2014 (D. Costar) |
| 07222640 | SOX Phase 1 | 20140713 | Isakulov, Shokhrukh | air | | | $ 542.31 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 07/13/14 Return Date:07/18/14. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | Voucher Analysis Services | 20140718 | Kuo, Jackie | air | | | $ 793.00 | Round trip coach airfare incurred on 7/18/14 depart DAL- 7/21/14 return DAL from IAH while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140720 | Isakulov, Shokhrukh | air | | | $ 572.50 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 07/20/14 Return Date:07/25/14. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | Voucher Analysis Services | 20140724 | Molnar, Zack | air | | | $ 420.00 | Round trip coach airfare expense incurred on 7/24/14 - 7/28/14 traveling from DAL to HOU while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140724 | Costar, David | air | | | $ 656.43 | Airfare for week of 7/21-7/24 from RDU to DFW; fare purchased on 7/10/2014, expense logged 7/25/2014 (D. Costar) |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | Voucher Analysis Services | 20140725 | Kuo, Jackie | air | | | $ 400.50 | Round trip coach airfare incurred on 7/25/14 traveling from DAL to IAH return 7/28/14 while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140728 | Amadei, Michael D | air | | | $ 1,185.20 | Roundtrip coach airfare IAD to DFW on 7/28 to 7/31 |
| 07222640 | SOX Phase 1 | 20140703 | Costar, David | lodging | | | $ 376.86 | Hotel for 6/30 - 7/3 at Hyatt Regency, Dallas TX (D. Costar) |
| 07222640 | Voucher Analysis Services | 20140703 | Bhai, Aamir | lodging | | | $ 307.74 | Hotel fees incurred in Dallas, TX for 3 nights (6/30-7/3) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140703 | Kuo, Jackie | lodging | | | $ 537.73 | Hotel fees incurred in Dallas, TX for 3 nights (6/30-7/3) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140703 | Molnar, Zack | lodging | | | $ 365.74 | Hotel fees incurred in Dallas, TX for 3 nights (6/30-7/3) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140704 | Costar, David | lodging | | | $ 123.50 | Hotel on drive home from Cincinnati airport due to Hurricane caused flight disruptions. 7/3-7/4 from Cincinnati to Raleigh, NC (D. Costar) |
| 07222640 | SOX Phase 1 | 20140704 | Isakulov, Shokhrukh | lodging | | | $ 984.75 | Hotel fees incurred in Dallas, TX for 5 nights (6/29-7/4) while performing work client EFH project start |
| 07222640 | SOX Phase 1 | 20140706 | Isakulov, Shokhrukh | lodging | | | $ 984.75 | Hotel fees incurred in Dallas, TX for 5 nights (7/6-7/10) while performing work client EFH project start |
| 07222640 | SOX Phase 1 | 20140709 | Costar, David | lodging | | | $ 251.24 | Hotel for 7/7-7/9 at Hyatt Regency, Dallas TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140709 | Amadei, Michael D | lodging | | | $ 185.57 | Lodging in Dallas, TX - 7/8, One night |
| 07222640 | Voucher Analysis Services | 20140710 | Kuo, Jackie | lodging | | | $ 504.84 | Hotel fees incurred in Dallas, TX for 3 nights (7/7-10) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140710 | Bhai, Aamir | lodging | | | $ 205.16 | Hotel fees incurred in Dallas, TX for 2 nights (7/08-7/10) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140711 | Molnar, Zack | lodging | | | $ 410.32 | Hotel fees incurred in Dallas, TX for 4 nights (7/7-7/11) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140711 | Costar, David | lodging | | | $ 240.92 | Hotel for 7/10-7/11 at Hyatt Regency DFW, Dallas TX |
| 07222640 | SOX Phase 1 | 20140713 | Isakulov, Shokhrukh | lodging | | | $ 984.75 | Hotel fees incurred in Dallas, TX for 5 nights (7/13-7/18) while performing work client EFH project start |
| 07222640 | Voucher Analysis Services | 20140718 | Molnar, Zack | lodging | | | $ 512.90 | Hotel fees incurred in Dallas, TX for 4 nights (7/14-7/18) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140718 | Bhai, Aamir | lodging | | | $ 773.00 | Hotel fees incurred in Dallas, TX for 4 nights (7/14-7/18) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140718 | Kuo, Jackie | lodging | | | $ 811.44 | Hotel fees incurred in Dallas, TX for 4 nights (7/14-18) while performing work for Energy Future Holdings Accounts Payable Process Improvement |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | Voucher Analysis Services | 20140721 | Molnar, Zack | lodging | | | $ 558.00 | Hotel fees incurred in Dallas, TX for 3 nights (7/19-7/21) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140724 | Costar, David | lodging | | | $ 504.84 | Hotel for 7/21-7/24 at Sheraton, Dallas TX |
| 07222640 | Voucher Analysis Services | 20140725 | Kuo, Jackie | lodging | | | $ 673.12 | Hotel fees incurred in Dallas, TX for 4 nights (7/21-25) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140725 | Molnar, Zack | lodging | | | $ 307.74 | Hotel fees incurred in Dallas, TX for 3 nights (7/21-7/24) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140725 | Isakulov, Shokhrukh | lodging | | | $ 984.75 | Hotel fees incurred in Dallas, TX for 5 nights (7/20-7/25) while performing work client EFH project start |
| 07222640 | SOX Phase 1 | 20140730 | Costar, David | lodging | | | $ 336.56 | Hotel for 7/28-7/30 at Sheraton, Dallas TX |
| 07222640 | SOX Phase 1 | 20140731 | Amadei, Michael D | lodging | | | $ 556.71 | Hotel Dallas Marriott 7/28 to 7/31 |
| 07222640 | Voucher Analysis Services | 20140628 | Kuo, Jackie | travel meals | | | $ 58.00 | Group overtime meal on Saturday (6/28/14) while performing work for Energy Future Holdings Accounts Payable Process Improvement. Attendees: G. Ballard, A. Milner, Z. Molnar, J. Kuo |
| 07222640 | SOX Phase 1 | 20140629 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140630 | Costar, David | travel meals | | | $ 32.06 | Out of town dinner at Monduels, Dallas TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140630 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140630 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town Lunch at On the Border Mexican Restaurant. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140630 | Molnar, Zack | travel meals | | | $ 9.85 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140701 | Molnar, Zack | travel meals | | | $ 8.60 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140701 | Costar, David | travel meals | | | $ 2.44 | Out of town Breakfast at Coffee @ the Corner, Dallas TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140701 | Costar, David | travel meals | | | $ 39.50 | Out of town dinner at Monduels , Dallas TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140701 | Costar, David | travel meals | | | $ 6.50 | Out of town lunch at Texas Star Café, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140701 | Isakulov, Shokhrukh | travel meals | | | $ 12.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140701 | Isakulov, Shokhrukh | travel meals | | | $ 39.54 | Out of town Dinner at Cheesecake Factory in Southlake, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140701 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | Voucher Analysis Services | 20140702 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Chipotle in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140702 | Costar, David | travel meals | | | $ 4.19 | Out of town Breakfast at Coffee @ the Corner Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140702 | Costar, David | travel meals | | | $ 37.00 | Out of town dinner at Ravenna Pizza & Bar, Dallas TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140702 | Costar, David | travel meals | | | $ 8.22 | Out of town lunch at Burrito Jimmy, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140702 | Isakulov, Shokhrukh | travel meals | | | $ 12.00 | Out of town Breakfast at Flying Fish in Dallas, TX Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140702 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140702 | Isakulov, Shokhrukh | travel meals | | | $ 8.96 | Out of town Lunch at Café Solace in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140703 | Molnar, Zack | travel meals | | | $ 28.82 | Out of town meal charge incurred at Mi Cocina in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140703 | Molnar, Zack | travel meals | | | $ 11.74 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140703 | Costar, David | travel meals | | | $ 8.94 | Out of town dinner at Chick-fil-A Huntington WV due to weather related flight delays and alternative travel home (D. Costar) |
| 07222640 | SOX Phase 1 | 20140703 | Costar, David | travel meals | | | $ 7.13 | Out of town lunch at Dickey's BBQ C6, DFW airport, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140703 | Isakulov, Shokhrukh | travel meals | | | $ 12.00 | Out of town Breakfast at Café Brazil in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140703 | Isakulov, Shokhrukh | travel meals | | | $ 39.54 | Out of town Dinner at Cheesecake Factory. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140703 | Isakulov, Shokhrukh | travel meals | | | $ 16.51 | Out of town Lunch at Subway Restaurant in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. Participants: S. Isakulov and J. Rios |
| 07222640 | SOX Phase 1 | 20140706 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140707 | Molnar, Zack | travel meals | | | $ 9.85 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140707 | Costar, David | travel meals | | | $ 7.02 | Out of town breakfast and bottled water at airport-Paradies shops-Atlanta (D. Costar) |
| 07222640 | SOX Phase 1 | 20140707 | Costar, David | travel meals | | | $ 6.50 | Out of town lunch at Texas Star Café Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140707 | Costar, David | travel meals | | | $ 40.00 | Out of town dinner at Monduels Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140707 | Isakulov, Shokhrukh | travel meals | | | $ 11.91 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | SOX Phase 1 | 20140707 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140707 | Isakulov, Shokhrukh | travel meals | | | $ 15.24 | Out of town Lunch at On the Border Mexican Restaurant. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140708 | Molnar, Zack | travel meals | | | $ 8.60 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140708 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Amico's Pizza in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140708 | Costar, David | travel meals | | | $ 4.19 | Out of town Breakfast at Coffee@the Corner Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140708 | Costar, David | travel meals | | | $ 40.00 | Out of town dinner at Monduels , Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140708 | Costar, David | travel meals | | | $ 7.29 | Out of town lunch at Subway/7-Eleven, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140708 | Amadei, Michael D | travel meals | | | $ 28.58 | Out of town dinner for self- Dallas, TX |
| 07222640 | SOX Phase 1 | 20140708 | Isakulov, Shokhrukh | travel meals | | | $ 16.24 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140708 | Isakulov, Shokhrukh | travel meals | | | $ 34.48 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140708 | Isakulov, Shokhrukh | travel meals | | | $ 20.57 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140709 | Molnar, Zack | travel meals | | | $ 31.23 | Out of town meal charge incurred at Mi Cocina in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140709 | Molnar, Zack | travel meals | | | $ 10.01 | Out of town meal charge incurred at Miguel's in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140709 | Costar, David | travel meals | | | $ 40.00 | Out of town dinner at Hyatt Regency DFW (D. Costar) |
| 07222640 | SOX Phase 1 | 20140709 | Costar, David | travel meals | | | $ 4.19 | Out of town breakfast at Coffee@the Corner, Dallas TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140709 | Costar, David | travel meals | | | $ 8.28 | Out of town lunch at Taco Barracho, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140709 | Isakulov, Shokhrukh | travel meals | | | $ 16.24 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140709 | Isakulov, Shokhrukh | travel meals | | | $ 36.21 | Out of town Dinner at Cheesecake Factory in Southlake, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140709 | Isakulov, Shokhrukh | travel meals | | | $ 25.93 | Out of town Lunch at On the Border Mexican Restaurant. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140710 | Molnar, Zack | travel meals | | | $ 11.74 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140710 | Molnar, Zack | travel meals | | | $ 10.28 | Out of town meal charge incurred at Which Wich in Dallas, TX. Attendees: Z. Molnar |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | SOX Phase 1 | 20140710 | Isakulov, Shokhrukh | travel meals | | | $ 16.24 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140710 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140711 | Molnar, Zack | travel meals | | | $ 18.11 | Out of town meal charge incurred at Chophouse Burgers in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140711 | Isakulov, Shokhrukh | travel meals | | | $ 18.29 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140711 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town Lunch at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140713 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140714 | Molnar, Zack | travel meals | | | $ 8.60 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140714 | Isakulov, Shokhrukh | travel meals | | | $ 18.29 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140714 | Isakulov, Shokhrukh | travel meals | | | $ 34.48 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140714 | Isakulov, Shokhrukh | travel meals | | | $ 20.57 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140715 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Amico's Pizza in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140715 | Molnar, Zack | travel meals | | | $ 25.24 | Out of town meal charge incurred at Mi Cocina in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140715 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140715 | Isakulov, Shokhrukh | travel meals | | | $ 23.71 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140716 | Molnar, Zack | travel meals | | | $ 11.74 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140716 | Molnar, Zack | travel meals | | | $ 19.14 | Out of town meal charge incurred at Chophouse Burgers in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140716 | Isakulov, Shokhrukh | travel meals | | | $ 36.21 | Out of town Dinner at Cheesecake Factory in Southlake, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | SOX Phase 1 | 20140716 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140717 | Molnar, Zack | travel meals | | | $ 10.24 | Out of town meal charge incurred at Which Wich in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140717 | Molnar, Zack | travel meals | | | $ 29.88 | Out of town meal charge incurred at Deep Sushi in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140717 | Isakulov, Shokhrukh | travel meals | | | $ 18.29 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140717 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140718 | Molnar, Zack | travel meals | | | $ 10.15 | Out of town meal charge incurred at Miguel's in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140718 | Isakulov, Shokhrukh | travel meals | | | $ 16.24 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140718 | Isakulov, Shokhrukh | travel meals | | | $ 39.54 | Out of town Dinner at Cheesecake Factory in Southlake, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140718 | Isakulov, Shokhrukh | travel meals | | | $ 15.24 | Out of town Lunch at On the Border Mexican Restaurant. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140720 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140721 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Amico's Pizza in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140721 | Molnar, Zack | travel meals | | | $ 9.85 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140721 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140721 | Isakulov, Shokhrukh | travel meals | | | $ 18.00 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140722 | Molnar, Zack | travel meals | | | $ 8.60 | Out of town meal charge incurred at Chick-fil-a in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140722 | Molnar, Zack | travel meals | | | $ 10.28 | Out of town meal charge incurred at Which Wich in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140722 | Costar, David | travel meals | | | $ 2.44 | Breakfast at Coffee@the Corner, Dallas TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140722 | Costar, David | travel meals | | | $ 6.43 | Lunch at Subway, Dallas TX (D. Costar) |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | SOX Phase 1 | 20140722 | Isakulov, Shokhrukh | travel meals | | | $ 16.24 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140722 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140723 | Molnar, Zack | travel meals | | | $ 31.23 | Out of town meal charge incurred at Mi Cocina in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140723 | Molnar, Zack | travel meals | | | $ 18.11 | Out of town meal charge incurred at Chophouse Burgers in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140723 | Costar, David | travel meals | | | $ 4.19 | Breakfast at Coffee@the Corner, Dallas TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140723 | Costar, David | travel meals | | | $ 37.39 | Out of town dinner at Porta di Roma, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140723 | Costar, David | travel meals | | | $ 7.52 | Out of town lunch at Toasty Pita, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140723 | Isakulov, Shokhrukh | travel meals | | | $ 16.24 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140723 | Isakulov, Shokhrukh | travel meals | | | $ 39.54 | Out of town Dinner at Cheesecake Factory in Southlake, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140723 | Isakulov, Shokhrukh | travel meals | | | $ 15.24 | Out of town Lunch at On the Border Mexican Restaurant. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140724 | Molnar, Zack | travel meals | | | $ 11.74 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140724 | Molnar, Zack | travel meals | | | $ 10.01 | Out of town meal charge incurred at Miguel's in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140724 | Costar, David | travel meals | | | $ 2.44 | Breakfast at Coffee@the Corner, Dallas TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140724 | Isakulov, Shokhrukh | travel meals | | | $ 17.31 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140724 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140725 | Isakulov, Shokhrukh | travel meals | | | $ 22.72 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | SOX Phase 1 | 20140725 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Lunch at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 07222640 | Voucher Analysis Services | 20140728 | Molnar, Zack | travel meals | | | $ 9.85 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140728 | Molnar, Zack | travel meals | | | $ 8.60 | Out of town meal charge incurred at Amico's Pizza in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140728 | Amadei, Michael D | travel meals | | | $ 12.12 | Out of town lunch for self, Dallas, TX |
| 07222640 | SOX Phase 1 | 20140728 | Amadei, Michael D | travel meals | | | $ 28.58 | Out of town dinner for self, Dallas, TX |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | SOX Phase 1 | 20140728 | Amadei, Michael D | travel meals | | | $ 16.89 | Out of town dinner for self, Dallas, TX |
| 07222640 | SOX Phase 1 | 20140728 | Costar, David | travel meals | | | $ 13.29 | IT SOX Phase 1 project: dinner at Qdoba-Atlanta Airport, Atlanta, GA (D. Costar) on layover travelling home |
| 07222640 | Voucher Analysis Services | 20140729 | Molnar, Zack | travel meals | | | $ 9.36 | Out of town meal charge incurred at Chick-fil-A in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140729 | Molnar, Zack | travel meals | | | $ 31.23 | Out of town meal charge incurred at Mi Cocina in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140729 | Amadei, Michael D | travel meals | | | $ 12.72 | Out of town lunch for self, Dallas, TX |
| 07222640 | SOX Phase 1 | 20140729 | Amadei, Michael D | travel meals | | | $ 2.54 | Out of town breakfast for self, Dallas, TX |
| 07222640 | SOX Phase 1 | 20140729 | Costar, David | travel meals | | | $ 4.19 | Breakfast at Coffee@the Corner, Dallas TX (D. Costar) |
| 07222640 | Voucher Analysis Services | 20140730 | Molnar, Zack | travel meals | | | $ 11.74 | Out of town meal charge incurred at Taco Borracho in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | Voucher Analysis Services | 20140730 | Molnar, Zack | travel meals | | | $ 18.11 | Out of town meal charge incurred at Chophouse Burgers in Dallas, TX. Attendees: Z. Molnar |
| 07222640 | SOX Phase 1 | 20140730 | Amadei, Michael D | travel meals | | | $ 2.54 | Out of town breakfast for self, Dallas, TX |
| 07222640 | SOX Phase 1 | 20140730 | Amadei, Michael D | travel meals | | | $ 17.76 | Out of town dinner for self, Dallas, TX |
| 07222640 | SOX Phase 1 | 20140730 | Amadei, Michael D | travel meals | | | $ 9.09 | Out of town lunch for self, Dallas, TX |
| 07222640 | SOX Phase 1 | 20140730 | Costar, David | travel meals | | | $ 4.19 | Breakfast at Coffee@the Corner, Dallas TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140730 | Costar, David | travel meals | | | $ 36.00 | IT SOX Phase 1 project: dinner at Grand Hyatt DFW M Lounge, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140730 | Costar, David | travel meals | | | $ 7.24 | IT SOX Phase 1 project: lunch at Subway, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140731 | Amadei, Michael D | travel meals | | | $ 2.54 | Out of town breakfast for self, Dallas, TX |
| 07222640 | SOX Phase 1 | 20140731 | Amadei, Michael D | travel meals | | | $ 12.12 | Out of town lunch for self, Dallas, TX |
| 07222640 | SOX Phase 1 | 20140731 | Costar, David | travel meals | | | $ 11.40 | IT SOX Phase 1 project: lunch at SSN America, Jason's Delo, RDU (D. Costar) |
| 07222640 | Voucher Analysis Services | 20140628 | Kuo, Jackie | ground | | | $ 26.25 | Cab ride expense incurred on 6/28/14 traveling from EFH to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140628 | Kuo, Jackie | ground | | | $ 52.00 | Cab ride expense incurred on 6/28/14 traveling from IAH to home while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140629 | Isakulov, Shokhrukh | ground | | | $ 97.00 | Cab from Hickory Hills, IL to Chicago O'Hare (ORD) airport for departing flight. Business purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140630 | Costar, David | ground | | | $ 57.00 | Transportation: Taxi from DFW to Hyatt Regency downtown Dallas TX (D. Costar) |
| 07222640 | Voucher Analysis Services | 20140630 | Molnar, Zack | ground | | | $ 60.90 | Cab ride expense incurred on 6/30/14 traveling from dfw to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140701 | Costar, David | ground | | | $ 5.00 | Transportation: train fare from Hyatt Regency Dallas to EFH office (D. Costar) |
| 07222640 | SOX Phase 1 | 20140702 | Isakulov, Shokhrukh | ground | | | $ 6.00 | Parking fee in Dallas, TX. Business purpose: Parking fee incurred while working at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140703 | Isakulov, Shokhrukh | ground | | | $ 8.00 | Parking fee in Dallas, TX. Business purpose: Parking fee incurred while working at EFH client on SAP Security Audit Project |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | Voucher Analysis Services | 20140703 | Molnar, Zack | ground | | | $ 40.33 | Parking expense incurred on 7/3/14 at IAH while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140703 | Costar, David | ground | | | $ 57.00 | Transportation - cab: EFH office Dallas, TX to DFW airport, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140703 | Costar, David | ground | | | $ 2.00 | Transportation: toll on West Virginia Turnpike due to weather related flight delays and alternative travel home (D. Costar) |
| 07222640 | SOX Phase 1 | 20140703 | Costar, David | ground | | | $ 57.00 | Taxi from EFH office to DFW airport, Dallas, TX; incurred on 7/3/2014 |
| 07222640 | SOX Phase 1 | 20140704 | Costar, David | ground | | | $ 48.00 | Parking: airport parking 6/30/2014-7/4/2014 |
| 07222640 | SOX Phase 1 | 20140704 | Costar, David | ground | | | $ 315.53 | Transportation: rental car charges due to weather related delays and alternative travel home (D. Costar) |
| 07222640 | SOX Phase 1 | 20140704 | Costar, David | ground | | | $ 46.37 | Transportation: rental car fuel due to weather related delays and alternative travel home (D. Costar) |
| 07222640 | SOX Phase 1 | 20140704 | Isakulov, Shokhrukh | ground | | | $ 447.63 | Car Rental in Dallas, TX. Dates used from 6/29 to 7/04. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140704 | Isakulov, Shokhrukh | ground | | | $ 68.43 | Car Rental Gasoline Fuel Expenses. Dates 6/29-7/4. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140704 | Isakulov, Shokhrukh | ground | | | $ 98.00 | Cab fare from Chicago O'hare airport to Hickory Hills, IL upon return. Business purpose: Client EFH project Start |
| 07222640 | SOX Phase 1 | 20140706 | Isakulov, Shokhrukh | ground | | | $ 69.22 | Car Rental Gasoline Fuel Expenses. Dates 7/6 - 7/11. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140706 | Isakulov, Shokhrukh | ground | | | $ 98.00 | Cab from Hickory Hills, IL to Chicago O'hare (ORD) airport. Business purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | Voucher Analysis Services | 20140707 | Molnar, Zack | ground | | | $ 40.00 | Cab ride expense incurred on 7/7/14 traveling from DAL to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140707 | Molnar, Zack | ground | | | $ 37.84 | Cab ride expense incurred on 7/7/14 traveling from home to airport while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140707 | Costar, David | ground | | | $ 55.85 | Transportation: taxi from DFW to EFH office Dallas, TX (D. Costar) |
| 07222640 | Voucher Analysis Services | 20140707 | Kuo, Jackie | ground | | | $ 28.00 | Cab ride expense incurred on 7/7/14 traveling from DAL to EFH while performing work for Energy FutureHoldings |
| 07222640 | SOX Phase 1 | 20140708 | Amadei, Michael D | ground | | | $ 56.95 | Cab from DFW to Hotel in Dallas upon arrival for work at EFH |
| 07222640 | SOX Phase 1 | 20140709 | Costar, David | ground | | | $ 64.00 | Taxi from EFH to Hyatt Regency DFW (D. Costar) |
| 07222640 | SOX Phase 1 | 20140709 | Amadei, Michael D | ground | | | $ 60.00 | Airport Parking at Dulles Airport from 7/8 to 7/9 |
| 07222640 | SOX Phase 1 | 20140709 | Amadei, Michael D | ground | | | $ 53.95 | Cab from EFH Office to DFW for departing flight |
| 07222640 | Voucher Analysis Services | 20140710 | Molnar, Zack | ground | | | $ 18.00 | Cab ride expense incurred on 7/10/14 traveling from hotel to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140710 | Kuo, Jackie | ground | | | $ 27.00 | Cab ride expense incurred on 7/10/14 traveling from EFH to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | Voucher Analysis Services | 20140711 | Molnar, Zack | ground | | | $ 60.98 | Cab ride expense incurred on 7/11/14 traveling from Offide to DFW while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140711 | Costar, David | ground | | | $ 48.00 | Airport parking - EFH portion as trip was split purpose throughout the week (D. Costar) |
| 07222640 | SOX Phase 1 | 20140711 | Isakulov, Shokhrukh | ground | | | $ 447.63 | Car Rental in Dallas, TX. Dates used from 7/6 to 7/11. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140711 | Isakulov, Shokhrukh | ground | | | $ 96.00 | Cab fare from Chicago O'hare airport to Hickory Hills, IL. Business purpose: Client EFH project Start |
| 07222640 | SOX Phase 1 | 20140713 | Isakulov, Shokhrukh | ground | | | $ 281.78 | Car Rental in Dallas, TX. Dates used from 7/13 to 7/18. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140713 | Isakulov, Shokhrukh | ground | | | $ 97.00 | Cab from Hickory Hills, IL to Chicago O'hare (ORD) airport. Business purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | Voucher Analysis Services | 20140714 | Kuo, Jackie | ground | | | $ 28.00 | Cab ride expense incurred on 7/14/14 traveling from DAL to EFH while performing work for Energy FutureHoldings |
| 07222640 | Voucher Analysis Services | 20140717 | Molnar, Zack | ground | | | $ 5.16 | Cab ride expense incurred on 7/17/14 traveling to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140718 | Molnar, Zack | ground | | | $ 435.28 | Round trip coach airfare expense incurred on 7/18/14 traveling from DAL to HOU while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140718 | Kuo, Jackie | ground | | | $ 80.40 | Cab ride expense incurred on 7/18/14 traveling from IAH to home while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140718 | Kuo, Jackie | ground | | | $ 33.00 | Cab ride expense incurred on 7/18/14 traveling from EFH to DAL while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140718 | Isakulov, Shokhrukh | ground | | | $ 66.53 | Car Rental Gasoline Fuel Expenses. Dates 7/13-7/18. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140718 | Isakulov, Shokhrukh | ground | | | $ 98.00 | Cab fare from Chicago O'hare airport to Hickory Hills, IL. Business purpose: Client EFH project Start |
| 07222640 | SOX Phase 1 | 20140720 | Isakulov, Shokhrukh | ground | | | $ 98.00 | Cab from Hickory Hills, IL to Chicago O'hare (ORD) airport. Business purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | Voucher Analysis Services | 20140721 | Molnar, Zack | ground | | | $ 38.78 | Cab ride expense incurred on 7/21/14 traveling to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140721 | Costar, David | ground | | | $ 56.00 | Taxi from DFW to Sheraton Dallas, TX (D. Costar) upon arrival |
| 07222640 | Voucher Analysis Services | 20140721 | Kuo, Jackie | ground | | | $ 38.04 | Cab ride expense incurred on 7/21/14 traveling from EFH to DAL while performing work for Energy FutureHoldings |
| 07222640 | Voucher Analysis Services | 20140722 | Molnar, Zack | ground | | | $ 6.38 | Cab ride expense incurred on 7/22/14 traveling from hotel to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2014 through July 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07222640 | Voucher Analysis Services | 20140723 | Molnar, Zack | ground | | | $ 6.88 | Cab ride expense incurred on 7/23/14 traveling from hotel to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140724 | Molnar, Zack | ground | | | $ 38.78 | Cab ride expense incurred on 7/24/14 traveling from DFW to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140724 | Molnar, Zack | ground | | | $ 27.84 | Cab ride expense incurred on 7/24/14 traveling from IAH to home while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140724 | Costar, David | ground | | | $ 48.00 | Airport Parking at RDU 7/21-7/24 (D. Costar) |
| 07222640 | Voucher Analysis Services | 20140725 | Molnar, Zack | ground | | | $ 7.46 | Cab ride expense incurred on 7/25/14 traveling from hotel to office while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140725 | Kuo, Jackie | ground | | | $ 252.59 | Car rental expense incurred in Dallas, TX for 5 days (7/21-25) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140725 | Kuo, Jackie | ground | | | $ 84.00 | Parking fees incurred in Dallas, TX for 4 nights (7/21-25) while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | SOX Phase 1 | 20140725 | Isakulov, Shokhrukh | ground | | | $ 281.78 | Car Rental in Dallas, TX. Dates used from 7/20 to 7/25. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140725 | Isakulov, Shokhrukh | ground | | | $ 64.21 | Car Rental Gasoline Fuel Expenses. Dates 7/20-7/25. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 07222640 | SOX Phase 1 | 20140725 | Isakulov, Shokhrukh | ground | | | $ 96.00 | Cab fare from Chicago O'hare airport to Hickory Hills, IL. Business purpose: Client EFH project Start |
| 07222640 | Voucher Analysis Services | 20140728 | Kuo, Jackie | ground | | | $ 85.00 | Cab ride expense incurred on 7/28/14 traveling from home to IAH while performing work for Energy FutureHoldings |
| 07222640 | Voucher Analysis Services | 20140728 | Kuo, Jackie | ground | | | $ 25.63 | Cab ride expense incurred on 7/28/14 traveling from DAL to EFH while performing work for Energy FutureHoldings |
| 07222640 | Voucher Analysis Services | 20140728 | Molnar, Zack | ground | | | $ 98.19 | Cab ride expense incurred on 7/28/14 traveling from home to airport while performing work for Energy Future Holdings Accounts Payable Process Improvement |
| 07222640 | Voucher Analysis Services | 20140728 | Molnar, Zack | ground | | | $ 18.00 | Parking expense incurred on 7/28/14 while parking at client site while performing work for Energy Future Holdings Accounts payable process improvement |
| 07222640 | Voucher Analysis Services | 20140728 | Molnar, Zack | ground | | | $ 365.28 | Car rental expense incurred on 7/28/14 while performing work for Energy Future Holdings Accounts payable process improvemen |
| 07222640 | SOX Phase 1 | 20140728 | Amadei, Michael D | ground | | | $ 53.00 | Taxi from DFW to Hotel in Dallas Amadei |
| 07222640 | Voucher Analysis Services | 20140729 | Molnar, Zack | ground | | | $ 25.00 | Parking expense incurred on 7/29/14 while parking at client site while performing work for Energy Future Holdings Accounts payable process improvement |
| 07222640 | SOX Phase 1 | 20140730 | Costar, David | ground | | | $ 56.00 | IT SOX Phase 1 project: taxi from EFH offices in downtown Dallas, TX to Grand Hyatt DFW, Dallas, TX (D. Costar) |
| 07222640 | SOX Phase 1 | 20140731 | Amadei, Michael D | ground | | | $ 110.00 | Airport Parking at IAD from 7/28/14 thru 7/31/14. |
| 07222640 | SOX Phase 1 | 20140731 | Costar, David | ground | | | $ 36.00 | IT SOX Phase 1 project: airport parking at RDU (D. Costar) |