## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP, *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Fed. R. Bankr. P. 2002, 9007 and 9010 (the "Bankruptcy Rules"), Veolia ES Industrial Services, Inc. ("Veolia"), by and through undersigned counsel, hereby enters an appearance in the above-captioned case and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served at the following offices, street addresses, numbers, and e-mail addresses:

Natasha M. Songonuga, Esq.
**GIBBONS P.C.**
1000 N. West Street, Suite 1200
Wilmington, DE  19801-1058
Telephone:  (302) 295-4875
Facsimile:  (302) 295-4876
E-mail: nsongonuga@gibbonslaw.com

Dale E. Barney, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ  07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-Mail: dbarney@gibbonslaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the debtors or any related entity, or property or proceeds thereof in which the debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is made without prejudice to all of Veolia's rights, remedies and claims, including claims against other entities. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: October 22, 2014
Wilmington, Delaware

**GIBBONS P.C.**

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: nsongonuga@gibbonslaw.com

*Attorneys for Veolia ES Industrial Services, Inc.*

#2147413 v1
108903-89188