**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Experian Information Solutions, Inc. and Experian Marketing Solutions, Inc. (collectively, "Experian") hereby appear by their counsel, Joseph D. Frank, Reed Heiligman and FrankGecker LLP; such counsel hereby enter their appearances pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following address, telephone number, facsimile number and email addresses:

Joseph D. Frank
Reed Heiligman
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:  (312) 276-1400
Facsimile:  (312) 276-0035
jfrank@fgllp.com
rheiligman@fgllp.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas  75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of Experian (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Experian; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Experian may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Experian expressly reserves.

Dated: October 22, 2014    EXPERIAN INFORMATION SOLUTIONS, INC. and
EXPERIAN MARKETING SOLUTIONS, INC.

By:   */s/ Joseph D. Frank*
         One of their attorneys

Joseph D. Frank (IL No. 6216085)
Reed Heiligman (IL No. 6294312)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:    (312) 276-1400
Facsimile:     (312) 276-0035
jfrank@fgllp.com
rheiligman@fgllp.com

## **CERTIFICATE OF SERVICE**

I, Joseph D. Frank, an attorney, state that on **October 22, 2014**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically.  Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system.  In addition, copies were served via first class United States mail, postage prepaid, upon the parties listed below:

By:    */s/ Joseph D. Frank*

*Debtors' Counsel*

Richard M. Cieri
Stephen E. Hessler
Edward O. Sassower
Brian E. Schwartz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022

*Telephone:    (212) 446-4800*
*Facsimile:    (212) 446-4900*
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
edward.sassower@kirkland.com
brian.schwartz@kirkland.com

*Debtors' Co-Counsel*

Chad J. Husnick
Steven N. Serajeddini
James H. M. Sprayregen
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654

*Telephone:    (312) 862-2000*
*Facsimile:    (312) 862-2200*
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com
james.sprayregen@kirkland.com

*Debtors' Co-Counsel*

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801

*Telephone:    (302) 651-7700*
*Facsimile:    (302) 651-7701*
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

*Counsel for the Official Committee of Unsecured Creditors*

Justin K. Edelson
Shanti M. Katona
Jarrett Vine
Christopher A. Ward
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware  19801

*Telephone:    (302) 252-0920*
*Facsimile:    (302) 252-0921*
jedelson@polsinelli.com
skatona@polsinelli.com
jvine@polsinelli.com
cward@polsinelli.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

Lorenzo Marinuzzi
Brett H. Miller
James Michael Peck
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York  10019

*Telephone:*    *(212) 468-8000*
*Facsimile:*    *(212) 468-7900*
lmarinuzzi@mofo.com
bmiller@mofo.com
jpeck@mofo.com

*United States Trustee*

DEPARTMENT OF JUSTICE - OFFICE OF THE UNITED STATES TRUSTEE
Richard L. Schepacarter
Andrea Beth Schwartz
Juliet M. Sarkessian
844 King Street, Suite 2207
Lockbox No. 35
Wilmington, Delaware  19801

*Telephone:*    *(302) 573-6491*
*Facsimile:*    *(302) 573-6497*
richard.schepacarter@usdoj.gov
andrea.b.schwartz@usdoj.gov
juliet.m.sarkessian@usdoj.gov

*Debtors' Claims Agent*

EPIQ BANKRUPTCY SOLUTIONS LLC
757 Third Avenue
Third Floor
New York, New York  10017

*Telephone:*    *(646) 282-2500*

# Mailing Information for Case 14-10979-CSS

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Frank A. Anderson    anderson.frank@pbgc.gov, efile@pbgc.gov
- Aaron S. Applebaum    Aapplebaum@mdmc-law.com, smullen@mdmc-law.com;sshidner@mdmc-law.com
- Jeffrey Bernstein    jbernstein@mdmc-law.com, sshidner@mdmc-law.com;malimario@mdmc-law.com;nleonard@mdmc-law.com
- Robert J. Bothe    rbothe@mcgrathnorth.com, nfisk@mcgrathnorth.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Amy D. Brown    abrown@margolisedelstein.com
- David K Brown    dbrown@kbh-law.com
- Kimberly A. Brown    brown@lrclaw.com, adams@lrclaw.com
- David L. Buchbinder    david.l.buchbinder@usdoj.gov, david.l.buchbinder@usdoj.gov
- Scott Cargill    scargill@lowenstein.com
- David W. Carickhoff    dcarickhoff@archerlaw.com, mfriedman@archerlaw.com
- William E. Chipman    chipman@chipmanbrown.com, bankruptcyservice@ccbllp.com;dero@chipmanbrown.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Jeffrey S Cianciulli    jcianciulli@weirpartners.com, anelson@weirpartners.com;creese@weirpartners.com
- Richard Scott Cobb    cobb@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
- Kevin G. Collins    kevin.collins@btlaw.com, pgroff@btlaw.com
- Mark B. Conlan    mconlan@gibbonslaw.com
- Randal Cowles    rcowles@subranni.com, szauber@subranni.com;wrubley@subranni.com;desk@subranni.com
- Alfred W. Crump    alcrump@supernet.com
- Tobey M. Daluz    daluzt@ballardspahr.com
- Robert E. Dauer    red@muslaw.com, ad@muslaw.com,muslawpitt@yahoo.com
- Daniel J. DeFranceschi    RBGroup@rlf.com
- Monique Bair DiSabatino    mdisabatino@saul.com
- Amish R. Doshi    adoshi@magnozzikye.com
- Kristi J. Doughty    bk.service@aulgur.com
- Mark Iver Duedall    mark.duedall@bryancave.com
- Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
- Michael Thomas Eversden    meversden@mcgrathnorth.com
- Paul A Fanning    paf@wardandsmith.com
- Mark E. Felger    mfelger@cozen.com, MBrickley@cozen.com;dabernathy@cozen.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Simon E. Fraser    sfraser@cozen.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

- Sara J. Geenen    sjg@previant.com, jb@previant.com
- Bonnie R. Golub    bgolub@weirpartners.com
- Joseph Grey    jgrey@crosslaw.com, smacdonald@crosslaw.com
- Karen M. Grivner    , sambrose@clarkhillthorpreed.com
- Jeffrey C. Hampton    jhampton@saul.com, mdisabatino@saul.com;rpollack@saul.com
- Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com,
- Joseph H. Huston    jhh@stevenslee.com
- Mark S. Indelicato    mindelicato@hahnhessen.com, jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;lschlussel@hahnhessen.com;aladd@hahnhessen.com;chunker@hahnhessen.com;bhall@hahnhessen.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- Benjamin W. Keenan    bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
- Julia Bettina Klein    klein@teamrosner.com
- Jeremy C. Kleinman    jkleinman@fgllp.com, ccarpenter@fgllp.com
- Steven K. Kortanek    skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
- Edward Kosmowski    ekosmowski@clarkhill.com, sambrose@clarkhill.com
- Connie A. Lahn    connie.lahn@btlaw.com
- Robert Lapowsky    rl@stevenslee.com
- Kimberly Ellen Connolly Lawson    klawson@reedsmith.com
- Raymond Howard Lemisch    rlemisch@klehr.com
- Joseph H Lemkin    joseph.lemkin@piblaw.com
- John P. Leon    jleon@subranni.com, szauber@subranni.com;desk@subranni.com
- Scott J. Leonhardt    leonhardt@teamrosner.com
- Thomas G. Macauley    bk@macdelaw.com
- Kevin J. Mangan    kmangan@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
- Margaret M. Manning    mmanning@klehr.com
- Gabriel Mathless    gabemathless@mvalaw.com
- Katharine L. Mayer    kmayer@mccarter.com
- Garvan F. McDaniel    gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com
- Joseph J. McMahon    jmcmahon@ciardilaw.com, mflores@ciardilaw.com
- Evelyn J. Meltzer    meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com
- Michael S. Messenger    mmessenger@rcolaw.com, llewallen@rcolaw.com
- Nathaniel Metz    nmetz@saul.com
- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Evan T. Miller    emiller@bayardlaw.com, lmorton@bayardlaw.com
- Kathleen M. Miller    kmiller@skjlaw.com, eys@skjlaw.com
- Mark Minuti    mminuti@saul.com, rwarren@saul.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Michael L. Moskowitz    mlm@weltmosk.com, mkj@weltmosk.com
- Kerri K. Mumford    mumford@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
- Lucian Borders Murley    , lmurley@saul.com;rwarren@saul.com

- Mark D. Olivere    olivere@chipmanbrown.com, bankruptcyservice@ccbllp.com;dero@chipmanbrown.com
- Beauchamp M. Patterson    beau.patterson@mcafeetaft.com, afton.shaw@mcafeetaft.com
- Morgan L. Patterson    mpatterson@wcsr.com, hsasso@wcsr.com
- Susan P. Peipher    spp@bbt-law.com, drr@bbt-law.com;crh@bbt-law.com
- Frederick Perillo    fp@previant.com, jb@previant.com
- John C. Phillips    tlb@pgslaw.com;SAA@pgslaw.com
- Dana S. Plon    dplon@sirlinlaw.com
- Robyn F. Pollack    rpollack@saul.com
- Geraldine E. Ponto    gponto@gibbonslaw.com
- Jason Custer Powell    jpowell@ferryjoseph.com
- Mark T. Power    mpower@hahnhessen.com, jzawadzki@hahnhessen.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;lschlussel@hahnhessen.com;chunker@hahnhessen.com;aladd@hahnhessen.com;sgryll@hahnhessen.com
- David M. Powlen    dpowlen@btlaw.com, pgroff@btlaw.com
- Louis J Price    louis.price@mcafeetaft.com
- Charles R. Rayburn, III    treyrayburn@mvalaw.com
- Seth J. Reidenberg    sreidenberg@trplaw.com, lmayse@trplaw.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
- William A. Romanowicz    Romanowicz@rlf.com, rbgroup@rlf.com
- Frederick B. Rosner    rosner@teamrosner.com
- Joseph E. Sarachek    jsarachek@crtllc.com, grosenblum@crtspi.com
- Zachary I Shapiro    shapiro@rlf.com, rbgroup@rlf.com
- Sam O. Simmerman    mhelmick@kwgd.com
- Michael D. Sirota    msirota@coleschotz.com
- Mitchell Craig Smith    mcsmith@millermartin.com, sdiegel@millermartin.com
- Barry A. Solodky    bsolodky@n-hlaw.com, mbleacher@n-hlaw.com
- Natasha M. Songonuga    nsongonuga@gibbonslaw.com
- Stephen W. Spence    ss@pgslaw.com, saa@pgslaw.com
- David B. Stratton    strattond@pepperlaw.com, wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;strattond@ecf.inforuptcy.com
- Matthew Summers    summersm@ballardspahr.com
- Peter M Sweeney    psweeney@blakeleyllp.com, ecf@blakeleyllp.com
- Lisa Bittle Tancredi    lisa.tancredi@gebsmith.com
- William F. Taylor    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Judy D. Thompson    jdt@jdthompsonlaw.com
- Amy M. Tonti    atonti@reedsmith.com, slucas@reedsmith.com;atonti@reedsmith.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Ilana Volkov    ivolkov@coleschotz.com, fpisano@coleschotz.com
- Jeffrey R. Waxman    jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Samuel C. Wisotzkey    swisotzkey@kmksc.com, kmksc@kmksc.com