**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 655, 2494** |

**MOTION FOR LEAVE TO FILE AND SERVE A LATE**
**REPLY IN CONNECTION WITH THE "UNITED STATES TRUSTEE'S**
**OBJECTION TO THE APPLICATION OF ENERGY FUTURE HOLDINGS**
**CORP.,** *ET AL.,* **FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS**
**TO RETAIN AND EMPLOY ERNST & YOUNG LLP AS PROVIDERS OF TAX**
**ADVISORY AND INFORMATION TECHNOLOGY SERVICES EFFECTIVE**
***NUNC PRO TUNC* TO THE PETITION DATE (D.I. 655)" [D.I. 2494]**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and

Ernst & Young LLP ("EY" and, together with the Debtors, the "Reply Parties") hereby jointly file

this motion for leave (the "Motion for Leave"), pursuant to Rule 9006-1(d) of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), to authorize the Reply Parties to each file and serve a reply (a

"Reply"), beyond the deadline set forth in Local Rule 9006-1(d), in response to the *United States*

*Trustee's Objection to the Application of Energy Future Holdings Corp., et al., for Entry of an*

*Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax*

*Advisory and Information Technology Services Effective Nunc Pro Tunc to the Petition Date (D.I.*

*655)* [D.I. 2494] (the "Objection"), filed on October 17, 2014 by the Office of the United States

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The
location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number
of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of
the debtors and the last four digits of their federal tax identification numbers is not provided herein. A
complete list of such information may be obtained on the website of the debtors' claims and noticing agent at
http://www.efhcaseinfo.com.

Trustee for the District of Delaware (the "U.S. Trustee") to the *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective Nunc Pro Tunc to the Petition Date* [D.I. 655] (the "Application").  In support of this Motion for Leave, the Reply Parties respectfully represent as follows:

## **JURISDICTION**

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.[2]

## **BACKGROUND**

2.      On May 29, 2014, the Debtors filed the Application.  Pursuant to the Application, the Debtors are seeking entry of an order authorizing them to employ and retain EY as providers of tax advisory and information technology services effective *nunc pro tunc* to April 29, 2014.

3.      The Application is currently scheduled to be heard at the hearing scheduled to take place before the Court on October 28, 2014 starting at 12:00 p.m. (noon) (Eastern Daylight Time) (the "Hearing").  Pursuant to the applicable notices and re-notices filed and served in connection with the Application, the deadline for all parties-in-interest (including the U.S. Trustee) to file responses or objections to the Application was 4:00 p.m. (Eastern Daylight Time) on October 17, 2014 (the "Objection Deadline").

---

[2] Pursuant to Local Rule 9013-1(f), the Reply Parties hereby confirm their consent to the entry of a final order by this Court in connection with this Motion for Leave if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

4.       On the Objection Deadline, the U.S. Trustee filed the Objection.  By this Motion for Leave, the Debtors seek permission to file and serve the Reply after the deadline afforded under Local Rule 9006-1(d).

## RELIEF REQUESTED

5.       By this Motion for Leave, the Reply Parties seek authority, pursuant to Local Rule 9006-1(d), for the Reply Parties to file and serve a Reply on or before 4:00 p.m. (Eastern Daylight Time) on October 24, 2014 (*i.e.,* a 24 hour extension).[3]

## BASIS FOR RELIEF

6.       Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."  See Del. Bankr. L.R. 9006-1(d).

7.       The agenda for the Hearing (currently set for October 28, 2014 at 12:00 p.m. (noon) (Eastern Daylight Time)) is due to be filed with the Court by 12:00 p.m. (noon) (Eastern Daylight Time) on October 24, 2014.  As noted above, Local Rule 9006-1(d) therefore requires that the Debtors file and serve any reply to the Objection with the Court on or before 4:00 p.m. (Eastern Daylight Time) on October 23, 2014.

8.       The Reply Parties submit that, under the circumstances, the Court should grant an extension of the time in which to file a Reply under Local Rule 9006-1(d).  As noted above, the U.S. Trustee filed the Objection just six days ago.  Since the Objection was filed, the Debtors and EY have been in discussions with the U.S. Trustee concerning the Application and the Objection, and believe that an extension of the Reply Parties' deadline to file a Reply will facilitate those discussions and the Debtors' efforts to attempt to resolve the Objection.  At the same time, however,

---

[3] Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply, rather than a deadline for *filing* a reply, the Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

RLF1 10955979v.1

in the event that the Debtors are unable to resolve the Objection, absent leave of Court to file a Reply, the Reply Parties may be unable to submit an appropriate written response to the Objection to the Application.  The Reply Parties believe that a Reply (to the extent that the Reply Parties ultimately need to file it) will (i) fully inform the Court of the arguments regarding the issues presented in the Application; (ii) assist the Court in deciding the merits of the Application and the Objection; and (iii) help narrow disputed issues, if any, thereby serving to streamline the Hearing.

## **CONSENT TO RELIEF**

9.      The undersigned counsel to the Debtors has conferred with the U.S. Trustee's counsel concerning the relief requested in the Motion for Leave prior to its filing, and is informed that the U.S. Trustee does not object to the relief sought by this Motion.

WHEREFORE the Reply Parties respectfully request that the Court enter an order, substantially in the form attached as **Exhibit A,** authorizing the Reply Parties to file and serve a Reply on or before October 24, 2014 at 4:00 p.m. (Eastern Daylight Time).

*[Remainder of page intentionally left blank.]*

Dated: October 23, 2014
     Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

Dated:  October 23, 2014
       Wilmington, Delaware

*/s/ Peter M. Gilhuly*
_____

**LATHAM & WATKINS LLP**
Peter M. Gilhuly (admitted *pro hac vice*)
355 South Grand Avenue
Los Angeles, California 90071
Telephone:      (213) 485-1234
Facsimile:       (213) 891-8763
Email:           PETER.GILHULY@lw.com

Counsel to Ernst & Young LLP

RLF1 10955979v.1