# EXHIBIT A

**Form of Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 655, 2494** |

**ORDER GRANTING LEAVE TO FILE AND SERVE A LATE
REPLY IN CONNECTION WITH THE "UNITED STATES TRUSTEE'S
OBJECTION TO THE APPLICATION OF ENERGY FUTURE HOLDINGS
CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS
TO RETAIN AND EMPLOY ERNST & YOUNG LLP AS PROVIDERS OF TAX
ADVISORY AND INFORMATION TECHNOLOGY SERVICES EFFECTIVE
*NUNC PRO TUNC* TO THE PETITION DATE (D.I. 655)" [D.I. 2494]**

Upon consideration of the motion for leave, dated October 23, 2014 (the "Motion for Leave"),[2] seeking entry of an order, pursuant to Local Rule 9006-1(d), authorizing the Debtors and Ernst & Young LLP to file and serve a Reply; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED that the Debtors and Ernst & Young LLP are granted leave to file and serve a Reply by October 24, 2014 at 4:00 p.m. (Eastern Daylight Time); and it is further

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

RLF1 10955979v.1

ORDERED that the Court will consider any Reply filed and served in accordance with this Order.

Dated: October _____, 2014
      Wilmington, Delaware

                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE