# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS, CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Brad Eric Scheler of Fried, Frank, Harris, Shriver & Jacobson LLP, to represent certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates in this action.

Dated: October 23, 2014            */s/ Michael J. Joyce*
                                   Michael J. Joyce (No. 4563)
                                   Cross & Simon, LLC
                                   1105 North Market Street
                                   Suite 901
                                   Wilmington, DE 19801
                                   Telephone: (302) 777-4200
                                   Email: mjoyce@crosslaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 23, 2014         */s/ Brad Eric Scheler*
                                Brad Eric Scheler
                                Fried, Frank, Harris, Shriver & Jacobson LLP
                                One New York Plaza
                                New York, New York 10004
                                Telephone: (212) 859-8019
                                Facsimile: (212) 859-4000
                                Email: brad.eric.scheler@friedfrank.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2014       _____
                                The Honorable Christopher S. Sontchi
                                United States Bankruptcy Judge