## Exhibit A[1] – Current Clients[2]

**Interested Parties**
- Certain affiliates of BP America Production Company

**Creditors**
- Certain affiliates of Nextera Energy Resources

**Significant Vendors**
- The Depository Trust Co.

**Professionals**
- Mayer Brown LLP

---

[1] Parties that are both current clients and former clients of RL&F are only listed on Exhibit A — Current Clients.

[2] Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of current clients. However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.