<u>**Exhibit B – Former Clients**</u>[1]

**<u>Significant Vendors</u>**
- Winston & Strawn
- Mike Kelly
- Round Rock ISD

**<u>Interested Parties</u>**
- Morrison & Foerster LLP
- Polsinelli PC

---

[1] Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of former clients. However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of former clients.

RLF1 10587062v.4