## Exhibit C - Listing Regarding Ability to Be Adverse and Fees Incurred

| Entity | % Fees Incurred[1] | Can RL&F Be Adverse? |
|---|---|---|
| Dell Inc. | 1.69% | No |
| U.S. Bank Trust, N.A. | 0.75% | No |
| Wilmington Savings Fund Society, FSB | 0.59% | No |
| Oncor Electric Delivery Holdings Company LLC and Oncor Electric Delivery Company LLC | 0.02% | No |
| Blackstone Advisory Group | 0.71% | Yes |

---

[1] Fees incurred figures include the fees billed to each Current Client that is related to the entity that is listed under the column labeled "Entity".