# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related to D.I. 1833 and 2389** |

## NOTICE TO LIFT TEMPORARY SEAL

**PLEASE TAKE NOTICE** that pursuant to paragraph 16(d) of the *Confidentiality Agreement and Stipulated Protective Order,* filed August 13, 2014 [Docket No. 1833], the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, hereby advises the Court that the *Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* [Docket No. 2389] and the attachments thereto do not meet the requirements for sealing under 11 U.S.C. 107(b). The materials that the Ad Hoc Group of TCEH Unsecured Noteholders filed

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

under temporary seal were designated as Confidential or Highly Confidential by the Debtors pursuant to the Confidentiality Agreement and Stipulated Protective Order, entered August 13, 2014 [Docket No. 1833] (the "Protective Order").  The Debtors have not provided the Ad Hoc Group of TCEH Noteholders with written notice, pursuant to Paragraph 16(e) of the Protective Order, that the materials filed under temporary seal satisfies the requirements of 11 U.S.C. Section 107(b) and should remain under seal.  Accordingly, the undersigned Counsel requests that the temporary seal be lifted and the unredacted Objection and attachments thereto, which were provided to the Court in a sealed envelope on October 10, 2014, be filed at the Clerk's earliest convenience on the Court's electronic docket.

Dated:  October 23, 2014  
        Wilmington, Delaware

FOX ROTHSCHILD LLP

By: */s/ L. John Bird*  
Jeffrey M. Schlerf (No. 3047)  
John H. Strock (No. 4965)  
L. John Bird (No. 5310)  
919 North Market St., Suite 300  
Wilmington, DE 19801  
Telephone:  (302) 654-7444  
Facsimile:  (302) 463-4971  
jschlerf@foxrothschild.com  
jstrock@foxrothschild.com  
lbird@foxrothschild.com

and

WHITE & CASE LLP  
Thomas E. Lauria (admitted *pro hac vice*)  
Matthew C. Brown (admitted *pro hac vice*)  
Southeast Financial Center, Suite 4900  
200 South Biscayne Blvd.  
Miami, FL 33131  
Telephone:  (305) 371-2700  
Facsimile:  (305) 358-5744  
tlauria@whitecase.com  
mbrown@whitecase.com

and

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*