IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 2534** |

**DECLARATION OF ROBERT FRENZEL, SENIOR VICE PRESIDENT AND CHIEF FINANCIAL OFFICER OF LUMINANT GENERATION COMPANY LLC IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER APPROVING THE ASSUMPTION OF CERTAIN UNEXPIRED LEASES BY AND AMONG LUMINANT GENERATION COMPANY LLC, LUMINANT MINING COMPANY LLC, SANDOW POWER COMPANY LLC, AND ALCOA INC.**

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, declare as follows:

1.  I am Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC, ("Luminant Generation"), Luminant Mining Company LLC ("Luminant Mining"), and Sandow Power Company LLC ("Sandow Power" and, together with Luminant Generation and Luminant Mining, the "Debtor Parties"). Each of the Debtor Parties is an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp.").

2.  I have worked for EFH Corp. since 2009 and each of the Debtor Parties since 2012. I am generally familiar with the Debtor Parties' day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtor Parties' business, operations,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtor Parties' management teams and advisors. I am over the age of 18 and duly authorized to execute this declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Assumption of Certain Unexpired Leases By and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC and Alcoa Inc.* [D.I. 2534] (the "Motion"),[2] filed contemporaneously herewith.

3. This declaration addresses the facts surrounding the Motion, pursuant to which the Debtors are seeking to assume certain prepetition agreements with Alcoa Inc. ("Alcoa"), as set forth on **Exhibit 1** to **Exhibit A** attached to the Motion (each, an "Alcoa Lease"), pay any related cure amounts due to Alcoa, and provide adequate assurance of future performance.

4. Alcoa, a corporation organized under the laws of the Commonwealth of Pennsylvania, has a primary aluminum smelter facility located at Rockdale, Texas (the "Rockdale Facility"), which, when operating, required approximately 535 megawatts of energy to operate at full capacity. In connection with supplying the energy needed for this facility, Luminant Generation, Luminant Mining, Sandow Power, and Alcoa are party to one or more agreements concerning (a) the operation of a 569 net MW steam electric power generating station commonly known as Unit 4 ("Sandow Unit 4"), (b) the operation of a 564 net MW electric generating station commonly known as Sandow Unit 5 ("Sandow Unit 5"), and/or (c) the mining of coal lignite reserves at the Three Oaks Mine ("Three Oaks Mine"), used in connection with power generation operations at Sandow Unit 4 and Sandow Unit 5.

5. Luminant Generation owns and operates Sandow Unit 4, and also owns the real

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

property on which Sandow Unit 4 is located. In connection with the operation of Sandow Unit 4, Alcoa delivers lignite coal to Luminant Generation, and Luminant Generation meets Alcoa's Rockdale Facility load requirements with up to 398 MW of firm energy. Pursuant to an agreement dated August 13, 1976 (as amended from time to time and together with various related agreements and amendments thereto, the "Unit 4 Agreement") between Alcoa and Luminant Generation, Alcoa invoices Luminant Generation for the cost of lignite used to generate Luminant Generation's portion of the power, and Luminant Generation invoices Alcoa for Alcoa's portion of the expenses incurred by Luminant Generation in operating Sandow Unit 4. Additionally, Alcoa is required to pay Luminant Generation an operating fee and certain other fees for the cost of capital and depreciation, and Luminant Generation is required to pay Alcoa for surplus power sold into the grid, as well as other fees based upon cost of capital and other specific items as set forth in the applicable agreements. The Unit 4 Agreement is effective through December 31, 2038, and continues in effect thereafter unless terminated in writing by either party on three years' notice.

6.  Sandow Power owns and operates Sandow Unit 5, and leases the real property on which Sandow Unit 5 is located from Alcoa. Pursuant to an agreement dated August 31, 2007 (the "Unit 5 Agreement") between Alcoa, Luminant Generation, and Sandow Power, the parties agreed to the terms governing, among other things, the construction, ownership, and operation of Sandow Unit 5.[3] At present, Sandow Power supplies lignite coal to Sandow Unit 5. The Unit 5 Agreement is effective through December 31, 2038, and continues in effect thereafter unless terminated in writing by either party on one year's notice.

---

[3] The Unit 5 Agreement was amended on August 31, 2007 to provide, among other things, that Alcoa and Sandow Power would enter into the Unit 5 Premises Lease (as defined herein).

7. Alcoa and the Debtor Parties are party to several agreements regarding the ownership and mining of lignite reserves at the Three Oaks Mine. Pursuant to the Agreement Regarding Ownership of Lignite Interest dated August 15, 2007 between Alcoa and Sandow Power (the "Lignite Agreement"), the parties established their respective ownership of and interests in the lignite reserve in Three Oaks Mine. Specifically, Alcoa owns the lignite reserves for the supply of lignite to Sandow Unit 4 and Sandow Power owns the lignite reserves for the supply of lignite to Sandow Unit 5. Alcoa and Sandow Power each bear responsibility for the payment of royalties attributable to their respective lignite ownership in the Three Oaks Mine.[4]

8. Pursuant to the Contract Mining Agreement dated August 31, 2007 between Alcoa, Sandow Power, and Luminant Mining (as amended from time to time, the "CMA"), Luminant Mining mines the Three Oaks Mine lignite coal reserves and supplies lignite coal (a) to Alcoa, to meet Alcoa's obligation to supply 100% of the fuel for Sandow Unit 4 and (b) to Sandow Power, for use by Sandow Power as fuel for Sandow Unit 5. Under the CMA, Luminant Mining invoices Alcoa for the cost of mining lignite at the Three Oaks Mine, including the cost of capital and depreciation. The CMA termination date is the earlier of the life of the Three Oaks Mine or December 31, 2038.

9. In connection with the operation of Sandow Unit 4, Sandow Unit 5, and the mining of lignite at Three Oaks Mine, the Debtor Parties and Alcoa are party to one or more of the following Alcoa Leases:

- ***Premises Lease*** dated June 30, 2009, as amended from time to time (the "Power Island Premises Lease") between Alcoa, Luminant Generation, and Sandow Power,

---

[4] Pursuant to the Lignite Agreement, the parties also agreed, among other things, to enter into the following agreements: (a) the Lignite Inventory Agreement dated August 31, 2007 between Alcoa, Luminant Mining, and SPC (the "Lignite Inventory Agreement"), pursuant to which SPC purchased an undivided 55% ownership interest in Alcoa's lignite inventory at Three Oaks Mine; (b) the CPS Lease Assignment (discussed herein); (c) the Assignment of Coal and Lignite Leases (discussed herein); (d) the Lignite Mining Lease (discussed herein); and (e) the Lignite Mining Lease Assignment (discussed herein).

providing for the lease of certain property known as the "Long-Term Leased Premises" and the "Power Island," used in connection with the operation of Sandow Unit 4 and Sandow Unit 5. Under the Power Island Premises Lease, Luminant Generation pays Alcoa approximately $44,000 per year in rent and Sandow Power pays Alcoa approximately $44,000 per year in rent (escalated annually at a rate equal to the Consumer Price Index).

- *Premises Lease* dated August 28, 2007 (the "Unit 5 Premises Lease"), between Alcoa and Sandow Power (as assignee of Luminant Generation), under which Alcoa leases certain premises to Sandow Power for the operation of Sandow Unit 5. Under the Unit 5 Premises Lease, Sandow Power pays Alcoa approximately $1,000 per year in base rent.

- *Letter Agreement - Sandow Building 200 Rental* dated January 31, 2009 (the "Building 200 Lease") between Alcoa and Sandow Power. Under the Building 200 Lease, Sandow Power is required to pay Alcoa for the rental of Building 200, located at Alcoa's Rockdale Facility, for use as office space and related uses in support of Sandow Unit 5 power generation operations. Under the Building 200 Lease, Sandow Power pays Alcoa approximately $8,000 per month in rent (escalated annually at a rate equal to the Consumer Price Index).

- *Lignite Mining Lease* dated August 31, 2007 (the "Lignite Mining Lease"), between Alcoa and Sandow Power. Under the Lignite Mining Lease, Sandow Power leases a portion of Alcoa's mining rights to certain lignite coal reserves at Three Oaks Mine and pays lignite mining royalties to Alcoa. The royalty payments due and owing to Alcoa depend in part on the aggregate amount of lignite that is mined, and whether such lignite is retained by Sandow Power or is sold to third parties.[5] The Debtors estimate that they pay approximately $450,000 per year on account of royalties due under the Lignite Mining Lease.

- *Sublease Agreement* dated August 31, 2007 (the "Mining Sublease") between Alcoa and Luminant Mining, under which Alcoa subleases and assigns to Luminant Mining the surface and mining rights in Three Oaks Mine held by Alcoa through fee ownership and through third-party lignite leases, as more particularly described in Railroad Commission of Texas, Surface Mining and Reclamation Division, Permit No. 48 (the "Mine Permit"). Under the Mining Sublease, Luminant Mining agrees to comply with the Mine Permit and related leases, deeds, and other documents referenced therein.[6]

---

[5] Pursuant to the Lignite Mining Lease Assignment dated August 31, 2007 between Alcoa and SPC (the "Lignite Mining Lease Assignment"), SPC conveys an undivided ownership interest to Alcoa in and to the lignite mining interests in the Three Oaks Mine held by SPC through its ownership of the Lignite Mining Lease, equal to the percentage of lignite from Three Oaks Mine that is consumed by Sandow Unit 4, and Alcoa assumes the obligations under the Lignite Mining Lease to the extent of its undivided ownership interest in such lease.

[6] The Mining Sublease is also subject to the terms of the Lignite Agreement.

RLF1 10957590v.1

- ***Assignment of Lignite Mining Lease and Assignment Agreement*** dated August 31, 2007 between Alcoa and Sandow Power (the "CPS Lease Assignment"), pursuant to which Alcoa assigned to Sandow Power an undivided interest in Alcoa's lignite interests in the Three Oaks Mine, including the right to mine such lignite, held by Alcoa through its ownership of that certain Lignite Mining Lease and Assignment Agreement dated December 28, 1998 between the City of San Antonio and Alcoa (the "CPS Lease"). Under the CPS Lease Assignment, Sandow Power agrees to bear responsibility for the payment of royalties and other payments attributable to its respective undivided ownership in the CPS Lease.[7]

- ***Assignment of Coal and Lignite Leases*** dated August 31, 2007 (the "Assignment of Coal and Lignite Leases") between Alcoa and Sandow Power, under which Alcoa conveys an undivided ownership interest to Sandow Power in and to certain lignite mining interests in Three Oaks Mine held by Alcoa through ownership of certain coal and lignite leases, equal to the percentage of lignite from Three Oaks Mine that is consumed by Sandow Unit 5, and Sandow Power assumes the obligations under such coal and lignite leases to the extent of its undivided ownership interest in each of the leases.[8] Under the Assignment of Coal and Lignite Leases, Luminant Mining agrees to bear responsibility for the payment of royalties and other payments attributable to its respective undivided ownership in each of the subject coal and lignite leases.

- ***Coal Lease*** dated April 14, 2005 (the "Alcoa Coal Lease") between Alcoa Inc., as lessor, and Sandow Power, as lessee and assignee, under which Alcoa Inc. leases a 275.801 acre tract located in Lee County, Texas to Sandow Power for purposes of mining coal and lignite.[9]

- ***Premises Lease*** dated August 31, 2007 (the "Mining Premises Lease"), between Alcoa and Luminant Mining, under which Alcoa leases the land on which certain office and maintenance facilities associated with the Three Oaks Mine is located. Under the Mining Premises Lease, Luminant Mining pays Alcoa $100 per month in base rent.

- ***Ground Lease*** dated August 31, 2007 (the "Sandow Mine Corridor Lease"), between Alcoa and Luminant Mining, under which Alcoa leases certain land to Luminant Mining used for the portion of the transportation corridor for the Three Oaks Mine, located within Alcoa's Railroad Commission of Texas surface mining permit for the Sandow Mine, to enable Luminant Mining to carry out its contracted mining, reclamation, and related activities. Under the Sandow Mine Corridor Lease,

---

[7] The CPS Lease Assignment is subject to the Mine Permit and Mining Sublease.

[8] The Assignment of Coal and Lignite Leases is also subject to the Mine Permit and Mining Sublease.

[9] The Alcoa Coal Lease was assigned from Alcoa Inc., as original lessee, to Sandow Power on August 31, 2007, pursuant to the Assignment of Coal and Lignite Leases.

>Luminant Mining pays Alcoa base rent on a monthly basis, which is calculated using a formula based on the net book value of the leased premises.

- ***Ground Lease*** dated August 31, 2007 (the "Non-Royalty Bearing Ground Lease"), between Alcoa and Luminant Mining. The Non-Royalty Bearing Ground Lease is a non-royalty bearing real property ground lease under which Alcoa leases approximately 2,500 acres of certain real property to Luminant Mining in connection with Luminant Mining's contract mining operations related to Three Oaks Mine, and charges Luminant Mining for use of the leased premises. Under the Non-Royalty Bearing Ground Lease, Luminant Mining pays Alcoa base rent on a monthly basis, which is calculated using a formula based on the net book value of the leased premises.

10. The Debtors are currently evaluating all of their executory contracts and unexpired leases with Alcoa for purposes of deciding whether to assume or reject such agreements. While the Debtors have not yet made a decision with respect to all of the agreements with Alcoa, including the Unit 4 Agreement, the Unit 5 Agreement, and the CMA, the Debtors have determined that assumption of the Alcoa Leases at this time is in the best interest of the Debtors' estates. The Alcoa Leases provide the Debtors with important access, use, mining, and other rights that are necessary to operate Sandow Unit 4 and Sandow Unit 5 and to perform their contract mining and related services. These power generation and mining activities are a significant source of revenue for the Debtors, which more than offset rental payments that are due to the Alcoa under certain of the Alcoa Leases.

11. During these chapter 11 cases, the Debtors have continued operating their power generation and electricity sale businesses as debtors in possession, and have remained current with respect to their ongoing postpetition performance obligations under their agreements with Alcoa, including the Alcoa Leases. Additionally, the Debtors are current on their postpetition payment obligations under their agreements with Alcoa that are subject to the *Order Approving the Stipulation by and among Luminant Generation Company LLC, Luminant Mining Company*

*LLC, Sandow Power Company LLC, and Alcoa Inc.* [D.I. 2002] (the "Setoff Order," and such stipulation, the "Setoff Stipulation"), entered by the Bankruptcy Court on September 12, 2014.[10]

12. Importantly, in the aggregate, Alcoa is generally a *net payor* under the various agreements with the Debtor Parties and, as such, net cash payments received from Alcoa for goods and services provided under these agreements provide liquidity and working capital in excess of that required to make payments to Alcoa under the Alcoa Leases. Accordingly, the Debtors have sufficient funds to pay the amounts described in this Motion in the ordinary course of business by virtue of expected cash flows from ongoing business operations (including with Alcoa), as well as from access to cash collateral and unencumbered cash[11] and borrowing availability under the TCEH DIP Facility.[12]

---

[10] Pursuant to the Setoff Stipulation, the Debtors and Alcoa agreed to net and set off certain mutual claims, resulting in: (a) the satisfaction of all of Alcoa's prepetition claims against Luminant Mining, Luminant Generation, and Sandow Power arising on account of the various obligations described in the Setoff Stipulation, other than the $16,496.60 Allowed Alcoa/SPC Net Claim (as defined in the Setoff Stipulation) due to Alcoa under the Lignite Mining Lease; (b) the payment by Alcoa to the Debtors of approximately $4.9 million on account of certain net prepetition obligations; (c) the payment by Alcoa to the Debtors of approximately $4.05 million on account of certain net postpetition obligations accrued through June 30, 2014; and (d) the payment, on or before October 15, 2014, of all outstanding net amounts due to or from Alcoa under the Setoff Stipulation for the period July 1, 2014 through September 30, 2014. Accordingly, there are no existing defaults under the Alcoa Leases (other than the Lignite Mining Lease) covered by the Setoff Stipulation that the Debtors must cure pursuant to section 365(b)(1)(C) of the Bankruptcy Code, and the Debtors will promptly pay the Allowed Alcoa/SPC Net Claim under the Lignite Mining Lease and the cure amounts (if any) due to Alcoa that are associated with all other Alcoa Leases.

[11] Pursuant to the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* [D.I. 855] (the "TCEH Cash Collateral Order"), entered by the Court on June 6, 2014, the Debtors received authority to use approximately $272 million of cash collateral of certain prepetition secured lenders. As of August 31, 2014, the Debtors' cash balance totaled approximately $1.534 billion, including approximately $150 million of unencumbered cash.

[12] Pursuant to the *Final Order (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, and (C) Modifying the Automatic Stay* [D.I. 856] (the "TCEH DIP Order") and the Senior Secured Superpriority Debtor-in-Possession Credit Agreement, dated as of May 5, 2014 (as amended, restated, supplemented, or otherwise modified from time to time, the "TCEH DIP Credit Agreement"), the Debtors have access to a $3.375 billion debtor-in-possession financing facility (the "TCEH DIP Facility"). As of August 31, 2014, the Debtors have approximately $1.950 billion of availability under the TCEH DIP Facility.


`Case 14-10979-CSS    Doc 2535    Filed 10/23/14    Page 9 of 10`

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 23, 2014

Respectfully submitted,

_____
Robert Frenzel
Senior Vice President and Chief Financial Officer
Luminant Generation Company LLC