# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |
|  | ) | **RE:  Docket Nos. 2377 and 2381** |

## NOTICE TO LIFT TEMPORARY SEAL

**PLEASE TAKE NOTICE** that pursuant to paragraph 16(d) of the *Confidentiality Agreement and Stipulated Protective Order,* filed August 13, 2014 [Docket No. 1833] (the "**Protective Order**"), the Official Committee of Unsecured Creditors (the "**Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**", and collectively with the remaining consolidated above-captioned debtors, the "**Debtors**"), by and through its undersigned counsel, hereby advises the Court that the *Objection of the Official Committee of Unsecured Creditors to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* [Docket No. 2377] (the "**Objection**") and the related *Declaration of Charles L. Kerr in Support of Opposition to the Motion of Energy Future Holdings Corp., et al., for Entry of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

2

*an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* [Docket No. 2381] (the "**Declaration**"), and the attachments thereto do not meet the requirements for sealing under 11 U.S.C. 107(b).

The materials that the Committee filed under temporary seal were designated as Confidential or Highly Confidential by the Debtors pursuant to the Protective Order. The Debtors have not provided the Committee with written notice, pursuant to Paragraph 16(e) of the Protective Order, that the materials filed under temporary seal satisfy the requirements of 11 U.S.C. § 107(b) and should remain under temporary seal. Accordingly, the Committee requests that the temporary seal be lifted and the unredacted Objection, Declaration, and the attachments thereto, which were provided to the Court in a sealed envelope on October 10, 2014, be filed at the Clerk's earliest convenience on the Court's electronic docket.

Dated: Wilmington, Delaware
      October 24, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
      brettmiller@mofo.com
      lmarinuzzi@mofo.com
      tgoren@mofo.com

-and-

*/s/ Christopher A. Ward* _____
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
Jarrett Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
      jedelson@polsinelli.com
      skatona@polsinelli.com
      jvine@polsinelli.com

*Attorneys for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*