# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 2540** |

## DECLARATION OF ROBERT FRENZEL IN SUPPORT
## OF THE DEBTORS' REPLY TO OBJECTION TO NOTICE OF ASSUMPTION

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, hereby declare as follows under penalty of perjury:

1. I am the Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC ("Luminant Generation"), an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are corporations organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct subsidiary, Energy Future Intermediate Holding Company LLC, a limited liability company organized under the laws of the state of Delaware; and various other direct and indirect

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

2

subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

2. I have worked for the Debtors since 2009. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Debtors' Reply to Objection to Notice of Assumption* [D.I. 2540] (the "Reply").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. The Contract provides that TRWD will sell water to Luminant for use in a steam-electric generating station at Eagle Mountain Lake in Tarrant County, Texas. The Contract has an initial term of 50 years and an option for Luminant to renew for another 50-year term. Luminant exercised this option in 1999.

4. Luminant previously operated a steam-generating electric plant on the lake. Luminant retired the existing steam-generating electric plant in December 2010, and subsequently completed demolition of the original boiler and turbine structures in 2014. Certain equipment and auxiliary facilities of the original plant—primarily water intake and discharge equipment, tunnels and other facilities—have been preserved to allow for a more efficient power plant to be built at the existing site in the future—*i.e.*, a repowering project of the original plant.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Reply.

5. I believe that a repowering could provide substantial value for the estates. Since retiring the original units, Luminant has actively been working to develop alternatives to repower the original plant. As part of these efforts, Luminant has explored a variety of financing alternatives (including potential partnerships), taken steps to obtain the necessary water and air permits, and applied for revised interconnect agreements with the Electric Reliability Council of Texas related to the repowering.

6. On October 11, 2013, Luminant confirmed to TRWD in writing that it had not abandoned the plant, attached hereto as **Exhibit A**. On February 22, 2014, and May 31, 2014, the Debtors made disclosures in public notices related to these efforts, attached hereto as **Exhibit B**.

7. With respect to the appropriate cure amount, the Debtors have reviewed their books and records, and agree with the $1,000 amount and will amend the requested relief accordingly. The Debtors' failure to make the most recent $1,000 annual payment was partially the result of TRWD's failure to invoice the Debtors for the annual lease payment or otherwise inform the Debtors that it was owed any amount until this time.

[*Remainder of page internationally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: October 24, 2014

>    */s/ Robert Frenzel*
>    Robert Frenzel
>    Senior Vice President and Chief Financial Officer
>    Luminant Generation Company LLC