# EXHIBIT A

**Letter from Luminant to TRWD, dated October 11, 2013**

RLF1 10959084v.1



**Stephanie Zapata Moore**
Vice President & General Counsel
stephanie.moore@luminant.com

Luminant
1601 Bryan St., 22nd Floor
Dallas, Texas 75201

T  214.875.8183
C  214.542.6460
F  214.875.9478

October 11, 2013

**CMRRR # 7010 1870 0001 0618 0877**

Mr. Lee Christie
Pope, Hardwicke, Christie, Schell, Kelly & Ray, L.L.P.
500 W. Seventh Street, Suite 600
Fort Worth, Texas 76102

RE:   Response to Letter Dated September 17, 2013 Regarding Water Contract between Tarrant County Water Control and Improvement District No. 1 and Texas Electric Service Company dated May 6, 1952, as amended by Agreement dated December 22, 1970 (the "Eagle Mountain Agreement")

Dear Mr. Christie:

We are in receipt of your letter dated September 17, 2013 regarding the Eagle Mountain Agreement. Contrary to the statements in your letter, we have not abandoned this site. In fact, we are continuing to pursue repowering of this site utilizing the existing infrastructure. This includes significant engineering spend with third party contractors to date and ongoing air permitting work. Thus, any obligations under the Eagle Mountain Agreement that may be triggered by abandonment of the site have not been triggered at this time. We expect that TRWD will continue to honor its obligations under the Eagle Mountain Agreement in accordance with Luminant's proper exercise of its extension option through May 5, 2052, barring any earlier termination of the Eagle Mountain Agreement.

Regarding the annual payments, it appears in reviewing our records that TRWD ceased its long-standing practice of invoicing Luminant for the annual $1,000 fee in 2010. Prior to that time, TRWD provided Luminant with an invoice on or around December 1st of each year and Luminant remitted the $1,000 annual payment in accordance with that invoice. I have enclosed a number of invoices for your reference.

It appears that the combination of changes in our staff and TRWD's cessation of its long-standing invoicing practice resulted in our inadvertently failing to remit the $1,000 annual payment for the years 2010-2012. Using your demand letter in lieu of an invoice for those years, we are in the process of obtaining a $3,000 check to cover those annual payments which we will forward to you absent other remittance instructions. However, for our accounting records and to ensure that future payments are remitted without delay, we respectfully request that TRWD reinstate its long-standing practice of invoicing Luminant for these amounts on or around December 1st of each year, beginning in 2013.

Mr. Lee Christie
October 11, 2013
Page 2

Invoices may be provided to:

Bill Hoy
Director, Construction Support & Analysis
Luminant Generation Company LLC
1601 Bryan Street, Floor 22
Dallas, Texas  75201

We trust, with this written confirmation that we have not abandoned this site and upon remittance of the requested amounts, that this matter is resolved. However, if you have additional questions, please feel free to contact me or Sinead Soesbe, as I will be out on maternity leave beginning on or around October 10, 2013 until December 2, 2013. Sinead's email address is sinead.soesbe@energyfutureholdings.com and her direct telephone number is 214-812-1148.

Very truly yours,

*[signature]*

Stephanie Zapata Moore


cc, via electronic mail:
	Joe Ho

Project 9070
Vendor 0070833253

EZ Pay          EC    LOC    Project
544272  5070000  712   4319  60005212  $1,000.00

please make checks payable to    **T.R.W.D.**

and mail to    800 East North Side Drive
FORT WORTH, TEXAS 76102-1097
817/335-2491

*Invoice:*

**TXU Power**                            11 Dec 2008
**1601 Bryan, Suite 15041-B**            TXU/2009
**Dallas, Texas 75201**                  $1,000.00

| DATE DUE | CODE | EXP. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 31 Dec 2008 | LCLEM | 05/06/52 | Annual Lease Rental - Generator Inlet (01/01/09-12/31/09) | $1,000.00 |
| | | | **Subtotal** | $1,000.00 |
| | | | **Late Fee** | $0.00 |
| | | | **Total** | $1,000.00 |

**Please return copy with payment.**

*EM= Eagle Mountain   CC = Cedar Creek   RC = Richland Chambers   BP = Bridgeport
MC= Marine Creek  FL = Floodway   LCL= Land Concession/Lease*

For questions about this invoice, contact Kelley Meza at
903/389-3928

*** *Please remit payment to the Fort Worth office. See address at top.* ***
*Thanks - Kelley*

Lease ID 15469
Vendor # 007083253

| please make checks payable to: | **T.R.W.D.** |
|---|---|
| and mail to: | 800 East North Side Drive |
| | FORT WORTH, TEXAS 76102-1097 |
| | 817/335-2491 |

Invoice:

TXU Power  
1601 Bryan, Suite 15041-B  
Dallas, Texas 75201

22 Aug 2008  
TXU/2008  
$1,000.00

| DATE DUE | CODE | EXP. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Past Due | LCLEM | 05/06/52 | Annual Lease Rental - Generator Inlet (01/01/08-12/31/08) | $1,000.00 |
| | | | Subtotal | $1,000.00 |
| | | | Late Fee | $0.00 |
| | | | Total | $1,000.00 |

**2nd Notice**

Our records show that we have not received your payment for 2008. Thanks - Kelley

Please return copy with payment.

EM= Eagle Mountain   CC = Cedar Creek   RC = Richland Chambers   BP = Bridgeport  
MC= Marine Creek   FL = Floodway   LCL= Land Concession/Lease

For questions about this invoice, contact Kelley Meza at  
903/389-3928

*** Please remit payment to the Fort Worth office. See address at top. ***  
Thanks - Kelley

please make checks payable to: **T.R.W.D.**

and mail to: **800 East North Side Drive**
**FORT WORTH, TEXAS 76102-1097**
**817/335-2491**

Invoice:

**Tennille Murrey**
**TXU Power**
**1601 Bryan, Suite 11105**
**Dallas, Texas 75201**

*Address chgd 1/9/07 LB*

07 Dec 2006
TXU/07

**$1,000.00**

| DATE DUE | CODE | EXP. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 31 Dec 2006 | LCLEM | 05/06/52 | Annual Lease Rental - Generator Inlet (01/01/07-12/31/07) | $1,000.00 |
| | | | **Subtotal** | $1,000.00 |
| | | | **Late Fee** | $0.00 |
| | | | **Total** | $1,000.00 |

**Please return copy with payment.**

EM= Eagle Mountain   CC = Cedar Creek   RC = Richland Chambers   BP = Bridgeport
MC= Marine Creek   FL = Floodway   LCL= Land Concession/Lease

For questions about this invoice, contact Kelley Meza at
903/389-3928

*** Please remit payment to the Fort Worth office. See address at top.***
Thanks - Kelley

*Lease ID 15469 entered 1/11/07 LB*

please make checks payable to: **T.R.W.D.**

and mail to: **800 East North Side Drive**
**FORT WORTH, TEXAS 76102-1097**
**817/335-2491**

*Invoice:*

**Tennille Murrey**
**TXU Power**
**1601 Bryan, Suite 11105**
**Dallas, Texas 75201**

12 Dec 2005
TXU/06
$1,000.00

| DATE DUE | CODE | EXP. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/31/05 | LCLEM | 05/06/52 | Annual Lease Rental - Generator Inlet (01/01/06-12/31/06) | $1,000.00 |
| | | | Subtotal | $1,000.00 |
| | | | Late Fee | $0.00 |
| | | | Total | $1,000.00 |

entered 12/27/05 LD

**Please return copy with payment.**

EM= Eagle Mountain   CC = Cedar Creek   RC = Richland Chambers   BP = Bridgeport
MC= Marine Creek   FL = Floodway   LCL= Land Concession/Lease

For questions about this invoice, contact Kelley Meza at
903/389-3928

*** *Please remit payment to the Fort Worth office. See address at top.* ***
*Thanks - Kelley*

*entered 3/29/05*
*BM*

please make checks payable to: **T.R.W.D.**

and mail to: **800 East North Side Drive**
**FORT WORTH, TEXAS 76102-1097**
**817/335-2491**

*Invoice:*

**Corporate Accounting**
**TXU Electric**
**1601 Bryan/EP 36054**
**Dallas, Texas 75201**

09 Mar 2005
TXU 05
$1,000.00

| DATE DUE | CODE | EXP. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Past Due! | LCLEM | 05/06/52 | Annual Lease Rental - Generator Inlet (01/01/05-12/31/05) | $1,000.00 |
| | | | **Subtotal** | $1,000.00 |
| | | | **Late Fee** | $0.00 |
| 2nd Notice | | | **Total** | $1,000.00 |

**Please return copy with payment.**

EM= Eagle Mountain   CC = Cedar Creek   RC = Richland Chambers   BP = Bridgeport
MC= Marine Creek   FL = Floodway   LCL= Land Concession/Lease

For questions about this invoice, contact Kelley Meza at
903/389-3928

*** Please remit payment to the Fort Worth office. See address at top. ***
Thanks - Kelley

*Changed address - 3/29/00*