**<u>EXHIBIT B</u>**

**Public Notices**

TCEQ-Office of the Chief Clerk
MC-105 Attn: Notice Team
P.O. Box 13087
Austin, Texas 78711-3087

Applicant Name: _Eagle Mountain Power Company LLC_

Permit No.: _117026,PSDTX1390,N194_

## AFFIDAVIT OF PUBLICATION FOR AIR PERMITTING

STATE OF TEXAS                                    §

COUNTY OF _Tarrant_                              §

Before me, the undersigned authority, on this day personally appeared

_Christine Lopez_ , who being by me duly sworn,
*(name of person representing newspaper)*

deposes and says that (s)he is the _legal rep_
*(title of person representing newspaper)*

of the _FtWorthStartelegram_ ; that said newspaper is generally circulated
*(name of newspaper)*

in _Fort Worth_ , Texas;
*(the **municipality or nearest municipality** (not county) to the location of the facility or the proposed facility)*

that the enclosed notice was published in said newspaper on the following date(s):

_Sat Feb 22, 2014_

_____
*(newspaper representative's signature)*

Subscribed and sworn to before me this the _24_ day of _February_ , 20 _14_ ,

to certify which witness my hand and seal of office.

(Seal)

DEBRA W. MORRIS
Notary Public
STATE OF TEXAS
My Comm. Exp. March 2, 2016

_Debra W Morris_
Notary Public in and for the State of Texas

_Debra W. Morris_
Print or Type Name of Notary Public

_03-02-2016_
My Commission Expires

TCEQ -20533 (Revised 01/13) Affidavit of Publication for Air Permitting
This form is for use by facilities subject to air quality permit requirements and
may be revised periodically. (APDG 6011v3)

www.star-telegram.com                                    s                    +                    Produced by Classified Advertising    WKO814 **25F**

## Truck Drivers

### DRIVER NEEDED
for dedicated out & back team run.
New equipment.
Good pay. Vacation and Holiday pay.
Insurance available.
Dedicated out & back runs.
One (1) year OTR required
in the last 3 years.
Doubles endorsement,
Clean MVR & background.

### Call **Robert** at **817-629-8399**

## STUFF

### Estate Sales

**SPORTS GALLERY OWNER ESTATE SALE**
signed sports memorabilia
art, sec sofa, poker table
wine fridge, big/tall clo,
liq cab, appl, garage
6504A Hickock Dr. 76116
Fri, Sat. 9-4, Sun 1-4
email: valh100@aol.com

**ESTATE SALE**
76112- 501 Oak Hollow Lane
Fri-9-4, Sat 8-4, Sun 10-3
Art, paintings, furnt. w/d,
all must go.
**CASH ONLY!**
Good Buys. T&H

76116 -
4041 SHADOW DR
Friday, Saturday 8:30-5:00
Sunday 12-4:00
THREE GENERATION SALE - FULL
HOUSE, YARD AND GARAGE

**M & S ESTATE SALES**
Feb 20,21,22 9a-4p
4316 Jerry Ln, 76117
91 astro van, tools, furn and lots
of goodies!

76133 - Moving Sale - 6054 Wheat
Ave. Fri - Sun. Wood working tools,
tools, furn, piano, antiques, and
household.

**GLORIOUS WONDROUS Junk**
JunkerVals
3458 Bluebonnet Circle
Open Fri Sat Sun!

76182 - 7540 Oak Park Dr. Fri-Sat
7am Furn, kitchen items, lamps, etc

76013 - 1708 W Lavender: Fri-Sat8-5

### Garage Sales

76182 - 7540 Oak Park Dr. Fri-Sat
7am Furn, kitchen items, lamps, etc

76244 - 4129 Fossile Butte Drive,
Moving sale! Sat 8AM - 5PM

76244 - 8816 Quarry Ridge Trail Multi
Family:    Kids    Clothing    Toys
Household Saturday 8 - 1

### Firearms

### SUPER OPPORTUNITY

### MESQUITE RODEO GUN SHOW
**SAT. February 22, 9a-5p**
**SUN. February 23, 10a-4p**
MESQUITE EXHIBIT HALL
1800 Rodeo Dr, Mesquite
### 817-732-1194
PremierGunShows.com

KNIVES FOR SALE HANDMADE,
LIMITED EDITION, HAND MADE,
MADE IN U.S.A. SEE AT VINE-
YARDS ANTIQUE MALL 4701
COLLEYVILLE BLVD,(HWY 26) TX.
76034 shurst02@hotmail.com 214-
906-1782

SELLING COLLECTION - Colt DA
10mm $750, Browning HP5 9mm
$750, 40 SW $725, Ruger .22 single
6 flat loading gate, 4¾" barrell $425
817-253-6325

BERETTA NANO 9MM pistol LNIB.
$415. 940-389-3883.

### Pools, Spas, Hot Tubs

SPA/HOT TUB never used. Seats 6,
46 jets. Under warranty, can deliver.
New $8,995 sacrifice $2995
352-422-2568

### Portable Building & Houses



WOOD BUILDINGS (New & Used)
12x16 - $2195 .......... 12x24 - $2895
16x32 - $4595 .......... 24x28 - $6500
16x20 .......... (2-Story) .......... $5800
(Can deliver or build on site)
817-561-4502

### Sports & Exercise Gear

**WE BUY GOLF BALLS**
682-552-7076

2010 EZ Go Elect Golf Cart PDS Too
much to list. $2550 817-343-2813

GOLD GYM Model T1300 like new
condt asking $80 obo 817-938-2040

WEIDER ULRA Force XT home gym
nds assembly $45 817292-1511

### Tools

RECIPROCAL SAW $30
817-731-3630

POLAROID CAMERA never used
$15 ............................ 817-731-3630

READING COMMERCIAL grade alu-
minum tool box $50 (817) 657-4310

SUNPRO RACING tachometer ex-
cellent condt $60 817-657-4310

SNAP ON Tools, Toolboxes & Power
Wrenches $20. 817-861-5185.

LOTS OF KS Automotive tools
$200............................ 817-496-3031

### Buy Or Trade

NEED FAST Cash? I buy knives
swords, hunting equip, ammo & old
coins. Call/text Ray 817-966-1195

### PUBLIC NOTICES

Legal Notices



### Your home has an address.
### Give it a Web address too!

### Sell your home, FAST

- Get a custom Single Property Website like www.
  anystreet.com for your home
- Hassle-free, automated set up with no data entry
- SEO and social media friendly with one click share
  to Facebook and Twitter

JunkerVals
3458 Bluebonnet Circle
Open Fri Sat Sun!

76182 - 7540 Oak Park Dr: Fri-Sat 7am Furn, kitchen items, lamps, etc

76013 - 1708 W Lavender: Fri-Sat8-5 indoor & outdoor Furn, full garage

76133 - 3705 Winifred Dr Fri-Sat 9A-4P Sun 12P-4P

FORMAL DINING table curio, table saws everything goes 817-937-8392

76133 - 4113 Willow Way, Sat, 8am, inside house/garage-furnt & misc.

76109- 2533 Waits Av: Sat-Sun 8a-2p Lots of Furn, home interior, dryer

### Home Furnishings

TODDLER BED - Antique, Wooden $65
817-689-8094

COMPUTER DESK,NICE wood. good cond $350 817-800-4066

LAZY BOY Burgandy Rocker Recliner $75 817-980-7569

GREEN LEATHER Recliner $75. 817-980-7569

2 RED plush recliners like new, Paid $400. ask: $100. ea. 817-284-3377.

CANVAS STRIPED club chair & ottoman. $150. 817-881-8083.

### Garage Sales

76009 - 2124 County Road 208 Fri, Sat, Sun 8am-5pm

76011 - 600 112th st Arlington, Hotel furniture liquidation sale Friday, Saturday, Sunday 9-5 fri,sat 9-12sun

**76013 -1202 Marshaldale Dr Arl** Sat 8-1. Vintage items, household items, treadmill, clothes, and misc.

76016 - 3600 Lake Tahoe: Sat 8a-2p Moving! Furn, Kitchen, decor, books

76017 - 4220 Rye Glen Drive, Moving, work bench, filing cabinets, bike, household, clothing
Saturday 8 AM - 3 PM

76022 - 1304 Briar Dr, Thur-Sat, **All clothes $1** (some new)
Free to needy

76107 4629 Bonell Ave. Shed clean out, odds & ends. Fri-Sat. 8a-4p

76107 - 4814 Lovell Ave: Fri-Sat 8am-5pm some furn, mostly odds & ends

76109 - 3230 Rogers, Big garage sale. Saturday 8am-12pm

**76115 - 1001 Ednay St Fri, Sat, Sun 8-5 ............... Low prices**

76116 - 3900 Marys Creek Drive, Estate Sale - Lots collected over the years, crystal, lamps, patio furniture, dining room table and chairs, kitchen table and chairs, sofa, chairs, etc. Friday, Saturday 8AM - 4PM

76116 - 3912 Clayton Rd E.: Fri-Sat 9a Furn, sports cards, clothes, misc

76117 - 4517 Sanford St: Sat-Mon 9a-5p

76117 - 5421 Jane Anne St. Fri-Sun: 8:30-? furnt, tools & Much More!

**76126 - 1536 Vernon Ave Fri-Sat:** Sat 8-4, desk, wine rack, misc.

76126 - 4333 Ridglea Country Club Dr Sat: 8-3, Huge Multi Family Sale-furnt, name brand clothes/shoes, maternity, baby, exercise equip.

### SELLING Collection - Colt DA 10mm $750, Browning HP-9mm $750, 40 SW $725, 45 ACP $695 & flat loading gate, 4⅜" barrell $425 817-253-6325

BERETTA NANO 9MM pistol LNIB. $415. 940-389-3883.

S&W 642 with lazer $600 (817) 484-8252

5.56 RELOADING Brass $35 per bag of 500. 817-557-1538

### Jewelry/Gem Gallery

$$$ CASH PAID $$$ LOANS

I will buy or loan money on

ANYTHING of value.

Watches, diamonds, antiques,

cars and any other thing of value

214-516-8143

### Lawn & Garden

2013 36' scag v-ride , just 8 hrs mulch kit, $6500 new, will take $5,000 cash (817) 874-0982

FREE DIRT for Fill also Rocks. 817-870-0064. 207 W Broadway, 76104

HONDA HARMONY 215, self propelled mower, $150. 615-974-1514.

4.75HP 20" cut, 1 pull start, push mower, $60 (817) 284-1811

INDIAN HAWTHORNE $10. (817) 451-9480

TORO SELF propelled mower w/bag $175 817-281-4652

### Medical Supplies

PURE CASTOR oil. 13 bottles 32oz each $50 (817) 776-0084

4 WHEEL walker, brakes, seat, basket $50 (817) 284-1811

HEAVY DUTY wheelchair, 450 lbs. $100. (817) 300-0846.

NEW ROLL Around Shower Chair w/potty $75 (817) 300-0846

NEW INVACARE transfer shower bench. $50.00. (682) 301-2325

INVACARE FOLDING adult wheel chair, $75.00 (682) 301-2325

ADULT DISPOSABLE pullups $15 per case. Arlington. (940) 799-1012

### Stuff

NATURAL PROGESTERONE cream for women/men $3. 817-870-0004.

100YRD'S OF misc fabric. $2 yard. Cash Only. 817-267-4207

QUEEN MATTRESS set $200 817-551-6465

2 LEATHER purses $40each. Various shoes $10-30 817-551-6465

PICKUP TOOLBOX - FULL SIZE $50. Call (817) 292-1511

4 WOODEN folding dog steps like new $25 (817) 808-1955

SANDER, JIG saw drill all $45 817-

swords, hunting equip, ammo & Bio glass. Call Jeff Ray 817-966-1895

### PUBLIC NOTICES

● Hassle-free, automated set up with no data entry

● SEO and social media friendly with one click share to Facebook and Twitter

Attract more buyers at
www.homefinder.com/websites

Star-Telegram.com

 HomeFinder.com
Where homes and people find each other.

© 2011 HomeFinder.com, LLC. All rights reserved. ⌂ Equal Housing Opportunity

### Legal Notices

NOTICE OF APPLICATION AND PRELIMINARY DECISION FOR AN AIR QUALITY PERMIT PROPOSED PERMIT NUMBER: 110779

**APPLICATION AND PRELIMINARY DECISION.** Northwest Pipe Company, 351 Longhorn Road, Saginaw, Texas 76179-2404, has applied to the Texas Commission on Environmental Quality (TCEQ) for issuance of Proposed Air Quality Permit Number 110779, which would authorize a Steel Pipe Manufacturing Facility located at, 351 Longhorn Road, Saginaw, Tarrant County, Texas 76179. This application was submitted to the TCEQ on January 26, 2012. The facility will emit the following contaminants: organic compounds, nitrogen oxides, carbon monoxide, sulfur dioxide, exempt solvents, particulate matter including particulate matter with diameters of 10 microns or less and 2.5 microns or less, and hazardous air pollutants.

The executive director has completed the technical review of the application and prepared a draft permit which, if approved, would establish the conditions under which the facility must operate. The executive director has made a preliminary decision to issue the permit because it meets all rules and regulations. The permit application, executive director's preliminary decision, and draft permit will be available for viewing and copying at the TCEQ central office, the TCEQ Dallas/Fort Worth regional office, and at John Ed Keeter Public Library of Saginaw, 355 West McLeroy Boulevard, Saginaw, Tarrant County, Texas, beginning the first day of publication of this notice. The facility's compliance file, if any exists, is available for public review at the TCEQ Dallas/Fort Worth Regional Office, 2309 Gravel Drive, Fort Worth, Texas.

**PUBLIC COMMENT/PUBLIC MEETING.** You may submit public comments or request a public meeting about this application. The purpose of a public meeting is to provide the opportunity to submit comment or to ask questions about the application. The TCEQ will hold a public meeting if the executive director determines that there is a significant degree of public interest in the application or if requested by a local legislator. A public meeting is not a contested case hearing. **You may submit additional written public comments within 30 days of the date of newspaper publication of this notice in the manner set forth in the AGENCY CONTACTS and INFORMATION paragraph below.**

**RESPONSE TO COMMENTS AND EXECUTIVE DIRECTOR ACTION.** After the deadline for public comments, the executive director will consider the comments and prepare a response to all relevant

### Legal Notices

at www.tceq.texas.gov/goto/cld. Once you have access to the CID using the above link, enter the permit number for this application which is provided at the top of this notice. This link to an electronic map of the site or facility's general location is provided as a public courtesy and not part of the application or notice. For exact location, refer to application. http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.8463&lng=-97.3686&zoom=13&type=r.

**MAILING LIST.** You may ask to be placed on a mailing list to obtain additional information on this application by sending a request to the Office of the Chief Clerk at the address below.

**PUBLIC MEETING.** You may submit comments or request a public meeting about this application. The purpose of a public meeting is to provide the opportunity to submit comment or to ask questions about the application. The TCEQ will hold a public meeting if the executive director determines that there is a significant degree of public interest in the application or if requested by a local legislator. A public meeting is not a contested case hearing. **You may submit additional written public comments within 30 days of the date of newspaper publication of this notice in the manner set forth in the AGENCY CONTACTS and INFORMATION paragraph below.**

**AGENCY CONTACTS AND INFORMATION.** Public comments and requests must be submitted either electronically at www.tceq.texas.gov/about/comments.html, or in writing to the Texas Commission on Environmental Quality, Office of the Chief Clerk, MC-105, P.O. Box 13087, Austin, Texas 78711-3087. If you communicate with the TCEQ electronically, please be aware that your email address, like your physical mailing address, will become part of the agency's public record. For more information about this permit application or the permitting process, please call the Public Education Program toll free at 1-800-687-4040. Si desea información en Español, puede llamar al 1-800-687-4040.

Further information may also be obtained from Northwest Pipe Company at the address stated above or by calling Mr. Les Lowe, Safety Manager at (817) 529-8115.
Notice Issuance Date: January 30, 2014

### Legal Notices

newal of the RCRA permit, submitted a new compliance plan application for the remediation of contaminated groundwater from solid waste management units, revise the drainage area and legal description of the facility, and make administrative changes to the permit. The facility is located at 600 East Hurst Boulevard, Hurst, Tarrant County, Texas 76053. This application was submitted to the TCEQ on January 15, 2014. The application is available for viewing and copying at the Hurst Public Library, 901 Precinct Line Road, Hurst, Tarrant County, Texas 76053. The following link to an electronic map of the site or facility's general location is provided as a public courtesy and is not part of the application or notice; http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.8081&lng=-97.1570786&zoom=13&type=r. For exact location, referA to application.

**ADDITIONAL NOTICE.** TCEQ's Executive Director has determined the application is administratively complete and will conduct a technical review of the application. After technical review of the application is complete, the Executive Director may prepare a draft permit and will issue a preliminary decision on the application. **Notice of the Application and Preliminary Decision will be published and mailed to those who are on the county-wide mailing list and to those who are on the mailing list for this application.** That notice will contain the deadline for submitting public comments. **PUBLIC COMMENT / PUBLIC MEETING. You may submit public comments or request a public meeting on this application.** The purpose of a public

### Legal Notices

relative to the facility; a specific description of how you would be adversely affected by the facility in a way not common to the general public; and, the statement "[I/we] request a contested case hearing." If the request for contested case hearing is filed on behalf of a group or association, the request must designate the group's representative for receiving future correspondence; identify an individual member of the group who would be adversely affected by the facility or activity; provide the information discussed above regarding the affected member's location and distance from the facility or activity; explain how and why the member would be affected and explain how the interests the group seeks to protect are relevant to the group's purpose.

Following the close of all applicable comment and request periods, the Executive Director will forward the application and any requests for reconsideration or for a contested case hearing to the TCEQ Commissioners for their consideration at a scheduled Commission meeting.

The Commission will only grant a contested case hearing on disputed issues of fact that are relevant and material to the Commission's decision on the application. Further, the Commission will only grant a hearing on issues that were raised in timely filed comments that were not subsequently withdrawn. **MAILING LIST.** If you submit public comments, a request for a contested case hearing or a reconsideration of the Executive Director's decision, you will be added to the mailing list for this application to receive future public notices

... Saturday 8am-12pm

**76115** - 1001 Edney St Fri, Sat, Sun 8-5 ........ **Low prices**

76116 - 3900 Marys Creek Drive, Estate Sale - Lots collected over the years, crystal, lamps, patio furniture, dining room table and chairs, kitchen table and chairs, sofa, chairs, etc. Friday, Saturday 8AM - 4PM

76116 - 3912 Clayton Rd E.: Fri-Sat 9a Furn, sports cards, clothes, misc

76117 - 4517 Sanford St: Sat-Mon 9a-5p

76117 - 5421 Jane Anne St. Fri-Sun: 8:30-? furn, tools & Much More!

76126 - 1534 Vernon Castle Ave: Sat 8-4, desk, wine rack, misc.

76126 - 4333 Ridglea Country Club Dr Sat: 8-3, Huge Multi Family Sale-furni, name brand clothes/shoes, maternity, baby, exercise equip.

76131 - 760 Catalpa $11K Hot tub for $1500., bed, grill, heater. Fri-Sun

76132 - 6921 Meadowside Rd S, Vintage tools; 2 bedroom sets, dinette  set,vintage  cameras, washer/dryer, 2 refrigerators Saturday 8AM - 3PM

76133 - 4113 Willow Way, Sat, 8am, Inside house/garage-furnt & misc.

76133 - 5724 Wales Ave, MultiFamONE day only! Baby clths, furn, home goods! SAT 7:30-3

76137 - 5805 Echo Bluff Dr. Friday, Saturday 9am to 5pm

76179 - 9517 Fair Haven: Sat 9a-2p Moving! Furn, antiques, lawn tools

76180 - 6724 Tabor, Household Items Saturday 8AM-4PM

76180 - 9200 MidcitiesBlvd 200+ Family Garage Sale Sat 8-2

### Stuff

NATURAL  PROGESTERONE  cream for women/men $3. 817-870-0004.

100YRD'S of fabric. Misc. $2 yard. Cash Only. 817-267-4207

QUEEN MATTRESS set $200 817-551-6465

2 LEATHER purses $40each. Various shoes $10-30 817-551-6465

PICKUP TOOLBOX - FULL SIZE $50. Call (817) 292-1511

4 WOODEN folding dog steps like new $50. Call (817) 808-1955

SANDER, JIG saw drill all $45 817-277-7108

BLACK and Decker edge trimmer $20 817-277-7108

DOG RUNS, bird cages, Andis clippers, dog crates $100. 817-237-7035

DIRT DEVIL Upright Vacuum Clnr like new full warr $35. 817-249-8064

143 EA 8"x4"x27' red landscape brick $50, 50c in store 817-478-3621

WESTIN STEP bars 99-06 $200 (817) 281-4652

GLIDER CHAIR With ottoman $150 817-468-3488

### Musical Instruments

GUITAR CONTESSA Good shape $65 (817) 776-0084

YAMAHA STUDIO piano, 2 available, $750. each. 817-629-7531

bench. $50.00. (682) 301-2325

INVACARE  transfer  shower chair, $75.00 (682) 301-2325

ADULT DISPOSABLE pullups $15 per case. Arlington. (940) 799-1012

provide the opportunity to submit comment or to ask questions about the application. The TCEQ will hold a public meeting if the executive director determines that there is a significant degree of public interest in the application or if requested by a local legislator. A public meeting is not a contested case hearing. **You may submit additional written public comments within 30 days of the date of newspaper publication of this notice in the manner set forth in the AGENCY CONTACTS AND INFORMATION paragraph below.**

**RESPONSE TO COMMENTS AND EXECUTIVE DIRECTOR ACTION.** After the deadline for public comments, the executive director will consider the comments and prepare a response to all relevant and material or significant public comments. Because no timely hearing requests have been received, after preparing the response to comments, the executive director may then issue final approval of the application. **The response to comments, along with the executive director's decision on the application will be mailed to everyone who submitted public comments or is on a mailing list for this application, and will be posted electronically to the Commissioners' Integrated Database (CID).**

**INFORMATION AVAILABLE ONLINE.** When they become available, the executive director's response to comments and the final decision on this application will be accessible through the Commission's Web site

... of request a public meeting about the application. The purpose of a public meeting ...and requests must be submitted ...

comments.html, or in writing to the Texas Commission on Environmental Quality, Office of the Chief Clerk, MC-105, P.O. Box 13087, Austin, Texas 78711-3087. If you communicate with the TCEQ electronically, please be aware that your email address, like your physical mailing address, will become part of the agency's public record. For more information about this permit application or the permitting process, please call the Public Education Program toll free at 1-800-687-4040. Si desea Información en Español, puede llamar al 1-800-687-4040.

Further information may also be obtained from Northwest Pipe Company at the address stated above or by calling Mr. Les Lowe, Safety Manager at (817) 529-8115. Notice Issuance date: January 30, 2014

**NOTICE OF PUBLIC SALE**

Pursuant to Chapter 59, Texas Property Code, 360 Storage Ctr, 1501 North Watson Rd, Arlington, Tx 76006 will hold a public auction of property to satisfy landlords' lien at 10 am March 12, 2014. Property will be sold to highest cash bidder. Seller reserves the right to not accept any bid and to withdraw property from sale. Property in each space may be sold item-by-item, in batches, or by the space. Property be sold includes contents in spaces of following tenants: Jamelle L. Wollen, furn; Ronald J. Stewart, misc; Shawna Y. Knapp, misc; Elton C. Davis, Misc, Linda Adamsm hhld; Ronney R. Harris, furn; Deboarah E. Glover, hhld; Shunta E. Matlock, furn; Mary Reynolds Standridge, hhld; Shauna D. Long, furn. Call Gwen 817-640-4151.

**NOTICE OF RECEIPT OF APPLICATION AND INTENT TO OBTAIN HAZARDOUS WASTE PERMIT RENEWAL/MAJOR AMENDMENT PERMIT NO. 50282**

**APPLICATION.** Bell Helicopter Textron Inc., P.O. Box 482, Fort Worth, Tarrant County, Texas 76101, operates a manufacturing facility which manufactures, assembles, and rebuilds a military and commercial helicopters, has applied to the Texas Commission on Environmental Quality (TCEQ) for a permit renewal/major amendment to authorize the re-

...97.1970786zoum--12atypka--1 ...

...to applica-

group's purpose.

Following the close of all applicable comment and request periods, the Executive Director will forward the application and any requests for reconsideration or for a contested case hearing to the TCEQ Commissioners for their consideration at a scheduled Commission meeting.

The Commission will only grant a contested case hearing on disputed issues of fact that are relevant and material to the Commission's decision on the application. Further, the Commission will only grant a hearing on issues that were raised in timely filed comments that were not subsequently withdrawn.

**MAILING LIST.** If you submit public comments, a request for a contested case hearing or a reconsideration of the Executive Director's decision, you will be added to the mailing list for this application to receive future public notices mailed by the Office of the Chief Clerk. In addition, you may request to be placed on: (1) the permanent mailing list for a specific applicant name and permit number; and/or (2) the mailing list for a specific county. To be placed on the permanent and/or the county mailing list, clearly specify which list(s) and send your request to TCEQ Office of the Chief Clerk at the address below.

**AGENCY CONTACTS AND INFORMATION** All public comments and requests must be submitted either electronically at     www.tceq.texas.gov/about/comments.html or in writing to the Texas Commission on Environmental Quality, Office of the Chief Clerk, MC-105, P.O. Box 13087, Austin, Texas 78711-3087. If you choose to communicate with the TCEQ electronically, please be aware that your email address, like your physical mailing address, will become part of the agency's public record. For more information about this permit application or the permitting process, please call the TCEQ's Public Education Program, Toll Free, at 1-800-687-4040. Si desea información en Español, puede llamar al 1-800-687-4040. Further information may also be obtained from Bell Helicopter Textron, Inc. at the address stated above or by calling Mr. Daryl Crane, Senior EH&S Specialist at (817) 280-3627.

Issuance Date: February 4, 2014

**NOTICE OF RECEIPT OF APPLICATION AND INTENT TO**

## PETS

### Dogs



AKC CHOCOLATE Lab Puppies Ready to go, whelped 1-4-2014. 6 Males-2 females.Well socialized, 1st shots, wormed and declawed.Hunting dog pedigrees. Sire and Dam excellent retrievers and loves the water. Call Jim Swan, 940-391-2030.  $1,000  swankennel@embarqmail.com 940-391-2030

AKC ROTTWEILER PUPS 5 males, 4 fem, have 1st shots. Will deliver in Texas. $500 2545590506

ARLINGTON HUMANE Society free puppy classes (817)-468-0444

CHIHUAHUA PUPS, REG. ADORABLE health guaranteed 817 37-7035

### Dogs

BICHON FRISE reg. mail has been spayed a year ago. All his shots are current and he is crate trained. (817) 372-8389 Asking $60.00

BICHON FRISES loving homes for grandpuppies, delivery? $450 580-471-4126



BOXADORS FREE to a good home. ½ Lab & ½ Boxer 7Mts & 3Fs 8wks old great with kids. hart.serena1@gmail.com 817-325-4987

BOXERS PUPPIES, AKC, S/W, T/D, $300-$400 ,682-667-6163 See pics at www.statelegram.com

### Dogs

DOBERMAN AKC Awesome Euros pies 1-19-14 V/MC/Cash 940-365-3334 huckleberryhollowkennel.com

DOBERMAN PUPPIES Akc registered text 540 303 1579

ENGL BULLDOG akc 2yr fem champ pedigree $2,500 254-396-3866

HEELER PUPS ☆ Blue/Red ☆ Reg'd. ☆ 817-343-1716 ~ 940 393-3866

JACK RUSSELLS pups, pure bred, health guaranteed, 469-399-3866

LABRADOR RETRIEVER pups 6wks old. Hunting stock. AKC reg Blacks & Yellows $650/ea 940-867-0507

ROTTWEILER PUPS AKC registered tails docked shots $700 817-454-2904

SPRINGER SPANIEL pups 817 675 3682 sherynharris@yahoo.com

TOY POODLE for sale apricot, 4 months old. $150. 817-688-2644.

YORKSHIRE TERRIER. - 7 mos reg'd neutered 6lbs $400 254-479-0524

## FARM & RANCH

### Farm Equipment

30X40X10 Metal Bldg 1 walk door & slab $13,800 Family owned & operated since 1972 millersmetal buildings.com 817-295-6022

Advertise Your Garage Sale for $14.99 817-332-3333

### Feed, Pasture, etc.

QUALITY BERMUDA HAY clean fertilized sq bales $8. Will deliver Reynolds Ranch Aubrey 9402061893

ROUND SUDAN net wrapped $50-$75 Mansfield. Can delvr and also small squares (817) 247-8547

### Livestock, etc.

BUY / SELL Goats - Sheep - Cattle (817) 473-7755

CHAROLAIS BULLS 1-2Yrs Gentle 580-657-3888       903-814-5008

MINI DONKEY/ Weanlings. All Colors. 940-390-4868

**26F**   WKO814      Produced by Classified Advertising      s                    www.star-telegram.com

## PUBLIC NOTICES

### Legal Notices

**OBTAIN AIR PERMIT**
PROPOSED STATE AIR QUALITY PERMIT NUMBER 117026, PSD AIR QUALITY PERMIT NUMBER PSDTX1390 AND NONATTAINMENT PERMIT NUMBER N194 **APPLICATION** Eagle Mountain Power Company LLC has applied to the Texas Commission on Environmental Quality (TCEQ) for issuance of State Air Quality Permit Number 117026, Issuance of PSD Air Quality Permit Number PSDTX1390 and issuance of Nonattainment Air Quality Permit Number N194, which would authorize construction of the Eagle Mountain Steam Electric Station located at 10029 Morris Dido Newark Road, Fort Worth, Tarrant County, Texas 76179. This link to an electronic map of the site of the facility's general location is provided as a public courtesy and not part of the application or notice. For exact location, refer to application. http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.906666&lng=-97.480277&zoom=13&typer. The facility will emit the following air contaminants: organic compounds, carbon monoxide, sulfur dioxide, nitrogen oxides, sulfuric acid, and particulate matter including particulate matter with diameters of 10 microns or less and 2.5 microns or less.

This application was submitted to the TCEQ on January 27, 2014. The application will be available for viewing and copying at the TCEQ central office, the TCEQ Dallas/Fort Worth regional office, and the John Ed Keeter Public Library, 355 West McLeroy Boulevard, Saginaw, Tarrant County, Texas, beginning the first day of publication of this notice. The facility's compliance file, if any exists, is available for public review in the Dallas/Fort Worth regional office of the TCEQ.

The executive director has determined the application is administratively complete and will conduct a technical review of the application.

**PUBLIC COMMENT/PUBLIC MEETING** You may submit public comments, a request for a public meeting or, request a contested case hearing to the Office of the Chief Clerk at the address below. The TCEQ will consider all public comments in developing a final decision on the application. After the deadline for public comments, the executive director will prepare a response to all public comments.

The purpose of a public meeting is to provide the opportunity to submit comments or ask questions about

### Garage Sales



# ZIP Code Map

Boyd/Rhome 76078/76023
Denton County
Roanoke 76262
Trophy Club 76262
Grapevine 76051
Springtown 76082
Haslet 76052
Keller 76244
Southlake 76092
Eagle Mountain Lake
Azle 76020
Saginaw 76179
76177
Northeast Tarrant
Colleyville 76034
D/FW Airport
Watauga 76148
Blue Mound 76131
76137
North Richland Hills 76180/76182
Bedford 76021/76022
Euless 76039/76040
Lake Worth 76135
76106
Richland Hills 76118
Hurst 76053/76054
Lake Worth
Sansom Park 76114
Pedal over to
Grand Prairie 75050
Parker County
River Oaks 199
Haltom City 76117
76106
Westworth Village 183
76184
76111
76120
76011
White Settlement 76108
76112
76013
76102
Arlington
75051
Weatherford 76086/76087
76107
76103
Pantego 76015
76014
Aledo 76008
Fort Worth
76104
76116
76110
76105
Pantego 76016
75052
Benbrook 76126
76109
Dalworthington Gardens
76119
Dilworthington Gardens
76133
76077
76017
76601
76002
Edgecliff Village 76134
Forest Hill/Everman 76140
Kennedale 76060
Lake Joe Pool
Granbury 76048/76049
Benbrook Lake
Crowley 76036
Rendon 76060
Mansfield 76063
Burleson 76028
Cleburne 76031
Joshua 76058
Johnson County
Dallas County

### Legal Notices

location and distance of your property relative to the facility; and (d) a description of how you use the property which may be impacted by the facility. If the request is made by a group or an association, the one or more members who have standing to

### Legal Notices

Permitting Manager, Environmental Services at (214) 875-8376.
Notice Issuance Date: February 11, 2014

NOTICE OF SCHEDULED PUBLIC HEARINGS OF THE CITY OF NORTH RICHLAND HILLS

### Legal Notices

Chambers at Town Hall, 1400 Main Street, Southlake, Texas for: The Planning & Zoning Commission on Thursday, March 6, 2014, at 6:30 p.m. or immediately following the Planning & Zoning Work Session will hold a public hearing and consider:

### Legal Notices

Plan District. SPIN Neighborhood #8.
All interested persons are urged to attend.
City of Southlake
Alicia Richardson, TRMC
City Secretary

**WORK AT home see Business Personals!**

**The find of a lifetime is our Arts & Collectibles!**

STITCH IN time in our Sewing Machines Section!

**START A NEW PROFESSION** Check today's employment sec.!

STAMPS AND Coins in our Merchandise Section!

Sell your stuff for $9.99 in Merchandise.

**READ THE legal notices in our Legal Section!**

PICK A pony In our Farm & Ranch Section!

**NEED NEW Jet Ski's?** See water sports equipment.

**NEED AN Iguana?** Check out Exotic Pets Section

**NEED A Handyman?** See our service directory!

NEED A boat? Make waves to Recreational Vehicles!

**Get Childcare** in our service directory

**GET A good deal in Garage Sales**

ADVERTISE YOUR Garage Sale - $14.99 817-332-3333

**FURNISH THE** office in Office Equip. Section!

FIND YOUR PET A HOME FOR $24.99

Find your "Home on the Range" in our Farm & Ranch Land

**FIND SALES WORK In Today's Employment**

DO DENTAL Work See our Employment Section!

**CLEAN UP see our Service Directory**

CAMP OUT in our RV Section

**CALL 332-3333 &** place your ad now!

**BUY THE whole farm in the Farm & Ranch Section**

BUY, LEASE, OR SELL under our real estate section.

SELL YOUR CAR for $24.99 817-332-3333

THERE'S MONEY to Loan, see today's

### Legal Notices

**The find of a lifetime is our Arts & Collectibles!**

STITCH IN time in our Sewing Machines Section!

**START A NEW PROFESSION** Check today's employment sec.!

STAMPS AND Coins in our Merchandise Section!

Sell your stuff for $9.99 in Merchandise.

**READ THE legal notices in our Legal Section!**

PICK A pony In our Farm & Ranch Section!

**NEED NEW Jet Ski's?** See water sports equipment.

**NEED AN Iguana?** Check out Exotic Pets Section

**NEED A Handyman?** See our service directory!

NEED A boat? Make waves to Recreational Vehicles!

**Get Childcare** in our service directory

**GET A good deal in Garage Sales**

ADVERTISE YOUR Garage Sale - $14.99 817-332-3333

**FURNISH THE** office in Office Equip. Section!

FIND YOUR PET A HOME FOR $24.99

Find your "Home on the Range" in our Farm & Ranch Land

**FIND SALES WORK In Today's Employment**

DO DENTAL Work See our Employment Section!

**CLEAN UP see our Service Directory**

CAMP OUT in our RV Section

**CALL 332-3333 &** place your ad now!

**BUY THE whole farm in the Farm & Ranch Section**

BUY, LEASE, OR SELL under our real estate section.

SELL YOUR CAR for $24.99 817-332-3333

THERE'S MONEY to Loan, see today's Business Section

---

**The find of a lifetime is our Arts & Collectibles!**

STITCH IN time in our Sewing Machines Section!

**START A NEW PROFESSION** Check today's employment sec.

STAMPS and Coins in our Merchandise Section!

Sell your stuff for $9.99 in Merchandise.

**READ THE legal notices in our Legal Section!**

**PICK A pony in our Farm & Ranch Section!**

**Pedal over to Bikes & Toys!**

**NEED NEW Jet Ski's?** See water sports equipment.

**NEED AN Iguana?** Check out Exotic Pets Section

**NEED A Handyman?** See our service directory!

**NEED A boat? Make waves to Recreational Vehicles!**

**Get Childcare** in our service directory

**GET A good deal in Garage Sales**

ADVERTISE YOUR Garage Sale - $14.99 817-332-3333

**FURNISH THE** office in Office Equip. Section!

FIND YOUR PET A HOME FOR $24.99

Find your "Home on the Range" in our Farm & Ranch Land

**FIND SALES WORK In Today's Employment**

DO DENTAL Work See our Employment Section!

**CLEAN UP see our Service Directory**

CAMP OUT in our RV Section!

**CALL 332-3333 &** place your ad now!

BUY THE whole farm in the Farm & Ranch Section

BUY, LEASE, OR SELL under our real estate section.

SELL YOUR CAR for $24.99 817-332-3333

THERE'S MONEY to Loan, see today's Business Section

Telemarketing jobs are calling ! Check Today's Employment Section

STAR-TELEGRAM CLASSIFIEDS. Hire, Sell, & Buy -- all in one place!

SELL YOUR Merchandise for $9.99 817-332-3333

REPAVE THE driveway see our

tion.

**PUBLIC COMMENT/PUBLIC MEETING** You may submit public comments, a request for a public meeting, or request a contested case hearing to the Office of the Chief Clerk at the address below. The TCEQ will consider all public comments in developing a final decision on the application. After the deadline for public comments, the executive director will prepare a response to all public comments.

The purpose of a public meeting is to provide the opportunity to submit comments or ask questions about the application. A public meeting about the application will be held if the executive director determines that there is a significant degree of public interest in the application, if requested by an interested person, or if requested by a local legislator. A public meeting is not a contested case hearing.

After technical review of the application is complete, the executive director may prepare a draft permit and will issue a preliminary decision on the application. Notice of Application and Preliminary Decision for an Air Quality Permit will then be published and mailed to those who made comments, submitted hearing requests or are on the mailing list for this application. That notice will contain the final deadline for submitting public comments.

**OPPORTUNITY FOR A CONTESTED CASE HEARING** You may request a contested case hearing. A contested case hearing is a legal proceeding similar to a civil trial in state district court. Unless a written request for a contested case hearing is filed within 30 days from this notice, the executive director may approve the application. A contested case hearing will only be granted based on disputed issues of fact that are relevant and material to the Commission's decision on the application. Further, the Commission will only grant a hearing on those issues raised during the public comment period and not withdrawn.

A person who may be affected by emissions of air contaminants from the facility is entitled to request a hearing. If requesting a contested case hearing, you must submit the following: (1) your name (or for a group or association, an official representative), mailing address, daytime phone number, and fax number, if any; (2) applicant's name and permit number; (3) the statement "[I/ we] request a contested case hearing"; (4) a specific description of how you would be adversely affected by the application and air emissions from the facility in a way not common to the general public; (5) the

location and distance of your property relative to the facility; and (6) a description of how you use the property which may be impacted by the facility. If the request is made by a group or an association, the one or more members who have standing to request a hearing and the interests which the group or association seeks to protect, must also be identified. You may also submit your proposed adjustments to the application/ permit which would satisfy your concerns.

Additional notice will be provided. If a hearing request is timely filed, following the close of all applicable comment and request periods, the executive director will forward the application and any requests for contested case hearing to the Commissioners for their consideration at a scheduled Commission meeting. If a hearing is granted, the subject of a hearing will be limited to disputed issues of fact relating to relevant and material air quality concerns raised during the comment period. Issues such as property values, noise, traffic safety, and zoning are outside of the Commission's jurisdiction to address in this proceeding.

**MAILING LIST** In addition to submitting public comments, you may ask to be placed on a mailing list to receive future public notices for this specific application mailed by the Office of the Chief Clerk by sending a written request to the Office of the Chief Clerk at the address below.

**AGENCY CONTACTS AND INFORMATION.** Public comments and requests must be submitted either electronically at www.tceq.texas.gov/about/ comments.html, or in writing to the Texas Commission on Environmental Quality, Office of the Chief Clerk, MC-105, P.O. Box 13087, Austin, Texas 78711-3087. If you communicate with the TCEQ electronically, please be aware that your email address, like your physical mailing address, will become part of the agency's public record. For more information about this permit application or the permitting process, please call the Public Education Program toll free at 1 800 687 4040, Sí desea información en Español, puede llamar al 1-800-687-4040.

Further information may also be obtained from Eagle Mountain Power Company LLC, 1601 Bryan Street, Dallas, Texas 75201-3430 or by calling Mr. Paul Coon, Air

**Legal Notices**

Permitting Manager, Environmental Services at (214) 875-8376.
Notice Issuance Date: February 11, 2014

NOTICE OF SCHEDULED PUBLIC HEARINGS OF THE CITY OF NORTH RICHLAND HILLS PLANNING AND ZONING COMMISSION
Thursday, March 6, 2014 7:00 p.m.
CITY COUNCIL
Monday, March 24, 2014 7:00 p.m.
Notice is hereby given to all interested persons that the Planning and Zoning Commission of the City of North Richland Hills, Texas will conduct a public hearing on Thursday, March 6, 2014 at 7:00 P.M. at City Hall, 7301 Northeast Loop 820, North Richland Hills, Texas AND, if recommended for approval, the City Council of the City of North Richland Hills, Texas will conduct a public hearing on Monday, March 24, 2014 at 7:00 P.M. in the City Council Chambers, 7301 Northeast Loop 820, North Richland Hills, Texas concerning the following items:
City of North Richland Hills
ZC 2014-05 A Public Hearing to Consider a request from Darren and Angela Whitten for a Zoning Change from AG Agricultural & R-1 Single Family Residential to R-1-S Special Single Family Residential on 2.9885 acres located at 6728 Meadow Rd.

NOTICE
TO THE REGISTERED OWNER AND/ OR LIEN HOLDERS OF THE FOLLOWING MOTOR VEHICLES:
Make & Year: 11 GMC Arcadia
License Plate: none
Vehicle ID#: 1GKKRSD9BJ145299
Color: Silver
Removed From: GSW & Divison Arlington, Texas
Total Charges $376.08 as of 2-13-14
Auction Date: 4/3/14
You are hereby informed that the above described motor vehicle is in custody at Kelly McKnight Wrecker Service Inc. at 1108 Harrison, Arlington, Texas. TELEPHONE (817) 265-1336. If the described motor vehicles are not reclaimed, they shall be reported to the Arlington Police Department as abandoned and subject to public auction.
THIS NOTICE IS GIVEN IN COMPLIANCE TO THE VEHICLE STORAGE FACILITY ACT 6687-9a CHAPTER 79, 9b

PUBLIC HEARING NOTICE
CITY OF SOUTHLAKE, TEXAS
Notice is hereby given to all interested persons that the City of Southlake, Texas, will consider the following items in the Council

**Legal Notices**

Chambers at Town Hall, 1400 Main Street, Southlake, Texas for:
The Planning & Zoning Commission on Thursday, March 6, 2014, at 6:30 p.m. or immediately following the Planning & Zoning Work Session will hold a public hearing and consider:
* ZA14-026, Plat Revision for Legends of Southlake on property being described as Tract 1, Green Meadow Subdivision, an addition to the City of Southlake, Tarrant County, Texas, located at 2301 Crooked Lane, Southlake, Texas. Current Zoning: S-P-2 - Generalized Site

*(top right classifieds)*

THERE'S MONEY to Loan, see today's Business Section

Telemarketing jobs are calling ! Check Today's Employment Section

STAR-TELEGRAM CLASSIFIEDS. Hire, Sell, & Buy -- all in one place!

SELL YOUR Merchandise for $9.99
817-332-3333

REPAVE THE driveway see our service directory

MOVING? See our service directory for help

Looking for a Lizard? Try Our Exotic Pet Section!

CLEAN OUT our Service Directory

MOVE OUT in our RV Section!

CALL 332-3333 & place your ad now!

BUY THE whole farm in the Farm & Ranch Section

BUY, LEASE, OR SELL under our real estate section.

SELL YOUR CAR for $24.99
817-332-3333

THERE'S MONEY to Loan, see today's Business Section

Telemarketing jobs are calling ! Check Today's Employment Section

STAR-TELEGRAM CLASSIFIEDS. Hire, Sell, & Buy -- all in one place!



"More than 30 people answered our help wanted ad."

B. White, Fort Worth

Selling, buying or hiring? You'll always get results with Star-Telegram Classifieds. Call **817-332-333** today and put us to work for you!

careerbuilder®
Star-Telegram CLASSIFIEDS
• Buy • Sell • Trade
star-telegram.com/jobs

HELP WANTED

**Home & Business Services**    Advertise Here 817-332-3333

| A/C & Heating | Carpentry | House Cleaning/Janitorial | Handyman | Painting | Sprinkler Systems |

# Home & Business Services

Advertise Here 817-332-3333

## A/C & Heating

BEDFORD AIR & Heat*** since 1970. #TACLB5417E call: 817-262-1233

ELITE AC-HEAT Best, lowest price, Honest L#44402E 817-319-0659

AIR WORKS By Scott fair hohest24-7 same rate 817-724-8680 #017017E

## Appliance Repair

KENMORE WHIRLPOOL wash/dryers Buy ~ Sell ~ Repair ~ 817-860-1852

Maytag GE Whirlpool Most brands fixed same day. 817-903-2100

## Asphalt - Paving

CALL BRAZOS Paving, Big or small, we do it all! Local Owned. Free Est! 800-ASPHALT, 817-757-2507

## Brick, Stone, Masonry

WINTER SPECIAL 20% OFF (817) 703-5296 Free estimates. DFWPREFFEREDLANSCAPE.COM

WATSON MASONRY Residential./Comm. New or Repalr Free Est. (817) 366-1663

KEN'S BRICK & Stone REPAIR Same day svc free est 682472-8211

AMJMASONRY.COM BRICK/STONE REPAIR 682-558-6086

## Building/Remodeling

RH REMODEL & const..Free Estimates 817.793.7188.. Call Roberta

VICTOR SANCHEZ Roofing, Remodel & countertops. CC's ok 817-902-3529

START @ $2.50sf slabs-drwy-det garage-cprt lic/bnded817-528-3434

ALL PHASES Remodel/Repalrs 25yrs Home/Office/Rental 817-455-1382

## Buildings

30X40X10 Metal Bldg 1 walk door & slab $13,800 Family owned & operated since 1972 millersmetal buildings.com 817-295-6022

GRAYSHAW CONSTRUCTION Cust. 36x36x10, slab & walk door $12,765 817-556-0255 www.grayshaw.com

QUALITY SHEDS built on site shedsbyfiremen.com 4696717433

## Cabinet Service

KITCHEN CABINETS, TV/Wall Units Countertops, Bathrms 817-726-5807

## Carpentry

FINISH CARPENTRY Crown, doors, & more. Call Robert 817 291-0720

OLDIE & GOODIE Love Work 33 yrs. exp, 817-561-2778 leave msg

## Carpet

CARPET RESTRETCH Repairs clean install 25 yrs. exp. 817-605-3711

CARPET CLEANED 3rms $50 tile/grt str&rep, Truck mount 817-385-0588

CARPET REPAIR & Re-Stretching Over 35yr exp, Call! 817.641.7888

## Carports/Garages

TOMMY'S CARPORTS Patio Covers, Decks, Garages, wood/steel. Free est. 817-800-6548

ALL STEAL Carports & Patios, Free Est. 817-455-7617

## Cement Work

VAUGHAN CONCRETE All types Remove/Replace. Free est. 817-205-7613 vaughanconst@yahoo

Buck's Concrete Patios, Drives walks, add ons, ramps 817-797-0841

BEAT ALL prices 30 yrs exp. excel work, llc/bnd 817-905-2218

START @ $2.50sf slabs-drwy-det garage-cprt lic/bnded817-528-3434

AND THEN THERE IS CLIFF. Simply the Best. 817-281-5046

$100 OFF All types concrete. Free estimates, Lic & bond 817-293-9483

ALL TYPES of concrete work llc/bond, free est Call Calvin 817-713-6639

QUALITY WORK Small jobs. 40 yrs. Clyde Springer 817-798-8590

## Child Care

GRANDMAS OVER night babysitting retired LVN SW FTW 817-965-4836

## House Cleaning/Janitorial

CHRISTIAN LADY cleans houses, honest, affordable. (817) 443-8489

★ KELLER KLEANING ★ We'll Sweep You Off Your Feet 817- 357-7949

WHITE GLOVE Treatment. No job to small/lrg. Free Est. 817-435-3938.

SPARKLING TOUCH, We've Got the Touch! Call Free Est (817) 944-5614

MAID 2 SHINE, Senlor & Mllitary Discounts. Refs. Pattl 817.566.5256

AFFORDABLE CLEANING, Honest with Refs 682-554-4554

## House Cleaning/Janitorial

CHRISTIAN LADY cleans houses. (817) 443-8489

I DO Housecleaning. Clean everything- good reference $65. 817-932-0806

## Computer Services

COW: WE come to you Virus Removal Sales & Service. 817-996-0555.

## Doors

GARAGE DOOR REPAIR 24\7
817-545-2256

## Electrical Contractors

MID CITIES ELECTRICAL No JOB too SMALL. (817) 268-4144 Accept V/MC/AmEx TECL#20965

G.W. ELECTRIC SERVICE Best Rates In Town TECL 26258. 817-789-1054

$39/HR! Exp 2/16/14 4hr min Carroll Service817-320-9721 L#25420

## Fences

HONEST FENCING! Inexpensive installation repairs or just posts also. 682-597-1031, 817-572-5534.

A& W Fencing - Best Job! Best Price! Free Est! All Mjr. CCs! 817-319-4242

ALL TYPES install & repalr Low prices 35 yrs exp Free est 817-444-6461

FENCES-4-LE$$ ®Spring Specials® 817-726-1430

## Firewood

OAK $260 a cd, $140 a ½ cd, Deliv& Stackd 817-889-3124 817-268-6038

PREMIUM SEASONED oak $150 ½, $290 cord, del & stack 817-243-6827

## Floor Service

FLOORING INSTALLATION, sales, and services 817-734-9813

## Gutters

WILSONS GUTTER SERVICE 42 yrs exp. Free est 817-237-5950

## Handyman

JAMES THE HANDYMAN Carpentry - Painting - Home Repair Small Jobs Welcome 817-385-1253

HANDYMAN PLUS. 20 yrs Insured. Quality @ fair price 817-832-3405.

FOR YOUR handyman needs. Fencing, etc. Free estimates 817-917-4249

## Handyman

FOR ALL Your Home Improvement & Repair Needs. Jerry 817-889-1047

MIKE'S HANDYMAN & home repairs Malntnce. & Inspections 8177268262

## Hauling

HAULING & DEMO. We do every & anything! Fully equipped & Fully Insured 817-733-3202

AFFORDABLE HAULING yard, garage cleanup, tree, do it all 817-902-8647

HOUSE TRASH-OUTS. Junk Brush Trash Free Est. 1-888-379-6664.

CHEAP HAUL OFFS, I Pick Up Anything. Scott, 817-789-7039

HAULING & Cleanup $25 & up Any size Job Ok Com/ Res 682-564-2095

$0 & Up Fridge, hot tub, clean garage/ yrd 16ft traller Mark 817-448-4091

## Home Repairs

WARWICK HOME REPAIR 817-713-9810 or 817-210-6430

YOU NAME IT WE DO IT *Free est.* CC's accepted 817-919-6626

## Foundation Repair

FOUNDATION REPAIR lifetime warranty (817)917-6783

LOW COST foundation repair Pler/ Beam Slab! Life warr. 817-479-3201

## Landscaping

DRAINAGE, DECKS, & Fences Repalr & Install 817-808-0372.

## Moving

911 FIRE & Police Moving Co. Off Duty Fire/Pollce Emp : 682-333-8165

SHELBY'S LOW COST MOVING Home, Apt, Comm. 817-903-9267

ReliableMoversTX.com Bonded & Insured 817-451-0671

ALLSTOP MOVERS Affordable Rates 817 819-9905

ANOINTED MOVERS, FREE BOXES & WARDROBE BXS! 682.597.6395

## Painting

BEST WORK, BEST PRICES Free Estlmates, A+ BBB Call now, 817-382-1101

## Painting

PAINTING & Remod, kitchen & bath, One call does it all! 817-291-6399

PATCH PERFECT Painting sheetrock/ wood repair. Free est. 817-913-0778

EXT. BRICK trim $350, All wood $650, 35 years exp 817-298-2748

PAINT, TAPE & bed texture, acoust, minor repairs. 817-831-1559

ALL TYPES of Sheetrock repair No job too small 817-704-9881

HAYWOOD PAINTING References. Free Estimates 817-454-6489

INT/EXT PAINTING 817-821-6377 40yrs exp. bobbymcwilliams.com

## Patio Covers

WINTER SPECIAL 20% OFF (817) 703-5296 Free estimates. DFWPREFFEREDLANSCAPE.COM

TOMMY'S CARPORTS Patio covers, Outdoor kitch, Garages wood/steel. Free est. 817-800-6548

## Plumbing

ANDERSON PLUMBING
$40 DRAIN
CLEAN-OUTS, SM. REPAIRS Master #8761........ 817-838-0353

Lonnie Bravo Plumbing: repairs, sewer, bthrm remd. BBB Accredited Business #M8813    817-715-6747

A SQUARED Plumbing 817.560.0263 ALL PLUMBING repairs M36900

A2Z: PHONE prlcing, free est, aff. $$, Sen. Disc. 817-710-9682

RES/COM ALL plumblng needs. Best prices in town. 817-313-7186

## Retaining Walls

WINTER SPECIAL 20% OFF (817) 703-5296 Free estimates. DFWPREFFEREDLANSCAPE.COM

## Roofing

BEST WORK, BEST PRICES Free Estlmates, A+ BBB Call now, 817-382-1101

PATRICKSROOFING.COM A+ BBB     Owner supervised jobs Free Estlmates 817-528-2991

CORBIN ROOFING Repalrs/ reroofs Best prices! 50 yrs 817-714-2101

GARCIA'S ROOFING & Remodeling FREE EST! 817-713-0686, Danny

## Siding

FATHER & Son Siding, All Types! 817-800-6548 or 817-888-7283

## Sprinkler Systems

WINTER SPECIAL 20% OFF (817) 703-5296 Free estimates. DFWPREFFEREDLANSCAPE.COM

TRINITY- DESIGN, Install, repalr, free est, cc accpt 817-919-2373 LIC 10249

OFF DUTY FIREMAN Install & Repair. CC ok llc/ bnd 817-713-5215

## Tile Service

TILE MAN Free bids & Low prices! Guaranteed work! 817.915.0860

TILE, STONE & Granite, Insured, showers/tubs & repairs 817.999.7765

RABIT REMODEL Shower, Kitchen, Wood Laminate 817-366-2820

INSTALLERS TILE, wood, showers. 1.50 per sf ltd footage 8175046941

COMPLETE TILE Service, Showers, Floors & Backsplash (817) 789-8598

## Tree Service

817-657-5398 SEN. Disc. Free Est. PEREZ TREE SERV - Winter Disc. Full Tree Serv.. Bobcat Work

TONY'S TREE Serv. Trim, Remove, Stump Grind. Free Est, Sr Discount. BBB rated, Insured 817-266-4603

JOSE'S COMPLETE TREE SVR Free Est/Ins Sr Disc We Beat Any Price Call Us 817-729-2180

MARTINEZ Tree Service 16yr exp. Landscaping/firewood 817/734-6461

TREE REMOVAL, trimming, stump grinding. Insured. 817-727-6711

WEDGWOOD TREE Service, Re-moval, trims. Sr. Disc. 817-300-6592

WOMAN OWN/OPERATED Beat Blds or 10% dls Visa/Ins 817.437.5296

REMOVAL GRINDING Trim BEAT ANY $$! insured,sr dis 817.247.5651

LEON'S EXPERT Tree Service. Best work, low price! Ins. 817-371-8597

## Windows

GLASS REPLACEMENT & WINDOWS solar or bug screens 817-461-6530

ALL GLASS & MIRROR 817-323-5201 Showers, replace, cleaning, solar.

## Yard Work

RAKE LEAVES\FLOWERBEDS, Lawn care. Handyman. Rudy 817.584.6629

LAWN CARE/TREE Trimming yard clean up & haul off 817-500-2558

LAWN CARE/TREE Trimming yard clean up & haul off 817-500-2558

# Tarrant & Texas



## LOTTO TEXAS
Numbers drawn Wednesday
**7, 15, 22, 27, 28, 34**
Jackpot: $10.75 million
Number of winners: None
Next drawing: Today
Est. jackpot: $11.75 million

## MEGA MILLIONS
Numbers drawn Friday
**23, 29, 32, 45, 46**
**MB: 15**
Jackpot: $154 million
Number of winners: Not available
Megaplier: 5
Next drawing: Tuesday
Est. jackpot: $172 million

## POWERBALL
Numbers drawn Wednesday
**1, 17, 35, 49, 54 PB: 34**
Power Play: 3
Jackpot: $330 million
Number of winners: 1 (Deer Park)
Next drawing: Today
Est. jackpot: $40 million

## TEXAS TWO-STEP
Numbers drawn Thursday
**5, 6, 20, 32 BB: 35**
Jackpot: $200,000
Number of winners: None
Next drawing: Monday
Est. jackpot: $225,000

## ALL OR NOTHING
Numbers drawn Thursday
**Night: 1, 3, 7, 8, 10, 11, 12, 14, 15, 16, 17, 22**

Numbers drawn Friday
**Morning: 1, 2, 6, 7, 8, 10, 11, 12, 17, 20, 23, 24**
**Day: 5, 6, 10, 12, 14, 16, 17, 19, 20, 22, 23, 24**
**Evening: 1, 7, 9, 10, 12, 15, 16, 18, 19, 20, 21, 24**
**Night: 1, 2, 3, 5, 6, 7, 11, 12, 17, 18, 21, 22**

## PICK 3
Numbers drawn Thursday
**Night: 0, 3, 4 S 7**
Numbers drawn Friday
**Morning: 9, 2, 8 S 19**
**Day: 2, 2, 7 S 11**
**Evening: 1, 9, 7 S 17**
**Night: 1, 5, 8 S 14**

## DAILY 4
Numbers drawn Thursday
**Night: 6, 2, 5, 7 S 20**
Numbers drawn Friday
**Morning: 1, 5, 6, 6 S 18**
**Day: 6, 9, 0, 0 S 15**
**Evening: 4, 1, 8, 2 S 15**
**Night: 0, 7, 4, 7 S 18**

## CASH 5
Numbers drawn Thursday
**1, 7, 10, 33, 34**
Numbers drawn Friday
**14, 20, 30, 32, 34**

Confirm numbers with lottery vendor or go to www.txlottery.org. The Star-Telegram is not responsible for incorrect numbers.

## Candidate targets law against eating roadkill

❷ Tink Nathan of Center Point is running for the Legislature.

The Associated Press

SAN ANTONIO — A candidate for the Texas House wants to see the state offer up a new kind of roadside dining.

Rack of raccoon or squirrel stew would be on the menu if legislators were to take up a call by Tink Nathan to allow motorists to collect and consume roadkill. Gathering it currently is a misdemeanor.

"That meat goes to waste. Why not utilize it?" asked Nathan, 72.

The suggestion to expand the state's culinary options sets Nathan apart from the four other Republicans looking to succeed state Rep. Harvey Hilderbran in District 53, which extends northwest of San Antonio to the border.

Nathan said harvesting and eating roadkill is legal in other states. The Center Point resident told the San Antonio Express-News that each

dead deer could yield about 80 pounds of usable meat and cited records showing that 1,450 deer were removed from state highways in Kerr County alone in 2006.

"Certainly not all of it could be saved. Nobody will take it if it's stinking," Nathan said.

Texas Parks and Wildlife Department spokesman Tom Harvey said the agency has no stance on the idea, but added that there are public health and safety issues.

"People stopping on roadsides to harvest dead animals could be struck by vehicles. Eating dead animals found on roadsides could make people sick," he said.

Allowing the retrieval of animals accidentally killed could encourage poaching with cars, Harvey added. Hunting white-tailed deer by striking them with a motor vehicle is punishable by a fine of up to $500. Using artificial lights, including vehicle headlights, to hunt is punishable by up to a year in jail and a $4,000 fine, he said.

## Firm seeks new arbitration in Armstrong case

❷ A promoter sued the cyclist after he admitted lying about doping.

By Nomaan Merchant
The Associated Press

DALLAS — Attorneys for Lance Armstrong argued Friday that he shouldn't have to return to arbitration with a Texas company over million-dollar bonuses he received for winning races even if it was revealed years later that the cyclist lied about taking performance-enhancing drugs during his spectacular career.

SCA Promotions of Dallas sued shortly after Armstrong acknowledged last year that he had lied for years about doping. It then asked an arbitration panel to reopen a 2006 settlement it reached over about $12 million in bonuses it said it paid for three of Armstrong's seven Tour de France victories. He has since been stripped of all seven victories and given a lifetime ban from sports.

The panel voted 2-1 in

The language of the settlement allowed the panel to handle any future claims about that settlement, he argued. "You tried to hurt us — legally, [in] public relations," Tillotson said. "What's the penalty for that?"

Tillotson said Armstrong's attorneys had tried to get the panel to issue sanctions against his side after the settlement.

Armstrong's attorneys say state law protects their client. Even if Armstrong lied under oath, that would not be enough to reopen the case, said Tim Herman, Armstrong's longtime attorney.

"There is no case that gave an arbitration panel any authority beyond the conduct of the proceeding that was going on before them," Herman said.

Parker said she would probably rule next week.

Armstrong, who did not attend the hearing, has faced several lawsuits related to the millions of

**Star-Telegram**

**TO ALL INTERESTED PERSONS AND PARTIES:**

Eagle Mountain Power Company LLC has applied to the Texas Commission on Environmental Quality (TCEQ) for issuance of State Air Quality Permit No. 117026, issuance of PSD Air Quality Permit No. PSDTX1390 and issuance of Nonattainment Air Quality Permit No. N194, which would authorize construction of the Eagle Mountain Steam Electric Station located at 10029 Morris Dido Newark Road, Fort Worth, Tarrant County, Texas 76179. Additional information concerning this application is contained in the public notice section of this newspaper.

**TO ALL INTERESTED PERSONS AND PARTIES:**

Northwest Pipe Company, has applied to the Texas Commission on Environmental Quality (TCEQ) for issuance of Proposed Air Quality Permit Number 100779, which would authorize a Steel Pipe Manufacturing Facility located at 351 Longhorn Road, Saginaw, Tarrant County, Texas 76179. Additional information concerning this application is contained in the public notice section of this newspaper.

dent told the San Antonio *Express-News* that each share by up to a year in jail and a $4,000 fine, he said.

seven victories and given a lifetime ban from sports.

The panel voted 2-1 in October to review the case. Armstrong's attorneys want Judge Tonya Parker to overrule the panel, saying the arbitration case is closed.

Jeff Tillotson, an attorney for SCA Promotions, said something had to be done when a party in the case "lied at every step of the way."

not attend the hearing, has faced several lawsuits related to the millions of dollars he amassed as a cyclist. The biggest is a federal whistle-blower lawsuit over his team's previous sponsorship by the U.S. Postal Service that could lead to fines of more than $100 million.

He settled a suit last year with Acceptance Insurance over $3 million in bonuses.



**GotDirtyRugs.com**
16.75% OFF RUG CLEANING AND REPAIR
**CT RUGS**
5928 Curzon Ave., Camp Bowie at Bryant Irvin
**817-920-RUGS (7847)**
Tom Siasi, Owner



**Oliver Dyer's** APPLIANCE

**PAY LESS GET MORE**

Come See Us...
"We Want, Need and Appreciate Your Business"

*GUARANTEED SAME DAY DELIVERY

Don't be tricked by the exaggerated claims of the out-of-state big box chain stores. We've been your trusted local appliance sales, installation, and service company for over 45 YEARS!

**12 MONTHS** — **NO INTEREST IF PAID IN FULL WITHIN 12 MONTHS***
Interest will be charged to your account from the purchase date if the purchase balance is not paid in full within promotional period or if you make a late payment.



**Whirlpool**
**FULL CONSOLE DISHWASHER**
• 15 Place Settings
• 5 Wash Cycles
• Overnight Cycle
• Sani Rinse Option
WDF530PAYW   NOW **$399**

**MAYTAG**
**JETCLEAN PLUS DISHWASHER**
• 12 Place Settings
• 5 Wash Cycles
• Steam Sanitize
• Heated Dry Option
MDB4709PAB   NOW **$429**

**KitchenAid**
**SUPERBA ARCHITECT DISHWASHER**
• 4 Cycles
• Nylon Racks
• Pro Scrub Option
• Whisper Quiet
KUDS35FXSS
AS LOW AS **$499**

**FRIGIDAIRE**
**GALLERY DISHWASHER**
• 14 Place Settings
• 7 Wash Cycles
• 5 Wash Levels
• Orbitclean Spray Arm
FGHD2465NB   NOW **$499**

**MAYTAG**
**JETCLEAN DISHWASHER**
• 15 Place Settings
• 6 Cycles
• Tough Scrub Option
• Stainless
MDB8959SBS   NOW **$699**




MAYTAG   FRIGIDAIRE   Speed Queen   WASHER & DRYER   Electrolux





- 15 Place Settings
- 5 Wash Cycles
- Overnight Cycle
- Sani Rinse Option

WDF530PAYW    NOW **$399**

- 12 Place Settings
- 5 Wash Cycles
- Steam Sanitize
- Heated Dry Option

MDB4709PAB    NOW **$429**

- 4 Cycles
- Nylon Racks
- Pro Scrub Option
- Whisper Quiet

KUDS35FXSS

AS LOW AS **$499**

- 14 Place Settings
- 7 Wash Cycles
- 5 Wash Levels
- Oribltclean Spray Arm

FGHD2465NB    NOW **$499**

- 15 Place Settings
- 6 Cycles
- Tough Scrub Option
- Stainless

MDB8959SBS    NOW **$699**

**MAYTAG** CENTENNIAL SERIES

**$1199 FOR THE PAIR**

- 3.6 Cu. Ft.
- 9 Cycles
- Cold Wash Cycle
- Auto Water Level

MVWC300BW

- 7 Cu. Ft.
- 12 Cycles
- 4 Temp Settings
- High Efficiency

MEDE480BW

**FRIGIDAIRE** WASHER & DRYER

SAVE $399

WAS $1698 **$1299 FOR THE PAIR**

Buy One Pedestal Get One Free!

- 3.9 Cu. Ft.
- 27" Front Load
- 10 Wash Cycles

FFFS5115PW

- 7.0 Cu. Ft.
- 27" Front Load
- Steam Dryer

FFSE5115PW

**Speed Queen** SPEED QUEEN WASHER & DRYER

ALL SPEED QUEEN ON SALE!

- 3.3 Cu. Ft.
- Top Load
- Easy to Use

AWN412

- 7.0 Cu. Ft.
- Fast Drying Process
- Auto Dry Cycles

ADE30R

**GE** WASHER & DRYER

**$1199 EACH PIECE**

Shown on Optional Stands

- 4.8 Cu. Ft.
- Built-In Riser
- Overnight Dry

GFWR4800FWW

- 8.3 Cu. Ft.
- Built-In Riser
- Detangle Assist

GFDR480EFWW

**Electrolux** WAVE TOUCH SERIES

**$1299 EACH PIECE**

Shown on Optional Pedestals

- 8.0 Cu. Ft.
- Perfect Steam
- LCD Display

EWMED70JSS

- 4.42 Cu. Ft.
- 1400 RPM Spin
- Perfect Steam

EWFLS70JSS

**Whirlpool** TOP FREEZER REFRIGERATOR

- 17.6 Cu. Ft.
- 3 Spillsaver Glass Shelves
- Moveable Meat Pan
- Optional Ice Maker

W8TXNGZBQ    NOW **$529**

**Whirlpool** SIDE BY SIDE REFRIGERATOR

- 25.3 Cu. Ft.
- 3 Adjustable Glass Shelves
- Adjustable Gallon Door Bins
- External Ice/Water Dispenser

ED5KVEXVB    NOW **$899**

**FRIGIDAIRE** FRENCH DOOR REFRIGERATOR

- 26.7 Cu. Ft.
- Gallon Door Bins
- Full Width Drawer
- Water Filter

NOW **$1599**

**SAMSUNG** FRENCH DOOR REFRIGERATOR

- 25.6 Cu. Ft.
- Dual Ice Makers
- External Ice/Water
- Stainless

WAS $2499

RF263TEAESR    NOW **$1799**

**KitchenAid** ARCHITECT SERIES REFRIGERATOR

- 25.0 Cu. Ft.
- French Doors
- Spill Shield Shelves
- LED Lighting

KFXS25RYMS    NOW **$1949**

👍 Like Us on Facebook to see more specials!

**Rebates Valued Up To $2,000!!!***

**Oliver Dyer's** APPLIANCE

SALES OPEN • MON.-FRI. 9-6:30 • SAT. 9-6
Complete Service Repair    Parts Department & Repairs
PARTS/SERVICE • MON.-FRI. 8:30-5:30, SAT. 9-4

Closed Sundays so our employees can spend time with their families

*See store for details. *Limited to Quantities on Hand

HOME OWNED & OPERATED SINCE 1945
8320 Camp Bowie West
Between Cherry & Las Vegas Tr.

www.oliverdyersappliance.com
**817-984-4931**

TCEQ-Office of the Chief Clerk
MC-105 Attn:  Notice Team
P.O. Box 13087
Austin, Texas  78711-3087

Applicant Name: Eagle Mountain Power Company LLC

Permit No.: 117026,PSDTX1390,N194

# ALTERNATIVE LANGUAGE AFFIDAVIT OF PUBLICATION FOR AIR PERMITTING

STATE OF TEXAS                                             §

COUNTY OF _Tarrant_____                       §

Before me, the undersigned authority, on this day personally appeared

_Christine Lopez_____, who being by me duly sworn, deposes
*(name of person representing newspaper)*

and says that (s)he is the _____legal rep_____ of the
                                  *(title of person representing newspaper)*

_FA LA Estrella_____that said newspaper or publication is generally circulated
*(name of newspaper)*

in _Fort Worth_____, Texas;
*(the **municipality or the same county** as the location of the facility or the proposed facility)*

that the enclosed notice was published in said newspaper or publication on the following date(s):

_Sat Feb 22, 2014_____.

                          _____Lopez_____
                          *(newspaper or publication representative's signature)*

Subscribed and sworn to before me this the 24 day of _February_____, 20 _14_,

to certify which witness my hand and seal of office.

_Debra W Morris_____
Notary Public in and for the State of Texas

(Seal)    DEBRA W. MORRIS
          Notary Public
          STATE OF TEXAS
          My Comm. Exp. March 2, 2016

_Debra W. Morris_____
Print or Type Name of Notary Public

_03-02-2016_____
My Commission Expires

TCEQ – 20534 (Revised 01/13) Alternative Language Affidavit of Publication for Air Permitting
This form is for use by facilities subject to air quality permit requirements and
may be revised periodically. (APDG 6012v3)

www.laestrelladigital.com

Semana del 22 al 28 de febrero de 2014 | **9A**

## Ganado y Artículos Relacionados

CHAROLAIS BULLS 1-2Yrs Gentle
580-657-3888        903-814-5008



**NOTA PÚBLICA**

## Avisos Legales

**AVISO DE RECEPCION DE SOLICITUD E INTENCION DE OBTENER PERMISO ATMOSFÉRICO**

PERMISO PROPUESTO NUM. 117026
DEL ESTADO PARA CALIDAD ATMOSFÉRICA, PERMISO NUM. PSDTX1390 DE PSD Y PERMISO NUM. N194 DE "NONATTAINMENT"

SOLICITUD Eagle Mountain Power Company LLC, ha solicitado a la Comisión de Calidad Ambiental del Estado de Texas (TCEQ por sus siglas en inglés) Permiso Núm. 117026 del Estado para autorizar Calidad Atmosférica, Permiso Núm. PSDTX1390 de Calidad Atmosférica para Prevención de Deterioro Significativo (PSD por sus siglas en inglés) y Permiso Núm. N194 de "Nonattainment", el cual autoriza de la Eagle Mountain Steam Electric Station en 10029 Morris Dido Newark Road, Fort Worth, condado Tarrant, Texas 76179. Este enlace a un mapa electrónico de la ubicación general del sitio o de la instalación es proporcionado como una cortesía y no es parte de la solicitud o del aviso. Para la ubicación exacta, consulte la solicitud. http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.906666&lng=-97.480277&zoom=13&type=r. La planta emitirá los siguientes contaminantes atmosféricos: compuestos orgánicos, monóxido de carbono, dióxido de sulfuro, dióxidos del nitrógeno, ácido sulfúrico, y materia de partículas incluyendo materia particular menos de 10 micrones y menos de 2.5 micrones de diámetro.

Esta solicitud fue sometida al TCEQ el 19 de febrero de 2014. La solicitud estarán disponibles para ser revisados y copiados en la Oficina Central de la TCEQ, para revisarla y sacarle copia, en la Oficina Regional de TCEQ en Dallas/Fort Worth, y en la biblioteca pública de John Ed Keeter, 355 West McLeroy Boulevard, Saginaw, condado Tarrant, Texas empezando el primer día de la publicación de este aviso. El expediente de cumplimiento de la planta, si existe alguno, está disponible para su revisión en la oficina regional de TCEQ en Dallas/Fort Worth.

El director ejecutivo de TCEQ ha determinado que la solicitud está administrativamente completa y llevará a cabo una revisión técnica

## Avisos Legales

trónicamente www.tceq.texas.gov/about/comments.html, o por escrito a Texas Commission on Environmental Quality, Office of the Chief Clerk, MC-105, P.O. Box 13087, Austin, Texas 78711-3087. Si desea comunicarse con TCEQ electrónicamente, por favor tenga en cuenta que su dirección de correo electrónico, como su dirección postal física, pasará a formar parte del registro público. Para mayor información acerca de esta solicitud para permiso o el proceso para permisos, favor de llamar a la Oficina de Asistencia al Público, línea gratuita, al 1-800-687-4040. Si requiere información general de TCEQ dirígirse al portal electrónico www.tceq.state.tx.us/.

Se puede obtener información adicional de Eagle Mountain Power Company LLC, 1601 Bryan Street, Dallas, Texas 75201-3430 o al llamar al Sr. Paul Coon, Director de Permisos de Aire, al servicios ambiental al (214) 875-8376.

**AVISO DE RECIBO DE LA SOLICITUD E INTENCION DE OBTENER UNA [ENMIENDA/RENOVACIÓN] [DEL] [PERMISO/PLAN DE CUMPLIMIENTO] PARA RESIDUOS [PELIGROSOS/INDUSTRIALES NO PELIGROSOS] [PERMISO/PLAN DE CUMPLIMIENTO] [PROPUESTO] No. 50282**

SOLICITUD. Bell Helicopter Textron, Inc., P.O. Box 482, Fort Worth, Tarrant County, Texas 76101, opera una planta de fabricación que fabrica, ensambla y reconstruye helicópteros militares y comerciales ha solicitado a la Comisión de Calidad Ambiental de Texas (TCEQ) por un [permiso/plan de cumplimiento] para autorizar la renovación del permiso de la RCRA, presentó un nuevo plan de cumplimiento aplicación para la remediación de las aguas subterráneas contaminadas con residuos sólidos de unidades de gestión, revisar el área de drenaje y descripción legal de las instalaciones y realizar cambios administrativos al permiso. El sitio están ubicadas en 600 Boulevard East Hurst, Hurst, Tarrant County, Texas 76053 en el Condado de Tarrant, Texas. La TCEQ recibió esta solicitud el 15 de Enero, 2014. La solicitud del está disponible para leer y copiar en Hurst Public Library, 901 Precinct Line Road, Hurst, Tarrant County, Texas 76053. Este enlace a un mapa electrónico de la ubicación general del sitio o de la instalación es proporcionado como una cortesía y no es parte de la solicitud o del aviso. Para la ubicación exacta, consulte la solicitud. [http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.808198&lng=-97.157078&zoom=12&type=r

**AVISO ADICIONAL.** El Director Ejecutivo de la TCEQ ha determinado que la solicitud es administrativamente completa y conducirá una revisión técnica de la solicitud.

## Avisos Legales

condado específico. Si desea que se agrega su nombre en una de las listas designe cual lista(s) y envía por correo su pedido a la Oficina de la Secretario Principal de la TCEQ.

**CONTACTOS Y INFORMACION DE TCEQ.** Todos los comentarios escritos del público y los pedidos deben ser presentados a La Oficina de la Secretario Principal, MC 105, TCEQ, P.O. Box 13087, Austin, TX 78711-3087 o por el internet al www.tceq.texas.gov/about/comments.html. Si necesita más información en Español sobre esta solicitud para un permiso o el proceso del permiso, por favor llame al Programa de Educación Pública de la TCEQ, sin cobro, al 1-800-687-4040.

También se puede obtener información adicional del Bell Helicopter Textron, Inc. a la dirección indicada arriba o llamando a Sr. Daryl Crane al 817-280-3627.

Fecha de emisión: February 4, 2014



**PROPIEDAD PARA VENDER**



**Long Tide Homes**

Casas disponibles a precios asequibles por Long Tide Homes, visita www.LongTide.com y oprimen Se Habla Español para ver la pagina en Español.

Casas nuevas y pre-usadas ubicadas en Alvarado, Azle, Decatur, Farmersville, Gainesville, Granbury, Joshua, Springtown, Peaster, Rhome.

Long Tide Homes puede construir la casa de sus sueños en su propio solar.

**Hable 817-330-4086**

## Euless/Venta

76040 - owner fin ez qual 4-3 $120k $12kDN,$950MO, 817-805-2484

## Fort Worth



FSBO 76107 - 2-1-1 udpated, fenced, applnc incld $139,900 817-731-3977

76112 - Nice 3-2-2 $89,000 214-449-1446

## Benrook Venta



**ÁVISO DE SOLICITUD Y DECISIÓN PRELIMINAR PARA UN PERMISO DE CALIDAD DE AIRE No. 100779**

SOLICITUD Y DECISIÓN PRELIMINAR Northwest Pipe Company, 351 Longhorn Road, Saginaw, Texas 76179-2404, ha solicitado de la Comisión para la Calidad Ambiental de Texas (TCEQ) el Permiso de Calidad de Aire Número 100779 para autorizar Fabricación Industrial de Tubo de Acero Ubicada en 351 Longhorn Road, Saginaw, Condado de Tarrant, Texas 76179. Esta solicitud se presentó a la TCEQ el 26 de enero de 2012. La facilidad va a emitir los siguientes contaminantes atmosféricos: compuestos orgánicos, óxidos de nitrógeno, monóxido de carbono, dióxido de sulfuro, solventes eventos, materia de partículas incluyendo materia de partículas con los diámetros de 10 micrones o menos y 2≤5 micrones o menos, y contaminantes peligrosos del aire. El director ejecutivo de la TCEQ ha concluido la revisión técnica de la solicitud y ha preparado un permiso preliminar, el cual si es aprobado, establecera las condiciones debajo de las cuales el sitio debera operar. El director ejecutivo a hecho la decisión preliminar de otorgar este permiso. La solicitud del permiso, la decisión preliminar del director ejecutivo, y el permiso preliminar estarán disponibles para ser revisados y copiados en la Oficina de la TCEQ y en John Ed Keeter Public Library, 355 West McLeroy Boulevard, Saginaw, Condado de Tarrant, Texas empezando el primer día de la publicación de este aviso. Los archivos del cumplimiento de la leyes de la facilidad, si existen, están disponibles para la revisión del público en la Oficina Regional de de TCEQ en Dallas/Fort Worth, 2309 Gravel Dr, Fort Worth, Texas.

COMENTARIOS PUBLICOS/ RE-

## Granjas, Tierras, Haciendas/Venta

40 AC Young Co. 22mi W of Graham TX $1495 per ac (940)-550-8558

76365 - 167 Acres In S. Clay County, 23 miles North of Jacksboro; 1 hr NW of DFW. 2150 sq ft Brick home, barns, corrals w/ loading chutes, hay meadow, 5 stock ponds, 2 water wells; cross fenced, gated keypad entrance; owner will finance with 35% down $525,000 940-733-3925, njsnettle@yahoo.com

## Terrenos en el Lago



**ACREAGE REPO**
W/Septic, Pool, Pier, Ramp, Owner Finance 210-422-3013 Granbury

**SUPER BUY**
LAKE FORK waterfront lots for sale. Low down, low monthly, guaranteed financing. 903-878-7265.



$106/MO. BUYS land for RV/mobile home/house. Amenities include fishing piers, boat ramp, pool, clubhouse, stocked ponds & gated entry. Lake Fork 903-878-7265.

## Casas Moviles/Venta

I WILL BUY OR LIST YOUR Mobile Home. Call 817-395-2990

**!!NO CREDIT CHECK!!** OWNER FINANCE! Single & Double Wide mobile homes set up on land. Different areas to choose from. * (817)291-6527 *

## Casas Prefabricadas/ Modulares/Venta



**YOU ARE** approved for a new mobile home!!! No credit?? NO PROBLEM!! No social security?? NO PROBLEM! RBI 39707
Call 940-479-9001
www.crazyredsmobilehomes.com
Manufactured/Modular Homes Sale



**PROPIEDAD PARA RENTAR**

## Ft Worth/Renta

76116 - 2-1½ 3209 Las Vegas Trl $625/$300dp 817-714-4371

## Roanoke de Renta

76262 - 3-2 Mobile, storage old corner lot $700/$500dep 817-368-6161

## Southlake de Renta

76051 - 3028 Thomas Ct 3-2-2 GISD, new carpet & paint 817-421-8651



76092 - 4BD/2BA 70s ranch 2200sf $1,650 972-567-5539

## Watauga de Renta

76148 - KISD 4-2½-2, large yard, near school & shop. $1300+$1000 dep. 972-342-1812 - 817-891-8037

## Alquiler/Renta de Propiedades para Negocio

OFFICE BUILDING w/6 offices, $1400.mo Utilities Paid, Warehouse & storage lots avail. on same property. 2001 E. Loop 820 S. (817)269-7430

KELLER Office Space - 154 S. Main Nice bay window street frontage 817-838-5035 or 817-437-6053



**SERVICIOS PARA EL HOGAR O NEGOCIOS**

## Aire Acondicionado y Calefacción

BEDFORD AIR & Heat*** since 1970. *TACLB5417E call: 817-262-1233

## Edificios

30X40X10 Metal Bldg 1 walk door & slab $13,800 Family owned & operated since 1972 millersmetal buildings.com 817-295-6022

## Servicios de Limpieza

CHRISTIAN LADY cleans houses. (817) 443-8489

## Servicio de Pisos

FLOORING INSTALLATION, sales,

y sacarle copia, en la Oficina Regional de TCEQ en Dallas/Fort Worth, y en la biblioteca pública de John Ed Keeter, 355 West McLeroy Boulevard, Saginaw, condado Tarrant, Texas empezando el primer día de la publicación de este aviso. El expediente de cumplimiento de la planta, si existe alguno, esta disponible para su revisión en la oficina regional de TCEQ en Dallas/Fort Worth.

El director ejecutivo de TCEQ ha determinado que la solicitud está administrativamente completa y llevará a cabo una revisión técnica de la solicitud.

**COMENTARIOS PUBLICOS/RE-UNION PUBLICA** Usted puede presentar comentarios públicos, una petición para reunión pública, o solicitar una audiencia de caso impugnado a la Oficina del Funcionario Jefe al domicilio a continuación. TCEQ tomará en cuenta todos los comentarios públicos en la decisión final de la solicitud. Después de la fecha límite para comentarios públicos, el director ejecutivo preparará una respuesta para todos los comentarios públicos pertinentes y materiales importantes.

El propósito de la reunión pública es proporcionar la oportunidad de hacer comentarios o preguntas acerca de la solicitud. Se llevará a cabo una reunión pública si el director ejecutivo determina que existe un importante grado de interés público con respecto a la solicitud o si lo solicita un legislador local. Una reunión pública no es una audiencia de caso impugnado.

Después de que se concluya la revisión técnica de la solicitud, el director ejecutivo puede preparar un borrador del permiso y puede dar una decisión preliminar con respecto a la solicitud. Se publicará y se enviará por correo un Aviso de Solicitud y Decisión Preliminar para un Permiso de Calidad Atmosférica a aquellas personas que hicieron comentarios, presentaron peticiones para audiencia o se encuentran en la lista de correos para esta solicitud. Ese aviso incluirá la fecha límite para presentar comentarios.

**OPORTUNIDAD PARA UNA AUDIENCIA DE CASO IMPUGNADO** Usted puede solicitar una audiencia de caso impugnado. Una audiencia de caso impugnado es un procedimiento legal similar a un juicio civil en un tribunal de distrito del estado. **A menos que se presente una solicitud para una audiencia de caso impugnado dentro de 30 días de esta notificación, el director ejecutivo puede autorizar la solicitud.** Una audiencia de caso impugnado solo se concederá con base a cuestiones debatibles de hechos que son pertinentes y materiales para las decisiones de la Comisión con respecto a la solicitud. Además, la Comisión solo concederá una audiencia sobre cuestiones que se presenten durante el período de comentarios públicos y no se retiren.

**Una persona que puede estar afectada por contaminantes de emisiones atmosféricas de una planta tiene derecho a solicitar una audiencia. Si se solicita una audiencia de caso impugnado, debe presentar lo siguiente: (1) su nombre (o para un grupo o asociación, un representante**

76035. Este enlace a un mapa electrónico de la ubicación general del sitio o la instalación es proporcionado como una cortesía y no es parte de la solicitud o del aviso. Para la ubicación exacta, consulte la solicitud. [http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.80&lng=-97.15] AVISO ADICIONAL: El Director Ejecutivo de la TCEQ ha determinado que la solicitud es administrativamente completa y conducirá una revisión técnica de la solicitud. Después de completar la revisión técnica, el Director Ejecutivo puede preparar un borrador del [permiso/plan de cumplimiento] y emitirá una Decisión Preliminar sobre la solicitud. **El Aviso de la Solicitud y la Decisión Preliminar será publicado y enviado a los que están en la lista de correo de las personas a lo largo del condado que desean recibir los avisos y los que están en la lista de correo que desean recibir avisos de esta solicitud. El aviso dará la fecha límite para someter comentarios.**

**COMENTARIO PUBLICO / REUNION PUBLICA.** Usted puede presentar comentarios públicos o pedir una reunión pública sobre esta solicitud. El propósito de una reunión pública es dar la oportunidad de presentar comentarios o hacer preguntas acerca de la solicitud. TCEQ realizará una reunión pública si el Director Ejecutivo determina que existe un interés público suficiente en la solicitud, o si es pedida por un legislador local. Una reunión pública no es una audiencia administrativa de lo contencioso

**OPORTUNIDAD DE UNA AUDIENCIA ADMINISTRATIVA DE LO CONTENCIOSO.** Después del plazo para presentar comentarios públicos, el Director Ejecutivo considerará todos los comentarios aprobados y preparará una respuesta a todos los comentarios públicos esenciales, pertinentes, o significativos. A menos que la solicitud haya sido referida directamente a una audiencia administrativa de lo contencioso, la respuesta a los comentarios y la decisión del Director Ejecutivo sobre la solicitud serán enviados por correo a todos los que presentaron un comentario público y a las personas que están en la lista para recibir avisos sobre esta solicitud. Si se reciben comentarios, el aviso también proveerá instrucciones para pedir una reconsideración de la decisión del Director Ejecutivo y para pedir una audiencia administrativa de lo contencioso. Una audiencia administrativa de lo contencioso es un procedimiento legal similar a un juicio civil en un tribunal de distrito del estado.

**PARA PEDIR UNA AUDIENCIA ADMINISTRATIVA DE LO CONTENCIOSO, USTED DEBE INCLUIR EN SU PEDIDO LOS SIGUIENTES DATOS: su nombre; dirección; teléfono del solicitante y número del permiso; la ubicación y la distancia de su propiedad/actividad con respecto a la instalación; una descripción específica de la forma cómo usted sería afectado adversamente por el**

ejecutivo, y el permiso y la solicitud también están disponibles para su revisión y copiado en la biblioteca Benbrook Public Library, 1000 Mercedes Street, Benbrook. Este enlace a un mapa electrónico de la ubicación general del sitio o la instalación es proporcionado como una cortesía y no es parte de la solicitud o del aviso. Para la ubicación exacta, consulte la solicitud. [http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.80&lng=-97.15]

AVISO ADICIONAL: El Director Ejecutivo de la TCEQ ha determinado que la solicitud es administrativamente completa y conducirá una revisión técnica de la solicitud. Después de completar la revisión técnica, el Director Ejecutivo publicará una Decisión Preliminar sobre la solicitud y emitirá un Aviso de la Solicitud y la Decisión Preliminar. Comentarios públicos adicionales y/o una audiencia pública o una reunión pública sobre la solicitud.

**COMENTARIOS PUBLICOS/RE-UNION PUBLICA.** Usted puede presentar comentarios públicos o solicitar una reunión pública sobre esta solicitud. El propósito de la reunión pública es el proveer la oportunidad de someter comentarios o hacer preguntas sobre esta solicitud. La TCEQ tendra una reunión pública si el director ejecutivo determina que hay suficiente interes de parte del público en esta solicitud o si es solicitado por un legislador local. Una reunión pública no es una audiencia de caso impugnado. **Podrán presentar comentarios públicos adicionales por escrito dentro de 30 días a partir de la fecha de publicación del periódico de este aviso en la forma establecida en el apartado de AGENCIA DE CONTACTOS Y DE INFORMACION párrafo abajo.**

**RESPUESTA A COMENTARIOS Y DIRECTOR EJECUTIVO DE ACCION.** Después de la fecha límite para comentarios públicos, la Directora Ejecutiva examinará las observaciones y preparar una respuesta a todos los comentarios públicos pertinentes y materiales o significativos. Porque no oportuna la audición se han recibido solicitudes, después de preparar la respuesta a los comentarios, el director ejecutivo podrá expedir, a continuación, aprobación final de la aplicación. **La respuesta a los comentarios, junto con la cisión del director ejecutivo sobre la solicitud se enviará a todos los que presentaron comentarios público o está en una lista de correo para esta aplicación o se publicarán electrónicamente a la base de datos Integrada Comisario (CID).**

**INFORMACION DISPONIBLE EN LINEA.** Cuando estén disponibles, respuesta de la Directora Ejecutiva a las observaciones y la decisión final sobre esta aplicación será accesible a través del sitio Web de la Comisión en www.tceq.texas.gov/goto/cid. Una vez que tenga acceso al CID mediante el enlace anterior, introduzca el número de registro para esta aplicación que se proporciona en la parte superior de este aviso. Este enlace a un mapa electrónico del sitio o la ubicación general de la instalación se proporciona como un cortesía y no forma parte de la solicitud o del aviso. Para la ubicación exacta, consulte aplicación. http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.8463&lng=-97.3686&zoom=13&type=r.

**LISTA PARA ENVIO DE CORREO** Usted puede solicitar ser incluido en una lista de correo para recibir información adicional para

www.crazyredsmobilehomes.com
Used Mobile Homes & Modular Homes Sale

FSBO 76107 - 2-1-1 updated, fenced, applnc incl $139,900 817-731-3977

76112 - Nice 3-2-2 $89,000 214-449-1446

---

## Benbrook Venta


**SUPER HOME**

EASTLAND CO. 4br 3ba 100ac, costal w/2 gas wells, $450K 3256475461

---

## Hood County/Venta

76048 - 3180 Pear Orchard Road, 5 BR/5 BA 8,048 sf, The Best of Both Worlds! Take advantage of being close to town while in your own private world. Beautiful rolling terrain, large pecan trees, incredible views from every window. Exquisitely designed and decorated, this 8043 square foot estate resides on 10 acres. Open beam ceilings, incredible attention to detail, grand gourmet kitchen with custom built oversized mesquite wood island, commercial grade appliances. Grand family room boasts a 30+ foot fireplace chimney. This estate has a designer salt water pool with rock and waterfall features, cabana house and additional quest quarters. Barn with horse stalls and efficiency apartment. UNLIMITED uses for the discriminating buyer. Tesa M. Whitley 432-638-3636 $2,295,000 432-638-3636, or tsa@ranchconnection.com

---

## Johnson County Venta

**SO. OF CROWLEY**
3-2 Home on ½ac.
Easy Credit. $922 mo.
817-457-2402 M-F

Propiedades Comerciales/Industriales, Inversiones

BY OWNER 2500sf on 1.4ac on 1709 btwn DFW airport & Alliance. Xlnt location 817 313-3041

---

## Condos/Townhomes/ Apt/Duplexes/Venta

76105 -2 bdrm duplex $59,900 rent of $990 monthly agent817.572.2021

---

## Granjas,Tierras, Haciendas/Venta

**COUNTRY HOME SITES**
14 lots to choose from 1.4 acres ea each. Gated, underground utilities, S. of Ft Worth, Owner/Broker
817-366-1106

JACK COUNTY

---

## PROPIEDAD PARA RENTAR



### Apt - Fort Worth/ Renta

76116 - ALL BILLS PAID- new paint, carpet, hrdwds, 2 bdrm 1½ bath, from $695-$745 Ridglea Sq. Apt. 6020 Malvey Ave. 817-570-9000. Just S. of I30 & Bryant Irvin Rd, Section 8 Welcome.

76116 - ALL BILLS PAID- new paint, carpet, hrdwds, 2 bdrm 1½ bath, from $695-$745 Ridglea Sq. Apt. 6020 Malvey Ave. 817-570-9000. Just S. of I30 & Bryant Irvin Rd, Section 8 Welcome.

### Condo-Townhome Arlington/Renta

76014 - $299 2 bed MOVE ASAP 817-467-9325

### Duplex Ft Worth/Renta

FOR LEASE 817-605-5911
POLO CLUB MGT.
**2 BR LAKE WORTH - $750
SFW 4 BR HOUSE $900**

### Arlington Renta


**LOOK**
76016 - 5 Homes Available. Kautz Property. 817-419-0088 kpmgt.com

### Crowley/Renta


A New Home Just In Time! Great Location!
Beautiful New Spacious Homes with Large Back Yards, lawn serv incl. Call Condee 817-612-4816
shipmanco.com

### Fort Worth/Renta

Summerfields 3-2-2,+ dining $1050.
HC 3-2-2 inground pool $1050.
Hurst 3-2-2 $1275.
NRH 3-1-2 $950.
McNaryCo.com 817-268-0869

1 BDRM pdlx, electric pd, $150 wk, 3100 NW 29th 817-986-8607


New const & slab $13,800 Family owned & operated since 1972 millersmetalbuildings.com 817-295-6022

### Servicios de Limpieza

CHRISTIAN LADY cleans houses. (817) 443-8489

### Servicio de Pisos

FLOORING INSTALLATION, sales, and services 817-734-9813

### Mudanzas

911 FIRE & Police Moving Co. Off Duty Fire/Police Emp : 682-333-8165

ALLSTOP MOVERS Affordable Rates 817 819-9905

### Plomería

A SQUARED Plumbing 817.560.0263 ALL PLUMBING repairs M36900

RES/COM ALL plumbing needs. Best prices in town. 817-313-7186

### Servicio de Azulejos y Mosaico

TILE, STONE & Granite, Insured, showers/tubs & repairs 817.999.7765


**DE NEGOCIO A NEGOCIO**

### Oportunidades de Negocios

DFW MULTI-FAMILY Eight percent annual return paid monthly. Eight stable properties Professionally owned & operated Accredited investors only 817-717-7133 Fleet@LacklandHoldings.com

**SUPER OPPORTUNITY**
SMALL OFFICE HQ NAME YOUR PRICE $100 $200 $300/MO
817-633-5517-ARL

### Franquicias

THE UPS STORE: Franchise Own a TOP-RANKED Postal & Business Service TheUPSStore.com 1-877-623-7253

### Dinero para Prestamos


**LOOK**
ATTENTION BUSINESS OWNER! IMPROVE Cash Flow/ Sales, No Debt, Use your Accounts Receivable NCFI 1-800-411-4229 www.nwcfi.com

cuestiones debatibles de hechos que son pertinentes y materiales para las decisiones de la Comisión con respecto a la solicitud. Además, la Comisión solo concederá una audiencia sobre cuestiones que se presenten durante el período de comentarios públicos y no se retiren.

**Una persona que puede estar afectada por contaminantes de emisiones atmosféricas de una planta tiene derecho a solicitar una audiencia. Si se solicita una audiencia de caso impugnado, debe presentar lo siguiente: (1) su nombre (o para un grupo o asociación, un representante oficial), dirección, número de teléfono y número de facsímile si lo tiene; (2) el nombre del solicitante y número de permiso; (3) la declaración "[yo/nosotros] solicito una audiencia de un caso impugnado"; (4) una descripción específica de como se vería adversamente afectado por la solicitud y emisiones atmosféricas de la planta de manera que no es común para el publico en general; (5) la ubicación y distancia de su propiedad con relación a la planta; y (6) una Descripción de como empiea la propiedad la cual puede ser impactada por la planta. Si la petición la hace un grupo o asociación, el miembro o miembros que tienen derecho a solicitar una audiencia y los intereses que el grupo o la asociación busca proteger, también se deben identificar. También puede presentar los ajustes que propone hacer a la solicitud/permiso que pueden satisfacer sus preocupaciones.**

Se dará aviso adicional. Si se registra oportunamente una petición para audiencia, después del cierre de todos los comentarios que aplican y los períodos de petición, el director ejecutivo enviará la solicitud y cualquier petición para una audiencia de caso impugnado a los comisionados de TCEQ para su consideración durante la reunión programada de la Comisión. Si se concede una audiencia, el tema de la audiencia estará limitado a casos debatibles de hecho relacionados a intereses pertinentes y materiales de calidad atmosférica que se hayan presentado durante el período de comentarios. Cuestiones tales como valor de la propiedad, ruido, seguridad de tráfico y zonificación no están dentro de la jurisdicción de la Comisión para abordarse en este proceso judicial.

**LISTA DE CORRESPONDENCIA** Aparte de presentar comentarios públicos, puede solicitar que lo/la incluyan en la lista de correos para recibir en el futuro avisos públicos para esta solicitud específica que envía por correo la Oficina del Funcionario Jefe enviando una petición por escrito a la Oficina del Funcionario Jefe de TCEQ a la dirección a continuación.

**AGENCIA CONTACTOS E INFORMACION** Todos los comentarios del público y las solicitudes deben ser presentadas sea electrónicamente vía http://www14.tceq.texas.gov/epic/eComment/ o por escrito dirigidas a la Comisión de Texas de Calidad Ambiental, Oficial de la Secretaría (Office of Chief Clerk), MC-105, TCEQ, P.O. Box 13087, Austin, Texas 78711-3087. Si se comunica de forma electrónica, tenga en cuenta que cualquier información personal como su nombre, dirección de correo electrónico, número de teléfono y dirección física se convertirá en parte del registro público de la agencia. Para obtener más información acerca de esta solicitud de permiso o el proceso de permisos, llame al Programa de Educación Pública, Línea gratuita al 1-800-687-4040. Si desea información en Español, puede llamar al 1-800-687-4040.

audiencia administrativa de lo contencioso es un procedimiento legal similar a un procedimiento legal civil en un tribunal de distrito del estado.

**PARA PEDIR UNA AUDIENCIA ADMINISTRATIVA DE LO CONTENCIOSO, USTED DEBE INCLUIR EN SU PEDIDO LOS SIGUIENTES DATOS: su nombre; dirección; teléfono; nombre del solicitante y número del permiso; la ubicación y la distancia de su propiedad/actividad con respecto a la instalación; una descripción específica de la forma cómo usted sería afectado adversamente por el sitio de una manera no común al público en general; y la declaración "[Yo/nosotros] solicito/solicitamos un/a audiencia administrativa de lo contencioso". Si presenta por parte de un grupo o asociación el pedido para una audiencia administrativa de lo contencioso, debe identificar el nombre y la dirección de una persona que representa al grupo para recibir correspondencia en el futuro; debe identificar un miembro del grupo que sería afectado adversamente por la planta o la actividad propuesta; debe proveer la información ya indicada anteriormente con respecto a la ubicación del miembro afectado y la distancia de la planta o actividad propuesta; debe explicar como y porqué el miembro sería afectado y como los intereses que el grupo desea proteger son pertinentes al propósito del grupo.**

Después del cierre de los períodos para los pedidos y comentarios, el Director Ejecutivo enviará la solicitud y los pedidos para reconsideración o por una audiencia administrativa de lo contenciosos a los Comisionados de la TCEQ para su consideración en una reunión programada de la Comisión.

La Comisión otorgará solamente un audiencia administrativa de lo contencioso sobre los hechos reales disputados del caso que son pertinentes y esenciales para la decisión de la Comisión sobre la solicitud. Además, la Comisión sólo otorgará una audiencia administrativa de lo contencioso sobre los asuntos que fueron presentados antes del plazo de vencimiento y que no fueron retirados posteriormente.

**LISTA DE CORREO.** Si somete comentarios públicos, un pedido para una audiencia administrativa de lo contencioso o una reconsideración de la decisión del Director Ejecutivo, la Oficina del Secretario Principal enviará por correo los avisos públicos en relación con la solicitud. Ademas, puede pedir que la TCEQ ponga su nombre en una or mas de las listas correos siguientes (1) la lista de correo permanente para recibir los avisos de el solicitante indicado por nombre y número del permiso específico y/o (2) la lista de correo de todas las solicitudes en un condado específico. Si desea que se agrega su nombre en una de las listas designe cual lista(s) y envíe por correo su pedido a la Oficina del Secretario Principal de la TCEQ.

Un mapa electrónico del sitio o de la ubicación general de la instalación para esta aplicación que se proporciona en la parte superior de este aviso. Este enlace a un mapa electrónico del sitio o de la ubicación general de la instalación se proporciona como un público cortesía y no forma parte de la solicitud o aviso. Para la ubicación exacta, consulte aplicación. http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.8463&lng=-97.3686&zoom=13&type=r.

**LISTA PARA ENVIO DE CORREO** Usted puede solicitar ser incluido en una lista de correo para recibirinformación adicional con respecto a esta solicitud. Para ser incluido en una lista de correo, envíe su petición a la oficina del Office of Chief Clerk a la dirección que se encuentra a continuación en el párrafo títulado "Información."

**INFORMACION** Los comentarios públicos se debe presentar a la Oficina del Secretario Principal, MC-105, TCEQ, P.O. Box 13087, Austin, Texas 78711-3087, o por el Internet al www.tceq.texas.gov/about/comments.html. Para mayor información sobre esta solicitud para permiso o el proceso para permisos, por favor llame a la TCEQ sin cobro al Programa de Educación Pública de la TCEQ, al 1-800-687-4040.

Mas información puede ser obtenida de Northwest Pipe Company en la dirección en el primer parráfo o llamando a Sr. Les Lowe, Jefe de Seguridad al (817) 529-8115.

Fecha de Expedición: 30 Enero de 2014

**WORK AT home see Business Personals!**

**The find of a lifetime is our Arts & Collectibles!**

STITCH IN time in our Sewing Machines Section!

**START A NEW PROFESSION Check today's employment sec.!**

STAMPS AND Coins in our Merchandise Section!

Sell your stuff for $9.99 in Merchandise.

**READ THE legal notices in our Legal Section!**

**PICK A pony in our Farm & Ranch Section!**

**Pedal over to Bikes & Toys!**

**NEED NEW Jet Ski's? See water sports equipment.**

**NEED AN iguana? Check out Exotic Pets Section**

**NEED A Handyman? See our service directory!**

NEED A boat? Make waves to Recreational Vehicles!

**Get Childcare in our service directory**

**GET A good deal in Garage Sales**

ADVERTISE YOUR Garage Sale - $14.99 817-332-3333

**FURNISH THE office in Office Equip. Section!**

## Condos/Townhomes/Apt/Duplexes/Venta

76105 -2 bdrm duplex $59,900 rent of $990 monthly agent817.572.2021

## Granjas,Tierras, Haciendas/Venta

**COUNTRY HOME SITES**
14 lots to choose from 1.4 acres each. Gated, underground utilities, S. of Ft Worth, Owner/Broker
**817-366-1106**

**JACK COUNTY**
96 acres of hunting & recreational land, has pond & creek and Oak trees. Huge elevation change, very scenic. $2,850.00 per acre
940-841-3111 Owner

10 ACRES. rolling pasture, located Between Terrell & Rockwall, great place to build a home or have livestock, CR Frontage, community water avail. no mobile homes, $70,000. 601-303-1965

incl. Call Cindee 817-612-4816
shipmanco.com

## Fort Worth/Renta

Summerfields 3-2-2,+ dining $1050.
HC 3-2-2 inground pool $1050.
Hurst 3-2-2 $1275.
NRH 3-1-2 $950.
McNaryCo.com 817-268-0869

1 BDRM dplx, electric pd, $150 wk, 3100 NW 29th 817-986-8607

SUPER HOME

76106 3 bdrm dplx $600. mo, 3100 NW 29th, Sec8 Okay
817-986-8607 or 817-625-2856

Postal & Business Service
TheUPSStore.com/1-877-623-7253

## Dinero para Prestamos

LOOK

**ATTENTION BUSINESS OWNER!**
IMPROVE Cash Flow/ Sales, No Debt, Use your Accounts Receivable NCFI
1-800-411-4229 www.nwcfi.com

**Pedal over to Bikes & Toys!**

**PICK A pony in our Farm & Ranch Section!**

**READ THE legal notices in our Legal Section!**

Sell your stuff for $9.99 in Merchandise.

STAMPS AND Coins in our Merchandise Section!

¿Quien dijo que nada bueno en esta vida es GRATIS?
la estrella encasa
Condado de Tarrant | entretenimiento | deportes | compras semana del 12 al 18 de junio de 2010
COPA DEL MUNDO SUDÁFRICA 2010
Inicia fiesta mundialista
com
Para la información actualizada sobre el torneo consulte la sección Copa Mundial - Sudáfrica 2010 en www.laestrelladigital.com.
Más noticias
OPINIÓN
La periodista mexicana Carmen Aristegui expone una de las aristas clave en el fenómeno del narcotráfico en México: la libre circulación de los miles de millones de dólares sucios
Pág. 2A
LOCALES
La llamada
dual es una realidad
distintos distritos
res del Metroplex,
grama con la
por igual con
inglés y español
mostrado ser
como benéfico
Pág. 2A
GENTE
Varios latinos
grabado temas

# DE LA 1A

## la ★ estrella en casa

## Cumbre

De la 1A

el desarrollo y bienestar de la región.

Entre los temas anunciados los mandatarios abordarían la competitividad económica, y el comercio e inversión como prioritarios, quedando así desplazado el tópico de la seguridad.

En la última década los líderes de América del Norte se han reunido de forma trilateral en seis ocasiones:

En 2005 en Waco, Estados Unidos; 2006 en Cancún, México; en 2007 en Montebello, Canadá; en 2008 en Nueva Orleans, Estados Unidos; 2009, Guadalajara, México y en 2012 en Washington, DC, Estados Unidos.

La comitiva del mandatario de Estados Unidos la integran los secretarios de Comercio, Penny Pritzker y de Seguridad Interior, Jeh Johnson; el embajador de Estados Unidos en México, Earl Anthony Wayne y el representante comercial, Michael Froman.

Además, la asesora de Segu-



Los líderes de Estados Unidos, México y Canadá se reunieron en el Cosmovitral de Toluca, en el marco de la Cumbre de Líderes de América del Norte.

NOTIMEX/CARLOS PEREDA

ridad Nacional, Susan Rice; asistente y subjefe de Personal, Robert Nabors; asesor en Seguridad para Comunicaciones, Benjamín Rhodes; subsecretaria adjunta para el Hemisferio Occidental, Ricardo Zúñiga; asesor especial en Asuntos Económicos Internacionales, Chris Smart y la directora para América del Norte del Consejo de Seguridad.

Obama y Peña Nieto se trasladaron a las oficinas del Palacio de Gobierno para una reunión bilateral privada, para más tarde ampliarla con sus comitivas en el salón Guadalupe Victoria de

Palacio de Gobierno.

En ese encuentro participarían por México los secretarios de Relaciones Exteriores, José Antonio Meade Kuribreña; el de Gobernación, Miguel Ángel Osorio Chong; de Hacienda, Luis Videgaray; de Economía Ildefonso Guajardo; de Turismo, Claudia Ruiz Massieu.

Además, Aurelio Nuño Mayer, jefe de la Oficina de la Presidencia; Eugenio Ímaz, director del CISEN; Francisco Guzmán Ortiz, coordinador de asesores del presidente; Sergio Alcocer, subsecretario para América del Norte y Eduardo Medina Mora, embajador de México en Estados Unidos.

Según lo planeado posteriormente los tres líderes de América del Norte se trasladarían al Cosmovitral Jardín Botánico, a una comida en honor de los invitados.

Se previó asimismo el encuentro bilateral entre Obama y Harper, primer ministro de Canadá y luego tendría lugar un breve encuentro de los líderes de América del Norte con personalidades del sector privado, académico y social.

Enseguida se efectuaría la reunión trilateral de la Cumbre de Líderes de América del Norte en la sede del Tribunal Superior de Justicia del Estado de México.

## Casas

De la 1A







hacer préstamos a personas sin un número de Seguro Social válido", explicó Dora Ramírez, vicepresidente de responsabilidad social de Wells Fargo.

ron parte de la multa pero NeighborhoodLIFT es un programa voluntario de Wells Fargo", aclaró Joe Stroop del departamento de relaciones públicas de

# Casas

De la 1A



GAVIN



RAMÍREZ



RÍOS

medio es de $81,500 al año, por lo que interesados no deben ganar más de $97,800 al año.

El anuncio fue hecho por el alcalde Mike Rawlings, acompañado de John Gavin, presidente regional de Wells Fargo, Gary Wolfe, vicepresidente regional de Neighbor-Works América y Rosa Ríos Valdez, directora ejecutiva de Business & Community Lenders of Texas.

La organización de Ríos Valdez es una institución comunitaria no lucrativa y fue asignada para administrar los $6 millones y

distribuirlos a las 400 familias que califiquen y se registren al programa que se realiza entre el 28 de febrero y el 1 de marzo en el lobby del hotel Dallas Hilton Anatole.

Los interesados deben registrarse en el sitio de internet www.neighborhoodlift.com aunque, según Ríos Valdez, las personas que se presenten sin registrarse previamente también serán atendidas pero tendrán que esperar más.

"Sera más fácil y cómodo si se registran, porque

así sabrán lo que deben traer" dijo Ríos Valdez quien agregó que personas que no tengan acceso al internet pueden acudir a una biblioteca pública cercana para registrarse.

Aunque oficiales de Wells Fargo reconocieron que sólo basta una matrícula consular para abrir una cuenta de cheques o ahorros en su banco, admitieron que los interesados para recibir los $15,000 deben tener un número valido de Seguro Social. Aquellos que pagan sus impuestos usando el

llamado ITIN no califican.

"Esta es una razón más para que los legisladores en Washington aprueben una reforma migratoria", dijo el alcalde Rawlings.

"Como todos nosotros, los inmigrantes trabajan duro para mejorar sus vidas, pagan impuestos y quieren educar a sus hijos, no hay razón que no reciban este tipo de beneficios", agregó el alcalde mientras Gavin, el presidente regional de Wells Fargo concordaba.

"Es un impedimento del gobierno que nos evita

hacer préstamos a personas sin un número de Seguro Social válido", explicó Dora Ramírez, vicepresidente de responsabilidad social de Wells Fargo.

Wells Fargo fue uno de los bancos rescatado con subsidios multimillonarios por la administración del presidente George W. Bush en el 2008 tras la crisis hipotecaria de préstamos de segunda.

También fue uno de cinco bancos multados por el gobierno federal con $25 mil millones por abusos a los consumidores en sus hipotecas.

De esa multa surgió el acuerdo para que Wells Fargo realizara los programas conocidos como Lift, que incluyen UrbanLift y CityLift.

"Otros programas fue-

ron parte de la multa pero NeighborhoodLIFT es un programa voluntario de Wells Fargo", aclaró Joe Stroop del departamento de relaciones públicas de Wells Fargo.

Esta es la segunda vez que Wells Fargo realiza el programa en Texas y la primera vez en Dallas.

"Conseguir el enganche para la compra de una casa es uno de los principales obstáculos que enfrentan las familias, este programa soluciona este problema", agregó Stroop.

Según oficiales de Wells Fargo la institución financiera ha comprometido $190 millones a programas Lift en el país, pero dirigentes del banco indicaron que no hay planes para ofrecer este programa en Fort Worth.

# Dreamers

De la 1A

Candy Marshall, especialista en temas de educación; y Gabriela Pacheco, lideresa nacional del movimiento Dreamers.

El objetivo es ofrecer ayuda a estudiantes que por su situación migratoria no sean candidatos para solicitar ayuda financiera federal para cubrir su educación universitaria.

De acuerdo a la información, pueden solicitar esta beca los jóvenes que sean elegibles, hayan solicitado o recibido el beneficio del programa DACA; además deberán demostrar necesidad económica y excelencia académica.

El informe detalla que la beca cubrirá la colegiatura de progra-

fondos. Su meta es apoyar a 1,000 estudiantes y, en el mediano plazo, becar a 2,000 en total.

Marco Malagón, cofundador del North Texas Dream Team, originario de Guanajuato, llegó a los Estados Unidos a los 14 años de edad; ahora de 32, dijo que esta beca es algo similar a lo que ya hay en Texas, sin embargo, "es genial que alguien esté preocupándose por estos estudiantes, que no nada más se les dé un permiso de trabajo sino también más acceso a la educación superior, pues ahora ya tenemos bastantes Dreamers que ya son parte del DACA y son maestros y están ejerciendo su profesión y esto nos da guía para promover la educación de la comunidad hispana, que es nuestra meta".

Agregó Malagón que los números de estudiantes en el Norte

parte por el aspecto económico pues es costoso, pues además de pagar los trámites está también la contratación de un abogado y no todos actúan honestamente".

Malagón dijo que los primeros en solicitar el beneficio fueron los que tuvieron la necesidad de trabajar, y ahora quienes acceden al DACA son aquellos de secundaria que no está dentro de sus prioridades el laborar en este momento, pues no tienen la necesidad de trabajar para mantener familias.

Diana Flores miembro del Buró de los Colegios Comunitarios de Dallas, opinó que "esos jóvenes que estaban sin documentos, al obtener el DACA tienen el reto de lograr su educación, muchas veces sin tener los fondos necesarios", por eso, dijo, es bueno que ha ocurrido, pues son necesarios esos fondos.



ESPECIAL LA ESTRELLA EN CASA/LUIS ÁNGEL GALVÁN

Diana Flores, de Colegios Comunitarios de Dallas, celebró los fondos de becas.

ran ser elegibles para estas becas, respondió que "no existe un registro pero se documenta cada caso que se atiende".

Gabriela Pacheco no respondió a llamadas telefónicas ni co-

York, Texas, Washington DC y una opción educativa en línea.

Las becas están disponibles en este momento sólo para estudiar en las instituciones con las que TheDream.US tiene un

migratoria no sean candidatos para solicitar ayuda financiera federal para cubrir su educación universitaria.

De acuerdo a la información, pueden solicitar esta beca los jóvenes que sean elegibles, hayan solicitado o recibido el beneficio del programa DACA; además deberán demostrar necesidad económica y excelencia académica.

El informe detalla que la beca cubrirá la colegiatura de programas de educación superior, tanto de manera presencial como en línea. TheDream.US cuenta con un capital inicial de $25 millones de dólares y seguirá recaudando

cupándose por estos estudiantes, que no había más se les otorgue permiso de trabajo sino también más acceso a la educación superior, pues ahora ya tenemos bastantes Dreamers que ya son parte del DACA y son maestros y están ejerciendo su profesión y esto nos da guía para promover la educación de la comunidad hispana, que es nuestra meta".

Agregó Malagón que los números de estudiantes en el Norte de Texas que se han beneficiados por el DACA no son muy favorables, "nos hemos dado cuenta que muchos de ellos no han solicitado ese beneficio en

en este momento, pues no tienen la necesidad de trabajar para mantener familias.

Diana Flores miembro del Buró de los Colegios Comunitarios de Dallas, opinó que "esos jóvenes que estaban sin documentos, al obtener el DACA tienen el reto de lograr su educación, muchas veces sin tener los fondos necesarios", por eso, dijo, es bueno que esto haya ocurrido, pues son necesarios esos fondos.

Se consultó al vocero del consulado de México en Dallas, Vladimir CastilloLedón, sobre si esa dependencia tiene un registro de los mexicanos que pudie-



ESPECIAL LA ESTRELLA EN CASA/LUIS ÁNGEL GALVÁN
Diana Flores, de Colegios Comunitarios de Dallas, celebró los fondos de becas.

ran ser elegibles para estas becas, respondió que "no existe un registro pero se documenta cada caso que se atiende".

Gabriela Pacheco no respondió a llamadas telefónicas ni correos electrónicos.

Actualmente TheDream.Us tiene acuerdos con 12 universidades y colegios comunitarios en California, Florida, Nueva

York, Texas, Washington DC y una opción nacional en línea.

Las becas están disponibles en este momento sólo para estudiar en las instituciones con las que TheDream.US tiene un acuerdo. En su primera etapa, la fecha límite para solicitar estas becas es el 31 de marzo de 2014.

Para mayor información, acudir al sitio www.thedream.us.

---

## Feliz

De la 1A

rie Mundial, sólo para dejar anotar la carrera que empató el encuentro en la novena entrada.

Los Cardinals ganaron el Juego 6 en entradas extra, y luego se quedaron con la Serie Mundial la noche siguiente.

"Eso es algo que sucedió en el pasado y yo vivo en el presente", dijo Feliz. "Espero hacer mi mejor trabajo en el futuro".

Feliz espera que ese trabajo sea como cerrador. Él es el principal candidato para recuperar su puesto anterior después de un fallido intento de convertirse en un abridor.

Feliz llega a los entrenamientos de primavera motivado, decidido y, como dijo el mánager del equipo Ron Washington, en la mejor condición física de su carrera. Han sido dos temporadas tumultuosas para Feliz desde el angustioso final de la Serie Mundial.

Él llegó al campamento en 2012 como miembro de la rotación de abridores, pero fue titular sólo en siete encuentros antes de aterrizar en la lista de lesionados a mediados de mayo con una inflamación

en el codo derecho, que finalmente llevó a una cirugía reconstructiva de su codo –conocida como Tommy John– el 1 de agosto.

Para recuperarse de una cirugía Tommy John se necesita una tarea de ejercicios repetitivos y rutinas, pero Feliz lo aceptó plenamente. Regresó a las Grandes Ligas el pasado septiembre con seis salidas sin permitir anotaciones, e hizo 10 apariciones en la Liga Invernal Dominicana con Los Toros del Este.

Feliz dijo que llegó a una velocidad de 97-98 millas por hora (mph) en el invierno, y agregó: "Más está por venir".

"Le encanta el juego", dijo el gerente general Jon Daniels. "No haces el trabajo que él hizo este invierno si no estás motivado".

Dicho esto, los Rangers no van a darle simplemente a Feliz el papel de cerrador. El lanzador tendrá que ganárselo esta primavera.

Joakim Soria es un candidato legítimo para ese puesto. Él fue dos veces un cerrador "All-Star" con los Royals y se ha recuperado también completamente de una cirugía Tommy John.

Tanner Scheppers también se convirtió en un revista confiable la temporada pasada y es otro brazo de potencia en el bullpen.

"Me gustaría tener la oportunidad de cerrar", dijo Scheppers. "A cualquier jugador le gustaría esa oportunidad. Hay algunos chicos aquí que lo han hecho por más tiempo, así que la oportunidad está en sus manos. Mi actitud es ayudar al equipo de cualquier forma como pueda".

## A TODAS LAS PERSONAS Y PARTES INTERESADAS:

Eagle Mountain Power Company LLC ha solicitado a la Comisión de Calidad Ambiental de Texas (TCEQ) para autorizar permiso Núm. 117026 del Estado para Calidad Atmosférica y para autorizar Permiso Núm. PSDTX1390 de Calidad Atmosférica para Prevención de Deterioro Significativo y para autorizar un Permiso de Calidad de Aire de "Non-attainment" Núm. N194, que autoriza de la Eagle Mountain Steam Electric Station en 10029 Morris Dido Newark Road, Fort Worth, condado Tarrant, Texas 76179. En la sección de avisos públicos de este periódico se encuentra información adicional de esta solicitud.

El **Heraldo** de la Ciencia Cristiana

¿Se siente usted apreciado?

[Do you feel appreciated?]

La Bonita 106.7 FM todos los domingos de 7:30 a 8:00 am

www.elheraldocc.com
214-447-9679 • 817-259-1647

TCEQ-OFFICE OF THE CHIEF CLERK

Applicant Name: <u>Eagle Mountain Power</u>
<u>Company LLC</u>

MC-105   Attn: Notice Team
P.O. BOX 13087
AUSTIN, TX 78711-3087

Permit No.: <u>WQ0005122000</u>
Notice of Intent to Obtain Permit

## PUBLISHER'S AFFIDAVIT
## FOR WATER QUALITY PERMITS

STATE OF TEXAS§
COUNTY OF ___Tarrant___     §

Before me, the undersigned authority, on this day personally appeared

___Christine Lopez___ who being by me duly sworn, deposes
*(name of person representing newspaper)*

and says that **(s)**he is the___ legal rep ___
*(title of person representing newspaper)*

of the ___FtWorth Star Telegram___ that this newspaper is a newspaper of
*(name of newspaper)*

largest circulation in ___tarrant; johnson, Hood, wise & parker___ County, Texas or is
*(name of county)*

a newspaper of general circulation in ___FtWorth; tarrant___,
*(name of municipality)*

Texas; and that the enclosed notice was published in said newspaper on the following date**(s)**:
___Sat May 31, 2014___

___Lopez___
*(newspaper representative's signature)*

Subscribed and sworn to before me this the ___4___ day of ___June___,

20_____.

DEBRA W. MORRIS
Notary Public
STATE OF TEXAS
My Comm. Exp. March 2, 2016

___Debra W Morris___
Notary Public in and for the State of Texas

___Debra W. Morris___
Print or Type Name of Notary Public

My Commission Expires ___03-02-2016___

WK2214    27F

Produced by Classified Advertising

Garage Sales    Garage Sales    Garage Sales    Garage Sales



ZIP Code Map

www.star-telegram.com

**PUBLIC NOTICES**

## Legal Notices

person, firm, or corporation violating any provision of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined in accordance with Article 1, "General Provisions," Section 1-12 of the Code of Ordinances. Each day of violation shall be deemed a separate offense and shall be punishable as such.

PRESENTED AND PASSED ON FIRST AND FINAL READING at a regular meeting of the Euless City Council on May 27, 2014 by a vote of 7 ayes, 0 nays, and 0 abstentions.

APPROVED:
/s/ Mayor Linda Martin, Mayor

ATTEST:
/s/ Kim Sutter, TRMC, City Secretary

APPROVED AS TO FORM:
/s/ Wayne K. Olson, City Attorney

CITY OF EULESS
ORDINANCE NO. 2031
AN ORDINANCE OF THE CITY OF EULESS, TEXAS, FOR THE ISSUANCE OF A SPECIFIC USE PERMIT ON OAKWOOD TERRACE AND A426, AND BLOCK LOTS A41R AND A42, 407 W. EULESS BOULEVARD FOR AUTOMOTIVE REPAIR AND TIRE SHOP; PROVIDING SEVERABILITY CLAUSE; PROVIDING A PENALTY FOR VIOLATIONS; PROVIDING FOR A SAVINGS CLAUSE; PROVIDING FOR PUBLICATION IN THE OFFICIAL NEWSPAPER; AND PROVIDING AN EFFECTIVE DATE. This ordinance shall take effect immediately from and after its passage and publication, as provided by the Euless City Charter and the laws of the State of Texas.

PENALTY FOR VIOLATION. Any person, firm, or corporation violating any provision of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined in accordance with Article 1, "General Provisions," Section 1-12 of the Code of Ordinances. Each day of violation shall be deemed a separate offense and shall be punishable as such.

PRESENTED AND PASSED ON FIRST AND FINAL READING at a regular meeting of the Euless City Council on May 27, 2014 by a vote of 7 ayes, 0 nays, and 0 abstentions.

APPROVED:
/s/ Mayor Linda Martin, Mayor

ATTEST:
/s/ Kim Sutter, TRMC, City Secretary

APPROVED AS TO FORM:
/s/ Wayne K. Olson, City Attorney

NO. 2013-PR002957-1
IN THE ESTATE OF DARELL GENE SNIDER IN THE PROBATE COURT NO. 1 TARRANT COUNTY, TEXAS NOTICE TO CREDITORS

Notice is hereby given that original Letters of Testamentary for the Estate of Darell Gene Snider…

## Legal Notices

NOTICE OF RECEIPT OF APPLICATION AND INTENT TO OBTAIN WATER QUALITY PERMIT PRODUCTION NO. WQ0005120000

APPLICATION. Eagle Mountain Street, Suite 136, Dallas, Texas 75201, has applied to the Texas Commission on Environmental Quality (TCEQ) for a Texas Pollutant Discharge Elimination System (TPDES) Permit No. WQ0135321000 (EPA I.D. No. TX0135321) to authorize the discharge of treated wastewater at a volume not to exceed a daily average flow of 240,000 gallons per day. The facility is located at 10029 Morris Dido Newark Road, Fort Worth in Tarrant County, Texas 76179. The draft permit is from the plant site directly to Eagle Mountain Reservoir. TCEQ received this application on July 10, 2014. The permit application is available for viewing and copying at Tarrant County Courthouse, County Clerk's office, 100 E. Weatherford Street, Fort Worth, Texas. This link to an electronic map of the site or the facility's location is provided as a public courtesy and not part of the application. For the exact location, refer to…

http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.9&lng=97.479166&zoom=13&type=r

ADDITIONAL NOTICE. TCEQ's Executive Director has determined the application is administratively complete and will conduct a technical review of the application. After technical review of the application is complete, the Executive Director may prepare a draft permit and will issue a preliminary decision on the application. Notice of the Application and Preliminary Decision will be published and mailed to those who are on the mailing list for this application. That notice will contain the deadline for submitting public comments.

MEETING. You may submit public comments or request a public meeting on this application. The purpose of a public meeting is to provide the opportunity to submit comments or to ask questions about the application. Generally, TCEQ will hold a public meeting if the Executive Director determines that there is a significant degree of public interest in the application or if requested by a local legislator. A public meeting is not a…

## Legal Notices

the member would be affected; and explain how the interests the group would be relevant to the group's purpose. Following the close of all applicable comment periods, the Executive Director will forward the application and any requests for reconsideration or for a contested case hearing to the TCEQ commissioners for their consideration at a scheduled Commission meeting.

The Commission will only grant a contested case hearing on disputed issues of fact that are relevant and material to the Commission's decision on the application. Further, the Commission will only grant a hearing on issues that were raised in timely filed comments that were not subsequently withdrawn.

If certain criteria are met, TCEQ will start the application process over and request to be placed on: (1) the permanent mailing list for a specific applicant name and permit number; and/or (2) the mailing list for a specific county. If you wish to be placed on the mailing list, clearly specify which list(s) and send your request to TCEQ Office of the Chief Clerk at the address below.

AGENCY CONTACTS AND INFORMATION. All written public comments and requests for a meeting must be submitted to the Office of the Chief Clerk, MC 105, TCEQ, P.O. Box 13087, Austin, TX 78711-3087 or electronically at www.tceq.texas.gov/about/comments.html. If you need more information about this permit application or the permitting process, please call TCEQ Public Education Program at 1-800-687-4040. General information can also be obtained at our web site at www.tceq.texas.gov. Si desea información en Español, puede llamar al 1-800-687-4040. Further information may also be obtained from Eagle Mountain Power Company LLC at the address stated above or by calling Mr. Gary Spicer, Water Quality and Solid Waste Manager at Generation Company LLC, at (214) 875-8299.

Issuance Date: May 5, 2014

NOTICE OF RECEIPT OF APPLICATION AND INTENT TO OBTAIN WATER QUALITY PERMIT PERMIT NO. WQ0015025001

APPLICATION. Texas H2O, Inc., 2401 Calerizo Street, Suite 105, Houston, Texas 77021, has applied to the Texas Commission on Environmental Quality (TCEQ) to renew TPDES Permit No. WQ0015025001 (EPA I.D. No. TX0104833) to authorize the…

## Legal Notices

note the group's representative for each group as a non-spondence; identify an individual member of the group who would be available to be contacted by the meeting is to provide the public opportunity to submit comments or to ask questions about the application. Generally, TCEQ will hold a public meeting if the Executive Director determines that there is a significant degree of public interest in the application or if requested by a local legislator. A public meeting is not a contested case hearing.

FORMATION. All written public comments and requests must be received by the Office of the Chief Clerk, MC 105, TCEQ, P.O. Box 13087, Austin, TX 78711-3087 electronically at www.tceq.texas.gov/about/comments.html. If you need more information about this permit application or about this permit application or the permitting process, please call TCEQ Public Education Program, Toll Free, at 1-800-687-

# Home & Business Services

## Advertise Here 817-332-3333

---

**A/C & Heating**

METRO AIR & HEAT
**FREE**
SERVICE CALL w/repair
24HOUR/7-DAY SERVICE
Fast Reliable O.C.Lic.TACLB027231E
TACLB027231E. O.C.ROOM!
**817-222-2630**

A/C  SERVICE R22  625/lb. E/W.
5/Ah. TACLB00352GC. 817-988-2199
AIR WORKS By Sonny. Rpr.Instl.
same rate 817-274-9680 /0170017E

ELITE A-cHEAT Best. Inexp.
Honest L#44402E 817-319-0659

**Appliance Repair**

Maytag GE Whirlpool Most brands
fixed same day. 817-905-2100

KENMORE WHIRLPOOL wash/dryers
Buy ~ Sell ~ Repair  817-860-1852

**Asphalt • Paving**

CALL BRAZOS Paving. Big or small.
we do it all! Lic. bond'd. Free est.
Asphalt & Concrete. 817-572-9721

---

**Buildings**

GRAYSHAW CONSTRUCTION Cust.
36x36x10, slab & walk door $13,000
817-556-0255 www.grayshaw.com

ALL WOOD~All Size on Site. 10x12x8
QUALITY SHEDS built on site
sheddayfinemen.com 469/671/453

**Carpentry**

DOORS, MOLDING, Carpentry, rea-
sonable, 25+ years. 817-789-9762

Carpentry Services. Frame, trim,
windows etc. 817-280-1625

CUSTOM CROWN Applications &
More. Call Robert 817-291-0720

**Carpet**

CARPET CLEANED 3rms $59.Istl/grt
str/crap. Truck mount 817-585-0598

CARPET REPAIR & Re-Stretching
Over 35yr exp. Call 817-641-7886

CARPET PATCH Repairs clean
install 25 yrs. exp.  817-903-2101

---

**Decks/Patio Covers**

CUSTOM DECKS, Patio Covers &
Room Additions. Bill 817-909-1761

**Doors**

GARAGE DOOR REPAIR 24/7
**817-545-2256**

**Electrical Contractors**

MH CITIES ELECTRICAL
No JOB too small 817-734-4144
Accept VMCA/AMEX. TCEL#20945

C/W. ELECTRIC SERVICE Best Rates
in Town TECL 26258. 817-789-1054

ANYTIME ELECTRIC. For all your
Electrical Needs 682-230-3237

2 CEILING Fans installed for $99.
Exclusions Apply (817) 320-9721

**Fences**

HONEST FENCING! Inexpensive
Installation repairs ~ or just/posts
also. 682-597-1031. 817-572-5534.

BRADHAM FENCE Beautiful Hand
Built Fences. Great Prices. Free Est.

---

**Hauling**

FREE   ROCKS  u  must  load
coys@skihi.com 817-733-2222

CHEAP HAUL. Offs, 12yr. O.P.
Anything. Scott. 817-789-7839

AFFORDABLE HAULING yard, garage
cleanup, tree. do it all 817-902-8647

HAULING & clean-up, Demo, comm,
resd, rental, etc (817) 586-6749

JUNK&TRASH Removal homes, stor-
age, garages, appls, etc 817-846-2253

**Home Repairs**

1 CALL Fix all kitchens, baths, floors,
tile/laminate & paint 817-521-4954

**Foundation Repair**

FOUNDATION REPAIR lifetime
warranty (817)917-6783

JNS CONSTRUCTION, Foundation
Repair, French Drains 817/455.3898

LOW COST foundation repair Pier/
Beam Slab Life warr. 817-479-3201

**Landscaping**

---

**Plumbing**

Leak Snoopers Plumbing M18603
Repairs, sewer video inspections.
slab leak detection, clogged drains,
slab leak & sewer line. 0845 replaced.
gas, 817-572-6772 Visa/MC

ANDERSON PLUMBING
**$40 DRAIN**
CLEAN-OUTS. 5M. REPAIRS
Master #8763.......... 817-838-0353

EXPERIENCED    AFFORDABLE
plumbing repair  free estimate on
all your plumbing remodels 817-292-
7596. visa/MC
M-11490

AFFORDABLE REMODELING, very
best rates 34yrs exp. 817-313-0118

K-SOUL PLUMBING.31 yrs exp
817-745-8351 Visa/MC

24 HOUR Service 5V/Military Dis-
count/Lic free est. 817-615-0866,
AZ. Sm. Dec. 817/710-9662

---

**Tile Service**

Tile, Stone & Granite,
Insured, showers/tubs &
repairs 817.999.7765

COMPLETE TILE Service, Showers,
Floors & Backsplash (817) 789-6598

TILE MAN Free bids & Low prices!
Guaranteed work! 817.953.0860

**Tractor Service**

TRACTOR MOWING ~ CALL US!!!
Lots or Acres!       817-991-2779

**Tree Service**

A-TREE Surgeon. Trim, removals,
Bulldozing. Root cleaning. 27 yrs
exp., tree risk. Lic/ins. Board certified
expert. Make light for grass growth.
Insured. Tree treatments, 5yr. disc.
Free estimates. (817) 428-0781

ADVANCED TREE Care Over 20 years
of exp. Lic. & Insured conditions. We
know trees. 817-847-4282

817-457-5398 SEN, Disc./Free Est.
PERFECT TREE SERV - Winter Disc.

---

**Legal Notices**

Estate of Darroll Gene Beck, De-
ceased, were issued on January 13,
2014, in Cause No. 2013-PR02954-1
in the Probate Court No.1 of Tarrant
County, Texas, to: Martha Sue
Deeds.

All persons having claims against
this Estate which is currently being
administered are required to pre-
sent them to the undersigned
within the time and in the manner
prescribed by law.

c/o Tom D Jester, Jr.
Attorney at Law
502 W. Oak Street, Suite 200
P.O. Box 280
Denton, Texas 76202
DATE the 28th day of May, 2014
Respectfully submitted
MINOR & JESTER, P.C.

Tom D Jester, Jr.
TX Bar No. 10656000
TX State Bar No. 24065400
Jill E Jester
TX Bar No. 24074490
Sarah Hoffman
TX Bar No. 24075346
Marga Kimble Davis
TX Bar No. 24087438

STORAGE UNITS to be sold pursuant
to Chapter 59 of the Texas Property
Code. the Property is being held to
satisfy   a   landlord's   lien on
Wednesday, June 11, 2014 at 1:00
PM. Arlington Storage, 1275 W. Harris
Rd. Arlington, TX 76001 the following
Inventory of units to be sold:
Household Items:
Robin Robertson
Dreajhus Sanders
Silvia Mobley
Laura Ramirez

---

a contested case hearing, the
Executive Director's decision on
the application, will be mailed
to everyone who submitted
timely comments from this
list for this application. If
comments are received, the
mailing will also provide in-
structions for requesting re-
consideration of the Executive
Director's decision and for re-
questing a contested case
hearing. A contested case hearing
is a legal proceeding similar to a
civil trial in state district court.

**TO REQUEST A CONTESTED
CASE HEARING, YOU MUST
INCLUDE THE FOLLOWING
ITEMS IN YOUR REQUEST:** your
name, address, phone number;
applicant's name and permit
number; the location and
distance of your property/ac-
tivity from the facility; a
description of how you would
be adversely affected by the
facility in a way not common to
the general public; and, the
statement "[I/we] request a
contested case hearing." If the
request is made on behalf of a
group or association, the request
must identify one person by
name, address, phone number,
applicant's name and permit
number; the location and
distance from the facility or
activity; explain how and why

---

No. TX0104833) to authorize the
construction of a wastewater
treatment facility at a volume
not to exceed a daily
average flow of 60,000 gallons
per day. The domestic wastewater
treatment facility is located
1,700 feet northwest of the inter-
section of Hood County Road 311-A
and County Road 311-B, 4.5 miles
southeast of Hood County Road 311-A
in Hood County, Texas 76048. The
discharge route is from the plant
site to Gunny Branch. then to
Brazos River. TCEQ re-
ceived this application on April 28,
2014. The permit application is
available for viewing and copying
at Hood County Courthouse,100
East Pearl Street, Granbury, Texas.
This link to an electronic map of
the site and general location is
provided as a public courtesy and
not part of the application or notice.
For exact location, refer to appli-
cation.

http://www.tceq.texas.gov/assets/
public/hb610/index.html?lat=32.38722&lng=-
97.71444&zoom=13&type=r

**ADDITIONAL NOTICE.** TCEQ's
Executive Director has determined
the application is administratively
complete and will conduct a tech-
nical review of the application.
After technical review of the
application is complete, the Exec-
utive Director may prepare a draft
permit and will issue a preliminary
decision on the application. Notice
of the Application and Prelimi-
nary Decision will be published
and mailed to those who are on
the county-wide mailing list and
to those who are on the mailing
list for this application. That
notice will contain the deadline
for submitting public comments.

**PUBLIC COMMENT / PUBLIC**

---

A public meeting is not a contested
case hearing.

**OPPORTUNITY FOR A CON-
TESTED CASE HEARING.** After
the deadline for submitting public
comments, the Executive Director
will consider all timely comments
and prepare a response to all
relevant and material or significant
public comments. Unless the
application is directly referred for
a contested case hearing, the
response to comments and the
Executive Director's decision on
the application, will be mailed
to everyone who submitted
public comments and to those
persons who are on the mailing
list for this application.

If comments are received, the
mailing will also provide in-
structions for requesting re-
consideration of the Executive
Director's decision and/or for
requesting a contested case
hearing. A contested case hearing
is a legal proceeding similar to a
civil trial in state district court.

**TO REQUEST A CONTESTED
CASE HEARING, YOU MUST
INCLUDE THE FOLLOWING
ITEMS IN YOUR REQUEST:** your
name, address, phone number;
applicant's name and permit
number; the location and
distance of your property/ac-
tivity from the facility; a
description of how you would
be adversely affected by the
facility in a way not common to
the general public; and, the
statement "[I/we] request a
contested case hearing." If the
request is made on behalf of a group
or association, the request must desig-

---

and explain how the interests
the group seeks to protect are
relevant to this application.
Following the close of all applica-
ble comment and request periods, the
Executive Director will forward the
application and any requests for
reconsideration or for a contested
case hearing to the TCEQ Com-
missioners for their consideration
at a scheduled Commission meet-
ing.

ON NOTICE OF PUBLIC HEARING
The Commission may grant a
contested case hearing on the
issues of fact that are relevant and
material to the Commission's de-
cision on the application. If
the Commission will only grant
hearing on issues that were raised
the comments that were raised
not subsequently withdrawn.

If a hearing is granted, the
subject of a hearing will be
limited to disputed issues of
fact or mixed questions of fact
and law relating to relevant and
material water quality con-
cerns submitted during the
comment period. IRS expressly
referred for hearing is not a
hearing, to provide an
opportunity for a **contested**
case hearing if **certain**

---

4040.  Si  desea  información  en
Español, puede llamar al 1-800-687-
4040. General information about
the TCEQ can be found at our web site
at www.tceq.texas.gov.

Further information may also be
obtained from City of Fort Worth's
address stated above, or by calling
Wallace Harbin at 817-366-6313.
Issuance Date: May 16, 2014

-----

**STITCH in Time in our Sewing
Machines Section!**

**Work@Home see
Business Opportunities
www.star-telegram.com
/careerbuilder**

-----

The total FY 2015 Proposed budget
is $62,125,285.00 to be divided
5862-125,285 to divide the Fort
Worth Crime Control and Preven-
tion District. Board of Directors will
hold a meeting to discuss the
FY 2015 Proposed Crime Control
and Prevention District budget. The
hearing will be conducted in the
City Council Chambers or other
Fort Worth City Hall,1000 Throckmorton
Street, Fort Worth Texas 76102 at
7:00 p.m.

**FREE**
SERVICE CALL w/repair
24HOUR/7-DAY SERVICE
Fast Service - Low Prices!
TALK TO A/C TECH NOW!
817-222-2630

A/C SERVICE R22 $25/lb #1W/ S.Arl. TFACLB003562L 817-988-2199

AIR WORKS By Scott fair honest24-7 same rate 817-723-8680 #017017E

ELITE A-C-HEAT Best, lowest price, Honest L444428 817-319-0659

**Appliance Repair**

Maytag GE Whirlpool Most brands fixed same day. 817-905-2100

KENMORE WHIRLPOOL wash/dryers Buy - Sell - Repair  817-860-1852

**Asphalt - Paving**

CALL BRAZOS Paving. Big or small, we do it all! Local driveways, etc. Est 1994-Asphalt. 817-757-7507

**Brick, Stone, Masonry**

KEN'S BRICK REPAIR All types of repairs, Mortar match-ing, Same Day Service All work guaranteed! - 682-472-8211

KEN'S BRICK REPAIR All types of repairs, Mortar match-ing, Same Day Service All work guaranteed! - 682-472-8211

SPRING SPECIALS - CALL TODAY (817) 703-5296 Free estimates. DFWPREFERREDLANSCAPE.COM

AM JIMASONRY.COM BRICK/STONE REPAIR 682-558-4086

ALL TYPE Stonework, Ret Walls, patio etc Free est. 817-398-0898.

* BRICK * BLOCK * STONE * Build or Repair, 817-535-8545, 998-0655

**Building/Remodeling**

TOP LINE REMODELING. Additions, Remodels etc. Quality work. Free. 35+ yrs. Ref avail. 817-688-6683

ALL PHASES Remodel/repair 817-455-1382 Home/Office/Rental 817-455-1382

REMODEL KITCHEN, bath, drywall, texture, tile, granite. 817-938-2371

RESIDENT & Comm'l All phases 817-703-3545  www.landsmarkhomes.co

ALL PHASES Remodel/repairs; 29yrs exp. Free Est.A= BBB 817-600-8250

VICTOR SANCHEZ Roofing, Remodel & countertops. CC's ok 817-602-3529

**Buildings**

30X40X10 Metal Bldg 1 walk door & slab $17,800 frm'd installed & material sm business 817-773-7249 www.mdmetalbuildings.com 817-295-6022

30X40X10 1-WALK door, slab, labor 13900.00 K8 Metal 817-757-0304.

Room Additions, Bill 817-909-1761.

**Doors**

GARAGE DOOR REPAIR 24/7
817-545-2256

**Electrical Contractors**

MID-CITIES ELECTRICAL No JOB too SMALL (817) 268-4144 Accept V/MC/AmEx TECL#20965

G.W. ELECTRIC SERVICE Best Rates In Town TECL 26258. 817-789-1094

ANYTIME ELECTRIC For all of your Electrical Needs 682-230-3237

2 CEILING Fans installed for $99. Exclusions Apply (817) 320-9721

**Fences**

HONEST FENCING! Inexpensive installation repairs or just posts also. 682-597-1031. 817-577-3534.

BRADHAM FENCE Beautiful Hand Made Fences at Reasonable Prices Sr disc. no $ up front 817-925-3220

WOOD FENCES built & repaired, low prices! Call Nick 817-5287648

FENCES-4-LESS *Spring Specials* 817-726-1430

ALL TYPES Install & repair Low prices 35 yrs exp Free est 817-444-4461

Ag W Fencing - Best Job! Best Price! Free Est All Mr.CCs! 817-319-4242

INSTALL WOOD laminate, eng.wood, Refers work quad deal 469-774-2198

**Gutters**

GENESIS GUTTERS Home repairs painting/carpentry (817) 658-3310

WILSONS GUTTER SERVICE 42 yrs exp. Free est 817-237-5950

**Handyman**

ARLINGTON HANDYMAN Carpentry • Painting - Home Repair Small Jobs Welcome 817-385-1253

FOR ALL Your Home Improvement Needs. Reasonable, dep'd & reliable One call does it all! 817-291-0778

FOR YOUR handyman needs. Fencing etc. Free estimates 817-917-4249

HANDYMAN SERVICES - 40 yrs exp Floors to Roofs Call, 817-919-3416

HIRE EXPERT! Irang work, remodel Patri. Job info 817-903-2839 Juan

**Hauling**

CHEAP HAUL OFFS, | Pick Up Anything, Scott, 817-789-7039

AFFORDABLE HAULING yard clean up clean-up, tree do it all 817-902-8647

HAULING & clean-up, Demo, comm, resid, rental, etc. (817) 586-6749

JUNK&TRASH Removal homes, stor-age, garages, appls, etc 817-846-2255

**Home Repairs**

1 CALL Fix all! Kitchens, baths, floors, tile/laminate & paint. 817-521-4954

**Foundation Repair**

FOUNDATION REPAIR lifetime warranty (817)917-4783

JNS CONSTRUCTION. Foundation Repair, French Drains 817-455-3898

LOW COST foundation repair. Pier/beams. We start later. 817-479-3201.

**Landscaping**

NELSON PRO - Ret walls renovation B.B. Work yard cleanup/bush/tree! See us on facebook 817-657-4929

ACCENT GARDENING 817-925-4533 Keeps flower beds looking great!

**Moving**

ReliableMoversTX.com Bonded & insured 817-451-0671

ALLSTOP MOVERS Affordable Rates 817 319-9905

WWW.ALLSTARMOVERSDFW.COM FREE Estimates 817-589-1424

**Painting**

INT/EXT PAINTING Tape, Bed, Texture, Minor Repairs, Free Est. Work Guaranteed 817-739-3663

CALL CHARLES, 40yrs exp. A+ BBB, best job, best price. Free Est. Call: 817-691-7539. Thank You.

PATCH PERFECT Painting sheetrock/wood repair. Free est! 817-673-0778

INT/EXT  PAINTING  817-821-6377 40yrs exp. bobbymcwilliams.com

CHRISTIAN PAINTER/SHEETROCK Refs/dep/est Juan 817-986-2868

TEXTURE, PAINT, drywall repair & popcorn removal 817-909-6703

HAYWOOD PAINTING References, Free Estimates 817-454-6489

slab leak detection, clogged drains, gas, water & sewer lines replaced. 817-572-6772 Visa/MC

**540 DRAIN**
**ANDERSON PLUMBING**
CLEAR DRAINS, SEWER REPAIRS
Master #M7911. 817-838-0353

EXPERIENCED AFFORDABLE plumbing repair free estimate on major repairs remodels 817-292-1706 Visa/MC M-11490

Lonnie Bravo Plumbing: repairs, sewer, b/hrm remdl. BBB Accredited Business #M38813 817-715-6747

AFFORDABLE REMODELING, very best rates 34yrs.exp 817-323-0118

COGDILL PLUMBING 31 yrs exp M-37136 817-307-4234

24 HOUR Service Sr/Military Dis-counts. Free est. 817-455-0866.

AZ PHONE pricing, free est, aff. $$, Sen. Disc. 817-710-9682

**Retaining Walls**

SPRING SPECIALS - CALL TODAY (817) 703-5296 Free estimates. DFWPREFERREDLANSCAPE.COM

**Roofing**

**PATRICKSROOFING.COM**
A+ BBB rating Voted Area's Best Free Estimates - 817-528-2749

CALL CHARLES, 40yrs exp. A+ BBB, best job, best price. Free Est. Call: 817-691-7539. Thank You.

ROOFING Repair, fence, paintwrk, Free est, Call Ryan 817-689-4774

FLAT ROOFS-SHINGLE & leak repairs A+BBB free est (817) 688-6940

ROOFING SPECIALS!
Credit cards accepted 817-884-0558

CORBIN ROOFING Repairs/ reroofs Best prices! 50 yrs 817-719-2101

CONSTRUCTION We do it all 45 yrs exp Ins claims. 817-851-8472

**Siding**

SIDING MEISTER Exterior siding/windows 25 Years in business 817-692-0817

**Sprinkler Systems**

SPRING SPECIALS - CALL TODAY (817) 703-5296 Free estimates. DFWPREFERREDLANSCAPE.COM

OFF DUTY FIREMAN $60 Spring off sprinkler check-up Credit/debit cards ok lic#13057 817-713-5125

OFF DUTY FIREMAN 10% Senior Discount. Lic#8522......817-823-4483

RC IRRIGATION no job too small no job too large. 903-388-3652

SPRINKLERS INSTALL & Repairs Free Ests. 817-995-6275 lic. 19256

repairs 817-999-7765

COMPLETE TILE Service, Showers, Floors & Backsplash (817) 789-8598

TILE MAN Free bids & low prices! Guaranteed work! 817-915.0860

**Tractor Service**

TRACTOR MOWING . CALL US!! Lots or Acres! 817-991-2779

**Tree Service**

A TREE surgeon. Trim, removals, Bulldozing, Roof Clearing. 27 yrs exp, power lines ok. Danger zone expert. Make tight for grass growth, insured. Tree treatments. Sr disc. Free estimates. (817) 428-8781

ADVANCED TREE Care Over 20 years exp. Fully insured. Trim-removal-stumps-mulching. We know trees. 817-847-4282

817-457-5390 SAN Disc. Free Est. PEREZ TREE SERV - Winter Disc. Full Tree Serv., Bobcat Work

JOSE'S COMPLETE TREE SVR Free Est/Ins Sr Disc We Beat Any Price Call Us 817-726-2180

TREE removal, trimming, stump grinding. Insured. 817-727-6711

WOMAN OWN/OPERATED Beat Bids or 10% dis Visa/Ins 817.437.5296

MARTINEZ TREE Service 16yr exp. Landscaping/firewood 817734-4461

TEXAS TREE SERV: stump grind, tree trim & more. (817) 899-2871

REMOVAL TREE Service, Re-moval/trims. Sr Disc. 817-300-4592

ANY $$ insured,sr dis 817.247.5651

**STUMP GRINDING**
Sam (682) 206-6823

**Audio/Visual Services**

WEDDING, VIDEOS! Events Tool YourChemaBYUs@gmail.com

**Windows**

GLASS REPLACEMENT & WINDOWS solar or bug screens 817-461-6530

**Yard Work**

REASONABLE PRICE Lawn/tree svc Clean Up/Haul Offs 817-903-9237

QUALITY LAWNCARE NE & N FW. Reasonable Glynn. (817) 903-9739

CLEANYARDS/FLOWERBEDS,Lawn care. Handyman. Rudy 817.504.6629

www.graysshaw.com
817-556-6255 www.graysshaw.com

ALL WOOD -All Signs on Site 10x12x8 Barn is Only $1395! 817-501-7198

QUALITY SHEDS built on site shedsbyfiremen.com 4696717433

**Carpentry**

DOORS, Molding, Carpentry, rea-sonable, 25+ years, 817-789-9762

Carpentry Services. Frame, trim, windows Kent (817) 298-1625

CUSTOM CROWN Applications & More. Call Robert 817 291-0720

**Carpet**

CARPET CLEANED 3rms $50 tile/grt str&rep, Truck mount 817-385-0588

CARPET REPAIR & Re-Stretching Over 30yr exp. Call! 817.641.7888

CARPET RESTRETCH Repairs clean Install 25 yrs. exp. 817-605-3711

NEW CARPET SALE (3 colors) .99¢ per sf installed w/pad 972-768-7499

**Carports/Garages**

TOMMY'S CARPORTS
Patio Covers, Decks, Garages, wood/steel. Free est. 817-800-6548

**Cement Work**

VAUGHAN CONCRETE All types Remove/Replace. Bobcat work and hauling. Free Est. 817-205-7613 vaughanconci@yahoo

QUALITY WORK at Resonable Prices Free estimates 406-360-0920

TINO's CONCRETE CONTRACTORS Free Estimates. (817) 800-6402

AND THEN THERE IS CLIFF. Simply the Best. 817-2815-5046

CAO CONCRETE All Types Concrete New & Repair 817-572-1181

Buck's Concrete Patios, Drives, walks,add-ons, rmvls 817-774-9984

$100 OFF All types concrete. Free estimates, Lic & bond 817-243-9483

**House Cleaning/Janitorial**

FINE HOME CLEANING, Dependable, ref. looking for weekly/bi-weekly customers. Nora 817-501-7772

CHRISTIAN LADY cleans houses. Ref. available (817) 443-8469

AFFORDABLE CLEANING, Honest serv Ref's 682-556-0541

DEPENDABLE honest cleaning! Excellent reference (817) 699-4132

* KEILER KLEANING * We'll Sweep You Off Your Feet 817- 357-7949

**Computer Services**

COW: WE come to you Virus Removal Sales & Service. 817-996-0555.

TCEQ-OFFICE OF THE CHIEF CLERK

Applicant Name: <u>Eagle Mountain Power</u>
<u>Company LLC</u>

MC-105    Attn: Notice Team
P.O. BOX 13087
AUSTIN, TX 78711-3087

Permit No.: <u>WQ0005122000</u>
Notice of Intent to Obtain Permit

## ALTERNATIVE LANGUAGE
## PUBLISHER'S AFFIDAVIT

STATE OF TEXAS    §
COUNTY OF _Tarrant_    §

Before me, the undersigned notary public, on this day personally appeared
_Christine Lopez_____, who being by me duly sworn, deposes
*(name of person representing newspaper)*

and says that (s)he is the _____legal rep_____ of the
*(title of person representing newspaper)*

_La Estrella_____; that said newspaper is
*(name of newspaper)*

generally circulated in _Ft Worth Tarrant_____ County, Texas and
*(same county as proposed facility)*

is published primarily in _Spanish_____ language; that the
*(alternative language)*

enclosed notice was published in said newspaper on the following date(s):
_Sat May 31, 2014_____.

Subscribed and sworn to before me this the __4__ day of _June_____,

20 _14_, by _____
*(newspaper representative's signature)*

_Debra W. Morris_____
Notary Public in and for the State of Texas

_Debra W. Morris_____
Print or Type Name of Notary Public

My Commission Expires _03-02-2016_

(Seal)

NOTARY PUBLIC
STATE OF TEXAS

DEBRA W. MORRIS
Notary Public
STATE OF TEXAS
My Comm. Exp. March 2, 2016

www.laestrelladigital.com

8A | Semana del 31 de mayo al 6 de junio de 2014

# Clasificados la ★ estrella

**Anuncios Clasificados Desplegados**

$19 por pulgada
Lineaje Mínimo
1 columna x 2 pulgadas

**Anuncios Clasificados Lineales**

$19.99 por 30 palabras y 25 centavos por cada línea adicional

## 817-332-3333
Metro  817-461-7081
Envíe tus Anuncios por Fax  817-390-7520

### ¡Vende tu Auto!
Mande a volar los artículos que ya no necesita, véndalos a través de nuestros anuncios de ocasión por tan sólo $1999

### Plazo de Edición
**Anuncios Desplegados** Viernes, 5pm antes de la publicación del Viernes
**Anuncios Lineales** Martes, 5pm antes de la publicación del Viernes

## www.laestrelladigital.com
Pague con cheque, money order o tarjeta de crédito. Se aceptan Visa, Master Card, Discover y American Express.

### Anuncios
Adopciones
Negocios Personales
Perdidos y Encontrados
Escuela y Boletos

### De Negocio a Negocio
Servicios Financieros
Oportunidades de Negocio
Préstamos e Inversiones

### Empleo
Solicitud de Personal y Posiciones
www.dfw.com/careerbuilder

### Granjas y Ranchos
Equipo para Granjas y Ranchos
Ganado
Alimento
Caballos
Establos y Avicultura

### Servicios Para El Hogar o Negocios
Remodelaciones
Cuidado de Niños y Trabajos de Jardinería

### Mercancía
Antiquedades
Artes y Colecciones
Subastas
Ventas de Garaje y Muebles de Casa

### Mascotas
Perros
Gatos
Peces
Pájaros y Animales Exóticos

### Propiedad para Rentar
Casas Móviles
Departamentos
Propiedades Comerciales
Casas de Alquiler

### Propiedad para Vender
Residencial
Comercial
Recreación
Granjas y Terreno

### Vehículos de Recreo
Aviónes
Lancha
Motocicletas y RVs

### Escuelas y Cursos de Preparación
Educación
Servicios de Empleo

### Transportación
Antiguos y Clásicos
Importados y Domésticos
Partes y Servicios
www.dfw.com/cars

## Warehouse Position

Bodegas/Entrega

ANUNCIOS
Adopciones

NOTA PÚBLICA
Avisos Legales
AVISO DE RECIBO DE LA SO-

# Interceramic Marble Collection
## Ft. Worth, TX

Candidates must have warehouse, inventory and order pulling experience. Must be able to drive a forklift or an overhead crane.

**Please apply in person at:**
2100 Handley-Ederville Rd.
Ft. Worth, TX 76118

Avisos Legales

AVISO DE RECIBO DE LA SOLICITUD
EL INTENTO DE OBTENER PERMISO PARA LA CALIDAD DEL AGUA
PERMISO PROPUESTO NO. WQ0005122000

SOLICITUD. Eagle Mountain Power Company, 1601 Bryan Street, Suite 22-136, Dallas, Texas 75201, ha solicitado a la Comisión de Calidad Ambiental de Texas (TCEQ) para una modificación a Permiso No. WQ0005122000 (EPA ID No. TX0135321) del Sistema de Eliminación de Descargas de Contaminación en Texas (TPDES) para autorizar la descarga de aguas residuales tratadas en un volumen que no exceda un flujo diario promedio diario de 296.64 millones de galones por día. La instalación está ubicada en 11500 Morris Dido Newark Road, en el condado de Tarrant, Texas 76179. La ruta de descarga es del sitio de la planta directamente al Eagle Mountain Reservoir. La TCEQ recibió esta solicitud el 10 de abril de 2014. La solicitud se puede está disponible para lectura copia en la Oficina del Secretario del Condado, 100 West Weatherford Street, Fort Worth, Texas. Este enlace a un mapa electrónico de la ubicación general del sitio o de la instalación es proporcionado como una cortesía y no es parte de la solicitud del aviso. Para la ubicación exacta, consulte la solicitud.

http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=32.9100&lng=-97.4791&zoom=13&type=r

AVISO ADICIONAL. El Director Ejecutivo de la TCEQ ha determinado que la solicitud es administrativamente completa y conducirá una revisión técnica de la solicitud. Después de completarse la revisión técnica, el Director Ejecutivo puede preparar un borrador del permiso y sobre una decisión Preliminar de la solicitud. El aviso de la solicitud y la decisión preliminar serán publicados y enviado a los que están en una lista de correo de las personas a lo largo del condado que desean recibir los avisos y a los que están en la lista de correo para recibir avisos de esta solicitud. El aviso dará la fecha límite para someter comentarios públicos.

COMENTARIO PÚBLICO / REUNIÓN PÚBLICA. Usted puede presentar comentarios públicos o pedir una reunión pública sobre esta solicitud. El propósito de una reunión pública es dar la oportunidad de presentar comentarios o hacer preguntas acerca de la solicitud. La TCEQ realiza una reunión pública si el Director Ejecutivo determina que hay un grado de interés público suficiente en una solicitud o si un legislador local lo pide. Una reunión pública no es una audiencia administrativa.

OPORTUNIDAD DE UNA AUDIENCIA ADMINISTRATIVA. Después de los plazos para presentar comentarios públicos, el Director Ejecutivo considerará todos los comentarios apropiados y preparará una respuesta a todos los comentarios esenciales, pertinentes, o significativos. A menos que la

## TRANSPORTACIÓN



▼▼▼▼▼
♥ADOPTION!♥ Adoring Family, Loving Attorney, Beautiful Home awaits 1st baby. Expenses paid & cherish forever. Expenses paid. ♥♥♥ Rose 1-800-561-9323 ♥♥♥

All adoptions subject to Texas Penal Code §25.08 the provisions of which are set out in the beginning of this classification.

### Auto/Accesorios para Camion

2007 SILVERADO Wheels, $400 gmat%6c@xlsglobal.net 817-917-1963

### Auto/Refacciones para Camiónes



A.R.E. TUNDRA Crew Max Cover White, fbrgls, fits Beds 2007-14, exc cond $600 817-907-4931

WE BUY CARS!
Running or not - 817/237-5454

I BUY CARS, TRUCKS & SUVs Running or Not! 817-919-6119

### Cadillac

1995 CADILLAC ELDORADO 117Kml $2600OBO 817/688-5748

### Chrysler

2006 300C Touring, new mfg eng/ trans 104K $10,950. 817-235-6973

### Ford

2013 FORD FIESTA 1.5 Auto, 3,800 miles, like new. $11,000. Lowey-mane@mail.com, 817-341-4116

### Campers, Remolques

2010 DUTCHMEN Denali Trailer 2010 Denali Super Lite travel trailer "Travel Trailer - 29'- Weight 6,636. Almost new - used 3 times. Loaded Flat Panel TV, Electric Awning, Oak Cabinets, Outside Fridge, Yukon Decorator - Package, Model 260FBX, Rear Bathroom, Front Bedroom - new. $13,500 gbruner08@gmail.com 817-571-9935

### Conductores de Camion

CLASS A DRIVERS
Tired of being treated as just a number?
Come be part of an industry Leader that will know your name!
We Offer:
Excellent Pay Package Plus.
Consistent Year-Round Freight
Excellent Assigned Equipment
Benefits Available.
Paid Vacation & Holidays
Much More!
CDL-A, 1 yr. exp.
Superior Opportunities for Owner Operators!
Come see how we roll!
888-880-2004
www.ARTransport.com

### Motocicletas/ATV y Equipo

2005 HONDA 750 Shadow Aero - CUSTOM Nothing like the original! Custom paint with subtle color-shift flames, blacked out handle bar, Cycle Windshield and lots of saddle bags. Vance & Hines exhaust. Mustang seats. Kuryakyn floorboards, grips and hwypegs/new. Progressive suspension. Brand new Bridgestone tires, tachometer. Numerous chrome upgrades. Original owner - 19343 miles. $2,500 duntonj@gmail.com 817-307-5530

2012 POLARIS Ranger 800XP - HD UTV hardtop & windshield, after market tires & wheels, electronic

### Venta de Garage

76016 - 3617 Wooded Creek Circle, one day only! Furniture, household items, toys dec,. tools, etc. Saturday 9-5

76053 - 436 Crestwood Terrace; Fri-Sat 8-2 Home, ladies 6-12, shoes 8

76054 - 2248 Farrington Ln. Home items. Lg. mower/generator 3amp; more. Friday/Saturday 9AM-1PM

76087 - 105 Canull Ln. Neighborhood Sale Fri - Sat 7AM-1PM

76107 - 4407 Pershing Avenue, Moving Sale! Saturday 8AM

76107 - 4512 Pershing, Quality baby clothes, bedding, toys, baby, microwave. Sat 7am-1pm.

76109 - GARAGE SALE - 3632 Shelby Dr - 7hr at 8 a.m.

76109 - 3829 Heywood Ave, Multiple families! Clothes, furniture, home items, much more Saturday 8-4

76109 - 4204 Winfield Ave/All must go. Saturday 8AM - 4 PM

76116 - 7060 Camp Bowie, Power/ hand tools, sporting goods, home, housewares, toys, furniture, books, $4-5 bags ex, sat/sun men,s cloth $25 for 1, $40 for 2. 817-913-8671 ALA PTA sale. Saturday 8am-4pm

76117 - 5116 Levitt Ln; Fri-Sat 8am 1st day sale plus clothes, toys, microwave, hshld & kids misc.

76123 - 4408 Arborwood clothes/ shoes,lth sofa sofa Sat8a-1p

76123 - 7500 Blue Sage Circle, Clothing, Electronics, Housewares

### Materiales para Construccion

GRANITE COUNTER tops $14 per sq ft 817-821-8321


MERCANCIA

### Armas

$$$! BUY guns and militaria.$$$ Top prices paid in cash. kevinjones@terra.com 817-905-4008

### Perros


MASCOTAS

AKC ENGLISH Mastiff Pups female & male. B&W lg hair mastiffx2@me.com

CHIHUAHUAS CKC reg. B&W lg hair female & male. B&W sh hair male. $400 kevinjones58@yahoo.com 254-842-7817



GERMAN SHEPHERD akc Pups 4months old Solid Black $400 call/ txt 817-865-3555

GERMAN SHEPHERD Puppies 10 wks old. Utd shots. $450. call/text 817-343-7425

## Running or Not! 817-919-6119

### Cadillac

Almost new - used 5 times. Loaded - Flat Panel TV, Electric, Awning. One Large slideout, Luxury Package, Yukon Decorator Package. Model 266DBCH Rear Bathroom. Front Bedroom  $17,500 gbruner08@gmail.com    817-371-9935

1995 CADILLAC ELDORADO 117Kml $26000BO B176885748

### Chrysler

2006 300C Touring. new info eng/trans 106K $10,950. 817-235-6973

### Ford

2013 FORD FIESTA S, Auto, 3,800 miles, Like New $12,900. dpwaymen@gmail.com, 817-343-4114

### Mercedes

18B CARFAX Certified 1st. Quality 08-14 Mercedes Benz from $14,995 & up. 6 miles ab. local. 2 West in full stock. sell don't wait. don't lien avail. 1.74% for 66mo with apo, best credit. Trades welcome, Join 30,000 + 972-243-3400 9am-6pm M-F

### Remolques

NEW 16+ TRAILERS = $995 Other Sizes & Types Available! Call for quote * 817-221-5400

### Camionetas - Ford

1993 FORD F150 XL 6cyl.auto.$1700 803-201-2764

2010 FORD RANGER Truck White 79K $10,950 817-491-5927

### Aviones/Escuelas de Aviación

25% OFF YOUR NEXT ANNUAL before 7/31/14  Call NOW to schedule! Limited space available. Decatur Airport based. A&P, IA with Pitts School / Aircraft Rental  Maintenance / Avionics / 940-627-1050

### Campers, Remolques

'07 MOUNTAINEER, MT, 33.6', 2 sld, NS, $27,500 817-789-3958

---

Paid Vacation & Holidays
Much More!
CDL-A, 1 yr. exp. req.
Superior Opportunities for Drivers just got even Better!
Come see how we roll!
888.202.0004
www.ARTransport.com



### Materiales para Construcción

GRANITE COUNTER tops $14 per sq ft 817-821-8321

### Venta de Mudanza



### Se Busca Ayuda en General

GENERAL LABOR JOBS! VGS Staffing has several general labor openings now! Immediate hire. Call Elisabeth Villasenor at 817-740-9955 M-F 8am-3pm

LUXOR STAFFING
Now Hiring!
Several Day & Positions
Call an
Office Today!
Arlington
817-704-6092
Carrollton
972-245-9700
Fort Worth
817-546-4950
Irving
972-526-0140

### Médicos y Dentistas

OPHTHALMIC TECHNICIAN for busy N.Ft Worth office.Some Saturdays req. Hours flexible email resume to hr@eyesareworking.com

### Habilidades Técnicas

AUTO TECHNICIAN needed, ASE certification preferred. Top Pay for top tech. 817-475-9402

---

### Motocicletas/ATV y Equipo

2005 HONDA 750 Shadow Aero - CUSTOM Nothing like the original Custom paint job with subtle color-shift flames. Quick detach National Cycle windshield and hard saddle bags. Vance & Hines exhaust. Mustang seats. Kuryakyn floor-boards, grips and hypercharger. Progressive suspension. Brand new bridgestone tires. Speedometer. Numerous other additions. Original owner - 19343 miles. $2,500 Dr-durton@gmail.com 817-307-5530

2012 POLARIS Ranger 800XP - HD UTV factory 4 wheels on cart and market close 4 Winkes, deer/arrow wpt steering. + trlr Call after 9am (817) 292-1135



### Look

5418 EMERALD Park Blvd, 76017 Estate 30+yrs: Travel Items; stain-less fridge; freezer; furn; table; holiday items; patio furn; dolls! Must SEE! Fri-Sun Sat 8-3 10am

ESTATE SALE. 1051 Lynch Bend Rd. Springtown, May 29 30,31,8a-530p Furniture, dishes, clothing and more. Call Pete for details, 580-995-0331.

### Venta de Garage Area 1

76008 -173 Lakeview Dr. Baby items, Jewelry, Household Supplies Sat&Sun 8am-4pm

---

### Perros



76107 - 4407 Pershing Avenue, Moving Sale! Saturday 8AM

76107 - 4512 Pershing. Quality baby items, decor, clothes & more. No EBS. Sat 8 am.

76109 -3829 Heywood Ave. Multiple families! Clothes, furniture, home goods, much more! Saturday 8-4

76109 - 4204 Winfield Ave All must go. Saturday 8AM - 4 PM more

76116 - 7060 Camp Bowie, Power/hand tools, sporting goods, home, housewares, toys, furniture, books, tent table to sell. Sat 7-3 817-913-8671 ALA PTA sale. Saturday 8am-4pm

76117 - 5116 Jerri Ln: Fri-Sat 8am Baby furn, kids clothes, toys, micro-wave, much more Saturday 8-4

76133 - 4408 Echo, misc clothes/ shoes,lib sofa Sat8a-1p

76123 - 7590 Blue Sage Circle, Clothing, Electronics, Housewares Saturday 8AM - 3PM

76123 - 7908 Tree Leaf, ESTATE SALE sat-sunday big furniture, clothes, kitchen Saturday, Sunday 8am-2pm

76123 - 8101 Branch Hollow Trail, (Near) - Columbus Trail & summertime creek) Tools, Household, Electronics, Adult; Child & Baby Clothes, Toys & much more. Saturday 8am

76126 - 4325 Winding Way, Big Garage Sale Fri, Sat 9am-4pm

76131 - Ridgeview Farms, 8621 Prairie Dawn Dr.community-wide Garage Sale, Sat & Sunday, May 31, 9:30 a.m.- 1 p.m.

76132 - SATURDAY ONLY 8-3pm 6725 River Bend Rd: Driveway sell antiques collectibles and more!

76133 - 7635 S. Hulen St. Genesis UMC Church-Wide, HUGE Garage Sale Fri, May 30 & Sat May 31, 8AM-1PM, Collectibles, Books & lots more, Household, Tools, Electronics, Furniture, Books & lots more. Sat 8-1 6533 Brenda Dr.Fri&Sat 8AM-4PM, Saturday 8AM-2PM

76134 - 1829 Heidelberg Dr., 40 yrs of treasures Fri. Sat 8-3

76179 - 633 Silverbrook , Giant Moving Sale Fri - Sat 8 - 4

76204 - 5320 Sonoma Dr. 8-11A Saturday 5/31/2014 Only

---

### Perros

AKC ENGLISH Mastiff Pups l o v a b l e m a s t i f f . c o m mastiff63@me.com

CHIHUAHUAS CKC reg. B&W/p hair female & male. B&W sh hair male. $400 pearmyjones69@yahoo.com 254-662-7817

GERMAN SHEPHERD akc Pup 4months old Solid Black $400 call/text 817-805-3535

GERMAN SHEPHERD Puppies 10 wks old, $450. call/text 817-343-7425

GREAT DANE Puppies 817-500-8627, Euro Blues www.dfwdynamicdanes.com

LABRADOODLE PUPPIES: For Sale Reds &amp;amp; Blacks Current shorts, wormed, ready to go now 2 excellent family pets! $350 940-226-1244

### Equipo de Cultivo

30X40X10 Metal Bldg 1 walk door & slab $13,800 Family owned & operated since 1978! 817-296-6022 buildings.com 817-295-6022

### Comida, Pastura, Misc

FIELD FERTILIZER $26 per AC applied (817) 597-5171

### Ganado y Artículos Relacionados

SM HERD Red Brahman for sale call Lee 940-781-7158

www.star-telegram.com /careerbldger

WORK OF
Business
The field of a lifetime is our Arts & Collectibles!

### Armas

MINI-14 $400; Arcus-94 hi-pwr. clone $275. Will trade 629' for Para P-14. (817) 713-9484



www.laestrelladigital.com

Semana del 31 de mayo al 6 de junio de 2014 | **9A**

# Directorio de Autos

¡Compras en Una Parada!

Busque a estos Comerciantes en **cars.com**

**www.star-telegram.com/cars**

- Mapas y Direcciones
- Investigación, Finanzas y Más

THESE DEALERS HAVE THEIR PRE-OWNED INVENTORIES LISTED AT:

cars.com

Confidence Comes Standard.™

- Nuevo Inventario de Coche
- Inventario seminuevo

√ Moritz Chevrolet
9101 Camp Bowie West

**BMW**

√ BMW of Worth
**Arlington**
1106 E. Lamar Blvd.
Arlington, TX 76011
817-461-9222.
www.bmwofarlington.com

**BUICK**

√ Classic Buick-GMC
Hwy 20 & Collins
Arlington, TX
817-375-3000
www.classicbgog.com

√ Classic Chevrolet,
Buick, GMC of
Granbury
Hwy 377, Granbury
1-800-299-3700
www.classicgranbury.com

√ Freeman Buick-GMC
501 State Hwy. 114 West

⊕ Loop 820, Ft. Worth
817-696-2000
800-567-3506

**CHRYSLER**
√ Don Davis Dodge/
Chrysler/Jeep
I-30 & Hwy 157 N.,
1901 N. Collins, Arlington
New 866-662-9534
Used 877-247-4752

√ Moritz Chrysler-
Jeep-Dodge
9101 Camp Bowie West ⊕
817-696-2101

**GMC** TRUCK
√ Classic Buick-Chevrolet,
Hwy 20 & Collins
Arlington, TX
817-375-3000
www.classicbog.com

√ Classic Chevrolet,
Buick, GMC of
Granbury
Hwy 377, Granbury
www.classicgranbury.com

√ Freeman Buick-GMC
501 State Hwy. 114 West
(Metro St. exit), Grapevine
www.freemangrapevine.com
sales@freemangrapevine.com

**KIA**
√ Moritz KIA Fort Worth
8501 I-30 West
⊕ Las Vegas Trail, Ft. Worth
817-560-6000
www.moritzdirect.com

√ Moritz KIA Hurst
110 NE Loop 820 ⊕ Hwy 10
Hurst Texas • New & Used
817-595-8200
www.moritzkia.com

**LINCOLN**
√ Don Davis Lincoln
6533 N. Hwy. 360
Arlington 76011
817-588-5474

√ Jerry's Buick GMC
3100 Ft. Worth Hwy
Weatherford, TX 76086
817-596-5581

**COOPER**

## Crowley/Renta



A New Home Just In Time! Great Location! Beautiful Brick New Homes with Large Back Yards, lawn serv incl. Call Cindee 817-612-4816 shipmanco.com

## Fort Worth/Renta

76104 3 bdrm, dplx $600. mo, 3100 sq ft. 3bdrm-1bth, Sec8 Okay 817-986-8607 or 817-625-2856

7611- APT for rent in the hospital district, Lg 3 bdrm new remod, $600mo+$500d call (817) 926-6660 8am-4pm Mon-Fri

## Grapevine/Renta

HOUSE FOR Rent-1203 Winslow, one 3BR/2BATH $1125.00/mo/ Month mtbrainff@gmail.com

## Alquiler/Renta de Propiedades para Negocio



NEAR LOCKHEED Industrial 7727 Harwell, 640sqft, $345/mo 421 N Grants Ln. #A 1000sqft $645 N Grants Ln. #E 3800sqft w/ofc $1695/mo Steve Thompson 817-246-4646 www.gtatx.com

## Edificios

30X40X11 Metal Bldg.1 walk door & 1 slab, 30" eave, locally owned & operated since 1972 millersmetal buildings.com 817-295-6022

30X40X10 1-WALK (door, slab, labor 13900.00 KB Metal 817-757-0304.

**SERVICIOS PARA EL HOGAR Y NEGOCIOS**

## Avisos Legales

specto a la ubicación del miembro sobre la actividad o activación de la planta o actividad propuesta; debe explicar como y porqué el miembro sería afectado y como los intereses que el grupo desea proteger son pertinentes al propósito del programada de la Comisión.

Después del cierre de los periodos para los pedidos y comentarios, el Director Ejecutivo enviará la solicitud y los pedidos para consideración o por una audiencia administrativa o por una reunión programada de la Comisión. Cuando hay oportunidad para una audiencia administrativa sobre la solicitud, la Comisión sólo concederá la audiencia sobre los asuntos que fueron presentados antes del plazo de vencimiento y que no fueron retirados posteriormente.

LISTA DE CORREO. Si somete comentarios o pedido para una audiencia administrativa o una reconsideración de la decisión del Director Ejecutivo, el Oficina del Secretario Principal enviará por correo los avisos públicos en relación con la la TCEQ ponga su nombre en una o más de las listas correos siguientes (1) la lista de correo permanente sobre el solicitante el por nombre y número del permiso especifico y/o (3) la lista de correo de todas las solicitudes en un condado específico. Si desea que se agregue su nombre en una de las listas; debe mandar una petición a la Oficina del Secretario Principal de la TCEQ. Todos los comentarios escritos del público y pedidos para una audiencia deben ser presentados en Español o Inglés por favor llame a El Programa de Alcance y Educación de la TCEQ, al cobro, al 1-800-687-4040. La información general sobre la TCEQ puede ser encontrada en nuestro sitio de la red www.tceq.texas.gov Para más información también se puede obtener de Eagle Mountain Generation LLC, a la dirección indicada arriba o llamando al Sr. Gary Spicer, Calidad del Agua y Medio Ambiente, Luminant Mining Company, LLC, al (214) 875-8299.

Fecha de emisión: 05 de mayo 2014

## Avisos Legales

puesta; debe explicar como y porqué el miembro sería afectado y como los intereses que el grupo desea proteger son pertinentes al propósito del programada de la Comisión.

Después del cierre de los periodos para los pedidos y comentarios, el Director Ejecutivo enviará la solicitud y los pedidos para su consideración o por una audiencia administrativa o por una reunión programada de la Comisión. Cuando hay oportunidad para una audiencia administrativa sobre la solicitud, la Comisión sólo concederá la audiencia sobre los asuntos que fueron presentados antes del plazo de vencimiento y que no fueron retirados posteriormente. Si ciertos criterios se cumplen, la TCEQ puede actuar sobre una solicitud para renovar un permiso sin proveer una oportunidad de una audiencia administrativa de lo contendicioso.

LISTA DE CORREO. Si somete comentarios o pedido para una audiencia administrativa o de lo contendicioso o una reconsideración de la decisión del Director Ejecutivo, el Oficina del Secretario Principal enviará por correo los avisos públicos en relación con la la TCEQ ponga su nombre en una o más de las listas correos siguientes (1) la lista de correo permanente sobre el solicitante el por nombre; (2) la lista de correo de este permiso especifico y/o (3) la lista de correo de todas las solicitudes en un condado específico. Si desea que se agregue su nombre en una de las listas; debe mandar una petición a la Oficina del Secretario Principal de la TCEQ. Todos los comentarios escritos del público y pedidos para una audiencia deben ser presentados en Español o Inglés. Para más información por favor llame a El Programa de Alcance y Educación de la TCEQ, al cobro, al 1-800-687-4040. La información general sobre la TCEQ puede ser encontrada en nuestro sitio de la red www.tceq.texas.gov Para más información también se puede obtener de Eagle Mountain Generation LLC, a la dirección indicada arriba o llamando a Wallace Hardie al 817-860-6113.

Fecha de emisión 16 de Mayo 2014



1-800-765-9600

www.jerrysbuickgmc.com

√ Mini Cooper of

North Arlington
2001 N. Collins St.,
Arlington, TX 78011
877-242-0554

www.miniofarlington..com

NISSAN

√ Don Davis Nissan
1320 East I-20, Arlington
Metro 1-888-254-4918
www.dondavisnissan.com

TOYOTA

√ Durant Toyota
3131 Fort Worth Hwy.,
Weatherford, Texas 76086
(817) 597-5000
www.duranttoyota.com

√ Freeman Toyota
5100 Hwy. 377 East,
Granbury, Texas 76049
www.jerrydurranttoyota.com

√ Jerry Durant Toyota -
Granbury
8901 Camp Bowie, West
817-596-1500

√ Vandergriff Toyota
Hwy. I-20 at Cooper
in Arlington
across from the Parks Mall)
www.vandergrifftoyota.com

HONDA

√ Frank Kent Honda
3535 W. Loop 820 South
Fort Worth, TX
817-596-4000
www.frankkent.com

√ Huggins Honda
7551 NE Loop 820 @
Hwy. 26, NRH • 817-485-0000
www.hugginshonda.com

√ Vandergriff Honda
1104 W. I-20, Arlington, 76017
817-275-3371
• Metro 817-461-2333

HYUNDAI

√ Jerry's Hyundai
Weatherford
3403 Fort Worth Hwy.,
Weatherford, Texas 76086
(817) 596-5000
www.jerryshyundai.net

√ Mike Brown
Hyundai
4601 E. Hwy 377
Granbury
817-279-5800
www.mikebrownhyundai.com

INFINITI

√ Grubbs Infiniti
1661 West Airport Frwy
Euless, TX 76040
New 888-644-3237
Used 888-544-6604
www.grubbsinfiniti.com

DODGE

√ Allen Samuels
Dodge @ Alliance
I-35 @ Golden Triangle Blvd.
New 866-413-2721
Used 888-794-2430

√ Don Davis Dodge/
Chrysler/Jeep
I-30 & Hwy 157 N.,
1901 N. Collins
Arlington

√ Holt Chrysler Jeep
Dodge
1111 East I-20 @ Collins St.,
Arlington
New 817-557-5000
Used 817-557-6081
www.holtchryslerjeep.com

√ Mike Brown
Chrysler- Dodge-Jeep
Hwy. 377, Granbury, Ft. Worth
New 888-395-4931
Used 888-396-7627

√ Moritz Chrysler-
Jeep-Dodge
9101 Camp Bowie West

CADILLAC

√ Jerry's Cadillac
3130 Fort Worth Hwy.,
Weatherford, TX 76087
817-597-1280
www.jerryscadillac.com

√ Cadillac of North
Arlington
2001 N. Collins,
Arlington, TX 78011
877-242-0554
www.cadillacofarlingtontexas.com

CHEVROLET

√ Bruce Lowrie
Chevrolet, Inc.
Loop 820, (1 block West of I-35
@ Hemphill)
New 877-825-6561
Used 866-309-9108
www.brucelowrie.com

√ Classic Chevrolet, Inc.
1101 SH-114, Grapevine
817-421-1200
800-259-1200

BUICK - GMC

√ Jerry's - Buick - GMC
3100 Fort Worth Hwy.,
Weatherford, Texas 78086
(817) 596-5581

Metro 817-410-5000
www.freemanarlington..com

www.freemangrapevine.com

sales@freemangrapevine.com

PERMISO PARA LA CALIDAD DEL AGUA RENOVACIÓN...

Arlington Venta
ZERO MOVE IN Just make pymts 3 & 4 BR homes with 620 score.
www.homeusa.us 817-313-2186.

Azle Venta
ZERO MOVE IN. Just make pymts. 3 & 4 BR Homes with 620 score.
www.homeusa.us 817-313-2186

Bedford Venta
ZERO MOVE IN. Just make pymts. 3 & 4 BR homes with 620 score.
www.homeusa.us 817-313-2186.

Fort Worth
ZERO MOVE IN Just make pymts 3 & 4 BR homes with 620 score.
www.homeusa.us 817-313-2186.

Keller/Venta
ZERO MOVE IN. Just make pymts. 3 & 4 BR Homes with 620 score.
www.homeusa.us 817-313-2186.

Roanoke/Venta
ZERO MOVE IN. Just make pymts. 3 & 4 BR Homes with 620 score.
www.homeusa.us 817-313-2186.

Condos/Townhomes/ Apt/Duplexes/Venta

Granjas,Tierras, Haciendas/Venta

Terrenos en el Lago

Casas Moviles/Venta

Servicio de Bienes Raíces

Servicios de Limpieza
CHRISTIAN LADY cleans houses. Ref. available (817) 443-8489

Contratistas en Electricidad
ANYTIME ELECTRIC For all of your Electrical Needs 682-230-3237

Cercas
WOOD FENCES built professionally, low prices! Call Nick 817-5287648

Acarrear

Plomeria
EXPERIENCED AFFORDABLE plumbing repair, free estimates on major repairs remodels 817-292-7556 w/si/MC

Servicio de Azulejos y Mo- saico



Oportunidades de Negocios

Franquicias

THE UPS STORE: Franchise

www.cadillacofarlingtonsales.com

## CHEVROLET

√ Bruce Lowrie
Chevrolet, Inc.
Loop 820, (1 block West of I-35
@ Hemphill)
817-457-5656

Used 817-557-6061

√ Mike Brown
Chrysler- Dodge-Jeep
Hwy. 377, Granbury, Ft. Worth
817-279-5800

Used 866-305-9108
www.brucelowrie.com

√ Classic Chevrolet, Inc.
1101 SH 114, Grapevine
817-421-1200
800-259-1200
www.classicgranbury.com

√ Jerry's Chevrolet
3118 Fort Worth Hwy.,
Weatherford, Texas 76086
(817) 596-9088
1-800-299-3700
www.jerryschevytexas.com

√ Lynn Smith
Chevrolet, Inc.
I-35 & Alsbury exit,
817-295-1102
800-499-1102
www.lynnsmithchevrolet.net

√ Mike Brown
Hyundai
4601 E. Hwy 377
Granbury
817-279-5800
New 877-825-6561
New 888-395-4931
www.mikebrownhyundai.com

INFINITI
Used 866-305-9108

√ Grubbs Infiniti
1661 West Airport Fwy.
Euless, TX 76040
New 888-644-3237
Used 888-544-6604
www.grubbsinfiniti.com

Jeep

√ Allen Samuels Jeep
@ Alliance
I-35 @ Golden Triangle Blvd.
817-337-1937

FORD

√ Don Davis Ford
633 N. Hwy. 360
Arlington, 76011
817-588-5474

√ Five Star Ford
Hwy. 820 @ Rufe Snow
817-788-1061
Shop with us online:
www.5starford.com

√ Moritz Chrysler-
Jeep-Dodge
9101 Camp Bowie West @
Loop 820, Ft. Worth
817-696-2101
1-800-765-9600

√ Don Davis Dodge/
Chrysler/Jeep
I-30 & Hwy 157 N.,
1901 N. Collins
Arlington, 817-461-1000

√ Mike Brown
Used 817-557-6061
Granbury

√ Moritz Chrysler-
Jeep-Dodge
@ Loop 820, Ft. Worth
817-696-2100
9101 Camp Bowie West

5100 Hwy. 377 East,
Granbury, Texas 76049
www.lerrydunntoyota.com

√ Toyota of Fort Worth
8901 Camp Bowie, West
817-560-1500

√ Vandergriff Toyota
Hwy. I-20 at Cooper
in Arlington
(across from the Paris Mall)
www.vandergrifftoyota.com
817-784-9896

PRE-OWNED

√ Moritz Pre-Owned
Ft. Worth
9100 Camp Bowie West
@Loop 820
800-387-7506
www.moritzpreowned.com

√ Vandergriff Toyota
Hwy. I-20 at Cooper
in Arlington
(across from the Paris Mall)
www.vandergrifftoyota.com
817-784-9896

FOR CONSUMER COMMENTS
CALL THE NCDA HOTLINE
(214) 637-0531

Dallas Fort Worth Metropolitan
DFW NCDA
New Car Dealers Association

## VENDENDO A NEGOCIO

## Oportunidades de Negocios

APPLIANCE BUSINESS, established
& Profitable. $69,500. 817-966-7285

LANDSCAPE BUSINESS Comm/Res
$133K gross/yr. Call: 817-683-3840

RV PARK - A2/e 2&6pc, $429K 817-
269-1541, C21 Alliance Properties

## SUPER OPPORTUNITY

SMALL OFFICE HQ
NAME YOUR PRICE
$100 $200 $300/Mo
817-633-5517-ARL

20+ YEAR Family Retail Business in
Granbury. Home Internet Ready Hwy.
377 No owner finance avail.-
In@marvinhull.com 817-279-3344

## Franquicias

THE UPS STORE! Franchise
Own a TOP-RANKED
Business/Finance Opportunity
TheUPSStore.com/1-877-623-7253

## Dinero para Prestamos

## LOOK

ATTENTION BUSINESS OWNER!
IMPROVE Cash Flow/ Sales, No Debt.
Use your Accounts Receivable NCFI
1-800-411-4229

## Propiedad para Negocio - Alquiler

NEAR LOCKHEED Industrial
7700 sq.ft. w/offices, $4500/mo
421 N Grants Ln. #A 10000sqft. $645
421 N Grants Ln #E 3800sqft w/ofc
$1695/mo Gene Thompson
817-246-4646. www.gtatx.com

## Propiedad para Negocio - Venta

GAS STATION for sale. 40-50K inside.
Call for Info $475,000 213-618-1309

## START A NEW PROFESSION
Check Employment Opportunities sec!

Sell your stuff for $9.99
in Merchandise.

READ THE legal notices in our
Legal Section!

160AC FOR sale in Stephens, Co.
(325) 370-6601

76008 - 10 acres $129,000 Aledo ISD,
stock tank 817-991-9366

## Terrenos en el Lago

BUY ACREAGE REPO
ME W/Septic, Pool, Pier,
Ramp, Owner Finance
210-422-3013 Granbury

## Casas Moviles/Venta

IINO CREDIT CHECK!!
OWNER FINANCE! Single & Double
Wide mobile homes set up on
land. Different areas to choose
from. ® (817)291-6527 ®

16X80 '06 Palm Harbor 3x2, ac/heat,
perfect cond. Can be moved or stay
Granbury area. Home ready. Hwy.
Call 254-559-1714 call 817-559-1370

## Servicio de Bienes Raices

FORECLOSURE ASSISTANCE! Avoid
Bankruptcy. FAST CASH! CALL 817-
523-1919
BUYINGALLPROPERTIES.COM

## Lotes Vacantes Venta

76036 - 2.5 Acs, residential lot in
Crowley, 10569 W Cleburne Rd.
Owner Fin, low down 1st time $75,500
Call Larry agt 817-307-7653

## PROPIEDAD PARA RENTAR

## Apt -Arlington/ Arlington

76011 - Big 6, Quiet 1-1 pool
$495 - $525: 817-366-0309

## Duplex Ft Worth/Renta

FOR LEASE 817-905-5911
POLO CLUB MGT.
FW 3-4 BR $875

## Arlington Renta

## LOOK

76012 - Very Clean 4-1/2, appliances
near UTA $1150/mo+ dep no pets/
smoking Call        972-237-9218

76016 - 5 Homes Available. Kautz
Property. 817-419-0088 kpmgt.com

comentarios públicos;
COMENTARIO ADVERSO / RE-
SPUESTA DEL PÚBLICO. Ud. puede
presentar comentarios públicos
o pedir una reunión pública sobre
esta solicitud sin proponer una
reunión pública es dar la opor-
tunidad de presentar comentarios
hacer preguntas acerca de la
solicitud. La TCEQ celebrará una
reunión pública si el Director
Ejecutivo determina que hay un
interés público significativo sobre
en la solicitud o si un legislador
local lo pide. Una reunión pública
no es una audiencia administrativa
de contención.

OPORTUNIDAD DE UNA AUDI-
ENCIA ADMINISTRATIVA DE
LO CONTENCIOSO. Después del
plazo para presentar comentarios
públicos, el Director Ejecutivo
considerará todos los comentarios
apropiados y preparará una re-
spuesta a todos los comentarios
públicos esenciales, pertinentes, o
significativos. A menos que la
solicitud haya sido referida di-
rectamente a una audiencia
administrativa a lo contencio-
so, la respuesta a los comen-
tarios y la decisión del Director
Ejecutivo sobre la solicitud
serán enviados por correo a
todos los que presentaron un
comentario público y a las
personas que están en la lista
para recibir avisos sobre esta
solicitud. Si se reciben comen-
tarios, el aviso también proveerá
instrucciones para solicitar la
reconsideración de la decisión
del Director Ejecutivo y para
pedir una audiencia adminis-
trativa de lo contencioso. Una
audiencia administrativa de lo
contencioso es un procedimiento
legal que se parece a un proceso
legal civil en un tribunal de distrito
del estado.

PARA SOLICITAR UNA AUDIENCIA
ADMINISTRATIVA DE LO
CONTENCIOSO, USTED DEBE
INCLUIR EN DATOS: PEDIDO LOS
INCLUIR SU nombre de su dis-
nombre; dirección; teléfono; número
del solicitante y número del
permiso si fue proporcionado; una
descripción específica especifica de la
(bronw nota como pudiera ser
afectado adversamente por el
sitio de una manera no común al
del público en general; una
declaración ("I'vo/nosotros") re-
licito/solicitamos un/a audien-
cia administrativa de lo
contencioso a nombre de lo
para de un grupo o asociación
el pedido para una audiencia
administrativa debe identificar por
nombre y ubicación, y número
se, debe identificar el nombre y
ubicación de una persona que
representa al grupo para recibir
correspondencia de la TCEQ
debe identificar un miembro del
grupo que sería afectado ad-
versamente por la propuesta, y
debe proveer la información ya in-
dicada anteriormente re-
specto a la ubicación del mi-
embro afectado y la distancia
de la planta o actividad pro-