# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 28, 2014 STARTING AT 12:00 P.M. (NOON) (EDT)[2]

## I.    CONTINUED/RESOLVED MATTERS:

1.    Joint Motion of CSC Trust Company of Delaware as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 473; filed May 15, 2014]

Response/Objection Deadline:        See D.I. 1713.

Responses/Objections Received:    None at this time.

Related Documents:

i.    Declaration of Norman L. Pernick in Support of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The October 28, 2014 hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 12:00 p.m. (noon) (EDT). Due to the anticipated number of attendees at the October 28, 2014 hearing, parties are also invited to attend the hearing via video teleconference from an overflow Courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on October 28, 2014. Any person who wishes to appear telephonically at the October 28, 2014 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Monday, October 27, 2014** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 475; filed May 15, 2014]

ii.     Amended Notice of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 608; filed May 23, 2014]

iii.    Scheduling Order with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [D.I. 803; filed June 4, 2014]

iv.     Joint Stipulation and Order Regarding Scheduling with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [D.I. 1713; filed July 29, 2014]

Status: The hearing on this matter is continued to the hearings scheduled to take place on a date to be determined as set forth in the Court's July 29, 2014 scheduling order (see D.I. 1713).

2.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ PricewaterhouseCoopers LLP as Internal Audit, Information Security, and Tax Consultants Effective *Nunc Pro Tunc* to the Petition Date [D.I. 654; filed May 29, 2014]

Response/Objection Deadline:        June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 9, 2014 at 4:00 p.m. (EDT) for the Office of United States Trustee; further extended to October 17, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.     Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

2

iii.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

iv.    Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.    Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

vi.    Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

vii.    Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]

viii.    Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]

ix.    Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]

x.    Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]

xi.    Fourth Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 2078; filed September 17, 2014]

3

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for November 20, 2014 at 12:00 p.m. (noon) (EST).

3.      Application of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [D.I. 659; filed May 29, 2014]

Response/Objection Deadline:     June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (noon) (EDT) for the Office of United States Trustee

Responses/Objections Received:

A.      Informal comments from the Office of the United States Trustee

Related Documents:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.     Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

iv.     Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.      Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

vi.     Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional

> Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

vii.      Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]

viii.      Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]

ix.      Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]

x.      Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]

xi.      Supplemental Affidavit and Disclosure of Daniel J. DeFranceschi on Behalf of Richards, Layton & Finger, P.A. [D.I. 2531; filed October 23, 2014]

xii.      Certification of Counsel Concerning Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2532; filed October 23, 2014]

xiii.      Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2539; filed October 24, 2014]

Status:      On October 24, 2014, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

4.      Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 1698; filed July 25, 2014]

Response/Objection Deadline:      August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.     Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 1836; filed August 14, 2014]

ii.    Notice of Filing of Second Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 2022; filed September 15, 2014]

iii.   Notice of Filing of Revised Form of Order Authorizing Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 2024; filed September 15, 2014]

iv.    Order Authorizing the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, to Retain and Employ Polsinelli PC Effective as of May 13, 2014 [D.I. 2491; filed October 17, 2014]

Status: On October 17, 2014, the Court entered an order granting the Official Committee of Unsecured Creditors (the "Committee") the relief requested in connection with this matter.  Consequently, no hearing with respect to this matter is required.

5.     Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective as of May 19, 2014 [D.I. 1699; filed July 25, 2014]

Response/Objection Deadline:        August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.     Notice of Filing of (I) Supplemental Declaration of Steven Simms in Support of Application for an Order Authorizing Employment and

6

Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors, and (II) Revised Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ FTI Consulting, Inc. as of May 19, 2014 [D.I. 2363; filed October 9, 2014]

ii.      Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ FTI Consulting, Inc. Effective as of May 19, 2014 [D.I. 2507; filed October 20, 2014]

Status: On October 20, 2014, the Court entered an order granting the Committee the relief requested in connection with this matter.  Consequently, no hearing with respect to this matter is required.

6.      Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing the Employment and Retention of Lazard Frères & Co. LLC as Investment Banker Effective as of May 14, 2014, (B) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (C) Granting Related Relief [D.I. 1700; filed July 25, 2014]

Response/Objection Deadline:          August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.      Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Lazard Frères & Co. LLC as Investment Banker Effective as of May 14, 2014 [D.I. 2509; filed October 20, 2014]

Status: On October 20, 2014, the Court entered an order granting the Committee the relief requested in connection with this matter.  Consequently, no hearing with respect to this matter is required.

## II.     UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION OR A CERTIFICATION OF COUNSEL:

7.      Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts, Effective *Nunc Pro Tunc* to October 7, 2014 [D.I. 2334; filed October 7, 2014]

Response/Objection Deadline:          October 21, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

RLF1 10960045v.1

Related Documents:

i.     Declaration of Robert Frenzel in Support of the Motion of Energy Future
       Holdings Corp., *et al.*, for Entry on an Order Authorizing the Debtors to
       Reject Certain Executory Contracts, Effective *Nunc Pro Tunc* to October
       7, 2014 [D.I. 2335; filed October 7, 2014]

ii.    Certification of No Objection Regarding "Motion of Energy Future
       Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to
       Reject Certain Executory Contracts, Effective *Nunc Pro Tunc* to October
       7, 2014" [D.I. 2545; filed October 24, 2014]

Status: On October 24, 2014, the Debtors filed a certification of no objection in
        connection with this matter.  Consequently, a hearing with respect to this
        matter is required only to the extent that the Court has any questions or
        concerns.

8.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving
      the Debtors' Agreement to Certain Tax Adjustments [D.I. 2336; filed October 7,
      2014]

      Response/Objection Deadline:          October 21, 2014 at 4:00 p.m. (EDT)

      Responses/Objections Received:        None.

      Related Documents:

      i.     Declaration of Carla Howard in Support of the Motion of Energy Future
             Holdings Corp., *et al.*, for Entry of an Order Approving the Debtors'
             Agreement to Certain Tax Adjustments [D.I. 2337; filed October 7, 2014]

      ii.    Certification of Counsel Concerning Order Approving the Debtors'
             Agreement to Certain Tax Adjustments [D.I. 2530; filed October 23,
             2014]

      Status: On October 23, 2014, the Debtors filed a certification of counsel attaching
              a revised form of agreed order in connection with this matter.
              Consequently, a hearing with respect to this matter is only required to the
              extent that the Court has any questions or concerns.

9.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing
      (A) Rejection of a Certain Unexpired Lease between Luminant Generation
      Company LLC and U.S. Gypsum and (B) Abandonment of Certain Property, Each
      Effective as of November 25, 2014 [D.I. 2338; filed October 7, 2014]

      Response/Objection Deadline:          October 21, 2014 at 4:00 p.m. (EDT)

      Responses/Objections Received:        None.

Related Documents:

i.    Declaration of Robert Frenzel in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing (A) Rejection of a Certain Unexpired Lease between Luminant Generation Company LLC and U.S. Gypsum and (B) Abandonment of Certain Property, Each Effective as of November 25, 2014 [D.I. 2339; filed October 7, 2014]

ii.    Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing (A) Rejection of a Certain Unexpired Lease between Luminant Generation Company LLC and U.S. Gypsum and (B) Abandonment of Certain Property, Each Effective as of November 25, 2014" [D.I. 2338] [D.I. 2542; filed October 24, 2014]

Status: On October 24, 2014, the Debtors filed a certification of no objection in connection with this matter.  Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

10.    Motion of Energy Future Holdings Corp., *et al.*, for an Entry of an Order Authorizing and Approving Procedures for Settling Certain Prepetition Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding [D.I. 2340; filed October 7, 2014]

Response/Objection Deadline:    October 21, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Certification of Counsel Concerning Order Authorizing and Approving Settlement Procedures for Settling Certain Prepetition Claims and Cases of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding [D.I. 2543; filed October 24, 2014]

Status: On October 24, 2014, the Debtors filed a certification of counsel attaching a revised form of agreed order in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

11.    Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and Employ Balch & Bingham LLP as Special Counsel for Certain Environmental Matters, Effective *Nunc Pro Tunc* to October 1, 2014 [D.I. 2344; filed October 7, 2014]

Response/Objection Deadline:    October 21, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.        Certification of No Objection Regarding "Application of Energy Future
         Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and
         Employ Balch & Bingham LLP as Special Counsel for Certain
         Environmental Matters, Effective *Nunc Pro Tunc* October 1, 2014" [D.I.
         2344] [D.I. 2529; filed October 23, 2014]

Status: On October 23, 2014, the Debtors filed a certification of no objection in
         connection with this matter.  Consequently, a hearing with respect to this
         matter is required only to the extent that the Court has any questions or
         concerns.

## III.    UNCONTESTED MATTER GOING FORWARD:

12.    Motion of the Official Committee of Unsecured Creditors for an Order Regarding
       Creditor Access to Information and Setting and Fixing Creditor Information
       Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and
       1102(b)(3)(a) [D.I. 2361; filed October 9, 2014]

       Response/Objection Deadline:        October 21, 2014 at 4:00 p.m. (EDT)

       Responses/Objections Received:

       A.    Informal comments from the Ad Hoc Committee of TCEH First Lien
             Creditors

       B.    Informal comments from the Ad Hoc Committee of EFIH Unsecured
             Noteholders

       C.    Informal comments from the Office of the United States Trustee for the
             District of Delaware

       Status: The Committee intends to present a revised form of order to the Court for
             entry either at or before the hearing in connection with this matter.  The
             hearing on this matter will go forward.

## IV.    CONTESTED MATTERS GOING FORWARD:

13.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order
       Authorizing the Debtors to Retain and Employ Deloitte & Touche LLP as
       Independent Auditor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 656; filed
       May 29, 2014]

       Response/Objection Deadline:        June 12, 2014 at 4:00 p.m. (EDT); extended
                                           to July 28, 2014 at 4:00 p.m. (EDT); further

10

extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 12, 2014 at 12:00 p.m. (noon) (EDT) for the Office of United States Trustee; further extended to October 17, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.      Informal comments from the Office of the United States Trustee

Related Documents:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.     Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

iv.     Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.      Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

vi.     Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

vii.    Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]

11

viii.  Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]

ix.  Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]

x.  Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]

xi.  Fourth Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 2078; filed September 17, 2014]

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend to present a revised form of agreed order for entry in connection with this matter either at or before the hearing. The hearing on this matter will go forward.

14.  Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1682; filed July 23, 2014]

Response/Objection Deadline:        August 6, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.  Objection of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1791; filed August 8, 2014]

B.  Corrected Objection of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and

Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1796; filed August 11, 2014]

C.      Debtors' Reply in Support of Bar Date With Respect to Asbestos Claims [D.I. 1804; filed August 11, 2014]

D.      Supplemental Brief of the Personal Injury Law Firms in Opposition to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants [D.I. 1983; filed September 9, 2014]

E.      Debtors' Supplemental Brief in Support of Bar Date with Respect to Asbestos Claims [D.I. 1984; filed September 9, 2014]

F.      Debtors' Objection to the PI Law Firms' Emergency Motion to Continue the September 16, 2014 Hearing with Respect to the Imposition of a Bar Date for Personal Injury Asbestos Claims [D.I. 2012; filed September 15, 2014]

Related Documents:

i.      Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof" [D.I. 1772; filed August 8, 2014]

ii.     Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof" [D.I. 1782; filed August 8, 2014]

iii.    Notice of Filing of Revised Proposed Form of "Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof" [D.I. 1828; filed August 12, 2014]

13

iv.    Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof [D.I. 1866; filed August 18, 2014] (the "General Non-Asbestos Bar Date Order")

v.    Emergency Motion of Certain Asbestos Claimants to Continue September 16, 2014 Hearing with Respect to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants [D.I. 2011; filed September 15, 2014]

vi.    Order (I) Granting Emergency Motion of Certain Asbestos Claimants to Continue September 16, 2014 Hearing with Respect to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants and (II) Shortening Notice Pursuant to Fed. Bankr. R. 9006 and D. Del. Local R. Bankr. P. 9006-1(e) Relating to the Emergency Motion [D.I. 2013; filed September 15, 2014] (the "Adjournment Order")

Status: On August 18, 2014, the Court entered the General Non-Asbestos Bar Date Order approving and fixing October 27, 2014 at 5:00 p.m. (EDT) as the general bar date for filing proofs of claim in the Debtors' chapter 11 cases. The hearing on this matter solely as it relates to fixing a separate bar date applicable to any entity holding a claim relating to asbestos that is not a property damage claim or a claim for contractual or common law indemnification or contribution will go forward.

15.    Notice of Assumption of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto [D.I. 2311; filed October 3, 2014]

Response/Objection Deadline:          October 17, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Tarrant Regional Water District's Objection to Assumption of Unexpired Lease of Executory Contract [D.I. 2490; filed October 17, 2014]

B.    Debtors' Reply to Objection to Notice of Assumption [D.I. 2540; filed October 24, 2014]

Related Documents:

i.    Notice of Hearing with Respect to "Tarrant Regional Water District's Objection to Assumption of Unexpired Lease or Executory Contract" [D.I. 2490] in Connection with "Notice of Assumption of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto" [D.I. 2311] [D.I. 2512; filed October 20, 2014]

14

      ii.     Declaration of Robert Frenzel in Support of the Debtors' Reply to Objection to Notice of Assumption [D.I. 2541; filed October 24, 2014]

Status: The hearing on this matter will go forward.

## V.   **STATUS CONFERENCE MATTER:**

16.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date [D.I. 655; filed May 29, 2014]

| Response/Objection Deadline: | June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 9, 2014 at 4:00 p.m. (EDT) for the Office of United States Trustee; further extended to October 17, 2014 at 4:00 p.m. (EDT) |
|---|---|

Responses/Objections Received:

A.     United States Trustee's Objection to the Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date (D.I. 655) [D.I. 2494; filed October 17, 2014]

Related Documents:

i.     Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.    Supplement to the Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date [D.I. 1885; filed August 19, 2014]

iv.    Declaration of Stephen A. Thiel in Support of the Supplement to the Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date [D.I. 1886; filed August 19, 2014]

v.      Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

vi.     Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

vii.    Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

viii.   Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

ix.     Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]

x.      Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]

xi.     Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]

xii.    Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]

xiii.   Fourth Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 2078; filed September 17, 2014]

xiv.    Second Supplement to the Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ

16

Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2449; filed October 14, 2014]

xv.     Declaration of Stephen A. Thiel in Support of the Second Supplement to the Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2450; filed October 14, 2014]

xvi.    Motion for Leave to File and Serve a Late Reply in Connection with the "United States Trustee's Objection to the Application of Energy Future Holdings Corp. *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date (D.I. 655)" [D.I. 2494] [D.I. 2527; filed October 23, 2014]

xvii.   Order Granting Leave to File and Serve a Late Reply in Connection with the "United States Trustee's Objection to the Application of Energy Future Holdings Corp. *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date (D.I. 655)" [D.I. 2494] [D.I. 2538; filed October 24, 2014]

<u>Status</u>: A status conference only in connection with this matter will go forward at the hearing. The substantive hearing in connection with this matter is continued to the hearing scheduled to take place on November 20, 2014 at 12:00 p.m. (noon) (EST).

17

Dated: October 24, 2014
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 10960045v.1