**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., | § | (Jointly Administered) |
| *et al.,* | § | |
| *Debtors*, | § | Related to Docket No. _____ |
| | § | |

**<u>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**

Upon consideration of the Motion for Relief from Automatic Stay under 11 U.SC. § 362 (the "Motion") filed by Miguel Oliveras Caraballo (the "Movant"); and the Court having reviewed the Motion and any responses or objections thereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; and the Court finding that notice of the Motion was sufficient and that no other or further notice need be provided; and sufficient cause appearing therefor; it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay provisions of 11 U.S.C. § 362 are lifted to the extent necessary to allow the Movant to file and prosecute a civil action in the Texas State Court as more fully set forth in the Motion, including allowing the Movant to join Debtor Luminant Generation Company, LLC as a defendant therein; and it is further

ORDERED, that if a recovery or judgment is obtained by the Movant, the Movant may accordingly enforce or execute upon such recovery or judgment without further order of this Court only to the extent such recovery or judgment is satisfied by the proceeds of the Debtors' applicable insurance coverage; and it is further

ORDERED, that if the Movant obtains any such recovery or judgment, the Movant will not seek to enforce the recovery or judgment against the Debtors or their estates, nor will the Movant be entitled to pursue any claim against the Debtors or their estates in excess of the available insurance coverage, PROVIDED THAT, in the event there is no available insurance coverage, Movant shall be entitled to file a proof of claim as to the underlying claims against Debtors; and it is further

ORDERED, that the Court shall retain jurisdiction over any and all matters arising from or related to the entry of this Order.

Dated: _____, 2014
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge