**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § | Chapter 11 |
| § | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., § | (Jointly Administered) |
| *et al.,* § | |
| *Debtors*, § | Hearing Date: November 20, 2014 at 12:00 noon |
| § | Obj. Deadline: November 13, 2014 at 4:00 p.m. |

NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 24, 2014, Miguel Oliveras Caraballo (the "Movant") filed the attached *Motion for Relief from Automatic Stay under 11 U.SC. § 362* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Motion shall be considered at the hearing scheduled in the above-captioned cases for **November 20, 2014** at **12:00 noon (Eastern Time)** before the Honorable Christopher S. Sontchi, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by counsel for the Debtor on or before **November 13, 2014 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  October 24, 2014              GOLDSTEIN & MCCLINTOCK LLLP

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
1201 North Orange Street, Suite 7380
Wilmington, DE 19801
(302) 444-6710
(302) 444-6709 (fax)
marias@restructuringshop.com

*Counsel for Miguel Oliveras Caraballo*