# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Objection Deadline: November 14, 2014 at 4:00 p.m. |

## FOURTH MONTHLY
## FEE STATEMENT OF KPMG LLP
## FOR ALLOWANCE OF AN ADMINISTRATIVE
## CLAIM FOR COMPENSATION AND REIMBURSEMENT
## OF EXPENSES INCURRED FROM AUGUST 1, 2014 THROUGH AUGUST 31, 2014

| Name of Applicant | KPMG LLP |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, *et al.* Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order Entered on September 16, 2014 (Effective as of April 29, 2014) |
| Period for which compensation and reimbursement is sought: | August 1, 2014 through August 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $208,753.92 (80% of $260,942.40) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $27,796.60 |

This is a  X  monthly ___ interim __ final application.

No prior application filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Employment and Retention of KPMG LLP as Bankruptcy Accounting and Tax Advisors for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date,* dated September 16, 2014 [D.I. 2054] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the accounting firm of KPMG LLP ("KPMG"), Bankruptcy Accounting and Tax Advisors for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $208,753.92 for the reasonable and necessary accounting services KPMG rendered to the Debtors from August 1, 2014 through August 31, 2014 (the "Fee Period") (80% of $260,942.40); and (ii) reimbursement for the actual and necessary expenses that KPMG incurred, in the amount of $27,796.60 during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1. In support of this Monthly Fee Statement, attached are the following exhibits:

    - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by KPMG partners and principals, directors and senior managers, managers, senior associates and associates during the Fee Period with respect to each of the subject matter categories KPMG established in accordance with its internal billing procedures. As reflected in Exhibit A, KPMG incurred $260,942.40 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, KPMG seeks reimbursement for 80% of such fees ($208,753.92 in the aggregate).

2

- **Exhibit B** is a schedule providing certain information regarding the KPMG professionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Professionals of KPMG have expended a total of 1,481.7 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which KPMG is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for KPMG's out-of-pocket expenses.

- **Exhibit D** consists of KPMG's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.

**Proposed Payment Allocation**

2.  In accordance with paragraph 2(b) of the Interim Compensation Order, KPMG proposes the following payment allocation of the fees and expenses sought in this Application among (a) Energy Future Holdings Corp. ("EFH Corp."), (b) Energy Future Intermediate Holding Company LLC ("EFIH"), and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors"):

| **Direct Benefit Fees: $236,550.52** | |
|---|---|
| **(comprised of $208,753.92 fees (80% of $260,942.40) and $27,796.60 expenses)** | |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $ 236,550.52 |
| EFIH | $ 0.00 |
| TCEH Debtors | $ 0.00 |
| *Totals:* | **$ 236,550.52** |

| **Collective Benefit Fees:  $ 0.00**<br><br>**(comprised of $**0.00 **fees (80%of $**0.00**) and $**0.00 **expenses)** ||
|---|---|
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $ 0.00 |
| EFIH | $ 0.00 |
| TCEH Debtors | $ 0.00 |
| *Totals:* | $ 0.00 |
| *Grand Totals:* | $ 236,550.52 |

## Representations

3. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  KPMG reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

[*Remainder of page intentionally left blank.*]

WHEREFORE, KPMG requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $236,550.52 consisting of (a) $208,753.92 which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by KPMG and (b) $27,796.60 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: October 24, 2014

*Thomas D. Bibby*

Thomas D. Bibby
Partner, KPMG LLP
717 North Harwood Street
Dallas, TX  75201-6585

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE
LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Thomas D. Bibby, being duly sworn, deposes and says:

1. I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2. By Order dated September 16, 2014, KPMG was retained as Bankruptcy Accounting and Tax Advisors to the above captioned debtors and debtors in possession (the "Debtors"). I submit this Declaration in conjunction with KPMG's monthly fee statement, dated October 24, 2014 (the "Monthly Fee Statement") for KPMG's fourth Monthly Fee Statement for compensation and allowance of expenses for the period August 1, 2014 through August 31, 2014.

3. I have personally performed some of the services rendered by KPMG to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the professionals of KPMG.

4. I have reviewed the foregoing Monthly Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware, and submit that the Monthly Fee Statement substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 24th day of October, 2014

*[signature]*
_____
Thomas D. Bibby
KPMG LLP