## EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services[1] | 0.0 | $ - |
| 2 | 2014 Property Tax Consulting | 224.2 | $ 35,875.00 |
| 3 | Sales and Use Tax Examination Consulting Services | 20.8 | $ 10,799.70 |
| 4 | Fee Statement and Fee Application Preparation | 54.7 | $ 12,891.60 |
| 5 | Retention Services | 19.4 | $ 5,690.20 |
| 7 | SOX Phase I | 859.9 | $ 132,802.90 |
| 10 | IT Asset Management Services | 97.5 | $ 18,660.00 |
| 11 | Service Costing Assessment Services | 205.2 | $ 44,223.00 |
| 12 | SOX Phase 2[2] | 0.0 | $ - |
| **Total** | | **1,481.7** | **$ 260,942.40** |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 11,009.41 |
| Lodging | N/A | $ 10,128.17 |
| Travel Meals | N/A | $ 2,263.28 |
| Ground Transportation | N/A | $ 4,395.74 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 27,796.60** |

[1] Fees for Voucher Analysis Services totaling $45,400.00 were deferred pending approval of the supplemental retention documents.

[2] Fees for SOX Phase 2 Services totaling $49,199.50 were deferred pending approval of the supplemental retention documents.