**EXHIBIT B**

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the

Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|
| Berry, Denis | Principal - Advisory | 3.0 | $ | 350 | $ | 1,050.00 |
| Burdett, Brian R | Principal - Tax | 10.9 | $ | 682 | $ | 7,433.80 |
| Cargile, David | Managing Director - Advisory | 33.4 | $ | 325 | $ | 10,855.00 |
| Garcia, Susan | Managing Director - Advisory | 1.0 | $ | 325 | $ | 325.00 |
| Amadei, Michael D | Director - Advisory | 18.0 | $ | 290 | $ | 5,220.00 |
| Costar, David | Director - Advisory | 1.3 | $ | 290 | $ | 377.00 |
| Potter, Maria | Director - Advisory | 65.7 | $ | 340 | $ | 22,338.00 |
| Fulmer, Brandon T | Manager - Tax | 5.0 | $ | 437 | $ | 2,185.00 |
| Plangman, Monica | Manager - Bankruptcy | 24.1 | $ | 298 | $ | 7,181.80 |
| Seeman, Nick | Manager - Advisory | 50.5 | $ | 250 | $ | 12,625.00 |
| Campbell, Celeste | Senior Associate - Bankruptcy | 50.0 | $ | 228 | $ | 11,400.00 |
| Dami, Orland | Senior Associate - Advisory | 96.5 | $ | 190 | $ | 18,335.00 |
| Huggins, Julie | Senior Associate - Advisory | 3.4 | $ | 190 | $ | 646.00 |
| Isakulov, Shokrukh | Senior Associate - Advisory | 155.2 | $ | 190 | $ | 29,488.00 |
| Wilborn, Blake | Senior Associate - Advisory | 0.5 | $ | 190 | $ | 95.00 |
| Zanini, Joseph | Senior Associate - Advisory | 40.0 | $ | 190 | $ | 7,600.00 |
| Alves, Matthew | Associate - Tax | 157.0 | $ | 175 | $ | 27,475.00 |
| Karcasinas, Theodore J | Associate - Tax | 4.9 | $ | 241 | $ | 1,180.90 |
| Lariscy, Matthew R. | Associate - Advisory | 47.4 | $ | 125 | $ | 5,925.00 |
| Nebel, Bob | Associate - Advisory | 153.6 | $ | 125 | $ | 19,200.00 |
| Nguyen, Vy | Associate - Advisory | 67.2 | $ | 125 | $ | 8,400.00 |
| Rangwala, Hussain | Associate - Advisory | 141.2 | $ | 125 | $ | 17,650.00 |
| Rios, Jose | Associate - Advisory | 34.3 | $ | 125 | $ | 4,287.50 |
| Adedeji, Peju | Contractor [1] | 181.1 | $ | 104 | $ | 18,834.40 |
| Braun, Nancy | Contractor - Apptio SME[1] | 77.6 | $ | 185 | $ | 14,356.00 |
| Hayes, Chris | Contractor - Data SME[1] | 58.9 | $ | 110 | $ | 6,479.00 |
| **Total Hours and Fees** | | **1,481.7** | | | **$** | **260,942.40[2]** |

---

[1]    Contractors passed through at cost to KPMG.

[2]    KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014.  During the Fee Period, KPMG's standard rates for services rendered totaled $562,304.50.  KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $341,031.50 thus benefitting the Chapter 11 estate by same amount.