# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 11,009.41 |
| Lodging | N/A | $ 10,128.17 |
| Travel Meals | N/A | $ 2,263.28 |
| Ground Transportation | N/A | $ 4,395.74 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 27,796.60** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 11,009.41 |
| Lodging | N/A | $ 10,128.17 |
| Travel Meals | N/A | $ 2,263.28 |
| Ground Transportation | N/A | $ 4,395.74 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 27,796.60** |