**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2014 through August 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08273087 | SOX Phase I | 20140801 | Isakulov, Shokhrukh | air | | | $ 692.87 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 07/27/14 Return Date:08/01/14. Business Purpose: EFH |
| 08273087 | SOX Phase I | 20140807 | Amadei, Michael D | air | | | $ 1,165.20 | Airfare from Washington DC to Dallas for EFH project. 8/11/2014 to 8/15/2014 |
| 08273087 | SOX Phase I | 20140808 | Isakulov, Shokhrukh | air | | | $ 681.45 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 08/03/14 Return Date:08/08/14. Business Purpose: EFH |
| 08273087 | IT Asset Management Services | 20140811 | Dami, Orland | air | | | $ 342.80 | Coach one-way airfare from Chicago MDW to Dallas DAL on 8/11/14. |
| 08273087 | SOX Phase I | 20140814 | Zanini, Joseph | air | | | $ 732.42 | Roundtrip coach class airfare to Dallas. Departure Date: 08/10/14 Return Date: 08/14/14. Business Purpose: EFH. |
| 08273087 | Service Costing Assessment Services | 20140814 | Potter, Maria | air | | | $ 1,238.97 | Round trip coach airfare from LaGuardia airport to DFW for on site project work departure 8/11/14 return date 8/14/14. |
| 08273087 | Service Costing Assessment Services | 20140814 | Braun, Nancy | air | | | $ 1,360.20 | Airfare- American Airlines Roundtrip coach class airfare from Indianapolis, IN to Dallas, TX. Departure Date: 08/11/14 Return Date: 8/14/14. Business Purpose: EFH |
| 08273087 | IT Asset Management Services | 20140815 | Dami, Orland | air | | | $ 315.29 | Coach one-way airfare from Dallas DFW to Chicago ORD on 8/15/14. |
| 08273087 | IT Asset Management Services | 20140821 | Dami, Orland | air | | | $ 635.70 | Roundtrip coach airfare from Chicago MDW to Dallas DAL on 8/18/14 and return on 8/21/14. |
| 08273087 | Service Costing Assessment Services | 20140821 | Potter, Maria | air | | | $ 849.11 | Round trip coach airfare from LaGuardia airport to DFW for on site project work departure 8/18/14 return date 8/21/14. |
| 08273087 | SOX Phase I | 20140822 | Isakulov, Shokhrukh | air | | | $ 677.31 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 08/17/14 Return Date:08/22/14. Business Purpose: EFH |
| 08273087 | Service Costing Assessment Services | 20140822 | Braun, Nancy | air | | | $ 1,003.20 | Airfare- American Airlines Roundtrip coach class airfare from Indianapolis, IN to Dallas, TX. Departure Date: 08/18/14 Return Date: 8/22/14. Business Purpose: EFH |
| 08273087 | IT Asset Management Services | 20140827 | Dami, Orland | air | | | $ 640.20 | Roundtrip coach airfare from Chicago to Dallas on 8/25/14 and return on 8/27/14. |
| 08273087 | SOX Phase I | 20140829 | Isakulov, Shokhrukh | air | | | $ 674.69 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 08/24/14 Return Date:08/29/14. Business Purpose: EFH |
| 08273087 | SOX Phase I | 20140731 | Costar, David | lodging | | | $ 212.80 | Lodging while traveling at Grand Hyatt DFW, Dallas, TX from 07/30/14 thru 07/31/14 |
| 08273087 | SOX Phase I | 20140801 | Isakulov, Shokhrukh | lodging | | | $ 984.75 | Lodging incurred in Dallas, TX for 5 nights (07/27/14 thru 08/01/14) while performing work client EFH project start. |
| 08273087 | SOX Phase I | 20140808 | Isakulov, Shokhrukh | lodging | | | $ 1,183.05 | Lodging incurred in Dallas, TX for 5 nights (08/03/14 thru 08/08/14) while performing work client EFH project start. |
| 08273087 | Service Costing Assessment Services | 20140814 | Potter, Maria | lodging | | | $ 563.64 | Lodging - 3 nights incurred in Dallas, TX for 3 nights from 8/11/14 thru 8/14/14 while performing work for Energy Future Holdings Service Costing Assessment. |
| 08273087 | SOX Phase I | 20140814 | Amadei, Michael D | lodging | | | $ 563.64 | Hotel with traveling for EFH. 3 Nights 8/11 to 8/14 |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2014 through August 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08273087 | SOX Phase I | 20140814 | Zanini, Joseph | lodging | | | $ 608.56 | Lodging in Dallas TX for 4 nights (8/10-8/14) while performing work for EFH. |
| 08273087 | Service Costing Assessment Services | 20140814 | Braun, Nancy | lodging | | | $ 761.64 | Lodging incurred in Dallas, TX for 3 nights from 8/11/14 thru 8/14/14 while performing work for Energy Future Holdings Service Costing Assessment |
| 08273087 | IT Asset Management Services | 20140814 | Dami, Orland | lodging | | | $ 560.16 | Lodging while out of town from 8/11/14 thru 8/14/14. |
| 08273087 | SOX Phase I | 20140815 | Amadei, Michael D | lodging | | | $ 195.57 | Hotel with traveling for EFH. 1 Night on 8/14 to 08/15 |
| 08273087 | IT Asset Management Services | 20140821 | Dami, Orland | lodging | | | $ 556.71 | Lodging while traveling out of town from 8/18/14 thru 8/21/14. |
| 08273087 | Service Costing Assessment Services | 20140821 | Potter, Maria | lodging | | | $ 560.16 | Lodging - 3 nights incurred in Dallas, TX for 3 nights from 8/18/18 thru 8/21/14 while performing work for Energy Future Holdings Service Costing Assessment. |
| 08273087 | Service Costing Assessment Services | 20140822 | Braun, Nancy | lodging | | | $ 637.95 | Lodging incurred in Dallas, TX for 4 nights from 8/18/14 thru 8/22/14 while performing work for Energy Future Holdings Service Costing Assessment |
| 08273087 | SOX Phase I | 20140822 | Isakulov, Shokhrukh | lodging | | | $ 1,183.05 | Lodging incurred in Dallas, TX for 5 nights (08/17-08/22) while performing work client EFH project start |
| 08273087 | IT Asset Management Services | 20140827 | Dami, Orland | lodging | | | $ 373.44 | Lodging while traveling out of town from 8/25/14 thru 8/27/14 |
| 08273087 | SOX Phase I | 20140829 | Isakulov, Shokhrukh | lodging | | | $ 1,183.05 | Lodging incurred in Dallas, TX for 5 nights from 08/24/14 thru 08/29/14 while performing work client EFH project start |
| 08273087 | SOX Phase I | 20140729 | Costar, David | travel meals | | | $ 9.03 | Lunch while traveling at Toasty Pita, Dallas, TX. Attendee: D. Costar |
| 08273087 | SOX Phase I | 20140801 | Isakulov, Shokhrukh | travel meals | | | $ 15.24 | Out of town Lunch at On the Border Mexican Restaurant. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140801 | Isakulov, Shokhrukh | travel meals | | | $ 17.31 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140801 | Isakulov, Shokhrukh | travel meals | | | $ 39.54 | Out of town Dinner at Cheesecake Factory in Southlake, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140803 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140804 | Isakulov, Shokhrukh | travel meals | | | $ 25.93 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140804 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140805 | Isakulov, Shokhrukh | travel meals | | | $ 23.80 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140805 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140806 | Isakulov, Shokhrukh | travel meals | | | $ 22.72 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140806 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense EFH. |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2014 through August 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08273087 | SOX Phase I | 20140807 | Isakulov, Shokhrukh | travel meals | | | $ 20.57 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140807 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140808 | Isakulov, Shokhrukh | travel meals | | | $ 22.72 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140808 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town lunch at Chili's in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140810 | Zanini, Joseph | travel meals | | | $ 9.40 | Out of town dinner at Ufood Grill. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140811 | Zanini, Joseph | travel meals | | | $ 9.30 | Out of town lunch at Poblanos. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140811 | Amadei, Michael D | travel meals | | | $ 10.65 | Lunch while travel for EFH, 8/11 |
| 08273087 | SOX Phase I | 20140811 | Amadei, Michael D | travel meals | | | $ 12.54 | Breakfast while traveling for EFH on 8/11 |
| 08273087 | SOX Phase I | 20140811 | Amadei, Michael D | travel meals | | | $ 35.31 | Dinner while traveling for EFH on 8/11 |
| 08273087 | SOX Phase I | 20140811 | Zanini, Joseph | travel meals | | | $ 40.00 | Out of town dinner at Eddie Vs. Business Purpose: Meal expense EFH. |
| 08273087 | Service Costing Assessment Services | 20140811 | Potter, Maria | travel meals | | | $ 40.00 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140812 | Amadei, Michael D | travel meals | | | $ 9.13 | Breakfast while traveling for EFH on 8/12 |
| 08273087 | SOX Phase I | 20140812 | Amadei, Michael D | travel meals | | | $ 7.52 | Lunch while travel for EFH, 8/12 |
| 08273087 | SOX Phase I | 20140812 | Zanini, Joseph | travel meals | | | $ 8.55 | Out of town lunch at Sushiyaa. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140812 | Dami, Orland | travel meals | | | $ 10.82 | Out of town lunch while traveling. |
| 08273087 | Service Costing Assessment Services | 20140812 | Potter, Maria | travel meals | | | $ 12.52 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140812 | Zanini, Joseph | travel meals | | | $ 16.37 | Out of town dinner at Southpaws cafe. Business Purpose: Meal expense EFH. |
| 08273087 | Service Costing Assessment Services | 20140812 | Potter, Maria | travel meals | | | $ 30.18 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140812 | Amadei, Michael D | travel meals | | | $ 36.00 | Dinner while traveling for EFH on 8/12 |
| 08273087 | Service Costing Assessment Services | 20140812 | Potter, Maria | travel meals | | | $ 36.27 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140813 | Amadei, Michael D | travel meals | | | $ 7.41 | Breakfast while traveling for EFH on 8/13 |
| 08273087 | Service Costing Assessment Services | 20140813 | Potter, Maria | travel meals | | | $ 4.75 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense EFH. |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2014 through August 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08273087 | SOX Phase I | 20140813 | Zanini, Joseph | travel meals | | | $ 7.97 | Out of town breakfast. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140813 | Amadei, Michael D | travel meals | | | $ 12.72 | Lunch while traveling for EFH on 8/13 |
| 08273087 | SOX Phase I | 20140813 | Zanini, Joseph | travel meals | | | $ 16.11 | Out of town lunch at Chop House Burger. Business Purpose: Meal expense EFH. |
| 08273087 | Service Costing Assessment Services | 20140813 | Potter, Maria | travel meals | | | $ 23.77 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140813 | Amadei, Michael D | travel meals | | | $ 36.00 | Dinner while traveling for EFH on 8/13 |
| 08273087 | SOX Phase I | 20140813 | Zanini, Joseph | travel meals | | | $ 40.00 | Out of town dinner at Eddie Vs. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140814 | Amadei, Michael D | travel meals | | | $ 9.74 | Breakfast while traveling for EFH 8/14 |
| 08273087 | IT Asset Management Services | 20140814 | Dami, Orland | travel meals | | | $ 6.40 | Breakfast while traveling in Dallas at SQ Coffee & Pastries. Attendee: M. Amadei |
| 08273087 | SOX Phase I | 20140814 | Amadei, Michael D | travel meals | | | $ 7.42 | Lunch while traveling for EFH on 8/14 |
| 08273087 | Service Costing Assessment Services | 20140814 | Potter, Maria | travel meals | | | $ 9.46 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140814 | Zanini, Joseph | travel meals | | | $ 9.79 | Out of town lunch at Poblanos. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140814 | Dami, Orland | travel meals | | | $ 10.58 | Lunch while traveling at Taco Barracho |
| 08273087 | SOX Phase I | 20140814 | Zanini, Joseph | travel meals | | | $ 12.75 | Out of town breakfast at Au Bon Pain. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140814 | Amadei, Michael D | travel meals | | | $ 36.00 | Dinner while traveling for EFH on 8/14 |
| 08273087 | SOX Phase I | 20140814 | Zanini, Joseph | travel meals | | | $ 40.00 | Out of town dinner at Centric. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140814 | Dami, Orland | travel meals | | | $ 40.00 | Dinner at hotel while traveling. |
| 08273087 | SOX Phase I | 20140815 | Amadei, Michael D | travel meals | | | $ 12.99 | Breakfast while traveling for EFH 8/15 |
| 08273087 | IT Asset Management Services | 20140815 | Dami, Orland | travel meals | | | $ 33.95 | Dinner while traveling at the airport. |
| 08273087 | SOX Phase I | 20140817 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense EFH. |
| 08273087 | Service Costing Assessment Services | 20140818 | Potter, Maria | travel meals | | | $ 7.58 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140818 | Dami, Orland | travel meals | | | $ 7.75 | Breakfast while traveling. |
| 08273087 | SOX Phase I | 20140818 | Zanini, Joseph | travel meals | | | $ 9.69 | Out of town lunch at Beyond the Box. Business Purpose: Meal expense EFH. |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2014 through August 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08273087 | IT Asset Management Services | 20140818 | Dami, Orland | travel meals | | | $ 15.45 | Lunch while traveling at Mad Hatter Café. |
| 08273087 | SOX Phase I | 20140818 | Isakulov, Shokhrukh | travel meals | | | $ 20.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140818 | Zanini, Joseph | travel meals | | | $ 23.65 | Out of town meal. Business Purpose: Meal expense EFH. |
| 08273087 | Service Costing Assessment Services | 20140818 | Potter, Maria | travel meals | | | $ 24.54 | Out of town breakfast at in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | Service Costing Assessment Services | 20140818 | Potter, Maria | travel meals | | | $ 27.62 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140818 | Dami, Orland | travel meals | | | $ 40.00 | Dinner while traveling out of town. |
| 08273087 | SOX Phase I | 20140818 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140819 | Dami, Orland | travel meals | | | $ 9.31 | Breakfast while traveling out of town. |
| 08273087 | IT Asset Management Services | 20140819 | Dami, Orland | travel meals | | | $ 11.74 | Lunch while traveling out of town. |
| 08273087 | Service Costing Assessment Services | 20140819 | Potter, Maria | travel meals | | | $ 17.03 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140819 | Isakulov, Shokhrukh | travel meals | | | $ 23.80 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140819 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140820 | Isakulov, Shokhrukh | travel meals | | | $ 22.72 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | Service Costing Assessment Services | 20140820 | Potter, Maria | travel meals | | | $ 36.59 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140820 | Dami, Orland | travel meals | | | $ 40.00 | Dinner while traveling out of town. |
| 08273087 | SOX Phase I | 20140820 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | Service Costing Assessment Services | 20140821 | Potter, Maria | travel meals | | | $ 7.66 | Out of town meal while traveling. |
| 08273087 | Service Costing Assessment Services | 20140821 | Potter, Maria | travel meals | | | $ 7.77 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140821 | Dami, Orland | travel meals | | | $ 10.37 | Lunch while traveling out of town. |
| 08273087 | IT Asset Management Services | 20140821 | Dami, Orland | travel meals | | | $ 11.30 | Dinner at airport while traveling out of town. |
| 08273087 | SOX Phase I | 20140821 | Isakulov, Shokhrukh | travel meals | | | $ 23.80 | Out of town lunch at Rodizio Grill in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140821 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense EFH. |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2014 through August 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08273087 | SOX Phase I | 20140822 | Isakulov, Shokhrukh | travel meals | | | $ 22.72 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140822 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140824 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140825 | Dami, Orland | travel meals | | | $ 5.91 | Breakfast while traveling out of town. |
| 08273087 | IT Asset Management Services | 20140825 | Dami, Orland | travel meals | | | $ 6.31 | Lunch while traveling out of town. |
| 08273087 | SOX Phase I | 20140825 | Isakulov, Shokhrukh | travel meals | | | $ 19.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140825 | Dami, Orland | travel meals | | | $ 40.00 | Dinner while traveling out of town. |
| 08273087 | SOX Phase I | 20140825 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140826 | Dami, Orland | travel meals | | | $ 7.75 | Breakfast while traveling out of town. |
| 08273087 | IT Asset Management Services | 20140826 | Dami, Orland | travel meals | | | $ 8.82 | Lunch while traveling out of town. |
| 08273087 | SOX Phase I | 20140826 | Isakulov, Shokhrukh | travel meals | | | $ 23.80 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | IT Asset Management Services | 20140826 | Dami, Orland | travel meals | | | $ 40.00 | Dinner at airport while traveling out of town. |
| 08273087 | SOX Phase I | 20140826 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140827 | Isakulov, Shokhrukh | travel meals | | | $ 22.72 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140827 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140828 | Isakulov, Shokhrukh | travel meals | | | $ 25.93 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140828 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140829 | Isakulov, Shokhrukh | travel meals | | | $ 22.72 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140829 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Lunch at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense EFH. |
| 08273087 | SOX Phase I | 20140731 | Amadei, Michael D | ground | | | $ 52.50 | Taxi from office to Airport for trip to Dallas for EFH. On 7/31 |
| 08273087 | SOX Phase I | 20140801 | Isakulov, Shokhrukh | ground | | | $ 66.53 | Car Rental Gasoline Fuel Expenses. Dates 7/27/14 thru 8/01/14. Business Purpose: EFH |
| 08273087 | SOX Phase I | 20140801 | Isakulov, Shokhrukh | ground | | | $ 98.00 | Taxi from Chicago O'Hare airport to Hickory Hills, IL. Business purpose: EFH project Start |
| 08273087 | SOX Phase I | 20140801 | Isakulov, Shokhrukh | ground | | | $ 385.31 | Car Rental in Dallas, TX. Dates used from 7/27/14 thru 08/01/14. Business Purpose: EFH |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2014 through August 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08273087 | SOX Phase I | 20140803 | Isakulov, Shokhrukh | ground | | | $ 97.00 | Taxi from Hickory Hills, IL to Chicago O'Hare (ORD) airport. Business purpose: EFH |
| 08273087 | SOX Phase I | 20140805 | Isakulov, Shokhrukh | ground | | | $ 64.39 | Car Rental Gasoline Fuel Expenses. Dates 08/03/14 thru 08/05/14. Business Purpose: EFH |
| 08273087 | SOX Phase I | 20140808 | Isakulov, Shokhrukh | ground | | | $ 58.36 | Car Rental Gasoline Fuel Expenses. Dates from 08/06/14 thru 08/08/14. Business Purpose: EFH |
| 08273087 | SOX Phase I | 20140808 | Isakulov, Shokhrukh | ground | | | $ 98.00 | Cab from Chicago O'Hare airport to Hickory Hills, IL. Business purpose: Client EFH project Start |
| 08273087 | SOX Phase I | 20140808 | Isakulov, Shokhrukh | ground | | | $ 439.55 | Car Rental in Dallas, TX. Dates used from 8/3/14 thru 08/08/14. Business Purpose: EFH |
| 08273087 | SOX Phase I | 20140810 | Zanini, Joseph | ground | | | $ 80.00 | Car Service hotel from DFW airport on 8/10/14 |
| 08273087 | Service Costing Assessment Services | 20140811 | Potter, Maria | ground | | | $ 15.00 | Whitestone Bridge Tolls traveling from Shelton, CT (home) to LaGuardia airport |
| 08273087 | IT Asset Management Services | 20140811 | Dami, Orland | ground | | | $ 45.01 | Taxi from Home to Chicago Airport. |
| 08273087 | Service Costing Assessment Services | 20140811 | Potter, Maria | ground | | | $ 55.78 | One way cab fare to client site from DFW airport on 8/11/14. |
| 08273087 | SOX Phase I | 20140811 | Amadei, Michael D | ground | | | $ 55.95 | Taxi from DFW airport to the hotel in Dallas for EFH on 8/11 |
| 08273087 | Service Costing Assessment Services | 20140814 | Potter, Maria | ground | | | $ 15.00 | Whitestone Bridge Tolls traveling from Shelton, CT (home) to LaGuardia airport |
| 08273087 | IT Asset Management Services | 20140814 | Dami, Orland | ground | | | $ 81.18 | Parking at Hotel from 08/11/14 thru 08/14/14 |
| 08273087 | IT Asset Management Services | 20140814 | Dami, Orland | ground | | | $ 40.56 | Taxi to Home from Chicago Airport. |
| 08273087 | Service Costing Assessment Services | 20140814 | Braun, Nancy | ground | | | $ 80.00 | Cab fare from EFH Office to DFW airport in Dallas. Business purpose: Client EFH |
| 08273087 | Service Costing Assessment Services | 20140814 | Potter, Maria | ground | | | $ 93.37 | Parking at LaGuardia airport for personal car parked from 8/11 to 8/14. |
| 08273087 | SOX Phase I | 20140814 | Zanini, Joseph | ground | | | $ 80.00 | Ground transportation from client site EFH to DFW airport on 8/14/14 |
| 08273087 | IT Asset Management Services | 20140814 | Dami, Orland | ground | | | $ 11.72 | Fuel for Rental car while out of town from 8/11/14 thru 8/14/14. |
| 08273087 | SOX Phase I | 20140815 | Amadei, Michael D | ground | | | $ 54.05 | Taxi from hotel to DFW for EFH on 8/15 |
| 08273087 | SOX Phase I | 20140815 | Amadei, Michael D | ground | | | $ 135.00 | Airport Parking for EFH at Dulles Airport 8/11 to 8/15 |
| 08273087 | IT Asset Management Services | 20140814 | Dami, Orland | ground | | | $ 138.26 | Hertz - Car Rental while out of town from 8/11/14 thru 8/15/14. |
| 08273087 | SOX Phase I | 20140817 | Isakulov, Shokhrukh | ground | | | $ 98.00 | Taxi from Hickory Hills, IL to Chicago O'Hare (ORD) airport. Business purpose: EFH |
| 08273087 | SOX Phase I | 20140817 | Zanini, Joseph | ground | | | $ 80.00 | Ground transportation to hotel from DFW airport on 8/17/14 |
| 08273087 | IT Asset Management Services | 20140818 | Dami, Orland | ground | | | $ 25.20 | Taxi from Airport to Client Site. |
| 08273087 | IT Asset Management Services | 20140818 | Dami, Orland | ground | | | $ 43.86 | Taxi from Home to Airport. |
| 08273087 | Service Costing Assessment Services | 20140818 | Potter, Maria | ground | | | $ 56.00 | One way cab fare to client site from DFW airport on 8/18 |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2014 through August 31, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08273087 | SOX Phase I | 20140819 | Isakulov, Shokhrukh | ground | | | $ 58.12 | Car Rental Gasoline Fuel Expenses. Dates 08/17-08/19. Business Purpose: EFH |
| 08273087 | Service Costing Assessment Services | 20140821 | Potter, Maria | ground | | | $ 15.00 | Whitestone Bridge Tolls traveling from Shelton, CT (home) to LaGuardia airport |
| 08273087 | IT Asset Management Services | 20140821 | Dami, Orland | ground | | | $ 42.65 | Taxi from Airport to Home. |
| 08273087 | Service Costing Assessment Services | 20140821 | Potter, Maria | ground | | | $ 54.00 | One way cab fare to client site to DFW airport on 8/21 |
| 08273087 | Service Costing Assessment Services | 20140821 | Potter, Maria | ground | | | $ 93.37 | Parking at LaGuardia airport for personal car parked from 8/18/14 to 8/21/14. |
| 08273087 | SOX Phase I | 20140822 | Isakulov, Shokhrukh | ground | | | $ 62.41 | Car Rental Gasoline Fuel Expenses. Dates from 08/20/14 thru 08/22/14. Business Purpose: EFH |
| 08273087 | SOX Phase I | 20140822 | Isakulov, Shokhrukh | ground | | | $ 98.00 | Cab from Chicago O'Hare airport to Hickory Hills, IL. Business purpose: Client EFH project Start |
| 08273087 | SOX Phase I | 20140822 | Isakulov, Shokhrukh | ground | | | $ 439.55 | Car Rental in Dallas, TX. Dates used from 8/17 to 08/22. Business Purpose: EFH |
| 08273087 | SOX Phase I | 20140824 | Isakulov, Shokhrukh | ground | | | $ 97.00 | Taxi from Hickory Hills, IL to Chicago O'Hare (ORD) airport. Business purpose: EFH |
| 08273087 | IT Asset Management Services | 20140825 | Dami, Orland | ground | | | $ 24.15 | Taxi from Airport to Office |
| 08273087 | IT Asset Management Services | 20140825 | Dami, Orland | ground | | | $ 48.00 | Taxi from Home to Airport MDW. |
| 08273087 | SOX Phase I | 20140826 | Isakulov, Shokhrukh | ground | | | $ 55.64 | Car Rental Gasoline Fuel Expenses. Dates 08/24-08/26. Business Purpose: EFH |
| 08273087 | IT Asset Management Services | 20140827 | Dami, Orland | ground | | | $ 25.00 | Taxi from EFH Office to Airport DAL. |
| 08273087 | IT Asset Management Services | 20140827 | Dami, Orland | ground | | | $ 42.54 | Taxi from Airport to Home. |
| 08273087 | SOX Phase I | 20140829 | Isakulov, Shokhrukh | ground | | | $ 59.18 | Car Rental Gasoline Fuel Expenses. Dates 08/27-08/29. Business Purpose: EFH |
| 08273087 | SOX Phase I | 20140829 | Isakulov, Shokhrukh | ground | | | $ 98.00 | Cab from Chicago O'Hare airport to Hickory Hills, IL. Business purpose: Client EFH project Start |
| 08273087 | SOX Phase I | 20140829 | Isakulov, Shokhrukh | ground | | | $ 439.55 | Car Rental in Dallas, TX. Dates used from 8/24 to 08/29. Business Purpose: EFH |