IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>ENERGY FUTURE )<br>HOLDINGS CORP., *et al.*, )<br>)<br>*Debtors*. )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Related to D.I. 2087 and 2385** |

### NOTICE OF SUBMISSION OF DELAWARE TRUST COMPANY'S DEPOSITION DESIGNATIONS

**PLEASE TAKE NOTICE** that, on September 19, 2014, at the continued hearing on the Motion of Energy Future Holdings Corp., et al. for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving Form and Manner of Notice Thereof [D.I. 2087], counsel for the Debtors and Delaware Trust Company, as indenture trustee, represented to the Court that they would submit to the Court designations of the deposition of Charles Cremens.

**PLEASE TAKE FURTHER NOTICE** that, on October 24, 2014, Delaware Trust Company, as indenture trustee, submitted its designations of the deposition of Charles Cremens to the chambers of the Honorable Christopher S. Sontchi. As of this filing, counsel for Delaware Trust Company has not received approval to submit counter-designations from the Debtors.

[Signature on Next Page]

40000/0598-11129701v1

Dated: October 24, 2014

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

| | |
|---|---|
| */s/ Kate Stickles* | |
| Norman L. Pernick (DE 2290) | Warren A. Usatine |
| J. Kate Stickles (DE 2917) | 25 Main Street, |
| 500 Delaware Avenue, Suite 1410 | P.O. Box 800 |
| Wilmington, DE 19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile: 302-652-3117 | Facsimile: 201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |

    --and--

| | |
|---|---|
| ROPES & GRAY LLP | |
| Keith H. Wofford | D. Ross Martin |
| Mark R. Somerstein | Andrew G. Devore |
| 1211 Avenue of the Americas | Prudential Tower |
| New York, NY 10036-8704 | 800 Boylston Street |
| Telephone: 212-596-9000 | Boston, MA 02199-3600 |
| Facsimile: 212-596-9090 | Telephone: 617-951-7000 |
| Keith.Wofford@ropesgray.com | Facsimile: 617-951-7050 |
| Mark.Somerstein@ropesgray.com | Ross.Martin@ropesgray.com |
| | Andrew.Devore@ropesgray.com |

    --and--

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Delaware Trust Company,
as successor indenture trustee*

40000/0598-11129701v1