## EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 003 | Assumption and Rejection of Leases and Contracts | 25.40 | $20,531.50 |
| 004 | Avoidance Action Analysis | 3.90 | $1,618.50 |
| 006 | Business Operations | 3.00 | $675.00 |
| 007 | Case Administration | 152.60 | $114,806.50 |
| 009 | Corporate Governance and Board Matters | 21.80 | $16,358.00 |
| 010 | Employee Benefits and Pensions | 21.00 | $13,031.00 |
| 011 | Employment and Fee Applications | 40.20 | $24,649.50 |
| 013 | Financing and Cash Collateral | 525.80 | $408,871.50 |
| 015 | Meetings and Communications with Creditors | 276.30 | $255,083.50 |
| 016 | Non-Working Travel | 9.50 | $9,848.50 |
| 021 | Tax | 259.70 | $213,496.50 |
| 022 | Valuation | 27.00 | $23,805.00 |
| 023 | Discovery | 538.90 | $383,090.50 |
| 024 | Hearings | 32.10 | $32,663.50 |
| 025 | First and Second Day Motions | 214.30 | $161,320.00 |
| 026 | Claims Investigation | 108.00 | $91,722.00 |
| 028 | Intercompany Claims | 15.70 | $11,284.00 |
| 029 | Other Motions/Applications | 43.10 | $32,048.00 |
| **Total Incurred** | | **2,318.30** | **$1,814,903.00** |
| **Less 50% for Non-Working Travel** | | | **$(4,924.25)** |
| **Total Requested** | | | **$1,809,978.75** |

| Service Description | Amount |
|---|---:|
| Photocopies | $58.70 |
| Color Copies | $553.30 |
| Travel | $1,588.90 |
| On-line Research – LEXIS | $5,131.36 |
| On-line Research – WESTLAW | $8,042.10 |
| EDiscovery Fees | $774.30 |
| Long Distance Telephone | $292.83 |
| Court Filing Service | $247.00 |
| Business Meals | $563.47 |
| Meals | $280.00 |
| Transportation | $493.22 |
| **Total:** | **$18,025.18** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1161068

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Chester, Jeffrey A. | Partner | 1981 | Finance | $950.00 | 6.30 | $5,985.00 |
| Doufekias, Demme | Partner | 2004 | Litigation | $825.00 | 24.50 | $20,212.50 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $825.00 | 145.30 | $119,872.50 |
| Haims, Joel C. | Partner | 1994 | Litigation | $925.00 | 13.50 | $12,487.50 |
| Hoffinger, Adam S. | Partner | 1983 | Litigation | $1,025.00 | 17.60 | $18,040.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,250.00 | 91.10 | $113,875.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,050.00 | 84.90 | $89,145.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $895.00 | 83.60 | $74,822.00 |
| Lee, Gary S. | Partner | 1991 | Business Restructuring & Insolvency | $1,050.00 | 12.40 | $13,020.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $950.00 | 7.30 | $6,935.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $995.00 | 155.00 | $154,225.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,050.00 | 135.30 | $142,065.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $825.00 | 51.60 | $42,570.00 |
| Princi, Anthony | Partner | 1983 | Business Restructuring & Insolvency | $1,050.00 | 89.60 | $94,080.00 |
| Rains, Darryl P. | Partner | 1982 | Litigation | $1,025.00 | 3.80 | $3,895.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $825.00 | 32.80 | $27,060.00 |
| Roberts, R. | Partner | 1999 | Tax | $810.00 | 1.00 | $810.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Gregory Salerno, Robert A. | Partner | 1990 | Litigation | $850.00 | 2.90 | $2,465.00 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $415.00 | 15.80 | $6,557.00 |
| Beha, James J. | Associate | 2007 | Litigation | $735.00 | 18.70 | $13,744.50 |
| Bradley, Sara A. | Associate | 2013 | Litigation | $415.00 | 19.60 | $8,134.00 |
| Contreras, Andrea | Associate | 2012 | Litigation | $550.00 | 54.30 | $29,865.00 |
| De Ruig, David N. | Associate | 2007 | Tax | $485.00 | 11.00 | $5,335.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $610.00 | 43.50 | $26,535.00 |
| Dryden, Elizabeth A. | Associate | 2010 | Finance | $655.00 | 17.30 | $11,331.50 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $415.00 | 2.80 | $1,162.00 |
| Goett, David J. | Associate | 2012 | Tax | $550.00 | 15.40 | $8,470.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $695.00 | 136.90 | $95,145.50 |
| Heiman, Laura | Associate | 2012 | Litigation | $550.00 | 9.40 | $5,170.00 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $610.00 | 144.50 | $88,145.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $695.00 | 5.00 | $3,475.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $485.00 | 17.80 | $8,633.00 |
| Landis, Ashleigh K. | Associate | 2011 | Litigation | $550.00 | 19.10 | $10,505.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $655.00 | 16.60 | $10,873.00 |
| Lim, Clara | Associate | 2010 | Tax | $610.00 | 86.90 | $53,009.00 |
| Linch, Maureen | Associate | 2009 | Tax | $695.00 | 17.50 | $12,162.50 |

ny-1161068

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Elizabeth | | | | | | |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $725.00 | 125.40 | $90,915.00 |
| Raife, Dylan James | Associate | 2012 | Litigation | $485.00 | 22.80 | $11,058.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $725.00 | 57.80 | $41,905.00 |
| Rothchild, Meryl L. | Associate | 2010 | Business Restructuring & Insolvency | $655.00 | 18.60 | $12,183.00 |
| Tepfer, Cameron Andrew | Associate | 2014 | Litigation | $415.00 | 12.30 | $5,104.50 |
| Loeffler, Robert H. | Of Counsel | 1969 | Litigation | $975.00 | 4.30 | $4,192.50 |
| Peck, James Michael | Of Counsel | 1971 | Business Restructuring & Insolvency | $1,050.00 | 61.20 | $64,260.00 |
| Froelich, Edward L. | Of Counsel | 1994 | Tax | $850.00 | 0.50 | $425.00 |
| Marines, Jennifer L. | Of Counsel | 2005 | Business Restructuring & Insolvency | $730.00 | 200.60 | $146,438.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $735.00 | 75.50 | $55,492.50 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $750.00 | 10.60 | $7,950.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $335.00 | 11.60 | $3,886.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $300.00 | 44.40 | $13,320.00 |
| Kline, John T. | Senior Paralegal | 8 years | Business Restructuring | $320.00 | 6.00 | $1,920.00 |

ny-1161068

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | & Insolvency | | | |
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $290.00 | 25.50 | $7,395.00 |
| Dietrich, Amy Ruth | Research Analyst | 2 years | Library | $225.00 | 2.50 | $562.50 |
| Shackleton, Mary E. | Research Analyst | 4 years | Library | $225.00 | 3.00 | $675.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $295.00 | 25.10 | $7,404.50 |
| **Total Incurred:** | | | | | **2,318.3** | **$1,814,903.00** |
| **Less 50% of Non-Working Travel:** | | | | | | **$(4,924.25)** |
| **Total Requested** | | | | | | **$1,809,978.75** |

ny-1161068

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies | $58.70 |
| Color Copies | $553.30 |
| Travel | $1,588.90 |
| On-line Research – LEXIS | $5,131.36 |
| On-line Research – WESTLAW | $8,042.10 |
| EDiscovery Fees | $774.30 |
| Long Distance Telephone | $292.83 |
| Court Filing Service | $247.00 |
| Business Meals | $563.47 |
| Meals | $280.00 |
| Transportation | $493.22 |
| **Total:** | **$18,025.18** |

## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮
Invoice Number: 5371320
Invoice Date: September 29, 2014

Client/Matter Number: 073697-0000001

Matter Name:   BANKRUPTCY OF
              ENERGY FUTURE
              HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through May 31, 2014*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 18,025.18 |
| **Total This Invoice** | **18,025.18** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted]

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5371320
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: September 29, 2014

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-May-2014 | Photocopies | 58.70 |
| 31-May-2014 | Color Copies | 553.30 |
| 31-May-2014 | On-line Research - LEXIS | 5,131.36 |
| 31-May-2014 | On-line Research - WESTLAW | 8,042.10 |
| 15-May-2014 | Local travel, parking, A. Princi, 5/15/14, 7:34PM | 30.00 |
| 19-May-2014 | Local travel, parking, A. Princi, 5/19/14, 10:24PM | 35.00 |
| 19-May-2014 | Local travel, taxi/car service, R. Reigersman, 5/19/14, 11:24PM | 10.70 |
| 20-May-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 5/22/14 | 7.00 |
| 20-May-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 5/22/14 | 348.00 |
| 20-May-2014 | Local travel, parking, A. Princi, 5/20/14 | 17.00 |
| 21-May-2014 | Local travel, taxi/car service, R. Reigersman, 5/21/14, 11:15PM | 10.10 |
| 22-May-2014 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 5/22/14 | 426.00 |
| 22-May-2014 | Travel, train, L. Marinuzzi, travel from Delaware after hearing; hearing went late and return ticket was canceled, purchased one-way return ticket, 5/22/14 | 174.00 |
| 22-May-2014 | Travel (local) agency fee, train, J. Marines, 6/5/14 | 7.00 |
| 22-May-2014 | Local travel, parking, A. Princi, 5/22/14 | 35.00 |
| 23-May-2014 | Local travel, parking, A. Princi, 5/23/14 | 35.00 |
| 24-May-2014 | Local travel, taxi/car service, B. Miller, 5/24/14, 7:23PM | 12.00 |
| 27-May-2014 | Local travel, taxi/car service, B. Miller, 5/27/14, 9:56PM | 9.00 |
| 27-May-2014 | Local travel (weekend), taxi/car service, L. Marinuzzi, 5/20/14 | 25.87 |
| 28-May-2014 | Local travel, taxi/car service, L. Marinuzzi, 5/28/14 | 7.00 |
| 30-May-2014 | Travel, train, J. Marines, travel to/from Delaware for hearing, 6/5/14 | 355.00 |
| 31-May-2014 | Travel, taxi/car service, B. Miller, ground transport to airport, 5/31/14. | 45.23 |
| 23-May-2014 | Local meals, J. Arett dinner, 5/23/14, 9:59PM | 20.00 |
| 25-May-2014 | Local meals, A. Lawrence dinner, 5/21/14, 6:08PM | 20.00 |
| 25-May-2014 | Local meals, S. Martin dinner, 5/21/14, 6:32PM | 20.00 |
| 25-May-2014 | Local meals, D. de Ruig dinner, 5/21/14, 9:05PM | 20.00 |
| 25-May-2014 | Local meals, R. Reigersman dinner, 5/21/14, 9:05PM | 20.00 |
| 25-May-2014 | Local meals, A. Lawrence dinner, 5/22/2014 6:29:00PM | 20.00 |
| 25-May-2014 | Local meals, S. Martin dinner, 5/22/14, 6:55PM | 20.00 |
| 25-May-2014 | Local Meals, M. Dort, dinner, 5/22/2014 7:18PM | 20.00 |
| 25-May-2014 | Local meals, S. Martin dinner, 5/23/14, 6:02PM | 20.00 |
| 25-May-2014 | Local meals, A. Lawrence dinner, 5/23/14, 8:07PM | 20.00 |
| 25-May-2014 | Local meals, A. Lawrence dinner, 5/22/14, 6:29PM | 20.00 |
| 25-May-2014 | Local meals, A. Lawrence dinner, 5/20/14, 6:44PM | 20.00 |
| 25-May-2014 | Local meals, S. Martin dinner, 5/20/14, 7:05PM | 20.00 |
| 29-May-2014 | Local meals, M. Lau dinner, 5/27/14, 7:11PM | 20.00 |
| 13-May-2014 | Local travel, taxi/car service, S. Martin, 9:50PM | 26.79 |
| 13-May-2014 | Local travel, taxi/car service, W. Hildbold | 24.50 |
| 17-May-2014 | Local travel, parking, C. Kerr. | 40.00 |
| 20-May-2014 | Local travel, parking, C. Kerr | 47.00 |
| 20-May-2014 | Local travel, taxi/car service, S. Martin, 12:44AM | 23.41 |
| 21-May-2014 | Local travel, taxi/car service, S. Martin, 1:26AM | 24.33 |
| 21-May-2014 | Local travel, taxi/car service, K. Sadeghi, 12:36AM | 13.10 |
| 22-May-2014 | Local travel, taxi/car service, K. Sadeghi, 12:44AM | 12.50 |
| 26-May-2014 | Local travel, parking, C. Kerr, 9:39PM | 24.00 |
| 27-May-2014 | Local travel, taxi/car service, K. Sadeghi, 11:45PM | 10.70 |
| 27-May-2014 | Local travel, taxi/car service, S. Marsh, 9:04PM | 62.35 |
| 27-May-2014 | Local travel, taxi/car service, S. Martin, 2:08AM | 62.20 |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5371320
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: September 29, 2014

| Date | Description | Value |
|---|---|---|
| 27-May-2014 | Local travel, taxi/car service, J. Beha, 12:21AM | 37.12 |
| 27-May-2014 | Local travel, taxi/car service, J. Beha, 2:11AM | 37.12 |
| 28-May-2014 | Local travel, taxi/car service, K. Sadeghi, 3:54AM | 12.60 |
| 28-May-2014 | Local travel, taxi/car service, S. Martin, 1:11AM | 16.75 |
| 29-May-2014 | Local travel, taxi/car service, S. Martin, 12:08AM | 18.75 |
| 31-May-2014 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery hosting and project management support | 774.30 |
| 19-May-2014 | Long-distance telephone, J. Peck, attend Committee meeting via telephone (roaming charges) | 292.83 |
| 29-May-2014 | Court filing service, D. Harris, court call | 247.00 |
| 20-May-2014 | Business meals, Nocello, 6 attendees, working lunch with A. Princi, 5/20/14 | 101.85 |
| 28-May-2014 | Business meals, Berkeley Caterers, Inc., catering, room 22c, 12 attendees, working lunch with B. Miller, 5/28/14 | 221.62 |
| 28-May-2014 | Business meals, Berkeley Caterers, Inc., catering, room 19A, 12 attendees, working lunch with B. Miller, 5/28/14 | 240.00 |
| | Total Disbursements | 18,025.18 |
| | **Total This Invoice** | USD **18,025.18** |

3