# EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

ny-1161401

| Project Category Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 003 | Assumption and Rejection of Leases and Contracts | 14.7 | $11,447.50 |
| 006 | Business Operations | 11.3 | $10,153.00 |
| 007 | Case Administration | 110.1 | $80,608.00 |
| 009 | Corporate Governance and Board Matters | 17.2 | $12,552.00 |
| 010 | Employee Benefits and Pensions | 22.2 | $17,601.00 |
| 011 | Employment and Fee Applications | 100.9 | $65,146.00 |
| 012 | Employment and Fee Application Objections | .9 | $675.00 |
| 013 | Financing and Cash Collateral | 815.7 | $629,695.50 |
| 015 | Meetings and Communications with Creditors | 199.6 | $174,302.00 |
| 016 | Non-Working Travel | 62.7 | $53,751.00 |
| 017 | Plan and Disclosure Statement | 4.5 | $3,727.00 |
| 021 | Tax | 379.7 | $304,677.00 |
| 022 | Valuation | 10.2 | $10,710.00 |
| 023 | Discovery | 729.0 | $518,982.50 |
| 024 | Hearings | 205.9 | $163,045.00 |
| 025 | First and Second Day Motions | 167.8 | $119,232.00 |
| 026 | Claims Investigation | 569.9 | $412,206.00 |
| 027 | First Lien Investigation | 172.3 | $127,155.00 |
| 028 | Intercompany Claims | 129.2 | $97,643.50 |
| 029 | Other Motions/Applications | 35.3 | $25,423.50 |
| 030 | Schedules and Statements | .5 | $305.00 |
| **Total Incurred** | | **3,794.0** | **$2,862,966.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(26,875.50)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(23,929.00)** |
| **Total Requested** | | | **$2,812,162.00** |

ny-1161401

| Service Description | Amount |
|---|---:|
| Photocopies | $1,101.70 |
| Color Copies | $147.00 |
| Reporting Fees | $2,641.10 |
| Search Fees | $8,394.10 |
| Travel | $12,545.57 |
| On-line Research – LEXIS | $30,762.77 |
| On-line Research – WESTLAW | $13,894.51 |
| On-line Research – OTHER DATABASE | $1,862.60 |
| EDiscovery Fees | $7,346.28 |
| Court Filing Service | $247.00 |
| Business Meals | $1,971.60 |
| Travel Meals | $537.29 |
| Outside Copying Service | $195.75 |
| Meals | $793.11 |
| Transportation | $1,822.48 |
| On-line Research – OTHER DATABASE | $13.23 |
| **Total:** | **$84,276.09** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1161401

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Chester, Jeffrey A. | Partner | 1981 | Finance | $950.00 | 2.00 | $1,900.00 |
| Doufekias, Demme | Partner | 2004 | Litigation | $825.00 | 15.30 | $12,622.50 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $825.00 | 222.80 | $183,810.00 |
| Haims, Joel C. | Partner | 1994 | Litigation | $925.00 | 8.50 | $7,862.50 |
| Hoffinger, Adam S. | Partner | 1983 | Litigation | $1,025.00 | 55.90 | $57,297.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,250.00 | 103.50 | $129,375.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,050.00 | 153.20 | $160,860.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $895.00 | 221.50 | $198,242.50 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $950.00 | 72.90 | $69,255.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $995.00 | 210.20 | $209,149.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,050.00 | 121.80 | $127,890.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $825.00 | 92.40 | $76,230.00 |
| Princi, Anthony | Partner | 1983 | Business Restructuring & Insolvency | $1,050.00 | 3.40 | $3,570.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $825.00 | 49.70 | $41,002.50 |
| Roberts, R. Gregory | Partner | 1999 | Tax | $810.00 | 4.50 | $3,645.00 |
| Salerno, Robert A. | Partner | 1990 | Litigation | $850.00 | 101.50 | $86,275.00 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring | $415.00 | 45.20 | $18,758.00 |

ny-1161401

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| | | | & Insolvency | | | |
| Beha, James J. | Associate | 2007 | Litigation | $735.00 | 0.50 | $367.50 |
| Bradley, Sara A. | Associate | 2013 | Litigation | $415.00 | 22.30 | $9,254.50 |
| Contreras, Andrea | Associate | 2012 | Litigation | $550.00 | 23.50 | $12,925.00 |
| De Ruig, David N. | Associate | 2007 | Tax | $485.00 | 17.30 | $8,390.50 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $610.00 | 45.60 | $27,816.00 |
| Dryden, Elizabeth A. | Associate | 2010 | Finance | $655.00 | 27.00 | $17,685.00 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $415.00 | 17.70 | $7,345.50 |
| Goett, David J. | Associate | 2012 | Tax | $550.00 | 29.60 | $16,280.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $695.00 | 161.20 | $112,034.00 |
| Heiman, Laura | Associate | 2012 | Litigation | $550.00 | 4.30 | $2,365.00 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $610.00 | 208.50 | $127,185.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $695.00 | 3.00 | $2,085.00 |
| Kalansky, Shai | Associate | 2009 | Corporate | $695.00 | 0.50 | $347.50 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $485.00 | 19.60 | $9,506.00 |
| Landis, Ashleigh K. | Associate | 2011 | Litigation | $550.00 | 7.00 | $3,850.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $655.00 | 26.50 | $17,357.50 |
| Lim, Clara | Associate | 2010 | Tax | $610.00 | 126.20 | $76,982.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $725.00 | 206.70 | $149,857.50 |
| Parmer, Ilana Haller | Associate | 2014 | Finance | $415.00 | 50.50 | $20,957.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Petrovas, Sotirios | Associate | 2014 | Litigation | $415.00 | 52.70 | $21,870.50 |
| Petts, Jonathan M. | Associate | 2008 | Business Restructuring & Insolvency | $550.00 | 17.60 | $9,680.00 |
| Raife, Dylan James | Associate | 2012 | Litigation | $485.00 | 4.40 | $2,134.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $725.00 | 174.70 | $126,657.50 |
| Jonathan C. Rothberg | Associate | 2008 | Litigation | $725.00 | 20.80 | $15,080.00 |
| Tan, Jennie | Associate | 2007 | Finance | $725.00 | 22.50 | $16,312.50 |
| Tepfer, Cameron Andrew | Associate | 2014 | Litigation | $415.00 | 91.10 | $37,806.50 |
| Ulich, Rebecca M. | Associate | 2010 | Tax | $610.00 | 2.00 | $1,220.00 |
| Peck, James Michael | Of Counsel | 1971 | Business Restructuring & Insolvency | $1,050.00 | 69.60 | $73,080.00 |
| Evans, Nilene R. | Of Counsel | 1980 | Capital Markets | $825.00 | 0.50 | $412.50 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $825.00 | 64.20 | $52,965.00 |
| Marines, Jennifer L. | Of Counsel | 2005 | Business Restructuring & Insolvency | $730.00 | 234.50 | $171,185.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $735.00 | 189.40 | $139,209.00 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $735.00 | 150.10 | $110,323.50 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $750.00 | 20.30 | $15,225.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $335.00 | 54.40 | $18,224.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $300.00 | 43.70 | $13,110.00 |
| Negron, Jeffrey M. | Senior Paralegal | 1.5 years | Real Estate | $310.00 | 3.30 | $1,023.00 |
| Tice, Susan A.T. | Senior Paralegal | 10 years | Litigation | $320.00 | 0.30 | $96.00 |
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $290.00 | 25.70 | $7,453.00 |
| Dietrich, Amy Ruth | Research Analyst | 2 years | Library | $225.00 | 0.90 | $202.50 |
| Rachko, Thomas J. | Intern | 1 month | Litigation | $125.00 | 5.00 | $625.00 |
| Hofer, Matthew L. | Summer Associate | 2 months | General Legal | $265.00 | 4.60 | $1,219.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $295.00 | 54.10 | $15,959.50 |
| Keener, Chris | eDiscovery Analyst | 1.5 years | Litigation | $270.00 | 5.40 | $1,458.00 |
| Soo, Jason | eDiscovery Analyst | 2 years | Litigation | $250.00 | 0.40 | $100.00 |
| **Total Incurred:** | | | | | **3,794.0** | **$2,862,966.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred):** | | | | | | **$(26,875.50)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(23,929.00)** |
| **Total Requested** | | | | | | **$2,812,162.00** |

ny-1161401

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

ny-1161401

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies | $1,101.70 |
| Color Copies | $147.00 |
| Reporting Fees | $2,641.10 |
| Search Fees | $8,394.10 |
| Travel | $12,545.57 |
| On-line Research – LEXIS | $30,762.77 |
| On-line Research – WESTLAW | $13,894.51 |
| On-line Research – OTHER DATABASE | $1,862.60 |
| EDiscovery Fees | $7,346.28 |
| Court Filing Service | $247.00 |
| Business Meals | $1,971.60 |
| Travel Meals | $537.29 |
| Outside Copying Service | $195.75 |
| Meals | $793.11 |
| Transportation | $1,822.48 |
| On-line Research – OTHER DATABASE | $13.23 |
| **Total:** | **$84,276.09** |

# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▉▉▉▉▉
Invoice Number: 5374516
Invoice Date: October 8, 2014

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Professional Services Rendered and Disbursements Incurred through June 30, 2014*

| | U.S.Dollars |
|---|---:|
| Current Disbursements | 84,276.09 |
| **Total Disbursements** | **84,276.09** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted]

# MORRISON | FOERSTER

073697-0000001  Invoice Number: 5374516
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: October 8, 2014

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Jun-2014 | Photocopies | 1,101.70 |
| 30-Jun-2014 | Color Copies | 147.00 |
| 30-Jun-2014 | On-line Research - LEXIS | 30,762.77 |
| 30-Jun-2014 | On-line Research - WESTLAW | 13,894.51 |
| 30-Jun-2014 | On-line Research - OTHER DATABASE | 1,862.60 |
| 30-Jun-2014 | Reporting fees, TSG Reporting, Inc., Certified Transcript | 2,641.10 |
| 12-Jun-2014 | Search fees, CT Lien Solutions | 8,394.10 |
| 03-Jun-2014 | Travel, train, D. Harris, travel to/from Delaware for hearing, 6/5/14 | 426.00 |
| 03-Jun-2014 | Travel, parking, train station, D. Harris, 6/5/14 | 21.00 |
| 03-Jun-2014 | Local travel, taxi/car service, E. Johnson (authorized by W. Hildbold), 5/28/14, 3:12AM | 60.74 |
| 03-Jun-2014 | Local travel, taxi/car service, J. Graham (authorized by W. Hildbold), 5/28/14, 3:57AM | 66.85 |
| 05-Jun-2014 | Travel, taxi/car service, ground travel from train station, S. Martin, 6/5/14 | 21.03 |
| 05-Jun-2014 | Travel agency fee, J. Marines, travel from Delaware following hearing, 6/5/14 | 7.00 |
| 05-Jun-2014 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 6/5/14 | 426.00 |
| 05-Jun-2014 | Travel, train, S. Martin, travel to/from Delaware for hearing, 6/5/14 | 355.00 |
| 05-Jun-2014 | Travel, taxi/car service, A. Lawrence, ground travel to train station, 6/5/14 | 20.40 |
| 05-Jun-2014 | Travel, train, T. Goren, travel to/from Delaware for hearing, 6/5/14 | 355.00 |
| 05-Jun-2014 | Travel, parking, train station, T. Goren, 6/5/14 | 21.00 |
| 05-Jun-2014 | Travel, taxi/car service, A. Hoffinger, ground travel while in New York, 6/5/14 | 9.60 |
| 05-Jun-2014 | Travel, train, A. Hoffinger, travel to/from New York (from Washington, D.C.) for client meeting, 6/5/14 | 390.00 |
| 06-Jun-2014 | Travel, parking, train station, T. Goren, 6/6/14 | 21.00 |
| 06-Jun-2014 | Travel, taxi/car service, T. Goren, ground travel while in Delaware for hearing, 6/6/14 | 20.00 |
| 06-Jun-2014 | Travel, train, T. Goren, travel to/from Delaware for hearing, 6/6/14 | 277.00 |
| 06-Jun-2014 | Travel, taxi/car service, A. Lawrence, ground travel to train station, 6/6/14 | 18.00 |
| 06-Jun-2014 | Travel, train, S. Martin, travel to Delaware for hearing, 6/6/14 | 181.00 |
| 06-Jun-2014 | Travel, train, S. Martin, travel from Delaware following hearing, 6/6/14 | 163.00 |
| 06-Jun-2014 | Travel agency fee, S. Martin, travel from Delaware following hearing, 6/6/14 | 7.00 |
| 06-Jun-2014 | Travel, train, E. Richards, travel to/from Delware for hearing, 6/29/14 and 6/30/14 | 277.00 |
| 10-Jun-2014 | Travel, taxi/car service, ground travel to train station, J. Marines, 6/5/14 | 29.25 |
| 10-Jun-2014 | Travel, taxi/car service, ground travel to train station, S. Martin, 6/5/14 | 59.41 |
| 13-Jun-2014 | Travel, airfare, M. Hager, travel to/from Texas for client meeting, 6/18/14 | 1,842.00 |
| 15-Jun-2014 | Travel, taxi/car service, A. Hoffinger, ground travel to/from train station, 6/5/14 | 221.84 |
| 16-Jun-2014 | Travel, train, R. Salerno, travel to/from New York (from Washington D.C.) for depositions, 6/17/14 | 464.00 |
| 16-Jun-2014 | Travel agency fee, R. Salerno, travel to/from New York for depositions, 6/17/14 | 7.00 |
| 17-Jun-2014 | Travel, taxi/car service, R. Salerno, ground travel while in New York for depositions, 6/17/14 | 18.60 |
| 17-Jun-2014 | Travel, taxi/car service, S. Martin, ground travel to train station, 6/6/14 | 67.22 |
| 18-Jun-2014 | Travel, taxi/car service, R. Salerno, ground travel while in New York for depositions, 6/18/14 | 16.10 |
| 18-Jun-2014 | Travel, parking, train station, A. Hoffinger, 6/18/14 | 22.00 |
| 18-Jun-2014 | Travel, taxi/car service, A. Hoffinger, ground travel while in New York for meeting, 6/18/14 | 12.60 |
| 18-Jun-2014 | Travel, hotel, M. Hager, Omni Hotels & Resorts, Irving, TX, one night stay, 6/18/14 | 249.00 |
| 18-Jun-2014 | Travel, hotel taxes and fees, M. Hager, Omni Hotels & Resorts, Irving, TX, 6/18/14 | 37.35 |
| 18-Jun-2014 | Travel, taxi/car service, M. Hager, ground travel while in Texas for meeting, 6/18/14 | 33.00 |
| 18-Jun-2014 | Travel, airfare, A. Lawrence, travel to/from Texas for client meeting, 6/18/14 | 1,155.00 |

**MORRISON | FOERSTER**

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5374516  
Invoice Date: October 8, 2014

| Date | Description | Value |
|---|---|---:|
| 18-Jun-2014 | Travel, miscellaneous, A. Lawrence, Internet access, 6/18/14 | 7.95 |
| 18-Jun-2014 | Travel, hotel, A. Lawrence, Omni Hotels & Resorts, Irving, TX, one night stay, 6/18/14 | 286.35 |
| 18-Jun-2014 | Travel, taxi/car service, A. Lawrence, ground travel while in Texas for meeting, 6/18/14 | 35.00 |
| 19-Jun-2014 | Travel, taxi/car service, A. Lawrence, ground travel while in Texas for meeting, 6/19/14 | 36.50 |
| 19-Jun-2014 | Travel, taxi/car service, M. Hager, ground travel to airport in Texas, 6/19/14 | 60.00 |
| 19-Jun-2014 | Travel agency fee, R. Salerno, travel to/from New York for depositions, 6/19/14 | 7.00 |
| 19-Jun-2014 | Travel, taxi/car service, R. Salerno, ground travel while in New York for depositions, 6/19/14 | 17.40 |
| 19-Jun-2014 | Travel, hotel, R. Salerno, Hotel Westhouse, two night stay in New York for depositions, 6/17/14 and 6/18/14 | 1,016.80 |
| 19-Jun-2014 | Travel, taxi/car service, R. Salerno, ground travel while in New York for depositions, 6/19/14 | 18.35 |
| 20-Jun-2014 | Travel, taxi/car service, K. Sadeghi, ground travel to MacDougall deposition with voluminous materials, 6/20/14 | 14.40 |
| 20-Jun-2014 | Travel, taxi/car service, K. Sadeghi, ground travel to Ying deposition with voluminous materials, 6/20/14 | 14.40 |
| 20-Jun-2014 | Travel, train, R. Salerno, travel to/from New York (from Washington, D.C.) for meetings, 6/22/14 | 231.00 |
| 23-Jun-2014 | Travel, taxi/car service, K. Sadeghi, ground travel from Ying deposition with voluminous materials, 6/23/14 | 19.10 |
| 23-Jun-2014 | Travel, train, W. Hildbold, travel to/from Wilmington for hearing, 6/30/14 and 7/1/14 | 295.00 |
| 24-Jun-2014 | Travel, hotel, R. Salerno, Hyatt Times Square, two night stay in New York for depositions, 6/22/14 and 6/23/14 | 652.79 |
| 24-Jun-2014 | Travel, taxi/car service, R. Salerno, ground travel while in New York for depositions, 6/24/14 | 16.22 |
| 25-Jun-2014 | Travel, taxi/car service, T. Goren, ground travel to meeting at K&E, 6/25/14 | 8.90 |
| 25-Jun-2014 | Travel, taxi/car service, T. Humphreys, ground travel to meeting at K&E, 6/25/14 | 26.25 |
| 25-Jun-2014 | Travel, taxi/car service, D. Harris, ground travel to meeting at K&E, 6/25/14 | 11.85 |
| 26-Jun-2014 | Travel agency fee, J. Peck, travel to Delaware for hearing, 6/30/14 | 7.00 |
| 26-Jun-2014 | Travel, train, J. Peck, travel to Delaware for hearing, 6/30/14 | 174.00 |
| 27-Jun-2014 | Travel, taxi/car service, M. Hager, ground travel to airport, 6/18/14 | 76.29 |
| 27-Jun-2014 | Local travel, taxi/car service, M. Hager, 6/20/14, 1:12AM | 240.08 |
| 28-Jun-2014 | Travel, train, A. Lawrence, travel to/from Delware for hearing, 6/5/14 | 277.00 |
| 29-Jun-2014 | Travel, train, C. Kerr, travel to/from Wilmington for hearing, 6/29/14 and 7/1/14 | 293.00 |
| 29-Jun-2014 | Travel, taxi/car service, C. Kerr, ground travel to train station, 6/29/14 | 182.55 |
| 30-Jun-2014 | Travel, taxi/car service, J. Peck, ground travel from train station, 6/30/14 | 8.00 |
| 30-Jun-2014 | Travel, hotel, J. Peck, Hotel DuPont, one night stay in Delaware for hearing, 6/30/14 | 438.90 |
| 30-Jun-2014 | Travel, train, A. Lawrence, travel to/from Delware for hearing, 6/30/14 | 284.00 |
| 30-Jun-2014 | Travel, taxi/car service, A. Lawrence, ground travel to train station, 6/30/14 | 21.50 |
| 30-Jun-2014 | Travel, train, T. Goren, travel to/from Delware for hearing, 6/30/14 | 355.00 |
| 30-Jun-2014 | Travel, fee, W. Hildbold, change ticket fee | 35.00 |
| 03-Jun-2014 | Local meals, J. Arett, 6/3/14, 6:52PM | 20.00 |
| 05-Jun-2014 | Local meals, S. Martin, 6/5/14, 8:07PM | 20.00 |
| 08-Jun-2014 | Local meals, W. Hildbold, 2 attendees, 5/27/14, 6:50PM | 28.95 |
| 08-Jun-2014 | Local meals, D. Harris, 2 attendees 5/27/14, 6:50PM | 28.94 |
| 08-Jun-2014 | Local meals, A. Lawrence, 5/27/14, 7:28PM | 20.00 |
| 08-Jun-2014 | Local meals, S. Martin, 5/27/14, 7:46PM | 20.00 |
| 08-Jun-2014 | Local meals, K. Sadeghi, 5/27/14, 8:30PM | 17.12 |
| 08-Jun-2014 | Local meals, S. Martin, 5/28/14, 6:59PM | 20.00 |
| 08-Jun-2014 | Local meals, A. Lawrence, 5/28/14, 8:39PM | 20.00 |
| 08-Jun-2014 | Local meals, L. Guido, 5/29/14, 7:01PM | 20.00 |
| 08-Jun-2014 | Local meals, A. Lawrence, 5/29/14, 7:30PM | 20.00 |
| 08-Jun-2014 | Local meals, J. Petts, 6/3/14, 8:04PM | 20.00 |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5374516
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: October 8, 2014

| Date | Description | Value |
|---|---|---|
| 08-Jun-2014 | Local meals, K. Sadeghi, 6/3/14, 8:14PM | 20.00 |
| 08-Jun-2014 | Local meals, M. Curtis, 6/4/14, 6:37PM | 19.07 |
| 08-Jun-2014 | Local meals, A. Lawrence, 6/4/14, 6:53PM | 20.00 |
| 08-Jun-2014 | Local meals, A. Lawrence, 6/2/14, 6:35PM | 20.00 |
| 08-Jun-2014 | Local meals, A. Lawrence, 6/5/14, 8:32PM | 20.00 |
| 08-Jun-2014 | Local meals, L. Guido, 6/3/14, 6:46PM | 18.79 |
| 08-Jun-2014 | Local meals, A. Lawrence, 6/3/14, 6:48PM | 20.00 |
| 08-Jun-2014 | Local meals, A. Lawrence, 6/6/14, 6:20PM | 20.00 |
| 08-Jun-2014 | Local meals, S. Martin, 6/3/14, 7:02PM | 20.00 |
| 11-Jun-2014 | Local meals, S. Martin, 6/11/14, 7:43PM | 20.00 |
| 18-Jun-2014 | Local meals, J. Arett, 6/18/14, 6:48PM | 20.00 |
| 22-Jun-2014 | Local meals, A. Lawrence, 6/11/14, 6:45PM | 20.00 |
| 22-Jun-2014 | Local meals, A. Lawrence, 6/13/14, 7:03PM | 20.00 |
| 22-Jun-2014 | Local meals, A. Lawrence, 6/16/14, 7:04PM | 20.00 |
| 22-Jun-2014 | Local meals, A. Lawrence, 6/9/14, 6:19PM | 20.00 |
| 22-Jun-2014 | Local meals, A. Lawrence, 6/17/14, 7:20PM | 20.00 |
| 22-Jun-2014 | Local meals, A. Lawrence, 6/20/14, 6:25PM | 20.00 |
| 22-Jun-2014 | Local meals, K. Sadeghi, 6/16/14, 7:46PM | 20.00 |
| 22-Jun-2014 | Local meals, K. Sadeghi, 6/11/14, 8:57PM | 17.06 |
| 22-Jun-2014 | Local meals, K. Sadeghi, 6/17/14, 8:56PM | 17.06 |
| 22-Jun-2014 | Local meals, M. Dort, 6/11/14, 6:56PM | 19.81 |
| 22-Jun-2014 | Local meals, C. Tepfer, 6/17/14, 9:08PM | 17.56 |
| 22-Jun-2014 | Local meals, C. Tepfer, 6/11/14, 10:09PM | 18.79 |
| 22-Jun-2014 | Local meals, A. Lawrence, 6/12/14, 7:19PM | 17.62 |
| 22-Jun-2014 | Local meals, A. Lawrence, 6/10/14, 7:09PM | 17.62 |
| 24-Jun-2014 | Local meals, S. Martin, 6/24/14, 8:02PM | 14.72 |
| 03-Jun-2014 | Local travel, taxi/car service, S. Martin, 5/23/14, 11:14PM | 96.72 |
| 03-Jun-2014 | Local travel, taxi/car service, W. Hildbold, 5/28/14, 1:18AM | 45.36 |
| 03-Jun-2014 | Local travel, taxi/car service, W. Hildbold, 5/28/14, 9:48PM | 25.87 |
| 03-Jun-2014 | Local travel, taxi/car service, D. Harris, 5/27/14, 10:15PM | 105.96 |
| 03-Jun-2014 | Local travel, taxi/car service, D. Harris, 5/28/14, 9:01PM | 104.43 |
| 03-Jun-2014 | Local travel, taxi/car service, J. Arett, 6/3/14, 10:30PM | 18.20 |
| 04-Jun-2014 | Local travel, taxi/car service, J. Arett, 6/4/14, 9:32PM | 23.30 |
| 04-Jun-2014 | Local travel, taxi/car service, K. Sadeghi, 6/4/14, 9:13PM | 14.30 |
| 05-Jun-2014 | Travel meals, J. Marines, traveling to Delware for hearing, 6/5/14 | 5.50 |
| 09-Jun-2014 | Local travel, taxi/car service, M. Dort, 5/22/14, 10:31PM | 83.81 |
| 10-Jun-2014 | Local travel, taxi/car service, D. Harris, 6/4/14, 9:24PM | 104.43 |
| 10-Jun-2014 | Local travel, taxi/car service, S. Martin, 6/4/14, 10:52PM | 66.09 |
| 11-Jun-2014 | Local travel, taxi/car service, S. Martin, 6/11/14, 11:28PM | 26.54 |
| 11-Jun-2014 | Local travel, taxi/car service, K. Sadeghi, 6/11/14, 3:31AM | 11.90 |
| 12-Jun-2014 | Local travel, taxi/car service, K. Sadeghi, 6/12/14, 2:44AM | 13.10 |
| 13-Jun-2014 | Local travel, taxi/car service, K. Sadeghi, 6/13/14, 1:20AM | 14.40 |
| 16-Jun-2014 | Local travel, taxi/car service, M. Dort, 5/21/14, 9:05PM | 68.50 |
| 16-Jun-2014 | Local travel, taxi/car service, C. Tepfer, 5/28/14, 11:25PM | 60.70 |
| 17-Jun-2014 | Local travel, taxi/car service, K. Sadeghi, 6/17/14, 1:32AM | 13.10 |
| 17-Jun-2014 | Local travel, taxi/car service, S. Martin, 6/17/14, 11:02PM | 21.12 |
| 17-Jun-2014 | Local travel, taxi/car service, T. Goren, 6/4/14, 10:24PM | 100.74 |
| 18-Jun-2014 | Local travel, taxi/car service, J. Arett, 6/18/14, 9:33PM | 38.70 |
| 18-Jun-2014 | Local travel, taxi/car service, K. Sadeghi, 6/18/14, 1:03AM | 13.10 |
| 23-Jun-2014 | Local travel, taxi/car service, J. Petts, 6/4/14, 10:19PM | 57.92 |
| 23-Jun-2014 | Local travel, taxi/car service, J. Petts, 6/4/14, 1:18AM | 38.99 |
| 24-Jun-2014 | Local travel, taxi/car service, W. Hildbold, 6/24/14, 11:05PM | 10.80 |

073697-0000001  Invoice Number: 5374516
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: October 8, 2014

**MORRISON | FOERSTER**

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5374516  
Invoice Date: October 8, 2014

| Date | Description | Value |
|---|---|---|
| 25-Jun-2014 | Local travel, taxi/car service, D. Harris, 6/25/14, 9:03PM | 97.00 |
| 25-Jun-2014 | Local travel, taxi/car service, K. Sadeghi, 6/25/14, 12:35AM | 11.90 |
| 26-Jun-2014 | Local travel, taxi/car service, K. Sadeghi, 6/26/14, 11:24PM | 19.00 |
| 27-Jun-2014 | Local travel, taxi/car service, K. Sadeghi, 6/27/14, 1:08AM | 13.20 |
| 27-Jun-2014 | Local travel, taxi/car service, T. Goren, 6/19/14, 10:09PM | 74.82 |
| 27-Jun-2014 | Local travel, taxi/car service, D. Harris, 6/19/14, 9:19PM | 119.92 |
| 27-Jun-2014 | Local travel, taxi/car service, C. Tepfer, 6/19/14, 11:14PM | 60.70 |
| 29-Jun-2014 | Local travel, taxi/car service, K. Sadeghi, 6/29/14 (weekend) | 16.80 |
| 29-Jun-2014 | Local travel, taxi/car service, S. Martin, 6/29/14 (weekend) | 10.00 |
| 30-Jun-2014 | Local travel, taxi/car service, W. Hildbold, 6/30/14, 5:31AM | 8.30 |
| 30-Jun-2014 | Local travel, taxi/car service, D. Harris, 6/24/14, 9:03PM | 97.00 |
| 30-Jun-2014 | Local travel, taxi/car service, M. Dort, 6/12/14, 2:00AM | 49.56 |
| 30-Jun-2014 | Local travel, taxi/car service, C. Tepfer, 6/11/14, 11:23PM | 60.70 |
| 08-Jun-2014 | Local meals, A. Lawrence, 5/30/14, 6:55PM | 20.00 |
| 08-Jun-2014 | Local meals, A. Lawrence, 6/1/14, 7:17PM | 20.00 |
| 30-Jun-2014 | eDiscovery Fees, Iris Data Services, Inc., eDiscovery support, hosting and project management | 7,346.28 |
| 16-Jun-2014 | Court filing service, E. Richards, court call | 247.00 |
| 02-Jun-2014 | Business meals, room 20A, 6 attendees, client meeting breakfast with B. Miller, 6/2/14 | 70.46 |
| 04-Jun-2014 | Business meals, 6 attendees, lunch meeting with A. Princi, 6/4/14 | 76.70 |
| 05-Jun-2014 | Business meals, room 20A, 10 attendees, client meeting breakfast with B. Miller, 6/5/14 | 106.22 |
| 07-Jun-2014 | Business meals, room 20A, 7 attendees, client meeting lunch with S. Martin, 6/17/14 | 140.00 |
| 08-Jun-2014 | Business meals, room 20A, 10 attendees, internal meeting lunch with B. Miller, 6/5/14 | 127.06 |
| 09-Jun-2014 | Business meals, room 20A, 6 attendees, client meeting breakfast with B. Miller, 6/9/14 | 82.39 |
| 13-Jun-2014 | Business meals, room 21A, 10 attendees, client meeting lunch with W. Hildbold, 6/13/14 | 35.08 |
| 13-Jun-2014 | Business meals, room 21A, 10 attendees, client meeting lunch with W. Hildbold, 6/13/14 | 200.00 |
| 16-Jun-2014 | Business meals, room 20A, 6 attendees, client meeting breakfast with B. Miller, 6/16/14 | 70.50 |
| 20-Jun-2014 | Business meals, room 20B, 9 attendees, client meeting lunch with B. Miller, 6/20/14 | 89.21 |
| 22-Jun-2014 | Business meals, business lunch with J. Marines, 4 attendees, 6/16/14 | 48.74 |
| 22-Jun-2014 | Business meals, business lunch with J. Marines, 4 attendees, 6/13/14 | 80.00 |
| 22-Jun-2014 | Business meals, business lunch with B. Miller, 9 attendees, 6/20/14 | 180.00 |
| 23-Jun-2014 | Business meals, room 20A, 6 attendees, client meeting breakfast with B. Miller, 6/23/14 | 82.39 |
| 24-Jun-2014 | Business meals, 15 attendees, client meeting dinner with B. Miller, 6/24/14 | 300.00 |
| 26-Jun-2014 | Business meals, room 20B, 20 attendees, client meeting lunch with B. Miller, 6/26/14 | 129.45 |
| 30-Jun-2014 | Business meals, room 20A, 10 attendees, client meeting breakfast with B. Miller, 6/30/14 | 153.40 |
| 05-Jun-2014 | Travel meals, S. Martin breakfast, in Delware for hearing, 6/5/14 | 17.04 |
| 05-Jun-2014 | Travel meals, A. Lawrence breakfast, in Delware for hearing, 6/5/14 | 3.25 |
| 05-Jun-2014 | Travel meals, A. Lawrence lunch, in Delaware for hearing, 6/5/14 | 7.67 |
| 05-Jun-2014 | Travel meals, T. Goren breakfast, in Delware for hearing, 6/5/14 | 3.62 |
| 05-Jun-2014 | Travel meals, L. Marinuzzi lunch, in Delware for hearing, 6/5/14 | 19.90 |
| 06-Jun-2014 | Travel meals, T. Goren lunch, in Delaware for hearing, 6/6/14 | 2.59 |
| 06-Jun-2014 | Travel meals, T. Goren lunch, in Delaware for hearing, 6/6/14 | 3.62 |
| 06-Jun-2014 | Travel meals, A. Lawrence lunch, in Delaware for hearing, 6/6/14 | 10.37 |
| 06-Jun-2014 | Travel meals, A. Lawrence breakfast, in Delware for hearing, 6/6/14 | 8.25 |
| 17-Jun-2014 | Travel Meals Dinner, R. Salerno, Travel to NY for depositions | 26.65 |
| 18-Jun-2014 | Travel meals, R. Salerno dinner, in New York for depositions, 2 attendees, 6/18/14 | 80.00 |
| 18-Jun-2014 | Travel meals, A. Lawrence dinner, traveling to Texas for meeting, 6/18/14 | 12.51 |
| 18-Jun-2014 | Travel meals, A. Lawrence dinner, traveling to Texas for meeting, 6/18/14 | 6.56 |
| 18-Jun-2014 | Travel meals, M. Hager breakfast, in Texas for meeting, 6/18/14 | 12.37 |
| 18-Jun-2014 | Travel meals, M. Hager dinner, traveling to Texas for meeting, 6/18/14 | 13.03 |

# MORRISON | FOERSTER

073697-0000001            Invoice Number: 5374516
BANKRUPTCY OF ENERGY FUTURE HOLDINGS           Invoice Date: October 8, 2014

| Date | Description | Value |
|---|---|---|
| 19-Jun-2014 | Travel meals, A. Lawrence lunch, traveling from Texas after meeting, 6/19/14 | 19.10 |
| 23-Jun-2014 | Travel meals, R. Salerno breakfast, in New York for depositions, 6/23/14 | 30.36 |
| 24-Jun-2014 | Travel meals, R. Salerno breakfast, in New York for depositions, 6/24/14 | 4.30 |
| 29-Jun-2014 | Travel meals, T. Goren breakfast, in Delaware for hearing (2 meals), 6/30/14 | 42.00 |
| 29-Jun-2014 | Travel meals, C. Kerr dinner, in Delaware for hearing, 6/29/14 | 40.00 |
| 29-Jun-2014 | Travel meals, C. Kerr lunch, in Delaware for hearing, 6/29/14 | 40.00 |
| 29-Jun-2014 | Travel meals, S. Martin breakfast, traveling to Delaware for hearing, 6/29/14 | 12.30 |
| 29-Jun-2014 | Travel meals, E. Richards breakfast, in Delware for hearing (2 meals), 6/30/14 | 46.20 |
| 30-Jun-2014 | Travel meals, C. Kerr breakfast, in Delaware for hearing, 6/30/14 | 40.00 |
| 30-Jun-2014 | Travel meals, C. Kerr dinner, in Delaware for hearing, 6/30/14 | 35.60 |
| 01-Jun-2014 | Outside Copying Service WILLIAMS LEA INC., Weekday OT - (6.75 HRS) - REPRO | 195.75 |
| 30-Jun-2014 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 21 | 8.18 |
| 30-Jun-2014 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 13 | 5.05 |
| | Total Disbursements | 84,276.09 |