## EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 001 | Asset Analysis and Recovery | 1.50 | $1,492.50 |
| 002 | Asset Disposition | 29.20 | $25,558.50 |
| 003 | Assumption and Rejection of Leases and Contracts | 16.80 | $12,131.00 |
| 006 | Business Operations | 96.70 | $76,574.50 |
| 007 | Case Administration | 141.50 | $97,866.50 |
| 008 | Claims Administration and Objections | 0.30 | $90.00 |
| 009 | Corporate Governance and Board Matters | 0.50 | $365.00 |
| 010 | Employee Benefits and Pensions | 85.30 | $68,579.00 |
| 011 | Employment and Fee Applications | 52.90 | $38,688.50 |
| 012 | Employment and Fee Application Objections | 33.00 | $29,145.50 |
| 013 | Financing and Cash Collateral | 68.10 | $53,702.00 |
| 014 | Other Litigation | 1.40 | $1,018.50 |
| 015 | Meetings and Communications with Creditors | 80.60 | $68,398.00 |
| 016 | Non-Working Travel | 19.20 | $17,020.50 |
| 017 | Plan and Disclosure Statement | 47.90 | $46,547.50 |
| 019 | Relief from Stay and Adequate Protection | 6.00 | $4,514.50 |
| 021 | Tax | 365.50 | $233,201.00 |
| 022 | Valuation | 3.60 | $3,780.00 |
| 023 | Discovery | 317.60 | $251,755.00 |
| 024 | Hearings | 99.90 | $87,083.00 |
| 025 | First and Second Day Motions | 11.30 | $9,081.50 |
| 026 | Claims Investigation | 459.00 | $323,834.00 |
| 027 | First Lien Investigation | 393.40 | $297,153.50 |
| 028 | Intercompany Claims | 22.50 | $18,714.50 |
| 029 | Other Motions/Applications | 44.20 | $33,054.00 |
| 030 | Schedules and Statements | 50.40 | $34,992.50 |
| 032 | Time Entry Review | 23.90 | $16,610.50 |
| **Total Incurred** | | **2,472.20** | **$1,850,951.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(8,510.25)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(16,610.50)** |
| **Total Requested** | | | **$1,825,830.75** |

| Service Description | Amount |
|---|---:|
| Photocopies | $574.20 |
| Search Fees | $1,072.95 |
| Travel | $8,741.93 |
| On-line Research – LEXIS | $4,896.86 |
| On-line Research - WESTLAW | $7,570.77 |
| EDiscovery Fees | $9,480.99 |
| Court Filing Service | $659.00 |
| Business Meals | $1,576.12 |
| Travel Meals | $105.37 |
| Air Freight | $373.36 |
| Messenger Service | $92.01 |
| Meals | $684.86 |
| Transportation | $1,384.05 |
| **Total:** | **$37,212.47** |

ny-1163144

## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Doufekias, Demme | Partner | 2004 | Litigation | $825.00 | 5.90 | $4,867.50 |
| Falk, Robert L. | Partner | 1989 | Corporate Environment & Energy | $895.00 | 0.30 | $268.50 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $825.00 | 101.30 | $83,572.50 |
| Haims, Joel C. | Partner | 1994 | Litigation | $925.00 | 0.80 | $740.00 |
| Hoffinger, Adam S. | Partner | 1983 | Litigation | $1,025.00 | 13.50 | $13,837.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,250.00 | 54.70 | $68,375.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,050.00 | 122.00 | $128,100.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $895.00 | 121.60 | $108,832.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $950.00 | 70.60 | $67,070.00 |
| Mansour, Jana W. | Partner | 2000 | Finance | $875.00 | 11.80 | $10,325.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $995.00 | 192.00 | $191,040.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,050.00 | 81.00 | $85,050.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $825.00 | 58.70 | $48,427.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $825.00 | 19.50 | $16,087.50 |
| Salerno, Robert A. | Partner | 1990 | Litigation | $850.00 | 26.80 | $22,780.00 |
| Steel, Michael Jacob | Partner | 1982 | Corporate Environment & Energy | $895.00 | 0.50 | $447.50 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring | $415.00 | 22.70 | $9,420.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| | | | & Insolvency | | | |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $415.00 | 103.80 | $43,077.00 |
| Bleiberg, Steven J. | Associate | 2009 | Financial Transactions | $415.00 | 14.80 | $9,028.00 |
| Contreras, Andrea | Associate | 2012 | Litigation | $550.00 | 24.30 | $13,365.00 |
| De Ruig, David N. | Associate | 2007 | Tax | $485.00 | 25.10 | $12,173.50 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $610.00 | 0.30 | $183.00 |
| Dryden, Elizabeth A. | Associate | 2010 | Finance | $655.00 | 6.70 | $4,388.50 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $415.00 | 24.80 | $10,292.00 |
| Goett, David J. | Associate | 2012 | Tax | $550.00 | 8.90 | $4,895.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $695.00 | 187.90 | $130,590.50 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $610.00 | 185.70 | $113,277.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $695.00 | 10.60 | $7,367.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $655.00 | 8.20 | $5,371.00 |
| Lim, Clara | Associate | 2010 | Tax | $610.00 | 98.50 | $60,085.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $725.00 | 113.70 | $82,432.50 |
| Parmer, Ilana Haller | Associate | 2014 | Finance | $415.00 | 4.20 | $1,743.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $725.00 | 43.20 | $31,320.00 |
| Jonathan C. Rothberg | Associate | 2008 | Litigation | $725.00 | 40.30 | $29,217.50 |
| Tan, Jennie | Associate | 2007 | Finance | $725.00 | 44.20 | $32,045.00 |
| Tepfer, Cameron | Associate | 2014 | Litigation | $415.00 | 21.40 | $8,881.00 |

ny-1163144

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew | | | | | | |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,050.00 | 39.90 | $41,895.00 |
| Schaaf, Kathleen E. | Senior Of Counsel | 1978 | Business Restructuring & Insolvency | $850.00 | 13.70 | $11,645.00 |
| Ferkin, Zori G. | Of Counsel | 1981 | Corporate Environment & Energy | $700.00 | 2.80 | $1,960.00 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $825.00 | 54.40 | $44,880.00 |
| Marines, Jennifer L. | Of Counsel | 2005 | Business Restructuring & Insolvency | $730.00 | 117.30 | $85,629.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $735.00 | 63.00 | $46,305.00 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $735.00 | 65.20 | $47,922.00 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $750.00 | 55.30 | $41,475.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $775.00 | 35.80 | $27,745.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Dinh, Tuan H. | Scientific Specialist | 7 years | Patent | $235.00 | 3.50 | $822.50 |
| Cheng, Hsiao-Ting H. | Senior Paralegal | 16 years | Litigation | $295.00 | 7.50 | $2,212.50 |
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $335.00 | 17.40 | $5,829.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $300.00 | 37.00 | $11,100.00 |
| Negron, Jeffrey M. | Senior Paralegal | 1.5 years | Real Estate | $310.00 | 5.10 | $1,581.00 |

| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $290.00 | 20.30 | $5,887.00 |
|---|---|---|---|---|---|---|
| Rachko, Thomas J. | Intern | 1 month | Litigation | $125.00 | 21.50 | $2,687.50 |
| Schoerner, Jeffrey M. | Research Analyst | 23 years | Library | $225.00 | 0.50 | $112.50 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $295.00 | 41.00 | $12,095.00 |
| Chan, David | Senior eDiscovery Analyst | 10 years | Litigation | $280.00 | 0.70 | $196.00 |
| **Total Incurred:** | | | | | **2,472.20** | **$1,850,951.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred):** | | | | | | **$(8,510.25)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(16,610.50)** |
| **Total Requested** | | | | | | **$1,825,830.75** |

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

ny-1163144

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies | $574.20 |
| Search Fees | $1,072.95 |
| Travel | $8,741.93 |
| On-line Research – LEXIS | $4,896.86 |
| On-line Research - WESTLAW | $7,570.77 |
| EDiscovery Fees | $9,480.99 |
| Court Filing Service | $659.00 |
| Business Meals | $1,576.12 |
| Travel Meals | $105.37 |
| Air Freight | $373.36 |
| Messenger Service | $92.01 |
| Meals | $684.86 |
| Transportation | $1,384.05 |
| **Total:** | **$37,212.47** |

# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮
Invoice Number: 5378314
Invoice Date: October 21, 2014

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

**RE:**     BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through July 31, 2014*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 37,212.47 |
| **Total This Invoice** | **37,212.47** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted]

# MORRISON | FOERSTER

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5378314  
Invoice Date: October 21, 2014

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Jul-2014 | Photocopies | 574.20 |
| 31-Jul-2014 | Air Freight | 373.36 |
| 31-Jul-2014 | On-line Research - LEXIS | 4,896.86 |
| 31-Jul-2014 | On-line Research - WESTLAW | 7,570.77 |
| 04-Jul-2014 | Messenger service, Urban Express, 7/4/14 | 92.01 |
| 18-Jul-2014 | Search Fees CT LIEN SOLUTIONS, Lien Searches, UCC | 1,072.95 |
| 01-Jul-2014 | Travel, taxi/car service, S. Martin, ground travel from train station on return from Delaware, 7/1/14 | 24.13 |
| 01-Jul-2014 | Travel, hotel, S. Martin, Hotel DuPont, two night stay in Delaware for hearing, 6/29/14 and 6/30/14 | 798.00 |
| 01-Jul-2014 | Travel, hotel taxes, S. Martin, two night stay in Delaware for hearing, 6/29/14 and 6/30/14 | 79.80 |
| 01-Jul-2014 | Travel agency fee, J. Peck, travel from Delaware for hearing, 7/1/14 | 7.00 |
| 01-Jul-2014 | Travel, train, J. Peck , travel from Delaware following hearing, 7/1/14 | 138.00 |
| 01-Jul-2014 | Travel meals, J. Peck breakfast, in Delaware for hearing, 7/1/14 | 20.00 |
| 01-Jul-2014 | Travel, train, A. Lawrence, travel from Delaware following hearing, 7/1/14 | 110.00 |
| 01-Jul-2014 | Travel, hotel, room and tax charges, A. Lawrence, one night stay in Delaware for hearing, 6/30/14 | 438.90 |
| 01-Jul-2014 | Travel, taxi/car service, J. Marines, ground travel to meeting at K&E, 6/25/14 | 39.95 |
| 01-Jul-2014 | Travel, train, E. Richards, travel from Delaware following hearing, 7/1/14 | 156.00 |
| 01-Jul-2014 | Travel, taxi/car service, K. Sadeghi, ground travel from train station to hotel in Delaware, 7/1/14 | 12.00 |
| 01-Jul-2014 | Travel, taxi/car service, K. Sadeghi, ground travel from train station, 7/1/14 | 18.60 |
| 02-Jul-2014 | Travel, hotel, E. Richards, Hotel DuPont, two night stay in Delaware for hearing, 6/29/14 and 6/30/14 | 798.00 |
| 02-Jul-2014 | Travel, train, S. Martin, travel to/from Delaware for hearing, 6/29/14-7/1/14 | 241.00 |
| 02-Jul-2014 | Travel agency fee, S. Martin, to/from Delaware for hearing, 6/29/14-7/1/14 | 14.00 |
| 04-Jul-2014 | Travel, taxi/car service, Committee transportation, ground travel to meeting at W&C offices, 6/25/14 | 244.06 |
| 04-Jul-2014 | Travel, taxi/car service, Committee transportation, ground travel to meeting at W&C offices, 6/25/14 | 244.06 |
| 04-Jul-2014 | Travel, taxi/car service, J. Peck, 6/30/14, 6:18AM | 34.53 |
| 07-Jul-2014 | Travel, train, D. Harris, travel to/from Delaware for hearing, 7/7/14 | 248.00 |
| 10-Jul-2014 | Travel agency fee, S. Martin, cancellation fee | 57.30 |
| 10-Jul-2014 | Travel agency fee, T. Goren, cancellation fee | 7.00 |
| 11-Jul-2014 | Travel, taxi/car service, D. Harris, ground travel from meeting at K&E, 6/25/14 | 217.68 |
| 11-Jul-2014 | Travel agency fee, A. Lawrence, cancellation fee | 32.90 |
| 18-Jul-2014 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 7/18/14 | 295.00 |
| 18-Jul-2014 | Travel, train, C. Kerr, travel to/from Delaware for hearing, 7/18/14 | 243.00 |
| 22-Jul-2014 | Travel, taxi/car service, L. Marinuzzi, ground travel from K&E following meeting, 7/22/14 | 15.60 |
| 22-Jul-2014 | Travel, taxi/care service, L. Marinuzzi, ground travel to K&E for meeting, 7/22/14 | 21.12 |
| 01-Jul-2014 | Local meals, S. Martin, 7/1/14, 7:58PM | 11.32 |
| 01-Jul-2014 | Local meals, J. Arett,  7/1/14, 7:15PM | 20.00 |
| 06-Jul-2014 | Local meals, M. Curtis, 6/23/14, 8:04PM | 20.00 |
| 06-Jul-2014 | Local meals, D. Harris, 6/24/14, 7:42PM | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 6/25/14, 7:29PM | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 6/23/14, 8:16PM | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 6/27/14, 7:10PM | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 6/28/14, 6:43PM | 16.24 |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5378314
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: October 21, 2014

| Date | Description | Value |
|---|---|---:|
| 06-Jul-2014 | Local meals, A. Lawrence, 6/29/14, 6:32PM | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 6/24/14, 6:27PM | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 7/1/14, 10:15PM | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 7/2/14, 7:07PM | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 7/3/14, 7:20PM | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 7/4/14, 1:01PM (holiday) | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 7/5/14, 12:48PM (weekend) | 18.49 |
| 06-Jul-2014 | Local meals, A. Lawrence, 7/5/14, 6:30PM | 20.00 |
| 06-Jul-2014 | Local meals, A. Lawrence, 7/6/14, 5:53PM | 20.00 |
| 06-Jul-2014 | Local meals, S. Martin, 6/26/14, 5:53PM | 20.00 |
| 06-Jul-2014 | Local meals, S. Martin, 6/23/14, 7:27PM | 20.00 |
| 06-Jul-2014 | Local meals, K. Sadeghi, 6/26/14, 6:35PM | 20.00 |
| 06-Jul-2014 | Local meals, K. Sadeghi, 6/23/14, 9:11PM | 13.40 |
| 06-Jul-2014 | Local meals, K. Sadeghi, 6/27/14, 8:20PM | 20.00 |
| 06-Jul-2014 | Local meals, K. Sadeghi, 6/24/14, 7:53PM | 20.00 |
| 06-Jul-2014 | Local meals, C. Tepfer, 6/26/14 6:38PM | 20.00 |
| 06-Jul-2014 | Local meals, C. Tepfer, 6/23/14, 7:32PM | 20.00 |
| 06-Jul-2014 | Local meals, C. Tepfer, 6/24/14, 9:22PM | 14.27 |
| 06-Jul-2014 | Local meals, C. Tepfer, 7/6/14, 5:11PM (weekend) | 20.00 |
| 07-Jul-2014 | Travel meals, S. Martin dinner, in Delaware for hearing, 7/7/14 | 18.00 |
| 08-Jul-2014 | Local meals, M. Lau, 6/22/14, 9:10PM | 13.14 |
| 20-Jul-2014 | Local meals, A. Lawrence, 7/12/14, 7:57PM | 20.00 |
| 20-Jul-2014 | Local meals, A. Lawrence, 7/14/14, 7:18PM | 20.00 |
| 20-Jul-2014 | Local meals, A. Lawrence, 7/7/14, 6:40PM | 20.00 |
| 20-Jul-2014 | Local meals, S. Bleiberg, 7/8/14 7:31PM | 20.00 |
| 20-Jul-2014 | Local meals, C. Tepfer, 7/8/14 8:17PM | 20.00 |
| 20-Jul-2014 | Local meals, S. Bleiberg, 7/9/14 6:37PM | 20.00 |
| 20-Jul-2014 | Local meals, A. Lawrence, 7/9/14, 7:27PM | 20.00 |
| 01-Jul-2014 | Travel, taxi/car service, C. Kerr, ground travel from train station, 7/1/14 | 185.10 |
| 01-Jul-2014 | Local travel, taxi/car service, S. Martin, 6/29/14, 8:10AM (weekend) | 73.90 |
| 04-Jul-2014 | Local travel, taxi/car service, C. Tepfer, 6/25/14, 9:41PM | 60.70 |
| 04-Jul-2014 | Local travel, taxi/car service, C. Tepfer, 6/24/14, 12:36AM | 74.90 |
| 05-Jul-2014 | Local travel, parking, C. Kerr, 7/5/14, 4:08PM | 24.00 |
| 06-Jul-2014 | Local travel, parking, C. Kerr, 7/6/14, 3:59PM | 24.00 |
| 07-Jul-2014 | Local travel, taxi/car service, J. Arett, 7/7/14, 10:31PM | 39.90 |
| 08-Jul-2014 | Local travel, taxi/car service, M. Lau, 6/27/14, 9:38PM | 2.84 |
| 11-Jul-2014 | Local travel, taxi/car service, D. Harris, 7/11/14, 9:17PM | 62.30 |
| 11-Jul-2014 | Travel, taxi/car service, J. Peck, ground travel from train station, 7/1/14 | 47.61 |
| 11-Jul-2014 | Local travel, taxi/car service, C. Tepfer, 7/6/14, 11:16PM | 60.70 |
| 11-Jul-2014 | Local travel, taxi/car service, C. Tepfer, 6/30/14, 9:29PM | 60.70 |
| 11-Jul-2014 | Travel, taxi/car service, C. Kerr, ground transport to train station, 7/11/14 (canceled) | 115.97 |
| 18-Jul-2014 | Travel, taxi/car service, C. Kerr, ground travel to train station, 7/18/14 | 182.55 |
| 18-Jul-2014 | Local travel, taxi/car service, C. Tepfer, 7/9/14, 12:05AM | 60.70 |
| 28-Jul-2014 | Local travel, taxi/car service, C. Whitney, 7/28/14, 11:19PM | 70.00 |
| 30-Jul-2014 | Local travel, taxi/car service, D. Harris, 7/30/14, 9:34PM | 92.09 |
| 30-Jul-2014 | Local travel, taxi/car service, C. Whitney, 7/30/14, 10:44PM | 43.00 |
| 31-Jul-2014 | Local travel, taxi/car service, D. Harris, 7/31/14, 10:23PM | 92.09 |
| 02-Jun-2014 | Travel, travel insurance, K. Sadeghi, trip to Delaware for hearing, 6/29/14 and 6/30/14 | 17.00 |
| 05-Jun-2014 | Travel, agency fee, K. Sadeghi, travel to Delaware for hearing, 6/29/14 and 6/30/14 | 7.00 |
| 05-Jun-2014 | Travel, train, K. Sadeghi, travel to/from Delaware for hearing, 6/29/14 and 6/30/14 | 696.00 |
| 27-Jun-2014 | Travel, agency fee, K. Sadeghi, return travel from Delaware for hearing | 7.00 |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5378314
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: October 21, 2014

| Date | Description | Value |
|---|---|---|
| 29-Jun-2014 | Travel, hotel, K. Sadeghi, Hotel DuPont, two night stay in Delaware for hearing, 6/29/14 and 6/30/14 | 877.80 |
| 29-Jun-2014 | Travel, agency fee, K. Sadeghi, change ticket fee | 7.00 |
| 29-Jun-2014 | Travel, train, K. Sadeghi, travel to/from Delaware for hearing, 6/29/14 and 7/1/14 | 206.00 |
| 29-Jun-2014 | Travel, taxi/car service, K. Sadeghi, ground travel to train station, 6/29/14 | 16.80 |
| 29-Jun-2014 | Travel meals, K. Sadeghi breakfast, traveling to Delaware for hearing, 6/29/14 | 4.60 |
| 01-Jul-2014 | Travel, fee, K. Sadeghi, change ticket refund | (92.70) |
| 01-Jul-2014 | Travel, fee, K. Sadeghi, change ticket fee | 138.00 |
| 01-Jul-2014 | Travel, fee, K. Sadeghi, change ticket refund | (108.90) |
| 01-Jul-2014 | Travel, fee, K. Sadeghi, change ticket refund | (12.10) |
| 01-Jul-2014 | Travel, agency fee, K. Sadeghi, change ticket fee | 7.00 |
| 01-Jul-2014 | Travel, fee, K. Sadeghi, change ticket fee | 121.00 |
| 01-Jul-2014 | Travel meals, K. Sadeghi dinner, in Delaware for hearing 7/1/14 | 24.00 |
| 01-Jul-2014 | Travel, agency fee, K. Sadeghi, change ticket fee | 7.00 |
| 01-Jul-2014 | Travel, hotel, T. Goren, Hotel DuPont, two night stay in Delaware for hearing, 6/29/14 and 6/30/14 | 798.00 |
| 01-Jul-2014 | Travel, hotel taxes, T. Goren, Hotel DuPont, two night stay in Delaware for hearing, 6/29/14 and 6/30/14 | 79.80 |
| 01-Jul-2014 | Travel, parking, train station, T. Goren, 7/1/14 | 63.00 |
| 01-Jul-2014 | Travel, hotel taxes, E. Richards, Hotel DuPont, two night stay in Delaware for hearing, 6/29/14 and 6/30/14 | 79.80 |
| 01-Jul-2014 | Travel, hotel, C. Kerr, Hotel DuPont, two night stay in Delaware for hearing, 6/29/14 and 6/30/14 | 877.80 |
| 01-Jul-2014 | Travel, taxi/car service, S. Martin, ground travel to train station, 7/1/14 | 11.00 |
| 02-Jul-2014 | Travel, fee, K. Sadeghi, change ticket fee | 103.00 |
| 10-Jul-2014 | Travel, agency fee, K. Sadeghi, change ticket fee | 7.00 |
| 10-Jul-2014 | Travel, fee, K. Sadeghi, change ticket fee | 284.00 |
| 31-Jul-2014 | eDiscovery fees, Iris Data Services, Inc., monthly hosting and user access fee, Relativity | 9,480.99 |
| 08-Jul-2014 | Court filing service, D. Harris, court call, 7/8/14 | 240.00 |
| 09-Jul-2014 | Court filing service, D. Harris, court call, 7/9/14 | 233.00 |
| 23-Jul-2014 | Court filing service, D. Harris, court call, 7/23/14 | 93.00 |
| 23-Jul-2014 | Court filing service, D. Harris, court call, 7/23/14 | 93.00 |
| 02-Jul-2014 | Business Meals, room 20A, 10 attendees, client meeting with D. Harris, 7/2/14 | 169.94 |
| 06-Jul-2014 | Business meals, 20 attendees, working lunch with B. Miller, 6/26/14 | 96.78 |
| 06-Jul-2014 | Business meals, 10 attendees, working dinner with B. Miller, 6/27/14 | 44.59 |
| 06-Jul-2014 | Business meals, 6 attendees, working dinner with W. Hildbold, 6/23/14 | 105.58 |
| 08-Jul-2014 | Business meals, room 18A, 3 attendees, client meeting with T. Humphreys, 7/8/14 | 60.00 |
| 17-Jul-2014 | Business meals, room 20A, 10 attendees, client meeting with B. Miller, 7/17/14 | 112.69 |
| 20-Jul-2014 | Business meals, 10 attendees, working dinner with B. Miller, 7/16/14 | 98.78 |
| 20-Jul-2014 | Business meals, 10 attendees, working lunch with B. Miller, 6/27/14 | 200.00 |
| 20-Jul-2014 | Business meals, 10 attendees, working dinner with D. Harris, 7/15/14 | 103.12 |
| 20-Jul-2014 | Business meals, 10 attendees, working dinner with D. Harris, 7/15/14 | 119.50 |
| 20-Jul-2014 | Business meals, 10 attendees, working dinner with B. Miller, 7/15/14 | 90.84 |
| 20-Jul-2014 | Business meals, 2 attendees, working dinner, 7/15/14 | 40.00 |
| 21-Jul-2014 | Business meals, room 20A, 10 attendees, client meeting with B. Miller, 07/21/14 | 94.30 |
| 24-Jul-2014 | Business meals, room 20A, 12 attendees, client meeting with B. Miller, 7/24/14 | 240.00 |
| 01-Jul-2014 | Travel meals, S. Martin dinner, in Delaware for hearing, 7/1/14 | 5.64 |
| 01-Jul-2014 | Travel meals, K. Sadeghi breakfast, in Delaware for hearing, 7/1/14 | 20.00 |
| 01-Jul-2014 | Travel meals, S. Martin breakfast, in Delaware for hearing, 6/30/14 and 7/1/14 (2 meals) | 40.00 |
| 01-Jul-2014 | Travel meals, E. Richards lunch, in Delaware for hearing, 7/1/14 | 11.13 |

Total Disbursements  37,212.47

4

**MORRISON | FOERSTER**

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5378314  
Invoice Date: October 21, 2014

|  |  |  |
|---|---|---:|
| **Total This Invoice** | USD | **37,212.47** |