IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:  ENERGY FUTURE HOLDINGS CORP., | § | CASE NO. 14-10979 |
| LUMINANT GENERATION COMPANY LLC, ET AL | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the undersigned attorney, Traci L. Cotton, is appearing for The University of Texas System on behalf of The University of Texas at Arlington in the above bankruptcy case.

Pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address set forth below.

Please take further notice that the foregoing request includes the notice and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

        Respectfully submitted,

        THE UNIVERSITY OF TEXAS SYSTEM
        ON BEHALF OF THE UNIVERSITY OF TEXAS
        AT ARLINGTON

        <u>/s/ Traci L. Cotton</u>
        Traci L. Cotton
        Attorney at Law
        State Bar No. 04871900
        The University of Texas System
        Office of General Counsel
        201 West Seventh Street
        Austin, Texas 78701
        Phone:  512-499-4462
        Fax:  512-499-4519
        tcotton@utsystem.edu

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers of The University of Texas at Arlington was duly served upon the following by placing same in the United States mail, postage prepaid, on the 27th day of October, 2014:

Daniel J. DeFranceschi
PO Box 551
Wilmington, DE 19899

United States Trustee
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19899-0035

        <u>/s/ Traci L. Cotton</u>
        Traci L. Cotton