# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 002 | Asset Disposition | 43.90 | $37,918.50 |
| 006 | Business Operations | 18.70 | $15,016.50 |
| 007 | Case Administration | 99.00 | $75,798.00 |
| 008 | Claims Administration and Objections | 3.50 | $3,261.50 |
| 009 | Corporate Governance and Board Matters | 9.20 | $2,724.00 |
| 010 | Employee Benefits and Pensions | 55.40 | $42,779.50 |
| 011 | Employment and Fee Applications | 38.00 | $28,072.50 |
| 012 | Employment and Fee Application Objections | 9.50 | $9,214.50 |
| 013 | Financing and Cash Collateral | 0.40 | $330.00 |
| 014 | Other Litigation | 10.90 | $7,589.50 |
| 015 | Meetings and Communications with Creditors | 84.10 | $70,610.50 |
| 016 | Non-Working Travel | 2.30 | $2,415.00 |
| 017 | Plan and Disclosure Statement | 2.60 | $2,686.00 |
| 021 | Tax | 406.70 | $256,137.50 |
| 022 | Valuation | 2.20 | $2,310.00 |
| 023 | Discovery | 201.00 | $164,272.50 |
| 024 | Hearings | 46.80 | $43,222.00 |
| 026 | Claims Investigation | 385.90 | $296,573.50 |
| 027 | First Lien Investigation | 509.60 | $377,396.00 |
| 028 | Intercompany Claims | 4.10 | $3,529.50 |
| 029 | Other Motions/Applications | 34.30 | $24,688.50 |
| 030 | Schedules and Statements | 7.00 | $2,100.00 |
| 032 | Time Entry Review | 27.40 | $19,043.00 |
| **Total Incurred** | | **2,002.5** | **$1,487,688.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(1,207.50)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(19,043.00)** |
| **Total Requested** | | | **$1,467,438.00** |

| Service Description | Amount |
|---|---:|
| Photocopies | $478.20 |
| Color Copies | $40.00 |
| Reporting Fees | $146.40 |
| Travel | $413.08 |
| On-line Research – LEXIS | $5,226.91 |
| On-line Research – WESTLAW | $9,935.56 |
| EDiscovery Fees | $8,827.13 |
| Business Meals | $1,396.96 |
| Outside Copying Service | $95.27 |
| Meals | $491.88 |
| Transportation | $416.88 |
| **Total:** | **$27,468.27** |

ny-1163298

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1163298

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $825.00 | 1.00 | $825.00 |
| Doufekias, Demme | Partner | 2004 | Litigation | $825.00 | 5.00 | $4,125.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $825.00 | 69.40 | $57,255.00 |
| Harper, John S. | Partner | 1978 | Tax | $875.00 | 1.00 | $875.00 |
| Hoffinger, Adam S. | Partner | 1983 | Litigation | $1,025.00 | 5.40 | $5,535.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,250.00 | 39.30 | $49,125.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,050.00 | 81.90 | $85,995.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $895.00 | 113.30 | $101,403.50 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $950.00 | 81.90 | $77,805.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $995.00 | 126.00 | $125,370.00 |
| McPherson, Mark David | Partner | 2000 | Litigation | $875.00 | 14.60 | $12,775.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,050.00 | 49.80 | $52,290.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $825.00 | 38.90 | $32,092.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $825.00 | 25.00 | $20,625.00 |
| Salerno, Robert A. | Partner | 1990 | Litigation | $850.00 | 13.30 | $11,305.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $415.00 | 101.50 | $42,122.50 |
| Contreras, Andrea | Associate | 2012 | Litigation | $550.00 | 34.90 | $19,195.00 |

ny-1163298

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| De Ruig, David N. | Associate | 2007 | Tax | $485.00 | 67.60 | $32,786.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $610.00 | 55.70 | $33,977.00 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $415.00 | 23.30 | $9,669.50 |
| Goett, David J. | Associate | 2012 | Tax | $550.00 | 18.20 | $10,010.00 |
| Haney, Heather Jo | Associate | 2011 | Financial Transactions | $550.00 | 26.80 | $14,740.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $695.00 | 132.50 | $92,087.50 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $610.00 | 202.40 | $123,464.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $695.00 | 3.50 | $2,432.50 |
| Hunt, Adam | Associate | 2011 | Litigation | $610.00 | 1.40 | $854.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $655.00 | 1.50 | $982.50 |
| Lim, Clara | Associate | 2010 | Tax | $610.00 | 119.70 | $73,017.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $725.00 | 114.90 | $83,302.50 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $725.00 | 22.20 | $16,095.00 |
| Jonathan C. Rothberg | Associate | 2008 | Litigation | $725.00 | 15.30 | $11,092.50 |
| Tepfer, Cameron Andrew | Associate | 2014 | Litigation | $415.00 | 5.10 | $2,116.50 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,050.00 | 29.20 | $30,660.00 |
| Schaaf, Kathleen E. | Senior Of Counsel | 1978 | Business Restructuring & Insolvency | $850.00 | 45.70 | $38,845.00 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $825.00 | 49.80 | $41,085.00 |
| Marines, Jennifer L. | Of Counsel | 2005 | Business Restructuring & Insolvency | $730.00 | 3.90 | $2,847.00 |

ny-1163298

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $735.00 | 67.10 | $49,318.50 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $735.00 | 51.70 | $37,999.50 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $750.00 | 48.80 | $36,600.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $775.00 | 35.70 | $27,667.50 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $335.00 | 3.60 | $1,206.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $300.00 | 16.70 | $5,010.00 |
| Negron, Jeffrey M. | Senior Paralegal | 1.5 years | Real Estate | $310.00 | 0.50 | $155.00 |
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $290.00 | 11.30 | $3,277.00 |
| Frankenstein, Steven S. | Research Analyst | 18 years | Library | $225.00 | 0.80 | $180.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $295.00 | 25.40 | $7,493.00 |
| **Total Incurred:** | | | | | 2,002.50 | $1,487,688.50 |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred):** | | | | | | $(1,207.50) |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | $(19,043.00) |
| **Total Requested** | | | | | | $1,467,438.00 |

ny-1163298

# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies | $478.20 |
| Color Copies | $40.00 |
| Reporting Fees | $146.40 |
| Travel | $413.08 |
| On-line Research – LEXIS | $5,226.91 |
| On-line Research – WESTLAW | $9,935.56 |
| EDiscovery Fees | $8,827.13 |
| Business Meals | $1,396.96 |
| Outside Copying Service | $95.27 |
| Meals | $491.88 |
| Transportation | $416.88 |
| **Total:** | **$27,468.27** |

# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▇▇▇▇▇
Invoice Number: 5378808
Invoice Date: October 23, 2014

Client/Matter Number: 073697-0000001

Matter Name:    BANKRUPTCY OF
                ENERGY FUTURE
                HOLDINGS

RE:    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Professional Services Rendered and Disbursements Incurred through August 31, 2014*

<u>U.S.Dollars</u>

| | |
|---|---:|
| Current Disbursements | 27,468.27 |
| **Total This Invoice** | **27,468.27** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted]

**MORRISON | FOERSTER**

073697-0000001 Invoice Number: 5378808
BANKRUPTCY OF ENERGY FUTURE HOLDINGS Invoice Date: October 23, 2014

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Aug-2014 | Photocopies | 478.20 |
| 31-Aug-2014 | Color Copies | 40.00 |
| 31-Aug-2014 | On-line Research - LEXIS | 5,226.91 |
| 31-Aug-2014 | On-line Research - WESTLAW | 9,935.56 |
| 29-Aug-2014 | Reporting Fees ESCRIBERS, LLC, Transcript Fee | 146.40 |
| 01-Aug-2014 | Travel, taxi/car service, T. Goren, ground travel to meeting at K&E, 7/22/14 | 57.08 |
| 01-Aug-2014 | Travel, taxi/car service, T. Goren, ground travel from meeting at K&E, 7/22/14 | 19.00 |
| 11-Aug-2014 | Travel, train, C. Kerr, travel to/from Delaware for hearing, 8/13/14 | 337.00 |
| 03-Aug-2014 | Local meals, A. Lawrence, 7/21/14, 6:06PM | 18.29 |
| 03-Aug-2014 | Local meals, A. Lawrence, 7/22/14, 7:54PM | 18.29 |
| 04-Aug-2014 | Local meals, S. Martin, 8/4/14, 7:36PM | 20.00 |
| 06-Aug-2014 | Local meals, S. Martin, 8/6/14, 6:40PM | 17.09 |
| 13-Aug-2014 | Local meals, A. Birkenfeld, 8/13/14, 8:20PM | 6.03 |
| 17-Aug-2014 | Local meals, A. Lawrence, 8/15/14, 6:42PM | 20.00 |
| 17-Aug-2014 | Local meals, A. Lawrence, 8/16/14, 7:43PM | 18.46 |
| 17-Aug-2014 | Local meals, A. Lawrence, 8/17/14, 5:49PM | 20.00 |
| 21-Aug-2014 | Local meals, A. Birkenfeld, 8/21/14, 8:53PM | 11.63 |
| 26-Aug-2014 | Local meals, M. Dort, 8/26/14, 7:35PM | 20.00 |
| 28-Aug-2014 | Local meals, A. Birkenfeld, 8/28/14, 7:49PM | 13.70 |
| 31-Aug-2014 | Local meals, K. Sadeghi, 8/18/14, 8:20PM | 20.00 |
| 31-Aug-2014 | Local meals, C. Tepfer, 8/18/14, 8:46PM | 17.22 |
| 31-Aug-2014 | Local meals, A. Lawrence, 8/20/14, 6:12PM | 20.00 |
| 31-Aug-2014 | Local meals, M. Hager, 8/21/14, 7:13PM | 20.00 |
| 31-Aug-2014 | Local meals, W. Hildbold, 8/21/14, 7:13PM | 20.00 |
| 31-Aug-2014 | Local meals, S. Martin, 8/18/14, 5:50PM | 14.25 |
| 31-Aug-2014 | Local meals, A. Lawrence, 8/18/14, 6:39PM | 20.00 |
| 31-Aug-2014 | Local meals, A. Lawrence, 8/21/14, 7:16PM | 18.46 |
| 31-Aug-2014 | Local meals, M. Dort, 8/27/14, 7:00PM | 20.00 |
| 31-Aug-2014 | Local meals, A. Lawrence, 8/28/14, 7:13PM | 20.00 |
| 31-Aug-2014 | Local meals, A. Lawrence, 8/29/14, 6:41PM | 20.00 |
| 31-Aug-2014 | Local meals, A. Lawrence, 8/25/14, 6:44PM | 20.00 |
| 31-Aug-2014 | Local meals, D. de Ruig, 8/25/14, 8:22PM | 20.00 |
| 31-Aug-2014 | Local meals, A. Lawrence, 8/26/14, 6:46PM | 18.46 |
| 31-Aug-2014 | Local meals, K. Sadeghi, 8/26/14, 7:04PM | 20.00 |
| 31-Aug-2014 | Local meals, A. Lawrence, 8/27/14, 6:30PM | 20.00 |
| 01-Aug-2014 | Local travel, taxi/car service, S. Martin, 8/1/14, 1:50AM | 18.99 |
| 05-Aug-2014 | Travel, taxi/car service, L. Marinuzzi, ground travel to K&E for meeting, 8/5/14 | 25.87 |
| 08-Aug-2014 | Local travel, taxi/car service, C. Damast, 7/29/14, 10:28PM | 112.03 |
| 08-Aug-2014 | Local travel, taxi/car service, T. Goren, 7/28/14, 9:24PM | 74.82 |
| 15-Aug-2014 | Travel, taxi/car service, L. Marinuzzi, ground travel to K&E for meeting, 8/6/14 | 42.88 |
| 19-Aug-2014 | Local travel, taxi/car service, D. de Ruig, 8/19/14, 11:03PM | 29.90 |
| 19-Aug-2014 | Local travel, taxi/car service, A. Birkenfeld, 8/19/14, 9:38PM | 9.00 |
| 21-Aug-2014 | Local travel, taxi/car service, A. Birkenfeld, 8/21/14, 10:50PM | 9.50 |
| 25-Aug-2014 | Local travel, taxi/car service, A. Birkenfeld, 8/25/14, 10:37PM | 7.80 |
| 26-Aug-2014 | Local travel, taxi/car service, David de Ruig, 8/26/14, 12:01AM | 25.41 |
| 26-Aug-2014 | Travel, taxi/car service, W. Hildbold, ground travel to W&C for meeting, 8/22/14 | 25.87 |
| 27-Aug-2014 | Local travel, taxi car service, M. Dort, 8/27/14, 11:40PM | 27.16 |
| 28-Aug-2014 | Local travel, taxi/car service, A. Birkenfeld, 8/28/14, 11:05PM | 7.65 |

**MORRISON | FOERSTER**

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5378808  
Invoice Date: October 23, 2014

| Date | Description | Value |
|---|---|---:|
| 31-Aug-2014 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery hosting and processing services, EFH database. | 8,827.13 |
| 03-Aug-2014 | Business meals, 10 attendees, dinner with B. Miller, 8/1/14 | 95.75 |
| 06-Aug-2014 | Business meals, 12 attendees, client meeting lunch with S. Martin, 8/6/14 | 225.37 |
| 07-Aug-2014 | Business meals, 10 attendees, client meeting lunch with B. Miller, 8/7/14 | 35.08 |
| 11-Aug-2014 | Business meals, 10 attendees, client meeting breakfast with B. Miller, 8/11/14 | 94.31 |
| 14-Aug-2014 | Business meals, 7 attendees, client meeting lunch with B. Miller, 8/14/14 | 65.74 |
| 14-Aug-2014 | Business meals, 10 attendees, client meeting lunch with B. Miller, 8/14/14 | 94.12 |
| 14-Aug-2014 | Business meals, 8 attendees, client meeting breakfast with B. Miller, 8/14/14 | 67.89 |
| 14-Aug-2014 | Business meals, 30 attendees, client meeting lunch with B. Miller, 8/14/14 | 188.73 |
| 17-Aug-2014 | Business meals, 10 attendees, client breakfast with S. Martin, 8/17/14 | 107.26 |
| 18-Aug-2014 | Business meals, 8 attendees, client meeting breakfast with B. Miller, 8/18/14 | 106.22 |
| 18-Aug-2014 | Business meals, 12 attendees, client meeting lunch with S. Martin, 8/18/14 | 76.49 |
| 18-Aug-2014 | Business meals, 12 attendees, client meeting lunch with S. Martin 8/18/14 | 240.00 |
| 18-Aug-2014 | Outside Copying Service ON PRESS GRAPHICS INC., Regular Tabs | 95.27 |
| | Total Disbursements | 27,468.27 |

3