**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | Re:  D.I. 2311 |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER APPROVING THE ASSUMPTION OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The undersigned hereby certifies as follows:

1. On September 15, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases* [D.I. 2015] (the "Procedures Order").  Pursuant to the Procedures Order, the Court approved certain procedures by which the above-captioned debtors and debtors in possession (collectively, the "Debtors") may reject, assume (in some instances, as amended), and assume and assign certain of their prepetition executory contracts and prepetition unexpired leases.

2. In accordance with the Procedures Order, on October 3, 2014, the Debtors filed and served the *Notice of Assumption of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto* [D.I. 2311] (the "Assumption Notice") pursuant to which the Debtors provided notice of their intent to assume the various contracts and leases listed on "Exhibit A" to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Assumption Notice (collectively, the "Contracts and Leases"). Additionally, the Debtors filed and served a proposed form of assumption order (the "Proposed Order") as "Exhibit B" to the Assumption Notice. As set forth in the Assumption Notice, any objections to the Debtors' proposed assumption of the Contracts and Leases or the proposed cure amounts in connection therewith were due to be filed with the Court no later than October 17, 2014 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline").

3. Frederick W. Burnett, Jr.; Donald Richard Fleet, Jr.; John J. and Barbara Komandosky; Alcoa; the Texas State Comptroller's Office; Jerry Christine Sanders Jarnagin; and the City of Dallas each submitted informal responses with respect to the Assumption Notice (collectively, the "Informal Responses"):

- The Debtors resolved the Informal Responses of Mr. Burnett, Alcoa, Ms. Jarnagin, and the Texas State Comptroller's Office by removing each party from the Amended Assumption Schedule.

- The Debtors resolved the Informal Response of the City of Dallas by removing one contract from the Amended Assumption Schedule and making certain changes to the cure amounts set forth in the Amended Assumption Schedule.

- The Debtors removed John J. and Barbara Komandosky from the Amended Assumption Schedule until such time that their Informal Response is resolved or the Debtors schedule the assumption of their Contract or Lease for hearing.

- The Debtors interpret the Informal Response of Mr. Fleet to constitute a reservation of rights and therefore have not made any changes to the Amended Assumption Schedule.

4. In addition to these Informal Responses, Tarrant Regional Water District

("TRWD") filed a written objection to the Assumption Notice [D.I. 2490] (the "Formal Response," and together with the Informal Responses, the "Responses").  After TRWD filed its Formal Response, the Debtors engaged in discussions with TRWD regarding the proposed assumption.  As a result of these discussions, the Debtors have revised the Assumption Schedule to reflect a cure amount of $1000.00 and have agreed to provide TRWD with information at a future time related to their plans at the Eagle Mountain property to the extent doing so would not in any way be prejudicial to the Debtors' estates.  In exchange, TRWD has agreed to withdraw the Formal Response.

5.      Other than the Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Assumption Notice nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.  The Debtors have prepared a revised schedule of Contracts and Leases to be assumed (the "Amended Assumption Schedule") in connection with the Assumption Notice to address the Responses as set forth herein.  A copy of the Amended Assumption Schedule is attached hereto as **Exhibit A**.  A blackline, comparing the Amended Assumption Schedule against the form of assumption scheduled originally filed along with the Assumption Notice and Proposed Order is attached hereto as **Exhibit B**.

6.      The Debtors therefore respectfully request that the Bankruptcy Court enter the Proposed Order attaching the Amended Assumption Schedule (which the Debtors believe is unopposed in the form presented), substantially in the form attached hereto as **Exhibit C**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: October 24, 2014
      Wilmington, Delaware

*/s/ William A. Romanowicz*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession