# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street                                   **Chapter:** 11
Dallas, TX 75201
  **EIN:** 46–2488810
TXU Corp.
TXU Corp
Texas Utilities

*Case No.*: 14–10979–CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 10/21/2014 was filed on 10/22/2014 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/12/2014 .

If a request for redaction is filed, the redacted transcript is due 11/24/2014 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/20/2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 10/22/14

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                                    Case No. 14-10979-CSS
Energy Future Holdings Corp.                                              Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1           User: Brandon              Page 1 of 1              Date Rcvd: Oct 22, 2014
                               Form ID: ntcBK             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2014.
```
db         +Energy Future Holdings Corp.,   Energy Plaza,   1601 Bryan Street,   Dallas, TX 75201-3483
aty        +Andrew McGaan,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty        +Anthony V. Sexton,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty        +Bridget K. O'Connor,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
             Washington, DC 20005-5793
aty        +David R. Dempsey,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
             Washington, DC 20005-5793
aty        +Iskender H. Catto,   McDermott Will & Emery LLP,   340 Madison Avenue,
             New York, NY 10173-1922
aty        +James H.M. Sprayregen,   Kirkland & Ellis LLP,   601 Lexington Avenue,
             New York, NY 10022-4643
aty        +Jeremy L. Graves,   GIBSON DUNN & CRUTCHER LLP,   1801 California Street,   Suite 4200,
             Denver, CO 80202-2694
aty        +Mark E. McKane, Esq.,   Kirkland & Ellis LLP,   555 California Street,
             San Francisco, CA 94104-1603
aty        +Michael L. Raiff,   Gibson Dunn & Crutcher LLP,   2100 McKinney Avenue,   Dallas, TX 75201-2106
aty        +Michael P. Esser,   Kirkland & Ellis LP,   555 California Street,
             San Francisco, CA 94104-1503
aty        +Richard M. Cieri,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty        +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty        +Steven N. Serajeddini,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty        +Todd F. Maynes,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty        +William Guerrieri,   Kirkland & Ellie LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty        +William T. Pruitt,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2014 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0