# EXHIBIT 1 to EXHIBIT A

**Contracts to Be Rejected**

RLF1 10959750v.1

## Contracts

| Debtor | Counterparty | Date | Term |
|---|---|---|---|
| **REC Contracts** | | | |
| Luminant Energy Company LLC | DeWind Frisco LLC Co. | October 25, 2012 | 2013-2014 |
| Luminant Energy Company LLC | KODE Novus I LLC | | |
| Luminant Energy Company LLC | Little Pringle1 LLC | | |
| Luminant Energy Company LLC | Little Pringle2 LLC | | |
| Luminant Energy Company LLC | Scurry County Wind, L.P. | March 20, 2013 | 2013-2015 |
| **Uranium Contracts** | | | |
| Luminant Generation Company LLC | Areva NC Inc. | March 23, 2009 | 2010-2017 |
| Luminant Generation Company LLC | Areva NC Inc. | September 27, 2012 | 2016-2023 |
| Luminant Generation Company LLC | BHP Billiton Olympic Dam Corporation Pty LTD. | April 12, 2010 | 2010-2024 |