## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER EXTENDING DEADLINE TO**
**ASSUME OR REJECT A CERTAIN NONRESIDENTIAL REAL**
**PROPERTY LEASE UNDER SECTION 365(D)(4) OF THE BANKRUPTCY CODE**

Upon the *Agreement Extending Deadline to Assume or Reject Lease* (the "Agreement"), a copy of which is attached hereto as **Exhibit 1**, and upon the record of these chapter 11 cases and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Agreement is approved.

2.  The date within which the Debtors must assume or reject the Lease is hereby extended up to and including February 25, 2015.

3.  Nothing in this Order (the "Order") or the Agreement shall prejudice the Debtors' right to seek further extensions of time within which the Debtors must assume or reject the Lease, consistent with section 365(d)(4) of the Bankruptcy Code, as applicable.

4.  Nothing in this Order or the Agreement or any actions taken by the Debtors pursuant to relief granted herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors'

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Lease, is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (g) an alteration, amendment, or other modification of the terms of the Lease.

5.      Nothing contained in this Order or the Agreement shall prejudice in any way or be deemed a waiver of any arguments the Parties may have with respect to the applicability of section 365(d)(4) of the Bankruptcy Code to the Lease, and the Parties hereby reserve any and all rights with respect to the foregoing.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Agreement.

7.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Wilmington, Delaware
Dated: _____, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT 1

**Agreement**

## AGREEMENT EXTENDING DEADLINE TO ASSUME OR REJECT LEASE

Luminant Generation Company LLC ("Luminant"), a debtor in the chapter 11 cases captioned *In re Energy Future Holdings Corp., et al.*, Lead Case No. 14-10979 (the "Chapter 11 Cases"), and Oncor Electric Delivery Company LLC, a Delaware limited liability company, ("Oncor" and, together with Luminant, the "Parties"), by and through their undersigned counsel, hereby enter into this Agreement (this "Agreement"), and agree as follows.

### Recitals

WHEREAS, Luminant is the lessee under the Sub-Sublease with Oncor, dated as of September 6, 2011, for premises located at 1601 Bryan Street, Dallas, Texas, 75201 (commonly known as Energy Plaza), for all of the leaseable space on the 21st, 22nd, 23rd, 24th, 27th, and 28th floors, containing, in the aggregate, 157,958 rentable square feet (the "Lease");

WHEREAS, on August 11, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1803], thereby extending the period within which the debtors in the Chapter 11 Cases (the "Debtors") must assume or reject unexpired leases of nonresidential real property through and including November 25, 2014;

WHEREAS, the Debtors are currently evaluating the Lease and related obligations before determining whether to assume or reject the Lease pursuant to section 365 of the Bankruptcy Code;

WHEREAS, the Debtors have requested, and Oncor has agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including February 25, 2015 (the "Extension Deadline");

WHEREAS, the Parties desire to memorialize their agreement in this Agreement;

**NOW, THEREFORE**, it is hereby agreed to by and among the Parties as follows:

1.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Lease is extended from November 25, 2014, through and including the Extension Deadline.

2.      The Parties acknowledge and agree that this Agreement hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and that no further consent of Oncor shall be required for the sole purpose of extending the time within which the Debtors must assume or reject the Lease through and including the Extension Deadline.

*[Signatures follow.]*

IN WITNESS WHEREOF, the Parties hereby have caused this Agreement to be duly

executed as of October 24 2014.

**JONES DAY**

Patricia J. Villareal
Michael L. Davitt
2727 North Harwood Street
Dallas, Texas 75214

Corinne Ball
222 East 41st Street
New York, New York 10017

Mark A. Cody
77 West Wacker Drive
Chicago, Illinois 60601

*Counsel to Oncor Electric Delivery Company LLC*

Jason M. Madron (with permission)

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801

*Proposed Co-Counsel to Luminant Generation
Company LLC*

-and-

**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, New York 10022

-and-

James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654

*Co-Counsel to Luminant Generation Company LLC*

3