October 15, 2014

Donald Richard Fleet, Jr.
10358 Hwy 31 E
Tyler, Texas  75705

FILED
2014 OCT 27  AM 10: 39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Christopher S. Sontchi
US Bankruptcy court forthe District of Delaware
824 Market St., 5th Floor
Wilmington, Delaware  19801

Re: Energy Holdings Corp., et a;, Debtors

  Now comes Donald Richard Fleet, Jr. pleading the court not to allow the debtor, Energy Future Holdings Corp., et al, not to be allowed to alter or change contract or lease, nor payment agreed by both parties.

  Due to government montoring, debtor is unaware of amount of lignite mined by Luminant Mining Company LLC.

  Debtor remains totally dependant on contract or lease entered into by both parties and the United States Bankruptcy Court for the District of Deleware, to guarantee payment to continue to be issued to Donald Richard Fleet, Jr. as agreed in original contract or lease.

  Enclosed, please find copies of all documents concerning mentioned bankruptcy.

Dated: _Oct. 15_____, 2014
       Tyler, Texas

_[signature]_

Donald Richard Fleet, Jr.

cc: Richards, Layton & Finger, P.A.
    920 North King Street
    Wilmington, Delaware  19801

    -and-

    Kirkland & Ellis LLP
    601 Lexington Avenue
    New York, New York  10022-4611