**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | | CREDITORS* |

---------------------------------------------------------

Pursuant to 11 U.S.C. §1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Mark B. Landon,** 170 South Parkview Avenue, Columbus, OH 43209, Phone: 614-588-3607.

2. **Brown & Zhou, LLC,** Attn. Mabel Brown, c/o Belleair Aviation, LLC, 565 Metro Place S., Suite 300, Dublin, OH 43017, Phone: 614-581-7858.

3. **Peter Tinkham**, 1010 Wimberly Court, Allen, TX 75013, Phone: 972-390-0171.

4. **Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle,** c/o Kazan, McClain, Satterley & Greenwood, PLC, Attn: Steven Kazan, 55 Harrison Street, Suite 400, Oakland, CA 94607, Phone: 510-302-1000, Fax: 510-835-4913.

5. **David William Fahy**, c/o Early, Lucarelli, Sweeney & Meisenkothen, LLC, Attn: Ethan Early, One Century Tower, 11th Floor, 265 Church Street, New Haven, CT 06510, Phone: 203-777-7799, Fax: 203-785-1671.

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 */s/ Richard L. Schepacarter for*
T. PATRICK TINKER
Dated: October 27, 2014            ASSISTANT UNITED STATES TRUSTEE

Attorney assigned to these cases: Richard L. Schepacarter, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors' Counsel: Daniel J. DeFranceschi, Phone: (302) 651-7700, Fax: (302) 651-7701.

*This official committee of unsecured creditors is composed of creditors of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc., and EECI, Inc. This committee represents the interests of the unsecured creditors of the aforementioned debtors and no others.