October 23, 2014

DeAnna Edwards
PO Box 580
Princeton, Louisiana 71067
318-676-2244
Deanna.edwards@gmail.com

Judge Christopher S. Sontchi,
Wilmington
824 Market St N
3rd Floor
Wilmington, DE 19801
302-252-2887

Your Honor,

    This is a plea for your urgent attention in the matter of Energy Future Holdings Corp, et al - Case No. 14-10979 (CSS – Jointly Administered) filed with the United States Bankruptcy Court for the District of Delaware (Date). I have attached a copy of Power of Attorney filed in Walker County Texas granted to myself from my father, Gerald D. Edwards.

    I would like to first request that your forgiveness any formal procedures that I am not aware, and accept my family's sincere objection to the assumption of any Customer Service Agreement and any other rights belonging to in spite of the passed Objection Bar Date and let this claim be admitted. I would like to request a copy of each and all Customer Agreements that Energy Future Holdings Corp, et al are attempting to assume and any other documents affecting the same.

    Some of the companies involved in our personal property and connected to some in this bankruptcy filing are; The Atlantic Refining Company, Arkansas Louisiana Gas Co, CTC Inc., Illinois Central Railway, MidSouth, AT&T, Duke Energy, CLECO, Emerald Oil, Nelson Oil and Gas and Nelson Energy Inc. etc. Most of these are registered as Delaware Companies, and I have spoken to Delaware agents as recently as this month but unable to get any answers, as well as attempting to communicate with the attorneys for the debtors. The documents I have attached are just some documents I selected that I hope will show reason to, at the very least, give me more time to investigate this matter.

    The Edwards Tiger Tooth Mfg Co, Inc (Tiger Tooth) was began in 1968 and is attached to Edlo, Inc. (Delaware Company) which I have very recent evidence of requesting an Open Records Request. I was told the company was "forfeited", denied any info on Edlo, Inc by Jim Nolan of the Texas Comptroller's Office as that information is "confidential and lacked proof" even with substantiated evidence postmarked from 1967. The documents are stapled together (attached) with the appropriate authority (Seal of Texas). The Texas Comptroller's Office is listed on Energy Future Holding Corps Service

List who is currently controlling Edwards Tiger Tooth Mfg Co., Inc., the Lessor for the patents, trademarks and all intellectual property developed by the Edwards Family.

According to the Texas Unclaimed Property Division's website, the Texas Comptroller has control of the deposits in the unclaimed property account of CTC, Inc and Bank of America accruing royalties on our property. Attached is also the Power Of Attorney granted to Bank of America from CTC, Inc. My father and grandfather have eight patents, three of which are utility patents. I am also currently in communication with the USPTO trying to get this matter straightened out.

Your Honor, according to the notification from EFH it states "A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor." Bank of America foreclosed on my home 2014 (See attached).

Researching and learning what has already been done is overwhelming to say the least. I would also like to point out that the two attached service lists that were downloaded from Energy Future Holding's website changed from June 3, 2014 to October 6, 2014; some companies being omitted from the October list, in particular AEP and Weyerhaeuser. Why were certain companies removed from the list? Has the Debtor list changed also?

My parents always worked with attorneys to oversee their legal matters; therefore, you can understand my reluctance to trust any attorney in this matter. After discussions with my father, we are filing this proof of claim with all rights reserved.

Is it not reasonable to believe that no one would or **could** give away his right to exist, or the right to control their own intellectual property?

Sincerely,

*DeAnna L Edwards, agent*

DeAnna L. Edwards

cc: Energy Future Holdings Claims

EFH's documents we received states there is additional information on their website which is where I acquired the two attached service lists. I would like to point out just a few of those on the service list connected to my father's intellectual property, and they are as follows:

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548
Connection: The Comptroller currently lists Edwards Tiger Tooth Mfg Co Inc as "forfeited". The company is the Lessor for Patents of Floyd B. Edwards, Gerald D. Edwards, Elizabeth Chiwee Chance Edwards. See attachment # from 1968.

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J ALANIZ; IAN E ROBERTS
2001 ROSS AVE
DALLAS, TX 75201-2980
Connection: See attachment. Buyer Seller Agreement ARCO/ARKLA, Centerpoint (AKA Arkla Gas, Arkansas Louisiana Gas, Arkansas Louisiana Co)

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN
TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS;
NATURAL GAS PIPELINE COMPANY OF AMERICA; EL PASO
NATURAL GAS)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868
Connection: Floyd B. Edwards, my grandfather, retired from Plantation Pipeline Company

DORSEY & WHITNEY DELAWARE LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD &
ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON, DE 19801          and

MASLON EDELMAN BORMAN & BRAND, LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI &
KOREY G. KALLSTROM
90 S SEVENTH ST STE 3300
MINNEAPOLIS, MN 55402
Reason: Gave Power of Attorney to Bank of America; see attachment


COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
1500, UNIVERSITY ST., SUITE 700
MONTREAL, QC H3A 3S8
CANADA                    and
COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310
Connection: Aka CTC, Inc, Capital Marine Supply, etc. Placed a quit claim on our minerals buying it from Illinois Central Railroad who acquired it from MidSouth Rail. Granted Power of Attorney to Bank of America; See attachment.


REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE
BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS
INDENTURE TRUSTEES)
ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON
1201 MARKET ST STE 1500
WILMINGTON, DE 19801
Connection: Gave Power of Attorney to Bank of America; see attached

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549
Connection: There are shareholders of Edwards Tiger Tooth Mfg Co Inc, and I am in possession of the list of shareholders in 1968 (not attached).

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179

Connection: Illinois Central Railroad/MidSouth Rail first quit claimed our property with documents

COWLES & THOMPSON
(COUNSEL TO ATMOS ENERGY CORPORATION)
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN ST STE 3900
DALLAS, TX 75202
Reason: Atmos Energy was spun off from Centerpoint Energy. They are connected to the pipeline.

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.)
ATTN: KATHLEEN A. MURPHY
919 N MARKET ST STE 1500
WILMINGTON, DE 19801
Connection: In the business of earth moving equipment related to Edwards Tiger Tooth Mfg. Co., Inc.

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON ST
FORT WORTH, TX 76102
Connection: Where Edwards Tiger Tooth Mfg Co. Inc was domiciled in 1968

LOCKE LORD LLP
(COUNSEL TO BP AMERICA PRODUCTION COMPANY)
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS, LA 70130-6036
Connection: BP merged with The Atlantic Refining Company

MICHAEL G. SMITH
(COUNSEL TO VALERO TEXAS POWER MARKETING, INC.)
111 N 6TH ST
PO BOX 846
CLINTON, OK 73601
ATMs located in Valero stations in Louisiana are with Bank of America (Withdrawals Only); no brick and mortar bldg. in Louisiana at present.

UNITED STATES DEPARTMENT OF JUSTICE
(ON BEHALF OF UNITED STATES OF AMERICA, DEPT.
OF AGRICULTURE, RURAL UTILITIES SERVICE)
ATTN: MATTHEW J. TROY

CIVIL DIVISION PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
Connection: Why is the United States Dept of Justice on this Service List?