# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 10/27/2014 |
| Case: 14−10979−CSS | Form ID: pdfgen | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty         Daniel J. DeFranceschi          defranceschi@rlf.com
aty         Jason M. Madron                 madron@rlf.com
aty         Mark D. Collins                 collins@rlf.com
aty         Thomas F. Driscoll, III         tdriscoll@bifferato.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
8745484     DeAnna Edwards          PO Box 580          Princeton, LA 71067

TOTAL: 1