IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 1866** |
| | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
AND AGREED ORDER EXTENDING THE BAR DATE FOR THE
U.S. ENVIRONMENTAL PROTECTION AGENCY TO FILE A PROOF OF CLAIM**

The undersigned hereby certifies as follows:

1. On August 18, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 1866] setting the final date for filing proofs of claim against the debtors (the "Debtors") in the above-captioned chapter 11 cases as October 27, 2014 at 5:00 p.m. (ET) (the "Bar Date").

2. Prior to the Bar Date, the United States Environmental Protection Agency (the "Environmental Protection Agency") engaged in correspondence with the Debtors, requesting an extension of the Bar Date so that it may investigate a potential claim regarding property located in New Mexico Meridian, New Mexico, Township 13 North, Range 9 West, Sections 7, 21 and 29 (the "Potential Claim").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. In an effort to consensually resolve the concerns of the Environmental Protection Agency and the Potential Claim, the Debtors have determined that extending the Bar Date for the Environmental Protection Agency is fair and reasonable and in the best interests of the Debtors' estates, and have entered into the compromise embodied in the *Stipulation and Agreed Order Extending the Bar Date for the U.S. Environmental Protection Agency to File a Proof of Claim*, attached hereto as **Exhibit A** (the "Stipulation and Agreed Order").

WHEREFORE, the Debtors respectfully request that the Court enter the Stipulation and Agreed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

[*Signature page follows*.]

Dated: October 27, 2014
     Wilmington, Delaware                           */s/ William A. Romanowicz*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com
           romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*