## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 1792, 1793, 1794, 2304, 2321** |

**CERTIFICATION OF COUNSEL CONCERNING (I) ORDER AUTHORIZING
THE DEBTORS TO (A) PAY CERTAIN PREPETITION AMOUNTS ON
ACCOUNT OF THE INSIDER COMPENSATION PROGRAMS AND
(B) CONTINUE THE INSIDER COMPENSATION PROGRAMS ON A
POSTPETITION BASIS AND (II) ORDER AUTHORIZING THE
DEBTORS TO HONOR OBLIGATIONS TO ONE INSIDER PURSUANT
TO THE 2014 LUMINANT COMMERCIAL INCENTIVE PLAN**

The undersigned hereby certifies as follows:

1.      On August 8, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis* [D.I. 1792] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Also, on August 8, 2014, the Debtors filed the (i) *Declaration of Todd W. Filsinger in Support of Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis* [D.I. 1973] and (ii) *Declaration of Douglas Friske in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis* [D.I. 1794], both in support of the relief requested in the Motion. Pursuant to the Motion, the Debtors are seeking entry of orders authorizing the Debtors to: (a) pay certain prepetition amounts owed under the Debtors' Insider Compensation Programs[2] and (b) continue the Insider Compensation Programs in the ordinary course of business on a postpetition basis, all as more fully set forth in the Motion.

2.    Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis"*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on September 5, 2014 (the "Objection Deadline"[3]). Hearings to consider the relief requested in the Motion took place before the Bankruptcy Court on October 8, 2014, October 9, 2014, and October 15, 2014 (collectively, the "Hearings").

3.    Prior to the Objection Deadline (as extended for the U.S. Trustee only), (i) the U.S. Trustee filed the *United States Trustee's Objection to the Motion of Energy Future*

---

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Motion.

[3] The Objection Deadline was extended from time to time, ultimately through October 2, 2014 at 4:00 p.m. (Eastern Daylight Time) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") only.

*Holdings Corporation for Entry of an Order Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Motion to (A) Pay Prepetition Bonuses to Insiders and (B) to Continue Insider Bonus Programs [D.I. 1795]* [D.I. 2304] (together with any supporting declarations, the "Objection"[4]), and (ii) the Official Committee of Unsecured Creditors (the "Creditors' Committee") provide informal comments in connection with the Motion.[5] On October 7, 2014, the Debtors filed the *Debtors' Reply in Support of Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis* [D.I. 2321] (the "Reply") in response to the Objection and in further support of the Motion.

4.      Other than the Objection and the informal comments of the Creditors' Committee, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.  At the Hearings, the Bankruptcy Court heard and considered the statements, arguments, witness testimony and other evidence of the Debtors and the U.S. Trustee in connection with all of the Motion, the Objection and the Reply.  Based on the record of the Hearings, the Bankruptcy Court granted the Motion and overruled the Objection.  Following the conclusion of the Hearings, the Debtors prepared (i) a form of order in connection with the Motion solely with respect to the approval of the Luminant Commercial Incentive Plan which was uncontested (the "LCIP Order"), and (ii) a revised form of order in connection with the

---

[4] By the Objection, the U.S. Trustee objected to the relief requested in the Motion, except with respect to the Luminant Commercial Incentive Plan; the Debtors' request for approval of the Luminant Commercial Incentive Plan was unopposed by any party-in-interest, including the U.S. Trustee.

[5] The informal comments of the Creditors' Committee were resolved prior to the Hearings by agreement of the Debtors and the Creditors' Committee.

RLF1 10965456v.1

Motion with respect to all of the Insider Compensation Programs subject to the Objection (*i.e.*, all of the Insider Compensation Programs subject to the Motion other than the Luminant Commercial Incentive Plan) (the "Revised Incentive Plans Order"). A copy of the LCIP Order is attached hereto as Exhibit A. A copy of the Revised Incentive Plans Order is attached hereto as Exhibit B. The LCIP Order and the Revised Incentive Plans Order have been circulated to, and are acceptable to, the Debtors, the Creditors' Committee, and the U.S. Trustee.

5.      The Debtors therefore respectfully request that the Bankruptcy Court enter the LCIP Order and the Revised Incentive Plans Order, substantially in the forms attached hereto as Exhibit A and Exhibit B, respectively, at its earliest convenience.


*[Remainder of page intentionally left blank.]*

Dated: October 27, 2014
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession