## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF RANDY STOKX IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Randy Stokx, under penalty of perjury, declares as follows:

1. I am a partner of the firm of Deloitte & Touche LLP ("**Deloitte & Touche**"). I am duly authorized to make and submit this supplemental declaration (the "**Declaration**") on behalf of Deloitte & Touche in accordance with section 327(a) of title 11 of the United States Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedures in further support of the application of the above-caption debtors (the "**Debtors**"), dated May 29, 2014, for entry of an order authorizing the employment and retention of Deloitte & Touche as independent auditor to the Debtors (the "**Application**")[2][Docket Index No. 656].

2. The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized Terms used herein shall have the meaning ascribed to them in the Application unless otherwise specified.

course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

3. As discussed in paragraph 9 of my declaration submitted with the Application (the "**Original Declaration**"), I stated that as additional material information was discovered Deloitte & Touche would supplement the Original Declaration. The disclosures set forth below are subject to the statements and qualifications made in the Original Declaration which are incorporated herein by reference.

4. Accordingly, by this Declaration, I am supplementing Schedule 1 to the Original Declaration with the inclusion of the entities listed on Exhibit A hereto.

5. To supplement the disclosures in paragraph 10(e) of the Original Declaration, certain law firms identified on Schedule 1 and at paragraph 10(e) thereof have provided, currently provide, and may in the future provide, legal services to Deloitte & Touche or its affiliates in matters unrelated to the Debtors or to these Chapter 11 cases (the "**Cases**").

6. To further supplement disclosure in paragraph 10(w) of the Original Declaration, to the best of Deloitte & Touche's knowledge, no such litigation matters involving Deloitte & Touche relate to the Debtors or the Cases.

7. Deloitte & Touche conducted its conflicts checking procedures with respect to the names of personnel of the United States Trustee's Office in the District of Delaware. Insofar as Deloitte & Touche has been able to ascertain after such procedures as described in paragraphs 5-9 of the Original Declaration, Deloitte & Touche or its affiliates do not have any business relationships with the United States Bankruptcy Judge presiding in the Cases, the United States Trustee for Region 3 and the other personnel so checked.
test

8. None of the parties referred to in Schedule 1 of the Original Declaration represents in excess of 2% of the aggregate net service revenues of Deloitte & Touche and its affiliates for the most recently completed fiscal year.

9. Deloitte & Touche will use its reasonable efforts to avoid any duplication of service provided to the Debtors by any of the Debtors' other retained professionals in the Cases. To illustrate such efforts, the following chart[3] describes the various services of Deloitte & Touche and certain of the Debtors' other professionals:

| Professional | Description of Services |
|---|---|
| Deloitte & Touche LLP, as independent auditors | Deloitte & Touche LLP will be primarily responsible for:<br>• Conducting independent audits of the Debtors' annual financial statements and procedures related to SEC filings.<br>• Reviewing the Debtors' condensed financial information, quarterly financial statements, and related SEC filings.<br>• Research and consultation services generally provided by independent auditors.<br><br>Deloitte & Touche will **not** be primarily responsible for providing services related to:<br>• Bankruptcy accounting services.<br>• Internal audit services.<br>• Information security services.<br>• Tax advisory services provided by PwC, KPMG, and Ernst & Young (as defined below). |
| KPMG LLP, to provide bankruptcy accounting services | KPMG will be primarily responsible for:<br>• Providing bankruptcy accounting services (including related to debtor-in-possession financing, reorganization accounting, and |

---

[3] The chart below is being provided for illustrative purposes only. Nothing in this chart shall modify the terms set forth in the Engagement Letters (as modified by the order entered by this Court approving the Application) or applicable professional standards. My personal knowledge is limited to the work done by Deloitte & Touche.

| | |
|---|---|
| | the various reports prepared that are required by the Bankruptcy Code, the Office of the United States Trustee, or order of the Court).<br><br>• Tax consulting services relating to certain of the Debtors' Texas sales and use tax audits and property tax compliance.<br><br>• Delivering an information technology project focused on Sarbanes-Oxley controls.<br><br>• Tax consulting services related to miscellaneous income tax compliance.<br><br>KPMG will **not** be primarily responsible for providing services related to:<br><br>• Independent audits of the Debtors' financial statements and procedures related to SEC filings.<br><br>• Internal audit services.<br><br>• Tax advisory services provided by Ernst & Young and PwC.<br><br>• Information security services provided by Ernst & Young and PwC.<br><br>• Tax advisory services related to certain sales and use tax audits being reviewed by Ernst &Young |
| Ernst & Young LLP ("Ernst & Young"), as providers of tax advisory and information technology services | Ernst & Young will be primarily responsible for:<br><br>• Providing information technology services related to the Debtors' upgrade to (and further integration of) their technical environment, and the Debtors' property tax compliance system<br><br>• Providing services relating to information and cyber security and subject matter resources supporting information technology security compliance.<br><br>• Tax advisory services related to: (a) miscellaneous income tax compliance and; (b) Texas audit support, primarily voluminous sales and use tax documentation retrieval and analysis, (c) Texas sales taxability analysis in connection with business operations and certain technology implementations.<br><br>Ernst & Young will **not** be primarily responsible for providing services related to: |

| | |
|---|---|
| | - Bankruptcy accounting services.<br>- Information security services provided by PwC and KPMG.<br>- Providing tax advisory services related to certain sales and use tax audits being reviewed by KPMG (**and for the avoidance of doubt, Ernst & Young will have no responsibility relating to internal audit services or independent audits of the Debtors' financial statements and procedures related to SEC filings**). |
| Pricewaterhousecoopers LLP (PwC), to provide internal audit and specific tax advisory services | PwC will be primarily responsible for:<br>- Conducting internal audit services for the Debtors (including advising the Debtors with respect to their internal controls).<br>- Providing information security services related to the Debtors' cyber defense program and segregation of duties controls.<br>- Tax advisory services related to certain individuals' tax returns.<br>PwC will **not** be primarily responsible for providing services related to:<br>- Conducting independent audits of the Debtors' financial statements procedures related to SEC filings.<br>- Tax advisory services provided by Ernst & Young and KPMG.<br>- Bankruptcy accounting services.<br>- Information security services provided by Ernst & Young and KPMG. |

Dated: September 26, 2014

By: _____
Randy Stokx
Partner
Deloitte & Touche LLP

5

## Exhibit A

Neuberger Berman
PI Co-Invest LLC
SolutionSet
UMB Bank NA
Wilmington Trust Investment Management LLC