IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* PURSUANT TO DEL. BANKR. L.R. 9010-1**

1.  Jason M. Madron, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of Marc Kieselstein (the "Admittee") of Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, to represent the above-captioned debtors and debtors in possession in the above-captioned cases. The Admittee is a member in good standing of the Bar of the State of Illinois and New York.

Dated: October 28, 2014
    Wilmington, Delaware

/s/ Jason M. Madron
Jason M. Madron (Bar No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
E-mail:    madron@rlf.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10967733v.1

2.       Pursuant to Local Rule 9010-1, the Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1, and has access to, or has acquired, a copy of the Local Rules and is generally familiar with those Local Rules. In accordance with the *Revised Standing Order for District Court Fund* effective July 23, 2009, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the United States District Court for the District of Delaware prior to the filing of this motion.

> /s/ *Marc Kieselstein, P.C.*
> Marc Kieselstein, P.C.
> KIRKLAND & ELLIS LLP
> 300 North LaSalle
> Chicago, Illinois 60654
> Telephone: (312) 862-2000
> Facsimile: (312) 862-2200
> Email: marc.kieselstein@kirkland.com

3.       Motion granted.

Dated: October _____, 2014
Wilmington, Delaware

> THE HONORABLE CHRISTOPHER S. SONTCHI
> UNITED STATES BANKRUPTCY JUDGE