## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 2147, 2151-2152, 2154-** |
|  | ) | **2155, 2158, 2160-2167, 2169-2170, 2172-** |
|  | ) | **2174, 2182, 2184, 2186, 2188-2199, 2201,** |
|  | ) | **2203, 2205, 2208, 2212, and 2215** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 27, 2014, I caused to be served:

    a.  the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Collin Power Company LLC (Case No. 14-10998 (CSS))," dated September 26, 2014 [Docket No. 2147],

    b.  the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor TXU Energy Solutions Company LLC (Case No. 14-11002 (CSS))," dated September 26, 2014 [Docket No. 2151],

    c.  the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor DeCordova II Power Company LLC (Case No. 14-11003 (CSS))," dated September 26, 2014 [Docket No. 2152],

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

d. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Texas Competitive Electric Holdings Company LLC (Case No. 14-10978)," dated September 26, 2014 [Docket No. 2154],

e. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Energy Future Competitive Holdings Company LLC (Case No. 14-11005)," dated September 26, 2014 [Docket No. 2155],

f. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor 4Change Energy Company (Case No. 14-10980 (CSS))," dated September 26, 2014 [Docket No. 2158],

g. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor TXU Retail Services Company (Case No. 14-11009 (CSS))," dated September 26, 2014 [Docket No. 2160],

h. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor 4Change Energy Holdings LLC (Case No. 14-10981 (CSS))," dated September 26, 2014 [Docket No. 2161],

i. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Martin Lake 4 Power Company LLC (Case No. 14-11010 (CSS))," dated September 26, 2014 [Docket No. 2162],

j. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Monticello 4 Power Company LLC (Case No. 14-11011 (CSS))," dated September 26, 2014 [Docket No. 2163],

k. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor DeCordova Power Company LLC (Case No. 14-10982 (CSS))," dated September 26, 2014 [Docket No. 2164],

l. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Big Brown 3 Power Company LLC (Case No. 14-10983 (CSS))," dated September 26, 2014 [Docket No. 2165],

m. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Eagle Mountain Power Company LLC (Case No. 14-10984 (CSS))," dated September 26, 2014 [Docket No. 2166],

n. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Tradinghouse Power Company LLC (Case No. 14-10985 (CSS))," dated September 26, 2014 [Docket No. 2167],

o. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Big Brown Lignite Company LLC (Case No. 14-10986 (CSS))," dated September 26, 2014 [Docket No. 2169],

p. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor TXU SEM Company (Case No. 14-11013 (CSS))," dated September 26, 2014 [Docket No. 2170],

q. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Morgan Creek 7 Power Company LLC (Case No. 14-11014 (CSS))," dated September 26, 2014 [Docket No. 2172],

r. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Big Brown Power Company LLC (Case No. 14-10988 (CSS))," dated September 26, 2014 [Docket No. 2173],

s. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Valley NG Power Company LLC (Case No. 14-11015 (CSS))," dated September 26, 2014 [Docket No. 2174],

t. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Luminant Big Brown Mining Company LLC (Case No. 14-11018 (CSS))," dated September 26, 2014 [Docket No. 2182],

u. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor NCA Resources Development Company LLC (Case No. 14-11019 (CSS))," dated September 26, 2014 [Docket No. 2184],

v. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Valley Power Company LLC (Case No. 14-11020 (CSS))," dated September 26, 2014 [Docket No. 2186],

w. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Generation MT Company LLC (Case No. 14-11021 (CSS))," dated September 26, 2014 [Docket No. 2188],

x. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Oak Grove Management Company LLC (Case No. 14-11022 (CSS))," dated September 26, 2014 [Docket No. 2189],

y. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Luminant Energy Company LLC (Case No. 14-11023 (CSS))," dated September 26, 2014 [Docket No. 2190],

z. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Oak Grove Mining Company LLC (Case No. 14-11024 (CSS))," dated September 26, 2014 [Docket No. 2191],

aa. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Generation SVC Company (Case No. 14-11025 (CSS))," dated September 26, 2014 [Docket No. 2192],

bb. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Luminant Energy Trading California Company (Case No. 14-11026 (CSS))," dated September 26, 2014 [Docket No. 2193],

cc. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor TXU Energy Retail Company LLC (Case No. 14-10997 (CSS))," dated September 26, 2014 [Docket No. 2194],

dd. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Oak Grove Power Company LLC (Case No. 14-11027 (CSS))," dated September 26, 2014 [Docket No. 2195],

ee. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor TCEH Finance, Inc. (Case No. 14-11028)," dated September 26, 2014 [Docket No. 2196],

ff. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Lake Creek 3 Power Company LLC (Case No. 14-11029 (CSS))," dated September 26, 2014 [Docket No. 2197],

gg. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Luminant ET Services Company (Case No. 14-11030 (CSS))," dated September 26, 2014 [Docket No. 2198],

hh. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Luminant Renewables Company LLC (Case No. 14-11044 (CSS))," dated September 26, 2014 [Docket No. 2199],

ii. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Luminant Generation Company LLC (Case No. 14-11032 (CSS))," dated September 26, 2014 [Docket No. 2201],

jj. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Sandow Power Company LLC (Case No. 14-11033 (CSS))," dated September 26, 2014 [Docket No. 2203],

kk. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Tradinghouse 3 & 4 Power Company LLC (Case No. 14-11046 (CSS))," dated September 26, 2014 [Docket No. 2205],

ll. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Luminant Holding Company LLC (Case No. 14-11037)," dated September 26, 2014 [Docket No. 2208],

mm. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Luminant Mineral Development Company LLC (Case No. 14-11040 (CSS))," dated September 26, 2014 [Docket No. 2212],

nn. the "Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor Luminant Mining Company LLC (Case No. 14-11042 (CSS))," dated September 26, 2014 [Docket No. 2215],

*with all of the above documents known as the "Schedule Amendment Notices"*, and

oo. a "Proof of Claim Form," personalized to include the name and address of the creditor and the schedule amount, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "POC Form"),

by causing true and correct copies of the applicable customized POC Form(s), and related Schedule Amendment Notices, to be collated, enclosed securely in separate postage pre-paid envelopes and delivered via first class mail:

i.  to *AMERICAN STOCK TRANSFER & TRUST CO LLC, GENERAL COUNSEL, 6201 15TH AVENUE, BROOKLYN, NY 11219*, as noted on the annexed <u>Exhibit B</u>,

ii.  to *BOKF, NA DBA BANK OF ARIZONA, KEN HOFFMAN, VICE PRESIDENT, 3001 EAST CAMELBACK ROAD, SUITE 100, PHOENIX, AZ 85016*, as noted on the annexed <u>Exhibit C</u>,

iii.  to *CREDIT SUISSSE INTERNATIONAL, ONE CABOT SQUARE, LONDON E14 4QJ, UNITED KINGDOM*, as noted on the annexed <u>Exhibit D</u>,

iv.  to *DEUTSCHE BANK TRUST CO AMERICAS, CORPORATE TRUST & AGENCY SERVICE, PO BOX 1757 CHURCH ST STATION, NEW YORK, NY 10008*, as noted on the annexed <u>Exhibit E</u>,

v.  to *J ARON & COMPANY, 200 W ST, NEW YORK, NY 10282-2198*, as noted on the annexed <u>Exhibit F</u>,

vi.  to *MORGAN STANLEY CAPITAL GROUP INC, 1585 BROADWAY, NEW YORK, NY 10038*, as noted on the annexed <u>Exhibit G</u>,

vii.    to *TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, ATTN: MR. JEFF WALKER, 1601 BRYAN ST., DALLAS, TX 75201-3411*, as noted on the annexed <u>Exhibit H</u>,

viii.    to *WILMINGTON SAVINGS FUND SOCIETY, FSB, (CHRISTIANA TRUST), PATRICK HEALY – VP, DIRECTOR SERVICES, 500 DELAWARE AVE., WILMINGTON, DE 19801*, as noted on the annexed <u>Exhibit I</u>, and

ix.    to *WILMINGTON TRUST, N.A., AS SUCCESSOR TRUSTEE, ATTN: JEFFREY T. ROSE, 50 SOUTH SIXTH STREET, SUITE 1290, MINNEAPOLIS, MN 55402*, as noted on the annexed <u>Exhibit J</u>,

with each exhibit reflecting the Debtor Name, Case Number information and docket number of the individual Schedule Amendment Notices that apply, in addition to the count of related individual schedule amendment(s), as well as the count of the related individual customized POC Form(s).

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Manners

Sworn to before me this
*15* day of October, 2014

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20*14*

**EXHIBIT A**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**COURT USE ONLY**

| Name of Debtor: **ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC** | Case Number: **14-11005 (CSS)** |
|---|---|

NOTE: Do not use this form to make a claim for an administrative expense that arises <u>after</u> the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

EFH SCH AMD (MERGE2.DBF,SCHED_NO) SCHEDULE #: 500500320***
BAR(23) MAILID *** 000090031062 ***
AMERICAN STOCK TRANSFER & TRUST CO, LLC
GENERAL COUNSEL
6201 15TH AVENUE
BROOKLYN, NY 11219

Telephone number:          Email:

❑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_____
(If known)  _____

Filed on:  _____

Your claim is scheduled by the Debtor as:
**$35,047,364.15 UNSECURED UNLIQUIDATED CONTINGENT**

Name and address where payment should be sent (if different from above) :

Telephone number:          Email:

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**COURT USE ONLY**

**1.    Amount of Claim as of Date Case Filed:**          $ _____

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❑    Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.    Basis for Claim:** _____
(See instruction #2)

**3.    Last four digits of any number by which creditor identifies debtor:** ____ ____ ____ ____
**3a.  Debtor may have scheduled account as:** _____
(See instruction #3a)

**4.    Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
❑ Real Estate    ❑ Motor Vehicle    ❑ Other
**Describe:** _____
**Value of Property:** $ _____
**Annual Interest Rate** _____%  ❑ Fixed  or  ❑ Variable
**(when case was filed)**

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$ _____

**Basis for perfection:** _____

**Amount of Secured Claim:**    $ _____

**Amount Unsecured:**    $ _____

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❑  Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❑  Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❑  Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❑  Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❑  Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❑  Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

**Amount entitled to priority:**

$ _____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____          (See instruction #6)

**7.    Credits:**  The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.    Documents:**  Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "**redacted**".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9.    Signature:** (See instruction #9)    Check the appropriate box:

❑ I am the creditor.    ❑ I am the creditor's authorized agent.    ❑ I am the trustee, or the debtor, or their    ❑ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Address, telephone number, and email
(if different from notice address above):

Print Name: _____
Title: _____
Company: _____

_____
(Signature)

_____
(Date)

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

**http://www.efhcaseinfo.com**

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

### _____ DEFINITIONS _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

**Energy Future Holdings Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**Grand Central Station, P.O. Box 4613**
**New York, NY 10163-4613**

**If by Hand Delivery or Overnight Mail:**

**Energy Future Holdings Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### _____ INFORMATION _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (**http://www.efhcaseinfo.com**) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), and any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**EXHIBIT B**

*TO BE DELIVERED TO:*
*AMERICAN STOCK TRANSFER TRUST CO LLC, GENERAL COUNSEL, 6201 15TH AVENUE, BROOKLYN, NY 11219*

| Debtor | Case No. | Docket Number of Schedule Amendment Notice | Schedule Amendment Count | POC Count |
|---|---|---|---|---|
| Energy Future Competitive Holdings Company LLC | 14-11005 | 2155 | 1 | 2 |

| | |
|---|---|
| **TOTAL SCHEDULE AMENDMENT COUNT** | **1** |

| | |
|---|---|
| **TOTAL POC COUNT** | **2** |

**EXHIBIT C**

*TO BE DELIVERED TO:*
*BOKF, NA DBA BANK OF ARIZONA, KEN HOFFMAN, VICE PRESIDENT, 3001 EAST CAMELBACK ROAD, SUITE 100, PHOENIX, AZ 85016*

| Debtor | Case No. | Docket Number of Schedule Amendment Notice | Schedule Amendment Count | POC Count |
|---|---|---|---|---|
| 4Change Energy Company | 14-10980 | 2158 | 1 | 1 |
| 4Change Energy Holdings LLC | 14-10981 | 2161 | 1 | 1 |
| Big Brown 3 Power Company LLC | 14-10983 | 2165 | 1 | 1 |
| Big Brown Lignite Company LLC | 14-10986 | 2169 | 1 | 1 |
| Big Brown Power Company LLC | 14-10988 | 2173 | 1 | 1 |
| Collin Power Company LLC | 14-10998 | 2147 | 1 | 1 |
| DeCordova II Power Company LLC | 14-11003 | 2152 | 1 | 1 |
| DeCordova Power Company LLC | 14-10982 | 2164 | 1 | 1 |
| Eagle Mountain Power Company LLC | 14-10984 | 2166 | 1 | 1 |
| Generation MT Company LLC | 14-11021 | 2188 | 1 | 1 |
| Generation SVC Company | 14-11025 | 2192 | 1 | 1 |
| Lake Creek 3 Power Company LLC | 14-11029 | 2197 | 1 | 1 |
| Luminant Big Brown Mining Company LLC | 14-11018 | 2182 | 1 | 1 |
| Luminant Energy Company LLC | 14-11023 | 2190 | 1 | 1 |
| Luminant Energy Trading California Company | 14-11026 | 2193 | 1 | 1 |
| Luminant ET Services Company | 14-11030 | 2198 | 1 | 1 |
| Luminant Generation Company LLC | 14-11032 | 2201 | 1 | 1 |
| Luminant Holding Company LLC | 14-11037 | 2208 | 1 | 1 |
| Luminant Mineral Development Company LLC | 14-11040 | 2212 | 1 | 1 |
| Luminant Mining Company LLC | 14-11042 | 2215 | 1 | 1 |
| Luminant Renewables Company LLC | 14-11044 | 2199 | 1 | 1 |
| Martin Lake 4 Power Company LLC | 14-11010 | 2162 | 1 | 1 |
| Monticello 4 Power Company LLC | 14-11011 | 2163 | 1 | 1 |
| Morgan Creek 7 Power Company LLC | 14-11014 | 2172 | 1 | 1 |
| NCA Resources Development Company LLC | 14-11019 | 2184 | 1 | 1 |
| Oak Grove Management Company LLC | 14-11022 | 2189 | 1 | 1 |
| Oak Grove Mining Company LLC | 14-11024 | 2191 | 1 | 1 |
| Oak Grove Power Company LLC | 14-11027 | 2195 | 1 | 1 |
| Sandow Power Company LLC | 14-11033 | 2203 | 1 | 1 |
| Tradinghouse 3 & 4 Power Company LLC | 14-11046 | 2205 | 1 | 1 |
| Tradinghouse Power Company LLC | 14-10985 | 2167 | 1 | 1 |
| TXU Energy Retail Company LLC | 14-10997 | 2194 | 1 | 1 |
| TXU Energy Solutions Company LLC | 14-11002 | 2151 | 1 | 1 |
| TXU Retail Services Company | 14-11009 | 2160 | 1 | 1 |
| TXU SEM Company | 14-11013 | 2170 | 1 | 1 |
| Valley NG Power Company LLC | 14-11015 | 2174 | 1 | 1 |
| Valley Power Company LLC | 14-11020 | 2186 | 1 | 1 |

| | |
|---|---|
| **TOTAL SCHEDULE AMENDMENT COUNT** | **37** |

| | |
|---|---|
| **TOTAL POC COUNT** | **37** |

**EXHIBIT D**

*TO BE DELIVERED TO:*
*CREDIT SUISSSE INTERNATIONAL, ONE CABOT SQUARE, LONDON E14 4QJ, UNITED KINGDOM*

| Debtor | Case No. | Docket Number of Schedule Amendment Notice | Schedule Amendment Count | POC Count |
|---|---|---|---|---|
| 4Change Energy Company | 14-10980 | 2158 | 1 | 1 |
| 4Change Energy Holdings LLC | 14-10981 | 2161 | 1 | 1 |
| Big Brown 3 Power Company LLC | 14-10983 | 2165 | 1 | 1 |
| Big Brown Lignite Company LLC | 14-10986 | 2169 | 1 | 1 |
| Big Brown Power Company LLC | 14-10988 | 2173 | 1 | 1 |
| Collin Power Company LLC | 14-10998 | 2147 | 1 | 1 |
| DeCordova II Power Company LLC | 14-11003 | 2152 | 1 | 1 |
| DeCordova Power Company LLC | 14-10982 | 2164 | 1 | 1 |
| Eagle Mountain Power Company LLC | 14-10984 | 2166 | 1 | 1 |
| Energy Future Competitive Holdings Company LLC | 14-11005 | 2155 | 1 | 1 |
| Generation MT Company LLC | 14-11021 | 2188 | 1 | 1 |
| Generation SVC Company | 14-11025 | 2192 | 1 | 1 |
| Lake Creek 3 Power Company LLC | 14-11029 | 2197 | 1 | 1 |
| Luminant Big Brown Mining Company LLC | 14-11018 | 2182 | 1 | 1 |
| Luminant Energy Company LLC | 14-11023 | 2190 | 1 | 1 |
| Luminant Energy Trading California Company | 14-11026 | 2193 | 1 | 1 |
| Luminant ET Services Company | 14-11030 | 2198 | 1 | 1 |
| Luminant Generation Company LLC | 14-11032 | 2201 | 1 | 1 |
| Luminant Holding Company LLC | 14-11037 | 2208 | 1 | 1 |
| Luminant Mineral Development Company LLC | 14-11040 | 2212 | 1 | 1 |
| Luminant Mining Company LLC | 14-11042 | 2215 | 1 | 1 |
| Luminant Renewables Company LLC | 14-11044 | 2199 | 1 | 1 |
| Martin Lake 4 Power Company LLC | 14-11010 | 2162 | 1 | 1 |
| Monticello 4 Power Company LLC | 14-11011 | 2163 | 1 | 1 |
| Morgan Creek 7 Power Company LLC | 14-11014 | 2172 | 1 | 1 |
| NCA Resources Development Company LLC | 14-11019 | 2184 | 1 | 1 |
| Oak Grove Management Company LLC | 14-11022 | 2189 | 1 | 1 |
| Oak Grove Mining Company LLC | 14-11024 | 2191 | 1 | 1 |
| Oak Grove Power Company LLC | 14-11027 | 2195 | 1 | 1 |
| Sandow Power Company LLC | 14-11033 | 2203 | 1 | 1 |
| TCEH Finance, Inc. | 14-11028 | 2196 | 1 | 1 |
| Texas Competitive Electric Holdings Company LLC | 14-10978 | 2154 | 1 | 1 |
| Tradinghouse 3 & 4 Power Company LLC | 14-11046 | 2205 | 1 | 1 |
| Tradinghouse Power Company LLC | 14-10985 | 2167 | 1 | 1 |
| TXU Energy Retail Company LLC | 14-10997 | 2194 | 1 | 1 |
| TXU Energy Solutions Company LLC | 14-11002 | 2151 | 1 | 1 |
| TXU Retail Services Company | 14-11009 | 2160 | 1 | 1 |
| TXU SEM Company | 14-11013 | 2170 | 1 | 1 |
| Valley NG Power Company LLC | 14-11015 | 2174 | 1 | 1 |
| Valley Power Company LLC | 14-11020 | 2186 | 1 | 1 |

| | |
|---|---|
| **TOTAL SCHEDULE AMENDMENT COUNT** | **40** |

| | |
|---|---|
| **TOTAL POC COUNT** | **40** |

**EXHIBIT E**

*TO BE DELIVERED TO:*
**DEUTSCHE BANK TRUST CO AMERICAS, CORPORATE TRUST AGENCY SERVICE, PO BOX 1757 CHURCH ST STATION, NEW YORK, NY 10008**

| Debtor | Case No. | Docket Number of Schedule Amendment Notice | Schedule Amendment Count | POC Count |
|--------|----------|--------------------------------------------|--------------------------|-----------|
| 4Change Energy Company | 14-10980 | 2158 | 1 | 1 |
| 4Change Energy Holdings LLC | 14-10981 | 2161 | 1 | 1 |
| Big Brown 3 Power Company LLC | 14-10983 | 2165 | 1 | 1 |
| Big Brown Lignite Company LLC | 14-10986 | 2169 | 1 | 1 |
| Big Brown Power Company LLC | 14-10988 | 2173 | 1 | 1 |
| Collin Power Company LLC | 14-10998 | 2147 | 1 | 1 |
| DeCordova II Power Company LLC | 14-11003 | 2152 | 1 | 1 |
| DeCordova Power Company LLC | 14-10982 | 2164 | 1 | 1 |
| Eagle Mountain Power Company LLC | 14-10984 | 2166 | 1 | 1 |
| Energy Future Competitive Holdings Company LLC | 14-11005 | 2155 | 1 | 1 |
| Generation MT Company LLC | 14-11021 | 2188 | 1 | 1 |
| Generation SVC Company | 14-11025 | 2192 | 1 | 1 |
| Lake Creek 3 Power Company LLC | 14-11029 | 2197 | 1 | 1 |
| Luminant Big Brown Mining Company LLC | 14-11018 | 2182 | 1 | 1 |
| Luminant Energy Company LLC | 14-11023 | 2190 | 1 | 1 |
| Luminant Energy Trading California Company | 14-11026 | 2193 | 1 | 1 |
| Luminant ET Services Company | 14-11030 | 2198 | 1 | 1 |
| Luminant Generation Company LLC | 14-11032 | 2201 | 1 | 1 |
| Luminant Holding Company LLC | 14-11037 | 2208 | 1 | 1 |
| Luminant Mineral Development Company LLC | 14-11040 | 2212 | 1 | 1 |
| Luminant Mining Company LLC | 14-11042 | 2215 | 1 | 1 |
| Luminant Renewables Company LLC | 14-11044 | 2199 | 1 | 1 |
| Martin Lake 4 Power Company LLC | 14-11010 | 2162 | 1 | 1 |
| Monticello 4 Power Company LLC | 14-11011 | 2163 | 1 | 1 |
| Morgan Creek 7 Power Company LLC | 14-11014 | 2172 | 1 | 1 |
| NCA Resources Development Company LLC | 14-11019 | 2184 | 1 | 1 |
| Oak Grove Management Company LLC | 14-11022 | 2189 | 1 | 1 |
| Oak Grove Mining Company LLC | 14-11024 | 2191 | 1 | 1 |
| Oak Grove Power Company LLC | 14-11027 | 2195 | 1 | 1 |
| Sandow Power Company LLC | 14-11033 | 2203 | 1 | 1 |
| TCEH Finance, Inc. | 14-11028 | 2196 | 1 | 1 |
| Texas Competitive Electric Holdings Company LLC | 14-10978 | 2154 | 1 | 1 |
| Tradinghouse 3 & 4 Power Company LLC | 14-11046 | 2205 | 1 | 1 |
| Tradinghouse Power Company LLC | 14-10985 | 2167 | 1 | 1 |
| TXU Energy Retail Company LLC | 14-10997 | 2194 | 1 | 1 |
| TXU Energy Solutions Company LLC | 14-11002 | 2151 | 1 | 1 |
| TXU Retail Services Company | 14-11009 | 2160 | 1 | 1 |
| TXU SEM Company | 14-11013 | 2170 | 1 | 1 |
| Valley NG Power Company LLC | 14-11015 | 2174 | 1 | 1 |
| Valley Power Company LLC | 14-11020 | 2186 | 1 | 1 |

| | |
|---|---|
| **TOTAL SCHEDULE AMENDMENT COUNT** | **40** |

| | |
|---|---|
| **TOTAL POC COUNT** | **40** |

**EXHIBIT F**

*TO BE DELIVERED TO:*
*J ARON COMPANY, 200 W ST, NEW YORK, NY 10282-2198*

| Debtor | Case No. | Docket Number of Schedule Amendment Notice | Schedule Amendment Count | POC Count |
|---|---|---|---|---|
| 4Change Energy Company | 14-10980 | 2158 | 1 | 1 |
| 4Change Energy Holdings LLC | 14-10981 | 2161 | 1 | 1 |
| Big Brown 3 Power Company LLC | 14-10983 | 2165 | 1 | 1 |
| Big Brown Lignite Company LLC | 14-10986 | 2169 | 1 | 1 |
| Big Brown Power Company LLC | 14-10988 | 2173 | 1 | 1 |
| Collin Power Company LLC | 14-10998 | 2147 | 1 | 1 |
| DeCordova II Power Company LLC | 14-11003 | 2152 | 1 | 1 |
| DeCordova Power Company LLC | 14-10982 | 2164 | 1 | 1 |
| Eagle Mountain Power Company LLC | 14-10984 | 2166 | 1 | 1 |
| Energy Future Competitive Holdings Company LLC | 14-11005 | 2155 | 1 | 1 |
| Generation MT Company LLC | 14-11021 | 2188 | 1 | 1 |
| Generation SVC Company | 14-11025 | 2192 | 1 | 1 |
| Lake Creek 3 Power Company LLC | 14-11029 | 2197 | 1 | 1 |
| Luminant Big Brown Mining Company LLC | 14-11018 | 2182 | 1 | 1 |
| Luminant Energy Company LLC | 14-11023 | 2190 | 1 | 1 |
| Luminant Energy Trading California Company | 14-11026 | 2193 | 1 | 1 |
| Luminant ET Services Company | 14-11030 | 2198 | 1 | 1 |
| Luminant Generation Company LLC | 14-11032 | 2201 | 1 | 1 |
| Luminant Holding Company LLC | 14-11037 | 2208 | 1 | 1 |
| Luminant Mineral Development Company LLC | 14-11040 | 2212 | 1 | 1 |
| Luminant Mining Company LLC | 14-11042 | 2215 | 1 | 1 |
| Luminant Renewables Company LLC | 14-11044 | 2199 | 1 | 1 |
| Martin Lake 4 Power Company LLC | 14-11010 | 2162 | 1 | 1 |
| Monticello 4 Power Company LLC | 14-11011 | 2163 | 1 | 1 |
| Morgan Creek 7 Power Company LLC | 14-11014 | 2172 | 1 | 1 |
| NCA Resources Development Company LLC | 14-11019 | 2184 | 1 | 1 |
| Oak Grove Management Company LLC | 14-11022 | 2189 | 1 | 1 |
| Oak Grove Mining Company LLC | 14-11024 | 2191 | 1 | 1 |
| Oak Grove Power Company LLC | 14-11027 | 2195 | 1 | 1 |
| Sandow Power Company LLC | 14-11033 | 2203 | 1 | 1 |
| TCEH Finance, Inc. | 14-11028 | 2196 | 1 | 1 |
| Texas Competitive Electric Holdings Company LLC | 14-10978 | 2154 | 1 | 1 |
| Tradinghouse 3 & 4 Power Company LLC | 14-11046 | 2205 | 1 | 1 |
| Tradinghouse Power Company LLC | 14-10985 | 2167 | 1 | 1 |
| TXU Energy Retail Company LLC | 14-10997 | 2194 | 1 | 1 |
| TXU Energy Solutions Company LLC | 14-11002 | 2151 | 1 | 1 |
| TXU Retail Services Company | 14-11009 | 2160 | 1 | 1 |
| TXU SEM Company | 14-11013 | 2170 | 1 | 1 |
| Valley NG Power Company LLC | 14-11015 | 2174 | 1 | 1 |
| Valley Power Company LLC | 14-11020 | 2186 | 1 | 1 |

| | |
|---|---|
| **TOTAL SCHEDULE AMENDMENT COUNT** | **40** |

| | |
|---|---|
| **TOTAL POC COUNT** | **40** |

**EXHIBIT G**

*TO BE DELIVERED TO:*
*MORGAN STANLEY CAPITAL GROUP INC, 1585 BROADWAY, NEW YORK, NY 10038*

| Debtor | Case No. | Docket Number of Schedule Amendment Notice | Schedule Amendment Count | POC Count |
|---|---|---|---|---|
| 4Change Energy Company | 14-10980 | 2158 | 1 | 1 |
| 4Change Energy Holdings LLC | 14-10981 | 2161 | 1 | 1 |
| Big Brown 3 Power Company LLC | 14-10983 | 2165 | 1 | 1 |
| Big Brown Lignite Company LLC | 14-10986 | 2169 | 1 | 1 |
| Big Brown Power Company LLC | 14-10988 | 2173 | 1 | 1 |
| Collin Power Company LLC | 14-10998 | 2147 | 1 | 1 |
| DeCordova II Power Company LLC | 14-11003 | 2152 | 1 | 1 |
| DeCordova Power Company LLC | 14-10982 | 2164 | 1 | 1 |
| Eagle Mountain Power Company LLC | 14-10984 | 2166 | 1 | 1 |
| Energy Future Competitive Holdings Company LLC | 14-11005 | 2155 | 1 | 1 |
| Generation MT Company LLC | 14-11021 | 2188 | 1 | 1 |
| Generation SVC Company | 14-11025 | 2192 | 1 | 1 |
| Lake Creek 3 Power Company LLC | 14-11029 | 2197 | 1 | 1 |
| Luminant Big Brown Mining Company LLC | 14-11018 | 2182 | 1 | 1 |
| Luminant Energy Company LLC | 14-11023 | 2190 | 1 | 1 |
| Luminant Energy Trading California Company | 14-11026 | 2193 | 1 | 1 |
| Luminant ET Services Company | 14-11030 | 2198 | 1 | 1 |
| Luminant Generation Company LLC | 14-11032 | 2201 | 1 | 1 |
| Luminant Holding Company LLC | 14-11037 | 2208 | 1 | 1 |
| Luminant Mineral Development Company LLC | 14-11040 | 2212 | 1 | 1 |
| Luminant Mining Company LLC | 14-11042 | 2215 | 1 | 1 |
| Luminant Renewables Company LLC | 14-11044 | 2199 | 1 | 1 |
| Martin Lake 4 Power Company LLC | 14-11010 | 2162 | 1 | 1 |
| Monticello 4 Power Company LLC | 14-11011 | 2163 | 1 | 1 |
| Morgan Creek 7 Power Company LLC | 14-11014 | 2172 | 1 | 1 |
| NCA Resources Development Company LLC | 14-11019 | 2184 | 1 | 1 |
| Oak Grove Management Company LLC | 14-11022 | 2189 | 1 | 1 |
| Oak Grove Mining Company LLC | 14-11024 | 2191 | 1 | 1 |
| Oak Grove Power Company LLC | 14-11027 | 2195 | 1 | 1 |
| Sandow Power Company LLC | 14-11033 | 2203 | 1 | 1 |
| TCEH Finance, Inc. | 14-11028 | 2196 | 1 | 1 |
| Texas Competitive Electric Holdings Company LLC | 14-10978 | 2154 | 1 | 1 |
| Tradinghouse 3 & 4 Power Company LLC | 14-11046 | 2205 | 1 | 1 |
| Tradinghouse Power Company LLC | 14-10985 | 2167 | 1 | 1 |
| TXU Energy Retail Company LLC | 14-10997 | 2194 | 1 | 1 |
| TXU Energy Solutions Company LLC | 14-11002 | 2151 | 1 | 1 |
| TXU Retail Services Company | 14-11009 | 2160 | 1 | 1 |
| TXU SEM Company | 14-11013 | 2170 | 1 | 1 |
| Valley NG Power Company LLC | 14-11015 | 2174 | 1 | 1 |
| Valley Power Company LLC | 14-11020 | 2186 | 1 | 1 |

| | |
|---|---|
| **TOTAL SCHEDULE AMENDMENT COUNT** | **40** |

| | |
|---|---|
| **TOTAL POC COUNT** | **40** |

**EXHIBIT H**

*TO BE DELIVERED TO:*
*TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, ATTN: MR. JEFF WALKER, 1601 BRYAN ST., DALLAS, TX 75201-3411*

| Debtor | Case No. | Docket Number of Schedule Amendment Notice | Schedule Amendment Count | POC Count |
|---|---|---|---|---|
| Luminant Holding Company LLC | 14-11037 | 2208 | 1 | 1 |

| TOTAL SCHEDULE AMENDMENT COUNT | 1 |
|---|---|

| TOTAL POC COUNT | 1 |
|---|---|

**EXHIBIT I**

*TO BE DELIVERED TO:*
*WILMINGTON SAVINGS FUND SOCIETY, FSB, (CHRISTIANA TRUST), PATRICK HEALY – VP, DIRECTOR SERVICES, 500 DELAWARE AVE.,*
*WILMINGTON, DE 19801*

| Debtor | Case No. | Docket Number of Schedule Amendment Notice | Schedule Amendment Count | POC Count |
|---|---|---|---|---|
| 4Change Energy Company | 14-10980 | 2158 | 1 | 1 |
| 4Change Energy Holdings LLC | 14-10981 | 2161 | 1 | 1 |
| Big Brown 3 Power Company LLC | 14-10983 | 2165 | 1 | 1 |
| Big Brown Lignite Company LLC | 14-10986 | 2169 | 1 | 1 |
| Big Brown Power Company LLC | 14-10988 | 2173 | 1 | 1 |
| Collin Power Company LLC | 14-10998 | 2147 | 1 | 1 |
| DeCordova II Power Company LLC | 14-11003 | 2152 | 1 | 1 |
| DeCordova Power Company LLC | 14-10982 | 2164 | 1 | 1 |
| Eagle Mountain Power Company LLC | 14-10984 | 2166 | 1 | 1 |
| Generation MT Company LLC | 14-11021 | 2188 | 1 | 1 |
| Generation SVC Company | 14-11025 | 2192 | 1 | 1 |
| Lake Creek 3 Power Company LLC | 14-11029 | 2197 | 1 | 1 |
| Luminant Big Brown Mining Company LLC | 14-11018 | 2182 | 1 | 1 |
| Luminant Energy Company LLC | 14-11023 | 2190 | 1 | 1 |
| Luminant Energy Trading California Company | 14-11026 | 2193 | 1 | 1 |
| Luminant ET Services Company | 14-11030 | 2198 | 1 | 1 |
| Luminant Generation Company LLC | 14-11032 | 2201 | 1 | 1 |
| Luminant Holding Company LLC | 14-11037 | 2208 | 1 | 1 |
| Luminant Mineral Development Company LLC | 14-11040 | 2212 | 1 | 1 |
| Luminant Mining Company LLC | 14-11042 | 2215 | 1 | 1 |
| Luminant Renewables Company LLC | 14-11044 | 2199 | 1 | 1 |
| Martin Lake 4 Power Company LLC | 14-11010 | 2162 | 1 | 1 |
| Monticello 4 Power Company LLC | 14-11011 | 2163 | 1 | 1 |
| Morgan Creek 7 Power Company LLC | 14-11014 | 2172 | 1 | 1 |
| NCA Resources Development Company LLC | 14-11019 | 2184 | 1 | 1 |
| Oak Grove Management Company LLC | 14-11022 | 2189 | 1 | 1 |
| Oak Grove Mining Company LLC | 14-11024 | 2191 | 1 | 1 |
| Oak Grove Power Company LLC | 14-11027 | 2195 | 1 | 1 |
| Sandow Power Company LLC | 14-11033 | 2203 | 1 | 1 |
| Tradinghouse 3 & 4 Power Company LLC | 14-11046 | 2205 | 1 | 1 |
| Tradinghouse Power Company LLC | 14-10985 | 2167 | 1 | 1 |
| TXU Energy Retail Company LLC | 14-10997 | 2194 | 1 | 1 |
| TXU Energy Solutions Company LLC | 14-11002 | 2151 | 1 | 1 |
| TXU Retail Services Company | 14-11009 | 2160 | 1 | 1 |
| TXU SEM Company | 14-11013 | 2170 | 1 | 1 |
| Valley NG Power Company LLC | 14-11015 | 2174 | 1 | 1 |
| Valley Power Company LLC | 14-11020 | 2186 | 1 | 1 |
| | | | 37 | 37 |

| | |
|---|---|
| **TOTAL SCHEDULE AMENDMENT COUNT** | 37 |

| | |
|---|---|
| **TOTAL POC COUNT** | 37 |

**EXHIBIT J**

*TO BE DELIVERED TO:*
*WILMINGTON TRUST, N.A., AS SUCCESSOR TRUSTEE, ATTN: JEFFREY T. ROSE, 50 SOUTH SIXTH STREET, SUITE 1290, MINNEAPOLIS, MN 55402*

| Debtor | Case No. | Docket Number of Schedule Amendment Notice | Schedule Amendment Count | POC Count |
|---|---|---|---|---|
| 4Change Energy Company | 14-10980 | 2158 | 1 | 6 |
| 4Change Energy Holdings LLC | 14-10981 | 2161 | 1 | 6 |
| Big Brown 3 Power Company LLC | 14-10983 | 2165 | 1 | 6 |
| Big Brown Lignite Company LLC | 14-10986 | 2169 | 1 | 6 |
| Big Brown Power Company LLC | 14-10988 | 2173 | 1 | 6 |
| Collin Power Company LLC | 14-10998 | 2147 | 1 | 6 |
| DeCordova II Power Company LLC | 14-11003 | 2152 | 1 | 6 |
| DeCordova Power Company LLC | 14-10982 | 2164 | 1 | 6 |
| Eagle Mountain Power Company LLC | 14-10984 | 2166 | 1 | 6 |
| Generation MT Company LLC | 14-11021 | 2188 | 1 | 6 |
| Generation SVC Company | 14-11025 | 2192 | 1 | 6 |
| Lake Creek 3 Power Company LLC | 14-11029 | 2197 | 1 | 6 |
| Luminant Big Brown Mining Company LLC | 14-11018 | 2182 | 1 | 6 |
| Luminant Energy Company LLC | 14-11023 | 2190 | 1 | 6 |
| Luminant Energy Trading California Company | 14-11026 | 2193 | 1 | 6 |
| Luminant ET Services Company | 14-11030 | 2198 | 1 | 6 |
| Luminant Generation Company LLC | 14-11032 | 2201 | 1 | 6 |
| Luminant Holding Company LLC | 14-11037 | 2208 | 1 | 6 |
| Luminant Mineral Development Company LLC | 14-11040 | 2212 | 1 | 6 |
| Luminant Mining Company LLC | 14-11042 | 2215 | 1 | 6 |
| Luminant Renewables Company LLC | 14-11044 | 2199 | 1 | 6 |
| Martin Lake 4 Power Company LLC | 14-11010 | 2162 | 1 | 6 |
| Monticello 4 Power Company LLC | 14-11011 | 2163 | 1 | 6 |
| Morgan Creek 7 Power Company LLC | 14-11014 | 2172 | 1 | 6 |
| NCA Resources Development Company LLC | 14-11019 | 2184 | 1 | 6 |
| Oak Grove Management Company LLC | 14-11022 | 2189 | 1 | 6 |
| Oak Grove Mining Company LLC | 14-11024 | 2191 | 1 | 6 |
| Oak Grove Power Company LLC | 14-11027 | 2195 | 1 | 6 |
| Sandow Power Company LLC | 14-11033 | 2203 | 1 | 6 |
| TCEH Finance, Inc. | 14-11028 | 2196 | 1 | 6 |
| Tradinghouse 3 & 4 Power Company LLC | 14-11046 | 2205 | 1 | 6 |
| Tradinghouse Power Company LLC | 14-10985 | 2167 | 1 | 6 |
| TXU Energy Retail Company LLC | 14-10997 | 2194 | 1 | 6 |
| TXU Energy Solutions Company LLC | 14-11002 | 2151 | 1 | 6 |
| TXU Retail Services Company | 14-11009 | 2160 | 1 | 6 |
| TXU SEM Company | 14-11013 | 2170 | 1 | 6 |
| Valley NG Power Company LLC | 14-11015 | 2174 | 1 | 6 |
| Valley Power Company LLC | 14-11020 | 2186 | 1 | 6 |

| | |
|---|---|
| **TOTAL SCHEDULE AMENDMENT COUNT** | **38** |

| | |
|---|---|
| **TOTAL POC COUNT** | **228** |