**<u>EXHIBIT A</u>**

**Statement of Fees and Expenses by Subject Matter**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 0.20 | $ 130.00 |
| Asset Disposition | | | 0.50 | $ 256.00 |
| Assumption/Rejection of Leases & Contracts | | | 0.40 | $ 260.00 |
| Bankruptcy-Related Advice | | | 62.90 | $ 28,619.00 |
| Business Operations | | | 4.20 | $ 2,730.00 |
| Case Administration | | | 12.30 | $ 6,064.50 |
| Claims & Plan | | | 0.40 | $ 168.00 |
| Claims Administration & Objections | | | 1.40 | $ 864.00 |
| Employment/Fee Applications | | | 31.00 | $ 14,890.50 |
| Financing & Cash Collateral | | | 30.60 | $ 16,612.00 |
| General Bankruptcy Advice/Opinions | | | 2.10 | $ 1,239.00 |
| Litigation Contested Matters (excluding assumption/rejection motions) | | | 10.20 | $ 5,526.00 |
| Meetings of & Communications with Creditors or the Committee | | | 9.60 | $ 5,872.00 |
| Operations | | | 0.10 | $ 36.00 |
| Plan & Disclosure Statement (including business plan) | | | 0.40 | $ 260.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.30 | $ 195.00 |
| **Total** | | | **166.60** | **$ 83,722.00** |

**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Polsinelli attorneys who render professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Christopher A. Ward | Shareholder | 1999 | Bankruptcy and Restructuring | $650.00 | 70.40 | $45,760.00 |
| Jim E. Bird | Shareholder | 1980 | Bankruptcy and Restructuring | $590.00 | 4.00 | $2,360.00 |
| Shanti M. Katona | Associate | 2007 | Bankruptcy and Restructuring | $420.00 | 6.60 | $2,772.00 |
| Justin K. Edelson | Associate | 2007 | Bankruptcy and Restructuring | $420.00 | 64.60 | $27,132.00 |
| Jarrett Vine | Associate | 2009 | Bankruptcy and Restructuring | $360.00 | 1.40 | $504.00 |
| **Total:** | | | | | **147.00** | **$78,528.00** |

The paraprofessionals of Polsinelli who rendered professional services in these cases during the fee period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Lindsey M. Suprum | Paralegal | Seven | Bankruptcy and Restructuring | $265.00 | 19.60 | $5,194.00 |
| **Total:** | | | | | **19.60** | **$5,194.00** |

**<u>EXHIBIT C</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Category | Amount |
|---|---|
| Client Advance | $ 910.94 |
| Document Reproduction | $ 225.00 |
| Document Reproduction | $ 207.90 |
| Deliveries | $ 55.00 |
| Filing Fees | $ 300.00 |
| Lodging | $ 553.88 |
| On-Line Searches | $ 86.00 |
| Meals | $ 194.43 |
| Transcript of Proceedings | $ 821.50 |
| Transportation | $ 41.88 |
| **Total** | **$ 3,396.53** |

49059402.1

**<u>EXHIBIT D</u>**

**Detailed Description of Expenses and Disbursements**

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 5/31/14
File No. 078582-475724
**Re: Chapter 11 Bankruptcy**

Page 58
June 11, 2014
Invoice No: 1073953

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 05/01/14 | Document Reproduction - Copies numerous Pleadings - 750 pages | $75.00 |
| 05/02/14 | Document Reproduction - Printing/copying of Pleadings - 750 pages | 75.00 |
| 05/06/14 | Transcript of Proceedings Veritext New York Reporting Co. Transcripts | 601.00 |
| 05/06/14 | Transcript of Proceedings Veritext New York Reporting Co. Transcript | 220.50 |
| 05/13/14 | Meals Reliable Wilmington client Cavanaugh's | 59.22 |
| 05/14/14 | Lodging - - VENDOR: U S Bank Double Tree Wilmington - Prepare for Committee of unsecured creditors | 553.88 |
| 05/15/14 | Transportation Reliable Wilmington Pick up from formation meeting | 41.88 |
| 05/16/14 | Client Advance Reliable Wilmington convert text pdf to tiff dig print bw picknchoose/fmt email electronic files | 76.64 |
| 05/16/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC-DE - CM/ECF Filing | 125.00 |
| 05/16/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC-DE - CM/ECF Filing | 125.00 |
| 05/16/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC-DE - Pro Hac Fees | 25.00 |
| 05/19/14 | Client Advance Reliable Wilmington Dig Print BW Large Office Doc | 59.30 |
| 05/20/14 | Meals Reliable Wilmington client  Cavanaugh's | 78.80 |
| 05/22/14 | Document Reproduction - Printing/copying of Pleadings - 750 pages | 75.00 |
| 05/23/14 | Document Reproduction Reliable Wilmington dig print BW large office doc | 59.90 |
| 05/23/14 | Meals Reliable Wilmington client Rat Pack | 17.88 |
| 05/23/14 | Client Advance Reliable Wilmington print from cm/ecf site duplicating-med litigation  tabs pre-printed tabs custom  binder, view, 3" white | 775.00 |
| 05/23/14 | Deliveries Reliable Wilmington boxes to court P/Up boxes from court  p/up lunch @ cavanaugh's | 45.00 |
| 05/28/14 | Document Reproduction Reliable Wilmington dig print bw picknchoose/fmt | 72.10 |
| 05/28/14 | Deliveries Reliable Wilmington hand delivery courier service- Cavanaugh's | 10.00 |
| 05/30/14 | Document Reproduction Reliable Wilmington dig print bw picknchoose/ fmt | 75.90 |
| 05/31/14 | Meals Reliable Wilmington client special pickup- purebread | 38.53 |
| 05/31/14 | Filing Fees Reliable Wilmington after hours electronic filing | 25.00 |
| 05/31/14 | On-Line Searches-PACER | 86.00 |
| | **Total Disbursements** | **$3,396.53** |

Total Disbursements                                                                     3,396.53

**Total Current Charges Due**                                              **$87,118.53**