**EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 0.60 | $ 390.00 |
| Asset Disposition | | | 1.10 | $ 541.00 |
| Assumption/Rejection of Leases & Contracts | | | 1.60 | $ 971.00 |
| Avoidance Action Analysis | | | 4.10 | $ 2,665.00 |
| Bankruptcy-Related Advice | | | 129.60 | $ 60,233.00 |
| Business Operations | | | 6.80 | $ 4,420.00 |
| Case Administration | | | 31.20 | $ 11,580.50 |
| Claims Administration & Objections | | | 1.40 | $ 818.00 |
| Employment/Fee Applications | | | 46.30 | $ 22,619.00 |
| Financing & Cash Collateral | | | 58.60 | $ 29,154.50 |
| General Bankruptcy Advice/Opinions | | | 0.80 | $ 472.00 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 35.40 | $ 19,893.00 |
| Meetings of & Communications with Creditors or the Committee | | | 24.40 | $ 14,871.00 |
| Non-Working Travel | | | 6.60 | $ 1,524.00 |
| Plan & Disclosure Statement (including business plan) | | | 0.40 | $ 191.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.20 | $ 130.00 |
| Tax Issues | | | 6.60 | $ 4,620.00 |
| | | | **355.70** | **$ 175,093.00** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Polsinelli attorneys who render professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Christopher A. Ward | Shareholder | 1999 | Bankruptcy and Restructuring | $620.00 | 134.10 | $87,165.00 |
| Christopher A. Ward | Shareholder | 1999 | Bankruptcy and Restructuring | $325.00 | 1.20 | $390.00 |
| Jim Bird | Shareholder | 1980 | Bankruptcy and Restructuring | $590.00 | 1.1 | $649.00 |
| Robert Cudd | Senior Partner | 1975 | Tax | $700.00 | 6.60 | $4,620.00 |
| Shanti M. Katona | Associate | 2007 | Bankruptcy and Restructuring | $420.00 | 9.20 | $3,864.00 |
| Justin K. Edelson | Associate | 2007 | Bankruptcy and Restructuring | $420.00 | 157.20 | $66,024.00 |
| Justin K. Edelson | Associate | 2007 | Bankruptcy and Restructuring | $210.00 | 5.40 | $1,134.00 |
| Jarrett Vine | Associate | 2009 | Bankruptcy and Restructuring | $360.00 | 4.30 | $1,548.00 |
| **Total:** | | | | | 319.10 | $165,394.00 |

The paraprofessionals of Polsinelli who rendered professional services in these cases during the fee period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Lindsey M. Suprum | Paralegal | Seven | Bankruptcy and Restructuring | $265.00 | 36.60 | $9,699.00 |
| **Total:** | | | | | 36.60 | $9,699.00 |

**EXHIBIT C**

49059407.1

**Summary of Actual and Necessary Expenses for the Fee Period**

| Category | Amount |
|---|---|
| Client Advance | $ 14,583.03 |
| Document Reproduction | $ 1,308.00 |
| Document Reproduction | $ 2,333.75 |
| Deliveries | $ 22.50 |
| Filing Fees | $ 175.00 |
| Telephone | $ 14.95 |
| Lodging | $ 831.78 |
| On-Line Searches | $ 485.90 |
| Meals | $ 1,120.87 |
| Subpoena/Summons | $ 251.25 |
| Transcript of Proceedings | $ 2,091.90 |
| Travel | $ 299.00 |
| Transportation | $ 41.00 |
|  | **$ 23,558.93** |

49059407.1

## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

49059407.1



# Invoice Detail

For Professional Services Through 6/30/14  
File No. 078582-475724  
**Re: Chapter 11 Bankruptcy**

Page 117  
July 9, 2014  
Invoice No: 1082002

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| 06/03/14 | Document Reproduction Reliable Wilmington dig print bw large office doc | $21.70 |
| 06/03/14 | Client Advance - - VENDOR: U S Bank Courts/USDC-DE - Prepare for hearing | 25.00 |
| 06/04/14 | Client Advance - - VENDOR: U S Bank Cavanaughs - Prepare for hearing (Hearing) | 41.87 |
| 06/05/14 | Document Reproduction - Copies numerous Pleadings - 750 pages | 75.00 |
| 06/06/14 | Document Reproduction - Copies numerous Pleadings - 750 pages | 75.00 |
| 06/06/14 | Client Advance - - VENDOR: U S Bank Brew Ha Ha - Prepare for hearing (Hearing) | 49.95 |
| 06/06/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC-DE - CM/ECF Filing | 25.00 |
| 06/06/14 | Deliveries Reliable Wilmington hand delivery courier service- Judge Sontchi (Hearing) | 7.50 |
| 06/06/14 | Client Advance Reliable Wilmington print from cm/ecf site duplicating-med litigation tabs pre-printed tabs custom binder,view, 3" black binder, view, 2" black | 2,320.98 |
| 06/06/14 | Document Reproduction Reliable Wilmington dig print bw large office doc | 38.00 |
| 06/06/14 | Transcript of Proceedings Veritext New York Reporting Co. Veritext Certified Transcript | 674.20 |
| 06/09/14 | Client Advance Reliable Wilmington see attached invoice | 3,144.05 |
| 06/09/14 | Document Reproduction Reliable Wilmington dig print bw large office doc | 84.70 |
| 06/10/14 | Client Advance - - VENDOR: U S Bank Cavanaughs - Prepare for hearing (Hearing) | 111.05 |
| 06/10/14 | Client Advance - - VENDOR: U S Bank Cavanaughs - Prepare for hearing (Hearing) | 7.75 |
| 06/10/14 | Transcript of Proceedings Veritext Chicago Reporting Company Veritex Transcript | 672.10 |
| 06/10/14 | Transcript of Proceedings Veritext Chicago Reporting Company Transcript | 745.60 |
| 06/13/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC-DE - CM/ECF Filing | 50.00 |
| 06/19/14 | Client Advance - - VENDOR: U S Bank Inter-Continental Hotels - Committee Meeting | 612.88 |
| 06/19/14 | Client Advance - - VENDOR: U S Bank Amtrak.com - C. Ward travel to NYC for Committee Meeting | 277.00 |
| 06/19/14 | Meals Reliable Wilmington client special pickup- Mikimoto's (Internal Meeting) | 87.63 |
| 06/19/14 | Deliveries Reliable Wilmington hand delivery courier service- Judge Sontchi | 7.50 |
| 06/20/14 | Client Advance - - VENDOR: U S Bank Amtrak.com - J. Edelson travel to NYC to prepare for hearing | 348.00 |
| 06/23/14 | Travel - - VENDOR: U S Bank Amtrak - Prepare for hearing | (18.00) |
| 06/24/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC DE - Prepare for hearing | 50.00 |
| 06/24/14 | Meals Reliable Wilmington client special pickup- Cavanaugh's | 55.23 |
| 06/24/14 | Lodging Chris A. Ward EFH Prepare for Committee Meeting | 612.88 |



# Invoice Detail

For Professional Services Through 6/30/14     Page 118
File No. 078582-475724     July 9, 2014
**Re: Chapter 11 Bankruptcy**     Invoice No: 1082002

| Date | Description | Amount |
|---|---|---:|
| 06/24/14 | Telephone Chris A. Ward EFH Prepare for hearing | 14.95 |
| 06/24/14 | Meals Chris A. Ward EFH Prepare for hearing | 46.22 |
| 06/24/14 | Meals Chris A. Ward EFH Prepare for hearing | 39.88 |
| 06/25/14 | Meals Reliable Wilmington client special pickup- Chelsea tavern  (Internal Meeting) | 49.94 |
| 06/25/14 | Deliveries Reliable Wilmington hand delivery courier service- Judge Sontchi | 7.50 |
| 06/25/14 | Transportation Chris A. Ward Travel to New York | 24.00 |
| 06/25/14 | Meals Chris A. Ward Prepare for Committee Meeting | 55.62 |
| 06/25/14 | Transportation Justin K. Edelson train station parking | 17.00 |
| 06/25/14 | Travel - - VENDOR: U S Bank Amtrak-Prepare for Committee Meeting | 330.00 |
| 06/26/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC DE - CM/ECF Filing | 25.00 |
| 06/27/14 | Travel - - VENDOR: U S Bank Amtrack - Prepare for hearing | (13.00) |
| 06/27/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC DE - CM/ECF Filing | 25.00 |
| 06/27/14 | Client Advance Reliable Wilmington print from cm/ecf sites print hearing binders tabs pre-printed  tabs custom  binder, view, 3" black | 1,698.62 |
| 06/27/14 | Client Advance Reliable Wilmington bankruptcy mailout services bates label and application  bankruptcy envelopes and address postage | 17.90 |
| 06/29/14 | Document Reproduction - Copies numerous Pleadings - 3300 pages (6 sets) | 330.00 |
| 06/30/14 | Document Reproduction - Printing/copying of Pleadings - 4500 pages (6 sets) | 450.00 |
| 06/30/14 | Document Reproduction - Copies numerous Pleadings - 3300 pages (6 sets) | 330.00 |
| 06/30/14 | Document Reproduction - Printing/copying of Pleadings - 300 pages (6 sets) | 30.00 |
| 06/30/14 | Document Reproduction - Printing / copying of Pleadings - 120 pages (6 sets) | 12.00 |
| 06/30/14 | Document Reproduction - Printing / copying of Pleadings - 60 pages (6 sets) | 6.00 |
| 06/30/14 | Meals - - VENDOR: U S Bank Brew Ha Ha - Prepare for hearing | 39.90 |
| 06/30/14 | Client Advance Reliable Wilmington print from cm/ecf site dig print bw large office doc | 379.80 |
| 06/30/14 | Meals Parcels Inc balance forward from previous invoice | 115.88 |
| 06/30/14 | Subpoena/Summons Demovsky Lawyer Service Subpoena Service | 251.25 |
| 06/30/14 | Lodging Justin K. Edelson Hotel Overnight Stay for Committee Meeting | 218.90 |
| 06/30/14 | Client Advance Reliable Wilmington dig print bw pick n choose fmt digital printing color 8 x 11 tabs custom binder, view, 1" black | 131.38 |
| 06/30/14 | Document Reproduction Reliable Wilmington dig print bw large office doc | 799.00 |
| 06/30/14 | Document Reproduction Reliable Wilmington digital printing color 8 x 11 dig print bw lrge office doc | 1,390.35 |
| 06/30/14 | Client Advance Reliable Wilmington hand delivery courier service- boxes to Judge Sontchi Hand Delivery Courier Service- Judge Sontchi  dig print bw lrge office doc X2 | 532.50 |
| 06/30/14 | Client Advance Reliable Wilmington dig print bw lrg office doc digital printing color 8 X 11 GBC Binding | 2,146.00 |
| 06/30/14 | On-Line Searches - PACER | 13.50 |
| 06/30/14 | On-Line Searches - PACER | 472.40 |
| 06/30/14 | Client Advance DLS Discovery client advance- see invoice for details | 2,738.30 |
| 06/30/14 | Meals Parcels Inc meals- see invoice | 380.53 |



# Invoice Detail

For Professional Services Through 6/30/14 | Page 119
File No. 078582-475724 | July 9, 2014
**Re: Chapter 11 Bankruptcy** | Invoice No: 1082002

| | | |
|---|---|---|
| 06/30/14 | Meals Parcels Inc MEALS- see invoice | 201.74 |
| 06/30/14 | Meals Parcels Inc meals delivery | 48.30 |
| | **Total Disbursements** | **$23,558.93** |

Total Disbursements    23,558.93

**Total Current Charges Due**    **$198,651.93**