**EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 1.90 | $ 1,133.00 |
| Asset Analysis & Recovery | | | 0.30 | $ 126.00 |
| Asset Disposition | | | 4.50 | $ 2,422.00 |
| Assumption/Rejection of Leases & Contracts | | | 0.60 | $ 303.00 |
| Avoidance Action Analysis | | | 23.10 | $ 12,039.00 |
| Bankruptcy-Related Advice | | | 83.60 | $ 36,976.50 |
| Business Operations | | | 17.90 | $ 10,234.50 |
| Case Administration | | | 36.80 | $ 12,376.00 |
| Claims & Plan | | | 0.20 | $ 84.00 |
| Claims Administration & Objections | | | 9.40 | $ 5,511.00 |
| Corporate Governance & Board Matters | | | 9.50 | $ 4,933.00 |
| Employee Benefits/Pensions | | | 0.10 | $ 65.00 |
| Employment/Fee Applications | | | 23.60 | $ 11,425.50 |
| Financing & Cash Collateral | | | 11.40 | $ 4,799.00 |
| General Bankruptcy Advice/Opinions | | | 0.70 | $ 413.00 |
| Litigation Contested Matters (excluding assumption/rejection motions) | | | 45.00 | $ 19,400.50 |
| Meetings of & Communications with Creditors or the Committee | | | 9.80 | $ 5,381.00 |
| Non-Working Travel | | | 4.90 | $ 1,029.00 |
| Operations | | | 1.60 | $ 576.00 |
| Plan & Disclosure Statement (including business plan) | | | 1.40 | $ 725.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 1.30 | $ 660.00 |
| Tax Issues | | | 14.10 | $ 9,840.00 |

| | | |
|---|---:|---:|
| **Total** | **301.70** | **$ 140,452.00** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Polsinelli attorneys who render professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Christopher A. Ward | Shareholder | 1999 | Bankruptcy and Restructuring | $650.00 | 74.80 | $48,620.00 |
| Jim E. Bird | Shareholder | 1980 | Bankruptcy and Restructuring | $590.00 | 6.30 | $3,717.00 |
| Frank A. Caro., Jr. | Shareholder | 1983 | Energy | $590.00 | 4.30 | $2,537.00 |
| Bill Church | Shareholder | 1988 | Litigation | $575.00 | 3.90 | $2,242.50 |
| Anne Callenbach | Shareholder | 1998 | Energy | $460.00 | 3.00 | $1,380.00 |
| Robert Cudd | Senior Partner | 1975 | Tax | $700.00 | 13.50 | $9,450.00 |
| Cristel Shepherd | Associate | 2007 | Loan Enforcement | $340.00 | 6.40 | $2,176.00 |
| Shanti M. Katona | Associate | 2007 | Bankruptcy and Restructuring | $420.00 | 28.10 | $11,802.00 |
| Justin K. Edelson | Associate | 2007 | Bankruptcy and Restructuring | $420.00 | 88.90 | $37,338.00 |
| Justin K. Edelson | Associate | 2007 | Bankruptcy and Restructuring | $210.00 | 4.90 | $1,029.00 |
| Jarrett K. Vine | Associate | 2009 | Bankruptcy and Restructuring | $360.00 | 23.90 | $8,604.00 |
| **Total:** | | | | | **258** | **$128,895.50** |

The paraprofessionals of Polsinelli who rendered professional services in these cases during the fee period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Lindsey M. Suprum | Paralegal | Seven | Bankruptcy and Restructuring | $265.00 | 42.10 | $11,156.50 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Lorraine Sides | Paralegal | Four | Bankruptcy and Restructuring | $250.00 | 1.60 | $400.00 |
| **Total:** | | | | | **43.70** | **$11,556.50** |

**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Category | Amount |
|---|---|
| Client Advance | $ 1,141.99 |
| Document Reproduction | $ 225.00 |
| Document Reproduction | $ - |
| Deliveries | $ - |
| Deposition | $ 776.40 |
| Filing Fees | $ 27.15 |
| Telephone | $ - |
| Lodging | $ - |
| On-Line Searches | $ - |
| Meals | $ 648.26 |
| Miscellaneous | $ 45.00 |
| Subpoena/Summons | $ - |
| Transcript of Proceedings | $ 907.40 |
| Travel | $ 330.00 |
| Transportation | $ 71.00 |
| | **$ 4,172.20** |

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**



# Invoice Detail

For Professional Services Through 7/31/14  
File No. 078582-475724  
**Re: Chapter 11 Bankruptcy**

Page 70  
August 5, 2014  
Invoice No: 1089138

| | | | |
|---|---|---:|---:|
| B310 | Claims Administration & Objections | 9.40 | 5,511.00 |
| B320 | Plan & Disclosure Statement (Including Business Pl | 1.40 | 725.00 |
| B400 | Bankruptcy-related Advice | 83.60 | 36,976.50 |
| B410 | General Bankruptcy Advice/opinions | 0.70 | 413.00 |
| | **Total Professional Charges** | **301.70** | **$140,452.00** |

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| 07/01/14 | Deposition Veritext New York Reporting Co. Electronic Copy- Deposition | $393.60 |
| 07/01/14 | Meals - - VENDOR: U S Bank Cavanaughs Restaurant - Prepare for hearing | 415.00 |
| 07/01/14 | Document Reproduction - Copies of numerous Pleadings - 750 pages | 75.00 |
| 07/02/14 | Meals - - VENDOR: U S Bank Brew Ha Ha - Prepare for hearing | 159.65 |
| 07/02/14 | Deposition Veritext New York Reporting Co. Electronic Copy- Deposition | 382.80 |
| 07/10/14 | Client Advance Reliable Wilmington dig print bw lrge office doc hand delivery courier service- judge sontchi hand delivery courier service- P/Up Boxes | 86.30 |
| 07/10/14 | Client Advance Reliable Wilmington print from cm/ecf site dig print bw lrge office doc  tabs pre-printed  tabs custom  binder, view, 3" black | 236.45 |
| 07/11/14 | Document Reproduction - Printing / copying of Pleadings - 750 pages | 75.00 |
| 07/14/14 | Miscellaneous Reliable Wilmington shredding/per box | 45.00 |
| 07/14/14 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 142.90 |
| 07/15/14 | Meals Reliable Wilmington client special pickup- Cavanaugh's | 10.00 |
| 07/16/14 | Travel - - VENDOR: U S Bank Amtrak - Travel to New York (J. Edelson) | 330.00 |
| 07/17/14 | Client Advance - - VENDOR: U S Bank Court Call - Telephonic Appearance | 37.00 |
| 07/17/14 | Client Advance - - VENDOR: U S Bank Court Call - Telephonic Appearance | 37.00 |
| 07/18/14 | Client Advance Reliable Wilmington PRINT FROM CM/ECF SITE duplicating med. ligation  tabs pre-printed tabs custom binder, view, 2" black  binder, view, 3" black  hand delivery courier service  delivery to/pick up from court | 745.24 |
| 07/18/14 | Document Reproduction - Printing / copying of Pleadings - 750 pages | 75.00 |
| 07/21/14 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript/ electronic copy/ shipping and handling | 342.40 |
| 07/22/14 | Transportation Justin K. Edelson Train Station Parking | 11.00 |
| 07/22/14 | Meals Justin K. Edelson Amtrak Food | 10.00 |
| 07/22/14 | Transportation Justin K. Edelson Amtrak Ticket Change Fee | 60.00 |
| 07/23/14 | Filing Fees - - VENDOR: U S Bank Prepare for hearing | 27.15 |
| 07/24/14 | Meals Reliable Wilmington client special special pickup cactus cantina | 53.61 |
| 07/31/14 | Transcript of Proceedings Reliable Wilmington ordinary transcript- 1st copy 4/21/14 ordinary transcript- 1st copy ordinary transcript- 1st  copy 4/23/14 | 422.10 |
| | **Total Disbursements** | **$4,172.20** |



# Invoice Detail

For Professional Services Through 7/31/14  
File No. 078582-475724  
**Re: Chapter 11 Bankruptcy**

Page 71  
August 5, 2014  
Invoice No: 1089138

Total Disbursements                                                                 4,172.20

**Total Current Charges Due**                                                       **$144,624.20**