**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Objection Deadline: November 18, 2014 at 4:00 p.m.** |

**FOURTH MONTHLY FEE STATEMENT OF POLSINELLI PC AS DELAWARE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM THE <u>PERIOD OF AUGUST 1, 2014 THROUGH AUGUST 31, 2014</u>**

| **Name of Applicant** | **Polsinelli PC** |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 17, 2014 *nunc pro tunc* to May 13, 2014 |
| Period for which compensation and reimbursement is sought: | August 1, 2014 through August 31, 2014 |
| Amount of compensation sought as actual, reasonable, and necessary: | $101,660.50 (80% = $81,328.40) |
| Amount of expense reimbursement sought as actual, reasonably, and necessary: | $1,567.38 |

This is a **X** monthly ___ interim ___ final application.  No prior application filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order, and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Official Committee of Unsecured Creditors Of Energy Future Holdings Corp., et al., to Retain and Employ Polsinelli PC Effective as of May 13, 2014* [Docket No. 2491] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of Polsinelli PC ("**Polsinelli**" or the "**Firm**"), Delaware bankruptcy and conflicts counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, and their direct and indirect subsidiaries (the "**TCEH Debtors**"), and EFH Corporate Services Company, files this monthly fee statement (this "**Monthly Fee Statement**") for: (i) compensation in the amount of $81,328.40 for the reasonable and necessary legal services Polsinelli rendered to the Committee from August 1, 2014 through August 31, 2014 (the "**Fee Period**") (80% of $101,660.50); and (ii) reimbursement for the actual and necessary expenses that Polsinelli incurred, in the amount of $$1,567.38 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

IN SUPPORT OF THIS MONTHLY FEE STATEMENT, ATTACHED ARE THE FOLLOWING EXHIBITS:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Polsinelli's partners, associates, and paraprofessionals during the Fee Period for each of the subject matter

categories Polsinelli established in accordance with its internal billing procedures. As reflected in Exhibit A, Polsinelli incurred $101,660.50 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Polsinelli seeks reimbursement for 80% of such fees ($81,328.40 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding Polsinelli's attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Polsinelli have expended a total of 235.40 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Polsinelli is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Polsinelli's out-of-pocket expenses.

- **Exhibit D** consists of Polsinelli's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.[3]

---

[3] Electronic research is charged at standard Lexis & Westlaw rates less a percentage discount that is assessed and adjusted periodically based on market terms.

WHEREFORE, Polsinelli requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $82,859.78 consisting of (a) $81,328.40 which is 80% of the fees incurred by the Committee for reasonable and necessary professional services rendered by Polsinelli and (b) $1,567.38 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the TCEH Debtors' estates.[4]

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 28, 2014 | */s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>Jarrett Vine (Del. Bar No. 5400)<br>**POLSINELLI PC**<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com<br>jvine@polsinelli.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

---

[4] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred (such fees, the "**Direct Benefit Fees**"). Polsinelli has incurred fees and expenses for the collective benefit of the TCEH Debtors, but has not performed any services directly for the benefit of EFH Corporate Services Company that could be allocated as Direct Benefit Fees pursuant to the Interim Compensation Order. As a result, Polsinelli has not attempted to break out the specific Direct Benefit Fees performed for the benefit of the TCEH Debtors since all of its fees and expenses would be allocated to the TCEH Debtors regardless under the Interim Compensation Order. Thus, all of Polsinelli's fees and expenses identified in this Monthly Fee Statement should be paid by the TCEH Debtors.