**<u>EXHIBIT A</u>**

**Statement of Fees and Expenses by Subject Matter**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | | | 3.00 | $ 1,397.00 |
| Assumption/Rejection of Leases & Contracts | | | 3.20 | $ 1,648.00 |
| Avoidance Action Analysis | | | 9.20 | $ 4,623.00 |
| Bankruptcy-Related Advice | | | 44.60 | $ 20,837.00 |
| Business Operations | | | 3.30 | $ 2,145.00 |
| Case Administration | | | 47.10 | $ 14,090.00 |
| Claims & Plan | | | 0.70 | $ 294.00 |
| Claims Administration & Objections | | | 6.60 | $ 3,298.00 |
| Corporate Governance & Board Matters | | | 12.50 | $ 6,193.00 |
| Employee Benefits/Pensions | | | 1.60 | $ 704.00 |
| Employment/Fee Applications | | | 38.70 | $ 17,815.00 |
| Financing & Cash Collateral | | | 1.90 | $ 1,102.00 |
| Litigation Contested Matters (excluding assumption/rejection motions) | | | 41.50 | $ 16,792.50 |
| Meetings of & Communications with Creditors or the Committee | | | 14.80 | $ 8,217.00 |
| Operations | | | 6.10 | $ 2,196.00 |
| Plan & Disclosure Statement (including business plan) | | | 0.60 | $ 309.00 |
| **Total** | | | **235.40** | **$ 101,660.50** |

**<u>EXHIBIT B</u>**

**Attorneys and Paraprofessionals' Information**

The Polsinelli attorneys who render professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Christopher A. Ward | Shareholder | 1999 | Bankruptcy and Restructuring | $650.00 | 57.10 | $37,115.00 |
| Shanti M. Katona | Associate | 2007 | Bankruptcy and Restructuring | $420.00 | 38.30 | $16,086.00 |
| Justin K. Edelson | Associate | 2007 | Bankruptcy and Restructuring | $420.00 | 54.90 | $23,058.00 |
| Jarrett Vine | Associate | 2009 | Bankruptcy and Restructuring | $360.00 | 23.70 | $8,532.00 |
| Cristel Shepherd | Associate | 2007 | Loan Enforcement | $340.00 | 13.60 | $4,624.00 |
| **Total:** | | | | | **187.6** | **$89,415.00** |

The paraprofessionals of Polsinelli who rendered professional services in these cases during the fee period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Lindsey M. Suprum | Paralegal | Seven | Bankruptcy and Restructuring | $265.00 | 29.20 | $7,738.00 |
| Lorraine Slides | Paralegal | Four | Bankruptcy and Restructuring | $250.00 | 16.70 | $4,175.00 |
| Tracey Scott | Case Manager | One | Litigation | $175.00 | 1.90 | $332.50 |
| **Total:** | | | | | **47.80** | **$12,245.50** |

**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Category | Amount |
|---|---|
| Client Advance | $ 318.50 |
| Document Reproduction | $ 150.00 |
| Document Reproduction | $ - |
| Deliveries | $ 15.00 |
| Filing Fees | $ 701.42 |
| Meals | $ 20.00 |
| Miscellaneous | $ - |
| Transcript of Proceedings | $ 362.46 |
| Travel | $ - |
| | **$ 1,567.38** |

## EXHIBIT D

**Detailed Description of Expenses and Disbursements**



# Invoice Detail

For Professional Services Through 8/31/14
File No. 078582-475724
**Re: Chapter 11 Bankruptcy**

Page 57
October 21, 2014
Invoice No: 1097478

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 08/04/14 | Filing Fees - - VENDOR: U S Bank preper for hearing | $13.70 |
| 08/05/14 | Meals Reliable Wilmington client special pickup- cavanaugh's | 10.00 |
| 08/12/14 | Filing Fees - - VENDOR: U S Bank Prepare for hearing | 143.88 |
| 08/12/14 | Client Advance Reliable Wilmington print from cm/ecf site duplicating-med. litigation  tabs pre-printed tabs custom binder, view, 3" black | 230.50 |
| 08/13/14 | Filing Fees - - VENDOR: U S Bank preparing for hearing | 19.95 |
| 08/13/14 | Document Reproduction - Printing / copying of Pleadings - 750 pages | 75.00 |
| 08/14/14 | Transcript of Proceedings Veritext New York Reporting Co. Transcript/electronic copy | 199.20 |
| 08/14/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 462.24 |
| 08/14/14 | Deliveries Reliable Wilmington hand delivery courier service- boxes to court hand delivery courier service- boxes to court | 15.00 |
| 08/18/14 | Filing Fees - - VENDOR: U S Bank | 61.65 |
| 08/19/14 | Meals Reliable Wilmington client special pickup- cavanaugh's | 10.00 |
| 08/19/14 | Document Reproduction - Printing / copying of Pleadings - 750 pages | 75.00 |
| 08/21/14 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript electronic copy shipping and handling | 163.26 |
| 08/25/14 | Client Advance - - VENDOR: U S Bank telephonic appearance J Edelson | 44.00 |
| 08/25/14 | Client Advance - - VENDOR: U S Bank prepare for hearing | 44.00 |
|  | **Total Disbursements** | **$1,567.38** |

Total Disbursements      1,567.38

**Total Current Charges Due**      **$103,227.88**