# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. ___ |

## STIPULATION AND AGREED ORDER EXTENDING THE BAR DATE FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY TO FILE A PROOF OF CLAIM

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and the United States Environmental Protection Agency (the "Environmental Protection Agency" and, together with the Debtors, the "Parties") hereby enter into this stipulation and agreed order (this "Stipulation and Order"), and stipulate and agree as follows.

WHEREAS, on April 29, 2014, each of the Debtors filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Court") under chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code");

WHEREAS, the Court has set the final date for filing proofs of claim in this case as October 27, 2014 (the "Bar Date") pursuant to the order entered on August 18, 2014 [D.I. 1866] (the "Bar Date Order");

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10965136v.1

WHEREAS, the Environmental Protection Agency has requested that the Debtors extend the Bar Date so that it may investigate a potential claim regarding property located in New Mexico Meridian, New Mexico, Township 13 North, Range 9 West, Sections 7, 21, and 29 (the "Potential Claim");

WHEREAS, the Debtors have determined that the compromise set forth herein is fair and reasonable, and in the best interests of the Debtors, the Debtors' estates and their creditors.

**NOW, THEREFORE,** it is hereby stipulated and agreed to by and among the Parties and upon Court approval hereof, it shall be ordered as follows:

1. Notwithstanding the Bar Date Order, the Environmental Protection Agency shall have until November 17, 2014, at 5:00 p.m., prevailing Eastern Time to file a proof of claim in these cases with respect to the Potential Claim (the "Limited Extension").

2. Further extensions of the Limited Extension may be entered upon stipulation with the Debtors filed with the Court or other order of the Court, in each case, on or before November 17, 2014.

3. By agreeing to enter into this Stipulation, neither the Environmental Protection Agency nor the Debtors shall be deemed to have waived any right or remedy afforded to it under the Bankruptcy Code or otherwise, except as provided in this Stipulation and Order. Notwithstanding the relief granted in this Stipulation and Order and any actions taken pursuant to such relief, nothing in this Stipulation and Order shall be deemed: (a) an admission as to the validity of any claim against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law.

RLF1 10965136v.1

4. The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Stipulation and Order. For the avoidance of doubt, the Parties may seek to have litigation regarding the Potential Claim adjudicated in other fora, and the Debtors' and the Environmental Protection Agency's rights are each reserved with respect to such adjudication.

*[Signatures follow.]*

Stipulated and agreed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.* DEBTORS AND DEBTORS-IN-POSSESSION

By:  */s/ William A. Romanowicz*
      **RICHARDS, LAYTON & FINGER, P.A.**
      Mark D. Collins (No. 2981)
      Daniel J. DeFranceschi (No. 2732)
      Jason M. Madron (No. 4431)
      William A. Romanowicz (No. 5794)
      920 North King Street
      Wilmington, Delaware 19801
      Telephone:  (302) 651-7700
      Facsimile:  (302) 651-7701
      Email:  collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com
             romanowicz@rlf.com

    -and-

**KIRKLAND & ELLIS, LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

    -and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:  james.sprayregen@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY


By:  /s/ Anna Grace
      Thomas Carroll
      Assistant Section Chief
      United States Department of Justice
      Environmental Enforcement Section
      Environment and Natural Resources Division
      601 D Street NW
      Washington, D.C. 20530
      Tel: 202-616-8912
      Email: Thomas.Carroll@usdoj.gov

      -and-

      Anna Grace
      Trial Attorney
      United States Department of Justice
      Environmental Enforcement Section
      Environment and Natural Resources Division
      601 D Street NW
      Washington, D.C. 20530
      Tel: 202-514-4091
      Email: Anna.E.Grace@usdoj.gov

      *Attorneys for the Environmental Protection Agency*


SO ORDERED this 28th day of October, 2014:

                                          The Honorable Christopher S. Sontchi
                                          United States Bankruptcy Judge