# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 10/28/14 at 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward O. Sassower | Kirkland & Ellis LLP | Debtors |
| Chad J. Husnick | " | " |
| Brian E. Schartz | " | " |
| Peter Gilhuly | Latham + Watkins LLP | Ernst + Young LLP |
| Jack Tracy | Akin Gump | Ad hoc committee of EFIH Unsecured noteholders |
| Ann Kashishian | Chipman Brown Cicero & Cole | " |
| Howard Cohen | Drinker Biddle + Reath | Citibank, DIP Agent |
| Jeg (amish | Klehr Harrison | UMB Bank, Indenture Trustee |
| Mark Hebbeln | Foley & Lardner LLP | UMB Bank, as Trustee |
| E. Stph McNeill | Potter Anderson & Corroon | Deutsche Bank, New York |
| Chris Ward | Polsinelli | Committee |
| Justin Edelson | Polsinelli | Committee |
| Billy Kidbold | Morrison McFi | Committee |
| Garvan McDaniel | The Hogan Firm | Ad Hoc Committee of EFH |
| Andrew DeVore | Ropes & Gray | Delaware Trust Co. |
| Norman Pernick | Cole Schotz | " |
| Greg Taylor | Ashby + Geddes | WSFS, Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 10/28/14 at 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David T. DeFranceschi | Richards Layton & Finger | Debtors |
| Jason M. Madron | Richards Layton & Finger | Debtors |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | EFIH 2nd Lien Note Comm. Indenture Trustee |
| Colin R. Robinson | Pachulski Stang Ziehl Jones | EFIH 2nd Lien Notes Comm. Indenture Trustee |
| Andrea B. Schwartz | JSS | UST |
| Michael L. Schepacarter | RLF | " |
| Ryan Bartley | Young Conaway Stargatt & Taylor | Ad Hoc Comm. of TCEH First Lien Creditors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Calendar Date: 10/28/2014
Calendar Time: 12:00 PM ET

*1st Revision 10/27/2014 03:20 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6551873 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6550601 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6542644 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6456230 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6552392 | Jon R. Berke | (646) 378-3108 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6542729 | Alexander Bongartz | (212) 318-6000 | Paul Hastings LLP | Interested Party, Paul Hastings LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6550429 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6548807 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLl | Creditor, City Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6549606 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6545573 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6545881 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6545587 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551608 | Michael L. Davitt | (214) 969-2938 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6542711 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551848 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6543975 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Representing, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6548468 | Benjamin Feder | 212-808-7925 | Kelley Drye & Warren, LLP | Creditor, CSC Trust Company of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6549150 | Mark Flannagan - Client | (312) 832-4364 | Foley & Lardner LLP | Trustee, Mark Flannagan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6545711 | Beret Flom | 212-408-5239 | Chadbourne & Parke LLP | Interested Party, NextEra / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551875 | Ches Garrison | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Cousins Chipman & Brown, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6545580 | Brett D. Goodman | 212-704-6170 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6549218 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6549254 | Keely Hamlin | (212) 859-8318 | Fried, Frank, Harris, Shriver & Jacobson | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551020 | Daniel J. Harris | (212) 468-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551862 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell, Lipton, Rosen & Katz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6542648 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6548798 | Marshall Huebner | (212) 450-4099 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6549344 | Gary L. Kaplan | (212) 859-8376 | Fried, Frank, Harris, Shriver & Jacobson | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6549142 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6550559 | Evgeny Karlik | 212-225-2275 | Cleary Gottlieb Steen & Hamilton | Interested Party, Evgeny Karlik / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6549281 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6548518 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6550922 | Laurie Krepto | (215) 772-7410 | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, Montgomery, McCracken, Walker & Rhoads, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6542645 | Aaron Krieger | (212) 596-9592 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6451265 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551855 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6486813 | Adam E. Malatesta | (213) 485-1234 | Latham & Watkins LLP | Interested Party, Ernst & Young / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6543835 | John Martinkat | (213) 977-3517 | Ernst & Young, LLP | Representing, Ernst & Young / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6543985 | James H. Millar | (212) 248-3264 | Drinker Biddle & Reath LLP | Creditor, CSC Trust Company of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551864 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551756 | Tina Moss | (212) 262-6900 | Perkins Coie LLP | Trustee, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6550425 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6548962 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6548553 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551145 | Jason T Prager | (203) 542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551853 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6550424 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6548561 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6546656 | Michael Shepherd | (305) 925-4790 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6542641 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6411326 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6543816 | Steve Thiel | (213) 977-3517 | Ernst & Young, LLP | Representing, Ernst & Young / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6549223 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551857 | Jack Tracy | (212) 872-7439 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551232 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6489933 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S.C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6549011 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551859 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |