# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | | | 15.60 | $ 7,946.00 |
| Assumption/Rejection of Leases & Contracts | | | 0.90 | $ 585.00 |
| Avoidance Action Analysis | | | 56.40 | $ 30,455.00 |
| Bankruptcy-Related Advice | | | 46.40 | $ 20,646.50 |
| Business Operations | | | 40.50 | $ 17,256.50 |
| Case Administration | | | 16.20 | $ 6,805.50 |
| Claims & Plan | | | 0.90 | $ 331.50 |
| Claims Administration & Objections | | | 7.00 | $ 4,058.00 |
| Corporate Governance & Board Matters | | | 0.80 | $ 336.00 |
| Employee Benefits/Pensions | | | 0.20 | $ 107.00 |
| Employment/Fee Applications | | | 72.80 | $ 36,465.50 |
| Financing & Cash Collateral | | | 0.70 | $ 386.00 |
| Litigation Contested Matters (excluding assumption/rejection motions) | | | 24.60 | $ 10,852.00 |
| Meetings of & Communications with Creditors or the Committee | | | 15.00 | $ 8,600.00 |
| Non-Working Travel | | | 1.80 | $ 585.00 |
| Operations | | | 0.60 | $ 216.00 |
| Plan & Disclosure Statement (including business plan) | | | 2.40 | $ 1,207.00 |
| **Total** | | | **302.80** | **$ 146,838.50** |

**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Polsinelli attorneys who render professional services in these Cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Christopher A. Ward | Shareholder | 1999 | Bankruptcy and Restructuring | $620.00 | 83.10 | $54,015.00 |
| Christopher A. Ward | Shareholder | 1999 | Bankruptcy and Restructuring | $325.00 | 1.80 | $585.00 |
| Jim E. Bird | Shareholder | 1980 | Bankruptcy and Restructuring | $590.00 | 2.40 | $1,416.00 |
| Frank A. Caro., Jr. | Shareholder | 1983 | Energy | $590.00 | 7.10 | $4,189.00 |
| Edward M. Fox | Shareholder | 1985 | Bankruptcy and Restructuring | $1,000.00 | 8.90 | $8,900.00 |
| Bill Church | Shareholder | 1988 | Litigation | $575.00 | 9.00 | $5,175.00 |
| Monty Donaldson | Shareholder | 1991 | Litigation | $550.00 | 7.80 | $4,290.00 |
| Anne Callenbach | Shareholder | 1998 | Energy and Utilities | $460.00 | 3.60 | $1,656.00 |
| Shanti Katona | Associate | 2007 | Bankruptcy and Restructuring | $420.00 | 36.90 | $15,498.00 |
| Justin K. Edelson | Associate | 2007 | Bankruptcy and Restructuring | $420.00 | 69.40 | $29,148.00 |
| Jarrett Vine | Associate | 2009 | Bankruptcy and Restructuring | $360.00 | 29.40 | $10,584.00 |
| Adrian LeCesne | Associate | 2013 | Energy | $265.00 | 19.00 | $5,035.00 |
| **Total:** | | | | | **278.40** | **$140,491.00** |

The paraprofessionals of Polsinelli who rendered professional services in these cases during the fee period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Lindsey M. Suprum | Paralegal | Seven | Bankruptcy and Restructuring | $265.00 | 23.00 | $6,095.00 |
| Lorraine Sides | Paralegal | Four | Bankruptcy and Restructuring | $265.00 | .10 | $25.00 |
| Tracey Scott | Case Manager | One | Litigation | $175.00 | 1.30 | $227.50 |
| **Total:** | | | | | 24.40 | $6,347.50 |

**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Category | Amount |
|---|---|
| Client Advance | $ 1,442.73 |
| Document Reproduction | $ 75.00 |
| Deliveries | $ 15.00 |
| Lodging | $ 552.91 |
| Lexis Computer Research | $ 184.50 |
| Meals | $ 424.61 |
| Miscellaneous | $ 6.00 |
|  | **$ 2,700.75** |

## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

49059430.1



# Invoice Detail

For Professional Services Through 9/30/14  
File No. 078582-475724  
**Re: Chapter 11 Bankruptcy**

Page 75  
October 21, 2014  
Invoice No: 1115435

| | | | |
|---|---|---:|---:|
| B400 | Bankruptcy-related Advice | 46.40 | 20,646.50 |
| | **Total Professional Charges** | **302.80** | **$146,838.50** |

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| | Lexis Computer Research | $184.50 |
| 09/03/14 | Meals - - VENDOR: U S Bank prepare for hearing | 22.25 |
| 09/05/14 | Meals Reliable Wilmington client special pickup- cactus cantina | 42.94 |
| 09/16/14 | Meals DLS Discovery Meals | 202.82 |
| 09/16/14 | Deliveries Reliable Wilmington hand delivery courier service- USDC | 15.00 |
| 09/16/14 | Meals - - VENDOR: U S Bank prepare for hearing | 97.45 |
| 09/16/14 | Meals - - VENDOR: U S Bank prepare for hearing | 19.95 |
| 09/16/14 | Document Reproduction - Printing / copying of Pleadings - 750 pages | 75.00 |
| 09/17/14 | Client Advance Reliable Wilmington print from cm/ecf site dig print bw large office doc  tabs pre-pritned tabs custom  binder, view, 3" black  boxes to judge sontchi  pickup boxes | 1,374.35 |
| 09/22/14 | Client Advance Reliable Wilmington Client Special Pickup- Chelsea Tavern | 58.38 |
| 09/25/14 | Client Advance Reliable Wilmington Client Special Pickup-- Cavanaugh's | 10.00 |
| 09/26/14 | Miscellaneous Justin K. Edelson Lawyers Travel Fees Hotel cancellation with travel agency | 6.00 |
| 09/30/14 | Lodging Chris A. Ward Meeting with Committee and professionals | 552.91 |
| 09/30/14 | Meals Chris A. Ward Meeting with Committee and professionals | 39.20 |
| | **Total Disbursements** | **$2,700.75** |

Total Disbursements     2,700.75

**Total Current Charges Due**     **$149,539.25**