## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **ENERGY FUTURE HOLDINGS** | § | |
| **CORP., et al.,**[1] | § | **CASE NO. 14-10979 (CSS)** |
| | § | |
| Debtors. | § | **Jointly Administered** |

### ORDER GRANTING MOTION OF PALLAS REALTY ADVISORS, INC. FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE PROOF OF CLAIM, OR ALTERNATIVELY ALLOWING LATE-FILED PROOF OF CLAIM

CAME ON FOR CONSIDERATION the *Motion of Pallas Realty Advisors, Inc. for Entry of an Order Extending the Deadline to File Proof of Claim, or Alternatively Allowing Late-Filed Proof of Claim* (the "Motion") filed in the above-referenced bankruptcy case. Having considered the Motion, the Court finds that the relief in the Motion should be granted. It is therefore

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that that the deadline for filing Proofs of Claims has been extended by one day for Pallas Realty Advisors, Inc. and their Claim is not considered late filed.

Dated this __ day of _____, 2014.

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**ORDER GRANTING MOTION OF PALLAS REALTY ADVISORS, INC.
FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE PROOF OF CLAIM, OR
ALTERNATIVELY ALLOWING LATE-FILED PROOF OF CLAIM – Page 1 of 2**

PREPARED BY:

Gerrit M. Pronske
State Bar No. 16351640
Jason P. Kathman
State Bar No. 24070036
PRONSKE GOOLSBY & KATHMAN, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pgkpc.com
Email: jkathman@pgkpc.com

**ORDER GRANTING MOTION OF PALLAS REALTY ADVISORS, INC.
FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE PROOF OF CLAIM, OR
ALTERNATIVELY ALLOWING LATE-FILED PROOF OF CLAIM – Page 2 of 2**