## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 656** |

## CERTIFICATION OF COUNSEL CONCERNING ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

The undersigned hereby certifies as follows:

1.    On May 29, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Deloitte & Touche LLP as Independent Auditor Effective Nunc Pro Tunc to the Petition Date* [D.I. 656] (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2.    Pursuant to the *Notice of "Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Deloitte & Touche LLP as Independent Auditor Effective Nunc Pro Tunc to the Petition Date" and Hearing Thereon*, filed and served contemporaneously with the Application, objections or responses to the Application were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on June 13, 2014

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing

(the "Objection Deadline"[2]).  A hearing to consider the relief requested in the Application took place before the Bankruptcy Court on October 28, 2014 starting at 12:00 p.m. (noon) (Eastern Daylight Time) (the "October 28[th] Hearing").

3.       Prior to the Objection Deadline (as extended), the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") provided informal comments to the Application (the "Informal Response").

4.       Other than the Informal Response, as of the date hereof, the Debtors have received no other responses or objections in connection with the Application nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.  As discussed on the record of the October 28th Hearing, based on various communications by and between the Debtors, Deloitte & Touche LLP (the "Applicant"), and the U.S. Trustee, (i) the Applicant has prepared and the Debtors have filed the *Supplemental Declaration of Randy Stokx in Support of the Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Deloitte & Touche LLP as Independent Auditor Effective Nunc Pro Tunc to the Petition Date*, dated September 26, 2014 [D.I. 2580] and (ii) the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Application, which together resolve the Informal Response.  A copy of the Revised Order is attached hereto as Exhibit A.  A blackline, comparing the Revised Order against the form of order originally filed along with the Application is attached hereto as Exhibit B.  The Revised Order has been circulated to, and is acceptable to, the Debtors, the Applicant and the U.S. Trustee.

---

agent at http://www.efhcaseinfo.com.

[2] The Objection Deadline was extended from time to time, ultimately through October 17, 2014 at 4:00 p.m. (Eastern Daylight Time) for all parties in interest.

RLF1 10968502v.1

5.      The Debtors therefore respectfully request that the Bankruptcy Court enter the

Revised Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.


Dated: October 28, 2014
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com


Co-Counsel to the Debtors and Debtors in Possession