IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 2329-2333** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 7, 2014, I caused to be served the:

   a. "Notice of Fee Statement," dated October 7, 2014, to which was attached the "First Monthly Fee Statement of Gibson, Dunn & Crutcher LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From April 29, 2014 Through May 31, 2014," dated October 7, 2014 [Docket No. 2329], (the "1st Gibson, Dunn & Crutcher Fee Statement"),

   b. "Notice of Fee Statement," dated October 7, 2014, to which was attached the "Fourth Monthly Fee Statement of Alvarez & Marsal North America, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From August 1,2014 Through August 31, 2014," dated October 6, 2014 [Docket No. 2330], (the "4th Alvarez & Marsal North America Fee Statement"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\1-4th Gibson Fee App & 4th Alvarez Fee App_DI 2329-2333_AFF_10-7-14_KH.docx

c. "Notice of Fee Statement," dated October 7, 2014, to which was attached the "Second Monthly Fee Statement of Gibson, Dunn & Crutcher LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From June 1, 2014 Through June 30, 2014," dated October 7, 2014 [Docket No. 2331], (the "2nd Gibson, Dunn & Crutcher Fee Statement"),

d. "Notice of Fee Statement," dated October 7, 2014, to which was attached the "Third Monthly Fee Statement of Gibson, Dunn & Crutcher LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From July 1, 2014 Through July 31, 2014," dated October 7, 2014 [Docket No. 2332], (the "3rd Gibson, Dunn & Crutcher Fee Statement"), and

e. "Notice of Fee Statement," dated October 7, 2014, to which was attached the "Fourth Monthly Fee Statement of Gibson, Dunn & Crutcher LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From August 1, 2014 Through August 31, 2014," dated October 7, 2014 [Docket No. 2333], (the "4th Gibson, Dunn & Crutcher Fee Statement"),

by causing true and correct copies of the:

i. 1st Gibson, Dunn & Crutcher Fee Statement, 4th Alvarez & Marsal North America Fee Statement, 2nd Gibson, Dunn & Crutcher Fee Statement, 3rd Gibson, Dunn & Crutcher Fee Statement and 4th Gibson, Dunn & Crutcher Fee Statement, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

ii. 1st Gibson, Dunn & Crutcher Fee Statement, 2nd Gibson, Dunn & Crutcher Fee Statement, 3rd Gibson, Dunn & Crutcher Fee Statement and 4th Gibson, Dunn & Crutcher Fee Statement, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: Gibson, Dunn & Crutcher LLP, Attn: Robert B. Little, Esq., 2100 McKinney Avenue, Suite 1100, Dallas, TX 75201, and

iii. 4th Alvarez & Marsal North America Fee Statement, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: Alvarez & Marsal North America, LLC, Attn: John Stuart, 2100 Ross Avenue, Dallas, TX 75201.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Christina Siguenza*

Sworn to before me this
9th day of October, 2014

*Notary Public*

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284936
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT & CECILY GOOCH
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE - REGION 3
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING ST, ROOM 2207
WILMINGTON, DE 19801

ROBERTA A. DEANGELIS
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
ATTN: ANDREA B. SCHWARTZ
U.S. FEDERAL BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

SHEARMAN & STERLING LLP
(AGENT TO EFIH FIRST LIEN DIP FINANCING)
ATTN: FREDERICK SOSNICK ESQ &
NED SHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO AGENT TCEH DIP FINANCING)
ATTN: EVAN FLECK AND MATTHEW BROD
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MORRISON & FOERSTER LLP
(COUNSEL TO OFFICIAL CREDITORS'
COMMITTEE)
ATTN: LORENZO MARINUZZI & JENNIFER MARINES
250 W 55TH STREET
NEW YORK, NY 10019

GODFREY & KAHN, S.C.
(COUNSEL TO FEE COMMITTEE)
ATTN: KATHERINE STADLER
ONE E MAIN STREET
MADISON, WI 53703