# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 249.60 | $140,022.00 |
| 2 | Metric Analysis | 114.20 | $60,103.50 |
| 3 | Generation Analysis | 219.30 | $119,686.00 |
| 4 | Retail Analysis | 207.90 | $92,161.50 |
| 5 | Commodity Analysis | 92.50 | $44,628.00 |
| 6 | Competitor Analysis | 71.40 | $32,064.00 |
| 7 | EBITDA Projection | 62.20 | $38,071.50 |
| 8 | Environmental Analysis | 85.00 | $48,092.00 |
| 9 | Short-Range Forecast | 61.10 | $39,361.00 |
| 10 | Capital Projects | 10.60 | $6,430.00 |
| 11 | Wholesale Operations | 61.40 | $35,542.00 |
| 12 | Retail Operations | 99.80 | $46,518.50 |
| 13 | T&D Operations | 2.20 | $1,584.00 |
| 14 | Data Collection and Diligence | 167.70 | $81,738.50 |
| 15 | Reports | 53.20 | $31,679.50 |
| 16 | Hearings | 56.80 | $37,300.00 |
| 17 | On-Site Diligence | 143.30 | $71,891.75 |
| 18 | Project Management | 58.20 | $35,156.50 |
| 19 | Project Administration | 165.50 | $78,306.50 |
| | **Totals:** | **1,981.90** | **$1,040,336.75** |

_____

1. Non-working travel time has been billed at 50% of actual time incurred.