**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 154.80 | $116,100.00 |
| Jean Agras | Managing Director | $720 | 143.40 | $103,248.00 |
| Gary Germeroth | Managing Director | $720 | 189.40 | $136,368.00 |
| Scott Davis | Director | $545 | 253.70 | $138,266.50 |
| Paul Harmon | Director | $575 | 109.70 | $63,077.50 |
| Tim Wang | Director | $575 | 175.35 | $100,826.25 |
| Michael Gadsden | Managing Consultant | $460 | 123.50 | $56,810.00 |
| Jill Kawakami | Managing Consultant | $430 | 192.30 | $82,689.00 |
| Michael Perry | Managing Consultant | $410 | 110.30 | $45,223.00 |
| Samuel Schreiber | Managing Consultant | $455 | 187.30 | $85,221.50 |
| Laura Hatanaka | Consultant | $390 | 135.45 | $52,825.50 |
| Pamela Morin | Consultant | $380 | 25.80 | $9,804.00 |
| Nathan Pollak | Consultant | $405 | 1.00 | $405.00 |
| Alex Vinton | Analyst | $275 | 179.90 | $49,472.50 |
| | | Totals: | 1,981.90 | $1,040,336.75 |