## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

### ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $19,753.61 |
| Airfare | $21,232.25 |
| Transportation to/from airport | $2,372.44 |
| Travel Meals | $4,846.68 |
| Other Travel Expenses | $2,956.74 |
| Data Subscription fees | $3,000.00 |
| Vehicle Rental Expenses | $2,761.25 |
| **Total:** | **$56,922.97** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $19,478.51 |
| Airfare | $20,936.55 |
| Transportation to/from airport | $2,339.40 |
| Travel Meals | $4,779.18 |
| Other Travel Expenses | $2,915.56 |
| Data Subscription fees | $2,958.22 |
| Vehicle Rental Expenses | $2,722.79 |
| **Total:** | **$56,130.22** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---|
|  |  |
| **Total:** | **$0** |

### EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $275.10 |
| Airfare | $295.70 |
| Transportation to/from airport | $33.04 |
| Travel Meals | $67.50 |
| Other Travel Expenses | $41.18 |
| Data Subscription fees | $41.78 |
| Vehicle Rental Expenses | $38.46 |
| **Total:** | **$792.75** |