# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
ENERGY FUTURE HOLDINGS CORP., et al.,                       :    Case No.: 14-10979 (CSS)
                                                            :    (Jointly Administered)
                              Debtors.¹                     :
                                                            :    Re: Docket No. 1673
------------------------------------------------------------X
```

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Paul Hastings LLP ("Paul Hastings") hereby withdraws its appearance on behalf of Delaware Trust Company (f/k/a CSC Trust Company of Delaware) ("Delaware Trust"), as Successor Trustee under the Indenture dated as of April 19, 2011 (the "TCEH 11.5% Senior Secured Notes Indenture"), by and among Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc., the Guarantors (as defined therein), and The Bank of New York Mellon Trust Company, N.A., as predecessor trustee. There are no pending contested matters or adversary proceedings to which Delaware Trust, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture, is a party. Please cease service of all motions, pleadings, notices, applications and other papers on Paul Hastings as counsel to Delaware Trust, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:02602072v2}

Dated:  October 29, 2014
       Wilmington, Delaware

**BAYARD, P.A.**

    */s/ Neil B. Glassman*
Neil B. Glassman (No. 2087)
GianClaudio Finizio (No. 4253)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: nglassman@bayardlaw.com
      gfinizio@bayardlaw.com

-and-

Luc A. Despins, Esq.
Andrew V. Tenzer, Esq.
G. Alexander Bongartz, Esq.
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000

*Attorneys for Delaware Trust Company, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture*