**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION EXTENDING DEADLINE TO
ASSUME OR REJECT A CERTAIN NONRESIDENTIAL REAL
PROPERTY LEASE UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The undersigned hereby certifies as follows:

1.     On July 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp.,* et al., *for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Their Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1680] (the "Extension Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.     On August 11, 2014, the Bankruptcy Court entered the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1803] (the "Extension Order"). Pursuant to the Extension Order, the Bankruptcy Court granted the Extension Motion and

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

extended the Debtors' time to elect to assume or reject the Unexpired Leases,[2] pursuant to section 365(d)(4) of the Bankruptcy Code, through and including November 25, 2014. The Extension Order further provided that the extension of time provided therein was "without prejudice to the Debtors' rights to seek further extensions of their time to assume or reject their Unexpired Leases as provided in section 365(d)(4) of the Bankruptcy Code." *See* Extension Order, ¶ 4.

3.    Luminant Mining Company LLC ("Luminant") and Sandow Power Company LLC ("Sandow" and, together with Luminant, the "Debtor Parties"), each Debtors in the above-captioned cases, are parties to that certain Ground Lease, dated August 31, 2007 (the "Lease"), for approximately 1,600 acres of non-royalty bearing real property necessary for Luminant to carry out contracted mining, reclamation and related activities in connection with the lignite mine located in Lee and Bastrop Counties, Texas, known as the Three Oaks Mine.

4.    Subsequent to the entry of the Extension Order, the Debtor Parties entered into discussions concerning a further extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions, the Debtor Parties have entered into that certain *Stipulation Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* (the "Stipulation"). Pursuant to the Stipulation, the Debtor Parties have agreed that the Debtors' time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code is extended to, and includes, May 25, 2015. The Debtors believe that the Stipulation is in the best interests of their estates and should be approved. A proposed form of order (the "Proposed Order") approving the Stipulation is

---

[2]    Capitalized terms used, but not otherwise defined herein, shall be given the same meaning ascribed to them in the Extension Motion.

attached hereto as **Exhibit A**.  A copy of the Stipulation is attached to the Proposed Order as

**Exhibit 1**.

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the

Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest

convenience.

Dated:  October 29, 2014
       Wilmington, Delaware        */s/ Tyler D. Semmelman*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com
              semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 10972190v.1