Christopher R. Belmonte
Pamela A. Bosswick
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Moody's Analytics, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------------X
|  |  |
| :--- | :--- |
| In re: | : Chapter 11 |
|  | : |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* | : Case No. 14-10979 (CSS) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |

-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel

for Moody's Analytics, Inc. ("Moody's"), a party in interest herein under 11 U.S.C. §

1109(b), in the above-captioned case.  Such counsel hereby enters its appearance,

pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and,

pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure

2002, 3017 and 9007, requests that copies of all notices or pleadings filed, given or

required to be given in this case, and all papers served or required to be served in this

case, be delivered to and served upon the undersigned at the following offices, post office

addresses, email addresses, fax and telephone numbers:

1

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
Tel:    (212) 818-9200
Fax:    (212) 818-9606
Email:  cbelmonte@ssbb.com
        pbosswick@ssbb.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Moody's requests that its counsel be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Moody's to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such  withdrawal, or (v) any other rights, claims,

2

set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated:  New York, New York
        October 29, 2014

                    SATTERLEE STEPHENS BURKE
                        & BURKE LLP
                    Attorneys for Moody's Analytics, Inc.

By: _____

                    Christopher R. Belmonte
                    Pamela A. Bosswick
                    230 Park Avenue
                    New York, New York 10169
                    (212) 818-9200

3

2064168_1

## DECLARATION OF SERVICE

Christopher R. Belmonte, declares:

1.    I am a partner of Satterlee Stephens Burke & Burke LLP which represents Moody's Analytics, Inc.  I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2.    On October 29, 2014, I electronically filed the Notice of Appearance and Request for Notice and Documents on behalf of Moody's Analytics, Inc. with the Clerk of the court (using the CM/ECF System).

3.    In addition, on October 29, 2014, I served the foregoing document via U.S. Mail upon the persons listed below:

Derek C. Abbott
Erin R Fay
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19801

Jacob A. Adlerstein
Adam J. Bernstein
Lewis R. Clayton
Kelly A. Cornish
Adam M. Denhoff
Andrew J. Ehrlich
Brian S. Hermann
Alan W. Kornberg
Robert N. Kravitz
Eli B. Richlin
Moses Silverman
Paul Weiss Rifkind Wharton Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Omar J. Alaniz
Ian E. Roberts
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

Scott Alberino
Joanna Flynn Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Derek P. Alexander
Wendy B. Reilly
Michael E. Wiles
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801

4

Arlene Rene Alves
John R. Ashmead
Kalyan Das
Mark D. Kotwick
Seward & Kissel LLP
One Batery Park Plaza
New York, NY 10004

Desiree M. Amador
Jon M. Chatalian
Pension Benefit Guaranty Corporation
1200 K Street N.W., Suite 340
Washington, DC 20005

Nii-Amar Amamoo
Daniel A. Fliman
Andrew K Glenn
David S. Rosner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, NY 10019

Paula Howell Anderson
Ned S. Schodek
Fredric Sosnick
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Philip D. Anker
Dennis L. Jenkins
Charles C. Platt
George W. Shuster, Jr.
Wilmer Cutler Pickering Hale and Dorr
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Daniel K. Astin
John D. McLaughlin, Jr.
Joseph J. McMahon, Jr.
Ciardi, Ciardi & Astin, P.C.
1204 N. King Street
Wilmington, DE 19801

Michael L. Atchley
Matthew T. Taplett
Pope, Hardwicke, Christie, Schell, Kelly &
Ray, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, TX 76102

Danielle M. Audette
J. Christopher Shore
Gregory M. Starner
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Allison R Axenrod
Claims Recevery Group LLC
92 Union Avenue
Cresskill, NJ 07626

James F. Bailey, Jr.
The Bailey Law Firm
3 Mill Road, Suite 306A
Wilmington, DE 19806

2064168_1

Stephen M Baldini
Robert J. Boller
Christopher W. Carty
Ira S. Dizengoff
Charles Garrison
Meredith A. Lahaie
Abid Qureshi
Lindsay Zahradka
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Elizabeth Banda Calvo
Perdue Brandon Fielder Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430

Dustin L. Banks
Gay McCall Isaacks Gordon &
Roberts, P.C
1919 S. Shiloh Road, Suite 310 LB 40
Garland, TX 75042

Dale E. Barney
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Ryan M. Bartley
Joel A. Waite
Pauline K. Morgan
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Amy Baudler
Purdue Awsumb & Baudler PA
4700 West 77th Street, Suite 240
Minneapolis, MN 55435

Jody A. Bedenbaugh
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
P.O. Box 11070
Columbia, SC 29201

Philip Bentley
1177 Avenue of the Americas
New York, NY 10036

Karen C Bifferato
Jeffrey C. Wisler
Connolly Gallagher LLP
The Brandywine Building
1000 West Street, 14th Floor
Wilmington, DE 19801

L. John N. Bird
Jeffrey M. Schlerf
John H. Strock
Fox Rothschild LLP
Citizens Bank Center
919 North Market St., Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323

Monica S. Blacker
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

Corby Davin Boldissar
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, LA 70130-6036

Maria A. Bove
Robert J. Feinstein
John A. Morris
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017-2024

Linda Boyle
TW telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Kay Diebel Brock
Travis County Attorney's Office
314 West 11th Street. Suite 420
Austin, TX 78701-2112

Matthew C. Brown
Thomas E. Lauria
White & Case, LLP
Wachovia Financial Center
200 S. Biscayne Blvd., 49th Floor
Miami, FL 33131

Jordan S. Blask
Lara E. Shipkovitz
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

G. Alexander Bongartz
Luc A. Despins
Andrew V. Tenzer
Paul Hastings LLP
75 East 55th Street
New York, NY 10022

William Pierce Bowden
Stacy L. Newman
Aaron H. Stulman
Gregory A. Taylor
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Nicholas J. Brannick
Norman L. Pernick
J. Kate Stickles
Cole, Schotz, Meisel, Forman &
Leonard, PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Joshua K. Brody
Gregory A Horowitz
Thomas Moers Mayer
Jennifer R. Sharret
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Steven M. Burton
Sheehy Lovelace & Mayfield, P.C.
510 N. Valley Mills Drive, Suite 500
Waco, TX 76710

Michael G. Busenkell
Gellert Scali Busenkell & Brown, LLC
913 N. Market St., 10th Floor
Wilmington, DE 19801

Michael R. Carney
Peter S. Goodman
McKool Smith, PC
One Bryant Park, 47th Floor
New York, NY 10036

Christopher L. Carter
Patrick Strawbridge
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

George B Cauthen
Nelson Mullins Riley & Scarborough LLP
P.O. Box 11070 (29211)
1320 Main Street, 17th Floor
Columbia, SC 29201

Ana Chilingarishvili
Korey G. Kallstrom
Clark T. Whitmore
Maslon Edelman Borman & Brand, LLP
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402

Shawn M. Christianson
Buchalter Nemer, P.C.
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

Kevin M. Capuzzi
Benesch Friedlander Coplan &
Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-1611

James S. Carr
Gilbert R. Saydah, Jr.
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178

Iskender H. Catto
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173

Mark S. Chehi
Kristhy M. Peguero
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

William E. Chipman, Jr.
Ann M Kashishian
Chipman Brown Cicero & Cole, LLP
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

Jeffrey S Cianciulli
Weir & Partners LLP
824 Market Street Mall, Suite 1001
P.O. Box 708
Wilmington, DE 19899

2064168_1

Richard M. Cieri
Stephen E. Hessler
Edward O. Sassower
Brian Schartz
James H.M. Sprayregen
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Howard A. Cohen
Todd Charles Schiltz
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Andrew S. Conway
The Taubman Company
200 East Long Lake Road. Suite 300
Bloomfield Hills, MI 48304

Scott D. Cousins
GianClaudio Finizio
Neil B. Glassman
Evan T. Miller
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Louis A. Curcio
Brett D. Goodman
Hugh McDonald
Troutman Sanders LLP
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Jeremy B. Coffey
Jeffrey L. Jonas
James W. Stoll
Andrew P. Strehle
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Mark D. Collins
Jason M. Madron
William A. Romanowicz
Tyler D. Semmelman
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Traci L. Cotton
University of Texas System, OGC
201 West 7th Street
Austin, TX 78701

Oscar N. Pinkas
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

Jason D. Curry
John A. Harris
Quarles & Brady LLP
One Renaissance Square
2 North Central Avenue
Phoenix, AZ 85004-2391

Amanda D. Darwin
Lee Harrington
Richard C. Pedone
Erik Schneider
George J. Skelly
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

George Davis
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Michael D. DeBaecke
Michael David Debaecke
Stanley B. Tarr
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Melissa R. Dean
Barry G. Felder
Jonathan H. Friedman
Rebecca A. Hayes
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314

John D. Demmy
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

David R. Dempsey
Bridgeet K. O'Connor
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Craig W. Dent
Brian P. Guiney
Daniel A. Lowenthal, III
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Mark L. Desgrosseilliers
Steven K. Kortanek
Kevin J. Mangan
Francis A. Monaco, Jr.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Dean A. Ziehl
Pachulski, Stang, Ziehl, Young & Jones P
10100 Santa Monica Blvd.
Los Angeles, CA 90067

Andrew Glenn Devore
D. Ross Martin
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Gregory T. Donilon
Pinckney, Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

Jennifer V. Doran
Hickley Allen & Snyder LLP
28 State Street
Boston, MA 02109

Thomas F. Driscoll, III
Bifferato LLC
800 N. King St., Plaza Level
Wilmington, DE 19801

Dennis Dunne, Esq.
Millbank, Tweed, ET AL.
One Chase Manhattan Plaza
New York, NY 10005-1413

Justin K. Edelson
Shanti M. Katona
Jarrett Vine
Christopher A. Ward
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Philip G. Eisenberg
Locke Lord LLP
600 Travis Street
2800 JP Morgan Chase Tower
Houston, TX 77002

Michael P. Esser
Mark E. McKane
Kirkland & Ellis LP
555 California Street
San Francisco, CA 94104

David Daniel Farrell
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

Erin R Fay
Christopher M Hayes
Andrew R. Remming
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19801

Robert J. Feinstein
Laura Davis Jones
Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Mark E. Felger
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

Jeffrey R. Fine
J. Matthew Sikes
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street
Dallas, TX 75201

Evan R. Fleck
Karen Gartenberg
Milbank, Tweed, Hadley & Mccloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Edward M. Fox
Polsinelli Shughart PC
805 Third Avenue, Suite 2020
New York, NY 10022

Joseph D. Frank
Reed A. Heiligman
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654

Julia Frost-Davies
Bigham McCutchen LLP
150 Federal Street
Boston, MA 02110

Geoffrey Gay
Lloyd Gosselink Rochelle &
  Townsend, P.C
816 Congress Avenue
Suite 1900
Austin, TX 78701

Bretton Gerard
111 W. Spring Valley Road
Ste 250
Richardson, TX 75081

Peter M. Gilhuly
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071

Steven A. Ginther
Missouri Dept. of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Alessandra Glorioso
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

Jay M Goffman
Skadden, Arps, Slate, Meagher
 & Flom LLP
Four Times Square
New York, NY 10036-6522

Bonnie R. Golub
Weir & Partners LLP
1339 Chestnut Street
Ste 500
The Widener Bldg
Philadelphia, PA 19107

Lee B. Gordon
McCreary,Veselka,Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Todd M. Goren
Daniel J. Harris
William M. Hildbold
Thomas A. Humphreys
Charles L. Kerr
J. Alexander Lawrence
Jennifer Marines
Lorenzo Marinuzzi
Brett H. Miller
Anthony Princi
Erica J. Richards
Kayvan B. Sadeghi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Jeremy L. Graves
Gibson Dunn & Crutcher LLP
1801 California Street
Suite 4200
Denver, CO 80202-2642

Stephen C. Greenberg
1600 Parkwood Circle, Suite 400
Alanta, GA 30339

William Guerrieri
Chad J. Husnick
Todd F. Maynes
Andrew McGaan
William T. Pruitt
Steven N. Serajeddini
Anthony V. Sexton
Kirkland & Ellie LLP
300 North LaSalle
Chicago, IL 60654

Kurt F. Gwynne
Kimberly Ellen Connolly Lawson
Richard A. Robinson
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

Kerry L. Haliburton
Naman, Howell, Smith & Lee, PLLC
P.O. Box 1470
Waco, TX 76701

Valerie A. Hamilton
Sills Cummis & Gross P.C.
600 College Road East
Princeton, NJ 08540

Courteney F. Harris
14910 Aldine-Westfield Road
Houston, TX 77032

2064168_1

Mark F. Hebbeln
Harold L. Kaplan
Lars A. Peterson
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610

Angela K. Herring
Jeffrey D. Hoschander
Emil A. Kleinhaus
John F. Lynch
Richard G. Mason
Lindsey M. Weiss
Austin T. Witt
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019

Daniel K. Hogan
Garvan F. McDaniel
The Hogan Firm
1311 Delaware Ave
Wilmington, DE 19806

Jonathan Hook
Haynes and Boone LLP
30 Rockerfeller Plaza, 26th Floor
New York, NY 10112

Jonathan L. Howell
McCathern, PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, TX 75219

Marshall S. Huebner
Damon P. Meyer
Elliot Moskowitz
Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017

James E. Huggett
Margolis Edelstein
300 Delaware Ave.
Suite 800
Wilmington, DE 19801

Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX 77010

Kizzy Lyn Jarashow
William P. Weintraub
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Dennis L. Jenkins
Benjamin W. Loveland
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109

Michael Joseph Joyce
Christopher Page Simon
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19899

Benjamin S. Kaminetzky
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Gary L. Kaplan
Matthew M. Roose
Brad Eric Scheler
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Albert Kass
Kurtzman Carson Consultants, LLC
2335 Alaska Ave
El Segundo, CA 90245

William E Kelleher, Jr.
Thomas D. Maxson
Cohen & Grigsby PC
625 Liberty Ave
Pittsburgh, PA 15222-3512

Edward Michael King
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202

Ari David Kunofsky
United States Department of Justice
555 4th St., NW
Washington, DC 20001

Aaron B. Lauchheimer
Edward S. Weisfelner
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Raymond Howard Lemisch
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

Ann M. Kashishian
Mark D. Olivere
Cousins Chipman & Brown, LLP
The Nemours Building
1007 N Orange St., Suite 1110
Wilmington, DE 19801

Shanti M. Katona
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Humayun Khalid
Thomas J. Moloney
Sean A. O'Neal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Stacey Kremling
Brian D. Womac
Womac Law
8301 Katy Freeway
Houston, TX 77024

Adam G. Landis
Matthew B. McGuire
Joseph D. Wright
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

David M. LeMay
Christy L. Rivera
Marc B. Roitman
Howard Seife
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112

Stephen D Lerner
Andrew Simon
Squire Patton Boggs (US) LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202

David Edward Leta
Snell & Wilmer
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Christopher Dean Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

Robert K. Malone
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047

Michael A. McConnell
Clay Taylor
Katherine Thomas
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Michelle McMahon
Stephanie Wickouski
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

William T. Medaille
P.O. Box 220
Austin, TX 78767

John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

Kevin M Lippman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

Donald K. Ludman
Brown & Connery LLP
6 North Broad Street
Woodbury, NJ 08096

Katharine L. Mayer
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Michelle A. McFaddin
Neighbors For Neighbors, Inc.
1900 Miles Avenue
Austin, TX 78745

R. Stephen McNeill
Jeremy William Ryan
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Hercules Plaza
P.O. Box 651
Wilmington, DE 19899

Noel Steffes Melancon
Steffes Vingiello & McKenzie, LLC
13702 Coursey Boulevard
Building 3
Baton Rouge, LA 70817

Lino Mendiola, III
Andrews Kurth LLP
111 Congress Avenue, Suite 1700
Austin, TX 78701

-16-

Nicole D. Mignone
Ashley F. Bartram
Hal F. Morris
Rachel Obaldo
Jason A. Starks
John Mark Stern
c/o Texas Attorney General's Office
Bankruptcy & Collections Division
300 West 15th Street, 8th Floor
PO Box 12548 MC-008
Austin, TX 78711-2548

James Halstead Millar
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036

Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Stephen M. Miller
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Mark Minuti
Saul Ewing LLP
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Paul D. Moak
McKool Smith-HOUSTON
600 Travis Street, Suite 7000
Houston, TX 77002

Hilary B. Mohr
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154

Judy Hamilton Morse
Crowe & Dunlevy, P.C.
324 N. Robinson Ave., Suite 100
Braniff Building
Oklahoma City, OK 73102

Adam Scott Moskowitz
ASM Capital, LP
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Christopher B. Mosley
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102

Russell L. Munsch
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX 78701

Kathleen A. Murphy
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE 19801

Robert J Myers
Myers-Hill
2525 Ridgmar Blvd., Suite 150
Fort Worth, TX 76116

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

2064168_1

Jacob Newton
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

George N Panagakis
Carl T. Tullson
Skadden, Arps, Slate, Meagher &
Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1720

Marc J. Phillips
Manion Gaynor & Manning LLP
1007 North Orange Street, 10th Floor
Wilmington, DE 19801

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868

Michael L. Raiff
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201

J. Scott Rose
Jackson Walker, L.L.P.
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205

Michael A. Rosenthal
Gibson Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166

Jeffrey S. Sabin
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Samuel Ory
Frederic Dorwart, Lawyers
124 East Fourth Street
Tulsa, OK 74103

James Michael Peck
Schulte Roth & Zabel LLP
250 West 55th Street
New York, NY 10019

Todd Phillips
James P. Wehner
Caplin & Drysdale
One Thomas Circle N.W., Suite 1100
Washington, DC 20005

James Prince
Vinson & Elkins LLP
1001 Fannin Stret, Suite 2500
Houston, Texas 77002-6760

Natalie D. Ramsey
Davis Lee Wright
Montgomery, McCracken, Walker &
Rhoads
1105 North Market Street, 15th Floor
Wilmington, DE 19801

Jeffrey T. Rose
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

W. Bradley Russell, Jr.
US Dept of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Stephen Sakonchick II
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, TX 78746

2064168_1

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

Juliet M. Sarkessian
Richard L. Schepacarter
U.S. Trustee's Office
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Maria Aprile Sawczuk
Goldstein & McClintock LLLP
1201 N. Orange Street, Suite 7380
Wilmington, DE 19801

Michael B. Schaedle
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103-6998

Michael Schein
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Andrea Beth Schwartz
U.S. Department of Justice - Office of
the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Rm 1006
New York, NY 10065

John M. Seaman
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807

Joshua Powers Searcy
Searcy & Searcy, P.C.
P.O. Box 3929
Longview, TX 75606

Karen Beth Shaer
The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747

Mary Kay Shaver
Varnum, Riddering, Schmidt & Howlett
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352

Joseph E. Shickich, Jr.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154

Sundeep S. Sidhu
Akerman Senterfitt LLP
420 South Orange Ave, Suite 1200
Orlando, FL 32801

Howard L. Siegel
185 Asylum Street
Hartford, CT 06103

Mark R. Somerstein
Keith Howard Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

2064168_1

Natasha M. Songonuga
Gibbons PC
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Katherine Stadler
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701

Benjamin Stewart
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy, Ste. 935
Dallas, TX 75206

Matthew Summers
Ballard Spahr LLP
919 Market Street, 11th Floor
Wilmington, DE 19801

Amy M. Tonti
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

J. Maxwell Tucker
Patton Boggs LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201

Gregory M. Weinstein
Weinstein Radcliff LLP
6688 N. Central Expressway, Suite 675
Dallas, TX 75206

Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy, Ste 1000
Dallas, TX 75207

Owen M. Sonik
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, TX 77008

Stephen C. Stapleton
Cowles & Thompson PC
901 Main Street, Suite 3900
Dallas, TX 75202

Sabrina L. Streusand
Richard Villa
Streusand, Landon & Ozburn, LLP
811 Barton Springs Road, Suite 811
Austin, TX 78704

Robert Szwajkos
Curtin & Heefner LLP
250 N. Pennsylvania Avenue
Morrisville, PA 19067

Matthew J. Troy
U.S. Department of Justice
Civil Division
P.O. Box 875 Ben Franklin Station
Washington, DC 20044-0875

Warren A. Usatine
Cole Schotz Meisel Forman & Leonard PA
25 Main Street
P.O. Box 800
Hackensack, NJ 07602

William P. Weintraub
Stutman, Triester & Glatt PC
675 Third Avenue, Suite 2216
New York, NY 10017-5714

Jamie R. Welton
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Ste. 777
Dallas, TX 75219

2064168_1

Gregory D. Willard
Carmody MacDonald P.C.
120 S. Central Avenue
Suite 1800
St. Louis, MO 63105


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 29th day of October, 2014, at New York, New York.


By: _____

Christopher R. Belmonte

2064168_1