October 23, 2014

FILED

2014 OCT 27    AM 10: 39

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

DeAnna Edwards
PO Box 580
Princeton, Louisiana 71067
318-676-2244
Deanna.edwards@gmail.com

Judge Christopher S. Sontchi,
Wilmington
824 Market St N
3rd Floor
Wilmington, DE 19801
302-252-2887

Your Honor,

This is a plea for your urgent attention in the matter of Energy Future Holdings Corp, et al - Case No. 14-10979 (CSS – Jointly Administered) filed with the United States Bankruptcy Court for the District of Delaware (Date). I have attached a copy of Power of Attorney filed in Walker County Texas granted to myself from my father, Gerald D. Edwards.

I would like to first request that your forgiveness any formal procedures that I am not aware, and accept my family's sincere objection to the assumption of any Customer Service Agreement and any other rights belonging to in spite of the passed Objection Bar Date and let this claim be admitted. I would like to request a copy of each and all Customer Agreements that Energy Future Holdings Corp, et al are attempting to assume and any other documents affecting the same.

Some of the companies involved in our personal property and connected to some in this bankruptcy filing are; The Atlantic Refining Company, Arkansas Louisiana Gas Co, CTC Inc., Illinois Central Railway, MidSouth, AT&T, Duke Energy, CLECO, Emerald Oil, Nelson Oil and Gas and Nelson Energy Inc. etc. Most of these are registered as Delaware Companies, and I have spoken to Delaware agents as recently as this month but unable to get any answers, as well as attempting to communicate with the attorneys for the debtors. The documents I have attached are just some documents I selected that I hope will show reason to, at the very least, give me more time to investigate this matter.

The Edwards Tiger Tooth Mfg Co, Inc (Tiger Tooth) was began in 1968 and is attached to Edlo, Inc. (Delaware Company) which I have very recent evidence of requesting an Open Records Request. I was told the company was "forfeited", denied any info on Edlo, Inc by Jim Nolan of the Texas Comptroller's Office as that information is "confidential and lacked proof" even with substantiated evidence postmarked from 1967. The documents are stapled together (attached) with the appropriate authority (Seal of Texas). The Texas Comptroller's Office is listed on Energy Future Holding Corps Service

List who is currently controlling Edwards Tiger Tooth Mfg Co., Inc., the Lessor for the patents, trademarks and all intellectual property developed by the Edwards Family.

According to the Texas Unclaimed Property Division's website, the Texas Comptroller has control of the deposits in the unclaimed property account of CTC, Inc and Bank of America accruing royalties on our property. Attached is also the Power Of Attorney granted to Bank of America from CTC, Inc. My father and grandfather have eight patents, three of which are utility patents. I am also currently in communication with the USPTO trying to get this matter straightened out.

Your Honor, according to the notification from EFH it states "A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor." Bank of America foreclosed on my home 2014 (See attached).

Researching and learning what has already been done is overwhelming to say the least. I would also like to point out that the two attached service lists that were downloaded from Energy Future Holding's website changed from June 3, 2014 to October 6, 2014; some companies being omitted from the October list, in particular AEP and Weyerhaeuser. Why were certain companies removed from the list? Has the Debtor list changed also?

My parents always worked with attorneys to oversee their legal matters; therefore, you can understand my reluctance to trust any attorney in this matter. After discussions with my father, we are filing this proof of claim with all rights reserved.

Is it not reasonable to believe that no one would or *could* give away his right to exist, or the right to control their own intellectual property?

Sincerely,

DeAnna L. Edwards

cc: Energy Future Holdings Claims

EFH's documents we received states there is additional information on their website which is where I acquired the two attached service lists. I would like to point out just a few of those on the service list connected to my father's intellectual property, and they are as follows:

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548
Connection: The Comptroller currently lists Edwards Tiger Tooth Mfg Co Inc as "forfeited". The company is the Lessor for Patents of Floyd B. Edwards, Gerald D. Edwards, Elizabeth Chiwee Chance Edwards. See attachment # from 1968.

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J ALANIZ; IAN E ROBERTS
2001 ROSS AVE
DALLAS, TX 75201-2980
Connection: See attachment. Buyer Seller Agreement ARCO/ARKLA, Centerpoint (AKA Arkla Gas, Arkansas Louisiana Gas, Arkansas Louisiana Co)

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN
TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS;
NATURAL GAS PIPELINE COMPANY OF AMERICA; EL PASO
NATURAL GAS)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868
Connection: Floyd B. Edwards, my grandfather, retired from Plantation Pipeline Company

DORSEY & WHITNEY DELAWARE LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD &
ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON, DE 19801          and

MASLON EDELMAN BORMAN & BRAND, LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI &
KOREY G. KALLSTROM
90 S SEVENTH ST STE 3300
MINNEAPOLIS, MN 55402
Reason: Gave Power of Attorney to Bank of America; see attachment


COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
1500, UNIVERSITY ST., SUITE 700
MONTREAL, QC H3A 3S8
CANADA                and
COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310
Connection: Aka CTC, Inc, Capital Marine Supply, etc.  Placed a quit claim on our minerals buying it from
Illinois Central Railroad who acquired it from MidSouth Rail.  Granted Power of Attorney to Bank of
America; See attachment.


REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE
BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS
INDENTURE TRUSTEES)
ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON
1201 MARKET ST STE 1500
WILMINGTON, DE 19801
Connection:  Gave Power of Attorney to Bank of America; see attached


SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549
Connection:  There are shareholders of Edwards Tiger Tooth Mfg Co Inc, and I am in possession of the
list of shareholders in 1968 (not attached).


UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179

Connection: Illinois Central Railroad/MidSouth Rail first quit claimed our property with documents

COWLES & THOMPSON
(COUNSEL TO ATMOS ENERGY CORPORATION)
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN ST STE 3900
DALLAS, TX 75202
Reason:  Atmos Energy was spun off from Centerpoint Energy.  They are connected to the pipeline.

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.)
ATTN: KATHLEEN A. MURPHY
919 N MARKET ST STE 1500
WILMINGTON, DE 19801
Connection: In the business of earth moving equipment related to Edwards Tiger Tooth Mfg. Co., Inc.

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON ST
FORT WORTH, TX 76102
Connection:  Where Edwards Tiger Tooth Mfg Co. Inc was domiciled in 1968

LOCKE LORD LLP
(COUNSEL TO BP AMERICA PRODUCTION COMPANY)
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS, LA 70130-6036
Connection:  BP merged with The Atlantic Refining Company

MICHAEL G. SMITH
(COUNSEL TO VALERO TEXAS POWER MARKETING, INC.)
111 N 6TH ST
PO BOX 846
CLINTON, OK 73601
ATMs located in Valero stations in Louisiana are with Bank of America (Withdrawals Only); no brick and
mortar bldg. in Louisiana at present.

UNITED STATES DEPARTMENT OF JUSTICE
(ON BEHALF OF UNITED STATES OF AMERICA, DEPT.
OF AGRICULTURE, RURAL UTILITIES SERVICE)
ATTN: MATTHEW J. TROY

CIVIL DIVISION PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
Connection:  Why is the United States Dept of Justice on this Service List?

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: JudyF          Page 1 of 15          Date Rcvd: Oct 27, 2014
                           Form ID: pdfgen       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2014.
8745484        +DeAnna Edwards,    PO Box 580,    Princeton, LA 71067-0580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2014 at the address(es) listed below:
              Aaron H Stulman     on behalf of Interested Party     Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee AStulman@ashby-geddes.com
              Adam G. Landis     on behalf of Interested Party     Alcoa Inc. landis@lrclaw.com,
              adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis     on behalf of Creditor     NextEra Energy Resources, LLC landis@lrclaw.com,
              adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis     on behalf of Interested Party     Marathon Asset Management, LP landis@lrclaw.com,
              adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam Scott Moskowitz     on behalf of Creditor     ASM Capital IV, L.P. asmcapital@aol.com
              Albert Kass     on behalf of Interested Party     Kurtzman Carson Consultants LLC
              ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
              Alessandra Glorioso     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION
              glorioso.alessandra@dorsey.com
              Allison R Axenrod     on behalf of Creditor     Claims Recovery Group LLC
              allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
              Amy  Baudler     on behalf of Creditor     Barr Engineering Co. amy@purduelaw.com,
              gpurdue@purduelaw.com;kim@purduelaw.com
              Amy M. Tonti     on behalf of Creditor     The Bank of New York Mellon, solely in its capacity as
              Trustee under the Enumerated Trust Agreements atonti@reedsmith.com,
              slucas@reedsmith.com;atonti@reedsmith.com
              Ana  Chilingarishvili     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION
              ana.chilingarishvili@maslon.com
              Andrea Beth Schwartz     on behalf of U.S. Trustee     United States Trustee
              andrea.b.schwartz@usdoj.gov
              Andrew Glenn Devore     on behalf of Interested Party     CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee andrew.devore@ropesgray.com
              Andrew K Glenn     on behalf of Interested Party     Ad Hoc Group of EFH Legacy Noteholders
              aglenn@kasowitz.com
              Andrew R. Remming     on behalf of Interested Party     Kohlberg Kravis Roberts & Co. L.P., TPG
              Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
              rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
              Andrew S. Conway     on behalf of Creditor     The Taubman Company LLC Aconway@taubman.com
              Andrew S. Conway     on behalf of Creditor     Taubman Landlords Aconway@taubman.com
              Ann M Kashishian     on behalf of Interested Party     Ad Hoc Committee of EFIH Unsecured Noteholders
              kashishian@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Ann M Kashishian     on behalf of Intervenor-Defendant     Ad Hoc Committee of EFIH Unsecured
              Noteholders kashishian@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Ann M Kashishian     on behalf of Attorney     Chipman Brown Cicero & Cole, LLP
              kashishian@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Ari David Kunofsky     on behalf of Creditor     UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
              eastern.taxcivil@usdoj.gov
              Arlene Rene Alves     on behalf of Interested Party     Wilmington Trust, N.A. alves@sewkis.com
              Ashley F. Bartram     on behalf of Interested Party     Texas Commission on Environmental Quality
              ashley.bartram@texasattorneygeneral.gov,  Charlie.shelton@texasattorneygeneral.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ashley F. Bartram   on behalf of Interested Party   Public Utility Commission of Texas
            ashley.bartram@texasattorneygeneral.gov,  Charlie.shelton@texasattorneygeneral.gov
          Ashley F. Bartram   on behalf of Interested Party   Railroad Commission of Texas
            ashley.bartram@texasattorneygeneral.gov,  Charlie.shelton@texasattorneygeneral.gov
          Barry G. Felder   on behalf of Creditor   UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
            bgfelder@foley.com
          Benjamin  Stewart   on behalf of Creditor   Pinnacle Technical Resources, Inc.
            bstewart@baileybrauer.com
          Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
          Brian  Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com,
            bschartz@kirkland.com;robert.gilmore@kirkland.com;savaria.harris@kirkland.com
          Brian S. Hermann   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
            jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;a
            bernstein@paulweiss.com;aehrlich@paulweiss.com;mkatz@paulweiss.com;smitchell@paulweiss.com
          Chad J. Husnick   on behalf of Debtor   Energy Future Holdings Corp. chusnick@kirkland.com
          Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
            Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
          Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
            christopher.carter@bingham.com,
            julia.frost-davies@bingham.com;jeffrey.sabin@bingham.com;alix.brozman@bingham.com
          Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
            chayes@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
          Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
            LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
          Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
            dboldissar@lockelord.com
          D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
            indenture trustee and collateral trustee rmartin@ropesgray.com
          Dale E. Barney   on behalf of Creditor   Veolia ES Industrial Services, Inc.
            dbarney@gibbonslaw.com
          Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
            dfliman@kasowitz.com
          Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
            RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Luminant Generation Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
            RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc.
            defranceschi@rlf.com,  RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
            RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
            defranceschi@rlf.com,  RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Martin Lake 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Texas Energy Industries Company, Inc.
            rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC
            RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Generation MT Company LLC defranceschi@rlf.com,
            RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   NCA Resources Development Company LLC
            RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Generation Development Company LLC
            defranceschi@rlf.com,  RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Sandow Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Management Company LLC defranceschi@rlf.com,
            RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Brighten Energy LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   TXU Receivables Company rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   EFIH Finance Inc. defranceschi@rlf.com,
            RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Generation SVC Company defranceschi@rlf.com,
            RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   EFH Corporate Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Luminant Big Brown Mining Company LLC
            RBGroup@rlf.com

District/off: 0311-1        User: JudyF          Page 3 of 15              Date Rcvd: Oct 27, 2014
                            Form ID: pdfgen       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
             RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
             defranceschi@rlf.com,   RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Lake Creek 3 Power Company LLC
             defranceschi@rlf.com,   RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
             RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Utilities Electric Company, Inc.
             RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
             defranceschi@rlf.com,   RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Renewables Company LLC
             defranceschi@rlf.com,   RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mineral Development Company LLC
             RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
             RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Energy Company, Inc.
             defranceschi@rlf.com,   RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Electric Service Company, Inc.
             rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    LSGT Gas Company LLC defranceschi@rlf.com,
             RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU SEM Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    NCA Development Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EECI, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
          Daniel K. Astin   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
             jmcmahon@ciardilaw.com
          Daniel K. Astin   on behalf of Creditor    Atmos Energy Corporation dastin@ciardilaw.com,
             jmcmahon@ciardilaw.com
          Daniel K. Hogan   on behalf of Interested Party    Brake Supply Company, Inc. dkhogan@dkhogan.com,
             keharvey@dkhogan.com,gpalagruto@dkhogan.com,
          Daniel K. Hogan   on behalf of Interested Party    The Richards Group, Inc. dkhogan@dkhogan.com,
             keharvey@dkhogan.com,gpalagruto@dkhogan.com,
          Danielle M. Audette   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
             jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          David  Neier   on behalf of Creditor    Chicago Bridge & Iron Company N.V. dneier@winston.com,
             dcunsolo@winston.com
          David B. Anthony   on behalf of Plaintiff    York Capital Management Global Advisors, LLC
             danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff    GSO Capital Partners LP danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff    P. Schoenfeld Asset Management LP
             danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff    Third Avenue Management LLC danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff    Avenue Capital Management II, LP
             danthony@bergerharris.com
          David Daniel Farrell   on behalf of Creditor    Martin Engineering Company
             dfarrell@thompsoncoburn.com
          David Edward Leta   on behalf of Creditor    Headwaters Resources, Inc. dleta@swlaw.com,
             wkalawaia@swlaw.com;btaylor@swlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
  nAmamoo@kasowitz.com;courtnotices@kasowitz.com
Davis Lee Wright    on behalf of Interested Party    PI Law Firms dwright@mmwr.com
Dennis Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
  rfusco@mnat.com;mdecarli@mnat.com
Derek P. Alexander    on behalf of Creditor    Evercore Group LLC dalexand@debevoise.com,
  mao-bk-ecf@debevoise.com
Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
  amador.desiree@pbgc.gov, efile@pbgc.gov
Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
Edward M. Fox    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
  efox@polsinelli.com
Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
  Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
  andra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com
Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
  ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
Elizabeth Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com,
  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
Erica J. Richards    on behalf of Creditor Committee    The Official Committee of Unsecured
  Creditors erichards@mofo.com
Erik Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
  eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com
Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC, Texas
  Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
  Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
  L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com,
  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
  L.P. and Associated Individuals efay@mnat.com,
  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay    on behalf of Interested Party    Interest Holders efay@mnat.com,
  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Evan R. Fleck    on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com,
  jostrzega@milbank.com;jbrewster@milbank.com
Evan T. Miller    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
  Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
  lmorton@bayardlaw.com
Francis A. Monaco, Jr.    on behalf of Interested Party    AMECO Inc. fmonaco@wcsr.com,
  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr.    on behalf of Interested Party    Fluor Enterprises Inc. fmonaco@wcsr.com,
  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr.    on behalf of Interested Party    Fluor Global Services fmonaco@wcsr.com,
  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr.    on behalf of Interested Party    Fluor Corporation fmonaco@wcsr.com,
  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr.    on behalf of Interested Party    American Equipment Company Inc.
  fmonaco@wcsr.com,  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
G. Alexander Bongartz    on behalf of Interested Party    CSC Trust Company of Delaware, as
  Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
  alexbongartz@paulhastings.com
Garvan F. McDaniel    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
  gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
Garvan F. McDaniel    on behalf of Interested Party    Caxton Associates LP gfmcdaniel@dkhogan.com,
  gdurstein@dkhogan.com;karen@dkhogan.com
George Davis    on behalf of Creditor    Apollo Global Management, LLC gdavis@omm.com
GianClaudio Finizio    on behalf of Interested Party    CSC Trust Company of Delaware, as
  Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
  bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com
Gilbert R. Saydah, Jr.    on behalf of Creditor    CSC Trust Company of Delaware, Proposed
  Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
Gregory A. Taylor    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
  capacity as successor Indenture Trustee gtaylor@ashby-geddes.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Gregory M. Starner    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
                jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
                artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
              Gregory M. Weinstein    on behalf of Creditor    Mario Sinacola & Sons Excavating, Inc.
                gweinstein@weinrad.com,   mrawson@weinrad.com;khaley@weinrad.com
              Gregory T. Donilon    on behalf of Creditor    Automatic Systems, Inc. gdonilon@pwujlaw.com
              Hal F. Morris    on behalf of Interested Party    Public Utility Commission of Texas
                hal.morris@texasattorneygeneral.gov
              Hal F. Morris    on behalf of Interested Party    Railroad Commission of Texas
                hal.morris@texasattorneygeneral.gov
              Hal F. Morris    on behalf of Interested Party    Texas Commission on Environmental Quality
                hal.morris@texasattorneygeneral.gov
              Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
                evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
                evelyn.palmer@lgbs.com
              Hilary B. Mohr    on behalf of Creditor    Microsoft Corporation and Microsoft Licensing, GP
                hmohr@riddellwilliams.com,   ctracy@riddellwilliams.com
              Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. howard.cohen@dbr.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
                Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                indenture trustee and collateral trustee kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
                Indenture Trustee kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee,
                kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
                Creditors jadlerstein@paulweiss.com
              James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
                jhuggett@margolisedelstein.com,   nvangorder@margolisedelstein.com
              James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
                successor indenture trustee and collateral trustee james.millar@dbr.com,
                Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
              James Michael Peck    on behalf of Interested Party    The Official Committee of Unsecured
                Creditors jpeck@mofo.com
              James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
                Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
              Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
                jvine@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
                bk-jstarks@texasattorneygeneral.gov,   sherri.simpson@texasattorneygeneral.gov
              Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
                sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
              Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Generation MT Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
                rbgroup@rlf.com

District/off: 0311-1          User: JudyF              Page 6 of 15             Date Rcvd: Oct 27, 2014
                             Form ID: pdfgen           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Jason M. Madron     on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
    madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    EFH CG Management Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Energy Future Competitive Holdings Company LLC
    madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    EECI, Inc. madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Eagle Mountain Power Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Defendant   Energy Future Intermediate Holding Company LLC
    madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    TXU SEM Company madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
    rbgroup@rlf.com
Jason M. Madron     on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Jason M. Madron    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
  madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    Luminant Mining Company LLC madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    TXU Receivables Company madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
  rbgroup@rlf.com
Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,  rbgroup@rlf.com
Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
  Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
  Seidlets jwisler@connollygallagher.com
Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
  Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
  Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
  jschlerf@foxrothschild.com
Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
  jschlerf@foxrothschild.com
Jeffrey R. Fine    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
  jfine@dykema.com,  jrf5825@gmail.com,msikes@dykema.com,scompton@dykema.com
Jeffrey S Cianciulli    on behalf of Creditor    Evercore Group LLC jcianciulli@weirpartners.com,
  anelson@weirpartners.com;creese@weirpartners.com
Jeffrey S. Sabin    on behalf of Creditor    Pacific Investment Management Co. LLC
  jeffrey.sabin@bingham.com
Jennifer Marines    on behalf of Creditor Committee    The Official Committee of Unsecured
  Creditors JMarines@mofo.com
Jennifer R Sharret    on behalf of Interested Party    Computershare Trust Company, N.A., and
  Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
  Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
  tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;abyowitz@kramerlevin.com;dbessner@kramerlevin.c
  om;agoodman@kramerlevin.com;ayerramalli@kramerlevin.com;MGuccion@KRAMERLEVIN.com
Jennifer V. Doran    on behalf of Creditor    Invensys Systems, Inc. jdoran@haslaw.com,
  calirm@haslaw.com
Jeremy William Ryan    on behalf of Interested Party    Deutsche Bank AG New York Branch
  jryan@potteranderson.com, bankruptcy@potteranderson.com
Joanna Flynn Newdeck    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
  jnewdeck@akingump.com,  ddunn@akingump.com
Joanna Flynn Newdeck    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
  Noteholders jnewdeck@akingump.com,  ddunn@akingump.com
John A. Harris    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
John A. Morris    on behalf of Interested Party    Computershare Trust Company, N.A., and
  Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
  Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
John D. Demmy, Esq    on behalf of Creditor    AEP Texas Central Company d/b/a American Electric
  Power Company and AEP Texas North Company d/b/a American Electric Power Company
  jdd@stevenslee.com
John D. McLaughlin, Jr.    on behalf of Creditor    Atmos Energy Corporation
  jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
John G. Harris    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    Third Avenue Management LLC jharris@bergerharris.com,
  mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    GSO Capital Partners LP jharris@bergerharris.com,
  mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    Avenue Capital Management II, LP
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John H. Strock    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
  jstrock@foxrothschild.com,  dkemp@foxrothschild.com
John M. Seaman    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
  seaman@abramsbayliss.com,  farro@abramsbayliss.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
               john.stern@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
          John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
          John P. Melko   on behalf of Creditor   ROMCO Equipment Co. jmelko@gardere.com,
               afothergill@gardere.com
          John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
          Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
               chatalian.jon@pbgc.gov,  efile@pbgc.gov
          Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@mccathernlaw.com
          Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
               ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
               ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
               LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,  adams@lrclaw.com,dellose@lrclaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Red Ball Oxygen Company jmcmahon@ciardilaw.com,
               mflores@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC
               jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Atmos Energy Corporation jmcmahon@ciardilaw.com,
               mflores@ciardilaw.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company, N.A.
               jbrody@kramerlevin.com,  edaniels@kramerlevin.com;rschmidt@kramerlevin.com
          Joshua K. Brody   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
               Objectors jbrody@kramerlevin.com,  edaniels@kramerlevin.com;rschmidt@kramerlevin.com
          Joshua K. Brody   on behalf of Interested Party   Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
               edaniels@kramerlevin.com;rschmidt@kramerlevin.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company of Canada
               jbrody@kramerlevin.com,  edaniels@kramerlevin.com;rschmidt@kramerlevin.com
          Joshua Powers Searcy   on behalf of Creditor   D. Courtney Construction, Inc.
               joshsearcy@jrsearcylaw.com
          Judy Hamilton Morse   on behalf of Creditor   DEVON ENERGY CORPORATION
               judy.morse@crowedunlevy.com,  karen.martin@crowedunlevy.com;ecf@crowedunlevy.com
          Juliet M. Sarkessian   on behalf of U.S. Trustee   United States Trustee
               juliet.m.sarkessian@usdoj.gov
          Justin K. Edelson   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Gartenberg   on behalf of Interested Party   CITIBANK, N.A. kgartenberg@milbank.com,
               efleck@milbank.com;mbroe@milbank.com;jbrewster@milbank.com;rkazi@milbank.com;bbice@milbank.com
          Karen C Bifferato   on behalf of Creditor   Pacific Investment Management Co. LLC
               kbifferato@connollygallagher.com
          Karen C Bifferato   on behalf of Interested Party   Pacific Investment Management Company LLC
               ("PIMCO") kbifferato@connollygallagher.com
          Katherine Stadler   on behalf of Fee Examiner Richard  Gitlin kstadler@gklaw.com,
               kboucher@gklaw.com;shuntema@gklaw.com
          Kathleen A. Murphy   on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORP.
               kathleen.murphy@bipc.com,  tammy.rogers@bipc.com
          Kathleen M. Miller   on behalf of Creditor   Airgas USA, LLC kmiller@skjlaw.com,  eys@skjlaw.com
          Kathleen M. Miller   on behalf of Creditor   Valero Texas Power Marketing, Inc.
               kmiller@skjlaw.com,  eys@skjlaw.com
          Kay Diebel Brock   on behalf of Creditor   Travis County bkecf@co.travis.tx.us
          Keith Howard Wofford   on behalf of Interested Party   CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
               keith.wofford@ropesgray.com
          Kerry L. Haliburton   on behalf of Creditor   Buffalo Industrial Supply, Inc.
               raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
          Kevin J. Mangan   on behalf of Interested Party   AMECO Inc. kmangan@wcsr.com,
               klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Alltite Inc. kmangan@wcsr.com,
               klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Fluor Global Services kmangan@wcsr.com,
               klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Fluor Corporation kmangan@wcsr.com,
               klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Fluor Enterprises Inc. kmangan@wcsr.com,
               klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   American Equipment Company Inc.
               kmangan@wcsr.com,  klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Kevin M Lippman   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
               klippman@munsch.com,  lpannier@munsch.com
          Kevin M. Capuzzi   on behalf of Creditor   Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
               docket@beneschlaw.com
          Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon Trust
               Company, N.A., as Indenture Trustee klawson@reedsmith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
               Indenture Trustee klawson@reedsmith.com
              Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
               kjarashow@goodwinprocter.com
              Kristhy M. Peguero    on behalf of Interested Party    Borealis Infrastructure Management Inc.
               kristhy.peguero@skadden.com,
               debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               Indenture Trustee kgwynne@reedsmith.com, llankford@reedsmith.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
               kgwynne@reedsmith.com, llankford@reedsmith.com
              Kurtzman Carson Consultants LLC    akass@kccllc.com
              L. John N. Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               jbird@foxrothschild.com, spage@foxrothschild.com
              Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
               lshipkovitz@tuckerlaw.com
              Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com, khall@foley.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
               Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
               ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com, efile1@pszjw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
               ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
               EFIH Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee
               ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
               ljones@pszjlaw.com, efile@pszyj.com
              Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors ljones@pszjlaw.com, efile@pszyj.com
              Laurie Selber Silverstein    on behalf of Interested Party    EFIH First Lien DIP Agent
               bankruptcy@potteranderson.com
              Laurie Selber Silverstein    on behalf of Interested Party    Deutsche Bank AG New York Branch
               bankruptcy@potteranderson.com
              Lee Harrington    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
               lharrington@nixonpeabody.com
              Lee B. Gordon    on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
               decourts@mvbalaw.com, vickie.covington@mvbalaw.com
              Lindsay Zahradka    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
               Noteholders lzahradka@akingump.com
              Lindsay Zahradka    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               lzahradka@akingump.com
              Lino Mendiola, III    on behalf of Interested Party    Titus County Fresh Waster Supply District
               No. 1 linomendiola@andrewskurth.com
              Lino Mendiola, III    on behalf of Interested Party    Titus County Fresh Water Supply District
               No. 1 linomendiola@andrewskurth.com
              Marc J. Phillips    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
               mphillips@mgmlaw.com
              Marc J. Phillips    on behalf of Creditor    Steering Committee of Cities Served by Oncor
               mphillips@mgmlaw.com
              Maria A. Bove    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
              Maria Aprile Sawczuk    on behalf of Interested Party    Sierra Club marias@restructuringshop.com
              Maria Aprile Sawczuk    on behalf of Creditor Miguel Oliveras Caraballo
               marias@restructuringshop.com
              Mark Minuti    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
               mminuti@saul.com, rwarren@saul.com
              Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
              Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com
              Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               olivere@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
              Mark D. Olivere    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
               olivere@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
              Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
               MBrickley@cozen.com;dabernathy@cozen.com
              Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
               opetukhova@foley.com
              Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
               mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
               mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
               LLC mdesgrosseilliers@wcsr.com,   klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc.
               mchehi@skadden.com,   debank@skadden.com
              Matthew  Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com
              Matthew  Summers    on behalf of Creditor    Louisiana Energy Services, LLC
               summersm@ballardspahr.com
              Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
               mcguire@lrclaw.com,   adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. mcguire@lrclaw.com,
               adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
               adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
               II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
               adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               mbrown@whitecase.com
              Matthew J. Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov
              Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
               Noteholders mlahaie@akingump.com
              Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               mlahaie@akingump.com
              Michael  Schein    on behalf of Creditor    First Union Rail Corporation mschein@vedderprice.com,
               ecfnydocket@vedderprice.com
              Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
               debaecke@blankrome.com
              Michael David Debaecke    on behalf of Interested Party    Wilmington Trust, N.A.
               debaecke@blankrome.com,   moody@ecf.inforuptcy.com
              Michael E Wiles    on behalf of Creditor    Evercore Group LLC mcwiles@debevoise.com,
               mao-bk-ecf@debevoise.com
              Michael G. Busenkell    on behalf of Creditor    Knife River Corporation-South
               mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP
               mbusenkell@gsbblaw.com
              Michael Joseph Joyce    on behalf of Creditor    Certain funds and accounts advised or sub-advised
               by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
               smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Interested Party    certain funds and accounts advised or
               sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
               smacdonald@crosslaw.com
              Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District
               matchley@popehardwicke.com
              Michael L. Atchley    on behalf of Creditor    Northeast Texas Municipal Water District
               matchley@popehardwicke.com
              Michelle  McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors michelle.mcmahon@bryancave.com,   dortiz@bryancave.com
              Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
               mblacker@jw.com,   tsalter@jw.com;vnelson@jw.com
              Natalie D. Ramsey    on behalf of Interested Party    PI Law Firms nramsey@mmwr.com,
               BankECF@mmwr.com
              Natasha  M. Songonuga    on behalf of Creditor    Veolia ES Industrial Services, Inc.
               nsongonuga@gibbonslaw.com
              Neil B. Glassman    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
               Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
               nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
               w.com;bankserve@bayardlaw.com
              Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
               Indenture Trustee nbrannick@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              Nicholas J. Brannick    on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
               nicole.mignone@texasattorneygeneral.gove
              Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee,
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
               Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com

District/off: 0311-1          User: JudyF              Page 11 of 15              Date Rcvd: Oct 27, 2014
                              Form ID: pdfgen          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
            Indenture Trustee npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
           Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
            tpope@pbfcm.com;osonik@ecf.inforuptcy.com
           Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
            pwp@pattiprewittlaw.com
           Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
            pwp@pattiprewittlaw.com
           Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
            pwp@pattiprewittlaw.com
           Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
            pwp@pattiprewittlaw.com
           Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
            bankfilings@ycst.com
           Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
            Second Lien Group pkeane@pszjlaw.com
           Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
            adam.malatesta@lw.com
           R. Stephen  McNeill   on behalf of Interested Party   Deutsche Bank AG New York Branch
            bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
           R. Stephen  McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
            bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
           Rachel  Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
            bk-robaldo@texasattorneygeneral.gov
           Raymond Howard Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
           Raymond Howard Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
            rlemisch@klehr.com
           Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
           Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
            rhayes@foley.com
           Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
            rheiligman@fgllp.com,  ccarpenter@fgllp.com
           Reed A. Heiligman   on behalf of Creditor   Experian Marketing Solutions, Inc.
            rheiligman@fgllp.com,  ccarpenter@fgllp.com
           Richard A. Robinson   on behalf of Creditor   The Bank of New York Mellon, solely in its capacity
            as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
           Richard G. Mason   on behalf of Interested Party   Interest Holders rcstrauss@wlrk.com
           Richard G. Mason   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC,
            Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
            of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
           Richard L. Schepacarter   on behalf of U.S. Trustee   United States Trustee
            richard.schepacarter@usdoj.gov
           Robert  Szwajkos   on behalf of Creditor   FLSmidth Inc. rsz@curtinheefner.com
           Robert  Szwajkos   on behalf of Creditor   FLSMIDTH USA INC rsz@curtinheefner.com
           Robert J Myers   on behalf of Interested Party   Property Tax Partners rmyers@myers-hill.com,
            jfletcher@myers-hill.com
           Robert J. Feinstein   on behalf of Interested Party   Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
           Robert K. Malone   on behalf of Interested Party   CITIBANK, N.A. robert.malone@dbr.com,
            brian.morgan@dbr.com
           Ryan M. Bartley   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
            bankfilings@ycst.com
           Sabrina L. Streusand   on behalf of Interested Party Allen  Shrode streusand@slollp.com,
            prentice@slollp.com
           Scott D. Cousins   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
            scousins@bayardlaw.com,  lmorton@bayardlaw.com
           Scott D. Cousins   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
            Noteholders scousins@bayardlaw.com,  lmorton@bayardlaw.com
           Scott D. Cousins   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
            scousins@bayardlaw.com,  lmorton@bayardlaw.com
           Sean A. O'Neal   on behalf of Interested Party   J. Aron & Company soneal@cgsh.com,
            maofiling@cgsh.com;afee@cgsh.com
           Shanti M. Katona   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
           Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
            cmcintire@buchalter.com
           Stacey  Kremling   on behalf of Creditor   2603 Augusta Investors, LP stacey@womaclaw.com
           Stacy L. Newman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
            capacity as successor Indenture Trustee snewman@ashby-geddes.com
           Stanley B. Tarr   on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
            moody@ecf.inforuptcy.com
           Stephanie  Wickouski   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
            Objectors stephanie.wickouski@bryancave.com,  dortiz@bryancave.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Stephanie  Wickouski   on behalf of Interested Party   Computershare Trust Company, N.A., and
         Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
         Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
         dortiz@bryancave.com
         Stephanie  Wickouski   on behalf of Defendant   Computershare Trust Company of Canada
         stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
         Stephanie  Wickouski   on behalf of Defendant   Computershare Trust Company, N.A.
         stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
         Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
         sstapleton@cowlesthompson.com
         Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
         stephen.lerner@squirepb.com
         Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
         capacity as Indenture Trustee smiller@morrisjames.com,
         wweller@morrisjames.com;jdawson@morrisjames.com
         Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
         Steven K. Kortanek   on behalf of Interested Party   CenterPoint Energy Resources Corp.
         skortanek@wcsr.com,  klytle@wcsr.com;hsasso@wcsr.com
         Steven K. Kortanek   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
         skortanek@wcsr.com,  klytle@wcsr.com;hsasso@wcsr.com
         Sundeep S. Sidhu   on behalf of Creditor   Siemens Power Generation Inc. sunny.sidhu@akerman.com,
         cindy.miller@akerman.com
         Thomas D. Maxson   on behalf of Creditor   NOVA Chemicals Inc. tmaxson@cohenlaw.com,
         mgraeb@cohenlaw.com
         Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp.
         tdriscoll@bifferato.com,  mdunwody@bifferato.com
         Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
         Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
         successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
         cathlyn.cantelmi@dbr.com
         Traci L. Cotton   on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
         Tyler D. Semmelman   on behalf of Debtor   Luminant Mining Company LLC semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Eagle Mountain Power Company LLC semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   TXU Energy Receivables Company LLC semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   TXU Retail Services Company semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   TXU Electric Company, Inc. semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Martin Lake 4 Power Company LLC semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
         semmelman@rlf.com,  rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Lone Star Energy Company, Inc. semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
         semmelman@rlf.com,  rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
         semmelman@rlf.com,  rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Energy Future Holdings Corp. semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Big Brown 3 Power Company LLC semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Generation Development Company LLC semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Oak Grove Mining Company LLC semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Texas Electric Service Company, Inc. semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Luminant Generation Company LLC semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Generation SVC Company semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Luminant Mineral Development Company LLC
         semmelman@rlf.com,  rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Texas Utilities Company, Inc. semmelman@rlf.com,
         rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   Southwestern Electric Service Company, Inc.
         semmelman@rlf.com,  rbgroup@rlf.com
         Tyler D. Semmelman   on behalf of Debtor   EFH FS Holdings Company semmelman@rlf.com,
         rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Tyler D. Semmelman    on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   4Change Energy Holdings LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Sandow Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH Renewables Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH CG Management Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Valley Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Generation MT Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant ET Services Company semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   NCA Resources Development Company LLC
             semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Morgan Creek 7 Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Big Brown Lignite Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Texas Energy Industries Company, Inc.
             semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Dallas Power & Light Company, Inc. semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   TXU Energy Retail Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   DeCordova Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant Big Brown Mining Company LLC
             semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Monticello 4 Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Lake Creek 3 Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Tradinghouse Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant Energy Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant Holding Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Collin Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Texas Power & Light Company, Inc. semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Oak Grove Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   TXU Energy Solutions Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Brighten Holdings LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Big Brown Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   TXU Receivables Company semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Valley NG Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH CG Holdings Company LP semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Oak Grove Management Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH Australia (No. 2) Holdings Company
             semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   DeCordova II Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   4Change Energy Company semmelman@rlf.com,
             rbgroup@rlf.com
```

District/off: 0311-1          User: JudyF               Page 14 of 15              Date Rcvd: Oct 27, 2014
                             Form ID: pdfgen            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Tyler D. Semmelman    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
          semmelman@rlf.com,   rbgroup@rlf.com
        Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
          semmelman@rlf.com,   rbgroup@rlf.com
        Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,   rbgroup@rlf.com
        Tyler D. Semmelman    on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
        Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
        Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,   rbgroup@rlf.com
        Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
        Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
        United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
        Valerie A. Hamilton    on behalf of Interested Party    Benbrooke Electric Partners, LLC
          vhamilton@sillscummis.com
        W. Bradley Russell, Jr.    on behalf of Creditor    UNITED STATES OF AMERICA
          William.B.Russell@usdoj.gov,  eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
        Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee wusatine@coleschotz.com
        Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
          mao-bk-ecf@debevoise.com
        William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
          Romanowicz@rlf.com,   rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
          Romanowicz@rlf.com,   rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
          Romanowicz@rlf.com,   rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
          Romanowicz@rlf.com,   rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC
          Romanowicz@rlf.com,   rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
          Romanowicz@rlf.com,   rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
          Romanowicz@rlf.com,   rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC
          Romanowicz@rlf.com,   rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company
          Romanowicz@rlf.com,   rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC Romanowicz@rlf.com,
          rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC Romanowicz@rlf.com,
          rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. Romanowicz@rlf.com,
           rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC Romanowicz@rlf.com,
           rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Generation SVC Company Romanowicz@rlf.com,
           rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC Romanowicz@rlf.com,
           rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EECI, Inc. Romanowicz@rlf.com,  rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC Romanowicz@rlf.com,
           rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. Romanowicz@rlf.com,
           rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    4Change Energy Company Romanowicz@rlf.com,
           rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC Romanowicz@rlf.com,
           rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED
           Romanowicz@rlf.com,  rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. Romanowicz@rlf.com,
           rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC Romanowicz@rlf.com,
           rbgroup@rlf.com
        William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
           Romanowicz@rlf.com,  rbgroup@rlf.com
        William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
           wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
        William E. Chipman, Jr.    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
           Noteholders chipman@chipmanbrown.com,  bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
        William M. Hildbold    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors WHildbold@mofo.com
        William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
           wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
        William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
           its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
                                                TOTAL: 577